# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

_____
                                       )
In re:                                 )
                                       )    Chapter 11
SOUTHERN SKY AIR & TOURS, LLC    ,     )    Case No. 12-40944-MSH
d/b/a DIRECT AIR,                      )
            Debtor                     )
_____)

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to JetPay Merchant Services, LLC, a creditor, pursuant to Fed.R.Bankr.P. 9010 and 2002, Section 1109(b) of the Bankruptcy Code and Local Rule 9010-3(c), and specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

                              Respectfully submitted,

                              /s/ David J. Reier
                              David J. Reier (BBO No. 546202)
                              POSTERNAK BLANKSTEIN & LUND LLP
                              Prudential Tower
                              800 Boylston Street
                              Boston, MA 02199-8004
                              Telephone: 617-973-6100
                              Telecopier: 617-367-2315
                              E-mail: dreier@pbl.com

Dated: March 20, 2012

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 20th day of March, 2012 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ David J. Reier

1346978v1/5112-1