In re **Southern Sky Air & Tours, LLC**
Debtor.

Case No.  **12-40944**    msh
Chapter  **11**

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please enter my appearance on behalf of the following parties in interest and creditors in the above referenced matter:

Robert W. Kovacs
20 Blackstone Street
Mendon, MA 01756

**Lynn A Conway**
54 James Street
Worcester, MA 01603

Kevin Conway
54 James Street
Worcester, MA 01603

Pursuant to Bankruptcy Rule 9010 and 2002, I hereby request that I receive copies of all notices, orders and other papers required to be given or served.

Dated:    March 19, 2012.

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr. _____
Robert W. Kovacs, Jr.
Bar No.:  671497
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Telephone No.: (508) 926-8833
E-mail: Robert@RKovacslaw.com

### Certificate of Service

I hereby certified that this notice was provided to counsel for **Southern Sky Air & Tours, LLC** through the Court's ECF system on March 20, 2012
/s/Robert W. Kovacs, Jr.