# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR<br>               Debtor. | Chapter 11<br>Case No. 12-40944-MSH |

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR NOTICE AND PLEADINGS</u>

Pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-3, please enter the appearance of William R. Moorman, Jr. of Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, 29th Floor, Boston, Massachusetts 02210 as counsel for and on behalf of **Radixx Solutions International, Inc.** The above-named attorney may be reached by telephone at (617) 367-9500 and by facsimile at (617) 742-1788.

The above-named attorney hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this proceeding be served upon him at the office address set forth below.

                                                CRAIG AND MACAULEY
                                                  PROFESSIONAL CORPORATION

March 20. 2012                          /s/ William R. Moorman, Jr.
                                                  William R. Moorman, Jr. (BBO# 548593)
                                                  Craig and Macauley
                                                     Professional Corporation
                                                  Federal Reserve Plaza
                                                  600 Atlantic Avenue
                                                  Boston, Massachusetts  02210
                                                  (617) 367-9500
                                                  fax (617) 742-1788
                                                  [moorman@craigmacauley.com](mailto:moorman@craigmacauley.com)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR<br>　　　　Debtor. | Chapter 11<br>Case No. 12-40944-MSH |

CERTIFICATE OF SERVICE

I, William R. Moorman, Jr., hereby certify that on March 20, 2012, I caused a true and accurate copy of the *Notice of Appearance and Request for Notice and Pleadings* to be served via ECF on the registered participants as identified on the Notice of Electronic Filing.

March 20, 2012　　　　　　　　　　　　　　　　　/s/ William R. Moorman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　William R. Moorman, Jr.

2