B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.   **12-40944 (MSH)**
                                                    Debtor(s)                           Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Allegheny County Airport Authority<br>P.O. Box 642623<br>Pittsburgh, PA 15264-2623 | Allegheny County Airport Authority<br>P.O. Box 642623<br>Pittsburgh, PA 15264-2623 | Trade debt | | 99,680.00 |
| Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Attn: Richard White<br>Fort Lauderdale, FL 33301 | Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Fort Lauderdale, FL 33301 | Trade debt | Disputed | 3,267,462.13 |
| Horry County Department of Airports/PFC | Horry County Department of Airports/PFC | Trade debt | | 116,311.61 |
| Jet Pay<br>3361 Boyington Drive<br>Carrollton, TX 75006 | Jet Pay<br>3361 Boyington Drive<br>Carrollton, TX 75006 | Credit card processor | | 2,000,000.00 |
| Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002 | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002 | Trade debt | | 89,365.32 |
| Lehigh Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109 | Lehigh Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109 | Trade debt | | 52,849.81 |
| Massachusetts Port of Authority<br>Attention Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02128 | Massachusetts Port of Authority<br>Attention Director, Worcester Regional Airport<br>Boston, MA 02128 | Trade debt | | 84,716.50 |
| Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577 | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577 | Trade debt | | 191,857.46 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**              Case No. __12-40944 (MSH)__
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205 | Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205 | Trade debt | | 91,654.63 |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406 | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406 | Trade debt | | 178,651.09 |
| Quickflight, Inc.<br>145 Burt Road, Suite 16<br>Lexington, KY 40503 | Quickflight, Inc.<br>145 Burt Road, Suite 16<br>Lexington, KY 40503 | Trade debt | | 116,311.61 |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811 | Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811 | Trade debt | | 888,972.00 |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471 | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471 | Trade debt | | 58,235.69 |
| Tech Aviation | Tech Aviation | Trade debt | | 298,032.01 |
| The Port Authority of NY & NJ<br>P.O. Box 95000<br>Philadelphia, PA 19195-1517 | The Port Authority of NY & NJ<br>P.O. Box 95000<br>Philadelphia, PA 19195-1517 | Trade debt | | 124,561.42 |
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court<br>Suite 100A<br>Suwanee, GA 30024 | Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court<br>Suwanee, GA 30024 | Trade debt | | 140,864.00 |
| WFFF/WVNY-TV<br>SMITH BROADCASTING OF VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406 | WFFF/WVNY-TV<br>SMITH BROADCASTING OF VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406 | Trade debt | | 49,300.00 |
| World Atlantic Airlines<br>Thomas Romero, CEO<br>5200 NW 36th Street<br>Miami, FL 33166 | World Atlantic Airlines<br>Thomas Romero, CEO<br>5200 NW 36th Street<br>Miami, FL 33166 | Trade debt | | 60,382.00 |
| WUTV - Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207 | WUTV - Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207 | Trade debt | | 49,065.00 |
| Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 304<br>Boise, ID 83702 | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 304<br>Boise, ID 83702 | Trade debt | | 663,028.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Southern Sky Air & Tours, LLC d/b/a Direct Air
                    Debtor(s)

Case No.   12-40944 (MSH)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3/21/12               Signature   _____
                                         Hank L. Torbert
                                         Member of Board of Directors

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy