# EXHIBIT E



Fax #  972-503-9100

To:     Josh Paine, Operations Manager, Jetpay   Phone 972-759-4800 ext 115
        David Tepoorten, President, Jetpay

From:   Judy Tull, Myrtle Beach Direct Air & Tours, CEO

Date:   December 12, 2006

Subject:  DOT Paperwork

Per your request I am faxing you copies of our approved DOT paperwork.
I hope this will answer your questions. I will contact Lori Rooney at Valley National Bank and have her draft something to give you access to information on our escrow account.

If you have any questions please contact me at 843-916-9700.

*Judy*

**Domestic Wire Instructions**

VALLEY NATIONAL BANK
1455 VALLEY ROAD
WAYNE, NEW JERSEY 07470
ABA# 021 201 383
ATTN: GLOBAL ESCROW
R.W.HALAGARDA AVP
ESCROW ACCOUNT# 041-074734
BENEFICIARY NAME: Southern Sky Air d/b/a Myrtle Beach Direct

**Mailing Instructions**

VALLEY NATIONAL BANK
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018