**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

|  |  |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC ,<br>d/b/a DIRECT AIR,<br>           Debtor | Chapter 11<br>Case No. 12-40944-MSH |

**ORDER REGARDING EMERGENCY MOTION OF JETPAY MERCHANT SERVICES, LLC FOR RELIEF FROM STAY TO CONTINUE PROCESSING CUSTOMER CHARGEBACKS FROM NON-ESTATE PROPERTY ESCROW ACCOUNT IN THE ORDINARY COURSE**
**<u>(TO THE EXTENT ANY SUCH RELIEF IS REQUIRED)</u>**

This matter having come before the Court on the Emergency Motion of JetPay Merchant Services, LLC for Relief from Stay to Continue Processing Customer Chargebacks and Refunds from Non-Estate Property Escrow Account in the Ordinary Course (to the Extent any Such Relief is Required) ("<u>Emergency Motion</u>"),[1] and it appearing that good and sufficient notice having been giving to all interested parties, and good cause having been shown for the relief requested, and the Court having considered the arguments made by counsel at the hearing held hereon,

    **IT IS HEREBY ORDERED:**

    1.    The Emergency Motion is granted.

    2.    The funds in the Escrow Account No. 041-074734, established at Valley National Bank pursuant to the Direct Air Depository Agreement, is not property of the within the bankruptcy estate, and, accordingly, disposition of such funds consistent with the contractual rights and obligations of the parties to the Escrow Account is not stayed by these proceedings.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed in the Emergency Motion.

1347322v2/999-213

3.       To the extent that the Debtor has any interest in any funds in the Escrow Account, JetPay and Valley National Bank are relieved from the automatic stay for the purpose of disposition of such funds in accordance with their contractual rights and obligations and consistent with any and all applicable regulations promulgated by the United States Department of Transportation.

4.       Valley National Bank, as Escrow Agent, is authorized and directed to dispose of any and all funds in the Escrow Account in accordance with the contractual rights and obligations of Valley National Bank, the Debtor consistent with all applicable rules and regulations promulgated by the United States Department of Transportation with respect to any and all completed flights, cancelled flights, credit card chargebacks and refunds.

_____
Melvin S. Hoffman
United States Bankruptcy Judge

Dated: March ___, 2012