UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC, | ) Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) |
| Debtor | ) |
| | ) |

**EMERGENCY MOTION OF JETPAY MERCHANT SERVICES, LLC FOR RELIEF FROM STAY TO CONTINUE PROCESSING CUSTOMER CHARGEBACKS FROM NON-ESTATE PROPERTY ESCROW ACCOUNT IN THE ORDINARY COURSE (TO THE EXTENT ANY SUCH RELIEF IS REQUIRED)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to Section 362 of the Bankruptcy Code and MLBR 9013-1(g), JetPay Merchant Services, LLC ("JetPay"), by its attorneys, hereby moves on an emergency basis for the entry of an order granting relief from stay to the extent any such relief is or may be required to permit certain affected parties to a customer escrow account to continue processing customer chargebacks and refunds in the ordinary course of business consistent with the terms of a certain escrow arrangement established and entered into pursuant to applicable regulations of the Department of Transportation for the protection of consumers, and a five-year course of dealings of the parties. In support hereof, JetPay has also filed herewith the Affidavit of David Chester, Chief Operating Officer of JetPay ("Chester Affidavit").

This is an emergency because, absent such an order, the current escrow agent, Valley National Bank, apparently acting out of an abundance of caution in view of commencement of these proceedings, has declined to release funds to JetPay from its customer escrow account in connection with customer chargebacks and refunds. Acting as a credit card processor, JetPay has funded the escrow from its own bank and has continuing liability to the credit card issuing banks

1346980v2/999-213