## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br>　　　　　　　　　　Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

### ORDER AUTHORIZING DEBTOR TO EMPLOY
### RIEMER & BRAUNSTEIN LLP AS COUNSEL

Upon consideration of the Debtor's Application for Authority to Employ Riemer & Braunstein LLP as Counsel dated March 21, 2012 (the "Application"),[1] whereby Southern Sky Air & Tours, LLC, d/b/a Direct Air (the "Debtor") seeks to employ the law firm of Riemer & Braunstein LLP (the "Firm") as its counsel; appropriate notice of the Application having been provided in the particular circumstances; no objection to the Application having been filed; and this Court having reviewed the Application and having found good cause for the relief sought therein; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is granted.

2. The Debtor is authorized to employ the Firm as bankruptcy counsel in its chapter 11 case on the terms set forth in the Application.

3. The compensation and reimbursement of expenses to be allowed to the Firm shall be determined by the Court upon appropriate application therefor and upon notice and a hearing,

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Application.

in accordance with sections 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules.

4.  The Firm may hold the Retainer pending final allowance of compensation pursuant to 11 U.S.C. § 330 and receive interim compensation from the Debtor pursuant to Orders of this Court authorizing its payment, upon appropriate application thereof.

5.  Approval of the Application shall be deemed effective as of the Petition Date in accordance with MLBR 2014-1(d).

6.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012      _____

United States Bankruptcy Judge

1422426.4