UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

## DECLARATION RE: ELECTRONIC FILING

    I, Hank L. Torbert, hereby declare under penalty of perjury that all of the information contained in *Debtor's Application for Authority to Employ Riemer & Braunstein LLP as Bankruptcy Counsel* (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION RE: ELECTRONIC FILING (the "Declaration") is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  March 21, 2012

Signed: _____
Hank L. Torbert,
Member of Board of Directors
Southern Sky Air & Tours, LLC,
d/b/a Direct Air

DECLARATION OF ATTORNEY

      I certify that (i) the affiant signed this form before I submitted the Document, (ii) I gave the affiant a copy of the Document and this Declaration, and (iii) I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed.R.Bankr.P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  March  21, 2012

                                        /s/ Alan L. Braunstein
                                        Alan L. Braunstein (BBO #546042)
                                        RIEMER & BRAUNSTEIN LLP
                                        Three Center Plaza
                                        Boston, Massachusetts  02108
                                        Tel: (617) 523-9000
                                        Fax: (617) 880-3456
                                        abraunstein@riemerlaw.com

1422548.1