UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC, D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

## DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

1. Pursuant to section 329 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Alan L. Braunstein, a member of the law firm of Riemer & Braunstein LLP (the "Firm"), counsel for Southern Sky Air & Tours, LLC, d/b/a Direct Air (the "Debtor"), makes this statement setting forth the compensation paid or agreed to be paid to the Firm within one year before the filing of the petition commencing this bankruptcy case for services rendered in contemplation of and in connection with this case, and the source of such compensation.

2. The Debtor paid approximately $29,046 for services rendered and expenses incurred in the one-year period prior to March 15, 2012 (the "Petition Date"). Approximately $29,046 of that amount was paid by the Debtor on account of services rendered and expenses incurred by the Firm in contemplation of and in connection with commencing this case. The Firm is holding approximately $30,054 as retainer for services to be rendered in connection with this bankruptcy proceeding.

3. The Debtor has agreed to pay the Firm at its usual hourly rates in effect from time to time during the pendency of this chapter 11 proceeding, and to reimburse the Firm for its expenses in connection with such services in such amounts as this Court determines pursuant to

sections 330 and 331 of the Bankruptcy Code, as contemplated in the *Debtor's Application for Authority to Employ Riemer & Braunstein LLP as Bankruptcy Counsel* filed with the Court soon after the Petition Date (the "Retention Application").

4. The source of the compensation paid or promised to be paid by the Debtor is from the operation of its business in the ordinary course, and going forward shall be through the retained and other funds available in the estate.

5. The Firm has not shared or agreed to share any portion of said compensation with any other person.

6. The Firm will render legal services in this bankruptcy case as provided for in the Retention Application.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtor in this bankruptcy proceeding.

*/s/ Alan L. Braunstein*
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com

DATED: March 22, 2012

1422452.3