UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSUCHUSETTS

IN RE:                                              )
                                                    )
    Southern Sky Air & Tours, LLC                   )
d/b/a Direct Air,                                   )    Case. No. 12-40944 (MSH)
                                                    )
         Debtor.                                    )    Chapter 11
_____)

## MOTION BY THE UNITED STATES TO APPEAR
## TELEPHONICALLY AT HEARING SCHEDULED FOR MARCH 23, 2012

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States Department of Transportation, respectfully states and prays as follows:

1. On March 22, 2012, JetPay Merchant Services, LLC filed an Emergency Motion for Relief from Stay to Continue Processing Customer Chargebacks from Non-Estate Property Escrow Account in the Ordinary Course (Docket No. 11).

2. A hearing to consider the motion is currently scheduled for March 23, 2012, at 11 a.m.

3. My office is located in Washington D.C. and I respectfully request that I be allowed to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for March 23, 2012 at 11:00 am grant such further relief as deemed necessary.

1

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

Christopher R. Donato
Assistant U.S. Attorney
BBO #628907
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303


_/s/ Aaron Goldsmith_
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
ANDREA HOROWITZ HANDEL
Civil Division
Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-0358
Facsimile: (202) 514-9163
Email: andrea.handel@usdoj.gov

Attorneys for the United States

2