**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN SKY AIR & TOURS, LLC, | ) | Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Merrick Bank Corporation, a creditor, pursuant to Fed.R.Bankr.P. 9010 and 2002, Section 1109(b) of the Bankruptcy Code and Local Rule 9010-3(c), and specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

> Respectfully submitted,
>
> s/Gina Lynn Martin
> Gina Lynn Martin (BBO No. 643801)
> Goodwin Procter LLP
> Exchange Place
> Boston, MA 02109
> Telephone: (617) 570-1000
> Fax: (617) 523-1231
> Email: gmartin@goodwinprocter.com

Dated: March 22, 2012

LIBC/4284856.1

-2-

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 22nd day of March, 2012 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

s/Gina Lynn Martin