**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOUTHERN SKY AIR & TOURS, LLC, | ) | Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Merrick Bank Corporation, a creditor, pursuant to Fed.R.Bankr.P. 9010 and 2002, Section 1109(b) of the Bankruptcy Code and Local Rule 9010-3(c), and specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

                                                          Respectfully submitted,

                                                          s/Michael J. Pappone
                                                          Michael J. Pappone (BBO No. 388900)
                                                          Goodwin Procter LLP
                                                          Exchange Place
                                                          Boston, MA 02109
                                                          Telephone: (617) 570-1000
                                                          Fax: (617) 523-1231
                                                          Email: mpappone@goodwinprocter.com

Dated: March 22, 2012

LIBC/4284684.1

-2-

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 22nd day of March, 2012 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              s/Michael J. Pappone