# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-40944 (MSH) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN E. FOX AS COUNSEL TO THE DEBTOR

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Steven E. Fox of Riemer & Braunstein LLP to practice before this Court *pro hac vice* as counsel to Southern Sky Air & Tours, LLC d/b/a Direct Air, debtor and debtor-in-possession herein (the "Debtor"), in the above-captioned Chapter 11 case.

In support of this motion, the undersigned states:

1. MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of Steven E. Fox, attached as Exhibit A, states that: (a) he is a member in good standing of the Bar of the State of New York, as well as a member in good standing before the United States District Courts for the Southern and Eastern Districts of New York; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

WHEREFORE, the undersigned respectfully requests that this Court enter an order substantially in the form of Exhibit B admitting Steven E. Fox to practice before this Court *pro*

KL2 2678521.1

*hac vice* as counsel to the Debtor, and grant such other and further relief as this Court deems just and proper.

Dated: March 22, 2012

Respectfully Submitted,

**RIEMER & BRAUNSTEIN, LLP**
Steven E. Fox
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
(212) 789-3100
sfox@riemerlaw.com

- and –

By:   ***/s/ Alan L. Braunstein***
    Alan L. Braunstein (BBO #546042)
    Three Center Plaza
    Boston, Massachusetts 02108
    (617) 523-9000
    abraunstein@riemerlaw.com

*Proposed Attorneys for the Debtor*

# EXHIBIT A

**Certificate for Admission *Pro Hac Vice* of Steven E. Fox**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-40944 (MSH) |

## MLBR RULE 9010-1(b)
## CERTIFICATE FOR ADMISSION
## *PRO HAC VICE* OF STEVEN E. FOX

I, Steven E. Fox, hereby aver and say:

1.  I am a member of the Bar of the State of New York, and I am also admitted before the United States District Courts for the Southern and Eastern Districts of New York.

2.  I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3.  There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4.  I have made no other prior application to be specially admitted to this Court during this calendar year.

5.  I am familiar with the MLBR.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2012

Steven E. Fox
RIEMER & BRAUNSTEIN LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
(212) 789-3150
sfox@riemerlaw.com