## EXHIBIT B

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>        Debtor. | Chapter 11<br><br>Case No. 12-40944 (MSH) |

ORDER GRANTING MOTION FOR
ADMISSION OF STEVEN E. FOX *PRO HAC VICE*

This Court having considered the Motion for Admission of Steven E. Fox *Pro Hac Vice* (the "Motion") and the supporting Certificate of Steven E. Fox, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Steven E. Fox is authorized to appear and practice *pro hac vice* on behalf of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Debtor in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts
       March ____, 2012

                                          _____
                                          MELVIN S. HOFFMAN
                                          UNITED STATES BANKRUPTCY JUDGE

1423766.1