# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, <br><br> Debtor. | Chapter 11 <br><br> Case No. 12-40944 (MSH) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MAURA I. RUSSELL AS COUNSEL TO THE DEBTOR

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Maura I. Russell of Riemer & Braunstein LLP to practice before this Court *pro hac vice* as counsel to Southern Sky Air & Tours, LLC d/b/a Direct Air, debtor and debtor-in-possession herein (the "Debtor"), in the above-captioned Chapter 11 case.

In support of this motion, the undersigned states:

1. MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of Maura I. Russell, attached as Exhibit A, states that: (a) she is a member in good standing of the Bar of the State of New York, as well as a member in good standing before the United States District Courts for the Southern and Eastern Districts of New York; (b) there are currently no disciplinary proceedings pending against her as a member of the Bar of any jurisdiction; (c) she has made no other prior application to be specially admitted to this Court during this calendar year; and (d) she is familiar with the MLBR.

WHEREFORE, the undersigned respectfully requests that this Court enter an order substantially in the form of Exhibit B admitting Maura I. Russell to practice before this Court

KL2 2678521.1

*pro hac vice* as counsel to the Debtor, and grant such other and further relief as this Court deems just and proper.

Dated: March 22, 2012

          Respectfully Submitted,

          **RIEMER & BRAUNSTEIN, LLP**
          Maura I. Russell
          Times Square Tower, Suite 2506
          Seven Times Square
          New York, NY 10036
          (212) 789-3100
          mrussell@riemerlaw.com

          - and –

By:   **/s/ Alan L. Braunstein**
      Alan L. Braunstein (BBO #546042)
      Three Center Plaza
      Boston, Massachusetts 02108
      (617) 523-9000
      abraunstein@riemerlaw.com

*Proposed Attorneys for the Debtor*

# EXHIBIT A

**Certificate for Admission *Pro Hac Vice* of Maura I. Russell**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-40944 (MSH) |

## MLBR RULE 9010-1(b)
## CERTIFICATE FOR ADMISSION
## *PRO HAC VICE* OF MAURA I. RUSSELL

I, Maura I. Russell, hereby aver and say:

1. I am a member of the Bar of the State of New York, and I am also admitted before the United States District Courts for the Southern and Eastern Districts of New York.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no other prior application to be specially admitted to this Court during this calendar year.

5. I am familiar with the MLBR.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2012**

/s/ Maura I. Russell
Maura I. Russell
RIEMER & BRAUNSTEIN LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
(212) 789-3100
mrussell@riemerlaw.com