# EXHIBIT B

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Case No. 12-40944 (MSH) |
| Debtor. | |

## ORDER GRANTING MOTION FOR ADMISSION OF MAURA I. RUSSELL *PRO HAC VICE*

This Court having considered the Motion for Admission of Maura I. Russell *Pro Hac Vice* (the "Motion") and the supporting Certificate of Maura I. Russell, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Maura I. Russell is authorized to appear and practice *pro hac vice* on behalf of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Debtor in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts
   March ____, 2012

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE

1422359.1