## EXHIBIT B

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, <br><br> Debtor. | Chapter 11 <br><br> Case No. 12-40944 (MSH) |

## ORDER GRANTING MOTION FOR
## ADMISSION OF BRETT J. NIZZO *PRO HAC VICE*

This Court having considered the Motion for Admission of Brett J. Nizzo *Pro Hac Vice* (the "Motion") and the supporting Certificate of Brett J. Nizzo, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Brett J. Nizzo is authorized to appear and practice *pro hac vice* on behalf of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Debtor in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts
      March ____, 2012

 

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE

1422355.1