UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

**DEBTOR'S MOTION TO EXTEND TIME
FOR FILING SCHEDULES AND STATEMENTS**

**(Expedited Determination Requested)**

Southern Sky Air & Tours, LLC d/b/a Direct Air, debtor and debtor-in-possession herein (the "Debtor"), hereby files this motion (the "Motion") seeking the entry of an order extending the time within which the Debtor may file the schedules and statements of financial affairs (the "Schedules and Statements") required by Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtor requests that it be allowed to file the required Schedules and Statements on or before April 18, 2012. In support of this Motion, the Debtor respectfully states as follows:

**Jurisdiction**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for relief requested herein are sections 105(a) and 521 of Title 11 of the United States Code (the "Bankruptcy Code"); Rule 1007 of the Bankruptcy Rules; and MLBR 1007-1(c), and 9013-1(g).

### Expedited Determination Requested

4.    Pursuant to MLBR 9013-1(g), the Debtor requests an expedited determination on the Motion. The current deadline for the Debtor to file the Schedules and Statements is March 29, 2012.[1] Because of the upcoming deadline to file the Schedules and Statements, it is necessary for the Court to consider the relief requested in the Motion on an expedited basis. It is important that the Schedules and Statements be complete and accurate, and that they fully evidence the financial condition of the Debtor as of the commencement of this Chapter 11 case.

### Background

5.    On March 15, 2012 (the "Petition Date"), the Debtor commenced this proceeding by filing a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

6.    Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its properties as a debtor-in-possession.

### Relief Requested

7.    By this Motion, the Debtor seeks to extend the time within which it must file its Schedules and Statements until April 18, 2012 - an extension of less than three weeks. The meeting of creditors has not yet been scheduled. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, a debtor is required to file Schedules and Statements within fourteen (14) days from the Petition Date. Bankruptcy Rules 1007(a)(5) and (c) further authorize the Court to extend a debtor's time to file the Schedules and Statements on motion for cause shown. The Debtor submits that there is "cause" to extend the time to file its Schedules and Statements in this case.

---

[1] The automatic order to update [Docket # 2] has a March 30, 2012 deadline.

8.  The estimated number of creditors in the Debtor's case is expected to be in excess of 500, which will make preparation of the Schedules and Statements a time consuming endeavor. Hank Torbert ("Mr. Torbert") and just a few other key employees and minimal staff are attending to the operation of the Debtor's business and the administration of the Debtor's bankruptcy case.

9.  The Debtor and its professional advisors are in the process of compiling and reviewing the documents and information necessary to complete the Schedules and Statements. Prior to the Petition Date and in the days thereafter, Mr. Torbert (who, along with a very minimal staff, will be providing the information necessary to complete the Schedules and Statements) was required to devote his time to attempt to stabilize the Debtor's operations and prepare for the commencement of this case.

10. In order to complete accurate Schedules and Statements, the Debtor must gather information and compile documents relating to several transactions and claims. Given the minimal support staff, the complexity of the Debtor's records, the number of its creditors, and the natural fluctuation of the Debtor's assets and liabilities prior to the Petition Date, the Debtor will be unable to satisfactorily complete the compilation of the above information in order to file the Schedules and Statements by March 29, 2012.

### Certification Under MLBR 9013-1(g) Regarding Request for Expedited Determination

11. Pursuant to MLBR 9013-1(g)(1)(C), the movant shall make a reasonable good faith effort to advise affected parties of the substance of a motion for relief, and the request for an emergency determination, prior to filing such motion for emergency determination. Upon filing the motion, the movant shall also file a certification attesting to the efforts so made. The

Debtor hereby certifies that a draft of the Motion has been sent in advance of its filing to the United States Trustee.

## Notice

12.    The Debtor will send notice of the Motion to the following parties: (i) the Office of the United States Trustee for the District of Massachusetts, (ii) secured creditors, (iii) the Debtor's 20 largest unsecured creditors, and (iv) any other parties that have filed a request for notice. In light of the nature of the relief requested, the Debtor submits that no other or further notice is required.

WHEREFORE, the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto: (i) extending the time for the Debtor to file its Schedules and Statements through April 18, 2012; and (ii) granting such other and further relief as is just and proper.

Dated: March 22, 2012

> Respectfully submitted,
>
> SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR
>
> By its proposed counsel,
>
> RIEMER & BRAUNSTEIN LLP
>
> /s/ Alan L. Braunstein
> Alan L. Braunstein (BBO #546042)
> Macken Toussaint (BBO# 645076)
> Three Center Plaza
> Boston, Massachusetts  02108
> Tel: (617) 523-9000
> Fax: (617) 880-3456
> abraunstein@riemerlaw.com
> mtoussaint@riemerlaw.com
>
> -and-
>
> Maura I. Russell, Esq.
> Brett J. Nizzo, Esq.
> Times Square Tower, Suite 2506
> Seven Times Square
> New York, NY 10036
> (212) 789-3100
> mrussell@riemerlaw.com
> bnizzo@riemerlaw.com