UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

**ORDER EXTENDING TIME FOR
FILING SCHEDULES AND STATEMENTS**

Upon the motion (the "Motion)[1] of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor") for an order extending the time within which the Debtor may file the Schedules and Statements; and it appearing that the relief requested by the Motion is necessary and in the best interests of the Debtor, its estate, and its creditors; and due notice of the Motion having been given; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is hereby granted; and it is further

ORDERED that the Debtor has up to and including April 18, 2012, to file the Schedules and Statements required by section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(b).

Dated: March ___, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge

1422348.3

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.