UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

### DEBTOR'S MOTION TO EXTEND TIME
### FOR FILING SCHEDULES AND STATEMENTS

**(Expedited Determination Requested)**

Southern Sky Air & Tours, LLC d/b/a Direct Air, debtor and debtor-in-possession herein (the "Debtor"), hereby files this motion (the "Motion") seeking the entry of an order extending the time within which the Debtor may file the schedules and statements of financial affairs (the "Schedules and Statements") required by Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtor requests that it be allowed to file the required Schedules and Statements on or before April 18, 2012. In support of this Motion, the Debtor respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for relief requested herein are sections 105(a) and 521 of Title 11 of the United States Code (the "Bankruptcy Code"); Rule 1007 of the Bankruptcy Rules; and MLBR 1007-1(c), and 9013-1(g).