**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:  Southern Sky Air & Tours, LLC d/b/a Direct Air Debtor, | Chapter: 11 <br> Case No: 12–40944 <br> Judge Melvin S. Hoffman |

---

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **4/11/12 at 11:00 AM** before the Honorable Judge Melvin S. Hoffman , Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [27] Expedited Motion of the United States Trustee, Richard King, To Convert Case To Case Under Chapter 7, Or In The Alternative, For The Appointment Of A Chapter 11 Trustee.

OBJECTION/RESPONSE DEADLINE: **APRIL 6, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071–1)

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

Date:3/23/12                                                                                       By the Court,

                                                                                                   Halina Magerowski
                                                                                                   Deputy Clerk
                                                                                                   508–770–8927