UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Chapter 11 |
|---|---|
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Case No. 12-40944 (MSH) |
| Debtor. | |

ORDER GRANTING MOTION FOR
ADMISSION OF STEVEN E. FOX *PRO HAC VICE*

This Court having considered the Motion for Admission of Steven E. Fox *Pro Hac Vice* (the "Motion") and the supporting Certificate of Steven E. Fox, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Steven E. Fox is authorized to appear and practice *pro hac vice* on behalf of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Debtor in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts
March ____, 2012

*/s/ Melvin S. Hoffman*    03/23/2012

MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE

1423766.1