# United States Bankruptcy Court
## District of Massachusetts

In re __Southern Sky Air & Tours, LLC d/b/a Direct Air__          Case No. __12-40944 (MSH)__
                                              Debtor(s)           Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Southern Sky Air & Tours, LLC d/b/a Direct Air__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Avondale Aviation I, LLC**
**1629 K Street, NW**
**Suite 300**
**c/o Hank L. Torbert**
**Washington, DC 20011**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 23, 2012** | **/s/ Alan L. Braunstein** |
| Date | **Alan L. Braunstein** |
| | Signature of Attorney or Litigant |
| | Counsel for __Southern Sky Air & Tours, LLC d/b/a Direct Air__ |
| | **Riemer & Braunstein LLP** |
| | **Three Center Plaza** |
| | **Boston, MA 02108** |
| | **617-523-9000 Fax:617-880-3456** |