# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air   **Case Number:** 12-40944   (MSH)   **Ch:** 11

#9 Motion of JetPay Merchant Services, LLC for Relief From Stay to Continue Processing Customer Chargebacks from Non-Estate Property Escrow Account in the Ordinary Course (to the Extent Any Such Relief is Required) and Limited Objections of #16 Valley National Bank and #23 American Express Travel Related Services Co. Inc. and #26 Objection of Debtor.

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |
| ✔ Continued to APRIL 11, 2012 AT 11:00 A.M. NONEVIDENTIARY | | |
| _____ Proposed Order Submitted by_____ | | |
| _____ Stipulation to be Submitted by_____ | | |
| _____ Taken Under Advisement | | |

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____ Dated: 03/23/2012

Melvin S. Hoffman
United States Bankruptcy Judge