UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    ) Chapter 11
In re:                                                             )
                                                                    ) Case No. 12-40944 (MSH)
SOUTHERN SKY AIR & TOURS, LLC       )
D/B/A DIRECT AIR,                                       )
                                                                    )
                                                                    )
                                                                    )
                        Debtor.                              )
_____)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the United States of America hereby appears in this case by the United States Department of Justice and requests that all notices given and all papers served or required to be served in this case be given to and served upon the following counsel:

> Andrea Horowitz Handel
> United States Department of Justice
> Civil Division
> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044
> TEL: (202) 307-0358
> FAX: (202) 514-9163
> EMAIL: andrea.handel@usdoj.gov

> Address For Overnight Service:

> Andrea Horowitz Handel
> United States Department of Justice
> 1100 L Street, N.W.
> Room 10068
> Washington, DC 20005

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without

limitation, orders and notices of any applications, motions, orders, hearings, requests or petitions,

answering or reply papers, memoranda and briefs in support of any of the foregoing, any

disclosure statement or plan of reorganization or liquidation, and any other document brought

before this Court with respect to the case, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, email or

otherwise, which may in any way affect or seek to affect any right or interest of the United States

of America, as well as its agencies and entities.

Dated: March 23, 2012                    Respectfully submitted,

                                                                   STUART F. DELERY
                                                                   Acting Assistant Attorney General

                                                                   CARMEN M. ORTIZ
                                                                   United States Attorney for the
                                                                   District of Massachusetts

                                                                   CHRISTOPHER R. DONATO
                                                                   Assistant U.S. Attorney
                                                                   BBO #628907
                                                                   John Joseph Moakley Courthouse
                                                                   1 Courthouse Way, Suite 9200
                                                                   Boston, MA 02210
                                                                   (617) 748-3303
                                                                   chris.donato@usdoj.gov

      /s/Andrea Horowitz Handel
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
ANDREA HOROWITZ HANDEL
Civil Division
Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-0358
Facsimile: (202) 514-9163
Email: andrea.handel@usdoj.gov

Attorneys for the United States

Certificate of Service

I hereby certify that on this 23rd day of March 2012, I caused copies of the foregoing document to be served by electronic mail on all parties on the Court's ECF system.

      /s/ Andrea Horowitz Handel
Andrea Horowitz Handel