United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                  Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4          User: hm              Page 1 of 2              Date Rcvd: Mar 23, 2012
                              Form ID: usthrg       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2012.
```
db         +Southern Sky Air & Tours, LLC d/b/a Dire,   1600 Oak Street,   Myrtle Beach, SC 29577-3525
aty        +Alan L. Braunstein,   Riemer & Braunstein, LLP,   Three Center Plaza,   Boston, MA 02108-2090
aty         David J. Reier,   Posternak Blankstein & Lund LLP,   Prudential Tower,   800 Boylston Street,
             Boston, MA  02199-8004
aty        +Gina L. Martin,   Goodwin Procter LLP,   53 State Street,   Exchange Place,
             Boston, MA 02109-3000
aty        +Jeffrey D. Sternklar,   Duane Morris, LLP,   24th Floor,   100 High Street,
             Boston, MA 02110-1734
aty        +Kevin C. McGee,   Seder & Chandler, LLP,   339 Main St.,   Worcester, MA 01608-1585
aty         Michael J. Pappone,   Goodwin Proctor LLP,   Exchange Place,   53 State Street,
             Boston, MA  02109-2881
aty        +Robert W Kovacs, Jr,   Law Office of Robert W. Kovacs, Jr.,   172 Shrewsbury Street,
             Worcester, MA 01604-4636
aty        +William R. Moorman, Jr.,   Craig and Macauley, Professional Corp,   Federal Reserve Plaza,
             600 Atlantic Avenue,   Boston, MA 02210-2204
cr          American Express Travel Related Services,   200 Vesey Street,   New York, NY  10825
intp       +Brett J. Nizzo,   Riemer & Braunstein LLP,   Times Square Tower,   Suite 2506,
             Seven Times Square,   New York, NY 10036-6546
cr         +Kevin F. Conway,   54 James Street,   Worcester, MA 01603-1014
cr         +Lynn A. Conway,   54 James Street,   Worcester, MA 01603-1014
intp       +Maura I Russell,   Reimer @ Braunstein LLP,   Times Square Tower,   Suite 2506,
             Seven Times Square,   New York, NY 10036-6546
intp       +Steven E. Fox,   Riemer & Braunstein LLP,   Times Square Tower,   Suite 2506,
             Seven Times Square,   New York, NY 10036-6546
18436089   +Southern Sky Air & Tours LLC,   d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 23 2012 23:18:43     Richard T. King,
             United States Trustee,   446 Main Street, 14th floor,   Worcester, MA 01608-2361
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 23 2012 23:18:43     Richard King,
             Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Robert W Kovacs,   20 Blackstone Street,   Menson, ma  01576
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0101-4          User: hm                Page 2 of 2              Date Rcvd: Mar 23, 2012
                              Form ID: usthrg         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2012 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
         abraunstein@riemerlaw.com,   ahall@riemerlaw.com
        David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
        Gina L. Martin    on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com
        Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank
         jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Kevin C. McGee    on behalf of Creditor   American Express Travel Related Services Co., Inc.
         bankruptcy@sederlaw.com,   kmcgee@sederlaw.com
        Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
        Robert W Kovacs    on behalf of Creditor Kevin Conway robert@rkovacslaw.com
        William R. Moorman    on behalf of Creditor   Radixx Solutions International, Inc.
         moorman@craigmacauley.com

        TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Southern Sky Air & Tours, LLC d/b/a Direct Air<br>Debtor, | Chapter: 11<br>Case No: 12–40944<br>Judge Melvin S. Hoffman |

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **4/11/12 at 11:00 AM** before the Honorable Judge Melvin S. Hoffman , Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [27] Expedited Motion of the United States Trustee, Richard King, To Convert Case To Case Under Chapter 7, Or In The Alternative, For The Appointment Of A Chapter 11 Trustee.

OBJECTION/RESPONSE DEADLINE: **APRIL 6, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071–1)

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

Date:3/23/12

By the Court,

Halina Magerowski
Deputy Clerk
508–770–8927