**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

_____
                                          )
In re:                                    )
                                          )    Chapter 11
SOUTHERN SKY AIR & TOURS, LLC             )    Case No. 12-40944-MSH
d/b/a DIRECT AIR,                         )
                Debtor                    )
_____ )

## CERTIFICATE OF SERVICE

      I, David J. Reier, do hereby certify that on March 26 2012 the attached Notice of Hearing on the Emergency Motion ("Emergency Motion") of JetPay Merchant Services, LLC for Relief from Stay to Continue Processing Customer Chargebacks From Non-Estate Property Escrow Account in the Ordinary Course was served through the ECF filing system upon those parties and their counsel who have registered to receive notices in this bankruptcy case via ECF, and by fax, telephone or email as otherwise indicated on the attached Noticed List, and in addition that the Emergency Motion and Affidavit of David Chester in support thereof were served upon Platt River Insurance Company by overnight mail on this date on the address shown on the Notice List.

                                      /s/ David J. Reier
                                      David J. Reier (BBO No. 546202)
                                      POSTERNAK BLANKSTEIN & LUND LLP
                                      Prudential Tower
                                      800 Boylston Street
                                      Boston, MA 02199-8004
                                      Telephone:  617-973-6100
                                      Telecopier:  617-367-2315
                                      E-mail: dreier@pbl.com

Dated:  March 26, 2012

## NOTICE LIST

| | |
|---|---|
| Platte River Insurance Company<br>P O Box 5900<br>Madison, WI 53705<br>**By fax: 608-829-7408** | United States Attorney<br>One Courthouse Way<br>Suite 9200<br>Boston, MA  02210<br>**By fax: 617-748-3974** |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264<br>**By fax:** (412) 472-3636 | Chemoil Corp.<br>200 East Las Olas Blvd., Ste. 2050<br>Attn: Richard White<br>Fort Lauderdale, FL 33301<br>**After making an extensive search on the internet, we were unable to identify an email, fax or telephone number for this company at this address** |
| Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>**by telephone: 269-388-3668** | Lehigh Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109<br>**by fax: 610-264-0115** |
| Mass. Port Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Dr., Ste. 200S<br>Boston, MA 02128<br>**By fax: (617) 568-3703** | Myrtle Beach International Airport<br>1100 Jetport Rd.<br>Myrtle Beach, SC 29577<br>**by fax: 843-626-9096** |
| Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205<br>**by fax: 716-855-6691** | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>**by fax: 561-471-7427** |
| Quickflight, Inc.<br>145 Burt Rd., Ste. 16<br>Lexington, KY 40503<br>**by fax: 859-425-0096** | Sky King Airlines<br>3200 Flightline Dr., Ste. 302<br>Lakeland, FL 33811<br>**by fax: 863-648-2918** |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>**by fax: 217.788.8056** | The Port Authority of NY and NJ<br>PO Box 95000<br>Philadelphia, PA 19195-1517<br>**By fax: 973-565-4307** |
| Vision Airlines<br>Attn: David Meers, SVP/COO<br>3975 Johns Creek Ct, Ste 100A<br>Suwanee, GA 30024<br>**by email: jwhitt@visionairlines.com** | WFFF/WVNY-TV<br>Smith Broadcasting of VT, LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>**by fax: 802-660-8673** |

2

ID # 590244v01/4390-173/ 03.26.2012
1348968v1/18355-2

| | |
|---|---|
| World Atlantic Airlines<br>Attn: Thomas Romero, CEO<br>5200 NW 36th St.<br>Miami, FL 33166<br>**by fax: (305)722-6102** | WUTV – Fox 29<br>699 Herbal Ave., Ste. 100<br>Buffalo, NY 14207<br>**By fax: 716-875-4919** |
| Xtra Airways<br>Attn: Lisa Dunn, President<br>800 West Idaho St., Ste. 304<br>Boise, ID 83702<br>**By mail** | Andrea Horowitz Handel<br>Asst. Counsel, US Dept. of Transportation<br>Dept. of Justice, Civil Division<br>PO Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>**via fax: 202-514-9163** |

3