**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC, d/b/a DIRECT AIR,<br><br>Debtor. | CHAPTER: 11<br><br>CASE NO: 12-40944-MSH |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned appears as counsel to Platte River Insurance Company, a creditor, pursuant to Fed.R.Bankr.P. 9010 and 2002, Section 1109(b) of the Bankruptcy Code and Local Rule 9010-3(c), and specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

                                              Respectfully submitted,
                                              PLATTE RIVER INSURANCE COMPANY
                                              By its Attorneys,

                                              */s/ Bradford R. Carver*

                                              Bradford R. Carver; BBO# 565396
                                              HINSHAW & CULBERTSON LLP
                                              28 State Street
                                              24th Floor
                                              Boston, MA 02109-1775
                                              617-213-7000
                                              617-213-7001 (facsimile)
Dated:  March 27, 2012                    bcarver@hinshawlaw.com

34191394v1  A8286

## **CERTIFICATE OF SERVICE**

It is certified that the foregoing document was filed this 27th day of March, 2012 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Bradford R. Carver* _____
                                                Bradford R. Carver

34191394v1  A8286