Direct Air Matrix.txt

A WAY TO TRAVEL
404 HAMLIN HWY
PO BOX 904
HAMLIN, PA 18427-0904

A Yankee Line Inc
370 West First Street
South Boston, MA 02127

AAA SOUTHERN PENNSYLVANIA
2840 EASTERN BLVD
YORK, PA 17402

AAA Travel Agency
360 2nd Ave
Gallipolis, OH 45631-1103

Aaron Barton
6232 Savannah Breeze Ct  #101
Tampa, FL 33625

Accent Aviation Group
One Mill Street
Parish, NY 13131-9715

Act Communications Inc
555 - 88 East Pender St
Vancouver, BC V6A 3X3
CANADA

Active Aero Services
2068 E Street
Willow Run Airport
Belleville, MI 48111-1278

Adams Outdoor
407 E. Ransom
Kalamazoo, MI 49007

Advantage Technology
814 Quarrier Street
Charleston, WV 25301

Aeromotive Ground Support Inc
8220 N.W. 70th St
Miami, FL 33166

Aerospace Risk Management Group, Inc.
Air Chef Aviation Services Inc
14035 - P Airport Rd
GULFPORT, MS 39503

Air Logistics, Inc.
13273 O'Bannon Station Way
Louisville, KY 40223

Air Vacations
12-93 Dundas St. East
Mississauga, ON LSA 1W7
CANADA

Air Wilmington
P.O. Box 1930

Direct Air Matrix.txt

Wilmington, NC 28402

Airline Station Management
452 Steeple Chase Lane
Bridgewater, NJ 08807

Airport Distribution Solutions
1470 Chestnut Ave.
Hillside NJ 07205

Airport Services
Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Airport Terminal Services Inc
111 Westport  Plaza Drive, Suite 400
Saint Louis, Mo 63146

Alfred Travel Center
11 West University St.
Alfred, NY 14802

All American Printing
1463 Sunset Point Road
Clearwater, FL 33755

All Around Charters
410 E. Olonia Ln
Nokomis, FL 34275

Allegheny County Airport Authority
P.O. Box 642623
Pittsburg, PA 15264-2623

Allison Waring
350 Oxford St
Apt 4
Rochester NY 14607

Alpha Flight Services
1776 Hangar Road
Sanford FL 32773

ALVAREZ AND BREMER TRAVEL
9336 TRANSIT RD
E AMHURST NY 14051

AMERICAN EAGLE AIRLINES INC
P.O. BOX 619616
MD 5494
DFW AIRPORT, TX 75261-9616

American Express
P.O. Box 360001
Ft Lauderdale, FL 33336-0001

Ameriflight
4700 Empire Ave.
Hangar 1
Burbank, CA 91505

Anchor Taxi

Direct Air Matrix.txt

P.O. Box 221
3001 N Kings Hwy
Myrtle Beach, SC 29577

Anchors Away Travel
3128 Bispham Rd
Sarasota, FL 34231

Andrews International
475 Park Avenue South, 12 Floor
New York, NY 10016

Appalachian Power
P.O. Box 24413
Canton, OH 44701-4413

Arbor Hospice
2366 Oak Valley Drive
Ann Arbor, MI 48103

ARINC Inc
P.O. BOX 951273
DALLAS, TX 75395-1273

Ascent Aviation Group Inc
One Mill Street
Parish, NY 13131-9715

Ashley Grennell
23463 Quasar Blvd
Port Charlotte, FL 33980-3120

ASIG-BRADLEY
BUILD 85-586 CARGO RD
WINDOSOR LOCKS, CT 06096

ASIG - MLB
201 S. Orange Ave.
Suite 1100A
Orlando, FL 32801

ASIG - Melbourne
201 S. Orange Ave.
Suite 1100A
Orlando, FL 32801

ASIG/MLB
830 Ed Foster Road
Melbourne, FL 32901

Aspen Travel
2751 Alpine Ave. NW
Grand Rapids, MI 49544

AT & T AZO
P.O. BOX 8100
AURORA, IL 60507

AT & T Florida
P.O. Box 105262
Atlanta, GA 30348-5262

AT & T Michigan

Direct Air Matrix.txt

P.O. Box 105262
Atlanta, GA 30348-5262

AT & T Ohio
P.O. Box 105262
Atlanta, GA 30348-5262

AT & T Mobility
P.O. Box 537104
Atlanta, GA 30353-7104

AT & T Mobility
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

Atlanta Professional Reporters
P.O. BOX 11672
WINSTON SALEM, NC 27116-1672

Atlantic Aviation - Pittsburgh
300 Horizon Drive
Pittsburgh International Airport
Moon Township, PA 15108-2794

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740

AVFUEL Corporation
P.O. Box 67000
Detroit, MI 48267-0135

Aviation Advantage Inc
1755 the Exchange, Suite 300
Atlanta, GA 30339

Aviation Distribution Solutions, Inc.
1470 Chestnut Ave
Hillside, NJ 07205

Aviation Fuel International
510 ShotGun Road, Suite 110
Ft. Lauderdale, FL 33326

Aviation Safeguards
P.O. Box 823415
Philadephia, PA 19182-3415

Aviation Technology
201 Hangar Road
Avoca, PA 18641-2229

Avondale Ventures, LLC
1629 K Street, NW, Suite 300
Washington DC 20006

AWW Travel
248 Shenandoah Dr.
Pittsburgh, PA 15235

Kathleen Curtis-Mendez
797 Kennedy Blvd.
Bayonne, NJ 07002

Direct Air Matrix.txt

Baggage Airline Guest Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821

Barbara Jefferson
86 Farnham Road
RR #2
Guelph, ON N1H 6H8
CANADA

Bartelt Travel
5600 Portage Rd
Kalamazoo, MI 49002

Bay View Resort
504 North Ocean Blvd
Myrtle Beach, SC 29577

Barteit Travel
5600 Portage Road
Portage, MI 49002

BCD Liquor, Inc.
1490 S. Kings Hwy
Myrtle Beach, SC 29577

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588

Beach Cove Resort
4800 South Ocean Blvd
North Myrtle Beach, SC 29582

Bedore Tours, Inc.
2968 Niagara Falls Blvd
North Tonawanda, NY 14120

Best Western Waterfront
300 Retta Esplanade
Punta Gorda, FL 33950

Bill Campbell
39 Chert Avenue
Hamilton, ON L8G 5A6
CANADA

BJC Investments
ATTN: Bruce Carusi
P.O. Box 203
Mill Neck, NY 11765

Blake Lloyd
3110 American Drive
Mississauga, ONL4V 1T2
CANADA

BLM Lakeland Inc.
1119 Hammock Shade Drive
Lakeland, FL 33809-4652

Direct Air Matrix.txt

Blue Cross Blue Shield of SC
P.O. Box 6000
Columbia, SC 29260-6000

Blue Sky Aviation Services
12301 Lexington Park Dr. Apt 308
Tampa FL 33626

Robert Keilman
194 Scarborough Way
Marlboro NJ 07746

Boingo Wireless Inc.
Attn:  Accounts Receivable
10960 Wilshire Blvd, Ste 800
Los Angeles, Ca 90024

Bonner's Cactus Sands
5814 N. Kings Hwy
Myrtle Beach, SC 29577

Boyd Law Firm LLC
P.O. Box 15358
Myrtle Beach, SC 29587

Brad Warneck
724 Wigston Ct.
Myrtle Beach, SC 29579

Brandi Watts
1596 Wachesaw Rd.
Murrells Inlet, SC 29576

Brandon Advertising
3023 Church Street
Myrtle Beach, SC 29577

BRP AVIATION
9900 PORTER ROAD
NIAGARA FALLS, NY 14304

Bruce Eckard
4029 Prioy Circle
Tampa, FL 33618

Brunswick Travel Inc
150-4 Holden Beach Rd.
Shallotte, NC 28470

Bryan Kornreich
2 Sundance Place
Scarsdale NY 10583

Buckeye Sports Bulletin
1350 W Fifth Ave, Suite 30
Columbus, OH 43212

Bush/Ross ,P.A.
1801 N. Highland Avenue
Tampa, FL 33602

Business Bullpen. LLC
966 Kelsey Drive

Direct Air Matrix.txt

Charlotteville, VA 22903

CAA Niagara
78 Lake St.
St Catherines, ON L2R 5X4
CANADA

CableVision Advertising Sales
450 Raritan Center Parkwaty
Edison, NJ 08837

Caherine Forman
8588 S. 38th St.
Scotts, MI 49088

Cammaratas Travel
6336 Robinson Rd.
Lockport, NY 14094

Caravelle Resort
6900 Nortth Ocean Blvd
Myrtle Beach, SC 29572

CARIBBEAN RESORT & VILLAS
3000 N OCEAN BLVD.
MYRTLE BEACH, SC 29577

Carlson WagonLit Travel
1585 McLaughlin Run Rd.
Pittsburgh, PA 15241

Carolina Radiology Associates LLC
P.O. Box 51030
Myrtle Beach, SC 29579-0018

Carolina Travel
47 Knowlin Rd.
Georgetown, SC 29440

Carolina Wholesale Apparel Sales
357-C Surfside Plaza
Surfside Beach, SC 29575

Carrie Bowers
2668 Maplewood Drive
Columbus, OH 43211

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184

Catherine Forman
8588 S. 38th St.
Scotts, MI 49088

Catherine M. Herskowotz
35 Muirfield Dr.
Pawleys, Island SC 29585

CBS RADIO
1700 BROADWAY - 10TH FLOOR
NEW YORK, NY 10019

Direct Air Matrix.txt

Centene Management Company LLC
7700 Forsyth Blvd.
9th Floor
St Louis, MO 63105

Central Travel & Ticket, Inc.
1995 Tiffin Ave.
Suite 1D
Findlay Ohio 45840

Central Travel (1)
5577 Monroe St
Sylvania, OH 43560

Central Travel (2)
117 Louisiana Ave
Perrysburg, OH 43551-1458

Central Travel (3)
3715 Williston Rd
Northwood, OH 43619

Central Travel - Holland
6815 Springvalley Dr
Holland, OH 43528-4987

Centro Las Americas
11 Sycamore St.
Worcester, MA 01608

Channel Technology Inc
525 Hertel Ave.
Buffalo, NY 14207

Charlotte County Airport Authority
28000 A-1 Airport Road
Bldg 109
Punta Gorda FL 33982

Charlotte County BBC
18500 Murdock Circle
Port Charlotte, FL 33948

Charlotte County Tax Collector
18500 Murdock Circle
Port Charlotte, FL 33948

CHARTER COMMUNICATIONS
P.O. BOX 78016
PHOENIX, AZ 85062-8016

Charter Media
ATTN: Accts Receivable
P.O. Box 78876
Milwaukee WI 53278-0876

Charter TV
95 Higgins St
Worcester MA 01606

CheapFlights (USA), Inc.
Dept CH 17932
Palatine, IL 60055-7932

Direct Air Matrix.txt

Chemoil Aviation
200 East Los Olas Blvd. #2050
Fort Lauderdale, FL 33301
Attn: Richard White

Chicago Rockford International Airport
60 Airport Drive
Rockford, IL 61109

Christine L. Potter
237 Bittersweet Lane
Myrtle Beach, SC 29579

Christine Swift
1198 King Street
Conway, SC 29526

Citadel Broadcasting Corpor
50 James East Casey Drive
Buffalo, NY 14206

Citadel Broadcasting Corporation(WXLO)
250 Commercial St.
Worcester, MA 21608

Clarion/Kalamazoo
3500 East Cork St.
Kalamazoo, MI 49001

Clear Channel - Springfield, MA
P.O. Box 402660
Atlanta, GA 30384

Clear Channel - Winchester
510 Pegasus Ct.
Winchester, VA 22602

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104

Clear Channel Airports-PBI
P.O. Box 847247
Dallas, TX 75284-7247

Clear Channel Communications
5570 Collections Center Drive
Chicago, IL 60693

Clear Channel- Frederick, MD
5966 Grove Hill Road
Frederick, MD 21703

Clear Channel - Pittsburgh
26000 Cannon Rd.
Cleveland, OH 44146

Clear Channel-Worcester
WSRS-FM WTAG-AM
P.O. BOX 406078
ATLANTA, GA 30384-6078

Direct Air Matrix.txt

CLINTON COUNTY TREASURER
137 MARGARET STREET, SUITE 205
PLATTSBURGH, NY 12901

Coalesce Communications & Design
1012 16th Ave., NW
Surfside Beach, SC 29575

Coastal Direct
P.O. Box 1011
Myrtle Beach, SC 29578

Coastal Observer
P.O. Box 1170
Pawleys Island, SC 29585

Coastal Outdoor Advertising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577

Colleen Hardy
932 David Court
Burlington, ON L7T4B3
CANADA

Colleen M. Wood
7517 Twisted Bark Drive
Canal Winchester, OH 43110

Columbus Regional Airport Authority
L-3459
Columbus, OH 43260

Comcast Cable
P.O. BOX 105257
ATLANTA, GA 30348-5257

Comcast Spotlight
P.O. BOX 8500-53003
Philadelphia, PA 19178-53003

Comfort Inn & Suites
590 Ava Court
Sanford, FL 32771

Commissioner of Taxation & Finance
P.O. BOX 1833
ALBANY, NY 12201-1833

Complete Travel Service
134 S. Main St
Zelienople, PA 16063

Concourse Communications Group LLC
Attn: Accounts Receivable
200 W. Madison Ste 2830
Chicago, IL 60606-3524

CORTLAND COMPUTER SERVICES
250 LACKLAND DRIVE, SUITE 10
MIDDLESEX, NJ 08846

VIA COURRIER

Direct Air Matrix.txt

4000 Kindersley Ave
Suite 100
Montreal, QUE H4P 1K8
CANADA

Creative Spot
430 East Rich Street
Columbus, OH 43215

Crossing Magazine
1455 Normandy
LaSalle, ON N9T 3N1
CANADA

CSI INTERNATIONAL INC
201 HANGAR ROAD
AVOCA, PA 18641

CST Technologies
P.O. Box 312
Williamstown, WV 26104

Cumulus Myrtle Beach
P.O. Box 643195
Cincinnati, OH 40264-3195

CWT Clarke - Way Travel Agency LTD
36 Toronto St.
Totonto, ON M5C 2C5
CANADA

Cynthia Eden
9902 Lily St
Pinellas Park, FL 33782

Cynthia Garris
7725 N Kings Hwy
Myrtle Beach, SC 29572

DA Consultants
194 Scarborough Way
Marlboro, NJ 07746-2454

Dallas Whiting
1311 Illnois Ave.
Palm Harbor, FL 34683

Daniel Pelletier
3 Manor Dr.
Plattsburgh, NY 12901

Daniel Schallhorn
45252 Oak Leaves Ln.
Mattawan, MI 49071

Daniels Professional Center
P.O. Box 68
Prosperity, WVA 25909

Danny Wittkop
2185 Violet Circle
A-1
Niagara Falls, NY 14304

Direct Air Matrix.txt

Data Publishing
P.O. Box 71082
Charlotte, NC 28272-1082

David Colden
12429 Bristol Commons Circle
Tampa, FL 33626

DAY STAR COMMUNICATIONS
P.O. BOX 22045
TAMPA, FL 33622

DC Martin & Sons Scales, Inc
370 36th St., SE
Grand Rapids, MI 49548

Debbie Knifton
106 Scarborough Rd
Toronto, ON M4E3M5
CANADA

Department of Labor
Licensing ^ Regulation
Division of Investigations
P.O. Box 11329
Columbia, SC 29211-1329

Destination Travel
P.O. Box 709
Rte 940
Pocono Pines, PA 18350

Doctor's Care
P.O. Box 890217
Charlotte, NC 28289-0217

Dolphin Transportation Specialist
3963 Progress Avenue
Naples, FL 34104

DONALD J. DAWSON
3020 MARIE DR.
GIBSONIA, PA 15044-8265

Donald Golas
576 Arborside Lane
Avon Lake, Ohio 44012

Douglas Noel
1135 Park Rd, SW
Unit 1301
Sunset Beach, NC 28468

Douglas Tant
167 Wheelock Ave
Millbury, MA 01527

Dunns Destinations
120 N Drive Ste 5
Marshall, MI 49068

Duplicates Ink

Direct Air Matrix.txt

2408 Main Street
Conway, SC 29528

DUVA TRAVEL LTD
107 CLARENCE ST., BOX 175
PORT COLBORNE, ON L3K 5V8
CANADA

Elisabeth Schultz
601 Spruce Avenue
Niagara Falls, NY 14301

EmbroidMe
1610 Bus. 17 S
Surfside Beach, SC 29575

EMedia Group, Inc.
P.O. BOX 1808
GREENVILLE, SC 29602

Emery Air, Inc.
P.O. Box 6067
Rockford, IL 61125

Empire Travel
93 W Main St.
Dudley, MA 01571

Employers Innovative Network
113 Goff Mountain Road, Suite 301
Cross Lanes, WV 25313

Encore Video Productions, Inc.
811 Main Street
Myrtle Beach, SC 29577

Endless Fun Resorts
6900 North Ocean Blvd.
Myrtle Beach, SC 29572

Ermisch Travel of Battle Creek Inc
26 East Michigan Avenue
Battle Creek, MI 49017

Esquire Deposition Solutions
P.O. Box 934157
Atlanta, GA 31193-4157

Evasion Golf Escape
5802 rue Eugene Achard
Montreal QE H1K 5A9
CANADA

Executive Delivery
17195 Silver Parkway #403
Fenton, MI 48430

Executive Staffing
P.O. Box 306
Mullens, WV 25882

EXPERTS TRAVEL
2036 PARKVIEW  AVE.

Direct Air Matrix.txt

KALAMAZOO, MI 49008

Express Jet - Continential
Tracy Laprod
100 Hartsfield Center Parkway
Suite 700
Atlanta, GA 30354

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577

Fantasy Travel
6630 Cortez Rd. West
Bradenton, FL 34210

Far Horizons Travel
5902 Hwy 51
McFarland, WI 53558

Fayette Travel Centre
142 South Fayette St.
Washington Court House, OH 43160

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Choice Travel
265 W Main Street
Malone, NY 12953

First Class Concessions Inc
12118 Ferncrest Place
San Diego, CA 92128

FL Travel & Lifestyles Magazine
4370 S. Tamiami Travel
Suite 104
Sarasota, FL 34231

Flooring by Design
4802 Hwy 501
Myrtle Beach, SC 29577

FLORIDA TODAY
P.O. BOX 677592
DALLAS, TX 75267

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916

Frances Sabatini
13 Jerome Lane
Cheswick, PA 15024

Fresh Brands, LLC
1750 The Exchange, Suite 200
Atlanta, GA 30339

Frontier
P.O. Box 2951

Direct Air Matrix.txt

Phoenix, Arizona 85062-2951

Frontier (WV)
P.O. Box 20550
Rochester, NY 14602-0550

Frontier/R
P.O. Box 20550
Rochester, NY 14602-0550

Fuel Interactive
1705 N. Oak Street, Suite 6
Myrtle Beach, SC 29577

Horry
Fulfaro Travel
940 Hopkins Road
Ste F
Williamsville, NY 14221

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
USA

G H Imaging
2651 Peck Street
Muskegon, Heights MI 494444

Gail L Quam
13751 Chestnut Lane
Huntley, IL 60142

Gannett Michigan Newspapers
P.O. Box 30318
Lansing, MI 48919

Garofalo Gorlich Hanbach
1200 New Hampshire Ave. NW
Suite 800
Washington, DC 20036-6802

Gateway Outdoor Advertising
P.O. Box 12105
Birmingham, AL 35202

Getaway Travel
419 Taylor ave
Delaware, OH 43015

GM Anderson Advertising
2131 West White Oaks Drive, Suite B2
Springfield, IL 62704

Golf Promo
410 Everit Avenue
Hewlett Harbor, NY 11557

Golfer Guide Marketing
P.O. Box 5926
Hilton Head, SC 29938

Golfing Magazine

Direct Air Matrix.txt

274 Silas Deane Hwy
Wethersfield, CT 06109

Grainger
Dept. 878784149
Palatine, IL 60038-0001

Grand Strand Golf, Inc.
P.O. Box 15111
Surfside Beach, SC 29577

Grand Strand Regional Medical CTR
P.O. Box 402724
Atlanta, GA 30384-2724

Great Foods
8181 Professional Place, Suite 202
Landover, MD 20785

Greater Niagara Newspapers
310 Niagara St
P.O. Box 549
Niagara Falls, NY 14302

Greater Rockford Airport Authority
60 Airport Drive
Rockford, IL 61109

GSE R US
1640 SIR MONTY'S DRIVE
MISSISSAUGA, ON L5N 4P9
CANADA

GSEINTL INC
3907 N Federal Hwy PMB128
Pompano Beach, FL 33064

Guardian L.T. Services, LLC
199 Harrisburg Street
Port Charlotte, FL 33954

GULF STREAM SCALE CO
7547 GARDEN RD.
RIVIERA BEACH, FL 33404-3454

Gulfport-Biloxi Regional Airport Authority
14035-L Airport Road
Gulfport, MS 39503

Hampton Inn-Broadway
1140 Celebrity Circle
Myrtle Beach SC 29577

Hartford Insurance Company
HD VR TOURS INC.
4214 MAYFAIR ST SUITE E
MYRTLE BEACH, SC 29577

Hilton Garden Inn -Lake Mary
705 Currency Circle
Lake Mary, FL 32746

Hilton Garden Inn -Lakeland

Direct Air Matrix.txt

3839 DON EMERSON DRIVE
Lakeland, FL 33811

Hilton Garden Inn Coastal Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577

Himmelsbach Communications, Inc.
P.O. Box 1463
N. Myrtle Beach, SC 29598

Himmelsbach Communications, Inc./1
1600 Highway 17 South
P.O. BOX 1463
NORTH MYRTLE BEACH, SC 29598

Holden Valley Travel
1089 Main St.
Holden, MA 01520-0276

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501

Holiday Inn West
101 Fantasy Harbour Blvd
Myrtle Beach SC 29579

Holiday Inn-Newark
Newark Liberty International Airport
160 Frontage Road
Newark, NJ 07114

Horizon Travel Magazine
281 Ashtree Way
Oakville, ON L6J 5J1
CANADA

Horry County Dept. of Airports
1100 Jetport Road
Myrtle Beach, SC 29577

Horry County Family Court
Attn: Melanie Huggins, Clerk of Court
P.O. Box 677
Conway, SC 29528

Horry County Fire Rescue
2560 North Main Street, Ste 1
Conway, SC 29526

Horry Telephone Cooperative, Inc.
P.O. Box 1820
Conway, SC 29528-1820

House of Travel
108 124th Ave.
Shelbyville, MI 49344

Horry Telephone Corp
P.O. Box 1819
Conway, SC 29528

Direct Air Matrix.txt

Hudson News
1 Meadowlands Plaza, Ste. 902
East Rutherford, NJ 07073

Huntleigh USA Corporation
10332 Old Olive Street Road
St Louis, MS 63141-5922

HYDE TRAVEL
634 BEAVER ST.
SEWICKLEY, PA 15143

I.P.S. Inc
P.O. Box 30801
Myrtle Beach, SC 29588

Identity Productions
P.O. Box 444
Little River, SC 29566

IGT Media Holdings, Inc
21 SE 1st Avenue
3rd Floor
Miami, Florida 33131

ILD Telecommunications, Inc.
P.O. Box 538647
Atlanta, GA 30353-8647

Independent Taxi Association
Buffalo Niagara Int'l Airport
Buffalo, NY 14225

Inside Polk Magazine
Ledger Media Gropup
300 W. Lime St.
Lakeland, FL 33815

Integrated Deicing Services
Department 595
P.O. Box 17553
Baltimore, MD 21203-7553

Integrated Technology Business Services
7396 Salarno Circle
Portage, MI 49024

Intellistrand
1705 North Oak Street
Myrtle Beach, SC 29577

Interstate Courier Service Inc
P.O. Box 381115
Murdock, FL 33938-0005

Invizion International LLC
7915 Westpark Drive, Suite 350
McLean, VA 22102

Department of Treasury/IRS
P.O. Box 70503
Charlotte, NC 28201-0503

Direct Air Matrix.txt

Island Technologies Inc
P.O. Box 1429
Pawleys Island, SC 29585

J & R Airport Transportation
2136 Ryan Blvd.
Punta Gorda, FL 33950

Jack L. Anthony, Jr.
1545 Nichols Lane
Fort Mill, SC 29708

James Olson
440 Locust St.
Lockport, NY 14094

James Tull
c/o Direct Air Catering
1600 Oak Street, North
Myrtle Beach, SC 29577

James Vogel
1608 Harvest Hill Dr.
Pittsburgh, PA 15239

Jason Howard
101 Sailly Avenue
Plattsburgh, NY 12401

Jean Shedlock
510 Manchester Avenue
North Haledon, NJ 07508

Jeffrey Richards
1643 Landing Road
Myrtle Beach, SC 29577

Jennifer Cutright
Jet Blue Airways
Accounts Payable
P.O. Box 4378
Scranton, PA 18505

JetBlue Airways Corporation
118-29 Queens Blvd.
Forest Hills, NY 11375

JETPAY MERCHANT SERVICES
3361 Boyington Drive
Carrollton, TX 75006

Jetstream Ground Services, Inc.
P.O. Box 369
Jupiter, FL 33468

Jim Life
136 Apple Blossom Lane
Middletown, NJ 07748

Jim Vogel
1608 Harvest Hill Dr
Pittsburgh, PA 15239

Direct Air Matrix.txt

Joan Paul
688 Jungle Rd
Conway, SC 29526

Joe Patterson
P.O. Box 8103
Myrtle Beach, SC 29578

Joe Picariello
114 Durie Street
Toronto, ON M6S 3G1
CANADA

John Macrae
3917 Wilksboro Ave.
Pittsburg, PA 15212

John Mammay
3917 Wilksboro Ave.
Pittsburgh, PA 15212

John Mathias
10151 Fairfield Farms Drive
Canal Winchester, OH 43110

Joseph Gallucci
100 Bluff View # 212-C
Belleair Bluffs, FL 33770-1353

Joyce L. McClay
10200 Lakeshore Drive
Apt 30
Myrtle Beach, SC 29572-5362

Joyce Porada
2433 Woodland Hills Drive
New Castle, PA 16101

JT''s Express Delivery
10500 Ulmerton Road
Suite 726-211
Largo, FL 33771

Judy Murray
3172 Pinemeadow Drive
Burlington, ON L7M 2Z6
CANADA

Julian Pashkovsky
3476 Kelso Cres.
Mississauga, Ont LSL 4R3
CANADA

Julie Perry c/o Sign World
7725 N. Kings Hwy
Myrtle Beach, SC 29572

Jurisco Inc
1641 Metropolitan Circle, Ste A
Tallahassee, FL 32308

Just Ask Hal
3314 Highway 17 South

Direct Air Matrix.txt
North Myrtle, Beach SC 29582

Just Caterers
P.O. Box 24618
West Palm Beach, FL 33416-4618

Kalamazoo Gazette
401 S. Burdick St
Kalamazoo, MI 49007

Kalamazoo Kings
Professional Baseball
251 Mills Street
Kalamazoo, MI 49048

KALAMAZOO TRAVEL
7395 EAST ML AVE
KALAMAZOO, MI 49048

Kalamazoo/Battle Creek Inte'l Airport
5235 Portage Road
Kalamazoo, MI 49002

Karen Shaw
2118 McKenzie Ct
Biloxi, MS 29532

Kathleen Keller
221 Woodlands Way Lot 4
Calabash, NC 28467

Kay Ellison
3837 Waterford Drive
Myrtle Beach, SC 29577

Kayak Software Corp
Dept 2038
P.O. Box 122038
Dallas, TX 75312-2038

KEGERRIS OUTDOOR ADVERTISING LLC
P.O. BOX 242
FAYETTEVILLE, PA 17222

Kent County Department of Aeronautics
5500 44th Street, S.E.
Grand Rapids, MI 49512

Kerry Cobbledick

1385 rte 35
1385 Rte 35
Middletown, NJ 07748

Kevin Tull
3994 Amberley Lane
Marietta, GA 30062

Direct Air Matrix.txt

Kevin Woznek
3040 E. Robinson Rd
Apt # 126
Amherst, NY 14228

KING ROSE TRAVEL
1900 KING ST EAST
HAMILTON ON L8K 1W1
CANADA

Kluger, Kaplan, Silverman, Katzen & Levin
201 S. Biscayne Blvd.
17th Floor
Miami, FL 33131

Knights Airport Service
390 Hartford Turnpike
Shrewsbury, MA 01545

Kyle McGregor
Relax911.com
6039 Fallsview Blvd
Niagara Falls, ON L2G 3V6
CANADA

LAKELAND LEDGER
P.O. BOX 913004
ORLANDO, FL 32891

Lakeview Productions
31 Donald Avenue, Box 66
Nottawa, Ont L0M 1P0
CANADA

Lakeview Productions Ltd
31 Donald Avenue, Box 66
Nottawa Ont L0M 1P0
CANADA

Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

Lamar Outdoor Advertising
289 Exchange Street
Buffalo, NY 14204

Lane Aviation
2295 John Circle Drive
Columbus, OH 43217

Lara Travel
555 Decarie Blvd.
Ville St. Laurent Que H4L 3LI
CANADA

Lee County Port Authority
Southwest Florida Int'l Airport
11000 Terminal Acccess Road
Suite 8671
Fort Myers, FL 33913-8899

Lee Douglas

Direct Air Matrix.txt

310 Rogers Rd.
Morristown, PA 19403

Legends Group
P.O. Box 2038
Myrtle Beach, SC 29578

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109

Leisure Limousine & Sedan
5235 Portage Rd.
Kalamazoo, MI 49002

LeMirage Cafe
120 June Street
Worcester, MA 01602

Les Price
71 Tiffany Lane
Lancaster, NY 14086

Lewis Team LLC
7255 Swartburg Road
North Point, FL 34291

Liberty Travel
4818 McKnight Rd
Pittsburgh, PA 15237

Lindstrom Travel
5970 Gilford Road
Rockford, IL 61107

Lisa Blake
300 S. Australian
H1120
West Palm Beach, FL 33401

Long Bay Resort
7200 N Ocean Blvd
Myrtle Beach, SC 29572

Love To Cruise Agency
287 Co RT 9
Whitehall, NY 12887

Lydia Turin
1334 Waverly Dr.
Latrobe, PA 15650

Machaen Enterprises, Inc
700 A Lake St.
Ramsey, NJ 07446

Majors Travel and Tours Center
1192A Forest Ave.
Staten Island, NY 10310

Margolis Edelstein, Attorney at Law
220 Penn Ave.
Suite 305

Direct Air Matrix.txt

Scranton, PA 18503

Margolis Edelstein, Attorney at Law
220 Penn Ave.
Suite 305
Scranton, PA 18503

Marie Frank
1342 Cherry Street
Kalamazoo, MI 49008

Marie's Direct Mail Inc
105 Fremont Street
Worcester, MA 01603-2308

Marlin Travel
1330 Exmouth St
Sarnia ON N7S 3X9
CANADA

Stanley M. Ellsion
3837 Waterford Drive
Myrtle Beach, SC 29577

Mary Ellen Gillies
4104 Hwt #6
P.O. Box 39
Ontario Can L0R1W0
CANADA

Mary Sutowski
73 Tuttle Street
Wallington, NJ 07075

Massachusetts Port of Authority
Attention Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
East Boston, MA 02128

Massachusetts Port of Authority/PFC
P.O. BOX 3471
BOSTON, MA 02241-3471

Massachusetts Symphony Orchestra
P.O. Box 20070
Worcester, MA 01602

MASSPORT AUTHORITY
P.O. BOX 3471
BOSTON, MA 02241-3471

Maxim Broadcasting
76 North Maple Avenue
Suite 116
Ridgewood, NJ 07450

McDonalds
Pittsburgh International Airport
P.O. Box 12465
Pittsburgh, PA 15231

McNair Law Firm, P. A.
P.O. Box 11390

Direct Air Matrix.txt

Columbia, SC 29211

Media Marketing & Associates
5315 N. Kings Hwy
Myrtle Beach, SC 29577

City of Melbourne Airport Authori
One Air Terminal Parkway
P.O. Box 1330
Melbourne, FL 32902-1330

Michael Husner Designs
129 Cart Crossing Path, Unit 101, Willow Trace
Conway, SC 29526

Midwest Express Airlines
6744 South Howell Avenue
Oak Creek, WI 53154

Miguel Fadul
119 Elwood St.
New York, NY 10040

Mike Winans
1110 Core Road
Parkersburg, WV 26104

Milam Howard
14 East Bay Street
Jacksonville, FL 32202

Miles Media
6751 Professional Parkway West, Ste 200
Sarasota, FL 34240

MILNE TRAVEL
15 Washington St.
Middleburt, VT 05753

Minuteman Press
1772 Highway 501
Myrtle Beach, SC 29577

Mix Media, LLC
P.O. Box 348563
Sacramento, CA 95834

MJS Delivery
26 Macomb St.
Plattsburgh, NY 12901

MOORE LOGISTICS LLC
2929 BLUE CLAY ROAD
CASTLE HAYNE, NC 28429

Mr. John Macrae
1564 Third St.
St Catherines Ont 265 44
CANADA

Mr. L. Trimble
4459 Breckongate Court
Burlington, Ont L7L OB2

Direct Air Matrix.txt

CANADA

Mr. Noor Ahmad
1898 Buffalo Avenue
Niagara Falls, NY 14303

Mr. Perri Turner
2209 Pinellas Drive
Punta Gorda, Fl 33983

Mr. Robert Palmer
P.O. Box 301
Newport NY 13416

Mr. V. Aircraft Equipment Service Inc
50643 Tattington Way
Grainger, IN 46530

Ms. Jodi Sawyer
2234 Haystack Way
Myrtle Beach, sc 29579

Ms. Judy Mack
35 Jackson Park
Gardner, MA 01440

Ms. Kathy Boyer
1570 N. 2nd Street
Kalamazoo, MI 49009

Ms. Leslie Zensky
127 Wicklow Dr.
Murrells Inlet, SC 29576

Ms. Loretta M. Falcone
2127 Lakeside Drive W
Highland Lakes, NJ 07422-1834

MSE Branded Foods of South Carolina
225 A Forrest Avenue
Gainesville, GA 30501

Myrtle Beach Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Myrtle Beach Area Chamber of Commerce
P.O. Box 2115
Myrtle Beach, SC 29578

Myrtle Beach Fire & Safety
1445 Cannon Road
Myrtle Beach, SC 29577

Myrtle Beach Golf Holiday Inc
3420 Pampas Drive
Myrtle Beach, SC 29577

Myrtle Beach National
P.O. Box 1936
Myrtle Beach SC 29578

Direct Air Matrix.txt

Nancy Berg
16230 Kelly Cove Drive #224
Ft Myers, FL 33908

Nancy Fellenez
4548 Spyglass Drive
Little River, SC 29566

Nancy Savignano
30 Lorraine Street
Rchmond  Hill, Ont L4C 0A1
CANADA

Nancy Vincent
18 Adams Street
Marlboro, MA 01752

Nassau Broadcasting Partners
880 Commonwealth Ave
Hagerstown, MD 21740

Nat'l Event Publications
P.O. Box 17749
Clearwater, FL 33762

National Air Transportation Assoc
4226 King Street
Alexandria, VA 22302

National Commerce Exchange
400 Jericho Turnpike
Jericho NY 11753

NAV CANADA
77 rue Metcalfe
Ottawa, ON K1P 56
CANADA

Neutron Media Inc.
3500 de Maisonneuve W.
2 Place Alexis Nihon, Suite 1650
Montreal, Quebec H3Z 3C1
CANADA

New England Coach Inc
17 Freetown Road
Raymond, NH 03077

New England Publishing Group, Inc
P.O. Box 357
Swansea, MA 02777

New Wave Travel Agency
1705 Bay Street
Toronto, Ont M5S2B1
CANADA

NewJersey Dept. of Labor & Workforce Dev
Division of Wage & Hour Comp
P.O. Box 389
Trenton, NJ 08625-0389

Direct Air Matrix.txt

Next Media Outdoor
208 Bush Drive
Myrtle Beach, SC 29579

NextMedia Radio - WRNN FM
P.O. BOX 643579
CINCINNATI, OH 45264-3579

Niagara Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304

Niagra Frontier Publication
P.O. Box 130
Grand Island, NY 14072

Niagara Frontier Transportation Authority
P.O. Box 5008
Buffalo, NY 14205

Niagara Gazette
310 Niagara Street
Niagara Falls, NY 14302

Niagra Fall Aviation LLC
9900 Porter Road
Niagara Falls, NY 14304

NJFMBA
1447 CAMPBELL ST.
RAHWAY, NJ 07065

Norm Bess, et al.
PH-18 Concorde Place
M3C 3T9
Toronto, CANADA, OT

Nu /wave Technology
2906 Business One Drive
Kalamazoo, MI 49048

Oak Street Investments
P.O. Box 50457
Myrtle Beach, SC 29579

Ober, Kaler, Grimes & Shriver Attorner
120 East Baltimore Street
Baltimore, MD 21202

OCEAN REEF RESORT
7100 N OCEAN BLVD
MYRTLE BEACH, SC 29572

Ocean State Golf
P.O. Box 10038
Cranston, RI 02910

Office Depot
P.O. BOX 88040
CHICAGO, IL 60680-1040

Ohio Child Support Payment Central
P.O. BOX 182394

Direct Air Matrix.txt

COLUMBUS, OH 43218

Ohio Golf Group
1929 Elmwood Ave.
Columbus, Ohio 43212

OIR Interactive LLC
1019 Hwy 17 South
Suite #104
North Myrtle Beach, SC 29582

Orlando/Sanford International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773

Pace Airlines
4001 N Liberty St.
Winston Salem, NC 27105

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406-1470

Palm Beach Newpapers Inc
P.O. Box 24694
West Palm Beach, FL 33416-4694

Pat Dionne
1060 Yellow Jasmine Ct.
Longs, SC 29568

Patricia Small
353 Deerfield Links Dr
Surfside Beach, SC 29575-5396

Paul Check
P.O. Box 261
Suguar Grove, Ohio 43155

Paul Ciccotelli
4300 Worthington Circle
Palm Harbor, FL 34685

Paul Kennedy
30 Coughlen Street
Ajax, Ont L1T2M8
CANADA

Paul Mintz
2914 Signor Lane
Jay, NY 12941

Paul Renner, Esq
14 East Bay Street
Jacksonville, FL 32202

PCR Travel
3433 Brodhead Rd
Suite 7
Monaca, PA 15061

Personnel Concepts
Compliance Service Dept

Direct Air Matrix.txt

P.O. BOX 3353
SAN DIMAS, CA 91773-7353

Peter Mellish
536 Bayview Ave
Osprey, FL 34229

Peter Stekovics
1015 Bay Drive
Surfside Beach, SC 29575

PFC
P.O. Box 12370
Pittsburgh, PA 15231-0370

PICKET NEWS
P.O. BOX 71
HAGERSTOWN, MD 21741

Pieper Travel Bureau Inc
310 Brisbane Building
403 Main St
Buffalo, NY 14203

Pittsburgh International Airport
P.O. Box 12370
Pittsburgh, PA 15231-0370

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222

Pittsburgh Suburban Newspaper
P.O. Box 7161
Lancaster, PA 17604

Pittsburgh Trade Alliance
1650 Smallman Street, 3rd Floor
Pittsburgh, PA 15222

Plattsburgh International Airport
42 Airport Lane, Suite 201
Plattsburgh, NY 12903

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, Ohio 43604

Posh and Associates
112-93 Dundas St East
Mississauga, ON L5A 1W7
CANADA

Appalachian Power
P.O. Box 24413
Canton, OH 44701-4413

Press Republican
P.O. Box 459
Plattsburgh, NY 12901

Preston Scout House Band, Inc.
363 Fountain St. S.

Direct Air Matrix.txt

Cambridge, ONT N3H 1J2
CANADA

Prestwick Golf & Co
1001 Links Road
Myrtle Beach, SC 29575

Prettyman Broadcasting
1606 W. King St.
Martinsburg, WV 25401-2077

PrimeLink
1118 State Rte 9
Champlain, NY 12919-5412

Printmill
4001 Portage St
Kalamazoo, MI 49001

Pro Fuel Management Services
Mr. Robert Rose
4203 Oak Haven Drive
Nixa, MO 65714

PRO GROUP INSTALLERS
P.O. Box 428570
Cincinnati, Ohio 45242

Progressive Funding Solutions LLC
777 Main St, Ste 600
Fort Worth, TX 76102

QuickFlight
145 Burt Road, Suite 16
Lexington, Kentucky 40503

Radixx International, Inc
6310 Hazeltime National  Dr.
Orlando, FL 32822

Rainbow Advertising Sales
P.O. Box 19301
Newark, NJ 07195-0301

Ramp Equipment Company LLC
1121 Military Curoff Road
Wilmington, NC 28405

Rampside Repair Service
984 Castlewood Dr.
Conway, SC 29526

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703

ReddyIce - Myrtle Beach
2749 Rhoda Loop
Myrtle Beach, SC 29577

REGENT BROADCASTING OF BUFFALO
P.O. BOX 643721
CINCINNATI, OH 45264

Direct Air Matrix.txt

Regional Elite Airline Service
ATTN: Accounts Receivable
1000 Blue Gentian Road, Suite 200
Eagan, MN 55121

Reminder Media
P.O. Box 52380
Boston, MA 02205

Renda Broadcasting Corporation
10915 K-Nine Drive
Bonita Springs, FL 34135

Resort Quest
1232 Farrow Parkway, Suite B
Myrtle Beach, SC 29577

Richard Brandt
19 Indian Oaks Lane
Surfside Beach, SC 29575

Richard Comeau
174 Victoria Boulevard
Kenmore, NY 14217

Richard Heilman
108 Coachside Drive
Canonsburg, PA 15317

Richard Wilson
122 Tianalee Crescent
Brampton, ON L7A 2K8
CANADA

Richland Travel Inc
644 Richland Mall
Mansfield, OH 44906

Riverbend Travel
533 West State St.
Hastings, MI 49058

Robert Berk
1571 Cathell Rd.
Pittsburgh, PA 15236

Robert Dicks
126 Green Lake Dr.
Myrtle Beach, SC 29572

Robert Giordano
10 Goldsmith Drive
Holmdel, NJ 07733

Robert Houston
581 Clearsley Ave.
Oshawa, Ont LIK 2P7
CANADA

Robert Metzler
742 Mink Ave PMB-101
Murrells Inlet, SC 29657

Direct Air Matrix.txt

Robert Spoto
Hilton St. Petersburg Bayfront
333 1st Street, South
St. Petersburg, FL 33701

Robert Wardlow
89 Clyde Avenue
Perth Amboy, NJ 08861

Rockford Register Star
P.O. Box 439
Rockford, ILL 61105

Romans 828 LLC
ATTN: Jim Creel
2105 Farlow St
Myrtle Beach, SC 29577

Rose City Travel
80 King St.
Suite 8
Welland, On L3B3J2
CANADA

Roseann Gorham
792 Lakeside Drive
Dunedin, FL 34698

Ruth Furlong
2901 Scarecrow Way
Myrtle Beach, SC 29579

Ryan McAlister
S & J Scale Company
357 Mocksville Hwy
Statesville, SC 28677

S&J Scale
354 Mocksville Hwy
Statesville, NC 28625

S. C. Employment Security Commi
P.O. Box 7103
Columbia, SC 29202

Sago Travel
521 Upper Sherman Ave
Hamilton, ON L8V 3L9
CANADA

Salvatore Frisca
21 Gawin Drive
Manalapan, NJ 07726

Sam Infantino
6035 Somerset Dr.
Myrtle Beach, SC 29575

Samatha Tenfelde
8804 West Ct.
Apt 102
Allison Park, PA 15101

Direct Air Matrix.txt

Samuel Patti
253 Burch Avenue
Buffalo, NY 14210

Sandcastle South Restaurant
c/o  Suzette Fowler
P.O. Box 2163
Murrells Inlet, SC 29576

Sandra Versansky
1105 Bristol St
Port Charlotte, FL 33982

Sanford Airport Authority
1200 Red Cleveland Blvd
Sanford, FL 32773-6844

Santee Cooper
P.O. Box 188
Moncks Corner, SC 29461-0188

Sarah Hileman
802 Colony West Drive
Moon Twp, PA 15108

Sbarro, Inc.
ATTN: Cash Control
401 Broadhollow Road
Melville, NY 11747

SC Department of Revenue
withholding
Columbia, SC 29214-0004

SC Dept of Revenue
Registration Unit
Columbia, SC 29214-0140

SC Republician Party
1913 Marion Street
Columbia, SC 29201

Scale Service & Sales
175 Anderson Road
Saxonburg, PA 16056

Scott Stevenson
133 Large Cres.
Ajax Ont L1T-2S4
CANADA

Scott Van Moppes
Sea Land Air Travel
513 East Michigan
Paw Paw, MI 49079

Sea Watch Hotel
161 Seawatch Drive
Myrtle Beach, SC 29572

SERVISAIR
2024 PAYSPHERE CIRCLE

Direct Air Matrix.txt

CHICAGO, IL 60674

SETDEPO LLC
P.O. BOX 934157
ATLANTA, GA 31193-4157

Shadyside Travel
1501 Penn Ave
Pittsburgh, PA 15221

Sheldon Lemoine
3447 Broadway
Rockford, IL 61108-5944

Sheltair Aviation Services
ATTN: RUSSELL LAWLISS
1 Alabama Ave.
Plattsburgh, NY 12903

Sheltair Aviation Services/De-Ice
Sherry La Valley
P.O. Box 16
340 Cannon Rd
Ellenburg Dpt, NY 12935

Shirley McCartly
2493 Bethel Church Rd
Bethel Park, PA 15102

SIEMENS COMMUNICATION, INC.
P.O. BOX 99076
CHICAGO ILL 60693-9076

Sign World
7725 N Kings Hwy
Myrtle Beach, SC 29572

Signature - St. Peterburg
P.O. Box 2278
Carolstream, IL 60132-2278

Sil Confortini
P.O. Box 106
Mather, PA 15346

SILVER FOX MOTORCOACHES
3 SLIVER FOX DRIVE
MILLBURY, MA 01527

SkillQuest
2550 Airview Blvd.
Portage, MI 49002

Sky King Airlines
3200 Flightline Drive, Suite 302
Lakeland, FL 33811

Sky View Cafe
28000 Airport Rd A-2
Punta Gorda, FL 33982

Skyway Inc.
P.O. Box 3016

Direct Air Matrix.txt

Milwaukie, WI 53201-3016

Smith, Sapp, Bookhout, Crumpler & Call
4728 Jenn Drive, Suite 100
Myrtle Beach, SC 29577

SMJ Construction Group
8340 Juxa Drive
Myrtle Beach, SC 29579

Southeastern Chemical Co., Inc.
320 City Avenue
Beckley, WV 25801

Southern New England Golfer
P.O. Box 10038
Cranston, RI 02910

Southside Medical Clinic
P.O. Box 2277
Eaton Park, IL 33840

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471

Springfield Airport Authority
1200 Capital Airport Dr.
Springfield, IL 62707-8419

SPRINGFIELD CHAMBER OF CO
1011 S SECOND ST.
SPRINGFIELD, IL 62704

Sprint
P.O. BOX 660092
DALLAS, TX 75266-0092

Sprint/United
UMB Lockbox Department
P.O. Box 875753
Kansas City, MO 64187-5753

SSP America
Bank of America
14305 Collections Center Drive
Chicago, IL 60693

St. Petersburg/Clearwater International Airport
14700 Terminal Blvd., Suite 100
Clearwater, Fla 33762

STACYS TRAVEL
12 EAST FIRST ST.
MONROE, MI 48161

Stadium Management Co
Wings Stadium
3600 Vanrick drive
Kalamazoo, MI 49001

Stages Video Production
514 29th Avenue North

Direct Air Matrix.txt

Myrtle Beach, SC 29588

Stanley Matthews
360 Willowwood Ave
Crystal Beach, Ont L0S 1B0
CANADA

Star News
P.O. BOX 538607
ATLANTA, GA 30353-8607

STATE IOF FLORIDA DISBURSEMENT UNIT
PO BOX 8500
TALLAHASSEE, FL 32314-8500

STEEL CITY TRAVEL
601 UPPER JAMES ST
HAMILTON, ON L9C 2Y7
CANADA

Stephanie Tomaselli
85 Hillsdale Court
Hillsdale, NJ 07642

Stephen Franczyk
2422 Bent Tree Road
Apt 2727
Palm Harbor, FL 34683

Stephen Heagle
136 Old Maple Drive
Rockwood, Ont N0B 2K0
CANADA

Steve Wisniewski
897 Oberland Dr.
Oshawa, ONT L1K 2M2
CANADA

Stovroff & Taylor Travel
1127 Wehrle Dr.
Buffalo, NY 14221

STRAND PHYSICIAN SPECIALIST
P.O. BOX 8744
BELFAST, ME 04915-8744

Strand Storage
870 Frontage Rd.
Myrtle Beach, SC 29578

STS Travel
239 Queen St S
Mississauga, ON L5M1L7
CANADA

Subway/O & O Enterprises, Inc
P.O. Box 2482
Springfield, IL 62705

Sun Coast Media Group
P.O. Box 100141
Atlanta, GA 30384-0141

Direct Air Matrix.txt

SUN COUNTRY AIRLINES
1300 MENDOTA HEIGHTS ROAD
MENDOTA HEIGHTS, MN 55120

Sun Courier
P.O. Box 30801
Myrtle Beach, SC 29588

Sun Media Corporation
1540 North Routledge Pk
London, ON N6H 5L6
CANADA

Sun Media Corporation
333 King Street
Toronto, ON M5A 3X5
CANADA

Sun News
P.O. Box 406
Myrtle Beach, SC 29578-0406

Susan Fowler
P.O. Box 2163
Murrells Inlet, SC 29576

Suzanne Duval
14572 Torbram Road
Caledon East Ont L7C2T2
CANADA

Swissport Fueling, Inc.
45025 Aviation Drive
Suite 350
Dulles, VA 201565

Swissport USA Inc
16540 Collections Center Dr
Chicago, IL 60693-0161

Take Flight Travel
36-32 Francis Lewis Blvd
Bayside, NY 11358

TALOTTA CONTRACT INTERIORS
4575 HWY 544
MYYRTLE BEACH, SC 29588

Niagara Falls Aviation LLC
9900 Porter Road
Niagara Falls, NY 14304

TELECO Myrtle Beach
1756 Hwy 501
Myrtle Beach, S.C. 29577

Teresa Brown
7042 E. Executive Ct
Stillman Valley IL 61084

Teresa Randall
P.O. Box 2175

Direct Air Matrix.txt

Beckley, WV 25802

Terrence James
2017 Corone Rd
Love Park, IL 61111

TGI Fridays #1500
PITTSBURGH INT'L Airport
P.O. Box 12207
Pittsburgh, PA 15231

The Bagel Factory
2012 N. Kings Hwy
Myrtle Beach, SC 29579

The Beaver Travel Center
1100 3rd Ave.
Beaver, PA 15009

The Breakers Resort
2006 North Ocean Blvd
myrtle Beach, SC 29577

The Catering Crew
542 6th Street
Niagara Falls, NY 14301

The Charlotte County Tax Collector
18500 Murdock Circle
Port Charlotte, FL 33948-1075

The Como Restaurant at the Airport
10458 Niagara Falls Blvd
Niagara Falls, NY 14304

The Dispatch Printing Company
P.O. Box 182537
Columbus, OH 43218-2537

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649

The Gazette
9060 Camprint CT
Gaithetrsburg, MD 20877

The Gazette/Post Media
1450 Mills Road
Toronto ON M3B 2X7
CANADA

THE HERALD MAIL COMPANY
100 SUMMIT AVE.
HAGESTOWN, MD 21740

The Horizon - Myrtle Beach
215 77th Avenue North
Myrtle Beach, SC 29572

THE ISERV COMPANY
5222 33RD STREET SE
GRAND RAPIDS, MI 49512

Direct Air Matrix.txt

The Lamar Companies
P.O. BOX 3554
Station A
TORONTO ONT M5W 3G4
CANADA

The Ledger News Chief
P.O. BOX 913004
ORLANDO, FL 32891/3004

The Logan Daily News
P.O. Box 758
Logan, OH 431138

The Morning Call, Inc.
P.O. Box 415459
Boston, MA 02241-5459

The Picket News
25 Antietam ST
Hagerstown, MD 21740

The Picture Man
415 Villa Woods Dr.
Myrtle Beach SC 29579

The Port Authority of NY & NJ
P.O. Box 95000
Philadelphia, PA 19195-1517

The Post and Courier
134 Columbus Street
Charleston, SC 29403-4800

The Record Herald
P.O. Box 271
Waynesboro, PA 17268-0271

The Ripken Experience
3051  Ripken Way Blvd
Myrtle Beach, SC 29577

The Sun News
P.O. Box 406
Myrtle Beach, SC 295780406

The Team 990
1310 Avenue Greene
Montreal Que H3Z2B5
CANADA

The Toledo Blade Company
541 N. Superior St
Toledo, OH 43660

The Travel Place
118 WE. Savage St
Springlake, MI 49456

The Travel Shoppe
297 Saratoga Rd
South Glenn Falls, NY 12803

Direct Air Matrix.txt

The Winchester Star
2 North Kent street
Winchester, VA 22601

Thomas Cook Growth
75 Eglinton Ave East
Toronto ON M4P 3A4
CANADA

Thomas H. Dempsey
13603 Fernlace CT
Pickerington, OH 43147

Thomas Mastro
24 Wright Ave
Malverne, NJ 15565

Thompson Electric
P.O. Box 408
Myrtle Beach, SC 29577

Thru The Grapevine Travel
11487 Walnut Rd.
Silver Creek, NY 14136

Time Warner Cable
P.O. Box 70992
Charlotte, NC 28272-0992

TIPPECANOE TRAVEL SERVICE
2959 CANFIELD RD
BRANDYWINE PLAZA
YOUNGSTOWN, OH 44511

TNCI
P.O. Box 981038
Boston, MA 02298-1038

Toledo Express Airport
11013 Airport Hwy, Box 11
Swanton, Ohio 43558

Toledo Free Press
P.O. BOX 613
TOLEDO, OH 43697

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, OH 43604

Top Flight Aviation Services
925 South B Street
Lake Worth, FL 33460

Total World Travel & Cruises
465 King St E
Cambridge ON N3H 3N1
CANADA

Touched By Travel
32684 Millwood Cr
North Ridgeville, OH 44039

Direct Air Matrix.txt

TouchTone Communications
P.O. Box 27772
Newark, NJ 07101-7772

Tracey Guzzardi
10 Division St.
Metuchen, NJ 08840

Travel Center, Inc
106 West Market
2nd Floor
Taylorsville, IL 62568

TRAVEL CENTRE
2563 DARLINTON RD.
BEAVER FALLS, PA 15010

Travel Dimensions
6504 28th St SE
Ste R3
Grand Rapids, MI 49546

Travel Leaders
1800 Pipestone Rd
Benton Harbor, MI 49022

TRAVEL PLUS
969 CONSTITUTION AVE.
JESSUP, PA 18434

Travel Quest of Monticello
6563 Laketowne PL # B
Albertville, MN 55301

Travel Resources
401A North Ann Arbor St
Saline, MI 48176

Travel Scope
425 East Milwaukee St
Janesville, WI 53545

Travel Towne
PO Box 6838
Rockford, IL 61125

Trellis Marketing Inc
41 Delaware Road
Kenmore, NY 14217

Tricia Hurley
1262 Rose Court
Mississauga, Ont L5H 3S3
CANADA

Tripcentral
Hamilton City Centre
77 James St., North, 230
L8R 2K3
Hamilton, ON, Canada

Twin City Travel Inc

Direct Air Matrix.txt

Twin City Mall
865 Merriam Avenue
Leominster, MA 01453

U-Save Auto Rental
P.O. Box 2249
Myrtle Beach SC 29578

Uniglobe Discover Travel
Stanley Park Mall
1005 Ottawa St North
Kitchener On N2A 1H2
Canada

Uniglobe Ambassador New House Travel
1150 Lorne Park Rd
Unit 10
Mississauga ON L5H 3A5
CANADA

Uniglobe Creative Travel
7-301 Fruitland Road
Stoney Creek ON L8E5M1
CANADA

Uniglobe Instant Travel Inc
235 North Centre Rd
Suite 200
London ON N5X 4E7
CANADA

Uniglobe Voyages Supreme
2915 St Charles Blvd, Suite 103
Kirkland QC H9H 3B5
CANADA

Uniglobe Weekley Travel Inc
128 South 30th St
Newark, OH 43055-1961

United Parcel Service Co
ATTN: Fuel Department
1400 North Hurstbourne Parkway
Louisville, Kentucky 40223

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

US Dept of Treasury
Debt Management Services
P.O. Box 830794
Birmingham, AL 35283-0794

US Travel Corp
7051 Steubenville Pike
Suite K
Oakdale, PA 15071

USA Jet Airlines Inc.
P.O. Box 633554
Cincinnati OH 452636554

Direct Air Matrix.txt

USA TODAY
P.O. BOX 79782
BALTIMORE MD 21279-3525

V/Gladieux Enterprises, Inc.
P.O. Box 12589
Toledo, Ohio 43606-0189

Valley National (Escrow)
VALLEYVIEW TRAVEL
41 SIERRA DRIVE
Californ, NJ 07830

VAN ZILE TRAVEL SERVICE
3540 WINTON PL
ROCHESTER, NY 14623

VERIZON
P.O. Box 660720
Dallas, TX 75266-0720

Verizon (PITT)
PO BOX 15026
ALBANY, NY 12212-5026

Verizon Florida LLC
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Wireless
P.O. BOX 660108
DALLAS, TX 75266-0108

Verizon/PGH
P.O. Box 15026
Albany, NY 12212-5026

VideoSign, Inc.
4857 Amelia Cr
Niagara Falls, ON L2E 5C4
CANADA

George Vinovich
512 Reedy River Road
Myrtle Beach, SC 29588

VISION 2000
100 ALEXIS-NIHON
SUITE 100
MONTREAL, QC H4M 2N6
CANADA

Vista Travel
American Express Travel SVC
800 Inman Ave
Coloia, NJ 07067

Vista Travel Agency LTD
165 Queenston Rd
Hamilton, On L8K 1G7

Vista Travel/America Express Travel SVC
800  Inman Ave

Page 44

Direct Air Matrix.txt

Colonia, NJ 07067

Vox AM/FM, LLC
265 Hegeman Ave
Colchester, VT 05446

Voyage Vasco St. Sauveur
36 Ave. De La Gare, Bureau 102
Saint Sauveur QC L0R 1R0
CANADA

Voyages Aqua Terra
120 B COUL CURE-LABELLE
LAVAL, QC H7L2Z4
CANADA

Voyages Charter CWT
30 Taschereau Blvd
Suite 103
La Prairie QC J5R 5H7
CANADA

VOYAGES DIXON TRAVEL
520 rUE PRINCIPALE
LACHUTE QC J8H 1Y7
CANANA

VOYAGES ODYSSEE DU MONDE
230 RUE PRINCIPALE
SUITE 15
ST-SAUVEUR QC J0R 1RO
CANADA

VOYAGES WESTMOUNT
326 vICOTRIA
WESTMOUNT qc H3Z 2M8
CANADA

Waccamaw Publishers, Inc.
P.O. Box 740
Conway, SC 29528

Walter C. Cook
Law Offices of Walter C. Cook
1500 - 20th St.
San Francisco, CA 94107

Way To Go Travel
756 Glenn Rd
Delaware, OH 43015

Wayne Cresswell
594 Route 356
Apollo, PA 15613

WBCT
77 Monroe Center St. NW
10th Floor
Grand Rapids, MI 49503

Wells Fargo N.A.
GEORGIA BUSINESS BANKING
MAC D4004-03A

Direct Air Matrix.txt

P.O. BOX 2715
WINSTON SALEM, NC 27102-2715

Wespax Co. Inc.
Pittsburg Int'L Airport
P.O. Box 12290
Pittsburg, PA 15231

Voyages Westmount
326 Victoria
Westmount QC H3Z 2M8
Canada

WFFF-TV
SMITH BROADCASTING OF VT LLC
298 Mountain View Dr.
Colchester, VT 05406

WGRF-FM
50 James E. Casey Drive
Buffalo, Ny 14206

WHAG NBC TV
13 E. Washington, St
Hagerstown, MD 21740

White Travel & Tours
492 Gulf Lake Dr
Augusta, MI 49012

Wiggins Airways
P.O. Box 4920
One Garside Way
Manchester, NH 03108-4920

Wiggletown Delivery
3 Manor Drive
Plattsburgh, NY 12901

Wilkes-Barre/Scranton International Airport
100 Terminal Drive, Suite 1
Avoca, PA 18641

William Heupel
11 Locust St
Warwick, NY 10990

Wilmington Star News
1003 S 17th Street
Wilmington, NC 28401

Winchester Star
2 North Kent St
Winchester, VA 22601-5099

WINK-TV
2824 Palm Beach Blvd
Fort Myers, FL 33916

Witte Travel & Tours
492 E. Gulf Lake Dr.
Augusta, MI 49012

Direct Air Matrix.txt

WMBF-TV
P.O. BOX 11407
DRAWER # 1522
BIRMINGHAM, AL 35246

WNY Air Freight
4455 Genesee St
Cheektowaga, NY 14225

Wood TV8
120 College Ave. SE
Grand Rapids, MI 49503

Worcester Airport Limo
219 West Boylston St
West Boylston, MA 01583

Worcester Regional Airport
375 Airport Drive
Worcester, MA 01602

Worcester Regional Transit Authority
287 Grove Street
Worcester, MA 01605

World Satelite Television News
153 Saxomy Terrace
Del Ray, FL 33446

Worcester Telegram & Gazette
20 Franklin Street, Box 15012
Worcester, MA 01615

World Travel Associates
2425 W. IIes
Springfield Il 62704

World Travel Services
P.O. Box 190
West Chazy, NY 12992

World Wide Travel
506 Broadway Ave
Pekin, IL 61554

World Wide Travel One
Sobeys Plaza
589 South Pelham Rd
Welland ON L3C 3C7
Canada

Worldwide Flight Services, Inc.
1925 West John Carpenter Freeway, Suite 450
Irving, TX 75063

WPDE TV
Dept. 4405
Carol Stream, IL 60122-4405

WPGH PITTSBURGH
P.O. Box 60300
Charlotte, NC 28260-0300

Direct Air Matrix.txt

WPMY TV
P.O. BOX 601248
CHARLOTTE, NC 28260-1248

WPTZ-WNNE
P.O. BOX 10056
ALBANY NY 12201

WRKR/WKFR
4154 Jennings Drive
Kalamazoo, MI 49048

WTOL-TV Toledo
ATTN: Lockbox # 1350
P.O. Box 11407
Birmingham AL 35246-1350

WUTV-FOX 29
699 HERTAL AVANUE
SUITE 100
BUFFALO, NY 14207

WVNY-ABC 22
298 MOUNTAIN VIEW DRIVE
COLCHESTER, VT 05446

WWGR-FM
10915 K-NINE DRIVE
2ND FLOOR
BONITA SPRINGS, FL 34135

WWMB TV
Dept. 4405
Carol Stream, IL 60122-4055

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008

Wyvern Hotel
101 E Retta Esplanade
Punta Gorda, FL 33950

WYVN TV
298 Mountain View Dr
Colchester, VT 05446

WZUU-FM
P.O. BOX 80
OTSEGO, MI 49078

Clear Channel-Pittsburg
26000 Cannon Rd
Cleveland, OH 44146

Yellow Springs Travel, Inc
213 Xenia Ave.
Yellow Springs, OH 45387

Z Direct, Inc.
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale, Beach FL 33009

Direct Air Matrix.txt

ZEP SUPERIOR SOLUTIONS
1310 SEABOARD INDUSTRIAL DR
ATLANTA, GA 30318