UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

              Debtor.

Case No. 12-40944 (MSH)

Chapter 11

## DECLARATION RE: ELECTRONIC FILING

      I, Donald A. Stukes, hereby declare under penalty of perjury that all of the information contained in the *Affidavit of Professional Person Regarding Debtor's Application for Authority to Employ and Retain ASI Advisors, LLC as Financial Advisors* (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION RE: ELECTRONIC FILING (the "Declaration") is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

      I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: March ___, 2012          Signed: _____
                                                        Donald A. Stukes
                                                        Senior Managing Director
                                                        ASI Advisors, LLC

DECLARATION OF ATTORNEY

I certify that (i) the affiant signed this form before I submitted the Document, (ii) I gave the affiant a copy of the Document and this Declaration, and (iii) I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed.R.Bankr.P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: March 29, 2012

/s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com