UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

    I, Alan L. Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the *Debtor's Application for Authority to Employ and retain ASI Advisors, LLC as Financial Advisors* to be served by first class United States mail, postage pre-paid, E-mail, and/or by electronic notification (ECF), as indicated, upon (i) the parties listed in the attached service list, and (ii) any other parties receiving electronic notification.

                                                     */s/ Alan L. Braunstein*
                                                     Alan L. Braunstein, BBO# 546042
                                                     Riemer & Braunstein LLP
                                                     Three Center Plaza
                                                     Boston, MA  02108
                                                     Phone: 617.523.9000
                                                     Fax:    617.880.3456
                                                     E-mail:   abraunstein@riemerlaw.com

DATED:  March 29, 2012

SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR
Service List
Case # 12-40944

Southern Sky Air & Tours, LLC
d/b/a Direct Air
c/o Mr. Hank L. Torbert
1600 Oak Street, Suite B
Myrtle Beach, SC 29577
Email: hltorbert@kingwilliamsholdings.com

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave.
Suite 1102
White Plains, NY 10601
Email: dstukes@asi-advisors.com

Susan B. Jollie, Esq.
E-mail: sjollie@verizon.net

Richard King, Esq. (**ECF**)
Office of the US Trustee
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
Email: Richard.T.King@usdoj.gov;
USTPRegion01.WO.ECF@USDOJ.GOV

*Notice of Appearance*

David J. Reier, Esq. (**ECF**)
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Email: dreier@pbl.com
*(Counsel to JetPay Merchant Services, LLC)*

Robert W. Kovacs, Jr., Esq. (**ECF**)
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Email: Robert@RKovacslaw.com
*(Counsel to Lynn A. and Kevin Conway)*

William R. Moorman, Jr., Esq. (**ECF**)

Craig and Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Email: moorman@craigmacauley.com
*(Counsel to Radixx Solutions International, Inc.)*

Gina Lynn Martin, Esq. (**ECF**)
Michael J. Pappone, Esq. (**ECF**)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Email: gmartin@goodwinprocter.com; mpappone@goodwinprocter.com
(counsel to Merrick Bank Corp.)

Andrea Horowitz Handel, Esq. (**ECF**)
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Email: andrea.handel@usdoj.gov
(counsel to US Department of Justice)

Jonathan C. Burwood, Esq. (**ECF**)
Bradford R. Carver, Esq.
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
Email: jburwood@hinshawlaw.com ; bcarver@hinshawlaw.com
(counsel to Platte River Insurance Company)

**Secured Creditors:**

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262

Joel T. Brighton, Esq.
Wells Fargo
One Wells Fargo Center
MAC: D1053-300
301 South College St.
Charlotte, NC 28202

*Top 20 Creditors*

Allegheny County Airport Authority
P.O. Box 642623
Pittsburgh, PA 15264-2623

Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Attn: Richard White
Fort Lauderdale, FL 33301

Horry County Department of Airports/PFC
1100 Jetport Road
Myrtle Beach SC 29577

Jet Pay
3361 Boyington Drive
Carrollton, TX 75006

Kalamazoo/Battle Creek International Air
5235Portage Road
Kalamazoo, MI 49002

Lehigh Northampton Airport
3311 Airport Blvd.
Allentown, PA 18109

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02128

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Niagra Frontier Transportation Authority
P.O. Box 5008
Buffalo, NY 14205

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406

Quickflight, Inc.

145 Burt Road, Suite 16
Lexington, KY 40503

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls NY 14304

The Port Authority of NY & NJ
P.O. Box 95000
Philadelphia, PA 19195-1517

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court
Suite 100A
Suwanee, GA 30024

WFFF/WVNY-TV
SMITH BROADCASTING OF VT LLC
298 Mountain View Drive
Colchester, VT 05406

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 304
Boise, ID 83702

*Email List*

Jeffrey Sternklar, Esq. (**ECF**)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
Email: jdsternklar@duanemorris.com
(counsel to Valley National Bank)

Kevin C. McGee, Esq. (**ECF**)
Seder & Chandler LLP
339 Main Street
Worcester, MA 01608
Email: kmcgee@sederlaw.com
(counsel to American Express Travel Related Services)