UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC, D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

### ORDER GRANTING DEBTOR'S MOTION TO EMPLOY AND RETAIN ATTORNEY SUSAN B. JOLLIE AS SPECIAL COUNSEL

Upon the Motion (the "Motion")[1] for authority to employ and retain attorney Susan B. Jollie ("Attorney Jollie") as special counsel to Southern Sky Air & Tours, LLC, d/b/a Direct Air (the "Debtor"), and upon the Retention Affidavit of Attorney Jollie in support of the Motion, and the Court having jurisdiction to hear the Motion, and it appearing that sufficient notice of the Motion has been given, and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, and sufficient cause appearing therefor; it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is granted.

2. The Debtor is authorized to employ Attorney Jollie with respect to regulatory matters and to represent the Debtor before the Department of Transportation in its chapter 11 case on the terms set forth in the Motion.

3. The compensation and reimbursement of expenses to be allowed to Attorney Jollie shall be determined by the Court upon appropriate application therefor and upon notice and

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to the term in the Motion.

a hearing, in accordance with sections 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules.

  4. Attorney Jollie may hold the Retainer pending final allowance of compensation pursuant to 11 U.S.C. § 330 and receive interim compensation from the Debtor pursuant to Orders of this Court authorizing payment, upon appropriate application thereof.

  5. Approval of the Motion shall be deemed effective as of the Petition Date in accordance with MLBR 2014-1(d).

  6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2012   _____

                 United States Bankruptcy Judge