UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Debtor.

Case No. 12-40944-MSH

Chapter 11

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID B. HABER, ESQ.

Pursuant to MLBR 9010-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), the undersigned hereby respectfully requests that this Court enter an order admitting David B. Haber, Esq. of David B. Haber, P.A. ("DBHPA") to practice before this Court *pro hac vice* as counsel for Creditor, Chemoil Corporation d/b/a Chemoil Aviation ("Chemoil"), in the above-captioned case and in support thereof states as follows:

1. MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of David B. Haber, attached hereto as **Exhibit "A"**, states that: (a) he is a member in good standing of the Bar of the State of Florida, as well as a member in good standing before the U.S. District Court Southern District of Florida and the U.S. Court of Appeals 11th Circuit; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior

application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

WHEREFORE, the undersigned respectfully requests that this Court enter the proposed order attached hereto as **Exhibit "B"** admitting David B. Haber to practice before this Court *pro hac vice* as counsel to the Creditor, Chemoil, and grant such other and further relief as this Court deems just and proper.

DATED: March 28, 2012

Respectfully submitted,

By: _____
DAVID B. HABER, ESQ.
Florida Bar No.: 435368
David B. Haber, P.A.
Miami Center, Ste. 1205
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone:　(305) 379-2400
Facsimile:　(305) 379-1106
E-mail: dhaber@dhaberlaw.com

# Exhibit "A"

## Certificate for Admission *Pro Hac Vice* of David B. Haber, Esq.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Debtor.

Case No. 12-40944-MSH

Chapter 11

_____/

## MLBR RULE 9010-1(b) CERTIFICATION FOR ADMISSION
## *PRO HAC VICE* OF DAVID B. HABER

I, David B. Haber, hereby aver and say:

1. I am a member of the Bar of the State of Florida and I am also admitted to practice before the U.S. District Court Southern District of Florida and the U.S. Court of Appeals 11th Circuit.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are not disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no other prior application to be specially admitted to this Court during this calendar year.

5. I am familiar with the MLBR.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF MARCH, 2012.**

_____
DAVID B. HABER, ESQ.
David B. Haber, P.A.
Miami Center, Ste. 1205
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 379-2400
Facsimile: (305) 379-1106
E-mail: dhaber@dhaberlaw.com

# Exhibit "B"

## Proposed Order

Case 21-20944 Doc 249 Filed 03/29/12 Entered 03/29/12 16:28:40 Desc Main Document Page 9 of 11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Debtor.

Case No. 12-40944-MSH

Chapter 11

_____/

## ORDER GRANTING MOTION FOR ADMISSION OF
## DAVID B. HABER, ESQ. *PRO HAC VICE*

This Court having considered the Motion for Admission of David B. Haber, Esq. *Pro Hac Vice* (the "Motion") and the supporting Certificate of David B. Haber, Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

David B. Haber, Esq. is authorized to appear and practice *pro hac vice* on behalf of Creditor, Chemoil Corporation d/b/a Chemoil Aviation, in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

March ___, 2012

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE