# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Debtor.

Case No. 12-40944-MSH

Chapter 11

_____/

## CREDITOR, CHEMOIL CORPORATION D/B/A CHEMOIL AVIATION'S, JOINDER IN MOTION OF THE UNITED STATES TRUSTEE TO CONVERT CASE TO CASE UNDER CHAPTER 7, OR IN THE ALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

COMES NOW, the Creditor, Chemoil Corporation d/b/a Chemoil Aviation ("Chemoil"), by and through undersigned counsel, hereby submits this Joinder in the Motion for the United States Trustee to Convert Case to Case Under Chapter 7, or in the Alternative, for the Appointment of a Chapter 11 Trustee ("Trustee's Motion to Convert") [Doc. 27].

DATED: March 28, 2012

Respectfully submitted,

By: _____
DAVID B. HABER, ESQ.
Florida Bar No.: 435368
David B. Haber, P.A.
Miami Center, Ste. 1205
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone:    (305) 379-2400
Facsimile:    (305) 379-1106
E-mail: dhaber@dhaberlaw.com