UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

        Debtor.

Case No. 12-40944-MSH

Chapter 11

_____/

**MOTION TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE
SCHEDULED FOR APRIL 2, 2012**

**TO THE HONORABLE COURT:**

David B. Haber, Esq., counsel for Creditor, Chemoil Corporation d/b/a Chemoil Aviation ("Chemoil"), respectfully states and prays as follows:

1.    On March 16, 2012 a Notice of Status Conference was entered and the Status Conference scheduled for April 2, 2012 at 9:45 a.m.

2.    My office is located in Miami, Florida and I respectfully request that I be allowed to appear by telephone at the Status Conference.

WHEREFORE, the undersigned respectfully requests that this Court enter the proposed order attached hereto as **Exhibit "A"** allowing David B. Haber to appear telephonically at the

03/30/2012 ATTORNEY DAVID HABER MAY APPEAR BY TELEPHONE AT THE STATUS CONFERENCE SCHEDULED FOR 4/11/2012. THE COURT WILL CONTACT ATTORNEY HABER TO MAKE ARRANGEMENTS.