United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
       Debtor

Case No. 12-40944-msh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: mbd      Page 1 of 2      Date Rcvd: Mar 30, 2012  
                     Form ID: pdf012   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2012.  
aty        +David B. Haber,   Haber, Lewis & Pathman, P. A.,   201 South Biscayne Boulevard,   Miami Center, Ste. 1205,   Miami, FL 33131-4332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: mbd                   Page 2 of 2                   Date Rcvd: Mar 30, 2012
                              Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2012 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,  ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com,
               sdelmonaco@hinshawlaw.com
              David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
              Gina L. Martin    on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank
               jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor   Platte River Insurance Company
               jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Kevin C. McGee    on behalf of Creditor   American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,   kmcgee@sederlaw.com
              Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
              Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
              Robert W Kovacs    on behalf of Creditor Kevin Conway robert@rkovacslaw.com
              William R. Moorman    on behalf of Creditor   Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                             TOTAL: 13
```

Case 12-40944 Doc 49 Filed 03/29/12 Entered 03/29/12 16:28:40 Desc Main Document Page 1 of 3

MAR 29 '12 PM 4:11 USB



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS LLC, d/b/a DIRECT AIR,

Case No. 12-40944-MSH

Chapter 11

Debtor.

_____/



03/30/2012 ATTORNEY DAVID HABER MAY APPEAR BY TELEPHONE AT THE STATUS CONFERENCE SCHEDULED FOR 4/11/2012. THE COURT WILL CONTACT ATTORNEY HABER TO MAKE ARRANGEMENTS.

## MOTION TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE SCHEDULED FOR APRIL 2, 2012

**TO THE HONORABLE COURT:**

David B. Haber, Esq., counsel for Creditor, Chemoil Corporation d/b/a Chemoil Aviation ("Chemoil"), respectfully states and prays as follows:

1. On March 16, 2012 a Notice of Status Conference was entered and the Status Conference scheduled for April 2, 2012 at 9:45 a.m.

2. My office is located in Miami, Florida and I respectfully request that I be allowed to appear by telephone at the Status Conference.

WHEREFORE, the undersigned respectfully requests that this Court enter the proposed order attached hereto as **Exhibit "A"** allowing David B. Haber to appear telephonically at the