UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

Case No. 12-40944-MSH

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Chapter 11

Debtor.

_____/

## ORDER GRANTING MOTION FOR ADMISSION OF
## DAVID B. HABER, ESQ. *PRO HAC VICE*

This Court having considered the Motion for Admission of David B. Haber, Esq. *Pro Hac Vice* (the "Motion") and the supporting Certificate of David B. Haber, Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

David B. Haber, Esq. is authorized to appear and practice *pro hac vice* on behalf of Creditor, Chemoil Corporation d/b/a Chemoil Aviation, in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April ~~March~~ 2, 2012

*[signature]*
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE