## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, | Case No. 12-40944-MSH |
| Debtor. | |

### FALCON AIR EXPRESS, INC.'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS

Pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-3, the law firm of Womble Carlyle Sandridge & Rice, LLP hereby enters its appearance in the above-captioned bankruptcy case (the "Bankruptcy Case") as counsel to Falcon Air Express, Inc. ("Falcon").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Case be served upon the following, and that such persons be added to the mailing matrix in this case:

Thomas M. Horan
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail: thoran@wcsr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) Falcon's right to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) Falcon's right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) Falcon's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Falcon is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 3, 2012

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Thomas M. Horan

Thomas M. Horan (Delaware Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail: thoran@wcsr.com

Counsel to Falcon Air Express, Inc.

## CERTIFICATE OF SERVICE

I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on April 3, 2012, on the parties listed below via U.S. First Class Mail, unless otherwise indicated:

RIEMER & BRAUNSTEIN LLP                RIEMER & BRAUNSTEIN LLP
Alan L. Braunstein                              Steven E. Fox
Macken Toussaint                               Maura I. Russell
Three Center Plaza                             Times Square Tower, Suite 2506
Boston, MA  02108                             Seven Times Square
                                                          New York, NY  10036

Under penalty of perjury, I declare that the foregoing is true and correct.

_____4/3/12_____                        _/s/ Pamela J. Groff_____
Date                                                   Pamela J. Groff