# United States Bankruptcy Court
## District of Massachusetts

In re  Southern Sky Air & Tours, LLC d/b/a Direct Air

Debtor

Case No. 12-40944 (MSH)

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Avondale Aviation I, LLC<br>1629 K Street, NW<br>Suite 300<br>c/o Hank L. Torbert<br>Washington, DC 20011 | LLC membership | 435 units | |
| Edward Warnick<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579 | LLC membership | 71 units | |
| Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578 | LLC membership | 71 units | |
| Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577 | LLC membership | 71 units | |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746 | LLC membership | 71 units | |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577 | LLC membershup | 71 units | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 23, 2012           Signature

Hank L. Torbert
Member of Board of Directors

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders