UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION



In re:

Southern Sky Air & Tours DBA Direct Air

Debtor.

Case no.: 12-40944

Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

Please take notice that Christopher Harrington, a creditor in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to:

257 Tom Swamp Road
Petersham, MA 01366

DATED: 3/29/12

Signature: _____

Christopher Harrington _____ *Pro se*
Print Name

Address: 257 Tom Swamp Road
Petersham, MA 01366

Telephone Number: (978) 249-4305