UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSUCHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC ) | |
| D/B/A DIRECT AIR, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

**MOTION BY THE UNITED STATES TO APPEAR
TELEPHONICALLY AT HEARING SCHEDULED FOR APRIL 11, 2012**

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On March 22, 2012, JetPay Merchant Services, LLC filed an Emergency Motion for Relief from Stay to Continue Processing Customer Chargebacks from Non-Estate Property Escrow Account in the Ordinary Course (Docket No. 9).

2. The Court held a hearing on the motion on March 23, 2012 and continued the hearing to April 11, 2012 at 11 a.m. The Court has also scheduled a status conference for that date.

3. My office is located in Washington D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for April 11, 2012 at 11:00 am and grant such further relief as deemed necessary.

        Respectfully submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        Christopher R. Donato
        Assistant U.S. Attorney
        BBO #628907
        John Joseph Moakley Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

        /s/Andrea Horowitz Handel
        J. CHRISTOPHER KOHN
        TRACY J. WHITAKER
        ANDREA HOROWITZ HANDEL
        Civil Division
        Department of Justice
        Post Office Box 875
        Ben Franklin Station
        Washington, D.C. 20044
        Tel.: (202) 307-0358
        Facsimile: (202) 514-9163
        Email: andrea.handel@usdoj.gov

        Attorneys for the United States

<u>Certificate of Service</u>

    I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 4th day of April, 2012.

        /s/Andrea Horowitz Handel
        Andrea Horowitz Handel