**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
(Central Division)

In re:

                                         Case No.  12-40944-MSH

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,                     Chapter 11

        Debtor.

_____/

**CREDITOR, CHEMOIL CORPORATION D/B/A CHEMOIL AVIATION'S, JOINDER IN LIMITED OBJECTION OF THE UNITED STATES DEPARTMENT OF TRANSPORTATION TO EMERGENCY MOTION OF JETPAY MERCHANT SERVICES FOR RELIEF FROM THE STAY TO CONTINUE PROCESSING CUSTOMER CHARGEBACKS FROM NON-ESTATE PROPERTY ESCROW ACCOUNT IN THE ORDINARY COURSE (TO THE EXTENT ANY SUCH RELIEF IS REQUIRED)**

     COMES NOW, the Creditor, Chemoil Corporation d/b/a Chemoil Aviation ("Chemoil"), by and through undersigned counsel, hereby submits this Joinder in the Limited Objection of the United States Department of Transportation to Emergency Motion of JetPay Merchant Services, LLC for Relief From Stay to Continue Processing Customer Chargebacks From Non-Estate Property Escrow Account in the Ordinary Course.

DATED: April 4, 2012

                                                            Respectfully submitted,

                                                            By: /s/ David B. Haber
                                                                DAVID B. HABER, ESQ.
                                                                Florida Bar No.: 435368
                                                                David B. Haber, P.A.
                                                               Miami Center, Ste. 1205
                                                               201 South Biscayne Blvd.
                                                               Miami, Florida 33131
                                                               Telephone:    (305) 379-2400
                                                               Facsimile:    (305) 379-1106
                                                               E-mail: dhaber@dhaberlaw.com

## CERTIFICATE OF SERVICE

I HEREBY FURTHER CERTIFY that on this 4th day of April, 2012, a true and correct copy of the foregoing document has been served by electronic mail on all registered Parties on the Court's CM/ECF electronic filing system.

By: /s/ David B. Haber

DAVID B. HABER, ESQ.