```
                        United States Bankruptcy Court
                           District of Massachusetts

In re:                                                  Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: lladue            Page 1 of 2             Date Rcvd: Apr 02, 2012
                              Form ID: pdf012         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2012.
```
db         +Southern Sky Air & Tours, LLC d/b/a Dire,   1600 Oak Street,   Myrtle Beach, SC 29577-3525
cr         +Southern Sky Air & Tours, LLC d/b/a Dire,   375 Airport Drive,   Worcester, MA 01602-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2012           Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: lladue            Page 2 of 2             Date Rcvd: Apr 02, 2012
                              Form ID: pdf012         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2012 at the address(es) listed below:

```
          Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,   ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com,
           sdelmonaco@hinshawlaw.com
          David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
          Gina L. Martin    on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com
          Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank
           jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
          Jonathan C. Burwood    on behalf of Creditor   Platte River Insurance Company
           jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
          Kevin C. McGee    on behalf of Creditor   American Express Travel Related Services Co., Inc.
           bankruptcy@sederlaw.com,   kmcgee@sederlaw.com
          Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
          Robert W Kovacs    on behalf of Creditor Kevin Conway robert@rkovacslaw.com
          William R. Moorman    on behalf of Creditor   Radixx Solutions International, Inc.
           moorman@craigmacauley.com
                                                                                              TOTAL: 13
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR &TOURS
LLC, d/b/a DIRECT AIR,

Case No. 12-40944-MSH

Chapter 11

Debtor.

_____/

## ORDER GRANTING MOTION FOR ADMISSION OF DAVID B. HABER, ESQ. *PRO HAC VICE*

This Court having considered the Motion for Admission of David B. Haber, Esq. *Pro Hac Vice* (the "Motion") and the supporting Certificate of David B. Haber, Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

David B. Haber, Esq. is authorized to appear and practice *pro hac vice* on behalf of Creditor, Chemoil Corporation d/b/a Chemoil Aviation, in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April ~~March~~ 2 , 2012

*[signature]*
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE