JAMES M. BEGLEY
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, New York 10003
(212) 435-3529

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

-----------------------------------------------------X

                                                     Chapter 11

In re:
                                                     Case No. 12-40944(MSH)

SOUTHERN SKY AIR & TOURS, LLC,
D/B/A DIRECT AIR,

                         Debtor.

-----------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The Port Authority of New York and New Jersey appears herein by its attorney, James M. Begley, Esq., and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Bankruptcy Rules that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> The Port Authority of New York and New Jersey
> Office of JAMES M. BEGLEY, ESQ.
> Attn: Lisa Marcoccia
> 225 Park Avenue South, 13th Floor
> New York, New York 10003

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated:      New York, New York
           April 5, 2012

          JAMES M. BEGLEY
          The Port Authority of New York and New
          Jersey

          By: _/S/Lisa Marcoccia
                Lisa Marcoccia
                Attorney
          225 Park Avenue South, 13th Floor
          New York, New York 10003
          (212) 435-3529

TO:

Alan L. Braunstein
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
Tel: (617)-880-3516

Susan B. Jolie
Law Office of Susan B. Jolie
7503 Walton Lane
Annandale, VA 22003-2558
Tel: (703)354-8450

All parties who receive notice electronically