UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR                                CASE NO: 12-40944-MSH

    Debtor.                                                      CHAPTER 11

---

### MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD T. BEVANS, JR.

Pursuant to MLBR 9010-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), the undersigned hereby respectfully requests that this Court enter an order admitting Ronald T. Bevans, Jr., of the Law Offices of Ronald T. Bevans, Jr., P.A., to practice before this Court *pro hac vice* as counsel for Creditor, SKY KING, INC., ("Sky King"), in the above-captioned case and in support thereof states as follows:

1. MLBR 90101(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of Ronald T. Bevans, Jr., attached hereto as Exhibit "A", states that: (a) he is a member in good standing of the Bar of the State of Florida as well as a member in good standing before the US District Court Southern District of Florida; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

**WHERFORE,** the undersigned respectfully requests that this Court enter the proposed order attached hereto as Exhibit "B" admitting Ronald T. Bevans, Jr. to practice before this Court *pro hac vice* as counsel to Creditor, Sky King and grant such other and further relief as this Court deems just and proper.

DATED: April 5, 2012.

Respectfully submitted,

*/s/ Ronald T. Bevans*
Ronald T. Bevans, Jr.
Florida Bar No.: 916810
Law Offices of Ronald T. Bevans, Jr., P.A.
1221 Brickell Avenue
Suite 2660
Miami, Florida 33131
Telephone: 305-374-7535
Facsimile: 305-374-9869
rtbevans@bevanslaw.com

# EXHIBIT "A"

**Certificate for Admission *Pro Hac Vice* of Ronald T. Bevans, Jr.**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

In Re:

**SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR**            **CASE NO: 12-40944-MSH**

    Debtor.                                             **CHAPTER 11**

---

### MLBR RULE 9010-1(b) CERTIFICATION FOR ADMISSION
### *PRO HAC VICE* of RONALD T. BEVANS, JR.

I, Ronald T. Bevans, Jr., hereby aver sand say:

1. I am a member of the Bar of the State of Florida and I am also admitted to practice before the U.S. District Court Southern District of Florida.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no other prior application to be specially admitted to this Court during this Calendar year.

5. I am familiar with the MLBR.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5TH DAY OF APRIL, 2012.**

                                         */s/ Ronald T. Bevans, Jr.*
                                         Ronald T. Bevans, Jr.
                                         Florida Bar No.: 916810
                                         Law Offices of Ronald T. Bevans, Jr., P.A.
                                         1221 Brickell Avenue
                                         Suite 2660
                                         Miami, Florida 33131
                                         Telephone: 305-374-7535
                                         Facsimile: 305-374-9869
                                         rtbevans@bevanslaw.com

**EXHIBIT "B"**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

**SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR**

CASE NO: 12-40944-MSH

Debtor.

CHAPTER 11

---

### ORDER GRANTING MOTION FOR ADMISSION OF
### RONALD T. BEVANS, JR., *PRO HAC VICE*

This Court having considered the Motion for admission of Ronald T. Bevans, Jr., *Pro Hac Vice* (the "Motion") and the supporting Certificate of Ronald T. Bevans, Jr., Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Ronald T. Bevans, Jr., is authorized to appear and practice *pro hac vice* on behalf of Creditor, Sky King, Inc., in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April ___, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge