UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>                           Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

**DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO THE MOTION OF THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHPATER 7, OR IN THEALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE TIME**

Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor") hereby submit this motion to extend the deadline by which the Debtor must file its response the motion of the United States Trustee (the "US Trustee") for entry of an order converting this case to a case under Chapter 7, or for the appointment of a chapter 11 trustee (the "Conversion Motion"). In support of this Motion, the Debtor states as follows:

1. The Conversion Motion was filed on March 23, 2012 and the deadline to file a response to the Conversion Motion is today, April 6, 2012 at 4:00 p.m.

2. The Debtor has requested an extension of time to file its response to the Conversion Motion until Tuesday, April 10, 2012 at 12:00 Noon. The US Trustee has assented to our request.

WHEREFORE, the Debtor respectfully requests that the Court extend the Debtor's time to response to the Conversion Motion until Tuesday, April 10, 2012 at 12:00 Noon.

Dated: April 6, 2012

    Respectfully submitted,

    SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR

    By its proposed counsel,

    RIEMER & BRAUNSTEIN LLP

    /s/ Alan L. Braunstein
    Alan L. Braunstein (BBO #546042)
    Macken Toussaint (BBO# 645076)
    Three Center Plaza
    Boston, Massachusetts 02108
    Tel: (617) 523-9000
    Fax: (617) 880-3456
    abraunstein@riemerlaw.com
    mtoussaint@riemerlaw.com

    -and-

    Maura I. Russell, Esq.
    Brett J. Nizzo, Esq.
    Times Square Tower, Suite 2506
    Seven Times Square
    New York, NY 10036
    (212) 789-3100
    mrussell@riemerlaw.com
    bnizzo@riemerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

**ORDER EXTENDING TIME FOR**
**FILING SCHEDULES AND STATEMENTS**

Upon the motion (the "Motion)[1] of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor") for an order extending the deadline by which the Debtor must file its response to the motion of United States Trustee (the "US Trustee") for entry of an order converting this case to a case under Chapter 7, or for the appointment of a chapter 11 trustee (the "Conversion Motion"); it is hereby

ORDERED that the Motion is hereby granted; and it is further

ORDERED that the Debtor's deadline to file a response to the Conversion Motion is extended until April 10, 2012 at 12:00 Noon.

Dated: April ___, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge

1428159.1

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.