*[Signature: Melvin S. Hoffman]*
*04/06/2012 ALLOWED.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 11

### DEBTOR'S MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO THE MOTION OF THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHPATER 7, OR IN THEALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE TIME

Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor") hereby submit this motion to extend the deadline by which the Debtor must file its response the motion of the United States Trustee (the "US Trustee") for entry of an order converting this case to a case under Chapter 7, or for the appointment of a chapter 11 trustee (the "Conversion Motion"). In support of this Motion, the Debtor states as follows:

1. The Conversion Motion was filed on March 23, 2012 and the deadline to file a response to the Conversion Motion is today, April 6, 2012 at 4:00 p.m.

2. The Debtor has requested an extension of time to file its response to the Conversion Motion until Tuesday, April 10, 2012 at 12:00 Noon. The US Trustee has assented to our request.