United States Bankruptcy Court
District of Massachusetts

In re:                                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: admin              Page 1 of 3              Date Rcvd: Apr 03, 2012
                              Form ID: transcrp        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2012.
```
db          +Southern Sky Air & Tours, LLC d/b/a Dire,   1600 Oak Street,   Myrtle Beach, SC 29577-3525
aty         +Alan L. Braunstein,   Riemer & Braunstein, LLP,   Three Center Plaza,   Boston, MA 02108-2090
aty         +Andrea Horowitz Handel,   United States Department Of Justice,
              Civil Division, Commercial Litig. Branch,   P.O. Box 875, Ben Franklin Station,
              Washington, DC 20044-0875
aty         +Bradford R. Carver,   Hinshaw & Culbertson LLP,   28 State Street,   24th Floor,
              Boston, MA 02109-5709
aty         +David B. Haber,   Haber, Lewis & Pathman, P. A.,   201 South Biscayne Boulevard,
              Miami Center, Ste. 1205,   Miami, FL 33131-4332
aty          David J. Reier,   Posternak Blankstein & Lund LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA  02199-8004
aty         +Gina L. Martin,   Goodwin Procter LLP,   53 State Street,   Exchange Place,
              Boston, MA 02109-3000
aty         +Jeffrey D. Sternklar,   Duane Morris, LLP,   24th Floor,   100 High Street,
              Boston, MA 02110-1734
aty         +Jonathan C. Burwood,   Hinshaw & Culbertson,   28 State Street,   24th Floor,
              Boston, MA 02109-5709
aty         +Kevin C. McGee,   Seder & Chandler, LLP,   339 Main St.,   Worcester, MA 01608-1585
aty          Michael J. Pappone,   Goodwin  Proctor LLP,   Exchange Place,   53 State Street,
              Boston, MA  02109-2881
aty         +Robert W Kovacs, Jr,   Law Office of Robert W. Kovacs, Jr.,   172 Shrewsbury Street,
              Worcester, MA 01604-4636
aty         +William R. Moorman, Jr.,   Craig and Macauley, Professional Corp,   Federal Reserve Plaza,
              600 Atlantic Avenue,   Boston, MA 02210-2204
cr           American Express Travel Related Services,   200 Vesey Street,   New York, NY  10825
intp        +Brett J. Nizzo,   Riemer & Braunstein LLP,   Times Square Tower,   Suite 2506,
              Seven Times Square,   New York, NY 10036-6546
cr          +Kevin F. Conway,   54 James Street,   Worcester, MA 01603-1014
cr          +Lynn A. Conway,   54 James Street,   Worcester, MA 01603-1014
intp        +Maura I Russell,   Reimer @ Braunstein LLP,   Times Square Tower,   Suite 2506,
              Seven Times Square,   New York, NY 10036-6546
cr          +Platte River Insurance Company,   P,O. Box 5900,   Madison, WI 53705-0900
cr          +Southern Sky Air & Tours, LLC d/b/a Dire,   375 Airport Drive,   Worcester, MA 01602-2294
intp        +Steven E. Fox,   Riemer & Braunstein LLP,   Times Square Tower,   Suite 2506,
              Seven Times Square,   New York, NY 10036-6546
cr          +UNITED STATES,   Department of Justice,   PO Box 875 Ben Franklin Station,
              washington, dc 20044-0875
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 04 2012 00:04:59     Richard T. King,
              United States Trustee,   446 Main Street, 14th floor,   Worcester, MA 01608-2361
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 04 2012 00:04:59     Richard King,
              Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                              TOTAL: 2
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           Robert W Kovacs,   20 Blackstone Street,   Menson, ma  01576
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0101-4          User: admin              Page 2 of 3              Date Rcvd: Apr 03, 2012
                              Form ID: transcrp        Total Noticed: 24

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2012**                         **Signature:**     *Joseph Speetjens*

```
District/off: 0101-4          User: admin              Page 3 of 3                  Date Rcvd: Apr 03, 2012
                              Form ID: transcrp        Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2012 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com,
               sdelmonaco@hinshawlaw.com
              David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
              Gina L. Martin    on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank
               jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor   Platte River Insurance Company
               jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Kevin C. McGee    on behalf of Creditor   American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,   kmcgee@sederlaw.com
              Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
              Robert W Kovacs    on behalf of Creditor Kevin Conway robert@rkovacslaw.com
              William R. Moorman    on behalf of Creditor   Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                              TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:    Southern Sky Air & Tours, LLC d/b/a Direct Air    Chapter: 11
         Debtor,                                            Case No: 12−40944
                                                            Judge Melvin S. Hoffman

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE**

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty−one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document − do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

Date:4/3/12                                            By the Court,


                                                       James M. Lynch
                                                       Clerk, U.S. Bankruptcy Court