**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)**

_____
                                                    )
In re:                                             )
                                                )   Chapter 11
SOUTHERN SKY AIR & TOURS, LLC,    )   Case No. 12-40944-MSH
d/b/a DIRECT AIR,                                )
                     Debtor                )
_____)

**EMERGENCY MOTION OF JETPAY MERCHANT SERVICES, LLC
TO CONTINUE PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY
FOR A PERIOD OF THIRTY (30) DAYS
(ASSENTED TO BY AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), JetPay Merchant Services, LLC ("JetPay"), by its attorneys, hereby moves on an emergency basis to continue for a period of 30 days the preliminary hearing scheduled for April 11, 2012 on the Emergency Motion of JetPay for Relief from Stay filed on March 21, 2012 [Docket No. 9] ("Motion for Relief"). American Express Travel Related Services Company, Inc., which had filed a limited opposition to the Motion for Relief, assents to this request. Merrick Bank has advised JetPay that it too supports this request.

The grounds for this request are set forth below.

1. On March 21, 2012, JetPay filed the Motion for Relief. JetPay sought relief from the automatic stay (to the extent the stay applied) to enable JetPay to continue processing reimbursements out of a certain escrow account established and maintained at Valley National Bank ("VNB") ("Escrow Account").

2. As set forth more fully in the Motion for Relief, pursuant to a certain written Depository Account Agreement between VNB and the within the debtor ("Debtor") and certain applicable regulations promulgated by the United States Department of Transportation, the

1354557v2/999-213

04/10/2012 DENIED.