# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air       **Case Number:** 12-40944    (MSH)       **Ch:** 11

TELEPHONIC HEARING on #9 Motion of JetPay Merchant Services, LLC for Relief From Stay to Continue Processing Customer Chargebacks from Non-Estate Property Escrow Account in the Ordinary Course (to the Extent Any Such Relief is Required) and Limited Objections of #16 Valley National Bank and #23 American Express Travel Related Services Co. Inc. and #26 Objection of Debtor and #65 Limited Objection of the United States Department of Transportation and #66 Joinder of Chemoil Corporation to #65

**COURT ACTION:**

| | | |
|---|---|---|
| ___ Show Cause Order | ___ Released | ___ Enforced |
| ___ Granted | ___ Approved | ___ Moot |
| ___ Denied | ___ Denied without prejudice | |
| ___ Withdrawn in Open Court | | |
| ___ Sustained | ___ Overruled | |
| ✔ Continued to MAY 22, 2012 AT 10:00 A.M. | | |
| ___ Proposed Order Submitted by_____ | | |
| ___ Stipulation to be Submitted by_____ | | |
| ___ Taken Under Advisement | | |

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_   Dated: 04/11/2012

Melvin S. Hoffman
United States Bankruptcy Judge