# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air   **Case Number:** 12-40944   (MSH)   **Ch:** 11

Telephonic Status Conference

**COURT ACTION:**

       Show Cause Order        _____ Released        _____ Enforced
_____ Granted        _____ Approved        _____ Moot
_____ Denied        _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained        _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

STATUS CONFERENCE HELD.

IT IS SO ORDERED:

_____ Dated: 04/11/2012

Melvin S. Hoffman
United States Bankruptcy Judge