UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air    **Case Number:** 12-40944    (MSH)    **Ch:** 11

TELEPHONIC HEARING on #27 Expedited Motion Of The United States Trustee To Convert Case To Case under Chapter 7, Or in The Alternative, For The Appointment Of A Chapter 11 Trustee and #53 Joinder of Chemoil Corporation d/b/a Chemoil Aviation and #76 Response In Opposition of Debtors.

**COURT ACTION:**

  Show Cause Order            _____ Released              _____ Enforced
  ✔ Granted                   _____ Approved              _____ Moot
_____ Denied                _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained             _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

FOR THE REASONS SET FORTH ON THE RECORD, THE CASE IS HEREBY CONVERTED TO ONE UNDER CHAPTER 7.

IT IS SO ORDERED:

_____  Dated: 04/11/2012

Melvin S. Hoffman
United States Bankruptcy Judge