## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In Re: ) | Chapter 7 |
| ) | Case No. 12-40944(MSH) |
| SOUTHERN SKY AIR & TOURS, LLC ) | |
| D/B/A/ DIRECT AIR, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEARANCE OF COUNSEL
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears herein as counsel to Judy Tull, Kay Ellison and Marshall Ellison, in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorney listed below:

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
Tel: 617-330-7000
E-mail: dfixler@rubinrudman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile,

1264006_1

telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

    Respectfully submitted,

    JUDY TULL, KAY ELLISON AND MARSHALL ELLISON

    By their attorneys,

    /s/David C. Fixler
    David C. Fixler (BBO #550698)
    Stephen G. DeLisle (BBO #650941)
    Rubin and Rudman LLP
    50 Rowes Wharf
    Boston, MA 02110
    (617) 330-7000

Dated: April 12, 2012

1264006_1

## CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing document was filed this 12th day of April, 2012 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/David C. Fixler
      David C. Fixler

1264006_1