UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR              CASE NO: 12-40944-MSH

Debtor.                             CHAPTER 11

## MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD T. BEVANS, JR.

MICHAEL P. HOLDEN (Counsel) hereby moves this Court pursuant to Local Rule 9010-1(b) to admit attorney RONALD T. BEVANS, JR., *pro hac vice* to appear and practice in this Court in the above-captioned case as counsel for Creditor SKY KING, INC. As grounds for its motion, Counsel states as follows:

1. Attorney RONALD T. BEVANS, JR., is a partner in the law firm of Ronald T. Bevans, Jr., P.A. which has an office located at 1221 Brickell Avenue, Suite 2660, Miami, Florida 33131 with a telephone number of 305-374-7535. He is a member in good standing of the bar of the State of Florida and has been admitted to practice in the United States District Court for the Southern District of Florida, United States District Court for the District of West Virginia and the State Bar of West Virginia.

2. Mr. Bevans has no disciplinary proceedings pending against him in any jurisdiction, and he is a member of the bar in good standing in every jurisdiction where he has been admitted.

3. Mr. Bevans is familiar with the issues in this case and with the Local Rules of this Court.

4. In support of this Motion, Counsel relies upon the Affidavit of Ronald T. Bevans, Jr., filed herewith.

**WHEEFORE,** Counsel respectfully requests that this Court permit Ronald T. Bevans, Jr., to appear *pro hac vice.*

Dated: April \_12\_, 2012

                                  Respectfully submitted,

                                  Michael P. Holden, Esq.  BBO #552004
                                  Law Offices of Michael P. Holden
                                  335 Washington Street
                                  Suite 4
                                  Norwell, MA 02061
                                  Telephone: 781-264-7624
                                  mholden@mholdenlaw.com

**EXHIBIT "A"**

**Certificate for Admission *Pro Hac Vice* of Ronald T. Bevans, Jr.**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)**

**In Re:**

**SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR**

**CASE NO: 12-40944-MSH**

**Debtor.**

**CHAPTER 11**

---

**MLBR RULE 9010-1(b) CERTIFICATION FOR ADMISSION
_PRO HAC VICE_ of RONALD T. BEVANS, JR.**

I, Ronald T. Bevans, Jr., hereby aver sand say:

1. I am a member of the Bar of the State of Florida and I am also admitted to practice before the U.S. District Court Southern District of Florida.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no other prior application to be specially admitted to this Court during this Calendar year.

5. I am familiar with the MLBR.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH DAY OF APRIL, 2012.**

_/s/ Ronald T. Bevans_
Ronald T. Bevans, Jr.
Florida Bar No.: 916810
Law Offices of Ronald T. Bevans, Jr., P.A.
1221 Brickell Avenue
Suite 2660
Miami, Florida 33131
Telephone: 305-374-7535
Facsimile: 305-374-9869
rtbevans@bevanslaw.com

**EXHIBIT "B"**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

In Re:

**SOUTHERN SKY AIR & TOURS LLC, D/B/A DIRECT AIR**

**CASE NO: 12-40944-MSH**

**Debtor.**

**CHAPTER 11**

---

## ORDER GRANTING MOTION FOR ADMISSION OF RONALD T. BEVANS, JR., *PRO HAC VICE*

This Court having considered the Motion for admission of Ronald T. Bevans, Jr., *Pro Hac Vice* (the "Motion") and the supporting Certificate of Ronald T. Bevans, Jr., Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Ronald T. Bevans, Jr., is authorized to appear and practice *pro hac vice* on behalf of Creditor, Sky King, Inc., in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April ___, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR                         CASE NO: 12-40944-MSH

Debtor.                                       CHAPTER 11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of April, 2012 a copy of the foregoing Motion for Admission *Pro Hac Vice* of Ronald T. Bevans, Jr. was sent by electronic mail and/or first class-mail postage pre-paid to the individuals or parties listed on the attached service list, in the manner there shown.

By: _____
Michael P. Holden
Law Offices of Michael P. Holden
335 Washington Street
Suite 4
Norwell, MA 02061
Telephone (781)264-7624
mholden@mholdenlaw.com

SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR
Service List
Case # 12-40944

Southern Sky Air & Tours, LLC
d/b/a Direct Air
c/o Mr. Hank L. Torbert
1600 Oak Street, Suite B
Myrtle Beach, SC 29577
**Email**:
hltorbert@kingwilliamsholdings.com

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave.
Suite 1102
White Plains, NY 10601
**Email**: dstukes@asi-advisors.com

Richard King, Esq.
Office of the US Trustee
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
**Email**: Richard.T.King@usdoj.gov;
USTPRegion01.WO.ECF@USDOJ.GOV

### *Notice of Appearance*

David J. Reier, Esq. **(ECF)**
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Email: dreier@pbl.com
*(Counsel to JetPay Merchant Services, LLC)*

Robert W. Kovacs, Jr., Esq. **(ECF)**
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Email: Robert@RKovacslaw.com
*(Counsel to Lynn A. and Kevin Conway)*

William R. Moorman, Jr., Esq. **(ECF)**
Craig and Macauley, P.C.

Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Email: moorman@craigmacauley.com
*(Counsel to Radixx Solutions International, Inc.)*

Gina Lynn Martin, Esq. **(ECF)**
Michael J. Pappone, Esq. **(ECF)**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Email: gmartin@goodwinprocter.com;
mpappone@goodwinprocter.com
(counsel to Merrick Bank Corp.)

### **Secured Creditors:**

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262

Joel T. Brighton, Esq.
Wells Fargo
One Wells Fargo Center
MAC: D1053-300
301 South College St.
Charlotte, NC 28202

### *Top 20 Creditors*

Allegheny County Airport Authority
P.O. Box 642623
Pittsburgh, PA 15264-2623

Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Attn: Richard White
Fort Lauderdale, FL 33301

Horry County Department of Airports PFC
1100 Jetport Road
Myrtle Beach SC 29577

Jet Pay
3361 Boyington Drive
Carrollton, TX 75006

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002

Lehigh Northampton Airport
3311 Airport Blvd.
Allentown, PA 18109

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02128

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Niagra Frontier Transportation Authority
P.O. Box 5008
Buffalo, NY 14205

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406

Quickflight, Inc.
145 Burt Road, Suite 16
Lexington, KY 40503

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls NY 14304

The Port Authority of NY & NJ
P.O. Box 95000
Philadelphia, PA 19195-1517

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court
Suite 100A
Suwanee, GA 30024

WFFF/WVNY-TV
SMITH BROADCASTING OF VT LLC
298 Mountain View Drive
Colchester, VT 05406

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 304
Boise, ID 83702

*Email List*

Jeffrey Sternklar, Esq. (**ECF**)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
Email: jdsternklar@duanemorris.com
(counsel to Valley National Bank)

Andrea Horowitz Handel, Esq.
Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Email: andrea.handel@usdoj.gov
(counsel to US Department of Justice)

Kevin C. McGee, Esq. (**ECF**)
Seder & Chandler LLP
339 Main Street
Worcester, MA 01608
Email: kmcgee@sederlaw.com
(counsel to American Express Travel Related Services)