UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR

CASE NO: 12-40944-MSH

Debtor.

CHAPTER 11

ORDER GRANTING MOTION FOR ADMISSION OF
RONALD T. BEVANS, JR., *PRO HAC VICE*

This Court having considered the Motion for admission of Ronald T. Bevans, Jr., *Pro Hac Vice* (the "Motion") and the supporting Certificate of Ronald T. Bevans, Jr., Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Ronald T. Bevans, Jr., is authorized to appear and practice *pro hac vice* on behalf of Creditor, Sky King, Inc., in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April 13, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge