UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
In re:                        )        Chapter 11
                              )
SOUTHERN SKY AIR & TOURS,     )        Case No. 12-40944 (MSH)
LLC d/b/a DIRECT AIR,         )
                              )
           Debtor             )
                              )
_____)

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
### AND SERVICE OF ALL PLEADINGS and PAPERS

PLEASE TAKE NOTICE that the *Commonwealth of Massachusetts*, hereby appears in this case by the *Attorney General Martha Coakley* and requests that all notices given or required to be given in this case and all pleadings and papers given, served or required to be given or served in this case be given and served upon the following counsel:

> Margaret J. Hurley
> Nicole B. Caprioli
> Assistant Attorneys General
> Office of the Attorney General Martha Coakley
> 10 Mechanics Street, Suite 301
> Worcester, MA 01608
> (508) 792-7600
> margaret.hurley@state.ma.us
> nicole.caprioli@state.ma.us

Dated: April 13, 2012

RESPECTFULLY SUBMITTED

**MARTHA COAKLEY
ATTORNEY GENERAL
COMMONWEALTH OF MASSACHUSETTS**

   /s/   Nicole B. Caprioli
By: Margaret J. Hurley, BBO#559534
Nicole B. Caprioli, BBO#643829
Assistant Attorneys General
10 Mechanic Street, Suite 301
Worcester, MA 01608
508-792-7600
margaret.hurley@state.ma.us
nicole.caprioli@state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2012, I caused copies of the foregoing documents to be served by electronic mail on all parties on the Court's ECF System.

   /s/   Nicole B. Caprioli
Nicole B. Caprioli
Assistant Attorney General