United States Bankruptcy Court
District of Massachusetts

In re:                                                                        Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2              Date Rcvd: Apr 13, 2012
                              Form ID: pdf012        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2012.
aty          +Michael P. Holden,    335 Washington Street,    Suite 4,    Norwell, MA 02061-1900
cr            American Express Travel Related Services,    200 Vesey Street,    New York, NY   10825
intp         +Ronald T. Bevans, Jr.,    1221 Brickell Avenue,    Suite 2660,    Miami, FL 33131-3260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2012**                 **Signature**:    _Joseph Speetjens_

```
District/off: 0101-4          User: mbd              Page 2 of 2              Date Rcvd: Apr 13, 2012
                              Form ID: pdf012        Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2012 at the address(es) listed below:

```
              Alan L. Braunstein     on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Andrea Horowitz Handel     on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver     on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com,
               sdelmonaco@hinshawlaw.com
              David B. Haber     on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler     on behalf of Interested Party Judy Tull dfixler@rubinrudman.com
              David J. Reier     on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              Gina L. Martin     on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar     on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood     on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Kevin C. McGee     on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,   kmcgee@sederlaw.com
              Michael J. Pappone     on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King     on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
              Robert W Kovacs     on behalf of Creditor Kevin Conway robert@rkovacslaw.com
              William R. Moorman     on behalf of Creditor    Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                              TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In Re:

SOUTHERN SKY AIR & TOURS
LLC, D/B/A DIRECT AIR

CASE NO: 12-40944-MSH

Debtor.

CHAPTER 11

ORDER GRANTING MOTION FOR ADMISSION OF
RONALD T. BEVANS, JR., *PRO HAC VICE*

This Court having considered the Motion for admission of Ronald T. Bevans, Jr., *Pro Hac Vice* (the "Motion") and the supporting Certificate of Ronald T. Bevans, Jr., Esq., and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Ronald T. Bevans, Jr., is authorized to appear and practice *pro hac vice* on behalf of Creditor, Sky King, Inc., in the above-captioned Chapter 11 case.

Dated: Worcester, Massachusetts

April 13, 2012

_____
Melvin S. Hoffman
United States Bankruptcy Judge