

04/16/2012 AS THE CASE HAS BEEN CONVERTED TO CHAPTER 7, THE DEBTOR NO LONGER REQUIRES A RESTRUCTURING ADVISOR. DENIED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 11

### DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY AND RETAIN ASI ADVISORS, LLC AS FINANCIAL ADVISORS

Southern Sky Air & Tours, LLC d/b/a Direct Air, debtor and debtor-in-possession herein (the "Debtor"), respectfully submits this application (the "Application") requesting an order authorizing the Debtor to employ and retain ASI Advisors, LLC ("ASI Advisors") as financial advisors to the Debtor in this Chapter 11 case. In support of this Application, the Debtor respectfully states as follows:

#### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for relief requested herein are sections 105, 327(a), 328(a), 330 and 1107(b) of Title 11 of the United States Code (the "Bankruptcy Code"); Rule 2014 of the Federal Rules of Bankruptcy Procedures; and MLBR 2014-1.

#### Background

4. On March 15, 2012 (the "Petition Date"), the Debtor commenced this proceeding by filing a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.