UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC,
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 11

**DEBTOR'S MOTION TO EMPLOY
AND RETAIN ATTORNEY SUSAN B. JOLLIE AS SPECIAL COUNSEL**

Southern Sky Air & Tours, LLC, d/b/a Direct Air, a debtor in possession (the "Debtor") respectfully submits this motion (the "Motion") requesting an order authorizing the Debtor to employ and retain attorney Susan B. Jollie ("Attorney Jollie") and the Law Office of Susan B. Jollie as special aviation counsel to the Debtor in this chapter 11 case with respect to aviation and regulatory matters, and to represent the Debtor in connection with any proceedings before, and matters relating to, the Department of Transportation ("DOT"). In support of this Motion, the Debtor respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for relief requested herein are sections 105, 327(e), 328(a), 330, and 1107(b) of Title 11 of the United States Code (the "Bankruptcy Code"); Rule 2014 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"); and MLBR 2014-1.

04/16/2012 DENIED AS CASE HAS BEEN CONVERTED TO CHAPTER 7.