## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,**

**Debtor.**

**Chapter 7
Case No. 12-40944-MSH**

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the motion dated April 23, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7

trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his

Application for Authority to Employ Mirick, O'Connell, DeMallie & Lougee, LLP as Counsel to

the Chapter 7 Trustee (the "Application"), and the Court finding that the notice given of the

Motion as set forth in the Certificate of Service accompanying the Motion and filed with the

Court is sufficient; and no objection to the Motion having been filed or any such objection

having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

      a.     The Motion is ALLOWED;

      b.     The Trustee may limit notice of the Application to service upon Debtor's

counsel, the Office of the United States Trustee, all secured creditors, the twenty largest

unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: _April 25_____, 2012

_Melvin S. Hoffman_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge