B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**,
Debtor

Case No. __12-40944 (MSH)__

Chapter __7__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 229,030.10 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 178,800.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 2,950,336.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3196 | | 43,387,044.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 3211 | | | |
| Total Assets | | | 229,030.10 | | |
| Total Liabilities | | | | 46,516,181.34 | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
District of Massachusetts

In re   Southern Sky Air & Tours, LLC d/b/a Direct Air                           Case No.   12-40944 (MSH)
                                     Debtor(s)                                   Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of Board of Directors of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____       Signature _____
                                 Hank L. Torbert
                                 Member of Board of Directors

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 7 |
|---|---|

## DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES

Southern Sky Air & Tours, LLC d/b/a Direct Air, a Chapter 7 debtor (the "Debtor"), hereby submits its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs ("SOFA") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

GENERAL NOTES REGARDING THE DEBTOR'S SCHEDULES

    1.    The information on the Debtor's Schedules are being submitted based upon the best information available to Avondale Aviation I, LLC.

    2.    Reference is made to the separate Supplemental Statement and Schedules to Statement of Financial Affairs, dated as of the date hereof, attached to the SOFA.

    3.    These general notes are in addition to the specific notes set forth in the Schedules and the SOFA.

Date: May 3, 2012

1433089.2