B6F (Official Form 6F) (12/07)

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                Case No.  __12-40944 (MSH)__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Airport Terminal Services Inc 111 Westport Plaza Drive, Suite 400 Saint Louis, MO 63146** | - | | | | | | | | 22,244.25 |
| Account No. | | | | | Trade debt | | | | |
| **Allegheny County Airport Authority P.O. Box 642623 Pittsburgh, PA 15264-2623** | - | | | | | | | | 99,680.00 |
| Account No. | | | | | | | | | |
| **American Eagle Airlines Inc. Post Office Box 619616 DWF Airport, TX 75261-9616** | - | | | | | | | | 587.24 |
| Account No. | | | | | | | | | |
| **American Express Post Office Box 360001 Fort Lauderdale, FL 33336-0001** | - | | | | | | | | 8,215.19 |

__28__  continuation sheets attached

Subtotal (Total of this page)                130,726.68

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**    ,    Case No.   **12-40944 (MSH)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anchor Taxi**<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577 | - | | | | | | | 1,316.59 |
| Account No.<br><br>**AT&T Michigan**<br>PO BOX 105262<br>Atlanta, GA 30348-5262 | - | | | | | | | 49.04 |
| Account No.<br><br>**AT&T Ohio**<br>PO Box 105262<br>Atlanta, GA 30348-5262 | - | | | | | | | 101.69 |
| Account No.<br><br>**Autry & Toler AC**<br>1419 East Main Street<br>Princeton, WV 24740 | - | | | | | | | 1,795.00 |
| Account No.<br><br>**Aviation Safeguards**<br>PO Box 823415<br>Philadelphia, PA 19182-3415 | - | | | | | | | 12,467.08 |

Sheet no. __1__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,729.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.    **12-40944 (MSH)**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Avondale Aviation I, LLC 1629 K. Street NW- Suite 300 Washington, DC 20011 | - | | | | | | | 460,000.00 |
| Account No. | | | | | | | | |
| Baggage Airline Guest Services Inc. 6751 Forum Drive, Suite 230 Orlando, FL 32821 | - | | | | | | | 1,740.00 |
| Account No. | | | | | | | | |
| Beach Bags 509 Lake Park Drive Myrtle Beach, SC 29588 | - | | | | | | | 4,250.00 |
| Account No. | | | | | | | | |
| Boyd Law Firm LLC PO Box 15358 Myrtle Beach, SC 29587 | - | | | | | | | 16,280.72 |
| Account No. | | | | | | | | |
| Carter Broadcasting 50 Braintree Hill Park #308 Braintree, MA 02184 | - | | | | | | | 4,000.00 |

| | | |
|---|---|---|
| Sheet no. __2__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 486,270.72 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                    Case No.   **12-40944 (MSH)**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Charlotte County Airport Authority 28000 A-1 Airport Road, Bldg 109 Punta Gorda, FL 33982 | - | | | | | | | | 33,046.39 |
| Account No. | | | | | | | | | |
| Charlotte County BCC 18500 Murdock Circle Port Charlotte, FL 33948 | - | | | | | | | | 2,150.00 |
| Account No. | | | | | | | | | |
| Charlotte County Tax Collector 18500 Murdock Circle Port Charlotte, FL 33948 | - | | | | | | | | 43.48 |
| Account No. | | | | | Trade debt | | | | |
| Chemoil Corporation 200 East Las Olas Blvd. Suite 2050 Attn: Richard White Fort Lauderdale, FL 33301 | - | | | | | | | X | 3,267,462.13 |
| Account No. | | | | | | | | | |
| Clarion/Kalamazoo 3500 East Cork Street Kalamazoo, MI 49001 | - | | | | | | | | 1,858.98 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,304,560.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**
                                                                     Case No.   **12-40944 (MSH)**

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Clear Channel Airports 4635 Crackersport Road Allentown, PA 18104 | - | | | | | | | 7,200.00 |
| Account No. | | | | | | | | |
| Clear Channel Communications 5570 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 1,350.00 |
| Account No. | | | | | | | | |
| Clear Channel-Springfield, MA PO Box 402660 Atlanta, GA 30384 | - | | | | | | | 7,665.00 |
| Account No. | | | | | | | | |
| Clear Channel-Winchester 510 Pegasus Ct Winchester, VA 22602 | - | | | | | | | 3,720.00 |
| Account No. | | | | | | | | |
| Clear Channel-Worcester WSRS-FM WTAG-AM PO Box 406078 Atlanta, GA 30384-6078 | - | | | | | | | 1,365.00 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 21,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.   **12-40944 (MSH)**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Clinton County Treasurer 137 Margaret Street, Suite 205 Plattsburgh, NY 12901 | - | | | | | | | 6,871.42 |
| Account No. | | | | | | | | |
| Coastal Outdoor Advertising 1415 48th Ave., N. Extension Myrtle Beach, SC 29577 | - | | | | | | | 3,180.00 |
| Account No. | | | | | | | | |
| Columbus Regional Airport Authority L-3459 Columbus, OH 43260 | - | | | | | | | 13,986.88 |
| Account No. | | | | | | | | |
| Concourse Communications Group Attn:  Accounts Receivable 200 W. Madison Ste 2830 Chicago, IL 60606-3524 | - | | | | | | | 125.00 |
| Account No. | | | | | | | | |
| Cortland Computer Services 250 Lackland Drive, Suite 10 Middlesex, NJ 08846 | - | | | | | | | 1,335.75 |

Sheet no. __5__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     25,499.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air** _____,    Case No. ___12-40944 (MSH)___
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creative Spot** **430 East Rich Street** **Columbus, OH 43215** | - | | | | | | | 410.00 |
| Account No. | | | | Guaranty of debtor's debt | | | | |
| **Edward Warneck** **8349 Juxa Drive** **Myrtle Beach, SC 29579** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Emery Air, Inc.** **PO Box 6067** **Rockford, IL 61125** | - | | | | | | | 4,800.00 |
| Account No. | | | | | | | | |
| **Fairfield Inn Broadway** **1350 Oleander Ddrive** **Myrtle Beach, SC 29577** | - | | | | | | | 17,204.82 |
| Account No. | | | | | | | | |
| **FedEx** **PO Box 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | | 660.79 |

Sheet no. _6_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    23,075.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                                    Case No.   **12-40944 (MSH)**

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Florida Weekly 4300 Ford Street, Suite 105 Fort Myers, FL 33916 | - | | | | | | | 8,025.69 |
| Account No. | | | | | | | | |
| Frontier (WV) PO Box 20550 Rochester, NY 14602-0550 | - | | | | | | | 322.84 |
| Account No. | | | | | | | | |
| Full Steam Ahead 1455 Commerce Place Myrtle Beach, SC 29577 | - | | | | | | | 1,902.41 |
| Account No. | | | | | | | | |
| Garofalo Goerlich Hainbach PC 1200 New Hampshire Ave NW, Suite 800 Washington, DC 20036-6802 | - | | | | | | | 8,980.01 |
| Account No. | | | | | | | | |
| Greater Niagra Newspapers 310 Niagra Street P.O. Box 549 Niagara Falls, NY 14302 | - | | | | | | | 21,292.00 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          40,522.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                    Case No.   **12-40944 (MSH)**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Greater Rockford Airport Authority** <br> **60 Airport Drive** <br> **Rockford, IL 61109** | - | | | | | | 25,786.84 |
| Account No. <br><br> **Hilton Garden Inn Coastal Grand** <br> **2383 Coastal Grand Circle** <br> **Myrtle Beach, SC 29577** | - | | | | | | 2,948.70 |
| Account No. <br><br> **Hilton Garden Inn-Lake Mary** <br> **705 Currency Circle** <br> **Lake Mary, FL 32746** | - | | | | | | 15,146.88 |
| Account No. <br><br> **Hilton Garden Inn-Lakeland** <br> **3839 Doon Emerson Drive** <br> **Lakeland, FL 33811** | - | | | | | | 6,681.37 |
| Account No. <br><br> **Himmelsbach Communications, Inc.** <br> **P.O. Box 1463** <br> **North Myrtle Beach, SC 29598** | - | | | | | | 3,750.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of                     Subtotal                54,313.79
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                         Case No.    **12-40944 (MSH)**
                                                          _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Holiday Inn Express Hotel 10-12 Johnson Street Auburn, MA 01501** | - | | | | | | 88.48 |
| Account No. **Horry County Deptartment of Airports 1100 Jetport Road Myrtle Beach, SC 29577** | - | | Trade debt | | | | 16,325.39 |
| Account No. **Horry County of Airports/PFC 1100 Jetport Road Myrtle Beach, SC 29577** | - | | | | | | 116,311.61 |
| Account No. **Hudson News 1 Meadowlands Plaza Ste 902 East Rutherford, NJ 07073** | - | | | | | | 192.13 |
| Account No. **Jeff Jarrell 260 Colby Court Myrtle Beach, SC 29588** | - | | | | | | 103.36 |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    133,020.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.    **12-40944 (MSH)**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **CREDIC CARD PROCESSER** | | | | |
| **Jet Pay** 3361 Boyington Drive Carrollton, TX 75006 | - | | | | | | | 2,000,000.00 |
| Account No. | | | | Guaranty of debtor's debt | | | | |
| **Judy Tull** 1414 Highland Circle Myrtle Beach, SC 29578 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Kalamazoo Gazette** 401 S. Burdick Street Kalamazoo, MI 49007 | - | | | | | | | 17,445.00 |
| Account No. | | | | | | | | |
| **Kalamazoo/Battle Creek Int'l Airport/PFC** 5235 Portage Road Portage, MI 49002 | - | | | | | | | 26,079.20 |
| Account No. | | | | Trade debt | | | | |
| **Kalamazoo/Battle Creek International Air** 5235 Portage Road Kalamazoo, MI 49038 | - | | | | | | | 89,365.32 |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,132,889.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.    **12-40944 (MSH)**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guaranty of debtor's debt | | | | |
| Kay Ellison 33837 Waterford Drive Myrtle Beach, SC 29577 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Kegerris Outdoor Advertising LLC P.O. Box 242 Fayetteville, PA 17222 | - | | | | | | | 7,450.00 |
| Account No. | | | | Guaranty of debtor's debt | | | | |
| King Williams Aviation, LLC c/o Corporation Service Center 1703 Laurel Street Columbia, SC 29201 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Lakeland Ledger P.O. Box 913004 Orlando, FL 32891 | - | | | | | | | 17,399.51 |
| Account No. | | | | Trade debt | | | | |
| Lehigh Northampton Airport 3311 Airport Blvd. Allentown, PA 18109 | - | | | | | | | 52,849.81 |

Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                77,699.32

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                    Case No.   **12-40944 (MSH)**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Lehigh Northampton Airport PFC** 3311 Airport Road Allentown, PA 18109 | | - | | | | | | | 8,077.60 |
| Account No. | | | | | | | | | |
| **Lehigh Northampton Airport/Intoplane** 3311 Airport Road Allentown, PA 18109 | | - | | | | | | | 2,056.45 |
| Account No. | | | | | Guaranty of debtor's debt | | | | |
| **Marshall Ellison** 33837 Waterford Drive Myrtle Beach, SC 29577 | | - | | | | | | | 0.00 |
| Account No. | | | | | Trade debt | | | | |
| **Massachusetts Port of Authority** Attention Director, Worcester Regional Airport One Harborside Drive, Suite 200S Boston, MA 02128 | | - | | | | | | | 84,716.50 |
| Account No. | | | | | | | | | |
| **McNair Law Firm, P.A.** P.O. Box 11390 Columbia, SC 29211 | | - | | | | | | | 1,286.00 |

Sheet no. __12__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **96,136.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                    Case No.   **12-40944 (MSH)**
_____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Milam Howard 14 East Bay Street Jacksonville, FL 32202 | - | | | | | | | 25,475.15 |
| Account No. | | | | | | | | |
| Montreal Gazette 1010 Sainte-Catherine Street, West, #200 H3B 5L1 Montreal, Canada, QC | - | | | | | | | 1,247.46 |
| Account No. | | | | | | | | |
| Mountaineer Gas 2401 Sissonville Drive Charleston, WV 25387 | - | | | | | | | 457.87 |
| Account No. | | | | Trade debt | | | | |
| Myrtle Beach International Airport 1100 Jetport Road Myrtle Beach, SC 29577 | - | | | | | | | 214,468.13 |
| Account No. | | | | | | | | |
| Nassau Broadcasting Partners 880 Commonwealth Avenue Hagerstown, MD 21740 | - | | | | | | | 2,190.00 |

Sheet no. __13__ of __28__ sheets attached to Schedule of             Subtotal                243,838.61
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                    Case No.   **12-40944 (MSH)**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nat'l Event Publications<br>PO Box 17749<br>Clearwater, FL 33762 | - | | | | | | 1,500.00 |
| Account No.<br><br>National Air Transportation Assoc<br>4226 King Street<br>Alexandria, VA 22302 | - | | | | | | 2,385.00 |
| Account No.<br><br>New England Publishing Group, Inc.<br>P.O. Box 357<br>Swansea, MA 02777 | - | | | | | | 600.00 |
| Account No.<br><br>Niagra Falls Aviation<br>9900 Porter Road<br>Niagara Falls, NY 14304 | - | | Trade debt | | | | 40,379.68 |
| Account No.<br><br>Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205 | - | | Trade debt | | | | 91,654.63 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                136,519.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.    **12-40944 (MSH)**
                                                         ,
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Norm Bess, et al PH-18 Concorde Place M3C 3T9 Toronto, Canada, OT | - | | | | | | | 2,563.00 |
| Account No. | | | | | | | | |
| Ober, Kaler, Grimes & Shriver 120 East Baltimore Street Baltimore, MD 21202 | - | | | | | | | 20,378.31 |
| Account No. | | | | | | | | |
| Orlando/Sanford International Airport 3200 Red Cleveland Blvd Sanford, FL 32773 | - | | | | | | | 28,328.97 |
| Account No. | | | | Trade debt | | | | |
| Palm Beach International Airport 846 Palm Beach International Airport West Palm Beach, FL 33406 | - | | | | | | | 178,651.09 |
| Account No. | | | | | | | | |
| Palm Beach International Airport/PFC 846 Palm Beach International Airport West Palm Beach, FL 33406 | - | | | | | | | 18,587.26 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    248,508.63

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**                    Case No.  __12-40944 (MSH)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Palm Beach Newspapers Inc.<br>P.O. Box 24694<br>West Palm Beach, FL 33416-4694 | - | | | | | | | | 1,812.94 |
| Account No. | | | | | | | | | |
| Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222 | - | | | | | | | | 2,617.25 |
| Account No. | | | | | | | | | |
| Pittsburgh Trade Alliance<br>1650 Smallman Street, 3rd Floor<br>Pittsburgh, PA 15222 | - | | | | | | | | 55.11 |
| Account No. | | | | | | | | | |
| Press Republican<br>P.O. Box 459<br>Plattsburgh, NY 12901 | - | | | | | | | | 2,835.71 |
| Account No. | | | | | | | | | |
| Prettyman Broadcasting<br>1606 W. King St.<br>Martinsburg, WV 25401-2077 | - | | | | | | | | 5,174.00 |

Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,495.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                    Case No.   **12-40944 (MSH)**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Printmill 4001 Portage Street Kalamazoo, MI 49001 | - | | | | | | | 449.22 |
| Account No. | | | | Trade debt | | | | |
| Quickflight, Inc. 145 Burt Road, Suite 16 Lexington, KY 40503 | - | | | | | | | 116,311.61 |
| Account No. | | | | RESERVATION SYSTEM VENDOR | | | | |
| Raddix International, Inc. 6310 Hazeltine National Drive Orlando, FL 32822 | - | | | | | | | 198,668.31 |
| Account No. | | | | | | | | |
| Randall Family, LLC 351 Ballenger Center Drive Frederick, MD 21703 | - | | | | | | | 1,632.40 |
| Account No. | | | | | | | | |
| Reminder Media P.O. Box 52390 Boston, MA 02205 | - | | | | | | | 1,051.84 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    318,113.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.  **12-40944 (MSH)**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Guaranty of debtor's debt | | | | |
| Robert Keilman 194 Scarborough Way Marlboro, NJ 07746 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Rockford Register Star P.O. Box 439 Rockford, IL 61105 | - | | | | | | | | 12,474.66 |
| Account No. | | | | | | | | | |
| Sago Travel 521 Upper Sherman Ave. Hamilton ON L8V 3L9 CANADA | - | | | | | | | | 150.80 |
| Account No. | | | | | | | | | |
| Santee Cooper PO Box 188 Moncks Corner, SC 29461-0188 | - | | | | | | | | 291.11 |
| Account No. | | | | | | | | | |
| Sheltair Aviation Services Attn:  Russell Lawliss 1 Alabama Avenue Plattsburgh, NY 12903 | - | | | | | | | | 22,154.20 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          35,070.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                        Case No.    **12-40944 (MSH)**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Sky King Airlines** **3200 Flightline Drive** **Suite 302** **Lakeland, FL 33811** | - | | | | | | | 888,972.00 |
| Account No. | | | | | | | | |
| **Southern New England Golfer** **P.O. Box 10038** **Cranston, RI 02910** | - | | | | | | | 1,200.00 |
| Account No. | | | | | | | | |
| **Southestern Chemical Co., Inc.** **320 City Avenue** **Beckley, WV 25801** | - | | | | | | | 627.27 |
| Account No. | | | | | | | | |
| **Springfield Airport Authority** **1200 Capital Airport Drive** **Springfield, IL 62707** | - | | | | | | | 58,235.69 |
| Account No. | | | | | | | | |
| **Springfield Chamber of CO** **1011 S Second St** **Springfield, IL 62704** | - | | | | | | | 275.00 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    949,309.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                        Case No.   **12-40944 (MSH)**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SSP America Bank of America 14305 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 3,416.45 |
| Account No. | | | | | | | | |
| Staduim Management Co Wings Stadium 3600 Vanrick Drive Kalamazoo, MI 49001 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Stages Video Production 514 29th Avenue North Myrtle Beach, SC 29588 | - | | | | | | | 926.50 |
| Account No. | | | | | | | | |
| Sun Courier P.O. Box 30801 Myrtle Beach, SC 29588 | - | | | | | | | 430.00 |
| Account No. | | | | | | | | |
| Sun Media Corporation 333 King Street Toronto ON M5A 3X5 CANADA | - | | | | | | | 13,738.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 19,510.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**                              Case No.  **12-40944 (MSH)**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Swissport Fueling, Inc. 16540 Collections Center Drive Chicago, IL 60693-0161 | - | | | | | | | 39,500.00 |
| Account No. | | | | Trade debt | | | | |
| Tech Aviation 9900 Porter Road Niagara Falls, NY 14304 | - | | | | | | | 298,032.01 |
| Account No. | | | | | | | | |
| The Dispatch Printing Company P.O. Box 182537 Columbus, OH 43218-2537 | - | | | | | | | 7,362.00 |
| Account No. | | | | | | | | |
| The Franklin Press 25 Penncraft Lane Chambersburg, PA 17201-1649 | - | | | | | | | 7,488.46 |
| Account No. | | | | | | | | |
| The Gazette 9060 Camprint Gaithersburg, MD 20877 | - | | | | | | | 9,060.11 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            361,442.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                    Case No.    **12-40944 (MSH)**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Gazette/Post Media 1450 on Mills Road M3B 2X7 Toronto, ON, Canada | - | | | | | | | 11,295.00 |
| Account No. | | | | | | | | |
| The Herald Mail Company 100 Summit Avenue Hagerstown, MD 21740 | - | | | | | | | 2,074.94 |
| Account No. | | | | | | | | |
| The ISERV Company 5222 33rd Street SE Grand Rapids, MI 49512 | - | | | | | | | 261.79 |
| Account No. | | | | | | | | |
| The Ledger New Chief P.O. Box 913004 Orlando, FL 32891-3004 | - | | | | | | | 9,809.63 |
| Account No. | | | | | | | | |
| The Morning Call P.O. Box 415459 Boston, MA 02241-5459 | - | | | | | | | 4,008.50 |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        27,449.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.    **12-40944 (MSH)**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Picket News 25 Antietam Street Hagerstown, MD 21740 | | - | | | | | 6,390.00 |
| Account No. | | | Trade debt | | | | |
| The Port Authority of NY & NJ P.O. Box 95000 Philadelphia, PA 19195-1517 | | - | | | | | 124,561.42 |
| Account No. | | | | | | | |
| The Record Herald P.O. Box 271 Waynesboro, PA 17268-0271 | | - | | | | | 674.52 |
| Account No. | | | | | | | |
| The Sun News P.O. Box 406 Myrtle Beach, SC 29578-0406 | | - | | | | | 5,299.38 |
| Account No. | | | | | | | |
| The Toledo Blade Company 541 N. Superior St. Toledo, OH 43660 | | - | | | | | 12,475.00 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                149,400.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.    **12-40944 (MSH)**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Winchester Star 2 North Kent Street Winchester, VA 22601 | | - | | | | | | 2,184.84 |
| Account No. | | | | | | | | |
| Thomas Cook Growth 75 Eglinton Avenue East M4P 3A4 Toronto, ON, Canada | | - | | | | | | 127.20 |
| Account No. | | | | | | | | |
| Toledo Free Press P.O. Box 613 Toledo, OH 43697 | | - | | | | | | 2,059.23 |
| Account No. | | | | Trade debt | | | | |
| Toledo-Lucas County Port Authority One Maritime Plaza Toledo, OH 43604 | | - | | | | | | 41,865.00 |
| Account No. | | | | | | | | |
| Tripcentral Hamilton City Centre, 77 James St., North, 230 L8R 2K3 Hamilton, ON, Canada | | - | | | | | | 36.84 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    46,273.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**                                    Case No.    **12-40944 (MSH)**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| USA Jet Airlines Inc. P.O. Box 633554 Cincinnati, OH 45263-6554 | | - | | | | | | 1,326.57 |
| Account No. | | | | | | | | |
| Verizon Florida LLC P.O. Box 920041 Dallas, TX 75392-0041 | | - | | | | | | 62.69 |
| Account No. | | | | Trade debt | | | | |
| Vision Airlines Aaron Godwin 2705 Airport Road North Las Vegas, NV 89032 | | - | | | | | | 140,864.00 |
| Account No. | | | | | | | | |
| Vox AM/FM, LLC 265 Hegeman Avenue Colchester, VT 05446 | | - | | | | | | 6,525.00 |
| Account No. | | | | | | | | |
| Voyage Vasco St. Sauveur 36 Ave. De LA Gare Bureau 102 L0R 1R0 Saint Sauveur QC, Canada | | - | | | | | | 49.60 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                148,827.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                    Case No.   **12-40944 (MSH)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Walter C. Cook Law Offices of Walter C. Cook 1500-20th St San Francisco, CA 94107 | | - | | | | | 5,736.22 |
| Account No. | | | Trade debt | | | | |
| WFFF/WVNY-TV SMITH BROADCASTING OF VT LLC 298 Mountain View Drive Colchester, VT 05406 | | - | | | | | 49,300.00 |
| Account No. | | | | | | | |
| WHAG NBC TV 13 E. Washington Street Hagerstown, MD 21740 | | - | | | | | 15,960.00 |
| Account No. | | | | | | | |
| WINK-TV 2824 Palm Beach Blvd. Fort Myers, FL 33916 | | - | | | | | 4,225.00 |
| Account No. | | | | | | | |
| Worcester Airport Limo 219 West Boylston Street West Boylston, MA 01583 | | - | | | | | 500.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **75,721.22**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.   **12-40944 (MSH)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Worcester Telegram & Gazette 20 Franklin Street, Box 15012 Worcester, MA 01615-0012 | - | | | | | | | 8,956.78 |
| Account No. | | | | | | | | |
| World Atlantic Airlines 5600 NW36th Street Suite 450 Miami, FL 33166 | - | | | | | | | 60,382.00 |
| Account No. | | | | | | | | |
| Worldwide Flight Services 1925 West John Carpenter Freeway, Suite 450 Irving, TX 75063 | - | | | | | | | 23,570.17 |
| Account No. | | | | | | | | |
| WTOL-TV Toledo Attn: Lockbox #1350 P.O. Box 11407 Birmingham, AL 35246-1350 | - | | | | | | | 4,000.00 |
| Account No. | | | | Trade debt | | | | |
| WUTV - Fox 29 699 Hertal Avenue Suite 100 Buffalo, NY 14207 | - | | | | | | | 49,065.00 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       145,973.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                             Case No.   **12-40944 (MSH)**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WWMT-TV** <br> **590 Maple Street** <br> **Kalamazoo, MI 49008** | - | | | | | | 2,450.00 |
| Account No. <br><br> **Wyvern Hotel** <br> **101 E. Retta Esplanade3** <br> **Punta Gorda, FL 33950** | - | | | | | | 42,591.68 |
| Account No. <br><br> **Xtra Airways** <br> **Lisa Dunn** <br> **800 West Idaho Street** <br> **Suite 304** <br> **Boise, ID 83702** | - | | | | | | 663,028.00 |
| Account No. <br><br> **Z Direct** <br> **1920 E. Hallandale Bch Blvd, Suite 502** <br> **Hallandale Beach, FL 33009** | - | | | | | | 5,000.00 |
| Account No. <br><br> **SEE SEPARATE LIST OF CONSUMERS attached** | - | | | | | | 33,213,774.00 |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    33,926,843.68

Total
(Report on Summary of Schedules)    43,387,044.74