B6G (Official Form 6G) (12/07)

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**    ,    Case No.  __12-40944 (MSH)__
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707 | Airport Agreement dated as of 9/3/09 by and between the Company and Abraham Lincoln Capital Airport |
| Airport Terminal Services, Inc.<br>111 Westport Plaza Drive, Suite 400<br>Saint Louis, MO 63146 | Ground Handling Agreement dated 11/18/10 by and between the Company and Airport Terminal Services, Inc. |
| Allegiant Airlines Fuel Division<br>8360 S. Durango Drive<br>Las Vegas, NV 89113 | Fuel Service Agreement dated 3/1/11 by and between Company and Allegiant Airlines Fuel Division |
| Av Fuel<br>P.O. Box 67000<br>Detroit, MI 48267 | Fuel Service Agreement Agreement dated 3/1/11 by and between Company and Av Fuel |
| Aviation Advantage, Inc.<br>1755 the Exchange, Suite 300<br>Atlanta, GA 30339 | Ground Handling Agreement dated 3/1/09 by and between the Company and Aviation Advantage, Inc. |
| Aviation Advantage/USA Jet<br>P.O. Box 633554<br>Cincinnati, OH 45263-6554 | Aircraft Agreement dated 8/31/11 by and between the Company and Aviation Advantage/USA Jet |
| Catlin Insurance Company, Inc.<br>3400 Peachtree Road, N.E.<br>Tower Place 100, Suite 2950<br>Atlanta, GA 30326 | Catlin Insurance Company Inc. dated 7/16/10 for general liability and equipment at airports |
| Centene<br>7700 Forsyth Blvd.<br>Saint Louis, MO 63105 | Lease Agreement by and between the Company and Centene |
| Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982 | Airport Agreement dated as of 8/13/08 by and between the Company and Charlotte County Airport Authority |
| Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Attn: Richard White<br>Fort Lauderdale, FL 33301 | Past due balance payment plan |
| City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P.O. Box 1330<br>Melbourne, FL 32902-1330 | Airport Agreement dated as of 8/26/09 by and between the Company and City of Melbourne, Airport Authority |

  4
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**, Case No. __12-40944 (MSH)__

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Clinton County Legislative Office Airpor<br>137 Margaret St., Suite 208<br>Plattsburgh, NY 12901 | Airport Agreement dated as of 11/22/08 by and between the Company and Clinton County Legislative Office Airport |
| Cortland Computer Services, Inc.<br>250 Lackland Drive, Suite 10<br>Middlesex, NJ 08846 | Consulting Agreement dated 7/14/10 by and between the Company and Cortland Computer Services, Inc. |
| DA Consulting<br>980 N. Michigan Ave., #1210<br>Chicago, IL 60611-4523 | Consulting AGreement dated 1/1/07 by and between the Company and DA Consulting |
| Daniels Professional Center Complex<br>P.O. Box 68<br>Prosperity, WV 25909 | Lease Agreement dated 6/1/08 by and between the Company and Daniels Professional Center Complex |
| Eastern Fuel<br>3552 Withey Avenue<br>Hamden, CT 06518 | Fuel SErvice AGreement dated 3/1/11 by and between Company and Eastern Fuel |
| Edward Warnick<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579 | Edward Warneck Employment Agreement dated September 29, 2011 |
| Emery Air, Inc.<br>P.O. Box 6067<br>Rockford, IL 61125 | Ground Handling AGreement dated 11/15/09 by and between the Company and Emory Air, Inc. |
| Employee Innovative Network LLC (EIN)<br>113 Goff Mountain Road, #13<br>Charleston, WV 25313 | Contract with Employee Innovative Network LLC (BIN) and Company for contract reservations employees snce inception |
| Epic B-P<br>1 St. James Square<br>London SW1Y 4PD | Fuel Service Agreement dated 3/1/11 by and between Company and Epic B-P |
| Horry County Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577 | Airport Agreement dated as of 7/1/07 by and between the Company and Horry County Airport Use Agreement |
| Horry County Dept. of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577 | Equipment Lease Agreement dated 10/2/09 by and between the Company and Horry County Dept. of Airports |
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006 | 2006 Service Agreement and/or Merchant Agreement with JetPay, and Merrick Bank |
| JetStream Ground Services, Inc.<br>P.O. Box 369<br>Jupiter, FL 33468 | Ground Handling Agreement dated 1/3/07 by and between the Company and JetStream Ground Services, Inc. |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**,   Case No. __12-40944 (MSH)__

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578 | Judy Tull Employment Agreement dated September 29, 2011 |
| Kalamazoo County Aeronautics Board<br>5235 Portage Road<br>Kalamazoo, MI 49002 | Airport Agreement dated as of 12/11/08 by and between the Company and Kalamazoo County Aeronautics Board of Trustees |
| Kay Ellison<br>3837 Waterford Drive<br>Myrtle Beach, SC 29577 | Kay Ellison Employment Agreement dated September 29, 2011 |
| Lakeland Airport<br>3900 Don Emerson Drive, Suite 210<br>Lakeland, FL 33811 | Airport Agreement between Lakeland Airport and Company for flight operations |
| Lakeland Airport Authority<br>3900 Don Emerson Drive, Suite 210<br>Lakeland, FL 33811 | Contract Agreement between Lakeland Airport Authority and Company for ground handling equipment. |
| Lane Aviation Corp.<br>2295 John Circle Drive<br>Columbus, OH 43217 | Ground Handling Agreement dated 3/14/08 by and between the Company and Lane Aviation Corp. |
| Lehigh-Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109 | Airport Agreement dated as of 2/19/09 by and between the Company and Lehigh-Northampton Airport |
| Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02117 | Third Party Access Agreement for Use of Liberty Mutual myServices Customer Portal, dated as of 10/20/2011 |
| Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577 | Marshall Ellison Employment Agreement dated September 29, 2011 |
| Massachusetts Port Authority<br>Attn: Director, Worcester Regional<br>One Harborside Drive, Suite 200S<br>Boston, MA 02128 | Airport Agreement dated as of 11/20/08 by and between the Company and Massachsuetts Port Authority |
| Merrick Bank Corporation | See Jet Pay agreement(s) |
| Niagara Frontier Transportation Authorit<br>P.O. Box 5008<br>Buffalo, NY 14205 | Airport Agreement dated as of 12/16/06 by and between the Company and Niagara Frontier Transportation Authority |
| North American Bancard<br>250 Stephenson Hwy<br>Troy, MI 48083 | Service Agreement dated 7/14/10 by and between the Company and North American Bancard |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**    ,    Case No. __12-40944 (MSH)__
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| North American Bancard<br>250 Stephenson Hwy<br>Troy, MI 48083 | North American Bancard dated 10/7/09 handheld credit card processor for airports |
| Oak Investment Group, LLC<br>208 S. LaSalle Street<br>Suite 1666<br>Chicago, IL 60604 | Lease Agreement dated 9/29/06 by and between the Company and Oak Street Investment Group, LLC |
| Orlando Sanford International Airport<br>3200 Red Cleveland Blvd.<br>Sanford, FL 32773 | Airport Agreement dated as of 11/19/08 by and between the Company and Orlando Sanford International Airport |
| Orlando Sanford International Co.<br>3200 Red Cleveland Blvd.<br>Sanford, FL 32773 | Ground Handling Agreement dated 11/15/08 by and between the Company and Orlando Sanford International Co. |
| Pittsburgh International Airport<br>P.O. Box 1270<br>Pittsburgh, PA 15231-0370 | Airport Agreement dated as of 8/13/07 by and between the Company and Pittsburgh International Airport |
| Platte River Insurance Company<br>1600 Aspen Commons<br>Middleton, WI 53562 | Surety Bond with Platte River Insurance Company for $200,000 |
| Quickflight, Inc.<br>145 Burt Road, Suite 16<br>Lexington, KY 40503 | Ground Handling Agreement dated 10/6/08 by and between the Company and Quickflight, Inc. |
| Radixx Solutions<br>6310 Hazeltine National Drive<br>Orlando, FL 32822 | Service Agreement dated 5/19/07 by and between the Company and Radixx Solutions International, Inc. |
| Rickenbacker International Airport<br>7161 Second Street<br>Columbus, OH 43217 | Airport Agreement dated as of 3/12/10 by and between the Company and Rickenbacker International Airport |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746 | Promissory Note dated August 6, 2009 between the Company and Robert Keilman.  Current outstanding is $235,000.00. |
| Sky King Airlines<br>3200 Flightline Drive, Suite 302<br>Lakeland, FL 33811 | Air Craft Agreement dated 9/2/11 by and between the Company and Sky King Airlines |
| Swissport Ground Handlers<br>Swissport USA, Inc.<br>4200 S. Cargo Dr., Bldg D<br>Atlanta, GA 30320 | Ground Handling Agreement between the Company and Swissport Ground Handlers |
| Tech Aviation IAG<br>9900 Porter Road<br>Niagara Falls, NY 14304 | Fuel Service & Ground Handling AGreement dated 5/16/06 by and between the Company and Tech Aviation IAG |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Southern Sky Air & Tours, LLC d/b/a Direct Air**  ,  Case No. **12-40944 (MSH)**

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Toledo-Lucas County Port Authority**<br>**One Maritime Plaza**<br>**Toledo, OH 43604** | **Airport Agreement dated as of 10/6/08 by and between the Compnay and Toledo-Lucas County Port Authority** |
| **Valley National Bank**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** | **Service Agreement dated 10/20/06 by and between the Company and Valley National Bank** |
| **Vision Airlines**<br>**Aaron Godwin**<br>**2705 Airport Road**<br>**North Las Vegas, NV 89032** | **Aircraft ACMI Charter Agreement dated 10/19/2010 by and between the Company and Vision Airlines** |
| **XTRA Airways**<br>**Lisa Dunn**<br>**800 West Idaho Street, Suite 304**<br>**Boise, ID 83702** | **Aircraft ACMI Charter Agreement dated 6/18/09 by and between the Company and XTRA Airways** |
| **Z Direct**<br>**1920 E. Hallandale Beach Blvd.**<br>**Suite 502**<br>**Hallandale, FL 33009** | **Service Agreement dated 7/1/09 by and between the Compnay and Z Direct** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases