UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

Case No. 12-40944 (MSH)

Chapter 7

Debtor.

# DEBTOR'S SCHEDULE OF POSTPETITION CREDITORS

Southern Sky Air & Tours, LLC, d/b/a Direct Air, a chapter 7 debtor (the "Debtor") hereby files its Schedule of Postpetition Creditors pursuant to Bankruptcy Rule 1019.

Creditor Name and Address:

Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

ASI Advisors, LLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

I, Hank L. Torbert, acting as a member of the board of directors of the Debtor, declare under penalty of perjury that I have read the foregoing Schedule of Postpetition Creditors and that it is true and correct to the best of my knowledge, information and belief.

Dated: May ___ , 2012

_____
Hank L. Torbert
Member of Board of Directors