UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

      Debtor.

Chapter 7
Case No. 12-40944-MSH

### TRUSTEE'S NOTICE OF ABANDONMENT OF CERTAIN ESTATE PROPERTY, WITH REQUEST FOR LIMITATION OF NOTICE
(Re: Computers)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. § 554(a), Rule 6007 of the Federal Rules of Bankruptcy Procedure, and MLBR 6007(1)(b), Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), hereby gives notice of his intention to abandon (the "Notice of Abandonment") any and all of the Estate's interest in the twenty-two (22) computers listed on the attached **Exhibit A** (the "Computers"), excluding their hard drives. The Computers were removed by the Trustee from the Debtor's business location at 1600 Oak Street, Myrtle Beach, South Carolina (the "Premises") and are currently located at the offices of the Trustee's proposed accountant, Verdolino & Lowey, P.C. ("Verdolino & Lowey"), Pinebrook Office Park, 124 Washington Street, Foxborough, Massachusetts (the "Verdolino & Lowey Office"). The Trustee also seeks permission to limit notice of this Motion pursuant to MLBR 9013-1(g) and as set forth herein.

In support hereof, the Trustee submits the following:

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. Prior to the Petition Date, the Debtor operated as a low cost discount charter airline that flew various routes in the United States. The Debtor operated its business primarily from its headquarters in Myrtle Beach, South Carolina.

3. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code.

4. On the Conversion Date, the United States Trustee appointed the Trustee as Chapter 7 trustee of this proceeding and he continues to serve as such. Since his appointment, the Trustee has worked to secure assets and records of the Debtor and to begin investigating the many allegations of fraud raised by interested parties during the Debtor's Chapter 11 case and to the Trustee post-conversion.

A. **<u>The Computers</u>.**

5. Following the Trustee's appointment, agents of the Trustee traveled to the Debtor's Premises, where they conducted a preliminary review of the Debtor's records. Based on their review, the Trustee's agents took possession of certain of the Debtor's records and assets, including the Computers, and packaged them for delivery to the Verdolino & Lowey Office on behalf of the Trustee.

6. Prior to delivery of the Computers, the Debtor's former IT administrator mailed to Verdolino & Lowey backups of the Computers' hard drives, which he had previously copied.

7. Verdolino & Lowey has now removed and preserved the hard drives from the Computers, such that there is no remaining data on the Computers. Verdolino & Lowey will

retain the hard drives from the Computers for further analysis, as well as the backups and two servers.

8. Both the Debtor's former IT administrator and Verdolino & Lowey have advised the Trustee that the Computers are "junk."

9. Verdolino & Lowey has contracted with a recycling company for the pick-up and the required special destruction of various other computers in connection with unrelated matters at the end of this month. Further, Verdolino & Lowey has advised the Trustee that if the Computers are included in the already scheduled pick-up at the end of this month, due to the large number of computers from multiple cases, the recycling company may agree to destroy the Computers at no charge to the Estate.

10. Based on the foregoing, the Trustee has determined that the Computers are no longer necessary to the administration of the Estate, including any potential litigation on behalf of the Estate, as the Computers now contain no data and the hard drives from the Computers (containing data) and the backups will be preserved.

11. The Trustee believes that it would be unnecessary and burdensome to the Estate to continue to retain the Computers (now essentially just shells) as the information contained on the Computers has been preserved and as the Estate would eventually incur costs for proper destruction of the Computers, particularly when Verdolino & Lowey may be able to arrange for such destruction at no charge to the Estate later this month.

12. The Trustee does not seek to abandon the Estate's interest in any property not clearly identified on Exhibit A to this Notice of Abandonment, the hard drives from the Computers, or the proceeds of any property already liquidated by the Trustee.

13. Accordingly, based on the foregoing, the Trustee believes and avers that it is in the best interest of the Estate that he be allowed to abandon the Computers without further notice or hearing.

B. **Request for Limitation of Notice.**

14. Schedule F contains over 120,000 names, most of whom are consumer creditors who purchased airline tickets for flights that never occurred. The Trustee is unaware of any interest that these creditors may have in the Computers. The Trustee submits that service of this Notice of Abandonment on all unsecured creditors would impose an undue burden on the Estate both financially and administratively.

15. Accordingly, the Trustee requests authority to limit notice regarding this Notice of Abandonment to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

16. **Please be advised that objections to this Notice of Abandonment must be filed in the Clerk's Office, United States Bankruptcy Court, Harold Donahue Federal Building, 595 Main Street, Worcester, Massachusetts 01608, to be received within fifteen (15) days of May 9, 2012, with copies mailed within such time to the Chapter 7 Trustee, Joseph H. Baldiga, Mirick, O'Connell, DeMallie & Lougee, *LLP*, 100 Front Street, Worcester, Massachusetts 01608. Pursuant to Federal Rule 6007(a), if no such objections are received within fifteen (15) days hereof, the within Trustee's Notice of Abandonment of Estate Property shall be final and binding upon all parties without further notice, hearing or order from the Court.**

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Gina M. Barbieri
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

Dated: May 9, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING REQUEST FOR LIMITATION OF NOTICE
(Re: Trustee's Notice of Abandonment of Certain Estate Property,
With Request For Limitation of Notice)
(Re: Computers)

Upon the Notice of Abandonment of Certain Estate Property, With Request for Limitation of Notice (Re: Computers) dated May 9, 2012 (the "Notice of Abandonment") of Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee") for the above-referenced Debtor, and the Court finding that the notice given of the Notice of Abandonment as set forth in the Certificate of Service accompanying the Notice of Abandonment and filed with the Court is sufficient; and no objection to the Notice of Abandonment having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that

A.    The Request for Limitation of Notice contained in the Notice of Abandonment is ALLOWED; and

B.    The Trustee may limit notice of the Notice of Abandonment to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: _____, 2012

                                                                            _____
                                                                            Honorable Melvin S. Hoffman
                                                                            United States Bankruptcy Judge

# EXHIBIT A

| Item # | LEF/PEF | Manf | Mdl | Serial |
|---|---|---|---|---|
| 1 | | HP Compaq | dc7700 | MXL7500PPJ |
| 2 | | HP Compaq | d530 | USV426037Z |
| 3 | | HP Compaq | dc7600 | 2UB5510B7Z |
| 4 | | HP Compaq | dc5100 | MXL6290WR5 |
| 5 | | HP Compaq | dc5000 | 2UA5030SJP |
| 6 | | HP Compaq | dc5100 | 2UA6300SQL |
| 7 | | HP Pavilion | s5510f | 3CR0250F80 |
| 8 | | IBM | ThinkCentre 8183-K8U | KCWY8C3 |
| 9 | | HP Compaq | dc5100 | MXL63301SA |
| 10 | | HP Compaq | dc5100 | MXL54703WC |
| 11 | | HP Compaq | dc5000 | 2UA52208J8 |
| 12 | | HP Compaq | dc5100 | MXL62400PN |
| 13 | | IBM | ThinkCentre 8183-K8U | KCZD35A |
| 14 | | HP Compaq | dc7700 | MXL7260HH8 |
| 15 | | HP Compaq | dc7700 | MXL7130ZDQ |
| 16 | | HP Compaq | dc7700 | MXL7140FW7 |
| 17 | | HP Compaq | dc5100 | 2UA5350M3N |
| 18 | | Dell | OptiPlex 745 | J6CKDF1 |
| 19 | | Dell | Dimension 5150 | 27FQXB1 |
| 20 | LEF | Dell | Inspiron (tower) | DHKQMN1 |
| 21 | | Dell | Inspiron (tower) | DHJSMN1 |
| 22 | | Dell | Inspiron 640m | 5BJ73C1 |
| 23 | LEF | LOOSE | N/A | N/A |
| 24 | | N/A | N/A | N/A |
| 25 | | N/A | N/A | N/A |
| 26 | | N/A | N/A | N/A |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Trustee's Notice of Abandonment of Certain Estate Property,
With Request for Limitation of Notice.**

Dated: May 9, 2012

/s/ Gina M. Barbieri
Gina M. Barbieri BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: gbarbieri@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A1998750.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas\CORP\15008\14190\A1998750.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| Hank L. Torbert<br>Avondale Aviation I, LLC<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warnick<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Joel T. Brighton, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Jet Pay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) | Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) | The Port Authority of NY & NJ<br>PO Box 95000<br>Philadelphia, PA 19195-1517<br>(Top 20) |
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>5200 NW 36th Street<br>Miami, FL 33166<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Ste 304<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>() |

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 875<br>Washington, DC 20044<br>(Counsel to United States of America/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert MurphyCPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |