UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Alan L. Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the *Notice of Amended Statement of Financial Affairs* to be served by electronic notification (ECF) upon the parties receiving electronic notification in this case, including the United States Trustee.

/s/ Alan L. Braunstein
Alan L. Braunstein, BBO# 546042
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
Phone: 617.523.9000
Fax:    617.880.3456
E-mail:   abraunstein@riemerlaw.com

DATED: May 10, 2012