UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 7

## NOTICE OF AMENDED MAILING MATRIX

Pursuant to Bankruptcy Rule 1009(a) and MLBR 1009-1, Southern Sky Air & Tours, LLC d/b/a Direct Air, a chapter 7 debtor, hereby files this notice to amend or supplement the creditor matrix uploaded on March 26, 2012 and docketed on March 29, 2012 with the attached list of additional creditors from the bankruptcy schedules filed with the Court on May 3, 2012.

Dated: May 10, 2012

Respectfully submitted,

SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR

By its counsel,

RIEMER & BRAUNSTEIN LLP

 /s/ Alan L. Braunstein
Alan L. Braunstein (BBO #546042)
Three Center Plaza
Boston, Massachusetts  02108
Tel: (617) 523-9000
Fax: (617) 880-3456
abraunstein@riemerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>　　　　　　　　　　Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

　　　I, Alan L. Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the *Notice of Amended Mailing Matrix* to be served by electronic notification (ECF) upon the parties receiving electronic notification in this case, including the Chapter 7 Trustee, and the United States Trustee.

　　　　　　　　　　　　　　　　　　　　*/s/ Alan L. Braunstein*
　　　　　　　　　　　　　　　　　　　　Alan L. Braunstein, BBO# 546042
　　　　　　　　　　　　　　　　　　　　Riemer & Braunstein LLP
　　　　　　　　　　　　　　　　　　　　Three Center Plaza
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　Phone: 617.523.9000
　　　　　　　　　　　　　　　　　　　　Fax:    617.880.3456
　　　　　　　　　　　　　　　　　　　　E-mail:  abraunstein@riemerlaw.com

DATED:  May 10, 2012