AMY FRASER
PO BOX 292
ST REGIS FALLS, NY  12980

AMY FREELAND
293 LAMARCK DRIVE
AMHERST, NY  14226

AMY FRICKLETON
320 APACHE WAY
GROVELAND, IL  61535

AMY FURSTEIN
10 EUSTACE DRIVE
WEST HARTFORD, CT  06110

AMY GALLAGHER
207 NUGENT
LINCOLN, IL  62656

AMY GALLANT
51 BUFFAM RD
PELHAM, MA  01002

AMY GEERS
2669 BARRY STREET
HUDSONVILLE, MI  49426

AMY GEORGE
1960 WILLOW RD
SHELOCTA, PA  15774

AMY GILL

OAKVILLE, ON

AMY GORDON
20 ROXBURY
PITTSBURGH, PA  15221

AMY GORELICK
4506 SHERWOOD TRACE
GAINESVILLE, FL  32605

AMY GRAHAM
67 SOUTH SIDE COUNTY CLUB
DECATUR, IL  62521

AMY GRIEGER
94 LUCKY CLAPP RD
NORTHFIELD, MA  01360

AMY HANKS
405 STONE CREEK DRIVE
POPLAR BLUFF, MO  63901

AMY HANSEN
47 GRASMERE RD
LOCKPORT, NY  14094

AMY HARDEE
1505 S HIBISCUS DRIVE
BARTOW, FL  33830

AMY HARMON
3971 NEW CASTLE RD
PULASKI, PA  16143

AMY HARNACK
3055 GRANDVIEW FARMS PL
BETHEL PARK, PA  15102

AMY HARRIS
20 ELIM SPRINGS
SULLIVAN, IL  61951

AMY HARRIS
7401 CODY RUN
SOUTH BELOIT, IL  61080

AMY HARRISON
23 ENFIELD AVE
MONTCLAIR, NJ  07042

AMY HARTMAN
223 W GRANT
PLAINWELL, MI  49080

AMY HEASTER
5666 JANET DRIVE
PITTSBURGH, PA  15236

AMY HEATH
42 HGH STREET
ALEXANDRIA BAY, NY  13607

AMY HEATH
42 HIGH STREET
ALEXANDRIA BAY, NY  13607

AMY HEFTY
6313 JACOBS WAY
MADISON, WI  53711

AMY HEJKE
PO BOX 901
PIERREPONT MANOR, NY  13674

AMY HENRY
918 COMO CRESENT
ORLEANS, ONTARIO  K4A3Z7

AMY HOFFSTETTER
119 DUNDEE STREET
BUFFALO, NY  14220

| |
|---|
| AMY HUDSON<br>3811 SAVANNA CIR E<br>MILAN, IL  61264 |
| AMY HUELSMEYER<br>507 MADISON<br>QUINCY, IL  62301 |
| AMY J OTTAWAY<br>35 QUANCE STREET<br>BARRIE, ON  L4N 7M3 |
| AMY J YOUNG<br>160 LANE 280 C<br>HAMILTON, IN  46742 |
| AMY JASMIESON<br>401 N WEST CARLINVILLE<br>CARLINVILLE, IL  62626 |
| AMY JO BERRESFORD<br>320 FORT DUQUESNE BLVD 16A<br>PITTSBURGH, PA  15222 |
| AMY JO BONFIGLIO<br>3906 WOODMONT<br>TOLEDO, OH  43613 |
| AMY JOHNSON<br>1318 HEARTLAND CIRCLE<br>MULBERRY, FL  33860 |
| AMY JONES<br>509 RODMAN RD<br>HILLSDALE, NY  12529 |
| AMY KADY<br>129 CHARLTON ROAD<br>SPENCER, MA  01562 |
| AMY KAGERER<br>387 BELL ST S<br>OTTAWA, ON  K1S 4K5 |
| AMY KARPES<br>11663 N LAKEVIEW DRIVE<br>EDGERTON, WI  53534 |
| AMY KENNEDY<br>80  UNION ROAD<br>PERU, NY  12972 |
| AMY KILDUFF<br>1332 UNIVERSITY DR<br>ROCKFORD, IL  61107 |
| AMY KING<br>6 MAPLE RIDGE RD<br>WEST CHAZY, NY  12992 |
| AMY KING<br>PO BOX 373<br>SPRINGVILLE, NY  14141 |
| AMY KLEIN<br>218 CAPE WAY<br>GENEVA, IL  60134 |
| AMY KUNTZ GILL<br>207 ALLAN ST<br>OAKVILLE, ON  L6J3P2 |
| AMY KUSHIK<br>103 PONY DRIVE<br>FREEDOM, PA  15042 |
| AMY KUTSCHBACH<br>1437 SAWMILL COVE<br>FINDLAY, OH  45840 |
| AMY KUTSCHBACH<br>1437 SAWMILL COVE<br>FINDLAY, OH  45840-7077 |
| AMY L STRONG<br>27 CHERRYWOOD CT<br>WILLIAMSVILLE, NY  14221 |
| AMY LADUE<br>107 MEANEY CIRCLE<br>OSWEGO, NY  13126 |
| AMY LAHEY<br>1555 RAINBOW LANE<br>JACKSONVILLE, IL  62650 |
| AMY LANE<br>708 LOOKOUT AVE APT 2<br>CHARLEROI, PA  15022 |
| AMY LANGFORD<br>360 SO WINOOSKI AVE<br>BURLINGTON, VT  05401 |
| AMY LAWLOR<br>25 ST MARY STREET<br>TORONTO, ON  M4Y 1R2 |
| AMY LESKOVAC<br>7020 RUBY COURTS<br>YOUNGSTOWN, OH  44515 |
| AMY LEWIS<br>42 LINCOLN PLACE<br>MADISON, NJ  07940 |

| |
|---|
| AMY LIPNIARSKI<br>1205 MOLL STREET<br>NORTH TONAWANDA, NY  14120 |
| AMY LOGEL<br>52 ROBERT ST<br>HAMBURG, NY  14075 |
| AMY LOMAS<br>111 N WOODLAND RIDGE<br>ELMA, NY  14059 |
| AMY LUISO<br>15 MAPLE CREST DRIVE<br>SOUTHBOROUGH, MA  01772 |
| AMY LYNN FRIES<br>2200 DONALD AT<br>EASTON , PA  18045 |
| AMY MAIER<br>6891 LAKE GENEVA CT<br>NIAGARA FALLS, NY  14304 |
| AMY MALOY<br>790 ORWELL STREET<br>LITHOPOLIS,   43136 |
| AMY MANCHESTER<br>3644 KATHRYN STREET<br>VICKSBURG, MI  49097 |
| AMY MANN<br>2 WOODARD ST<br>GLENS FALLS, NY  12801 |
| AMY MARAONE<br>33 YORKVIEW DRIVE<br>ETOBICOKE, ON  M8Z2G1 |
| AMY MARSH<br>67 MAIN ST<br>PLYMPTON, MA  02367 |
| AMY MARTIN<br>1000 BECHTEL STREET<br>MONACA, PA  15061 |
| AMY MAURER<br>11997 LYNCH RD<br>BATTLE CREEK, MI  49014 |
| AMY MAXWELL<br>107 SAWMILL RD.<br>ST. CATHARINES, ON  L2S 3K1 |
| AMY MCCARTY<br>4 EGGLESTON ST<br>CORINTH, NY  12822 |
| AMY MEEUWSEN<br>8071 FELCH STREET<br>ZEELAND, MI  49464 |
| AMY MEINECKE<br>8903 HAMBURG RD<br>BRIGHTON, MI  48116 |
| AMY MILLER<br>37 INWOOD ROAD<br>AUBURN, MA  01501 |
| AMY MONAHAN<br>16 AUGUST DRIVE<br>FRAMINGHAM, MA  01701 |
| AMY MONROE<br>5650 R AVENUE EAST<br>SCOTTS, MI  49088 |
| AMY MOORE<br>2154 COURTLAND DR<br>BURLINGTON, ON  L7R 1R9 |
| AMY MOORE<br>4915 CR 14<br>MADRID, NY  13660 |
| AMY MOQUIN<br>50 JERSEY DRIVE<br>LAKE PLACID, NY  12946 |
| AMY MORAN<br>6250 18TH ST NE<br>ST PETERSBURG, FL  33702 |
| AMY MOROCCO<br>5690 MORSE AVE.<br>NIAGARA FALLS, ON  L2G 4G2 |
| AMY MORTON<br>141 AYER RD<br>HARVARD, MA  01451 |
| AMY MOTTA<br>28 UNIVERSITY AVE<br>PEMBROKE, MA  02359 |
| AMY MUIRHEAD<br>176 ROSSLYN AVE S<br>HAMILTON, ON  L8M 3J5 |
| AMY MURPHY<br>410 FARRELL ST<br>SOUTH BURLINGTON, VT  05403 |

| |
|---|
| AMY MURRAY<br>102 PEARL STREET<br>GRAND ISLE, VT  05458 |
| AMY NALLEY<br>PO BOX 222<br>HAYESVILLE, OH  44838 |
| AMY NEWTON<br>227 FOWLER ST<br>CORTLAND, OH  44410 |
| AMY NIXON<br>17 HILL PARK DRIVE<br>DECATUR, IL  62521 |
| AMY NIXON<br>721 HOLLOW ROAD<br>ENON VALLEY, PA  16120 |
| AMY OCONNELL<br>59 FORESTGATE DRIVE<br>HAMILTON, ON  L9C 6A4 |
| AMY OCONNOR<br>101 WEBSTER STREET<br>MALONE, NY  12953 |
| AMY ODONNELL<br>12 VISCOUNT DR<br>WILLIAMSVILLE, NY  14221 |
| AMY ODONNELL<br>20672 WADDINGTON ROAD<br>DEER PARK, IL  60010 |
| AMY OLEKSIK<br>303 PACA STREET<br>CUMBERLAND, MD  21502 |
| AMY OLEM<br>106 BOURBON STREET<br>SOUTH WINDSOR, CT  06074 |
| AMY PEREZ<br>2435 ZENOBIA RD<br>NORWALK, OH  44857 |
| AMY PHILBRICK<br>841 NORMANDY TRACE RD<br>TAMPA, FL  33602 |
| AMY PHILLIPS<br>43 VALE ST<br>CLINTON, MA  01510 |
| AMY PRINGLE<br>18230 ORIOLE RD<br>FORT MYERS, FL  33967 |
| AMY PUTNAM<br>42 SUNNYSIDE DRIVE<br>BARRE, VT  05641 |
| AMY R RYAN<br>6828 SCANLAN AVE<br>ST LOUIS, MO  63139 |
| AMY RECOR<br>12 BAKER ROAD<br>CHAZY, NY  12921 |
| AMY REDMOND<br>198 MARTIN AVE<br>BLASDELL, NY  14219 |
| AMY REICHERT<br>1060 SERGENT ARTHUR BOUCHER<br>MAGOG, QC  J1X 7T9 |
| AMY REYNOLDS<br>123 LACONWOOD DR<br>SPRINGFIELD, IL  62712 |
| AMY RHODES<br>5372 SUMMIT AVE<br>LOWVILLE, NY  13367 |
| AMY RILEY<br>269 OAK HILL ROAD<br>SHELBURNE, VT  05483 |
| AMY ROBBINS<br>1825 SAVONA PKWY<br>CAPE CORAL, FL  33904 |
| AMY ROBINSON<br>PO BOX 143<br>LISBON, NY  13658-0143 |
| AMY ROODE<br>7 BRIGGS CT<br>QUEENSBURY, NY  12804 |
| AMY ROUNDING<br>391 RINTOUL CRESCENT<br>SHELBURNE , ON  L0N 1S2 |
| AMY RUELLE<br>47 NONOTUCK RD<br>WEST SPRINGFIELD, MA  01089 |
| AMY RUMMEL<br>7061 GLADE TRAIL<br>KALAMAZOO, MI  49009 |

AMY SAGAN
3 WOODS DRIVE
ELMVALE, ON  L0L 1P0

AMY SAMFILIPPO
20430 ROSE CT
BROWNSTOWN, MI  48183

AMY SAMPLED
PO BOX 219
RANDOLPH, NY  14772

AMY SARGENT
54314 OLD MILL DRIVE
ELKHART, IN  46514

AMY SARMAST
5 LYNACRES BLVD.
FAYETTEVILLE, NY  13066

AMY SCHAEFER
205 S CHESTNUT
PESOTUM, IL  61863

AMY SCHAPER
380 MAPLE RD
EAST AURORA, NY  14052

AMY SCHEETS
506 SOUTH VINE STREET
HEYWORTH, IL  61745

AMY SCHELL
3 BENNETT AVE
GUELPH, ON  N1E2C3

AMY SCHOLL
,

AMY SCHWAB
707 E COLUMBIA
LITCHFIELD, IL  62056

AMY SETH
224 ELM ST
KALAMAZOO, MI  49007

AMY SHAEFER
1634 US ROUTE 2
WATERBURY, VT  05676-9089

AMY SHAEFER
1634A US RTE 2
WATERBURY, VT  05676-9089

AMY SHEPARD
9795 NEW CALIFORNIA DR
PLAIN CITY, OH  43064

AMY SHERIDAN
10 BARRACK HILL ROAD
RUTLAND, MA  01543

AMY SHIFLETT
822 WELLINGTON DRIVE
SEVEN FIELDS, PA  16046

AMY SLACK
42 LOWREY AVENUE SOUTH
CAMBRIDGE, ON  N1R4Z3

AMY SLANE
6375 HEADLEY RD
GAHANNA, OH  43230

AMY SMITH
169 PROSPECT ST
KALAMAZOO, MI  49006

AMY SMITH
213 HAWTHORN MEADOWS CT
OFALLON, MO  63366

AMY SMITH
2307 BENTON AVE
KALAMAZOO, MI  49008

AMY SMITH
2730 GRANDVIEW DR NW
GRAND RAPIDS, MI  49504

AMY SOBZAK
2902 MAYDAY DRIVE
PLANT CITY, FL  33565

AMY SONS
33992 FREDERICK
PAW PAW,   49079

AMY SOUSA
7756 THIBERT
LASALLE, QC  H8N 2C4

AMY SPEAKER
3762 LYNN DR
ORCHARD PARK, NY  14127

AMY SPOONER
32 SIMMS CAMP ROAD
OGDENSBURG, NY  13669

AMY SPRY
130 WESTVIEW DR
MATTOON, IL  61938

| |
|---|
| AMY STANDEN<br>13 CHURCH RD<br>SUFFERN, NY  10901 |
| AMY STEIN<br>705 N DARBY RD<br>HERMITAGE, PA  16148 |
| AMY STELPFLUG<br>W289N4795 WILD ROSE CT<br>HARTLAND, WI  53029 |
| AMY STEPHENSON<br>12151 SUMMER GATE CIRCLE R204<br>FORT MYERS , FL  33913 |
| AMY STEPHENSON<br>12151 SUMMER GATE CIRCLE R204<br>FORT MYERS, FL  33913 |
| AMY STINSON<br>13 WENDTWORTH CT<br>LANCASTER, NY  14086 |
| AMY STOCK<br>345 S WESTDALE AVE<br>DECATUR, IL  62522 |
| AMY STOLAR<br>934 HILAND AVENUE<br>CORAOPOLIS, PA  15108 |
| AMY STRONG<br>1440 ELLICOTT CREEK ROAD<br>TONAWANDA, NY  14150 |
| AMY STROUGH<br>PO BOX 6003<br>WHEELING, WV  26003 |
| AMY STUART<br>3003 FALLBROOK DRIVE<br>MOON TOWNSHIP, PA  15108 |
| AMY TAMBS<br>3009 CANDELA GROVE<br>CHARLESTON, SC  29414 |
| AMY TARR<br>2512 KIPLING DR<br>SPRINGFIELD, IL  62711 |
| AMY THOMA<br>4409 BLACKWOLF ROAD<br>SPRINGFIELD, IL  62711-7886 |
| AMY THOMAS<br>1018 CHURCH STREET<br>FOGELSVILLE, PA  148051 |
| AMY THOMAS<br>1018 CHURCH STREET<br>FOGELSVILLE, PA  18051 |
| AMY TONTI<br>950 SPRING GROVE LANE<br>COLUMBUS, OH  43235 |
| AMY TOUSIGNANT<br>1016 COUNTY RT 25<br>MALONE, NY  12953 |
| AMY TRAUTMAN<br>465 WILLOW GREEN DRIVE<br>AMHERST, NY  14228 |
| AMY TROMBLY<br>80 DORCAR ROAD<br>NEWTON, MA  02459 |
| AMY TSIROS<br>36 OLD MILL RD<br>SHREWSBURY, MA  01545 |
| AMY VANDER BENT<br>6733 BRIGHAM ST<br>PORTAGE, MI  49024 |
| AMY VOORTMAN<br>59 WINDSOR DRIVE<br>ST GEORGE, ON  N0E1N0 |
| AMY WHITE<br>2564 STATE ROUTE 458<br>SAINT REGIS FALLS, NY  12980 |
| AMY WIEBE<br>3757 TWIN FALLS PLACE<br>OTTAWA, ON  K1V 1W5 |
| AMY WIELAND<br>130 S LYNN ST<br>BRYAN, OH  43506 |
| AMY WIGGINS<br>25478 DEWEY LAKE STREET<br>DOWAGIAC, MI  49047 |
| AMY WILKINS<br>PO BOX 218<br>RANDOLPH, NY  14772 |
| AMY WILLIS<br>5901 FRANCIS STREET<br>KALAMAZOO, MI  49048 |

| |
|---|
| AMY WNUK<br>995 W GALWAY RD<br>HAGAMAN, NY 12086 |
| AMY WYROSTEK<br>5 SMITH PLACE<br>LANCASTER, NH 03584 |
| AMY ZAJAC<br>107 JASMINE AVENUE<br>WEST SENECA, NY 14224 |
| ANA BOSILJEVAC<br>171 THIRD RD E<br>STONEY CREEK, ON L8J 3J6 |
| ANA BUCKLEY<br>318 WATTAQUADOCK RD<br>BOLTON, MA 01740 |
| ANA ESTRADA<br>300 HEINZ STREET<br>PITTBURGH, PA 15212 |
| ANA EUGENIA DOMINGUEZ DE FLORES<br>12625 54E AVE<br>MONTREAL, QC H1E2J9 |
| ANA KALOUDIS<br>77 VIA CRISTINA WAY<br>WOODBRIDGE , ON L4H1S1 |
| ANA RODRIGUES<br>3727 WINDHAVEN DRIVE<br>MISSISSAUGA, ON L5N 7V2 |
| ANA TRYNKUS JONES<br>123 HAVENWOOD RD<br>MARION, SC 29571 |
| ANA TRYNKUS<br>123 HAVENWOOD RD<br>MARION, SC 29571 |
| ANA VASQUEZ<br>26 GROVE ST<br>ELIZABETH, NJ 07202 |
| ANABEL MOLINA<br>1160 SAINT-MATHIEU APT 1504<br>MONTREAL, QC H3H2P4 |
| ANALINE MURPHY<br>1766 ALTA VISTA CIRCLE<br>LAKELAND, FL 33810 |
| ANAND KANCHAGAR<br>244 MILLBURY STREET<br>AUBURN, MA 01501 |
| ANASTASIA BLACK<br>5927 STATE ROUTE 30<br>LAKE CLEAR, NY 12945 |
| ANASTASIA CRAWFORD<br>218 HAWKSWOOD TRAIL<br>HAMILTON, ON L9B 2T1 |
| ANASTASIA CRAWFORD<br>218 HAWKSWOOD TRAIL<br>ONTARIO, ON L9B 2T1 |
| ANASTASIA GEORGIADIS<br>5025 FOURTH ST<br>LAVAL, QUEBEC H3W4S3 |
| ANASTASIA GIANNAKOUROS<br>12120 JASMIN<br>MONTREAL, QC H4K1V7 |
| ANASTASIA KAMANOS<br>8 PLACE COLMAR<br>LORRAINE, QC J6Z2W4 |
| ANASTASIA KAZAKOS<br>254 BLVD DE GAUILLE<br>LORRAINE, QC J6Z4R3 |
| ANASTASIA KNEUSSLE<br>1 LINDA LN<br>PLATTSBUGH, NY 12901 |
| ANASTASIA STAMOULACATOS<br>6 SOTHERY PLACE<br>ROCHESTER, NY 14624 |
| ANASTASIOS ATHANASOPOULOS<br>1063 MONTGOLFIER<br>LAVAL, QC H7W5A6 |
| ANASTASTIA STAMOULACATOS<br>6 SOTHERY PLACE<br>ROCHESTER, NY 14624 |
| ANDELA EMERY<br>78 FIFE STREET W<br>CALADONIA, ON N3W 1J5 |
| ANDJELKA STEVANOVIC<br>3 CROWN HILL 603<br>ETOBICOKE, ON L8Y 4C2 |
| ANDJELKO BARBERIC<br>6164 NEWBERRY COURT<br>CLARENCE CENTER, NY 14032 |

ANDRA BURROUGHS
212 EGLINTON AVE E
TORONTO, ON  M4P0A3

ANDRAI DESORMEAUX
8 BUSHELL AVENUE
TORONTO, ON  M4M3B7

ANDRAS VARI
148 HARBRIDGE MANOR
WILLIAMSVILLE, NY  14221

ANDRE ALLARD
95 DE LA BRISE
SHERBROOKE, QC  J1R 0L5

ANDRE BASTIEN
963 MONTARVILLE
LAVAL, QC  H7R 5H3

ANDRE BEDARD
61 LEBEAU
ST-HIPPOLYTE, QC  J8A1H2

ANDRE BELLAVANCE
833 AV LALONDE
VAL-DOR, QC  J9P 2S6

ANDRE BELLEY
6450 AVENUE MONETTE
QUEBEC, QC  G1H 6J9

ANDRE BLAIS
92OSPRE RIDGE RD
BARRIE, ONTARIO  L4M6P3

ANDRE BOISVERT
955 EMILE ZOLA
SHERBROOKE, QC  J1L0C4

ANDRE BROUSSEAU
1545 RUE VENUS
SHERBROOKE, QC  J1E 1B9

ANDRE BRUNELLE
39 DAVAUGOUR
LAVAL, QC  H7G 1S4

ANDRE CARBONNEAU
276 KING OUEST
SHERBROOKE, QC  J1H1R1

ANDRE CARRIER
188 PLACAE DE CHENONCEAU APT 4
STE JULIE, QUEBEC  J3E2P2

ANDRE CLOUTIER
120 FRANCOIS BRUNET
TERREBONNE, QC  J6V 1R2

ANDRE COLLINS
19 RUE PLAISANCE
VICTORIAVILLE, QC  G6P5N4

ANDRE CORBEIL
5275 MOREAU ST
LAVAL, QC  H7W5H1

ANDRE COTE
164 STONEHENGE DR
BEACONSFIELD, QC  H9W 3X7

ANDRE DALPE
2100 DE LA REGENCE
ST-BRUNO, QC  J3V 4B6

ANDRE DE L ETOILE
226 AUMAIS
STE-ANNE-DE-BELLEVUE, QC  H9X4A9

ANDRE DESCHATELETS
565 CORTE-REAL
BOUCHERVILLE, QC  J4B6Z3

ANDRE DESCHENES
1265 RING ST
NORTH PORT, FL  34286

ANDRE DESROSIERS
330 SEGUIN
ST COLOMBAN, QC  J5K1W1

ANDRE DUFAULT
PO BOX 311
ST ALBANS BAY, VT  05481

ANDRE FILIPPONE
11555 OLIVIER CHARBONNEAU
MONTREAL, QC  H1E 5G6

ANDRE FISETTE
1014 DU SOLEIL-LEVANT
SHERBROOKE, QC  J1C 0B5

ANDRE FLIBOTTE
590 VILLENEUVE EST
ST-HYACINTHE, QC  J2T 2H5

ANDRE GAUTHIER
2037 RENE-LEVESQUE
SAINTE-JULIE, QC  J3E 2E6

ANDRE GILBERT
1379 COSTIGAN RD
MILTON, ON  L9T2K6

| |
|---|
| ANDRE GRANDCHAMP<br>3804  JADE<br>LAVAL, QC  H7P5X6 |
| ANDRE GRAVEL<br>12 PLAC AVILA<br>CANDIAC, QC  J5R5R5 |
| ANDRE GRAVEL<br>416 ROUTE 202<br>HEMMINGFORD, QC  J0L 1H0 |
| ANDRE GUAY<br>329 DU PATRIMOINE<br>CACOUNA, QC  G0L 1G0 |
| ANDRE GUAY<br>48A ST PAUL<br>HEBERVILLE, QC  G0W 1T0 |
| ANDRE JR STCYR<br>259 AVE DESGAGNES<br>STE MARIE BEAUCE, QC  G6E2A9 |
| ANDRE KOSAKOWSKI<br>22 DOUGLAS RD<br>ANCASTER, ON  L9G2E1 |
| ANDRE LACASSE<br>711 BROCK RD<br>DUNDAS, ON  L9H5E4 |
| ANDRE LACOSTE<br>55 DES FLANDRES<br>WATERLOO, QC  J0E2N0 |
| ANDRE LAMONTAGNE<br>725 JEAN-DUCEPPE<br>STE-JULIE, QC  J3E 2J7 |
| ANDRE LANDRY<br>750 RANG DU COTEAU<br>SAINT JACQUES LE MINEUR, QC  J0J1Z0 |
| ANDRE LANOUETTE<br>391 DES GRIVES<br>OTTERBURN PARK, QC  J3H 5N7 |
| ANDRE LAPOUBLE<br>265 GAUDIAS-VILLENEUVE<br>QUEBEC, QC  G2N2M5 |
| ANDRE LAROCHELLE<br>1980 DES CIMES<br>SHERBROOKE, QC  J1E 4M1 |
| ANDRE LAVOIE<br>1073 ROBERVAL EST<br>LONGUEUIL, QC  J4M 2X3 |
| ANDRE LEBLANC<br>76 DE LA RIVE<br>ST-PHILIPPE , QC  J0L2K0 |
| ANDRE LEBLANC<br>76 DE LA RIVE<br>ST-PHILIPPE, QC  J0L2K0 |
| ANDRE LEBLANC<br>76 DE LA RIVE<br>ST-PHILIPPE, QC  J0L2K0 |
| ANDRE LECLAIRE<br>348 ST THOMAS<br>VALLEYFIELD, QC  J6T 4K4 |
| ANDRE LEFEBVRE<br>76 LANGELIER<br>SHEFFORD, QC  J2M1Z1 |
| ANDRE LEONARD<br>1580 BOURGOGNE APT 202<br>CHAMBLY, QC  J3L 1Y7 |
| ANDRE LESSARD<br>2053 DE EGLISE<br>STE-JULIE, QC  J3E2J8 |
| ANDRE MAILLOUX<br>62 DES ERABLESS<br>ST-REMI, QC  J0L 2L0 |
| ANDRE MARION<br>6329 PAGEAU<br>AUTEUIL LAVAL, QC  H7H 2Z1 |
| ANDRE MARTEL<br>3845 DE MONTARVILLE<br>TROIS-RIVIERES, QC  G9B 2E2 |
| ANDRE MELNYCZOK<br>3 AV DE MONTSEC<br>LORRAINE, QC  J6Z 2T7 |
| ANDRE MENARD<br>2945 LEDOUX<br>ST HYACINTHE, QC  J2R1P9 |
| ANDRE MIRON<br>2140-3 VICTORIA<br>LACHINE, QC  H8S 1Z3 |
| ANDRE MONTOUR<br>216 RICHARDSON RD<br>BARRE, VT  05641 |

ANDRE MOREAU
196 KILLARNEY GROVE
LONDON, ON  N5X3X6

ANDRE MOREAU
196 KILLAYNEY GROVE
LONDON, ON  N5X3X6

ANDRE MORIN
659 DE BROMONT
DEUX-MONTAGNES, QC  J7R 6G7

ANDRE OLIGNY
60 PLACE BERLIOZ
CANDIAC, QC  J5R 3Z4

ANDRE PARENT
1885 45 IEME RUE NORD
SAINT-GEORGES, QC  G5Z1G9

ANDRE PICARD
7 MT-JASPER
ST DONAT, QC  J0T 2C0

ANDRE PICHE
6 JEANNINE
PONTROUGE, QC  G3H2J1

ANDRE RIVET
325 CRYSTAL CRESCENT
NEW LISKEARD, ON  P0J 1P0

ANDRE ROUSSEAU
207-1200 PL CLUB MEMPHRE
MAGOG, QC  J1X 5X4

ANDRE ROY
60 DES COQUELICOTS
LA PRAIRIE, QC  J5R2R2

ANDRE ROY
603 PAUL-EMILE-VICTOR
BOUCHERVILLE, QC  J4B6W4

ANDRE ROY
70 MONTEE MANORY
SAINTE-MARGUERITE-DU-LAC-MASSON, QC  J0T1L0

ANDRE SOUCY
1329 NOTRE DAME
DONNACONA, QC  G3M1J8

ANDRE STCYR
6 BONNEVILLE
THETFORD MINES, QC  G6G5V8

ANDRE STIENSTRA
14-174 HIGHBURY DR
STONEY CREEK, ON  L8J-3T8

ANDRE THAPEDI
6800 SOUTH MICHIGAN
CHICAGO, IL  60637

ANDRE THIFFAULT
709 RAYMOND-MARTEL
TERREBONNE, QC  J6V1J5

ANDRE TREMBLAY
2554 DE LA CHARENTE
JONQUIERE, QC  G7X9P4

ANDRE TREMBLAY
614 JEAN DESLAURIERS APT 32
BOUCHERVILLE, QC  J4B 8T5

ANDRE VINCENT
494 RICHARD
LONGUEUIL, QC  J4L 3A4

ANDRE VINCENT
494 RICHARD
LONGUEUIL, QC  J4L3A4

ANDRE WILCOX
1513 TOUR DU LAC
SAINT-ADOLPHE DHOWARD, QC  J0T2B0

ANDREA AZAKIE
10223 RENE BAUSET
MONTREAL, QC  H4N 3M4

ANDREA BEALS
58 OLD FARM LN
ATTLEBORO, MA  02703

ANDREA BODDY
18 FALCON COURT
CAMBRIDGE, ON  N1T 1P2

ANDREA BOUWMAN
51 DUDHOPE AVE
CAMBRIDGE, ON  N1R4T4

ANDREA BROWNSTEIN
4242 VILLAGE PARK DRIVE
BEAMSVILLE, ON  L0R1B8

ANDREA C SCHLABACH
2 TURTLE POINTE
MONTICELLO, IL  61856

ANDREA CACIANO
20 SHERWOOD CR
BRAMPTON, ON  L6X2E1

ANDREA CADIEUX
7871 SONTAGE AVENUE
NORTH PORT, FL  34291

ANDREA CASTEEL
3778 HATHAWAY RD
KALAMAZOO, MI  49009

ANDREA CHRISTELL
3304 NORMANDY
SPRINGFIELD, IL  62703

ANDREA COLE
2 EDGEVALE PLACE
HAMILTON, ON  L8S3N9

ANDREA CONRAD
1402 NE 10TH STREET
CAPE CORAL, FL  33909

ANDREA CROWLEY
6133 DUFORD DRIVE
MISSISSAUGA, ON  L5V 1A6

ANDREA DEAN
1904 RIVER RD
CAYUGA, ON  N0A 1E0

ANDREA DEAN
1904 RIVER RD
CAYUGA, ON  N0A1E0

ANDREA DELABRUERE
28 PARTRIDGE DRIVE
ESSEX, VT  05452

ANDREA DEMARTINO
77 VANDERBILT STREET
BUFFALO, NY  14206

ANDREA DENNO
222 SOUTH MAIN ST
SUFFIELD, CT  06078

ANDREA DEYOUNG
471 STONE FALLS 203
ADA, MI  49301

ANDREA DEYOUNG
471 STONE FALLS DR 203
ADA, MI  49301

ANDREA DIALLO
1750 PALMER AVE
WINTER PARK, FL  32789

ANDREA DICKHAUT
88 WILDER ROAD
STERLING, MA  01564

ANDREA FEILDERS
45 PARSONS RIDGE
OTTAWA, ON  K2L2X5

ANDREA FLAGG
24 DUDLEY ST
MARLBOROUGH, MA  01752

ANDREA FONTANA
72 CARROLL RD
NORTH GRAFTON, MA  01536

ANDREA FORTE
2722 METRO DR
RUSKIN, FL  33570

ANDREA FOURNIER

ANDREA FOURNIER
273 COALRAIN-SHELBURNE RD
SHELBURNE, MA  01307

ANDREA GARCIACONTRERAS
613 IRIS ST
ALTAMONTE SPRINGS, FL  32714

ANDREA GARFINKEL
1908 S BATES AVENUE
SPRINGFIELD,, IL  62704

ANDREA GORCZYCA
6493 HACKBERRY DRIVE
LAKE VIEW, NY  14085

ANDREA GORDON
26 ANDOVER STREET
WORCESTER, MA  01606

ANDREA GRAVES
2903 KEYSTONE RD
BLOOMINGTON, IL  61704

ANDREA GREGORY
57 ROWLEY DR
CALEDON, ON  L7E 0C6

ANDREA GUADANO
24 PINECREST LANE
DURHAM, NH  03824

ANDREA HAND
101 DURANGO LOOP STREET
DAVEPORT, FL  33897

| |
|---|
| ANDREA HERBST<br>623 COUNTY ROUTE 7<br>NASSAU, NY  12123 |
| ANDREA HILLERBY<br>90 MOOREGATE CRESCENT<br>KITCHENER, ON  N2M 5P7 |
| ANDREA HOLLAND<br>162 WEDGEWOOD ROAD<br>WORCESTER, MA  01602 |
| ANDREA HOWE<br>225 CHURCH STREET<br>LARKSVILLE, PA  18704 |
| ANDREA HUMPHRIES<br>493 VICTOR DRIVE<br>CIRCLEVILLE, OH  43113 |
| ANDREA IAVARONE<br>32 SUNFLOWER CRES<br>ANCASTER, ON  L9K1C2 |
| ANDREA IERFINO<br>76 JONATHAN<br>CHATEAUGUAY, QC  J6J3Y5 |
| ANDREA J WINDOFT<br>226 WOODCREST AVENUE<br>LAKEWOOD, NY  14750 |
| ANDREA JONES<br>5867 RYEWYCK DR<br>TOLEDO, OH  43614 |
| ANDREA KEENE<br>14100 TAMIAMI TRL E<br>NAPLES, FL  34114 |
| ANDREA KELLY<br>12 BLUEBERRY LANE<br>LISBON, CT  06351 |
| ANDREA KELLY<br>4199 KANE CRES<br>BURLINGTON, ON  L7M 5C1 |
| ANDREA KELLY<br>90 MILSON CRES<br>GUELPH, ON  N1C 1G6 |
| ANDREA KOEBEL<br>56 ROBERT SIMONE WAY<br>AYR, ON  N0B 1E0 |
| ANDREA KOSTIK<br>14 GROOMS PT DR<br>CLIFTON PARK, NY  12065 |
| ANDREA KRUK<br>36 VELMA DR<br>TORONTO, ON  M8Z2N3 |
| ANDREA KRUK<br>36 VLEMA DRIVE<br>TORONTO, ON  M8Z2N3 |
| ANDREA KURTH<br>212 WALNUT DR<br>EAST PEORIA, IL  61611 |
| ANDREA LAING<br>52 STONEYBROOK CRES<br>BARRIE, ON  L4N0A6 |
| ANDREA LONG<br>11714 CATATOGA DR<br>PLAINVIEW, IL  62685 |
| ANDREA MACDOUGALL<br>256 WATERLOO ST NORTH<br>CAMBRIDGE, ON  N3H1N2 |
| ANDREA MACEVOY<br>153 EAST HOMEWOOD AVE<br>TRAFFORD, PA  15085 |
| ANDREA MAGGISANO<br>18 WILLARD GARDENS<br>TORONTO, ON  M6S1G1 |
| ANDREA MENDES<br>92 HILDRETH ST<br>WESTFORD, MA  01886 |
| ANDREA MERINO<br>9140 RIVERSHORE DR<br>NIAGARA FALLS, NY  14304 |
| ANDREA MESSINA<br>4410 SEGUIN<br>VAUDREUIL-DORION, QC  J7V0K2 |
| ANDREA MILLER YUSTIN<br>27 REESOR PLACE<br>GORMLEY, ON  L0H1G0 |
| ANDREA MILLER<br>34 SOUTHMOOR DR<br>KITCHENER, ON  N2M 4M7 |
| ANDREA MILLER<br>82 TOLMAN AVE<br>LEOMINSTER, MA  01453 |

| |
|---|
| ANDREA MILLER<br>86 NEWBERRY LANE<br>LANCASTER, NY  14086 |
| ANDREA MOLINARO<br>1477 LAKESHORE ROAD<br>BURLINGTON, ON  L7S 1B5 |
| ANDREA MONAGHAN<br>8403 PHOEBE STREET<br>KALAMAZOO, MI  49009 |
| ANDREA MOORMAN<br>3099 BONITA DRIVE<br>VENICE, FL  34292 |
| ANDREA NELSON<br>PO BOX 23<br>PETERBOROUGH, ON  K9J 6Y5 |
| ANDREA NEWSTEAD<br>10 SPARROW COURT<br>HAMILTON, ON  L9A4Z7 |
| ANDREA OCONNOR<br>65 CRANSTON AVE<br>SHELTON, CT  06484 |
| ANDREA OSTROSKY<br>72 BUSHY LANE<br>RUTLAND, MA  01543 |
| ANDREA PAOLINI<br>235 SYLVAN ROAD<br>ROCHESTER, NY  14618 |
| ANDREA PARKER<br>156 TRUEDELL CIRCLE<br>WATERDOWN, ON  L0R2H9 |
| ANDREA PARKER<br>2878 BURLINGTON<br>HICKORY CORNERS, MI  49060 |
| ANDREA PILLSBURY<br>26 STURBRIDGE LANE<br>AVON, CT  06001 |
| ANDREA POSSET<br>635 SEBRING ROAD<br>BEAVER, PA  15009 |
| ANDREA POWROZNYK<br>PO BOX 538<br>MOOERS, NY  12958 |
| ANDREA PRIEUR<br>25 PUTNEY RD<br>CALEDON, ON  L7C 1R4 |
| ANDREA PROPER<br>298 HAMMOCKS DR<br>ORCHARD PARK, NY  14127 |
| ANDREA R RYAN<br>1862 NW 46TH AVE<br>OCALA, FL  34482 |
| ANDREA RASPA<br><br>, |
| ANDREA RILEY<br>222 LAUREL STREET<br>BRIDGEWATER, MA  02324 |
| ANDREA ROLL<br>7073 BIRMINGHAM SQUARE<br>BETHLEHEM, PA  18017 |
| ANDREA RUEDI<br>59 GREENCROFT DRIVE<br>CHAMPAIGN, IL  61821 |
| ANDREA SAMMARCO<br>8790 STAHLEY<br>EAST AMHERST, NY  14051 |
| ANDREA SANDERS<br>1221 METHYL STREET<br>PITTSBURGH, PA  15216 |
| ANDREA SANTIAGO<br>44 RONALDSON<br>MONTGOMERY, NY  12549 |
| ANDREA SANTONASTASO<br>1357 HARVESTER CIRCLE<br>MYRTLE BEACH, SC  29579 |
| ANDREA SAUNDERS<br>64 RIVER GLEN BOULEVARD<br>OAKVILLE,   L6H5Z6 |
| ANDREA SAUNDERS<br>64 RIVER GLEN BOULEVARD<br>OAKVILLE, ON  L6H5Z6 |
| ANDREA SCHMID<br>1398 RR 1<br>PALGRAVE, ON  L0N 1P0 |
| ANDREA SCHMIDBAUER<br>3183 STERLINGWOOD LANE<br>PERRYSBURG, OH  43551 |

ANDREA SCHMIDT
PO BOX 122
HASTINGS, MI  49058

ANDREA SCIANDRA
500 MOORE AVENUE
TONAWANDA, NY  14223

ANDREA SEARLS
558 CALKINS CAMP ROAD
DANVILLE, VT  05828

ANDREA SHAMBO
PO BOX 454
BRUSHTON, NY  12916

ANDREA SILVA
32 OAKLAND AVE
SHREWSBURY, MA  01545

ANDREA SMITH
200 OLD ORCHARD CIR
OAKVILLE, ON  L6H 4N6

ANDREA SPICER
HC 66 BOX 205
JUNCTION, WV  26852

ANDREA STEPIEN
15 PINELAKE
WILLIAMSVILLE, NY  14221

ANDREA STUMPF
822 GRAND BANKS DR
WATERLOO, ON  N2K4N2

ANDREA SWAN
195 AUBURN AVE
HAMILTON, ON  L8K3B4

ANDREA SWIATEK
1477 HENDRICK
MUSKEGON, MI  49441

ANDREA VALLETTA
3582 BLVD PIE-1X
LAVAL, QUE  H7E0B9-201

ANDREA WALL
2704 GOLDWOOD DRIVE
ROCKY RIVER, OH  44116

ANDREA WILCOXEN
304 NEWCOMBE LANE
CHATHAM, IL  62629

ANDREA YAKOVAC
4025 TOWERS PL
HAMBURG, NY  14075

ANDREA YUSTIN
27 REESOR PLACE
GORMLEY, ON  L0H1G0

ANDREA ZAFFIRI
406 N PARK ST
ROCHESTER, IL  62563

ANDREE BEAUREGARD
30 BERLIOZ
MONTREAL VERDUN, QC  H3E 1L3

ANDREE BEAUREGARD
30 RUE BERLIOZ
MONTREAL VERDUN, QC  H3E 1L3

ANDREE CHATEAUVERT
714 WHALEY RIDGE
ORLEANS, ON  K4A 0P7

ANDREE JACKMAN
4682 LYONS PARKWAY
NIAGARA FALLS, ON  L2G0A4

ANDREE LABARGE

ELLENBURG  DEPOT, NY  12935

ANDREE LABARGE
5167 ROUTE 11
ELLENBURG DEPOT, NY  12935

ANDREE MATHIEU
380 VIOLETTE
OTTERBURN PARK, QC  J3H5V1

ANDREE PROULX
50 WHITNEY LANE
BOXBOROUGH, MA  01719

ANDREE ROBERT
576 LAKESHORE ROAD
BEACONSFIELD, QC  H9W 4K4

ANDREE TURBIDE
2363 PRINCE ALBERT ST
FAGUENAY, QC  G7B4T7

ANDREI VASILEV
2748 BRADY
SAINT LAZARE, QC  J7T2A1

ANDRES 1HOFSTAETTER
975 MOUNTAIN VEIW RD
OTTOWA, ON  K2B5K2

ANDRES ANDRADE
10 BRITTON RD
BRISTOL, CT  06010

ANDRES RODRIGUEZ
60 EVERETT ST
FITCHBURG, MA  01420

ANDRES TURINO HURTADO
770 SEDORE AVENUE
WILLOW BEACH, ON  L0E1S0

ANDRES TURINO HURTADO
770 SEDORE AVENUE
WILLOW BEACH, ON  L0E1S0

ANDREW ABRAHAM
487 WALCK RD
NORTH TONAWANDA, NY  14120

ANDREW ABRAMOWITZ
50 FAIRCHILD DRIVE
AMHERST, NY  14226

ANDREW ALBETSKI
114 SPINNAKER CIRCLE
DAYTONA BEACH, FL  32119

ANDREW AMOUR
78 SANDHILL RD
ESSEX JUNCTION, VT  05452

ANDREW ANDERSON
5404 TORREY PINES DR
KALAMAZOO, MI  49009

ANDREW APPLEBEE
3000 GULFSHORE BLVD N 308
NAPLES, FL  34103

ANDREW APPOLD
3185 RIVER RD
TOLEDO, OH  43614

ANDREW ARBUCKLE
36 FIDDLERS GREEN
KIRKLAND, QC  H9H3G8

ANDREW ARCHER
36 WATSON WAY
POWELL, OH  43065

ANDREW ARMSTRONG
182 WILLOW FARM LANE
AURORA, ON  L4G6K5

ANDREW BACHLY
27 NIXON ROAD
BOLTON, ON  L7E1J7

ANDREW BAK
345 BUCKLAND HILLS DRIVE APT72332
MANCHESTER, MA  06042

ANDREW BALODIS
,


ANDREW BARON
20 PATRICIA DRIVE
LEOMINSTER, MA  01453

ANDREW BEAUPRE
2882C CEDARWOOD DR
OTTAWA, ON  K1V 7R1

ANDREW BECKMAN
4564 VISTA MEADOWS DR
BATAVIA, OH  45103

ANDREW BEER
2721 MARYLAND AVE
FLOSSMOOR, IL  60422

ANDREW BENKO
2215 WEDGEWOOD DRIVE
DUBUQUE, IA  52002

ANDREW BLACK
1499 RIVERCREST
PERRYSBURG,   43551

ANDREW BLACK
20 COLBORNE ST W
OSHAWA, ON  L1G1L4

ANDREW BLACK
325 WEST INDIANA AVENUE
PERRYSBURG, OH  43551

ANDREW BLANCHARD
59 HUNTINGTON LANE
ST CATHARINES, ON  L2S 3R5

ANDREW BOEKELOO
4024 JENNINGS
KALAMAZOO, MI  49048

ANDREW BOOTS
27 MOSE COOK RD
HOGANSBURG, NY  13655

ANDREW BOUTHILLER
PO BOX 817
STURBRIDGE, MA  01566

| |
|---|
| ANDREW BOZEK<br>3808 RIVERWOOD LANE<br>ORILLIA, ON  L3V6H2 |
| ANDREW BRIDGWATER<br>38 KRIEGHOFF DRIVE<br>HAMILTON, ON  L9B 2L4 |
| ANDREW BROWN<br>455 SUNNEHANNA DRIVE<br>MYRTLE BEACH, SC  29588 |
| ANDREW BUONO<br>6 CAROLINA AVE<br>ASHBURNHAM, MA  01430 |
| ANDREW CAIRD<br>20 SPEERS RD UNIT 603<br>OAKVILLE, ON  L6K 3R5 |
| ANDREW CAIRD<br>603-20 SPEERS RD<br>OAKVILLE, ON  L6K 3R5 |
| ANDREW CAMPBELL<br>10 BLUFF DRIVE<br>LYMAN, ME  04002 |
| ANDREW CHAMBERLAIN<br>716 ADAMS ST<br>HOBOKEN, NJ  07030 |
| ANDREW CHANDLER<br>6 CEDARHILL DR<br>OTTAWA, ON  K2R1B6 |
| ANDREW CHARLES<br>161 PROSPECT STREET<br>KALAMAZOO, MI  49006 |
| ANDREW CHASE<br>1 KLINE STREET<br>LYON MT, NY  12952 |
| ANDREW CHIPOURAS<br>125 MONTEROY RD<br>ROCHESTER, NY  14618 |
| ANDREW COPELAND<br>115VENTURE BLVD<br>COLLINGWOOD, ON  L9Y0B6 |
| ANDREW COSGROVE<br>81 GOODWIN DRIVE<br>GUELPH, ON  N1L 1R6 |
| ANDREW COUELL<br>34 VENTURA<br>ORCHARD PARK, NY  14127 |
| ANDREW CRACCO<br>46 BRITTANY FARMS RD APT 231<br>NEW BRITAIN, CT  06053 |
| ANDREW CZITROM<br>4074 MEDLAND DRIVE<br>BURLINGTON, ON  L7M4Z6 |
| ANDREW DALTON<br>150 S GARDNER AVE<br>BATTLE CREEK, MI  49037 |
| ANDREW DEMPSTER<br>250 SHIELDS COURT<br>MARKHAM, ON  L3R 9W7 |
| ANDREW DEMPSTER<br>250 SHIELDS COURT<br>MARKHAM, ON  L3R9W7 |
| ANDREW DESANTIS<br>7240 BALLA DRIVE<br>NORTH TONAWANDA, NY  14120 |
| ANDREW DESJARDINS<br>55 NORTH NANCY STREET<br>STIRLING, ON  K0K3E0 |
| ANDREW DOBIE<br>3 FIRST ST SOUTH<br>STONEY CREEK, ON  L8G1P7 |
| ANDREW DODGES<br>47 COLLINS AVE<br>BUFFALO, NY  14224 |
| ANDREW DONIHEE<br>447 YORK ST<br>CORNWALL, ON  K6J3Z6 |
| ANDREW DUPOIS<br>3 HICKORY TREE ROAD<br>TORONOT, ON  M9N 3W5 |
| ANDREW DUPUIS<br>3 MOUNT PLEASANT RD<br>OXFORD, MA  01540 |
| ANDREW EDWARDS<br>10 TSSE MONET<br>POINTE CALIRE, QC  H9R 6C2 |
| ANDREW EDWARDS<br>17 PAULSTOWN CRES<br>GUELPH, ON  N1G5H7 |

| |
|---|
| ANDREW EISENHAUER<br>13 S MILLBACH RD<br>NEWMANSTOWN, PA  17073 |
| ANDREW FAWTHROP<br>6800 RIVERVIEW DRIVE<br>CORNWALL, ON  K6H 7M1 |
| ANDREW FELKER<br>69 STEELE VALLEY COURT<br>WHITBY, ON  L1R 2M3 |
| ANDREW FELLER<br>2205 SEQUOIA DRIVE<br>JACKSONVILLE, IL  62650-9502 |
| ANDREW FERGUSON<br>2981 HILLCREST RD<br>BELVIDERE, IL  61008 |
| ANDREW FERRI<br>10941 NIAGARA RIVER PARKWAY<br>NIAGARA FALLS, ON  L2E 6S6 |
| ANDREW FISHER<br>419 CUMBERLAND HEAD RD<br>PLATTSBURGH, NY  12901 |
| ANDREW FRASER<br>523 RUE MACQUET<br>ILE BIZARD, QC  H9C 2S4 |
| ANDREW FRIEDLAND<br>157 RUSTIC RIDGE DR.<br>PGH, PA  15239 |
| ANDREW GASKIN<br>182 PARADISE RD N<br>HAMILTON, ON  L8S 3T1 |
| ANDREW GILLESPIE<br>32 WOODFIELD ROAD<br>TORONTO, ON  M4L2W3 |
| ANDREW GILMOUR<br>296 MILL ROAD<br>TORONTO, ON  M9C 4X8 |
| ANDREW GORDON<br>1706 MERRITTVILLE HWY<br>WELLAND, ON  L3B 5N5 |
| ANDREW GORDON<br>1706 MERRITVILLE HWY RR2<br>WELLAND, ON  L3B 5N5 |
| ANDREW GORDON<br>43 STONEY BROOK CRESCENT<br>ST CATHARINES, ON  L2S 3R4 |
| ANDREW GOULDER<br>2109 W COOMBS RD<br>LAKE CITY, MI  49651 |
| ANDREW GREGG<br>7407 GUNSTOCK DR<br>LAKELAND, FL  33809 |
| ANDREW GRICE<br>188 HIGHBURY DRIVE<br>STONEY CREEK, ON  L8J3T6 |
| ANDREW GRICE<br>188 HIGHBURY DRIVE<br>STONEYCREEK, ON  L8J3T6 |
| ANDREW GRIEB<br>159 CARDINAL LN<br>GRAND ISLAND, NY  14072 |
| ANDREW GRIMM<br>243 MANHATTAN AVENUE<br>BUFFALO, NY  14214 |
| ANDREW GUEST<br>1298 MAIN ST<br>HOLDEN, MA  01520 |
| ANDREW GUSTAFSON<br>4037 BARTLETT CT<br>BURLINGTON, ON  L7L 2A1 |
| ANDREW HACK<br>479 GERMANTOWN RD<br>WEST MILFORD, NJ  07480 |
| ANDREW HALL<br>4416 FARNHAM AVE<br>PORTAGE, MI  49002 |
| ANDREW HAMMOND<br>2 FIELDSTONE CT<br>GRAFTON, MA  01519 |
| ANDREW HAWEL<br>5 LENA STREET<br>ARNPRIOR, ON  K7S 0A4 |
| ANDREW HEALD<br>18 CLEARVIEW AVE<br>WORCESTER, MA  01605 |
| ANDREW HENDERSON<br>3722 ROLLING ACRES DRIVE<br>NIAGARA FALLS, ON  L2J3B9 |

ANDREW HERON
17 HORNING DR
HAMILTON, ON  L9C 6L2

ANDREW HERON
17 HORNING DRIVE
HAMILTON,  L9C 6L2

ANDREW HIGGINS
235 BROOKS ST
WORCESTER, MA  01606

ANDREW HOUZENGA
15414B IDEAL ROAD
THOMSON, IL  61285

ANDREW INFANTE
8263 OAKWAY LANE
WILLIAMVILLE, NY  14221

ANDREW J DVORNSKI
12 MILLER AVENUE
BLASDELL, NY  14219

ANDREW JAFOLLA
92 BEECHWOOD DRIVE
SHREWSBURY, NJ  07702

ANDREW JEFFERIS
1604 TERRIE DR
PITTSBURGH, PA  15241

ANDREW KACZYNSKI
13 N BAY XING
COLUMBIA, SC  29229

ANDREW KAMPEN
3616 NORTH 26 ST
KALAMAZOO, MI  49048

ANDREW KARECKAS
7 SEVENTEENTH STREET
TORONTO, ON  M8V3K2

ANDREW KERR
APT J-2  1477 BAYVIEW AV
TORONTO, ON  M4G3B2

ANDREW KESSLER
.

ANDREW KLAYMAN
207 HADDINGTON AVE
TORONTO, ON  M5M 2P7

ANDREW KNIPPER
10 IRONIA RD
FLANDERS, NJ  07836

ANDREW KOCHAN
5925 HENNEPIN CRES
NIAGARA FALLS, ON  L2G2Z8

ANDREW KOLEKAMP
7432 10 MILE RD NE
ROCKFORD, MI  49341

ANDREW KRAJEWSKI
3991 SUMMERWAY LANE
HAMBURG, NY  14075

ANDREW KRUZEL
617 CAMELLIA CT
SANFORD, FL  32771

ANDREW KUJAVSKY
23 NORTHGATE ST
OTTAWA, ON  K2G 6C8

ANDREW KUNICA
LPH4 - 60 OLD MILL RD
OAKVILLE, ON  L6J7V9

ANDREW L FELLER
2205 SEQUOIA DRIVE
JACKSONVILLE, IL  62650-9502

ANDREW LANGEVIN
515 SQUAW ROCK RD EXT
DANIELSON, CT  06239

ANDREW LAUFFER
2258 PINNACLE COURT
ERIE, PA  16506

ANDREW LAWTON
3307 MUNSTER ROAD
RICHMOND, ON  K0A2Z0

ANDREW LEITH
240 OLD PLANK ROAD
BUTLER, PA  16002

ANDREW LOVETT
4904 BOYDSON DR
TOLEDO, OH  43623

ANDREW MACKAY
382 GOLF COURSE RD
CONESTOGO, ON  N0B 1N0

ANDREW MACLENNAN
612 HIGHVALLEY RD
ANCASTER, ON  L9G 3X3

| |
|---|
| ANDREW MAJEWSKI<br>1680 CAMBRIDGE CT<br>BETHLEHEM, PA  18015 |
| ANDREW MALKOSKI<br>41 FEDERAL HILL ROAD<br>OXFORD, MA  01540 |
| ANDREW MANGAN<br>160 GROVE AVENUE<br>WILMINGTON, MA  01887 |
| ANDREW MARTIN<br>3 BUTTERCUP COURT<br>WATERFORD, NY  12188 |
| ANDREW MARTINS<br>5678 GOLDENBROOK DRIVE<br>MISSISSAUGA, ON  L5M3W4 |
| ANDREW MATHESON<br>660 WELHAM RD<br>BARRIE, ON  L4N 9A1 |
| ANDREW MCBRIDE<br>85 EMPIRE DRIVE<br>BARRIE, ON  L4M0A9 |
| ANDREW MCINTIRE<br>821 BRIDGETOWN PASS<br>MOUNT PLEASANT, SC  29464 |
| ANDREW MCINTOSH<br>294 RESERVOIR RD<br>NEWINGTON, CT  06111 |
| ANDREW MEYER<br>5645 LAKEVIEW<br>NEWPORT, MI  48166 |
| ANDREW MEYER<br>6956 LAKESHORE DR<br>NEWPORT, MI  48166 |
| ANDREW MILLER<br>PO BOX 13<br>MECHANICSBURG, IL  62545 |
| ANDREW MINK<br>67 CLUB ROAD<br>PLATTSBURGH , NY  12903 |
| ANDREW MOHLMAN<br>594 RAMSEY LANE<br>PLEASANT LAKE, MI  49272 |
| ANDREW MOONEY<br>41 ROC ETAM ROAD<br>RANDOLPH, NJ  07869 |
| ANDREW MORING<br>21 METCALF ST<br>WORCESTER, MA  01609 |
| ANDREW MOSKO<br>8111 TIMBER RIDGE RD<br>CONWAY, SC  29526 |
| ANDREW MURRAY<br>2436 HARGOOD PLACE<br>MISSISSAUGA, ON  L5M3G5 |
| ANDREW NEWMAN<br>2066 W CR 52<br>TIFFIN, OH  44883 |
| ANDREW NIVEN<br>5204 WILLMOTT STREET<br>NIAGARA FALLS, ON  L2E 2A5 |
| ANDREW NORMAN<br>53 BAMBOO GROVE<br>DON MILLS, ONTARIO  M3B2C9 |
| ANDREW NOWACK<br>139 CONKLING STREET<br>BASKING RIDGE, NJ  07920 |
| ANDREW NOWAKOWSKI<br>7941 FOXE DRIVE<br>NIAGARA FALLS, ON  L2H2W2 |
| ANDREW OCASION<br>5564 FREDOINA DR<br>NIAGARA FALLS, ON  L2J3M9 |
| ANDREW ODIEN<br>267 MCCONKEY DRIVE<br>TONAWANDA, NY  14223 |
| ANDREW OLBRYCHT<br>41 EGAN CRES<br>BOLTON, ON  L7E5W5 |
| ANDREW OLIVER<br>33 HERITAGE GROVE CRESCENT<br>STITTSVILLE, ON  K2S1R2 |
| ANDREW ORR<br>22 WILLINGDON AVE<br>LONDON, ON  N6A3Y6 |
| ANDREW P BUCKLIN<br>4244 DOMINION DRIVE<br>ERIE, PA  16510 |

| |
|---|
| ANDREW PEARSON<br>61 HEINTZMAN ST<br>TORONTO, ON  M6P5A2 |
| ANDREW PEREIRA<br>208 SURF DRIVE<br>MASHPEE, MA  02169 |
| ANDREW PHILLIPS<br>91 HARWOOD GATE<br>BEACONSFIELD, QC  H9W3A4 |
| ANDREW PIRCH<br>43124 M43<br>PAW PAW, MI  49079 |
| ANDREW POST<br>5445 WEST ROSEBUD CT<br>KENTWOOD, MI  49512 |
| ANDREW POSTE<br>845 4TH AVE A WEST<br>OWEN SOUND, ON  N4K6L5 |
| ANDREW PROKOPICH<br>BOX 524<br>ALLISTON, ON  L9R 1V7 |
| ANDREW PRONKO<br>7061 W TRENTON WAY<br>FLORENCE, AZ  85132 |
| ANDREW R MAST<br>1972 N 1200TH AVE<br>LIBERTY, IL  62347 |
| ANDREW RAE<br>1314 SHANNON DRIVE<br>NORMAL, IL  61761 |
| ANDREW RAFFAELE<br>55 WOODSIDE AVE<br>LEOMINSTER, MA  01453 |
| ANDREW REITKNECHT<br>6 WALMSLEY BLVD<br>TORONTO, ON  M4V1X6 |
| ANDREW ROENIGK<br>801 EKASTOWN RD<br>SARVER, PA  16055 |
| ANDREW ROYKO<br>7 DALE MEADOW WAY<br>MARKHAM, ON  L6E1B5 |
| ANDREW SANBORNWHITEMAN<br>2560 QUAKEZIK<br>HASTINGS, MI  49058 |
| ANDREW SARAFINO<br>47 MONTROSE LANE<br>PAWLEYS ISLAND , SC  29585 |
| ANDREW SCHEIBEL<br>202 HOLLY HILL DR<br>PITTSBURGH, PA  15237 |
| ANDREW SCHULTZ<br>4025 DANIELS RD<br>RANSONVILLE, NY  14131 |
| ANDREW SCIPIO DEL CAMPO<br>1236 HILLSBORO MILE 105<br>HILLSBORO BEACH, FL  33062 |
| ANDREW SCIPIO DEL CAMPO<br>1236 HILLSBORO MILE<br>HILLSBORO BEACH, FL  33062 |
| ANDREW SCIPIO DELCAMPO<br>1236 HILLSBRO MAIL<br>HILLSBOROUGH BEACH, FLA  33062 |
| ANDREW SHAHEEN<br>220  PASKUNGAMEH RD<br>TUPPER LAKE, NY  12986 |
| ANDREW SHAHEEN<br>220 PASKUNGAMEH RD<br>TUPPER LAKE, NY  12986 |
| ANDREW SHANKLAND<br>209 YONGE STREET<br>KINGSTON, ON  K7M 1G2 |
| ANDREW SHERWOOD<br>1 WOOTTEN WAY SOUTH UNIT 31<br>MARKHAM, ON  L3P3H7 |
| ANDREW SIEDLECKI<br>461 MOUNTAIN VIEW DRIVE<br>LEWISTON, NY  14092 |
| ANDREW SILVER<br>44 COURT STREET<br>CANTON, NY  13617 |
| ANDREW SILVERSTON<br>PO BOX 428<br>THOMPSON, CT  06277 |
| ANDREW SIMON<br>1215-103 THE QUEENSWAY<br>TORONTO, ON  M6S 5B3 |

| |
|---|
| ANDREW SOLOPERTO<br>25 GLEN ELLEN ROAD<br>WORCESTER, MA  01602 |
| ANDREW SOUTIERE<br>12 SUNSET DRIVE<br>VERGENNES, VT  05491 |
| ANDREW STEANE<br>12 JANUARY COURT<br>BRAMPTON, ONTARIO  L6Y5L4 |
| ANDREW STEWART<br>87 DAWLISH AVE<br>AURORA, ON  L4G6R4 |
| ANDREW STRATIS<br>2 CHESTER STREET<br>WORCESTER, MA  01605 |
| ANDREW SZOLNOKY<br>2407 LONG ROAD<br>GRAND ISLAND, NY  14072 |
| ANDREW TAYLOR<br>200 FEATHERSTONE RD<br>MILTON, ON  L9T6K3 |
| ANDREW THOMPSON<br>521 LAKEVIEW DR<br>SHERMAN, IL  62684 |
| ANDREW TORRES<br>50 CELIA STREET<br>FALL RIVER, MA  02720 |
| ANDREW TOYNTON<br>143 LOON AVE<br>BARRIE, ON  L4N 8X2 |
| ANDREW TREDO<br>584 TAUNTON PL<br>BUFFALO, NY  14216 |
| ANDREW TUBERSON<br>126 SPARTAN DRIVE<br>BETHEL PARK, PA  15102 |
| ANDREW TURNER<br>2501 MAINROYAL STREET<br>MISSISSAUGA, ON  L5L1E1 |
| ANDREW VAJCOVEC<br>27238 PUNTA CABELLO CT<br>PUNTA GORDA, FL  33983 |
| ANDREW VAN METER<br>11774 COBB LK RD<br>MIDDLEVILLE, MI  49333 |
| ANDREW VANNI<br>168 GRANT AVE<br>MEDFORD, MA  02155 |
| ANDREW VROOMAN<br>63 STANTON STREET<br>WORCESTER, MA  01605 |
| ANDREW WAKEFIELD<br>406-49 ST CLAIR AVE W<br>TORONTO, ON  M4V 1K6 |
| ANDREW WALKER<br>45 WOODSTREAM BLVD<br>FONTHILL, ON  L0S1E1 |
| ANDREW WALTON<br>580 DENISON ST<br>MARKHAM, ON  L3R 1B9 |
| ANDREW WALTON<br>580 DENISON ST<br>MARKHAM, ON  L3R1B9 |
| ANDREW WARD<br>263 FAIRWAY CIRCLE<br>NAPLES, FL  34110 |
| ANDREW WATSON<br>12 FOXHOUND RUN<br>SARATOGA SPRINGS, NY  12866 |
| ANDREW WENK<br>127 NANCYCREST LANE<br>WEST SENECA, NY  14224 |
| ANDREW WHITE<br>127 KUHL RD<br>FLEMINGTON, NJ  08822 |
| ANDREW WHITE<br>65 SCHMITZ TERRACE<br>MOUNT ARLINGTON, NJ  07856 |
| ANDREW WILBURN<br>105 STURBRIDGE LANE<br>EVANS CITY, PA  16033 |
| ANDREW WILDEBOER<br>193398 AMARANTH EAST LUTHER TOWNLINE<br>GRAND VALLEY, ON  LON 1GO |
| ANDREW WOOD<br>12405 CHURCHILL ROAD<br>RIVES JUNCTION , MI  49277 |

| |
|---|
| ANDREW WOODS<br>20 BERKSHIRE ST<br>PALMER, MA  01069 |
| ANDREW WRIGHT<br>36-21 ST JOHNS DRIVE<br>ARVA, ON  N0M1C0 |
| ANDREW WYNS<br>4122 DAVIS DRIVE<br>CEDAR VALLEY, ON  L0G1E0 |
| ANDREWE JOHNSON<br>16221 E EPWORTH SPRINGS ROAD<br>LEWISTOWN, IL  61542 |
| ANDREY KULBACHENKO<br>1570 ANDERSON LN<br>BUFFALO GROVE, IL  60089 |
| ANDRIA HAZEN<br>15 COUGHLIN ROAD<br>BARRIE, ON  L4N 8S5 |
| ANDRZEJ CHRUSCINSKI<br>152 DE GRASSI STREET<br>TORONTO, ON  M4M2K7 |
| ANDY BARD<br>194 MACRAE RD<br>COLCHESTER, VT  05446 |
| ANDY BICK<br>3837 WASHBURN RD<br>BERKEY, OH  43504 |
| ANDY BOESKY<br>4775 S, VANKAL RD.<br>MATTAWAN, MI  49071 |
| ANDY HARDING<br>178 KING STREET<br>TORONTO, ON  M9N1L7 |
| ANDY LAMOVSEK<br>1408 CARMEN DRIVE<br>MISSISSAUGA, ON  L5G3Z1 |
| ANDY MONSON JR<br>5265 124TH AVENUE<br>FENNVILLE, MI  49408 |
| ANDY NICHOLS<br>521 WOODBRIDGE RD<br>SPRINGFIELD, IL  62711 |
| ANDY PEUGH<br>11003 N JASON DR<br>DUNLAP, IL  61525 |
| ANDY SCHAEFLER<br>13 BRANDY CT<br>TORONTO, ON  M3B 3L3 |
| ANDY THOMAS<br>154 DUNDAS STREET E<br>DUNDAS, ON  L9H 7K7 |
| ANDY WEGNER<br>2310 NORTHBRIDGE DRIVE<br>NORMAL, IL  61761 |
| ANDYY BICK<br>3837 WASHBURN RD<br>BERKEY, OH  43504 |
| ANERAHTONNI PHILLIPS<br>PO BOX 679<br>KAHNAWAKE, QC  J0L 1B0 |
| ANETA MCDONALD<br>51 MAHOGANY CRT<br>AURORA, ON  L4G 6M8 |
| ANETTE WINSLOW<br>40 BRENTWOOD ROAD<br>OAKVILLE, ON  L6J4B6 |
| ANETTEJ WINSLOW<br>48 ALEXANDER DRIVE<br>OAKVILLE, ON  L6J4B4 |
| ANGEE MCCORMACK<br>325 106TH AVE<br>PLAINWELL, MI  49080 |
| ANGEL DUPUIS<br>600 GEORGINA AVE<br>HAILEYBURY, ON  P0J 1K0 |
| ANGEL L RIVERA<br>183 AUSTIN ST<br>NEW BEDFORD, MA  02740 |
| ANGEL OTTE<br>PO BOX 61873<br>FORT MYERS, FL  33906 |
| ANGEL PELLOT<br>P O BOX 12144<br>WILMINGTON, NC  28405 |
| ANGEL RIVERA<br>597 N AIRLITE ST<br>ELGIN, IL  60123 |

| |
|---|
| ANGEL RIVERA |
| 597 N. AIRLITE ST. |
| ELGIN, IL  60123 |
| ANGELA AGNELLO AGNELLO |
| 2523 SHELLY DRIVE |
| INDIANA, PA  15701 |
| ANGELA AGNELLO |
| 2523SHELLY DR |
| INDIANA, PA  15701 |
| ANGELA AIELLOKINNEY |
| 404 LAKEVIEW DRIVE |
| SHERMAN, IL  62684 |
| ANGELA ALEWELT |
| 2510 NEIL STREET |
| SPRINGFIELD, IL  62707 |
| ANGELA ALLARD |
| 6 IODINE SPRINGS ST |
| SOUTH HERO, VT  05486 |
| ANGELA ANDERSON |
| 4 ELIZABETH COURT |
| ELKHART, IL  62634 |
| ANGELA ANDERSSON |
| 1603 PORTCASTLE CIR |
| WINTER GARDEN, FL  34787 |
| ANGELA ARMSTRONG |
| 577 PHEASANT TRAIL |
| METAMORA, IL  61548 |
| ANGELA BAERWALDE |
| 680 REECE COURT |
| LOWELL, MI  49331 |
| ANGELA BAGWELL |
| 16298 OAK LANE |
| THREE RIVERS, MI  49093 |
| ANGELA BAILEY |
| 1149 ANTHONY BEACH RD |
| PENN YAN, NY  14527 |
| ANGELA BARREY |
| 38 OLD INDIAN TRAIL |
| LAGOON CITY, ON  L0K1B0 |
| ANGELA BARSE |
| 2635 STATE ROUTE 11B |
| BANGOR, NY  12966 |
| ANGELA BARTLEY |
| 4603 W KNOBOAK DR |
| PEORIA, IL  61615 |
| ANGELA BATTON |
| 4512 BLACKWOLF RD |
| SPRINGFIELD, IL  62711 |
| ANGELA BEAN |
| 13 GWEN DRIVE |
| AUBURN, MA  01501 |
| ANGELA BERG |
| 28 MADISON ST |
| AMESBURY, MA  01913 |
| ANGELA BICKMORE |
| 6489 WHEATFIELD |
| GREELY, ON  K4P 1E8 |
| ANGELA BLACKBURN |
| 212 OAKWOOD CIRCLE |
| WASHINGTON, IL  61571 |
| ANGELA BOLDT |
| 930 HOLLMAN ST |
| PLATTEVILLE, WI  53818 |
| ANGELA BOLEY |
| 527-A VILLAGE ROAD NE |
| LELAND, NC  28451 |
| ANGELA BOYCE |
| 19 ELMSLEY ST SOUTH |
| SMITHS FALLS, ON  K7A3P1 |
| ANGELA BOYCE |
| 6692 FOURTH LINE RD |
| NORTH GOWER, ON  K0A2T0 |
| ANGELA BRUZZESE |
| 105 DULGAREN ST |
| HAMILTON, ON  L8W3Y8 |
| ANGELA BUCHANAN |
| 330 JULIE CT |
| CHATHAM, IL  62629 |
| ANGELA BURDETTE |
| 6411 HORIZON POINT DRIVE |
| LAKELAND, FL  33813 |
| ANGELA BUZZELL |
| 95 WYOMING DRIVE |
| HOLDEN, MA  01520 |
| ANGELA CAMPBELL |
| 6570 CASSIDY |
| MONTREAL, QC  H4B1G1 |

ANGELA CANNON
193 N 22ND
BATTLE CREEK, MI  49015

ANGELA CANOVA
23 FRANDEL DRIVE
AVON, CT  06001

ANGELA CARAVELLA
2335 WEST LIVINGSTON STREET APT P1E
ALLENTOWN, PA  18104

ANGELA CELEONE
11 MERCY COURT
ALBANY, NY  12205

ANGELA CHISLER
1651 DAYS RUN ROAD
FAIRVIEW, WV  26570

ANGELA CHOUDETZANAKIS
20 VICTORIA
POINTE-CLAIRE, QC  H9S 4S3

ANGELA CHRISTOPHER
3411 SWEET HOME RD
WEST AMHERST, NY  14228

ANGELA CIOLINO
9 MORTON PLACE
GLOUCESTER, MA  01930

ANGELA CIUPAK
34 BLUEGRASS CRESCENT
ST CATHARINES, ON  L2P 0A7

ANGELA CLAPHAM
23155 ADELA AVENUE
PORT CHARLOTTE, FL  33952

ANGELA CLARK
26 HARRIS ST
WEBSTER, MA  01570

ANGELA COLLINS
45 EMPIRE CRES
COURTICE, ON  L1E1C9

ANGELA COLONNA
94 BARNES ROAD
WASHINGTONVILLE, NY  10992

ANGELA CONZONE
428 SEYMOUR ST
OGDENSBURG, NY  13669

ANGELA COUSINO
106 PICKEREL BLVD
LONGS, SC  29568

ANGELA CRONEN
319 S 16TH STREET
OTSEGO, MI  49078

ANGELA CUPP
22728 PINHOOK RDQ
MENDON, MI  49072

ANGELA CURATOLO
318 MAIN ST
OGDENSBURG, NY  13669

ANGELA D KALESKAS
5623 RIVER SOUND TER
BRADENTON, FL  34208

ANGELA DAVIS
2736 YORK ROAD
SPRINGFIELD, IL  62703-4944

ANGELA DAVIS
482 RIDGEMONT DRIVE
PITTSBURGH, PA  15220

ANGELA DAVIS
PO BOX 443
NAPLES, NY  14512

ANGELA DEMAKE
26 MODOC STREET
WORCESTER, MA  01604

ANGELA DEMIDERIOS
71 GIVSON RD
RISSO, RI  02809

ANGELA DEPOUW
71 HUGHEY ST
MUSKEGON, MI  49445

ANGELA DERRICK
1604 FAYETTE AVE
WASHINGTON, IL  61571

ANGELA DI MILLO
87 SILVERADO TRAIL
WOODBRIDGE, ON  L4H1W4

ANGELA DI SALVO
75 LIONSGATE AVE
HAMILTON , ON  L9C 6X7

ANGELA DI SALVO
75 LIONSGATE AVE
HAMILTON, ON  L9C 6X7

ANGELA DIAS
3390 HOLT RD
BOWMANVILLE, ON  L1C3K4

ANGELA DIDONNA
98 GRAFTON ST
MILLBURY, MA  01527

ANGELA DIMARTINO
202 W 7TH STREET
DUNKIRK, NY  14048

ANGELA DOCIMO
12 JUNIPER HILL RD
WARE, MA  01085

ANGELA DOMINICUCCI
727 DU SOUVENIR
SAINT EUSTACHE, QC  J7R5C5

ANGELA DON-CAROLIS
1881 CENTURY RD WEST
NORTH GOWER, ON  K0A 2T0

ANGELA DON-CAROLIS
1881 CENTURY RD WEST
OTTAWA, ON  K0A2T0

ANGELA DOW
307 PROSPECT STREET
WEST BOYLSTON, MA  01583

ANGELA DUKEMAN
6628 QUONSET ROAD
BRADENTON, FL  34203

ANGELA DUMLER
10714 RIEDELL DR
KALAMAZOO, MI  49009

ANGELA ECKLUND
222 JACQUELINE BLVD
HAMILTON, ON  L9B2T6

ANGELA ECKLUND
222 JACQUELINE BLVD
HAMILTON, ON  L9B2T6

ANGELA ELLIS
22 HILL ST
LITTLE VALLEY, NY  14755

ANGELA ENGLERT
40241 ENTERPRISE RD
DADE CITY, FL  33525

ANGELA FAGAN
14031 OAK CHAPEL
GRAND HAVEN, MI  49417

ANGELA FARLEY
3943 WINDCHIME LANE
LAKELAND, FL  33811

ANGELA FORKAPA
1932 COE CT
PERRYSBURG, OH  43551

ANGELA G COOLIN
6449 PRINCE OF WALES DR
OTTAWA, ON  K0A 2T0

ANGELA GALEONE
292 HICKORY
POINTE CLAIRE, QC  H9R5S3

ANGELA GARDNER
4257 HERDMANS CIRCLE
MAUMEE, OH  43537

ANGELA GILL
120 N WAVERLY LAKE RD
FRANKLIN, IL  62638

ANGELA GOSSELIN
2855 CHEMIN ST-ROCH
SHERBROOKE, QC  J1R0H3

ANGELA GUILLETTE
6408 W HAZELNUT DR
EDWARDS, IL  61528

ANGELA HALL
34 HIGHLAND TERRACE
BRADFORD, ON  L3Z 3E8

ANGELA HAMILTON
119 DEER CREEK
ROCHESTER, IL  62563

ANGELA HARNDEN
111 RASMUSSEN
TRUFANT, MI  49347

ANGELA HARRIGAN
142 REYNOLDS ROAD
CHATEAUGAY, NY  12920

ANGELA HARRIGAN
142 REYNOLDS
CHATEAUGAY, NY  12920

ANGELA HATHY
131 MEADOW STREET
MCMURRAY, PA  15317

| |
|---|
| ANGELA HILST<br>16124 HILST ROAD<br>GREEN VALLEY, IL  61534 |
| ANGELA HIRANI<br>412 MEADOW STREET<br>OSHAWA, ON  L1L1C1 |
| ANGELA HOWARTH<br>199 PIN OAK CIRCLE<br>GRAND ISLAND, NY  14072 |
| ANGELA J WILLIAMS<br>4472 SUMMERLAKE DRIVE<br>NEW PORT RICHEY, FL  34653 |
| ANGELA JAFFARIAN<br>PO BOX 802<br>CHARLTON, MA  01507 |
| ANGELA JAHN<br>622 FOYMOUNT RD<br>EGANVILLE, ON  K0J 1T0 |
| ANGELA JENKINS<br>3663 NORTH SHORE RD<br>HADLEY, NY  12835 |
| ANGELA JEVREMOVIC<br>214 OLD MEADOW LANE<br>ROCKTON, IL  61072 |
| ANGELA JO GRABIAK<br>129 NORTH AVE<br>WASHINGTON , PA  15301 |
| ANGELA JOHN BAPTISTE<br>619 N ORIENT ST<br>KALAMAZOO, MI  49004 |
| ANGELA JOSEPH<br>696 SIXTH STREET<br>WEST PITTSBURG, PA  16160 |
| ANGELA KAMENDULIS<br>33 WILSON AVE<br>SPENCER, MA  01562 |
| ANGELA KELLY<br>PO BOX 242<br>STRASBURG, IL  62465 |
| ANGELA KINNEY<br>404 LAKEVIEW DRIVE<br>SHERMAN, IL  62684 |
| ANGELA KOWAL<br>3959 ECKHARDT RD<br>HAMBRUG, NY  14075 |
| ANGELA KOWAL<br>3959 ECKHARDT RD<br>HAMBURG, NY  14075 |
| ANGELA KOWAL<br>3959 ECKHARDT ROAD<br>HAMBURG, NY  14075 |
| ANGELA KUIPER<br>8177 BRANDON CIRCLE<br>MATTAWAN, MI  49071 |
| ANGELA L JOHNSTON<br>5127 BROMLEY RD<br>BURLINGTON, ON  L7L3E4 |
| ANGELA L SCOTT<br>15797 GRESHAM RD<br>MACKINAW, IL  61755 |
| ANGELA LEAVELLBARTZ<br>1572 LYNNVILLE WOODSON RD<br>MURRAYVILLE, IL  62694 |
| ANGELA LEAVELLBARTZ<br>1572 LYNNVILLE WOODSON RD<br>WINCHESTER, IL  62694 |
| ANGELA LEONARD<br>31 CARUSO GARDENS<br>AURORA, ON  L4G 3W5 |
| ANGELA LINTON<br>4041 OTTER TAIL CRES<br>OTTAWA, ON  K1V1R1 |
| ANGELA LOPER<br>107 MILL POND LN<br>ROYAL PALM BEACH, FL  33411 |
| ANGELA LOPEZ<br>2791 HICHORY RIDGE DRIVE<br>LAKELAND, FL  33813 |
| ANGELA LUGAR<br>57550 N MAIN ST<br>THREE RIVERS, MI  49093 |
| ANGELA LUTZI<br>444 EAST CENTER STREET<br>NAZARETH, PA  18064 |
| ANGELA LYONS<br>66 TANNER DR<br>FONTHILL, FL  L0S 1E4 |

| |
|---|
| ANGELA LYONS<br>66 TANNER DR<br>FONTHILL, ON  L0S 1E4 |
| ANGELA M BAERWALDE<br>680 REECE COURT<br>LOWELL, MI  49331 |
| ANGELA M BRIDI<br>1871 YARNALL ROAD<br>POTTSTOWN, PA  19464 |
| ANGELA M LEONE<br>7715 VINCENT STREET<br>NIAGARA FALLS, ON  L2H 3B8 |
| ANGELA M PAYNE<br>5158 S FREEMAN RD<br>ORCHARD PARK, NY  14127 |
| ANGELA MACKAY<br>42 LUBITZ RD<br>PEMBROKE, ON  K8A 6W6 |
| ANGELA MALLARE<br>18 LOCKHART CIRCLE<br>AMHERST, NY  14228 |
| ANGELA MALOCH<br>4 BEULAH AVENUE<br>HAMILTON, ON  L8P4G9 |
| ANGELA MARIE TANCREDI<br>44 OVERDALE AVE<br>WATERDOWN,  L0R2H4 |
| ANGELA MARSAGLIA<br>7904 UMBERTO CT<br>NAPLES, FL  34114 |
| ANGELA MARSHALL<br>2741 MAPLE STREET<br>FENWICK, ON  L0S 1C0 |
| ANGELA MARSHALL<br>3139 PRIMROSE LANE<br>YPSILANTI, MI  48197 |
| ANGELA MARTIN<br>205 N CHURCH ST<br>OWANECO, IL  62555 |
| ANGELA MAXWELL<br>389 WILLARD RD<br>MASSENA, NY  13662 |
| ANGELA MCCLINTON<br>536 12TH STREET<br>NIAGARA FALLS, NY  14305 |
| ANGELA MCCLINTON<br>53612 TH STREET<br>NIAGARA FALLS, NY  14301 |
| ANGELA MCINTYRE<br>131 JOHN DRIVE<br>CANONSBURG, PA  15317 |
| ANGELA MELGAR<br>71 FIELDING ST<br>WORCESTER, MA  01603 |
| ANGELA MIGEDT<br>21370 FAWN RIVER CT<br>GOSHEN, IN  46528 |
| ANGELA MILAZZO<br>92 HARTWELL ROAD<br>BUFFALO, NY  14216 |
| ANGELA MONGE<br>104 W JOSEPH ST<br>ROANOKE, IL  61561 |
| ANGELA MOREAU<br>545 VICTORIA ROAD NORTH<br>GUELPH, ON  N1E7M3 |
| ANGELA NERO<br>59 CHAPEL STRET NORTH<br>THOROLD, ON  L2V2E5 |
| ANGELA NORRIE<br>2718 PENETANGUISHENE RD<br>BARRIE, ON  L4M 4Y8 |
| ANGELA OHEN<br>4810 NEW HAVEN   COURT<br>MYRTLE BEACH, SC  29579 |
| ANGELA PAGGIOSSI<br>93 NOAH CRESCENT<br>WOODBRIDGE, ON  L4H1Z4 |
| ANGELA PALMIERI<br>7545 GOUIN EAST<br>MONTREAL, QC  H1E1A7 |
| ANGELA PAQUETTE<br>26 BLACK FALLS RD<br>RICHFORD, VT  05476 |
| ANGELA PAQUETTE<br>26 BLACK FALLS ROAD<br>RICHFORD, VT  05476 |

ANGELA PEARSALL
372 SHARON DRIVE
CHESHIRE, CT  06410

ANGELA PENNELL
104 BARRE DR NW
PORT CHARLOTTE, FL  33952

ANGELA PEREZ
2814 NE 1ST PL
CAPE CORAL, FL  33909

ANGELA PERKINS
1920 NE 24TH TER
CAPE CORAL, FL  33909

ANGELA PERRINE
640 RIVER OAKS DR 48H
MYRTLE BEACH, SC  29579

ANGELA PHELPS
50703 23RD ST
MATTAWAN, MI  49071

ANGELA PIETRANTONIO
6525 LAVOISIER
ST LEONARD, QC  H1P3N1

ANGELA PISCOPO
7547 DANVERS CIRCLE
PORT CHARLOTTE, FL  33981

ANGELA PITTMAN
14045 LULU RD
IDA, MI  48140

ANGELA RECHTINE
8510 WILLOW GLEN
HOLLAND, OH  43528

ANGELA ROBERGE KING
720 OAKLAND HILLS CIRCLE
LAKE MARY, FL  32746-5829

ANGELA ROBERTSON
9604 WEST BUCKINGHAM CT
MAPLETON, IL  61547

ANGELA RODE
920 E WESTLEIGH
LAKE FOREST, IL  60045

ANGELA RONDEAU
57-1095 MISSISSAUGA ST W
ORILLIA, ON  L3V6W7

ANGELA ROSS
40 LELAND DRIVE
CHARLTON, MA  01507

ANGELA ROY
12 MARK AVE
WORCESTER, MA  01570

ANGELA RUSHFORD
21 ADAMS ST
SPENCER, MA  01562

ANGELA SCHEINA
14 DEER MEADOW LANE
PETERSBURG, IL  62675

ANGELA SCHMIDT
7722 BOTTING ROAD
RACINE, WI  53402

ANGELA SCROGGINS
30 WILDWOOD ESTATES
PLATTSBURGH, NY  12901

ANGELA SIMERI
51266 COUNTY ROAD 11
ELKHART, IN  46514

ANGELA SIMPSON
1270 WAVERLY ROAD
DIMONDALE, MI  48821

ANGELA SINGH
136 COUNTRY CLUB DRIVE
CAMBRIDGE, ON  N1T2B6

ANGELA SLOAN OGDEN
46 ORCHARD DR
ORANGEVILLE, ON  L9V0A1

ANGELA SMALL
1311 GOLF CLUB RD
HANNON, ON  L0R1P0

ANGELA SMITH
496 CATAWBA DR
WADSWORTH, OH  44281

ANGELA SPADAFORA
3 HUME GATE
RICHMOND HILL, ON  L4C 5L9

ANGELA STAMM-PHILLIPS
7320 ERICA LANE
NORTH TONAWANDA, NY  14120

ANGELA STAUFFER
6705 76TH STREET
CALEDONIA, MI  49316

ANGELA STONE
PO BOX 766
MANISTEE, MI  49660

ANGELA STREET
2445 E NORTH UNION
BAY CITY, MI  48706

ANGELA TARQUINIO
250 NORRIS STREET
STEUBENVILLE, OH  43952

ANGELA TASSONE
24 FRUSTAC TRAIL
BOLTON, ON  L7E 2B6

ANGELA TASSONE
24 FRUSTAC TRAIL
BOLTON, ON  L7E2B6

ANGELA THETFORD
7059 OAK BLUFF
MAUMEE, OH  43537

ANGELA THOMPSON
PO BOX 1436
HOGANSBURG, NY  13655

ANGELA THOMPSON
PO BOX1436
HOGANS BURG, NY  13655

ANGELA TREGLIA
3 BRIDGETOWN DR
TORONTO, ON  M9C 2P3

ANGELA TRIPP
700 E CHESTNUT ST
MOUNT VERNON, OH  43050

ANGELA TRUCKS
1758 E LAKE MITCHELL DR
CADILLAC, MI  49601

ANGELA TSAI
2032 PHARMACY
SCARBOROUGH, ON  M1T1H8

ANGELA TSENG
39 LAKIN STREET
PEPPERELL, MA  01463

ANGELA WARD
,

ANGELA WEST
2323 MARENGO STREET
TOLEDO, OH  43614

ANGELA WHITE
888 SE SEAHOUSE DRIVE
PORT SAINT LUCIE, FL  34983

ANGELA WILEY
623 NORTH LAWN AVENUE
TAYLORVILLE, IL  62568

ANGELA WING
103 MAPLE STREET
GALESBURG, MI  49053

ANGELA WINGERD
10297 STONE QUARRY ROAD
RIGA, MI  49276

ANGELA WOODWORTH
3203 MACKINAW LANE
SPRINGFIELD, IL  62711

ANGELA ZARAKAS
2036 CHARLES LANE
AURORA, IL  60505

ANGELA ZITO
14 GREENFIELD
DOLLARD DES ORMEAUX, QC  H9G2N4

ANGELE AUBIN
411-4800 BOSSUET
MONTREAL, QC  H1M3S2

ANGELE BOUCHARD
82A FOLEY
VAL DOR, QC  J9P3C2

ANGELE GRENON
7960 RUE LATREILLE
QUEBEC, QC  G2K 1R4

ANGELICA CASSIDY
2 HOLLY RIDGE
OTTAWA, ON  K2S1C9

ANGELICA FENTON
3719 ROSE GLENN
TOLEDO, OH  43615

ANGELICA HARRIGAN
142 REYNOLDS ROAD
CHATEAUGAY, NY  12920

ANGELICA JACOBSEN
2142 1ST AVE N APT 3
ST PETERSBURG , FL  33713

ANGELICA MILLER
23537 HOLLIS STREET
PETERSBURG, IL  62675

ANGELINA BEYERL
1448 SOUTHWOOD DR
SURFSIDE BEACH, SC  29575

ANGELINA KERNOHAN
5 JULIE SIMARD
EASTMAN, QUEBEC  J0E 1P0

ANGELINA MAHEUX
263 HAMPDEN STREET
CHICOPEE, MA  01013

ANGELINA MARCHETTA
12115 41E AVENUE
MONTREAL, QC  H1E 2E9

ANGELINA MCKENNA
2550 GROUSE LANE
NIAGARA FALLS, ON  L2J4G3

ANGELINA MCKILLOP
11 POPPY LANE
LEVITTOWN, NY  11756

ANGELINE ARUMAINAYAGAM
314-3391 BLOOR ST W
TORONTO, ON  M8X 1G3

ANGELINE SEVERNS
12650 E COUNTY LINE RD
OAKFORD, IL  62673

ANGELIQUE CARLSON
PO BOX 1376
WARREN, MA  01083

ANGELIQUE DEHOYOS
3 SMALLWOOD ST
SPRINGFIELD, MA  01151

ANGELIQUE RAWLS
502 FERN CREEK LANE
CAROLINA BEACH, NC  28428

ANGELIQUE TSEVAS
27 HANLEY STREET
TORONTO, ON  M6S 2H3

ANGELITA TOBIAS
3494 HILLSIDE DR
YPSILANTI, MI  48197

ANGELLA LEE
93 WESTWOOD DRIVE APT 102
KITCHENER, ON  N2M2K7

ANGELLE LAPLUME
10 BELAIR
MANSONVILLE, QC  J0E1X0

ANGELO ANTONUCCI
1243 LINKS ROAD
MYRTLE BEACH, SC  29575

ANGELO BONETTI
9230 GABRIELLE-ROY
MONTREAL, QC  H1E-7B8

ANGELO CARLONE
38 RUE CALUMET
DOLLARD DES ORMEAUX, QC  H9B 2R7

ANGELO CARLONE
38 RUE CALUMET
DOLLARD DES ORMEAUX, QC  H9B2R7

ANGELO CARLONE
38 RUR CALUMET
DOLLARD DES ORMEAUX, QC  H9B 2R7

ANGELO DOS SANTOS
60 POMFRET ROAD
EASTFORD, CT  06242

ANGELO FALIVENA
87 LOCHEED DRIVE
HAMILTON, ON  L8T 4L5

ANGELO GARY
416 SEA TURTLE DR
MYRTLE BEACH, SC  29588

ANGELO INGRISELLI
652 ALGONQUIN DR
MIDLAND, ON  L4R4R4

ANGELO ITALIANO
25 RIVIERA RIDGE
STONEY CREEK, ON  L8E 5E6

ANGELO LEONE
159 RIVER ST
ROCHDALE, MA  01542

ANGELO LIBERTA
2225 CAMPBELL
DORVAL, QC  H9P 1L2

ANGELO MAUGERI
497 BUEL AVENUE
STATEN ISLAND, NY  10305

ANGELO MIRABILE
30 FOREST STREET
WHITINSVILLE, MA  01588-224

ANGELO MIRARCHI
1755 SOCRATE STREET
BROSSARD, QC  J4X 1L6

ANGELO MORASCYZK
215 LAKEVIEW DR
WASHINGTON, PA  15301

ANGELO NAPOLITANO
191 NIMITZ ROAD
WOONSOCKET , RI  02895

ANGELO NITSOPOULOS
11151 WESTON ROAD
WOODBRIDGE, ON  L4L 1A6

ANGELO PIZZARELLA
232 PLANTATION STREET
WORCESTER, MA  01604

ANGELO QUAGLIERI
396 RUE DE BEZIERS
LAVAL, QC  H7K 3S9

ANGELO RENDA
12705 41 AVE
MONTREAL, QC  H1E 2E6

ANGELO RENDA
12705 41 AVE
MONTREAL, QC  H1E2E6

ANGELO RITONDO
2123 DE SAUTERNES
VAUDREUIL, QC  J7V 0G2

ANGELO SPOTO
4444 BRENDENWOOD RD
ROCKFORD, IL  61107

ANGELO TATANO

HOUSTON, PA  15342

ANGELO TEDESCHI
9990 CHARTON
MONTREAL, QC  H2B 2C6

ANGELO VALENTINI
129 CHESTNUT STREET
WEST SPRINGFIELD, MA  01089

ANGIE BANH
111 ROQUEBRUNE
GATINEAU, QC  J8T7Y5

ANGIE COHEN
7642 HWY 61
LANCASTER, WI  53813

ANGIE DOOLEY
4654 WILD DEER CRT
ROSCOE, IL  61073

ANGIE FORKAPA
1932 COE CT
PERRYSBURG, OH  43551

ANGIE FOSTERGOODRICH
6949 E H AVE
KALAMAZOO, MI  49048

ANGIE HALVERSON
601 LARVIK LANE
STOUGHTON, WI  53589

ANGIE HILL
29 FOUNTAINVIEW WAY
BRAMPTON, ON  L6S 6K4

ANGIE JEROME
266 THE QUEENSWAY SOUTH
KESWICK, ON  L4P 0A3

ANGIE L DOSEMAGEN
830 44TH AVE N
MYRTLE BEACH, SC  29577

ANGIE L JOHNSTON
5127 BROMLEY RD
BURLINGTON, ON  L7L3E4

ANGIE MATESEVAC
499 SAWGRASS DRIVE
FAIRLAWN, OH  44333

ANGIE OBRIEN
336 RIDGEPOINT CIRCLE
WATERVILLE, OH  43566

ANGIE RAWLS
502 FERN CREEK LAME
CAROLINA BEACH, NC  28428

ANGIE WILLIAMS
806 EDISTO RIVER ROAD
MYRTLE BEACH, SC  29588

ANGUS K HUTCHINSON
80 VALLEY DRIVE
STONEY CREEK, ON  L8G 2A5

| |
|---|
| ANGUS MACPHERSON<br>49 WARREN CRES<br>YORK, ON  M6S4N2 |
| ANHTONY SENSOLI<br>9741 LIBERTY<br>CHELSEA, MI  48118 |
| ANIA BOHACHEVSKY LONKEVYCH<br>109 MAJOR DRIVE<br>NORTH WALES, PA  19454 |
| ANIA GAJCEVIC<br>26 TOPAZ CR<br>MAPLE, ON  L6A |
| ANIBAL BORGES<br>19 COUNTRY RIDGE DRIVE<br>MARKHAM, ON  L6E1C4 |
| ANICK FOURNIER<br>206 3RD ST E<br>NOKOMIS, FL  34275 |
| ANICK LECLERC<br>246 ST-LAURENT<br>ROSEMERE, QC  J7A3L9 |
| ANIK BEAUCHAMP<br>11892 DESENCLAVES APP 1<br>MONTREAL, QC  H3M2V9 |
| ANIK BECHARD<br>111 MAROIS<br>ST-ETIENNE, QC  G6J1L1 |
| ANIK SCARESD<br>3960 EUGENE-EONESCO<br>LAVAL, CA  H7POB4 |
| ANIKA FULLUM<br>891 CUMBERLAND HEAD ROAD<br>PLATTSBURGH, NY  12901 |
| ANIL BHARDWAJ<br>341 KIRKVALLEY CRESCENT<br>AURORA, ON  L4G7S1 |
| ANITA BISHOP<br>49 KELLY COURT<br>LANCASTER, NY  14086 |
| ANITA BROWN<br>512 S HARRIS ST<br>TREMONT, IL  61568-8771 |
| ANITA BROWN<br>827 S HOUSTON<br>TAYLORVILLE, IL  62568 |
| ANITA BUSCHER<br>509 ANTHONY DR<br>CENTREVILLE, MI  49032 |
| ANITA CAIRD<br>8747 CHEVELLE COURT<br>JENISON, MI  49428 |
| ANITA CARLYLE<br>310 NORTH QUEEN STREET<br>TORONTO, ON  M9C5K4 |
| ANITA DELONG<br>216 N KANSAS<br>ATWOOD, IL  61913 |
| ANITA DEMATTEO<br>PO BOX 126<br>OXFORD, NJ  07863 |
| ANITA DESROSIERSBRUNET<br>18307<br>CORNWALL, ON  K6H 5R5 |
| ANITA DJORDJEVIC<br>1292 BARTON ST EAST<br>HAMILTON, ON  L8H2W1 |
| ANITA DOYLE<br>6813 RIDGEVUE DRIVE<br>PITTSBURGH, PA  15236 |
| ANITA FABAC<br>336 TUCK DRIVE<br>BURLINGTON, ON  L7L 2R3 |
| ANITA FACKOURY<br>15 MATTHIAS CRES<br>MARYHILL, ON  N0B2B0 |
| ANITA FAKOURY<br><br>. |
| ANITA FELCO<br><br>. |
| ANITA FRANK<br>205 TIMBER LANE<br>SEWICKLEY, PA  15143 |
| ANITA GIBSON<br>1102 SOUTH QUINCY<br>CLINTON, IL  61727 |

ANITA GLESNER
24499 SW KINGSWAY CIRCLE
LAKE SUZY, FL  34268

ANITA GONZALES
13670 ABBEY DR F3
FORT MYERS, FL  33919

ANITA GORDON
1146 N EDON RD
ALLEN, MI  49227

ANITA GORDON
201 OAK STREET
HILLSDALE, MI  49242

ANITA HALE
475QUAIL ROOST CT W
SHERMAN, IL  62684

ANITA HERRICK
35 CRAVEN DRIVE
LEOMINSTER, MA  01453

ANITA HOEK
35 LUDLOW CRES
BRANTFORD, ON  L3R 1V3

ANITA J DELONG
216 N KANSAS
ATWOOD, IL  61913

ANITA KAYATTA
5822 WEST AVENUE
OCEAN CITY, NJ  08226

ANITA KELLY
411 FREEMAN CRESCENT
OAKVILLE, ON  L6H4R4

ANITA LEHR
7747 KILOWATT DR
KALAMAZOO, MI  49048

ANITA LIPPE
81 SABAL
PUNTA GORDA, FL  33950

ANITA M LAHEY
1512 KINGLET DRIVE
PUNTA GORDA, FL  33950

ANITA MANLEY
18081 49TH STREET
GRAND JUNCTION, MI  49056

ANITA MCCRADY
56 SIDNEY CRES
STONEY CREEK, ON  L8J 3Z1

ANITA MCFEETERS
2441 EXETER CR
BURLINGTON, ON  L7P 1X5

ANITA MCLEOD
628 CHESTNUT RD
MYRTLE BEACH, SC  29572

ANITA MILLER
PO BOX 733
CANTON, NY  13617

ANITA NANNI
1453 BRANDYWINE DR
ROCKFORD, IL  61108

ANITA NICHOLL
983 GOVERNORS RD
DUNDAS, ONTARIO  L9H 5E3

ANITA PAPICH
3323 LANDSTROM ROAD
ROCKFORD, IL  61107

ANITA PARADIS
1021 BOISCLAIR
TROIS RIVIERES, QC  G8T3C1

ANITA PLANTZ
4210 WATERBEND DR E
MAUMEE, OH  43537

ANITA PRINTY
323 GARRISON ST
FREMONT, OH  43420

ANITA RATCHUP
56 SOUTH MILL STREET
HOPKINTON, MA  01748

ANITA RENO
46 WALNUT STREET
CRAFTON, PA  15205

ANITA ROACH
44 ALEXANDRA AVENUE
WATERLOO, ON  N2L 1L5

ANITA SCHUHMACHER
239 FIELDGATE CIRCLE
PAWLEYS ISLAND, SC  29585

ANITA SIELATYCKI
6803 CROMWELL
PORTAGE, MI  49024

ANITA SIMPSON
37 FAIRVIEW BLVD
NEW BERLIN, IL  62670

ANITA STAPLETON
41SANFORDRD
MANCHESTER, CT  06042

ANITA STOVER
13910 SPRINGBROOK AVE
WAYNESBORO, PA  17268

ANITA THOMAS
17 LONG LEAF ROAD
BOYLSTON, MA  01505

ANITA UTECH
215 TROY DEL WAY
WILLIAMSVILLE, NY  14221

ANITA VARVAS
505 CARLTON ROAD
MARKHAM, ON  L3R 6M5

ANITA VENUGOPAL
566 LITTLE DOVER CRES
WATERLOO, ON  N2K4E4

ANITA WALKER
4 GROUSE AVE
OTTAWA, ON  K2J 1R7

ANITA WILLEMSE
2656 HYDRA DRIVE
LANSING, MI  48911

ANITA WYLUCKI
39440 KEITHS CIRCLE
ZEPHYRHILLS, FL  33542

ANITA ZEBRYK
149 CHAPIN STREET
SOUTHBRIDGE, MA  01550

ANITA ZIEBA
3277 PILCOM CREST
MISSISSAUGA, ON  L5B 3X5

ANITRA JACH
2113 LAMER
HASLETT, MI  48840

ANITTA RIDOUT
503 - 77TH STREET
NIAGARA FALLS, NY  14304

ANJA SKINNER
115 WESTERN AVE
PITTSBURGH, PA  15215

ANJALI KAPAL
99 CAMBIOR CRESCENT
OTTAWA, ON  K2T1J3

ANJANETTE LEONARD
24 CHESTNUT HILL ROAD
UNCASVILLE, CT  06382

ANJANI DIBELLO
PO BOX 617
LONGS, SC  29568

ANN  B HAYNES
POST OFFICE BOX 33
NICHOLVILLE, NY  12965

ANN ABBATE
174 MCKINLEY AVE
KENMORE, NY  14217

ANN ADAMS
1050 GUELPHWOOD ROAD
SOUTHBRIDGE, MA  01550

ANN ADAMS
5056 BRONSON DR
LEWISTON, NY  14092

ANN ALCANTARA
166 DOW ROAD
PORT CHARLOTTE, FL  33952

ANN AREND
480 WEDGEWOOD RD
BETHLEHEM, PA  18017

ANN B DORSEY
1825 W CHURCH ST
FREEPORT, IL  61032-4641

ANN BAITHER
3793 HILLANDALE ROAD
OTTAWA HILLS, OH  43606

ANN BAKER
55 DIANA ROAD
MARLBORO, MA  01752

ANN BANASH
55 FRENCH KING HIGHWAY
GILL, MA  01354

ANN BASSETT ELLIOTT
6812 JILL DRIVE
NIAGARA FALLS, ON  L2G3J2

ANN BAUER
118 BELKNAP STREET
CONCORD, MA  01742

ANN BILL
1910 BRENTWOOD DRIVE
WASHINGTON, IL  61571

ANN BISHOP PAYNE
793 BELMONT AVENUE WEST
KITCHENER, ON  N2M1P5

ANN BLASKO
2826 S LAKESHORE DRIVE
ST JOSEPH, MI  49085

ANN BORELI
1940 BARRE RD
NEW BRAINTREE, MASS  01531

ANN BOURDAGES
7 BACON LANE
FONTHILL, ON  L0S1E4

ANN BOWEN
2110 ROWLEY AVE
MADISON, WI  53726

ANN BOWERS
13697 CUCKLE CREEK ROAD
BOWLING GREEN, OH  43402

ANN BRENNAN
170 S STANWOOD RD
COLUMBUS, OH  43209

ANN BRENNAN
170 S STANWOOD ROAD
COLUMBUS, OH  43209

ANN BRINT
5542 BONNIEBROOK RD
SYLVANIA, OH  43560

ANN BROKER
4208 SABAL POINTE CT. SE
GRAND RAPIDS, MI  49546

ANN BRUEHLER
111 CHARLESTON AVE
MATTOON, IL  61938

ANN BURGER
PO BOX 745
HILTON, NY  14468

ANN BYERLY
272 BRYANT ST
NORTH TONAWANDA, NY  14120

ANN C KEARNSCHINNI
205 ROSEWOOD DR
WEST SENECA, NY  14224

ANN CANALES
721 WILSHIRE LANE
MURRELLS INLET, SC  29576

ANN CANALES
721 WILSHIRE LN
MURRELLS INLET, SC  29576

ANN CANALES
721 WILSHIRE LN
MYRTLE BEACH, SC  29576

ANN CARLINE
1633 TRADITION CLUB DRIVE
PAWLEYS ISLAND, SC  29585

ANN CARLINE
1633 TRADITION CLUB
PAWLEYS ISLAND, SC  29585

ANN CASTONA
PO BOX 45
SOUTH BARRE, MA  01074

ANN CASTONA
POBOX45
SOUTH BARRE, MA  01074

ANN CILFONE
136 DALEVILLE ROAD
WILLINGTON, CT  06279

ANN CIPRIANI
414 VALLEYVIEW DRIVE
JEFFERSON HILLS, PA  15025

ANN CLINGERSMITH
8956 HENNEPIN AVE
NIAGARA FALLS, NY  14301

ANN COATS
300  SHERMAN DRIVE
MARSHALL, MI  49068

ANN COHEN
475 BARCELONE
DOLLARD DES ORMEAUX, QC  H9B 3L8

ANN CONELLI
455 GOLF VIEW DRIVE
LITTLE EGG HARBOR, NJ  08087

| |
|---|
| ANN COTE<br>218 SEA TRAIL DRIVE W<br>SUNSET BEACH, NC 28468 |
| ANN COYNE<br>10 PERKINS AVE.<br>HAMPTON, NH 03842 |
| ANN CRANE<br>2321 N SARASOTA PT<br>HERNANDO, FL 34442 |
| ANN CRERAND<br>16 LYNNWOOD DRIVE<br>ROCHESTER, NY 14618 |
| ANN DAM<br>3525 NORTH DEARING ROAD<br>PARMA, MI 49269 |
| ANN DAVIS<br>1934 ROYCE<br>KALAMAZOO, MI 49001 |
| ANN DAWSON<br>707 STEVENS CREEK BLVD<br>FORSYTH, IL 62535 |
| ANN DEVITO<br>6 HERITAGE CIRCLE<br>NORTH GROSVENORDALE, CT 06255 |
| ANN DEVRIES<br>4085 3RD STREET<br>FRANKFORT, MI 49635 |
| ANN DIEM<br>60 BRIGGSWOOD DRIVE<br>ELMA, NY 14059 |
| ANN DILEO<br>2 PINEHURST CIRCLE<br>MILLBURY, MA 01527 |
| ANN DITONDO<br>5335 ERNEST RD<br>LOCKPORT, NY 14094 |
| ANN DUGAN<br>158 PARAMOUNT PARKWAY<br>BUFFALO, NY 14223 |
| ANN DUNAYCZAN<br>5387 WEST R AVENUE<br>SCHOOLCRAFT, MI 49087 |
| ANN DURAKO<br>221 MAYDEN<br>SPRINGFIELD, IL 62707 |
| ANN E CHAPMAN<br>73 CHERRY STREET<br>GARDNER, MA 01440 |
| ANN E PASTROVICH<br>1300 WOOD MILL DR<br>SPRINGFIELD, IL 62704 |
| ANN ELLIS<br>6576 EAST EAGLE LAKE DRIVE<br>KALAMAZOO, MI 49009 |
| ANN F DODD<br>1925 SANDWEDGE PLACE<br>WILMINGTON, NC 28405 |
| ANN FARRELL<br>121 BERLIN RD<br>BOLTON, MA 01740 |
| ANN FARRELL<br>1833 BIG CRANE LOOP<br>PORT ORANGE, FL 32128 |
| ANN FICCO<br>117 LONDON TOWNE DR<br>PITTSBURGH, PA 15226 |
| ANN FITZGERALD<br>75 HILLSIDE DRIVE<br>ORCHARD PARK, NY 14127 |
| ANN FLANDERS DOLAND<br>19 ARTHUR STREET<br>WORCESTER, MA 01604 |
| ANN FOLKERS<br>2381 SANIBEL BLVD<br>ST JAMES CITY, FL 33956 |
| ANN FRAHN<br>7801 OAK LEAF CT<br>MAUMEE, OH 43537 |
| ANN FRANKLIN<br>RR 2 BOX 186<br>RAMSEY, IL 62080 |
| ANN FRAZEE<br>4003 ISABELLE STREET<br>PORTAGE, MI 49024 |
| ANN FURRY<br>539 WILD HORSE COURT<br>MYRTLE BEACH, SC 29579-7577 |

ANN G LEHTINEN
5 LAUREL DRIVE
WESTMINSTER, MA  01473

ANN GARDNER
435 HALLCREST TERRACE
PORT CHARLOTTE, FL  33954

ANN GILL
181 ROW PLACE
BROCKVILLE, ON  K6V6V3

ANN GILROY
11-3333 NEW ST
BURLINGTON, ONTARIO  L7N LNL

ANN GOMBASH
9241 COUNTY ROAD 1
SWANTON, OH  43558

ANN GOODRICH
1269 SPEAR ST
SOUTH BURLINGTON, VT  05403

ANN GRADNIK
1037 OLD POST ROAD
SOUTH PARK, PA  15129

ANN GRAMLICH
3401 ASHLEY LANE
SPRINGFIELD, IL  62711

ANN GUESS
755 S RAAB ROAD
SWANTON, OH  43558

ANN HAIGHT
2109 LAKEWAY AVE
KALAMAZOO, MI  49001

ANN HANNON
471 WEST SOUTH ST
KALAMAZOO, MI  49007

ANN HANSEN
1301 W MADISON ST
CHICAGO, IL  60607

ANN HARPER
134 JUNE STREET
WORCESTERQ, MA  01602

ANN HAWKES
27 WEST LAKE DR E
WEYMOUTH, MA  02188

ANN HETHERINGTON
2954 MANGIN CREFCENT
WINDSOR, ON  N9KE4K7

ANN HINRICHS
1263 W LINCOLN BLVD
FREEPORT, IL  61032

ANN HOCKEY
29 COZOCAR CRESENT
ST CATHERINES, OT  L2S3Y5

ANN HOLABIRD
4126 W MICHIGAN AVE
KALAMAZOO, MI  49006

ANN HOLLENBECK
4 JOHN STREET
TUPPER LAKE, NY  12986

ANN HOLM
22 MEADOW LANE
NORTH GRAFTON, MA  01536

ANN HOPKINS
14 LEAMINGTON LANE
MASHPEE, MA  02649

ANN HOPKINS
3295 OSPREY LANE
PORT CHARLOTTE, FL  33953

ANN HOPKINS
82 LILLIAN CR
BARRIE, ON  L4N 5H7

ANN HOWE
541 WILLIAMS ROAD
FITCHBURG, MA  01420

ANN HULL
51 HILLCREST RD
PORT COLBORNE, ON  L3K6B4

ANN HUTCHINSON
HUTCHINSON
HAMBURG, NY  14075

ANN HUTSON
4 VALLEY RIDGE ROAD
SOUTH BURLINGTON, VT  05403

ANN HYLANT
12 EXMOOR
TOLEDO, OH  43615

ANN IMIG
5406 TOLMAN TERRACE
MADISON, WI  53711

ANN JONES
5930 CYPRESS HOLLOW WAY
NAPLES, FL  34109

ANN JONES
8 SUNSET COURT
BELLINGHAM, MA  02019

ANN JURY
890 GRANDVIEW AVE
LONDON, ON  N6K 2T5

ANN KAHLE
1501 ATLAS RD
WHEELING, WV  26003

ANN KAVANAUGH
706 ASHFORD WAY
VICTOR,  NY  14564

ANN KELLY
101 MAPLE STREET
DEEP RIVER, ON  K0J 1P0

ANN KENNEFICK
45 WASHBURN AVE
WELLESLEY, MA  02481

ANN KILKUSKIE
7785 SHEPHERDS GLEN RD
KALAMAZOO, MI  49009-9790

ANN KLEIN
1 CUTTING AVE
AUBURN, MA  01501

ANN KOCH
207 EAST RAUSCHS ROAD
NEW RINGGOLD, PA  17960

ANN KOCZELA KOCZELA
550 EAST WINDSOR ROAD
WINDSOR, MA  01270

ANN KOTANKO
5 KEELER PLACE
BRANTFORD, ON  N3S 7K6

ANN KOZANECKI
1829 VISCAYA PKWY
CAPE CORAL, FL  33990

ANN KULWICKI
1230 SAN PEDRO ST
PISTBURGH, PA  15212

ANN KWIRANT
227 ODONOGHUE
OAKVILLE, ON  L6H3W5

ANN LAMPKOWSKI
4222 HILL DR
LAMBERTVILLE, MI  48144

ANN LARCINESE
310 BIRCH LANE
PAW PAW, MI  49079

ANN LAURING
39 BRATTLE ST.
WORCESTER, MA  01606

ANN LEHTINEN
5 LAUREL DRIVE
WESTMINSTER, MA  01473

ANN LIVINGSTON
8672 HEATHER LAKE DR
CANAL WINCHESTER, OH  43110

ANN LORRAIN
72 HEINEBERG RD
BURLINGTON, VT  05408

ANN LORRAIN
72 HEINEBERG RD
BURLINGTON, VT  05408

ANN LOUGHRAN
58 HUNTERS GLEN
GETZVILLE, NY  14068

ANN LOUGHRAN
58 HUNTERS GLLEN
GETZVILLE, NY  14068

ANN LOUISE WHYTE
13021LAKESHORE RD
WAINFLEET, ON  LOS 1V0

ANN LYON
146 SUMMER ST
BATTLE CREEK, MI  49015

ANN M BAILEY
3511 HURON AVENUE
KALAMAZOO, MI  49006

ANN M HAMILTON
12935 VIOLINO LANE
NAPLES, FL  34105

ANN M KELLY
114 JACKSON STREET
JEFFERSON, MA  01522

| |
|---|
| ANN M OLEXY<br>1884 KINGSVIEW RD<br>MACUNGIE, PA  34223 |
| ANN M SIGNOR<br>196 HAAS ROAD<br>SCHUYLERVILLE, NY  12871 |
| ANN MACCHI<br>905 S 8TH STREET<br>OREGON, IL  61061 |
| ANN MACLEAN COHOE<br>159 PRINCESS STREET<br>PORT COLBORNE, ON  L3K3J5 |
| ANN MAGEE<br>PO BOX 28<br>GILMANTON, NH  03237 |
| ANN MARCEL<br>200 HENSHAW ST<br>LEICESTER, MA  01524 |
| ANN MARIE AHRNS<br>2550 NORWAY RD<br>HOLLEY, NY  14470 |
| ANN MARIE ANDERSON<br>7 FLYNN RD.<br>FRANKLIN, MA  02038 |
| ANN MARIE ASH<br>764 PARKINSON ROAD<br>WOODSTOCK, ON  N4S 2P2 |
| ANN MARIE BACHAN<br>51 BANKVIEW CIRCLE<br>ETOBICOKE, ON  M9W6S6 |
| ANN MARIE BEAUREGARD<br>231 SUMMIT STREET<br>BELCHERTOWN, MA  01007 |
| ANN MARIE BELL<br>37 JOHNSON ST<br>MIDDLETOWN, CT  06457 |
| ANN MARIE BOER<br>3308 LOBELL DRIVE<br>SPRINGFIELD, IL  62712 |
| ANN MARIE BOURBONNIERE<br>318 DES ROSELINS<br>VERDUN, QC  H3E 1Y6 |
| ANN MARIE CHROBAK<br>42 DAVIS RD<br>MILLBURY, MA  01527 |
| ANN MARIE COLEMAN<br>3 MOODY STREET<br>WORCESTER, MA  01606 |
| ANN MARIE COLEMAN<br>97070 CHIMNEY RIDGE CT<br>YULEE, FL  32097 |
| ANN MARIE DUANE<br>12 OAKES CIRCLE<br>MILLBURY, MA  01527 |
| ANN MARIE FOSTER<br>21 LONGYEAR DR<br>WATERDOWN , ON  L0R 2H5 |
| ANN MARIE GIAQUINTO<br>56 COLBURN<br>CHARLTON, MA  01507 |
| ANN MARIE LEBOEUF<br>88 HEN SHAW ST<br>WORSTER, MA  0106103 |
| ANN MARIE LHEUERUX<br>29 IRONWOOD ST<br> BILLERICA, MA  01821 |
| ANN MARIE MCKENNA<br>1461 FOXFIELD COURT<br>MISSISSAUGA, ON  L5J2Z9 |
| ANN MARIE MORTIMER<br>17 TYLER DRIVE<br>ESSEX JUNCTION, VT  05452 |
| ANN MARIE QUINLIVAN<br>6405A LAKEWOOD DRIVE<br>OCALA, FL  34472 |
| ANN MARIE REGAN<br>110 MONONA AVE<br>RUTHERFORD, NJ  07070 |
| ANN MARIE ROSS<br>8 THRUSH DRIVE<br>MILTON, VT  05468 |
| ANN MARIE ST MARTIN<br>2557 THORN LODGE DRIVE<br>MISSISSAUGA, ON  L5K1K8 |
| ANN MARIE SWABY WALLERSON<br>73 CEDARVILLE<br>STONEY CREEK, ON  L8J0A6 |

| |
|---|
| ANN MARIE WIK<br>744 MAIN ROAD<br>CORFU, NY  14036 |
| ANN MARS<br>1010 SWISS HEIGHT<br>OSHAWA, ON  L1K3B4 |
| ANN MASSAR<br>716 PARK AVE<br>DUNKIRK, NY  14048 |
| ANN MATHEIS<br>3160 TONAWANDA CK RD<br>AMHERST, NY  14228 |
| ANN MCBREARTY<br>6002 RUE DE LA ROCHE APP5<br>MONTREAL, QC  H2S2C7 |
| ANN MCCARTHY<br>74 FOREST DRIVE<br>HOLDEN, MA  01520 |
| ANN MCCLAUGHRY<br>567 PLEASANT ST<br>MARLBOROUGH, MA  01752 |
| ANN MCCLELLAND<br>99 HUDSON AVENUE<br>WALDWICK, NJ  07463 |
| ANN MCGUIRK<br>PO BOX 204<br>REHOBOTH, MA  02769 |
| ANN MCMILLIAN<br>27206 220TH AVE<br>LONG GROVE, IA  52756 |
| ANN MEYER<br>13113 GASPARILLA RD<br>PLACIDA, FL  33946 |
| ANN MIRAGLIA<br>1136 N BLACKMOOR DRIVE<br>MURRELLS INLET, SC  29576 |
| ANN MURPHY<br>160 DOGE HILL<br>SUTTON, MA  01590 |
| ANN MURPHYAMATO<br>1 RUTH EVELYN DRIVE<br>OXFORD, MA  01540 |
| ANN NELSON<br>10 FORT HILL RD<br>EAST SANDWICH, MA  02537 |
| ANN NORQUIST<br>330 SUNDERLAND RD UNIT 79<br>WORCESTER, MA  01604 |
| ANN NUGENT<br>6 SPARROW CT<br>EWING, NJ  08638 |
| ANN OHAIRE<br>9 NAFUS<br>PITTSTON, PA  18640 |
| ANN ORMAN<br>104 GRACE STREET<br>PENN YAN, NY  14527 |
| ANN PASTROVICH<br>1300 WOOD MILL DRIVE<br>SPRINGFIELD, IL  62704 |
| ANN PEASE<br>25 ORIOLE ROAD<br>EAST HADDAM, CT  06423 |
| ANN PELOTE<br>5 JAMES ROAD<br>STERLING, MA  01564 |
| ANN PEPPER<br>3 WILBUR ST<br>WORCESTER, MA  01606 |
| ANN PRAHL<br>16 CARROLLTON ESTS<br>MATTOON, IL  61938 |
| ANN RABIDEAU<br>24 COLLIGAN PT RD<br>PLATTSBURGH, NY  12901 |
| ANN RANTA<br>231 N LAKESIDE DR<br>LAKE WORTH, FL  33460 |
| ANN REFF<br>384 CENTER ROAD<br>WEST SENECA, NY  14224 |
| ANN REID<br>4720 CLUB DR<br>PORT CHARLOTTE, FL  33953 |
| ANN RICHARDS<br>81 ROOSEVELT STREET<br>MARLBOROUGH, MA  01752 |

ANN ROBERTS
5506 E WILLIAM ST RD
DECATUR, IL  62522

ANN ROHDE
1991 N ELIZABETH ST
DECATUR, IL  62526

ANN ROSSO
289 GILLETTE AVENUE
SPRINGFIELD, MA  01118

ANN ROUNDS
3873 ROUTE 374
LYON MOUNTAIN, NY  12952

ANN RYBINSKI
581 MADRID BLVD
PUNTA GORDA, FL  33950

ANN SAMANN
191 W MAIN STREET
VERMONTVILLE, MI  49096

ANN SAUER
1667 JORK ROAD
JACKSONVILLE, FL  32207

ANN SAVAGECLIFT
7 EASTERN AVENUE
SOUTH DEERFIELD, MA  01373

ANN SCHMITT
628 RIVER ROAD
PERU, NY  12972

ANN SCHULTZ
44 GLEN AVON CRES
KITCHENER, ON  N2N 1C3

ANN SHAUGHNESSY
1984 ROOSEVELT HIGHWAY
HONESDALE, PA  18431

ANN SIGNOR
196 HAAS ROAD
SCHUYLERVILLE, NY  12871

ANN SILLUP
9602 INDIGO CLUB DRIVE
MURRELLS INLET, SC  29576

ANN SILVER
1067 NORTH RAQUETTE RIVER ROAD
MASSENA, NY 13662

ANN SKRZYPCZAK
3702 KNIGHTSBRIDGE CLOSE
WORCESTER, MA  01609-1173

ANN SPERLE
2148 RUNNING DEER LANE
FREEPORT, IL  61032

ANN STEUERNOL
PO BOX 109
MIDHURST, ON  L0L 1X0

ANN STEUERNOL
PO BOX 109
MIDHURST, ON  L0L1X0

ANN STOVALL
256 DEVON ROAD
BATTLE CREEK, MI  49015

ANN STRINGER
10 CAROL COURT
CONKLIN, NY  13748

ANN SUMMERLOT
15817 MELPORT CIRCLE
PORT CHARLOTTE, FL  33981

ANN SUTOR
374 THOMPSON ROAD
WEBSTER, MA  01570

ANN TENNEY
736 WRIGHT LANE
MARSHALL, MI  49068

ANN THEURER
48 TOYNBEE TRAIL
SCARBOROUGH, ON  M1E1E9

ANN THOMPSON
4028 SE 1ST COURT
CAPE CORAL, FL  33904

ANN TOBIAS
9502 CARRINGTON DRIVE
MYRTLE BEACH, SC  29579

ANN VAGO
 66 AMBERWOOD DR
GRAND ISLAND, NY  14072

ANN VALCOURT
533 TOWNSEND ST.
FITCHBURG, MA  01420

ANN VALLONE
108 TWINOAK CT
MYRTLE BEACH, SC  29572

| |
|---|
| ANN VENUTO<br>124 TIMBERLANE DRIVE<br>BUFFALO, NY  14221 |
| ANN W GILL<br>61 HUBERT GRATTON<br>BLAINVILLE, QC  J7B1V2 |
| ANN WASGATT<br>52 DICK DRIVE<br>WORCESTER, MA  01609-1141 |
| ANN WATSON<br>591 MAIN STREET WEST<br>GRIMSBY, ON  L3M 1V1 |
| ANN WEBSTER<br>6 VIENNA CRESCENT<br>HEIDLEBERG, ON  N0B1Y0 |
| ANN WILLIAMS<br>PO BOX 552<br>STOUGHTON, MA  02072 |
| ANN WILLIS<br>54 WILLOW FIELD DR<br>NORTH FALMOUTH, MA  02556 |
| ANN ZAWICKI<br>POB 172<br>ELBA, NY  14058 |
| ANNA ALBANO<br>7074 RUE PIERRE-GADOIS<br>MONTREAL, QC  H1M 3H5 |
| ANNA AVETA<br>12146 FERNARD GAUTHIER<br>MONTREAL, QC  H1E6T2 |
| ANNA B BOWMAN<br>400 W CROOKED LAKE DRIVE<br>KALAMAZOO, MI  49009 |
| ANNA BAKER<br>1064 W SEAGATE DR<br>DELTONA, FL  32725 |
| ANNA BALCY<br>44 CLAYBORNE AVE<br>BRAMPTON, ON  L7A1P2 |
| ANNA BARRETT<br>2571 COUNTY RD 14<br>ENTERPRISE, ON  K0K 1Z0 |
| ANNA BARRIE<br>729 WOODCREST WAY<br>MURRELLS INLET, SC  29576 |
| ANNA BERENYI<br>17496 MALARKY LANE<br>PUNTA GORDA, FL  33955 |
| ANNA BLAIN<br>185 HANOVER PLACE<br>HAMILTON, ON  L8K6B4 |
| ANNA BOHNEL<br>106 GLENMOOR CIRCLE SOUTH<br>EASTON, PA  18045 |
| ANNA BONGIOVANNI<br>3146 WOODLAND COURT NORTH<br>NIAGARA FALLS, NY  14120 |
| ANNA BONGIOVANNI<br>3146 WOODLAND COURT NORTH<br>NORTH TONAWANDA , NY  14120 |
| ANNA BOYCE<br>79 ROWNTREE DR<br>HAMILTON, ON  L8W 2N3 |
| ANNA BREWSTER<br>9631 ROAD 192<br>CECIL, OH  45821 |
| ANNA BRUBACKER<br>12590 OLD TURNPIKE RD<br>MISSLINBURG, PA  17844 |
| ANNA CARROLL<br>3442 HARBOR BLVD<br>PORT CHARLOTTE, FL  33952 |
| ANNA CERONE<br>2805 WERBROUCK<br>ST LAURENT, QC  H4R2J1 |
| ANNA CORDELLA<br>130 MACON ST<br>ST CONSTANCE, QC  J5A 1R8 |
| ANNA CORWIN<br>65 DEERFIELD DRIVE<br>SCITUATE, RI  02857 |
| ANNA COX<br>245F FREEPORT ROAD<br>PITTSBUGH, PA  15238 |
| ANNA COX<br>895 MEACHEM ROAD<br>BATTLE CREEK, MI  49017 |

ANNA DI SABATO
12245 ANSELME BARIL
MONTREAL, QC  H1E6J4

ANNA DIBBLE
114 SUNSET AVENUE
LAKEWOOD, NY  14750

ANNA DICARLO
650 QUEENS QUAY WEST
TORONTO, ON  M5V3N2

ANNA DZIAK
63 MENNO ST
WATERLOO, ON  N2L2A6

ANNA ENGELHAUPT
138 TULANE ROAD
TONAWANDA, NY  14217

ANNA FRANKOWSKI
176 DUBONNET DRIVE
DEPEW, NY  14043

ANNA GALONEK
201 DURXEE ST
SOUTH BRIDGE, MA  01500

ANNA GATEWOOD
42 PINE TREE RIDGE
MERIDEN, CT  06450

ANNA GEORGE
323 PROSPECT ST
WEST BOYLSTON, MA  01583

ANNA GEREGHTY
141 WOODBRIDGE AVE
WOODBRIDGE, ON  L4L9G6

ANNA HALARIS
17 WESTWIND DRIVE
ROCHESTER, NY  14624

ANNA HARRINGTON
5605 VINTAGE LN
KALAMAZOO, MI  49009

ANNA HARTWELL
E10 STONEHEDGE DRIVE
SOUTH BURLINGTON, VT  05403

ANNA HENGSTLER
81 PROVIDENCE ST
WORCESTER, MA  01604

ANNA HOLCOMB
11671 ALSPACH RD
CANAL WINCHESTER, OH  43110

ANNA HOUSE
1084 SHENANGO ROAD
BEAVER FALLS, PA  15010

ANNA JANNETTI
2407 CLYDE STREET
POLAND, OH  44514

ANNA JEAN CRESSWELL
109 CLYDESDALE DRIVE
TORONTO, ON  M2J 3N3

ANNA JONES
2127 RICE RD
MARION, SC  29571

ANNA K ANDERSON
5137 OAKWOOD DRIVE
NORTH TONAWANDA, NY  14120

ANNA KAMASAKI
118 E HANOVER PLACE
PEORIA , IL  61614

ANNA KEITHLEY
2301 ELM ST
QUINCY, IL  62301

ANNA KULINSKI
1030 RED PINE CRES
MISSISSAUGA, ON  L5H4E8

ANNA LAFLAMME
75 RIVER DRIVE
HADLEY, MA  01035

ANNA LAVERDE
2 ROYALEIGH AVENUE
TORONTO, ON  M9P 2J5

ANNA LEEP
474 118TH AVENUE
MARTIN, MI  49070

ANNA LEO
3466 MATTHEWS DRIVE
NIAGARA FALLS, ON  L2H 2Z4

ANNA LEWMAN
12368 EAST P AVENUE
CLIMAX, MI  49034

ANNA LISA KRMPOTICH
8 HALLEN DRIVE
PENETANGUISHENE, ON  L9M1G2

ANNA LISA LOMMA
3198 DES AMBASSEDURS
LAVAL, QC  H7C 2S5

ANNA LISI
328 VIA CAMINE AVE
WOODBRIDGE, ON  L4H2R4

ANNA LISI
328 VIA CARIMIE AVE
WOODBRIDGE, ON  L4H2R4

ANNA LISI
328 VIA CARMINE AVE
WOODBRIDGE, ON  L4H2R4

ANNA LUGG
6 JULIANA CRES
ST CATHARINES, ON  L2N 4B4

ANNA LUGG
6 JULIANA CRESCENT
ST CATHARINES, ON  L2N4B4

ANNA M IABONI
148 MONTE CARLO DRIVE
WOODBRIDGE, ON  L4H1R6

ANNA M INSINNA ZAVATTI
9099 VIA CIMATO
CLARENCE CENTER, NY  14032

ANNA MAE MERRIMAN
382 KAUFMANN DRIVE
LODA, IL  60948

ANNA MAE PALADINA
3852 ROYAL HAMMOCK BLVD
SARASOTA, FL  34240

ANNA MANCINI
3332 RECKER DRIVE
PITTSBURGH, PA  15227

ANNA MARIA ANGARITA
641 JACQUES BIZARD
MONTREAL, QC  H9C2M9

ANNA MARIA BUKOVNIK
37 OCEAN VIEW STREET
RICHMOND HILL, ON  L4S2J9

ANNA MARIA CAMPANILE
3809 LAVERDIERE
LAVAL, QC  H7T0A8

ANNA MARIA MORO
15 GERSHWIN CRT
HAMILTON, ON  L8W 3Z4

ANNA MARIA UNGOLO
1324 GREENWOOD CRES
OAKVILLE, ON  L6J6V7

ANNA MARIA VACCA
6 DONLEA DR
HAMILTON, ON  L8T1K3

ANNA MARIE BEATON
285 FARLEY
GUELPH, ON  N1L 1N6

ANNA MARIE CHRISTENSEN
136 RENAUD
ND ILE-PERROT, QC  J7V 6C2

ANNA MARIE DEFABIO
54 EUGENE
BUFFALO, NY  14216

ANNA MARIE DUBE
497 BOSTON RD
BILLERICA, MA  01821

ANNA MARIE MENEGON
301 DILLO ROAD
CLINTON, PA  15026

ANNA MARIE POWELL
4352 STEUBEN WOODS DR
STEUBENVILLE, OH  43953

ANNA MARTINDALE
4627 SHEFFIELD ROAD
LAND O LAKES, FL  34639-4118

ANNA MASTERS
1359 LINCOLN DR
MONACA, PA  15061

ANNA MCGEARY
.

ANNA MCKEOUGH
4222 CEDAR CREEK RD
HASTINGS, MI  49058

ANNA MCKEOUGH
4222 CEDER CREEK ROAD
HASTING, MI  49058

ANNA MICHETTI
14 ELLIOTT
DORVAL, QC  H9S 2G8

ANNA MULLICK
1980 AQUI ESTA
PUNTA GORDA, FL  33950

ANNA NISHIMURA
3034 KINSWOOD LANE
LADSON, SC  29456

ANNA OFFIDANI
25 TANGLERIDGE BLVD
BRAMPTON, ON  L6R 2X3

ANNA OFFIDANI
25 TANGLERIDGE BLVD
BRAMPTON, ON  L6R2X3

ANNA OFFIDANI
7 COLORADO PLACE
BRAMPTON, ON  L6R 2B3

ANNA ORCHULLI
200 MYRTLE AVE
EASTON, PA  18042

ANNA PAPARAZZO
7 MILFORD ST
MEDWAY, MA  02053

ANNA PECK
116 EVAN ROAD
WARWICK, NY  10990

ANNA RADKE
58 SAYBROOK RD
SHREWSBURY, MA  01545

ANNA RAPONI
61 HARLOCK BLVD
NORTH YORK,   M3H 5Y1

ANNA RICHIE
16478 W LOAMI ROAD
NEW BERLIN, IL  62670

ANNA RODRIGUEZ
5537 CONGRESSIONAL PLACE
HILLIARD , OH  43026

ANNA ROSE
2204 OLD FARM ROAD
KALAMAZOO, MI  49008

ANNA SCHAFFER
303 LINTON ST
MCKEES ROCKS, PA  15136

ANNA SHERLOCK
186 MILL ST
STIRLING, ON  K0K3E0

ANNA SLIWINSKI
30 ELDERBERRY AVE
GRIMSBY, ON  L3M 5R5

ANNA SOLURI
26 S TRANSITHILL DRIVE
DEPEW. NY  14043

ANNA SORRENTI SORBARA
15 HICKORY CRESCENT
GRIMSBY, ON  L3M5R1

ANNA SPEER
601 MACKLEN AVE
MURRELLS INLET, SC  29576

ANNA TORCHIA
40 TEMPLAR DRIVE
TORONTO, ON  M9R 3C7

ANNA TRIVELLI
14 WAINWRIGHT AVE
RICHMOND HILL, ON  L4C5R5

ANNA TWYFORD
9516 STATE ROUTE 4
CHATHAM, IL  62629

ANNA VANGUILDER
3660 FRUITVALE RD
MONTAGUE, MI  49437

ANNA VASSALLO SICURELLA
8601 JEROME LALEMANT
MONTREAL, QC  H1E3Z4

ANNA VO
11 DELAWANDA DRIVE
WORCESTER, MA  01603

ANNA WAITE
835 MAQUIRE TERRACE
MILTON, ON  L9T6Z1

ANNA WHITMAN
6104 CHRISTINA DR W
LAKELAND, FL  33813

ANNA WINES
2801 CHATEAU CIRCLE
COLUMBUS, OH  43230

ANNABELLA CENGARLE
52 AVENUE DE BERCY
CANDIAC, QC  J5R 4B7

ANNABELLA CENGARLE
52 AVENUE DE BERCY
CANDIAC, QC  J5R4B7

ANNABELLE TROMBLY
32010 DOMINGO BAY
BOYNTON BEACH, FL  33436

ANNALEE SEGAL
2138 FOX AVE
MADISON, WI  53711

ANNALEE WOOD
105 E WALNUT
KALAMAZOO, MI  49007

ANNALEISE MULDER
8499 DEER FOREST MEADOWS
CALEDONIA, MI  49316

ANNALIES CODELIA
P O BOX 2994
WORCESTER, MA  01613

ANNALISA CORTES
328 WINDSOR ROAD
WOOD RIDGE, NJ  07075

ANNAMAE 1WATSON
7826 COLONIAL DR
NIAGRA FALLS, NY  14304

ANNAMAE WNOROWSKI
7156 CHANNEL II SW
OCEAN ISLE BEACH, NC  28469

ANNAMAE WNOROWSKI
7156CHANNEL II SW
OCEAN ISLE BEACH, NC  28469

ANNA-MARIE CHRISTENSEN
136 RENAUD
ND ILE-PERROT, QC  J7V 6C2

ANNAMARY STOLLEY
400 CLEVELAND
DOWAGIAC, MI  49047

ANNE ANDRZEJEWSKI
180 JOHN WEST WAY
AURORA, ON  L4G0R3

ANNE ANTHONY
240 HOPE STREET
BRISTOL, RI  02809

ANNE ATKINS
65 PAINTED POST DRIVE
SCARBOROUGH, ON  M1H 1T3

ANNE AUGER
27 APACHE LANE
MARLBOROUGH, CT  06447

ANNE BARRY
10 TIFFANY AVE
WORCESTER, MA  01604

ANNE BASTONE
257 RICHARD AVENUE
STATEN ISLAND, NY  1009

ANNE BECK
9160 ROANOKE RD
STAFFORD, NY  14143

ANNE BELL
62 LORAINE DRIVE
ST CATHARINES, ON  L2P 3N8

ANNE BERGERON
779 GUY STREET
CORNWALL, ON  K6H 4W2

ANNE BLATZ
4823 SOUTHERN TRAIL
MYRTLE BEACH, SC  29579

ANNE BOUCHARD
3524 EAST PALMETTO ST
FLORENCE, SC  29506

ANNE BOULAY
61 GRIGGS RD
SUTTON, MA  01590

ANNE BOULEY
30 BUTTERWORTH ROAD
HOLLAND, MA  01521

ANNE BOURDEAU
64 WHITE BIRCH DR
LAKE LUZERNE , NY  12846

ANNE BRUCKER
5004 HIGHLAND AVE
BETHEL PARK, PA  15102

ANNE BUDREWICZ
59 CHARLEMONT RD
CHARLEMONT, MA  01339

ANNE BURTNIK
68-122 BUNTING RD
ST CATHARINES, ON  L2P 3X7

| |
|---|
| ANNE BYRNE<br>5 HASTINGS AVE<br>KEENE, NH  03431 |
| ANNE BYRNE<br>5601 DUNCAN RD<br>PUNTA GORDA, FL  33982 |
| ANNE CALOS<br>89 INDEPENDENCE DRIVE<br>LOCKPORT, NY  14094 |
| ANNE CANTY<br>813 LITTLE TOWN RD<br>PORT ORANGE, FL  32127 |
| ANNE CAPESTRAIN<br>1290 CHURCHILL RD<br>SPRINGFIELD, IL  62702 |
| ANNE CARROLL<br>1110 FARMINGTON AVE<br>WEST HARTFORD, CT  06107 |
| ANNE CHAMPAGNE<br>240 HYPPOLITE-DENAUT<br>LA PRAIRIE, QC  J5R 6P2 |
| ANNE CHOQUETTE<br>134 PORTLAND ST<br>LANCASTER, NH  03584 |
| ANNE CLARK<br>13 MILL RD<br>NORTH BROOKFIELD, MA  01535 |
| ANNE CLARK<br>7584 WEXFORD ST<br>NORTH PORT, FL  34287 |
| ANNE COFFEY<br>8 GLENWOOD DRIVE<br>WESTFIELD, MA  01085 |
| ANNE COLLINS<br>402 CARDIFF RD<br>VENICE, FL  34293 |
| ANNE CORNWELL<br>2096 FOLSOMDALE RD<br>COWLESVILLE, NY  14037 |
| ANNE COSTA<br>82 MANCHESTER STREET<br>LEOMINSTER, MA  01453 |
| ANNE CRONISTER<br>600 N BITTERROOT DRIVE<br>ATHENS, IL  62613 |
| ANNE CURTIS<br>94 BEECHING STREET<br>WORCESTER, MA  01602 |
| ANNE DALY<br>2400 WIMBLEDON PLACE<br>SPRINGFIELD, IL  62704 |
| ANNE DEFORREST<br>1644 MCDUFF AVE S<br>JACKSONVILLE, FL  32205 |
| ANNE DESPRES<br>3243 ONTARIO AVENUE<br>NIAGARA FALL, NY  14305 |
| ANNE DOLENO<br>6801 KEVIN<br>BETHEL PARK, PA  15102 |
| ANNE DUMAIS<br>110 PLACE DAMBOISE<br>STE-JULIE, QC  J3E 2M9 |
| ANNE DUNAYCCAN<br>10706 PORTAGE RD<br>PORTAGE, MI  49002 |
| ANNE DUSHAC<br>2359 RAILROAD STREET<br>PITTSBURGH, PA  15222 |
| ANNE EDWARDS<br>19 PLACE RAYMOND<br>KIRKLAND, QC  H9J4A2 |
| ANNE F HENRY<br>6 POND VIEW DR<br>TINTON FALLS, NJ  07724 |
| ANNE F PROVENCHER PROVENCHER<br>396 RANG 2 EST<br>SAINT-JEAN-PORT-JOLI, QC  G0R 3G0 |
| ANNE FAVERO<br>16 ROSEMOUNT AVE<br>ST CATHARINES, ON  L2M 1Z3 |
| ANNE FLAHERTY<br>2019 GARRICK DRIVE<br>PITTSBURGH, PA  15221 |
| ANNE FLATLEY<br>112 SHIPS DRIVE<br>WHEELING, WV  26003 |

| |
|---|
| ANNE FOOTE<br>52025 30TH STREET<br>PAW PAW, MI  49079 |
| ANNE FORGUES<br>672 AVENUE AMPERE APT1<br>LAVAL, QC  H7N 6E6 |
| ANNE FOWLER<br>PO BOX 380727<br>MURDOCK, FL  33938 |
| ANNE GABRYELSKI<br>119 HOMESTEAD DRV<br>NORTH TONAWANDA, NY  14120 |
| ANNE GAINE<br>5 VILLAGE GREEN<br>STURBRIDGE, MA  01566 |
| ANNE GAINE<br>5VILLAGE GREEN<br>STURBRIDGE, MA  01566 |
| ANNE GALLANT<br>114 DANA AVE<br>WORCESTER, MA  01604 |
| ANNE GAUKROGER<br>4619 LINCOLN AVE<br>BEAMSVILLE, ON  L0R 1B3 |
| ANNE GAUTREAU<br>8316 MCGARRY DRIVE<br>NIAGARA FALLS, ON  L2H3J9 |
| ANNE GILBERT<br>277 MAURICE-DUPLESSIS<br>GATINEAU, QC  J9J 2V4 |
| ANNE GOURLAY<br>96 UPMINSTER WAY<br>OTTAWA, ON  K2J5G2 |
| ANNE GRAHAM<br>102-233 BLAKE ST<br>BARRIE, ON  L4M 1K6 |
| ANNE GREENWOOD<br>1071 MONTROSE ABBEY DR<br>OAKVILLE, ON  L6M1E7 |
| ANNE H COLLINS<br>402 CARDIFF RD<br>VENICE, FL  34293 |
| ANNE H WICKER<br>2016 PERRIN DR. APT A<br>NORTH MYRTLE BEACH, SC  29582 |
| ANNE HAAKE<br>729 QUAKER RD<br>SCOTTSVILLE, NY  14546 |
| ANNE HARDY<br>34164 ROOSEVELT ROAD<br>GENOA, IL  60135 |
| ANNE HART<br>60 MILL STREET<br>RANDOLPH, MA  02368 |
| ANNE HATCH<br>120 COAL KILN ROAD<br>GROTON, VT  05046 |
| ANNE JAMIESON<br>104 SAND HILL ROAD<br>WALPOLE, NH  03608 |
| ANNE JAMIESON<br>109 SAND HILL ROAD<br>WALPOL, NH  03608 |
| ANNE JAMIESON<br>1096 INVERNESS STREET<br>PORT CHARLOTTE, FL  33952 |
| ANNE JANES<br>702 TRIPLE OAK LANE<br>GARDEN CITY, SC  29576 |
| ANNE JANNETTE<br>17 BULLARD ROAD<br>NORTH BROOKFIELD, MA  01535 |
| ANNE JENKINS<br>50 JEPSON LANE<br>PORTSMOUTH, RI  02871 |
| ANNE JOHNSON<br>83 ASHTON ROAD<br>NEWMARKET, ON  L3Y5R6 |
| ANNE JOHNSTON<br>3228 SANTEE DR<br>GARDEN CITY BEACH, SC  29576 |
| ANNE KEEFER<br>2187 WINDING CREEK DR<br>BELVIDERE, IL  61008 |
| ANNE KELLY<br>110 RIDGEDALE<br>ROCHESTER, NY  14616 |

| |
|---|
| ANNE KLUPA<br>43 BARRINGTON ROAD<br>LONGMEADOW, MA  01106 |
| ANNE KOMISAR<br>49 BUNKER LANE<br>ROTONDA WEST, FL  33947 |
| ANNE KRAJA<br>39 GLENCLIFFE COURT<br>KITCHENER, ON  N2B 3X1 |
| ANNE KWASNESKI<br>14373 SHAGBARK AVE<br>PORT CHARLOTTE, FL  33953 |
| ANNE L BOULEY<br>30 BUTTERWORTH ROAD<br>HOLLAND, MA  01521 |
| ANNE LANDRY<br>1710 MAIN ST<br>LEICESTER, MA  01524 |
| ANNE LAROSE<br>153 DUNSDON STREET<br>BRANTFORD, ON  N3R6N3 |
| ANNE LEAMY<br>815 BEECHWOOD DR<br>DELTON, MI  49046 |
| ANNE LEARY<br>859 OAKWOOD<br>EAST AURORA, NY  14052 |
| ANNE LEGER<br>3 COLD SPRING ROAD<br>BELCHERTOWN, MA  01007 |
| ANNE LENNOX<br>502-166 MOUNTAIN PARK AVENUE<br>HAMILTON, ON  L8V 1A1 |
| ANNE LEONARDI<br>6336 E HARRYS RD<br>TRAVERSE CITY, MI  49684 |
| ANNE LISA DE FOREST<br>21 MARQUETTE<br>KIRKLAND, QC  H9H 3X8 |
| ANNE LOVELAND<br>11 PEQUOT RD<br>PLAINVILLE, CT  06062 |
| ANNE LOVELAND<br>50817 SAFARI DR<br>GRANGER, IN  FAMILYTIES |
| ANNE LYNCH<br>30 OSLER DR UNTI 20<br>DUNDAS, ONT  L9H6W3 |
| ANNE M FALKE<br>26 BEACONSFIELD RD<br>WORCESTER, MA  01602 |
| ANNE M GIORGIO<br>969 BEAUMONT LN<br>ROCKLEDGE, FL  32955-4007 |
| ANNE M JETTE<br>13 NORTHWEST RD<br>SPENCER, MA  01562 |
| ANNE M JETTE<br>13NORTHWEST RD<br>SPENCER, MA  01562 |
| ANNE M KEARNS<br>10040 MIDDLE ROAD<br>EAST CONCORD, NY  14055 |
| ANNE M MCGEOUGH<br>354 CYPRESS CREEK DRIVE<br>MURRELLS INLET, SC  29576 |
| ANNE M SEERY<br>3784 CHARLES PLACE<br>LITTLE RIVER, SC  29566 |
| ANNE MACKENZIE<br>78 EMERALD ROAD<br>RUTLAND, MA  01543 |
| ANNE MACPHERSON<br>1 KNOLL HAVEN CIRCLE<br>BOLTON, ON  L7E 2S9 |
| ANNE MARGARET SARDINIA<br>197 SOUTH LAKE STREET<br>HAMBURG , NY  14075 |
| ANNE MARIA ZEPPIERI<br>42 VERNET CRESCENT<br>BRAMPTON, ONTARIO  L6P 1Z5 |
| ANNE MARIE ARONSON<br>124 OAKHURST DRIVE<br>MCMURRAY, PA  15317 |
| ANNE MARIE CAISTER<br>6087 PRAIRIE CIRCLE<br>MISSISSAUGA, ON  L5N5Z5 |

ANNE MARIE CLOUTIER
209 RUE DU TREFLE
ST-AUGUSTIN-DE-DESMAURES,   G3A 1H9

ANNE MARIE CRUMMY
1288 GRAINER COURT
OAKVILLE, ON  L6M3A5

ANNE MARIE DAVIS
130 CENTURY RD
CHEEKTOWAGA, NY  14215

ANNE MARIE FABER
12831 KEDLESTON CIR
FORT MYERS, FL  33912

ANNE MARIE GEVRY
1568 CLAUDE HENRI GRIGNON
STE-JULIE, QC  J3E 2B3

ANNE MARIE GREEN
59 KNOLLWOOD DRIVE
CHEEKTOWAGA, NY  14227

ANNE MARIE HARRIS
1883 WOODARD RD
ELMA, OK  14059

ANNE MARIE JEAN
9750 DU KAYAK
MIRABEL, QC  J7J 3M5

ANNE MARIE KEARNS
10040 MIDDLE ROAD
EAST CONCORD, NY  14055

ANNE MARIE L BELLEMARE
3162 DE LA MONTAGNE
SHAWINIGAN, QC  G9N 6K6

ANNE MARIE LAPIERRE
145 ROUTE 219
HEMMINGFORD, QC  J0L 1H0

ANNE MARIE MACDONALD
143 SUMMER STREET
WATERTOWN, MA  02472

ANNE MARIE MARTINAK
4 BERNEY DR
CALEDON EAST, ON  L7C0B8

ANNE MARIE RUEL
128 RUE MORGAN
COATICOOK, QC  J1A1V7

ANNE MARIE TODD
2420 CAVENDISH DRIVE
BURLINGTON, ON  L7P 3B9

ANNE MARIE TOTH
558 SOUTH PELHAM RD
WELLAND, ON  L3C 3C6

ANNE MARIE VELLA
134 W HILLSIDE
BARRINGTON, IL  60010

ANNE MARTIN
42 LAGARE ST.
PALM COAST, FL  32137

ANNE MARTIN
50 VICTOR AVE
TUPPER LAKE, NY  12986

ANNE MC DONOUGH
1290 CRESTVIEW DR
TROY, OH  45373

ANNE MCDOWELL
2273 CARNABY CRT
LEHIGH ACRES, FL  33973

ANNE MCGEOUGH
354 CYPRESS CREEK DRIVE
MURRELLS INLET, SC  29576-7198

ANNE MCGEOUGH
354 CYPRESS CREEK DRIVE
MURRELS INLET, SC  29576

ANNE MCKENNA
428 OCEAN DR
ST AUGUSTINE, FL  32080

ANNE MCMILLAN
632 BEACHGRASS COURT
MISSISSAUGA, ON  L4Z3Y8

ANNE MCMULLIN
190 CONNAUGHT AVE
GLACE BAY, NS  B1A5T1

ANNE MCMULLIN
PO BOX 7043
BRAS DOR, NS  B1Y3Y6

ANNE MEADOWS
905 RIVERSIDE BLVD
LUMBERTON, NC  28358

ANNE MILNE
861 MONA DRIVE
KINGSTON, ON  K7P 1S3