DIANNE RILEY
34 ROCK CLIFFE ROAD
ST CATHARINES, ON  L0S1E6

DIANNE RUTAN
12 HARVARD STREET
WORCESTER, MA  01609

DIANNE S HAUPERT
1210 GEDDES ST
HAWKESVILLE, ON  N0B 1X0

DIANNE SHULTZ
20 ELLIS ROAD
WESTMINSTER,   01473

DIANNE SHULTZ
20 ELLIS ROAD
WESTMINSTER, MA  01473

DIANNE SIROIS
20 STEIN RD
ELLINGTON, CT  06029

DIANNE SIROIS
20 STEIN ROAD
ELLINGTON, CT  06029

DIANNE SLOAN
2748 BENTLEY AVE
JAMESTOWN, NY  14701

DIANNE STEVENSON
2593 FIFTH ST
ST CATHARINES, ON  L2R 6P7

DIANNE TADAVICH
42660 N LINDEN LANE
ANTIOCH, IL  60002

DIANNE TAULBEE
602 RAMSEY LANE
PLEASANT LAKE, MI  49272

DIANNE TAULBEE
BOX 58
PLEASANT LAKE, MI  49272

DIANNE TUFTS
104 THE LAURELS
INFIELD, CT  06082

DIANNE VOLLMER
48 KELLY DRIVE
KITCHENER, ON  N2M 1V6

DIANNE WALKER
173 PARKVIEW ROAD
KESWICK, ON  L4P 2J6

DIANNE WALKER
7270 GUINEVERE CIR
MYRTLE BEACH, SC  29588

DIANNE WILSON
88 MICHAEL BLVD
WHITBY, ON  L1N5Z1

DICK COWAN
214 EAST RUTLEDGE
PETERSBURG, IL  62675

DICK DATSON
7023 N PLUM TREE
PUNTA GORDA, FL  33955

DICK GREEN
9 BEACH RD
WARE, MA  01082

DICKIE ROSE
2106 BRACKENRIDGE TR
BELVIDERE, IL  61008

DIDIER LAI
7451 MOUNT
MONTREAL, QC  H3R3A8

DIEM NGUYEN
2999 COUSINEAU
SAINT LAURENT, QC  H4K1P3

DIETER HEINZE
15618 82ND TERRACE N
PALM BEACH GARDENS, FL  33418

DIETER RAMBACHER
47 GRAND VELLORE CRES
VAUGHAN, ON  L4H0N8

DIETER RAMBACHER
47 GRAND VELLORE CRESCENT
WOODBRIDGE, ON  L4H 0N8

DIETMAR BISCHOFF
67 MORRISON RD
KITCHENER, ON  N2A 2W6

DILIA SOUSA
2687 HARDY CRESCENT
OAKVILLE, ON  L6J 7C1

DILLON HOLEWINSKI
7649 HEATHER KNOLL LANE
VERONA, WI  53593

| |
|---|
| DIMITAR KACHORIN<br>445 ST CROIX<br>MONTREAL, QC  H4L5P3 |
| DIMITIE OCONNOR<br>192 OAK WODD AVE<br>EAST AURORA, NY  14052 |
| DIMITRIOS CHRISTOPOULOS<br>125 NEPTUNE BLVD<br>DORVAL, QC  H9S 2L3 |
| DIMITRIOS SAKKAS<br>5056 CLAUDEL<br>LAVAL, QC  H7W 4T5 |
| DINA COOK<br>16 PRICE STREET<br>JAMESTOWN, NY  14701 |
| DINA DEUTSCH<br>110 SCOTTDALE DRIVE<br>PITTSBURGH, PA  15205 |
| DINA DIPASQUALE<br>PO BOX 438<br>ELLICOTTVILLE, NY  14731 |
| DINA ELSAHRIGY<br>2920 BEACHVIEW ST<br>AJAX, ON  L1S1C7 |
| DINA LEAVITT<br>148 FARRINGTON ROAD<br>BARRE, MA  01005 |
| DINA PATEY<br>30 ERIC CLARKE DR<br>WHITBY, ON  L1R2H9 |
| DINA PATONE<br>6246 DES ROSSIGNOLS<br>LAVAL, QC  H7L 5V6 |
| DINA POTTER<br>9235 COLEMAN RD<br>BARKER, NY  14012 |
| DINAH GAMIN<br>42 ORTON PLACE<br>BUFFALO, NY  14201 |
| DINAH OSBORN<br>1 PICKWICK LN<br>MACKINAW, IL  61755 |
| DINAH PRESSWOOD<br>23 QUEEN STREET<br>GEORGETOWN, ON  L7G 2E3 |
| DINAH VEENHOF<br>50 SHEPHARD PLACE<br>NEW HAMBURG, ON  N3A2E4 |
| DINEEN LEGER<br>1486 CONC 7<br>HAMPTON, ON  L0B1J0 |
| DINH QUI TRUONG<br>604 BISAILLON<br>LAVAL, QC  H7X 4E8 |
| DINITA CALDWELL SMITH<br>310 E 42ND STREET<br>PATERSON, NJ  07504 |
| DINO ALEGI<br>5521 DE LA BERGE<br>TERREBONNE, QC  J7M2A6 |
| DINO BARTOLINI<br>950 FENNELL AVE E APT 402<br>HAMILTON, ON  L8V1X2 |
| DINO CEDRONE<br>7 HIRAM ROAD<br>FRAMINGHAM, MA  01701 |
| DINO DE ROSA<br>313 HACHEZ ST<br>LASALLE, QUEBEC  H8R4A2 |
| DINO DELGROSSO<br>174 MONTEVISTA<br>DDO, QC  H9B 3A7 |
| DINO GANGAI<br>39 CHOPIN<br>DOLLARD DES ORMEAUX, QC  H9G1J7 |
| DINO GIOIA<br>243 DES GRANDS-PRES AVENUE<br>TERREBONNE, QC  J6V1N2 |
| DINO GIUDICE<br>47 TAMWOOD COURT<br>STONEY CREEK, ON  L8J2O4 |
| DINO NERI<br>130 BILBROUGH ST<br>AURORA, ON  L4G 7W6 |
| DINO NICOSIA<br>26 LIAM DR<br>ANCASTER, ON  L9G4Y1 |

| |
|---|
| DINO NICOSIA<br>26 LIAM DRIVE<br>ANCASTER, ON  L9G4Y1 |
| DINO SCOPELLETI<br>37 DES AMADOUVIERS<br>STE-THERESE, QC  J7E5S7 |
| DINO SINGAS<br>2134 KHASIA POINTE<br>NAPLES, FL  34119 |
| DINO TESSAROLO<br>9 BEVAN COURT<br>HAMILTON, ON  L8K-4P9 |
| DINO TESSICINI<br>50 BROOKSIDE DRIVE<br>WILBRAHAM, MA  01095 |
| DINO VARVARESOS<br>151 POPLAR RIDGE ROAD<br>PEMBROKE, ON  K8A 8K3 |
| DINU MIRON<br>2323 BOUL COTE-VERTU APP 3<br>SAINT-LAURENT, QC  H4R1P2 |
| DION COLETTE<br>2 LEGAULT<br>ST-ANDRE ARGENTEUIL, QC  J0V1X0 |
| DIONNE MARIE JOSSE<br>343 DES MELEZES<br>ROSEMERE, QC  J7A 0A4 |
| DIONNE TUCKER<br>24263 SAN CIPRIAN RD<br>PUNTA GORDA, FL  33955 |
| DIPESH CHAUHAN<br>167 TOWER HILL ROAD<br>RICHMOND HILL, ON  L4E4M1 |
| DIPNARINE DOOKIE<br>21 EARLSBRIDGE BLVD<br>BRAMPTON, ON  L7A2L8 |
| DIRK JOHN HEEG<br>1229 ROBINSON ROAD<br>DUNNVILLE, ON  N1A2W1 |
| DIRK NORMAN<br>304 W JOSEPH ST<br>ROANOKE, IL  61561 |
| DIRK TESTERINK<br>8 - FAIRHOLME DR<br>MORRISBURG, ON  K0C 1X0 |
| DIRK VON TREUENFELS<br>211 WALSH CRES<br>ORANGEVILLE, ON  L9W4T2 |
| DIVINA BACALLA<br>183 MAURICE RICHARD<br>VAUDREUIL, QC  J7V0J6 |
| DIVINA BERNARDE<br>5647 ARMANDO AVENUE<br>MISSISSAUGA, ON  L5V3A8 |
| DIVINA OTTE<br>9661 FIREFLY AVENUE<br>GALESBURG, MI  49053 |
| DIXIE BREWER<br>3012 PEBBLE CREEK LANE<br>LAMBERTVILLE, MI  48144 |
| DIXIE BURRELL<br>R R 4 BOX 189B<br>SHELBYVILLE, IL  62565 |
| DIXIE COX<br>12122 MOONSHELL DRIVE<br>CAPE CORAL, FL  33991 |
| DIXIE DUPON<br>325 GARAFRAXA<br>CHATSWORTH, ON  NOH 1G0 |
| DIXIE KOPP<br>PO BOX 1674<br>MURRELLS INLET, SC  29576 |
| DIXIE ROBERTS<br>3213 SUMMER GLEN DR<br>GROVE CITY, OH  43123 |
| DJ LAROSA<br>4319 PEBBLE POINTE DR<br>LAKELAND, FL  33813 |
| DJORDJE NEDIC<br>30 WORTHINGTON CRES<br>TORONTO, ON  M6S3P6 |
| DM NOCERABATTAGLIA<br>97 WEIMAR ST<br>BUFFALO, NY  14206 |
| DMITRI MARTCHENKO<br>616 BOBOIS ST<br>LORIGNAL, ON  K0B1K0 |

DOAK MARASCO
140 WILLOW DRIVE
ALTOONA, PA  16601

DOANLD FESTAIUTI
8070 GOODRICH ROAD
CLARENCE CENTER, NY  14032

DODDIPATLA RAO
11094 COUNTY RD C 60
BRYAN , OH  43506

DODDIPATLA RAO
11094 COUNTY RD C 60
BRYAN, OH  43506

DODDIPATLA RAO
11094 COUNTY RD C60
BRYAN, OH  43506

DOEKO KLINE
7211 N 41ST STREET
AUGUSTA, MI  49012

DOLLY CATHERWOOD
7507 BELL SCHOOL LINE
MILTON, ON  L9T2Y1

DOLORES A BUONICONTI
PO BOX 1849
NOKOMIS, FL  34274

DOLORES ADAMS
5326 ROYALTY CT
WAUNAKEE, WI  53597

DOLORES ADRIATICO
615 27TH ST
NIAGARA FALLS, NY  14301

DOLORES AUGUSTUS
87 LAKEWOOD STREET
WORCESTER, MA  01603

DOLORES BONCAL
97 CHRISTINE DR
AMHERST, NY  14228

DOLORES BREWER
1049 STAR CREEK CIRCLE
MYRTLE BEACH, SC  29588

DOLORES BRYAN
3530 N DRAKE RD
KALAMAZOO, MI  49006

DOLORES BUCHER
304 N MAIN STREET
NORTH BALTIMORE, OH  45872

DOLORES CANNIZZARO
1121 BELAIR DR
HIGHLAND BEACH, FL  33487

DOLORES CEKOLA
1515 LAKEVIEW
PORTAGE, MI  49002

DOLORES CLARK
22 DUANE STREET
SAINT REGIS FALLS, NY  12980

DOLORES COMERFORD
304A NUT HATCH LANE
MURRELLS,INL, SC  29576

DOLORES COOTS
336 FRANKLIN STREET
FRAMINGHAM, MA  01702-6225

DOLORES COURTEMANCHE
170 WILLOW AVE
STURBRIDGE, MA  01566

DOLORES DERBIN
14100 EARLY ROAD
MISHAWAKA, IN  46545

DOLORES DUBE
81 HARDING ST
CHICOPEE, MA  01013

DOLORES ERASMUS
1957 TREE CIRCLE
SURFSIDE, SC  29575

DOLORES FARRELL
7 VIRGINIA DR
ROCHDALE, MA  01542

DOLORES FARRELL
7 VIRGINIA DR
ROCHDALE, MA  05142

DOLORES GEHLHAUS
1451 NEWMAN RD
PENNSBURG, PA  18073

DOLORES GEHLHAUS
1451 NEWMAN RD
PENNSBURG, PA  18703

DOLORES HALLOCK
34 WILLOW DR
RANDOLPH, NJ  07869

| |
|---|
| DOLORES JOSEPH<br>75 GRACE STEET<br>BUFFALO, NY  14207 |
| DOLORES KAMPIAN<br>124 KNOLLWOOD DR<br>INDUSTRY, PA  15052 |
| DOLORES KIMBAR<br>54 DEEPDALE RD<br>WORCESTER, MA  01606 |
| DOLORES LAPEKAS<br>6657 ORMADA DRIVE<br>KALAMAZOO, MI  49048 |
| DOLORES LOGAN<br>22611 TITUSVILLE RD<br>PLESENTVILLE , PA  16341 |
| DOLORES LYSOWSKI<br>839 CARLTON DRIVE<br>CAMPBELL, OH  44405 |
| DOLORES M GUGINO<br>4335 INDIAN HILL RD<br>LITTLE RIVER, SC  29566 |
| DOLORES MEEGAN<br>6863 MINUTEMAN TRAIL<br>DERBY, NY  14047 |
| DOLORES MILLER<br>459 FRANKLIN FARMS RD<br>WASHINGTON, PA  15301 |
| DOLORES NARDELLA<br>17 WASHINGTON ST<br>AUBURN, MA  01501 |
| DOLORES PRATT<br>628 GOLD CT APT 11<br>BELVIDERE, IL  61008 |
| DOLORES SEALANDER<br>71 BATTLE ST<br>SOMERS, CT  06071 |
| DOLORES SHEEHAN<br>78 MAPLEGROVE AVE<br>TONAWANDA, NY  14150 |
| DOLORES SMITH<br>581 VERMILLION DRIVE<br>LITTLE RIVER, SC  29566 |
| DOLORES STAINBROOK<br>1328 WEST RIDGE AVENUE<br>SHARPSVILLE, PA  16150 |
| DOLORES SYMCHAK<br>107 GRANT ST<br>CORAOPOLIS, PA  15108 |
| DOLORES TAYLOR<br>400-8 CRANBURY ROAD<br>EAST BRUNSWICK, NJ  08816 |
| DOLORES VANDERBERG<br>4416 WILLOW TRAIL<br>SEBRING, FL  33872 |
| DOLORES WANEK<br>3000 SWALLOW HILL RD<br>PITTSBURGH, PA  15220 |
| DOLORES WARD<br>100 BOB CT<br>CONWAY, SC  29526 |
| DOLORES WILSON<br>12194 BUCKEYE ROAD<br>MONROE CITY, MO  63456 |
| DOLORES WORSEN<br>1012 WREN DRIVE<br>MCKEES ROCKS, PA  15136 |
| DOLORES WORSEN<br>1012 WREN DRVE<br>MCKEES ROCKS, PA  15136 |
| DOLORES ZICCARELLO<br>1334 HIDDEN LAKES DRIVE<br>MOUNT PLEASANT, SC  29464 |
| DOLOROS STINSON<br>77 BEVERLY AVE<br>LOCKPORT, NY 14094 |
| DOM SOUSA<br>5414 LOONLAKE AVE<br>MISSISSAUGA, ON  L5V2E1 |
| DOMENIC BACHAND<br>18 WYCHMERE HARBOR DRIVE<br>HARWICHPORT, MA  02646 |
| DOMENIC BELSITO<br>543 MARSHALL ST<br>PAXTON, MA  01612 |
| DOMENIC CALAGUIRO<br>5352 STANLEY AVE<br>NIAGARA FALLS, ON  L2E5A6 |

DOMENIC CARABETTA
2 VIVA COURT
MAPLE, ON  L6A 1K9

DOMENIC CUOCO
14148 KEWANEE LANE
PORT CHARLOTTE, FL  33981

DOMENIC FACCIOLO
309-330 RED MAPLE RD
RICHMOND HILL, ON  L4C0T6

DOMENIC FRATANTONIO
397 PROSPECT STREET
SHREWSBURY, MA  01545

DOMENIC FRATANTONIO
397 PROSPECT STREET
SHREWSBURY. MA  34145

DOMENIC MARROCCOLI
255 HELENA AVENUE
WINONA, ON  L8E 5Y4

DOMENIC PALDINO
51 UNION ST
WORCESTER, MA  01608

DOMENIC PALDINO
51 UNION STREET
WORCESTER, MA  01608

DOMENIC PIZZIMENTI
2199 PRINCE JOHN BLVD
MISSISSAUGA, ON  L5K2G1

DOMENIC SARTANTONIO
118 LEE STREET
W BOYLSTON, MA  01583

DOMENIC SBROCCHI
3434 PARK PLACE
BETHLEHEM, PA  18017

DOMENICA DE MARCO
34 - 51ST AVENUE
NOTRE DAME D ILE PERROT, QC  J7V 7L8

DOMENICA FERREIRA
42 WEST FOUNTAIN ST
MILFORD, MA  01757

DOMENICA MEADOWS
264 HELENA AVE
WINONA, ON  L8E5Y3

DOMENICA MEADOWS
264 HELENA AVEUNE
WINONA, ON  L8E 5Y3

DOMENICO COCCO
2 DURRELL COURT
HAMILTON, ON  L9A5H5

DOMENICO DE CAPUA
80 CASTLE GLEN CRES
KANATA, ON  K2L 4H1

DOMENICO GRIPPO
8250 MONGEAU
LASALLE, QC  H8P 3M9

DOMENICO NACCARATO
3 BOLTONVIEW CRES
BOLTON, ON  L7E2N1

DOMINGOS GONCALVES
51 DUKE STREET
LUDLOW, MA  01056

DOMINIC AYOTTE
108 RUE BEAUJOLAIS
COWANSVILLE, QC  J2K0B1

DOMINIC BELANGER
7945 AVE ROYALE
CHATEAU-RICHER, QC  GOA1N0

DOMINIC BELLE ISLE
189 ELIZA ST
LORIGNAL, ON  K0B 1K0

DOMINIC BRULE
223 BRANTHAVEN
ORLEANS, ON  K4A0H7

DOMINIC CABRAL
6 BRENTON WOOD RD
HUDSON, MA  01749

DOMINIC CARPENTER
1439 PARK CLUB DRIVE
WESTERVILLE, OH  43081

DOMINIC DELL,OLIO
951WACHUSETT ST
HOLDEN, MASS  01520

DOMINIC DININO
2522 BRAZILIA CT
PUNTA GORDA, FL  33950

DOMINIC DUCHESNE
1185 AZARIE LAMER
BELOEIL, QC  J3G0L5

DOMINIC FICARRI
22 ROSE STREET
CORAOPLIS, PA  15108

DOMINIC FICARRI
668 ANDERSON HOZAK ROAD
CLINTON, PA  15026

DOMINIC GALATI
30 ROSEBURY LN
WOODBRIDGE, ON  L4L3Z2

DOMINIC GIANNETTI
798 BRIGADOON DRIVE
HAMILTON, ON  L9C 7P2

DOMINIC LAURIN
294 EMILE NELLIGAN
RIGAUD, QC  J0P 1P0

DOMINIC LHEUREUX
29 IRONWOOD ST
BILLERICA, MA  01821

DOMINIC LIO
31OAK GLEN DR
OAKMONT, PA  15139

DOMINIC MAONE
20 CORAL GABLE DRIVE
TORONTO, ON  M9M 1N9

DOMINIC MERCIER
69 JACQUES GERARD
VICTORIAVILLE, QC  G6P 6W5

DOMINIC MERCURI
1396 HAZELTON BLVD
BURLINGTON , ON  L7P4V3

DOMINIC MERCURI
1396 HAZELTON BLVD
BURLINGTON, ON  L7P4V3

DOMINIC MERCURI
1396 HAZELTON BOULEVARD
BURLINGTON , ON  L7P4V3

DOMINIC MERCURI
1396 HAZELTON BOULEVARD
BURLINGTON, ON  L7P4V3

DOMINIC MORI
1627 S HERMITAGE RD
FORT MYERS, FL  33919

DOMINIC REID
256 AVENUE DE MOUNT-VERNON
LACHINE, QC  H8R 1K1

DOMINIC ROSSIGNOL
54 SHEARER CRESCENT
KANATA, ON  K2L3N2

DOMINIC TRIVERI
8544 RESERVE DRIVE
POLAND, OH  44514

DOMINIC ZOTTI
12550 51 ST AVENUE
MONTREAL, QC  H1E 6H8

DOMINICK BARONE
122 CHURCH STREET
ROCKAWAY, NJ  07866

DOMINICK CAMELO
23 LAKELAND AVENUE
PLATTSBURG, NY  12901

DOMINICK FARRELL
297 SENNEVILLE ROAD
SENNEVILLE, QC  H9X 3X7

DOMINICK SQUICCIARINI
527 PARIS AVE
ROCKFORD, IL  61107

DOMINIK KANNAGE
830 MAUDE
LAVAL, QC  H7P5A3

DOMINIQUE BUREAU
12740 DE BROUAGE
MIRABEL, QC  J7J2K6

DOMINIQUE CANTIN
855 DE LA CLAIRIERE
GRANBY, QC  J2J 2X8

DOMINIQUE CORNELLIER
6335 AV CAIRNS
MONTREAL, QC  H1K 4B1

DOMINIQUE FLEURENT
114 ELPHEGE
VICTORIAVILLE, QC  G6P8Y3

DOMINIQUE LA SALLE
5-196 FONTAINE
GATINEAU, QC  J8Y 2C9

DOMINIQUE LACERTE
3835 DETRACY ST
TROIS-RIVIERES, QC  G9B2E8

| |
|---|
| DOMINIQUE LAFLAMME<br>447 15E AVENUE NORD<br>ST-GEORGES, QC  G5Z 0Z3 |
| DOMINIQUE LEBRUN<br>10764 DELORIMIER<br>MONTREAL, QC  H2B 2J5 |
| DOMINIQUE LEDUC<br>17131 RUE CHARLES<br>MIRABEL, QC  J7J 1P3 |
| DOMINIQUE MIRON<br>1713 SUNNYBROOKE<br>DOLLAD DES ORMEAUX, QC  H9B 1R4 |
| DOMINIQUE MIRON<br>1713 SUNNYBROOKE<br>DOLLARD DES ORMEAUX, QC  H9B 1R4 |
| DOMINIQUE ROUETTE<br>1074 IMPASSE PICASSO<br>BOISBRIAND, QC  J7G3E4 |
| DOMINIQUE TARDIF<br>51 RUE DE SOREL<br>BLAINVILLE, QC  J7B2A3 |
| DOMINIQUE VAILLANT<br>1050B EINSTEIN<br>REPENTIGNY, QC  J5Y 3Z1 |
| DOMMIA CRAWLEY<br>2820 SPRING STREET<br>PITTSBURGH, PA  15210 |
| DOMONIQUE RYAN<br>780 PONDEROSA RD<br>VENICE, FL  34293 |
| DON BOCKLER<br>201 OAKRIDGE<br>PEORIA, IL  61604 |
| DON BOUMA<br>PO BOX 175<br>DORR, MI  49323 |
| DON BOYER<br>28 BRADY AVE<br>KANATA, ON  K2K 2R2 |
| DON BOYES<br>79 OAKRIDGE DRIVE<br>SUNDRIDGE, ON  P0A 1Z0 |
| DON BROWN<br>3921 LYTHAM COURT<br>COLUMBUS, OH  43220-4848 |
| DON CIMINO<br>1710 POTHIER<br>MONTREAL, QC  H2C1N2 |
| DON DANIELS<br>5034 E NORDIC WOODS DR<br>BYRON, IL  61010-9302 |
| DON DIPIETRO<br>21 TEN ROD RD<br>RUTLAND, MA  01543 |
| DON DROST<br>5297 KING STREET<br>BEAMSVILLE, ON  L0R 1B3 |
| DON E JONES<br>3948 OLD ORCHARD WAY<br>VINELAND, ON  L0R 2C0 |
| DON FITZGERALD<br>1408-75 QUEEN ST N<br>HAMILTON, ON  L8R 3J3 |
| DON FRISINGER<br>7159 OAK BROOK CIRCLE<br>PORTAGE, MI  49002 |
| DON GRIGOR<br>6868 KINSMEN COURT<br>NIAGARA FALLS, ON  L6E6S5 |
| DON GROCHOCKI<br>202 AUTUMN WOOD<br>CHEEKDOWAGA, NY  14227 |
| DON HITTMEIER<br>355 SECRETARIAT PLACE<br>MOUNT ZION, IL  62549 |
| DON HOLMES<br>PO BOX 780<br>WEST BOYLSTON, MA  01583 |
| DON HORVATH<br>43 MAYFAIR DRIVE<br>WELLAND, ON  L3C7A2 |
| DON J SMILLIE<br>155 QUEEN VICTORIA DRIVE UNIT 77<br>HAMILTON, ON  L8W2C2 |
| DON JAUNZEMIS<br>1254 TR 129 S<br>ZANESFIELD, OH  43360 |

| |
|---|
| DON KILLMEYER<br>18 GATE ST<br>BUCKHANNON, WV 26201 |
| DON KLEIN<br>5205 HIGH VISTA DR<br>OREFIELD, PA 18069 |
| DON KUPFERSCHMID<br>124 LILAC LN<br>CHATHAM, IL 62629 |
| DON MCCRAE<br>372 CRAIGLEITH DR<br>WATERLOO, ON N2L5B7 |
| DON MCCULLOUGH<br>54 CLINEMOUNTAIN<br>GRIMSBY, ON L3M4B5 |
| DON MUTCH<br>112-1093 KINGSTON RD<br>TORONTO, ON M1N 4E2 |
| DON NEWHOOK<br>4426 GRAHAM<br>MONTREAL, QC H9H2C2 |
| DON PENNELL<br>4304 COUPLES CRES<br>BURLINGTON, ON L7M4Y8 |
| DON PENNELL<br>4304 COUPLES CRESCENT<br>BURLINGTON, ON L7M4Y8 |
| DON ROUNG<br>82 ALLENSGATE DRIVE<br>BRANTFORD, ON N3V1E2 |
| DON SIKORA<br>4521 BLAIRMORE<br>ROCKFORD, IL 61107 |
| DON TIGER<br>128 DUNDEE DR<br>CANONSBURG, PA 15317 |
| DON W CASPER<br>1818 CHERRY RD<br>SPRINGFIELD, IL 62704 |
| DON WHALEY<br>44 SPRUZESIDE CRESENT<br>FONTHILL, ON L0S1E1 |
| DON WINTLE<br>10DEVERARDO DR<br>FONTHILL, OH L0S1E2 |
| DON ZYNOMIRSKI<br>1420 OLD FOREST ROAD<br>PICKERING, ON L1V1N7 |
| DONA BARGELLETTI<br>97 DE LA MOSELLE<br>ST LAMBERT, AL J4S 1W9 |
| DONA DEN BOER<br>2639 KNIGHTSBRIDGE SE<br>GRAND RAPIDS, MI 49546 |
| DONA FOUNTAIN<br>295 BRADFORD RD<br>PLATTSBURGH, NY 12901 |
| DONA GILLSON<br>7257 FLANNIGAN ROAD<br>ORLEANS, MI 48865 |
| DONA GOBLE<br>214 WILCREST DRIVE<br>MATTHEWS, NC 28105 |
| DONA HEUPEL<br>11 LOCUST STREET<br>WARWICK, NY 10990 |
| DONA LEATHERS<br>8643 GOLD PINE DR<br>PORT RICHEY, FL 34668 |
| DONA LEE<br>962 COLE COURT<br>MYRTLE BEACH, SC 29577 |
| DONA SABLES<br>2045 SOUTH GLENWOOD AVE<br>SPRINGFIELD, IL 62704 |
| DONA VASEY<br>697 CHAMBERLIN RD<br>MYRTLE BEACH, SC 29588 |
| DONAALD WILEY<br>561 MOUNTAIN AVENUE<br>WYCKOFF, NJ 07481 |
| DONAHUE R RICHARD<br>1452 COMFREY CRESCENT<br>ORLEANS, ON K4A0L8 |
| DONAHUE RAY RICHARD<br>1452 COMFREY CRESCENT<br>ORLEANS, ON K4A0L8 |

| |
|---|
| DONALD   A ARAGO<br>325 NO CAUSEWAY  C203<br>NEW SMYRNA BEACH, FL  32169 |
| DONALD A BROWN<br>5019 SW13TH AVE<br>CAPE CORAL, FL  33914 |
| DONALD A STEWART<br>2115 AUTUMN BREEZE DR S<br>MISSISSAUGA, ON  L5B 1R3 |
| DONALD ALBERT ALBERT<br>1002 ARTHUR-DUMOUCHEL<br>BOUCHERVILLE, QC  J4B8E6 |
| DONALD ALBERT<br>1002 ARTHUR-DOUMOUCHEL<br>BOUCHERVILLE, QC  J4B8E6 |
| DONALD ALBERT<br>1002 ARTHUR-DUMOUCHEL<br>BOUCHERVILLE, QC  J4B 8E6 |
| DONALD ALBERT<br>1002 ARTHUR-DUMOUCHEL<br>BOUCHERVILLE, QC  J4B8E6 |
| DONALD ALBRO<br>45ELM ST. NORTH<br>BARRIE, MA  01005 |
| DONALD ALESSI<br>4940 HILLCREST DR<br>CLARENCE, NY  14031 |
| DONALD ALIMECCO<br>P O BOX 240<br>CONYNGHAM, PA  18219 |
| DONALD ALLAIN<br>10144 CALUMET LANE<br>LAKE WORTH , FL  33467 |
| DONALD ALLAN<br>2038 COUNTRY CLUB DR<br>BURLINGTON, ON  L7M3Z2 |
| DONALD ALLAN<br>2038 COUNTRY CLUB DRIVE<br>BURLINGTON, ON  L7M3Z2 |
| DONALD ALVRO<br>45 ELM ST NORTH<br>BARRIE, MASS  01005 |
| DONALD ANDERSON<br>15915 INDIAN  VALLEY ST<br>SCHOOLCRAFT, MI  49087 |
| DONALD ANDERSON<br>49 WOODBOROUGH RD<br>GUELPH, ON  N1G3L7 |
| DONALD ANDERSON<br>8654 OAKLAND HILLS CIRCLE<br>PORTAGE, MI  49024 |
| DONALD APHOLT<br>347 NEW BRAINTREE RD<br>OAKHAM, MA  01068 |
| DONALD APPOLONI SR<br>14329 HOFFMAN RD<br>THREE RIVERS, MI  49093 |
| DONALD ARMENIA<br>31 GREEN LAKE DRIVE<br>ORCHARD PARK, NY  14127 |
| DONALD ARNTS<br>7383 TOWNLINE ROAD<br>NORTH TONAWANDA, NY  14120 |
| DONALD AWREY<br>1015 ALASKA AVENUE<br>LEHIGH ACRES, FL  33971 |
| DONALD AWREY<br>1015 ALASKA AVENUE<br>LEHIGH ACRES, FL  33971-6647 |
| DONALD AZZARELLO<br>913 GARDEN CITY DRIVE<br>MONROEVILLE, PA  15146 |
| DONALD B CRUICKSHANK<br>24 WELLINGTON STREET<br>PARIS, ON  N3L1S9 |
| DONALD B STUMPF<br>1693 GLEN ABBY LN<br>WINTER HAVEN, FL  33881 |
| DONALD BACCARO<br>39 WAINWRIGHT AVE<br>RICHMOND HILL, ON  L4C 5R4 |
| DONALD BAKKER<br>108 CASSANDRA BLVD<br>SARNIA, ON  N7S6M9 |
| DONALD BALL<br>20 BJORKLUND AVE<br>WORCESTER, MA  01605 |

DONALD BALLARD
244 ENCHANTED FOREST N
LANCASTER, NY  14086

DONALD BALZER
2096 LAKE RD
SILVER CREEK, NY  14136

DONALD BANMAN
1267 NATHANIEL CRES
BURLINGTON, ON  L7S2A9

DONALD BARNETT
39 HILLS ROAD
AJAX, ON  L1S2W2

DONALD BATTS
6510 LINDENHURST DRIVE
KALAMAZOO, MI  49009

DONALD BEAM
6913 RIDGEWOOD TRAIL
TOLEDO, OH  43617

DONALD BEAN
690 MEADOWBROOK LN
CALABASH, NC  28467

DONALD BEATTY
2542 YORK ROAD
ST JAMES CITY , FL  33956

DONALD BEATTY
2542 YORK ROAD
ST JAMES CITY, FL  33956

DONALD BEHLER
10TH  BRIDGE STS
LEHIGHTON, PA  18235

DONALD BERNIER
523 FOXWOOD BLVD
ENGLEWOOD, FL  34223

DONALD BIEGLEY
2501 CHERRYWOOD RD
BATH, PA  18014

DONALD BILLINGTON
29936 KISHWAUKEE DRIVE
KINGSTON, IL  60145

DONALD BISHOP
68 GLENVIEW STREET
UPTON, MA  01568

DONALD BLACKMAN
43 MYRON AVE
KENMORE, NY  14217

DONALD BLACKMAN
43 MYRON
KENMORE, NY  14217

DONALD BLAIR
9 MORNINGSIDE DRIVE
AUBURN, NY  13021

DONALD BLANCHARD
44 LAUREN COURT
KINGSTON, NY  12401

DONALD BLANDING
860 TAYLOR RISE
VICTOR, NY  14564

DONALD BOULANGER JR
239 DUSTIN TAVERN RD
WEARE, NH  03281

DONALD BOURCIER
241 BELMONT AVE
WEST SPRINGFIELD, MA  01089

DONALD BRAUN
132 HARROGATE SQUARE
WILLIAMSVILLE, NY  14221

DONALD BRICK
4372 LAKE AVE
LOCKPORT, NY  14094

DONALD BRIGHT
8225 LEHMAN RD
DECATUR, IL  62521

DONALD BRILLON
2935 CHABOT
ST-JEAN-BAPTISTE, QC  J0L2B0

DONALD BROMLEY
8004 WHITEHALL RD
WHITEHALL, MI  49461

DONALD BROWN
1917 CARLYLE DR
PIQUA, OH  45356

DONALD BROWN
433 SPRING LAKE DRIVE
QUINCY, IL  62305

DONALD BUILTA
68  HOLIDAY DRIVE
CLINTON, IL  61727

| |
|---|
| DONALD BULL<br>53 ODESSA ST<br>STONEY CREEK, ON  L8J 1A3 |
| DONALD BURK<br>46 RIVER FOREST DRIVE<br>FREEPORT, PA  16229 |
| DONALD BUSCH<br>11399  COUNTY ROAD F<br>HOLGATE, OH  43527 |
| DONALD BUSCH<br>11399 COUNTY ROAD F<br>HOLGATE, OH  43527 |
| DONALD C DOUBLEDAY<br>185 HEINEBERG<br>COLCHESTER, VT  05446 |
| DONALD C TURNER<br>128 INDIAN CIRCLE<br>COLCHESTER, VT  05446 |
| DONALD CAMIRAND<br>62 TIMBER CREEK CRS<br>FONTHILL , ON  L0S1E4 |
| DONALD CARDINO<br>6017 DAHLBERG RD EXT<br>BROCTON, NY  14716 |
| DONALD CAREY<br>101 BELL DR<br>WHITBY, ON  L1N2T1 |
| DONALD CARUSO<br>103 SAND PINE DRIVE<br>JUPITER, FL  33477 |
| DONALD CARUSO<br>585 WACHUSETT ST<br>HOLDEN, MA  01520 |
| DONALD CATHER<br>457 SW ASTER RD<br>PORT ST LUCIE, FL  34953 |
| DONALD CHALKER<br>3680 HATHAWAY RD<br>KALAMAZOO, MI  49009 |
| DONALD CHAPDELAINE<br>406 HALFORD RD<br>BEACONSFIELD, QC  H9W 3L3 |
| DONALD CHAPMAN<br>220 GARFIELD<br>HINCKLEY, IL  60520 |
| DONALD CHAPMAN<br>220 N GARFIELD<br>HINCKLEY, IL  60520 |
| DONALD CHISHOLM<br>1404 LOCHIEL ST<br>CORNWALL, ON  K6H6N2 |
| DONALD CHOWN<br>9841 CHAMBRAY ST<br>PORTAGE, MI  49002 |
| DONALD CLANNON<br>63 PARKPLAZA DR<br>HAMILTON, ON  L8V 5A4 |
| DONALD CLOUGH<br>94 CHERRY  STREET<br>SPENCER, MA  01562 |
| DONALD COLLETTE<br>15168 COMMUNITY AVE<br>PORT CHALROTTE, MA  33953 |
| DONALD COLLIER<br>22462 WEST M43<br>KALAMAZOO, MI  49009 |
| DONALD COLLIER<br>54516 N MAIN ST<br>MATTAWAN, MI  49071 |
| DONALD COLLINS<br>2216 LYMAN DR<br>LANSING, MI  48912 |
| DONALD CONAGHAN<br>46 COTTAGE DRIVE<br>HOLLISTON, MA  01746 |
| DONALD CONDEE II<br>442 DRIFTWOOD CT<br>MARCO ISLAND, FL  34145 |
| DONALD CONNESS<br>5506 ROANOKE ROAD<br>ROCKFORD, IL  61107 |
| DONALD COOK<br>263 MARIANNA DR<br>AUBURNDALE, FL  33823 |
| DONALD COOKE<br>97 PRATT ST<br>ROUSES POINT, NY  12979 |

| |
|---|
| DONALD CORNWELL |
| 2485 KEYSTONE LAKE DRIVE |
| CAPE CORAL,, FL  33909 |
| DONALD COTE |
| 430 LISBONNE |
| REPENTIGNY, QC  J5Y3Y1 |
| DONALD COULL |
| 19 ROSEBUD AVE |
| BRAMPTON, ON  L6X 2W4 |
| DONALD COULTAS |
| 1026 FIDDLEBACK DRIVE |
| MCKEES ROCKS, PA  15136 |
| DONALD COURTNEY COURTNEY |
| 84 ESSLING AVE |
| HAMILTON, ON  L9B 2E8 |
| DONALD CRANSON |
| 10 WINNECONNETT RD |
| WORCESTER, MA  01605 |
| DONALD CRITES |
| 14 CRESENTVIEW DRIVE |
| CORNWALL, ON  K6J 3E7 |
| DONALD CROTEAU |
| 67 FLAXFIELD RD |
| DUDLEY, MA  01571 |
| DONALD CRUDEN |
| 2301 BITTERSWEET ROW |
| ROCKFORD, IL  61108 |
| DONALD CURRUTT |
| 28 BAYBERRY CIRCLE |
| CAROLINA SHORES, NC  28467 |
| DONALD CURTIS |
| P O BOX 50 |
| EDINBURG, IL  62531 |
| DONALD CURTIS |
| P O BOX 50 |
| EDINBURG, IL  62531-0050 |
| DONALD CZELUSNIAK |
| 100 CANTERBURY DRIVE |
| LUNENBURG, MA  01462 |
| DONALD D CAMERON |
| 746 ROSEHEATH DRIVE |
| MILTON, ON  L9T4R4 |
| DONALD D SPRINGER |
| 3117 IRONHILL DRIVE |
| SPRINGFIELD, IL  62711 |
| DONALD DAKIN |
| 4294 REDWOOD |
| PIERREFONDS, QU  H9H2C4 |
| DONALD DAVIDSON |
| 109 TURNPIKE AVENUE |
| BEAVER FALLS, PA  15010 |
| DONALD DEBAULT |
| 544 LINDLEY TERR |
| PORT CHARLOTTE, FL  33952 |
| DONALD DEIBLER |
| 9152 S GULLWAY |
| RICHLAND, MI  49083 |
| DONALD DELONG |
| 8743 EAST MAIN ST |
| GALESBURG, MI  49053 |
| DONALD DESKINS |
| 5585 EBRIGHT RD |
| GROVEPORT, OH  43125 |
| DONALD DIEMDOWICZ |
| 5 SEASONS DRIVE |
| HOLDEN, MA  01520 |
| DONALD DIGIOVANNI |
| 2965 COTSWOLD CIRCLE |
| ROCKFORD, IL  61114 |
| DONALD DIVIS |
| 231 PEARL STREET |
| WATERVLIET, MI  49098 |
| DONALD DIXON |
| 2-118 BROWN ST |
| PORT DOVER, ON  N0A1N8 |
| DONALD DOBRINDT |
| 5921 WHISPERING MEADOWS |
| CANFIELD, OH  44406 |
| DONALD DOCTOR |
| 24 HANCOCK AVE |
| BUFFALO, NY  14220 |
| DONALD DOODY |
| 2 PINE IN THE WOOD |
| PORT ORANGE, FL  32129 |
| DONALD DOYLE |
| 3 BLUERIDGE CT |
| NEPEAN, ON  K2J2J3 |

| |
|---|
| DONALD DREISBACH<br>21552 US 224<br>FOSTORIA, OH 44830 |
| DONALD DRINKWATER<br>43 HERMAN THAU RD<br>ANNANDALE, NJ 08801 |
| DONALD DUFOUR<br>14081 BRANT POINT CIRCLE521<br>FORT MYERS, FL 33919 |
| DONALD DUNKELBERG<br>8994 LENHARDS LANDING<br>CLARKSVILLE, MI 48815 |
| DONALD DUPREY<br>71 PARSON RD<br>PERU, NY 12972 |
| DONALD DUPREY<br>71 PARSONS ROAD<br>PERU, NY 12972 |
| DONALD DUXBURY<br>15 PARKVIEW RD<br>HAGERSVILLE, ON N0A1H0 |
| DONALD E HELMBOLDT<br>686 COLLIER LAKE CIRCLE<br>SEBASTIAN, FL 32958 |
| DONALD E HELMBOLDT<br>842 HIGHBANKS DR<br>ALLEGAN, MI 49010 |
| DONALD EAGLES<br>4730 CLIFTON PARKWAY<br>HAMBURG, NY 14075 |
| DONALD ECKLEY<br>484 DOVER DRIVE SOUTH<br>ENGLEWOOD, FL 34223 |
| DONALD EMANUELE<br>9 SHETLAND CIRCLE<br>ROCHESTER, NY 14624 |
| DONALD EMBLER<br>1 WILEY DRIVE<br>SOMERSET, NJ 07878 |
| DONALD ERICKSON<br>1883 SHADYSIDE ROAD<br>LAKEWOOD, NY 14750 |
| DONALD ESKEN<br>6406 UNION AVE<br>FINLEYVILLE, PA 15332 |
| DONALD EVANS<br>5814 JACKSON LANE<br>VENICE, FL 34293 |
| DONALD F VALCOURT<br>799 WILSHIRE LANE<br>MURRELLS INLET, SC 29576 |
| DONALD FANZINI<br>3738 FAIRCREST DR<br>FAIRVIEW, PA 16415 |
| DONALD FANZINI<br>3738 FAIRCREST<br>FAIRVIEW, PA 16415 |
| DONALD FERGUSON<br>429 CYPRESS VIEW AVE<br>LITTLE RIVER, SC 29566 |
| DONALD FESTAIUTI<br>8070 GOODRICH RD<br>CLARENCE CENTER, NY 14032 |
| DONALD FIEGL<br>325 SO WOODSIDE DR<br>ALDEN, NY 14004 |
| DONALD FIORINI<br>10 BRAMBLEWOOD LANE<br>ROCHESTER, NY 14624 |
| DONALD FLCKINGER<br>23MARBELLA DR<br>MURRRELLS IN, SC 29576 |
| DONALD FOELLNER<br>567 LONG LANE RD<br>WALNUTPORT, PA 18088 |
| DONALD FOLEY<br>7773 SWAN ROAD<br>BELLEVILLE, NY 13611 |
| DONALD FOSER<br>192 TIM TAM TERRACE<br>WEST SENECA, NY 14224 |
| DONALD FREY<br>4451 GARDNER DR<br>PORT CHARLOTTE, FL 33952 |
| DONALD FRIED<br>117 IRWINWOOD RD<br>LANCASTER, NY 14086 |

DONALD FRIES
313 FRUITWOOD TERRACE
WILLIAMSVILLE, NY  14221

DONALD FULMER
1620 RIDGEWOOD DR
WASHINGTON, PA  15301

DONALD FURLAND
8471 SIERRA MADRE
KALAMAZOO, MI  49009

DONALD G VETTER
102 PIER D
NAPLES, FL  34112

DONALD GALLAGHER
107 ROOSEVELT ST
HADLEY,   01035

DONALD GARARD
401 N SANGAMON
GIBSON CITY, IL  60936

DONALD GASTON
3 ROSELAND PARK ROAD
SOUTH WOODSTOCK, CT  06267

DONALD GEARY
1578 MERRYWEATHER DR
BETHLEHEM, PA  18015

DONALD GEMME
604 AUGER
SAINT-AMABLE, QC  J0L 1N0

DONALD GERBER
1905 TOPAZ POINTE LANE SW
ROCHESTER, MN  55902

DONALD GIROUX
248 MCCARTHY AVE
CHICOPEE, MA  01020

DONALD GNUSE
3029 EVANGELINE ROAD
QUINCY, IL  62301

DONALD GOLDHARDT
3575 NORTON ROAD
GROVE CITY, OH  43123

DONALD GOLDMAN
86 RIVIERA DRIVE
CONCORD, ON  L4K2J2

DONALD GOOD
1072 CHARCOT APP 202
BOUCHERVILLE, QC  J4B0C2

DONALD GORDON
251 PLAINS RD WEST
BURLINGTON, ON  L7T 1G1

DONALD GRAY
26 HIGH ST
SHREWSBURY, MA  01545

DONALD GRAY
40 KRUSE RD
HUBBARDSTON, MA  01452

DONALD GREEN
151A CALIFORNIA STREET
NEWTON, MA  02458

DONALD GREINER
1304 ALLEN AVE
MONACA, PA  15061

DONALD GRIESBACH
4747 INDEPENDENCE DR
BRADENTON, FL  34210

DONALD GUNDRUM
280 GUNDRUM CT
WINTERSVILLE, OH  43953

DONALD HAGEN
25188 MARION AVE
PUNTA GORDA, FL  33950

DONALD HAIST
13180 HORSESHOE LK CT
GOWEN, MI  49326

DONALD HAMILTON
70 COSSEY LANE
STOUFFVILLE, ON  L4A 0R1

DONALD HAMMING
7091 N 12TH STREET
KALAMAZOO, MI  49009

DONALD HAPPEL
26390 BOGEN RD
STURGIS, MI  49091

DONALD HARDY
244 BLAIR RD
STOUFFVILLE, ON  L4A5Z6

DONALD HARRIS
5265 BAILLARGEON
ST HUBERT, QC  J3Y 2A9

| |
|---|
| DONALD HASKELL<br>3305 CANDELA DRIVE<br>MISSISSAUGA, ON  L5A2V1 |
| DONALD HAWKINS<br>803 GLENBROOK RD<br>BOARDMAN, OH  44512 |
| DONALD HAWORTH<br>760 ALLENTOWN RD<br>SELLERSVILLE, PA  18960 |
| DONALD HENDERSON<br>106 PERIVALE CRES<br>SCARBOROUGH, ON  M1J 2C3 |
| DONALD HENDERSON<br>106 PERIVALE CRESCENT<br>SCARBOROUGH, ON  M1J 2C3 |
| DONALD HENNEQUIN<br>436 N MAIN ST<br>MANCHESTER, CT  06042 |
| DONALD HENNING<br>37 KING ARTHURS COURT<br>ROCHESTER, NY  14626 |
| DONALD HERBERT<br>24 CENTRAL ST PO BOX 706<br>BROOKFIELD, MA  01506 |
| DONALD HILLOCK<br>69 WARESIDE RD<br>ETOBICOKE, ON  M9C3B5 |
| DONALD HITTMEIER<br>355 SECRETARIAT PLACE<br>MOUNT ZION, IL  62549 |
| DONALD HOLMES<br>PO BOX 780<br>WEST BOYLSTON, MA  01583 |
| DONALD HORNE<br>PO BOX 1177<br>KAHNAWAKE, QC  J0L 1B0 |
| DONALD HOWARD<br>15825 HEART LAKE RD<br>CALEDON, ON  L7C2L2 |
| DONALD HULTBERG<br>8320 RIVERSIDE DR 4160<br>PUNTA GORDA, FL  33982 |
| DONALD HULTBERG<br>8320 RIVERSIDE DR<br>PUNTA GORDA, FL  33982 |
| DONALD HUNT<br>3060 DRIFTWOOD DRIVE<br>BURLINGTON, ON  L7M1X6 |
| DONALD HUNTLEY<br>5038 SOUTH CHANA ROAD<br>CHANA, IL  61015 |
| DONALD IACOVINO<br>17 BEATON ROAD<br>IRON BRIDGE , ON  P0R1H0 |
| DONALD IACOVINO<br>17 BEATON ROAD<br>IRON BRIDGE, ON  P0R 1H0 |
| DONALD IRELAND<br>98 REYNIER DRIVE<br>BRAMPTON, ON  L6Z1M1 |
| DONALD IRVING<br>6 HOLLAND ROAD<br>WORCESTER, MA  01603 |
| DONALD J KEUNE<br>4208 KINGSMOOR DRIVE<br>TOLEDO, OH  43613 |
| DONALD JACOBS<br>107 TIMBERLINK DRIVE<br>GRAND ISLAND, NY  14072 |
| DONALD JACOBS<br>3 RONALD CT<br>WASHINGTON, IL  61571 |
| DONALD JAMES<br>22 B B BEACH ROAD<br>R R  BAILIEBORO, ON  K0L 1B0 |
| DONALD JEWETT<br>27110 JONES LOOP RD<br>PUNTA GORDA, FL  33982 |
| DONALD JOHNSON<br>446 FOREST AVE<br>BROCKTON, MA  02301 |
| DONALD JOHNSON<br>446 FOREST AVENUE<br>BROCKTON, MA  02301 |
| DONALD JONES<br>115 E N 10TH STREET<br>SHELBYVILLE, IL  62565 |

DONALD JONES
13191 WYNCREST LANE
BATTLE CREEK, MI  49014

DONALD JONES
3201 SWEETWATER BLVD
MURRELLS INLET, SC  29576

DONALD JOYNER
PO BOX 2875
KALAMAZOO, MI  49003

DONALD KANTNER
2749 UPPER MOUNTAIN ROAD
SANBORN, NY  14132

DONALD KASPRZAK
37 FLAGLAR DRIVE
PLATTSBURGH, NY  12901

DONALD KELLY
2825 DAKOTA DRIVE
JANESVILLE, WI  53545

DONALD KEMMERLING
734 QUEENSGATE CIR
SUGAR GROVE, IL  60554

DONALD KENNY
901 THOMAS AVENUE
NORTH MYRTLE BEACH, SC  29582

DONALD KENT
3 CEA ROAD
FALMOUTH , MA  02540

DONALD KENYON
PO BOX 640
CENTRAL SQUARE , NY  13036

DONALD KENYON
PO BOX 640
CENTRAL SQUARE, NY  13036-0640

DONALD KERSTETTER
8068 FOX MILL ROAD
HARRISBURG, PA  17112-9767

DONALD KETTERHAGEN
1414 GENEVA NATIONAL AVE N
LAKE GENEVA, WI  53147

DONALD KIEVIT
4521 BAYBERRY WAY EAST
ESTERO, FL  33928

DONALD KINESTIVER JR
9985 GRUBBS ROAD
WEXFORD, PA  15090

DONALD KLAUS
612 N JACKSON STREET
LIMA, OH  45801

DONALD KNOWLES
81 HAMILTON AV
LACKAWANNA, NY  14218

DONALD KOCH
715 N MUHLENBERG ST
ALLENTOWN, PA  18104

DONALD KOCH
715 N MUHLENBERG ST
ALLENTOWN, PA  18104

DONALD KONDRAT
277 LAKE WALLKILL RD
SUSSEX, NJ  07461

DONALD KONOPA
5028 DEEP POINT DRIVE
PORTAGE, MI  49002

DONALD KOOP
4928CHATSWORTH CREEK
HUDSONVILLE, MI  49426

DONALD KOOP
6565 48TH AVE
HUDSONVILE, MI  49426

DONALD KOSHINSKI
644 N ANTLER DRIVE
MT ZION, IL  62549

DONALD KOVACH
19 LAKE VIEW POINT AVE
BRANCHVILLE, NJ  07826

DONALD KRING
617 TAMMIMI TRAIL NORTH # 114
DENNIS, FL  34285

DONALD KUBATZKE
115 KNOLLWOOD DR
FREEPORT, IL  61032

DONALD KUDOBA
320 EDENBRIDGE PL
KITCHENER, ON  N2A 3M7

DONALD KUNCE
7790 DOUBLETREE COURT
KALAMAZOO, MI  49009

DONALD LACELLE
624 STELLER STREET
ORLEANS, ON K4A1P5

DONALD LAFRAMBOISE
39 ROYAL ORCHARD BLVD
THORNHILL, ON L3T 3C6

DONALD LANGHILL
17 HARTWELL STREET
WEST BOYLSTON, MA 01583

DONALD LAWRENCE
44 GREENWOOD ST
LAKE PLACID, NY 12946

DONALD LEBLANC
5 FENNO DR
WESTMINSTER, MA 01473

DONALD LEE
10 HAVENCREST DR
CALEDON, ON L73 0A8

DONALD LEONARD
74 PINE GROVE DR
SO HADLEY, MA 01075

DONALD LERICHE JR
10 BRUCE STREET
SHIRLEY, MA 01464

DONALD LEVEILLE
14010 DOSTER RD
PLAINWELL, MI 49080

DONALD LIEBLING
11 TWIN OAKS DRIVE
EDISON, NJ 08820

DONALD LIPSKE
816 WALNUT STREET
VERONA, WI 53593-1609

DONALD LUTTRELL
15 LINDEN LANE
SPRINGFIELD, IL 62712

DONALD M CLEMENTE
341 EAST JAMESTOWN RD
GREENVILLE, PA 16125

DONALD M SMITH
960 ALPINE COURT
KINGSTON, ON K7P 1N8

DONALD M SULLIVAN SULLIVAN
849 BOSTON POST ROAD EAST
MARLBOROUGH, MA 01752

DONALD MACE
312 PORTSIDE LANE
EDGEWATER, FL 32141

DONALD MACLEOD
2074 DEYNCOURT DR
BURLINGTON, ON L7R1W3

DONALD MACVICAR
106 SUNNYSLOPE AVE
TORONTO, ON M1C 2P4

DONALD MALOTT
29200 S JONES LOOP RD--LOT 119
PUNTA GORDA, FL 33950

DONALD MARKOWSKI
246 EAGLE COURT
BLOOMINGDALE, IL 60101

DONALD MARKOWSKI
246 EAGLE COURT
BLOOMINGDALE, IL 60108

DONALD MARTIN
79 BONAVENTURE
SHEFFORD, QUEBEC J2M 1K2

DONALD MASON
2701 34TH ST NORTH
ST PETE, FL 33713

DONALD MATHIESON
7352 TISA AVE
PORTCHARLOTTE, FL 33981

DONALD MATTICE
1401 CONCESSION 3
NANTICOKE , ON NOA 1L0

DONALD MCCANN
1178 COINBOW LANE
MYRTLE BEACH, SC 29579

DONALD MCDERMOTT
7543 NOTTINGHAM
LAMBERTVILLE, MI 48144

DONALD MCDONALD
2-1511 UPPER MIDDLE RD
BURLINGHTON, ONTARIO L7P4M5

DONALD MCELROY
39 OBRIEN ST
SHANTY BAY , ONTARIO L0L2L0

DONALD MCFARLAND
145 KINGS DR
MONACA, PA  15061

DONALD MCMULLEN
PO BOX 566
LELAND, MI  49654

DONALD MEADOR
20482 TOWNLINE ROAD
LANARK, IL  61046

DONALD MECK
4594   CR 20
ARCHBOLD, OH  43502

DONALD MEENEN
4010 LOIS LANE
ALLENTOWN, PA  18104

DONALD MELLING
63 CRESTHAVEN DR
CHEEKTOWAGA, NY  14225

DONALD MICKEY
5655 HONEY ROCK RD
CHAMBERSBURG, PA  17202

DONALD MIDDENDORF
63 ALICE DRIVE
JACKSONVILLE, IL  62650

DONALD MIKULEC
673 WOODLAND DR
BUFFALO, NY  14223

DONALD MILROY
1117 WASHINGTON ST
PECATONICA, IL  61063

DONALD MITZEL
20 WATER STREET
ATTICA, NY  14011

DONALD MOHNEY
80 SHADYWOOD LANE
BATTLE CREEK, MI  49015

DONALD MONROE
165 WINDING WOOD WAY
BATTLE CREEK, MI  49014

DONALD MONTELEONE
133 W 2ND ST
PERRYSURG, OH  43551-1478

DONALD MORGAN
218 BEACHFIELD DR
BATTLE CREEK, MI  49015

DONALD MORIN
7 OLD MERRIAN ROAD
NORTH OXFORD, MA  01537

DONALD MORRELL
151 N MAIN STREET
MASSENA, NY  13662

DONALD MOSELER
7269 WINDGATE DR
JENISON, MI  49428

DONALD MOULTON
3441 ROOSEVELT RD
JACKSON, MI  49203

DONALD MYDOCK
4538 LAKELAND HARBOR LOOP
LAKELAND, FL  33805

DONALD NABAL
17 FAIR WODD DRIVE
WILLIAMSVILLE, NY  14221

DONALD NICHOLAS
2495 RUSSETT DRIVE
ARNPRIOR, ON  K7S3G8

DONALD NICHOLLS
707 ANDERSON ST.
WHITBY, ON  L1N3W1

DONALD NOLTING
34 MONICA LANE
SPRINGFIELD, IL  62702

DONALD NUPP
2533 BRISTOL TERRACE
ST JOSEPH, MI  49085

DONALD ODDY
269 STE ROSE BLVD APT 818
LAVAL, QC  H7L0A2

DONALD OETTER
14985 CHAIS CT E
HINCKLEY, IL  60520

DONALD OVERSON
PO BOX 804
SUFFIELD, CT  06078

DONALD PAGLIA
39 TICKLE FANCY LANE
SALEM, NH  03090

DONALD PARE
4101 WEST HILL AVE
MONTREAL, QC  H4B 2S5

DONALD PARE
4101 WESTHILL AVE
MONTREAL, QC  H4B 2S5

DONALD PARE
4101 WESTHILL AVENUE
MONTREAL, QC  H4B 2S5

DONALD PARKER
195 COUNTY ROUTE 27
GRANVILLR, NY  12832

DONALD PATERSON
72 RUSSELL ST
BUFFALO, NY  14214

DONALD PAULSEN
2450 WEST E AVE
KALAMAZOO. MI  49009

DONALD PECYNE
3 NORTH RUSHFOR LANE
CHEEKTOWAGA, NY  14227

DONALD PELLEGRINO
7 NOTTINGHAM CIRCLE
SPENCER, MA  01562

DONALD PENNELS
288 RHAPSODY PATH
THE VILLAGES, FL  32162

DONALD PERRON
2582 MARC-CHAGALL
QUEBEC, QC  G3E2B3

DONALD PETTICREW
1535 SHORELINE DRIVE
HARTLAND, MI  48353

DONALD PFEIL
5416 COLUMBUS AVENUE
SANDSUKY, OH  44870

DONALD PINKSTON
526 S SPRING ROAD
WESTERVILLE, OH  43081

DONALD PIROTTA
3681 BRECKENRIDGE RD
HAMBURG, NY  14075

DONALD POGGI
2800 TWIN LAKES DR
SPRINGFIELD, IL  62707

DONALD POGGI
2800 TWIN LAKES DR
SPRINGFIELD, IL  62707

DONALD POMEROY
58 SARATOGA DRIVE
UXBRIDGE, MA  01569

DONALD PONTI
2192 COLLADAY POINT DR
STOUGHTON, WI  53589

DONALD POPPLE
PO BOX 96
WEST SENECA, NY  14224

DONALD POWELL
10721 MAUI CIR
ESTERO, FL  33928

DONALD PRATT
4211 55TH AVENUE DRIVE EAST
BRADENTON, FL  34203

DONALD PRICE
7820 DITCH RD
GASPORT, NY  14067

DONALD PRICE
7820 DITCH ROAD
GASPORT, NY  14067

DONALD PULFER
39 DOWNER CRES
WASAGA BEACH, ON  L9Z 1C3

DONALD PUTNAM
23859 FRONT ST
GRANG RAPIDS, OH  43522

DONALD R HAWE
20 WILLEN RD RR 1
FENELON FALLS, ON  KOM 1NO

DONALD R IRELAND
98 REYNIER DR
BRAMPTON, ON  L6Z1M1

DONALD R IRELAND
98 REYNIER DRIVE
BRAMPTON, ON  L6Z1M1

DONALD RAE
13-784 GORDON ST
GUELPH, ON  N1G 5C8

DONALD REED
9430 PINCKNEY LANE
MURRELLS INLET, SC  29576

DONALD RICHARDS
152 TORREY LN
BATTLE CREEK, MI  49014

DONALD RICHARDS
514 SPRUCE STREET
VICKSBURG, MI  49097

DONALD RIFFELMACHER
5 VALLEY VIEW CIRCLE
RUTLAND, MA  01543

DONALD ROBERTS
729 DEER RUN RD
MAGNETAWAN, ON  P0A 1P0

DONALD ROKOS
7330 HIDDEN COVE PL
KALAMAZOO, MI  49009

DONALD ROLLO
113 E MI AVE
MARSHALL, MI  49068

DONALD ROOT
1261 TIMBER OAKS CT
PLAINWELL, MI  49080

DONALD ROSE
139 WOODLYN AVE
LITTLE RIVER, SC  29566

DONALD ROSENBERG
100 OCEAN TRAIL WAY UNIT 805
JUPITER, FL  33477

DONALD ROSTOWFSKE
N537 COUNTY RD H
PALMYRA, WI  53156

DONALD RUPPERT
590 DUKE ROAD
BUFFALO, NY  14225

DONALD RUPPERT
8422 VERSAILLES PLANK
ANGOLA, NY  14006

DONALD RUTHERFORD
132 GREAT ISAAC CT.
PUNTA GORDA, FL  33950

DONALD SALISBURY JR
92 PAIGE HILL ROAD
SOUTHBRIDGE, MA  01550

DONALD SANDERSON
1526 KINGSTON
NORTH TONAWANDA, NY  14120

DONALD SANTUCCI
173 WEST GIRARD BOULEVARD
KENMORE, NY  14217

DONALD SAWYER
210 WEST DIVISION ST
SYRACUSE, NY  13204

DONALD SAWYER
210 WEST DIVISION ST
SYRACYES, NY  13204

DONALD SCERRA
24 LAS CASITAS
FORT PIERCE, FL  34951

DONALD SCHAEFER
333 ALLEN ROAD
SALT POINT, NY  12578

DONALD SCHALL
1677 BRITANNIA BLVD-
PORT CHARLOTTE, FL  33980

DONALD SCHMIDT
25 ROBIN DRIVE
WASHINGTON, PA  15301

DONALD SCHMIDT
PO BOX 315
BLOOMINGDALE, NY  12913

DONALD SCHRECK
905 PINE RIDGE CIRCLE EAST
BRANDON, FL  33511

DONALD SCHROEDER
7 OSBORN AVE
BRANTFORD , ON  N3T6P9

DONALD SCHULTZ
124 CANTON STREET
TONAWANDA, NY  14150

DONALD SCHUTT
168 THORN AVE
ORCHARD PARK, NY  14127

DONALD SEABROOKE
68 KINGSFORD COURT
KANATA, ON  K2K1T9

DONALD SEITLER
6850 SHOREHAM
PORTGE, MI  49024

DONALD SELVAGE
2936 GRASSLANDS DRIVE
LAKELAND, FL  33803

DONALD SEREK
83 ANDERSON DRIVE
WAYNE, NJ  07470

DONALD SHERLOCK
245 DUNDAS ST E
BELLEVILLE, ON  K8N5K5

DONALD SHUTIKA
11 WARBLER DRIVE
MCKEES ROCKS, PA  15136

DONALD SICARD SR
69 BERKSHIRE AVE
SOUTHWICK, MA  01077

DONALD SIMPSON
25 CATHERINE AVE
ALEXANDRIA BAY,   13607

DONALD SIMPSON
25 CATHERINE AVE
ALEXANDRIA BAY, NY  13607

DONALD SIMPSON
4599 STATA
LUNENBURG, ON  K0C 1R0

DONALD SIMS
7950 HWY 78W
OKEECHOBEE, FL  34974

DONALD SIMS
8 SOUTHAMTON
ST GEORGE, ON  N0E 1N0

DONALD SITAR
41709 PAW PAW ROAD
PAW PAW, MI  49079

DONALD SKWIRZ
1499 OCEAN ROAD UNIT 100
NARRAGANSETT, RI  02882

DONALD SLEZAK
32 LAWRENCE ROAD
RANDOLPH, NJ  07869-3105

DONALD SLUBECKY
3078 PETERS CORNERS ROAD
ALDEN, NY  14004

DONALD SMITH
3108 TOLUCA TER
NORTH PORT, FL  34286

DONALD SMITH
3753 TH 33
SYCAMORE, OH  44882

DONALD SMITH
511 LAKE ST
WILSON, NY  14172

DONALD SMITH
7790 KIRKWALL DR SE
ADA, MI  49301

DONALD SNYDER
68102 KLINGER LAKE RD
STURGIS, MI  49091

DONALD SOUDERS JR
101 HIGH STREET
HAGERSTOWN, MD  21740

DONALD SPACHMAN
935 N TAFFEE DRIVE
HASTINGS, MI  49058

DONALD SPENCER
9 PICKETT ST EXTENSION
CASTILE, NY  14427

DONALD SPRINGER
3117 IRONHILL DRIVE
SPRINGFIELD, IL  62711

DONALD ST CLAIR
11480 W BEIER ROAD
OAK HARBOR, OH  43449

DONALD STEARNS
9125 SLY FOX LOOP
LAKELAND, FL  33810

DONALD STEELE
1934 HAMPSTEAD DRIVE
PITTSBURGH, PA  15235

DONALD STOVER
14660 COON HOLLOW RD
THREE RIVERS, MI  49093

DONALD STROUD
174 HILLTOP DR
HOLLAND LANDING, ON  L9N1B8

| |
|---|
| DONALD STUMPF<br>BOX 38<br>ELORA, ON  N0B1S0 |
| DONALD SULLIVAN<br>414 SATINWOOD DRIVE<br>WEST MIFFLIN, PA  15122 |
| DONALD SURPRENANT<br>502 LEGGETT RD<br>CHAMPLAIN, NY  12919 |
| DONALD TEBBETTS<br>240 EATHAN ALLEN HIGHWAY<br>MILTON , VT  05468 |
| DONALD TEBBETTS<br>240 ETHAN ALLEN HWY<br>MILTON, VT  05468 |
| DONALD THALL<br>PO BOX 50409<br>KALAMAZOO, MI  49005 |
| DONALD THURBER<br>226 SOUTH ST<br>AUBURN, MA  01501 |
| DONALD THURMAN<br>3918 WASHINGTON ST<br>NIAGARA FALLS, NY  14305 |
| DONALD TIBBETTS<br>6A TRICORNER CIRCLE<br>NORTHBOROUGH, MA  01532 |
| DONALD TODD<br>12225 S W KINGSWAY CR<br>LAKE SUZY, FL  34269 |
| DONALD TOY<br>170 ELLIOTT ROAD<br>SARVER, PA  16055 |
| DONALD TRACY<br>1433 WILLIAMS BLVD<br>SPRINGFIELD, IL  62704 |
| DONALD TRAINOR<br>903 PLANTATION DRIVE<br>MYRTLE BEACH, SC  29575 |
| DONALD TRASK<br>397 CRAIGLEITH DR<br>WATERLOO,   N2L 5B5 |
| DONALD TRAVERS<br>84 CHADDERTON WAY<br>MIDDLEBORO, MA  02346 |
| DONALD TUBERSON<br>3769 GABLE COURT<br>ERIE, PA  16506 |
| DONALD TUCCI<br>4822 HARVEST CIRCLE SE<br>CANTON, OH  44707 |
| DONALD TURNER<br>926 OLD FRONT R D<br>KINGSTON, ON  K7M4M1 |
| DONALD VADEBONCOEUR<br>3921 SANTA CLARA LANE<br>NORTH FORT MYERS, FL  33903 |
| DONALD VALTIN<br>504 CEDAR LANE<br>WATERVILLE, OH  43566 |
| DONALD VAN ALSTINE<br>5630 LEVINE STREET<br>NIAGARA FALLS, ON  L2J 3M7 |
| DONALD VANDEN BERG<br>8276 ASH DR<br>JENISON, MI  49428 |
| DONALD VANDENBUSSCHE<br>10401 ST JOHNS<br>ALGONAC, MI  48001 |
| DONALD VENTERS<br>123W RAYLOTS<br>SPAULDING, IL  62561 |
| DONALD VERVILLE<br>49 NELL MANOR DR<br>WADDINGTON, NY  13694 |
| DONALD VORCE<br>3795 EAST MONT HOPE HIGHWAY<br>GRAND LEDGE , MICHIGAN  48837 |
| DONALD VOS<br>8190 GLENWYND DR<br>KALAMAZOO, MI  49009 |
| DONALD W AVERY<br>116 CHAPIN GREENE DR<br>LUDLOW, MA  01056 |
| DONALD W BELL<br>2178B WILLIAM SHAKESPEARE STREET<br>SHAKESPEARE, ON  N0B2P0 |

DONALD W PEARCEY
94 VOYAGER PASS
BINBROOK, ON  L0R 1C0

DONALD WAINWRIGHT
866 PEACEFUL DR
BYRON CENTER, MI  49315

DONALD WALKER
18 GRASSMERE RD
TORONTO, ON  M6S1T5

DONALD WALKER
680 LANE 440
ANGOLA, IN  46703

DONALD WARNER
15 MARTY DRIVE
MERRIMACK, NH  03054

DONALD WASKIEWICZ
27110 JONES LOOP ROAD
PUNTA GORDA, FL  33982

DONALD WATSON
1055 ST PAULS
PETERBOROUGH, ON  K9H-6J7

DONALD WEATHERBEE
323 TRAILRIDGE CRES
OSHAWA, ON  L1K 1Y2

DONALD WEATHERBEE
323 TRAILRIDGE CRES
OSHAWA, ON  L1K 1Y2

DONALD WEATHERBEE
323 TRAILRIDGE CRES
OSHAWA, ON  LIK 1Y2

DONALD WEBB
29 OAK CRESCENT
HAGERSVILLE, ON  N0A1H0

DONALD WEILER
PO BOX 814
RUSSELL, MA  01071

DONALD WERME
8775 HATHAWAY RD
KALAMAZOO, MI  49009

DONALD WERNER
405 BLACKSTONE LANE
MARS, PA  16046

DONALD WHITE
11 FLEUR DE LYS WAY
WESTPORT, NY  12993

DONALD WHITE
311 N 1ST ST
ALPHA, IL  61413

DONALD WILEY
561 MOUNTAIN AVE
WYCOFF, NJ  07481

DONALD WILLIAMSON
65 MORELAND GREEN DRIVE
WORCESTER, MA  01609

DONALD WINTLE
10DEVERARDODRIVE
FONTHILL, ON  L0S1E2

DONALD WISE
1302 MAPLEWOOD DR
BLOOMINGTON, IL  61761

DONALD WOODHAMS
527 NORTH SHORE
SOUTH HAVEN, MI  49090

DONALD WORTH
113 FULSOM CRESEANT
ORILLIA, ON  L3V6H5

DONALD WUNDERLICH
146 MACKIN DR
GRISWOLD, CT  06351

DONALD YURS
9N668 WHISPERING SPRINGS LN
ELGIN, IL  60124

DONALD ZACHAROPOULOS
171 DONLEA DRIVE
TORONTO, ON  M4G 2M7

DONALD ZEMAN
312 WATER ST
LODI, WI  53555

DONALD ZIMMERMAN
2428 ROCK TERRACE
ROCKFORD, IL  61103

DONALD ZOMER
1840 N DRAKE RD
KALAMAZOO, MI  49006

DONALDA M MURRAY
1 ROSS STREET
CALEDONIA, ON  N3W1A3

DONALDA SLATTERY
151 A OAK STREET
PLATTSBURG, NY  12901

DONALDINE HAMILL
324 MASON ROAD EXTENSION
DUDLEY, MASS  01571

DONALDINE P HAMILL
324 MASON RD EXT
DUDLEY, MA  01571

DONALDO IONNO
11815 PAUL EMILE LAMARCHE AVE
MONTREAL, QC  H1E 4G8

DONALDW WERME
8775 HATHAWAY RD
KALAMAZOO, MI  49009

DONATELLA GALLO
147 MATTHEW DR
WOODBRIDGE, ON  L4L 9B2

DONATO DALESSANDRO
33 MILDENHALL
TORONTO,   M4N 3G7

DONATO DALESSANDRO
33MILDENHALL RD
TORONTO,   M4N 3G7

DONATO DINATALE
3002 OAK KNOLL LANE
HOFFMAN ESTATE, IL  60110

DONATO LEMME
11223 ST JULIEN
MONTREAL NORTH, QC  H1H 3Y5

DONATO SCROFANO
202 JUNCO CIRCLE
LONGS , SC  29568

DONDLD HALLMAN
3973 SAN PIETRO CT
PUNTA GORDA, FL  33950

DONELDA WOOLFENDEN
2547 PINKWELL DRIVE
MISSISSAUGA, ON  L5K2B5

DONG HUANG
3456 BANNERHILL AVE
MISSAUGA , ONTARIO  L4X1D\V1

DONG HUANG
3456 BANNERHILL AVE
MISSISSAUGA, ON  L4X 1V1

DONISE VALETTA
321 HOME ST
NEW KENSINGTON, PA  15068

DONITA KHOURI
931 BARBADOS AVE
MELBOURNE, FL  32901

DONIVAN BOLTZ
4812 FOXHALL LN
SPRINGFIELD, IL  62711

DONN BREYETTE
5 PINE BROOK DR
MORRISONVILLE, NY  12962

DONN CHARLES
1611 FAIR OAKS ST
SEABROOK, TX  77586

DONN JOHNSON
704 CANDLEWICK DR NE
POPLAR GROVE, IL  61065

DONNA  L FORGEA
6 PORTER HILL ROAD
CUMMINGTON, MA  01026

DONNA  T GEMME
6 CRESTLAN DRIVE
WORCESTER, MA  01604-1400

DONNA ABRAMS
6517 FURTH DR
REYNOLDSBURG, OH  43068

DONNA AHEARN
49 LAKESHORE DR
SPENCER, MA  01562

DONNA AMORELLO
67 MAGILL DRIVE
GRAFTON, MA  01519

DONNA ANDERSEN
4377 ASTOR DRIVE
OREFIELD, PA  18069

DONNA ANDRES
4074 COUNCIL CREST CIR
BATTLE CREEK, MI  49014

DONNA ANDRESEN
14669 PAUL REVERE LOOP
N FORT MYERS , FL  33917

| |
|---|
| DONNA ARCHIBALD<br>330 DOLPHIN PKWY<br>PUNTA GORDA, FL  33950 |
| DONNA ARMSWORTHY<br>303 DUCKWORTH STREET<br>BARRIE, ON  L4M3X5 |
| DONNA ARNOLD<br>359 LODOR STREET<br>ANCASTER, ON  L9G 2Z5 |
| DONNA ARNOLD<br>37 REID AVE NORTH<br>HAMILTON, ON  L8H 6C9 |
| DONNA ASARO<br>20 WESTGATE ROAD<br>FRAMINGHAM, MA  01701 |
| DONNA ASHTON<br>934 PEMBRIDE CRES<br>KINGSTON, ON  K7M 6C5 |
| DONNA ASMA<br>156 ROUND HILL ROAD<br>KALAMAZOO, MI  49009 |
| DONNA ATTRIDGE<br>305 MARGARET AVE #1009<br>KITCHENER, ON  N2H6S4 |
| DONNA BAEHR<br>3835 CREEK RD<br>YOUNGSTOWN, NY  14174 |
| DONNA BAILEY<br>3 S DE LAS PALMAS<br>ENGLEWOOD, FL  34223 |
| DONNA BAKER<br>5524 VALENCIA PARK BLVD<br>HILLIARD, OH  43026 |
| DONNA BARNUM<br>PO BOX 24<br>BRISTOL, VT  05443 |
| DONNA BARTOS<br>3000 US HGH 17/92 W LOT 492<br>HAINES CITY, FL  33844 |
| DONNA BATEMAN<br>5579 CHARLESTON AVE<br>TAVARES, FL  32778 |
| DONNA BAUMAN<br>400 ROBIN CT<br>ST JOSEPH,   49085 |
| DONNA BAUMAN<br>400 ROBIN CT<br>ST JOSEPH, MI  49085 |
| DONNA BEACH<br>2060 PLEASANT VIEW DR<br>OTSEGO,   49078 |
| DONNA BEACH<br>2060 PLEASANT VIEW<br>OTSEGO, MI  49078 |
| DONNA BEACOM<br>817 WINDOVER DRIVE<br>OAKDALE, PA  15071 |
| DONNA BEAL<br>1212 STEVENSON ROAD<br>WESTPORT, NY  129930430 |
| DONNA BEASLEY<br>26 DANBURY DR<br>SPRINGFIELD, IL  62704 |
| DONNA BENJAMIN<br>4 ORCHID AVENUE<br>GEORGETOWN, ON  L7G 6L8 |
| DONNA BENNETT<br>620 SPRINGVIEW DRIVE<br>PICKERING, ON  L1V4X3 |
| DONNA BERGERON<br>6099 DAVID BLVD<br>PORT CHARLOTTE, FL  33981 |
| DONNA BERGMAN<br>99 ALLEN ST<br>LOCKPORT, NY  14094 |
| DONNA BESAW<br>PO BOX 44<br>VERMONTVILLE , NY  12989 |
| DONNA BIAFORE<br>5033 NORTH BEACH ROAD<br>ENGLEWOOD, FL  34223 |
| DONNA BIKES<br>1 BAILIN CIRCLE #12<br>NORTH GRAFTON , MASS  01536 |
| DONNA BIRTZ<br>86 BRISBANE<br>HUDSON, QC  J0P 1H0 |

| |
|---|
| DONNA BLACKBURN<br>456 RILEY ST<br>HOLLAND, MI  49424 |
| DONNA BLIZNAK<br>11 MAPLE AVE<br>NORTHAMPTON, MA  01060 |
| DONNA BLIZNAK<br>11 MAPLE AVENUE<br>NORTHAMPTON, MA  01060 |
| DONNA BOCIS<br>1311 BRIGANTINE RD<br>NORTH MYRTLE BEACH , SC  29582 |
| DONNA BODETTE<br>144 BRADFORD ROAD<br>PLATTSBURGH, NY  12901 |
| DONNA BONFANTE<br>643 POINT ROAD<br>WILLSBORO, NY  12996 |
| DONNA BORYSEWICZ<br>143 FALL MT LAKE RD<br>TERRYVILLE, CT  06786 |
| DONNA BOUCHER<br>6 NEW WESTMINSTER ROAD<br>HUBBARDSTON, MA  01452 |
| DONNA BRADFORD<br>PO BOX 902<br>WESTMINSTER, MA  01473 |
| DONNA BROOKS<br>4 VALLEY DRIVE<br>SALEM, CT  06420 |
| DONNA BUCKNER<br>6993 E DR NORTH<br>BATTLE CREEK, MI  49014 |
| DONNA BUFFONE<br>7 PRIMROSE STREET<br>WORCESTER, MA  01604 |
| DONNA BURCZYNSKI<br>5032 OLD GOODRICH<br>CLARENCE, NY  14031 |
| DONNA BUSH<br>15 THOMAS DRIVE<br>CHELMSFORD, MA  01824 |
| DONNA BYRD<br>404 GRAVELLEY SHORE DRIVE<br>MYRTLE BEACH, SC  29588 |
| DONNA C GORDA<br>11 LINLAKE DRIVE<br>ST CATHARINES, ON  L2N2M5 |
| DONNA CAHOON<br>3129 MEMORIAL DR<br>SAINT JOHNSBURY, VT  05819 |
| DONNA CALLAGHAB<br>4248 FOXWOOD LANE<br>WILLIAMSVILLE, NY  14221 |
| DONNA CALLAHAN<br>4606 MIDLAND STREET<br>NORTHPORT, FL  34288 |
| DONNA CALLENDER<br>34 N 22ND ST<br>BATTLE CREEK, MI  49015 |
| DONNA CANTWELL<br>39633 CARRIER RIDGE RD<br>CLAYTON, NY  13624 |
| DONNA CAROSELLI<br>6647 WISTERIA DRIVE<br>MYRTLE BEACH, SC  29588 |
| DONNA CASARELLA<br>304 BRAINARD RD<br>ENFIELD, CT  06082 |
| DONNA CASE<br>N6828 STATE RD 58<br>NEW LISBON, WI  53950 |
| DONNA CASS<br>4462 SYMCO AVE<br>NORTH PORT, FL  34286 |
| DONNA CASTELLANI<br>1149 CASADOR COURT<br>BURLINGTON, ON  L7S 2K5 |
| DONNA CHAPUT<br>115 EAGLE PERAK RD<br>PASCOAG, RI  02859 |
| DONNA CHARBONNEAU<br>11 PLEASANTDALE RD<br>WORCESTER, MA  01543 |
| DONNA CHARLES<br>121 SOUTHWESTERN DRIVE<br>JAMESTOWN, NY  14701 |

DONNA CHISM
4177 ARBOR LANE
CHESERFIELD, IL  62630

DONNA CIRCELLI
1513 SE 8TH PL
CAPE CORAL, FL  33990

DONNA CLARK
18 FOX CHASE COURT
EAST AMHERST, NY  14051

DONNA CLARK
942 LAVALLEY RD
MOORES, NY  12958

DONNA CLESEN
7737 W ARMITAGE
ELMWOOD PARK, IL  60707

DONNA COBB
5355 CEMETARY RD
MARTINSBURG, NY  13404

DONNA COCKERILL
1397 HEADEN RD
JACKSONVILLE, IL  62650

DONNA COMEAU
48 KEYES ROAD
GARDNER, MA  01440

DONNA CONLON
49 AUBLE RD
BLAIRSTOWN, NJ  07825

DONNA CRICHTON
6 MEADOW HEIGHTS DR
BRACEBRIDGE, ON  P1L 1X4

DONNA CRICHTON
6 MEADOW HEIGHTS DR
BRACEBRIDGE, ON  P1L1A1

DONNA CRICHTON
6 MEADOW HEIGHTS
BRACEBRIDGE, ON  P1L1A1

DONNA CUNHA
85 SOUTH MAIN STREET
BERKLEY, MA  02779

DONNA CUNNINGHAM
9-67 LINWELL ROAD
ST CATHARINES, ON  L2N7N2

DONNA CUNNINGHAM
UNIT 9
ST CATHARINES, ON  L2N7N2

DONNA CURRIER
153 NELSON RD
PLATTSBURGH, NY  12901

DONNA DALKE
1395 PENNSYLVANIA AVE
BRIDGEVILLE, PA  15017

DONNA DAVIS
105 BEAUFAIN CT
PAWLEYS ISLAND, SC  29585

DONNA DAWES
4452 BEACH RIDGE RD
LOCKPORT, NY  14094

DONNA DEJESUS
684 PISTOIA LANE
MYRTLE BEACH, SC  29579

DONNA DELVECCHIO
12 SANDOWN ST
ST. CATHERINES, ONTARIO  L2N1Y1

DONNA DIGRIGOLI
PO BOX 2353
LENOX, MA  01240

DONNA DILLON
2316 HARVEST VIEW
DUBUQUE, IA  52003

DONNA DONLON
PO BOX 296
CROPSEYVILLE, NY  12052

DONNA DOWDALL
13 HILLCREST PARK
SOUTH HADLEY, MA  01075

DONNA DOWNES
61 PERMILLA STREET
ST CATHARINES, ON  L2S2G4

DONNA DRYWOOD
273 SOUTHBROOK DRIVE
BINBROOK, ON  L0R 1C0

DONNA DUDEK
229 SOUTH CAYUGA RD
WILLIAMSVILLE, NY  14221

DONNA DUDLEY
7025 DEAN FARM ROAD
NEW ALBANY, OH  43054

DONNA DUFFIELD
7210 LITTLE PAW PAW LAKE RD
COLOMA, MI  49038

DONNA DUFORT
70 HERMES
CANDIAC, QC  J5R3R7

DONNA DUNCAN
16600A TIMBERLAKES DR
FT MYERS, FL  33908

DONNA DURANTE
151 STEELES AVE EAST
MILTON, ON  L9T 1Y1

DONNA DURHAM
33651 SIDER ROAD
WAINFLEET, ON  L0S1V0

DONNA DURKOTA
PO BOX 151
TICONDEROGA, NY  12883

DONNA E CONWAY
4949 HELLERT ROAD
MEDINA, NY  14103

DONNA EAGAN
903 90TH STREET
NIAGARA FALLS, NY  14304

DONNA ELENBAAS
5607 DEER POINT COURT
NEWAYGO, MI  49337

DONNA EMERLING
1246 E 1100 NORTH RD
TAYLORVILLE, IL  62568

DONNA EVANS
43 NOTTINGHAM
CHATHAM, IL  62629

DONNA EWING
6174 WILDWOOD
HAMBURG, NY  14075

DONNA FARMER
133 CHARLTON ROAD
SPENCER, MA  01562

DONNA FENNELL
29 ENDICOTT STREET
EAST WEYMOUTH, MA  02189

DONNA FINNEY
2065 WEST RIVER RD
GRAND ISLAND, NY  14072

DONNA FLANNERY
17 LAUREL LANE
SPENCER, MA  01562

DONNA FLEMMING
230 HOOD RD RR2
HUNTSVILLE, ON  P1H2J3

DONNA FLETCHER
C42 STONEY BATTER ROAD
CLARENDON, QC  J0X 2Y0

DONNA FOLGER
4200 N LANDAR DR
LAKE WORTH, FL  33463

DONNA FOLGER
4200 NORTH LANDAR
LAKE WORTH, FL  33463

DONNA FOLMAR
109 GRANT AVE
WHEELING, WV  26003

DONNA FRIEND
4568 LAKELAND HARBOR LOOP
LAKELAND, FL  33805

DONNA GABREE
19 RUBLEE APT1
ST ALBANS, VT  05478

DONNA GANNON
1A ASHCROFT ST
AUBURN, MA  01501

DONNA GENGENBACH
119 PORT DOUGLAS ROAD
KEESEVILLE, NY  12944

DONNA GIDDENS
13-94 HUNTINGWOOD AVE
DUNDAS, ON  L9H7M9

DONNA GIELAROWSKI
229 MARSHALL AVE
CARNEGIE, PA  15106

DONNA GILLIAM
5215 CASTE DRIVE
PITTSBURGH, PA  15236

DONNA GIROUARD
177 PLEASANT STREET
SOUTH GRAFTON, MA  01560

DONNA GISONDI
358 RIVER GLEN BLVD
OAKVILLE, ON  L6H 5X6

DONNA GOLDSTEIN
240 WEST 73RD STREET APT 208
NEW YORK CITY, NY  10023

DONNA GOSSETT
1001 W MARION 18
PUNTA GORDA, FL  33950

DONNA GOULD
188 TARA LEE DRIVE
APALACHIN, NY  13732

DONNA GOWER
982 BARBARA DRIVE
COPLAY, PA  18037

DONNA GRABOWSKI
54 COLUMBUS AVE
LITTLE FERRY, NJ  07643

DONNA GRATER
316 KEMP ROAD
BARTO, PA  19504

DONNA GRAY
1365 CRAIG RD
OXFORD MILLS, ON  K0G1S0

DONNA GREEN
529 EMMETT ST
BRISTOL, CT  06010

DONNA GREGOIRE
98 HUNTINGTON LANE
ST CATHARINES, ON  L2S3R7

DONNA GREGSON
10 ODE COURT
WARWICK, RI  02886

DONNA GUERTIN
332 IDE ROAD
NORTH SCITUATE, RI  02857

DONNA GUILLAUME
267 RUMONOSKI DRIVE
NORTHBRIDGE, MA  01534

DONNA HACHEY
32 ISABELLE AVENUE
TUPPER LAKE, NY  12986

DONNA HALEY
597 DE LA CIGALE
ST-LAZARE, QC  J7T 2B3

DONNA HALL
40 ALBERT
FORT ERIE, ON  L2A5K8

DONNA HALL
503 OAK RIDGE WEST
LAKELAND , FL  33801

DONNA HANNA
60 LN 230 JIMMERSON LK
ANGOLA, IN  46703

DONNA HANSEN
20 SHORE DR
MERRIMACK, NH  03054

DONNA HARNISH
23 STEEPLEBUSH ROAD
ESSEX JCT, VT  05452

DONNA HARTMAN
5596 SADDLE CLUB DR
KALAMAZOO, MI  49009

DONNA HARVEY
75 E CHARLTON ROAD
SPENCER, MA  01562

DONNA HARVEY
80 SUSSEX LANE
WORCESTER, MA  01602

DONNA HATHAWAY
455 BLUE HERON DR
LANCASTER, MA  01523

DONNA HAUTH
1079 SWAN COURT SW
CALABASH, NC  28467

DONNA HAYS
302 E CLEVELAND
MONROE CITY, MO  63456

DONNA HEBERT
52 COLBY AVE
WORCESTER, MA  01605

DONNA HESS
7622 WOOD CREST ST
PORTAGE , MI  49024

DONNA HEULE
57 SANDHILL RD
VERNON, NJ  07462

| |
|---|
| DONNA HILL<br>1499 SEAWARD LANE<br>GARDEN CITY, SC  29576 |
| DONNA HILL<br>4920 HERENDEEN ROAD<br>SHORTSVILLE, NY  14548 |
| DONNA HINDLE<br>1084 99TH STREET<br>NIAGARA FALLS, NY  14304 2841 |
| DONNA HINMAN<br>7413 EAST SOUTH STREET<br>CLINTON, NY  13323 |
| DONNA HINTON<br>511 MATHEWMAN CRESCENT<br>BURLINGTON, ON  L7L 5S5 |
| DONNA HOEY<br>333 MOWER ST<br>WORCESTER, MA  01602 |
| DONNA HOGAN<br>1871 SUNSET LANE RR3<br>ST CATHARINES, ON  L2R 6P9 |
| DONNA HOGAN<br>1871 SUNSET LANE<br>ST CATHARINES, ON  L2R 6P9 |
| DONNA HOUPT<br>115 ELLEN STREET<br>GLENSHAW, PA  15116 |
| DONNA HOUSEHOLDER<br>12 ADAMS COURT<br>WATERBURY, VT  05676 |
| DONNA HUGHES<br>3203 44TH STREET<br>NEW BRIGHTON, PA  15066 |
| DONNA J GILLIS<br>25 COALKILN ROAD<br>PRINCETON, MA  01541 |
| DONNA J MCNEIL<br>19 JACQUES CARTIER<br>MANSONVILLE, QC  J0E 1X0 |
| DONNA JACKSON<br>119 E MELODY<br>PORTAGE, MI  49002 |
| DONNA JEAN ENRIGHT<br>20 SIMONE TERR<br>WEBSTER, NY  14580 |
| DONNA JOHNSON<br>118 FOX RUN LANE<br>BYRON, IL  61010 |
| DONNA JOHNSON<br>150BOB WHITE LA<br>JANESVILLE, WI  53546 |
| DONNA JOHNSON<br>172 SHERRY AVE<br>PARK FALLS, WISCONSIN  54552 |
| DONNA JOLLY<br>3267 SUFFOLK LN<br>SARASOTA, FL  34239 |
| DONNA JONES<br>778 GLENBROOK RD<br>YOUNGSTOWN, OH  44512 |
| DONNA JONES<br>778 GLENNBROOK RD<br>YOUNGSTOWN , OH  44512 |
| DONNA JOYCE<br>236 HAMILTON STREET<br>SOUTHBRIDGE, MA  01550 |
| DONNA KADERIS<br>34 ALDON TER<br>BLOOMFIELD, NJ  07003 |
| DONNA KATAFIAS<br>2934 SCOTT COURT<br>GENOA, OH  43430 |
| DONNA KERSKA<br>7269 WESLEY CHAPEL RD<br>CHATHAM, IL  62629 |
| DONNA KETTLES<br>412 STATEWOOD DRIVE<br>OTTAWA, ON  K2K 0B7 |
| DONNA KIASKI<br>501 LAURETTA DRIVE<br>STEUBENVILLE, OH  43952 |
| DONNA KIRBY<br>809 TIMBER RIDGE RD<br>MECHANICSBURG, IL  62545 |
| DONNA KIRSCHKE<br>42 FALLINGBROOK ROAD<br>SCARBOROUGH, ON  M1N2T4 |

DONNA KLASSON
30 GREEN VALLEY DR  UNIT 109
KITCHENER, ONTARIO  N2P1G8

DONNA KLEHR
9772 CHETWOOD DRIVE
HUNTLEY, IL  60142

DONNA KNIGHT
1962 APPLEWOOD DR
OREFIELD, PA  18069

DONNA KOVALOVSKY
283 FLORAL LANE
SADDLE BROOK, NJ  07663

DONNA KOZAR
1605 MAIN ST EAST
HAMILTON, ON  L8H1C4

DONNA KRASKA
8-244 DUNDAS STREET WEST
PARIS, ON  N3L0B4

DONNA L CASE
N6828 STATE RD 58
NEW LISBON, WI  53950

DONNA L CHAFFEE
11 MORTIMER ROAD
STERLING, MA  01564

DONNA L HUTCHISON
210 NW 32ND PLACE
CAPE CORAL, FL  33993

DONNA L KAUFMAN
104 CHESTNUT CT
SEWICKLEY, PA  15143

DONNA L MERSING
1212 TENNESSEE AVENUE
PITTSBURGH, PA  15216

DONNA L MURRAY
292 LAKE STREET
ROUSES POINT, NY  12979

DONNA LABOMBARD
58 CLUB ROAD
PLATTSBURGH, NY  12903

DONNA LACHANCE
451 MARSHALL ST
LEICESTER, MA  01524

DONNA LACINA
10028 SPILE DAM ROAD
MILLERSBURG, MI  49759

DONNA LAKE
12959 S HILLCREST DR
ALBION, NY  14411

DONNA LAKING
133 GLENCARRY AVENUE
HAMILTON, ON  L8K 3R7

DONNA LAMURA
118 MAPLE ST
WEST BOYLSTON, MA  01583

DONNA LANDRY
33 S FOURTH AVE
TAFTVILLE, CT  06380

DONNA LANDRY
33S FOURTHAVE
TAFTVILLE, CONN  06380

DONNA LARGENTMOORLAG
1416  RAMONA AVE
PORTAGE, MI  49002

DONNA LARGENTMOORLAG
1416 RAMONA AVE
KALAMAZOO, MI  49002

DONNA LARGENTMOORLAG
1416 RAMONA AVE
PORTAGE, MI  49002

DONNA LAVALLE
25 FORE DRIVE
NEW SMYRNA BEACH, FL  32168

DONNA LAVALLEE
25 COOPER HILL ROAD
MAPLEVILLE, RI  02839

DONNA LAVALLEE
25 COOPER HILL
MAPLEVILLE, RI  02839

DONNA LAVARNWAY
23744 NY RT 26
ALEXANDRIA BAY, NY  13607

DONNA LAVOIE
1 TREVOR LANE
WORCESTER, MA  01605

DONNA LAZAZZERO
18 AHLGREN CIRCLE
MARBORO, MA  01752

| |
|---|
| DONNA LAZAZZERO<br>18 AHLGREN CR<br>MARLBORO, MA 01752 |
| DONNA LEARY<br>172 HIDDEN MEADOWS CIRCLE<br>RENFREW, PA 16053 |
| DONNA LEATHERS<br>8643 GOLD PINE DR<br>PORT RICHEY, FL 34668 |
| DONNA LEBLANC<br>136 HOLLLY DRIVE<br>GARDNER, MA 01440 |
| DONNA LECOURT<br>22 WOODLAWN RD<br>DADLEY, MA 01035 |
| DONNA LEE APPOLLONI<br>1852 VIOLA LANE<br>HELLERTOWN, PA 18055 |
| DONNA LEE MCCAMBLEY<br>172 MIGUEL ST<br>CARLETON PLACE, ON K7C1C7 |
| DONNA LEE<br>3302 GARY DRIVE<br>EDEN, NY 14057 |
| DONNA LEECH<br>9773 SPYGLASS CT<br>N FORT MYERS, FL 33903 |
| DONNA LENHARDT<br>532 MILLER AVE APT 7<br>HAMILTON, NJ 08610 |
| DONNA LEROUX<br>41 CHATSWORTH CRES<br>WATERDOWN, ON L0R 2H5 |
| DONNA LETCHER<br>2625 SPRING WATER DR<br>TOLEDO, OH 43617 |
| DONNA LINGBEEK<br>4704 MOONLIE AVE<br>KALAAZOO, MI 49009 |
| DONNA LINGBEEK<br>4704 MOONLITE AVE<br>KALAMAZOO, MI 49009 |
| DONNA LINN<br>20404 KINGS CREST BLVD<br>HAGERSTOWN, MD 21742 |
| DONNA LONG<br>1429 SHEFFIELD ROAD BOX 6642<br>CAMBRIDGE, ON N1R 8B2 |
| DONNA LUNA<br>692 THIRD AVE<br>GEORGETOWN, SC 29440 |
| DONNA LUNDBERG<br>33 WINDING BROOK TRAIL<br>VERNON, CT 06066 |
| DONNA M ASARO<br>20 WESTGATE ROAD<br>FRAMINGHAM, MA 01701 |
| DONNA M BRISSETTE<br>2 HIBISCUS DRIVE<br>WORCESTER, MA 01605 |
| DONNA M BUDD<br>60 SOUTH CLAY STREET<br>COLDWATER, MI 49036 |
| DONNA M MCKEE<br>99 MASON STREET<br>MORRISONVILLE, NY 12962 |
| DONNA M OWEN<br>18510 SANDELWOOD PT APT 101<br>FT MYERS, FL 33908 |
| DONNA M RATHGE<br>16406 COUNTY ROAD R<br>NAPOLEON, OH 43545 |
| DONNA M SHEPARD<br>5502 FOREST HILL ROAD<br>LOCKPORT, NY 14094 |
| DONNA M SLIECH<br>115 SLY FOX TRAIL<br>MYRTLE BEACH, SC 29588 |
| DONNA MACDONALD<br>204 THORNWILLOW CRT<br>NEWMARKET, ON L3Y 5R2 |
| DONNA MACGREGOR<br>11 TOWNHOUSE COURT<br>SPENCER, MA 01562 |
| DONNA MACGREGOR<br>316 RUSS ROAD<br>LORIS, SC 29569 |

| |
|---|
| DONNA MACLEOD |
| 402-6390 HUGGINS STREET |
| NIAGQARA FALLS, ON  L2J 1H1 |
| DONNA MAGUIRE |
| 70 ROLLIN IRISH RD |
| MILTON, VT  05468 |
| DONNA MANNING |
| 130 NORTHCREST AVE |
| CHEEKTOWAGA, NY  14225 |
| DONNA MARIE PAOLINO |
| 19 WUNNEGIN CR |
| EAST GREENWICH, RI  02818 |
| DONNA MARINELLI |
| 55 GERARD RD |
| NUTLEY, NJ  07110 |
| DONNA MARINELLI |
| 55 GERARD ROAD |
| NUTLEY, NJ  07110 |
| DONNA MARTIN |
| 78 WOODWARD AVE |
| THORNHILL, ON  L3T 1E7 |
| DONNA MATTYS |
| 8844 ROOSEVELT BLVD |
| PITTSBURGH, PA  15237 |
| DONNA MAY |
| 3553 FALMOUTH DRIVE |
| SOUTH PARK, PA  15129 |
| DONNA MAYBACH |
| 9680 ROSECROFT DR |
| CLARENCE CENTER,  14032 |
| DONNA MAYBACH |
| 9680 ROSECROFT DR |
| CLARENCE CENTER, NY  14032 |
| DONNA MCCRACKEN |
| 118 JACQUELINE BLVD |
| HAMILTON, ON  L9B 2R2 |
| DONNA MCCULLOCH |
| 1612 DES SERRES |
| ST BRUNO DE MONTARVILLE, QC  J3V6N7 |
| DONNA MCGOVERN |
| 6 PRIMROSE COURT |
| UPPER SADDLE RIVER, NJ  07458 |
| DONNA MCKENNA |
| 11 HERBERT ST. |
| TEWKSBURY, MA  01876 |
| DONNA MCKENNA |
| 272 MOWAT AVE |
| KINGSTON, ON  K7M 1K9 |
| DONNA MCKINNEY |
| 602 ARBUTUS VILLAGE |
| JOHNSTOWN, PA  15904 |
| DONNA MEAD |
| 2511 BROWNELL COURT |
| NORTH FT MYERS, FLA  33917 |
| DONNA MEAD |
| 2511 BROWNELL CT |
| NORTH FORT MYERS, FL  33917 |
| DONNA MERRIMAN |
| 124 JOHN STREET |
| CLINTON, MA  01510 |
| DONNA MESSIER |
| 6 CRESTVIEW DR UNIT 68 |
| SPENCER, MA  01562 |
| DONNA MICHAELSON |
| 212 WEST STREET |
| DOUGLAS , MA  01056 |
| DONNA MICHAELSON |
| 212 WEST STREET |
| DOUGLAS, MA  01516 |
| DONNA MILLIKEN |
| 99 PARKER RD |
| SOMER, CT  06071 |
| DONNA MIRANDA |
| 9 RIVERDALE DRIVE APT 604 |
| STONEY CREEK, ON  L83E 1J9 |
| DONNA MORAN |
| 8 B EUSTIS STREET |
| WORCESTER, MA  01606 |
| DONNA MORRIS |
| 189 RICE MILL CIRCLE |
| SUNSET BEACH, NC  28468 |
| DONNA MOSIER |
| 1122 SOUTH LANE |
| ENGLEWOOD, FL  34224 |
| DONNA MURPHY |
| 1 MORGAN MANOR |
| LENOX, MA  01240 |

| |
|---|
| DONNA MURPHY<br>1 MORGAN MANOR<br>LENOX, MA  01240 |
| DONNA MURPHY<br>1 MORGAN MNR APT 6<br>LENOX, MA  01240 |
| DONNA MURRAY<br>202 CLARK WOOD RD<br>KINCARDINE, ON  N2Z2X3 |
| DONNA N NEWSTEAD<br>10 SPARROW COURT<br>HAMILTON, ON  L9A4Z7 |
| DONNA NELSON<br>7 COUTURE ROAD<br>SOUTHAMPTON, MA  01073 |
| DONNA NIXON<br>74 WATT STREET<br>GUELPH, ON  N1E 6W6 |
| DONNA NOVAKOVIC<br>242 GLOUCESTER AVENUE<br>OAKVILLE, ON  L6J 3W7 |
| DONNA OBERHILL<br>401 MIDLAKES BLVD<br>PLAINWELL, MI  49080 |
| DONNA OCANDO<br>2307 HARROW ROAD<br>PITTSBURGH, PA  15241 |
| DONNA ODRISCOLL<br>21 WINN TERRACE<br>NORTHBOROUGH, MA  01532 |
| DONNA O'LEARY<br>4 BAYBERRY DR<br>WORCHESTER, MA  01607 |
| DONNA OSHAUGHNESSY<br>89 CROOKED TRAIL EXT<br>WOODSTOCK, CT  06281 |
| DONNA OVIATT ADAMS<br>10867 EAST G AVENUE<br>RICHLAND, MI  49083 |
| DONNA OWENS<br>7006 LAFAYETTE SQU<br>ALIQUIPPA, PA  15001 |
| DONNA PALM<br>670 2ND AVE N UNIT 1<br>NORTH MYRTLE BEACH, SC  29582 |
| DONNA PALMARI<br>2729 WILL O THE GREEN<br>WINTER PARK, FL  32792 |
| DONNA PARSONS<br>126 N PROSPECT<br>BOWLING GREEN, OH  43402 |
| DONNA PEARCE<br>158 SYMONS STREET<br>ETOBICOKE, ON  M8V1V2 |
| DONNA PEARSON<br>22153 KENNEDY RD<br>QUEENSVILLE, ON  L0G 1R0 |
| DONNA PEPIN<br>3 PRESCOTT STREET<br>ESSEX JUNCTION, VT  05452 |
| DONNA PETERS<br>6663 AUDUBON TRCE W<br>W PALM BEACH, FL  33412 |
| DONNA PETERSON<br>66 LINWOOD STREET<br>CHELMSFORD, MA  01824 |
| DONNA PIATEK<br>448 EGRET DRIVE<br>SUNSET BEACH, NC  28468 |
| DONNA PIECHALAK<br>32 HILL VALLEY DR<br>LANCASTER, NY  14086 |
| DONNA PIERACINI<br>12124 N SHERMAN LK DR<br>AUGUSTA, MI  49012 |
| DONNA POLANO<br>127 C KINGS PARK DRIVE<br>LIVERPOOL, NY  13090 |
| DONNA POLLARD<br>349 CRESCENT DRIVE<br>EASTON, PA  18045 |
| DONNA POPOVICI<br>76 EVELIN CIRCLE<br>MIDDLETOWN, RI  02842 |
| DONNA PORTALE<br>151 BUFFALO AVE<br>NIAGARA FALLS, NY  14303 |

| |
|---|
| DONNA PRATT<br>262 TAMPA AVENUE<br>ALBANY, NY  12208 |
| DONNA PRICE<br>400 EAST PEACOCK DR<br>MAHOMET, IL  61853 |
| DONNA PRICE<br>400 EAST PEACOCK DRIVE<br>MAHOMET, IL  61853 |
| DONNA PRIZNER<br>600 HIGH ST<br>MCKEESPORT, PA  15132 |
| DONNA PUCHYR<br>131 MAPLE ST<br>ALLENTOWN, PA  18104 |
| DONNA QUITADAMO<br>33 FALES STREET<br>WORCESTER, MA  01606 |
| DONNA RAMESH<br>9303 WEST GULL LAKE DR<br>RICHLAND, MI  49083 |
| DONNA RAMESH<br>9303 WEST GULL LAKE DRIVE<br>RICHLAND, MI  49083 |
| DONNA RAPPEL-PRESSNER<br>2385 WOODWARD AVE UNIT32<br>BURLINGTON,   L7R1V2 |
| DONNA READ<br>733 DELAWARE RD<br>BUFFALO, NY  14223 |
| DONNA REAGEN<br>525 NEW YORK AVE<br>OGDENSBURG, NY  13669 |
| DONNA REESE<br>77 LAUREL LANE<br>LUNENBURG, MA  01462 |
| DONNA REMILLARD<br>6240 KAREN DRIVE<br>LANCASTER, ON  K0C 1E0 |
| DONNA RETTIG<br>90 THERIN DR<br>HAMBURG, NY  14075 |
| DONNA RICHARD<br>153 SYLVAN AVE<br>LEOMINSTER, MA  01453 |
| DONNA RICHARDSON<br>5329 SW20TH PLACE<br>CAPE CORAL, FL  33914 |
| DONNA RICHARDSON<br>90 BARBOURTOWN ROAD<br>CANTON, CT  06019 |
| DONNA RINKEVICZ<br>10120 KINGSBURY RD<br>DELTON, MI  49046 |
| DONNA ROBERTS<br>110 LAZY WILLOW LANE<br>MYRTLE BEACH, SC  29588 |
| DONNA ROBICHAUD<br>5601 DUNCAN RD 185<br>PUNTA GORDA, FL  33982 |
| DONNA ROCHEZ<br>582 CARYL DRIVE<br>PITTSBURGH, PA  15235 |
| DONNA ROCKETT<br>25050 SANDHILL BLVD 7B4<br>PUNTA GORDA, FL  33983 |
| DONNA ROGERS<br>4488 ABERDEEN WAY<br>MYRTLE BEACH, SC  29579 |
| DONNA ROKOWSKI<br>324 CAMPINAS STREET<br>PUNTA GORDA, FL  33983 |
| DONNA ROMAN<br>118 BURGOYNE LOOP<br>DAVENPORT, FL  33897 |
| DONNA ROULEAU<br>51 WILLARD ST<br>LEOMINSTER, MA  01453 |
| DONNA ROURKE<br>604 S MUHLENBERG ST<br>ALLENTOWN, PA  18104 |
| DONNA RUBIN<br>1808 FAIRWINDS DR<br>LONGS, SC  29568 |
| DONNA RUGGIERO<br>4258 BERWICK DRIVE<br>LAKE WALES, FL  33859 |

DONNA RUKAVINA
545 THE WEST MALL
ETOBICOKE, ON  M9C 1G6

DONNA S FOLTZ
62 OBRIEN DR
LOCKPORT, NY  14094

DONNA SALMON
412 GARDEN
BATAVIA, NY  14020

DONNA SAMPLE
104 WONDERLY DR
SARVER, PA  16055

DONNA SANCHES
20 ALBEE ROAD
UXBRIDGE, MA  01569

DONNA SANDS
12 MAYFLOWER ROAD
WOBURN, MA  01801

DONNA SANDS
12 MAYFLOWER ROAD
WOBURN, MA  018015445

DONNA SANTAMARIA
395 DAVIS ROAD
BEDFORD, MA  01730

DONNA SANTANIELLO
146 GREYSTONE AVE
WEST SPRINGFIELD, MA  01089

DONNA SANTUCCI
1758 MENDON RD
WOONSOCKET, RI  02895

DONNA SANTUCCI
1758 MENDON
WOONSOCKET, RI  02895

DONNA SAUNDERS
19 HEATHCOTE COURT
GRIMSBY, ON  L3M 0A6

DONNA SAWYER
1903 CLOVER LANE
JANESVILLE, WI  53545

DONNA SAYWARD
49 STAFFORD HOLLOW ROAD
MONSON, MA  01057

DONNA SCHELL
34 WILLIAMSBURG CIRCLE
WHEELING, WV  26003

DONNA SCHUMANN
1700 BRONSON WAY
KALAMAZOO, MI  49009

DONNA SCOLIERI
120 HIGHLANDER HTS DRIVE
GLENSHAW, PA  15116

DONNA SEARFOSS
1517 EDGEWOOD AVE
CORAPOLIS, PA  15108

DONNA SEARS
49 CARROLL ROAD
NORTH GRAFTON, MA  01536

DONNA SECONDINI
97 POND STREET
STONEHAM, MA  02180

DONNA SHANLEY
4809 B CAMBRIDGE DRIVE
LOCKPORT, NY  14094

DONNA SHARP
2036 BRADLEY STREET
BELOIT,  53511

DONNA SHAW
1025 NEWTON ROAD
KINKORA, PE  C0B1N0

DONNA SHAW
RR 1
KINKORA, PE  C0B1N0

DONNA SHEA
40 FAIRVIEW STREET
SOUTH HADLEY, MA  01075

DONNA SHEA
4255 MALLEE ST
PORT CHARLOTTE, FL  33948

DONNA SHEPARD
5502 FOREST HILL ROAD
LOCKPORT, NY  14094

DONNA SHOEMAKER
2360 WEST ASH AVE
DECATUR, IL  62526

DONNA SIBLEY
37 PIONEER LANE
AUBURN, MA  01501

DONNA SIM
1276 MAPLE CROSSING BLVD UNIT 402
BURLINGTON, ON  L7S2J9

DONNA SIMARD
9 BEACHSIDE LANE
COLLINGWOOD, ON  L9Y 4Z5

DONNA SKUNDRICH
3512 WASHINGTON LANE
PITTSBURGH, PA  15237

DONNA SLIECH
115 SLY FOX TRAIL
MYRTLE BEACH, SC  29588

DONNA SLOAN
120 STETSON ROAD
TUPPER LAKE, NY  12986

DONNA SMITH
173 S YONGE ST
ORMOND BEACH, FL  32174

DONNA SMITH
26 ENNIS DRIVE
HAZLET, NJ  07730

DONNA SMITH
8926 DOLPHIN
PORTAGE, MI  49024

DONNA SMOLINSKI
1401 THRASHER DR
PUNTA GORDA, FL  33950

DONNA SNYDER
208 GAZELLE DR
NORTH FORT MYERS, FL   33917

DONNA SNYDER
46 COVERED BRIDGE ACRES
GLENARM, IL  62536

DONNA SPELLMAN
9-11 CENTRAL STREET
WELLESLEY, MA  02482

DONNA SPELLMAN
PO BOX 218
CHATEAUGAY, NY  12920

DONNA STARK
1015 OLEANDER ST
ENGLEWOOD, FL  34223

DONNA STARR
48 MAIN ST
SPENCER, MA  01562

DONNA STEPHENS
144 NORTHWOOD DRIVE
WELLAND, ON  L3C 6V9

DONNA STEVENS
2445 SAUNDERS SETTLEMENT RD
SANBORN, NY  14132

DONNA STEWART
511 WELHAM RD
BARRIE, ON  L4N 7V3

DONNA STOKER
28720 COUNTY ROAD 354
LAWTON, MI  49065

DONNA STOUT
1392 CORKTREE CIRCLE
PORT CHARLOTTE, FL  33952

DONNA STOUT
2721 GLEASON PKWY
CAPE CORAL, FL  33914

DONNA STOUT
2721 GLEASON PKWY
CAPE CORAL, MA  33914

DONNA STUCKEY
94 HEMLOCK TERRACE
CANTON, IL  61520

DONNA STUOKAS
1577 HWY 56 RR 1
HANNON, ON  L0R1P0

DONNA SULLIVAN
14 KIRBY CRES
WHITBY, ON  L1N 6T2

DONNA SULLIVAN
280 LAKESHORE RD
ST CATHARINES, ON  L2M1R6

DONNA SULLIVAN
61 N LYON ST
BATAVIA, NY  14020

DONNA SUTHERLAND
27 ETRE DRIVE
WORCESTER, MA  01604

DONNA SZCZEPANKOWSKI
3656 PINEWOOD DRIVE
WEST HOMESTEAD, PA  15120

| |
|---|
| DONNA TATRO<br>100 BEAN RD<br>MOULTONBOROUGH, NH  03254 |
| DONNA THOMPSON<br>3810 LIMERICK ROAD<br>MYRTLE BEACH, SC  29579 |
| DONNA THOMPSON<br>4685 KENSINGTON<br>ST-HUBERT , QC  J3Y 2W2 |
| DONNA THOMSON<br>14 GLENHURST CIRCLE<br>SAINT CATHARINES, ON  L2T 1Z1 |
| DONNA THORPE<br>7808 NORTH GATE RD<br>ROSCOE, IL  61073 |
| DONNA TODISCO<br>69 PINE CIRCLE DRIVE<br>PALM COAST, FL  32164 |
| DONNA TRIYONIS<br>2719 KITTY HAWK CT<br>SPRINGFIELD, IL  62711 |
| DONNA TRUMAN<br>6065 GOODRICH RD<br>CLARENCE CTR, NY  14032 |
| DONNA VALAN FOLKEMA<br>23286 TIMBER RIDGE DR<br>BIG RAPIDS, MI  49307 |
| DONNA VALAN FOLKEMA<br>23286 TIMBER RIDGE<br>BIG RAPIDS, MI  49307 |
| DONNA VALTER<br>105 NATALIE CT<br>BLOOMINGDALE, NJ  07403 |
| DONNA VANDERLAAN<br>28 STEELE CIRCLE<br>NIAGARA FALLS, NY  14304 |
| DONNA VASQUEZ<br>44 HALEY DR<br>PLATTSBURGH, NY  12901 |
| DONNA VERLEGER<br>2726 GEERT CT<br>LANSING, MI  48910 |
| DONNA VINCENT<br>218 SEA TRAIL DR W<br>SUNSET BEACH, NC  28468 |
| DONNA VINCENT<br>218 SEA TRAIL DRIVE W<br>SUNSET BEACH, NC  28468 |
| DONNA VOGT<br>129 MAYER AVE<br>BUFFALO, NY  14207 |
| DONNA WAITS<br>4723 S LONG LAKE DR<br>PORTAGE, MI  49002 |
| DONNA WALKER<br>106 SHEFFIELD COURT<br>CHALFONT, PA  18914 |
| DONNA WALL<br>88 BEACON HILL<br>GRAND ISLE, VT  05458 |
| DONNA WALLACE<br>3696 TWINMAPLE DRIVE<br>MISSISSAUGA, ON  L4Y 3R5 |
| DONNA WALSH<br>16 STOWELL AVE<br>WORCESTER, MA  01606 |
| DONNA WARING<br>4988 GULFGATE LANE<br>ST JAMES CITY, FL  33956 |
| DONNA WARRING<br>14MARSHBORO DRIVE<br>DUNDAS, ON  L9H5E1 |
| DONNA WATERS<br>35 TALMADGE DRIVE<br>SPRINGFIELD, MA  01118 |
| DONNA WATSON<br>1590 GREENVILLE ROAD<br>ASHBY, MA  01431 |
| DONNA WATSON<br>53 GLORIA DRIVE<br>WESTFIELD, MA  01085 |
| DONNA WEBB<br>6142 HIDDEN LAKE CIRCLE<br>RICHLAND, MI  49083 |
| DONNA WEIGHTMAN<br>PO BOX 403<br>CHAZY, NY  12921 |

| |
|---|
| DONNA WEISS<br>703 EDMOND ST<br>PITTSBURGH, PA  15224 |
| DONNA WEITHMAN<br>610 LINDEN LANE<br>WILLARD, OH  44890 |
| DONNA WELSH<br>510 62ND AVE N<br>MYRTLE BEACH, SC  29572 |
| DONNA WHEELER<br>PO BOX 75<br>LYNDON CENTER, VT  05850 |
| DONNA WHEELER<br>PO BOX 75<br>LYNDON CENTER, VT  05850-0075 |
| DONNA WHEELER<br>POBOX 75<br>LYNDON CENTER, VT  05850 |
| DONNA WHITE<br>3612 SOUTH CRETE DRIVE<br>PUNTA GORDA, FL  33950 |
| DONNA WHITE<br>6 BRIDLEWOOD DRIVE<br>LOCKPORT, NY  14094 |
| DONNA WILD<br>1641 SPRINGMEIR<br>QUINCY, IL  62305 |
| DONNA WILD<br>1641 SPRINGMEIR<br>QUINCY, IL  62305 |
| DONNA WILSON<br>176 WICKLOW DRIVE<br>MURRELLS INLET, SC  29576 |
| DONNA WINDSOR<br>24611 RIO VILLA LAKES CIRCLE<br>PUNTA GORDA, FL  33950 |
| DONNA WOOD<br>452 PLEASANT VIEW<br>COLDWATER, MI  49036 |
| DONNA WOODS<br>4053 PERCHA PL<br>SOUTHPORT, NC  28461 |
| DONNA Y DOTY<br>2215 HAYLOFT LANE<br>KALAMAZOO, MI  49004 |
| DONNA YOUNG<br>24 FRENCH MTN DR<br>LAKE GEORGE, NY  12845 |
| DONNA ZANONE<br>91 ELEVENTH STREET<br>CRESSKILL, NJ  07626 |
| DONNA ZIONIC<br>216 RAYJON DR<br>OREANA, IL  62554 |
| DONNAMARIE PAOLINO<br>19 WUNNEGIN<br>EAST GREENWICH, RI  02818 |
| DONNARAY CAPUTO<br>40 COUNTRYSIDE ROAD<br>NORTH GRAFTON, MA  01536 |
| DONNELL SOLES<br>1304 TIDWAY CIRCLE<br>CONWAY, SC  29527 |
| DONNITA DEAN<br>138 SHERMAN AVE<br>PITTSBURGH, PA  15223 |
| DONOVAN MCCREIGHT<br>36 TOWNHILL DR<br>EUSTIS, FL  32726 |
| DOONA WOOD<br>452 PLEASANT VIEW<br>COLDWATER, MI  49036 |
| DORA BAKER<br>2389 VICKSBURG CT<br>KENTWOOD, MI  49508 |
| DORA DAMETTO<br>114 DAVIDSON BLVD<br>DUNDAS, ON  L9H 7M5 |
| DORA DEVEAUX<br>94 KRIEGHOFF DRIVE<br>HAMILTON, ON  L9B2L4 |
| DORA DIRRMAN<br>5166 KNIGHT RD<br>HURON, OH  44839 |
| DORA GIGIC<br>8357 DENARGO RD<br>NORTHPORT, FL  34287 |

| |
|---|
| DORA GOLDBERG |
| 4 K PINE CLUSTER CIRCLE |
| ENGLISHTOWN, NJ  07726 |
| DORA NIEMANN |
| 15009 P DRIVE SOUTH |
| TEKONSHA, MI  49092 |
| DORA SABATINO |
| 844 BIMINI LANE |
| PUNTA GORDA, FL  33950 |
| DORA WAWRZYNIAK |
| 1159 PENN AVENUE |
| VANDERGRIFT, PA  15690 |
| DORALEE DERYKE |
| 3624 GRACE RD |
| KALAMAZOO, MI  49006-2830 |
| DORALLE BUGGS |
| 1160 HOLLMAN STREET |
| PLATTEVILLE, WI  53818 |
| DORCAS PRIVETT |
| 3366 S DIAMOND |
| INVERNESS, FL  34452 |
| DOREEN AVALLONE |
| 25 ADAMS RD |
| STURBRIDGE, MA  01566 |
| DOREEN BARCOMB |
| PO BOX 1 |
| ELLENBURG CENTER, NY  12934 |
| DOREEN BAUM |
| 2304 LAKE WOODBERRY CIRCLE |
| BRANDON, FL  33510 |
| DOREEN BELDEN |
| 2782 SEQUOIA DR |
| MACUNGIE, PA  18062 |
| DOREEN BENTLEY |
| 259 OLEARY RD |
| THOMPSON, CT  06277 |
| DOREEN BRANGENBERG |
| 10381 N GROVE |
| SYCAMORE, IL  60178 |
| DOREEN BRANGENBERG |
| 10381 NORTH GROVE ROAD |
| SYCAMORE, IL  60178 |
| DOREEN BUSH |
| 1826 MINER FARM ROAD |
| WEST CHAZY, NY  12992 |
| DOREEN CHILDS |
| 97 BAYWOOD DRIVE |
| CHEEKTOWAGA, NY  14227 |
| DOREEN CICCONE |
| 131 BERRINGTON RD |
| LEOMINSTER, MA  01453 |
| DOREEN COLEMAN |
| 455 SUNNEHANNA DRIVE |
| MYRTLE BEACH, SC  29588 |
| DOREEN CUSACK |
| 2707 EAST GRAND RESERVE |
| CLEARWATER, FL  33759 |
| DOREEN DEXTER |
| PO BOX 9 |
| BUFFALO, NY  14240 |
| DOREEN DIAZ |
| 53 CHARLOTTE ST |
| WORCESTER, MA  01610 |
| DOREEN DOHRMANN |
| 1717 GRANT CIRCLE |
| LELAND, NC  28451 |
| DOREEN DREW |
| 79 FELLOWES CRESCENT |
| WATERDOWN, ON  L0R 2H3 |
| DOREEN DUNHAM |
| 405-216C  PLAINES RD WEST |
| BURLINGTON, ON  L7T4L1 |
| DOREEN FISH |
| 140 MILL ROAD |
| NORFOLK, NY  13667 |
| DOREEN FOX |
| 450 DUNDAS STREET WEST |
| BELLEVILLE, ON  K8P1B7 |
| DOREEN GAGLIASTRO |
| 36 SULLIVAN BLVD |
| OXFORD, MA  01540 |
| DOREEN GARDNER |
| 17473 CAPE HORN BLVD |
| PUNTA GORDA, FL  33955 |
| DOREEN GENET |
| 4906 MEYER RD |
| N TONAWANDA, NY  14120 |

DOREEN GEORGE
29 PLEASANT ST
LEOMINSTER, MA  01453

DOREEN GIANNELLI
18 VALLEYVIEW DR
ESSEX, VT  05452

DOREEN HARDER
338 BELCHERTOWN RD.
WARE, MA  01082

DOREEN HERBERT
28 BEERS AVE
NORWELL, MA  02061

DOREEN HOLLAND
301 WEST ST
READING, MA  01867

DOREEN HOLLAND
391 WEST ST
READING, MA  01867

DOREEN HOPPY
134 LONDONDERRY LN
GETZVILLE, NY  14068

DOREEN LUCIANI
12 CRESTLAN DRIVE
WORCESTER, MA  01604

DOREEN M MARTEL
18462 GERANIUM ROAD
FORT MYERS, FL  33967-3322

DOREEN MALONE
3 SCACE AVE
BROCKVILLE, ON  P6V 2A3

DOREEN MARIUZ
9 MAC KAY ST NORTH
BRAMPTON, ON  L6S 2Z9

DOREEN MROWKA
81 LYNCH HILL RD
OAKDALE, CT  06370

DOREEN MUSSO
354 ELM ST
ELMWOOD PARK, NJ  07407

DOREEN OCONNOR
1210 BRANDI DRIVE
NIAGARA FALLS, NY  14304

DOREEN OCONNOR
1625 BUFFALO AVE
NIAGARA FALLS, NY  14303

DOREEN SCANLON
99 PRINCE ST
BOSTON, MA  02113

DOREEN SCANLON
99 PRINCE ST
BOSTON , MA  02113

DOREEN SEGUIN
136 MAIN ST
SPENCER, MA  01562

DOREEN SOMERVILLE
150 HARBORSIDE AVE
PUNTA GORDA, FL  33950

DOREEN STANLEY
5827 JACILLE
KALAMAZOO, MI  49048

DOREEN T EICKMEIER
PO BOX 281
MILDMAY, ON  N0G 2J0

DOREEN TAYLOR
PO BOX 84
VOORHEESVILLE, NY  12186

DOREEN VITIELLO
511 WEDGE DRIVE
DICKSON CITY, PA  18519

DOREEN WADDELL
31 STAPLEDON CRES
OTTAWA, ON  K2H9L4

DOREEN WICKMAN
127 PRINCETON ST
MANCHESTER, CT  06042

DOREEN WILSON
36 WEST ROUEN DRIVE
CHEEKTOWAGA, NY  14227

DOREEN YOUNG
25 16TH STREET NORTH
WASAGA BEACH, ON  L9Z2J3

DOREEN YOUNG
5510 SW 4TH PLACE
CAPE CORAL, FL  33914

DORENE CAIN
1201 LINDEN ST
MORTON, IL  61550

DORENE MURPHY
6430 SUNRAY CREST DRIVE
VICTOR, NY  14564

DORENE WEEKS
221 SOUTH LOCUS
TREMONT, ILL  61568

DORETTA SKIDMORE
58 DAVID AVE
HAMILTON, ON  L9A 3V3

DORI  P KEHOWSKI
9 OVERLOOK AVE
MILLBURY, MA  01527

DORI MCKEARN
911 OCEAN DRIVE
JUNO BEACH, FL  33408

DORI VECCHIO
52 RIDGEWOOD ROAD
WORCESTER, MA  01606

DORI WILLIAMS
2649 PHEASANT RUN
DECATUR, IL  62521

DORIE HINES
2465 RUE DU PAYSAN NORD
ST ROMUALD, QC  G6W2W2

DORINA PONESSI
141 GOODALE DR
LONGS, SC  29568

DORINA PONESSI
141 GOODALE DR
LONGS, SC  29568

DORINDA KOHLUN
107 NOTTINGHAM RD
ROYAL PALM BEACH, FL  33411

DORINE GIBBS
370 PARKERSVILLE RD
PAWLEYS ISLAND, SC  29585

DORINE SMITH
217 LAZY RIVER ROAD
NORTHPORT , FL  34287

DORINE WASKEWICZ
855 JOHN FITCH HIGHWAY
FITCHBURG, MA  01420

DORIS  M        DORIS M LOCKTON
5131 GLENN VALLEY DR
BATTLE CREEK, MI  49015

DORIS A DAVIS
3804 SPATTERDOCK LANE
PORT ST LUCIE, FL  34952

DORIS ADAMS
1 -53 BUNTING RD
ST CATHARINES, ON  L2P 3Y6

DORIS AKERS
400 SILVERLEAF ST
RUSHVILLE, IL  62681

DORIS BRAND
41 PLEASANTVIEW DRIVE
EAST AURORA, NY  14052

DORIS BROWN
26 COMMERCIAL STREET
CONCORD, NH  03301

DORIS CAPLETTE
25 SUTTON AVE
OXFORD, MA  01540

DORIS CARBONE
7 PRESTIGE DRIVE
STONEY CREEK, ON  L8G 4Z7

DORIS CARBONE
7 PRESTIGE DRIVE
STONEY CREEK, ON  L8G4Z7

DORIS CIARAVELLA
36 ASHMORE AVE
TORONTO, ON  M8Z4C4

DORIS CIARAVELLA
36 ASHMORE AVE
TORONTO, ONT  M8Z4C4

DORIS DATSKO
2085 DANIEL AVE
AKRON, OH  44312

DORIS DAVIS
564 MCCOMBS RD
VENETIA, PA  15367

DORIS DESROSIERS
522 CLARION PLACE
NORTH PORT, FL  34287

DORIS GARRETT
3916 EAGLE WING RD
SPRINGFIELD, IL  62711

DORIS GAUTHIER
44 GREENHALGE ST
WORCESTER, MA  01604

DORIS GLEASON
240 GRAY MANS LOOP
PAWLEYS ISLAND, SC  29585

DORIS GLEASON
240 GRAY MANS LOOP
PAWLEYS ISLAND, SC  29985

DORIS GODFREY
PO BOX 386
DEWITTVILLE, NY  14728

DORIS GOYETTE
48 BEACH STREET
MILLBURY, MA  01527

DORIS GRASS
2200MOULTRIE AVE
MATTOON, IL  61938

DORIS GUAY
3707 CONSTANCE AVE SW
SUPPLY, NC  28462

DORIS GUY
7-7908 PERRAS
MONTREAL, QC  H1E4X2

DORIS HALLIDAY
457 WESTHAM DR
MURRELLS INLET, SC  29576

DORIS HILLE
22278 COUNTY RD V
ARCHBOLD, OH  43502

DORIS HOENIG
104 HOLLY SPRINGS CT
CONWAY, SC  29526

DORIS J MAIDEN
112 BARNACLE LANE
LITTLE RIVER, SC  29566

DORIS JOHNSON
5136 GREEN MEADOW
KALAMAZOO, MI  49009

DORIS JONES
2124 COOKES LN
MOBILE , AL  36693

DORIS K MCDEVITT
157 MINGES CIRCLE
BATTLE CREEK, MI  49015

DORIS KELLER
PO BOX 70
EFFINGHAM, IL  62401

DORIS L DONAUBAUER
101 HARVEST CT
VOLO, IL  60020

DORIS L LEPP
PO BOX 312
VIRGIL, ON  L0S 1T0

DORIS LECOURT
22 WOODLAWN RD
HADLEY, MA  01035

DORIS LEONARD
5339 EBENEZER PLACE
LAKELAND, FLORIDA  33810

DORIS LONGE
2 COASTAL COURT
PORT DOVER, ON  N0A 1N7

DORIS M GEORGE
146 CAMBRIDGE DRIVE
GLASTONBURY, CT  06033-1379

DORIS MA WALVIUS
10577 LAKESHORE RD RR2
PORT COLBORNE, ON  L3K5V4

DORIS MAIDEN
112-2 BARNACLE LANE
LITTLE RIVER, SC  29566

DORIS MANDEVILLE
57 STAWICKI ROAD
NORTH GROSVENORDALE, CO  06255

DORIS MELENDEZ
40 LAKESIDE AVE 4
WORCESTER, MA  01603

DORIS MORSE
29200 JONES LOOP RD 505
PUNTA GORDA, FL  33950

DORIS OCONNOR
699 NIAGARA ST
TONAWANDA, NY  14150

DORIS OGDEN
206 RICHMOND DRIVE
SHELBURNE, VT  05482

DORIS OLEVNIK
20 NORTHVIEW DRIVE
PENN YAN, NY  14527

DORIS OMALLEY
4 BRANDON LANE
NOKOMIS, IL  62075

DORIS REISINGER
85 COTTAGE GROVE
SPRINGFIELD, IL  62712

DORIS RITZ
9589 CHARLEMONT RD
PERRYSBURG, OH  43551

DORIS ROUSE
7137 POPLAR DR
BEWDLEY, ON  K0L1E0

DORIS SIMON
1981G BENT GRASS DR
SURFSIDE BEACH, SC  29575

DORIS SLEEMAN
3027 HASKELL ST
KALAMAZOO, MI  49006

DORIS SMITH
82 SOUTH SHORE DRIVE
STURBRIDGE, MA  01566

DORIS THWAITS
13321 NORTH EAST SHORE DR
SYRACUSE, IN  46567

DORIS TIMMER
1147 ELIZABETH CT
THE VILLAGES, FL  32162

DORIS TRINQUE
988 DRUM STREET
FORT COVINGTON, NY  12937

DORIS URBAN
1 PELICAN CT
CAROLINA SHORES, NC  28467

DORIS VARGO
BOX 61
CALEDONIA, NY  14423

DORIS WAGNER
12413 JOVE TER
PORT CHARLOTTE, FL  33981

DORIS WELLS
19656 INDIAN DRIVE
PARIS, MI  49338

DORIS WOLF KEMP
473 VICTORIA STREET
LONDON, ON  N5Y4B4

DORLENE LANGDON
1403 COUNTY ROUTE 5
BRUSHTON, NY  12916

DOROTA KALINOWSKI
31 MARJORIE STREET
WORCESTER, MA  01604

DOROTHA SALMON
331 SOUTHDALE DR
DAYTON, OH  454095424

DOROTHEA MCCORMICK
34 NAVAJO TRAIL
WEST MILFORD, NJ  07480

DOROTHEA SHAFER
22 SERENDIPITY BLVD
NORTH FORT MYERS, FL  33903

DOROTHEA WILKINSON
542 WILDFLOWER CIRCLE
WILLISTON, VT  05495

DOROTHY A ATTERBERRY
809 W MONROE ST
ATHENS, IL  62613

DOROTHY A BALOWSKI
PO BOX 63
UNION CITY, MI  49094

DOROTHY A MASSAD
507GRAFTON STREET
WORCESTER, MA  01604

DOROTHY ANDERSON
37-1283 BLANSHARD DR
BURLINGTON, ON  L7M 4T9

DOROTHY ANNE WALLS
164 WESTGRILL DRIVE
PALM COAST, FL  32164

DOROTHY AVERY
122 CARPENTER AVE
MERIDEN, CT  06450

DOROTHY BALOWSKI
PO BOX 63
UNION CITY, MI  49094

DOROTHY BARTON
16 RUMSON RD
AMHERST, NY 14228

DOROTHY BECK
129 CIRCLE DR
SPRINGFIELD, IL 62703

DOROTHY BELL
2 NORBERT PL
KITCHENER, ON N2K 1E2

DOROTHY BELL
2 NORBERT PLACE
KITCHENER, ON N2K1E2

DOROTHY BELL
2 NORBERT
KITCHENER, ON N2K 1E6

DOROTHY BERGSTROM
13949 ROSEMARY CT
PLAINFIELD, IL 60544

DOROTHY BIANCHI
62 PENNELS DRIVE
ROCHESTER, NY 14626

DOROTHY BICKEL
11344 ANDY DRIVE
RIVERVIEW, FL 33569

DOROTHY BRABENDER
1410 WILDWOOD CT
MOUNT ZION, IL 62549

DOROTHY BRATIOTIS
200D NORTH HIGH POINT BLVD
BOYNTON BEACH, FL 33435

DOROTHY BREDAHL
9490 N39
MANTON, MI 49663

DOROTHY BRITTINGHAM
404 S WASHINGTON ST
BELCHERTOWN, MA 01007

DOROTHY BRODERICK
25455 DOE MEADOW PLACE
ELKHART , IN 46514

DOROTHY BROPHY
18 VASSAR ST
WORCESTER, MA 01602

DOROTHY BROPHY
18 VASSAR ST
WORCESTER, MASS 01602

DOROTHY BROPHY
18 VASSAR STREET
WORCESTER, MA 01602

DOROTHY BURROWS
901 EAST GREEN STREET
MARSHALL, MI 49068

DOROTHY CERNI
387 PRINCE HINCKLEY RD
CENTERVILLE, MASS 02632

DOROTHY CHAYES
64 SALTWIND LOOP
MURRELLS INLET, SC 29576

DOROTHY CISZEWSKI
1302 MAGUIRE ST
JACKSON, MI 49202

DOROTHY CORDI
1250 WILLOWBANK TRAIL
MISSISSAUGA, CA L4W 3H9

DOROTHY CORR
246 WEST 16TH
HAMILTON, ON L9C4C6

DOROTHY CUDDAHEE
5448 COMSTOCK RD
LOCKPORT, NY 14094

DOROTHY CUDDAHEE
8151 W RIVERSHORE DR
NIAGARA FALLS, NY 14304

DOROTHY DAVISBEEMEN
6058 HORSEVIEW DR
SPRINGFIELD, IL 62712

DOROTHY DE ROSE
22 POMEROY MEADOW RD
SOUTHAMPTON, MA 01073

DOROTHY DEBRECZENI
2164 NORTH BERWICK DRIVE
MYRTLE BEACH, SC 29575

DOROTHY DECLUTE
3-122 GLEN MANOR
TORONTO, ON M4E 2X6

DOROTHY DECLUTE
3-122 GLEN MANOR
TORONTO, ON M4E 2X6

| |
|---|
| DOROTHY DENSLOW<br>3306 GARLAND ST<br>MIDLAND, MI  48642 |
| DOROTHY DEVENEY<br>83 VARAO AVE<br>SOMERSET, MI  02726 |
| DOROTHY DIBARA<br>265 WOODLAND ST<br>WESTBOYLSTON, MA  01583 |
| DOROTHY DIBARTOLOMEO<br>10986 ROUTE 235<br>BEAVER SPRINGS, PA  17812 |
| DOROTHY DILAR<br>36 BENJAMIN DR<br>HAMILTON, ON  L9A 5J7 |
| DOROTHY DINEEN<br>PO BOX 1265<br>MEXICO, NY  13114 |
| DOROTHY DRISCOLL<br>101 BEMUDA WAY<br>NORTH PORT, FL  34287 |
| DOROTHY DRISCOLL<br>101 BERMUDA WAY<br>NORTH PORT, FL  34287 |
| DOROTHY DUMAINE<br>4 ECHO AVE<br>NASHUA, NH  03062-1414 |
| DOROTHY DURAND<br>4300 RIVERSIDE DR LOT 24<br>PUNTA GORDA , FL  33982 |
| DOROTHY DURAND<br>4300 RIVERSIDE DR LOT 24<br>PUNTA GORDA, FL  33982 |
| DOROTHY E SHADDINGER<br>5378 LONG LANE<br>DOYLESTOWN,  18902 |
| DOROTHY ECKMAN<br>1362 HEDGEWOOD CIR<br>NORTH PORT, FL  34288 |
| DOROTHY EISENHAURE<br>228 BERLIN ROAD<br>BOLTON, MA  01740 |
| DOROTHY EVANS<br>606 LARKSPUR AVE<br>PORTAGE, MI  49002 |
| DOROTHY FARRELL<br>245 GRESHAM LANE<br>MYRTLE BEACH, SC  29588 |
| DOROTHY FIDANZA<br>5600 HOMEWOOD DR<br>LOCKPORT , NY  14094 |
| DOROTHY FLAVIN<br>1536 SIMONA DRIVE<br>PITTSBURGH, PA  15201 |
| DOROTHY FLORIS<br>RR6<br>NIAGARA-ON-THE-LAKE, ON  L0S 1J0 |
| DOROTHY FRANEK<br>14037 CARIBBEAN BLVD<br>FORT MYERS, FL  33905 |
| DOROTHY FROHLICH<br>5695 BUTTERCUP LN<br>MACHESNEY PARK, IL  611158303 |
| DOROTHY FULLEX<br>2732 CANVASBACK TRAIL<br>MYRTLE BEACH, SC  29588 |
| DOROTHY GOULTER<br>7506 WHITCOMB ST<br>ENGLEWOOD, FL  34223 |
| DOROTHY GOVE<br>263 MUSCHAPOUGE ROAD<br>JEFFERSON, MA  01522 |
| DOROTHY GRANT<br>4748 WEST MAIN ROAD<br>FREDONIA, NY  14063 |
| DOROTHY GROVE<br>160 CHESTERFIELD LN 4<br>MAUMEE, OH  43537 |
| DOROTHY GROVER<br>39 LAMBERT<br>QUEENSBURY, NY  12804 |
| DOROTHY GUSTAITIS<br>5251 APPOMATTOX DRIVE<br>NORTH PORT, FL  34287 |
| DOROTHY HAMILTON<br>5575 LINE 75<br>ATWOOD, ON  NOG1BO |

| |
|---|
| DOROTHY HARRISON<br>1413 HIGHLAND AVE<br>LEHIGH ACRES, FL  33972 |
| DOROTHY HEALY<br>20 DANIELLE DRIVE<br>MILLBURY, MA  01527 |
| DOROTHY HOFFMASTER<br>118 MAYBERRY LANE<br>CONWAY, SC  29529 |
| DOROTHY HRYWNIAK<br>685-78TH STREET<br>NIAGARA FALLS, NY  14304 |
| DOROTHY HUBBARD<br>25138 REMUS COURT<br>PUNTA GORDA, FL  33983 |
| DOROTHY J BRAMLEY<br>3 PEBBLE BEACH AVE<br>MASHPEE, MA  02649 |
| DOROTHY J HOOD HOOD<br>2 EARL ST<br>CLARKS SUMMIT, PA  18411 |
| DOROTHY JEX<br>9707 TOWLINE RD<br>BARKER, NY  14012 |
| DOROTHY JEX<br>9707 TOWNLINE RD<br>BARKER , NY  14012 |
| DOROTHY JOURDAIN<br>426 WHITEHAVEN RD<br>GRAND ISLAND, NY  14072 |
| DOROTHY JOURDAIN<br>426 WHITEHAVEN ROAD<br>GRAND ISLAND, NY  14072 |
| DOROTHY K OBRIEN<br>831 BRAE BURN LANE<br>ROCKFORD, IL  61107 |
| DOROTHY KILCOYNE<br>27 GRIFFIN RD<br>STERLING, MA  01564 |
| DOROTHY KING<br>PO BOX 212<br>JEWETT CITY, CT  06351 |
| DOROTHY KINSMAN<br>3535 CEMETARY ROAD<br>BINBROOK, ON  L0R1C0 |
| DOROTHY KIZOFF<br>113 YORKVILLE AVE<br>TORONTO, ON  M5R1C1 |
| DOROTHY KLINK<br>42 VITA AVE<br>CHEEKTOWAGA, NY  14227 |
| DOROTHY KNEPPER<br>505 SHERIDAN LANE<br>EXPORT, PA  15632 |
| DOROTHY KOLLIN<br>184 109TH AVE<br>PLAINWELL, MI  49080 |
| DOROTHY KORPICS<br>420 WAYNE STREET<br>BETHANY, PA  18431 |
| DOROTHY L CAMERON<br>816 W S FIRST STREET<br>SHELBYVILLE, IL  62565 |
| DOROTHY LAETTNER<br>32 CHERYL RD<br>WEST SENECA, NY  14224 |
| DOROTHY LAMB<br>20 MOUNTAINVIEW RDS<br>GEORGETOWN, ON  L7G4K3 |
| DOROTHY LAMONTAGNE<br>2151 CHAMPLAIN ST<br>CLARENCE CREEK, ON  K0A 1N0 |
| DOROTHY LAPLANTE<br>109 SAND HILL ROAD<br>WALPOLE, NH  03608 |
| DOROTHY LEBEAU<br>POBOX 37<br>HOPE, RI  02831 |
| DOROTHY LEWIS<br>14 HARRISFORD STREET, APT 206<br>HAMILTON, ON  L8K 6N1 |
| DOROTHY LIGHT<br>18 MCLEOD CT<br>PAWLEYS ISLAND, SC  29585 |
| DOROTHY LYNCH<br>1593 DOVES VIEW CIRCLE<br>AUBURNDALE, FL  33823 |

| |
|---|
| DOROTHY LYNCH<br>1593 DOVES VIEW CIRCLE<br>KALAMAZOO, MI  49009 |
| DOROTHY M ENO<br>3310 WEST CROWN POINTE BLVD<br>NAPLES, FL  34112 |
| DOROTHY MAHONEY<br>20 SKYVIEW TERRACE<br>HOLLISTON, MA  01746 |
| DOROTHY MALLORY<br>11 GOKEY RD PO BOX 541<br>CHAMPLAIN, NY  12919 |
| DOROTHY MARCHILDON<br>395 REYNOLDS STREET<br>OAKVILLE, ON  L6J 3M3 |
| DOROTHY MASON<br>8465 LEHMAN ROAD<br>DECATUR, IL  62521 |
| DOROTHY MASSAD<br>507 GRAFTON STREET<br>WORCESTER, MA  01604 |
| DOROTHY MCNEIL<br>BOX 3795<br>KNOWLTON, QC  J0E 1V0 |
| DOROTHY MERRYMAN<br>7588 HUNTERS RIDGE<br>KALAMAZOO, MI  49009 |
| DOROTHY MICHAUX<br>25 PANAMA LANE<br>CHEEKTOWAGA, NY  14225 |
| DOROTHY NATOLI<br>5701 TARAWOOD DR<br>ORLANDO, FL  32819 |
| DOROTHY NEAL<br>25975 EDINBOROUGH CIR<br>PERRYSBURG, OH  43551 |
| DOROTHY OHLSON<br>BOX 91<br>WEST BOYLSTON, MA  01583 |
| DOROTHY ONEILL<br>PO BOX 1091<br>POCONO PINES, PA  18350 |
| DOROTHY ORLANDO<br>7 OLD NOURSE<br>WESTBORO, MA  01581-3509 |
| DOROTHY PAUL<br>6441 BUCKHAM WOOD<br>KALAMAZOO, MI  49009 |
| DOROTHY PAUL<br>6441 BUCKHAM WOOD DRIVE<br>KALAMAZOO,  MICH  49009 |
| DOROTHY PELCZYNSKI<br>80 ELSIE LANE<br>GRAND ISLAND, NY  14072 |
| DOROTHY PENDERGAST<br>74 KENDALL DR<br>RINGWOOD, NJ  07456 |
| DOROTHY PERREAULT<br>7142 WESTFIELD DRIVE<br>NIAGARA FALLS, ON  L2J 3V7 |
| DOROTHY PETTIT<br>400 REDWOOO DRIVE<br>BETHLEHEM, PA  18020 |
| DOROTHY PHELPS<br>3764 W MICHIGAN AVENUE<br>BATTLE CREEK, MI  49037 |
| DOROTHY PLANTE<br>17 PINEHURST AVE<br>AUBURN, MA  01501 |
| DOROTHY PRYBYLA<br>800 WATER RIDGE DRIVE<br>DEBARY, FL  32713 |
| DOROTHY REED<br>14710 SHERWOOD DR<br>GREENCASTLE, PA  17225 |
| DOROTHY RENADETTE<br>2237 OLD TRAIL ROAD<br>BURLINGTON, NC  27215 |
| DOROTHY RHODES<br>19 NEPTUNE DRIVE<br>SHREWSBURY, MA  01545 |
| DOROTHY RIDDELL<br>42 RIVA RIDGE<br>BRANTFORD, ON  N3P1S3 |
| DOROTHY RIGGALL<br>7615 LEWIS RD<br>LAKELAND, FL  33810 |

| |
|---|
| DOROTHY ROCKEY<br>5633 JUNO DRIVE<br>LAKEVIEW, NY  14085 |
| DOROTHY RUNCK<br>9819 MERRY LN<br>PICKERINGTON, OH  43147 |
| DOROTHY SAWCZYN<br>P O BOX 335<br>KEENE, NY  12942-0335 |
| DOROTHY SCANLON<br>22 COMMERCE ST<br>CLINTON, CT  06413 |
| DOROTHY SCHWARTZ<br>2225 BLACKVILLE DR<br>THE VILLAGES, FL  32162 |
| DOROTHY SMITH<br>1320 E HASTINGS LAKE RD<br>JONESVILLE, MI  49250 |
| DOROTHY SMITH<br>1320 E HASTINGS LK RD<br>JONESVILLE, MI  49250 |
| DOROTHY SMITH<br>270 FAIRVIEW<br>WASHINGTON, IL  61571 |
| DOROTHY SOCKBESON<br>12882 KENTFIELD LANE<br>FT MYERS, FL  33913 |
| DOROTHY STONE<br>66645 WINDING RIVER RD<br>CONSTATINE, MI  49042 |
| DOROTHY STURNIOLO<br>623 LAKE ESTATE COURT<br>CONWAY, SC  29526 |
| DOROTHY STURNIOLO<br>623 LAKE ESTATES CT<br>CONWAY, SC  29526 |
| DOROTHY T MARLEAU<br>851 TENTH STREET<br>MISSISSAUGA, ON  L5E 1S7 |
| DOROTHY TIVNAN<br>29 KNOWLTON AVENUE<br>SHREWSBURY, MA  01545 |
| DOROTHY TURGEON<br>54 BARRY ROAD<br>WORCHESTER, MA  01609 |
| DOROTHY VONO<br>5204 WILDCAT RUN<br>SPRINGFILD, IL  62711 |
| DOROTHY WETHERBEE<br>PO BOX 119<br>TOWNSEND, MA  01469-0119 |
| DOROTHY WILKINS<br>RIVERS RUN APT140<br>ROCHESTER, NY  14623 |
| DOROTHY WOLF<br>927 N 2ND STREET<br>LAKE WALES, FL  33853 |
| DOROTHY WOOD<br>57 MEADOW HEIGHTS DRIVE<br>BRACEBRIDGE, ON  P1L 1A2 |
| DOROTHY WYMAN<br>480 CALKINS RD<br>PERU, NY  12972 |
| DOROTHY YACOVIELLO<br>920 DON DONALD COURT<br>MYRTLE BEACH, SC  29588 |
| DOROTHY YOUNG<br>24 EVELYN STREET<br>BRANTFORD, ON  N3R3G9 |
| DORRIE AINSWORTH<br>3565 HARTLAND RD<br>GASPORT, NY  14067 |
| DORRINA NIEMERG<br>116 DONALD COURT<br>EAST PEORIA, IL  61611 |
| DORRINE GUINANE<br>5318 PARLIAMENT PL<br>ROCKFORD, IL  61107 |
| DORTE BRECKENRIDGE<br>111 COUNTRY VIEW CY<br>GALENA, IL  61036 |
| DORTHY BIBENS<br>28 NORTHFIELD DRIVE<br>NO SPRINGFIELD, VT  05150 |
| DORTHY FELDMANN<br>722 HARVEY STREET<br>DEKALB, IL  60115 |