JASON CLARKE
40 BUCHANAN DR
CALEDONIA, ON  N3W1H1

JASON CLIMENHAGE
87 ROCHELLE DR
ST CATHARINES, ON  L2M 6Y7

JASON CLIMENHAGE
98 BULA DR
ST CATHARINES, ON  L2N 6R7

JASON COLLINS
196 RAYMOND RD
MARLBOROUGH, MA  01752

JASON COTIE
2761 DAHLIAS
VAUDREUIL, QC  J7V0A5

JASON COURTNEY
5974 MEADOWGLEN
ORLEANS, ON  K1C5Y2

JASON COUTURE
256 OLD STAGE RD
ESSEX JUNCTION, VT  05452

JASON CROWLEY
11390 TAYLOR COURT
CAMPBELLVILLE, ON  L0P1B0

JASON CRUDEN
6110 BUTTERCUP LN
ROCKFORD, IL  61108

JASON CURTIS
302 PRESSED BRICK DRIVE
BRAMPTON, ON  L6V 4L4

JASON CURTISS
8638 DOLPHIN
PORTAGE , MI  49024

JASON CURWEN
29 SPRINGDALE BLVD
GUELPH, ON  N1H6X4

JASON D RYDER
5 CRAIG DRIVE
CLINTON, MA  01510

JASON DAHLE
115 FREDERICK BANTING PLACE
WATERLOO, ON  N2T1C4

JASON DAILEY
8804 SPARKLE CT
MYRTLE BEACH, SC  29579

JASON DANIELL
7 GRACE COURT
BOLTON, ON  l7e 3z7

JASON DANWEBER
3650 SCHOENECK RD
MACUNGIE, PA  18062

JASON DAVIS
38 TOWN LINE ROAD
CADYVILLE, NY  12918

JASON DECKER
25 TARRAGON TERRACE
CLIFTON PARK, NY  12065-2643

JASON DEL PIANO
217 GLENWOOD AVE
EAST ORANGE, NJ  07017

JASON DEMERS
409 ST-LOUIS AVE
POINTE-CLAIRE, QC  H9R2A5

JASON DILLON
83 CHERRY RIDGE BLVD
PELHAM, ON  L0S1CO

JASON DODD
1386 BROOKSTAR DR
OAKVILLE, ON  L6M3W2

JASON DONALDSON
624 RAVENCREST RD
PITTSBURGH, PA  15215

JASON DORWORTH
1601 N STEPHENS AVE
SPRINGFIELD, IL  62702

JASON DOUGHERTY
17 GARDEN ST
LITTLE FERRY, NJ  07643

JASON DOWNEY
15 MAPLEHILL WAY
OTTAWA, ON  K2C3H1

JASON DSILVA
2462 PLOUGHSHARE CRT
MISSISSAUGA, ON  L9R1J7

JASON DURHAM
201 BANTA AVE
GARFIELD, NJ  07026

JASON DZIKOWSKI
9 MAUDE COURT
ORANGEVILLE, ON  L9W0A3

JASON E BUGALA
29-341 WILSON DRIVE
MILTON, ON  L9T 3Y9

JASON EASTMAN
511 ST CHARLES CIR
MYRTLE BEACH, SC  29588

JASON EVERT
1602 FELCH AVENUE
JACKSONVILLE, FL  32207

JASON FRANCIS
2756 STATE RT 3
CADYVILLE, NY  12918

JASON FRANTZ
9859 EAST S AVENUE
SCOTTS, MI  49088

JASON FUNDERBURG
465 OLIN H SMITH DR
SYCAMORE, IL  60178

JASON GALLAGHER
213 DENNIS LANES
SAINT CLAIRSVILLE, OH  43950

JASON GENNARO
45 FIFE RD
AURORA, ON  L4G6Z9

JASON GIBLEN
123-40 MERCHANT LANE
TORONTO, ON  M6P 4J6

JASON GIRAS
559 TABOR ROAD
MORRIS PLAINS, NJ  07950

JASON GLIDDON
415 ALEXANDER ST
GRAVENHURST, ON  P1P1A2

JASON GRACE
114 PINECASTLE AVENUE
PITTSBURGH, PA  15234

JASON GRAY
26 COVINGTON DRIVE
WHITBY, ON  L1M2K6

JASON H GILLETTE
7905 COTE ST LUC RD
MONTREAL, QC  H4W2W4

JASON HABICH
406 FRANKLIN AVE
DUNKIRK, NY  14048

JASON HACHMEISTER
16101 NORMA LANE
STERLING, IL  61081

JASON HENSTRIDGEL
2435 QUEENSWAY ROAD
NORTH BAY, ON  P1B 7Z8

JASON HEYSTEK
2917 APPLELANE AVE
KALAMAZOO, MI  49008

JASON HILL
458 HANNIFIN DR
BLACKLICK, OH  43004

JASON HOLLINS
8336 JASONVILLE CT SE
CALEDONIA, MI  49316

JASON HOWARD
2 BOWMAN ST
PLATTSBURGH, NY  12901

JASON HUTCHINSON
646 MONTEGO CRESCENT
BURLINGTON, ON  L7N2Z1

JASON IRVEN
1343 DU SOUS-BOIS
ST-FAUSTIN LAC CARRE, QC  JOT 1J3

JASON IRVINE
52 POPLAR RD
GREENVILLE, PA  16125

JASON JENS
1805 N. 72ND. ST.
WAUWATOSA, WI  53213

JASON JOHN
400 GRAND MEADOW PLACE
WATERLOO, ON  N2K 3P8

JASON JONES
1725 TRACEY LN
CHATHAM, IL  62629

JASON KERNAHAN
562 BRAYBARTON
STEUBENVILLE, OH  43952

| |
|---|
| JASON KOETSIER<br>44511 BRANDON ROAD<br>ETHEL, ON  N0G1T0 |
| JASON KRUMMEL<br>63 PARTRIDGE LANE<br>TOLLAND, CT  06084 |
| JASON KRUPA<br>868 W LAKEWAY CT<br>WESTERVILLE, OH  43081 |
| JASON KUPRANOWICZ<br>72 FAIRVIEW PARK RD<br>STURBRIDGE, MA  01566 |
| JASON KURSNER<br>1506 NE VAN LOON TERR<br>CAPE CORAL, FL  33909 |
| JASON LABERGE LABERGE<br>PO BOX 81<br>SWANTON , VT  05488 |
| JASON LABERGE<br>PO BOX 181<br>, VT  05488 |
| JASON LANGLOIS<br>1329 LAKE SHORE ROAD<br>CHAZY, NY  12921 |
| JASON LARSON<br>227 MALLARD LANE<br>DUNCANSVILLE, PA  16635 |
| JASON LASH<br>12172 LANDRUM WAY<br>BOYNTON BEACH, FL  33437 |
| JASON LAURA<br>219 BRIARIDGE DRIVE<br>TURTLE CREEK, PA  15145 |
| JASON LAVERY<br>39 TREELAWN CRESCENT<br>ERIN, ONT  N0B1T0 |
| JASON LAVERY<br>39 TREELONG CRES<br>ERIN, ON  N0B 1T0 |
| JASON LAW<br>11994 COUNTRY CLUB ROAD<br>WAYNESBORO, PA  17268 |
| JASON LESURE<br>2100 W LAWRENCE AVE STE B<br>SPRINGFIELD, IL  62704 |
| JASON LITTLE<br>15 GLEN RIDGE LANE<br>SAINT ALBANS, VT  05478 |
| JASON LIVINGSTON<br>316 OAKBROOK DRIVE<br>EAST PEORIA, IL  61611 |
| JASON LONGWAY<br>2017 HIGHGATE RD APTB<br>ST ALBANS, VT  05478 |
| JASON LUNDSTROM<br>940 HIGHLAND DR<br>IONIA, MI  48846 |
| JASON MAGADORN<br>710 PROMENADE PLACE<br>TAMPA, FL  33602 |
| JASON MALEK<br>44 PARKEDGE DRIVE<br>FEEDING HILLS, MA  01030 |
| JASON MARINO<br>514 OAK AVE<br>STATEN ISLAND, NY  10306 |
| JASON MARTIN<br>2318 W BROOKLYN PL<br>DUNLAP, IL  61525 |
| JASON MCCLAFLIN<br>500 W JAMESTWON AVE<br>TIFFIN, OH  44883 |
| JASON MCCOLMAN<br>21 LINDSAY DRIVE<br>CALEDONIA, ON  N3W2M3 |
| JASON MCCORMICK<br>26 FAIRVIEW CRESCENT<br>ARNPRIOR, ON  K7S3V7 |
| JASON MOLLEO<br>52 CHEROKEE CT<br>NEW BEDFORD, MA  02740 |
| JASON MOORE<br>80 WOODVIEW DRIVE<br>CHALFONT, PA  18914 |
| JASON MOOS<br>5353 NORTH SERVICE ROAD<br>BURLINGTON, ON  L7L5H7 |

| |
|---|
| JASON MULLER<br>34 REVELL DR<br>GUELPH, ON  N1G0B8 |
| JASON MUSCLOW<br>556 TUFTSVILLE ROAD<br>STIRLING, ON  K0K3E0 |
| JASON NAPHIN<br>127 CRYLSER CRESCENT<br>THOROLD, ON  L2V5A3 |
| JASON NAPHIN<br>127 CRYSLER CRESCENT<br>THOROLD, ON  L2V5A3 |
| JASON OCONNELL<br>118 SE 31ST TER<br>CAPE CORAL, FL  33904 |
| JASON OCONNELL<br>8 RUE - DES LOTUS<br>BLAINESVILLE, QC  J7C5V2 |
| JASON PAAR<br>788 GRANDVIEW AVENUE<br>OLEAN, NY  14760 |
| JASON PEDERSEN<br>PO BOX 461<br>NORTH GROSVENORDALE, CT  06255 |
| JASON PHIPPS<br>6211 CROSBY RD<br>LOCKPORT, NY  14094 |
| JASON PIDGEON<br>769 FALLS RD<br>SHELBURNE,   05482 |
| JASON PITRE<br>13 BROOKMOUNT ROAD<br>TORONTO, ON  M4L3M9 |
| JASON QUARTZ<br>157 WINDWARD CRESCENT<br>POINTE-CLAIRE, QC  H9R 2J1 |
| JASON QUINN<br>6066 MUTTON HOLLOW RD<br>GREAT VALLEY, NY  14741 |
| JASON RAINFORD<br>1402 NE 10TH STREET<br>CAPE CORAL, FL  33909 |
| JASON RAMSEY<br>54 ACADEMY COURT<br>BEDMINSTER, NJ  07921 |
| JASON RAYMOND<br>28 HEMLOCK LANE<br>SOUTH DENNIS, MA  02660 |
| JASON RAYMOND<br>504 HARROWSMITH WAY<br>OTTAWA, ON  K4A2Y9 |
| JASON REINARD<br>463 MILL RD<br>ROCHESTER, NY  14626 |
| JASON RELLICK<br>1103 WOODLAWN DRIVE<br>CANONSBURG, PA  15317 |
| JASON RESSMAN<br>30 FOXE COMMONS<br>ROCHESTER, NY  14624 |
| JASON RICHARD<br>80 JOHN ST<br>SHELBURNE , VT  05482 |
| JASON ROBERT<br>53 MEADOW LEA DRIVE<br>LANCASTER, NY  14086 |
| JASON ROCK<br>84 KEELER CRES<br>BOWMANVILE, ON  L1C 0B9 |
| JASON ROMMEL<br>643 STATE ROUTE 8<br>COLD BROOK, NY  13324 |
| JASON ROUTZAHN<br>97 BUCKINGHAM<br>CHATHAM, IL  62629 |
| JASON RYAN<br>4812 SOUTH BUFFALO ST<br>ORCHARD PARK, NY  14127 |
| JASON SALGO<br>53 WEST ST<br>PROCTOR, VT  05765 |
| JASON SAVAGE<br>383 CHURCH ST<br>RUSSELL, ON  K4R 1A8 |
| JASON SCHIEDEL<br>18 HILLTOWNE DR<br>ORCHARD PARK, NY  14127 |

JASON SCHNOOR
459 QUAKER VILLAGE RD
WEYBRIDGE, VT  05753

JASON SCHUMANN
5708 RICHARDSON CIRCLE
FITCHBURG, WI  53711

JASON SHANKS
1311 GARRETT AVE
NIAGARA FALLS, NY  14305

JASON SHAW
61 YEAGER DR
CHEEKTOWAGA, NY  14225

JASON SIEGEL
32 GRAND AVE
RUTHERFORD, NJ  07070

JASON SILVA
276 WINTERBERRY DR
STONEY CREEK, ON  L8J2N5

JASON SILVA
276 WINTERBERRY DR
STONEY CREEK, ON  L8J2N5

JASON SKANTZE
5144 WOODEDGE COURT
ALLENDALE, MI  49401

JASON SOUTAR
49 SMOKETREE CRESCENT
STITTSVILLE, ON  K2S2C1

JASON STEYER
121 MAPLE GROVE DR
BUTLER, PA  16001

JASON STIGER
7802 PICKERING ST
PORTAGE, MI  49024

JASON STRUSS
5 EAGLE ROCK WAY
STITTSVILLE, ON  K2S 1C9

JASON SUOMALA
7 MILL BROOK DR
WILBRAHAM, MA  01095

JASON SZAMRETA
1 CARRIAGE CITY PLZ, APT 924
RAHWAY, NJ  07065

JASON TERRY
5784 COLONIAL DRIVE
NEW PORT RICHEY, FL  34653

JASON THEMANSON
910 RIVERVIEW LANE
MAHOMET, IL  61853

JASON TIBBITTS
511 SOUTH DRIVE
ROCHESTER, NY  14612

JASON TOLPIN
3 PACKARD RD
MILFORD, MA  01757

JASON TOMIE
17916 FOSTER
PIERREFONDS, QC  H9K1M3

JASON TUBERGEN
7611 HOLTON DUCK LAKE RD
HOLTON, MI  49425

JASON TURNER
203 PEARL ST  UNIT 207
ESSEX, VT  95451

JASON URQUHART
43 DES FOUGERES
ILE PERROT, QC  J7V9V3

JASON VAN NESS
215 S NORTHWEST HWY
BARRINGTON, IL  60010

JASON VARRONE
8664 LAPP ROAD
CLARENCE CENTER, NY  14032

JASON WALSH
5061 ARTESIA DR
KETTERING, OH  45440

JASON WALSH
5061 ARTESIA DRIVE
KETTERING, OH  45440

JASON WARNER
243 DEERGLEN TERRACE
AURORA, ON  L4G 6Y6

JASON WEININGER
3 OSAGE RD
ROCKAWAY, NJ  07866

JASON WETHERBY
4 BAKER STREET
ALBURG, VT  05440

| |
|---|
| JASON WILSON<br>40 VICTORIA ST<br>STOUFFVILLE, ON  L4A3R7 |
| JASON WILSON<br>973 FAIRFIELD AVENUE<br>COLUMBIANA, OH  44408 |
| JASON WINGER<br>90 PEZZACK ST<br>CAMBRIDGE, ON  N3C 3R8 |
| JASON YASMENT<br>49 WASHINGTON ST<br>GREENWICH, NY  12834 |
| JASON YODER<br>207 FOX HOLLOW RD<br>MUNCY, PA  17756 |
| JASON ZELINSKI<br>182 EAGLEGLENN WAY<br>HAMILTON, ON  L9B2R6 |
| JASPER F COLLINS<br>477 WASHINGTON ST<br>GENEVA, NY  14456 |
| JASUN NADEAU<br>25 BROADWAY 1103<br>TORONTO, ON  M4P1T7 |
| JAVIER ALVARADO<br>7720 GARNIER APT 7<br>MONTREAL, QUBEC  H2E3B1 |
| JAY  J PISKOR<br>12 MAXINE CIRCLE<br>EASTHAMPTON, MA  01027 |
| JAY ADAMS<br>15 FLORAL DRIVE<br>WHEELING, WV  26003 |
| JAY ANN HOFFMAN<br>836 BUENA VISTA STREET<br>WASHINGTON, PA  15301 |
| JAY BALUGAY<br>122 JAMES RATCLIFF AVE<br>STOUFFVILLE, ON  L4A0L6 |
| JAY BARTON<br>3217 GERVAIS LN<br>MYRTLE BEACH, SC  29588 |
| JAY BROWN<br>702 BROOKS DRIVE<br>CLAYTON, NY  13624 |
| JAY CHENEY<br>22 JAMIE LANE<br>HOPKINTON,  01748 |
| JAY CONKLIN<br>31 WOODGATE DRIVE<br>LANCASTER, NY  14086 |
| JAY DEXHEIMER<br>122 HIGHLAND STREET<br>HOLDEN, MA  01520 |
| JAY DOELDER<br>1004 SW 48TH TERRACE APT 103<br>CAPE CORAL, FL  33914 |
| JAY EINHORN<br>144 BULKELEY HILL RD<br>COLCHESTER, CT  06415 |
| JAY EINHORN<br>144 BULKELEY HILL ROAD<br>COLCHESTER, CT  06415 |
| JAY FISHER JR<br>575 - 70TH STREET<br>NIAGARA FALLS, NY  14304 |
| JAY FLANAGAN<br>6048 TIERRA ENTRADA<br>NORTH FORT MYERS, FL  33903 |
| JAY FORKEY<br>1508 LAVALLEY RD<br>MOOERS, NY  12958 |
| JAY FRASER<br>1215 CROOKED CREEK PARKWAY<br>FORT WAYNE, IN  46845 |
| JAY GENTILE<br>424 TALLY DRIVE<br>PITTSBURGH, PA  15237 |
| JAY GETTEMY<br>8175 MAPLEVALE DR<br>CANFIELD, OH  44406 |
| JAY GETTEMY<br>8175 MAPLEVALE DR<br>CANFIELD, OH  44408 |
| JAY GOLDBERG<br>2130 SUNSET DRIVE<br>PEKIN, IL  61554 |

| |
|---|
| JAY GRAVEL<br>8836 MUSTANG ISLAND CIRCLE<br>NAPLES, FL  34113 |
| JAY HOPE<br>128 WESTMOUNT AVE<br>TORONTO, ON  M6H 3K4 |
| JAY HOWER<br>5017 INDIAN TRAIL ROAD<br>NORTHAMPTON, PA  18067 |
| JAY JERGER<br>312 KOERBER DR<br>DEFIANCE, OH  43512 |
| JAY JOHNSON<br>6 HIGHVIEW DRIVE<br>DAYVILLE, CT  06241 |
| JAY KERLEY<br>8 HOWARD DRIVE<br>PERU, NY  12972 |
| JAY KIKUT<br>9 DRIFTWOOD LANE<br>BURLINGTON, VT  05408 |
| JAY KINDER<br>240 WEST PARKWAY<br>POMPTON PLAINS, NJ  07444 |
| JAY KITTERMAN<br>2400 COUNTRY CLUB DRIVE<br>SPRINGFIELD, IL  62704 |
| JAY LASUS<br>4677 BAYARD ST UNIT 304<br>PITTSBURGH, PA  15213 |
| JAY LEDUC<br>72 LAUREL DR<br>ESSEX JCT, VT  05452 |
| JAY LEDUC<br>72 LAUREL DRIVE<br>ESSEX JUNCTION, VT  05452 |
| JAY LEFLEUR<br>3310 KILMER DRIVE<br>LAKELAND, FL  33803 |
| JAY LESAGE<br>23 HOLMESWOOD DR<br>SANDOWN, NH  03873 |
| JAY MAJOR<br>411 HEDDLE CRES<br>NEWMARKET, ON  L3X2J2 |
| JAY MASON<br>811 WEST SLAUGHTER LANE<br>AUSTIN, TX  78748 |
| JAY MCANDREW<br>633 PROSPECT STREET<br>WESTFIELD, NJ  07090 |
| JAY MENNINGER<br>PO BOX 279<br>JOHNSON, VT  05656 |
| JAY MIGLIOZZI<br>3711 HENLEY DR<br>PITTSBURGH, PA  15235 |
| JAY MILROY<br>91 CLIFFCREST DR<br>SCARBOROUGH, ON  M1M 2K1 |
| JAY NADELSON<br>3632 DARIN DR<br>PUNTA GORDA, FL  33950 |
| JAY NEWMAN<br>67733 MARIAN TRL<br>STURGIS, MI  49091 |
| JAY NICOLE<br>1909 PEBBLE BEACH DR<br>DECATUR, IL  62521 |
| JAY PLAVNER<br>4061 ATWATER DR<br>NORTH PORT, FL  34288 |
| JAY POHLMAN<br>18 STONEEHENGE CT<br>ORCHARD PARK , NY  14127 |
| JAY POLLARD<br>101 KENTMOOR DRIVE<br>PITTSBURGH, PA  15220 |
| JAY PRESTON<br>38 LEE CENTRE DR<br>SCARBOROUGH, ON  M1H 3J7 |
| JAY SANDVOS<br>67 ORCHARD ST<br>BELMONT, MA  02478 |
| JAY SHUGARS<br>50333 MEDDOLANE<br>MARCELLUS, MI  49067 |

JAY SISKAVICH
5449 RT3
SARANAC, NY  12981

JAY SMITH
201-120 MANSION ST
KITCHENER, ON  N2H 0A1

JAY SUMMERS
11 CATHERWOOD ALNE
NEWCASTLE, ON  L1B 1C1

JAY THIEL
78 MAIN STREET
TOWNSEND, MA  01469

JAY THOMPSON
2300 CHRISTOPHER
ADRIAN, MI  49221

JAY TILL
43 GENESEE STREET
WARSAW, NY  14569

JAY VILLA
22 CHURCH ST
ELBA, NY  14058

JAY WARSHAWSKY
4089 PRISROSE
ALLENTOWN , PA

JAY WATTS
821 NORTH 7TH STREET
RIVERTON, IL  62561

JAY WILLIAMS
6038 SETTLERS RIDGE CIRCLE
SYLVANIA, OH  43560

JAY WOLINSKY
311 REDTAIL HAWK COURT
HACKETTSTOEN, NJ  07840

JAY ZEHR
322 CENTER ST
GRIDLEY, IL  61744

JAYAKUMARI GONA
7240WOODHAVEN DR
LOCKPORT, NV  14094

JAYAKUMARI GONA
7240WOODHAVEN DR
LOCKPORT, NY  14094

JAYCE CLARK
181 SOUTH ST
ABURN , MASS  01501

JAYDEN MACEWAN
4887 BOUL ROSEMONT
MONTREAL, QC  H1T 2E5

JAYE KELLEY SABINE
376 WATT ST
CIRCLEVILLE, OH  43113

JAYE WINKEL
PO BOX 7
NORTH WATERBORO, ME  04061

JAYME BASTIAN
2224 PRINCETON AVENUE
ROCKFORD, IL  61107

JAYME BURDETT
34H FOOTE RD
CHARLTON, MA  01507

JAYME MCGUIRK
617 HIDDEN OAK DRIVE
JEFFERSON HILLS, PA  15025

JAYME PARTON
244 SHORELINE DRIVE
HAWKESTONE , ON  L0L1T0

JAYME SWANKE
159 CIRCLE SHORE DR
WASHINGTON, IL  61571

JAYME YOUNT
412 LINCOLN AVE APT 4
CARNEGIE, PA  15106

JAYMES MACDONALD
501 S LINCOLN AVE
THREE RIVERS, MI  49093

JAYMIE THOMAS
167 TIBTON CIRCLE
MYRTLE BEACH, SC  29588

JAYNE BELAND
5965 MARIGOLD ROAD
VENICE, FL  34293

JAYNE BELL
2117 NORMANDY HEIGHTS LANE
WINTER HAVEN, FL  33880

JAYNE BORIS
PO BOX 619
GARDNER, MA  01440

| |
|---|
| JAYNE CARRIG<br>1325 WEST RIVER<br>GRAND ISLAND, NY  14072 |
| JAYNE FOLEY<br>6 BERKMANS STREET<br>WORCESTER, MA  01602 |
| JAYNE GREENWICH<br>269 NEW BRAINTREE<br>WEST BROOKFIELD, MA  01585 |
| JAYNE LAZORKO<br>44 CANFIELD ROAD<br>EAST HANOVER, NJ  07936 |
| JAYNE MEHNE<br>8 WILTSHIRE DRIVE<br>SHREWSBURY, MA  01545 |
| JAYNE MORIARTY<br>16 STAG CREEK TRAIL<br>BROCKPORT, NY  14420 |
| JAYNE NIENHUIS<br>1042 EAST 10TH STREET<br>HOLLAND, MI  49423 |
| JAYNE NOVAK<br>13 ALEXANDER AVE<br>PARIS, ON  N3L2V6 |
| JAYNE PEET<br>1261 TANAGER LANE<br>KALAMAZOO, MI  49009 |
| JAYNE SCALES<br>1 GEORGE HOWARD RD<br>HUBBARDSTON, MA  01452 |
| JAYNE STARK<br>744 A AVENIDA ESTANCIAS<br>VENICE, FL  34292 |
| JAYNE THOMAS<br>78 CARMINE CRESCENT<br>CAMBRIDGRE, ON  N3C 3Z4 |
| JAYNE WALDECK<br>6070 GRAINLEG AVENUE<br>FARMERSVILLE, IL  62533 |
| JAYNIE RAMIREZ<br>10 KENSINGTON CR<br>BLOOMINGTON, IL  61704 |
| JAYSON ASHLINE<br>106 CARBIDE RD<br>PLATTSBURGH, NY  12901 |
| JAYSON DUGAS<br>14570 DUFROMONT<br>MIRABEL, QC  J7N 3C9 |
| JAYSON GAUTHIER<br>7 AMBROISE-FILLION<br>BLAINVILLE, QC  J7B1T9 |
| JAYSON GESMUNDO<br>6083 SAN GABRIEL<br>KALAMAZOO, MI  49009 |
| JC KIRK<br>90 EMS W29B LANE<br>NORTH WEBSTER, IN  465555 |
| JEAM LAMARCHE<br>502 DUCHARPEMTIMER ST<br>BROMOMT, QB  J2L3L6 |
| JEAN A HOUCK<br>7562 RATAN CIRCLE<br>PT CHARLOTTE, FL  33981 |
| JEAN A MILLER<br>1837 INNSBROOK<br>LINCOLN, IL  62656 |
| JEAN ALLSCHEID<br>8116 ANDY RD<br>WATERLOO, IL  62298 |
| JEAN AMARANTE<br>406 BRANTWOOD RD<br>SNYDER, NY  14226 |
| JEAN ANDERSON<br>11 EVELYNS DR<br>HARWICH, MA  12645 |
| JEAN ANDERSON<br>199 COLE STREET<br>SEEKONK, MA  02771 |
| JEAN ANGER<br>197 EIGHT LOTS ROAD<br>SUTON, MA  01590 |
| JEAN ANN KIERGAARD<br>7820 GOLF BLVD<br>ZOLFO SPRINGS, FL  33890 |
| JEAN ANN OTTO<br>1801 SOUTH STREET COURT<br>SPRINGFIELD, IL  62703 |

JEAN ASHLAW
446 CR25
MALONE, NY  12953

JEAN AUDETTE
22 PIERRE-PAUL-DEMARAY
ST-JEAN-SUR-RICHELIEU, QC  J2W1T6

JEAN AUSTIN
P0 BOX 161
MALONE, NY  12953

JEAN AXON
52 DEPRAITRE ST
MILLVILLE , MA  01529

JEAN B REHKOPF
20733 MYSTIC WAY
NORTH FORT MYERS, FL  33917

JEAN BAKER
2207 E RESERVOIR
SPRINGFIELD, IL  62702

JEAN BARTAK
6607 N COBBLESTONE CT
PEORIA, IL  61614-2406

JEAN BECKER
4000 SURRY PLACE LANE
SPRINGFIELD, IL  62711

JEAN BECKWITH
5525 LARRY LN
MADISON, WI  53704

JEAN BEGNOCHE
69 JEWETT AVE
SWANTON, VT  05488

JEAN BENOIT GAUTHIER
4220 DU TRILLE-BLANC
ST-BRUNO, QC  J3V 6J8

JEAN BENOIT GAUTHIER
4220 DU TRILLE-BLANC
ST-BRUNO, QC  J3V6J8

JEAN BENOIT
106 APPLETON RD
AUBURN, MA  01501-3327

JEAN BENOIT
106 APPLETON ROAD
AUBURN, MA  01501

JEAN BERGEMAN
2971 SHIRE DR
POTTSTOWN, PA  19464

JEAN BERKOWITZ
4332 FARMINGTON CIRCLE
ALLENTOWN, PA  18104

JEAN BLACKER
11 BELVOIR AVE
DOUGLAS, MA  01516

JEAN BOKAN
507 NOB HILL RD
WILLISTON, VERMONT  05495

JEAN BOUCHARD
256 AUSTIN
CHATEAUGUAY, QC  J6K3Z4

JEAN BOUCHARD
43 RUE PAUL EMILE BORDUAS
ST-CHARLE BORROMEE, QC  J6E9E9

JEAN BOUCHARD
9 RUE DUMAS
CANDIAC, QC  J5R 6H8

JEAN BRICKELL
17 SCARBOROUGH GOLF CLUB RD
TORONTO,   M1M3C6

JEAN BROTHERS
9 CABOT DR
SHREWSBURY, MA  01545

JEAN BRUNELLE
2900 DUCHESNEAU
MONTREAL, QC  H1L6P9

JEAN BUONVICINO
5070 CITADEL STREET
KALAMAZOO, MI  49004

JEAN BYRNES
39B CAMBRIDGE COURT
LAKEWOOD, NJ  08701

JEAN CALABRESE
421 26TH STREET
NIAGARA FALLS, NY  14303

JEAN CALABRESE
PO BOX 461
NIAGARA FALLS, NY  14304

JEAN CALGARO
1250  BOIUCHER
MARIEVILLE, QB  J3M1C1

JEAN CANNEY
139 ELMSFORD DR
WEST SENECA, NY  14224

JEAN CANNON
27 MEANDER PIKE
CHATHAM, IL  62629

JEAN CAPRIO
3091 2ND AVE
GRAND ISLAND, NY  14072

JEAN CARDEN
69 GLEN VALLEY DRIVE
HAMILTON, ON  L8K 6A1

JEAN CARLE
24 HALMSTEAD ST
WORCESTER, MA  01707

JEAN CHAMBERLAIN
169 DAVIS ST
DOUGLAS, MA  01516

JEAN CHARBONNEAU
24 RUE DE GRANDPRE
GATINEAU, QC  J8M1G7

JEAN CHARBONNEAU
24 RUE DEGRANDPRE
GATINEAU, QC  J8M1G7

JEAN CHARLES CLOUTHIER
50 RUE DOMINYCK
STE-AGATHE-DES-MONTS, QC  J8C 2Z7

JEAN CHENEY
25275 RAMPART BLVD
PUNTA GORDA, FL  33983

JEAN CHRISTOPHE MERCILLE
902 MARIE ROLLET
STE JULIE, QC  J3E 1V5

JEAN CLARE
PO BOX 132
PAW PAW, MI  49079

JEAN CLAUDE BEDROS
29 LE ROYER
LAVAL, QC  H7M 1Z5

JEAN CLAUDE BOUCHER
308 -8500 SAINT-CHARLES
BROSSARD, QC  J4X2Z8

JEAN CLAUDE DROLET
1034 CHEMIN VANIER
LEVIS, QC  G6Z 2A6

JEAN CLAUDE DUCHESNEAU
411 MACDONALD ST
GRANBY, QC  J2G6Z3

JEAN CLAUDE DUCHESNEAU
411 MACDONALD STREET
GRANBY, QC  J2G 6Z3

JEAN CLAUDE GOYER
3622 JULIO
LAVAL, QC  H7P 5A1

JEAN CLAUDE LABELLE
2535 STALLION
STLAZARE, QC  J7T2E4

JEAN COLLINS
5813 TORRANCE DRIVE
EXPORT, PA  15632

JEAN CROOKS
15525 STATE ROUTE 103
MOUNT BLANCHARD , OH  45867

JEAN CROOKS
37210 COUNTY RD 8333
CLEWISTON, FL  33440

JEAN DALEY
7 TERRY COURT
GEORGETOWN, ON  L7G 1P4

JEAN DEAN
3760 NORTHERN PIKE
MONROEVILLE, PA  15146

JEAN DEIESO
1029 PLEASANT STREET
WORCESTER, MA  01602

JEAN DENIS DORVAL
2795 GRANBY 7
MONTREAL, QC  H1N 2Z3

JEAN DENNIS
3280 SOUTH SHORE DR #85C
PUNTA GORDA, FL  33955

JEAN DERY
2830 SOCIALE
QUEBEC, QC  G1P3K4

JEAN DESROSIERS
3-2210 CHARLES DAUDELIN
LONGUEUIL, QC  J4N0G2

| |
|---|
| JEAN DICKERSON<br>PO BOX 22<br>LEWIS, NY  12950 |
| JEAN DILLMAN<br>4575 LAKE AVE APT 910<br>ROCHESTER, NY  14612 |
| JEAN DILLON<br>2-15 COBDEN COURT<br>BRANTFORD , ON  N3R 8B7 |
| JEAN DIONNE<br>545 STANSTEAD<br>MT-ROYAL, QC  H3R1X8 |
| JEAN DUGAN<br>376 CEDARBROOK CT<br>VENICE, FL  34292 |
| JEAN DUPUY<br>1749-4 TH AVENUE<br>VAL-MORIN, QC  J0T2R0 |
| JEAN DUVAL<br>2285 BELLERIVE BLVD<br>CARIGNAN, QC  J3L4Z7 |
| JEAN DUVAL<br>2285 BELLERIVE<br>CARIGNAN, QC  J3L4Z7 |
| JEAN E BOURASSA<br>9693 SW 45 AVE<br>OCALA, FL  34476 |
| JEAN E THOMAS<br>242 SW 46 TER<br>CAPE CORAL, FL  33914 |
| JEAN EASTON<br>16 ARMORDALE PLACE<br>BRANFORD, ONTARIO  M3R785 |
| JEAN EASTON<br>16 ARMOURDALE PLACE<br>BRANTFORD, ON  N3R 7Z7 |
| JEAN EDGERLY<br>37 HAMLET STREET<br>ARLINGTON, MA  02474 |
| JEAN EDWARDS THOMAS<br>54 PROMENADE<br>NIAGRA ON THE LAKE, ON  L0S1J0 |
| JEAN EIBEN<br>818 BLUE RIDGE RD<br>PITTSBURGH, PA  15239 |
| JEAN ELANDT<br>247 LONG MEADOW LAN<br>ROTONDA WEST, FL  33947 |
| JEAN ENGLER<br>5772 BROADACRES ROAD<br>UTICA, NY  13502 |
| JEAN ENRIGHT<br>230 BROOKFIELD ROAD<br>CHARLTON, MA  01507 |
| JEAN ERTEL<br>1468 SHOREWOOD<br>LAKELAND, FL  33803 |
| JEAN FALLS<br>10870  REG  RD  25        RR3<br>MILTON, ON  L9T2X7 |
| JEAN FARHOOD<br>336 BRIDLE PATH COURT<br>WATERLOO, ON  N2L 6A3 |
| JEAN FARHOOD<br>336 BRIDLE PATH COURT<br>WATERLOO, ON  N2L6A3 |
| JEAN FAUCHER<br>11350 RUE DE LA GAUCHETIERE<br>MONTREAL-EST, QC  H1B 2G7 |
| JEAN FERGUSON<br>193 PINTA CIR<br>MERRITT ISLAND, FL  32953 |
| JEAN FILIATRAULT<br>1021 BELLERIVE<br>LONGUEUIL, QC  J4J 1B3 |
| JEAN FISCHER<br>3120 COUNTRYSIDE DRIVE<br>ALLISON PARK, PA  15101 |
| JEAN FLANIGAN<br>37 MILFORD STREET<br>HAMBURG, NY  14075 |
| JEAN FOGEL<br>18550 SE LAKESIDE DR<br>TEQUESTA, FL  33469 |
| JEAN FOX<br>444 S STEPHEN ST<br>OREGON, OH  43616 |

JEAN FRANCOIS BOUCHARD
15 CHEMIN DU PLATEAU
LAC BEAUPORT, QC  G3B 0Y7

JEAN FRANCOIS COLLARD
2465 MARMIER
LONGUEUIL, QC  J4L2N7

JEAN FRANCOIS COURVAL
2600 RUE DU CARDINAL
TERREBONNE, QC  J7M 0B6

JEAN FRANCOIS DESALIERS
13 REAL TREPANIER
ST-JEAN SUR RICHELIEU, QC  J2W 2A8

JEAN FRANCOIS DESROCHERS
3-73 RUE DES JONQUILLES
RIVIERE-DU-LOUP, QC  G5ROH5

JEAN FRANCOIS DROLET
1 DUKE STREET
OXFORD, FL  OX2 0HX

JEAN FRANCOIS DUBOIS
1448 RANG DES CHALETS
ST FERDINAND, QC  G0N1N0

JEAN FRANCOIS DUFOUR
526 CORTE REAL
BOUCHERVILLE, QC  J4B 6Z4

JEAN FRANCOIS FOISY
66 DOODY
CHAMBLY, QC  J3L1K5

JEAN FRANCOIS GIGUERE
42 CEDAR
POINTE CLAIRE, QC  H9S 4Y2

JEAN FRANCOIS GODIN
2426 DES BERGERONNETTES
LAVAL, QC  H7L4W7

JEAN FRANCOIS GOUIN
2501 RUE POMMEL
ST-LAZARE, QC  J7T 2B1

JEAN FRANCOIS HAMILTON
129 SCOTT ROAD
GORE, QC  J0B1K0

JEAN FRANCOIS HURTEAU
51 MONGEAU
SOREL-TRACY, QC  J3P7R7

JEAN FRANCOIS JULIEN
7313 DU PONT
TROIS-RIVIERES, QC  G9B 1K4

JEAN FRANCOIS LARENTE
107 CARON
STE-ANNE-DE-BELLEVUE, QC  H9X4A1

JEAN FRANCOIS MICHAUD
1465 JOLIETTE
MONTREAL, QC  H1W 3E6

JEAN FRANCOIS MILLETTE
5685 AUBERT
TROIS RIVIERES, QC  G8Y 6J1

JEAN FRANCOIS PAQUIN
284 ILES DES GARDES
TERREBONNE, QC  J6W 5S1

JEAN FRANCOIS PARENT
31 DES FEVIERS
SAINT-MATHIAS-SUR-RICHELIEU, QC  J3L6X3

JEAN FRANCOIS PROULX
636 LEONARD
SAINT-EUSTACHE, QC  J7R 6J5

JEAN FRANCOIS RIVARD
98 7E RANG
ST-GERMAIN-DE-GRANTHAM, QC  J0C1K0

JEAN FRANCOIS ROMPRE
6566 DU CLAIR OBSCUR
QUEBEC, QC  G3E2C3

JEAN FRANCOIS SZABO
631 DES PIVOINES
LAVAL, QC  H7X 1A2

JEAN FRANCOIS VAILLANT
4534 HURTUBISE
LAVAL, QC  H7T 2T6

JEAN FRANCOIS VENNE PRONOVOST
68 AVENUE DES JONQUILLES
GATINEAU, QC  J912H9

JEAN FRAZIER
6 LISA STREET
BURLINGTON, MA  01803

JEAN GAGNON
6082 ALINE
BROSSARD, QC  J4Z1R9

JEAN GALE
10933 COTTON THISTLE
ROSCOE, IL  61073

JEAN GANNON
PO BOX 1230
DOUGLAS, MA  01516

JEAN GANZE
2581 E 369TH RD
OGLESBY, IL  61348

JEAN GEIS
5658 FOX HOLLOW COURT
SYLVANIA, OH  43560

JEAN GEMME
98 DES FLANDRES
CANDIAC, QC  J5R 6Z6

JEAN GIBEAULT
123 BOUL GEORGES-GAGNE
DELSON, QC  J5B 2E9

JEAN GJELTEMA
311 COOPER ROAD
NORTHBRIDGE, MA  01534

JEAN GOODWIN
26 SOUTH MONROE ST
COLDWATER, MI  49036

JEAN GORDON
4798 LAKELAND HARBOR CIRCLE
LAKELAND, FL  33805

JEAN GRAHAM
600 JANETTE ST
CONWAY, SC  29527

JEAN GUAY
8520 DE BERGEN
QUEBEC, QC  G2C 2H8

JEAN GUTHRIE
785 ALLUM AVE
KINGSTON, ON  K7M 7A3

JEAN GUTHRIE
785 ALLUM AVE
KINGSTON, ON  K7M7A3

JEAN GUY COUTURE
32 SILVERCREST CRT
THOROLD, ON  L2V4Z9

JEAN GUY LAMOTHE
198 CHAYER
BOISBRIAND, QC  J7G 2J5

JEAN GUY MORIN
905 DES CORMIERS
LAVAL, QC  H7E 3X8

JEAN GUY SOUCY
1 RUE LISE
ST-GABRIEL DE BRANDON, QC  J0K 2N0

JEAN HART
1057 WEBSTER STREET
MALONE, NY  12953

JEAN HARTMAN
219 N 8TH
PETERSBURG, IL  62675

JEAN HATTON
35103 64TH AVENUE
PAW PAW, MI  49079

JEAN HECK
106 HAWTHORNE LAKE RD
BLOOMINGTON, IL  61704

JEAN HEIN
2533 PINE VALLEY DR
LAKELAND, FL  33810

JEAN HENDERSON
8681 WESLEYAN DRIVE
FORT MYERS, FL  33919

JEAN HENESEY
50 LEGION DRIVE
KENMORE, NY  14217

JEAN HOLT
19 EMPIRE STREET
CHELMSFORD, MA  01824

JEAN HOUZENGA
3004 FAIRCHILD STREET
POPLAR GROVE, IL  61065

JEAN HOWARD
102 EIGHTH STREET
TORONTO,   M8V 3C4

JEAN HOWARD
102 EIGHTH STREET
TORONTO, ON  M8V 3C4

JEAN HUSGAD
5002 CAMILLLA ROAD
MADISON, WI  53716

JEAN JACQUES BOURQUE
6301 PL NORTHCREST APT 4K
MONTREAL, QC  H3S 2W4

JEAN JACQUES FREMEAUX
207 SEABORD ROAD
ANDREWS, SC  29510

JEAN JACQUES FREMEAUX
93 MEUNIER
ST-ESPRIT, QC  J0K 2L0

JEAN JEPSON
16 HOMESTEAD LANE
ATTLEBORO, MA  02703

JEAN JEWITT
25 CAMPBELL CRES
ILDERTON, ON  N0M2A0

JEAN JOHNSON
7 CAMP COMFORT AVE
OLD ORCHARD BEACH, ME  04064

JEAN JONES
3916-4 HUNTERS RIDGE DR
LANSING, MI  48911

JEAN JUDSON
PO BOX 52
SUTTON, MA  01590

JEAN KELLY
55 KEATS LN - BOX 997
ALBRIGHTSVILLE, PA  18210

JEAN KERR
2524 OVERLY CT
TOLEDO, OH  43611

JEAN KESSLER
29 CHESTNUT HILL RD
NORTHBOROUGH, MA  01532

JEAN KESSLER
29 CHESTNUT HILL ROAD
NORTHBOROUGH, MA  01532

JEAN KESSLER
29 CHESTNUT HILL ROAD
NORTHBOROUGH, MA  0153237288

JEAN KIDDER
37964 PEBBLE LAKE TRAIL
NORTH RIDGEVILLE, OH  44039

JEAN KING
1327 HAZELTON BLVD
BURLINGTON, ON  L7P 4V1

JEAN KIREJCZYK
    (P.O. BOX 442)
WESTPORT, NY  12993

JEAN KRONTZ
6282 COCOS DR
FORT MYERS, FL  33908

JEAN L HEUREUX
17435 DE L ALPINISME
MIRABEL, QC  J7J 2K9

JEAN L STEVENS
8 BROWN RD
OXFORD, MA  01540-1802

JEAN LACROIX
8820 CROISSANT ROUYN
BROSSARD, QC  J4X 2T9

JEAN LAFEVER
PO BOX 515
MATTAWAN, MI  49071-515

JEAN LAFLAMME
9721 NOTRE-DAME OUEST B405
TROIS-RIVIERES, QC  G9B 6T4

JEAN LAIBLE
2108 CIMARRON DRIVE
FREEPORT, IL  61032

JEAN LAKE
147 GRANT ST
LEOMINSTER, MA  01453

JEAN LALONE
22 KENILWORTH ROAD
SHEWSBURY, MA  01545

JEAN LALONE
22 KENILWORTH ROAD
SHREWSBURY, MA  01545

JEAN LANDRY
175 FLAGG RD
EAST BROOKFIELD, MA  01515

JEAN LAPOINTE
2835 DES TOURTERELLES
BECANCOUR, QC  G9H4N1

JEAN LAVIOLETTE
555 MERCIER
MONTREAL, QC  H1L5G7

JEAN LECLERC
273 IRENEE-GAUTHIER
CHARLEMAGNE, QC  J5Z1W3

JEAN LERMER
4135 DOUGLAS RD
TOLEDO, OH  43613

JEAN LESSARD
14 ROUVILLE
ST-BASILE-LE-GRAND, QC  J3N 1L7

JEAN LEVESQUE
18393 AMALFI
PIERREFONDS, QC  H9K-1P2

JEAN LHEUREUX
17435 DE LALPINISME
MIRABEL,   J7J 2K9

JEAN LIEFKE
25464 AREQUIPA DR
PUNTA GORDA, FL  33983

JEAN LOMBARDI
19 DAVIDSON ROAD
WORCESTER, MA  01605

JEAN LONGPRE
40 CHEMIN DE PETITE-RIVIERE
EASTMAN, QC  J0E 1P0

JEAN LOTZ
22 CHESTNUT ST
AKRON, NY  14001

JEAN LOUIS GRONDIN
13 GILLES VIGNEAULT
STE JULIE,   J3E 3L3

JEAN LUC COUTURIER
11 ROBERT HARRIS
BLAINVILLE, QC  J7C 5C7

JEAN LUC COUTURIER
340 WESGATE EST
ROSEMERE, QC  J7A 2G4

JEAN LUC FOURNIER
115 CH DES COLIBRIS
PIEDMONT, QC  J0R1K0

JEAN LUC PROVOST
22 DES ARBRISSEAUX
VAUDREUIL SUR LE LAC, QC  J7V 8P3

JEAN LUC THERRIEN
680 DES VIEUX MOULINS
ST-JEAN SUR RICHELIEU, QC  J2Y 1C5

JEAN LUC VIGNEAULT
19 MARCOUX
VICTORIAVILLE, QC  G6P7C7

JEAN LUTTIG
2417 HOPKINS
LANSING, MI  48912-4407

JEAN LYNCH
3015 OLD BRYAN DR
MYRTLE BEACH, SC  29577

JEAN LYNCH
3015 OLD BRYAN DR
MYRTLE BEACH, SC  29577

JEAN MAILHOT
3611 ROUTE 346
STE JULIENNE,   J0K2T0

JEAN MAILHOT
3611 RTE 346
STE-JULIENNE, QC  J0K2T0

JEAN MARC CAMPEAU
5 COGNAC
CANDIAC, QC  J5R5Y2

JEAN MARC DAOUST
70 RADENHURST CRES
BARRIE, ON  L4M 6H6

JEAN MARC DAOUST
70 RADENHURST CRESANT
BARRIE, ON  L4M6H6

JEAN MARC GUERIN
132 MORIN
CHATEAUGUAY, QC  J6K1T7

JEAN MARC MORESCO
114 COLPRON
CHATEAUGUAY, QC  J6J5P4

JEAN MARIE BERKOWITZ
4332 FARMINGTON CIRCLE
ALLENTOWN, PA  18104

JEAN MARIE CLOUTIER
148 MARGARET AVENUE
KITCHENER, ON  N2H 4H9

JEAN MARIE GUIBORD
481 DES MERISIERS
SAINT-BRUNO, QC  J3V 6M4

JEAN MARIE VASS
1314 S 2ND ST
ALLENTOWN, PA  18103

JEAN MARTEL
1585 RUE DES ALOUETTES
ST-BRUNO, QC  J3V 6E4

JEAN MARTIN
40101 ST RT 518
LISBON, OH  44432

JEAN MASSICOTTE
1227 VALMORE-LAPIERRE
JOLIETTE, QC  J6E 8P7

JEAN MAUZY
3106 HERON SHORES DRIVE
VENICE, FL  34293

JEAN MC DONALD
620 COUNTY RD
VANKLEEK HILL, ON  K0B 1R0

JEAN MCCULLOUGH
8 STEEPLECHASE AVE
AURORA, ON  L4G6W5

JEAN MCDERMOTT
112 MAGNOLIA LANE
WELLAND, ON  L3B 6H9

JEAN MCGEE
140 LANDING RD
HAMPTON, NH  03842

JEAN MCMAHON
561 POINT RD
WILLSBORO, NY  12996

JEAN MCNAMARA
10 JEWETT RD
STERLING, MA  01564

JEAN MCNARY
6715 JEFFERSON PLACE
MYRTLE BEACH, SC  29572

JEAN MENARD
11 DAZE ST
EMBRUN, ON  K0A1W0

JEAN MICHEL BEDARD
6669 DOM PERIGNON
QUEBEC, QC  G3E 1T6

JEAN MIES
14810 MAXWELL HALL RD
LOAMI, ILL  626.61

JEAN MILLER
8419 HICKORY TREE DRIVE
MACHESNEY PARK, IL  61115

JEAN MOCK
375 THEATRE DR
JOHNSTOWN, PA  15904

JEAN MORGAN
528 PLAYA DRIVE
DAVENPORT, FL  33837

JEAN MUNN
5919 FRANCIS ST
KALAMAZOO, MI  49048

JEAN MURPHY
1979 GREEN FERN LANE
MYRTLE BEACH, SC  29579

JEAN N MARLEAU
370 CHEMIN DU FLEUVE
COTEAU-DU-LAC, QC  J0P 1B0

JEAN NADEAU
126 RIDGEWOOD RD
TORONTO, ON  M1C2X2

JEAN NOE DELORME
206-700 RICHELIEU
BELOEIL, QC  J3G 5E8

JEAN NOEL ROUTHIER
2661 PRINCIPALE
SAINTE-JULIE, QC  J3E 0A9

JEAN NOTAR
115 MIDDLEBURY DR
JUPITER, FL  33458

JEAN OBRIEN
455 SUNNEHANNA DR  UNIT 21
MYRTLE BEACH, SC  29588

JEAN ONDERKO
3 DELAWARE ROAD
WHITEHOUSE STATION, NJ  08889

JEAN OTTO
4529 NORTHWIND DRIVE
DELTON, MI  49046

JEAN OZIMEK
2896 ABBEY LN
SOUTH PARK, PA  15129

JEAN PALARDY
3905 RUE DU TIMONIER
SAINTE-CATHERINE, QC  J5C 1X2

| |
|---|
| JEAN PAUL BERGERON<br>2120 CR D ALSACE<br>LAVAL, QC  H7E1S4 |
| JEAN PAUL COUSINEAU<br>718 RICHARDSON COURT<br>FERGUS, ON  N1M 3M4 |
| JEAN PAUL DEMERS<br>1780 EDGEWOOD STREET<br>SAINT BRUNO DE MONTARVILLE, QC  J3V 4N9 |
| JEAN PAUL DEMERS<br>1780 EDGEWOOD<br>SAINT BRUNO DE MONTARVILLE, QC  J3V4N9 |
| JEAN PAUL LEMERAND<br>1524 WATERMILL LANE<br>PERRYSBURG, OH  43551 |
| JEAN PAUL OLIVEIRA<br>16 IVAN RD<br>TORONTO, ON  M1C 1V2 |
| JEAN PAUL PELLERIN<br>4340 RUE DES ALOUETTES<br>STE-CATHERINE, QC  J5C 1P8 |
| JEAN PAUL PLANTE<br>313 MOQUIN<br>LONGUEUIL, QC  J4L 4V9 |
| JEAN PAUL ST JULES<br>88 NISKA DR<br>WATERDOWN, ON  L0R2H3 |
| JEAN PEGLOW<br>21-23 EAST BANK STREET<br>ALBION, NY  14411 |
| JEAN PELLETIER<br>182 NASHUA RD<br>PEPPERELL, MA  01463 |
| JEAN PELOQUIN<br>186 DAY STREET<br>BROOKLYN, CT  06234 |
| JEAN PERREAULT<br>1604 FIRST ST<br>SHAWINIGAN,   G9N1K1 |
| JEAN PHELAN<br>174 LOWELL ST<br>DUNSTABLE, MA  01827 |
| JEAN PHILIPPE LAMARRE<br>288 RUE DE LA PRESQU ILE<br>CHARLEMAGNE, QC  J5Z 4A8 |
| JEAN PHILIPPE LEGAULT<br>757 BOUL PERRON<br>MARIA, QC  G0C 1Y0 |
| JEAN PHILIPPE MARCHAND<br>115 MONSEIGNEUR-TESSIER<br>TROIS-RIVIERES, QC  G8T 9A9 |
| JEAN PHILIPPE MARCHAND<br>115 RUE MONSEIGNEUR-TESSIER<br>TROIS-RIVIERES, QC  G8T 9A9 |
| JEAN PHILIPPE P GAUTHIER<br>300 BOUL RENE-LEVESQUE EST<br>QUEBEC, QC  G1R 2B4 |
| JEAN PHILIPPE TREMBLAY<br>1368 RUE DES CAPUCINES<br>LA CONCEPTION, QC  J01 1M0 |
| JEAN PICHETTE<br>190 LANGUEDOC<br>LAVAL, QC  H7G 3X1 |
| JEAN PIERRE BEGIN<br>42 RIMBAUD<br>REPENTIGNY, QC  J5Y3S5 |
| JEAN PIERRE BOULIANNE<br>630 RAPHAEL BARRE<br>RICHELIEU, QC  J3L5P8 |
| JEAN PIERRE GARANT<br>2950 DELORME<br>SHERBROOKE, QC  J1K1A4 |
| JEAN PIERRE HEBERT<br>4 MT CARMEL<br>LACOLLE, QC  J0J 1J0 |
| JEAN PIERRE LAITHIER<br>3877 CHEMIN OKA<br>ST JOSEPH DU LAC, QC  J0N1M0 |
| JEAN PIERRE LIARD<br>3061 VALERIE<br>STE-MARTHE-SUR-LE-LAC, QC  J0N 1P0 |
| JEAN PIERRE POIRIER<br>427 21 AVENUR<br>MONTREAL, QC  H8S0A4 |
| JEAN PIERRE ROY<br>2634 AVE LETOURNEUX<br>MONTREAL, QC  H1V 2P4 |

JEAN PIERRE THEORET
718 VAL DE LOIRE
ST-ADOLPHE D HOWARD, QC  J0T 2B0

JEAN PIERRE THEORET
718 VAL DE LOIRE
ST-ADOLPHE DHOWARD, QC  J0T 2B0

JEAN PIERRE VERFAILLIE
130 WOLVEN STREET
PORT ROWAN, ON  N0E1M0

JEAN PLANTE
50 LAKE ROAD
BROOKFIELD, MA  01506

JEAN POWERS
155 ELM STREET
HATFIELD, MA  01038

JEAN POWERS
41 JOYCE ST
WEBSTER, MA  01570

JEAN PRIOR
30 CACHE CAY DRIVE
VERO BEACH, FL  32963

JEAN QUAGLIANA
169 JEFFERSON AVE APT 2
NORTH TONAWANDA, NY  14120

JEAN R KLAIBER
664 W FLINTLAKE CT
MYRTLE BEACH, SC  29579

JEAN RAMPONE
8345 SE 167 FORSYTH STREET
THE VILLAGES, FL  32162

JEAN REARDON
317 EAST MARKET ST
MERCER, PA  16137

JEAN REHKOPF
20733 MYSTIC WAY
N FT MEYERS, FL

JEAN RENE BRETON
148 JEAN-TALON
BELOEIL, QC  J3G2E1

JEAN RICE
P.O. BOX 6353
STUART, FL  34997

JEAN RIGGBROWN
98 FALL FAIR WAY
BINBROOK, ON  L0R 1C0

JEAN RIZZUTI RIZZUTI
1200 STIRLING DR
OAKVILLE, ON  L6L1E6

JEAN RIZZUTI
1200 STIRLING DRIVE
OAKVILLE, ON  LL 1E6

JEAN ROBICHAUD
121 5TH AVE
LA SALLE, QC  H8P 2K1

JEAN ROETZER
320 MEYER ROAD
AMHERST, NY  14226

JEAN ROETZER
320 MEYER ROAD
BUFFALO, NY  14226

JEAN ROULEAU
108 DU BOISE
ST-FERREOL-LES-NEIGES, QC  G0A 3R0

JEAN ROURKE
19880 GATOR CREEK CT
FORT  MYERS, FL  33903

JEAN RUHLAND
422 N FIRST ST
CHILLICOTHE, IL  61523

JEAN RUSSELL
812 LIMEKILN RD
MALONE, NY  12953

JEAN S NOELLSCH
842 E 500N RD
GIBSON CITY, IL  60936

JEAN SASSO
128 CHARLESWOOD
HUDSON, QC  J0P 1H0

JEAN SAVARIE
97 ST ARNAUD ST
PORT COLBORNE, ON  L3K 1L9

JEAN SCHERIFF
1511 MAPLE CREST
CASTLETON, NY  12033

JEAN SCHLESINGER
1811 EAST MAPLE RIGDE DR
PEORIA, IL  61614

| |
|---|
| JEAN SCHMIDBAUER<br>11788 WILLISTON RD<br>MARILLA, NY 14102 |
| JEAN SCHMIEDER<br>293 VALLEY VIEW LANE<br>HAZEL GREEN, WI 53811 |
| JEAN SCOTT<br>2300 PORTAGE STREET<br>KALAMAZOO, MI 49001 |
| JEAN SEBASTIEN BERGERON<br>198 TERRY-FOX<br>VERDUN, QC H3E1L5 |
| JEAN SEBASTIEN DUPLESSIS<br>362 BOUL SAINT-JOSEPH<br>SAINTE JULIE, QC J3E 1C6 |
| JEAN SEE<br>61590 30TH ST<br>LAWTON, MI 49065 |
| JEAN SERAPHIN<br>PO BOX 970<br>SOUTHBRIDGE, MA 01550 |
| JEAN SESSA<br>2592 ST JAMES DRIVE<br>SOUTHPORT, NC 28461 |
| JEAN SHULER<br>4 COUNTRY LANE<br>COLUMBIA, IL 62236 |
| JEAN SILL<br>3899 RUSH-MENDON RD<br>MENDON, NY 14506 |
| JEAN SMITH<br>10 LAKE DRIVE<br>S DENNIS, MA 02660 |
| JEAN SMITH<br>10 LAKE DRIVE<br>DENNIS, MA 02660 |
| JEAN SMITH<br>10 LAKE DRIVE<br>SO DENNIS, MA 02660 |
| JEAN SMITH<br>2917 BEACHVIEW STREET<br>AJAX, ON L1S 1C9 |
| JEAN SOUCY<br>2600 NW 3RD AVE<br>CAPE CORAL, FL 33993 |
| JEAN SROUFEK<br>30542 N 1730 EAST<br>ALVIN, IL 61811 |
| JEAN ST PIERRE<br>3756 CHEMIN DES SABLES<br>VAUDREUIL-DORION, QC J7V0K1 |
| JEAN ST PIERRE<br>5301 HARWOOD BLVD<br>VAUDREUIL-DORION, QC J7V0K2 |
| JEAN STANLEY<br>176 KEYSTONE TER<br>HAINES CITY, FL 33844 |
| JEAN STEVENS<br>57 WELLINGTON ST<br>WATERDOWN, ON L0R 2H0 |
| JEAN STHILAIRE<br>1660-12E AVENUE<br>GRAND-MERE, QC G9T 6E6 |
| JEAN STONE<br>85 KEMP AVENUE<br>NORTH ADAMS, MA 01247 |
| JEAN SULLIVAN<br>34 TORY FORT LANE<br>WORCESTER, MA 01602 |
| JEAN T THOMAS<br>8735 MILBUROUGH LINE<br>CAMPBELLVILLE, ON L0P 1B0 |
| JEAN THELLMAN<br>PO BOX 225<br>KOPPEL, PA 16136 |
| JEAN THOMAS<br>8735 MILBUROUGH LINE<br>CAMPBELLVILLE, ON L0P 1B0 |
| JEAN THOMPSON<br>10112 CASTLE CREEK CIRCLE<br>GALESBURG, MI 49053 |
| JEAN TOMKO<br>4394B DAPHNE LANE<br>MURRELLS INLET, SC 29576 |
| JEAN TRAVIS<br>16 MARK AVENUE<br>WEBSTER, MA 01570 |

JEAN TRIEZENBERG
7204 DRUM MDR.
ST JAMES CITY,    33956

JEAN TUGGLE
3450 DOVER DR
PUNTA GORDA, FL  33983

JEAN TURCO
PO BOX 272
HIGHLAND MILLS, NY  10930

JEAN TURGEON
6383 HIGHLANDS IN THE WOODS AVE
LAKELAND, FL  33813

JEAN VERMILLION
8880 AUSTIN CT
PORTAGE, MI  49002

JEAN VIERRA
17 SLIPPER HILL LN
JEFFERSON, MA  01522

JEAN VILLEMAGNE
1860 BROMPTON
MASCOUCHE, QC  J7L 3S7

JEAN W SELKREGG
BOX 287
NORTH EAST, PA  16428

JEAN WAGONER
PO BOX 1921
PORTAGE, MI  490811921

JEAN WAGONER
PO BOX 1921
PORTAGE, MI  49081-1921

JEAN WALKER-SHERMAN
10 WILBRAVIEW DR.
WILBRAHAM, MA  01095

JEAN WALKERSHERMAN
10 WILBRAVIEW
WILBRAHAM, MA  01095

JEAN WELCH
4 LESLIE LANE
STURBRIDGE, MA  01566

JEAN WHITE
17 COUNTRY LANE
BARRIE, ON  L4N 0E6

JEAN WHITE
17 COUNTRY LANE
BARRIE, ON  L4N0E6

JEAN WILLIAMS
10964 N INTERLAKEN
RICHLAND, MI  49083

JEAN WILSON
1942 LEE ST
SPRINGFIELD, IL  62703

JEAN YVES CLEMENT
4-528 CHEMIN DE BONDVILLE
FOSTER, QC  J0E1R0

JEAN YVES SIMARD
35 KING
ST PACOME, QC  G0L 3X0

JEAN YVES THERIEN
66 FIELDING
LAC-BROME, QC  J0E1V0

JEAN ZAMPIER
6032 ZEPHYR RIDGE DRIVE
ZEPHYRHILLS, FL  33542

JEANCLAUDE GERTSCH
6280 WILLOW DR
LANCASTER, ON  K0C 1N0

JEANE PARADIS BELLOWS
21 HOLLY MEADOW RD
HOLYOKE, MA  01040

JEANELLEN STEELE
1255 E 1900 N ROAD
WHITE HEATH, IL  61884

JEANENE LEWIS
117 WOODWIND CIRCLE
KALAMAZOO, MI  49006

JEANETTE ARENA
448 COTTONWOOD DRIVE
WILLIAMSVILLE, NY  14221

JEANETTE BASTABLE
929 SUMMIT AVE
RIVER EDGE, NJ  07661

JEANETTE BICCUM
11 TRACEY LANE
EAST LONGMEADOW, MA  01028

JEANETTE BRUNNER
2757 STONY POINT RD
GRAND ISLAND, NY  14072

JEANETTE CLAFLIN
1930 SOUTH 4TH STREET
SPRINGFIELD, IL  62703

JEANETTE DENICK
201 LAMONT DRIVE
AMHERST, NY  14226

JEANETTE DOHERTY
389 DOUGLAS PIKE
NORTH SMITHFIELD, RI  02896

JEANETTE FERNICK
124 OLIVE ST
GRIMSVY, ONTARIO  L3M 5C8

JEANETTE FORSYTHE
28 SILVER BIRCH AVENUE
TORONTO, ON  M4E 3K9

JEANETTE FORSYTHE
28 SILVER BIRCH AVENUE
TORONTO, ON  M4E3K9

JEANETTE FOWLER
2285 HWY 701 N
LORIS, SC  29569

JEANETTE FRANCINE
41 TANGLEWOOD DR
COLCHESTER, CT  06415

JEANETTE FRANCINI
41 TANGLEWOOD DRIVE
COLCHESTER, CT  06415

JEANETTE FREDERICKSON
192 AZALEA TRAIL
LEESBURG, FL  34748

JEANETTE GREY
25188 MARION AVE UNIT E 112
PUNTA GORDA, FL  33950

JEANETTE HICKEY
2973 RUBBINS RD
HOWELL, MI  48843

JEANETTE HUBBERT
3-2417 OLD CARRIAGE RD
MISSISSAUGA, ON  L5C1Y6

JEANETTE KEOGH
388 EMMS DRIVE
BARRIE, ON  L4N 8J3

JEANETTE LABARGE
492 DEVILS DEN RD
ALTONA, NY  12910

JEANETTE LEWIS
4620 MARYSVILLE ROAD
DELAWARE, OH  43015

JEANETTE LONG
228 HAWKEYE WAY
SPRINGFIELD, IL  62707

JEANETTE LOPEZ
20 ASH STREET
CLINTON, MA  01510

JEANETTE LUNDGREN
151 REDSTONE HILL ROAD
STERLING, MA  01564

JEANETTE M MORAN
1201 ALCAZAR DR
BRADENTON, FL  34209

JEANETTE MARTIN
489 JACOBS RUN ROAD
HOLBROOK, PA  15341

JEANETTE PUGLIESE
112 ST CHARLES DR
HAZLETON, PA  18201

JEANETTE SHAWRYCE
HC 3 BOX 3280
THEODOSIA, MO  65761

JEANETTE SITES
5202 HOGAN LANE
WINTER HAVEN, FL  33884

JEANETTE TORRES LOPEZ
13 ARLINE STREET
WORCESTER, MA  01607

JEANETTE TUTTLE
16 TOWNHOUSE RD
NORTH BANGOR, NY  12966

JEANETTE WORTH
2274 LAKESHORE CIRCLE
PORT CHARLOTTE, FL  339452

JEANFRANCIS PESANT
75 RUE DU BEAU-FORT APP 301
LA PRAIRIE, QC  J5R 6M5

JEANFRANCOIS BOUCHARD
361 DE LA LICORNE
QUEBEC, QC  G1C7S6

| |
|---|
| JEANFRANCOIS BOUSQUET<br>2560 GIROUARD OUEST<br>ST-HYACINTHE,   J2S3B3 |
| JEANFRANCOIS BOUSQUET<br>2560 GIROUARD OUEST<br>ST-HYACINTHE, QC  J2S3B3 |
| JEANFRANCOIS DAOUST<br>568 LEDUC<br>VALLEYFIELD, QC  J6S 3Y8 |
| JEANFRANCOIS LARENTE<br>107 CARON<br>STE-ANNE-DE-BELLEVUE, QC  H9X 4A1 |
| JEANFRANCOIS LAURIN<br>65 RICHELIEU<br>ST-JEAN, QC  J3B6X2 |
| JEANIE FEIGE<br>801 BUTTERFIELD DR.<br>ALGONQUIN, IL  60102 |
| JEANIE MILLER<br>300 PARK STREET<br>ST CLAIRSVILLE, OH  43950 |
| JEANINE ALLEN<br>15 MCCUTCHEON AVE<br>NOBLETON, ON  L0G 1N0 |
| JEANINE BABCOCK<br>1809 PLEASANT DR<br>PORTAGE, MI  49002 |
| JEANINE BOWYER<br>3689 LOUISA STREET<br>MARATHON, FL  33050 |
| JEANINE COLLEY<br>4953 CAMP RD<br>HAMBURG, NY  14075 |
| JEANINE CONCIA<br>67 SHERMAN LAKE ROAD<br>CROWN POINT, NY  12928 |
| JEANINE DOMEY<br>446 MAQUAM SHORE RD<br>SWANTON, VT  05488 |
| JEANINE POLLMEIER<br>1027 E OAK<br>MACOMB, IL  61455 |
| JEANINE SCHROEDER<br>572 TITUS AVENUE<br>ROCHESTER, NY  14617 |
| JEANINNE LOGAN<br>383 EAST RIVER ST BLD 1<br>ORANG, MA  01364 |
| JEANINNE PETTY<br>27 WATERFORD CRESCENT<br>STONEY CREEK, ON  L8E 4Z8 |
| JEANJACQUES FREMEAUX<br>93 MEUNIER<br>ST-ESPRIT, QC  J0K 2L0 |
| JEANLUC GOUGEON<br>629 LIMOILOU<br>LAVAL, QC  H7G-3Y2 |
| JEANMARC BOURGEOIS<br>143 DE LA MANITOU<br>TERREBONNE, QC  J6W6H4 |
| JEAN-MARC RIVARD<br>41 MURRY ST<br>NEU LISKEARD, ONT  P0J1P0 |
| JEANMARIE JOHNSTON<br>958 DE LESCARBOUCLE<br>QUEBEC, QC  G2L2M9 |
| JEANNA HAMILTON<br>8 CLIFF RD<br>NASHUA, NH  03062 |
| JEANNE ANDRUSKEVITCH<br>140 N ALLEN STREET<br>RIVERTON, IL  62561 |
| JEANNE BARTLOW<br>3618 HOGAN DR<br>NEW PORT RICHEY, FL  34655 |
| JEANNE BLACKMAN<br>89 UPPER GORE ROAD<br>WEBSTER, MA  01570 |
| JEANNE BOHLER<br>29 LAKE TRAIL E<br>WAYNE, NJ  07470 |
| JEANNE BOURDEAU<br>206 EAST ST<br>CHICOPEE, MA  01020 |
| JEANNE BRIGGS<br>7339 ORLIN COURT NE<br>ROCKFORD, MI  49341 |

JEANNE BROWN
113 PAINE ST
BELLINGHAM, MA  02019

JEANNE BROWN
1278 LEXINGTON AVE
NORTH TONAWANDA, NY  14120

JEANNE BURKE
6542 WELLINGTON DRIVE
MURRELLS INLET, SC  29576

JEANNE CARMICHAEL
39 GRIMSBY RD W
BUFFALO, NY  14223

JEANNE CASSIDY
443 BARK CIRCLE
DELAND, FL  32724

JEANNE CAVANAUGH
2333 WAITE AVENUE
KALAMAZOO, MI  49008

JEANNE CIMAROSTI
2008 FOXWOOD CC RUN
NORMAL, IL  61761

JEANNE CLOUTIER
522 AMBERJACK DRIVE
NORTH PORT, FL  34287

JEANNE CORDES
2610 CHESHIRE DRIVE
AURORA, IL  60504

JEANNE COUTU
3409 BEDFORD CT
NAPLES, FL  34112

JEANNE DANGELO
5135 HIGHBURY CIRCLE
SARASOTA, FL  34238

JEANNE DARC GERMAIN
61 ST-MAURICE
CHATEAUGUAY, QC  J6K 1S5

JEANNE DORSEY
24211 BUCKINGHAM WAY
PORT CHARLOTTE, FL  33980

JEANNE DORSEY
244211 BUCKINGHAM WAY
PORT CHARLOTTE, FL  33980

JEANNE DOYLE
105 CALUMET AVE
WORCESTER, MA  01606

JEANNE DRIER
756 AKRON RD
CORFU, NY  14036

JEANNE DUMPHY
10 WOODWARD ROAD
COLUMBIA, CT  06237

JEANNE EDISON
423 FLUSHING AVE
DAYTONA BEACH, FL  32118

JEANNE ELLIS
12322  GEORGE DR
BROOKSVILLE, FL  34613

JEANNE FLANIGAN
37 MILFORD STREET
HAMBURG, NY  14075

JEANNE FORCE
8 DAISY LANE
ATTLEBORO, MA  02703

JEANNE FORD
10632 AYEAR RD
PORT CHARLOTTE, FL  33981

JEANNE FREVOLA
32 SULLIVAN DRIVE
LAKE GEORGE, NY  12845

JEANNE GAUME
2541 W MANOR AVE
POLAND, OH  44514

JEANNE GREENE
148 E SANFORD STREET
GLENS FALLS, NY  12801

JEANNE HARVILL
24 HOMEWOOD CT
SPRINGFIELD, IL  62704

JEANNE HESS
1327 NORTHAMPTON
KALAMAZOO, MI  49006

JEANNE IAVARONE
185 MANVILLE HILL ROAD UNIT 312
CUMBERLAND, RI  02864

JEANNE JAGIELSKI
9 LADD POINT
GRAND ISLE, VT  05458

| |
|---|
| JEANNE KEYSER<br>9324 PRESIDENT CIRCLE<br>PORT CHARLOTTE, FL  33981 |
| JEANNE KOLENUT<br>515 JACKTOWN ROAD<br>BANGOR, PA  18013 |
| JEANNE LASALLE<br>1942 NEIDHART AVENUE<br>MARQUETTE , MI  49855 |
| JEANNE LE FEVRE<br>1922 HIGHBURY LN<br>AURORA, IL  60502 |
| JEANNE LEOMBRUNO<br>84 PROSPECT STREET<br>UPTON, MA  01568 |
| JEANNE LEWICKI<br>10 PAUL AVE<br>HUDSON, NY  12534 |
| JEANNE LINVILLE<br>6096 ANDROS WAY<br>NAPLES, FL  34119 |
| JEANNE LODINSKY<br>18 BATAVIA DR<br>WILLIAMSVILLE, NY  14221 |
| JEANNE M JONES<br>258 GOLFVIEW DR<br>PLAINWELL, MI  49080 |
| JEANNE M MATYAS<br>69 MACEY LANE<br>PLATTSBURGH, NY  12901 |
| JEANNE MAGLIULO<br>105 HUGH RD<br>SCHUYLERVILLE, NY  12871 |
| JEANNE MAGLIULO<br>105 HUGHES RD<br>SARATOGA SPRINGS, NY  12871 |
| JEANNE MAGLIULO<br>105 HUGHES RD<br>SCHUYLERVILLE, NY  12871 |
| JEANNE MAYO<br>PO BOX 520<br>ST ALBANS BAY, VT  05481 |
| JEANNE MCGUIRE<br>51 FRANCIS AVE<br>SHREWSBURY, MA  01545 |
| JEANNE MICHEL<br>2 BUMPY LANE<br>METHUEN, MA  01844 |
| JEANNE MILLER<br>3355 HOLIDAY VILLAGE RD<br>TRAVERSE CITY, MI  49686 |
| JEANNE MYERS<br>46 WEST CRANWOOD DR<br>WEST SENECA, NY  14224 |
| JEANNE NADER<br>61 BLOSSOM SQ<br>HOLDEN, MA  01520 |
| JEANNE NESTA<br>1335 HIDDEN HARBOR RD<br>MYRTLE BEACH, SC  29577 |
| JEANNE OJALA<br>376 ORCHARD HILL<br>PITTSFORD, VT  05763 |
| JEANNE P OJALA<br>376 ORCHARD HILL<br>PITTSFORD, VT  05763 |
| JEANNE PALMER<br>907 E SEMINOLE DR<br>VENICE, FL  34293 |
| JEANNE PERRY<br>20 BROOKSIDE AVENUE APT 8<br>WORCESTER, MA  01602 |
| JEANNE PIZII<br>1 PEACHAM LANE<br>ESSEX JUNCTION, VT  05452 |
| JEANNE REILLY<br>6 BIRCH DR<br>SPENCER, MA  01562 |
| JEANNE ROST<br>26283 NADIR<br>PORT CHARLOTTE, FL  33983 |
| JEANNE SACHKOWSKY<br>567 FOREST RD<br>SCOTCH PLAINS, NJ  07076 |
| JEANNE SARGENT<br>103 HICKORY DRIVE<br>CONWAY, SC  29526 |

| |
|---|
| JEANNE SCHWERKOSKE<br>2905 N TRILLIUM LANE<br>PORT CLINTON, OH  43452 |
| JEANNE SCHWERKOSKE<br>2905 N TRILLIUM<br>PORT CLINTON, OH  43452 |
| JEANNE SCHWERKOSKE<br>2905 N. TRILLIUM<br>PORT CLINTON, OH  43452 |
| JEANNE SCOTT<br>2824 BEMIS HEIGHTS<br>SPRINGFIELD, IL  62704 |
| JEANNE SHARKEY<br>874 NORSAN CRT<br>NEWMARKET, ON  L3X1K9 |
| JEANNE SHEPPARD<br>1104 FOUR SEASONS CIRCLE<br>SARASOTA, FL  34234 |
| JEANNE SPEER<br>174 WINDYFLATS RD<br>SHELOCTA, PA  15774 |
| JEANNE SUVEGES<br>170 LYSANDER DR<br>ROCHESTER, NY  14623 |
| JEANNE WALLS<br>2009 KEOWEE CT<br>LITTLE RIVER, SC  29566 |
| JEANNE WEAVER<br>3088 STURGEON BAY<br>PORTAGE, MI  49024 |
| JEANNE WELSH<br>380 MARSHALL ST<br>PAXTON, MA  01612 |
| JEANNE WHIPPLE<br>PO BOX 563<br>LYNDONVILLE, NY  14098 |
| JEANNE WOODCROFT<br>4074 MEDLAND DR<br>BURLINGTON, ON  L7M4Z6 |
| JEANNE ZAREMBA<br>2091 WHEELING AVE<br>NORTH PORT, FL  34288 |
| JEANNETTE CARL<br>17 NADINE PLACE S<br>WESTERVILLE, OH  43081 |
| JEANNETTE CROSBY<br>11181 GENERAL WALKER RD<br>MOSS POINT, MS  39562 |
| JEANNETTE DUPREY<br>1723 MINER FARM ROAD<br>WEST CHAZY, NY  12992 |
| JEANNETTE FITZWATER<br>171 FIBIWEE LANE<br>MT LAKE PARK, MD  21550 |
| JEANNETTE GETZ<br>6126 SHAWNEE ROAD<br>SANBORN, NY  14132 |
| JEANNETTE HITT<br>PO BOX 385<br>PARDEEVILLE, WI  53954 |
| JEANNETTE MCCARTHY<br>53 TROPICAL DRIVE<br>ORMOND BEACH, FL  32176 |
| JEANNETTE MURPHY<br>2829 TARA LAKES CIR<br>N FT MYERS, FL  33917 |
| JEANNETTE REGAN<br>58 NORTH ST<br>HAMBURG, NY  14075 |
| JEANNETTE SHRIFT<br>PO BOX 1083<br>SKIPPACK, PA  19474 |
| JEANNETTE SNOBEL<br>2325 WILSON AVE<br>MONTREAL, QC  H4A 2T4 |
| JEANNETTE WORTHINGTON<br>2732 CRANBROOK AVE<br>NORTH PORT, FL  34286 |
| JEANNIE CAMILLLERI<br>668 DOANS RIDGE RD<br>WELLAND, ONTARIO  L3B5N7 |
| JEANNIE DONELAN<br>2400 HEATHER MILL CT<br>SPRINGFIELD, IL  62704 |
| JEANNIE GERHART<br>4109 SW 9TH AVE<br>CAPE CORAL, FL  33914 |

| |
|---|
| JEANNIE L NUFER<br>3601 S CIRCLE DR<br>KALAMAZOO, MI 49004 |
| JEANNIE LARIMORE<br>92 JUNCO CT<br>CEDAR SPRINGS, MI 49319 |
| JEANNIE MIKLOS<br>3-190 ALPINE ROAD<br>KITCHENER, ON N2E2N8 |
| JEANNIE MORRISON<br>158 HENDERSON AVE<br>KENMORE, NY 14217 |
| JEANNIL RIOUX<br>6672 RUE DES CAMOMILLES<br>CHARNY, QC G6X3G2 |
| JEANNIL RIOUX<br>6672 RUE DES CCAMOMILLES<br>CHARNY, QC G6X3G2 |
| JEANNINE C WARBURTON<br>1711 HWY 17 S 29<br>SURFSIDE BEACH, SC 29575 |
| JEANNINE AMBROSE<br>16 LOZIER PLACE<br>PLATTSBURGH, NY 12901 |
| JEANNINE BRAFFORD<br>PO BOX 28<br>COVENTRY, CT 06238 |
| JEANNINE BRUNET<br>623 CHEMIN DU PROGRES<br>CHUTE ST-PHILIPPE, QC J0W 1A0 |
| JEANNINE BRUNET<br>623 CHEMIN DU PROGRES<br>CHUTE ST-PHILIPPE, QC JOW 1A0 |
| JEANNINE CASEY<br>168 SPADINA RD<br>BRAMPTON, ON L6X 4X6 |
| JEANNINE CIANCIULLI<br>366 CH LAC DU COEUR<br>ST ADOLPHE D HWARD, QC J0T 2B0 |
| JEANNINE CLEMENT CUSTEAU<br>197 CH DE LA TOURNELLE<br>LAVAL, QC H7G 1Z1 |
| JEANNINE COMO<br>49 MORGAN RD<br>HUBBARDSTON, MA 01452 |
| JEANNINE EITHIER<br>10 LORING AVE<br>WEST DENIS, MA 02670 |
| JEANNINE ETHIER<br>10 LORING AVE<br>WEST DENNIS, MA 02670 |
| JEANNINE GOLDEN<br>983 CHAPMAN LOOP<br>THE VILLAGES, FL 32162 |
| JEANNINE GORMAN<br>9974 BARDMOOR CT<br>NORTH FORT MYERS, FL 33903 |
| JEANNINE GRUBISICH<br>POB 178<br>GRAND JUNCTION, MI 49056 |
| JEANNINE KOMOREK<br>34 OLDE CANAL WAY<br>UXBRIDGE, MA 01569 |
| JEANNINE LAROUECH<br>2891 ASPEN PEAK CT<br>CLERMONT, FL 34711 |
| JEANNINE LEVINE<br>58 PLEASANT STREET<br>LEICESTER, MA 01524 |
| JEANNINE MURPHY<br>7 ROBINSON TERR<br>PLATTSBURGH, NY 12901 |
| JEANNINE NAULT<br>461 DES PATRIOTES<br>ST JEAN RICHELIEU, QC J0H1K0 |
| JEANNINE NOWICKI<br>214 LEISUREWOOD<br>AKRON, NY 14001 |
| JEANNINE PIMENTAL<br>785 WILLIAMSVILLE RD<br>BARRE, MA 01005 |
| JEANNINE PIMENTAL<br>P.O BOX 445<br>BARRE, MA 01015 |
| JEANNINE SAWON<br>119 WEST BLVD<br>MINGO JUNCTION, OH 43938 |

| |
|---|
| JEANNINE TREMBLAY<br>1209 PRINCIPALE<br>ST-PAUL ILE AUX NOIX, QC  J0J1G0 |
| JEANNINE VENDRAME<br>1150 LOUISE STREET<br>LAVAL, QC  H7S1E1 |
| JEANNINE W CORLAS<br>303 WEST SHERMAN<br>SAINT JOSEPH, IL  61873 |
| JEANNINE WEDDELL<br>70 ADAH COURT<br>WELLAND, ON  L3C 7A6 |
| JEANNINE YANULAVICH<br>17 SOPER RD<br>SARANAC, NY  12981 |
| JEANNOT CHAPDELAINE<br>1230 LES ABYMES<br>BOUCHERVILLE, QC  J4B 8C6 |
| JEANNOT JALBERT<br>573 HEBERT<br>STE-JULIE, QC  J3E0A6 |
| JEANPASCAL POIRIER<br>4159 DE L ASTER<br>ST-BRUNO, QC  J3V 6L5 |
| JEANPASCAL POIRIER<br>4159 DE L ASTER<br>ST-BRUNO-DE-MONTARVILLE, QC  J3V 6L5 |
| JEANPAUL MATHIEU<br>143 FIRESTONE<br>LACKAWANNA, NY  14218 |
| JEANPAUL TRUDEL<br>5933 DES MERISIERS<br>ST-HUBERT, QC  J3Y 8M2 |
| JEANPHILIPPE COTTON<br>656 DE BRETAGNE<br>GRANBY, QC  J2H0J2 |
| JEANPHILIPPE HUOT<br>20 DOZOIS<br>CANDIAC, QC  J5R6K8 |
| JEANPHILIPPE LEPAGE<br>69 AVE DE BAVIERE<br>CANDIAC, QC  J5R 5R8 |
| JEANPHILIPPE RUEL<br>1230 MAIN STREET SUITE 700<br>COLUMBIA, SC  29201 |
| JEAN-PIERRE DEMERS<br>8822 NEVERS<br>MONTRAL, QC  H1R2M4 |
| JEANPIERRE LABROSSE<br>1103 RUE BELLEVUE<br>PREVOST, QC  J0R1T0 |
| JEANSEBASTIEN LADOUCEUR<br>28 MARIE-ROLLET<br>NOTRE-DAME-ILE-PERROT, QC  J7V 8Z7 |
| JEAN-SRANCOIS GUAY<br>460 MOURNINGSIDE ROAD<br>DOLLARD-DES-ORMEAUX, QUE  H9G1K1 |
| JEANYVES CLEMENT<br>4-528 CHEMIN DE BONDVILLE<br>FOSTER, QC  J0E1R0 |
| JEANYVES DINEL<br>1 CHEMIN LAROSE<br>RIPON, QC  J0V1V0 |
| JEE SEE<br>61590 30TH ST<br>LAWTON, MI  49065 |
| JEF STEPEN FLOYD<br>1640 LUNENBERG CR<br>ORLEANS, ON  K1C 4W1 |
| JEFF A. BLOOM<br>106 KINGSMOUNT PARK ROAD<br>TORONTO, ON  M4L 3L5 |
| JEFF ANDERSON<br>26112 P DR S<br>HOMER, MI  49245 |
| JEFF AUTENRIETH<br>108 CHESTER ST<br>WORCESETR, MA  01605 |
| JEFF BASLER<br>807 PINES ROAD<br>OREGON, IL  61061 |
| JEFF BEAUCHESNE<br>3083 ROTARY WAY<br>BURLINGTON, ON  L7M0A3 |
| JEFF BECK<br>27 CHANTLER RD<br>WELLAND, ON  L3C4M6 |

JEFF BERG
123 N WALNUT
SPRINGFIELD, IL  62702

JEFF BERNSTEIN
155 FISHING BROOK
WESTBROOK, CT  06498

JEFF BERNSTEIN
155 FISHING BROOK ROAD
WESTBROOK, CT  06498

JEFF BORONSKI
465 MCNABB SHORTCUT RD
LORIS, SC  29569

JEFF BRODNICK
132 CUMMINS AVE
HOUSTON, PA  15342

JEFF BROWN
111 MACLENNAN STREET
ROCKWOOD, ON  N0B2K0

JEFF BRYANT
446 PALMERSTON AVE
WHITBY, ON  L1N 3G2

JEFF BUNKER
3556 OAKWAY DRIVE
TOLEDO, OH  43614

JEFF BURNETT
467 TRAIL HEAD DRIVE
HOLLAND, MI  49424

JEFF C GOLDHAR
102 OWL RIDGE DRIVE
RICHMOND HILL, ON  L4S1R1

JEFF CAPPETTA
624 HARVESTER DRIVE
OAKDALE, PA  15071

JEFF CARTER
830 MONTGOMERY AVE
RIVERVIEW, NB  E1B2A7

JEFF CLARK
2916 JENNIFER DRIVE
PETERBOROUGH, ON  K9L1Z9

JEFF COLQUHOUN
3 FILMAN CRES
PETERBOROUGH, ON  K9J6X4

JEFF CORSTANGE
9314 EAST EF AVE
RICHLAND, MI  49083

JEFF CRICH
217 WESTFIELD TR
OAKVILLE, ON  L6H6H7

JEFF DAVIDSON
1165 SUNVU DR
FREEPORT, IL  61032

JEFF DIQUE
39 SCOTTSDALE ST
LONDON, ON  N6P 1C7

JEFF DONOVAN
5 JAY ST
NORTH GRAFTON, MA  01536

JEFF DUBOWY
669 MOUNTAIN DR
SOUTH ORANGE, NJ  07079

JEFF DUFFIELD
7210 LITTLE PAW PAW LAKE RD
COLOMA, MI  49038

JEFF DUPAGE
211 HEMLOCK ST
PEKIN, IL  61554

JEFF DYER
18400 SUTTER BLVD
MORGAN HILL , CA  95037

JEFF ELDER
323 MAPLE AVENUE
OAKVILLE, ON  L6J 2H8

JEFF FROELICH
300 SUSAN DR
DWIGHT, IL  60420

JEFF GILPIN
PO BOX 86
BRESLAU, ON  N0B 1M0

JEFF GOLDSWORTHY
338 BRIDLE PATH COURT
WATERLOO, ON  N2L6A3

JEFF GRAY
18 BAILEY CRES
AURORA, ON  L4G2B3

JEFF GROTHIER
164 QUABBIN HILL ROAD
MALLORYTOWN, ON  K0E1R0

JEFF HALL
1865 W 700 N
LEESBURG, IN  46538

JEFF HANSON
1936 EAST VIEW DRIVE
SUN CITY CENTER, FL  33573

JEFF HERRINGTON
2 ERINWOOD DRIVE
ERIN, ON  N0B 1T0

JEFF HILLS
200 N POSTVILLE DR
LINCOLN , IL  62656

JEFF HORNER
2426 LINWOOD AVE
NIAGARA FALLS, NY  14305

JEFF IRVINE
29 FOTHERGILL COURT
WHITBY, ON  L1P 1L4

JEFF JACKSON
645 MCMURRAY ROAD
WATERLOO, ON  N2J 2B7

JEFF JACOBSEN
PO BOX 304
BRADENTON BEACH, FL  34217-0304

JEFF JAMES
378 MEADE RD
CANTON, NY  13617

JEFF JAMES
69 FORKS RD
WELLAND, ON  L3B5K4

JEFF JARRELL
260 COLBY COURT
MYRTLE BEACH, SC 29588


JEFF JESSELL
771 CRESSON DR
CHAMBERBURG , PA  17202

JEFF K GODDARD
308 RIDGE ROAD
MCDONALD, PA  15057

JEFF KAZEROIE
95 TOLPA CIRCLE
CHICOPEE, MA  01020

JEFF KOEPKE
9071 PITTSBURGH BLVD
FT MYERS, FL  33967

JEFF KOZAK
37 THORNTON TRAIL
DUNDAS, ON  L9H 6Y2

JEFF LAFLIN
41 HUNT ROAD
WEST BROOKFIELD, MA  01585

JEFF LAINSBURY
218 INDIAN GROVE
TORONTO, ON  M6P2H2

JEFF LAMPEN
PO BOX 41
HAMILTON, MI  49419

JEFF LANGDON
4225 DUNVEGAN RD
BURLINGTON, ON  L7L 1P9

JEFF LARK
3248 STONE WALL
MAUMEE , OH  43537

JEFF LYON
5 RIDGEWOOD DR
BURLINGTON, VT  05408

JEFF MACMILLAN
118017 JACKSON ROAD RR #5
OWEN SOUND, ONTARIO  N4K5N7

JEFF MALISZEWSKI
520 ST CLARE CT
MONROE, WI  53566

JEFF MANNING
1214 CLAYS TRAIL
OLDSMAR, FL  34677

JEFF MARKOVITCH
7835 HUNTINGTON
BOARDMAN, OH  44512

JEFF MARTIN
19 WALLER STREET
WHITBY, ON  L1R 1Z3

JEFF MCMILLAN
PO BOX 104
GILMAN, IL  60938

JEFF MEISSNER
351 CHARLOTTE AVE
HAMBURG, NY  14075

| |
|---|
| JEFF MIAZGA<br>6191 DREAMCATCHER<br>STEVENSVILLE, MI  49127 |
| JEFF MILES<br>40 FLET ROOF MILL RD<br>SWANZEY, NH  03446 |
| JEFF MILLARD<br>11 WOOD CT<br>LINDSAY, ON  K9V6J4 |
| JEFF MORRIS<br>1435 NEW RD<br>AMHERST, NY  14228 |
| JEFF NESTER<br>PO BOX 1007<br>DUNSFORD, ON  K0M 1L0 |
| JEFF NORTON<br>PO BOX 63<br>DELEVAN, NY  14042 |
| JEFF OWDOM<br>4108 WINTERGREEN BLVD<br>COLUMBUS, OH  43230 |
| JEFF PALMER<br>31 MAKINS ST<br>STRATFORD, ON  N4Z1E5 |
| JEFF PAPIEZ<br>900 CALDER ROAD<br>MISSISSAUGA, ON  L5J2N7 |
| JEFF PETERSON<br>3292 NEAMON DRIVE<br>DELEVAN, NY  14042 |
| JEFF PIESTO<br>2616 OREGON<br>YOUNGSTOWN, OH  44509 |
| JEFF POET<br>PO BOX 223<br>HONOR, MI  49640 |
| JEFF PUKACZ<br>3709 HELEN DR<br>BLOOMINGTON, IL  61704 |
| JEFF RATHAY<br>6 CHURCH ST<br>NORTH BROOKFIELD, MA  01535 |
| JEFF REECE<br>310 POTTER AVE<br>ANN ARBOR, MI  48103-5539 |
| JEFF SCHNEGGENBURGER<br>80 OLD FARM CIR<br>WILLIAMSVILLE, NY  14221 |
| JEFF SCOTT<br>4107 OLD SCUGOG RD<br>BOWMANVILLE,  L1C 2K2 |
| JEFF SCOTT<br>81020 GARRET DR<br>DECATUR, MI  49045 |
| JEFF SCOTT<br>81020<br>DECATUR, MI  49045 |
| JEFF SHARP<br>27 SLALOM DRIVE<br>BETHANY, ON  L0A1A0 |
| JEFF SHIVELY<br>375 LANE 150 JIMMERSON LAKE<br>ANGOLA, IN  46703 |
| JEFF SPAMPINATO<br>10 KING VIEW CRESCENT<br>KING CITY, ON  L7B 1K5 |
| JEFF STONG<br>224 PAGE STREET<br>LUNENBURG, MA  01462 |
| JEFF STORIN<br>6 WEST LYNN STREET<br>ST CATHARINES, ON  L2N3N7 |
| JEFF THOMAS<br>4502 SAWMILL VALLEY DRIVE<br>MISSISSAUGA, ON  L5L 3N2 |
| JEFF THOMAS<br>4502 SAWMILL VALLLEY DRIVE<br>MISSISSAUGA, ON  L5L 3N2 |
| JEFF THOMASMA<br>153 WINTERWOOD LANE<br>KALAMAZOO, MI  49009 |
| JEFF TREVISANI<br>5061 YELLOW WOOD PARKWAY<br>JAMESVILLE, NY  13078 |
| JEFF TRINKWALDER<br>109 OLD MEADOW LANE<br>EAST AMBERS, NY  14051 |

JEFF TURNER
237 SENATOR STREET
PICKERING, ON  L1V6N2

JEFF VARILEK
4956 E LAWNSIDE DR
BYRON, IL  61010

JEFF WAITE
3725 TELFORD LINE
ORILLIA, ON  L3V6H3

JEFF WANNAMAKER
39 SPICER STREET
PORT HOPE, ON  L1A4J5

JEFF YOUNG
411 VENDEVALE AVE
STITTSVILLE, ON  K2S0M6

JEFFEREY BOWER
140 COTTAGE ST
HUGHESVILLE, PA  17737

JEFFEREY MARTYNIUK
135 MCBAY RD
BRANTFORD, OT  N3T5L4

JEFFERY ABBOTT
689 SOUTH BRADFORDTON ROAD
SPRINGFIELD, IL  62711

JEFFERY ABBOTT
689 SOUTH BRADFORDTON
SPRINGFIELD, IL  62711

JEFFERY ASHLINE
105 MARYLAND RD
PLATTSBURGH, NY  12903

JEFFERY BOND
3701 E HOOKER STREET
SPRINGFIELD, IL  62703

JEFFERY BROWNE
P.O BOX1617
ENGLEWOOD, FL  34295

JEFFERY BURCH
64 WYOMING DR
HOLDEN, MA  01520

JEFFERY BURKE
2141 NOON ROAD
JACKSON, MI  49201

JEFFERY BUTTON
968 MERRITT GROVE LANE
CINCINNATI, OH  45255

JEFFERY CLARK
5268 TWP RD 55
BELLEFONTAINE, OH  43311

JEFFERY DAVIS
23 PIN OAK HILLS
WHEELING, WV  26003

JEFFERY DONOHOO
2333 BINGHAM AVE
KETTERING, OH  45420

JEFFERY DRESSEL
1025 BERDAN AVE
TOLEDO, OH  43612

JEFFERY EMMONS
415 W 16TH ST
MISHAWAKA, IN  46544

JEFFERY GAUTHIER
200 ACORN DRIVE UNIT 205
WATERBURY, VT  05676

JEFFERY GILLMAN
2050 CANTERBURY LANE
MARNE, MI  49435

JEFFERY J RECINELLA
103 CENTER AVE
MINGO JCT, OH  43938

JEFFERY JONES
6674 GREEN RD
OTTAWA LAKE, MI  49267

JEFFERY KRICK
807 W MONROE ST
ATHENS, IL  62613

JEFFERY KRICK
807 W MONROE
ATHENS,  62613

JEFFERY KUPER
858 GLENWOOD DR
SILVER LAKE, WI  53170

JEFFERY LAETTNER
11115 PARTRIDGE RD
HOLLAND , NY  14080

JEFFERY LAETTNER
11115 PARTRIDGE RD
HOLLAND, NY  14080

| |
|---|
| JEFFERY LANCASTER<br>1304 GREENWOOD CRESCENT<br>OAKVILLE, ON  L6J 6V7 |
| JEFFERY MANTIE<br>226 RATLUM RD<br>NEW HARTFORD, CT  06057 |
| JEFFERY MATTHEWS<br>3 DIANE AVE<br>AUBURN, MA  01501 |
| JEFFERY NEAL<br>60 MISTY FALLS DRIVE<br>ORMOND BEACH, FL  32174 |
| JEFFERY NEAL<br>69 MISTY FALLS DRIVE<br>ORMOND BEACH, FL  32174 |
| JEFFERY NIGGEL<br>799 KILLARNEY<br>PITTSBURGH, PA  15234 |
| JEFFERY P BOUDREAU<br>PO BOX 93<br>SOUTHAMPTON, MA  01073 |
| JEFFERY PELLERITO<br>151 W CENTRAL AVENUE<br>ZEELAND, MI  49464 |
| JEFFERY PRZYSUCHA<br>12627 144TH AVE<br>GRAND HAVEN, MI  49417 |
| JEFFERY PUTZ<br>1355 PICADILLY LANE<br>MAUMEE, OH  43537 |
| JEFFERY ROSE<br>9185 DUNBAR RD<br>ARGENTA, IL  62501 |
| JEFFERY SCHRAMM<br>2109 SAN LIN DRIVE<br>TOLEDO, OH  43611 |
| JEFFERY SEWARD<br>5338 N LINDER<br>CHICAGO, IL  60630 |
| JEFFERY SIMONDS<br>825 MEADOW LANE<br>SYCAMORE, IL  60178 |
| JEFFERY SMITH<br>20 FRED VARLEY DR<br>UNIONVILLE, ON  L3R1S4 |
| JEFFERY SNOW<br>5064 SCOTCH LINE RD<br>PERTH, ON  K7H3C5 |
| JEFFERY VIVIAN<br>129 SILVER STREET<br>PARIS , ON  N3L 1V5 |
| JEFFERY WEBSTER<br>1025 EUGENE DRIVE<br>SCHENECTADY, NY  12303 |
| JEFFERY WILSON<br>200DUNBAR AVE<br>CORNWALL, ONTARIO  K6H7C1 |
| JEFFERY WOODMAN<br>2510 OMEGA DR NE<br>GRAND RAPDS, MI  49525 |
| JEFFRE HESSELTON<br>245 MOWER ST<br>WORCESTER, MA  01602 |
| JEFFREY 1LARK<br>3248 STONE WALL<br>MAUMEE, OH  43537 |
| JEFFREY A MILLER<br>29 PUTNAM ST<br>SOMERVILLE, NJ  08876 |
| JEFFREY ADAMS<br>819 17TH AVE NORTH APT C4<br>SURFSIDE BEACH, SC  29575 |
| JEFFREY ALERS<br>32 OXFORD DRIVE<br>FRANKLIN, MA  02038 |
| JEFFREY ALGUIRE<br>17177 VALDE RD<br>ST ANDREWS WEST, ON  K0C2A0 |
| JEFFREY ALVEY<br>22 ARTHUR DRIVE<br>ROCHESTER, IL  62563 |
| JEFFREY ANDERSON<br>33 MELROSE ST<br>GLASTONBURY, CT  06033 |
| JEFFREY AYLETT<br>38 CRISSEY LANE<br>SOUTHINGTON, CT  06489 |

| |
|---|
| JEFFREY BAKER<br>7199 WOODMORE CT<br>LOCKPORT, NY  14094 |
| JEFFREY BALSLEY<br>5129 COLONY WOODS DRIVE<br>KALAMAZOO, MI  49009 |
| JEFFREY BARNA<br>PO BOX 128<br>GRANBY, MA  01033 |
| JEFFREY BARROS<br>16 MEADOW LANE<br>BRIDGEWATER, MA  02324 |
| JEFFREY BARTLETT<br>1821 TILTON DR<br>PITTSBURGH, PA  15241 |
| JEFFREY BEAR<br>20605 PEZZANA DR<br>VENICE, FL  34292 |
| JEFFREY BEEMAN<br>218 LAKE TENNESSEE DR<br>AUBURNDALE, FL  33823 |
| JEFFREY BENDER<br>PO BOX 2870<br>WHITEHOUSE, OH  43571 |
| JEFFREY BENHAM<br>9779 SILVERCREEK CT<br>ESTERO, FL  33928 |
| JEFFREY BENOIT<br>44 COLONIAL AVENUE<br>AGAWAM, MA  01001 |
| JEFFREY BENTON<br>117 VILLAGE POND RD<br>GUILFORD, CT  06437 |
| JEFFREY BERGAMOTTO<br>3 HILLCREST COURT<br>HOLMDEL, NJ  07733 |
| JEFFREY BESASE<br>3451 MCGRGOR<br>TOLEDO, OH  43623 |
| JEFFREY BEZIO<br>6 KELVIN LANE<br>PLATTSBURGH, NY  12901 |
| JEFFREY BIXLER<br>212 PINEVIEW DRIVE<br>MCMURRAY , PA  15317 |
| JEFFREY BLUMLING<br>5656 BEAVER HEAD COURT<br>GAHANNA, OH  43230 |
| JEFFREY BOGULSKI<br>148 WOODBINE DRIVE<br>CRANBERRY TOWNSHIP, PA  16066 |
| JEFFREY BONNETT<br>1750 WEST ASH<br>SPRINGFIELD , IL  62704 |
| JEFFREY BOOKBINDER<br>39 LANDMARK RD<br>WARWICK, RI  02886 |
| JEFFREY BOST<br>1803 OAKHURST CT<br>ALLISON PARK , PA  15101 |
| JEFFREY BOUCHER<br>95 HARBOR AVE<br>NASHUA, NH  03060 |
| JEFFREY BREWER<br>2396 RT 9N APT 2<br>AUSABLE FORKS, NY  12912 |
| JEFFREY BROECKER<br>485 HOMESTEAD DRIVE<br>NORTH TONAWANDA, NY  14120 |
| JEFFREY BROOKS<br>226 BRONSON RD<br>BANCROFT, ONTARIO  K0L1CO |
| JEFFREY BROWNELL<br>52 MCLENATHAN AVENUE<br>LAKE PLACID, NY  12946 |
| JEFFREY BURDICK<br>4254 WILSON DR<br>OAKLEY, IL  62501 |
| JEFFREY BYRD<br>864 CRYSTAL WATER WAY<br>MYRTLE BEACH, SC  29579 |
| JEFFREY C FILER<br>1027 BASILONE DRIVE<br>NEW CASTLE, PA  16101 |
| JEFFREY CAMMUSO<br>83 DARNELL RD<br>WORCESTER, MA  01606 |

JEFFREY CARLL
1193 MASTER STREET
NORTH TONAWANDA, NY  14120

JEFFREY CARON
34 BERNICE AVE
LEOMINSTER, MA  01453

JEFFREY CARON
34 BERNICE
LEOMINSTER, MA  01453

JEFFREY CASSIDY
256 BOULEVARD
MOUNTAIN LAKES, NJ  07046

JEFFREY CHABOT
21 GOUPIL
RICHMOND, QC  J0B 2H0

JEFFREY CLARK
1 VICTOR AVE
LEICESTER, MA  01524

JEFFREY CLICK
2692 RACETRACK RD
NEW CUMBERLAND, WV  26047

JEFFREY COHEN
45 CHESTER STREET
NEWTON, MA  02461

JEFFREY COLE
2401 WEST CENTRE AVENUE
PORTAGE, MI  49024

JEFFREY CONWAY
5 DOPP CRESCENT
BROOKLIN, ON  L1M 2E4

JEFFREY COON
216 CUSTER ROAD
HEATH, OHIO  43056

JEFFREY COSTA
938 COULTER WAY
MILTON, ON  L9T6X3

JEFFREY COUTURE
562 RICHMOND ROAD
HINESBURG, VT  05461

JEFFREY CRAWMER
10601 N TRAILS EDGE DR
PEORIA, IL  61615

JEFFREY CUNNINGHAM
101 SYCAMORE DRIVE
HOLDEN , MA  01520

JEFFREY CUNNINGHAM
101 SYCAMORE DRIVE
HOLDEN, MA  01520

JEFFREY DAVIS
350 S KALAMAZOO MALL
KALAMAZOO, MI  49007

JEFFREY DAVIS
72 MAPLE AVE
CORTLAND, NY  13045

JEFFREY DEGEN
45 SINCLAIR STREET
GUELPH, ON  N1L1R7

JEFFREY DELISIO
148 OLDE TOWNE WAY UNIT 6
MYRTLE BEACH, SC  29588

JEFFREY DELONG
1307 BROAD CREEK RD
BLOOMINGTON, IL  61704

JEFFREY DESHAW
35 SPRING HILL RD
WOODSTOCK VALLEY, CT  06282

JEFFREY DESILVEY
83-D HARPER DRIVE
TURTLE CREEK, PA  15145

JEFFREY DEVRIES
2201 E. GENEVA ST.
DELAVAN, WI  53115-2038

JEFFREY DEWART
PO BOX 187
BARKER, NY  14012

JEFFREY DIEGELMAN
PO BOX 184
BOWMANSVILLE, NY  14026

JEFFREY DIPAOLO
1206 80TH STREET
NORTH BERBEN, NJ  07047

JEFFREY DOEHRING
957 TWIN LEAF COURT
BETHEL PARK, PA  15102

JEFFREY DONOHUE
585 WILLOW STREET
LOCKPORT, NY  14094

| |
|---|
| JEFFREY DOUGLAS<br>2407 TAHOE DRIVE<br>LAKELAND, FL  33805 |
| JEFFREY DRISCOLL<br>765 SABRINA DR<br>YOUNGSTOWN, OH  44512 |
| JEFFREY DUCLOS<br>32 PATRICK WAY<br>WARWICK, RI  02886 |
| JEFFREY DUNSMORE<br>3449 MARY ALLEN DR<br>OREGON, OH  43616 |
| JEFFREY DUPUIS<br>1 MALCOLM RD<br>GUELPH, ON  N1K1A7 |
| JEFFREY DURANTE<br>81 WINIFRED STREET<br>KITCHENER, ON  N2P2M7 |
| JEFFREY EAKER<br>53 ONDERDONK RD<br>SCOTIA, NY  12302 |
| JEFFREY ECKBURG<br>1814 ROTHSCHILD LN<br>ROCKFORD, IL  61107 |
| JEFFREY EGIZII<br>5209 CRANE DRIVE<br>SPRINGFIELD, IL  62711 |
| JEFFREY EVANS<br>6302 ROUTE 191<br>MOUNTAINHOME, PA  18342 |
| JEFFREY EXCELL<br>8776 NEW COUNTRY DRIVE<br>CICERO, NY  13039 |
| JEFFREY FECHER<br>2150 OLD OAK DR<br>WEST LAFAYETTE, IN  47906 |
| JEFFREY FENSTERMACHER<br>32 N SAVANNA DRIVE<br>POTTSTOWN, PA  19465 |
| JEFFREY FENSTERMACHER<br>32 NORTH SAVANNA DRIVE<br>POTTSTOWN, PA  19465 |
| JEFFREY FIELD<br>3 GLEN VILLAGE RD<br>MARKHAM, ON  L6C1Z2 |
| JEFFREY FILLITER<br>11 MANORWOOD DRIVE<br>SMITHVILLE, ON  L0R 2A0 |
| JEFFREY FINDLEY<br>202 FIELD CT<br>NORMAL, IL  61761 |
| JEFFREY FOGLE<br>24 WHITMAN ROAD<br>WORCESTER, MA  01609 |
| JEFFREY FREEMAN<br>3152 WINDWOOD DR<br>MISSISSAUGA, ON  L5N 2N4 |
| JEFFREY FREILICH<br>327 SOUTH STREET<br>CHESTNUT HILL, MA  02467 |
| JEFFREY FRIEDMAN<br>1700 OLD IVY DR.<br>SPRINGFIELD, IL  62711 |
| JEFFREY GALLA<br>1018 ESSEX DRIVE<br>WEIDMAN, MI  48893 |
| JEFFREY GALVAN<br>21110 N 1975 EAST RD<br>TOWANDA, IL  61776 |
| JEFFREY GATES<br>24 QUAIL HOLLOW<br>KITCHENER , ON  N2P2A8 |
| JEFFREY GATES<br>24 QUAIL HOLLOW<br>KITCHENER, ON  N2P2A8 |
| JEFFREY GAUVIN<br>9 SANT RD<br>MIDHURST, ON  L0L1X1 |
| JEFFREY GENDRON<br>1680S HABERLAND BLVD<br>NORTH PORT, FL  34288 |
| JEFFREY GERMANN<br>1775 OAKVIEW DR<br>STOUGHTON, WI  53589 |
| JEFFREY GIARDINI<br>PO BOX 72<br>WEST CLARKSVILLE, NY  14786 |

JEFFREY GIGNAC
4 BONAVENTURE PLACE
PENETANGUISHENE, ON  L9M1J3

JEFFREY GILLETTE
4627 CANARD RD
MELBOURNE, FL  32934

JEFFREY GILPIN
PO BOX 86
BRESLAU, ON  N0B 1M0

JEFFREY GLYNN
8111 BARLOW RD
WESTERVILLE, OH  43081

JEFFREY GOODWIN
4 WARREN STREET
GRAFTON, MA  01519

JEFFREY GORCZYNSKI
34 OLD COMMON ROAD
AUBURN, MA  01501

JEFFREY GOW
1688 BRANCHTON ROAD
BRANCHTON, ON  N0B1L0

JEFFREY GRACE
104 PLYMOTH DR  APT 2D
NORWOOD, MA  02062

JEFFREY GRALEK
15 GORMLEY AVE
TORONTO, ON  M4V1Y9

JEFFREY GREENWOOD
6900-29 DANIELS PARKWAY
FORT MYERS, FL  33912

JEFFREY GUERIN
1668 ALDERBEND RD
ALTONA, NY  12910

JEFFREY GUGLIELMO
254 UPPER VIRGINIA AVE
WEST SPRINGFIELD, MA  01089

JEFFREY GUYETT
6390 WEBSTER RD
ORCHARD PARK, NY  14127

JEFFREY HALAVANJA
1598 WASHINGTON AVENUE
MONACA, PA  15061

JEFFREY HALPIN
135 INDEPENDENCE LN
GRAND ISLAND, NY  14072

JEFFREY HAMILTON
1210 S MARIETTA DRIVE
MAHOMET, IL  61853-9197

JEFFREY HARBACH
432 B DUNVEGAN DRIVE
WATERLOO, ON  N2K2C7

JEFFREY HARBRIDGE
1739 FILLNER AVE
NORTH TONAWANDA, NY  14120

JEFFREY HARTRICH
12 VALLEY OVERLOOK DR
LANCASTER, NY  14120

JEFFREY HAYES
70 DAVID AVENUE
CASTLETON, VT  05735

JEFFREY HEBERT
26 BENJAMIN RD
STRATHAM, NH  03885

JEFFREY HENRY
520 QUINELL RD
BRASHER FALLS, NY  13613

JEFFREY HOAGG
2815 CRONIN DR
SPRINGFIELD, IL  62711

JEFFREY HOAGG
6513 WILLOW SPRINGS RD
SPRINGFIELD, IL  62712

JEFFREY HOLDEN
12952 152ND AVE
GRAND HAVEN, MI  49417

JEFFREY HOLTZ
17 BROOKSHIRE GREEN
BLOOMINGTON, IL  61761

JEFFREY HORVATH
2010 STONEHAVEN DRIVE
CHATHAM, IL  62629

JEFFREY HOVARTER
123 ABRAM AVENUE
BATTLE CREEK, MI  49015

JEFFREY INCORVIA
212 CALVERT BLVD
TONAWANDA, NY  14150

JEFFREY IRVINE
29 FOTHERGILL
WHITBY, ON  L1P 1L4

JEFFREY JABAUT
27 KENNEDY AVENUE
PLATTSBURGH, NY  12901

JEFFREY JACKSON
5 HOLLY DR
SARATOGA SPRINGS, NY  12866

JEFFREY JANKOWSKI
6215 RAVEN RUN
LAKELAND, FL  33809

JEFFREY JENNINGS
83 PRINCETON LANE
FAIRPORT, NY  14450

JEFFREY JOHNSTON
100 TYLER DRIVE
UXBRIDGE, MA  01569

JEFFREY JOHNSTON
1305 E ASHLAND AVE
MT ZION, IL  62549

JEFFREY JOLY
63 PINE HILL ROAD
LYNNFIELD, MA  01940

JEFFREY JORDAN
4971 MEADOW RD
LEWISTON, NY  14092

JEFFREY KAINE
26 SOMERS HILL CIRCLE
SOMERS, CT  06071

JEFFREY KELLY
1533 ELDORADO DRIVE
ALIQUIPPA, PA  15001

JEFFREY KEMP
473 VICTORIA STEET
LONDON, ON  N5Y4B4

JEFFREY KENAUSIS
16 PROSPECT ST
BETHEL, CT  06801

JEFFREY KILROY
5874 SHAWNEE RD
SANBORN, NY  14132

JEFFREY KIMMEL
3 OCEANS WEST BLVD
DAYTONA BEACH SHORES, FL  32118-5945

JEFFREY KLIPS
14212 ALLEN RD
ALBION, NY  14411

JEFFREY KLOETZER
748 COLVIN BLVD
KENMORE, NY  14217

JEFFREY KLOFFT
15 IRONWORKS RD
SUDBURY, MA  01776

JEFFREY KRAUSE
1557 SCARLETT LINE
ELVMALE, ON  L0L1P0

JEFFREY KROE
4333 SUNSET DRIVE
LOCKPORT, NY  14094

JEFFREY KROHN
4144 NTH 37TH
GALESBURG, MI  49053

JEFFREY KUSELIAS
5 BRIDLE PATH RD
WILBRAHAM, MA  01095

JEFFREY LACK
123 EDGEHILL DRIVE
HAMILTON, ON  L9B2V5

JEFFREY LAJOIE
62 LAJOIE LANE
ATHOL, MA  01331

JEFFREY LAMBERT
2437 TWIN DR
SARASOTA, FL  34234

JEFFREY LAMICA
48 BARNFIELD ROAD
PITTSFORD, NY  14534

JEFFREY LANDERS
165 PILGRIM DR
HOLDEN, MA  01520

JEFFREY LANDGREN
314 SHREWSBURY STREET
HOLDEN, MA  01520

JEFFREY LAUNAY
2407 HOLLYBROOK DRIVE
OAKVILLE, ON  L6M4S8

JEFFREY LEACH
145 CASTLEWOOD DRIVE
CHEEKTOWAGA, NY  14227

JEFFREY LEE
3 KARALEE CRES
CAMBRIDGE, ON  N3C4H2

JEFFREY LEES
61 WHITFIELD CRESCENT
ELMVALE, ON  L0L 1P0

JEFFREY LEICHTNAM
275 LINCOLN PARKWAY
BUFFALO, NY  14216

JEFFREY LEITHAUSER
12852 SKYLINE DRIVE
ROSCOE, IL  61073

JEFFREY LEONARCZYK
5974 FISHERMANS LN
MAYVILLE, NY  14757

JEFFREY LEWIS
3283 LOWER MOUNTAIN RD
SANBORN, NY  14132

JEFFREY LIEGEL
N8325 DUMKE RD
PORTAGE, WI  53901

JEFFREY LILJA
634 ROCK SPRINGS ROAD
PITTSBURGH, PA  15228

JEFFREY LOWE
4 CAMELOT DR
SHREWSBURY, MA  01545

JEFFREY LOWE
4 CAMELOT
SHREWSBURY, MI  01545

JEFFREY LYNCH
21 GINGER CT
EAST AMHERST, NY  14051

JEFFREY MACLENNAN
314 NEPTUNE CRES
LONDON, ON  N6M 1A1

JEFFREY MAHER
445 GROVE STREET
WORCESTER, MA  01605

JEFFREY MAINES
6 ORCHARD BEACH DRIVE
NORTH EAST, PA  16428

JEFFREY MALEK
1005 JAMES CT
FORSYTH, IL  62535

JEFFREY MALISZEWSKI
520 ST CLARE CT
MONROE , WI  53566

JEFFREY MANNING
1214 CLAYS TRAIL
OLDSMAR, FL  34677

JEFFREY MANZI
3514 RIVER ROAD
MT BETHEL, PA  18343

JEFFREY MARCOTTE
144 JULIE DR
COLCHESTER, VT  05446

JEFFREY MARCOTTE
144 JULIE DRIVE
COLCHESTER, VT  05446

JEFFREY MARK
941 LAUREL CIR
SEBASTIAN, FL  32976

JEFFREY MARKS
6016 JONATHAN AVE
FT MYERS, FL  33905

JEFFREY MARKS
68 SCHLOSSBURG ST
ALBURTIS , PA  18011

JEFFREY MARTIN
2216 BRUCE RD 1
KINCARDINE, ONTARIO  N2Z2X4

JEFFREY MAYS
5210 HOMAN FALLS
QUINCY, IL  62305

JEFFREY MCCOMBS
6951 19TH WAY
ST PETERSBURG, FL  33702

JEFFREY MCCRADY
56 SIDNEY CRES
STONEY CREEK, ON  L8J 3Z1

JEFFREY MCFAUL
78 JEAN STREET
GARDNER, MA  01440

| |
|---|
| JEFFREY MCISAAC<br>66 BARONS AVE SOUTH<br>HAMILTON, ON  L8K2Y3 |
| JEFFREY MEYERS<br>6 MELODY COURT<br>HAMILTON , ON  L8V-2M4 |
| JEFFREY MIDDLETON<br>55494 N FISHER LAKE DR<br>T, MI  49093 |
| JEFFREY MIDDLETON<br>55494 N FISHER LAKE DR<br>THREE RIVERS, MI  49093 |
| JEFFREY MILLARD<br>11 WOOD CT<br>LINDSAY, ON  K9V6J4 |
| JEFFREY MILLS<br>105 WINDERMERE COURT<br>MCMURRAY, PA  15317 |
| JEFFREY MILLS<br>PO BOX 512635<br>PUNTA GORDA, FL  33951 |
| JEFFREY MINOTTI<br>1735 CRITTENDEN RD<br>ALDEN, NY  14004 |
| JEFFREY MISKO<br>6421 TARA DR<br>POLAND, OH  44514 |
| JEFFREY MITCHELL<br>223A HAMPTON STREET<br>AUBURN, MA  01501 |
| JEFFREY MONEY<br>120 ALBERTON RD NORTH<br>JERSEYVILLE, ON  L0R 1R0 |
| JEFFREY MONTANEZ<br>41 DELL AVE<br>WORCESTER, MA  01604 |
| JEFFREY MOORE<br>37 STONEBROOK CRES<br>GEORGETOWN, ON  L7G6E5 |
| JEFFREY MORROW<br>434 CHURCH ST<br>YOUNGSTOWN, NY  14174 |
| JEFFREY MORTON<br>2130 MARC LANE<br>BURLINGTON, ON  L7M3P8 |
| JEFFREY MULLEN<br>149 BEAR SWAMP ROAD<br>PERU, NY  12972 |
| JEFFREY MULLEN<br>19 MERIDIAN LANE<br>BALLSTON LAKE, NY  12019 |
| JEFFREY MYERS<br>2327 RIVERSIDE DR<br>S WILLIAMSPOR, PA  17702 |
| JEFFREY NEAL<br>PO BOX 6236<br>PLYMOUTH, MA  02362 |
| JEFFREY NELSON<br>8 MUENTENER DR<br>SKILLMAN, NJ  08558 |
| JEFFREY NICHOLLS<br>1 BELVEDERE COURT<br>BRAMPTON, ON  L6V 4M6 |
| JEFFREY NIEDERST<br>596 SUNRISE DRIVE<br>LEECHBURG, PA  15656 |
| JEFFREY NIX<br>344 C MAIN STREET<br>DANIELSON, CT  06239 |
| JEFFREY NORMAN<br>17594 10 MILE RD<br>BATTLE CREEK, MI  49014 |
| JEFFREY NORTON<br>8617 JACOB PLACE<br>NIAGARA FALLS, NY  14304 |
| JEFFREY NORWOOD<br>1098 STAFFORD ST<br>ROCHDALE, MA  01542 |
| JEFFREY OCONNELL<br>98 BANK STREET<br>SAINT ALBANS, VT  05478 |
| JEFFREY OLIVEIRA<br>1703 S COUNTRY CLUB RD<br>DECATUR, IL  62521 |
| JEFFREY OLSON<br>5 SHERRY LANE<br>SPENCER, MA  01562 |

JEFFREY OLSZEWSKI
144 KEARNEY DRIVE
AJAX, ON  L1T4B1

JEFFREY P SETTER
2 SUMMER RIDGE CIRCLE
BROCKPORT, NY  14420

JEFFREY PALMER
14 MILL ROAD
NORTHBROOKFEILD, MA  01535

JEFFREY PASQUALE
18 WOODSIDE DRIVE
STERLING, MA  01564

JEFFREY PASQUALE
18 WOODSIDE DRIVE
STERLING, MI  01564

JEFFREY PAUL
1036 BELLEVIEW DR
ERIE, PA  16504

JEFFREY PAUL
8285 E 900TH
MACOMB, IL  61455

JEFFREY PEARCE
219 E BOSTON AVE
MONMOUTH , IL  61462

JEFFREY PEDU
29 TAMARACK AVE
LAKE PLACID, NY  12946

JEFFREY PETERSON
3292 NEAMON DRIVE
DELEVAN, NY  14042

JEFFREY PETRILLA
309 GOOD LANE
PITTSBURGH, PA  15237

JEFFREY PHANEUF
4 MADISON AVE
SOUTHAMPTON, MA  01073

JEFFREY PICKELL
111 INDUSTRIAL DRIVE
WHITBY, ON  L1N 5Z9

JEFFREY PIETREWICZ
181 HOPE AVE
WORCESTER, MA  01603

JEFFREY PIRAINO
2896 ROYALTON HEIGHTS RD
ST JOSEPH, MI  49085

JEFFREY POET
PO BOX 223
HONOR, MI  49640

JEFFREY POIRIER
23 TEN SCHOOLHOUSE RD
CHARLTON, MA  01507

JEFFREY PRICE
22 SILVER COURT
WATERDOWN, ON  L0R 2H4

JEFFREY R LONG
35 TUCKERMAN ST APT B
BOSTON, MA  02127

JEFFREY RAMLO
325 TOEPFER ST
TREMONT, IL  61568

JEFFREY RARICK
71 WILLOW GREEN DR
AMHERST, NY  14228

JEFFREY RAWSON
11 FOX HILL RD
VERNON, VT  05354

JEFFREY RAYNER
40 CATALINA DRIVE
TORONTO, ON  M1M1K6

JEFFREY REEVIE
SUITE 904
NEWMARKET, ON  L3X 1X4

JEFFREY REICHART
4 SHARON LANE
WERNERSVILLE, PA  19565

JEFFREY RENAUD
113 NUGGET DR
CHARLTON, MA  01507

JEFFREY RENELT
7178 HERTFORDSHIRE WAY
VICTOR, NY  14564

JEFFREY REY
5665 WENDY CIRCLE
LOCKPORT, NY  14094

JEFFREY RICHARDSON
104 CALVIN COURT
CAMBRIDGE, ON  N3C4J4

JEFFREY RIGGS
8467 TAWNEY POINTE
MATTAWAN, MI  49071

JEFFREY ROBINSON
5480 MARCEAU
PIERREFONDS, QC  H8Z 2V2

JEFFREY RODE
19 BUTTERNUT LANE
NEWINGTON, CT  06111

JEFFREY ROGERS
5881 PARMALEE RD
MIDDLEVILLE, MI  49333

JEFFREY ROHRING
4621 IDE RD
WILSON, NY  14172

JEFFREY ROHRING
4643 IDE RD
WILSON, NY  14172

JEFFREY ROMEY
309 GARDEN DRIVE
WINTERSVILLE, OH  43953

JEFFREY ROMIG
19333 THOMPSON LANE
THREE RIVERS, MI  49093

JEFFREY ROSEBOOM
50203 CHARDONNAY ST
PAW PAW, MN  49079

JEFFREY ROSENBERG
565 BROOKDALE AVE
TORONTO, ON  M5M 1S3

JEFFREY ROSSING
N839 FAIRWAY DRIVE
FORT ATKINSON, WI  53538

JEFFREY RUGGIERO
201 WILLOW BRIDGE DRIVE
STELLA, NC  28582

JEFFREY RUSSELL
2344 LOCKPORT OLCOTT RD
NEWFANE, NY  14108

JEFFREY RUTKA
35-5080 FAIRVIEW STREET
BURLINGTON, ON  L7L 7EP

JEFFREY RYAN
6606 GARTMAN ROAD
ORCHARD PARK, NY  14127

JEFFREY S SOBELL
2 HAMBLIN AVE EAST
BATTLE CREEK, MI  49017

JEFFREY SAGE
11446 HOWE ROAD
AKRON, NY  14001

JEFFREY SANTOS
12 FOREST WAY
PLAINVILLE, MA  02762

JEFFREY SARANKO
650 LAWRENCE AVE W
TORONTO, ON  M6A3E8

JEFFREY SATNICK
183 STERLING RD
PRINCETON, MA  01541

JEFFREY SCAFURI
273 WEST SCHWAB AVE
MUNHALL, PA  15120

JEFFREY SCHIERBEEK
1000 28TH AVE
HUDSONVILLE, MI  49426

JEFFREY SCHRAMER
6757 HAYWARD DR
VICKSBURG, MI  49097

JEFFREY SEFCHOK
177 SYLVAN OAKS DRIVE
HOLLIDAYSBURG, PA  16648

JEFFREY SENTIFF
142 SIEBERT RD
LANCASTER, NY  14086

JEFFREY SIEBER
165 BURGESS DR
GALESBURG, MI  49053

JEFFREY SIMPSON
62 COLLINGDON DR
BRANTFORD, ON  N3S 3E2

JEFFREY SKINNER
823 SUNNYHILL LANE
COLUMBIA, IL  62236

JEFFREY SKONIECZNY
70 TANGLEWOOD DR
BRIDGEWATER, MA  02324

| |
|---|
| JEFFREY SMITH<br>1106 LINE AVE<br>WELLAND, ON  L3C 3C3 |
| JEFFREY SMITH<br>25865 E CR 1000 N<br>EASTON, IL  62633 |
| JEFFREY SMITH<br>6 ALDRICH RD<br>KEENE, NH  03431 |
| JEFFREY SMITH<br>PO BOX 73<br>BELFAST, NY  14711 |
| JEFFREY SNIDER<br>3596 PAR FORE CT<br>CINCINNATI, OH  45245 |
| JEFFREY SPENCER<br>3323 SW 8TH ST<br>CAPE CORAL, FL  33991 |
| JEFFREY STANDARD<br>710 COUNTY RD 650E<br>TOLEDO, IL  62468 |
| JEFFREY STARK<br>3184 GRAY FOX CT<br>ZEELAND, MI  49464 |
| JEFFREY STEELE<br>23 IRA ALLEN CT<br>COLCHESTER, VT  04446 |
| JEFFREY STOMBERG<br>22155 N PRAIRIE LN<br>KILDEER, IL  60047 |
| JEFFREY SUDDUTH<br>2365 E TULIP TREE DR<br>CLINTON, IN  47842 |
| JEFFREY SUITOR<br>666 MEADOWBROOK DR<br>NORTH TONAWANDA, NY  14120 |
| JEFFREY SURLAS<br>2004 10TH STREET<br>MONROE, WI  53566 |
| JEFFREY SZCZECINSKI<br>351 LAKE ARROWHEAD RD  BOX 166<br>MYRTLE BEACH, SC  29572 |
| JEFFREY SZCZECINSKI<br>351 LAKE ARROWHEAD RD BOX 166<br>MYRTLE BEACH, SC  29572 |
| JEFFREY TEATOR<br>2558 LAFAYETTE CT<br>GILBERTSVILLE, PA  19525 |
| JEFFREY THOMPSON<br>PO BOX 2805<br>ONECO, FL  34264 |
| JEFFREY TOY<br>30 GORDON AVENUE<br>LANCASTER, NY  14086 |
| JEFFREY TRACHTENBERG<br>36 SIMCKA<br>SOUTH WINDSOR, CT  06074 |
| JEFFREY TUCKER<br>1479 FOUR MILE CREEK RD<br>VIRGIL, ON  L0S1T0 |
| JEFFREY TURNER<br>237 SENATOR STREET<br>PICKERING, ON  L1V6N2 |
| JEFFREY TWARDY<br>1716 STRATMORE AVE<br>PITTSBURGH, PA  15205 |
| JEFFREY UNVERFERTH<br>16041 ROAD 17N<br>FORT JENNINGS, OH  45844 |
| JEFFREY VICE<br>130 WILLARD RD<br>MASSENA, NY  13662 |
| JEFFREY VICK<br>36 CUNARD AVE<br>CHEEKTOWAGA, NY  14225-5007 |
| JEFFREY VILLONT<br>8145 WEST RIVERSHORE DR<br>NIAGARA FALLS, NY  14304 |
| JEFFREY W H LEE<br>1432 REDWOOD AVE<br>WINDSOR, ON  N9C 3P3 |
| JEFFREY W WININGER<br>405 BARONS ROAD<br>SPRINGFIELD, IL  62704-5205 |
| JEFFREY WARD<br>2775 TIMBER RIDGE DR<br>FORT LORAMIE, OH  45845 |

JEFFREY WEGNER
1908 ULAO PARKWAY
GRAFTON, WI  53024

JEFFREY WEIMER
417 BARNES ST
PITTSBURGH, PA  15221

JEFFREY WEISZ
463 TIVOLI DR
PITTSBURGH, PA  15239

JEFFREY WENDELL
23 TYLER DRIVE
SARATOGA SPRINGS, NY  12866

JEFFREY WESTLING
94 FAIRVIEW AVE
DUNKIRK, NY  14048

JEFFREY WHALEY
522 PLEASANT VIEW COURT
OAKVILLE, ON  L6M 1B4

JEFFREY WHALEY
522 PLEASANT VIEW COURT
OAKVILLE, ON  L6M1B4

JEFFREY WILCOX
33 RED BRIDGE RD
WILBRAHAM, MA  01095

JEFFREY WILLIAMSON
116 FULLER AVENUE
TONAWANDA, NY  14150

JEFFREY WILSON
1549 8TH CONCESSION
RR 4 WATERFORD, ON  N0E1Y0

JEFFREY WILSON
RR #4
WATERFORD, ON  N0E1Y0

JEFFREY WINCH
726 FROEBEL
BELOIT, WI  53511

JEFFREY WITTMAN
2 MAJESTIC WAY
ROCHESTER, NY  14624

JEFFREY WITTNEBERT
86 REED STREET
WARREN, MA  01083

JEFFREY WOLTER
3652 ORANGEPORT ROAD
GASPORT, NY  14067

JEFFREY YATES
3564 ORANGECOURT RD
GASPORT , NY  14067

JEFFREY ZAVITZ
76 REYNOLDS RD
WEST SENECA, NY  14224

JEFFREY ZWEBER
49 BAYVIEW LN
SHELBURNE, VT  05482

JEFFREY ZYCH
HC1 BOX66
SWIFTWATER, PA  18370

JEFFRIE YOUNG
164 EAST ST
WILLIAMSBURG, MA  01096

JEFFRY DURANT
4534 HARRISON STREET
BELLAIRE, OH  43906

JEFFRY ISZAK
60 VILLAGE VIEW RD
FAIRFAX, VT  05454

JEFFRY WOJCIK
64 BRIGHAM RD
SOUTH HADLEY, MA  01075

JEGANATHAN SHANMUGANATHAN
1321 INUIT TRAIL
MISSISSAUGA, ON  L5N7R4

JENELL CARNES
455 MIDDLE RD
CALEDONIA, NY  14423

JENELL COUNIHAN
908 WINDSOR RIDGE DRIVE
WESTBOROUGH, MA  01581

JENELL RAMAGE
5861 N ESTHER DR
BYRON, IL  61010

JENELLE GILBERT
449 SE GLENWOOD DRIVE
PORT ST LUCIE, FL  34984

JENELLE HOCKADAY
112 N OAK ST
MAROA, IL  61756

| |
|---|
| JENESSA TINHOLT<br>9166 PERTH RD140<br>MOOREFIELD, ON N0G 2K0 |
| JENIE LEIGH<br>1383 TALCY CRESCENT<br>ORLEANS, ON K4A 3C4 |
| JENIE LEIGH<br>1383 TALCY CRESCENT<br>ORLEANS, ON K4A3C4 |
| JENIFER BARR<br>279 PATTON PLACE<br>WILLIAMSVILLE , NY 14221 |
| JENIFER BARR<br>279 PATTON PLACE<br>WILLIAMSVILLE, NY 14221 |
| JENIFER BENNER<br>11808 WILDFIRE WAY<br>TAMPA, FL 33635 |
| JENIFER FITZPATRICK<br>39 CAROLINIAN LANE<br>CAMBRIDGE, ON N1S5B5 |
| JENIFER HILER<br>4 BUENA VISTA WAY<br>NEW CASTLE, PA 16105 |
| JENIFER PARKE<br>123 SUMMERVIEW ROAD<br>WILLIAMSVILLE, NY 14221 |
| JENIFFER 1BYDLINSKI<br>81 FISKE ST<br>WALTHAM, 02541 |
| JENIFFER LOUCKS<br>99 WINDELIN DRIVE<br>HENRIETTA, NY 14467 |
| JENINE DAVIGNON<br>125 LEXINGTON STREET<br>WATERTOWN, MA 02472 |
| JENNA ALEXANDER<br>14 CHURCH STREET<br>OAKFIELD, NY 14125 |
| JENNA BARTOLOMEI<br>PO BOX 121<br>DUDLEY, MA 01571 |
| JENNA COOPER<br>5793 NORTH STREET<br>ROSCOE, IL 61073 |
| JENNA DESROSIERS<br>8 SMITH AVE<br>WARE, MA 01082 |
| JENNA HAYDAR<br>194 FORBES TERRACE<br>MILTON, ON L9T 0S6 |
| JENNA HAYDEN<br>162 RUGAR ST<br>PLATTSBURGH, NY 12901 |
| JENNA JARVIS<br>74 SHEPARD AVE<br>SARANAC LAKE, NY 12983 |
| JENNA KEHR<br>7321 SKYLINE DR E<br>COLUMBUS, OH 43235 |
| JENNA KOUGHER<br>2732 CIRUS DR<br>MYRTLE BEACH, SC 29575 |
| JENNA LANGENBACH<br>23 HAMPSHIRE ROAD<br>METHUEN, MA 01844 |
| JENNA LANPHEAR<br>14561 LEGENDS BLVD N<br>FORT MYERS, FL 33912 |
| JENNA LANPHEAR<br>14561 LEGENDS BLVD N<br>FORT MYERS, FL 33912 |
| JENNA LEBEL<br>4 MARCEL DR<br>SAINT ALBANS, VT 05478 |
| JENNA LEE LANGUIRAND<br>16326 MACON ST<br>CLERMONT, FL 34714 |
| JENNA MONTEBELL<br>1038 GLADE RUN ROAD<br>KITTANNING, PA 16201 |
| JENNA PETRINI<br>133 SUHAN DRIVE<br>IRWIN, PA 15642 |
| JENNA POPE<br>5 SUNRISE CIRCLE<br>SOUTH HADLEY, MA 01075 |

JENNA POULIN
47 HACKLER DRIVE
SWANZEY, NH 03446

JENNA SEGUIN
17 PEARL STREET
ROUSES POINT , NY 12979

JENNA WILLIAMS
3605 SAINT ANNES DRIVE
SPRINGFIELD, IL 62712

JENNA ZIEGLER
21 CAROLINA AVE
LOCKPORT, NY 14094

JENNE CARLTON
1523 SPRUCE DRIVE
LAKELAND, FL 33815

JENNEL SCHULTZ
58958 HOLTOM RD
THREE RIVERS, MI 49093

JENNETTE ATKINSON
780 BARBADOS STREET
OSHAWA, ON L1J 7E6

JENNETTE LANE
309 WEST ELM
HOOPESTON, IL 60942

JENNFER SMITH
12883 ARBORETUM DR
BELVIDERE, IL 61008

JENNI MUCCI
48 JACKSON ST
MIDDLETOWN, CT 06457

JENNI T SMITH
7138 LAMONT RD
PORTAGEVILLE, NY 14536

JENNIE CAVANAUGH
10 JAMES STREET
EAST LONGMEADOW, MA 01028

JENNIE FIESLER
1250 WEST AVALON AVE
DECATUR, IL 62521

JENNIE FLANAGAN
136 HEWLETT ROAD
HERMON, NY 13652

JENNIE GAVRICH
5 MILLSTONE DRIVE
AVON, CT 06001

JENNIE HARLING
339 ASPEN DR
CHATHAM, IL 62629

JENNIE MOUNCE
12253 EVANTIDE AVE
BROOKSVILLE, FL 34613

JENNIE PHILLIPS
227 OAK STREET UNIT 2101
GANANOQUE, ON K7G2R5

JENNIE PHILLIPS
227 OAK STREET UNIT 2101
GANANOQUE, ON K7G2R5C

JENNIE TWOGUNS
12416 LONGHOUSE RD
LAWTONS, NY 14091

JENNIE WALDRON MOORE
40 BEAUFORT AVE
NEEDHAM, MA 02492

JENNIER GUSE
144 BOULDING AVENUE
WATERDOWN, ON L0R2H3

JENNIER MARKEY
200 OVERBROOK
TONAWANDA, NY 14150

JENNIFER A HANNA HANNA
492 E GULL LAKE DRIVE
AUGUSTA, MI 49012

JENNIFER A MCAFEE
125 OAK LANE
MARS, PA 16046

JENNIFER ABREO
1318 CLEARVIEW DR
OAKVILLE, ON L6J 6X6

JENNIFER ADAMS
22 COUNTRYSIDE LANE
WILLIAMSVILLE, NY 14221

JENNIFER ALES
324 COOK AVE
MIDDLESEX, NJ 08846

JENNIFER ALEXANDER
20 BESSBOROUGH DRIVE
TORONTO, ON M4G 3H7

JENNIFER ANDERSON
1129 WICKFORD DR
SPRINGFIELD, IL  62704

JENNIFER ANDERSON
3359 NORTHVIEW LANE
ALLEGAN, MI  49010

JENNIFER ANDREWS
160 FREMONT ST
WORCESTER, MA  01603

JENNIFER ANTONCICH
10 GREEN ROAD
MINE HILL, NJ  07803

JENNIFER ARMITAGE
75 WESTHEIGHTS DRIVE
KITCHENER, ON  N2N 1P1

JENNIFER AUBLE
920 SW 51ST TERRACE
CAPE CORAL, FL  33914

JENNIFER AVERETTE
4345 HUNTERS WOOD DRIVE
MURRELLS INLET, SC  29576

JENNIFER B MONROE
10310 N 24TH STREET
PLAINWELL, MI  49080

JENNIFER BAILEY
4 HAMPTAON CT
QUEENSBURY, NY  12804

JENNIFER BANKS
4059 HIGHVIEW PKWY
HAMBURG, NY  14075

JENNIFER BANKS
4059 HIGHVIEW PKWY
HAMBURG, NY  14-75

JENNIFER BARKER
55 OSTEND AVE
TORONTO, ON  M6S 1L5

JENNIFER BARKER
55 OSTEND AVE
TORONTO, ON  M6S1L5

JENNIFER BARNEY
345 DORSET STREET
SOUTH BURLINGTON, VT  05403

JENNIFER BARRETT
116 GRAY RD
TEMPLETON, MA  01468

JENNIFER BASTIEN
2010-23 LORRAINE DR
NORTH YORK, ON  M2N 6X6

JENNIFER BAYOUK
523 RUE MACQUET
ILE BIZARD, QC  H9C 2S4

JENNIFER BEAL
23285 N TRAER LANE
CUBA, IL  61427

JENNIFER BEAULIEU
11 IRISH SETTLEMENT RD
HEUVELTON, NY  13654

JENNIFER BENNETT
1162 VAN ANTWERP ROAD
SCHENECTADY, NY  12309

JENNIFER BENNETT
45 OAKLAND ROAD
WILLIAMSVILLE, NY  14221

JENNIFER BENSINGER
1215 DORNEWOOD PLACE
BALLWIN, MO  63021

JENNIFER BERBRICH
PO BOX 94
RENSSELAER FALLS, NY  13680

JENNIFER BERNAT
111 WOODMONT DR
MONACA, PA  15061

JENNIFER BESSE
86 BAKER POND RD
DUDLEY, MA  01571

JENNIFER BEVEVINO
216 SOUTHERN VALLEY CT
MARS, PA  16046

JENNIFER BIBBEE
1485 SEDGEFIELD DRIVE
MURRELLS INLET, SC  29576

JENNIFER BISSETT
1188 THORESBY DR
OAKVILLE, ON  L6J7M8

JENNIFER BJEGOVICH
10LILYVALLEYLANEHANNON
HAMILTON, ON  LOR1P0

JENNIFER BLOM
8756 MUSTANG ISLAND CIRCLE
NAPLES, FL  34113

JENNIFER BOOCHER
40762 ORIOLE ST
MATTAWAN, MI  49071

JENNIFER BORCHELT
61806 AMBER MEADOWS DR
GOSHEN, IN  46528

JENNIFER BOURGET
14 BIRCH ST
WEST BOYLSTON, MA  01583

JENNIFER BOUYEA
140 PINE STREET
PLATTSBURGH, NY  12901

JENNIFER BOYCE
341 JELINIK TERRACE
MILTON, ON  L9T 7M8

JENNIFER BOYCE
341 JELINIK TERRACE
MILTON, ON  L9T7M8

JENNIFER BOYES
367 HIGH ROCK DRIVE
SUNDRIDGE, ON  P0A 1Z0

JENNIFER BROWN
5809 S LAFAYETTE
BARTONVILLE, IL  61607

JENNIFER BRUM
4225 SARAZEN DRIVE
BURLINGTON, ON  L7M5C5

JENNIFER BRUNNER
1415-33 DAVISVILLE AVE
TORONTO, ON  M4S 2Y9

JENNIFER BURRI
2228 NW 44TH PLACE
GAINESVILLE, FL  32605

JENNIFER BUSSIERE
306 PARTRIDGE HILL ROAD
CHARLTON, MA  01507

JENNIFER BUSSIES
7572 MANITOU AVE
KALAMAZOO, MI  49009

JENNIFER BYDLINSKI
81 FISKE STREET
WALTHAM, MA  02451

JENNIFER CAMPBELL
224 MARY ANNE DRIVE
BARRIE, ON  L4N 7R2

JENNIFER CARBONNEAU
80 DE LACOLLE
GRANBY, QUEBEC  J2J2Z4

JENNIFER CARROLL
3701 W GRANADA ST
TAMPA, FL  33629

JENNIFER CARROLL
3701 W GRANADA ST
TAMPA, FL  33629

JENNIFER CARRON
26 CEMETERY STREET
WEST CHAZY, NY  12992

JENNIFER CARSEN
121 NORTH WEST ST
PORTSMITH, NH  03801

JENNIFER CARTER
309 EALGE RIDGE
CHATHAM, IL  62629

JENNIFER CARTER
6469 EDGEWATER DR
ERIE, MI  48133

JENNIFER CARTIER
245 TOWN LINE RD
WEST CHAZY, NY  12992

JENNIFER CASEY
60 WAYNE DRIVE
CUMBERLAND, RI  02864

JENNIFER CASSIDY
2139 EMILY CIRCLE
OAKVILLE, ON  L6M 0E6

JENNIFER CASSULLO
215 WOODLAND TRAILS
EAST STROUDSBURG, PA  18302

JENNIFER CHAMBERLAIN
15628 WHEELER RD
DURAND, IL  61024

JENNIFER CHAPMAN
6-200 ROYAL YORK ROAD
ETOBICOKE, ON  M8V2V7

| |
|---|
| JENNIFER CHMURA<br>147 KILBOURNE RD<br>CHEEKTOWAGA,  14225 |
| JENNIFER CHMURZYNSKI<br>12 BINNER ROAD<br>CHEEKTOWAGA, NY  14225 |
| JENNIFER CHRISTY<br>21 BRADISH ST.<br>FREDONIA, NY  14063 |
| JENNIFER CLAVEL<br>504 DES ORCHIDEES<br>STE-JULIE, QC  J3E2C3 |
| JENNIFER CLAVEL<br>504 RUE DES ORCHIDEES<br>STE-JULIE, QC  J3E2C3 |
| JENNIFER CLAVEL<br>504 RUE DES ORCHIDES<br>STE-JULIE, QC  J3E2C3 |
| JENNIFER CLUNE<br>146 ANGELENE ST<br>MISSISSAUGA, ON  L5G 1X2 |
| JENNIFER COE<br>2621 MORSES LINE ROAD<br>FRANKLIN, VT  05457 |
| JENNIFER COLBURN<br>690 RESERVOIR DR<br>WEARE, NH  03281 |
| JENNIFER COLEMAN<br>2111 LAKESIDE<br>ORLANDO, FL  32803 |
| JENNIFER COLLINS<br>6274 BRYANT<br>LUDINGTON, MI  49431 |
| JENNIFER CONANT<br>361 SINGLETON ST<br>WOONSOCKET, RI  02895 |
| JENNIFER CONETTA<br>276 TERWILLEGERS RUN<br>MAINEVILLE. OH  45039 |
| JENNIFER CONLEY<br>502 CRAFTS ST<br>WEST NEWTON, MA  02465 |
| JENNIFER COOPER<br>4158 LORRAINE AVENUE<br>NAPLES, FL  34104 |
| JENNIFER COOPER<br>5 WILLIAM HALL DRIVE<br>NEWBURYPORT, MA  01950 |
| JENNIFER CORTEZ<br>1471 OAKLAND STATION RD<br>ST ALBANS, VT  05478 |
| JENNIFER COWELL<br>1301 W JEFFERSON ST APT 22D<br>MORTON, IL  61550 |
| JENNIFER CRAIG<br>PO BOX 800<br>LAKEVILLE, CT  06039 |
| JENNIFER CUMMINS<br>7173 KENDALL ARBOR AVE<br>KALAMAZOO, MI  49009 |
| JENNIFER DAGGETT<br>164 ELM STREET<br>MARLBOROUGH, MA  01752 |
| JENNIFER DAKEN<br>598 GILMORE AVE<br>NORTH TONAWANDA, NY  14120 |
| JENNIFER DALEY<br>80 AUSTIN DRIVE<br>BURLINGTON, VT  05401 |
| JENNIFER DALY<br>7 IENTILE COURT<br>MONROE, NJ  08831 |
| JENNIFER DARGUSCH<br>19 VITOR LANE<br>HAMLIN, NY  14464 |
| JENNIFER DAVENPORT<br>260 PELLERIN RD<br>PLATTSBURGH, NY  12901 |
| JENNIFER DAVIDSON<br>16563 EASTLAKE PKWY<br>LOCKPORT, IL  60441 |
| JENNIFER DAVIDSON<br>253 67TH STREET<br>NIAGARA FALLS , NY  14304 |
| JENNIFER DAVIS<br>3427 MIAMI AVE<br>KALAMAZOO, MI  49048 |

| |
|---|
| JENNIFER DEARBORN<br>113 SHERMAN DRIVE<br>ST CATHARINES, ON  L2N2L7 |
| JENNIFER DEATH<br>2054 CARNS CRT<br>BURLINGTON, ON  L7M 4X9 |
| JENNIFER DEL PRINCE<br>8347 KIMBERLY DR<br>WILLIAMSVILLE, NY  14221 |
| JENNIFER DELARM<br>871 DURAND RD<br>PLATTSBURGH, NY  12901 |
| JENNIFER DEMOE<br>265 HILLSIDE ROAD<br>WESTFIELD, MA  01085 |
| JENNIFER DENISCHUCK<br>65 BRIAND<br>VAUDREUIL-DORION, QC  J7V6K8 |
| JENNIFER DEVOLE<br>1569 SWANN RD<br>LEWISTON, NY  14092 |
| JENNIFER DEVRIES<br>527 WEST STREET<br>SCHOOLCRAFT, MI  49087 |
| JENNIFER DEWERTH<br>3 CRANBERRY SURF<br>COLLINGWOOD, ON  L9Y 5C4 |
| JENNIFER DEWYEA<br>276 SILVER HAWK DR<br>DUNCAN, SC  29334 |
| JENNIFER DI FELICE<br>283 MOTHERS STREET<br>GLANBROOK, ON  L9B0C9 |
| JENNIFER DICOLA-STANBERG<br>13 DRUMMOND ST WEST<br>PERTH, ONTARIO  K7H2J3 |
| JENNIFER DIDONATO<br>144 VALERA DRIVE<br>STONEY CREEK, ON  L8E 4S9 |
| JENNIFER DIDONATO<br>144 VALERA DRIVE<br>STONEY CREEK, ON  L8E4S9 |
| JENNIFER DIETZ<br>19 GRANITE ST<br>HOLLISTON, MA  01746 |
| JENNIFER DIETZ<br>897 MELTON DRIVE<br>MISSISSAUGA, ON  L4Y1K9 |
| JENNIFER DINUCCI<br>35 HOLLAND CRES<br>GUELPH, ON  N1L 1T4 |
| JENNIFER DISCH<br>4487 HEMMINGWAY DRIVE<br>KALAMAZOO, MI  49009 |
| JENNIFER DISENSI<br>17916 FOSTER<br>PIERREFONDS, QC  H9K1M3 |
| JENNIFER DOAK<br>2811 MARVIN LN<br>FREEPORT, IL  61032 |
| JENNIFER DOTTERWEICH<br>61 SECOND STREET<br>GENESEO, NY  14454 |
| JENNIFER DOUGHERTY<br>8292 MYSTIC TRAIL<br>KALAMAZOO, MI  49009 |
| JENNIFER DUFF<br>2921 CHENEY AVE NE<br>GRAND RAPIDS, MI  49505 |
| JENNIFER DUJLOVIC<br>44 CONSIGILIA DR.<br>ST. CATHARINES, ON |
| JENNIFER DURIGON<br>6 CLAIRVIEW DR<br>CARNEGIE, PA  15106 |
| JENNIFER DYKSTRA<br>1720 APACHE PASS<br>TRAVERSE CITY, MI  49686 |
| JENNIFER DZIAMSKI<br>4234 ELMWOOD AVENUE<br>BLASDELL, NY  14219 |
| JENNIFER EADIE<br>7075 VERONICA ST<br>KALAMAZOO, MI  49009 |
| JENNIFER EAGLE<br>112 RALSTON PLACE<br>WATERLOO, ON  N2T 1C7 |