JOSHUA BACHUS
7656 GLENMORE DRIVE
POWELL, OH  43065

JOSHUA BAILEY
PO BOX 537
SCHOOLCRAFT, MI  49087

JOSHUA BRAINERD
106 DANNY CIRCLE
ANGIER, NC  27501

JOSHUA BUCHANAN
330 JULIE CT
CHATHAM, IL  62629

JOSHUA BUDD
3905 KINGSLEY DR
SPRINGFIELD, IL  62711

JOSHUA CAUDILL
4 LINDSEY ST
MARBLEHEAD, MA  01945

JOSHUA CHANT
105 STANIFORD ROAD
BURLINGTON, VT  05408

JOSHUA CILLO
922 HOBER AVE
MCKEESROCKS, PA  15136

JOSHUA D BOETTGER
40 HICKORY CRESCENT
GRIMSBY, ON  L3M5P9

JOSHUA D GUERCIO
10 ELLIOTT ROAD
STERLING, MA  01564

JOSHUA DADA
1 ROBERT CIRCLE
NORTH GRAFTON, MA  01536

JOSHUA DAVIS
34849 NYS ROUTE 37
TERESA, NY  13691

JOSHUA DAY
20 CHESTNUT ST
MIDDEBORO , MA  02346

JOSHUA DOUGLAS
1240 JO FRAN DR
VICKSBURG, MI  49097

JOSHUA EGAN
10 SAWMILL CIRCLE
CHARLTON, MA  01507

JOSHUA EVERSMAN
1070 MERRIMAR CIRCLE SOUTH
COLUMBUS, OH  43220

JOSHUA FARNSWORTH
6 DOUGLASS PARK APT 1
BOSTON, MA  02218

JOSHUA FRUTH
3890 WHITE BLVD
NAPLES, FL  34117

JOSHUA GARRETTSON
2198 BLUE HERON COVE DRIVE
ORANGE PARK, FL  32003

JOSHUA GIROUARD
510-200 BESSERER STREET
OTTAWA, ON  K1N6B1

JOSHUA GOODRICH
38509 GOODLAND DR
ZEPHYRHILLS, FL  33540

JOSHUA GOSSARD
1901 N 6TH ST
SPRINGFIELD, IL  62702

JOSHUA GREEN
3837 NORTHDALE BLVD
TAMPA, FL  33624

JOSHUA GREENLEY
1848 CUMBERLAND ST
CORNWALL, ON  K6J 5W2

JOSHUA HANNAHS
325 ANDY AVE
PORTAGE, MI  49002

JOSHUA HAYS
4307 LOST FOREST LANE
SARASOTA, FL  34235

JOSHUA HEINEY
2 ACQUANOCK ROAD
HIGHLAND LAKES, NJ  07422

JOSHUA HOGMIRE
2200 MARSH HAWK LN UNIT 312
FLEMING ISLAND, FL  32003

JOSHUA HOGMIRE
2200 MARSH HAWK LN
FLEMING ISLAND, FL  32003

| |
|---|
| JOSHUA HURNE<br>290 BENHAM RD<br>GROTON, CT 06340 |
| JOSHUA JAMSHIDI<br>109 HANSARD DRIVE<br>WOODBRIDGE, ON L4H0V8 |
| JOSHUA JOUBERT<br>18 STEELE ST<br>WORCESTER, MA 01607 |
| JOSHUA KIMSEY<br>164 BRIGHTON ROAD<br>COLUMBUS, OH 43202 |
| JOSHUA LONG<br>1581 FOSTER AVENUE<br>NORTH HUNTINGDON, PA 15642 |
| JOSHUA MCGREGOR<br>259 DETROIT AVE<br>COLUMBUS, OH 43201 |
| JOSHUA MERENDO<br>104 SWANSEA DRIVE<br>ALIQUIPPA, PA 15001 |
| JOSHUA MERRIMAN<br>4 STONE MEADOW FARM DRIVE<br>SHREWSBURY, MA 01545 |
| JOSHUA MONFREDA<br>19 RUSSELL CALVIN DR<br>WORCESTER, MA 01605 |
| JOSHUA NORTON<br>3799 ASBURY ROAD<br>AYNOR, SC 29511 |
| JOSHUA PELKEY<br>9764 LEYLEND DR<br>MYRTLE BEACH, SC 29572 |
| JOSHUA PENNA<br>123 SAXTON ST<br>LOCKPORT, NY 14094 |
| JOSHUA PORTER<br>34 JAMES LANE<br>WEST CHAZY, NY 12992 |
| JOSHUA POWERS<br>1842 S 11TH STREET<br>KALAMAZOO, MI 49009 |
| JOSHUA PURDY<br>1002 BAYVIEW DR<br>NOKOMIS, FL 34275 |
| JOSHUA REHRIG<br>532 W 6TH ST<br>PENNSBURG, PA 18073 |
| JOSHUA ROSENBLUM<br>31 HUNTINGTON RD<br>EDISON, NJ 08820 |
| JOSHUA RUSSELL<br>303 GARFIELD AVE<br>KALAMAZOO, MI 49001 |
| JOSHUA SANDERSON<br>33 FRANCIS ST<br>LINDSAY, ON K9V3S2 |
| JOSHUA SHEETS<br>1770 N 383 W<br>ANGOLA, IN 46703 |
| JOSHUA TALBOT<br>119 HIGHLAND AVE<br>ATHOL, MA 01331 |
| JOSHUA TANASE<br>599 OAKLYNN CT<br>PITTSBURGH, PA 15220 |
| JOSHUA THIEL<br>26 SAWGRASS CT<br>HAMBURG, NY 14075 |
| JOSHUA THIEL<br>3011 CLOVERBANK RD<br>HAMBURG, NY 14075 |
| JOSHUA VANDENBERG<br>5665 SOUTH MANDRAKE STREET<br>KALAMAZOO, MI 49009 |
| JOSHUA VANOVER<br>1275 PINEVIEW TRAIL<br>NEWARK, OH 43055 |
| JOSHUA WEST<br>52 WHITTEMORE HILL ROAD<br>NEW IPSWICH, NH 03071 |
| JOSIANE MACHEFELD<br>6738 RENOIR<br>LAVAL, QC H7H1A3 |
| JOSIE CACCIATORE<br>17253 THOMAS BAILLARGE<br>PIERREFONDS, QC H9J3P3 |

| |
|---|
| JOSIE CALLE<br>1680 20TH SW AVE<br>VERO BEACH, FL  32962 |
| JOSIE COLABELLI<br>813 PLANTE<br>LAVAL , QC  H73 3B8 |
| JOSIE MICELI<br>7895 CHAMILLY<br>MONTREAL, QC  H1R2S2 |
| JOSIE SMITH<br>5887 SNOWDROP AVE<br>GALLOWAY, OH  43119 |
| JOSIE TAMBEAU<br>25-145 EDGEWATER DRIVE<br>STONEY CREEK, ON  L8E 5W6 |
| JOSIE VERCESI<br>115 AMYWOOD ROAD<br>WOODBRIDGE, ON  L4H 2Y9 |
| JOSPEH CAROSI<br>49 SOUTHWIND TRAIL<br>WILLIAMSVILLE, NY  14221 |
| JOSPEH HASOU<br>24 CASWELL DRIVE<br>TORONTO, ON  M2M3L9 |
| JOST KAEMPFFER<br>176 PARK ST W<br>DUNDAS, ON  L9H 1Y1 |
| JOUAN QUAN<br>8880 OCEANIE<br>BROSSARD, QC  J4Y3E6 |
| JOVAN BJEGOVICH<br>10 LILYVALLEY LANE<br>HANNONHAMILTON, ON  LOR1P0 |
| JOY ARUMAINAYAGAM<br>1481 CHRISEDEN DR<br>MISSISSAUGA,   L5H1V3 |
| JOY ARUMAINAYAGAM<br>1481 CHRISEDEN DR<br>MISSISSAUGA, ON  L5H1V3 |
| JOY BASTINE<br>PO BOX 154<br>SO WALES, NY  14139 |
| JOY BHUTA<br>26 MOUNT LEBANON BLVD<br>PITTSBURGH, PA  15228 |
| JOY BOLEYN<br>16 VIEW CIR<br>OREANA, IL  62554 |
| JOY BROWN<br>313 S PERRY AVE<br>FORT MEADE , FL  33841 |
| JOY BYINGTON<br>820 SOUTH UNION STREET<br>TRAVERSE CITY, MI  49684 |
| JOY CAMPBELL<br>19 S 180TH AVE<br>HESPERIA, MI  49421 |
| JOY CHASE<br>1324 SPICEWOOD<br>OKEMOS, MI  48864 |
| JOY CHIARIELLO<br>27 SLATER STREET<br>AMSTERDAM, NY  12010 |
| JOY COULSON<br>2580 ANDOVER ROAD<br>OAKVILLE, ON  L6H6C4 |
| JOY DARBY<br>2 LEXINGTON CIRCLE<br>BEDFORD, MA  01730 |
| JOY DEMERS<br>414 FOREST HILL DRIVE<br>KITCHENER, ON  N2M4H4 |
| JOY DEWERTH<br>6821 BARRINGTON DRIVE<br>STUART, FL  34997 |
| JOY GAGNON<br>34 WOODLAWN AVE<br>NORTHFIELD, NH  03276 |
| JOY GAINE<br>789 GOVE HILL ROAD<br>THETFORD CENTER, VT  05075 |
| JOY GROW<br>1214 STOCKBRIDGE RD<br>WEBSTER, NY  14580 |
| JOY HALE<br>PO BOX 12<br>WINCHESTER CENTER, CT  06094 |

| |
|---|
| JOY KISTNER<br>123 HIDDEN RIDGE COMMONS<br>WILLIAMSVILLE, NY 14221 |
| JOY LAWLER<br>51 BERKWOOD PLACE<br>FONTHILL, ON L0S 1E2 |
| JOY LYON<br>13240 CEDAR STREET<br>MANITO, IL 61546 |
| JOY MILLER<br>867 HILLCREST ROAD<br>PICKERING, ON L1W2P8 |
| JOY PERRICONE<br>1513 102ND AVENUE<br>OTSEGO, MI 490748 |
| JOY PERRICONE<br>1513 102ND AVENUE<br>OTSEGO, MI 49078 |
| JOY POLLARD<br>12345 MCGREGOR WOODS CIRCLE<br>FORT MYERS, FL 33908 |
| JOY RUSK<br>2229 AUTUMN DRIVE<br>PEKIN, IL 61554 |
| JOY RUSSO<br>94 HUBBARDSTON PLACE<br>BUFFALO, NY 14228 |
| JOY SCHMALZLE<br>109 ALEX ROAD<br>HAWLEY, PA 18428 |
| JOY SHROYER<br>252 WOODLAND RD<br>COVENTRY, CT 06238 |
| JOY SMITH<br>8047 STEPHENSON RD<br>ONSTED, MI 49265 |
| JOY SWANSON<br>32 OLD CARRIAGE HOUSE ROAD<br>GRAND ISLAND, NY 14072 |
| JOY TANNER<br>1060 VIRGINA AVN<br>MIDLAND, PA 150599 |
| JOY VANLEUVAN<br>9793 ROUTE 9<br>CHAZY, NY 12921 |
| JOY WATT<br>3335 MARSTON ROAD<br>WESTMINSTER, MD 21157 |
| JOY Y SAVOY<br>22 DUNCAN DR<br>ST CATHARINES, ON L2N 3N9 |
| JOY YANOW<br>1569 CHESAPEAKE AVENUE<br>NAPLES, FL 34102 |
| JOY YANOW<br>5782 COTE ST ANTOINE<br>MONTREAL, QC H4A1S2 |
| JOYANN B MONROE<br>6445 ROUNDS RD<br>YOUNGSTOWN, NY 14108 |
| JOYCE A WILLIAMS<br>1263 ALLARD<br>VERDUN, QC H4HY2C9 |
| JOYCE M DEWAR<br>1402-950 FENNELL AVE E<br>HAMILTON, ON L8V1X2 |
| JOYCE M FORD<br>17 SENECA<br>SHREWSBURY, MA 01545 |
| JOYCE A CICHOCKI<br>116 DEAN ROAD<br>DEPEW, NY 14043 |
| JOYCE A COOLING<br>5133 WOODIE RANCH LANE<br>ROCKFORD, IL 61114 |
| JOYCE A PERUGINI<br>992 WORTHINGTON RDG<br>BERLIN, CT 06037 |
| JOYCE ALTROGGE<br>4326 BEACH RIDGE RD<br>NORTH TONAWANDA, NY 14120 |
| JOYCE ANNE WILLIAMS<br>1263 ALLARD<br>VERDUN, QC H4H2C9 |
| JOYCE ASHDON<br>11 N 22ND STREET<br>BATTLE CREEK, MI 49015 |

| |
|---|
| JOYCE ATKINSON<br>1003 S DOUGLAS AVE<br>URBANA, IL  61801 |
| JOYCE AVERY<br>418 N MAIN STREET<br>WHEATON, IL  60187 |
| JOYCE AVERY<br>418 N. MAIN ST.<br>WHEATON, IL  60187 |
| JOYCE AYLWARD<br>6-165 KING AVE E<br>NEWCASTLE, ON  L1B1L5 |
| JOYCE BAKER<br>330 ZIMMER LN<br>WAYNESBURG, PA  15370 |
| JOYCE BALDO<br>19 DELMONTE<br>KIRKLAND, QC  H9J 2P8 |
| JOYCE BANSER<br>577 BOUNDARY BLVD<br>ROTONDA WEST , FL  33947 |
| JOYCE BANSER<br>577 BOUNDARY BLVD<br>ROTONDA WEST, FL  33947 |
| JOYCE BEAMS<br>105 FAIRMONT AVE<br>WORCESTER, MA  01604 |
| JOYCE BELL<br>68 BRADFORD STREET<br>ROWLEY, MA  01969 |
| JOYCE BELLERO<br>177 OTTERHOLE ROAD<br>WEST MILFORD, NJ  07480 |
| JOYCE BERG<br>1639 RT52<br>DIXON, IL  61021 |
| JOYCE BISHOP<br>721 EAST FIELD DR<br>BATTLECREEK, MI  49015 |
| JOYCE BLANTON<br>17499 RINGGOLD NORTHERN ROAD<br>ASHVILLE, OH  43103 |
| JOYCE BONNEY<br>2632 MAIN STREET<br>COVENTRY, CT  06238 |
| JOYCE BOUCHER<br>468 PARK STREET<br>GARDNER, MA  01440 |
| JOYCE BOWMAN<br>171 NEWELL AVE<br>TONAWANDA, NY  14150 |
| JOYCE BRODIE<br>138 RENSHAW AVENUE<br>EAST ORANGE, NJ  07017-3313 |
| JOYCE BROUGH<br>333 S HOME AVE<br>BUTLER, PA  16001 |
| JOYCE BROWN<br>5739 OATKA ROAD<br>WARSAW, NY  14569 |
| JOYCE BROWN<br>899 WEST STREET<br>BARRE, MA  01005 |
| JOYCE BROWNER<br>16 ST CHARLES AVE<br>WEST CALDWELL , NJ  07006 |
| JOYCE BROWNER<br>16 ST CHARLES AVE<br>WEST CALDWELL, NJ  07006 |
| JOYCE BROWNER<br>16ST CHARLES AVE<br>WESTCALDWELL, NY  07006 |
| JOYCE CABRAL<br>132 CARR RD<br>WOODSVILLE, NH  03785 |
| JOYCE CALABRESE<br>715 DOVE HAVEN LANE<br>MYRTLE BEACH, SC  29579 |
| JOYCE CALDWELL<br>1385 ROYALTON HILL RD<br>SOUTH ROYALTON, VT  05068 |
| JOYCE CAPONE<br>315 BINNS AVENUE<br>NEWMARKET, ON  L3X1T6 |
| JOYCE CAREY<br>3287 LYNDON DRIVE<br>LITTLE RIVER, SC  29566 |

JOYCE CEKANDER
1345 COPPERWOOD DRIVE
OSPREY, FL  34229

JOYCE CHANNELL
69 ADIRONDACK LN
PLATTSBURGH, NY  12901

JOYCE CHAPPLE
4125 OAK TREE PLACE
TOLEDO, OH  43623

JOYCE CICHOCKI
116 DEAN ROAD
DEPEW, NY  14043

JOYCE COLELLO
437 FRANKLIN RD
FITCHBURG, MA  01420

JOYCE COLEMAN
1121 ALTON ROAD
PORT CHARLOTTE, FL  33952

JOYCE CONATSER
7996 BARRANCAS AVE
BOKEELIA, FL  33922

JOYCE COOLING
5133 WOODIE RANCH LANE
ROCKFORD, IL  61114

JOYCE CORLETT
5197 OAKRIDGE DR
HAMBURG, NY  14075

JOYCE CORREIA
54 HEATHERWOOD DRIVE
COLCHESTER, CT  06415

JOYCE COSTELLO
7844 EAGLES FLIGHT LANE
FORT MYERS, FL  33912

JOYCE COTE
27 WESSON ST
NORTH GRAFTON, MA  01536

JOYCE CREWS
1785 CREWS LANE
CHAPIN, IL  62628

JOYCE DAILEY
4327 CREW HOOD ROAD
GIRARD, OHIO  44420

JOYCE DANELIUS
65 LINCOLN RD
SUTTON, MA  01590

JOYCE DAVIDSON MACLEOD
1800 LAXTON CRESENT
OTTAWA, ON  K2C2N3

JOYCE DAVIDSON
7721 BLUFF BLVD
ZOLFO SPRINGS, FL  33890

JOYCE DE LA TORRE
PO BOX 51-1703
PUNTA GORDA, FL  33951

JOYCE DISANO
11 GATE 6 CAROLINA SHORES
CALABASH, NC  28467

JOYCE DONOVAN
45 EAST CIRCLE DR
EAST LONGMEADOW, MA  01028

JOYCE DUBIN
2127 SO FIRST AVE
WHITEHALL, PA  18052

JOYCE DUBIN
PO BOX 350
WHITEHALL, PA  18052

JOYCE E BENNETT
1191 BAY DR
DIXON, IL  61021

JOYCE E SCOTT
3316 WINDMILL LANE
KALAMAZOO, MI  49004

JOYCE E WALTERS
7259 WEST S AVENUE
SCHOOLCRAFT, MI  49087

JOYCE EAGAN
2890 WALCK DR
NORTH TONAWANDA, NY  14120

JOYCE ELLIS
101 BLOOD RD
CHARLTON,   01507

JOYCE ELLIS
101 Blood Rd
CHARLTON, MA  01507

JOYCE ELLIS
101 Blood Rd
CHARLTON, MA  01507-5129

| |
|---|
| JOYCE FITZGERALD<br>12 STONINGTON DR<br>WILBRAHAM, MA 01095 |
| JOYCE FITZGERALD<br>46 CENTER SQUARE<br>EAST LONGMEADOW, MA 01028 |
| JOYCE FOSTER<br>23-99 LINWELL RD<br>ST CATHARINES, ON L2N 1R6 |
| JOYCE FRIZZELL<br>700 CR-630A    LOT 255<br>FROSTPROOF, FL 33843 |
| JOYCE GODFREY<br>78 WOODLAND ROAD<br>HOLDEN, MA 01520 |
| JOYCE GORDON<br>97 WESTFORD RD<br>MILTON, VT 05468 |
| JOYCE GRAVEL<br>30 SUZANNE TER<br>NORTH GRAFTON, MA 01536 |
| JOYCE HALLWORTH<br>253 SANTAS VILLAGE RD<br>BRACEBRIDGE, ON P1L 1W8 |
| JOYCE HEALY<br>503 37TH AVENUE<br>LASALLE, QC H8P 3A4 |
| JOYCE HEINRICH<br>662 CHESTNUT STREET<br>BRIDGEVILLE, PA 15017 |
| JOYCE HENDRICKS<br>6828 EVERGREEN STREET<br>PORTAGE, MI 49024 |
| JOYCE HOROBETZ<br>319 EAST 14TH STREET<br>HAMILTON, ON L9A 4C1 |
| JOYCE HURLEY<br>36 DESOTA DR<br>SPRINGFIELD, IL 62711 |
| JOYCE HYDE<br>641 E HOOK N SINKER DRIVE<br>AVON PARK, FL 33825 |
| JOYCE I STUART<br>242 B THISTLEGLEN PLACE<br>WATERLOO, ON N2T 2A7 |
| JOYCE JACOBS<br>3102 E ANTHONY<br>URBANA, IL 61802 |
| JOYCE JACOBS<br>PO BOX 780<br>KAHNAWAKE, QC J0L 1B0 |
| JOYCE KING<br>943 COLUMBIA TER<br>PORT CHARLOTTE, FL 33948 |
| JOYCE L CRAZE<br>300 S WASHINGTON AVE 91<br>FORT MEADE, FL 33841 |
| JOYCE LA MARRE<br>2627 ST MICHEL AVE<br>MELBOURNE, FL 32935 |
| JOYCE LAMBERT<br>845 BARN OWL COURT<br>MYRTLE BEACH, SC 29579 |
| JOYCE LAMBERT<br>845 BARN OWL CT<br>MYRTLE BEACH, SC 29579 |
| JOYCE LEW<br>6902 HICKORY POINT DRIVE WEST<br>PORTAGE, MI 49024 |
| JOYCE LIZOTTE<br>179 SOUTH WINDS DR<br>SARASOTA, FL 34231 |
| JOYCE LIZOTTE<br>179 SOUTHWINDS DR<br>SARASOTA, FL 34231 |
| JOYCE LOMBARDI<br>1701 MONCKS CORNER<br>THE VILLAGES , FL 32162 |
| JOYCE LONERGAN<br>320 S JAMES ST<br>TREMONT, IL 61568 |
| JOYCE LOUDON<br>5604 WOODWIND HILLS DRIVE<br>LAKELAND, FL 33812 |
| JOYCE LUNDQUIST<br>967 W BAILEY RD<br>NAPERVILLE, IL 60565 |

JOYCE LUONGO
2474 BRENTWOOD RD
UNION, NJ  07083

JOYCE LYNCH
11-25 125 STREET
COLLEGE POINT, NY  11356

JOYCE M CAMPAGNA
262 WEST TOWNSEND RD
LUNENBURG, MA  01462

JOYCE M COWAN
2-121 GLEN MORRIS DR
ST CATHARINES, ON  L2T4C5

JOYCE M KRAUT
26173 STILLWATER CIRCLE
PUNTA GORDA, FL  33955

JOYCE MACPHERSON
BOX 335
SMITHVILLE, ONTARIO  L0R2A0

JOYCE MADDEN
5167 VAPTIST RD
PIT, PA  15236

JOYCE MAFFEO
46 THERESA AVE
LEOMINSTER, MA  01453

JOYCE MARVIN
44 MARGIN STREET
WORCESTER, MA  01604

JOYCE MATLOCK
128 FLAME VINE WAY
GROVELAND, FL  34736

JOYCE MAVIGILA
189 FREEDOM MARKSBORO RD
NEWTON , NJ  07860

JOYCE MCCRACKEN
148 WEBB DR
WASHINGTON, PA  15301-6414

JOYCE MCELROY
16990 PINE LAKE RD
BELOIT, OH  44609

JOYCE MCGEE
13 NANCY
AUBURN, MA  01501

JOYCE MCKEE
PO BOX 851001
DALLAS, TX  75285-1001

JOYCE MCMILLAN
4 SPRING LANE
FRAMINGHAM, MA  01701

JOYCE MELENDY
9 HERMOSA DRIVE
SOUTH EASTON, MA  02375

JOYCE MIGNOSA
24378 FOLKSTONE AVE
PORT CHARLOTTE, FL  33980

JOYCE MILLER
18 MAPLE STREET
FAIRCHANCE, PA  15436

JOYCE MILLER
3-2165 ITABASHI WAY
BURLINGTON, ON  L7M0A2

JOYCE MONAHAN
9835 WINCHESTER COURT
MURRELLS INLET, SC  29576

JOYCE MORLAN
3112 RIDGE CREST DRIVE
BLOOMINGTON, IL  61704

JOYCE MUNCHGESANG
25 HIGGINS ROAD
LAKE GEORGE, NY  12845

JOYCE NARDULLI
501 MILL BANK LANE
SPRINGFIELD, IL  62704

JOYCE NEELY
115 LAWNVIEW DRIVE
FREEDOM, PA  15042

JOYCE NEFF
129 JULIANA COURT
COLUMBIA, IL  62236

JOYCE NELSON
188 GREENVILLE STREET
SPENCER, MA  01562

JOYCE NEWELL NIKITAS
579 FISHER ROAD
FITCHBURG, MA  01420

JOYCE OKEEFE
2 WAITE ST
OXFORD, MA  01540

JOYCE OLSON
266 WORCESTER RD
PRINCETON, MA  01541

JOYCE ORTON
33 PENNOCK RD
ASHLAND, MA  01721

JOYCE OSTROWSKI
97 GRAFTON STREET
MILLBURY, MA  01527

JOYCE OUELLETTE
22 LINDA DR
PLAINVILLE, CT  06062

JOYCE PHELAN
1224 S PENINSULA DR
DAYTONA BEACH, FL  32118

JOYCE PONZETTI
617 SIENNA
SCHAUMBURG, IL  60193

JOYCE PORT
9378 PINCKNEY LANE
MURRELLS INLET, SC  29576

JOYCE QUIMBY
10 POMONA AVE
TOWACO, NJ  07082

JOYCE RACE
PO BOX 3281
WINTER HAVEN, FL  33885

JOYCE RAINE
937 RIDGE DRIVE
AUBURNDALE, FL  33823

JOYCE REAL
959 LAM KIN STREET
HIGHGATE CTR, VT  05459

JOYCE REDMERSKI
1119 N HIGHLAND AVENUE
PITTSBURGH, PA  15206

JOYCE REED
25223 GARDNER RD
WAUCONDA, IL  60084

JOYCE REETZ
5865 SAND CREEK HIGHWA
SAND CREEK, MI  49279

JOYCE REGONI
446 MOWER STREET
WORCESTER, MA  01602

JOYCE RIGGS
42 ELM STREET
PERU, NY  12972

JOYCE ROSS
1614 SAIL DRIVE
KISSIMMEE, FL  34759

JOYCE ROSSKOPF
2333 GLENSIDE AVE
NORWOOD, OH  45212

JOYCE SCHOONMAKER
1210 ROSEDALE ST
MAUMEE, OH  43537

JOYCE SHEPARDSON
14 REDSTONE PLACE
STERLING, MA  01564

JOYCE SHEPARDSON
14REDSTONE PLACE
STERLING, MA  01564

JOYCE SIEGEL
5 MAYFAIR LANE
BUFFALO, NY  14201

JOYCE SMALLEY
39 EDGEWATER DR
STONEY CREEK , ON  L8E4Z2

JOYCE SMITH
215 S DYE
VIRDEN, IL  62690

JOYCE SNOOR
12211 S W KINGSWAY CR
LAKE SUZY, FL  34269

JOYCE SNORR
12211 S W KINGSWAY CR
LAKE SUZY, FL  34269

JOYCE ST JEAN
1772 SOUTH ROAD
MARLBORO, VT  05344

JOYCE STARR
11500  EAST YATES CTR RD
LYNDONVILLE, NY  14098

JOYCE STEPHENS
84 SPERRY ROAD
CORNWALL, VT  05753

| |
|---|
| JOYCE SUMMERS<br>1302 COLLINS ST<br>CONWAY, SC  29526 |
| JOYCE SUMMERS<br>1302 COLLINS STREET<br>CONWAY, SC  29526 |
| JOYCE SUPLICA<br>1347 THORNAPPLE DR<br>OSPREY, FL  34229 |
| JOYCE SUPLICA<br>4235 ROXANE BLVD<br>SARASOTA, FL  34235 |
| JOYCE SWISHER<br>324 SPOONBILL DR<br>SEBRING, FL  33875 |
| JOYCE TEEUWEN<br>22 PIMLICO DR<br>DUNDAS, ON  L9H 6J5 |
| JOYCE THEBODO<br>65 BURNCOAT LANE<br>LEICESTER, MA  01524 |
| JOYCE TIMM<br>10196 CRICKLEWOOD CT<br>PORTAGE, MI  49024 |
| JOYCE TOMPKINS<br>202 CHATSWORTH DRIVE<br>SOMERSET, NJ  08873 |
| JOYCE URAM<br>37 SCHLEY STREET<br>GARFIELD, NJ  07026 |
| JOYCE UTTERBACK<br>5400 CRANE DRIVE<br>SPRINGFIELD, IL  62711 |
| JOYCE VAIL<br>2669 MAIN ST<br>NEWFANE, NY  14108 |
| JOYCE VALERI<br>33 GAFIELD STREET<br>LEOMINSTER, MA  01453 |
| JOYCE VALERI<br>33 GARFIELD STREET<br>LEOMINSTER, MA  01453 |
| JOYCE VAN ATTA<br>8521 N 14TH ST<br>KALAMAZOO, MI  49009 |
| JOYCE VERNA<br>44 PARK STREET<br>WRENTHAM, MA  02093 |
| JOYCE VOS<br>8190 GLENWYND<br>KALAMAZOO, MI  49009 |
| JOYCE W AGLE<br>4613 SIX MILE POND RD<br>ZEPHYRHILLS, FL  33541 |
| JOYCE WAHL<br>137 ROCKDALE DRIVE<br>AMERHURST, NY  14228 |
| JOYCE WAHL<br>137 ROCKDALE DRIVE<br>AMHERST,   14228 |
| JOYCE WAHL<br>137 ROCKDALE DRIVE<br>AMHERST, NY  14228 |
| JOYCE WALTERS<br>7259 WEST S AVENUE<br>SCHOOLCRAFT, MI  49087 |
| JOYCE WARREN<br>3013 WINTERWOOD DR<br>SPRINGFIELD, IL  62704 |
| JOYCE WATTS<br>5071 GULL ROAD<br>KALAMAZOO, MI  49048 |
| JOYCE WEST<br>387 FAIRLAWN CR<br>BURLINGTON, ON  L7L 2A9 |
| JOYCE WEST<br>387 FAIRLAWN CRES<br>BURLINGTON, ON  L7L 2A9 |
| JOYCE WESTBROOK<br>3B APPOMATOX AVE<br>JACKSONVILLE, IL  62650 |
| JOYCE WEYMAN<br>815 JEFFERSON DRIVE<br>PITTSBURGH, PA  15229 |
| JOYCE WHITE WESTBROOK<br>3 B APPOMATOX AVE<br>JACKSONVILLE, IL  62650 |

JOYCE WHITE WESTBROOK
3 B APPOMATOX
JACKSONVILLE, IL  62650

JOYCE WILES
2628 EAST SHORE
PORTAGE, MI  49002

JOYCE WOOD
1431 LAKESHORE RD
BURLINGTON, ON  L7S 1B4

JOYCE YAKOVAC
4783 MILESTRIP ROAD
BLASDELL, NY  14219

JOYCE YODICE
8817SHADYBRANCHROAD
MYRTLEBEACH, SC  29588

JOYCE YONKER
1734 THRUSHWOOD AVENUE
PORTAGE, MI  49002

JOYCE ZIEMBO
11095 WINDE LANE
LANCASTER, NY  14086

JOYE SHUMAKER
119 EDGAR ST
PETROLIA, PA  16050

JP BRUNET
48 SPELLMAN RD.
PLATTSBURGH, NY  12901

JR MCALLISTER
12982 APPLEWOOD DR
HUNTLEY, IL  60142

JROCH CLICHE
715 DE NEUILLY
ST-NICOLAS, QC  G7A1R8

JT JOHNS
1890 IONE LANE
AURORA, IL  60503

JUACOB GERSTENFELD
1109 GRAND CAY DRIVE
PALM BEACH GARDENS , FL  33418

JUAN JOSE ORTEGA
P O BOX 1393
NEW SMYRNA BEACH, FL  32170

JUAN MUNIZ
1110 SE 22ND TERRACE
CAPE CORAL, FL  33990

JUAN ORTEGA
P O BOX 1393
NEW SMYRNA BEACH, FL  32170

JUAN ORTEGA
PO BOX 1393
NEW SMYRNA BEACH, FL  32170

JUAN QUIZHPI
13 MONTROSE ST
WORCESTER , MA  01610

JUAN RIVERA
46 FILBERT COURT
STOUFFVILLE, ON  L4A0R7

JUAN TORRES
8286 SETTLERS CREEK LOOP
LAKELAND, FL  33810

JUANITA BLENNAN
11703 YORK RD
SILVERCREEK, NY  14136

JUANITA MEWHINNEY
689 DRUMMOND DR
PORT ELGIN, ON  N0H2C3

JUANITA MUNOZ
476 CREEK ROAD
CHAMPLAIN, NY  12919

JUANITA SEBENS
4406 REFLECTIONS PKWY
SARASOTA, FL  34233

JUANITA STUHAN
425 S BROTON RD
MUSKEGON, MI  49442

JUDE BERTRAND
1216 RANG DU BORD DE LEAU
SABREVOIS, QC  J0J 2G0

JUDE MATTERO
1490 NORTH ROAD
DAYVILLE, CT  06241

JUDE PAUL
42 BLUE SPRUCE STREET
BRAMPTON, ON  L6R1C5

JUDI ABER
22276 HARBOR OAKS BLVD
PUNTA GORDA, FL  33983

JUDI ABER
27226 HARBOUR OAKS BLVD
PUNTA GORDA, FL 33983

JUDI ABR
27226 HARBOUR OAKS BLVD
PUNTA GORDA, FL 33983

JUDI HALVERSON
5602 COUNTY RD K
BLUE MOUNDS, WIS 53517

JUDI HALVERSON
PO BOX 308
MAZOMANIE, WI 53560

JUDI KELLY
4887 ELMWOOD DRIVE
PITTSBURGH, PA 15227

JUDI OLDMAN
29 BRANTHAVEN CRT
BROOKLIN,  L1M 0B2

JUDI ROHRER
4121 MAIN STREET
HILLIARD, OH 43026

JUDI ROHRER
6846 SCIOTO DARBY ROAD
HILLIARD, OH 43026

JUDI SCHOENBERG
59 GATES STREET
FRAMINGHAM, MA 01702

JUDI VANDYKE
1500 QUINCY
GRANDVILLE, MI 49418

JUDIE BOWERBANK
25 DEER RIDGE RD
GOODWOOD, ON L0C 1A0

JUDIE HUNTER
806-E HARTFORD RD
MANCHESTER, CT 06040

JUDITH      I NOAR
1 SEASONS DR
HOLDEN, MA 01520

JUDITH      I NOAR
7627 NORTHPORT DR
BOYNTON  BEACH, FL 33472

JUDITH A BEALL
5500 GUILFORD RD
ROCKFORD, IL 61107

JUDITH A KALAS
24711 BUCKINGHAM WAY
PORT CHARLOTTE, FL 33980

JUDITH A MAXIM
15949 BLUE SKIES DRIVE
NORTH FORT MYERS, FL 33917

JUDITH A PETERSON
4306 WAKE ROBIN DR
SHELBURNE, VT 05482

JUDITH A STALLONS
10891 WHISPERING PINES WAY
ROCKFORD, IL 61114

JUDITH ADAMS
233 W MICHIGAN AVE
GALESBURG, MI 49053

JUDITH ADDY
1011 MACTURNBULL DRIVE
ST CATHARINES,  L2S4C9

JUDITH ADDY
1011 MACTURNBULL DRIVE
ST CATHARINES, ON L2S4C9

JUDITH AIDI
2948 BARRYMORE CT
ORLANDO, FL 32835

JUDITH ANDERSON
1536 LIBERTY LANE
HASTINGS, MI 49058

JUDITH ANDERSON
POB 17497
PITTSBURGH, PA 15235

JUDITH ANDOLSEK
PO BOX 188
COLLINS, NY 14034

JUDITH ANN THRASHERPARK
6026 N CHANTICLEER DR
MAUMEE, OH 43537

JUDITH ANTONACCI
1712 JOSEPHINE PL
SPRINGFIELD, IL 62704

JUDITH ANTOSCA
4565 FIRETHORNE DRIVE
MURRELLS INLET, SC 29576

JUDITH ARLEN
2096 NORTHSTAR DRIVE
DUBUQUE, IA  52002

JUDITH BABA
4341 HICKORY WOOD DR
COLUMBUS, OH  43228

JUDITH BAER
16 FAIR STREET
UXBRIDGE, MA  01569

JUDITH BAKER
5161 BRIERCLIFF DRIVE
HAMBURG, NY  14075

JUDITH BANIONIS
25 WILLOW GROVE RD
BRUNSWICK, ME  04011

JUDITH BARILARO
522 CORNELL DRIVE
ALIQUIPPA, PA  15001

JUDITH BEITLE
36 SUNNYRIDGE TRAIL
ENNISKILLEN, ON  L0B 1J0

JUDITH BELLAVANCE
978 NETTLES BLVD
JENSEN BEACH, FL  34957

JUDITH BENNETT
2028 WINTERS DRIVE
KALAMAZOO, MI  49002

JUDITH BENNETT
2033 KOWAL AVENUE
NORTH PORT, FL  34288

JUDITH BENNETT
2033 KOWALL AVENUE
NORTH PARK, FL  34288

JUDITH BERGER
24056 PARK PLACE DRIVE SOUTH
PORT CHARLOTTE, FL  33980

JUDITH BERNSTEIN
26 ELMIRE
WORCESTER,   01604

JUDITH BIBA
9910 NORTH EDGEWOOD SHORES RD
EDGERTON, WI  53534

JUDITH BODEY
940 GILLESPIE ST
ENGLEWOOD, FL  34223

JUDITH BOMBACI
74 RESERVOIR ST
BOYLSTON, MA  01505

JUDITH BOUDREAU
3029 GLENCREST ROAD
BURLINGTON, ON  L7N 3K1

JUDITH BOYLE
2935 N 88TH ST
MESA, AZ  85207

JUDITH BRANHAM
7174 WIGHT RD
BASOM, NY  14013

JUDITH BRENNAN
12 OAKWOOD
AUBURN, MA  O1501

JUDITH BREZNER
88 POOR STREET
ANDOVER, MA  01810

JUDITH BRIGGS
29 TROY ST
WEST HARTFORD, CT  06119

JUDITH BROGAN
12 COLLIER CIRCLE
SPENCER, MA  01562

JUDITH BUNK
30 WANAKAH
HAMBURG, NY  14075

JUDITH BURKE
22850 RIVER CHASE LANE
DEFIANCE, OH  43512

JUDITH BURNS
39  HARJARN RD
BILLERICA, MA

JUDITH BUSCH
1641 ALPHA ST
PALM BAY, FL  32907

JUDITH C JULIEN
58892 ASH ROAD
THREE RIVERS, MI  49093

JUDITH CALL
127 BRIDLEWOOD DRIV
LOCKPORT, NY  14094

| |
|---|
| JUDITH CARLSON<br>4 TUCKER ROAD<br>HOLDEN, MA 01520-2036 |
| JUDITH CASERTA<br>546 EAST OAK TERRACE<br>YOUNGSTOWN, NY 14174 |
| JUDITH CHAPPANO<br>106 PAULMAN<br>MINGO JUNCTION, OH 43938 |
| JUDITH CHUDIGIAN<br>15 BALFOUR STREET<br>LEXINGTON, MA 02421 |
| JUDITH CIRELLI<br>21 DALEVILLE RD<br>WILLINGTON, CT 06279 |
| JUDITH CLANCY<br>17 FOXFIRE DRIVE<br>PLATTSBURGH, NY 12901 |
| JUDITH CLARK<br>37 SHORE ROAD<br>NORTH BROOKFIELD, MA 01535 |
| JUDITH CLARK<br>696 MILLBANK DR<br>LONDON, ON N6E1S2 |
| JUDITH CLARK<br>RR 1<br>INNERKIP, ON N0J 1M0 |
| JUDITH CLARKE<br>83 RIVER FARMS DRIVE<br>WEST WARWICK, RI 02893 |
| JUDITH CLYNE<br>39549 N CAMBRIDGE BLVD<br>BEACH PARK, IL 60083 |
| JUDITH COLLINS<br>37 WEST SUMMIT ST<br>SOUTH HADLEY, MA 01075 |
| JUDITH CONDA<br>29717 SUSSEX RD<br>PERRYSBURG, OH 43551 |
| JUDITH CONVERSE<br>920 CATFISH CREEK ROAD<br>LAKE PLACID, IN 33852 |
| JUDITH CRANE<br>5833 SINCLAIR RD<br>COLUMBUS, OH 43229 |
| JUDITH CRAWFORD<br>29200 JONES LOOP ROAD<br>PUNTA GORDA, FL 33950 |
| JUDITH CRAWFORD<br>29200 JONES LOOP ROAD<br>PUNTA GORDA, FL 33950 |
| JUDITH CROSS<br>5801 CRYSTAL LAKE LANE<br>NORTH FORT MYERS, FL 33917 |
| JUDITH CROUCH<br>308 WINDERMERE AVE<br>TORONTO, ONTARIO M6S 3K7 |
| JUDITH CUMMINGS<br>27 LINDHURST DRIVE<br>LOCKPORT, NY 14094 |
| JUDITH CUNNINGHAM<br>6708 PRESTON DR<br>SPRINGFIELD, IL 62711 |
| JUDITH D DESROCHERS<br>7850 DES SOUPIRS<br>LAVAL, QC H7A0B8 |
| JUDITH D JAQUA<br>1381 AYERSWOOD CT<br>WINTER SPRINGS, FL 32708 |
| JUDITH D MOULTON<br>568 KEMP RD<br>HAMPTON, CT 06247 |
| JUDITH DAUDELIN<br>32 MENDON STREET<br>HOPEDALE, MA 01747 |
| JUDITH DESANTIS<br>9 PIKES HILL RD<br>STERLING, MA 01564 |
| JUDITH DEYO<br>200 MANGROVE BAY CT<br>OCOEE, FL 34761 |
| JUDITH DILLON<br>480 LAKE STREET<br>SHREWSBURY, MA 01545 |
| JUDITH DISCHEL<br>19 MAIN STREET<br>MATTAPOISETT, MA 02739 |

| |
|---|
| JUDITH DISCHEL<br>6 CLINTON PLACE<br>NEW BEDFORD, MA  02740 |
| JUDITH DJELAJ<br>30 KENNINGHALL BLVD<br>MISSISSAUGA, ON  L5N 1J4 |
| JUDITH DONNELLAN<br>384 PLEASANT ST<br>ISLAND POND, VT  05846 |
| JUDITH DOW<br>1051 CREEK NINE DRIVE<br>NORTH PORT, FL  34291 |
| JUDITH DOWNING<br>11376 FOREMAN FARMS CT<br>LOWELL, MI  49331 |
| JUDITH DUCHARME<br>1668 ESTEVAN RD<br>LONDON, ON  N5X2G9 |
| JUDITH DUKEN<br>3 SUMMER HILL COURT<br>PLATTSBURGH, NY  12901 |
| JUDITH DUNLOP<br>1200 KINGS HIGHWAY LOT 26<br>PORT CHARLOTTE, FL  33980 |
| JUDITH DUNLOP<br>2100 KINGS HIGHWAY LOT 26<br>PORT CHARLOTTE, FL  33980 |
| JUDITH DUNLOP<br>2100 KINGS HIGHWAY<br>PORT CHARLOTTE, FL  33980 |
| JUDITH DUNLOP<br>422 TALLWOOD DR<br>ORILLIA, ON  L3V2G9 |
| JUDITH DUVAL<br>1037 VIEW POINT COURT<br>MINNEOLA, FL  34715 |
| JUDITH DYER<br>PO BOX 415<br>PEAPACK, NJ  07977 |
| JUDITH E BARLOW<br>1037 STALL DRIVE<br>FINDLAY, OH  45840 |
| JUDITH EAGER<br>22078 WOODHENGE DR<br>MATTAWAN, MI  49071 |
| JUDITH EGAN<br>27 ALTAIR DR<br>GETZVILLE, NY  14068 |
| JUDITH ELLIOTT<br>2456 WHETSTONE LN<br>MYRTLE BEACH, SC  29579 |
| JUDITH FACTEAU<br>1755 ST RT 22B<br>MORRISONVILLE, NY  12962 |
| JUDITH FEATHERSTON<br>13500 VISTA DEL LAGO BLVD<br>CLERMONT, FL  34711 |
| JUDITH FELDER<br>PO BOX 181<br>REDWOOD, NY  13679 |
| JUDITH FELL<br>584 DAYTONA DR<br>FORT ERIE, ON  L2A4Z4 |
| JUDITH FINN<br>393 GEORGE STREET<br>MILTON, ON  L9TIT2 |
| JUDITH FINNEMAN<br>287 W TOWERING OAKS CIRCLE<br>MUSKEGON, MI  49442 |
| JUDITH FISHER<br>397 VERMILLION DR<br>LITTLE RIVER, SC  29566 |
| JUDITH FLEMING<br>4485 CHESTNUTRD<br>WILSON, NY  14172 |
| JUDITH FOSKETT<br>9 FRIAR TUCK LANE<br>OXFORD, MA  01540 |
| JUDITH FOSTER<br>2466 ARUGULA<br>NORTH PORT, FL  342898 |
| JUDITH FRANZETTA<br>1064 VESTRY DRIVE<br>MURRELLS INLET, SC  29576 |
| JUDITH FRIZZI<br>57500 NEW CUT ROAD<br>SHADYSIDE, OH  43947 |

JUDITH FULTON
1763 ASHLAND ROAD
ASHLAND, IL  62612

JUDITH GAMBEL
1922 7TH STREET
ROCKFORD, IL  61104

JUDITH GAMBREL
1922 7TH STREET
ROCKFORD, IL  61104

JUDITH GARRY
29 RIDGEWOOD ROAD
WORCESTER, MA  01606

JUDITH GATTO
4910 ISHERWOOD DR
NIAGARA FALLS, NY  14305

JUDITH GAUTHIER
7 GARRISON HEIGHTS DR
OXFORD, MA  01540

JUDITH GEIGER
417 SOUTH HILLS DRIVE
BATTLE CREEK,   49015

JUDITH GEORGE
1423 WINTERS DR
PORTAGE, MI  49002

JUDITH GIARD
2233 PRINCIPALE
STE-JULIE, QC  J3E 2L7

JUDITH GRANDITS
27 GOLDEN MEADOW DR
PORT DOVER, ON  N0A1N3

JUDITH GRANDSTAFF
602A 26TH AVE SOUTH
NORTH MYRTLE BEACH, SC  29582

JUDITH GROSSMAN
1 GLEN ROAD
HUDSON, MA  01749

JUDITH HAMILL
7798 10TH LINE RR3
THORNTON, ON  L0L 2N0

JUDITH HANSON
817 BOUNDARY BLVD
ROTONDA WEST, FL  33947

JUDITH HARDIE
37 SHEARER AVE
EAST AURORA, NY  14052-1620

JUDITH HARLING
P O BOX 531
ASHKUM, IL  60911

JUDITH HARMAN
1012 RAVINA
CHATHAM, IL  62629

JUDITH HARRINGTON
15 SUNRISE CT
CAROLINA SHORES, NC  28467

JUDITH HARTMAN
69654 FRANKLIN DR
STURGIS, MI  49091

JUDITH HARTT
1210 MOHAWK DR
PORT CHARLOTTE, FL  33952

JUDITH HATZO
67 JEFFERSON RIDGE R
PATASKALA, OH  43062

JUDITH HAWKINS
PO BOX 72
SWANTON, OH  43558

JUDITH HEISER
3120 GALVAR RD
SUPPLY, NC  28462

JUDITH HENDERSON
3512 THORNWOOD DRIVE
BETHEL PARK, PA  15102

JUDITH HORTON
14 RAINBOW LANE
MASHPEE, MA  02649

JUDITH HUGHES
563 LYNDEN RD
TROY, ONT  L0R2B0

JUDITH HUGHES
992 OLD PLANTATION DRIVE
PAWLEYS ISLAND, SC  29585

JUDITH HUGO
494 NATURE TRAIL
LITTLE RIVER , SC  29566

JUDITH JANDA
84 ALBRIGHT RD
STERLING, MA  01564

| |
|---|
| JUDITH JANIS<br>16 ROSSITER AVE<br>DEPEW, NY  14043 |
| JUDITH JOHNSON<br>21 MIDDLESEX AVE<br>WORCESTER, MA  01604 |
| JUDITH JONES<br>2735 MESTA ST<br>BETHEL PARK, PA  15102 |
| JUDITH JONES<br>2816 JANEWAY DRIVE<br>NEW CASTLE, PA  16105 |
| JUDITH JUDGE<br>19129 INDIAN WELLS COURT<br>NORTH FORT MYERS, FL  33903 |
| JUDITH JUDGE<br>19129 INDIAN WELLS CT<br>NO FT MYERS, MA  33903 |
| JUDITH JUDGE<br>19129 INDIANWELLS COURT<br>NORTH FORT MYERS, FL  33903 |
| JUDITH JUDGE<br>653 WESTMINSTER HILL RD<br>FITCHBURG, MA  01420 |
| JUDITH KAPETANIOS<br>2548 GALLIANO CIRCLE<br>WINTER PARK, FL  32792 |
| JUDITH KAYNE<br>4026 CRESCENT DRIVE<br>NORTH TONAWANDA, NY  14120 |
| JUDITH KEICHER<br>948 FRENCH RD<br>BUFFALO, NY  14227 |
| JUDITH KELLEY<br>3721 SURFSIDE BLVD<br>CAPE CORAL, FL  33914 |
| JUDITH KENNEY<br>36 WAYSIDE ROAD<br>HEWITT, NJ  07421 |
| JUDITH KIERNAN<br>221 BYRON ROAD<br>MERIDEN, CT  06451 |
| JUDITH KINNER<br>270 COLD SPRING RD<br>MILTON, VT  05468 |
| JUDITH KINNEY<br>2703 TANAGER LANE<br>ENGLEWOOD, FL  34224 |
| JUDITH KLIEWER<br>377 FARM VIEW DRIVE<br>EAST EARL, PA  17519 |
| JUDITH KONING<br>9429 CHAPEL<br>PORTAGE, MI  49024 |
| JUDITH KONRAD<br>4838 HOMERDALE AVE<br>TOLEDO, OH  43623 |
| JUDITH KOZO<br>5549 AMOROSO DRIVE<br>FT MYERS, FL  33919 |
| JUDITH KRAUSS<br>14860 CANAAN DRIVE<br>FORT MYERS, FL  33908 |
| JUDITH KURTH<br>336 N PARK ST<br>REEDSBURG, WI  53959 |
| JUDITH L BOYN<br>3136 BOXWOOD COURT<br>ELKHART, IN  46514 |
| JUDITH L NEIL<br>315 DOVER AVE<br>PORT DOVER, ON  N0A1N4 |
| JUDITH L ROSS<br>456 MACNAB ST N<br>HAMILTON, ON  L8L 1L7 |
| JUDITH L VANNOSTRAND<br>68 KINSEY AVE<br>KENMORE, NY  14217-1904 |
| JUDITH LACROIX<br>62 RATTAN CIRCLE<br>PAWLEYS ISLAND, SC  29585 |
| JUDITH LAFAVE<br>4473 TRAIL VIEW DR NE<br>GRAND RAPIDS , MI  49525 |
| JUDITH LANDERS<br>1713 RIVER HILLS DR<br>FLEMING ISLAND, FL  32003 |

| |
|---|
| JUDITH LANDERS<br>1713 RIVER HILLS DRIVE<br>FLEMING ISLAND, FL  32003 |
| JUDITH LANGLOIS<br>39 FIRST STREET B808<br>WORCESTER, MA  01602 |
| JUDITH LASLEY<br>1958 CHERRYVALE CT<br>TOMS RIVER, NJ  08755 |
| JUDITH LAWSON<br>39 OLD MILL ROAD<br>TORONTO, ON  M8X1G6 |
| JUDITH LEBLANC<br>88 CRESTWOOD DRIVE<br>GARDNER, MA  01440 |
| JUDITH LEBLANC<br>P.O. BOX 494643<br>PORT CHARLOTTE, FL  33949 |
| JUDITH LEES<br>281 GUYATT RD RR 1<br>BINBROOK, ON  L0R1C0 |
| JUDITH LEES<br>281 GUYATT RD RR 1<br>BINBROOK, ON  L0R-1C0 |
| JUDITH LEES<br>281 GUYATT RD RR1<br>BINBROOK, ON  L0R1C0 |
| JUDITH LEES<br>281 GUYATT RD<br>BINBROOK, ON  L0R 1C0 |
| JUDITH LEES<br>281 GUYATT RD<br>BINBROOK, ON  L0R1C0 |
| JUDITH LEES<br>382 GUYATT RD RR1<br>BINBR4OOK, ON  L0R1C0 |
| JUDITH LEES<br>6 CHAMBERLAIN ROAD<br>SHREWSBURY, MA  01545 |
| JUDITH LEFEBVRE<br>19 ROUTE GRAND-CAPSA<br>STE-CATHERINE-J-C, QC  G3N1P6 |
| JUDITH LEHTOMAKI<br>110 LEE STREET<br>ATHOL, MA  01331 |
| JUDITH LEONARDO<br>3186 GARDNER ROAD<br>MARCELLUS , NY  13108 |
| JUDITH LEVAY<br>10 APPLE COURT<br>WELLAND, ON  L3C6B7 |
| JUDITH LEWANDOWSKI<br>66 ROYAL HENLEY BLVD<br>ST CATHARINES, ON  L2N 4S1 |
| JUDITH LITTELL<br>315 MCKINNEY DRIVE<br>MOON, PA  15108 |
| JUDITH LITTERIO<br>42 SWETT HILL ROAD<br>STERLING, MA  01564 |
| JUDITH LIVAK<br>28 STRATFORDSHIRE DR<br>SUSSEX, NJ  07461 |
| JUDITH LOMELINO<br>1200 TEAHOUSE DR<br>CLEARWATER, FL  33764 |
| JUDITH LUNN<br>304 ALBANY STREET<br>FORT ERIE, ON  L2A1L9 |
| JUDITH LYNCH<br>12 DOUGLAS AVE<br>BURLINGTON, MA  01803 |
| JUDITH LYON<br>1101 GRTACELAND<br>FINDLAY, OH  45840 |
| JUDITH M GAUGHAN<br>72 RIVER RD<br>WESTON, MA  02493 |
| JUDITH M MARR<br>730 E GIBSON STREET<br>NEW BERLIN, IL  62670 |
| JUDITH M STANDARD<br>1122 E BOSTON AVE<br>MONMOUTH, IL  61462 |
| JUDITH MACDUFF<br>PO BOX 278<br>PRINCETON, MA  01541 |

| |
|---|
| JUDITH MACNEIL<br>13397 MCLAUGHLIN RD<br>CALEDON, ON  L7C 2A2 |
| JUDITH MALONE<br>459 HOMESTEAD DR<br>N PONAWANDA, NY  14120 |
| JUDITH MALONE<br>459 HOMESTEAD DR<br>NORTH TONAWANDA, NY  14140 |
| JUDITH MALONEY BOYLE<br>104 AUDUBON DRIVE<br>ACTON, MA  01720 |
| JUDITH MARIE HILER<br>3750 COCKRELL LANE<br>SPRINGFIELD, IL  62711 |
| JUDITH MARKOWITZ<br>45 PARADOX DRIVE<br>WORCESTER, MA  01602 |
| JUDITH MARR<br>730 E GIBSON<br>NEW BERLIN, IL  62670 |
| JUDITH MARTINECK<br>31 TRAILS END<br>GRAND ISLAND, NY  14072 |
| JUDITH MATCHETT<br>14 JOSHUA RD<br>AMHERST, NH  03031 |
| JUDITH MATHIS<br>10168 LARKIN RD<br>N COLLINS, NY  14111 |
| JUDITH MCFADDEN<br>544 ALDERLY COURT<br>LITTLE RIVER, SC  29566 |
| JUDITH MCFAUL<br>551 GRANT ROAD<br>VENICE, FL  34293 |
| JUDITH MCPHEE<br>29 APPLETREE LANE<br>HOLDEN, MA  01520 |
| JUDITH MESSENGER<br>15652 SHADY LANE<br>THREE RIVERS, MI  49093 |
| JUDITH MEYER<br>1684 GOODRICH AVE<br>OLEAN, NY  14760 |
| JUDITH MILLS<br>7812 HUNT RD<br>SPRINGFIELD, IL  62712-8996 |
| JUDITH MILNE<br>824A THE QUEENSWAY<br>TORONTO, ON  M8Z1N5 |
| JUDITH MORAN<br>22 PALMER ROAD<br>FRAMINGHAM, MA  01702 |
| JUDITH MORDEN<br>5 POSTOAKS DR<br>MT HOPE, ON  L0R 1W0 |
| JUDITH MORDEN<br>5 POSTOAKS DR<br>MT HOPE, ON  LOR 1W0 |
| JUDITH MOSTERD<br>317 W 32ND STREET<br>HOLLAND, MI  49423 |
| JUDITH MULDOON<br>4593 MARSHWOOD DR<br>MYRTLE BEACH, SC  29579 |
| JUDITH MULLIN<br>1070 RIDGE WALK WAY<br>CALABASH, NC  28467 |
| JUDITH MULLIN<br>8728 HOLMES ROAD<br>ROME, NY  13440 |
| JUDITH MUND DISCHEL<br>PO BOX 646<br>MATTAPOISETT, MA  02739 |
| JUDITH MURPHY<br>40 LEBANON STREET<br>WORCESTER, MA  01603 |
| JUDITH NEIL<br>315 DOVER AVE<br>PORT DOVER , ON  N0A1N4 |
| JUDITH NOLAN POWELL<br>2179 STONY POINT RD<br>GRAND ISLAND, NY  14072 |
| JUDITH OCONNELL<br>17 CHARLES CIRCLE<br>STOUGHTON, MA  02072 |

JUDITH ONEIL
43 FALES STREET
WORCESTER, MA 01606

JUDITH OPPENHUIZEN
3281 JOHNSON CT
GRANDVILLE, MI 49418

JUDITH ORGAN
155 UN CATENA AVE
ORH, MA 01606

JUDITH OXTOBY
11068 BUCKHART RD
ROCHESTER, IL 62563

JUDITH PARRINO
4847 DOVE DRIVE
ZEPHYRHILLS, FL 33541

JUDITH PARRISH
15880 KENNEDY ROAD
AUBURN, IL 62615

JUDITH PEICH
416 HIGHLAND PARK AVE
CLINTON, WI 53525

JUDITH PELLETIER
91 HUMBERVALE BLVD
TORONTO, ON M8Y3P6

JUDITH PERDUE
304 RICHWAY DR
GARDEN CITY, SC 29576

JUDITH PETERSON
3122 VILLAGE GREEN DRIVE
AURORA, IL 60504

JUDITH PETROFF
335 NELSON TERRACE
MILLERSBURG, PA 17061

JUDITH POLL-DROSTE
358 SUNSET NORTHWEST AVE
GRAND RAPPEDS, MI 49504

JUDITH QUEEN
BOX 124
FREDERICKTOWN, PA 15333

JUDITH QUEEN
PO BOX 124
FREDERICKTOWN, PA 15333

JUDITH R ALLAN
POBOX 1129
BEAMSVILLE, ON L0R1B0

JUDITH R CRAWFORD
29200 JONES LOOP RD   LOT 601
PUNTA GORDA, FL 33950

JUDITH RAMEY
2231 NE 136TH STREET
NORTH MIAMI BEACH, FL 33181

JUDITH RANDALL
3311 E E AVE
KALAMAZOO, MI 49004

JUDITH RANDALL
3311 EAST E AVE
KALAMAZOO, MI 49004

JUDITH RANDALL
7206 BEECHWOOD CIRCLE
WATERVILET, MI 49098

JUDITH RATTE
916 IGLESIA
NORTH PORT, FL 34287

JUDITH RECKTENWALD
5451 CALIFORNIA AVENUE
BETHEL PARK, PA 15102

JUDITH RHOADES
3971 CAPITAL AVE SW 4
BATTLE CREEK, MI 49015

JUDITH RIEDIGER
3379 DAVEY CRT
VINELAND, ON L0R2C0

JUDITH RILEY
19900 128TH ST LOT 230
BRISTOL, WI 53104

JUDITH RILEY
19900 128TH ST LOT230
BRISTOL, WI 53104

JUDITH ROGERS
91 NICHOLAS DRIVE
BEAVER, PA 15009

JUDITH ROSE
11 SKYLARK COURT
EAST AMHERST, NY 14051

JUDITH ROSS
1495 N ROBERTS RD
MUSKEGON, MI 49445

| |
|---|
| JUDITH ROWLAND<br>20081 SEAGROVE ST 903<br>ESTERO, FL  33928 |
| JUDITH RUBEN<br>PO BOX 292<br>BRASHER FALLS, NY  13613 |
| JUDITH RUBENS<br>6856 OLEANDER LANE<br>PORTAGE, MI  49024 |
| JUDITH RUNNIION<br>422 NORTH 8TH ST<br>MARTINS FERRY, OH  43935 |
| JUDITH RUTELONIS<br>10 CAROLINE STREET<br>AUBURN, MA  01501 |
| JUDITH RUTHERFORD<br>16785 DONNELL LK ST<br>VANDALIA, MI  49095 |
| JUDITH RYLANDS<br>12 SANDALWOOD CRESCENT<br>ST DAVIDS, ON  L0S1P0 |
| JUDITH S UNICE<br>161 BUTTERMILK<br>HOPWOOD, PA  15445 |
| JUDITH SADWICK<br>N 98<br>LAKELAND, FL  33809 |
| JUDITH SARVIS<br>6732 FLEETWOOD DRIVE<br>COLUMBIA, SC  29209 |
| JUDITH SAVOY<br>723 WHITCOMB A<br>KALAMAZOO, MI  49008 |
| JUDITH SCHMIDT<br>6 CALYPSO CAY<br>VERO BEACH, FL  32966 |
| JUDITH SCHUITEMA<br>1606 BACON AVENUE<br>PORTAGE, MI  49002 |
| JUDITH SEILHEIMER<br>588 HIGHLAND AVE<br>BUFFALO, NY  14223-1625 |
| JUDITH SEPKA<br>2074 SW AARON LANE<br>PORT SAINT LUCIE, FL  34953-2103 |
| JUDITH SHAHIN<br>1271 WYOMING AVE<br>NIAGARA FALLS, NY  14305 |
| JUDITH SHARPE<br>1604 AVONMORE SQUARE<br>PICKERING, ON  L1V7H5 |
| JUDITH SHELEY<br>2202 CHURCHVIEW DR<br>ROCKFORD, IL  61107 |
| JUDITH SIMET<br>4418 WAVEBAND COURT<br>HAMBURG, NY  14075 |
| JUDITH SIMET<br>4418 WAVELAND<br>HAMBURG, NY  14075 |
| JUDITH SKUPAKA<br>190 DEER DRIVE<br>WASHINGTON, PA  15301 |
| JUDITH SMITH<br>3520 WEST RUN ROAD<br>MUNHALL, PA  15120 |
| JUDITH SOCORRO<br>611 SE 31ST LANE<br>CAPE CORAL, FL  33904 |
| JUDITH STAHL<br>2532 ESTERO BLVD<br>FT MYERS BEACH, FL  33931 |
| JUDITH STEELE<br>288 S REDWOOD LN<br>DECATUR, IL  62522 |
| JUDITH STILLWELL MORAN<br>6 RUTH STREET<br>LEOMINSTER, MA  01453 |
| JUDITH STRUZZI<br>1405 HEMPSTEAD COURT<br>NISKAYUNA, NY  12309 |
| JUDITH STYSLINGER<br>925 SAXONBURG BLVD<br>SAXONBURG, PA  16056 |
| JUDITH SURPRENANT<br>5500 DAVID BLVD<br>PORT CHARLOTTE, FL  33981 |

| |
|---|
| JUDITH TALLET<br>1211 LAUREL AVE<br>VENICE, FL  34285 |
| JUDITH TAPPLY<br>24476 STILLWELL PKWY<br>BONITA SPRING, FL  34135 |
| JUDITH TAPPLY<br>24476 STILLWELL PKWY<br>BONITA SPRINGS, FL  34135 |
| JUDITH TAPPLY<br>24476 STILLWELL PKWY<br>BONITA SPRINGS, MA  34135 |
| JUDITH TAYLOR<br>205 S 44TH ST<br>DECATUR, IL  62521 |
| JUDITH THIBODEAU<br>206 BURNCOAT STREET<br>WORCESTER, MA  01605 |
| JUDITH THIBODEAU<br>206 BURNCOAT STREET<br>WORCESTER, MA  01606 |
| JUDITH THIBODEAU<br>206 BURNCOAT STREET<br>WPRCESTER, MA  01606 |
| JUDITH THRASHER PARK<br>6026 N CHANTICLEER DR<br>MAUMEE, OH  43537 |
| JUDITH TONELLIBROWN<br>33 PROSPECT STREET<br>RUTLAND, MA  01543 |
| JUDITH TORRES<br>620 ALEXANDRA AVE SW<br>VERO BEACH, FL  32968 |
| JUDITH TREMBLAY<br>204 RUSSELL RD UNIT H<br>WESTFIELD, MA  01085 |
| JUDITH TYNAN<br>6816 COLONY CT<br>DERBY, NY  14047 |
| JUDITH UNDERKOFLER<br>501D RIDGEFIELD CIRCLE<br>CLINTON, MA  01510 |
| JUDITH VASEY<br>101 PINE VALLEY LANE<br>HAZLE TOWNSHIP, PA  18202 |
| JUDITH VITKOS<br>57 BACON HILL ROAD<br>SPENCER, MA  01562 |
| JUDITH WAGNER<br>202NORTH MAPLE DRIVE<br>WILLIAMSVILLE, NY  14221 |
| JUDITH WALSH<br>4225 CENTERVILLE ROAD<br>SPRING VALLEY, OH  45370 |
| JUDITH WEBB<br>611 CHURCH HILL DRIVE<br>FINDLAY, OH  45840 |
| JUDITH WEGLEY<br>143 JACKSON DRIVE<br>GETTYSBURG, PA  17325 |
| JUDITH WELCH<br>218 LIMA RD<br>GENESEO, NY  14454 |
| JUDITH WELKER<br>BOX 62<br>RIDGEVILLE CORNERS, OH  43555 |
| JUDITH WHEELER<br>9660 CIRCLE DR<br>BRIDGMAN, MI  49106 |
| JUDITH WHITE<br>1965 GRINDSTONE LAKE RD<br>PLEVENA, ON |
| JUDITH WHITE<br>RR NUMBER 3 1184 MORTAMERS POINT RD<br>POINT CARLING, ON  P0B 1J0 |
| JUDITH WILLIAMS<br>13 BLUEBERRY LANE<br>WEBSTER, MA  01570 |
| JUDITH WILSON<br>2423 ROLLING ACRES ROAD<br>NEW CUMBERLAND, WV  26047 |
| JUDITH WYGONIK<br>7610 SE 171ST HORSESHOE LANE<br>THE VILLAGES, FL  32162 |
| JUDITH ZABINSKI<br>16 T HALL RD<br>CHARLTON, MA  01507 |

| |
|---|
| JUDITH ZAYAS<br>3800 SCHEFFLERA DR<br>FORT MYERS, FL  33917 |
| JUDITH ZELL<br>1701-500 GREEN ROAD<br>STONEY CREEK, ON  L8E 3M6 |
| JUDITJ JENERAL<br>309 PARTRIDGE HILL ROAD<br>CHARLTON, MA  01507 |
| JUDY   T JOHNSON<br>3652 WOODCLIFF DR.<br>KALAMAZOO, MI  49008 |
| JUDY  A LACKNER<br>62 CHURCH STREET EAST<br>ELMIRA, ON  N3B 2L6 |
| JUDY A BURKETT<br>213 REED STREET<br>LOWER BURRELL, PA  15068 |
| JUDY A COOK<br>2766 TEAKWOOD<br>N FT MYERS, FL  33917 |
| JUDY A LACKNER<br>62 CHURCH STREET EAST<br>ELMIRA, ON  N3B 2L6 |
| JUDY A VANDERZWAN<br>22375 EDGEWATER DR 208<br>PORT CHARLOTTE, FL  33980 |
| JUDY ADDY<br>1011 MACTURNBULL DRIVE<br>ST CATHARINES,   L2S4C9 |
| JUDY ALLER<br>2810 CITRUS LAKE DR U102<br>NAPLES, FL  34109 |
| JUDY ALTON<br>39 HIGHLAND DR<br>SHANTY BAY, ON  L0L 2L0 |
| JUDY ANGEL<br>1313 BRIERWOOD DR<br>WEST HOMESTEAD, PA  15120 |
| JUDY ANTO<br>188 THOMAS CHAPAIS<br>SAINTE JULIE, QC  J3E 1N4 |
| JUDY B SHELLEY<br>3281 LONG AVENUE EXT<br>CONWAY, SC  29526 |
| JUDY BACHAND<br>461 ENGLISH NEIGHBORHOOD ROAD<br>WOODSTOCK, CT  06281 |
| JUDY BELLINO<br>636 COUNTRY CLUB LANE<br>ITASCA, IL  60143 |
| JUDY BLYTHE<br>639 ROBERTSON ROAD<br>HERMITAGE, PA  16148 |
| JUDY BOLIO<br>960 WESTERN AVE<br>WESTFIELD, MA  01085 |
| JUDY BOLIO<br>960 WESTERN AVENUE<br>WESTFIELD, MA  01085 |
| JUDY BOSSUAT<br>9229 FLICKERING SHADOW DR<br>DALLAS, TX  75243 |
| JUDY BRACKEN<br>65 MONTGOMERY BLVD<br>ORANGEVILLE, ON  L9W5H6 |
| JUDY BUGESS<br>300 OLD TIPPE CANOE DR<br>SPRINGFIELD, IL  62711 |
| JUDY CARLENE KEENE<br>2227 CASCADE RIDGE DR<br>JACKSON, MI  49203 |
| JUDY CARUSO<br>3745 BRIDGEWATER DR<br>SOUTHPORT, NC  28461 |
| JUDY CHANDLER<br>6209 SWEETWATER BLVD<br>MURRELLS INLET, SC  29576 |
| JUDY CLELAND<br>5156 BELMORE<br>MONTREAL, QC  H4V2C6 |
| JUDY CODER<br>1541 SOUTH RIVIARA DR<br>STEVENSVILLE, MI  49127 |
| JUDY COLVIN<br>11 HILLSIDE RD<br>N ATTLEBORO, MA  02760 |

JUDY COPEY
2425 HARDEN BLVD LOT 16
LAKELAND, FL  33803

JUDY CROCKER
1306 COLBORNE ST. E.
BRANTFORD, ON  N3T 5L4

JUDY CROUSE
259 BROWNS RIVER ROAD
ESSEX JUNCTION, VT  05452

JUDY CRUMP
4692 WEAVER ROAD
BERLIN CENTER, OH  44401

JUDY D STRANAHAN
4976 LAKE POINT DR
WATERFORD, MI  48329

JUDY DALLAVALLE
4 CROOKED ISLAND CIRCLE
MURRELLS INLET, SC  29576

JUDY DELORENZO
 PO BOX  4091
NIAGARA FALLS, NY  14304

JUDY DELORENZO
6461 WALMORE RD
NIAGARA FALLS, NY  PO BOX 409

JUDY DEWOLFF
15826 PINE LILY COURT
CLERMONT, FL  34714

JUDY DIGBY
5843 EVERWOOD
TOLEDO, OH  43613

JUDY DOUBLEDAY
2336 W KIRBY RD
BATTLE CREEK, MI  49017

JUDY DOUBLEDAY
2336 W KIRBY ROAD
BATTLE CREEK, MI  49017

JUDY DUPUIS
52385 SILVER STREET
THREE RIVERS, MI  49093

JUDY EDWARDS
2181 CHATSWORTH AVE
OAKVILLE, ON  L6M 3X4

JUDY ELZINGA

.

JUDY ELZINGA
6837 NORTH SPRINKLE
KALAMAZOO, MI  49004

JUDY ESTES
7 KESSEL PARK RD
KEESEVILLE, NY  12944

JUDY FETTERLEY
56183 39 ST
PAW PAW, MI  49079

JUDY FINKEL
136 FLAGG ST
WORCESTER, MA  01609

JUDY FOGARTY
78 FAIRFIELD ST
WORCSTER, MA  01602

JUDY FONTAINE
127 MORGAN STREET
GRANBY, MA  01033

JUDY FRANKS
24 HAROLD ST
TURKEY POINT, ON  NOE 1T0

JUDY GATTEN
28 PORTER AVE
BATAVIA, NY  14020

JUDY GATTEN
28PORTER AVE
BATAVIA, NY  14020

JUDY GEBO
106 CARBID RD
PLATTSBURGH, NY  12901

JUDY GOODYEAR
400 N FLAGLER DR 1003
W PALMBEACH, FL  33401

JUDY GRAHAM
1301 KINGSWOOD CT
QUINCY, IL  62305

JUDY GRANDSTAFF
602A 26TH AVE SOUTH
NORTH MYRTLE BEACH, SC  29582

JUDY GREENE
35 OAK VIEW DRIVE
FORT EDWARD, NY  12828

JUDY HAMMS
POX 666
WILLSBORO, NY  12996

JUDY HANNUM
9 SMALLWOOD CIRCLE
BOYLSTON, MA  01505

JUDY HEINTZ
6508 BARE RIDGE ROAD
LOCKPORT , NY  14094

JUDY HELMER
6745 WEST F AVE
KALAMAZOO, MI  49009

JUDY HEPPNER
5399 CAMBRIA ROAD
SANBORN, NY  14132

JUDY HILBORN
716 LAKESHORE RD
NIAGARA ON THE LAKE, ON  L0S1J0

JUDY HILL
1014 W COLLEGE AVE
JACKSONVILLE, IL  62650

JUDY HILL
1014 W COLLEGE
JACKSONVILLE, IL  62650

JUDY HOLLAND
33 KINGSBRIDGE CIR
THORNHILL, ON  L4J8N8

JUDY HUNT JAEGER
111 W HAMMOND ST
OTSEGO, MI  49002

JUDY HURLEY
13196 WYNCREST LANE
BATTLE CREEK, MI  49014

JUDY HUTCHINS
8402 65TH AVENE
PLEASANT PRAIRIE, WI  53158

JUDY IRWIN
19 SAINT HELENA STREET
PERRY, NY  14530

JUDY JARRARD
7673 ROBERTS RD
NEW BERLIN, IL  62670

JUDY JOHNSON
3652 WOODCLIFF DR
KALAMAZOO, MI  49008

JUDY JOHNSON
3652 WOODCLIFF DR.
KALAMAZOO, MI  49008

JUDY JONES
219 NORTH SHELDON ST
CHARLOTTE, MI  48813

JUDY JORGENSEN
104 34TH ST
HOLMES BEACH, FL  34217

JUDY JORGENSEN
35711 WASHINGTON LOOP RD
PUNTA GORDA, FL  33982

JUDY JUNKIN
205 ATHABASCA ST
OSHAWA, ON  L1H 7J2

JUDY JUNKIN
205 ATHABASCA STREET
OSHAWA, ON  L1H 7J2

JUDY KLEIN
870 BERTRAND
SAINT-LAURENT, QC  H4M1W2

JUDY KOELLMER
4348 GAUNTLET DR SE
SOUTHPORT, NC  28461

JUDY KRAMER
238 ROBINSON CHURCH RD
BULGER, PA  15019

JUDY KREZMIEN
8900 NORTH ST
SPRINGVILLE, NY  14141

JUDY LAMARCHE
41 VIN VISTA DRIVE
INGLESIDE, ON  K0C1M0

JUDY LAMBERT
211 BRUCE COURT
CENTRALIA, IL  62801

JUDY LANDER
1266 EAST OTIS ROAD
TOLLAND, MA  01034

JUDY LANGLAIS
48 BEAUJOLAIS
CANDIAC, QC  J5R 4B6

JUDY LESAGE
3 LORETTA DR BOX 864
VIRGIL, ON  L0S 1T0

JUDY LESAGE
3 LORETTA DRIVE
VIRGIL, ON  L0S 1T0

JUDY LEVAN
59551 M-40
JONES, MI  49061

JUDY LIMPER
8500 BUCKHART ROAD
ROCHESTER, IL  62563

JUDY LUNDBERG
18211 WRIGHT RD
CENTERVILLE, PA  16404

JUDY M DALLAVALLE
4 CROOKED ISLAND CIRCLE
MURRELLS INLET, SC  29576

JUDY M WORMSTEAD
113 HIGH CT
SEBASTIAN, FL  32958

JUDY MADIGAN
8018 LEEWARD LN
MURRELLS INLET, SC  29576

JUDY MALONEY
14 BRIARWOOD LANE
ROCHESTERII, IL  62563

JUDY MANN
130 CLANTON PARK RD
TOTONTO, ONTARIO  M3H2E5

JUDY MARKHAM
3795 CROSSTOWN RD
NORTHFIELD, VT  05663

JUDY MARKHAM
3795 CROSSTOWN RD
NORTHFIELD, VT  05663

JUDY MARKOWSKI
246 EAGLE COURT
BLOOMINGDALE, IL  60108

JUDY MARKOWSKI
246 EAGLE CT
BLOOMINGDALE, IL  60108

JUDY MARLEY
360 KNOLS SCHOOL CIRCLE
FILLMORE, IL  62032

JUDY MASTIE
2896 EGRET COURT
NORTH PORT, FL  34287

JUDY MAZEZKA
140 ANNAPOLIS DRIVE
NEW CUMBERLAND, WV  26047

JUDY MCANDLESS
241 GREYWING CT
VENICE, FL  34292

JUDY MCANDLESS
241GREYWING CT
VENICE, FL  34292

JUDY MCDONALD
247 INDIANA AVE
DAYTON, OH  45410

JUDY MCGOWAN
5717 LAMPLIGHTER LANE
KALAMAZOO, MI  49009

JUDY MCLAUGHLIN
453 NORTH RD
MILTON, VT  05468/

JUDY MCQUILLEN
40 WARE RD
BELCHERTOWN, MA  01007

JUDY MECKE
47 FARMER COURT
HAMILTON, ON  L9C5X9

JUDY MESSER
30 A LYMAN ROAD
NORTHAMPTON, MA  01060

JUDY MEZEI
140 CLANTON PARK ROAD
TORONTO, ON  M3H2E7

JUDY MOCK
8731 ROSE CT  Q4
FT MYERS, FL  33919

JUDY MOORE
921 RIDGE DR
AUBURNDALE, FLORIDA  33823

JUDY MORRIS
27 OAK HILL DRIVE
NIANTIC, CT  06357

JUDY MUNDY
2439 HOLLINGSWORTH HILL AVE
LAKELAND, FL  33803

JUDY MYAARD
4455 DEER MEADOW DR
HOLLAND, MI  49423

JUDY MYERS
2077 KINGS CREEK ROAD
WEIRTON, WV  26062

JUDY NEIL
315 DOVER AVE
PORT DOVER, ON  N0A1N4

JUDY OCONNOR
2703 GEARY ST
MATLACHA, FL  33993

JUDY OLSON
8317 N. ROCKTON AVE
ROCKFORD, IL  61103

JUDY PALMIERI
276 VILLAGE GREEN DRIVE
WOODBRIDGE, ON  L4L 9R3

JUDY PALMIERI
276 VILLAGE GREEN DRIVE
WOODBRIDGE, ON  L4L9R3

JUDY PERRY
14316 M-216
THREE RIVERS, MI  49093

JUDY PERRY
143616 M-216
THREE RIVERS, MI  49067

JUDY POPOV
513 JONES ROAD
STONEY CREEK, ON  L8E 5C1

JUDY POUPORE
243 WHEELER RD
NORTH BANGOR, NY  12966

JUDY PUCHYR
4101 RIVER RD
ALLENTOWN, PA  18104

JUDY PUCHYR
4101 RIVER ROAD
ALLENTOWN, PA  18104

JUDY ROHRS
G437 COUNTY ROAD 8
HAMLER, OH  43524

JUDY ROVERSI
852 CEDAR BAY ROAD
PORT COLBORNE, ON  L3K 5V3

JUDY RUENZI
74 SUGAR CREEK HILLS
AUBURN, IL  62615

JUDY RUSSELL
P O  BOX 822
WEST WARREN, MA  01092

JUDY RYAN
275 WASHINGTON ST
LOCKPORT, NY  14094

JUDY RYLANDS
12 SANDALWOOD CRESCENT
ST DAVIDS, ON  L0S1P0

JUDY SAFFRAN
4233 POINTER COURT
MYRTLE BEACH, SC  29579

JUDY SANDERS
2 LIFESTYLE COURT
ST CATHARINES, ON  L2M 7Y8

JUDY SCHMITT
317 DURKIN DRIVE
SPRINGFIELD, IL  62704

JUDY SCOTT
9951 G SW 88TH COURT ROAD
OCALA, FL  34481

JUDY SHEEHY
6892 GRACEFIELD DRIVE
MISSISSAUGA, ON  L5N 6T7

JUDY SHORT
1060 HARBOUR WOOD DR
PUNTA GORDA, FL  33983

JUDY SHOVER
3410 TIMBERWOOD RD
LAKELAND, FL  33810

JUDY SKELTON
13470 ROUTE 99
EDINBORO, PA  16412

JUDY SNOOK
26185 BANKER ST ROAD
STURGIS, MI  49091

JUDY STARKS
585 WOODBURY AVE
COLUMBUS, OH  43223

JUDY STEELE
3209 STONEY CREEK CT
NORTH MYRTLE BEACH, SC  29582

JUDY STERLING
2839 AINTREE LANE
NAPLES, FL  34112

JUDY STEWART
191 E HIGHLAND DR
MCMURRAY, PA  15317

JUDY STONER
419 MEADE DRIVE
MOON TWP, PA  15108

JUDY STRICKLER
4008 N TOMAR AVE
PEORIA, IL  61614

JUDY SULLIVAN
359 GIFFORD DR
ENNISMORE, ON  KOL 1T0

JUDY T JOHNSON
3652 WOODCLIFF DR.
KALAMAZOO, MI  49008

JUDY TAYLOR
205 S 44TH STREET
DECATUR, IL  62521

JUDY TEALL
110 RIVER PARK DR
MIDDLEBURY, IN  46540

JUDY TENISON
3164 34TH AVENUE NORTH
ST PETERSBURG, FL  33713

JUDY TESTO
14 ATLANTIC AVENUE
WYNANTSKILL, NY  12198

JUDY THOMSON
13 HIGHLAND AVE
HOLDEN, MA  01520

JUDY TOGNACCI
262 FARM STREET
BELLINGHAM, MA  02019

JUDY TULL
1414 HIGHLAND CIRCLE
MYRTLE BEACH, SC 29578

JUDY TULL
1600 OAK ST
MYRTLE BEACH,   29577

JUDY TULL
1600 OAK ST
MYRTLE BEACH, SC  29577

JUDY VILLANI
1696 JANE DRIVE
NIAGARA FALLS , NY  14304

JUDY WACKELL
4 FARRAGUT WAY
HOLDEN, MA  01520

JUDY WAHL
2306 BLANCHE LN
CHAMPAIGN, IL  61822

JUDY WAKELEE
491 SAGEWOOD TERRACE
WILLIAMSVILLE, NY  14221-3901

JUDY WALKER
2365 DEVON RD
OAKVILLE, ON  L6J 5R6

JUDY WALSH
119 MESSENGER ST
ST ALBANS, VT  05478

JUDY WEICKERT
37 PINEWOOD DR.
FREMONT, OH  43420

JUDY WEITE
72 TRUDY DRIVE
LODI, NJ  07644

JUDY WOODWORTH
34 RAVINE DRIVE
DUNDAS, ON  L9H 6K7

JUDY WORMSTEAD
113 HIGH COURT
SEBASTIAN, FL  32958

JUDY WORMSTEAD
113 HIGH CT
SEBASTIAN, FL  32958

JUDY WORTHINGTON

,

JUDYANN CARIBO
7821 S E SHENANDOAH DR
HOBE SOUND, FL  33455

JUDYANN PERKINS
47 MAPLESHADE AVE
EAST LONGMEADOW, MA  01028

JUDY-ANN RIFE
2930 WEST RAUCH ROAD
TEMPERANCE, MI  48182

JUDYTHE PANCIERA
61 LAUREL STREET
MANCHESTER, CT  06040

JUERGEN HAEDICKE
5000 CR 21
HALIBURTON, ON  K0M 1S0

JUERGEN PUMP
PO BOX 1025
CHATHAM, NJ  07978

JUHAN LAUR
20 GALA LANE
ETOBICOKE, ON  M8Y 0A9

JUILIANNA SMITH
8 WHITWARD PLACE
WINDSOR , CT  06095

JULEE CONNER
237 EATON
BATTLE CREEK,   49017

JULENE PATCH
404 GOODE ST
BURNT HILLS, NY  12027

JULENE STRADE
205 BOWMAN ST
BROOKLYN, WI  53521

JULES LAPOINT
10 BARCOMB AVENUE
MORRISONVILLE, NY  12962

JULI ECKMAN
1625 10TH ST
MARTIN, MI  490701

JULI PETERSON
1324 ODELL FARM LANE
VICKSBURG, MI  49097

JULI SCHMIDT
12379 WOODTOWN RD
GALENA, OH  43021

JULIA A MONNIN
724 INVERNESS DR
DEFIANCE, OH  43512

JULIA A RUTLEDGE
PO BOX 1232
OAKVILLE, ON  L6J5C7

JULIA ANN LENDEL
19 WEST JESELLA DR
NORTH TONAWANDA, NY  14120

JULIA ATKINS
1316 BROADMOOR
CHAMPAIGN, IL  61821

JULIA AWE
17050 EAGLE DRIVE
THREE RIVERS, MI  49093

JULIA BARTON
10902 PORTAGE RD
PORTAGE, MI  49002

JULIA BOATENG
926 GARTH ST
HAMILTON, ON  L9C4L2

JULIA BREWER
2620 SANDGATE ROAD
SPRINGFIELD, IL  62702

JULIA BROWN
121 ROSE OF SHARON
JACKSONVILLE, IL  62650

JULIA CARTIER
22676 W-M82
HOWARD CITY, MI  49329

JULIA CLARK
200 OAK ST
EAST ALTON, IL  62024

JULIA COGOLI
37 ANDOVER ST
WORCESTER, MA  01606

JULIA CONNELL
6705 E BLUE PRAIRIE
WHITEHOUSE, OH  43571

JULIA CONTI
978 HARRISON AVENUE
NIAGARA FALLS, NY  14305

JULIA DE JESUS
1036 SW LOGAN GLN APT 203
LAKE CITY, FL  32025

JULIA DESANTIS
7240 BALLA DRIVE
NORTH TONAWANDA, NY  14120

JULIA FISHER PRICE
PO BOX 964
FREMONT, OH  43420

JULIA FRANKLIN
8213 THIRD AVENUE
NIAGARA FALLS, NY  14304

JULIA FROST
1280 FOREST HILL
OAKDALE , OT  L682C3

JULIA GINGRICH
32 SWASTIKA TRAIL
CAMBRIDGE, ON  N3C 2V4

JULIA GIOVINAZZO
1228 OLD BRIDLE PATH
OAKVILLE, ON  L6M 1A4

JULIA GORMAN
4565 HIDDEN HOLLOW ROAD
HAMBURG, NY  14075

JULIA HAMPTON
P.O BOX 272
MARLBORO, VT  05344

JULIA IRVINE
101 PINEWOOD DRIVE
THORNHILL, ON  L4J 5P6

JULIA JEWELL
5786 MAYBERRY COURT
OREANA, IL  62554

JULIA JONES
231 KESSINGER DR
SURFSIDE BEACH, SC  29575

JULIA KOTRBA
2528 S PATTERSON RD
WAYLAND, MI  49348

JULIA LABOMBARD
4307 SCOTLAND LANE
WILMINGTON, NC  28409

JULIA LOSTRACCO
14914 WATERFORD CHASE PARKWAY
ORLANDO, FL  32828

JULIA M NOVALIS
1190 KINGSMILL CT
SUNSET BEACH, NC  28468

JULIA MARTINI
123 WOODRIDGE DR
BATTLE CREEK, MI  49017

JULIA MESSINEO
101-1 GENOES PT RD SW
SUPPLY, NC  28462

JULIA MILLER
66 BAILEY AVE
PLATTSBURGH, NY  12901

JULIA MORETTI
3600 RHODE ISLAND AVENUE
NIAGARA FALLS, NY  14305

JULIA MORREALE
22 OAK LEA CIRCLE
MARKHAM, ON  L3P 3M5

JULIA MURRAY
14 PALACEBEACH TRAIL
STONEY CREEK, ON  L8E 0B9

JULIA NEAL
164 HYDE PARK AVENUE
JAMAICA PLAIN, MA  02130-4166

JULIA PUGH
631 LYNN AVE
ORANGE CITY , FL  32763

JULIA REPASS
805 REGAN ROAD
ROCK FALLS, IL  61071

JULIA SANSOME
5527 TRAFALGAR RD
HORNBY, ON  L0P1E0

JULIA SERVE
5804 SUGAR HILL CT
SYLVANIA, OH  43560

JULIA SHAFFER
29 BEECHWOOD LANE
ROCKLAND, MA  02370

JULIA VAN DOMELEN
4159 LAKE TERRACE
KALAMAZOO, MI  49008

| |
|---|
| JULIA VAN DOMELEN<br>8171 BAY COLOLY 1401<br>NAPLES, FL  34108 |
| JULIA VAN DOMELEN<br>8171 BAY COLONY 1401<br>NAPLES,   34108 |
| JULIA VANDERKLOK<br>280 SHOREACRES ROAD<br>BURLINGTON, ON  L7L 2H4 |
| JULIA VANOSDOL<br>2110 HERON LAKE DRIVE<br>PUNTA GORDA, FL  33983 |
| JULIA WARD<br>24 COURT STREET S<br>DUNDAS, ON  L9H 1J8 |
| JULIA ZAVELSKY<br>1629 S PARK AVE<br>SPRINGFIELD, IL  62704 |
| JULIAN DAN<br>801 SANTA MARIA AVE<br>WILMINGTON, NC  28411 |
| JULIAN HALL<br>29 FAIRBAIRN ST<br>OTTAWA, ON  K1S1T2 |
| JULIAN POPE<br>77 CLIFTON RD<br>TORONTO, ON  M4T2G1 |
| JULIAN SMITH<br>3 OLDE CENTURY FARM ROAD<br>WEST BOYLSTON , MA  01583 |
| JULIANA MASLEY<br>20 FOSTER ST<br>OXFORD, MA  01540 |
| JULIANA STAPLETON<br>207 S FLEMING RD<br>WOODSTOCK, IL  60098 |
| JULIANN KYPTA<br>315 HAZEL<br>TROY, IL  62294 |
| JULIANN OLSEN<br>44 MARYLAND ROAD<br>PLATTSBURGH, NY  12903 |
| JULIANNA C ROBB<br>165 DUDLEY ROAD<br>OXFORD, MA  01540 |
| JULIANNA GETTY<br>419 GREAT ROAD<br>JAFFREY, NH  03452 |
| JULIANNA VIETH<br>3230 SE 56TH AVE<br>OCALA, FL  34480 |
| JULIANNE CARPENTER<br>747 ERIE AVE<br>NORTH TONAWANDA, NY  14120 |
| JULIANNE CARSELLI<br>691 JANES ROAD<br>ROCHESTER, NY  14612 |
| JULIANNE COLLER<br>P.O. BOX 129<br>RAYMONDVILLE, NY  13678 |
| JULIANNE ELIZABETH<br>387 E STENZIL ST<br>N TONAWANDA, NY  14120 |
| JULIANNE FRENCH<br>3 CRAFTSBURY CT<br>ESSEX, VT  05452 |
| JULIANNE KWASNY<br>25160 AQUA DR<br>ELKHART, IN  46514 |
| JULIANNE MORELLI<br>8292 CHERRY VALLEY RD<br>KINGSTON, IL  60145 |
| JULIANNE POWERS<br>991 MAIN STREET<br>MELROSE, MA  02176 |
| JULIANNE PULSIFER<br>48 JAMIESON RD<br>HOLDEN, MA  01520 |
| JULIANNE SCOTT<br>387 E STENZIL ST<br>N TONAWANDA, NY  14120 |
| JULIANNE SIMMONS<br>47 DESJARDINS CRT<br>HAMILTON, ON  L8S 3R7 |
| JULIANNE TAYLOR<br>3538 HUMAN RD<br>SANBORN, NY  14132 |

| |
|---|
| JULIE A ARNDT<br>4721 PRINCETON LANE<br>LAKE IN THE HILLS, IL  60156 |
| JULIE A BOYD<br>1236 PARK RIDGE DRIVE<br>OSHAWA, ON  L1K 2R2 |
| JULIE A HUNT<br>11550 CRUM RD<br>PLAINWELL, MI  49080 |
| JULIE A MCNAMARA<br>2265 5TH AVE<br>LAKEWOOD, NY  14750 |
| JULIE A SCHILTHUIS<br>420 WILSON ST E<br>ANCASTER, ON  L9G 2C3 |
| JULIE AINSLEY<br>105 LYNWOOD<br>BEAUCONSFIELD, QC  H9W5L9 |
| JULIE ALFORD<br>93 LIVINGSTON PARKWAY<br>SNYDER, NY  14226 |
| JULIE ALPHENAAR<br>7441 WEST KL AVENUE<br>KALAMAZOO, MI  49009 |
| JULIE ANDREWS<br>1475 GRAND AVE<br>PRAIRIE DU SAC, WI  53578 |
| JULIE ANDREWS<br>3 INTEGRITY WAY<br>GROTON, MA  01450 |
| JULIE ANNE DOMA<br>5104 SILVERCREEK DR<br>BURLINGTON, ON  L7L6K5 |
| JULIE ANNE NARDI<br>26 QUEENSCOURT DRIVE<br>TORONTO, ON  M1T 2J5 |
| JULIE ANTONIO<br>2600 HAMBURG TURNPIKE<br>LACKAWANNA, NY 14218 |
| JULIE ARCAND<br>851 MONTEE MONTROUGEAU<br>LAVAL, QC  H7P 0A6 |
| JULIE ARCIA<br>13205 SW 264 STREET<br>HOMESTEAD, FL  33032 |
| JULIE BAKER<br>9103 MARICOPA TRAIL<br>KALAMAZOO, MI  49009 |
| JULIE BALL<br>23 DEERWOOD TRL<br>LAKE PLACID, NY  12946 |
| JULIE BANKS<br>12022 NORTH COMBERLAND DR<br>TAMPA, FL  33626 |
| JULIE BANTA<br>501 SOUTHWOOD DR<br>MAHOMET, IL  61853 |
| JULIE BARENHOLTZ<br>14 NORTH CRESCENT CIRCUIT<br>BRIGHTON, MA  02135 |
| JULIE BECKER<br>2236 RIVER REACH DRIVE<br>NAPLES, FL  34104 |
| JULIE BELL<br>275 QUEENS AVE<br>LONDON, ON  N6B 1X2 |
| JULIE BELLVILLE<br>188 JACKSON STREET<br>COLUMBUS, OH  43206 |
| JULIE BENJAMIN<br>7608 BINGHAM AVENUE<br>KALAMAZOO, MI  49009 |
| JULIE BERGER<br>500 VIA ROYALE<br>JUPITER, FL  33458 |
| JULIE BIANCHI<br>5716 WOOD DUCK CIR<br>WILMINGTON, NC  28409 |
| JULIE BOMBARD<br>4212 BERWICK DR<br>LAKE WALES, FL  33859 |
| JULIE BOSOMWORTH<br>185 CHURCH STREET<br>STOUFFVILLE, ON  L4A4T6 |
| JULIE BOUCHARD<br>282 DE LA SALINE<br>VARENNES, QC  J3X 2C6 |

JULIE BOUCHER
2054 PLACE DES GENEVRIERS
ST-BRUNO, QC  J3V6A2

JULIE BOURNIVAL
90 LAROSE
BELOEIL, QC  J3G 3B8

JULIE BOWDEN
179 E MAINE AVE
LONGWOOD, FL  32750

JULIE BREGERON
60WILLARD RD
WESTMINISTER, MASS  01473

JULIE BREUKER
4650 4 MILE RD NW
GRAND RAPIDS, MI  49544

JULIE BRIDGES
8829 COURTYARD LANE
GROVELAND, FL  34736

JULIE BROADWATER
3419 LUNAR RD NE
CARROLLTON, OH  44615

JULIE BROWN
157 CAMERON DR
BATTLE CREEK, MI  49015

JULIE BROWN
1918 W MILHAM
PORTAGE, MI  49024

JULIE BROWN
2700 DEERFIELD DRIVE
MARYVILLE, IL  62062

JULIE BRUNDAGELOWRY
1215 VANDERBILT AVE
NIAGARA FALLS, NY  14305

JULIE BRUNDAGELOWRY
1215 VANDERBILT AVENUE
NIAGARA FALLS, NY  14305

JULIE BRUNET
440 PLACE DU COLLEGE APT2
LONGUEUIL, QC  J4J 1G4

JULIE BUCKLEY
49 ST LEONARDS AVE
TORONTO, ON  M4N 1K1

JULIE BUNCH
420 LANE 27
HAMILTON, IN  46742

JULIE BUSSIERES
2606 MARC CHAGALL
QUEBEC, QC  G3E 2B3

JULIE BUTLER
16 WHEELER ROAD
RUTLAND, MA  01543

JULIE CAPADONA
N2488 SHANNON LANE
LODI, WI  53555

JULIE CARIFI
,

JULIE CARLE
37 SYLVAN ROAD
GARDNER, MA  01440

JULIE CARON
94 WICKABOAG VALLEY RD
WEST BROOKFIELD, MA  01585

JULIE CARR
1771 SASHABAW DR
OKEMOS, MI  48864

JULIE CARRIGAN
129 BASSWOOD RD
SPRINGFIELD, IL  62712

JULIE CASWELL
26 HILLARY DRIVE
ROCHESTER, NY  14624

JULIE CHAGNON
65 ST-LOUIS
LEMOYNE, QC  J4R 2L3

JULIE CHRISTIE
4772 LAUREN LANE
SAINT JOSEPH, MI  49085

JULIE CLARK
127 EDISON STREET
LACKAWANNA, NY  14218

JULIE CLEMENTS
36 CREST AVE
LUNENBURG, MA  01462

JULIE COLE
426 ANDY AVE
PORTAGE, MI  49002

JULIE COLOSI
10204 CAYUGA DR
NIAGARA FALLS, NY  14304

JULIE CONLEY
108 WEAVER DR
GLENSHAW, PA  15116

JULIE COOK
74 BRYANT ROAD
AJAX, ON  L1S2Y8

JULIE COUTURE
31 RUE DE FLORENCE
CANDIAC, QC  J5R 0A8

JULIE CREA
339 LANSDOWNE AVENUE
NORTH BAY, ON  P1B6Y3

JULIE CURRY
802 PORTLAND ST
ROCHESTER, NH  03868

JULIE DALTON
8170 TALARIA TER
KALAMAZOO, MI  49009

JULIE DANDREA
15 CLARENEDON ST
WORCESTER, MA  01604

JULIE DANIELEWICZ
7111 MULLINSHIRE WAY
MACHESNEY PARK, IL  61115

JULIE DAWSON
7633 WALNUT BEND DR
PEORIA, IL  616141880

JULIE DEANE
476 VICTORIA STREET
PORT PERRY, ON  L9L 1V2

JULIE DELAHUNT

JULIE DELAHUNT
3695 GREENLAND ROAD
DUNROBIN, ON  K0A 1T0

JULIE DELUCA
2928 WINDING OAK LANE
WELLINGTON, FL  33414

JULIE DEMANN
246 MARKUS GLEN
PLAINWELL, MI  49080

JULIE DESANTIS
7240 BALLA DRIVE
NORTH TONAWANDA, NY  14120

JULIE DEVILLERS
33 STERLING PLACE
WEST BOYLSTON, MA  01583

JULIE DIPEDE
48 CHESTER CRES
GEORGETOWN, ON  L7G5W5

JULIE DIX
67 MILLBROOK ST
WORCESTER, MA  01606

JULIE DORMAN
2679 ARBAK LANE
MARION, MI  49665

JULIE DULANSKI
7607 GREENBUSH RD
AKRON, NY  14001

JULIE DULANSKI
7607 GREENBUSH
AKRON, NY  14001

JULIE DUNBERRY
114 PIERRE PANET
ILEDIZARD, QUEBEC  H9C 2X3

JULIE DUNBERRY
114 PIERRE-PANET
ILE BIZARD, QC  H9C 2X3

JULIE DUNBERRY
114 PIERRE-PANET
ILE BIZARD, QC  H9C2X3

JULIE DUQUETTE
.

JULIE ELLEN
4354 STEUBEN WOODS DRIVE
STEUBENVILLE, OH  43953

JULIE ERIKSSON
BOX 253
KREAMER, PA  17833

JULIE ESDALE
PO BOX 4235
ANDOVER, MA  01810

| |
|---|
| JULIE FAWCETTKERR<br>26 NIAGARA STREET<br>COLLINGWOOD, ON  L9Y 3X2 |
| JULIE FISHER<br>483 NORMAN<br>GROVELAND, IL  61535 |
| JULIE FLAHERTY<br>966 HYACINTH ST<br>NORTH FORT MYERS, FL  33903 |
| JULIE FLENTJE<br>18251 CLARK ROAD<br>VIRDEN, IL  62690 |
| JULIE FORD<br>1402 NE 13TH TERRACE<br>CAPE CORAL, FL  33909 |
| JULIE FORTIN<br>3781 LA FREDIERE<br>ST-HUBERT, QC  J3Y0C6 |
| JULIE FOSTER<br>PO BOX 387<br>WILLIAMSVILLE, IL  62693 |
| JULIE FRECHETTE<br>115 DAVIS<br>LAC BROME, QC  J0E 1S9 |
| JULIE GABORIAULT<br>259 GRANITE CREEK ROAD<br>COLCHESTER, VT  05446 |
| JULIE GARVEY<br>8199 SCHREINER RD<br>EDEN, NY  14057 |
| JULIE GAUTHIER<br>3510 ASHTON SE<br>GRAND RAPIDS, MI  49546 |
| JULIE GIACHINO<br>57104 CALUMET AVENUE<br>CALUMET, MI  49913 |
| JULIE GLADMAN<br>19 DEVERELL STREET<br>WHITBY, ON  L1R 1W4 |
| JULIE GLENDINNING<br>PO BOX 131<br>PLATTSVILLE, ON  N0J1S0 |
| JULIE GLUBB<br>285 UPTOWN BLVD<br>ALTAMONTE SPRINGS, FL  32701 |
| JULIE GOHEEN<br>66 NITH RIVER WAY<br>AYR, ON  N0B 1E0 |
| JULIE GOODERSON<br>2593 BURNFORD TRAIL<br>MISSISSAUGA, ON  L5M5E2 |
| JULIE GRABNER<br>4 MELBOURNE COURT<br>LAKE IN THE HILLS, IL  60156 |
| JULIE GRACE<br>17 SILVER TRAIL<br>BARRIE, ON  L4N2S2 |
| JULIE GRADDON<br>78 DU DAUPHINE<br>CANDIAC, QC  J5R6E3 |
| JULIE GRECH<br>527 MARLPOOL DR<br>SALINE, MI  48176 |
| JULIE GRIFFITHS<br>2308 CHICORA ROAD<br>CHICORA, PA  16025 |
| JULIE GUNDERSON<br>4445 BRITTANY RD<br>TOLEDO, OH  43615 |
| JULIE HADJIANTONIOU<br>1369 OLIER PAYETTE<br>LAVAL, QC  H7L0A3 |
| JULIE HALEY<br>4004 MARY RD<br>BLOOMINGDALE, MI  49026 |
| JULIE HALFORD<br>56 TIFFANY ST W<br>GUELPH, ON  N1H 1Y2 |
| JULIE HALTER<br>51 MEMORY LANE<br>CAMBRIDGE, ON  N3C 3W9 |
| JULIE HANDFIELD<br>36 ROBINSON HILL ROAD<br>NORTH FRANKLIN, CT  06254 |
| JULIE HANSON<br>15 TRALEE LANE<br>SHREWSBURY, MA  01545 |

JULIE HARDER
843 WALLACE DRIVE
DELAWARE, OH  43015

JULIE HARVEY
652 CATKINS DR
MACHESNEY PARK, IL  61115

JULIE HATCH
1328 NW 3RD  AVE
CAPE CORAL, FL  33993

JULIE HEERSINK
8 HILLVIEW DRIVE
GRIMSBY, ON  L3M 4E5

JULIE HEIL
3150 APPLES CHURCH RD
BETHLEHEM, PA  18015

JULIE HENLEY
28737 40 TH AVE
PAW PAW, MI  49079

JULIE HENNIG
102 FOXCROFT LN
WILLIAMSVILLE, NY  14221

JULIE HETTERICH
91 CLOVER HILLS DRIVE
ROCHESTER, NY  14618

JULIE HEWEY
85 KLONDIKE ROAD
DUDLEY, MA  01571

JULIE HICKEY
151 LINCOLNWOOD DR
BATTLE CREEK, MI  49015

JULIE HILL
924 ROSEWAY TERRACE NW
PORT CHARLOTTE, FL  33948

JULIE HIRSCH
844 DOVER STREET
PINGREE GROVE, IL  60140

JULIE HODGE
523 CROCKET AVENUE
PORTAGE, MI  49024

JULIE HOFF
15 ROCK AVE
HUDSON, MA  01749

JULIE HOGAN
1853 JACKSON ROAD
PENFIELD, NY  14526

JULIE HONOUR
1060 WEST LAKE HAMILTON DR
WINTER HAVEN, FL  33881

JULIE HORNS
5140 HOLLISTER LANE
PERRYSBURG, OH  43551

JULIE HUISINGA
609 EAST 1700 NORTH RD
MONTICELLO, IL  61856

JULIE HUISINGA
609 EAST 1700
MONTICELLO, IL  61856

JULIE HUTCHINS
136 SHERBROOKE CT
HASTINGS, MI  49058

JULIE HUTTIG
PO BOX 245
ELIZABETHTOWN, NY  12932

JULIE HUTTIG
RT 9
ELIZABETHTOWN, NY  12932

JULIE INGLE
2121 E HICKORY RD
BATTLE CREEK, MI  49017

JULIE ISABEL
1411 COUTURIER
SHERBROOKE, QC  J1E 3T3

JULIE JACKSON
1621 PARISH AVE
PEKIN, IL  61554

JULIE JACKSON
475 ST CHARLES ST W
BRESLAU, ON  N0B 1M0

JULIE JACKSON
475 ST CHARLES ST W
BRESLAU, ON  N0B 1M0

JULIE JANDCIU
105 BOOTH DR
STOUSFVILLE, ON  L4A 4S1

JULIE JARON
57 FAIRFIELD TERRACE
LONGMEADOW, MA  01106

JULIE JAYNES
444 EAST THOMPSON ROAD
THOMPSON, CT  06277

JULIE JONES
135 LN 650BB SNOW LAKE
FREMONT, IN  46737

JULIE JOSEPH
74 FOX CHAPEL DRIVE
ORCHARD PARK, NY  14127

JULIE JYRINGI
6 AUTUMN LANE
LEICESTER, MA  01524

JULIE KALE
839 W 3RD ST
MARYSVILLE, OH  43040

JULIE KECK
16046 PARADISE LANE
DUBUQUE, IA  52002

JULIE KEEBLER
522 WORTHINGTON CHASE
SHERMAN, IL  62684

JULIE KENT
525 W PETTIT AVE
FORT WAYNE, IN  46807

JULIE KIEHL
2129 RAMSEY RD
MONROEVILLE, PA  15146

JULIE KILLEEN
3 BEECHWOOD CRESCENT
FONTHILL, ON  L0S1E7

JULIE KINGSLEY
266 PREBLE STREET
SOUTH PORTLAND, ME  04106

JULIE KIRBY
824 S LUDWIG AVE
GIBSONBURG, OH  43431

JULIE KIRBY
824 S. LUDWIG AVE.
GIBSONBURG, OH  43431

JULIE KLASEN
2399 ANTRIM CT
PITTSBURGH, PA  15237

JULIE KLEIN
5986 HERITAGE FARMS CT
HILLIARD, OH  43026

JULIE KRASINSKI
113 CRISFIELD AVE
BUFFALO, NY  14206

JULIE KREHBIEL
2732 DICKENSB DR
SPRINGFIELD, IL  62711

JULIE KUBALAK
2489 DUNSTAN DRIVE
COLUMBUS, OH  43235

JULIE KYLE
1500 S 5TH STREET
PEKIN, IL  61554

JULIE LA ROCHELLE
236 WARREN ROAD
BRIMFIELD, MA  01010

JULIE LAMOTHE
1112 AVENUE DES DIAMANTS
QUEBEC, QC  G2L 3K4

JULIE LANCTO
884 HEMMINGFORD ROAD
MOOERS, NY  12958

JULIE LANGLOIS
80 RENE LEVESQUE
ST-PLACIDE, QC  J0V2B0

JULIE LAPIERRE
1227 DE LA FORET
LONGUEUIL, QC  J4N 1R7

JULIE LAWLOR
291 AIRDRIE ROAD
TORONTO, ON  M4G 1N4

JULIE LEARY
165 JAMESTOWN RD
LEOMINSTER, MA  01453

JULIE LEBUIS
19 39E AVENUE EST
BLAINVILLE, QC  J7C 5Z1

JULIE LEVINE
3387 CAYMAN LANE
NAPLES, FL  34119

JULIE LINN
604 EVERGREEN DRIVE
CHATHAM, IL  62629

JULIE LOBDELL
7315 RANGE ROAD
LENA, IL  61048

JULIE LOPEZ
1334 AUGUSTA CT E
HOLLAND, MI  49423

JULIE LOTT
1094 SEE DRIVE RR 2
ARDEN, ON  K0H 1B0

JULIE LOVE
1808 CALVERT PLACE
TOLEDO, OH  43614

JULIE MACDONNA
45 FRONTIER LAKE DRIVE
SPRINGFIELD, IL  62707

JULIE MANCINI
7 SILVER MAPLE DR
ANCASTER, ON  L9G0A1

JULIE MANNS
149 SANDPIPER LANE
GRAND ISLAND, NY  14072

JULIE MARRONE
9 BYRNE BLVD
ST CATHARINES, ON  L2T 2H8

JULIE MARTELLA
14 LAFRANCE EST
ST-BASILE-LE-GRAND, QC  J3N 1L5

JULIE MARTIN
1130 FLEETWOOD DR
PORT CHARLOTTE, FL  33948

JULIE MARTIN
1130 FLEETWOOD DR
PORT CHARLOTTE, FL  33948

JULIE MARTIN
330 SOUTHWOOD AVE
COLUMBUS, OH  4207

JULIE MARTINEZ
34 LINDOSO
BLAINVILLE, QC  J7B 1Z7

JULIE MATTSCHECK
210 TIMBERLINE TRAIL
ORMOND BEACH, FL  32174

JULIE MCDERMID
1777 CUMBERLAND ST
CORNWALL, ON  K6J5V1

JULIE MCDONALD REYNOLDS
46 BROCK STREET
NEWBURGH, ON  K0K2S0

JULIE MCDONALD
135 EMILE-GENEST
LE GARDEUR, QC  J5Z 5G3

JULIE MCDONALD
2726 BALLARD ROAD
SAINT ALBANS, VT  05478

JULIE MCDONALD
7906 CHESTNUT RIDGE RD
GASPORT, NY  14067

JULIE MCDONALD
7906 CHESTNUT RIDGE ROAD
GASPORT, NY  14067

JULIE MCDONNELL
2355 COUNTY RD AB
MCFARLAND, WI  53558

JULIE MCDONNELL
28 GEORGIANNA DR
EAST STROUDSBURG, PA  18302

JULIE MCDOUGALL
10 WINHART DRIVE
GRANBY, CT  06035

JULIE MCNEICE
139 FRIEND ST
ADAMS, MA  01220

JULIE MEEHAN
13-10BEAVERBROOKAVE
HAMILTON, ON  L8W3X8

JULIE MELVIN
408 SUMMERS DR
MACOMB, IL  61455

JULIE MELVIN
7255 E 1000TH ST
MACOMB, IL  61455

JULIE MENSENDIKE
528 N SIMMONS
STOCKTON, IL  61085

JULIE MESSIER
755 MADEL
GREENFIELD PARK, QC  J4V 3E5

| |
|---|
| JULIE MESSIER<br>755 RUE MADEL<br>GREENFIELD PARK, QC  J4V3E5 |
| JULIE METHOT<br>7716 THIBERT<br>LASALLE, QC  H8N 2C4 |
| JULIE MICHEL<br>12358 PINE VALLEY<br>HOLLAND, NY  14080 |
| JULIE MILLER<br>1073 FORESTVALE DR<br>BURLINGTON, ON  L7P4W4 |
| JULIE MILLER<br>1323 RICH LANE<br>MOUNT ZION, IL  62549 |
| JULIE MILLER<br>1323 RICH LANE<br>MT ZION, IL  62549 |
| JULIE MOREAU<br>155 RUE DES CHEMINOTS<br>DELSON, QC  J5B 2J2 |
| JULIE MORSE<br>4448 DAY RD<br>LOCKPORT, NY  14094 |
| JULIE MUCKLE<br>717 DUNCAN AVENUE<br>PITTSBURGH, PA  15237 |
| JULIE MURPHY<br>473 UNION STREET<br>LEOMINSTER, MA  01453 |
| JULIE NAGEL<br>9 CREEKVIEW DR<br>WEST SENECA, NY  14224 |
| JULIE NELSON<br>2004 WEST AYRES<br>PEORIA, IL  61604 |
| JULIE ORAZEM<br>77 LYNNGROVE AVE<br>TORONTO, ON  M8X 1M7 |
| JULIE OSBORNE<br>29 A JANET CIRCLE<br>SHREWBURY , MA  01545 |
| JULIE OSTIGUY<br>536 RUE DES FALAISES<br>MONT ST-HILAIRE, QC  J3H 5R6 |
| JULIE OWENS<br>6401 ST RT 29<br>MASON CITY, IL  62664 |
| JULIE PATERSON<br>361 KEEWATIN AVENUE<br>TORONTO, ON  M4P2A4 |
| JULIE PELKEY<br>339 COUNTY ROUTE 51<br>MALONE, NY  12953 |
| JULIE PEQUET<br>4793 HESSLER DRIVE<br>JACKSON, MI  49201 |
| JULIE PETRIE<br>29633 KETTERHAGEN RD<br>BURLINGTON, WI  53105 |
| JULIE PETRIE<br>29633 KETTERHAGEN RD.<br>BURLINGTON, WI  53105 |
| JULIE PHILLIPS<br>424 WILLARD AVENUE<br>TORONTO, ON  M6S3R5 |
| JULIE POIGNON<br>5746 HAWKSBRIDGE CIRCLE<br>SYLVANIA, OH  43560-8504 |
| JULIE POPPLE<br>PO BOX 96<br>WEST SENECA, NY  14224 |
| JULIE POWELSON<br>642 ELLSWORTH STREET<br>INDIANAPOLIS, IN  46202 |
| JULIE REITTER<br>100 WEDGEWOOD RD<br>WORCESTER, MA  01602 |
| JULIE RILEY<br>25 BLAKE AVE<br>WEST BOYLSTON, MA  01583 |
| JULIE RIVARD<br>PO BOX 103<br>EARLTON, ON  P0J1E0 |
| JULIE RIVERA<br>373 NASSAU AVE<br>KENMORE, NY  14217 |

| |
|---|
| JULIE RIVERA<br>373 NASSAU<br>KENMORE, NY  14217 |
| JULIE ROBINSON<br>136 PLAYFAIR TERRACE<br>MILTON, ON  L9T 4V1 |
| JULIE ROCHELEAU<br>8 HARDY DRIVE<br>LEOMINSTER, MA  01453 |
| JULIE ROSE<br>17 HILLVIEW DR<br>GRIMSBY, ON  L3M 4E6 |
| JULIE ROSE<br>17 HILLVIEW<br>GRIMSBY, ON  L3M 4E6 |
| JULIE ROSENFELD<br>36 LEDGEWOOD<br>WESTON, MA  02493 |
| JULIE ROSENFELD<br>36 LEDGEWOOD ROAD<br>WESTON, MA  02493 |
| JULIE ROTH<br>2012 ELMGROVE ROAD<br>OAKVILLE, ON  L6M 4Y5 |
| JULIE ROTH<br>3072 N 1200 EAST ROAD<br>MANSFIELD, IL  61854 |
| JULIE RUBY<br>148 MAPLE ST<br>ESSEX JCT, VT  05452 |
| JULIE RUSSELL<br>3651 FRASER ST<br>ROCKFORD, MI  49341 |
| JULIE SCARPA<br>18 HILLSIDE DRIVE<br>GALES FERRY, CT  06335 |
| JULIE SCHEEFER<br>4 AUDUBON LANE<br>HOPE,  02831 |
| JULIE SERDIN<br>44 CIRCLE LANE<br>LACKAWANNA, NY  14218 |
| JULIE SHADEL<br>10008 E CTY RD A<br>JANESVILLE, WI  53546 |
| JULIE SHERMAN<br>3218 NEW MARKET AVE<br>CARPENTERSVILLE, IL  60110 |
| JULIE SHIELDS<br>5896 GLEN HILL DRIVE<br>BETHEL PARK, PA  15102 |
| JULIE SICILIANO<br>1518 MANLEY RD<br>WEST CHESTER, PA  19382 |
| JULIE SICILIANO<br>517 IDEAL LN UNIT 202<br>LUDLOW, MA  01056 |
| JULIE SIMET<br>5588 COUNTRY CLUB LANE<br>HAMBURG, NY  14075 |
| JULIE SITKOWSKI<br>1078 LOWER DEMUNDS RD<br>DALLAS, PA  18612 |
| JULIE SMALL<br>1143 HORSENECK ROAD<br>WESTPORT, MA  02790 |
| JULIE SMITH<br>5428 FLORITA RD<br>TOLEDO, OH  43615 |
| JULIE SMITH<br>62 SOMERSETT DR<br>MYSTIC, CT  06355 |
| JULIE SOSTARIC<br>2247 FOXFIELD RD<br>OAKVILLE, ON  L6M4C5 |
| JULIE SPEER<br>30 ALANVIEW DR<br>LOCKPORT, NY  14094 |
| JULIE SPRINGER<br>390 S MAIN ST<br>FARMINGTON, IL  61531 |
| JULIE SQUIRES<br>10 EDER TRAIL<br>MINESING, ON  L0L1Y3 |
| JULIE ST ANGEL<br>2615 GREEN APPLE LANE<br>ROCKFORD, IL  61107 |

JULIE STERN
P O BOX 853
HAMBURG, NY  14075

JULIE STEVENS
1604 MILES AVE
KALAMAZOO, MI  49001

JULIE STOLTE
544 SUTTON STREET
NORTHBRIDGE, MA  01534

JULIE STRIKER
387 BEAVER CREEK ROAD
WATERLOO, ON  N2T2T2

JULIE STRONG
397 PLEASANT VALLEY RD
BELLOWS FALLS, VT  05101

JULIE STRUTHERS
2100 KIINGS HWY
PORT CHARLOTTE, FL  33980

JULIE STUTTLE
1562 HAINES DRIVE
BATAVIA, IL  60510

JULIE SULLIVAN
26 ANDOVER STREET
WORCESTER, MA  01606

JULIE SWAGER
13183 MCKINLEY RD
CHELSEA, MI  48118

JULIE SWENSON
PO BOX 256
CAPE VINCENT, NY  13618

JULIE SYKES
310 MEYER ROAD
BUFFALO, NY  14226

JULIE TALLEY
P.O. BOX 92
MILTON, VT  05468

JULIE TAYLOR
28 WASHINGTON ST
PORT KENT, NY  12975

JULIE TAYLOR
944 EAGLET CIR
CONWAY, SC  29527

JULIE TERSTRIEP
CAMPUS RECREATION
MACOMB, IL  61455

JULIE THIVIERGE
2 MARYLEAH CRT
BOWMANVILLE, ON  L1C 4H4

JULIE TIERNEY
13471 WINCHELL AVENUE
PORT CHARLOTTE, FL  33981

JULIE TIMMONS
65 JARVIS ROAD
PERU, NY  12972

JULIE TIMMONS
PO BOX 622
PERU, NY  12972

JULIE TRAINOR
28 MATAWANAKEE TRAIL
LITTLETON, MA  01460

JULIE TREMBLAY
430 DU VERSANT
PINCOURT, QC  J7V 9W6

JULIE TRIMPE
1606 WHITMER COURT
BLOOMINGTON, IL  61704

JULIE TWARDOWSKI
4456 OPEN VIEW DRIVE
BYRON, IL  61010

JULIE VINTON
6 JAIMIE ANN DR
RUTLAND, MA  01543

JULIE WALTERS
24359 VARGAS
MATTAWAN, MI  49071

JULIE WARNER
1938CANDY LANE
MYRTLE BEACH, SC  29575

JULIE WARNER
243 DEERGLEN TERRACE
AURORA, ON  L4G 6Y6

JULIE WATTS
199 HEISCHMAN AVENUE
WORTHINGTON, OH  43085

JULIE WHETSEL
212 W MERCHANT STREET
BYRON, IL  61010

JULIE WHITE
1895 WHETSTONE RIVER RD S
MARION, OH  43302

JULIE WHITE
1895 WHETSTONE RIVER ROAD SOUTH
MARION, OH  43302

JULIE WILK
4055 WEST RIVER ROAD
GRAND ISLAND, NY  14072

JULIE WILLIAMS
7684 BERNADETTE CRESCENT
NIAGARA FALLS, ON  L2H 2X2

JULIE WILSON
13703 GREEN PRAIRIE
VICKSBURG, MI  49097

JULIE WISCHMEYER
739 N NIBISON LANDING
COLDWATER, MI  49036

JULIE WOLASZ
66 CHESTERFIELD DRIVE
CHEEKTOWAGA, NY  14215

JULIE WONG
2372 BLUESTREAM DR
OAKVILLE, ON  L6H7J8

JULIE WOOD
21 CHESTNUT STREET
NORTH READING, MA  01864

JULIE ZARA
3117 WIDETRACK DR
SPRINGFIELD, IL  62703

JULIE ZITTLOW
153 FRANCIS DRIVE NE
PORT CHARLOTTE, FL  33952

JULIEC CASWELL
7500 DOUGLAS AVE
KALAMAZOO, MI  49009

JULIEN LECLERC
7920 DES BOSTONNAIS
TROIS-RIVIERES, QC  G9A5C9

JULIEN PAIL
4333 SEEMSVILLE ROAD
NORTHAMPTON, PA  18067

JULIEN TARDIF
2453 MARIETTE
MONTREAL, QC  H4B 2E7

JULIENE MITCHELL
68 LINCOLN STREET
STONEHAM, MA  02180

JULIENNE COMPAGNER
58533 RYAN STREET
MATTAWAN,   49071

JULIET POPOVICH
27 ASH LN
DUDLEY, MA  01571

JULIETE LOBO-ALFONSO
91 AMBERWOOD DR
AMHERST, NY  14228

JULIETTE ANTILLA
827 WEST GREEN ST
MARSHALL, MI  49068

JULIETTE SCHMELING
2022 WEMBLEY PLACE
ROCKFORD, IL  61114

JULIO A VAZQUEZ
P O BOX 80209
SPRINGFIELD, MA  01138

JULIO LOPEZ
47 KINGSBURY ST
WORCESTER, MA  01610

JULIO RAVAZZOLO
1 DOOLEY PLACE
GUELPH, ON  N1G 4M7

JULIO RAVAZZOLO
1 DOOLEY PLACE
GUELPH, ON N1G 4M7

JULIO RAVAZZOLO
1 DOOLEY PLACE
GULEPH, ON  N1G 4M7

JULIO RAVAZZOLO
69 REGAL RD UNIT 1
GUELPH, ON  N1K1B6

JULISSA TORRES
102 OLDHAM AVE
WATERBURY, CT  06705

JULIUS DEL MUNDO
6539 RICHARD CRES
NIAGARA FALLS, ON  L2H 0A9

| |
|---|
| JULIUS LOSONCI<br>73 PELHAM DRIVE<br>ANCASTER, ON  L9K1L4 |
| JUN KIM<br>76 GEORGE ST<br>TENAFLY, NJ  07670 |
| JUN MATSUO<br>209 CANNON DRIVE<br>HARTSVILLE, SC  29550 |
| JUNE A SALMINEN<br>30 HICKORY DRIVE<br>WORCESTER, MA  01609 |
| JUNE A ZAK<br>1586 ABBOTT RD<br>LACKAWANNA, NY  14218 |
| JUNE AWAD<br>188 NORFOLK ST<br>WORCESTER, MA  01604 |
| JUNE BARTOTTO<br>PO BOX 554<br>EARLVILLE, IL  60518 |
| JUNE BEARD<br>406 MARY ST BOX 230<br>ARENZVILLE, IL  62611 |
| JUNE BENZONI<br>338 BRONTE ROAD<br>OAKVILLE, ON  L6L3C8 |
| JUNE CARELLI<br>3 ADAMS STREET<br>WORCESTER, MA  MA |
| JUNE DAVID FORS<br>2343 MAIN STREET<br>LANCASTER, MA  01523 |
| JUNE DEROUIN<br>1010 LEONARD AVE<br>CORNWALL, ON  K6J 1L9 |
| JUNE DOYLE MACLEAN<br>244 BELL STREET<br>MILTON, ON  L9T2A9 |
| JUNE DUNHAM<br>113 WATERVILLE LN<br>PAULEYSISLAND, SC  29585 |
| JUNE DUNHAM<br>113 WATERVILLE LN<br>PAWLEYS ISLAND, SC  29585 |
| JUNE EKSTRUM<br>12343 WILLISTON ROAD<br>ALDEN, NY  14004 |
| JUNE F STIGLER<br>182 N GOLF HARBOR PATH<br>INVERNESS, FL  34450 |
| JUNE GEORGE<br>128 MELBOURNE DRIVE<br>RICHMOND HILL, ON  L4S2G7 |
| JUNE HALCOVITCH<br>301 FRANCES AVENUE 806<br>STONEY CREEK, ON  L8E3W6 |
| JUNE HARRIS<br>PO BOX 307<br>BROOKLINE, NH  03033 |
| JUNE HESTON<br>240 SOUTHVIEW DRIVE<br>RICHMOND, VT  05477 |
| JUNE HUDSON<br>42 CONLIN ROAD<br>OXFORD, MA  01540 |
| JUNE JAPPY<br>26 BLOSSOM AVE<br>SIMCOE, ONTARIO  N3Y5N3 |
| JUNE JARVIS<br>930 BRUCEDALE AVENUE EAST<br>HAMILTON, ON  L8T 1L9 |
| JUNE JARVIS<br>930 BRUCEDALE AVENUE EAST<br>HAMILTON, ON  L9T 1L9 |
| JUNE JOHANSEN<br>2059 TERVAN NE<br>GRAND RAPIDS, MI  49505 |
| JUNE JOHNSON<br>150 PINE STREET<br>NORTH TONAWANDA, NY  14120 |
| JUNE KINGSLEY<br>2049 NW 111TH LOOP<br>OCALA, FL  34475 |
| JUNE KLEM<br>873 CHESTNUT CT<br>MARCO ISLAND, FL  34145 |

| |
|---|
| JUNE LAPRADE<br>PO BOX 579<br>HOLDERNESS, NH  03245 |
| JUNE M HASTINGS<br>PO 650<br>SOUTH DENNIS, MA  02660 |
| JUNE MCCARTNEY<br>10915 CENTER ROAD<br>DURAND, IL  61024 |
| JUNE MCCUE<br>65 HEMLOCK LANE<br>LANCASTER, MA  01523 |
| JUNE MELETZKE<br>4938 S ISLAND DR<br>N MYRTLE BEACH, SC  29582 |
| JUNE MILLER<br>15514 GANNETGLADE LANE<br>LITHIA, FL  33547 |
| JUNE MILLER<br>3537 ORCHARD DR<br>DECATUR, IL  62521 |
| JUNE MORTELL<br>2135 DE LA SORBONNE<br>SAINT LAURENT, QC  H4L 3B8 |
| JUNE MOWATT<br>30 AGAR DR<br>ST CATHARINES, ON  L2M 3K5 |
| JUNE NEWTSON<br>9538 OAKVIEW DR<br>PORTAGE, MI  49024 |
| JUNE NOVAK<br>320 NORTHGATE<br>LINCOLN, IL  62656 |
| JUNE PECZKOWSKI<br>20 PARKVIEW DRIVE<br>GRAND ISLAND, NY  14072 |
| JUNE RUSSELL<br>314 JEFFERSON  COURT<br>LIMERICK, PA  19468 |
| JUNE RUSSELL<br>314 JEFFERSON COURT<br>LIMERICK, PA  19468 |
| JUNE SALMINEN<br>30 HICKORY DRIVE<br>WORCESTER, MA  01609 |
| JUNE SCARDACCIONE<br>18 WILDWOOD ESTATES<br>PLATTSBURGH, NY  12901 |
| JUNE SCHUBERT<br>4564 PEONY CIRCLE<br>MURRELLS INLET, SC  29576 |
| JUNE SCOTT<br>602 CEDARSTONE RD PO BOX 487<br>TAMWORTH, ON  K0K 3GO |
| JUNE SCOTT<br>602 CEDARSTONE ROAD<br>TAMWORTH, ON  K0K3G0 |
| JUNE SMITH<br>150 HANDY STREET<br>ATTLEBORO, MA  02703 |
| JUNE SNOW<br>2608 OAK POINT DRIVE<br>MIDDLEBORO, MA  02346 |
| JUNE SOOS<br>296  KATHERINE PLACE<br>THE VILLAGES, FL  32162 |
| JUNE SPONSOR<br>46 GREAT MEADOW LANE<br>AVON, CT  06001 |
| JUNE STALKER<br>3722 MARSHALL RD<br>MEDINA, NY  14103 |
| JUNE SULLIVAN<br>1300 REUSCH RD<br>ELIZABETH, IL  61028 |
| JUNE SULLIVAN<br>1300 REUSCH ROAD<br>USA, IL  61028 |
| JUNE SWALES<br>29 NEWPORT LANE<br>PORT DOVER, ON  N0A1N7 |
| JUNE SZEMAN<br>66 GLENWOOD DRIVE<br>BRANTFORD, ON  N3S3G6 |
| JUNE THORNHILL<br>724 NORTH MILTON<br>SPRINGFIELD, IL  62702 |

| |
|---|
| JUNE VANEVERYHUBER<br>5079 DANA DRIVE<br>LEWISTON, NY  14092 |
| JUNE WALTER<br>24300 AIRPORT ROAD<br>PUNTA GORDA , FL  33950 |
| JUNE WARD<br>121 APPLEWOOD PL<br>BATTLE CREEK, MI  49015 |
| JUNE WILLEY<br>65 PRESCOTT STREET<br>RUTLAND, MA  01543 |
| JUNE YOUNG<br>4116 ASHTON CLUB DRIVE<br>LAKE WALES, FL  33859 |
| JUNE ZOLLER<br>185 DENIO ROAD<br>MALONE, NY  12953 |
| JUNEA HUTCHINS<br>280 MAPLE STREET<br>WEST BOYLSTON, MA  01583 |
| JUNELEE TARANGELO<br>8207 TIMBER RIDGE RD<br>CONWAY, SC |
| JUNGJIN CHOE<br>19 CRESCENT DR<br>PLATTSBURGH, NY  12901 |
| JURAJ POLAK<br>3854 JENN-LYNN COURT<br>ORILLIA, ON  l3v 6h2 |
| JURGEN ENGLMAIER<br>2879 GLENALMOND DRIVE<br>PORTAGE, MI  49024 |
| JURGEN KLEIST<br>745 POINT AU ROCHE RD<br>PLATTSBURGH, NY  12901 |
| JURIS KAPS<br>35430 23RD STREET<br>KALAMAZOO, MI  49009 |
| JUSTIN ALICANDRO<br>28 MAPLE CIRCLE<br>SHREWSBURY, MA  01545 |
| JUSTIN ANDERSON<br>217 NORTH GILLETTE ST<br>ELKHART, IL  62634 |
| JUSTIN AUSANKA<br>250 BRAEBURN CIRCLE<br>DAYTONA BEACH, FL  32114 |
| JUSTIN BALCOM<br>913 BALMER ROAD<br>YOUNGSTOWN, NY  14174 |
| JUSTIN BARKEL<br>830 ESKER DRIVE<br>ZEELAND, MI  49464 |
| JUSTIN BOENTE<br>17469 CORBIN HILLS ROAD<br>CARLINVILLE, IL  62626 |
| JUSTIN BOULIANNE<br>1834 ROBINWOOD PLACE<br>OTTAWA, ON  K1C6L2 |
| JUSTIN BRENS<br>50 VIDEL CRES NORTH<br>ST CATHARINES, ON  L2W0A3 |
| JUSTIN BRUCE<br>193 CAMBRIDGE WAY<br>NEW CASTLE, PA  16101 |
| JUSTIN BUONCORE<br>3688 BLACK CREEK ROAD<br>STEVENSVILLE, ON  L0S1S0 |
| JUSTIN CALAMINUS<br>624 DEERHURST DR<br>BURLINGTON, ON  L7L 5W7 |
| JUSTIN CALARCOSMITH<br>5034 BARRVILLE ROAD<br>ELBA, NY  14058 |
| JUSTIN CAMIRE<br>31 PADDOCK DRIVE<br>PLAINVILLE, MA  02762 |
| JUSTIN CARTER<br>73 LIVIA HERMAN WAY<br>BARRIE, ON  L4M6X2 |
| JUSTIN CASAGRANDE<br>41924 WATERWHEEL<br>NORTHVILLE TWP, MI  48168 |
| JUSTIN CHANCE<br>2402 NW 23RD TER<br>GAINESVILLE, FL  32605 |

JUSTIN CLAPPISON
1585 SWITZERLAND STREET
COMMERCE, MI  48382

JUSTIN DAVIS
8046 CLEVELAND RD
WOOSTER, OH  44691

JUSTIN DOYLE
3719 TWIN FALLS PLACE
OTTAWA, ON  K1V 1W7

JUSTIN EGAN
415 BUENA VISTA BL
FORT MYERS, FL  33905

JUSTIN FONTAINE
1350 THOMPSON ROAD
THOMPSON, CT  06277

JUSTIN FRENCH
28 WYCHWOOD PARK
TORONTO, ON  M6G 2V5

JUSTIN FURNER
5449 MIRAGE DR
HILLIARD, OH  43026

JUSTIN GERBICH
1621 S FAIRVIEW AVE
PARK RIDGE, IL  60068

JUSTIN GORDON
334 BETHEL ROAD
RR 2 STIRLING, ON  K0K3E0

JUSTIN GRANDMAISON
29 DEERING ROAD
GORHAM, ME  04038

JUSTIN GRAVES
371 NORTH STREET
WINOOSKI, VT  05404

JUSTIN GREENBERG
391 AARON DRIVE
MANCHESTER, NH  03109

JUSTIN GRIGG
30 MENDON STREET
BLACKSTONE, MA  01504

JUSTIN GUT
3823 NORTH 83RD STREET
MILWAUKEE, WI  53222

JUSTIN HAGEVIK
529 BEAVER CRT
MILTON, ON  L9T6R5

JUSTIN HARKINS
1303 SUNDT LANE
STOUGHTON, WI  53589

JUSTIN HAYES
35 DEBORA DR
GRIMSBY, ON  L3M 4J1

JUSTIN JONES
450 CHEROKEE DRIVE
CHEEKTOWAGA, NY  14225

JUSTIN KEITH
216 SOUTH STATE STREET
HENDERSON, IL  61439

JUSTIN KONGS
1325 CHERRY ROAD
SPRINGFIELD, IL  62704

JUSTIN LAPISKA
1023 BONITA LOOP
MYRTLE BEACH, SC  29588

JUSTIN LEDNAR
1107 CATALPA LANE
ORLANDO, FL  32806

JUSTIN LEO
1188 BERKLEY RIDGE LN
AUBURNDALE, FL  33823

JUSTIN LEONARD
5 VILLAGE GREEN
STURBRIDGE, MA  01566

JUSTIN LEROUX
44 OVERDALE AVE
WATERDOWN, ON  L0R2H4

JUSTIN MACHIN
18 YONGE STREET
TORONTO, ON  M5E 1Z8

JUSTIN MARTIN
798 REDMOND COURT
CONWAY, SC  29526

JUSTIN METRAS
12 JERMEY LANE RR 2
HAWKESTONE, ON  L0L 1T0

JUSTIN MICHAU
3 PEARL STREET
BATAVIA, NY  14020

JUSTIN MILLER
3409 HOLLY DRIVE
LOWER BURRELL, PA  15068

JUSTIN MINER
9 FAIRLAWN DR
WORCESTER, MA  01602

JUSTIN MURRAY
173 WYCHWOOD AVE
TORONTO, ON  M6C 2T4

JUSTIN NARBURGH
14 FREEMAN AVE
MIDDLEPORT, NY  14105

JUSTIN OLIASTRO
207 SYGAN RD
MCDONALD, PA  15057

JUSTIN OLSON
4631 N OAKLAND AVE
WHITEFISH BAY, WI  53211

JUSTIN REICH
600 MAIN STREET
BUFFALO, NY  14202

JUSTIN RIMSTIDT
516 CHARTER ST
DEKALB, IL  60115

JUSTIN ROMAN
1154 GLENCOE AVE
PITTSBURGH, PA  15220

JUSTIN SCHOLL
2214 WILLIAMS AVE 1
CINCINNATI, OH  45212

JUSTIN SILVIDI
115 FOREST HILL DRIVE
HUBBARD, OH  44425

JUSTIN SIMARD
38 JULDAN PLACE
VAUGHAN, ON  L4H0E3

JUSTIN SPURVEY
144 HUDSON AVE
HOPATCONG, NJ  07843

JUSTIN TREDO
322 CRESCENT DR
MASSENA, NY  13662

JUSTIN TSE
100 HILLWOOD STREET
MARKHAM, ON  L6C0B8

JUSTIN WISE
10550 SE 101ST AVE RD
BELLEVIEW, FL  34420

JUSTIN WRIGHT
12 TRASK DR
BARRIE, ON  L4N5R4

JUSTIN YEARGERS
1073 SANDY HILL RD
IRWIN, PA  15642

JUSTINA BUSH
30 AUTUMNVIEW
WILLIAMSVILLE, NY  14221

JUSTINA CICCARELLI
541 GARNER RD W
ANCASTER, ON  L9G 3K9

JUSTINE CLARKE
77 NELSON ST
EXETER, ON  N0M 1S2

JUSTINE HALL
708 FEDERAL ST
BELCHERTOWN, MA  01007

JUSTINE LAPIERRE
20 CANNA DR
SHREWSBURY, MA  01545

JUSTINE LAPIERRE
20 CANNA DR
SHREWSUBURY, MA  01545

JUSTINE MT PLEASANT
4870 SUSIES LANE
SANBORN, NY  14132

JUSTINE PIECHNIK
45 GIBBONS
LACKAWANNA, NY  14218

JUSTINE WATSON
40 LAKERIDGE DRIVE
ORCHARD PARK, NY  14127

JUSTINE WRIGHT
2446 SYLVAN PLACE
NIAGARA FALLS, NY  14304

JUSTUS CANTO
23 MABEL CANTO WAY
HARWICH, MA  02645

| |
|---|
| JUTTA GRUENEWALD<br>13 BROOKMOUNT RD<br>TORONTO, ON  M4L3M9 |
| K  BRADLEY SIMMONS<br>217 RIPPLEWOOD CRES<br>KITCHENER, ON  N2M4R9 |
| K CARMEN BUNKER<br>22 BEASLEY DRIVE<br>RICHMOND HILL, ON  L4C 7Z2 |
| K DAVID PORTER<br>1483 RIVER ROAD<br>WELLSVILLE, NY  14895 |
| K E MCINNIS<br>PO BOX 374<br>WESTPORT, ON  K0G 1X0 |
| K HOPKINS<br>852 TRAILRIDGE EAST<br>MISHAWAKA, IN  46544 |
| K KNEZEVICH<br>136 WENDEL<br>BUFFALO, NY  14223 |
| K MALIN WEERATNE<br>120 FIRESIDE LANE<br>HOLDEN, MA  01520 |
| K MALIN WEERATNE<br>120 FIRESIDE LANE<br>HOLDENN, MA  01520 |
| K MARK GATEHOUSE<br>3346 CHARTRAND CRES<br>MISSISSAUGA, ON  L5L4C5 |
| K NEVERETT BROWN<br>10 CAITLIN WAY<br>PLATTSBURGH, NY  12903 |
| KAAREN ANTHONY<br>RR 3 BOX 675<br>KUNKLETOWN, PA  18058 |
| KAAREN FINBERG<br>697B PLYMOUTH DRIVE<br>LAKEWOOD, NJ  08701 |
| KAAREN SMYTH<br>1435 HELENA MONTAGUE AVE<br>LONDON, ON  N6K 1Z5 |
| KACEE TUINSTRA<br>7962 80TH AVENUE<br>ZEELAND, MI  49464 |
| KACIE BRUNNER<br>415 E MARSHALL ST<br>ATHENS, MI  49011 |
| KACIE ROOT<br>329 LEENHOUTS<br>KALAMAZOO, MI  49048 |
| KAI ANDERSEN<br>4317 SHEFFIELD RD<br>MADISON, WI  53711 |
| KAI JACOBSEN<br>71 COMMANDO COURT<br>WATERDOWN, ON  L0R2H6 |
| KAILAYARUBAN SELLIAH<br>3432 PALGRAVE ROAD<br>MISSISSAUGA, ON  L5B2H1 |
| KAITLIN ACKERMAN<br>40 EVERGREEN TRAIL<br>MACAFEE, NJ  07448 |
| KAITLIN BECKER<br>95 CENTRAL STREET<br>FOXBORO, MA  02035 |
| KAITLIN BOLLING<br>17 GEORGE AVENUE<br>JAMESTOWN, NY  14701 |
| KAITLIN DALY<br>409 PARK AVENUE<br>ROCHESTER, NY  14607 |
| KAITLIN GROEGER<br>4971 BIGELOW ROAD<br>WEST VALLEY, NY  14171 |
| KAITLYN ANDERSON<br>756 CLEVELAND<br>BELOIT, WI  53511 |
| KAITLYN FAUCON<br>20103 BAY CEDAR AVE<br>TAMPA, FL  33647 |
| KAITLYN HANNA<br>26 PERRY ST<br>SHERBORN , MA  01770 |
| KAITLYN HANNA<br>26 PERRY ST<br>SHERBORN, MA  01770 |

| |
|---|
| KAITLYN KEOGH<br>8 CINDY LANE<br>LISLE, ON  L0M1M0 |
| KAITLYN VICTOR<br>7168 MARIGOLD DR<br>WHEATFIELD, NY  14120 |
| KAITLYN WOOD<br>48885 50TH ST<br>LAWRENCE, MI  49064 |
| KALAMAZOO COUNTY AERONAUTICS BOARD<br>5235 PORTAGE ROAD<br>KALAMAZOO, MI 49002 |
| KALAN MCPHERSON<br>10837 CORA DR<br>PORTAGE, MI  49002 |
| KALEB HIRTZEL<br>14090 EAST DUTCH LANE<br>EFFINGHAM, IL  62401 |
| KALEB KLUGE<br>11 BRENDA DR<br>JACKSONVILLE, FL |
| KALILYN GREENE<br>1486 FERGUSON FALLS RD<br>LANARK, ON  K0G1K0 |
| KAM DAN TOY<br>1828 ETHEL OUEST<br>CARIGNAN, QC  J3L 3P9 |
| KAMAL MOOLJEE<br>120 UPPER POST RD<br>MAPLE , ON  L6A 4J9 |
| KAMALIKA B WEERATNE<br>120 FIRESIDE LANE<br>HOLDEN, MA  01520 |
| KAMALIKA WEERATNE<br>120 FIRESIDE LANE<br>HOLDEN, MA  01520 |
| KAMI EVERITT<br>14800 CR 561A<br>CLERMONT, FL  34715 |
| KAMIE KEATING<br>30 ST MARY ROAD<br>MALONE, NY  12953 |
| KAMRAN MOGHISSI<br>4301 GULFSHORE BLVD N<br>NAPLES, FL  34103 |
| KAMRAN PARVIN<br>544 PLEASANT ST<br>WORCESTER, MA  01602 |
| KANDACE INKS<br>5828 SUNDROPS AVE<br>GALLOWAY, OH  43119 |
| KANDE STEELE<br>378 CHESTERFIELD RD<br>EAST LYME, CT  06333 |
| KANDEE READSHAW<br>PO BOX 3107<br>BALD HEAD ISLAND, NC  28461 |
| KANDI CLARK<br>PO BOX 88<br>BAKERSFIELD, VT  05441 |
| KANDRA ALDRICH<br>5860 LINCOLN RD<br>VENICE, FL  34293 |
| KANDY TALBOT<br>225 PROSPECT AVE<br>MASSENA, NY  13662 |
| KANDY WEBB<br>R R  1<br>WILSONVILLE, ON  N0E 1Z0 |
| KANYA HENRY<br>1900 POST RD 203<br>MELBOURNE, FL  32935 |
| KAPIL SALUNKHE<br>38 FAIRVIEW ROAD W UNIT 12<br>MISSISSAUGA, ON  L5B4J8 |
| KARA ANN HANSSON<br>11 SUOMI STREET<br>PAXTON, MA  01612 |
| KARA CLARK<br>960 FIRST STREET<br>SHERMAN, IL  62684 |
| KARA CLARY<br>21 POND RIDGE DR NE<br>GRAND RAPIDS, MI  49546 |
| KARA DUNCAN<br>240 SUMMER ST<br>ST JOHNSBURY, VT  05819 |

| |
|---|
| KARA DUNCAN<br>240 SUMMER ST<br>ST JOHNSBURY, VT  05819 |
| KARA EAGAN<br>160 PROSPECT STREET<br>GLOUCESTER, MA  01930 |
| KARA GELLY<br>411 PINNACLE COURT<br>WEXFORD, PA  15090 |
| KARA HARDEN<br>09044 62ND STREET<br>SOUTH HAVEN, MI  49090 |
| KARA HEGARTY<br>100 STEUBEN STREET<br>HORNELL, NY  14843 |
| KARA HERRIN<br>5408 FOXHALL LANE<br>SPRINGFIELD, IL  62711 |
| KARA KIRK<br>4472 PLANK RD.<br>LOCKPORT, NY  14094 |
| KARA KUNKLERPECK<br>154 HARDY POND ROAD<br>WALTHAM, MA  02451 |
| KARA LYNCH<br>5361 PHILADELPHIA RD<br>VIRGINIA, IL  62691 |
| KARA MCCANN<br>93 TANGLEWOOD DR W<br>ORCHARD PARK, NY  14127-3507 |
| KARA PARKINSON<br>1579 STEWART CRES<br>MILTON, ON  L9T6P9 |
| KARA POEL<br>2241 UNION AVE SE<br>GRAND RAPIDS, MI  49507 |
| KARA PRESTON<br>610 LAUREL DRIVE<br>ST JOSEPH, IL  61873 |
| KARA SCHRADER<br>2971 MITCHELL RD<br>WILLIAMSTON, MI  48895 |
| KARA SMITH<br>125 NORTHFIELD DR W<br>WATERLOO, ON  N2J 3Z9 |
| KARA SMITH<br>4591 ROLLRIDGE AVE<br>KALAMAZOO, MI  49004 |
| KARA THOMPSON<br>3507 WEGENG DR<br>BLOOMINGTON, IL  61704 |
| KARA WAIT<br>8836 SOUTH NELSON ROAD<br>BRODHEAD, WI  53520 |
| KARABETH BIGFORD<br>3654 ISLAND CLUB DRIVE 10<br>NORTH PORT , FL  34288 |
| KARAM ALBAZI<br>12-2280 BARONWOOD DR<br>OAKVILLE, ON  L6M 5J8 |
| KARAN SORENSEN<br>1664 TEAL MARSH ROAD<br>CHARLESTON, SC  29412 |
| KARANDEEP DARA<br>59 HOLLINGSWORTH CIRCLE<br>BRAMPTON, ON  L7A 0J4 |
| KAREN A DUFFY<br>7 LAKEVIEW TERRACE<br>SAINT ALBANS, VT  05478 |
| KAREN A HETZEL<br>1128 RUE DES MESANGES<br>SAINT-LAZARE, QC  J7T 2L5 |
| KAREN A HETZEL<br>1128 RUE DES MESANGES<br>SAINT-LAZARE, QC  J7T2L5 |
| KAREN A HETZEL<br>8440 ROOSEVELT STREET<br>ENGLEWOOD , FL  34224 |
| KAREN A NOWAK<br>1151 SAUNDERS SETTLEMENT RD<br>NIAGARA FALLS, NY  14305 |
| KAREN A PARROTTE<br>PO BOX 53<br>SARANAC, NY  12981 |
| KAREN ABEL<br>3634 KLEMER RD<br>N TONAWANDA, NY  14120 |