| |
|---|
| THOMAS TURNER<br>3 LOGAN COURT<br>STOUFFVILLE, ON  L4A7X5 |
| THOMAS TURNQUIST<br>2002 MADISON ST<br>MADISON, WI  53711 |
| THOMAS URBAN<br>1500 FAIRWAY DRIVE<br>FOSTORIA, OH  44830 |
| THOMAS UVA<br>58 ARNOLDS NECK DRIVE<br>WARWICK, RI  02886 |
| THOMAS VALENZA<br>126 WETZEL RD<br>GLENSHAW, PA  15116 |
| THOMAS VANGUNDY<br>6N809 IRWIN AVE<br>SAINT CHARLES, IL  60174 |
| THOMAS VEITH<br>1312 CHESTNUT ST<br>GREENVILLE, IL  62246 |
| THOMAS VIEYRA<br>830 COUNTRY CLUB DRIVE<br>BATTLE CREEK, MI  49015 |
| THOMAS VINCENZ<br>422 36TH STREET<br>SUNSET BEACH, NC  28468 |
| THOMAS VINJE<br>508 WALNUT ST<br>STERLING, IL  61081 |
| THOMAS VISKER<br>26560 GLICK DR<br>ELKHART, IN  46514 |
| THOMAS VORWERK<br>S 583 COUNTY ROAD 13<br>NAPOLEON, OH  43545 |
| THOMAS WADE<br>17 CHURCH STREET<br>RANDOLPH, NY  14772 |
| THOMAS WAGNER<br>11241 POINT RD<br>THREE RIVERS, MI  49093 |
| THOMAS WAGNER<br>23 JOELLE DRIVE<br>PORTLAND, CT  06480 |
| THOMAS WALDRON<br>323 BENNETT<br>ROAD , MA  01036 |
| THOMAS WALDSCHMIDT<br>32 CHARLOTTE ST<br>PARIS, ON  N3L1N2 |
| THOMAS WALKER<br>5100 DANA DR<br>LEWISTON, NY  14092 |
| THOMAS WALL<br>2048 ELLIS AVENUE<br>ST CATHARINES, ON  L2R6P7 |
| THOMAS WALSH<br>13108 GREENGAGE LN<br>TAMPA, FL  33612 |
| THOMAS WARLOW<br>79 WEST ILLIANA STREET<br>ORLANDO, FL  32806 |
| THOMAS WATROBA<br>8105 CHERRY LANE<br>NIAGARA FALLS, NY  14304 |
| THOMAS WEBB<br>173 BYERLY DRIVE<br>JEANNETTE, PA  15644 |
| THOMAS WEBER<br>804 REBEKAH LN<br>CARTERVILLE, IL  62918 |
| THOMAS WEBSTER<br>4527 NW 34TH TERRACE<br>GAINESVILLE, FL  32605 |
| THOMAS WELCH<br>209 GENE LEFEVRE ROAD<br>CADYVILLE, NY  12918 |
| THOMAS WESSEL<br>3494 IVY HILL LANE<br>FINLEYVILLE, PA  15332 |
| THOMAS WHELAN<br>9207 LANTHORN WAY<br>ESTERO, FL  33928 |
| THOMAS WHETHAM<br>38 PLEASANT TRAIL<br>GRAND ISLAND, NY  14072-1493 |

THOMAS WHITE
2287 COUNTY ROUTE 5
MOIRA, NY  12957

THOMAS WHITE
25188 MARION AVE
PUNTA GORDA, FL  33950

THOMAS WHITE
327 LIBERTY LANE
NEW BERLIN, IL  62670

THOMAS WHITE
6015 DEER RUN DRIVE
TRAFFORD, PA  15085

THOMAS WHITE
PO BOX 1103
MIDDLETOWN, CT  06457

THOMAS WHITESIDE
34 FROST
LONG SAULT,   K0C 1P0

THOMAS WIEDINGER
87VIVANTE BLVD 8725
PUNTA GORDA, FL  33950

THOMAS WIERZBICKI
12688 WARNER HILL ROAD
SOUTH WALES, NY  14139

THOMAS WILLIAMS
PO BOX 495613
PORT CHARLOTTE, FL  33949

THOMAS WILLIAMSON
2265 HUNTINGDON DR UNIT K
SURFSIDE BEACH, SC  29575

THOMAS WILLITTS
18817 KENNEDY ROAD
SHARON, ON  L0G1V0

THOMAS WILSON
1 HIAWATHA COVE TRAIL
BATTLECREEK, MI  49015

THOMAS WILSON
344 BELMONT AVE
BUFFALO, NY  14223

THOMAS WILUSZ
53 SOUTHAMPTON ROAD
HOLYOKE, MA  01040

THOMAS WISENER
8 BADER AVE
BRAMPTON, ON  L6R1Z1

THOMAS WOLF
2900 PIPER ROAD
SPRINGFIELD, IL  62707

THOMAS WOLFE
1151 WOODSIDE DR
FREEPORT, IL  61032

THOMAS WOODS III
20 MOUNTAIN VIEW DRIVE
ROUSES POINT, NY  12979

THOMAS WOOLLEY
1797 RHINE CT
EASTON, PA  18045

THOMAS YANKOVIAK
7573 CORDWOOD SHORES DRIVE
CHEBOYGAN, MI  49721

THOMAS YOHE
2012 SILVERDALE DRIVE
FINLEYVILLE, PA  15332

THOMAS YOUNG
6 WAGON WHEEL ROAD
NORTH ATTLEBORO, MA  02760

THOMAS ZACHWIEJA
38W765 EVANSWOOD LANE
SAINT CHARLES, IL  60175

THOMAS ZADEK
99 MOORE AVENUE
WORCESTER, MA  01602-1819

THOMAS ZANCOLA
349 PARK STREET WEST
DUNDAS, ON  L9H1Z3

THOMAS ZILKA
53 MORRIS CIRCLE
DEPEW, NY  14043

THOMAS ZUBA
5700 JENNIFER DRIVE WEST
LOCKPORT, NY  14094

THOMASINE EALY
1363 CHELSEA AVE
VANDALIA, OH  45377

THOMASS SOKOLSKI
3713 GRACE ROAD
KALAMAZOO, MI  49006

| |
|---|
| THOMSON JANICE<br>24 GROVE ST<br>BELLEVILLE, ON  K8P1W2 |
| THOR VIKSTROM<br>2950 BOTHAM<br>ST LAURENT, QC  H4S1J1 |
| THPMAS LOWANDE<br>310 LEE ST<br>UNION CITY, MI  49094 |
| THREASA EARP<br>1101 E TYLER ST<br>MORTON, IL  61550 |
| THUC VO<br>2406 WOODCREST DR<br>OAKVILLE, ON  L6M 4S1 |
| THURZA JANASZEK<br>112 GLENFIELD DRIVE<br>BEAVER, PA  15009 |
| THUY DUC HUA<br>257 ROLAND-DURAND BLVD.<br>ROSEMERE, QC  J7A 4J2 |
| THUY NGUYEN<br>4180 CLAUDE HENRI GRIGNON<br>ST-LAURENT, QC  H4R 3H5 |
| THUY PHAM<br>17814 KERRYBROOK<br>HUMBLE, TX  77396 |
| THUY TRINH<br>912 HOLLINRAKE CRESENT<br>MILTON, ON  L9T 5T8 |
| THWYLA DRURY<br>4355 ARAPAHOE DRIVE<br>SPRINGFIELD, IL  62711 |
| TIA ALLSEN<br>4529 PINE AL DR<br>MACHESNEY PARK, IL  61115 |
| TIA ALLSEN<br>4529 PINE AL DRIVE<br>MACHESNEY PARK, IL  61115 |
| TIA MARIA DILORENZO<br>596 HOLLAND HEIGHTS<br>MILTON, ON  L9T0W1 |
| TIA MITCHELL<br>137 DEMMEL DRIVE<br>MCMURRAY, PA  15317 |
| TIA RIECK<br>8643 PARTRIDGE TRAIL<br>ELK RAPIDS, MI  49629 |
| TIA RYAN<br>1128 MONTOMERY DR<br>OAKVILLE, ON  L6M 1G1 |
| TIA TOBOLSKE<br>851 NEWTON RD<br>QUINCY, MI  49082 |
| TIA VAILLANCOURT<br>43 PHEASANT LANE<br>ATHOL, MA  01331 |
| TIANA MANGUAL<br>20A PASSWAY THREE<br>WORCESTER, MA  01602 |
| TIANMIN SHI<br>2517 HUNTLEIGH RD<br>SPRINGFIELD, IL  62704 |
| TIBEBE BERHANE<br>74 SANDRIFT SQUARE<br>TORONTO, ON  M1E 4N6 |
| TIEMEN VANDYK<br>8 FIRESIDE CR<br>OTTAWA, ON  K1T1Z4 |
| TIEMEN VANDYK<br>8 FIRESIDE DR<br>OTTAWA, ON  K1T1Z4 |
| TIFANI MERRITT<br>PO BOX 538<br>DARLINGTON, SC  29540 |
| TIFFANY BOCCIA<br>288 LEGATE HILL ROAD<br>LEOMINSTER, MA  01453 |
| TIFFANY BRADY<br>25641 CHERRY HILL LANE<br>GOBLES, MI 49055 |
| TIFFANY CAMPBELL<br>1498 E HUDSON<br>COLUMBUS, OH  43211 |
| TIFFANY CORNELIUS<br>7855 HIGHLAND CORRAL CIRCLE<br>KALAMAZOO, MI  49009 |

| |
|---|
| TIFFANY DOVIDIO<br>14 OMNI BLVD<br>HAMILTON, ON  L9C 7R4 |
| TIFFANY FITZGERALD<br>3405 SO 2ND<br>SPRINGFIELD, IL  62703 |
| TIFFANY HARRIS<br>465 WILSON DR<br>FENNVILLE , MI  49408 |
| TIFFANY HARRIS<br>4695 HICKORYBEND DR<br>GROVE CITY, OH  43123 |
| TIFFANY HERTEL<br>40 BAINBRIDGE LANE<br>PALM COAST, FL  32137 |
| TIFFANY HOTRUM<br>5924 STRATFORD DR<br>PORTAGE, MI  49024 |
| TIFFANY HOWES<br>2514 BANGS<br>HAWKESBURY, ON  K6A 2R2 |
| TIFFANY HURD<br>618 HYATT ST<br>EATON RAPIDS, MI  48827 |
| TIFFANY KLECKLER<br>2210 FARMDALE LANE<br>FREEPORT, IL  61032 |
| TIFFANY LANNING<br>4097 MELODY LANE<br>MCCONNELSVILLE, OH  43756 |
| TIFFANY LOWERS<br>35262E CR 800N<br>MASON CITY, IL  62664 |
| TIFFANY MUNS<br>421 DIPPING HOLE RD<br>WILBRAHAM, MA  01095 |
| TIFFANY OCONNOR<br>8801 HUNTERS LAKE DR APT 614<br>TAMPA, FL  33647 |
| TIFFANY PICKFORD<br>2131 W HOMER ST APT2<br>CHICAGO, IL  60647 |
| TIFFANY ROBINSON<br>18B FAY LANE<br>PLATTSBURGH, NY  12901 |
| TIFFANY ROCK<br>1407 HARNESS HORSE LANE<br>BRANDON, FL  33511 |
| TIFFANY STEWART<br>1021 PALM COURT<br>JEANNETTE, PA  15644 |
| TIFFANY TIMMER<br>13205 LYMESTONE CT<br>NEW SMYRNA BEACH, FL  32168 |
| TIFFANY WOOD<br>6085 EAST AVE<br>NEWFANE, NY  14108 |
| TIFFANY WROBEL<br>186 LEGROS STREET<br>FITCHBURG, MA  01420 |
| TIFFANY YODER<br>2437 NW EMBERS TER<br>CAPE CORAL, FL  33993 |
| TILDEN POSIN<br>16 EDGWOOD STREET<br>WHEELING, WV  26003 |
| TILLIE BROOKS<br>2614 NEWPORT AVE<br>LAKELAND, FL  33803 |
| TILMON NOEL<br>119 MANITOU CRESCENT<br>BRAMPTON, ON  L6S 2Z6 |
| TIM BROWN<br>257 CHELTONWOOD CRESCENT<br>WATERLOO, ON  N2V 1X8 |
| TIM CASTILLO<br>1713 DROSTER RD<br>MADISON, WI  53716 |
| TIM COLUMB<br>47 WEST BERKSHIRE ROAD<br>ENOSBURG FALLS, VT  05450 |
| TIM CRYDERMAN<br>PO BOX 101<br>INGLESIDE, ON  K0C1M0 |
| TIM D CAVENEE<br>820 PEASLEEVILLE ROAD<br>SCHUYLER FALLS, NY  12985 |

| |
|---|
| TIM DAUB<br>11 MATTHEW COURT<br>KITCHENER, ON  N2B 1W6 |
| TIM DELAGRANGE<br>2052 W FARRAGUT AVE APT 3<br>CHICAGO, IL  60625 |
| TIM DELLANNA<br>19 REMION CRES<br>UXBRIDGE, ON  L9P 1V3 |
| TIM DONOFRIO<br>826 FIELDEN AVE<br>PORT COLBORNE, ON  L3K 6B7 |
| TIM DUHAIME<br>5045 LINDRICK CT<br>MYRTLE BEACH, SC  29579 |
| TIM EARL<br>7-1338 UPPER GAGE AVE<br>HAMILTON, ON  L8W1N2 |
| TIM FAHEY<br>279 ROSS HILL<br>HUNTINGTON, VT  05462 |
| TIM FINNEY<br>3432 LAKEWOOD DRIVE<br>WHEATFIELD, NY  14120 |
| TIM G LINK<br>44240 CR 681<br>LAWRENCE, MI  49064 |
| TIM GRACE<br>1305 GOLDEN BEACH RD<br>BRACEBRIDGE, ON  P1L1W8 |
| TIM HOWARD<br>2685 HUNTERS POINT<br>KALAMAZOO, MI  49048 |
| TIM IRWIN<br>6686 MAIN ST<br>STOUFFVILLE, ON  L4A7W5 |
| TIM JANSEN<br>8572 E WINNESHIEK RD<br>ROCK CITY, IL  61070 |
| TIM KANE<br>134 HARLEM ROAD<br>MACHESNEY PARK, IL  61115 |
| TIM KLEI<br>33 MCMANN CR<br>COURTICE, ON  L1E2H3 |
| TIM KNAPP<br>67 AVATAR PL<br>MOUNT HOPE, ON  L0R1W0 |
| TIM KRAFT<br>4 BRIDLE TRAIL<br>MIDHURST,   l0l1x0 |
| TIM LAMERE<br>97 COVEYTOW RD<br>CONSTABLE, NY  12926 |
| TIM LANCE<br>12422 W DOWNING PL<br>BRIMFIELD, IL  61517 |
| TIM LATTIMER<br>844 ST ALBERTS DR<br>SUN PRAIRIE, WI  53590 |
| TIM MALONEY<br>4514 VIVIAN ROAD RR 1<br>CEDAR VALLEY, ON  L0G1E0 |
| TIM MARTIN<br>4 EAST TOWNLINE RD<br>MALLORWTOWN, ON  K0E1R0 |
| TIM MCCARTHY<br>811 NICHOLAS CIR<br>GENOA, IL  60135 |
| TIM NEILSON<br>174 RENFREW ST E<br>CALEDONIA, ON  N3W1E9 |
| TIM NELSON<br>1146 KENILWORTH<br>NAPOLEON, OH  43545 |
| TIM P POLECK<br>461 MELANIE CRES<br>ANCASTER, ON  L9G 4B1 |
| TIM PARKER<br>44 SARACHON RD<br>CHAZY, NY  12921 |
| TIM PARSONS<br>1455 CLEARVIEW DR<br>OAKVILLE, ON  L6J 6X2 |
| TIM PARSONS<br>1455 CLEARVIEW DR<br>OAKVILLE, ON  L6J 6X2 |

TIM PARSONS
1455 CLEARVIEW DR
OAKVILLE, ON  L6J6X2

TIM PATTERSON
1 HATCH ST
BROOKLIN, ON  L1M 2G3

TIM PETERSEN
684 COURTENAY AVE
OTTAWA, ON  K2A 3B7

TIM PETERSEN
684 COURTENAY AVE
OTTAWA, ON  K2A3B7

TIM POLECK
461 MELANIE CRES
ANCASTER, ON  L9G4B1

TIM PRENDERGAST
7081 BEAR RIDGE ROAD
NORTH TONAWANDA, NY  14120

TIM RENNER
16 KING RICHARD DR
MACKINAW, IL  61755

TIM ROBINSON
10240 WATERVILLE NEAPOLIS
WATERVILLE, OH  43566

TIM ROSEBERRY
577 MARITIME WAY
SUPPLY, NC  28462

TIM SCHAUER
6413 OLD LOG TRAIL
KALAMAZOO, MI  49009

TIM SCHOTT
3739 GREENLEAF CIR APT 112
KALAMAZOO, MI  49008

TIM SMELKO
352 BROADWAY AVE
MILTON, ON  L9T1T7

TIM STUPPLE
829 MILLGROVE SIDE ROAD
MILLGROVE, ON  L0R 1V0

TIM TEMPLE
81 HIGLEY ROAD
ASHLAND , MA  01721

TIM THOROGOOD
39 RHINESTONE COURT
BINBROOK, ON  L0R 1C0

TIM VANDYK
8 FIRESIDE CR
OTTAWA, ON  K1T1Z4

TIM VLEUTEN
1886 LAKE ROAD
WEBSTER, NY  14580

TIM WILLIAMS
798 ALEXANDER ROAD
ANCASTER, ON  L9G 3E9

TIMAR TIMOTHY
1063 SANDUSKY ST
PERRYSBURG, OH  43551

TIMM SHELINE
12892
WESTON, OH  43569

TIMMOTHY MCNULTY
3460 E LINCOLNSHIRE BLVD
TOLEDO, OH  43606

TIMOTHY A MYERS
6464 PALO VERDE
ROCKFORD, IL  61114

TIMOTHY AGEMA
9203 HIGHLAND VIEW DR
KALAMAZOO, MI  49009

TIMOTHY AIKEN
1110 OSGOOD HILL ROAD
WESTFORD, VT  05494

TIMOTHY ALBERT
1501 ORCHARD LN
NILES, MI  49120

TIMOTHY ASHCRAFT
8625 SWAN ST
KALAMAZOO, MI  49009

TIMOTHY AYRES
31 GUNBOAT LANE
PLATTSBURGH NY, NY  12901

TIMOTHY BADER
633 POINSETTIA RD
BELLEAIR, FL  33756

TIMOTHY BADERO
633 POINSETTIA RD
BELLEAIR, FL  33756

TIMOTHY BALLARD
687 RED DEER TRAIL
BELVIDERE, IL  61008

TIMOTHY BARKEL
99 - 80TH AVENUE
ZEELAND, MI  49464

TIMOTHY BARTHOLOMEW
12112 CLARK LANE
ARENZVILLE, IL  62611

TIMOTHY BARTHOLOMEW
12112 CLARK LN
ARENZVILLEIL, IL  62611

TIMOTHY BASTIASNSE
556 SLEEPY HOLLOW LANE
HOLLAND, MI  49423

TIMOTHY BEAUPRE
8742 WINDWOOD
PORTAGE, MI  49002

TIMOTHY BENDER
7804 COLE ROAD
COLDEN, NY  14033

TIMOTHY BENEDICT
10 ISLAND STREET
TICONDEROGA, NY  12883

TIMOTHY BENNETT
11433 3 1/2 MILE RD
BATTLE CREEK, MI  49015

TIMOTHY BILLICK
418 RIDGE AVE
MONESSEN, PA  15062-2426

TIMOTHY BILLICK
441 REED AVE
MONESSEN, PA  15062-1250

TIMOTHY BIRD
3250 10TH STREET NORTH
NAPLES, FL  34103

TIMOTHY BOEHLKE
PO BOX 453
GOSHEN, IN  46527

TIMOTHY BOKOR
421 HIGHSIDE DR
MILTON, ON  L9T 1W9

TIMOTHY BORATYN
51 SUTTON RD
WEBSTER, MA  01570

TIMOTHY BOWN
1530 WALLACE WAY
MILTON, ON  L9T 5V4

TIMOTHY BRADY
3385 HARVESTER ROAD
BURLINGTON, ON  L7M5C1

TIMOTHY BRAIDA
2001 FOXWOOD CC RUN
NORMAL, IL  61761

TIMOTHY BRENNER
14373 DIXIE
REDFORD, MI  48239

TIMOTHY BRESNAHAN
506 LINWOOD CT
CLINTON, MA  01510

TIMOTHY BRIGGS
105 LAKE GEORGE ST
RUSSELL, NY  13684

TIMOTHY BRIGGS
6 MYLES LANE
SHIRLEY, MA  01464

TIMOTHY BROOKS
1631 CEDARDALE DR
BELVIDERE, IL  61008

TIMOTHY BROOKS
23053 WESTCHESTER BLVD
PORT CHARLOTTE, FL  33980

TIMOTHY BROWN
1 ST THOMAS 17A
TORONTO, ON  M5S3M5

TIMOTHY BROWN
4 CRICKET DRIVE
OXFORD, MA  01540

TIMOTHY BROWN
42 HANSOM DRIVE
MERRIMACK, NH  03054

TIMOTHY BROWN
PO BOX 6929
LAKELAND, FL  33807

TIMOTHY BUCHMAN
8940 CHAMPLAIN
NIAGARA FALLS, NY  14304

TIMOTHY BULLERDICK
13359 RAVINE VIEW DR
GRAND HAVEN, MI 49417

TIMOTHY BURG
835 STATE HWY 11C
BRASHER FALLS, NY 13613

TIMOTHY BURKE
21 MONUMENT DR
OXFORD, MA 01540

TIMOTHY BURKHARDT
9 GALE RD
SUTTON, MA 01590

TIMOTHY CAMPBELL
1993 STATE RTE 86
SARANAC LAKE, NY 12983

TIMOTHY CAREY
578A MAY RD
POTSDAM, NY 13676

TIMOTHY CARLIN
706 CENTER RIDGE ROD
BRYAN, OH 43506

TIMOTHY CARLSON
1781 PHEASANT TR
INVERNESS, IL 60067

TIMOTHY CARLSON
1781 PHEASANT TRAIL 1
INVERNESS, IL 60067

TIMOTHY CHANDLER
25 BRIDLE COURT
COURTICE, ON L1E2B1

TIMOTHY CLAUSS
16766 BRIDLEPATH
SPRING LAKE, MI 49456

TIMOTHY CODD
2439 KINGFISHER LANE
NIAGARA FAALLS, NY 14304

TIMOTHY COE
10335 S 34TH ST
VICKSBURG, MI 49097

TIMOTHY COLLET
3109 NIAGARA PARKWAY
STEVENSVILLE, ON L0S1S0

TIMOTHY COLLINS
5169 ELECTRIC AVENUE
HAMBURG, NY 14075

TIMOTHY CONNORS
80 WELLSWOOD RD
AMSTON, CT 06231

TIMOTHY CONTI
1234 WATERFORD DRIVE
LAKELAND, FL 33803

TIMOTHY COOK
420 ORCHARD AVE
BATTLE CREEK, MI 49017

TIMOTHY COOMBS
11 MAJESTIC COURT
ST THOMAS, OT N5R0B9

TIMOTHY COONEY
PO BOX 232
WEST BOYLSTON, MA 01583

TIMOTHY CRORY
2 TODD DRIVE
TOWNSEND, MA 01469

TIMOTHY CROUCH
1219 EAST SUNSET LANE BOX 92
WHITE HEATH, IL 61884

TIMOTHY CROWELL
53 SILVERHILL RD
MILFORD, MA 01757

TIMOTHY DADA
228 BURLINGAME RD
CHARLTON, MA 01507

TIMOTHY DAVIS
50 MUNRO CIR
GEORGETOWN, ON L7G6A2

TIMOTHY DELANEY
39 SUMMERFIELD DRIVE
LANCASTER, NY 14086

TIMOTHY DEVANNY
7305 SILVER HILL PATH
VICTOR, NY 14564

TIMOTHY DOWDELL
21 RUDD AVE
KINGSTON , ONTARIO K7L4V1

TIMOTHY DROUGHAN
168 MOUNTVILLE AVENUE
HAMILTON, ON L9A1E7

| |
|---|
| TIMOTHY DUNCAN<br>519 WOODLAWN ROAD<br>WELLAND, ON  L3C 3K2 |
| TIMOTHY DURACK<br>1625 SALZBOURG<br>BROSSARD, QC  J4X 1V8 |
| TIMOTHY DUSZA<br>925 THREE ROD ROAD<br>ALDEN, NY  14004 |
| TIMOTHY DYE<br>669 S. 8TH ST.<br>SHARPSVILLE, PA  16150 |
| TIMOTHY EBERSOLE<br>9719 JENNINGS RD<br>EDEN, NY  14057 |
| TIMOTHY EMMENEGGER<br>PO BOX 1091<br>HEBRON, OH  43025 |
| TIMOTHY ENNIS<br>2526 BARRY RD<br>NORTH PORT, FL  34286 |
| TIMOTHY FERGUSON<br>8327 RIVIERA AVENUE<br>FORT MYERS, FL  33919 |
| TIMOTHY FITZ<br>3802 BROOKVIEW RD<br>ROCKFORD, IL  61107 |
| TIMOTHY FITZGERALD<br>917 RIDGEWOOD RD<br>ROCKFORD, IL  61107 |
| TIMOTHY FLEMING<br>79 OLIVER STREET<br>FAIRHAVEN, MA  02719 |
| TIMOTHY FLYNN<br>5449 GREAT VIEW DRIVE<br>STILLMAN VALLEY, IL  61084 |
| TIMOTHY FOWLER<br>100 APPLETREE LANE<br>RICHMOND, VT  05477 |
| TIMOTHY FRANKENFIELD<br>718 W MARKET ST<br>BEHLEHEM, PA  18018 |
| TIMOTHY FRETZ<br>5713 NEOLA ROAD<br>STROUDSBURG, PA  18360 |
| TIMOTHY FULLER<br>1331 34TH STREET<br>ALLEGAN, MI  49010 |
| TIMOTHY G MEULENBERG<br>11398 SUNFISH DRIVE<br>DELTON, MI  49046 |
| TIMOTHY GARDELL<br>45 ASCADILLA RD<br>WORCESTER, MA  01606 |
| TIMOTHY GEKAS<br>8 PARK WALK<br>LANCASTER, NY  14086 |
| TIMOTHY GEMSHEIM<br>880 CREEKSIDE DR<br>TONAWANDA, NY  14150 |
| TIMOTHY GEOGHEGAN<br>470 DEWITT ROAD<br>STONEY CREEK, ON  L8E 5A5 |
| TIMOTHY GEVING<br>5401 GENTRY RDG<br>SPRINGFIELD, IL  62711 |
| TIMOTHY GOODNOW<br>32 MAPLE ST<br>NORTHBOROUGH, MA  01532 |
| TIMOTHY GRAVES<br>1 VIEW STREET<br>WORCESTER, MA  01610 |
| TIMOTHY GRAVES<br>86 ELM ST<br>WORCESTER, MA  01609 |
| TIMOTHY GREER<br>8221 OAKSIDE ST<br>PORTAGE, MI  49002 |
| TIMOTHY GREGORY BRANCO<br>493 JEANETTE DRIVE<br>OAKVILLE, ON  L6K 1M7 |
| TIMOTHY GRUENBERG<br>2166 SARANAC AVE<br>LAKE PLACID, NY  12946 |
| TIMOTHY H MCCANN<br>36 TRENT COURT<br>ST CATHARINES, ON  L2S0A3 |

| |
|---|
| TIMOTHY HARLAN<br>189 W MEYER AVENUE<br>NEW CASTLE, PA  16105 |
| TIMOTHY HARLOS<br>1429 VANDERBILT AVE<br>NORTH TONAWANDA, NY  14120 |
| TIMOTHY HAVLOCK<br>12491 FORT CUSTER DRIVE<br>GALESBURG, MI  49053 |
| TIMOTHY HAVLOCK<br>3321 SUNSET KEY CIRCLE UNIT 601<br>PUNTA GORDA, FL  33955 |
| TIMOTHY HAYWARD<br>125 N BEAR SWAMP ROAD<br>N MIDDLESEX, VT  05682 |
| TIMOTHY HEACOCK<br>30 SILKWOOD CIRCLE<br>SPENCERPORT, NY  14559 |
| TIMOTHY HEDLUND<br>121 RADCLIFF DRIVE<br>ALIQUIPPA, PA  15001 |
| TIMOTHY HENDERSON<br>53 WESTMOUNT BLVD<br>BRANTFORD, ON  N3T5J3 |
| TIMOTHY HENRY<br>08548 CO RD M<br>MONTPELIER, OH  43543 |
| TIMOTHY HESSELTINE<br>20 CHERRYTREE LANE<br>SARANAC LAKE, NY  12983 |
| TIMOTHY HOLLAND<br>2 APPLEWOOD RD<br>WEST BOYLSTON, MA  01583 |
| TIMOTHY HORN<br>2132 WILDERNESS RD.<br>CONWAY , SC  29526 |
| TIMOTHY HORROCKS<br>9850 SHAVER RD<br>PORTAGE, MI  49024 |
| TIMOTHY HOWARD<br>1300 EDGEMOOR<br>KALAMAZOO, MI  49008 |
| TIMOTHY HOWARD<br>4309 WYNFIELD DR<br>WILMINGTON, NC  28405 |
| TIMOTHY HUFFMAN<br>18465 WOODHAVEN LANE<br>CIRCLEVILLE, OH  43113 |
| TIMOTHY HUGHES<br>PO BOX 1001<br>JACKSONVILLE, IL  62650 |
| TIMOTHY HUGHES<br>PO BOX 1001<br>JACKSONVILLE, IL  62651 |
| TIMOTHY HULUB<br>2596 DAVID DRIVE<br>NIAGARA FALLS, NY  14304 |
| TIMOTHY HURLEY<br>156 W SUNNYVIEW AVE<br>KNOXVILLE, IL  61448 |
| TIMOTHY HUTCHINGS<br>85 DAVIS ROAD<br>EAST AURORA, NY  14052 |
| TIMOTHY J BROWNE<br>149 JUDITH E DRIVE<br>TEWKSBURY, MA  01876 |
| TIMOTHY J WEAVER<br>104 HUDSON POINTE BLVD<br>QUEENSBURY, NY  12804 |
| TIMOTHY JACQUES<br>490 N WEST ST<br>FEEDING HILLS, MA  01030 |
| TIMOTHY JAMES<br>410 BUENA VISTA<br>CHAMPAIGN, IL  61820 |
| TIMOTHY JAVORSKI<br>318 LAWNWOOD AVE<br>PITTSBURGH, PA  15227 |
| TIMOTHY JENSEN<br>3928 BILTMORE CHASE<br>ROCKFORD, IL  61109 |
| TIMOTHY JOHNSON<br>104 POWELL DRIVE<br>BINBROOK, ON  L0R 1C0 |
| TIMOTHY JOHNSON<br>817 FIDELITY DRIVE<br>PITTSBURGH, PA  15236 |

TIMOTHY JOHNSTON
189 KENT STREET WEST
LINDSAY, ON  K9V 4V8

TIMOTHY JOHNSTON
189 KENT STREET WEST
LINDSAY, ON  K9V 5G6

TIMOTHY JONES
42 OAKLAND AVENUE
AMSTERDAM, NY  12010

TIMOTHY JORGENSEN
6978 LAKESIDE DR
NIAGARA FALLS, NY  14304

TIMOTHY JOSLYN
30 WARD ST
WORCESTER, MA  01610

TIMOTHY JOY
663 S EVERGREEN
PLYMOUTH, MI  48170

TIMOTHY JURSA
5642 STELLA LANE
BURLINGTON, ON  L7L6X5

TIMOTHY KANCAR
6745 CIARA CT
NORTH TONAWANDA, NY  14120

TIMOTHY KASTER
18 NITH RIVER WAY
AYR, ON  N0B1E0

TIMOTHY KENNEDY
4000 W RIVERSIDE AVE
MUNCIE, IN  47304

TIMOTHY KERNS
302 N LOGAN ST
LINCOLN, IL  62656

TIMOTHY KING
6347 WECKERLY RD
WHITEHOUSE, OH  43571

TIMOTHY KLIPFEL SR
45 PICKFORD AVE
BUFFALO, NY  14223

TIMOTHY KRAFT
4 BRIDLE TRAIL
MIDHURST, ON  l0l1x0

TIMOTHY KRAMER
325 CEDAR CT
WAYLAND, MI  49348

TIMOTHY KRUGER
335 WARHURST AVENUE
SWANSEA, MA  02777

TIMOTHY L BALA
304 FRANK CT
WAYLAND, MI  49348-1306

TIMOTHY L CARLIN
706 CENTER RIDGE RD
BRYAN, OH  43506

TIMOTHY LANIGHAN
3976 DAY RD
LOCKPORT, NY  14094

TIMOTHY LAPHAM
2907 GEORGE LAKE ROAD
WEST BRANCH, MI  48661

TIMOTHY LAPHAM
P O BOX 33
CLARE, MI  48617

TIMOTHY LARSON
61 SHERIDAN STREET
GLENS FALLS, NY  12801

TIMOTHY LAVASSEUR
3255 N 38TH ST
AUGUSTA, MI  49012

TIMOTHY LEA
8170 BARRETT CRES
NIAGARA FALLS, ON  L2H 3H5

TIMOTHY LEAHY
15688 STATE RT 30
CONSTABLE, NY  12926

TIMOTHY LEBEAU
J6 STONEHEDGE DRIVE
SOUTH BURLINGTON, VT  05403

TIMOTHY LEE
36955 DEER TRAIL DR
LAKE VILLA, IL  60046

TIMOTHY LEVENTRY
1397 EISENHOWER BLVD
JOHNSTOWN, PA  15904

TIMOTHY LOGAN
54110 EAST VIEW DRIVE
BRISTOL, IN  46507

| |
|---|
| TIMOTHY LOUGHRAN<br>354 ROBINHLL DRIVE<br>WILLIAMSVILLE, NY  14221 |
| TIMOTHY LOVELAND<br>6460 S 36TH ST<br>CLIMAX, MI  49034 |
| TIMOTHY LOW<br>18 MAPLE ST<br>NORFOLK, MA  02056 |
| TIMOTHY LUCEY<br>254 MAPLE STREET<br>WEST BOYLSTON, MA  01583 |
| TIMOTHY LYNCH<br>49251 NORTH MEADOWBROOK CIRCLE<br>EAST LIVERPOOL, OH  43920 |
| TIMOTHY LYNCH<br>6733 ERRICK RD<br>NORTH TONAWANDA, NY  14120 |
| TIMOTHY MADISON<br>20 ALGONQUIN DR<br>QUEENSBURY, NY  12804 |
| TIMOTHY MAHONEY<br>290 EAST 25TH ST<br>HAMILTON, ON  L8V 2Y6 |
| TIMOTHY MALONEY<br>4514 VIVIAN ROAD RR 1<br>CEDAR VALLEY, ON  L0G 1E0 |
| TIMOTHY MALONEY<br>4514 VIVIAN ROAD<br>CEDAR VALLEY,  L0G1E0 |
| TIMOTHY MARKEY<br>240 CLINTON STREET<br>CONCORD, NH  03301 |
| TIMOTHY MARSHALL<br>2600 BOYCE PLAZA ROAD<br>PITTSBURGH, PA  15241 |
| TIMOTHY MAXEY<br>51182 COUNTY ROAD 109<br>ELKHART, IN  46514 |
| TIMOTHY MCCABE<br>235 SPRINGMOUNT PLACE<br>KITCHENER, ON  N2A 3V4 |
| TIMOTHY MCCARTHY<br>7525 YORKTOWN<br>RICHLAND, MI  49083 |
| TIMOTHY MCCONAGHY<br>3163 BASS LAKE SIDE ROAD E<br>ORILLIA, ON  L3V 7Y7 |
| TIMOTHY MCCUNE<br>809 VEA CT<br>STOUGHTON, WI  53589 |
| TIMOTHY MCELROY<br>119 TALLOWOOD CT<br>NORTH SYRACUSE, NY  13212 |
| TIMOTHY MCFARLAND<br>204 NORTH SHORE DRIVE<br>MYRTLE BEACH, SC  29579 |
| TIMOTHY MCGILL<br>19 COUNTRY CLUB CRESCENT<br>UXBRIDGE, ON  L9P 0B8 |
| TIMOTHY MCGINNIS<br>5320 KEENEY RD.<br>WARSAW, NY  14569 |
| TIMOTHY MCINERNEY<br>28 MAPLE AVENUE<br>FLORIDA, NY  10921 |
| TIMOTHY MCKONE<br>14 NEWBURN ROAD<br>WORCESTER, MA  01602 |
| TIMOTHY MCLELLAN<br>33 ROBAK DR<br>CHICOPEE,   01020 |
| TIMOTHY MCLELLAN<br>33 ROBAK DR<br>CHICOPEE, MA  01020 |
| TIMOTHY MCMANUS<br>168 BROOK ST<br>GARDEN CITY, NY  11530 |
| TIMOTHY MCMANUS<br>21 SMITH ST<br>PLATTSBURGH, NY  12901 |
| TIMOTHY MCNAMARA<br>8 TIMOTHY STREET<br>WEST LEBANON, NH  03784 |
| TIMOTHY MCTAGUE<br>10 SPRING CIRCLE<br>SHREWSBURY,   01545 |

| |
|---|
| TIMOTHY MCTAGUE<br>10 SPRING CIRCLE<br>SHREWSBURY, MA  01545 |
| TIMOTHY MEEGAN<br>24 SAWGRASS CT<br>HAMBURG, NY  14075 |
| TIMOTHY MIRECKI<br>56 REMBRANDT DRIVE<br>MARKHAM, ON  L3R4X3 |
| TIMOTHY MITCHELL<br>6016 GRANVILLE DR<br>SYLVANIA, OH  43560 |
| TIMOTHY MORIN<br>52 VINE STREET<br>FITCHBURG, MA  01420 |
| TIMOTHY MORRISON<br>174 TAWNY CRESCENT<br>OAKVILLE, ON  L6L6T4 |
| TIMOTHY MURRAY<br>17 BLACKSTONE ST<br>SUTTON, MA  01590 |
| TIMOTHY NELSON<br>8260 HILLTOP DR<br>POLAND, OH  44514 |
| TIMOTHY NELSON<br>8260 HILLTOP DRIVE<br>POLAND, OH  44514 |
| TIMOTHY NICE<br>900 ELK CREST<br>CHATHAM, IL  62629 |
| TIMOTHY NOTHNAGLE<br>1821 SCOTTSVILLE MUMFORD RD<br>SCOTTSVILLE, NY  14546 |
| TIMOTHY OCONNELL<br>11356 SPRAGUE RD<br>DELTON, MI  49046 |
| TIMOTHY OCONNELL<br>PO BOX 1532<br>PLATTSBURGH, NY  12901 |
| TIMOTHY OCONNOR<br>13720CENTERST76<br>WESTON, OH  43560 |
| TIMOTHY OCONNOR<br>33 WOODS DR<br>CANTON, NY  13617 |
| TIMOTHY OCONNOR<br>4405 RITSON ROAD NORTH<br>OSHAWA, ON  L1H 7K4 |
| TIMOTHY O"CONNOR<br>4405 RITSON ROAD NORTH<br>OSHAWA, ON  L1H7K4 |
| TIMOTHY OCONNOR<br>PO BOX 268<br>LOCKPORT, NY  14095 |
| TIMOTHY OKE<br>13 SOPER COURT<br>BOWMANVILLE, ON  L1C 4H9 |
| TIMOTHY OLEARY<br>185 ALANITA DRIVE<br>TAUNTON, MA  02780 |
| TIMOTHY OROURKE<br>88 SEARS ISLAND DRIVE<br>WORCESTER, MA  01606 |
| TIMOTHY OSSTIFIN<br>6106 HILL AVE<br>TOLEDO, OH  43615 |
| TIMOTHY P LAFFIN SR<br>28 WONDERLAND DRIVE<br>HOPEWELL JUNCTION, NY  12533 |
| TIMOTHY P NAWROCKI<br>1624 NORTHBEND DR NE<br>GRAND RAPIDS, MI  49505 |
| TIMOTHY PAQUETTE<br>PO BOX 605<br>ASHLAND, NH  03217 |
| TIMOTHY PARKER<br>44 SARACHON RD<br>CHAZY, NY  12921 |
| TIMOTHY PARKER<br>480 GROVER RD<br>MUSKEGON, MI  49442 |
| TIMOTHY PERRY<br>51 ASHGROVE AVENUE<br>BRANTFORD, ON  N3R6E3 |
| TIMOTHY PETERSON<br>14 WAYNE AVE<br>OXFORD, MA  01540 |

TIMOTHY PETRULLO
99 ALTANTIC AVENUE SUITE 310
TORONTO, ON  M6K 3J8

TIMOTHY PFEIFER
17360 RED SHALE HILL RD
PEKIN, IL  61554

TIMOTHY PHELAN
12 LAUREL LN
MARLBOROUGH, CT  06447

TIMOTHY PHIBBS
120 RUE ARAGO OUEST
QUEBEC, QC  G1K 2H7

TIMOTHY PHILLIPS
628 OLD TIPPECANOE DRIVE
SPRINGFIELD, IL  62711

TIMOTHY POLHEMUS
37 ESTATE DRIVE
PLATTSBURGH, NY  12901

TIMOTHY POLLOCK
4623 STANTON AVENUE
PITTSBURGH, PA  15201

TIMOTHY POLOMCZAK
77637 NORTH M-51
DECATUR, MI  49045

TIMOTHY PRENDERGAST
7081 BEAR RIDGE ROAD
NORTH TONAWANDA, NY  14120

TIMOTHY PRICE
2110 SIBLEY N W
GRAND RAPIDS, MI  49504

TIMOTHY PROCTOR
414 JACKSONIA STREET
PITTSBURGH, PA  15212

TIMOTHY R SIMMONS
98 ST CLAIR AVE
HAMILTON, ON  L8M2N5

TIMOTHY RABIDEAU
7714 BLACK WILLOW
LIVERPOOL, NY  13090

TIMOTHY RAINVILLE
211 COLBURN RD
CANTERBURY, CT  06331

TIMOTHY RANK
89 WICKHAM
WILLIAMSVILLE, NY  14221

TIMOTHY REED
181 FAIR OAKS STREET
WEXFORD, PA  15090

TIMOTHY REED
181 FAIROAKS STREET
WEXFORD, PA  15090

TIMOTHY REILLY
725 SANWOOD DR
BATTLE CREEK, MI  49015

TIMOTHY REYNOLDS
797 NORTHWEST MAIN ST
DOUGLAS, MA  01516

TIMOTHY RIEGER
2728 WEST BARDONNER RD
GIBSONIA, PA  15044

TIMOTHY ROBERTSON
108 OLEARY DR
ANCASTER, ON  L9K 0B8

TIMOTHY ROSEBERRY
577 MARITIME WAY
SUPPLY, NC  28462

TIMOTHY ROTH
395 BOURBON ST
SPRINGFIELD, IL  62707

TIMOTHY ROY
39 OLD WILLIS RD
CUMBERLAND, RI  02864

TIMOTHY RUSSELL
1220 EDGEMOOR
KALAMAZOO, MI  49008

TIMOTHY RYAN
1901 TURTLE CREEK
CHATHAM, IL  62629

TIMOTHY SAEWERT
4110 VEITH AVENUE
MADISON, WI  53704

TIMOTHY SARGEANT
95 PRINCE EDWARD
POINTE-CLAIRE, QC  H9R4C6

TIMOTHY SCATA
14 GOLDENCHAIN CT
PENFIELD, NY  14526

TIMOTHY SCHAAB
1683 WALKER AVE NW
GRAND RAPIDS, MI  49504

TIMOTHY SCHAAL
105 S LAKESHORE DR
DECATUR, IL  62521

TIMOTHY SCHEERHORN
2068 88TH AVE
ZEELAND, MI  49464

TIMOTHY SCHMITT
750 ONEIDA STREET
LEWISTON, NY  14092

TIMOTHY SCHUITEBOER
10904  EAST QR AVE
SCOTTS, MI  49088

TIMOTHY SCHULT
4890 HIGH POINT RD
RHINELANDER, WI  54501

TIMOTHY SCHUSTER
4507 MARINA DR
HOMESTEAD, PA  15120

TIMOTHY SENECAL
9 KENNEDY AVE.
PLATTSBURGH, NY  12901

TIMOTHY SERNEELS
6653PANTON STREET
KILBRIDE, ON  L7P0H2

TIMOTHY SIOUI
33 PUTNAM AVE
FORT EDWARD , NY  12828

TIMOTHY SKURAT
522 WILDFLOWER TRAIL
MYRTLE BEACH, SC  29579

TIMOTHY SLONEKER
211 DOUGLAS DR
TRENTON, OH  45067

TIMOTHY SLONEKER
717 NATHAN DRIVE
TRENTON, OH  45067

TIMOTHY SMALLWOOD
26 APPLE BLOSSOM BLVD
LANCASTER, NY  14086

TIMOTHY SOLIE
154 OTONABEE DRIVE
KITCHENER, ON  N2C 1L6

TIMOTHY SOULE
13 PEACH TREE DRIVE
SUTTON, MA  01590

TIMOTHY SOULOR
30 BAY PATH RD
SPENCER, MA  01562

TIMOTHY STERNS
2626 SMITH ROAD
LAMBERTVILLE, MI  48144

TIMOTHY STEVENS
PO BOX 26
ASTORIA, IL  61501

TIMOTHY SULLIVAN
201 SANTA FE DR
BETHEL PARK, PA  15102

TIMOTHY SUMMERS
2959 HUNTERS HILL
KALAMAZOO, MI  49048

TIMOTHY SUND
198 LOCUST HILL ROAD
GUILFORD, VT  05301

TIMOTHY TANG
70 LOREDANA CRT
RICHMOND HILL, ON  L4C 0P2

TIMOTHY THOMPSON
503 S LIMA ST
BEAVERDAM, OH  45808

TIMOTHY TODD
1912 TANNEHILL ST
ZANESVILLE, OH  43701

TIMOTHY TOMSEN
7270 NORMAN ROAD
NORTH TONAWANDA, NY  14120

TIMOTHY VANDENBERG
21001 DANA DRIVE
BATTLE CREEK, MI  49017

TIMOTHY VANDESCHRAAF
1621 HIGHVIEW ROAD
EAST PEORIA, IL  61611

TIMOTHY VANDOLVER
146 INDIAN CR
CLARKSBURG, ONT  N0H1J0

TIMOTHY VANLIERE
1046 NORTH EAGLE LAKE DRIVE
KALAMAZOO, MI  49009

TIMOTHY VISSER
710 PROSPERITY
PORTAGE, MI  49002

TIMOTHY WALSH
406 LAKE ROAD
ST ALBANS, VT  05478

TIMOTHY WEAVER
104 HUDSON POINTE BLVD
QUEENSBURY, NY  12804

TIMOTHY WEIS
10580 MILLIN DRIVE
FOSTORIA, OH  44830

TIMOTHY WELKE
7790 DOUBLETREE CT
KALAMAZOO, MI  49009

TIMOTHY WELSH
6893 EAST CANAL ROAD
PENDLETON, NY  14094

TIMOTHY WESOLEK
1452 CARDINAL CT
DERBY, NY  14047

TIMOTHY WHITE
3541 HIGH POINT LN
PORT CLINTON, OH  43452

TIMOTHY WILLIAMS
17 STONEY BROOK BLVD
GREENVILLE, PA  16125

TIMOTHY WILLIAMS
302 QUARTERMILE ROAD
GREENVILLE, PA  16125

TIMOTHY WISEMAN
15 FLINTLOCK DRIVE
SHREWSBURY, MA  01545

TIMOTHY WITHNER
14445 INDEPENDENCE DR
PLAINGIELD, IL  60544

TIMOTHY WOOD
149 ANNA FARM ROAD
NORTH STONINGTON, CT  06359

TIMOTHY ZACHER
119 EASTVIEW DR
MEDINA, NY  14103

TIMOTHY ZACHER
119EASTVIEW DR
MEDINA, NY  14103

TIMOTHY ZIETAK
305 RUTHWOOD AVE
PITTSBURGH, PA  15227

TIN TRAN
10 RUTHERGLEN TERRACE
KANATA, ON  K2K3A9

TINA ALDRICH
11516 4 MILE ROAD
BATTLE CREEK, MI  49015

TINA BAILEY
184 SHOAF STREET
TARENTUM, PA  15084

TINA BAILOR
713 - 17TH STREET
NIAGARA FALLS, NY  14301

TINA BARKER
PO BOX 887
KEMPTVILLE, ON  K0G 1J0

TINA BARTLING
47 GILES ROAD
CALEDON, ON  L7K0B7

TINA BLAIS
1435 APOLLO TERR
KINGSTON, ON  K7P3K5

TINA BOARDWAY
12184 ALPS ROAD
LYNDONVILLE, NY  14098

TINA BONIFACIO
182 COMMONWEALTH AVE
BUFFALO, NY  14216

TINA BONIFACIO
182 COMMONWEALTH
BUFFALO, NY  14216

TINA BOYD
1778 IMPERIAL PALM DR
APOPKA, FL  32712

TINA BRIENMATTHEWS
3 DIANE
AUBURN, MA  01501

TINA BROKAW
3432 FOX RIDGE ST
WINTER HAVEN, FL  33884

TINA BROWN
10685 ALLEGHANY ROAD
DARIEN CENTER, NY  14040

TINA BUCCITTI
41 YELLAND ST
TORONTO, ONTARIO  M9N3M3

TINA CAIN
2475 MICHIGAN AVENUE
NIAGARA FALLS, NY  14305

TINA CASTILE
3385 RIDGE ROAD
RANSOMVILLE, NY  14131

TINA CHAMBERS
71470 SHANNON DR
MARTINS FERRY, OH  43935

TINA CHURCHILL
25094 DOREDO DR
PUNTA GORDA, FL  33955

TINA COLSTON
125 UNION AVE
PITTSBURGH, PA  15205

TINA COOLMAN
P0 BOX 510368
PUNTA GORDA, FL  33951

TINA COONS
5 CEDAR RUN
GANSEVOORT, NY  12831

TINA CUNNINGHAM
225 WEDGEFIELD DR
CONWAY, SC  29526

TINA CUNNINGHAM
225 WEDGEFIELD DRIVE
CONWAY, SC  29526

TINA DALESSANDRO
2808 KINGSBRIDGE LANE
ALLENTOWN, PA  18103

TINA DEBOS
777 AVENUE VACHON
LASALLE, QC  H8P 2V3

TINA DECARLO
1025 EUGENE DRIVE
SCHENECTADY, NY  12303

TINA DEL BALSO
9052 CHAMBELLE
ST LEONARD, QC  H1P2M3

TINA DEMARCO
400 E OHIO ST
CHICAGO, IL  60611

TINA DONEY
2726 LIMESTONE ROAD
CAMPBELLVILLE, ON  L0P 1B0

TINA DREW
2505 51ST STREET WEST
LEHIGH ACRES, FL  33971

TINA DUNCAN
1804 TREMONT DR
SPRINGFIELD, IL  62711

TINA FAGO
7006 NORTHVIEW DRIVE
LOCKPORT, NY  14094

TINA FATTORE
302-360 PEARL ST
BURLINGTON, ON  L7R 1E1

TINA FEDAK
20 OVERLOOK DR
WILBRAHAM, MA  01095

TINA GAGLIETTA
4657 DEFATIMA
PIERREFONDS, QC  H2N 1Y3

TINA GARRETT
7876 SHEPHERDS GLEN
KALAMAZOO, MI  49009

TINA GIZZI
37 SARA MINNI DRIVE
ROCHESTER, NY  14612

TINA GRAHAM
173 LEICESTER STREET
AUBURN, MA  01501

TINA GREENLAW
9 LEYTON RD
WORCESTER, MA  01609

TINA HASSETT
23 TOWLE COURT
DOUGLAS, MA  01516

| |
|---|
| TINA HATCH<br>3614 BALDOCCHI DR<br>BLOOMINGTON, IL  61704 |
| TINA HO<br>113 GOLDEN TULIP CRES<br>MARKHAM, ON  L6C1W4 |
| TINA HOLLOWAY<br>227 MAIN STREET<br>CHERRY VALLEY, MA  01611 |
| TINA HORVE<br>200 HUNDLEY ROAD<br>FORSYTH, IL  62535 |
| TINA HOSTETLER<br>811 SHALLOW BROOK AVE<br>WINTER SPRINGS, FL  32708 |
| TINA INGRASSIA DIETZ<br>253 STEVENSON BLVD<br>AMHERST, NY  14226 |
| TINA INGRASSIADIETZ<br>253 STEVENSON BLVD<br>AMHERST, NY  14226 |
| TINA JANNAZZO<br>1033 S WALNUT<br>SPRINGFIELD, IL  62704 |
| TINA K LYDER<br>245 EAST 17TH STREET<br>HAMILTON, ON  L9A4M6 |
| TINA KAISER<br>1411 SHOAL AVE<br>RICHLAND, MI  49083 |
| TINA KEARNS<br>PO BOX904<br>NORTHBRIDGE, MA  01534 |
| TINA KENNEDY<br>1521 CAMBRIDGE AVE<br>NORTH TONAWANDA, NY  14120 |
| TINA KENNEDY<br>215 ANDERSON CT<br>QUINCY, IL  62301 |
| TINA KINGSTON<br>769 ALTO PL<br>LAKE MARY, FL  32746 |
| TINA KOHN<br>708 DRESSER<br>NORMAL, IL  61761 |
| TINA LAMARCHE<br>11 LALIBERTE<br>LORIGNAL, ON  K0B1K0 |
| TINA LATHAN<br>PO BOX 6543<br>SPRINGFIELD, IL  62708 |
| TINA LISI<br>6646 MOUNTAIN ROAD<br>NIAGARA FALLS, ON  L2E 6S4 |
| TINA LOMELINO DAGENAIS<br>21369 GRAYTON TERRACE<br>PORT CHARLOTTE, FL  33954 |
| TINA LOMMA<br>4036<br>LAVAL, QC  H7C 2S2 |
| TINA M LATSCH<br>39 PAGE STREET<br>BUFFALO, NY  14207 |
| TINA MABBETT<br>7938 SHIRE LANE<br>VICTOR, NY  14564 |
| TINA MAGNANTI<br>597 DURAND ROAD<br>PLATTSBURGH, NY  12901 |
| TINA MAIER<br>11 HONEYS BEACH RD<br>PORT PERRY , ON  L9L1B2 |
| TINA MARRIER<br>P O BOX 221<br>CHARLTON CITY, MA  01508 |
| TINA MASON<br>1580 LANCELOT CT<br>PORTAGE, MI  49002 |
| TINA MASSEY<br>13143 GLENVIEW LANE<br>GRAND ISLAND, FL  32735 |
| TINA MCCALLISTER<br>3506 DAMYAN CT<br>SPRINGFIELD, IL  62704 |
| TINA MCGRODER<br>8021 SHERWOOD DR<br>PRESTO, PA  15142 |

| |
|---|
| TINA MCGRODER<br>8021 SHERWOOD DRIVE<br>PRESTO, PA  15142 |
| TINA MCKINNON<br>D-135 ST DAVID STREET SOUTH<br>FERGUS, ON  N1M2L4 |
| TINA MOORE<br>71 WESTWOOD CRES<br>CAMBRIDGE, ON  N1S 3V7 |
| TINA MUNIZ<br>60 HAMMEL LANE<br>UNCASVILLE, CT  06382 |
| TINA MUSSELMAN<br>1050 CALVIN RD<br>ROCHELLE, IL  61068 |
| TINA NATI<br>PO BOX 212<br>AKRON, NY  14001 |
| TINA NICKL<br>4045 DICKEY ROAD<br>GIBSONIA, PA  15044 |
| TINA NIGOHOSIAN<br>347 MANOR DR<br>NAZARETH, PA  18064 |
| TINA ORLEY<br>4368 GRANITE AVE<br>KALAMZOO, MI  49004 |
| TINA ORTEGO<br>8310 VILLAGE EDGE CIR 2<br>FORT MYERS, FL  33919 |
| TINA ORTEGO<br>8310 VILLAGE EDGE CIR2<br>FORT MYERS, FL  33919 |
| TINA OSBORN<br>12 BAY POINTE<br>BATTLE CREEK, MI  49015 |
| TINA OVERLY<br>2514 REED AVENUE<br>MELBOURNE, FL  32901 |
| TINA PONTONI<br>6520 SABAL DR<br>SARASOTA, FL  34242 |
| TINA PUZO<br>26 AIRPORT RD<br>DUDLEY, MA  01571 |
| TINA REBIDEAU<br>1308 RT 3<br>MORRISONVILLE, NY  12962 |
| TINA REGANHARRINGTON<br>4 HEATHER DRIVE<br>MILTON, MA  02186 |
| TINA ROBBINS<br>423 PECAN AVE<br>PORTAGE, MI  49024 |
| TINA RODRIGUEZ<br>312 GLEN ARBOR<br>ROCKFORD, MI  49341 |
| TINA ROZZI<br>54 BREWER PARKWAY<br>SOUTH BURLINGTON, VT  05403 |
| TINA SANTIAGO<br>3088 SW CIRCLE ST<br>PORT SAINT LUCIE, FL  34953 |
| TINA SEIFERT<br>PO BOX 1136<br>CHARLTON, MA  01508 |
| TINA SILVESTRI<br>9 SHADOWDALE DRIVE<br>STONEY CREEK, ON  L8E 5Z4 |
| TINA SORIANO<br>38 CATHEDRAL BLUFFS DR<br>TORONTO, ON  M1M 2T9 |
| TINA TARBELL<br>1094 RT 37<br>AKWESASNE, NY  13655 |
| TINA TESSIER<br>12725 TANGLEWOOD DRIVE<br>URBANDALE, IA  50323 |
| TINA THORNTON<br>114 NARAMORE DRIVE<br>BATAVIA, NY  14020 |
| TINA TILLIS<br>721 EDENDALE COURT<br>COLUMBUS, OH  43207 |
| TINA TODD<br>2325 GRINNELL DRIVE<br>SPRINGFIELD, IL  62704 |

TINA TUNNO
3616 KNAPE ST
BEAVER FALLS, PA  15010

TINA TWEEDY
705 MT ELAM RD
FITCHBURG, MA  01420

TINA WILSON
134 N CREEKVIEW CT
BALTIMORE, OH  43105

TINA YULES
23 LINCOLN RD
ASHLAND, MA  01721

TINO AGOSTINO
1536 HUNTSMILL DR
PICKERING , ON  L1V5J5

TIPPY STEEVENS
323 LINN ST
BARABOO, WI  53913

TISH BADAWEY
25 WETSWOOD DR
PORT COLBORNE, ON  L3K 6B9

TISH ROBINSON
10 CREST WOOD CIRCLE
PITTSFORD, NY  14534

TISHA WHITE
140 MARCY LANE
NEWCOMB, NY  12852

TMOTHY  J ANDREWS
94 NIAGARA ST
LOCKPORT, NY  14094

TO ANH TRAN
128 BOAKE TRAIL
RICHMOND HILL, ON  L4B 4B7

TO ANH TRAN
28 BOAKE TRAIL
RICHMOND HILL, ON  L4B 4B7

TOBA MEEHAN
29 UPPER MOUNT ALBION ROAD
STONEY CREEK, ON  L8J 2R9

TOBI WALKER
15450 WHISPERING WILLOW DR
WELLINGTON, FL  33414

TOBIAS NARCISO
11856 22ND SIDEROAD
LIMEHOUSE, ON  L0P 1H0

TOBIN LEWIS
9121 HIGHLAND VIEW DR
KALAMAZOO, MI  49009

TOBY CAPPELLO
277 ISLAND POND ROAD
DERRY, NH  03038

TOBY GROSE
1017 BOWER ST
ELKHART, IN  46514

TOBY HARTBARGER
1052 FARMVIEW DRIVE
WATERVILLE, OH  43566

TOBY VYVERBERG
53 LANDSTONE TERRACE
ROCHESTER, NY  14606

TOBY WEHR
1273 FIRWOOD DR
PITTSBURGH, PA  15243

TOD FERREE
1007 RIVER RESERVE DRIVE
HARTLAND, WI  53029

TOD HAHN
235 LOTUS DRIVE
MORTON, IL  61550

TOD HOMAN
9320 MILL SPRINGS DR
JACKSONVILLE, FL  32257

TOD LIFFICK
1609 EVAN DR
DEFIANCE, OH  43512

TODD A RENAUD
343 BUNTING RD
ST CATHARINES, ON  L2M 3Y5

TODD ADAMSKI
340 GLENCOVE DRIVE
NEW KENSINGTON, PA  15068

TODD ALDRICH
2171 ANNA CT
FREMONT, IN  46737

TODD ALLEN
5093 SHADOW WOODS CT
POWELL, OH  43065

| |
|---|
| TODD BALTHASER<br>19 W KESTREL DR<br>DENVER, PA  17517 |
| TODD BELL<br>3390 OAK HAMMOCK COURT<br>BONITA SPRINGS, FL  34134 |
| TODD BEMILLER<br>4453 VALLEYVIEW AVE<br>HAMBURG, NY  14075 |
| TODD BERGSTROM<br>8761 MUSTANG ISLAND CIRCLE<br>NAPLES , FL  34113 |
| TODD BIGGS<br>1712 INDIAN WOODS DR<br>TRAVERSE CITY, MI  49686 |
| TODD BLOCK<br>2840 MARVIN LANE<br>FREEPORT, IL  61032 |
| TODD BOLTON<br>4887 NEW BROAD STREET<br>ORLANDO, FL  32814 |
| TODD BOOSKA<br>9 SOUTHMEADOW DR<br>BURLINGTON, VT  05401 |
| TODD BOOSKA<br>9 SOUTHMEADOW DRAFT<br>BURLINGTON, VT  05401 |
| TODD BOSWORTH<br>17 LAMPLIGHT CIRCLE<br>NATICK, MA  01760 |
| TODD BOWIE<br>889 EXECUTIVE BLVD<br>DELAWARE, OH  43015 |
| TODD BRINK<br>15 MEADOW LANE<br>FARMINGTON, CT  06032 |
| TODD BURKE<br>37 DORIS DRIVE<br>MILTON, VT  05468 |
| TODD BURNS<br>280 SOUTH US ROUTE 23<br>FOSTORIA, OH  44830 |
| TODD C GREEN<br>PO BOX 13315<br>SPRINGFIELD, IL  62791 |
| TODD CHAMPEON<br>109 TRAPELO RD APT 6<br>WALTHAM, MA  02452 |
| TODD CHEESEMAN<br>1459 LAKESHORE RD<br>CHAZY, NY  12921 |
| TODD CHRISTIE<br>8815 E DE AVE<br>RICHLAND, MI  49083 |
| TODD CRANDALL<br>10099 GREENHILLS DRIVE<br>PORTLAND, NY  14769 |
| TODD CREED<br>103 ROCK DOVE COURT<br>CARP, ON  K0A1L0 |
| TODD CRISSMAN<br>200 S MCKEAN ST<br>KITTANNING, PA  16201 |
| TODD CUNNINGHAM<br>45 SHADY GLEN CRESCENT<br>BOLTON, ON  L7E 2K5 |
| TODD CURRIE<br>4424 SIDEROAD 10<br>CAMBRIDGE, ON  N3C 2V4 |
| TODD DORAN<br>58 EDMONDS STREET<br>ROCHESTER, NY  14607 |
| TODD DURBIN<br>3611 BIRCH ST<br>TAYLORVILLE, IL  62568 |
| TODD E HARBOUR<br>233 ROYALSTON ROAD<br>ORANGE, MA  01364 |
| TODD ERNST<br>8024 ALLISON  LANE<br>BATTLE CREEK , MI  49014 |
| TODD FEARNLEY<br>148 PINE DRIVE<br>CALLANDER, ON  P0H1H0 |
| TODD FLEURY<br>446 WINSTON BLVD<br>CAMBRIDGE, ON  N3C3Y5 |

TODD FRANCIS
12 BRANTWOOD PARK ROAD UNIT A-4
BRANTFORD, ON  N3P1G2

TODD GALLY
306 OAK GROVE CT
WEXFORD, PA  15090

TODD GALPIN
60 PLEASANT STREET
SOUTHAMPTON, MA  01073

TODD GAY
1516 WEST LAKE SHORE DRIVE
SPRINGFIELD, IL  62712

TODD GRANGER
11 BROOKS CROSSING
WEST BOYLSTON, MA  01583

TODD GREEN
PO BOX 13315
SPRINGFIELD, IL  62712

TODD GREGORY
285 ELK INN ROAD
PORT HENRY, NY  12974

TODD HANSON
4451 SADDLEHORN DRIVE
HUDSONVILLE, MI  49426

TODD HARBOUR
233 ROYALSTON ROAD
ORANGE, MA  01364

TODD HAZLEWOOD
231 GROVE STREET EAST
BARRIE, , ON  L4M-2R1

TODD HEETER
49843 WENTWORTH DR
MATTAWAN, MI  49071

TODD HELLERT
6264 CREEKHAVEN DRIVE
EAST AMHERST, NY  14051

TODD HERDER
6831 PENNY LN.
KALAMAZOO, MI  49009

TODD HESS
PO BOX 475
HUDSON, IL  61748-0475

TODD HILL
1608 WINDYCREST DR
SPRINGFIELD, IL  62704

TODD HILL
20 TORYFORT LANE
WORCESTER, MA  01602

TODD HILLMER
W310S687 MAPLE AVENUE
WAUKESHA, WI  53188

TODD HOLSTEAD
1003 VERNON LOOP
OVIEDO, FL  32765

TODD IRVING
2816 KIPLING DR
SPRINGFIELD, IL  62711

TODD J BOWMAN
35 HIGHLAND ROAD WEST
KITCHENER, ON  N2M3B6

TODD J CLOUTIER
15 DONALBERT RD
TORONTO, ON  M9B 2E6

TODD JENNEY
4 CLARE COURT
ACTON, ON  L7J2G3

TODD KANE
251 ALLEN STREET
EAST LONGMEADOW, MA  01028-1476

TODD KICKBUSH
9300 ROUTE 62
GOWANDA, NY  14070

TODD KILLINGBECK
238 SUMMIT ST
PLANTSVILLE, CT  06479

TODD KING
188 RACE HILL RD
NEW BETHLEHEM, PA  16242

TODD KNELLER
2906 GREY HAWK
NORMAL, IL  61761

TODD KRAMER
113 LORDVALE BLVD
NORTH GRAFTON, MA  01536

TODD KROPF
71 DOLMAN ST
BRESLAU, ON  N0B10

TODD LANDRY
540 COUNTY RD 23
ORANGEVILLE, ON  L9W0A8

TODD LANDRY
LANDRY
ORANGEVILLE, ON  L9W0A8

TODD LAPORTE
19 DEBBIE DR
SPENCER, MA  01562

TODD LAPORTE
19 DEBBIE DRIVE
SPENCER, MA  01562

TODD LARIVIERE
256 GROVE ST WOONSOCKET RI
WOONSOCKET, RI  02895

TODD LEE
43 CONTINENTAL LANE
GRAND ISLAND, NY  14072

TODD LEGRAND
228 GLENLOCK LANE
SPRING HILLL, FL  34606

TODD LEMMON
128 ALLEGHENY AVENUE
KITTANNING, PA  16201

TODD LESTER
1308 E RIDGEFIELD DR
MAHOMET, IL  61853

TODD LISTER
16-565 BELMONT AVE W
KITCHENER, ON  N2M 5E7

TODD LOGAN
8 MCGREGOR STREET
ESSEX JUNCTION, VT  05452

TODD M WELCH
218 LIMA RD
GENESEO, NY  14454

TODD MACKAY
833 DEER RIDGE PL
LONDON, ON  N6H0C1

TODD MANZER
118 AUTUMN DRIVE
BUTLER, PA  16001

TODD MILLER
50 CRAGLETIGH CREANT
RICHMAN HILL, ON  L4E2S5

TODD MORAVEC
40 LATINVILLE DRIVE
PLATTSBURGH, NY  12901

TODD MYLES
18 FITZPATRICK COURT
BROOKLIN, ON  L1M 2G9

TODD NADEAU
18549 STEEP HOLLOW COURT
NORTHVILLE, MI  48168

TODD NEWELL
5349 MARY COURT
DALTON CITY, IL  61925

TODD NEWELL
996 W HARRISON
DECATUR, IL  62526

TODD NEWELL
996 WEST HARRISON
DECATUR, IL  62526

TODD NICHOLSON
21 AVON DR
HUDSON, MA  01749

TODD ONKEN
430 YALE ST
ENGLEWOOD, FL  34223

TODD PEMBROKE
1492 TERRACE ST
MONTPELIER, VT  05602

TODD PRESSON
1781 HOPKINS RD
PANTON, VT  05491

TODD RICHARDS
970 BRIDGE COURT
CATASAUQUA, PA  18032

TODD RING
797 E ROOSEVELT ROAD
ASHLEY, MI  48806

TODD ROBERTSON
9604 W BUCKINGHAM CT
MAPLETON,  61547

TODD ROMHILD
138 ASHBERRY PLACE
WATERLOO, ON  N2T1G8

TODD ROY
817 SW 10TH PLACE
CAPE CORAL, FL  33991

TODD S SOLAR
13 MICHAEL LANE
STERLING, MA  01564

TODD SALLINGER
2238 RIVERSIDE DRIVE
BELOIT, WI  53511

TODD SCHALINSKE
360 TRAVELLERS RUN
BURLINGTON, WI  53105

TODD SCHROEDER
7042 WARD RD
N TONAWANDA, NY  14120

TODD SEAVER
470 3RD ST S APT 206
SAINT PETERSBURG, FL  33701

TODD SESKER
208 BARKLEY CIRCLE
CANNON FALLS, MN  55009

TODD SHARPE
157 CLEARWATER CIR
ROCHESTER, NY  14612

TODD SINDREY
484 ELM RD
STOUFFVILLE, ON  L4A2S1

TODD SMITH
2651 AQUITAINE
MISSISSAUGA, ON  L5N1V5

TODD SMITH
3945 DEEP PASSGE WAY
NAPLES, FL  34109

TODD SOULE
761 LOWER NEWTON ROAD
SAINT ALBANS , VT  04578

TODD SOULE
761 LOWER NEWTON ROAD
SAINT ALBANS, VT  05478

TODD SPARPANA
7504 EXPRESSWAY DRIVE
GRAND RAPIDS, MI  49548

TODD STERN
6312 PARK RIDGE ROAD
LOVES PARK, IL  61111

TODD STEWART
5555 E JOY RD
ANN ARBOR, MI  48105

TODD TEMBY
1824 CEDARBROOK LANE
STOUGHTON, WI  53589

TODD TURCOTTE
35 WINTHROP LN
HOLDEN, MA  01520

TODD VITKOS
51 BACON HILL ROAD
SPENCER, MA  01562

TODD WANGLER
10 CRICKET HILL DRIVE
PITTSFORD, NY  14534

TODD WARFIEL
24 INWOOD PL
BUFFALO, NY  14209

TODD WHITEMAN
405-4013 KILMER DRIVE
BURLINGTON,   L7M4M3

TODD WHITEMAN
405-4013 KILMER DRIVE
BURLINGTON, ON  L7M4M3

TODD WILKINSON
120 BOLTON DRIVE
UXBRIDGE, ON  L9P1W9

TODD WINTERSTEEN
636 LYON LAKE ROAD
MARSHALL, MI  49068

TODD WISSER
10121 EAST D AVE
RICHLAND, MI  49083

TODD WOOD
245 KING GEORGE ROAD
BRANTFORD, ON  N3R 7N7

TODD WOODS
3348 SANDY LANE
BERLINGTON, ON  L7M3T2

TODD WYLAND

KETTERING, OH  45440

TODD YOQUELET
315 EAST HOTCHIN AVE
WHITE PIGEON, MI 49099

TOM ADAMS
8773 NORTHSHORE BLVD
LAKESIDE-MARBLEHEAD, OH 43440

TOM ARTHUR
308 JENKINS ROAD
SCOTLAND, ON N0E1R0

TOM BECK
19751 CO RD D
ARCHBOLD, OH 43502

TOM BEER
12-2141 COUNTRY CLUB DRIVE
BURLINGTON, ON L7M4E5

TOM BELTZ
2408 BLUESTONE CIR
KALAMAZOO, MI 49009

TOM BRINKMAN
209 WINTER PARK
CHATHAM, IL 62629

TOM CARMEAN
1041EASTSTANFORD
SPRINGFIELD, IL 62703

TOM COOLEY
149 OLDE TAVERN RD
LEOMINSTER, MA 01453

TOM CUDDIHY
65 BANCHORY CR
OTTAWA, ON K2K 2V3

TOM EWARD
16 CANTRILL COURT
BRAMPTON, ON L6Z1A3

TOM FEARNEYHOUGH
765 BRUSHY FORK RD
WINCHESTER, IL 62694

TOM GAY
6867 FAIRLAWN CRES
NIAGARA FALLS, ON L2G 5B1

TOM GILLIS
31 HERITAGE GROVE CR
STITTSVILLE, ON K2S 1R2

TOM GRIFFIN
3245 HIGHWAY 32
SEELEYS BAY, ON

TOM GUNNING
3081 KISTLER RD
BATTLE CREEK, MI 49014

TOM HART
1883 FAIRPORT RD
PICKERING, ON L1V2T5

TOM HEATH
7580 S 25TH ST
KALAMAZOO, MI 49048

TOM HOCHHUSLER
930 DR5 LESAINT
FAIRFIELD, OH 45014

TOM HUEHN
2711 VANDIVER DR
WEST PALM BEACH, FL 33409-3641

TOM IATROU
1325 TRANSCANADA HIGHWAY
DORVAL, QC H9P2V5

TOM JOHNSON
33 ELMVIEW ST
WELLAND, ON L3C4K6

TOM KIES II
18 EATON AVE
AUBURN, MA 01501

TOM LONGMAN
6048 2 MILE ROAD
EAST LEROY, MI 49051

TOM MAIR
509 HALDIBROOK RD
CALEDONIA, ON N3W 1N2

TOM MALLETTE
607 BEAVER COURT
MILTON, ON L9T4A8

TOM MARSHALL
7 FLORENCE PARK ROAD
BARRIE, ON L4N 6Y8

TOM MCCARTHY
W7339 COUNTY C
FORT ATKINSON, WI 53538

TOM MCSEVNEY
3 1/2 HILLYARD STREET
HAMILTON, ON L8J2T3

| |
|---|
| TOM MICHALSKY<br>163 CHEMIN DE LA LORRAINE<br>LAVAL, QC  H7G1Y4 |
| TOM MONTGOMERY<br>368 ARDEN CR<br>BURLINGTON, ON  L7L 2A8 |
| TOM NAJMAN<br>47 ARLSTAN DR<br>TORONTO, ON  M3H 4W1 |
| TOM OCHIAI<br>5000 DE LA MORANDIERE<br>PIERREFONDS, QC  H9K 1S7 |
| TOM PICONE<br>80 GATESTONE DRIVE<br>STONEY CREEK, ON  L8J 2V1 |
| TOM RELEFORD<br>41 COUNTRY CLUB LANE<br>EAST HANOVER, NJ  07936 |
| TOM RENNELL<br>13 OLIVETTI PLACE<br>PLATTSBURGH, NY  12901 |
| TOM SHARPNACK<br>7 FOXMOOR CT<br>NORWALK, OH  44857 |
| TOM STAMATES<br>6116 STRAUSS ROAD<br>LOCKPORT, NY  14094 |
| TOM TRUNZO<br>2891 BRENT DR<br>SANBORN, NY  14132 |
| TOM VANDERKOLK<br>15408 NEW HOLLAND<br>HOLLAND, MI  49424 |
| TOM WELCH<br>300 SWARTHOUT RD<br>FALL RIVER, WI  53932 |
| TOM WHITE<br>234 DEERCREEK DR<br>ANCASTER, ON  L9G 4S1 |
| TOM WRIGHT<br>900 NORTH US 131<br>SCHOOLCRAFT, MI  49087 |
| TOMAS SOTO GARCIA<br>2300 VIVALDI STREET<br>WOODSTOCK, IL  60098 |
| TOMAS SOTO GARCIA<br>PO BOX 1034<br>WOODSTOCK, IL  60098 |
| TOMAS TOCEK<br>19 CROSSBOW CR<br>TORONTO, ON  M2J3M3 |
| TOMASA LAFRENIERE<br>229 MAIN STREET<br>KEENE, NH  03435 |
| TOMASA LEFRENIERE<br>229 MAIN STREET<br>KEENE, NH  03435 |
| TOMER KLEMPERT<br>5817 SMART<br>COTE ST-LUC , QC  H4W 2N1 |
| TOMI ANN ALFIERI<br>7832 SUMMERHILL<br>KALAMAZOO, MI  49009 |
| TOMM MOUNTZ<br>726 NEIPSIC RD<br>GLASTONBURY, CT  06033 |
| TOMMI STANLEY<br>2656 LOOP ROAD<br>LORIS, SC  29569 |
| TOMMY BOUCHER<br>3405 SOUTH PARK AVE<br>SPRINGFIELD, IL  62704 |
| TOMMY DAVIS<br>1100 STEEPLECHASE LANE<br>SPRINGFIELD, IL  62712-8644 |
| TOMMY GROLEAU<br>57 AV EDOUARD-MONTPETIT<br>MONTMAGNY, QC  G5V4P6 |
| TOMMY GUSCINSKI<br>748 GRAND RAPIDS BLVD<br>NAPLES, FL  34120 |
| TOMMY LO<br>1062 AGRAM DRIVE<br>OAKVILLE, ON  L6H7R9 |
| TOMMY MCINTYRE<br>9501 ROYALE DR<br>FORT MYERS, FL  33905 |

TOMMY RONE
4521 EAST SHORE DR
CALEDONIA, MI 49316

TOMMY RONE
4521 EAST SHORE DRIVE
CALEDONIA, MI 49316

TOMMY STOKES
1508 EIGHTH STREET
THREE RIVERS, MI 49093

TOMPENNY MEERS
1374 FISHER CRES
KINGSTON, ON K7M8T2

TONDA HOUSTON
121 CEDAR ST
PAW PAW, MI 49079

TONDRA VARNADOE
382 BENNINGTON LANE
LAKE WORTH, FL 33467

TONG HUYNH
11 OAK LEAF CIRCLE
WORCESTER, MA 01603

TONI CAMPBELL
34 HILL FARM ESTATES
ST ALBANS, VT 05478

TONI DIVELY
410 GINGER RD
VENICE, FL 34293

TONI FEKETE
533 MEADOW DRIVE
WEST SENECA, NY 14224-1517

TONI FUENTES
5886 LEON DRIVE
SCOTTS, MI 49088

TONI GRACE
1305 GOLDEN BEACH ROAD
BRACEBRIDGE, ON PIL 1W8

TONI JANARO
144 PROSPECT HILL
EAST STROUDSBURG, PA 18301

TONI JO KIDD
2624 HUNTERS POINT DRIVE
WEXFORD, PA 15090

TONI KOZIAK
266 HICKORY HEIGHTS DR
BRIDGEVILLE, PA 15017

TONI L ARBURR
54 SHADY LANE
EAST HARTFORD, CT 06118

TONI NEWMAN
964 STATE TOUTE 122
CONSTABLE, NY 12926

TONI NEWTON
7743 DONLEE DR
NIAGARA FALLS, ON L2H2N3

TONI OLSON
445 PERCH PLACE
LAKELAND, FL 33801

TONI P GARROW
982 MILITARY TURNPIKE
PLATTSBURGH, NY 12901

TONI PEREZ
22 OBRIEN DRIVE
AU SABLE FORKS, NY 12912

TONI SCHMIDT
39 ADIRONDACK LANE
PLATTSBURGH, NY 12901

TONI SCURPA
64 CHARLES STREET
CLARK, PA 16113

TONI SIMITY
223 HARRIET
WELLAND, ON L3B2H8

TONI SMAIL
858 ST RT 28/66
KITTANNING, PA 16201

TONI WALPER
1050 PACKARD RD
JASPER, MI 49248

TONIA HOOVER
224 BURNSIDE DR
COAL TOWNSHIP, PA 19522

TONIA KENNEDY
144 BEDFORD RD
NEW BOSTON, NH 03070

TONINO ORTONA
3839 RUE DE L"INTENDANT
LAVAL , QUEBEC H7E5H9

TONJA BOS
38 KILLINS STREET
SMITHVILLE, ON  L0R 2A0

TONY ANDRADE
405 GRAND HIGHLAND WAY
MISSISSAUGA, ON  L4Z3W1

TONY BARNES
507 DUNEWOOD
SAINT JOSEPH, MI  49085

TONY BARTON
1259 CTY RD 46
WOODVILLE, ON  K0M 2T0

TONY BELFIORE
19-7500 HIGHWAY 27
WOODBRIDGE, ON  L4H0J2

TONY BELFIORE
19-7500 HIGHWAY 27
WOODBRIDGE, ON  L4H 0J2

TONY BIANCO
8665 WESTPORT DR
NIAGARA FALLS, ON  L2H0A3

TONY BURNETTMILLAGE
1106 SAINT ANDREWS DRIVE APRATMENT 101
WILMINGTON, NC  28412

TONY BURNS
248 WHISSLER ROAD
WATEERLOO, ON  N2K2X4

TONY BURTON
315 FRONT ST W 4TH
TORONTO, ON  M5V3A4

TONY D JAQUES
19 HILLPATH CRES
BRAMPTON, ON  L6Z 4T9

TONY DE GIULI
29 DESCHENE AVE
HAMILTON, ON  L9A 3J8

TONY DELA RAMA
47 KEW GARDENS
RICHMOND HILL, ON  L4B1R8

TONY DEROSA
87 JEWELBERRY DRIVE
WEBSTER, NY  14580

TONY DI LALLA
1424 RUE TOUPIN
LAVAL, QC  H7K2W9

TONY DIEMANUELE
202 RIVER GLEN BLVD
OAKVILLE, ON  L6H5Y6

TONY DRUHOT
915 MELODY LANE
NAPOLEON, OH  43545

TONY DUIVESTEYN
9 DEBORA DRIVE
GRIMSBY, ON  L3M 4J1

TONY EVANS
151 MELVILLE ST
DUNDAS, ON  L9H 2A7

TONY FUTINO
2441 ORCHARD DR
BURLINGTON, ON  L7L6X8

TONY GELMANOVSKI
93 BOBMAR ROAD
TORONTO, ON  M1C1C8

TONY GIOIA
46 BLOOMFIELD TRAIL
RICHMOND HILL, ON  L4E-2K4

TONY H
206 UNIVERSITY AVE W
COBOURG, ON  K9A 2H5

TONY HECHT
3680 N LINCOLN TRAIL
PLEASANT PLAINS, IL  62677

TONY HUNT
206 UNIVERSITY AVE W
COBOURG, ON  K9A 2H5

TONY INTREVADO
706 16 AVE
LASALLE, QC  H8P2S5

TONY JOSEPH
435 LAWRENCE AVENUE
ELLWOOD CITY, PA  16117

TONY KETELAARS
3100 GUELPH LINE
BURLINGTON, ON  L7R 3X4

TONY LAMOVSEK
2309 KENBARB ROAD
MISSISSAUGA, ON  L5B2E9

| |
|---|
| TONY MANCINONE<br>470 BOYER CRESENT<br>ILE-BIZARD, QC  H9C2S2 |
| TONY MAZZEI<br>1582 EARL CR<br>MILTON, ON  L9T5Z2 |
| TONY MCKLIN<br>442 E DEVONSHIRE ROAD<br>DECATUR, IL  62521 |
| TONY MORANO<br>22 SARA STREET<br>WOODBRIDGE, ON  L4L 8P1 |
| TONY MOTA<br>101 ALOMA CRESCENT<br>BRAMPTON, ON  L6T 2N8 |
| TONY MULLINS II<br>480 ADDISON AVE<br>PALM BAY, FL  32907 |
| TONY NG<br>209 HAMILTON ST<br>TORONTO, ON  M4M2E3 |
| TONY NOBILE<br>3499 BERNADETTE<br>LAVAL, QC  H7P 5J3 |
| TONY ORTONA<br>3839 RUE DE LINTENDANT<br>LAVAL, QC  H7E5H9 |
| TONY PACE<br>36 THEOBALDS CIRCLE<br>RICHMOND HILL, ON  L4C9C6 |
| TONY PALMIERI<br>321 GRAIL HILL COURT<br>OAKDALE, PA  15071 |
| TONY PARENT<br>15020 1ERE AVENUE<br>ST-GEORGES, QC  G5Y5S5 |
| TONY PETITTI<br>1612 WOODHENGE WAY<br>MISSISSAUGA, ON  L5N7T1 |
| TONY PILEGGI<br>8243 MONGEAU<br>LASALLE, QC  H8P3L9 |
| TONY PORCO<br>16 TERAMO COURT<br>HAMILTON, ON  L9B2C4 |
| TONY POWER<br>10 ANDERSON STREET<br>ST CATHARINES, ON  L2M 5C9 |
| TONY RAGO<br>31 KAY ROAD<br>YARDVILLE, NJ  08620 |
| TONY RIDDLE<br>14 SALMON SIDE ROAD<br>SMITHS FALLS, ON  K7A4S5 |
| TONY RIZZA<br>30 BLUE SPRINGS ROAD<br>TORONTO, ON  M6L2T3 |
| TONY RODFORD<br>53 DINNICK<br>ORANGEVILLE, ON  L9W1X2 |
| TONY SCOTT<br>1404 CAMBRIA DR<br>JOLIET, IL  60431 |
| TONY STRYBOSCH<br>16 KING STREET<br>BRANCHTON, ONTARIO  N0B 1L0 |
| TONY STRYKER<br>152 CAPTAINS COURT<br>MEAFORD, ON  N4L1W5 |
| TONY UHREN<br>1209 LONGFORD LANE<br>BLOOMINGTON, IL  61704 |
| TONY VANIKIOTIS<br>12 CRAIG HALL CIRCLE<br>OTAWA, ON  K1P 4B4 |
| TONY VENNERI<br>170 DONNICI DRIVE<br>HAMILTON, ON  L9B2W4 |
| TONY WYSE<br>16760 ROLLING OAKS<br>HOLLAND, MI  49424 |
| TONY ZENGA<br>9004 ALTURAS STREET<br>NAPLES , FL  34113 |
| TONY ZENGA<br>9004 ALTURAS STREET<br>NAPLES, FL  34113 |

| |
|---|
| TONYA BOCKOVER<br>101 MEADOW LANE<br>BRYAN, OH  43506 |
| TONYA BOWERS<br>714 E CHANNEL DRIVE<br>COLDWATER, MI  49036 |
| TONYA BUCHNER<br>1020 DERBY DRIVE<br>SUN PRAIRIE, WI  53590 |
| TONYA CALDWELL<br>530 SIMMONS AVE<br>BATTLE CREEK, MI  49037 |
| TONYA DEBAULT<br>3009 VANDERBILT AVENUE<br>PORTAGE, MI  49024 |
| TONYA DIAZ<br> 16140 MOUNT ABBEY WAY APT 201<br>FORT MYERS, FL  33908-5640 |
| TONYA DIAZ<br>16140 MOUNT ABBEY WAY APT 201<br>FORT MYERS, FL  33908-5640 |
| TONYA FELLER<br>170 N COBB<br>DECATUR, IL  62522 |
| TONYA G FRAILEY<br>2325 COUNTY ROAD 270<br>CLYDE, OH  43410 |
| TONYA KEENAN<br>2 KENDALL LANE<br>BERLIN, MA  01503 |
| TONYA KRIEG<br>23 POWDER MILL ROAD<br>SOUTHWICK, MA  01077 |
| TONYA MEADE<br>109 KAREN LANE<br>GANSEVOORT, NY  12831 |
| TONYA MEISTER<br>5335 PEPPER DRIVE<br>ROCKFORD, IL  61114 |
| TONYA PANEPENTO<br>6319 CAMPBELL BLVD<br>LOKPORT, NY  14094 |
| TONYA RICHEL<br>4742 DEFOREST CRESCENT<br>BURLINGTON, ON  L7M 0K1 |
| TONYA ROBINSON<br>47 RIVERS EDGE DR<br>MORRISONVILLE, NY  12962 |
| TONYA SZAFRANSKI<br>9705 SOUTHERN OAKS COURT<br>PORTAGE, MI  49002 |
| TONYA VANDERVELDE<br>4742 DEFOREST CRESCENT<br>BURLINGTON, ON  L7M 0K1 |
| TONYA WARREN<br>27584 6TH AVE<br>GOBLES, MI  49055 |
| TORBEN LAURSEN<br>272 MAR STREET<br>ST PETE BEACH, FL  33706 |
| TORI VINTON<br>55 NORTH ROAD<br>RANDOLPH, VT  05060 |
| TORRE MOLLETT<br>8125 CONEMAUGH ST<br>PITTSBURGH, PA  15221 |
| TORRI FAIR GAMBACORTA<br>579 CARIBOU TRAIL<br>MYRTLE BEACH, SC  29588 |
| TORY LUELO<br>10 TRAILVIEW DRIVE<br>KITCHENER, ON  N2N1P6 |
| TORY SCHRECENGOST<br>70 4TH STREET<br>NORTH IRWIN, PA  15642 |
| TOSHIMASA WADA<br>9991 SPRING GULCH LANE<br>PUNTA GORDA, FL  33950 |
| TOSHIMASA WADA<br>9991 SPRING GULCH LN<br>PUNTA GORDA , FLA  33950 |
| TOSHIO KUWAHARA<br>203 SHREWSBURY STREET<br>HOLDEN, MA  01520 |
| TOYA MALONE<br>1494 COVINGTON CROSSING<br>COMMERCE, MI  48390 |

TRACEE GALLONI
23 COVE ROAD
LUNENBURG, MA  01462

TRACEE SCHEIDT
6407 CYPRESS ST.
PORTAGE, MI  49024

TRACEY ALTHARDT
3 N BENTON
CAPE GIRARDEAU, MO  63701

TRACEY BAUGHMAN
309 S MINNESOTA AVE
MORTON, IL  61550

TRACEY BENNETT
19 BERG CR
KEMPTVILLE, ON  K0G 1J0

TRACEY BRITTON
6015 EDGEBROOK BLVD
TOLEDO, OH  43615

TRACEY BROWN
BOX 412
PORT CARLING, ON  P0B1J0

TRACEY CHRISTOPHER
124 MEMORIAL DRIVE
SHREWSBURY, MA  01545

TRACEY CLARK
181 ACACIA AVENUE
OTTAWA, ON  K1M0R5

TRACEY CONNOLLY
10 BUFFALO ST
CASTILE, NY  14427

TRACEY COOK
283 VIRGO DR
GROTON, CT  06340

TRACEY COSTA
34 AIRPORT RD
NORTH GRAFTON, MA  01536

TRACEY CZAPLICKI
99 PRINCETON LANE
FAIRPORT, NY  14450

TRACEY DAFOE
17 RAVINE DRIVE
BALTIMORE, ON  K0K1C0

TRACEY FOLEY

SHREWSBERRY, MA  01545

TRACEY FORSTER
61 LORNE AVENUE E
STRATFORD, ON  N5A 6S8

TRACEY GERARDI
33 WRENTHAM ROAD
WORCESTER, MA  01602

TRACEY HOLMAN
301 PIERCE ST
LEOMINSTER, MA  01453

TRACEY HOPKINS
10138 HICKORY RIDGE DR
ROCHELLE, IL  61068

TRACEY HUBER
102 TOURA DRIVE
PLEASANT HILLS , PA  15236

TRACEY ILER
817 RIVERSIDE DRIVE
BATTLE CREEK, MI  49015

TRACEY INGRAM
3567 FLORIAN DR
COLUMBUS, OH  43219

TRACEY J HOPKINS
10138 HICKORY RIDGE DR
ROCHELLE, IL  61068

TRACEY KEIGHLEY CLARKE
88 KINGSRIDGE ROAD
BARRIE, ON  L4N8T9

TRACEY KITT
315 WESTRIDGE DR
STITTSVILLE, ON  K2S 2G4

TRACEY LAFLEUR
222 NORTH ROAD
BROAD BROOK, CT  06016

TRACEY LICHON
31 OSCHAWA AVE
WEST SENECA, NY  14210

TRACEY MANNIX
3 HILLSIDE AVE
NORTH BROOKFIELD, MA  01535

TRACEY MARCIL
600 TELSTAR AVE
SUDBURY, ON  P3E 5N2

| |
|---|
| TRACEY MARTIN<br>43 TRADEWIND TERRACE<br>AURORA, ON  L4G6M7 |
| TRACEY MCGOWAN<br>1219 GEIGERTOWN ROAD<br>BIRDSBORO, PA  19508 |
| TRACEY MURPHY<br>19 FRANKLIN AVENUE<br>LOCKPORT, NY  14094 |
| TRACEY MURRAY<br>817 HIDDEN CAVE ROAD<br>MADISON, WI  53717 |
| TRACEY MYERS<br>2120 ALAMEDA DRIVE<br>PEKIN, IL  61554 |
| TRACEY OBRIEN<br>4736 PARK STREET<br>NIAGARA FALLS , ON  L2E2R1 |
| TRACEY OBRIEN<br>4736 PARK STREET<br>NIAGARA FALLS, ON  L2E2R1 |
| TRACEY OLSON<br>5131 AZALEA COURT<br>HAMBURG, NY  14075 |
| TRACEY OLSON<br>5131 AZALEA CRT<br>HAMBURG, NY  14075 |
| TRACEY PAVKOVIC<br>6832 SIXTEEN ROAD<br>SMITHVILLE, ON  L0R 2A0 |
| TRACEY PETERS<br>176 WILDWOOD TRAIL<br>BARRIE, ON  L4N9Y6 |
| TRACEY ROBINSON<br>938 MILLGROVE SIDE ROAD<br>RR1 MILLGROVE, ON  L0R1V0 |
| TRACEY ROWLAND<br>64 BREWSTER PLACE<br>CAMBRIDGE, ON  N3C3T9 |
| TRACEY S TUCKER<br>8554 NORTH 36TH STREET<br>RICHLAND, MI  49083 |
| TRACEY SCOTT<br>20 DUNGEY CR<br>ALLISTON, ON  L9R 1X5 |
| TRACEY SELLARS<br>12 PLEASANT PLACE<br>PARIS , ON  N3L3S1 |
| TRACEY SEWARD<br>1084 8TH CONCESSION WEST<br>PUCLINCH, ON  N0B 2J0 |
| TRACEY SIMON<br>68 GOLFVIEW CRES<br>SUTTON, ON  L0E 1R0 |
| TRACEY SPENCER<br>210 WOODCREST DRIVE<br>WEST SENECA, NY  14220 |
| TRACEY TARDY<br>36 ELM ST<br>UPTON, MA  01568 |
| TRACEY THOMPSON<br>210 SIDNEY-CUNNINGHAM<br>BEACONSFIELD, QC  H9W6E3 |
| TRACEY THOMSON<br>2385 KHALSA GATE<br>OAKVALE, ONTARIO  L6M 4J2 |
| TRACEY WALKER<br>19 RANDALL WOOD DRIVE<br>MONTAGUE, MA  01351 |
| TRACEY WATSON<br>1709 SPOONBILL DR<br>NOKOMIS, FL  34275 |
| TRACEY WEEKS<br>103 COLTON STREET<br>COLBORNE, ON  K0K1S0 |
| TRACEY WELSH<br>2607 PARSIFAL AVE<br>SPRINGFIELD,   62704 |
| TRACEY WILKINSON<br>1550 WILLOW WOODS<br>ALDEN, NY  14004 |
| TRACI ARNOLD TATE<br>2333 PAWNEE DR<br>LONDON, OH  43140 |
| TRACI BEITER<br>48 PARK PLACE<br>LOCKPORT, NY  14094 |

TRACI EARLE
37 ALVORD STREET
SOUTH HADLEY, MA  01075

TRACI GODBEE
7260 S 40TH ST
CLIMAX, MI  49034

TRACI HEGLAND
N6916 NORTHWOOD DR
ELKHORN, WI  53121

TRACI MASCOLA
1901 KENSINGTON PL
ORILLIA, ON  L3V7J5

TRACI MAY
2041 FERN BEACH
BATTLE CREEK, MI  49014

TRACI MCANINCH
107 BURRELLTON DRIVE
LOWER BURRELL, PA  15068

TRACI PATNOUDE
27461 SMITH ROAD
MENDON, MI  49072

TRACI RHODEN
11135 LEE CIR
MURRELLS INLET, SC  29576

TRACI SATTERFIELD
5147 WESLEY RD
MURRELLS INLET, SC  29576

TRACI SELVIDGE
2504 CRESCENT DR
KALAMAZOO, MI  49001

TRACIE ARNOLD
2398 LOVE ROAD
GRAND ISLAND, NY  14072

TRACIE COYNE
25 MICHAELA CR
FONTHILL, ON  L0S 1E4

TRACIE ETHIER
1377 HELIAS STREET
PALM BAY, FL  32907

TRACIE FORD
1913 ASHTON PLACE
BURLINGTON, ON  L7P 2Y4

TRACIE GALLANT
402 BRYANT CRES
BURLINGTON, ON  L7L 3Z6

TRACIE GWYNN
1045 WILLIS ROAD
PHILLIPSTON, MA  01331

TRACIE JOHNSON
PO BOX 341
TAYLORVILLE , IL  62568

TRACIE SMITH
109 LESLIE AVE
WINTER HAVEN, FL  33880

TRACIE VEREEN
6334 STARBUCK LAKE ROAD
MURRELLS INLET, SC  29576

TRACIE WILSON
53 ELENA CRT
HAMILTON, ON  L9C 7P7

TRACY A DILAWRI
2887 APPLETON CRT
OAKVILLE, ON  L6J 6S5

TRACY AGRO
2501 BEAR STAND TRAIL
MYRTLE BEACH, SC  29588

TRACY ALDRIDGE
6048 STAGECOACH
PLEASANT PLAINS, IL  62677

TRACY ALEXANDER
513 CHURCH ST N
AJAX, ON  L1T4B8

TRACY ALEXANDER
513 CHURCH STREET N
AJAX, ON  L1T4B8

TRACY ANGLEMEYER-MANDELL
67596 SR13
MILLERSBURG, IN  46543

TRACY ARMSTRONG
14139 CONCESSION 10-11
CRYSLER, ON  K0A 1R0

TRACY BAJADEK
203 PINE GROVE ROAD
NEWFOUNDLAND, PA  18445

TRACY BASS
835 CASTLEBAR DR
NORTH TONAWANDA, NY  14120

TRACY BERRYMAN
2 CHERRYWOOD DRIVE
STONEY CREEK, ON  L8G2P6

TRACY BIEGA
7 GREENTREE
WHEELING, WV  26003

TRACY BLAND
8720 HILLCREST AVE
CRYSTAL LAKE, IL  60014

TRACY BOSTELMAN
1109 CO RD U
LIBERTY CENTER, OH  43532

TRACY BOURGET
9785 MONTAGUE ST
TAMPA, FL  33626

TRACY BUCKLEY
1800 GREGORY COURT
SPRINGFIELD, IL  62703

TRACY CARIM
125 RIDGETOP ROAD
WALLINGFORD, CT  06492

TRACY CARRIER
4249 VILLAGE PARK DRIVE
BEAMSVILLE, ON  L0R 1B8

TRACY CARRIER
4249 VILLAGE PARK DRIVE
BEAMSVILLE, ON  L0R1B8

TRACY CARSON
67 JEANMOOR RD
AMHERST, NY  14228

TRACY CHAPPLE
203 EAST 31ST
HAMILTON, ON  L8V 3P6

TRACY CIESLER
16643 N MEADOW LANE
PETERSBURG, IL  62675

TRACY COLLAR
512 LAWRENCE AVENUE
WAYLAND, MI  49348

TRACY COMBS
2622 SO LINCOLN RD
LINCOLN, VT  05443

TRACY CONROY
342 DELREX BLVD
GEORGETOWN, ON  L7G4H4

TRACY CONROY
342 DELREX BLVD
GEORGETOWN, ON  L7G4H4

TRACY CUTTS
1391 TERRACE RIDGE DRIVE
CARP, ON  K0A1L0

TRACY CZICHRAK
3561 CARVER STREET
STEVENSVILLE, ON  L0S 1S0

TRACY DABY
360 OLD MILITARY RD
LAKE PLACID, NY  12946

TRACY DAVIDSON
245 WEST STURBRIDGE DR.
MEDINA, OH  44256

TRACY DEW
236 DENA MARIE DR
ORTONVILLE, MI  48462

TRACY DIXON
2328 DALLAS S
PORT CHARLOTTE, FL  33952

TRACY DIXON
85 MASTERSON DRIVE
ST CATHARINES , ON  L2T3P8

TRACY DOCHERTY
365 GENEVA STREET
ST CATHARINES, ON  L2N 5S7

TRACY DUPUIS
7 NORRBACK AVE
WORCESTER, MA  01606

TRACY ENNIS
339 HELENA
FORT ERIE, ON  L2A 4J7

TRACY FEOR
12 CARLUCCIO CRESCENT
STCATHARINES, ON  L2M7V6

TRACY FITZPATRICK
282 BURCHWOOD LANE
MYRTLE BEACH, SC  29588

TRACY GALLINA
269.WHISPER WOOD AVE
LONDON, ONTARIO  N6K4E4

| |
|---|
| TRACY GIBBS<br>13 ECHO ST E<br>CAYUGA, ON  N0A1E0 |
| TRACY GIBBS<br>15 STATE HWY 111<br>WAVERLY, IL  62692 |
| TRACY GIUSEFFI<br>87 NORTH MAPLE AVENUE<br>BASKING RIDGE, NU  07920 |
| TRACY GOODWIN<br>21 COUNTY RD<br>CHATHAM, IL  62629 |
| TRACY GORDON<br>766 GILBERT ROAD<br>MOOERS, NY  12958 |
| TRACY GRECO<br>56 TRISTAN LANE<br>WILLIAMSVILLE, NY  14221 |
| TRACY GREENE<br>152 DERBY STREET<br>WORCESTER, MA  01604 |
| TRACY HARPIN<br>548 STOW ROAD<br>MARLBOROUGH , MA  01752 |
| TRACY HODSDON<br>130 PARK RD<br>CHELMSFORD, MA  01824 |
| TRACY HOFFMAN<br>230 BERTHA ST<br>PITTSBURG, PA  15211 |
| TRACY HOLMAN<br>13436 W TRAVIS TRACE RD<br>EVANSVILLE, WI  53536 |
| TRACY HOVARTER<br>123 ABRAM AVENUE<br>BATTLE CREEK, MI  49015 |
| TRACY HUNTER<br>30 ORGAN CRESCENT<br>HAMILTON, ON  L8T1Y6 |
| TRACY HUTCH<br>54 FARM GATE DR<br>SOUTH BERWICK, ME  03908 |
| TRACY IGNASIAK<br>7331 AGAWA TRAIL<br>ROCKFORD, MI  49341 |
| TRACY JABLONSKI<br>3424 MCKINLEY PARKWAY APT1<br>BUFFALO, NY  14219 |
| TRACY KARLIN<br>7 SYDNEY HILL ROAD<br>SARATOGA SPRINGS, NY  12866 |
| TRACY KIRKPATRICK<br>4 MEADOW LANE<br>NORTH GRAFTON, MA  01536 |
| TRACY KUZOFF<br>3040 OASIS GRAND BLVD<br>FT MYERS, FL  33916 |
| TRACY LACHAPELLE<br>738 FOWLER ROAD<br>NORTHBRIDGE, MA  01534 |
| TRACY LEE VREELAND<br>2970 OLD BRYAN DR B6<br>MYRTLE BEACH, SC  29577 |
| TRACY LEWANDOWSKI<br>11 HAMILTON DR<br>LOCKPORT, NY  14094 |
| TRACY LOCKARD<br>1079 BARBADOS WAY<br>CHARLESTON, SC  29412 |
| TRACY LYNCHVANDERVAART<br>20 KIWI CRESCENT<br>RICHMOND HILL, ON  L4S2H3 |
| TRACY M CZICHRAK<br>3561 CARVER STREET<br>STEVENSVILLE, ON  L0S 1S0 |
| TRACY MACDONALD<br>111 WILDWOOD TRAIL<br>BARRIE, ON  L4N7Z8 |
| TRACY MANTOR<br>4014 COOKFARM RD  APT 4<br>JAMESVILLE, NY  13078 |
| TRACY MANTOR<br>4014 COOKFARM RD 4<br>JAMESVILLE, NY  13078 |
| TRACY MARTIENZ<br>VERNON AVE<br>MADISON, WI |

| |
|---|
| TRACY MATHEIS<br>PO BOX 1284<br>HEMINGWAY, SC  29554 |
| TRACY MCCABE<br>17 SUNRISE TERRACE<br>WEST SENECA, NY  14224 |
| TRACY MCCABE<br>4353 PARKWOOD COURT<br>NIAGARA FALLS, ON  L2H3L2 |
| TRACY MCDONALD<br>25 INWOOD<br>AUBURN, MA  01501 |
| TRACY MCGREW<br>510 KERN<br>SPRINGFIELD, IL  62703 |
| TRACY MCLAUGHLIN<br>173 GREELEY ST<br>CLINTON, MA  01510 |
| TRACY MERKEL<br>28 COUNTRY CREEK LANE<br>HILTON, NY  14468 |
| TRACY MILES<br>197 FIFTH CONCESSION RD EAST<br>WATERDOWN, ONTARIO  L0R2H1 |
| TRACY MILLER<br>106 POOLES LANE<br>GREENSBURG, PA  15601 |
| TRACY MITCHELL<br>12966 FORT CUSTER DRIVE<br>GALESBURG, MI  49053 |
| TRACY MONTGOMERY<br>12975 W TR 56<br>ALVADA, OH  44802 |
| TRACY MORACCO<br>P O BOX 176 9865 WEST HILL DR<br>CANFIELD, OH  44406 |
| TRACY MULLER<br>161 LINGAY DRIVE<br>GLENSHAW, PA  15116 |
| TRACY MYERS<br>125 CRESTMONT DR<br>SHIPPENVILLE, PA  16254 |
| TRACY NEILSON<br>17 KNOTTY WOOD KNOLL<br>NORRISTOWN, PA  19403 |
| TRACY NORTHCOTT<br>38 MITCHELL AVE<br>BROOKLIN, ON  L1M1A9 |
| TRACY PARK<br>18 CHIPPER CT<br>GEORGETOWN, ON  L7G 1L3 |
| TRACY PARKER<br>1606 SEQUOIA DR<br>CHATHAM, IL  62629 |
| TRACY POLOMSKY<br>673 MINER FARM RD<br>CHAZY, NY  12921 |
| TRACY PORRINO<br>138 WATCHUNG AVE<br>CHATHAM, NJ  07928 |
| TRACY POSADA<br>14 CARRIAGE HILL<br>PERU, NY  12972 |
| TRACY POWLEY<br>5254 MAPLE LANE<br>CUBA, NY  14727 |
| TRACY QUERCIA<br>492 MARSHALL STREET<br>LEICESTER, MA  01524 |
| TRACY REISBIG<br>608 SPRINGFIELD STREET<br>WILBRAHAM, MA  01095 |
| TRACY RUSSELL<br>36 CEDARCREST DRIVE<br>TORONTO, ON  M9A 2V6 |
| TRACY SAMMARCO<br>41 BITTERSWEET LANE<br>ORCHARD PARK, NY  14127 |
| TRACY SCHERER<br>14178 SHADYSHORE DR<br>CLIMAX, MI  49034 |
| TRACY SHEFFER<br>3983 BLUFF VIEW STREET<br>WATERVLIET, MI  49098 |
| TRACY SHERIDAN<br>745 CLARK STREET<br>GARDNER, MA  01440 |

| |
|---|
| TRACY SITTERLY<br>29 BROOKWOOD DR<br>LATHAM, NY 12110 |
| TRACY SPRAGUE<br>PO BOX 23<br>MORIAH CENTER, NY 12961 |
| TRACY SULLIVAN<br>126 RAMSHORN RD<br>CHARLTON, MA 01507 |
| TRACY SWARTZENDRUBER<br>55318 WILBUR ROAD<br>THREE RIVERS, MI 49093 |
| TRACY SWEENEY<br>8 WOOD ST<br>BRISTOL, RI 02809 |
| TRACY TAVENDER<br>1404 S CLAY<br>JACKSONVILLE, IL 62650 |
| TRACY TENDER<br>1376 SILVER LAKE<br>AU SABLE FORKS, NY 12912 |
| TRACY TERRY<br>2 MAIDEN LANE<br>PERU, NY 12972 |
| TRACY TORGERSON<br>4786 MOUNT VERNON BLVD<br>HAMBURG, NY 14075 |
| TRACY TOTH<br>14 CARL RD<br>BOYERTOWN, PA 19512 |
| TRACY TRETTIN<br>7904 PIN OAK DR<br>MANITO, IL 61546 |
| TRACY TUTTLE<br>1013 COUNTY ROUTE 25<br>CANTON, NY 13617 |
| TRACY VAN LEEMPUT<br>928 DAVID COURT<br>BURLINGTON, ON L7T 4B3 |
| TRACY WALDHERR<br>13385 PEACH RIDGE AVENUE<br>KENT CITY, MI 49330 |
| TRACY WELDON<br>176 PIERCE STREET<br>WEST BOYLSTON, MA 01583 |
| TRACY WERTH<br>30 MARGARET ROAD<br>AMHERST, NY 14226 |
| TRACY WILCOX<br>9 HIGHLANDS CRESCENT<br>COLLINGWOOD, ON L9Y5H2 |
| TRACY WILLETTOGLE<br>2180 LAKE AVENUE<br>TWIN LAKE, MI 49457 |
| TRACY WODJESKI<br>2296 NIAGARA ROAD<br>NIAGARA FALLS, NY 14304 |
| TRACY WOZNIAK<br>7247 AKRON ROAD<br>LOCKPORT, NY 14094 |
| TRACY YAN<br>536 GARDENVIEW SQUARE<br>PICKERING, ON L1V4R6 |
| TRACY YOUNG<br>5717 E PENINSULA RD<br>WATERFORD, WI 53185 |
| TRAN MINH VU<br>129 COPPERWOOD ST<br>OTTAWA, ON K1C7S1 |
| TRANG NGUYEN<br>5 QUEEN TER<br>SOUTHINGTON, CT 06489 |
| TRAUDI HEIL<br>PO BOX 127<br>GERRY, NY 14740 |
| TRAVIS ARBOGAST<br>4612 H DRIVE SOUTH<br>EAST LEROY, MI 49051 |
| TRAVIS BRITTEN<br>25920 MAPLE DR<br>MATTAWAN, MI 49071 |
| TRAVIS BROWN<br>164 CHENOA DRIVE UNIT D<br>MURRELLS INLET, IL 29576 |
| TRAVIS COLBY<br>16 LAWRENCE STREET<br>PAWTUCKET, RI 02860 |

2487

| |
|---|
| TRAVIS COURSON<br>508 CRESTVIEW DR<br>MONTICELLO, IL 61856 |
| TRAVIS ENGLAND<br>113 FREEMAN ST<br>BROOKLYN, NY 11222 |
| TRAVIS GRAFF<br>5416 JAEGER DRIVE<br>SPRINGFIELD, IL 62711 |
| TRAVIS HIRE<br>206 W HILDA ST<br>TAMPA, FL 33603 |
| TRAVIS MACDONALD<br>40 HOWTHORN LN<br>BRANTFORD, CA N3R6R2 |
| TRAVIS MCCULLEY<br>10384 RIVERVIEW DR<br>PLAINWELL, MI 49080 |
| TRAVIS MCCULLEY<br>3829 MOUNT OLIVET RD<br>KALAMAZOO, MI 49004 |
| TRAVIS OLSEN<br>8675 PORTAGE RD<br>PORTAGE, MI 49002 |
| TRAVIS PRICE<br>45 WINIFRED STREET<br>KITCHENER, ON N2P 2M7 |
| TRAVIS ROHRER<br>20104 MAHNKE ROAD<br>MENDON, MI 49072 |
| TRAVIS SACHS<br>33 LINKE PLACE<br>GUELPH, ON N1E0G2 |
| TRAVIS SOULOR<br>35 NORTHWEST ROAD<br>SPENCER, MA 01562 |
| TRAVIS WALDRON<br>1326 FOREST AVE APT 16<br>PORTLAND, ME 04103 |
| TRECIA DOWNES<br>14 BLUFFWOOD CRES<br>BRAMPTON, ON L6P2P4 |
| TREENA SAMPSON<br>11 MARYLEBONE CRESCENT<br>RICHMOND HILL, ON L4E 2L5 |
| TREFFERY SIMPSON<br>34 ROADMASTER LANE<br>BRAMPTON, ON L7A3A7 |
| TRELL YOCUM<br>121 E HIGH ST<br>LIMA, OH 45801 |
| TREMBLAY GINETTE<br>3880 ST-LEON<br>SAGUENAY, QC G7X7W3 |
| TRENA CESARIO<br>1089 KNOTTY PINE GROVE<br>MISSISSAUGA, ON L5W1J6 |
| TRENT BRUZZESE<br>454 FOXTAIL AVENUE<br>WELLAND, ON L3C 7N7 |
| TRENT EMERICK<br>403 MARY STREET<br>CRANBERRY TOWNSHIP, PA 16066 |
| TRENT HODGSON<br>6411 KISTER RD<br>NIAGARA FALLS, ON L2E 6X8 |
| TRENT MACDONALD<br>503 BLOOR AVE<br>OTTAWA, ON K1G0V2 |
| TRENT MEYER<br>14 PRICE AVE<br>WELLAND, ON L3C 3X9 |
| TRENT ROBINSON<br>278 CLAREMONT AVENUE<br>KITCHENER, ON N2M 2R1 |
| TRENT SCHEUER<br>9150 HIGHLAND VIEW DRIVE<br>KALAMAZOO, MI 49009 |
| TRENT TAYLOR<br>203 MILL ROAD<br>TORONTO, ON M9C1Y1 |
| TRENTON LANGKAMP<br>8902 STONE HARBOUR LOOP<br>BRADENTON, FL 34212 |
| TREVOR ALLEN<br>8 BONATHON CRESS<br>BOWMANVILLE, ON L1C5A9 |

| |
|---|
| TREVOR BLACK<br>89 WHITEFISH CRESCENT<br>STONEY CREEK, ON  L8E0A6 |
| TREVOR BRENNAN<br>396762 CON 2<br>CHATSWORTH, ON  N0H1G0 |
| TREVOR BRISEBOIS<br>11-PALMER  CIRCLE<br>CALEDON, ON  L7EOA4 |
| TREVOR CHARBONNEAU<br>1931 GLENDALE DR<br>PICKERING, ON  L1V 1V8 |
| TREVOR CRANFORD<br>2170 15TH SIDEROAD<br>MOFFAT, ON  L0P1J0 |
| TREVOR DAVIES<br>11 FAIRVALLEY<br>BRAMPTON, ON  L6R0W2 |
| TREVOR DENSTEDT<br>752 SHANAHAN<br>BLVD, ON  L3X 1W6 |
| TREVOR DUDLEY<br>16 BRITTON COURT<br>WASAGA BEACH, ON  L9Z1C1 |
| TREVOR EGERTON<br>17 RADFORD DR<br>AJAX, ON  L1T 2H8 |
| TREVOR EMERICK<br>2162 ISLE WORTH LN<br>CRANBERRRY TOWNSHIP, PA  16066 |
| TREVOR EMERICK<br>2162 ISLEWORTH LANE<br>CRANBERRY TOWNSHIP, PA  16066 |
| TREVOR FAVARO<br>415 FRANGE ROAD<br>GUELPH , ONTARIO |
| TREVOR FAVARO<br>415 GRANGE ROAD SUITE 303<br>GUELPH, ON  N1E0C4 |
| TREVOR G WILLIAMS<br>65 LASCHINGER BLVD<br>NEW HAMBURG, ON  N3A2G7 |
| TREVOR HAALSTRA<br>278 JACQUELINE BLVD<br>HAMILTON, ON  L9B2V7 |
| TREVOR JOHNSTON<br>69 PARKWAY AVE<br>MARKHAM, ON  L3P2G8 |
| TREVOR JOHNSTON<br>69 PARKWAY AVENUE<br>MARKHAM, ON  L3P 2G8 |
| TREVOR JOHNSTON<br>69 PARKWAY AVENUE<br>MARKHAM, ON  L3P2G8 |
| TREVOR LAPP<br>1632 ASHLEY CT<br>KUTZTOWN, PA  19530 |
| TREVOR LAUGHLIN<br>98 BAILEY AVE<br>PLATTSBURGH, NY  12901 |
| TREVOR MAHER<br>2179 HEATHERFIELD AVE<br>COLUMBUS, OH  43235 |
| TREVOR MCGREGOR<br>20 KENTUCKY AVE<br>WASAGA BEACH, ON  L9Z3A8 |
| TREVOR MIDDLETON<br>170 LAKEVIEW COURT<br>ORANGEVILLE, ON  L9W5J7 |
| TREVOR MULZER<br>44 SHERK CRES<br>KANATA, ON  K2K 2M6 |
| TREVOR REYHER SR<br>1319 N HOBBS HWY<br>TRAVERSE CITY, MI  49696 |
| TREVOR RODGERS<br>374 KING ST E<br>HAMILTON, ON  L8N1C3 |
| TREVOR SCHULTZ<br>5008 EMMALINE DR<br>ERIE, PA  16509 |
| TREVOR SMITH<br>34 LANGEVIN CRESCENT<br>SCARBOROUGH, ON  M1C2B6 |
| TREVOR SMITH<br>34LANGEVIN CRESCENT<br>SCARBOROUGH, ON  M1C2B6 |

TREVOR STCLAIR
206 NELSONRD
PLATTSBURG, NY  12901

TREVOR STRAWDERMAN
5711 WHISTLING DUCK DRIVE
NORTH MYRTLE BEACH, SC  29582

TREVOR TROTTER
15 TUSCANY GRANDE
ALLISTON, ON  L9R 0E2

TREVOR WIDEMAN
493 NORTHLAKE DR
WATERLOO, ON  N2V 1V5

TRICIA ANDERSON
746 KORNOELJE DR. NE
COMSTOCK PARK, MI  49321

TRICIA ANDREWS
308 BERKLEY RD
WILLIAMSVILLE, NY  14221

TRICIA ANDREWS
308 BERKLEY RD
WILLIAMSVILLE, NY  14221

TRICIA BECKER
3912 ROCKY FALLS RD
SPRINGFIELD, IL  62711

TRICIA BINDER
5217 SW 19TH PL
CAPE CORAL, FL  33914

TRICIA BRAWDY
133 LEOCREST
WEST SENECA, NY  14224

TRICIA BRAWDY
133 LEOCREST CT
WEST SENECA, NY  14224

TRICIA BRENNAN
POBOX 6
WARREN, MA  01083

TRICIA BURSELL
18 FOREST HILL DRIVE
NORTH SMITHFIELD, RI  02896

TRICIA GREEN
30 RABBIT STREET
DUNKIRK, NY  14048

TRICIA JARRY
340 PLEASANT ST
EDGEWATER, FL  32132

TRICIA JUREK
622 WILLARDSHIRE RD
ORCHARD PARK, NY  14127

TRICIA KANDLER
208 BROEZEL AVE
LANCASTER, NY  14086

TRICIA L JEWSON
850 OLD STATE RD
BINGHAMTON, NY  13904

TRICIA LEEZER
208 PITTSBURG LANDING
SPRINGFIELD, IL  62711

TRICIA MARBURGER
1107 ROOSEVELT RD
TAYLORVILLE, IL  62568

TRICIA NEESON
211 STONEHENGE DR
ORCHARD PARK, NY  14127

TRICIA OSHEI
14 GREENMEADOW DRIVE
LANCASTER, NY  14086

TRICIA SACCOCCIA
574 BRAYBARTON
STEUBENVILLE, OH  43952

TRICIA WHITLING
20 WILLIAMS ST
MASSENA, NY  13662

TRIESTE NG
6 FAIRLAWN AVE
MARKHAM, ON  L6C 2E7

TRIEVA PELONERO
12106 BALMORAL VIEW COURT
TAMPA, FL  33626

TRINA DIABO
PO BOX 1338
KAHNAWAKE, QC  J0L 1B0

TRINA MYLAR
1818 WESTON AV
NIAGARA FALLS, NY  14305

TRINA NOONAN
22 KEVIN CRESCENT
THORNTON, ON  L0L 2N0

TRINA SCHERER
106 AVERYS WAY
CRANBERRY TOWNSHIP, PA  16066

TRINH NGUYEN
11 DONNA RD
WORCESTER, MA  01609

TRISH BELL
21075 GRIDLEY ROAD
VIRGINIA, IL  62691

TRISH CLARKE
928 VISTULA DRIVE
PICKERING, ON  L1W 2L5

TRISHA BLASSAGE
6070 N KNOLL RD
MONROE CENTER, IL  61052

TRISHA CACCAMISE
1987 DORAN RD
LIMA, NY  14485-9744

TRISHA DELLINGER
1447 PECOS DRIVE
ORMOND BEACH, FL  32174

TRISHA ENGLEHARDT
1409 ASPEN DRIVE
WASHINGTON, IL  61571

TRISHA M GERONIMO
6028 LEESIDE CRESCENT
MISSISSAUGA, ON  L5M 5M1

TRISHA MARTIN
16720 GRANDVIEW DR
PETERSBURG, IL  62675

TRISHA PRAVATA
9 KING ARTHUR COURT SOUTH
SARATOGA SPRINGS, NY  12866

TRISHA ROSE
4160 E ALLEN ROAD
HOWELL, MI  48855

TRISHA SNIDER
25 WESTWOOD DRIVE
PORT COLBORNE, ON  L3K6B9

TRISSA NEWHOUSE
400 CROSSLAND AVE
UNIONTOWN, PA  1540

TRISSA NEWHOUSE
400 CROSSLAND AVE
UNIONTOWN, PA  15401

TRISTA MCCLELLAND
527 VILLAGE ST 2
KALAMAZOO, MI  49008

TRISTA WILLIAMSON
PO BOX 524
RIVERTON , IL  62561

TRISTA WILLIAMSON
PO BOX 524
RIVERTON, IL  62561

TRISTAN BEEBLE
22 ISLAND VIEW RD
COHOES, NY  12047

TRISTAN GABRIEL
14 TURNERBURY AVENUE
AJAX, ON  L1Z 1R2

TRISTAN KIPPAX
3 EDDY STREET
OXFORD, MA  01540

TRISTE LEE BOOTH
1305 FOXBORO LANE
ENDICOTT, NY  13760

TRISTIN SAID
5229 WEBSTER RD
ORCHARD PARK, NY  14127

TRONG TRUONG NGUYEN
4207 AVE PIERRE-CHEVRIER
MONTREAL, QC  H1M2J2

TROY BEARD
1413 E AMY DRIVE
MAHOMET, IL  61853

TROY BRADY
22 OSGOODE GATE
COURTICE, ON  L1E 1V8

TROY BROWN
PO BOX 215
N BROOKFIELD, MA  01535

TROY CARPENTER
948 VANDERBILT DR
EUSTIS, FL  32726

TROY COLLINS
184 MUNGER HILL ROAD
WESTFIELD, MA  01085

TROY DIXON
122 RIDGEMONT DRIVE
CRANBERRY TOWNSHIP, PA  16066

TROY DONOVAN
109 ELMWOOD DR
GANANOQUE, ON  K7G 3A5

TROY GARVER
PO BOX 186
SARANAC LAKE, NY  12983

TROY GRASS
PO BOX 1 208 JEFFERSON ST
LAWNDALE, IL  61751

TROY HEBERT
2 GLENWOOD DRIVE
LEOMINSTER, MA  01453

TROY HOLTHAUS
308 N LINDEN ST
MAROA, IL  61756

TROY HUBER
24 DONALD STREET
KITCHENER, ON  N2B3G5

TROY IZLAKAR
34 AINSWORTH ST
STONEY CREEK, ON  L8J1G1

TROY JENSEN
2026 TIMBERLANE DR
JENISON, MI  49428

TROY KEENE
640 GLENVIEW
PLAINWELL, MI  49080

TROY LAGRO
11956 ARALIA CT
SHELBY TWP, MI  48315

TROY MILLER
9608 SCHROEDER ROAD
TOLEDO, OH  43551

TROY OMMEN
1020 N OAK ST
NORMAL, IL  61761

TROY PAULS
726 LEEWARD LANE
OREGON, WI  53575

TROY RAINES
26110 GROVEMILLER LANE
WESTERNPORT, MD  21562

TROY STONIER
131 SILVERMOON CRESCENT
OTTAWA, ON  K4A0P5

TROY VAN PICKERILL
5224 RIVERVIEW RD
RIVERTON, IL  62561

TROY VANSACIK
210 CITRUS DRIVE
WINTER HAVEN, FL  33884

TROY WALLACE
4370 SPRING BLOSSOM DRIVE
KISSIMMEE, FL  34746

TROY WANCHULAK
680 FOXWOOD TRAIL
PICKERING, ON  L1V3X8

TROY WASSERMAN
6438 FRIEDRICK TRAIL
MUSKEGON, MI  49444

TROY WEIMER
220 E DIAMOND ST
KENDALLVILLE, IN  46755

TROY WETTER
214 SOUTH ENTERPRISE
GREENVIEW, IL  62642

TROY WIGHT
40 DOWNEY
BROOKLIN, ON  L1M1J2

TRRY SUPANCIC
121 ROYAL TROON SE
WARREN, OH  44484

TRUDI BOUVIA
154 MOFFITT RD
PLATTSBURGH, NY  12901

TRUDI GRADWELL
PO BOX 511
BEAVER, PA  15009

TRUDI SHAFFER
274 FRIENDSHIP CIRCLE
BEAVER, PA  15009

TRUDIE TUMBER
52 OAKHAVEN PLACE
ANCASTER, ON  L9K 0B6

| |
|---|
| TRUDY BARRY<br>340 S PALM AVE 245<br>SARASOTA, FL  34236 |
| TRUDY BARRY<br>RR 1 BOX 153A<br>OCONEE, IL  62553 |
| TRUDY BLACKWELL<br>340 S PALM AVE  UNIT 245<br>SARASOTA, FL  34236 |
| TRUDY BLAIR<br>PO BOX 444<br>ALBURG, VT  05440 |
| TRUDY BRAID<br>128 STRADA BLVD<br>ST CATHARINES, ONTARIO,CA  L2S3K8 |
| TRUDY DAVIS<br>51967 CLEARWATER CT<br>ELKHART, IN  46514 |
| TRUDY GLOY<br>16825 TOMAHAWK TRAIL<br>WHITE PIGEON, MI  49099 |
| TRUDY HARRIS<br>13313 SCRUB JAY CT<br>PORT CHARLOTTE, FL  33953 |
| TRUDY HAYES<br>1647 MARTIN LUTHER KING JR AV<br>LAKELAND, FL  33805 |
| TRUDY HEATH<br>8858 PINE ACRES DRIVE<br>KALAMAZOO, MI  49009 |
| TRUDY JORDE<br>PO BOX 5742<br>ROCKFORD, IL  61125 |
| TRUDY MALKEY<br>2813 CRONIN DR<br>SPRINGFIELD, IL  62711 |
| TRUDY SMARGIASSO<br>740 MERCER ROAD<br>GREENVILLE, PA  16125 |
| TRUDY WILDER<br>709 FIRST AVE<br>ST JOSEPH, MI  49085 |
| TRUNG DO<br>2817 WESTOAK TRAILS BLVD<br>OAKVILLE, ON  L6M4W2 |
| TSUYOSHI UKAI<br>1360 HANSEN CR<br>WINDSOR, ON  N8W5M6 |
| TSVET TSOKOV<br>10572 GUELPH LINE<br>CAMPBELLVILLE, ON  L0P1B0 |
| TUAN HOANG<br>140 CARRE DU MARAIS<br>TERREBONNE, QC  J6W6E2 |
| TUAN LE<br>31 MOHAVE RD<br>WORCESTER, MA  01606 |
| TUESDAY BARCOMB<br>395 RT 9<br>CHAMPLAIN, NY  12919 |
| TUQUYEN LE<br>39 BRIDLE RIDGE DRIVE<br>NORTH GRAFTON, MA  01536 |
| TURDI GELSTHORPE<br>213 EAST CROSLEYST<br>KENNEY, IL  61749 |
| TUULA RAUTIAINEN<br>257 SABIN STREET UNIT 18<br>PUTNAM, CT  06260 |
| TUYET NHUNG TON NU<br>6269 MOUNTAIN SIGHTS<br>MONTREAL, QC  H3W2Z4 |
| TWILA J CASELLA<br>27 JAY STREET<br>BUCKHANNON, WV  26201 |
| TY LIBERATORE<br>480 HERONS WAY<br>AKRON, OH  44319 |
| TY TUREKTYT<br>890 WILLOW POINT<br>PETERSBURGPOINTP, IL  62675 |
| TYLER ALBRECHT<br>153 LASH DR.<br>DEBARY, FL  32713 |
| TYLER BILLS<br>15 HIGHLAND<br>PITTSBURGH, PA  15223 |

| |
|---|
| TYLER BRENTNELL<br>373 HOLLANDVIEW TRAIL<br>AURORA, ON  L4G7M6 |
| TYLER BRENTNELL<br>373 HOLLANDVIEW TRAIL<br>AURORA, ON  L4K7M6 |
| TYLER BURLESON<br>12681 DARBY CREEK RD<br>ORIENT, OH  43146 |
| TYLER CAMPBELL<br>10057 CUMINITY CENTER RD<br>RR2 BALTAMORE, ONT  K0K 1C0 |
| TYLER CARTIER<br>1895 SPRUCE HILL RD<br>PICKERING, ON  L1V 1S6 |
| TYLER DALE<br>633 CHENIER WAY<br>OTTAWA, ON  K4A 1R5 |
| TYLER DELICIO<br>320 GABRIEL CIRCLE<br>NAPLES, FLA  34104 |
| TYLER DIABO<br>PO BOX 1268<br>KAHNAWAKE, QC  J0L1B0 |
| TYLER DILLANE<br>12 BOLD STREET<br>HAMILTON, ON  L8P 1T2 |
| TYLER DURINKA<br>178 CHASEWOOD<br>EAST AMHERST, NY  14051 |
| TYLER FORD<br>1528 LOVELADY CRES.<br>MISSISSAUGA, ON  L4W 2Z1 |
| TYLER HAELEY<br>10 HOLLAND AVE<br>PLATTSBERG, NY  12901 |
| TYLER HARTSHORN<br>49 RAYMOND POTTER RD.<br>EXETER, RI  02822 |
| TYLER HEALEY<br>10 HOLLAND AVE<br>PLATTSBERG, NY  12901 |
| TYLER KOSTICH<br>2815 BRISTOL WAY<br>GLEN CARBON, IL  62034 |
| TYLER LACOCK<br>306 OLYMPIA STREET<br>PITTSBURGH, PA  15211 |
| TYLER LARSON<br>7970 KING RD<br>SPRING ARBOR, MI  49283 |
| TYLER MATYS<br>877 ROBELLINO CRT<br>NEWMARKET, ON  L3X 1L5 |
| TYLER MATYS<br>877 ROBELLINO CRT<br>NEWMARKET, ON  L3X1L5 |
| TYLER OATMEN<br>8585 HILLARY CT.<br>CALEDONIA, MI  49316 |
| TYLER PATRIQUIN<br>UNIT G10<br>TORONTO, ON  M6K 2C8 |
| TYLER PHELAN<br>501 SUCCOTASH ROAD<br>WAKEFIELD,  02879 |
| TYLER PHELAN<br>501 SUCCOTASH<br>WAKEFIELD, RI  02879 |
| TYLER PHILIPS<br>2958 TRAILWOOD DRIVE<br>SOUTHPORT, NC  28461 |
| TYLER PHLELAN<br>501 SUCCOTASH ROAD<br>WAKEFIELD , RI  02879 |
| TYLER SHANTZ<br>82 NORMANDY DR<br>STRATFORD, ON  N5A6A5 |
| TYLER SMITH<br>20 OAK STREET<br>HUDSON, MA  01749 |
| TYLER SOKOLJUK<br>15 THERESA ST<br>COBOURG, ON  K9A 4J7 |
| TYLER SULLIVAN<br>22 ENGLE ST  17<br>ENGLEWOOD, NJ  07631 |

| |
|---|
| TYLER TOWERS<br>1295 CORONATION<br>LONDON, ON  N6G0B4 |
| TYLER TURNBULL<br>421 N STEPHENS AVE<br>SPRINGFIELD, IL  62702 |
| TYLER VANMIDDELKOOP<br>3178 HEATHFIELD DRIVE<br>BURLINGTON, ON  L7M1C9 |
| TYLER WALTON<br>5436 PERCY AVE<br>KALAMAZOO, MI  49048 |
| TYLER WILSON<br>24340 RIO TOGAS ROAD<br>PUNTA GORDA, FL  33955 |
| TYLER ZIKUSKI<br>2107 WEST RIVER RD<br>GRAND ISLAND, NY  14072 |
| TYREE BLOCKER<br>598 MT HOPE RD<br>LINCOLN UNIVERSITY, PA  19352 |
| TYRON MCCRAY<br>805 CASTLEBRIDGE DR<br>MURRELLS INLET, SC  29576 |
| TYRONE HARRISON<br>135 KEEFER RD<br>THOROLD, ON  L2V4N1 |
| TYRONE NOFZIGER<br>1160 BROOKWOODE RD<br>PERRYSBURG, OH  43551 |
| TYSHAWN FIELDS<br>42 MAGAZINE ST<br>CAMBRIDGE , MA  02139 |
| TYSHAWN FIELDS<br>42 MAGAZINE ST<br>CAMBRIDGE, MA  02139 |
| TYSON SCHILLACI<br>6119 ANGLING RD<br>PORTAGE, MI  49024 |
| TYSON THOMAS<br>12 WESTBROOK PL<br>CAMBRIDGE, ON  N3C3J4 |
| TYTUS DREWNOWSKI<br>8751 CURE LEGAULT<br>LASALLE, QC  H8R2V9 |
| UDAY SHUKLA<br>PO BOX 70158<br>LANSING, MI  48908 |
| UHUN LEE<br>27 RAVEN RD.<br>CANTON, MA  02021 |
| ULISSES BOTELHO<br>223 BRAITHWAITE AVE<br>ANCASTER, ON  L9G5A7 |
| ULLA A BERGERON<br>889 SURIN COURT<br>NEWMARKET, ON  L3Y 8R3 |
| ULRIKA TJERNLUND<br>TJAEDERV 33<br>SEGELTORP, NY  14172 |
| UMBERTO CATAVOLO<br>5631 LEOPOLD POULIOT<br>MONTREAL, QC  H1G1G6 |
| UMBERTO GAETA<br>13 KIPP AVE<br>HASBROUCK HEIGHTS, NJ  07604 |
| UNA BARKSTROM<br>3327 W OAK HILL RD<br>JAMESTOWN, NY  14701 |
| URSALA ROSCOE<br>35 WIG HILL ROAD<br>CHESTER, CT  06412 |
| URSULA ALFREDS<br>108 CUBLES DR<br>BRIMFIELD, MA  01010 |
| URSULA BANDURSKI<br>7 HUBERT STREET<br>WHIPPANY, NJ  07981 |
| URSULA ERL<br>7 BRETZ AVE<br>CAMBRIDGE, ON  N3C 2W8 |
| URSULA LOEWENTHAL<br>7486 NOTTINGHAM ST<br>LAMBERTVILLE, MI  48144 |
| URSULA MORGAN<br>5225 ROYAL DRIVE<br>MECHANICSBURG, PA  17055 |

| |
|---|
| URSULA NASCH<br>4606 ARLINGTON PARK DRIVE<br>LAKELAND, FL  33801 |
| URSULA OWENS<br>9821 NOKOMIS TRAIL<br>LEWISTON, MI  49756 |
| URSULA PELLETIER WHITE<br>19 KLIMEK BLVD<br>PEFFERLAW, ON  L0E 1N0 |
| URSULA ROSE<br>87 OFF RUGGLES ROAD<br>WHEELWRIGHT, MA  01094 |
| URSZULA ZIMMERMANN<br>50 EMERSON DR<br>AMHERST, NY  14226 |
| UTE PROHASKA<br>457 E HIGH POINT DRIVE<br>PEORIA, IL  61614 |
| UTE WINER<br>344 LIMA COURT<br>ANCASTER, ON  L9G3M8 |
| UWE MEYER<br>71 STRACHAN ST<br>PORT HOPE, ON  L1A1H8 |
| V   CHARLENE LAVIGNE<br>388 DANSBURY DRIVE<br>WATERLOO, ON  N2K 3C2 |
| V JEAN DAVIS<br>151 DAVIS DR<br>COWANSVILLE, PA  16218 |
| V MICHAEL DELUCA<br>24 TANNER DR<br>FONTHILL, ON  L0S 1E4 |
| VAILA SUTHERLAND<br>37 HILLCREST DRIVE<br>BROCKVILLE, ON  K6V3J3 |
| VAL BRUBACHER<br>19 FIRST ST E<br>ELMIRA, ON  N3B 2E6 |
| VAL CORMIER<br>166 ACADIA RD<br>GARDNER, MA  01440 |
| VAL RYMANOWSKI<br>1976 KEARNEYSVILLE PIKE<br>SHEPHERDSTOWN, WV  25443 |
| VAL WATT<br>808 EAST LAKESHORE DRIVE<br>SPRINGFIELD, IL  62712 |
| VALARIE LAMATTINA<br>56 ALBANY AVE<br>DUNKIRK, NY  14048 |
| VALARIE MAULE<br>121 FIELD COURT<br>EAST PEORIA, IL  61611 |
| VALARIE NOBLET<br>8485 N 28TH ST<br>RICHLAND, MI  49083 |
| VALARIE RICCIARDITHAMEL<br>12 WILDE WOOD DRIVE<br>PAXTON, MA  01612 |
| VALARIE ROBINSON<br>PO BOX 255<br>HARDWICK, MA  01037 |
| VALARIE THAMEL<br>12 WILDE WOOD DRIVE<br>PAXTON, MA  01612 |
| VALARIE VALLIEAR<br>150 DE NAVARRE<br>ST LAMBERT, QC  J4S 1R6 |
| VALDAIRE LAMARRE<br>3665 DE COURCELLES<br>TERREBONNE, QC  J6X 2L5 |
| VALEN FAES<br>3943 JONQUIL PLACE<br>MYRTLE BEACH, SC  29577 |
| VALENTIN DASKALOV<br>736 KARI CT<br>BYRON, IL  61010 |
| VALENTINA LANDAETA<br>2675 BROOKSIDE BLUFF LOOP<br>LAKELAND, FL  33813 |
| VALENTINE MALECKAR<br>43 SEAFOAM AVE<br>WINFIELD PARK, NJ  07036 |
| VALENTINO CARDAZZI<br>12445 VOLTAIRE<br>MONTREAL, QC  H1C 2G1 |

VALENTINO SATURNO
845 HIDDEN VALLEY ROAD
KITCHENER, ON  N2C 2S4

VALERI JONES-DREW
334 BLACK DR
MILTON, ON  L9T6R9

VALERIA SENOR
2713 WELLINGTON DRIVE
SPRINGFIELD, IL  62703

VALERIE ANN DAY
450 S 14TH STREET APT A
LE CLAIRE, IA  52753

VALERIE BAILEY
678 PEELE BOULEVARD
BURLINGTON, ON  L7R3B9

VALERIE BARR
835 WALLINGER DRIVE
GALLOWAY, OH  43119

VALERIE BERTRAND
PO BOX 94
HIGHGATE SPRINGS, VT  05460

VALERIE BOUCHARD
1404 MICHEL BROUILLET
CHAMBLY, QC  J3L6G5

VALERIE BRUBACHER
19 FIRST ST E
ELMIRA, ON  N3B 2E6

VALERIE CORKUM
2250 DES GRAND CHAMPS
ORLEANS, ON  K1W1K1

VALERIE COTE
18 DEEP WOOD DRIVE
FORESTDALE, MA  02644

VALERIE CRAIG
200 PORTAGE ROAD
NIAGARA FALLS, NY  14303

VALERIE CYR
58 CROSBY PRIVATE
ORLEANS, ON  K4A 0B8

VALERIE DALRYMPLE
29 MILLWOOD DR
SHREWSBURY, MA  01545

VALERIE DE KOSTER
1011 RANG DE LA RIVIERE BAYONNE SUD
BERTHIERVILLE, QC  J0K 1A0

VALERIE DEMARCO
2730 BETHEL CREST DRIVE
BETHEL PARK, PA  15102

VALERIE DENGHEL
4120 OLD FIELD TRAIL
KALAMAZOO, MI  49008

VALERIE DERAMO
1112 PEERMONT AVE
PGH, PA  15216

VALERIE DERAMO
1112 PEERMONT AVE
PGH, PA  15216

VALERIE DILTS
841 E 7TH ST
ENGLEWOOD,   34223

VALERIE DRENDEL
1018 NORTHFORK ROAD
DAWSON, IL  62520

VALERIE DREW
1267 DORVAL DRIVE
OAKVILLE, ON  L6M 3Z4

VALERIE DREW
1267 DORVAL DRIVE
OAKVILLE, ON  L6M3Z4

VALERIE DREW
2250 GRAND RAVINE DRIVE
OAKVILLE, ON  L6H6B1

VALERIE DUFF
10383 E BAKERVILLE RD
MOUNT VERNON, IL  62864

VALERIE DULUDE
3 EDEN HILL
SOUTHWICK, MA  01077

VALERIE EVARTS
10605 SPRING MILL LANE
PERRYSBURG, OH  43551

VALERIE FARMAN
31 LONDONDERRY DRIVE
PALM COAST, FL  32137

VALERIE GENTILE
3327 LONG BRANCH DR
NEW CASTLE, PA  16105

VALERIE GILL
55 COLE STREET
KINGSTON, MA  02364

VALERIE GRAGEN
207 MEADOWCREST DR
N CLARENDON, VT  05759

VALERIE HAMEL
209 DU CHANVRE
ST-AUGUSTIN-DE-DEMAURES, QC  G3A 3B6

VALERIE HAND
65423 CR 342
HARTFORD, MI  49057

VALERIE HARTMAN
80 S ELLINGTON AVE
DEPEW, NY  14043

VALERIE HARVEY
560  R5  RR1
LOMBARDY, ON  K0G 1L0

VALERIE HASTINGS
30 PRESCOTT PLACE
SARANAC LAKE, NY  12983

VALERIE HAWKES
50 YOUNG ST
UXBRIDGE, ON  L9P 1B7

VALERIE HOWELL
2257 S AURELIUS RD
MASON, MI  48854

VALERIE HUTCHINSON
331 CELERY CIRCLE
OVIEDO, FL  32765

VALERIE HUYVAERT
246 EAGLE CT
BLOOMINGDALE, IL  60108

VALERIE J MILLER
157 AVENUE OF THE PALMS
MYRTLE BEACH, SC  29579

VALERIE JANLOIS
332 RUTHERFORD DRIVE
DANVILLE, CA  94526

VALERIE JENSEN
46 MARLAND RD
WORCESTER, MA  01606

VALERIE JIMENEZ
292 SOUTHBURY DR
MYRTL BEACH, SC  29588

VALERIE KELM WOOD
2386 DAHLK CIRCLE
VERONA, WI  53593

VALERIE LACONTO
1147 VICTORIA DR APT B3
DUNEDIN, FL  34698

VALERIE LAMBROU
509-91 WELLESLEY STREET EASY
TORONTO, ON  M4Y 1H9

VALERIE LAMBROU
91 WELLESLEY STREET EAST
TORONTO, ON  M4Y 1H9

VALERIE LANSDALE
1068 HARBOUR CAPE PLACE
PUNTA GORDA, FL  33983

VALERIE LASRY
11 BERKSHIRE LOOP
PAWLEYS ISLAND, SC  29585

VALERIE LAUER
2519 FAREFILD AV
AZO, MI  49048

VALERIE MARKELL
18560 STONEHOUSE POINT RD
CORNWALL, ON  K6H 5R5

VALERIE MARTIN
26750 LIBERTY LANE
WASHINGTON, IL  61571

VALERIE MARTIN
26750 LIBERTY LN
WASHINGTON, IL  61571

VALERIE MCCASHIN
27607 NW 46TH AVENUE
NEWBERRY, FL  32669

VALERIE MCFARLANE
9 MILLS CIRCLE
MIDHURST, ON  L0L1X0

VALERIE MCGEE
31 TOYNBEE TRAIL
TORONTO, ON  M1E1E8

VALERIE MILDON
PO BOX 227
MORIAH, NY  12960

VALERIE MILLER
157 AVENUE OF THE PALMS
MYRTLE BEACH, SC  29579

VALERIE MILLS SMITH
651 WINSTON ROAD
GRIMSBY, ON  L3M 4E8

VALERIE MILOSER
113 BUTKUS DRIVE UNIT 7
MYRTLE BEACH, SC  29588

VALERIE MOORE
1221 BEDFORD ST
BRIDGEWATER, MA  02324

VALERIE MURPHY
1304 WILLOW OAK DR
FREDRICK, MD  21701

VALERIE MURPHY
535 COLEMAN DR W
WINTER HAVEN , FL  33884

VALERIE PAPOTTO
169 BISMARK DRIVE UNIT 53
CAMBRIDGE, ON  N1S5B9

VALERIE PERUSSE
1220 CH STE ANNE DES LACS
STE ANNE DES LACS, QC  JOR 1BO

VALERIE PHIPPS
RR5
NIAGARA-ON-THE-LAKE, ON  L0S1J0

VALERIE PLANTE
140 EASTERN AVE
KEENE, NH  03431

VALERIE POWELL
986 JOHNATHAN DR
MISSISSAUGA, ON  L4Y 1K1

VALERIE PYSNIK
5000 PIONEER COURT
MURRYS VILLE,   15668

VALERIE R JUDKINS
PO BOX 25212
SARASOTA, FL  34277-2212

VALERIE RICHARDSON
11 NOTTINGHAM DRIVE
HOWELL, NJ  07731

VALERIE RYAN
280 WILSON STREET WEST
ANCASTER, ON  L9G 1N5

VALERIE S HOOD
230 FOREST DRIVE
WELLSBURG, WV  26070

VALERIE SAVARD
9045 RIVARD
BROSSARD, QC  J4X1V5

VALERIE SHAPIRO
18 BROOK PLACE
BELLMORE, NY  11710

VALERIE SIMMONS
3006 RUE JACQUES HERTEL
MONTREAL, QC  H4E1S9

VALERIE SMYTH
1213 OXFORD AVE
OAKVILLE, ON  L6H 1S4

VALERIE STICKELER
3451 QUEENS ST APT 527
SARASOTA, FL  34231

VALERIE THAINE
12517 RIDGE ROAD
MEDINA, NY  14103

VALERIE TOMASINO
67 CRYSTAL STREET
LEICESTER, MA  01524

VALERIE TOMASZEWSKI
43 EDGEWOOD DRIVE
BATAVIA, NY  14020

VALERIE TOMSINO
67 CRYSTAL STREET
LEICESTER, MA  01524

VALERIE TRUONG
3133 RUE OLIVETTE -THIBAULT
MONTREAL, QC  H1Y 3L3

VALERIE V MURRAY MURRAY
17 BURT ST
BERKLEY, MA  02779

VALERIE VANCE
140 N 7TH STREET
LEWISTON, NY  14092

VALERIE VANCE
140 N SEVENTH STREET
LEWISTON, NY  14221

VALERIE VANCE
9306 LUCIAN AVE
ENGLEWOOD, FL  34224

VALERIE WADE
22 KENSINGTON COURT
ST THOMAS, ON  N5R 0A3

VALERIE WENTZEL
4 RIVERFRONT
NEWBURYPORT, MA  01951

VALERIE WENTZEL
4RIVERFRONT
NEWBURY, MA  01951

VALERIE WHEELER
PO BOX 150426
CAPE CORAL, FL  33915

VALERIO GENNACCARO
189 MAIN ST N
WATERDOWN, ON  L0R 2H0

VALERY BROADWATER
100 PINE CREST DRIVE
FROSTBURG, MD  21532

VALIDA COTE
38 LOVERS LN
WEST CHAZY , NY  12992

VALLEY NATIONAL BANK
1455 VALLEY ROAD
WAYNE, NJ 07470

VALLI HERRIOT
587 NORTH DAYSVILLE ROAD
OREGON, IL  61061

VALLI HERRIOT
587 NORTH DAYSVILLE
OREGON, IL  61061

VALLIERES ANDREE
296 GOYER
ST-EUSTACHE, QC  J7P5S4

VALMIRA PINHEIRO
54 CARLOS CRT
CAMBRIDGE, ON  N1R 8H4

VALMONT GOSSELIN
363 TEMPLE STREET
GARDNER, MA  01440

VALORIE KALEN KALEN
10866 BANYAN DRIVE
MACHESNEY PARK, IL  61115

VALYA ROBERTS
51 BROKER DRIVE
HAMILTON, ON  L8T2B5

VAN DUNG TRUONG
934 RUE HOCQUART
ST-LAURENT, QC  H4M2Y6

VAN MOORE
1925 OUTER PARK
SPRINGFIELD, IL  62704

VAN QUANG NGUYEN
2629 DES ROSERAIES
VAUDREUIL, QC  J7V 9G4

VAN SCHIRMER
44 CENTER
GOWANDA, NY  14070

VAN STITT
718 W TRADE ST
CHARLOTTE, NC  28202

VAN VIZNIOWSKI
9550 CHIPPEWA RD W
MOUNT HOPE, ON  L0R1W0

VANCE GRANVILLE
17A HIGHFIELD ROAD
CHARLTON, MA  01507

VANDY LAWSON
429 DANSWORTH RD
YOUNGSTOWN, NY  14174

VANESSA CACERES
409 RAVINEVIEW WAY
OAKVILLE, ON  L6H6S7

VANESSA CAMPBELL
199 NANCYCREST LANE
WEST SENECA, NY  14224

VANESSA CLARK
4449 RTE 9
PERU, NY  12972

VANESSA CREECH TERAUDS
9673 CONCESSION RD 3
CAISTOR CENTRE, ON  L0R 1E0

VANESSA DIAZ
126 SCHOOL STREET
LACKAWANNA, NY  14218