UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 7

# AMENDED
# DEBTOR'S SCHEDULE OF POSTPETITION CREDITORS

Southern Sky Air & Tours, LLC, d/b/a Direct Air, a chapter 7 debtor (the "Debtor") hereby files its amended Schedule of Postpetition Creditors pursuant to Bankruptcy Rule 1019 (amending such schedule filed on May 8, 2012).

Creditor Name and Address:

ASI Advisors, LLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

Cale Benner
6011 Quinn Rd
Myrtle Beach, SC 29579

Kelsey S. Dunn
3063 Howard Ave.
Suite 309
Myrtle Beach, SC 29577

Lexi Burling
353 Deer Field Link Drive
Surfside Beach, SC 29575

Linda Abbott[*]
4051 Windchime Lane
Lakeland, FL 33811

Mara Bateson
2154 N. Berwick Dr.
Myrtle Beach, SC 29575

Mary Avant- Baldwin
1507 Dewitt Street
Conway, SC 29527

Pat Small
353 Deerfield Links Dr.
Surfside Beach, SC 29575

Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

Shawn J. Ernst
6683 Wisteria Drive
Myrtle Beach, SC 29588

Thomas E. Lowe
740 Santo Drive
Myrtle Beach, SC 29588

---

[*] This party may be a prepetition creditor.

I, Hank L. Torbert, acting as a member of the board of directors of the Debtor, declare under penalty of perjury that I have read the foregoing amended Schedule of Postpetition Creditors and that it is true and correct to the best of my knowledge, information and belief.

Dated: May ___ , 2012

_____
Hank L. Torbert
Member of Board of Directors