# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

**In re:**

**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**

    **Debtor.**

Chapter 7
Case No. 12-40944-MSH

## NOTICE OF CONTINUED MEETING OF CREDITORS

PLEASE TAKE NOTICE that the meeting of creditors scheduled for May 16, 2012 has been **continued to June 13, 2012 at 2:30 p.m.** at the office of the United States Trustee, 446 Main Street, 1st Floor, Worcester, Massachusetts 01608.

    Respectfully submitted,

    JOSEPH H. BALDIGA,
    CHAPTER 7 TRUSTEE


    /s/ Joseph H. Baldiga
    Joseph H. Baldiga, BBO #549963
    Mirick, O'Connell, DeMallie & Lougee, LLP
    1800 West Park Drive, Suite 400
    Westborough, MA 01581
    Phone: 508.898.1501
    Fax:    508.898.1502
    Email: bankrupt@mirickoconnell.com

Dated:  May 10, 2012

{Practice Areas\CORP\15008\14190\A2000666.DOC}

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, I caused a copy of the attached **Notice of Continued Meeting of Creditors (to 6/13/12 at 2:30 p.m.)** to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid (and by electronic notice on 5/10/12 to the parties noted as "VIA ECF").

|  |  |
|---|---|
| Dated: May 11, 2012 | /s/ Joseph H. Baldiga<br>Joseph H. Baldiga, BBO #549963<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:    508.898.1502<br>Email  bankrupt@mirickoconnell.com |

{Practice Areas\CORP\15008\14190\A2000666.DOC}

<u>SERVICE LIST</u>

**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, DEBTOR**
**CHAPTER 7, CASE NO. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas\CORP\15008\14190\A2000666.DOC}

## SERVICE LIST

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internationals, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| Hank L. Torbert<br>Avondale Aviation I, LLC<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warnick<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Joel T. Brighton, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |

SERVICE LIST

Jet Pay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagra Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Ste
304
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite
1102
White Plains, NY 10601
()

TNCI
PO Box 981038
Boston, MA 02298-1038
(Creditor)

## SERVICE LIST

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

Andrea Horowitz Handel, Esq.
U. S. Dept. of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 875
Washington, DC 20044
(Counsel to United States of America/NOA)
**VIA ECF**

John T. Vian, Esq.
Smith, Gambrell & Russell, LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia Bank/Wells Fargo)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

## SERVICE LIST

Robert MurphyCPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Transportation Security
Association
601 South 12th Street
Arlington, VA 20598
(Schedule E)

Airport Terminal Services
Inc.
111 Westport Plaza Drive,
Suite 400
Saint Louis, MO 63146
(Schedule F/Nonconsumers)

American Eagle Airlines
Inc.
PO Box 619616
DWF Airport, TX 75261-9616
(Schedule F/Nonconsumers)

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001
(Schedule F/Nonconsumers)

Anchor Taxi
PO Box 221
3001 N. Kings Hwy
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

AT&T Michigan
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

AT&T Ohio
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740
(Schedule F/Nonconsumers)

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

Baggage Airline Guest
Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport
Authority
28000 A-1 Airport Road,
Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax
Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel
Communications
5570 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield,
MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

SERVICE LIST

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite 205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

Concourse Communications Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach Communications, Inc.
PO Box 1463
North Myrtle Beach, SC 29598
(Schedule F/Nonconsumers)

SERVICE LIST

| | | |
|---|---|---|
| Holiday Inn Express Hotel<br>10-12 Johnson Street<br>Auburn, MA 01501<br>(Schedule F/Nonconsumers) | Hudson News<br>1 Meadowlands Plaza Ste 902<br>East Rutherford, NJ 07073<br>(Schedule F/Nonconsumers) | Jeff Jarrell<br>260 Colby Court<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |
| Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(Schedule F/Nonconsumers) | Kalamazoo Gazette<br>401 S. Burdick Street<br>Kalamazoo, MI 49007<br>(Schedule F/Nonconsumers) | Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| Kegerris Outdoor Advertising LLC<br>PO Box 242<br>Fayetteville, PA 17222<br>(Schedule F/Nonconsumers) | King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(Schedule F/Nonconsumers) | Lakeland Ledger<br>PO Box 913004<br>Orlando, FL 32891<br>(Schedule F/Nonconsumers) |
| Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | Milam Howard<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Schedule F/Nonconsumers) |
| Montreal Gazette<br>1010 Sainte-Catherine Street, West #200<br>H3B 5L1<br>Montreal, Canada<br>QC<br>(Schedule F/Nonconsumers) | Mountaineer Gas<br>2401 Sissonville Drive<br>Charleston, WV 25387<br>(Schedule F/Nonconsumers) | Nassau Broadcasting Partners<br>880 Commonwealth Avenue<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| Nat'l Even Publications<br>PO Box 17749<br>Clearwater, FL 33762<br>(Schedule F/Nonconsumers) | National Air Transportation Assoc.<br>4226 King Street<br>Alexandria, VA 22302<br>(Schedule F/Nonconsumers) | New England Publishing Group, Inc.<br>PO Box 357<br>Swansea, MA 02777<br>(Schedule F/Nonconsumers) |
| Niagra Falls Aviation<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Schedule F/Nonconsumers) | Norm Bess, et al<br>PH-18 Concorde Place<br>M3C 3T9<br>Toronto, Canada<br>OT<br>(Schedule F/Nonconsumers) | Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) |

## SERVICE LIST

| | | |
|---|---|---|
| Orlando/Sanford International Airport<br>3200 Red Cleveland Blvd<br>Sanford, FL 32773<br>(Schedule F/Nonconsumers) | Palm Beach Newspapers Inc.<br>PO Box 24694<br>West Palm Beach, FL 33416-4694<br>(Schedule F/Nonconsumers) | Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) |
| Pittsburgh Trade Alliance<br>1650 Smallman Street<br>3rd Floor<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Press Republican<br>PO Box 459<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) | Prettyman Broadcasting<br>1606 W. King St.<br>Martinsburgh, WV 25401-2077<br>(Schedule F/Nonconsumers) |
| Printmill<br>4001 Portage Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Raddix International, Inc.<br>6310 Hazeltine National Drive<br>Orlando, FL 32822<br>(Schedule F/Nonconsumers) | Randall Family, LLC<br>351 Ballenger Center Drive<br>Frederick, MD 21703<br>(Schedule F/Nonconsumers) |
| Reminder Media<br>PO Box 52390<br>Boston, MA 02205<br>(Schedule F/Nonconsumers) | Rockford Register Star<br>PO Box 439<br>Rockford, IL 61105<br>(Schedule F/Nonconsumers) | Sago Travel<br>521 Upper Sherman Ave.<br>Hamilton ON L8V 3L9<br>CANADA<br>(Schedule F/Nonconsumers) |
| Santee Cooper<br>PO Box 188<br>Moncks Corner, SC 29461-0188<br>(Schedule F/Nonconsumers) | Sheltair Aviation Services<br>Attn: Russell Lawliss<br>1 Alabama Avenue<br>Plattsburgh, NY 12903<br>(Schedule F/Nonconsumers) | Shy King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) |
| Southern New England Golfer<br>PO Box 10038<br>Cranston, RI 02910<br>(Schedule F/Nonconsumers) | Southeastern Chemical Co., Inc.<br>320 City Avenue<br>Beckley, WV 25801<br>(Schedule F/Nonconsumers) | Springfield Chamber of CO<br>1011 S Second St<br>Springfield, IL 62704<br>(Schedule F/Nonconsumers) |
| SSP America<br>Bank of America<br>14305 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Stadium Management Co.<br>Wings Stadium<br>3600 Vanrick Drive<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Stages Video Production<br>514 29th Avenue North<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |

SERVICE LIST

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Sun Media Corporation
333 King Street
Toronto ON M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, OH 43604
(Schedule F/Nonconsumers)

Tripcentral
Hamilton City Centre
77 James St., North, 230
L8R 2K3
Hamitlon, ON
CANADA
(Schedule F/Nonconsumers)

USA Jet Airlines Inc.
PO Box 633554
Cincinnati, OH 45263-6554
(Schedule F/Nonconsumers)

<u>SERVICE LIST</u>

| | | |
|---|---|---|
| Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) | Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) |
| Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) | WHAG NBC TV<br>13 E. Washington Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| WINK-TV<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Worcester Airport Limo<br>219 West Boylston Street<br>West Boylston, MA 01583<br>(Schedule F/Nonconsumers) | Worcester Telegram & Gazette<br>20 Franklin Street, Box 15012<br>Worcester, MA 01615-0012<br>(Schedule F/Nonconsumers) |
| Worldwide Flight Services<br>1925 West John Carpenter Freeway<br>Suite 450<br>Irving, TX 75063<br>(Schedule F/Nonconsumers) | WTOL-TV Toledo<br>Attn: Lockbox #1350<br>PO Box 11407<br>Birmingham, AL 35246-1350<br>(Schedule F/Nonconsumers) | WWMT-TV<br>590 Maple Street<br>Kalamazoo, MI 49008<br>(Schedule F/Nonconsumers) |
| Wyvern Hotel<br>101 E. Retta Esplanade3<br>Punta Gorda, FL 33950<br>(Schedule F/Nonconsumers) | Z Direct<br>1920 E. Hallandale Bch Blvd<br>Suite 502<br>Hallandale Beach, FL 33009<br>(Schedule F/Nonconsumers) | |