Case 12-40944    Doc 119    Filed 05/11/12    Entered 05/11/12 15:37:33    Desc Main
                                 Document      Page 1 of 1



05/11/2012 ALLOWED. THE NONEVIDENTIARY HEARING IS CONTINUED TO JULY 18, 2012 AT 2:00 P.M. MOVANT TO PROVIDE NOTICE.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

_____
                                                            )
In re:                                                    )
                                                            )    Chapter 11
SOUTHERN SKY AIR & TOURS, LLC,    )    Case No. 12-40944-MSH
d/b/a DIRECT AIR,                                )
                    Debtor                           )
_____)

**EXPEDITED JOINT MOTION OF JETPAY MERCHANT SERVICES, LLC**
**AND TRUSTEE TO CONTINUE PRELIMINARY HEARING ON**
**MOTION FOR RELIEF FROM STAY**
**FOR AN ADDITIONAL PERIOD OF FORTY-FIVE (45) DAYS**
**(ASSENTED TO BY AMERICAN EXPRESS**
**TRAVEL RELATED SERVICES COMPANY, INC.)**
**EXPEDITED RELIEF REQUESTED**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), JetPay Merchant Services, LLC ("JetPay"), by its attorneys, and Joseph H. Baldiga, interim trustee ("Trustee"), hereby jointly move on an expedited basis to continue for an additional period of forty-five (45) days the preliminary hearing scheduled for May 22, 2012 on the Emergency Motion of JetPay for Relief from Stay filed on March 21, 2012 [Docket No. 9] ("Motion for Relief"). American Express Travel Related Services Company, Inc. ("Amex"), which had filed a limited opposition to the Motion for Relief, assents to this request. Merrick Bank has advised JetPay that it too supports this request. JetPay, the Trustee and Amex are sometimes referred to herein collectively as "the Parties".

As also set forth below, nothing contained in this Joint Motion shall be deemed to preclude JetPay, the Trustee and/or other interested parties from conducting any discovery in connection with the Motion for Relief, which is a contested proceeding, pursuant to Fed. R. Bankr. P. 9014(c).

1365849v2/18355-2