**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)**

| | |
|---|---|
| In re: ) ) ) SOUTHERN SKY AIR & TOURS, LLC ) d/b/a DIRECT AIR, ) Debtor ) ) | Chapter 11 Case No. 12-40944-MSH |

**CERTIFICATE OF SERVICE**

     I, David J. Reier, do hereby certify that, on May 14, 2012, in accordance with the attached Order, notice that the Nonevidentiary Hearing on the Motion ("Motion") of JetPay Merchant Services, LLC for Relief from Stay to Continue Processing Customer Chargebacks From Non-Estate Property Escrow Account in the Ordinary Course has been continued to **July 18, 2012 at 2:00 P.M.** was served through the ECF filing system upon those parties and their counsel who have registered to receive notices in this bankruptcy case via ECF, and by United States mail, postage prepaid, on the attached Notice List.

     /s/ David J. Reier
     David J. Reier (BBO No. 546202)
     POSTERNAK BLANKSTEIN & LUND LLP
     Prudential Tower
     800 Boylston Street
     Boston, MA 02199-8004
     Telephone: 617-973-6100
     Telecopier: 617-367-2315
     E-mail: dreier@pbl.com

Dated: May 14, 2012

**NOTICE LIST**

| | |
|---|---|
| Xtra Airways<br>Attn: Lisa Dunn, President<br>800 West Idaho St., Ste. 304<br>Boise, ID 83702 | World Atlantic Airlines<br>Attn: Thomas Romero, CEO<br>5200 NW 36th St.<br>Miami, FL 33166 |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264 | WUTV – Fox 29<br>699 Herbal Ave., Ste. 100<br>Buffalo, NY 14207 |
| Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002 | Lehigh Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109 |
| Mass. Port Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Dr., Ste. 200S<br>Boston, MA 02128 | Myrtle Beach International Airport<br>1100 Jetport Rd.<br>Myrtle Beach, SC 29577 |
| Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205 | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406 |
| Quickflight, Inc.<br>145 Burt Rd., Ste. 16<br>Lexington, KY 40503 | Vision Airlines<br>Attn: David Meers, SVP/COO<br>3975 Johns Creek Ct, Ste 100A<br>Suwanee, GA 30024 |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471 | WFFF/WVNY-TV<br>Smith Broadcasting of VT, LLC<br>298 Mountain View Drive<br>Colchester, VT 05406 |
| Ronald T. Bevans<br>on behalf of Creditor Sky King Inc.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131 | The Port Authority of New York and New Jersey<br>Office of JAMES M. BEGLEY, ESQ.<br>Attn: Lisa Marcoccia<br>225 Park Avenue South, 13 Floor<br>New York, NY 10003 |

ID # 590244v01/4390-173/ 05.11.2012
1366510v1/18355-2