UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**MOTION TO LIMIT NOTICE**
(Re: Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a),
Bankruptcy Rule 2014(a) and MLBR 2014-1)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding his Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1 (the "Supplemental Affidavit") to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

In support hereof, the Trustee submits the following:

1. On March 15, 2012, the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101–1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), the case was converted to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

{Practice Areas\CORP\15008\14190\A2001135.DOC}

4. On the date hereof, the Trustee filed the Supplemental Affidavit and sought an order thereon.

5. The Debtor operated its business as an indirect air carrier providing public charter air flights and offering all-inclusive vacation, golf and entertainment packages. The Debtor's Schedule F contains over 120,000 names, most of whom are consumer creditors who purchased airline tickets for flights that never occurred.

6. The Trustee submits that service of the Supplemental Affidavit on all unsecured creditors would impose an undue burden on the estate of the Debtor both financially and administratively.

7. Accordingly, the Trustee requests that he be authorized to limit notice to Debtor's counsel, the Office of the United States Trustee, all secured creditors, the twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

a. Allowing the Trustee's motion to limit notice; and

    b.    Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
---
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

Dated: May 14, 2012

{Practice Areas\CORP\15008\14190\A2001135.DOC}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7<br>Case No. 12-40944-MSH** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the motion dated May 14, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1 (the "Supplemental Affidavit"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED;

b. The Trustee may limit notice of the Supplemental Affidavit to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: _____, 2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2001135.DOC}