# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2012, I caused a copy of the following document to be served upon the party noted on the attached Service List by First-Class United States mail, postage pre-paid:

**Trustee's Notice of Abandonment of Certain Estate Property,
With Request for Limitation of Notice.**

Dated: May 14, 2012

/s/ Gina M. Barbieri
Gina M. Barbieri BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: gbarbieri@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2000650.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Brian P. Hall, Esq.
Promenade Two, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
(Counsel to Wells
Fargo/Wachovia)

{Practice Areas\CORP\15008\14190\A2000650.DOC}