UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>　　　　　Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Chapter 7 Trustee's Motion for Authority to Conduct rule 2004 Examinations, with Request for Expedited Determination and Proposed Order**

　　　　　　　　　　　　　　　　　　　　/s/ Gina M. Barbieri
　　　　　　　　　　　　　　　　　Gina M. Barbieri, BBO #670596
　　　　　　　　　　　　　　　　　Mirick, O'Connell, DeMallie & Lougee, LLP
　　　　　　　　　　　　　　　　　1800 West Park Drive, Suite 400
　　　　　　　　　　　　　　　　　Westborough, MA 01581
　　　　　　　　　　　　　　　　　Phone: (508) 898-1501
　　　　　　　　　　　　　　　　　Fax:　　(508) 898-1502
Dated: May 14, 2012　　　　　　　Email: bankrupt@mirickoconnell.com

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| Hank L. Torbert<br>Avondale Aviation I, LLC<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warnick<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagra Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Ste
304
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite
1102
White Plains, NY 10601
()

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes &
Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

| | | |
|---|---|---|
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) |
| Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 875<br>Washington, DC 20044<br>(Counsel to United States of America/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |

Person Most Knowledgeable
at American Express Travel
Related Services Company,
Inc.
c/o Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(2004 Motion)

ASI Advisors, LLC
Donald Stukes, Principal
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
(2004 Motion)

Person Most Knowledgeable
at Avondale Aviation I, LLC
Suite 300
1629 K. Street NW
Washington, DC 20011
(2004 Motion)

Mary Baldwin
1507 Dewitt Street
Conway, SC 29527
(2004 Motion)

Cale Benner
16011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion)

Bruce Carusi, Principal
BJC Investments LLC
P.O. Box 203
Mill Neck, NY 11765
(2004 Motion)

Reese Boyd, III, Esq.
Boyd Goldfinch Law Firm
P.O. Box 15358
Myrtle Beach, SC 29587
(2004 Motion)

Clay Brittain
1314 Professional Drive
Myrtle Beach, SC 29572
(2004 Motion)

Person Most Knowledgeable
on Behalf of the Estate of
David Brittain
5700 Canterbury Lane
Myrtle Beach, SC 29577
(2004 Motion)

Matthew Brittain
5633 Woodside Drive
Myrtle Beach, SC 29577
(2004 Motion)

Person Most Knowledgeable
at Bush/Ross
1801 North Highland Avenue
Tampa, FL 33602
(2004 Motion)

Jeffry Conry
c/o King Williams Aviation,
LLC
c/o Corporation Service
Center
1703 Laurel Street
Columbia, SC 29201
(2004 Motion)

Jeffry Conry
c/o King Williams Holdings,
LLC
c/o Avondale Ventures, LLC
Suite 300
1629 K Street, NW
Washington, DC 20006
(2004 Motion)

ChemOil Corporation
c/o David B. Haber, Esq.,
David B. Haber, P.A.
Miami Center
201 S. Biscayne Blvd., Suite
1205
Miami, FL 33131
(2004 Motion)

Person Most Knowledgeable
at Crescent Bank
991 38th Avenue North
Myrtle Beach, SC 29577
(2004 Motion)

The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV
P.O. Box 68
Prosperity, WV 25909
(2004 Motion)

The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV
1334 Ritter Avenue
Glen Daniels, WV 25832
(2004 Motion)

Kay Ellison
c/o David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(2004 Motion)

Stanley "Marshall" Ellison
c/o David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
51 Rowes Wharf
Boston, MA 02110
(2004 Motion)

Person Most Knowledgeable at Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Washington, DC 20036-6802
(2004 Motion)

Robert Giordano
10 Goldsmith Drive
Holmdel, NJ 07733
(2004 Motion)

Wayne Greene
wngreene@gmail.com
VIA EMAIL
(2004 Motion)

Person Most Knowledgeable at Horry County State Bank
1701 North Oak Street
Myrtle Beach, SC 29577
(2004 Motion)

Person Most Knowledgeable at JetPay Merchant Services, LLC
c/o David J. Reier, Esq.
Posternak, Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
(2004 Motion)

Robert Keilman
c/o F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street, 19th Floor
Baltimore, MD 21202
(2004 Motion)

Person Most Knowledgeable at King Williams Aviation, LLC
c/o Corporation Service Center
1703 Laurel Street
Columbia, SC 29201
(2004 Motion)

Person Most Knowledgeable at King Williams Holdings, LLC
c/o Avondale Ventures, LLC
1629 K Street, NW, Suite 300
Washington, DC 20006
(2004 Motion)

Person Most Knowledgeable at Avondale Ventures, LLC
Suite 300
1629 K. Street NW
Washington, DC 20011
(2004 Motion)

Susan B. Jollie, Esq.
Law Offices of Susan B. Jollie
7503 Walton Lane
Annandale, VA 22003
(2004 Motion)

Thomas Lowe
1032 Great Lakes Circle
Myrtle Beach, SC 29588
(2004 Motion)

| | | |
|---|---|---|
| Thomas Mastro<br>24 Wright Ave.<br>Malverne, NY 11565<br>(2004 Motion) | Person Most Knowledgeable<br>at MLB Management<br>Services<br>P.O. Box 938<br>Conway, SC 29528<br>(2004 Motion) | Stuart Schabes, Esq.<br>Ober, Kaler, Grimes &<br>Shriver<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>(2004 Motion) |
| Frank Visconti, President<br>Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(2004 Motion) | Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion) | Person Most Knowledgeable<br>at Platte River Insurance Co.<br>c/o Bradford R. Carver, Esq.<br>Hinshaw & Culbertson, LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775<br>(2004 Motion) |
| Stukes Atwood, LLC<br>Donald Stukes, Principal<br>c/o Donald Stukes<br>c/o ASI Advisors, LLC<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(2004 Motion) | Donald Stukes<br>c/o ASI Advisors, LLC<br>445 Hamilton Ave<br>Suite 1102<br>White Plains, NY 10601<br>(2004 Motion) | Hank L. Torbert<br>525 Decatur Street NW<br>Washington, DC 20011<br>(2004 Motion) |
| James Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(2004 Motion) | Judy Tull<br>c/o David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(2004 Motion) | Person Most Knowledgeable<br>at Valley National Bank<br>c/o Jeffrey Sternklar, Esq.<br>Duane Morris LLP<br>100 High St., Suite 2400<br>Boston, MA 02110-1724<br>(2004 Motion) |
| Person Most Knowledgeable<br>at Valley National Bank<br>c/o Gregory R. Haworth, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza, 1037 Raymond Blvd., Suite 1800<br>Newark, NJ 07102-5429<br>(2004 Motion) | Person Most Knowledgeable<br>at Wachovia/Wells Fargo<br>c/o John Vian, Esq.<br>and Brian Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street N.E., Suite 3100<br>Atlanta, GA 30309<br>(2004 Motion) | Robert Wardlow<br>89 Clyde Avenue<br>Hopelawn, NJ 08861<br>(2004 Motion) |

| | | |
|---|---|---|
| Person Most Knowledgeable at Romans 828, LLC<br>P.O. Box 249<br>Myrtle Beach, SC 29572<br>(2004 Motion) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(2004 Motion) | Larry Young<br>1500 Legends Drive<br>Myrtle Beach, SC 29578<br>(2004 Motion) |
| Person Most Knowledgeable at XTRA Airways<br>Suite 304<br>800 West Idaho Street<br>Boise, ID 83702<br>(2004 Motion) | | |