UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

### CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS, WITH REQUEST FOR EXPEDITED DETERMINATION

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor") and hereby moves this Court (the "Motion"), pursuant to Rules 2002 and 2004 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b), for an order authorizing the Trustee to conduct examinations (the "Rule 2004 Examinations") of the parties listed on Exhibit A attached hereto (the "Parties").[1] The Trustee also seeks expedited determination of this Motion as set forth herein. In support of this Motion, the Trustee states as follows:

---

[1] The parties listed on Exhibit A are all described generally in this Motion. To the extent that the Trustee seeks information from a corporate entity, the corporate entity is described in this Motion but Exhibit A may list a more specific individual representative of such entity.

The Trustee has reviewed books and records of the Debtor and has endeavored to locate addresses or other appropriate contact information (e.g., via counsel or care of an entity with which an individual is affiliated) in order to provide notice of this Motion to the Parties. Despite his efforts, the Trustee has yet to locate any contact information for three of the Parties. The Trustee will continue to investigate, and will supplement notice of this Motion to the extent that such contact information becomes available.

{Practice Areas\CORP\15008\14190\A4220522.DOC}

---

Handwritten margin notes: 5/14/2012 Expedited consideration granted. Any objection to the motion for authority to conduct Rule 2004 Examinations must be filed by May 21, 2012. A hearing will be held on May 22, 2012 at 10:00am. [Signed] M. Hoffman