UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE

Upon the motion dated May 14, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1 (the "Supplemental Affidavit"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED;

b. The Trustee may limit notice of the Supplemental Affidavit to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice. Notice shall also be provided to all governmental authorities and any other party affected by the relief requested.

Dated: ___May 15___, 2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2001135.DOC}