**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I caused a copy of the following document to be served upon the party noted on the attached Service List by First-Class United States mail, postage pre-paid:

**Supplemental Attorney's Affidavit Pursuant to**
**11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1**

/s/ Gina M. Barbieri
Gina M. Barbieri BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:     508.898.1502
Email: gbarbieri@mirickoconnell.com

Dated: May 16, 2012

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| U. S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of the General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Federal Express<br>P. O. Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Non Consumer) | SSP America<br>Bank of America<br>14305 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Non Consumer) |