# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>      **Debtor.** | Chapter 7<br>Case No. 12-40944-MSH |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I caused copies of the following documents to be served upon the party noted on the attached Service List by First-Class United States mail, postage pre-paid:

1. Application for Authority to Employ Mirick, O'Connell, DeMallie & Lougee, LLP as Counsel to the Chapter 7 Trustee, with proposed Order; and

2. Notice of Nonevidentiary Hearing (Re: Application for Authority to Employ Mirick, O'Connell, DeMallie & Lougee, LLP as Counsel to the Chapter 7 Trustee) (Objection/Response Deadline – May 25, 2012 at 4:30 p.m.) (Hearing Scheduled for May 29, 2012 at 2:00 p.m.).

                                                  /s/ Gina M. Barbieri
                                                  Gina M. Barbieri BBO #670596
                                                  Mirick, O'Connell, DeMallie & Lougee, LLP
                                                  1800 West Park Drive, Suite 400
                                                  Westborough, MA 01581
                                                  Phone: 508.898.1501
                                                  Fax:    508.898.1502
Dated: May 16, 2012                            Email: gbarbieri@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2003650.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

U. S. Department of Transportation
Office of the Secretary of Transportation
Immediate Office of the General Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)