UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re
Southern Sky Air & Tours, LLC
d/b/a Direct Air
    Debtor

Chapter 7
No. 12-40944-MSH

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel to Hank L. Torbert, an interested party in the above proceedings, pursuant to Bankruptcy Rules 9010 and 2002, and requests that all notices given or required to be given in the above captioned case, and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

    Hank L. Torbert
    By its attorney,

    /S/   David M. Nickless
    David M. Nickless, Esq.
    Nickless, Phillips and O'Connor
    625 Main Street
    Fitchburg, MA  01420
    (978) 342-4590
    BBO No. 371920
    dnickless.nandp@verizon.net

CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I will immediately upon receipt of the notice of electronic service, serve a copy of the within pleading by mailing the same to any of the parties listed on the attached service list not noted as having received electronic service.

Dated: May 16, 2012                      /S/   David M. Nickless
                                          David M. Nickless

SERVICE LIST

United States Trustee
446 Main Street
Worcester, MA  01608

Joseph Baldiga, Trustee
Mirick, O'Connell, DeMallie Lougee
100 Front Street
Worcester, MA 01608

Alan Braunstein, Esq.
Riemer and Braunstein
Three Post Office Square
Boston, MA  01608
*Counsel to the Debtor*

David J. Reier, Esq.
Posternak, Blankstein & Lund
800 Boylston Street
Boston, MA 02199
*Counsel to JetPay Merchant Services*

Michael J. Pappone, Esq.
Gina L. Martin, Esq.
Goodwin, Proctor
Exchange Place
Boston, MA  02109
*Counsel to Merrick Bank Corp*

Robert W. Kovacs, Jr., Esq.
172 Shrewsbury Street
Worcester, MA  01604
*Counsel to M/M Kevin Conway*

William R. Moorman, Esq.
Craig & McCauley
600 Atlantic Ave
Boston, MA
*Counsel to Radixx Solutions Int'l*

Bradford R. Carver, Esq.
Jonathan C. Burwood, Esq.
Hinshaw & Culbertson
28 State Street
Boston, MA 0210902210
*Counsel to Platte River Insurance*

Christopher Harrington

Lisa Marroccia
*Counsel to Port Authority of NY & NJ*

David C. Fixler, Esq.
Rubin & Rudman
50 Rowes Wharf
Boston, MA 02110
*Counsel to Judy Tull et al*

Nicole B. Caprioli, Esq
*Counsel to Commonwealth of Mass*