UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re
Southern Sky Air & Tours, LLC
d/b/a Direct Air
    Debtor

Chapter 7
No. 12-40944-MSH

RESPONSE OF HANK L. TORBERT TO TRUSTEE'S
MOTION FOR AUTHORITY TO CONDUCT 2004 EXAMINATIONS

Now comes Hank L. Torbert and responds to the Trustee's Motion for Authority to Conduct 2004 Examinations stating that, while Torbert does not agree with all statements made by the Trustee in his motion, he does not object to the conduct of a 2004 Examination at a time and location mutually satisfactory to the Trustee and Torbert for the purpose of investigating Torbert's knowledge of the Debtor's pre-petition activities and operations and provide any documents in his possession or control concerning pertinent D&O insurance.

    Hank L. Torbert
    By his attorney,


    /S/   David M. Nickless
    David M. Nickless, Esq.
    Nickless, Phillips and O'Connor
    625 Main Street
    Fitchburg, MA  01420
    (978) 342-4590
    BBO No. 371920
    dnickless.nandp@verizon.net

CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I will immediately upon receipt of the notice of electronic service, serve a copy of the within pleading by mailing the same to any of the parties listed on the attached service list not noted as having received electronic service.


Dated: May 17, 2012                           /S/   David M. Nickless
                                                       David M. Nickless

SERVICE LIST

| | |
|---|---|
| United States Trustee<br>446 Main Street<br>Worcester, MA  01608 | Joseph Baldiga, Trustee<br>Mirick, O'Connell, DeMallie Lougee<br>100 Front Street<br>Worcester, MA 01608 |
| Alan Braunstein, Esq.<br>Riemer and Braunstein<br>Three Post Office Square<br>Boston, MA  01608<br>*Counsel to the Debtor* | David J. Reier, Esq.<br>Posternak, Blankstein & Lund<br>800 Boylston Street<br>Boston, MA 02199<br>*Counsel to JetPay Merchant Services* |
| Michael J. Pappone, Esq.<br>Gina L. Martin, Esq.<br>Goodwin, Proctor<br>Exchange Place<br>Boston, MA  02109<br>*Counsel to Merrick Bank Corp* | Robert W. Kovacs, Jr., Esq.<br>172 Shrewsbury Street<br>Worcester, MA  01604<br>*Counsel to M/M Kevin Conway* |
| William R. Moorman, Esq.<br>Craig & McCauley<br>600 Atlantic Ave<br>Boston, MA<br>*Counsel to Radixx Solutions Int'l* | Bradford R. Carver, Esq.<br>Jonathan C. Burwood, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>Boston, MA 0210902210<br>*Counsel to Platte River Insurance* |
| Christopher Harrington<br>257 Tom Swamp Road<br>Petersham, MA  01366 | Lisa Marroccia<br>Port Authority of NY/NJ<br>225 Park Ave South, 13th Fl<br>New York, NY  10003<br>*Counsel to Port Authority of NY & NJ* |
| David C. Fixler, Esq.<br>Rubin & Rudman<br>50 Rowes Wharf<br>Boston, MA 02110<br>*Counsel to Judy Tull et al* | Nicole B. Caprioli, Esq<br>*Counsel to Commonwealth of Mass* |
| Andrea Horowitz Handel<br>*Counsel to the United States* | |