UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Chapter 7 Trustee's Motion for Authority to Conduct Rule 2004 Examinations, with Request for Expedited Determination and Proposed Order; and

2. Endorsed Order Regarding Chapter 7 Trustee's Motion for Authority to Conduct Rule 2004 Examinations.

/s/ Gina M. Barbieri
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax: (508) 898-1502
Email: gbarbieri@mirickoconnell.com

Dated: May 17, 2012

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Person Most Knowledgeable on Behalf
of the Estate of David Brittain
4703 N. Ocean Blvd.
Myrtle Beach, SC 29577
(2004 Motion)