**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC,** <br> **d/b/a DIRECT AIR,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

**MOTION OF THE CHAPTER 7 TRUSTEE TO ESTABLISH A
BAR DATE BY WHICH ALL CREDITORS ASSERTING CHAPTER 11
ADMINISTRATIVE EXPENSE CLAIMS MUST FILE SUCH CLAIMS,
WITH REQUEST FOR LIMITATION OF NOTICE**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the Debtor's bankruptcy case, and hereby requests that this Court schedule a bar date by which creditors holding Chapter 11 administrative claims must file such claims against the estate or be forever barred (the "Administrative Bar Date") and that said Administrative Bar Date be approximately 75 days from this date (i.e., July 31, 2012). The Trustee expects that funds may eventually be available for distribution to creditors in this proceeding. In order to determine the extent to which a distribution is possible, it is necessary for the Court to establish the Administrative Bar Date by which creditors asserting administrative claims must file such claims. The Trustee further requests that this Administrative Bar Date not apply to the Trustee or his professionals including, but not limited to, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's proposed accounting firm (Verdolino & Lowey, P.C.), but will apply to all other parties in interest, including, without limitation, counsel to the Debtor (Riemer & Braunstein, LLP). **The Trustee also seeks permission to limit notice of this motion and any**

**order setting an Administrative Bar Date pursuant to MLBR 9013-1(g) and as set forth herein.**

In support of his motion, the Trustee submits the following:

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the within case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such.

4. The Trustee requests that this Court establish the Administrative Bar Date by which all creditors asserting administrative expense claims must file such claims against the estate or be forever barred.

5. Upon receipt of the Order establishing the Administrative Bar Date, and pursuant to the limitation of notice requested herein, the Trustee shall serve the Order on the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors (as defined below) and all parties listed on the Debtor's Amended Schedule of Postpetition Creditors and file a Certificate of Service regarding same.

6. The Trustee has given written notice of this Motion to the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have

filed requests for notice, Schedule F – Non-Consumer Creditors (as defined below) and all parties listed on the Debtor's Amended Schedule of Postpetition Creditors.

**Request for Limitation of Notice**

7.      On May 3, 2012, the Debtor filed, among other things, separate schedules for Schedule F creditors, categorized as consumer creditors ("Schedule F - Consumer Creditors") and non-consumer creditors ("Schedule F – Non-Consumer Creditors").  The number of Schedule F – Consumer Creditors totals approximately 93,000 and, upon information and belief, are all consumer creditors who purchased airline tickets for flights that never occurred.  The Trustee has confirmed that, on March 13, 2012 (two days prior to the Petition Date), the Debtor stopped accepting flight reservations and terminated reservation capabilities on its web-site.

8.      Accordingly, the Trustee believes that the Schedule F – Consumer Creditors are all pre-petition creditors and that notice of the Chapter 11 bar date upon them is unnecessary and would impose an undue burden on the Estate both financially and administratively.  Therefore, the Trustee requests authority to limit notice of the Administrative Bar Date to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors and all parties listed on the Debtor's Amended Schedule of Postpetition Creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order, in the form filed herewith, as follows:

(a)     Establishing the Administrative Bar Date approximately 75 days from this date (i.e., July 31, 2012) by which all creditors asserting administrative claims during the Chapter 11 period must file Chapter 11 administrative expense claims;

   (b) Ordering that the Administrative Bar Date does not apply to the Trustee or his professionals including, but not limited to, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's proposed accounting firm (Verdolino & Lowey, P.C.), but will apply to all other parties in interest, including, without limitation, counsel to Debtor (Riemer & Braunstein, LLP);

   (c) Limiting notice of the herein motion and the Administrative Bar Date to the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors (as defined herein) and all parties listed on the Debtor's Amended Schedule of Postpetition Creditors; and

   (d) Granting such other and further relief as is just.

          Respectfully submitted,

          JOSEPH H. BALDIGA,
          CHAPTER 7 TRUSTEE

          By his counsel,

          /s/ Joseph H. Baldiga
          Joseph H. Baldiga, BBO #549963
          Gina M. Barbieri, BBO # 670596
          Mirick, O'Connell, DeMallie & Lougee, LLP
          1800 West Park Drive, Suite 400
          Westborough, MA 01581
          Phone: 508.898.1501
          Fax: 508.898.1502
          Email: bankrupt@mirickoconnell.com

Dated: May 17, 2012

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC, d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**ORDER AND NOTICE REGARDING BAR DATE**
**FOR FILING CHAPTER 11 ADMINSTRATIVE EXPENSE CLAIMS**

WHEREAS, Joseph H. Baldiga, the duly appointed Chapter 7 trustee (the "Trustee") of the Debtor's case, has moved this Court to establish the Administrative Bar Date (the "Motion for Bar Date") setting the deadline for all creditors asserting administrative expense claims against the Debtor to file the required applications with the United States Bankruptcy Court; and, after reviewing the Motion for Bar Date and finding that cause exists for the entry of the within Order and no objections having been filed;

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. Any and all parties with claims that accrued during the Chapter 11 period asserting an administrative expense claim against the Debtor which arose on or before the date of conversion of this case on April 11, 2012, shall file such claim with the United States Bankruptcy Court, Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts 01608, **on or before _____, 2012 at 4:30 p.m.** (the "Administrative Bar Date") (with a copy to Joseph H. Baldiga, Trustee, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, Massachusetts 01581);

2. To the extent that any party fails to file an application by 4:30 p.m. on the Administrative Bar Date, such claimant shall be forever barred from asserting an administrative expense claim against the Debtor and the Debtor's bankruptcy estate;

3. The Trustee shall serve all known parties in interest with a copy of this Order as provided for in the Motion for Bar Date;

4. The Administrative Bar Date shall not apply to the claims of the Trustee or his professionals including, but not limited to, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's proposed accounting firm (Verdolino & Lowey, P.C.), but will apply to all other parties in interest, including, without limitation, the law firm of Riemer & Braunstein, LLP; and

5   Administrative creditors who have previously filed administrative claims do not need to refile such claims.

Dated: _____, 2012        _____
                                            Honorable Melvin S. Hoffman

United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC,** <br> **d/b/a DIRECT AIR,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

1. Motion of the Chapter 7 Trustee to Establish a Bar Date By Which All Creditors Asserting Chapter 11 Administrative Expense Claims Must File Such Claims; and

2. Proposed Order and Notice Regarding Bar Date for Filing Chapter 11 Administrative Expense Claims.

 

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Dated:  May 17, 2012                    Email: bankrupt@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2001261.DOC} (bar date motion = x)

**SERVICE LIST**

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

{Practice Areas\CORP\15008\14190\A2001261.DOC}(bar date motion = x)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek<br>International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) | Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>5200 NW 36th Street<br>Miami, FL 33166<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Ste 304<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Airport Terminal Services Inc.<br>111 Westport Plaza Drive, Suite 400<br>Saint Louis, MO 63146<br>(Schedule F/Nonconsumers) |
| American Eagle Airlines Inc.<br>PO Box 619616<br>DWF Airport, TX 75261-9616<br>(Schedule F/Nonconsumers) | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001<br>(Schedule F/Nonconsumers) | Anchor Taxi<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| AT&T Michigan<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | AT&T Ohio<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | Autry & Toler AC<br>1419 East Main Street<br>Princeton, WV 24740<br>(Schedule F/Nonconsumers) |
| Aviation Safeguards<br>PO Box 823415<br>Philadelphia, PA 19182-3415<br>(Schedule F/Nonconsumers) | Baggage Airline Guest Services Inc.<br>6751 Forum Drive<br>Suite 230<br>Orlando, FL 32821<br>(Schedule F/Nonconsumers) | Beach Bags<br>509 Lake Park Drive<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Boyd Law Firm LLC<br>PO Box 15358<br>Myrtle Beach, SC 29587<br>(Schedule F/Nonconsumers) | Carter Broadcasting<br>50 Braintree Hill Park #308<br>Braintree, MA 02184<br>(Schedule F/Nonconsumers) | Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Schedule F/Nonconsumers) |
| Charlotte County BCC<br>18500 Murdock Circle<br>Port Charlotte, FL 33948<br>(Schedule F/Nonconsumers) | Charlotte County Tax Collector<br>18500 Mnurdock Circle<br>Port Charlotte, FL 33948<br>(Schedule F/Nonconsumers) | Clarion/Kalamazoo<br>3500 East Cork Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) |
| Clear Channel Airports<br>4635 Crackersport Road<br>Allentown, PA 18104<br>(Schedule F/Nonconsumers) | Clear Channel Communications<br>5570 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Clear Channel-Springfield, MA<br>PO Box 402660<br>Atlanta, GA 30384<br>(Schedule F/Nonconsumers) |
| Clear Channel-Winchester<br>510 Pegasus Ct<br>Winchester, VA 22602<br>(Schedule F/Nonconsumers) | Clear Channel- Worcester<br>WSRS-FM WTAG-AM<br>PO Box 406078<br>Atlanta, GA 30384-6078<br>(Schedule F/Nonconsumers) | Clinton County Treasurer<br>137 Margaret Street, Suite 205<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) |
| Coastal Outdoor Advrtising<br>1415 48th Ave., N. Extension<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Columbus Regional Airport Authority<br>L-3459<br>Columbus, OH 43260<br>(Schedule F/Nonconsumers) | Concourse Communications Group<br>Attn: Accounts Receivable<br>200 w. Madison Ste 2830<br>Chicago, IL 60606-3524<br>(Schedule F/Nonconsumers) |
| Cortland Computer Services<br>250 Lackland Drive<br>Suite 100<br>Middlesex, NJ 08846<br>(Schedule F/Nonconsumers) | Creative Spot<br>430 East Rich Street<br>Columbus, OH 43215<br>(Schedule F/Nonconsumers) | Emery Air, Inc.<br>PO Box 6067<br>Rockford, IL 61125<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Fairfield Inn Broadway<br>1350 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Nonconsumers) | Florida Weekly<br>4300 Ford Street, Suite 105<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) |
| Frontier (WV)<br>PO Box 20550<br>Rochester, NY 14602-0550<br>(Schedule F/Nonconsumers) | Full Steam Ahead<br>1455 Commerce Place<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Garofalo Goerlich Hainbach PC<br>1200 New Hampshire Ave NW<br>Suite 800<br>Washington, DC 20036-6802<br>(Schedule F/Nonconsumers) |
| Greater Niagra Newspapers<br>310 Niagra Street<br>PO Box 549<br>Niagara Falls, NY 14302<br>(Schedule F/Nonconsumers) | Greater Rockford Airport Authority<br>60 Airport Drive<br>Rockford, IL 61109<br>(Schedule F/Nonconsumers) | Hilton Garden Inn Coastal Grand<br>2383 Coastal Grand Circle<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| Hilton Garden Inn- Lake Mary<br>705 Currency Circle<br>Lake Mary, FL 32746<br>(Schedule F/Nonconsumers) | Hilton Garden-Inn Lakeland<br>3839 Doon Emerson Drive<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) | Himmelsbach Communications, Inc.<br>PO Box 1463<br>North Myrtle Beach, SC 29598<br>(Schedule F/Nonconsumers) |
| Holiday Inn Express Hotel<br>10-12 Johnson Street<br>Auburn, MA 01501<br>(Schedule F/Nonconsumers) | Hudson News<br>1 Meadowlands Plaza Ste 902<br>East Rutherford, NJ 07073<br>(Schedule F/Nonconsumers) | Jeff Jarrell<br>260 Colby Court<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |
| Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(Schedule F/Nonconsumers) | Kalamazoo Gazette<br>401 S. Burdick Street<br>Kalamazoo, MI 49007<br>(Schedule F/Nonconsumers) | Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Kegerris Outdoor Advertising LLC<br>PO Box 242<br>Fayetteville, PA 17222<br>(Schedule F/Nonconsumers) | King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(Schedule F/Nonconsumers) | Lakeland Ledger<br>PO Box 913004<br>Orlando, FL 32891<br>(Schedule F/Nonconsumers) |
| Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | Milam Howard<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Schedule F/Nonconsumers) |
| Montreal Gazette<br>1010 Sainte-Catherine Street, West #200<br>H3B 5L1<br>Montreal, Canada<br>QC<br>(Schedule F/Nonconsumers) | Mountaineer Gas<br>2401 Sissonville Drive<br>Charleston, WV 25387<br>(Schedule F/Nonconsumers) | Nassau Broadcasting Partners<br>880 Commonwealth Avenue<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| Nat'l Even Publications<br>PO Box 17749<br>Clearwater, FL 33762<br>(Schedule F/Nonconsumers) | National Air Transportation Assoc.<br>4226 King Street<br>Alexandria, VA 22302<br>(Schedule F/Nonconsumers) | New England Publishing Group, Inc.<br>PO Box 357<br>Swansea, MA 02777<br>(Schedule F/Nonconsumers) |
| Niagra Falls Aviation<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Schedule F/Nonconsumers) | Norm Bess, et al<br>PH-18 Concorde Place<br>M3C 3T9<br>Toronto, Canada<br>OT<br>(Schedule F/Nonconsumers) | Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) |
| Orlando/Sanford International Airport<br>3200 Red Cleveland Blvd<br>Sanford, FL 32773<br>(Schedule F/Nonconsumers) | Palm Beach Newspapers Inc.<br>PO Box 24694<br>West Palm Beach, FL 33416-4694<br>(Schedule F/Nonconsumers) | Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburgh, WV 25401-2077
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

Sago Travel
521 Upper Sherman Ave.
Hamilton ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-0188
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Russell Lawliss
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Southern New England Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Southeastern Chemical Co., Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Springfield Chamber of CO
1011 S Second St
Springfield, IL 62704
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Sun Courier<br>PO Box 30901<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) | Sun Media Corporation<br>333 King Street<br>Toronto ON M5A 3X5<br>CANADA<br>(Schedule F/Nonconsumers) | Swissport Fueling Inc.<br>16540 Collections Center Drive<br>Chicago, IL 60693-0161<br>(Schedule F/Nonconsumers) |
| The Dispatch Printing Company<br>PO Box 182537<br>Columbus, OH 43218-2537<br>(Schedule F/Nonconsumers) | The Franklin Press<br>25 Penncraft Lane<br>Chambersburg, PA 17201-1649<br>(Schedule F/Nonconsumers) | The Gazette<br>9060 Camprint<br>Gaithersburg, MD 20877<br>(Schedule F/Nonconsumers) |
| The Gazette/Post Media<br>1450 on Mills Road<br>M3B 2X7<br>Toronto, ON<br>CANADA<br>(Schedule F/Nonconsumers) | The Herald Mail Company<br>100 Summit Avenue<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) | The ISERV Company<br>5222 33rd Street SE<br>Grand Rapids, MI 49512<br>(Schedule F/Nonconsumers) |
| The Ledger New Chief<br>PO Box 913004<br>Orlando, FL 32891-3004<br>(Schedule F/Nonconsumers) | The Morning Call<br>PO Box 415459<br>Boston, MA 02241-5459<br>(Schedule F/Nonconsumers) | The Picket News<br>25 Antietam Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| The Record Herald<br>PO Box 271<br>Waynesboro, PA 17268-0271<br>(Schedule F/Nonconsumers) | The Sun News<br>PO Box 406<br>Myrtle Beach, SC 29578-0406<br>(Schedule F/Nonconsumers) | The Toledo Blade Company<br>541 N. Superior St.<br>Toledo, OH 43660<br>(Schedule F/Nonconsumers) |
| The Winchester Star<br>2 North Kent Street<br>Winchester, VA 22601<br>(Schedule F/Nonconsumers) | Thomas Cook Growth<br>75 Eglinton Avenue East<br>M4P 3A4<br>Toronto, ON<br>CANADA<br>(Schedule F/Nonconsumers) | Toledo Free Press<br>PO Box 613<br>Toledo, OH 43697<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Toledo-Lucas County Port Authority<br>One Maritime Plaza<br>Toledo, OH 43604<br>(Schedule F/Nonconsumers) | Tripcentral<br>Hamilton City Centre<br>77 James St., North, 230<br>L8R 2K3<br>Hamitlon, ON<br>CANADA<br>(Schedule F/Nonconsumers) | USA Jet Airlines Inc.<br>PO Box 633554<br>Cincinnati, OH 45263-6554<br>(Schedule F/Nonconsumers) |
| Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) | Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) |
| Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) | WHAG NBC TV<br>13 E. Washington Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| WINK-TV<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Worcester Airport Limo<br>219 West Boylston Street<br>West Boylston, MA 01583<br>(Schedule F/Nonconsumers) | Worcester Telegram & Gazette<br>20 Franklin Street, Box 15012<br>Worcester, MA 01615-0012<br>(Schedule F/Nonconsumers) |
| Worldwide Flight Services<br>1925 West John Carpenter Freeway<br>Suite 450<br>Irving, TX 75063<br>(Schedule F/Nonconsumers) | WTOL-TV Toledo<br>Attn: Lockbox #1350<br>PO Box 11407<br>Birmingham, AL 35246-1350<br>(Schedule F/Nonconsumers) | WWMT-TV<br>590 Maple Street<br>Kalamazoo, MI 49008<br>(Schedule F/Nonconsumers) |
| Wyvern Hotel<br>101 E. Retta Esplanade3<br>Punta Gorda, FL 33950<br>(Schedule F/Nonconsumers) | Z Direct<br>1920 E. Hallandale Bch Blvd<br>Suite 502<br>Hallandale Beach, FL 33009<br>(Schedule F/Nonconsumers) | Cale Benner<br>6011 Quinn Road<br>Myrtle Beach, SC 29579<br>(2004 Motion/Post Petition Creditor) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition Creditor) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) |
| Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | Lexi Burling<br>353 Deer Field Links Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) | Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) |
| Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) | Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) |
| Thomas E. Lowe<br>740 Santo Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | | |