UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

STATEMENT REGARDING (I) CHAPTER 7 TRUSTEE'S MOTION
FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS AND
(II) RESPONSE FILED BY HANK L. TORBERT

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee for the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air, and hereby files this statement (i) in order to clarify the relief requested in his Motion for Authority to Conduct Rule 2004 Examinations (the "2004 Motion") and (ii) to address the Response filed by Hank L. Torbert ("Mr. Torbert") to the 2004 Motion, as follows:

1.      In his 2004 Motion, the Trustee seeks authority to conduct Rule 2004 Examinations in order to gather documents and information regarding, among other things, the Debtor's assets and its pre- and post-petition activities and operations. In certain sub-sections of the 2004 Motion, however, the Trustee refers simply to (for example) investigations of "pre-petition activities." To clarify, the Trustee requires relevant documents and information for all periods of time, including post-petition periods.

2.      In his Response, Mr. Torbert indicates that he does not object to the Rule 2004 Examinations "for the purpose of investigating Torbert's knowledge of the Debtor's pre-petition activities and operations and [to] provide any documents in his possession or control concerning

{Practice Areas\CORP\15008\14190\A2005115.DOC}

pertinent D&O insurance." The Trustee does not agree to limit the scope of any Rule 2004 Examination of Mr. Torbert, or any of the Parties, to the pre-petition period. Further, the Trustee does not agree to limit any request for documents from Mr. Torbert to documents concerning *only* D&O insurance.

Accordingly, the Trustee respectfully requests that this Court grant the Trustee the relief requested in the Rule 2004 Motion, as clarified herein.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

_/s/ Gina M. Barbieri_
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

Dated: May 18, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Statement Regarding (I) Chapter 7 Trustee's Motion for Authority to Conduct Rule 2004 Examinations and (II) Response filed by Hank L. Torbert.**

Dated: May 18, 2012

/s/ Gina M. Barbieri
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:   (508) 898-1502
Email: bankrupt@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2005106.DOC}                1

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagra Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Ste 304
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes &
Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

| | | |
|---|---|---|
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) |
| Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |

| | | |
|---|---|---|
| Person Most Knowledgeable at American Express Travel Related Services Company, Inc.<br>c/o Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(2004 Motion) | ASI Advisors, LLC<br>Donald Stukes, Principal<br>Suite 1102<br>445 Hamilton Avenue<br>White Plains, NY 10601<br>(2004 Motion) | Person Most Knowledgeable<br>Avondale Aviation I, LLC<br>Suite 300<br>1629 K. Street NW<br>Washington, DC 20011<br>(2004 Motion) |
| Mary Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(2004 Motion) | Cale Benner<br>6011 Quinn Road<br>Myrtle Beach, SC 29579<br>(2004 Motion/Post Petition Creditor) | Bruce Carusi, Principal<br>BJC Investments LLC<br>P.O. Box 203<br>Mill Neck, NY 11765<br>(2004 Motion) |
| Reese Boyd, III, Esq.<br>Boyd Goldfinch Law Firm<br>P.O. Box 15358<br>Myrtle Beach, SC 29587<br>(2004 Motion) | Clay Brittain<br>1314 Professional Drive<br>Myrtle Beach, SC 29572<br>(2004 Motion) | Person Most Knowledgeable on Behalf of the Estate of David Brittain<br>4703 N. Ocean Blvd.<br>Myrtle Beach, SC 29577-2548<br>(2004 Motion) |
| Matthew Brittain<br>5633 Woodside Drive<br>Myrtle Beach, SC 29577<br>(2004 Motion) | Person Most Knowledgeable at Bush/Ross<br>1801 North Highland Avenue<br>Tampa, FL 33602<br>(2004 Motion) | Jeffry Conry<br>c/o King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(2004 Motion) |
| Jeffry Conry<br>c/o King Williams Holdings, LLC<br>c/o Avondale Ventures, LLC<br>Suite 300<br>1629 K Street, NW<br>Washington, DC 20006<br>(2004 Motion) | ChemOil Corporation<br>c/o David B. Haber, Esq.,<br>David B. Haber, P.A.<br>Miami Center<br>201 S. Biscayne Blvd., Suite 1205<br>Miami, FL 33131<br>(2004 Motion) | Person Most Knowledgeable at Crescent Bank<br>991 38th Avenue North<br>Myrtle Beach, SC 29577<br>(2004 Motion) |

| | | |
|---|---|---|
| The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV<br>P.O. Box 68<br>Prosperity, WV 25909<br>(2004 Motion) | The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV<br>1334 Ritter Avenue<br>Glen Daniels, WV 25832<br>(2004 Motion) | Kay Ellison<br>c/o David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(2004 Motion) |
| Stanley "Marshall" Ellison<br>c/o David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>51 Rowes Wharf<br>Boston, MA 02110<br>(2004 Motion) | Person Most Knowledgeable at Garofalo Goerlich Hainbach PC<br>1200 New Hampshire Ave NW<br>Washington, DC 20036-6802<br>(2004 Motion) | Robert Giordano<br>10 Goldsmith Drive<br>Holmdel, NJ 07733<br>(2004 Motion) |
| Wayne Greene<br>wngreene@gmail.com<br>VIA EMAIL<br>(2004 Motion) | Person Most Knowledgeable at Horry County State Bank<br>1701 North Oak Street<br>Myrtle Beach, SC 29577<br>(2004 Motion) | Person Most Knowledgeable at JetPay Merchant Services, LLC<br>c/o David J. Reier, Esq.<br>Posternak, Blankstein & Lund LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199<br>(2004 Motion) |
| Robert Keilman<br>c/o F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>(2004 Motion) | Person Most Knowledgeable at King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(2004 Motion) | Person Most Knowledgeable at King Williams Holdings, LLC<br>c/o Avondale Ventures, LLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006<br>(2004 Motion) |
| Person Most Knowledgeable at Avondale Ventures, LLC<br>Suite 300<br>1629 K. Street NW<br>Washington, DC 20011<br>(2004 Motion) | Susan B. Jollie, Esq.<br>Law Offices of Susan B. Jollie<br>7503 Walton Lane<br>Annandale, VA 22003<br>(2004 Motion) | Thomas Lowe<br>1032 Great Lakes Circle<br>Myrtle Beach, SC 29588<br>(2004 Motion) |

| | | |
|---|---|---|
| Thomas Mastro<br>24 Wright Ave.<br>Malverne, NY 11565<br>(2004 Motion) | Person Most Knowledgeable<br>at MLB Management<br>Services<br>P.O. Box 938<br>Conway, SC 29528<br>(2004 Motion) | Stuart Schabes, Esq.<br>Ober, Kaler, Grimes &<br>Shriver<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202<br>(2004 Motion) |
| Frank Visconti, President<br>Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(2004 Motion) | Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition<br>Creditor) | Person Most Knowledgeable<br>at Platte River Insurance Co.<br>c/o Bradford R. Carver, Esq.<br>Hinshaw & Culbertson, LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775<br>(2004 Motion) |
| Stukes Atwood, LLC<br>Donald Stukes, Principal<br>c/o Donald Stukes<br>c/o ASI Advisors, LLC<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(2004 Motion) | Donald Stukes<br>c/o ASI Advisors, LLC<br>445 Hamilton Ave<br>Suite 1102<br>White Plains, NY 10601<br>(2004 Motion) | Hank L. Torbert<br>525 Decatur Street NW<br>Washington, DC 20011<br>(2004 Motion) |
| James Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(2004 Motion) | Judy Tull<br>c/o David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(2004 Motion) | Person Most Knowledgeable<br>at Valley National Bank<br>c/o Jeffrey Sternklar, Esq.<br>Duane Morris LLP<br>100 High St., Suite 2400<br>Boston, MA 02110-1724<br>(2004 Motion) |
| Person Most Knowledgeable<br>at Valley National Bank<br>c/o Gregory R. Haworth,<br>Esq.<br>Duane Morris LLP<br>One Riverfront Plaza, 1037<br>Raymond Blvd., Suite 1800<br>Newark, NJ 07102-5429<br>(2004 Motion) | Person Most Knowledgeable<br>at Wachovia/Wells Fargo<br>c/o John Vian, Esq.<br>and Brian Hall, Esq.<br>Smith, Gambrell & Russell,<br>LLP<br>1230 Peachtree Street N.E.,<br>Suite 3100<br>Atlanta, GA 30309<br>(2004 Motion) | Robert Wardlow<br>89 Clyde Avenue<br>Hopelawn, NJ 08861<br>(2004 Motion) |

Person Most Knowledgeable
at Romans 828, LLC
P.O. Box 249
Myrtle Beach, SC 29572
(2004 Motion)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(2004 Motion)

Larry Young
1500 Legends Drive
Myrtle Beach, SC 29578
(2004 Motion)

Person Most Knowledgeable
at XTRA Airways
Suite 304
800 West Idaho Street
Boise, ID 83702
(2004 Motion)

David M. Nickless, Esq.
Nickless, Phillips and
O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank
Torbert/NOA)
**VIA ECF**