**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC, d/b/a DIRECT AIR,**<br><br>　　　　**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**ORDER AND NOTICE REGARDING BAR DATE**
**FOR FILING CHAPTER 11 ADMINSTRATIVE EXPENSE CLAIMS**

　　　　WHEREAS, Joseph H. Baldiga, the duly appointed Chapter 7 trustee (the "Trustee") of the Debtor's case, has moved this Court to establish the Administrative Bar Date (the "Motion for Bar Date") setting the deadline for all creditors asserting administrative expense claims against the Debtor to file the required applications with the United States Bankruptcy Court; and, after reviewing the Motion for Bar Date and finding that cause exists for the entry of the within Order and no objections having been filed;

　　　　It is hereby ORDERED, ADJUDGED, and DECREED that:

　　　　1.　　Any and all parties with claims that accrued during the Chapter 11 period asserting an administrative expense claim against the Debtor which arose on or before the date of conversion of this case on April 11, 2012, shall file such claim with the United States Bankruptcy Court, Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts 01608, **on or before　July 31　, 2012 at 4:30 p.m.** (the "Administrative Bar Date") (with a copy to Joseph H. Baldiga, Trustee, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, Massachusetts 01581);

　　　　2.　　To the extent that any party fails to file an application by 4:30 p.m. on the Administrative Bar Date, such claimant shall be forever barred from asserting an administrative expense claim against the Debtor and the Debtor's bankruptcy estate;

　　　　3.　　The Trustee shall serve all known parties in interest with a copy of this Order as provided for in the Motion for Bar Date;

　　　　4.　　The Administrative Bar Date shall not apply to the claims of the Trustee or his professionals including, but not limited to, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's proposed accounting firm (Verdolino & Lowey, P.C.), but will apply to all other parties in interest, including, without limitation, the law firm of Riemer & Braunstein, LLP; and

　　　　5　　Administrative creditors who have previously filed administrative claims do not need to refile such claims.

Dated: 　May 22　　　　, 2012　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Melvin S. Hoffman
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2001261.DOC}