UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
|---|---|

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS

Upon the Motion for Authority to Conduct Rule 2004 Examinations (the "Motion") dated May 14, 2012, and filed by Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Court finding that the Motion is in the best interest of the estate; sufficient notice of the Motion having been given; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Motion is ALLOWED; and

2. The Trustee is authorized pursuant to Fed. R. Bankr. P. 2004 to conduct examinations of all parties listed on Exhibit A to the Motion, including without limitation the parties described more generally in the Motion.

Dated: May 22, 2012

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A4220522.DOC}