# MIRICK O'CONNELL

ATTORNEYS AT LAW

**Joseph H. Baldiga, Esq.**
Mirick O'Connell
1700 West Park Drive
Westborough, MA 01581-3941
jbaldiga@mirickoconnell.com
t 508.860.1448
f 508.983.6232

May 25, 2012

**VIA ELECTRONIC CASE FILING**

Clerk
United States Bankruptcy Court
Harold Donohue Federal Building
595 Main Street, 1st Floor
Worcester, MA 01608

　　Re:  Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
　　　　Chapter 7, Case No. 12-40944-MSH

Dear Sir/Madam:

　　The deadline for filing objections to the Trustee's Notice of Abandonment of Certain Estate Property, With Request For Limitation of Notice (Re: Computers) *[Docket Entry No. 107]* in the above-referenced bankruptcy proceeding has passed. Pursuant to MLBR 6007-1(d), please prepare and forward a Certificate of No Objections to my attention at your earliest convenience.

　　Thank you.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph H. Baldiga
　　　　　　　　　　　　　　　　　　　　　Joseph H. Baldiga
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

/kmd

---

**MIRICK, O'CONNELL, DeMALLIE & LOUGEE, LLP**
WORCESTER | WESTBOROUGH | BOSTON
www.mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2004744.DOC}