## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ATTORNEY'S AFFIDAVIT

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) ss.: |
| COUNTY OF DUVAL | ) |

Robert M. Dees, being duly sworn, deposes and says:

1.      I am an attorney at law admitted to practice in the State of Florida, the Eleventh Circuit Court of Appeals, and the Middle District, Southern District, and Northern District Federal Courts in Florida. I am an attorney with a principal business location of Milam, Howard, Nicandri, Dees & Gillam, P.A. ("Milam Howard"), 14 East Bay Street, Jacksonville, Florida 32202 and am a qualified person to perform the services described in the Trustee's Application for Authority to Employ Special Counsel (the "Application to Employ").

2.      Neither I, nor any member or associate of my firm, holds or represents any interest adverse to that of the estate in the matters upon which said law firm is to be engaged. Thus, I believe I am a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code. Milam Howard has represented the Debtor in *Arrow Energy, Inc. v. Aviation Fuel International, Inc., et al*, in the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No.: 2010-48678 CACE (the "Arrow Matter") and *Kenneth Forrey v. Casino Direct Air,*

*LLC, et al.*, in the Sixth Judicial Circuit, in an for Pinellas County, Florida, Case No.: 09-3102-CI-07 (the "Forrey Matter"). The Arrow Matter is a garnishment action in which a judgment in the amount of $325,138.97 was entered against the Debtor based upon an amount the debtor purportedly owed to Aviation Fuel International ("AFI"). Arrow obtained a judgment in the amount of $313,036.08 against AFI and served a writ of garnishment on the Debtor. During the garnishment proceedings, the Debtor became aware that it did not owe money to AFI. However, the trial court nevertheless entered a garnishment judgment against the Debtor. The garnishment judgment is currently on appeal to the Fourth District Court of Appeal. Our initial brief was served on January 26, 2012. Arrow's answer brief was served on May 8, 2012 and our reply brief is due on June 4, 2012.

The Forrey Matter was a personal injury action in which the defendant Signature Flight Support Corporation filed a third-party complaint against the Debtor based upon an indemnification clause in a contract. The Forrey matter was settled between the plaintiff and Defendant.

Milam Howard represented the Debtor in both matters for an hourly fee of $270.00.

3.     I have agreed to represent Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC, d/b/a Direct Air, on a contingency fee basis, at the rate of 20% of any recovery before an order is issued in the Appeal Action (as defined in the Application to Employ); 30% if resolved after an order is issued in the Appeal Action, but prior to determination at the trial court level as to whether, in fact, the Debtor owed AFI anything and, if so, how much and to what extent, if any, Arrow's garnishment was appropriate; and 40% if resolved (via settlement or litigation) <u>after</u> determination by the trial court as to what AFI owed

the Debtor and the appropriateness of Arrow's garnishment, or, if greater, the amount awarded by the trial court and approved by the Bankruptcy Court, plus 100% of reasonable expenses, by my representation as special counsel.

4.      Since the Debtor was considerably behind in paying its legal fees, Milam Howard, in November, 2011, refused to perform any more work until the past due amounts were paid.  In December, the Debtor asked if Milam Howard would prepare the initial brief on appeal if it made a $10,000.00 payment by December 31, 2011.  Milam Howard agreed to those terms.  The Debtor made a $10,000.00 payment on January 3, 2012, and Milam Howard prepared the initial brief.

5.      After receipt of payments referred to in Paragraph 4, Milam Howard provided additional legal services prior to the petition date, totaling $7,739.47.  Inclusive of that amount, as of the Debtor's March 15, 2012 Chapter 11 petition date, Milam Howard was owed $48,350.31 in legal fees and expenses.  Conditional on the Trustees' acceptance (and the Bankruptcy Court's approval) of this special counsel employment agreement, Milam Howard agrees to waive any claim for unpaid prepetition fees and expenses.  Copies of Milam Howard's billings in the referenced matter are attached.

6.      I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstances relating thereto.

7.      I have reviewed the provisions of MLBR 2016-1.

8.      I have read the Application which this affidavit accompanies and, to the best of my knowledge, information and belief, the contents of said Application are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _May 23_____, 2012

_____
Robert M. Dees, Esq.

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| | Page: 1 |
| Southern Sky Air & Tours, LLC | July 31, 2010 |
| 1600 N. Oak Street, Suite B | Client Matter No:   1639-101M |
| Myrtle Beach  SC  29577 | Statement No:   143946 |

Attn: Kay Ellison

Forrey v. Southern Sky

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/28/2010 | PMR | Telephone conference with R. Boyd; conference with R. Boyd and Lee Ann Moe regarding case. | 275.00 | 1.20 | 330.00 |
| 06/29/2010 | PMR | Telephone conference with co-counsel regarding possible defenses to contractual indemnity claim. | 275.00 | 0.20 | 55.00 |
| 07/01/2010 | PMR | Correspondence from and to former counsel regarding documents pertaining to our case. | 275.00 | 0.10 | 27.50 |
| 07/19/2010 | PMR | Review correspondence from co-counsel; prepare and file Notice of Appearance and correspondence to co-counsel regarding same. | 275.00 | 0.30 | 82.50 |
| | | For Current Services Rendered | | 1.80 | 495.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paul M. Renner | 1.80 | $275.00 | $495.00 |

Expenses

| | |
|---|---|
| Photocopy charges | 1.20 |
| Postage | 1.32 |
| Total Expenses Through 07/31/2010 | 2.52 |
| Total Current Work | 497.52 |

Southern Sky Air & Tours, LLC

Page: 2
July 31, 2010
Client Matter No:   1639-101M
Statement No:       143946

Forrey v. Southern Sky

### Payments

| | | |
|---|---|---|
| 07/31/2010 | Client Fund Payment. | -497.52 |
| | Balance Due | $0.00 |

### Client Funds

| | | |
|---|---|---|
| 07/31/2010 | Retainer (Check 1856) | 5,000.00 |
| 07/31/2010 | Client Fund Payment. | -497.52 |
| | Ending Client Funds Balance | $4,502.48 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

| | |
|---|---|
| Page: | 1 |
| September 30, 2010 | |
| Client Matter No: | 1639-101M |
| Statement No: | 144935 |

Forrey v. Southern Sky

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/01/2010 | PMR | Receipt of Notice of Depositions and correspondence to client regarding same. | 275.00 | 0.20 | 55.00 |
| | | For Current Services Rendered | | 0.20 | 55.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paul M. Renner | 0.20 | $275.00 | $55.00 |

### Expenses

| | |
|---|---|
| Tolls/Taxi/Auto Rental | 102.65 |
| Long distance telephone charges | 5.66 |
| Airfare | 273.40 |
| Total Expenses Through 09/30/2010 | 381.71 |
| Total Current Work | 436.71 |

### Payments

| | | |
|---|---|---|
| 09/30/2010 | Client Fund Payment. | -436.71 |
| | Balance Due | $0.00 |

Southern Sky Air & Tours, LLC

Page: 2
September 30, 2010
Client Matter No:   1639-101M
Statement No:      144935

Forrey v. Southern Sky

### Client Funds

|            |                                |           |
|------------|--------------------------------|-----------|
|            | Beginning Client Funds Balance | $4,502.48 |
| 09/30/2010 | Client Fund Payment.           | -436.71   |
|            | Ending Client Funds Balance    | $4,065.77 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
October 31, 2010
Client Matter No:   1639-101M
Statement No:        145383

Forrey v. Southern Sky

Fees

| Date | | | Rate | Hours | |
|------|------|------|------|-------|------|
| 10/01/2010 | PMR | Telephone conference with general counsel R. Boyd regarding upcoming depositions. | 275.00 | 0.10 | 27.50 |
| 10/04/2010 | PMR | Research regarding indemnity provisions. | 275.00 | 1.50 | 412.50 |
| 10/05/2010 | PMR | Prepare for and attend deposition of B. Burling; telephone conference with general counsel R. Boyd regarding same and litigation strategy; telephone conference with client regarding outcome of deposition; meet with former counsel to obtain additional documents pertinent to the case. | 275.00 | 8.00 | 2,200.00 |
| 10/19/2010 | PMR | Telephone conference with counsel for Signature; prepare litigation analysis for client. | 275.00 | 0.90 | 247.50 |
| 10/28/2010 | PMR | Correspondence from Plaintiff's counsel regarding mediation; correspondence to C. Cloud regarding mediators to select. | 275.00 | 0.80 | 220.00 |
| 10/29/2010 | PMR | Revise correspondence to client; telephone conference with general counsel R. Boyd. | 275.00 | 0.90 | 247.50 |
| | | For Current Services Rendered | | 12.20 | 3,355.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Paul M. Renner | 12.20 | $275.00 | $3,355.00 |

Advances

Online legal research                                                                           25.00

Southern Sky Air & Tours, LLC

Page: 2
October 31, 2010
Client Matter No:   1639-101M
Statement No:       145383

Forrey v. Southern Sky

| | | |
|---|---|---|
| | Total Advances Through 10/31/2010 | 25.00 |
| | Total Current Work | 3,380.00 |

## Payments

| 10/31/2010 | Client Fund Payment. | -3,380.00 |
|---|---|---|
| | Balance Due | $0.00 |

## Client Funds

| | Beginning Client Funds Balance | $4,065.77 |
|---|---|---|
| 10/31/2010 | Client Fund Payment. | -3,380.00 |
| | Ending Client Funds Balance | $685.77 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
November 30, 2010

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Client Matter No:   1639-101M
Statement No:      145946

Attn: Kay Ellison

Forrey v. Southern Sky

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/04/2010 | PMR | Correspondence from C. Cloud regarding mediation; contact with counsel for Plaintiff regarding mediation schedule. | 275.00 | 0.40 | 110.00 |
| 11/05/2010 | PMR | Correspondence from and to counsel for signature regarding mediation. | 275.00 | 0.30 | 82.50 |
| 11/09/2010 | PMR | Correspondence to client regarding mediation; correspondence to R. Boyd regarding scheduling issues pertaining to mediation. | 275.00 | 0.50 | 137.50 |
| 11/10/2010 | PMR | Prepare affidavit for J. Tull; correspondence to and from client regarding mediation. | 275.00 | 1.00 | 275.00 |
| 11/16/2010 | PMR | Review Motion for Summary Judgment filed by Signature and basis for same; review parties' contract to identify new grounds for our Motion for Summary Judgment. | 275.00 | 1.00 | 275.00 |
| 11/17/2010 | PMR | Review contract and formulate new grounds for summary judgment; correspondence to R. Boyd regarding same. | 275.00 | 1.50 | 412.50 |
| 11/22/2010 | PMR | Prepare our Motion for Summary Judgment. | 275.00 | 2.50 | 687.50 |
| 11/24/2010 | PMR | Attention to dates for mediation. | 275.00 | 0.20 | 55.00 |
| | | For Current Services Rendered | | 7.40 | 2,035.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Paul M. Renner | 7.40 | $275.00 | $2,035.00 |

Southern Sky Air & Tours, LLC

Page: 2
November 30, 2010
Client Matter No:   1639-101M
Statement No:        145946

Forrey v. Southern Sky

## Expenses

| | | |
|---|---|---|
| Long distance telephone charges | | 12.28 |
| Total Expenses Through 11/30/2010 | | 12.28 |
| | | |
| Total Current Work | | 2,047.28 |

## Payments

| | | |
|---|---|---|
| 11/30/2010 | Client Fund Payment. | -685.77 |

| | |
|---|---|
| Balance Due | $1,361.51 |

## Client Funds

| | | |
|---|---|---|
| | Beginning Client Funds Balance | $685.77 |
| 11/30/2010 | Client Fund Payment. | -685.77 |
| | Ending Client Funds Balance | $0.00 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
December 31, 2010
Client Matter No:   1639-101M
Statement No:        146375

Forrey v. Southern Sky

### Fees

| Date | | Description | Rate | Hours | |
|------|------|-------------|------|-------|------|
| 12/02/2010 | PMR | Communication to and from co-counsel and with court mediation coordinator regarding prospective mediation dates. | 275.00 | 0.40 | 110.00 |
| 12/14/2010 | PMR | Prepare Motion for Summary Judgment on all three counts raised by Signature. | 275.00 | 1.50 | 412.50 |
| 12/16/2010 | PMR | Prepare Motion for Summary Judgment to include arguments against Equitable Subrogation. | 275.00 | 1.00 | 275.00 |
| 12/20/2010 | PMR | Prepare Motion for Summary Judgment on all counts of Signature's Complaint and identify case law to support same. | 275.00 | 3.50 | 962.50 |
| 12/21/2010 | PMR | Revisions to Motion for Summary Judgment. | 275.00 | 0.50 | 137.50 |
| 12/27/2010 | RMD | Review Defendant's Motion for Partial Summary Judgment; begin preparation of Motion for Summary Judgment. | 250.00 | 1.00 | 250.00 |
| | | For Current Services Rendered | | 7.90 | 2,147.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Robert M. Dees | 1.00 | $250.00 | $250.00 |
| Paul M. Renner | 6.90 | 275.00 | 1,897.50 |

### Advances

| | |
|---|---|
| Online legal research | 31.20 |
| Total Advances Through 12/31/2010 | 31.20 |

Southern Sky Air & Tours, LLC

Page: 2
December 31, 2010
Client Matter No:   1639-101M
Statement No:       146375

Forrey v. Southern Sky

| | |
|---|---|
| Total Current Work | 2,178.70 |
| Previous Balance | $1,361.51 |
| Balance Due | $3,540.21 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
January 31, 2011

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Client Matter No:   1639-101M
Statement No:        146819

Attn: Kay Ellison

Forrey v. Southern Sky

### Fees

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 01/27/2011 | RMD | Preparation of Motion for Summary Judgment. | 250.00 | 1.00 | 250.00 |
| 01/28/2011 | RMD | Preparation of Motion for Summary Judgment; review pleadings. | 250.00 | 2.30 | 575.00 |
| 01/31/2011 | RMD | Preparation of Motion for Summary Judgment. | 250.00 | 0.80 | 200.00 |
| | | For Current Services Rendered | | 4.10 | 1,025.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Robert M. Dees | 4.10 | $250.00 | $1,025.00 |

### Advances

| | |
|---|---|
| Online legal research | 61.31 |
| Total Advances Through 01/31/2011 | 61.31 |
| Total Current Work | 1,086.31 |
| Previous Balance | $3,540.21 |
| Balance Due | $4,626.52 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

| | |
|---|---|
| | Page: 1 |
| | February 28, 2011 |
| | Client Matter No:   1639-101M |
| | Statement No:      156960 |

Forrey v. Southern Sky

### Fees

| Date | | Description | Rate | Hours | |
|------|----|-------------|------|-------|------|
| 02/07/2011 | RMD | Review pleadings; begin preparation of Motion for Summary Judgment. | 250.00 | 2.10 | 525.00 |
| 02/10/2011 | RMD | Research and preparation of Motion for Summary Judgment. | 250.00 | 2.20 | 550.00 |
| 02/11/2011 | RMD | Review file; preparation of affidavit of J. Hull; preparation of Motion for Summary Judgment. | 250.00 | 2.80 | 700.00 |
| 02/22/2011 | RMD | Telephone conference with R. Boyd; preparation for mediation. | 250.00 | 0.70 | 175.00 |
| 02/23/2011 | RMD | Preparation for hearing on our Motion for Summary Judgment. | 250.00 | 0.80 | 200.00 |
| 02/24/2011 | RMD | E-mails with R. Boyd; telephone conference with R. Boyd; e-mail with J. Tull; preparation for mediation. | 250.00 | 1.60 | 400.00 |
| 02/25/2011 | RMD | Preparation for and attendant at mediation in St. Petersburg. | 250.00 | 4.80 | 1,200.00 |
| | | For Current Services Rendered | | 15.00 | 3,750.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Robert M. Dees | 15.00 | $250.00 | $3,750.00 |

### Expenses

| | |
|---|---|
| Tolls/Taxi/Auto Rental | 102.39 |
| Long distance telephone charges | 23.96 |

Southern Sky Air & Tours, LLC

Page: 2
February 28, 2011
Client Matter No:   1639-101M
Statement No:       156960

Forrey v. Southern Sky

| | |
|---|---:|
| Postage | 4.68 |
| Airfare | 301.40 |
| Total Expenses Through 02/28/2011 | 432.43 |
| Total Current Work | 4,182.43 |
| Previous Balance | $4,626.52 |
| Balance Due | $8,808.95 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
March 31, 2011
Client Matter No:   1639-101M
Statement No:   157345

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Forrey v. Southern Sky

### Fees

| Date | | | Rate | Hours | |
|------|--|--|------|-------|--|
| 03/01/2011 | RMD | Preparation for hearing on signature's Motion for Summary Judgment; receipt and review of Signature's Motion to Compel. | 250.00 | 1.50 | 375.00 |
| 03/02/2011 | RMD | E-mails with R. Boyd; preparation of exhibits for summary judgment hearing; research for summary judgment hearing. | 250.00 | 2.60 | 650.00 |
| 03/03/2011 | RMD | Preparation for and attendance at hearing on Signature and Southern Sky's Cross Motions for Summary Judgment; receipt and review of Hartford insurance policy; e-mails with R. Boyd. | 250.00 | 6.70 | 1,675.00 |
| 03/07/2011 | RMD | Receipt and review of Hartford insurance policy; e-mails with Signature's attorney; telephone conferences with Signatures's attorney. | 250.00 | 1.40 | 350.00 |
| 03/10/2011 | RMD | Telephone conference with Signature's attorney. | 250.00 | 0.40 | 100.00 |
| 03/11/2011 | RMD | E-mails with Signature's attorney; telephone conference with R. Boyd; e-mails with R. Boyd. | 250.00 | 1.00 | 250.00 |
| 03/14/2011 | RMD | E-mail with R. Boyd; preparation for mediation. | 250.00 | 1.10 | 275.00 |
| 03/15/2011 | RMD | Preapration for and attendance at mediation conference; e-mails with R. Boyd. | 250.00 | 5.60 | 1,400.00 |
| 03/16/2011 | RMD | Telephone conference with R. Boyd. | 250.00 | 0.20 | 50.00 |
| 03/17/2011 | RMD | Receipt and review of Order granting Signature's Motion for | | | |

Page: 2

Southern Sky Air & Tours, LLC

March 31, 2011
Client Matter No:   1639-101M
Statement No:   157345

Forrey v. Southern Sky

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Summary Judgment; e-mails with R. Boyd. | 250.00 | 0.50 | 125.00 |
| 03/18/2011 | RMD | E-mails with R. Boyd. | 250.00 | 0.30 | 75.00 |
| 03/22/2011 | PEN | Work on Counterclaim and pleading issues with R. Dees. | 250.00 | 0.40 | 100.00 |
| | RMD | Telephone conferences with R. Boyd; e-mails with R. Boyd; research for Motion for Reconsideration; review file regarding Bankers Insurance policy. | 250.00 | 2.20 | 550.00 |
| 03/24/2011 | RMD | Receipt and review of Banker's Insurance policy; e-mail with R. Boyd. | 250.00 | 0.60 | 150.00 |
| | | For Current Services Rendered | | 24.50 | 6,125.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Peter E. Nicandri | 0.40 | $250.00 | $100.00 |
| Robert M. Dees | 24.10 | 250.00 | 6,025.00 |

Expenses

| | |
|---|---|
| Tolls/Taxi/Auto Rental | 175.73 |
| Overnight Delivery | 21.79 |
| Overnight Delivery | 12.98 |
| Long distance telephone charges | 100.04 |
| Airfare | 622.80 |
| Parking | 28.00 |
| Total Expenses Through 03/31/2011 | 961.34 |

Advances

| | |
|---|---|
| Online legal research | 62.07 |
| Total Advances Through 03/31/2011 | 62.07 |
| Total Current Work | 7,148.41 |
| Previous Balance | $8,808.95 |

Payments

| | | |
|---|---|---|
| 03/07/2011 | Fee Payment | -1,361.51 |
| 03/14/2011 | Advance Payment | -31.20 |
| 03/14/2011 | Fee Payment | -2,116.30 |
| | Total Payments | -3,509.01 |

Southern Sky Air & Tours, LLC

Page: 3
March 31, 2011
Client Matter No:   1639-101M
Statement No:        157345

Forrey v. Southern Sky

Balance Due                                                           $12,448.35

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
April 30, 2011
Client Matter No:   1639-101M
Statement No:        157863

Forrey v. Southern Sky

Fees

| Date | | Description | Rate | Hours | |
|------|---|-------------|------|-------|---|
| 04/04/2011 | RMD | Research for Motion Reconsideration including cases from other states holding that an Indemnification Clause cannot be incorporated by reference; research issue on whether a Hold Harmless Clause applies to liability assumed by contract. | 250.00 | 4.20 | 1,050.00 |
| 04/06/2011 | RMD | Telephone conference with with Plaintiff's attorney; telephone conference with Signature's attorney. | 250.00 | 0.50 | 125.00 |
| 04/08/2011 | RMD | Telephone conference with Signature's attorney. | 250.00 | 0.30 | 75.00 |
| 04/11/2011 | RMD | Additional research in preparation of Motion for Reconsideration; telephone conference with Plaintiff's attorney; telephone conference with Signature's attorney; emails with R. Boyd. | 250.00 | 1.10 | 275.00 |
| 04/12/2011 | RMD | Further research for Motion for Rehearing. | 250.00 | 1.70 | 425.00 |
| 04/13/2011 | RMD | Research in preparation of Motion for Rehearing. | 250.00 | 1.30 | 325.00 |
| 04/14/2011 | RMD | Telephone conference with R. Boyd. | 250.00 | 0.20 | 50.00 |
| 04/19/2011 | RMD | Telephone conference with with Signature's attorney. | 250.00 | 0.40 | 100.00 |
| 04/21/2011 | RMD | Receipt and review of of letter from Signature's attorney. | 250.00 | 0.20 | 50.00 |
| 04/25/2011 | RMD | Receipt and review of letter from Signature's attorney. | 250.00 | 0.20 | 50.00 |
| 04/27/2011 | RMD | Telephone conference with Signature's attorney. | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | 10.40 | 2,600.00 |

Page: 2

Southern Sky Air & Tours, LLC

April 30, 2011

Client Matter No:  1639-101M

Statement No:  157863

Forrey v. Southern Sky

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 10.40 | $250.00 | $2,600.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 4.58 |
| Total Expenses Through 04/30/2011 | 4.58 |

### Advances

| | |
|---|---|
| Online legal research | 99.59 |
| Austin, Ley, Roe & Patsko, P.A. - Inv. 616422 | 166.67 |
| Total Advances Through 04/30/2011 | 266.26 |
| Total Current Work | 2,870.84 |
| Previous Balance | $12,448.35 |

### Payments

| | | |
|---|---|---|
| 04/29/2011 | Fee Payment | -31.20 |
| 04/29/2011 | Fee Payment | -1,025.00 |
| 04/29/2011 | Advance Payment | -61.31 |
| | Total Payments | -1,117.51 |
| | Balance Due | $14,201.68 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| | Page: 1 |
| Southern Sky Air & Tours, LLC | May 31, 2011 |
| 1600 N. Oak Street, Suite B | Client Matter No:   1639-101M |
| Myrtle Beach  SC  29577 | Statement No:   158266 |

Attn: Kay Ellison

Forrey v. Southern Sky

### Fees

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| 05/11/2011 | RMD | Receipt and review of Signature's Interrogatories to Plaintiff. | | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | | 0.30 | 75.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.30 | $250.00 | $75.00 |

| | |
|---|---|
| Total Current Work | 75.00 |
| Previous Balance | $14,201.68 |
| Balance Due | $14,276.68 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| | Page: 1 |
| Southern Sky Air & Tours, LLC | June 30, 2011 |
| 1600 N. Oak Street, Suite B | Client Matter No:   1639-101M |
| Myrtle Beach  SC  29577 | Statement No:        158824 |

Attn: Kay Ellison

Forrey v. Southern Sky

| | |
|---|---|
| Previous Balance | $14,276.68 |
| Balance Due | $14,276.68 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Page: 1
July 31, 2011
Client Matter No:   1639-101M
Statement No:       159220

Attn: Kay Ellison

Forrey v. Southern Sky

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 07/11/2011 | RMD | Receipt and review of supplemental Interrogatories. | 250.00 | 0.20 | 50.00 |
| 07/19/2011 | RMD | Telephone conference with R. Boyd; review file. | 250.00 | 0.40 | 100.00 |
| 07/21/2011 | RMD | Telephone conference with R. Boyd. | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | 0.90 | 225.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.90 | $250.00 | $225.00 |

| | |
|---|---|
| Total Current Work | 225.00 |
| Previous Balance | $14,276.68 |
| Balance Due | $14,501.68 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| | Page: 1 |
| Southern Sky Air & Tours, LLC | August 31, 2011 |
| 1600 N. Oak Street, Suite B | Client Matter No:   1639-101M |
| Myrtle Beach  SC  29577 | Statement No:   159632 |

Attn: Kay Ellison

Forrey v. Southern Sky

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 08/09/2011 | RMD | Receipt and review of Signature's answers to interrogatories. | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | 0.30 | 75.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.30 | $250.00 | $75.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 1.80 |
| Total Expenses Through 08/31/2011 | 1.80 |
| Total Current Work | 76.80 |
| Previous Balance | $14,501.68 |
| Balance Due | $14,578.48 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
September 30, 2011
Client Matter No:   1639-101M
Statement No:   160241

Forrey v. Southern Sky

### Fees

| Date | | Description | Rate | Hours | |
|------|----|-------------|------|-------|---|
| 09/07/2011 | RMD | Telephone conference with Plaintiff's attorney. | 250.00 | 0.20 | 50.00 |
| 09/08/2011 | RMD | Telephone conference with R. Boyd; receipt and review of letter from Plaintiff's attorney. | 250.00 | 0.40 | 100.00 |
| | | For Current Services Rendered | | 0.60 | 150.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Robert M. Dees | 0.60 | $250.00 | $150.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 58.20 |
| Total Expenses Through 09/30/2011 | 58.20 |
| Total Current Work | 208.20 |
| Previous Balance | $14,578.48 |

### Payments

| Date | | |
|------|---|---|
| 09/14/2011 | Advance Payment | -62.07 |
| 09/14/2011 | Expense Payment | -961.34 |
| 09/14/2011 | Fee Payment | -5,422.65 |
| | Total Payments | -6,446.06 |
| | Balance Due | $8,340.62 |

Southern Sky Air & Tours, LLC

Forrey v. Southern Sky

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
October 31, 2011
Client Matter No:   1639-101M
Statement No:         160587

Forrey v. Southern Sky

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 2.91 |
| Photocopy charges | 2.40 |
| Postage | 1.32 |
| Total Expenses Through 10/31/2011 | 6.63 |
| Total Current Work | 6.63 |
| Previous Balance | $8,340.62 |
| Balance Due | $8,347.25 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
November 30, 2011
Client Matter No:   1639-101M
Statement No:       160958

Forrey v. Southern Sky

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/09/2011 | RMD | Attendance at case management conference. | 250.00 | 1.00 | 250.00 |
| | HD | Review file and discovery and provide case status update for case management conference with Court. | 125.00 | 1.00 | 125.00 |
| 11/21/2011 | RMD | Research nationwide for cases on incorporation by reference of indemnification clause. | 250.00 | 1.60 | 400.00 |
| | | For Current Services Rendered | | 3.60 | 775.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 2.60 | $250.00 | $650.00 |
| Heather Durham | 1.00 | 125.00 | 125.00 |

### Expenses

| | |
|---|---|
| Overnight Delivery | 13.39 |
| Overnight Delivery | 13.63 |
| Long distance telephone charges | 35.39 |
| Total Expenses Through 11/30/2011 | 62.41 |

### Advances

| | |
|---|---|
| Processor fee | 459.00 |
| Total Advances Through 11/30/2011 | 459.00 |
| Total Current Work | 1,296.41 |

Southern Sky Air & Tours, LLC

Page: 2
November 30, 2011
Client Matter No: 1639-101M
Statement No: 160958

Forrey v. Southern Sky

| | Previous Balance | $8,347.25 |
|---|---|---|

### Payments

| 11/30/2011 | Fee Payment | -75.00 |
|---|---|---|
| 11/30/2011 | Expense Payment | -432.43 |
| 11/30/2011 | Advance Payment | -266.26 |
| 11/30/2011 | Expense Payment | -4.58 |
| 11/30/2011 | Expense Payment | -1.80 |
| 11/30/2011 | Expense Payment | -58.20 |
| 11/30/2011 | Expense Payment | -6.63 |
| 11/30/2011 | Fee Payment | -2,155.10 |
| | Total Payments | -3,000.00 |
| | Balance Due | $6,643.66 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
December 31, 2011

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Client Matter No:   1639-101M
Statement No:        161333

Attn: Kay Ellison

Forrey v. Southern Sky

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/02/2011 | RMD | Receipt and review of Order referring case to mediation; receipt and review of trial Order. | 250.00 | 0.40 | 100.00 |
| 12/05/2011 | RMD | Telephone conference with Signature's attorney. | 250.00 | 0.20 | 50.00 |
| 12/06/2011 | RMD | Receipt and review of letter from Signature's attorney. | 250.00 | 0.20 | 50.00 |
| | | For Current Services Rendered | | 0.80 | 200.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.80 | $250.00 | $200.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 23.17 |
| Total Expenses Through 12/31/2011 | 23.17 |
| Total Current Work | 223.17 |
| Previous Balance | $6,643.66 |
| Balance Due | $6,866.83 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
January 31, 2012

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Client Matter No:   1639-101M
Statement No:        161657

Attn: Kay Ellison

Forrey v. Southern Sky

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/03/2012 | PMR | Correspondence to client regarding mediation dates and case status; telephone conference with R. Boyd regarding same. | 275.00 | 0.50 | 137.50 |
| 01/04/2012 | PMR | Review new rule pertaining to mediation and draft Certificate of Authority for Mediation; telephone conference with co-counsel, R. Boyd. | 275.00 | 0.90 | 247.50 |
| 01/05/2012 | PMR | Revise correspondence to client to include new requirement for Certificate of Authority. | 275.00 | 0.20 | 55.00 |
| 01/17/2012 | PMR | Telephone conference with R. Boyd; correspondence to all counsel requesting consent to allow R. Boyd to act as party representative. | 275.00 | 0.50 | 137.50 |
| 01/20/2012 | PMR | Telephone conference with R. Boyd; correspondence to client. | 275.00 | 0.50 | 137.50 |
| 01/23/2012 | PMR | Revise correspondence to client regarding mediation; conference with R. Dees regarding potential strategy for mediation; correspondence from Defendant objecting to R. Boyd appearing at mediation; telephone conference with R. Boyd regarding client meetings regarding mediation. | 275.00 | 1.70 | 467.50 |
| 01/24/2012 | PMR | Telephone conference with R. Boyd regarding non-response from client to upcoming mediation and Defendant's objection to his appearance at mediation. | 275.00 | 0.20 | 55.00 |
| 01/26/2012 | PMR | Telephone conference with attorneys for Plaintiff and Defendant regarding mediation. | 275.00 | 0.50 | 137.50 |
| | PMR | Prepare Motion to Reset Mediation. | 275.00 | 0.50 | 137.50 |

Page: 2

Southern Sky Air & Tours, LLC

January 31, 2012
Client Matter No:   1639-101M
Statement No:   161657

Forrey v. Southern Sky

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 01/27/2012 | PMR | Telephone conference with counsel for Signature regarding their objection to reset the mediation; telephone conference with mediator regarding same and consent to appear telephonically; draft correspondence to opposing counsel regarding same; correspondence to and conference call with client regarding attendance at mediation. | 275.00 | 1.50 | 412.50 |
| 01/30/2012 | PMR | Telephone conference with opposing counsel; telephone conference with mediator; correspondence with client regarding corporate representative and settlement; prepare for mediation including mediation statement. | 275.00 | 3.40 | 935.00 |
| 01/31/2012 | RMD | Assist with mediation. | 250.00 | 0.50 | 125.00 |
|  | PMR | Prepare for, travel to and from, and attend successful mediation of Forrey's main case. | 275.00 | 14.00 | 3,850.00 |
|  |  | For Current Services Rendered |  | 24.90 | 6,835.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.50 | $250.00 | $125.00 |
| Paul M. Renner | 24.40 | 275.00 | 6,710.00 |

### Expenses

| | |
|---|---|
| Overnight Delivery | 14.15 |
| Long distance telephone charges | 36.66 |
| Photocopy charges | 5.60 |
| Postage | 6.02 |
| Total Expenses Through 01/31/2012 | 62.43 |

### Advances

| | |
|---|---|
| Clerk of Court | 78.50 |
| Robert J. Lancaster, Esq. - Mediation Fee, Inv. 13112 | 795.00 |
| Total Advances Through 01/31/2012 | 873.50 |
| Total Current Work | 7,770.93 |
| Previous Balance | $6,866.83 |
| Balance Due | $14,637.76 |

Southern Sky Air & Tours, LLC

Page: 3
January 31, 2012
Client Matter No:   1639-101M
Statement No:        161657

Forrey v. Southern Sky

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach SC 29577

February 29, 2012
Client Matter No:    1639-101M
Statement No:        162128

Attn: Kay Ellison

Forrey v. Southern Sky

<u>Fees</u>

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/03/2012 | HD | Preparation of Notice to Court regarding supplementation of record. | 125.00 | 0.50 | 62.50 |
| 02/01/2012 | PMR | Review Settlement terms; conference with R. Dees regarding strategy to build record for appeal including possible affidavit for J. Tull; telephone conference with mediator regarding status of settlement. | 275.00 | 1.00 | 275.00 |
| 02/02/2012 | PMR | Telephone conference with counsel for Signature confirming Plaintiff's final acceptance of settlement and that they will begin first draft of agreement; correspondence to client regarding same; telephone conference with counsel for Signature reconfirming agreed terms for written Settlement Agreement. | 275.00 | 0.60 | 165.00 |
| 02/06/2012 | PMR | Telephone conference with counsel for Signature regarding status of Settlement Agreement. | 275.00 | 0.20 | 55.00 |
| 02/08/2012 | PMR | Review Release by Forrey to settle main claim and revisions to same; review proposed terms of agreement between Signature and Southern; telephone conference with opposing counsel regarding same. | 275.00 | 1.50 | 412.50 |
| 02/10/2012 | PMR | Review revised release and Letter Agreement from Signature; correspondence to client regarding same. | 275.00 | 0.50 | 137.50 |
| 02/14/2012 | PMR | Correspondence to client regarding Settlement Agreement. | 275.00 | 0.30 | 82.50 |
| 02/15/2012 | RMD | Preparation of proposal for settlement. | 250.00 | 0.20 | 50.00 |

Southern Sky Air & Tours, LLC

Forrey v. Southern Sky

Page: 2
February 29, 2012
Client Matter No:   1639-101M
Statement No:         162128

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/16/2012 | PMR | Revise proposal for settlement; correspondence to client regarding same. | 275.00 | 0.60 | 165.00 |
| 02/22/2012 | PMR | Correspondence to client regarding settlement, trial deadlines, and proposal for settlement; review upcoming trial deadlines. | 275.00 | 0.50 | 137.50 |
| 02/27/2012 | PMR | Telephone conference with counsel for Signature regarding status of settlement; correspondence to and from client regarding same. | 275.00 | 0.40 | 110.00 |
| 02/28/2012 | PMR | Conference call with client regarding Settlement Agreement, Forrey payment and claims by Signature and negotiation strategy for same. | 275.00 | 0.50 | 137.50 |
| | | For Current Services Rendered | | 6.80 | 1,790.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.20 | $250.00 | $50.00 |
| Paul M. Renner | 6.10 | 275.00 | 1,677.50 |
| Heather Durham | 0.50 | 125.00 | 62.50 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 15.70 |
| Total Expenses Through 02/29/2012 | 15.70 |
| Total Current Work | 1,805.70 |
| Previous Balance | $14,637.76 |
| Balance Due | $16,443.46 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Page: 1
March 31, 2011

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Client Matter No:    1639-102M
Statement No:    157346

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/10/2011 | RMD | E--mails with R. Boyd; review pleadings & docket in Michigan case filed by Arrow against AFI; e-mails with R. Boyd; telephone conferences with R. Boyd; receipt and review of correspondence with AFI's attorney; research garnishment issues. | 250.00 | 2.10 | 525.00 |
| 03/14/2011 | RMD | Preparation of Answer to writ of garnishment. | 250.00 | 1.20 | 300.00 |
| 03/16/2011 | RMD | Telephone conference with R. Boyd; preparation of garnishment Answer. | 250.00 | 1.00 | 250.00 |
| 03/17/2011 | RMD | Preparation of proposed garnishment Answer; e-mails with R. Boyd. | 250.00 | 0.70 | 175.00 |
| 03/21/2011 | RMD | Preparation of Answer to writ of garnishment; preparation of Motion to Prevent Retaliation by AFI for Southern Sky complying with writ of garnishment; conference call with K. Ellison and J. Tull. | 250.00 | 2.20 | 550.00 |
| 03/22/2011 | RMD | Telephone conferences with R. Boyd; e-mails with R. Boyd; conference call with K. Ellison and J. Tull; receipt and review of spreadsheets. | 250.00 | 1.70 | 425.00 |
| 03/23/2011 | RMD | Telephone conference with R. Boyd; e-mails with R. Boyd; receipt and review of Arrow's reply to garnishment Answer. | 250.00 | 0.80 | 200.00 |
| | | For Current Services Rendered | | 9.70 | 2,425.00 |

Southern Sky Air & Tours, LLC

Arrow Energy, Inc. (Garnishment)

Page: 2
March 31, 2011
Client Matter No:   1639-102M
Statement No:        157346

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 9.70 | $250.00 | $2,425.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 20.80 |
| Photocopy charges | 3.60 |
| Postage | 1.83 |
| Total Expenses Through 03/31/2011 | 26.23 |

### Advances

| | |
|---|---|
| Online legal research | 30.64 |
| Total Advances Through 03/31/2011 | 30.64 |
| Total Current Work | 2,481.87 |
| Balance Due | $2,481.87 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

| | |
|---|---|
| Southern Sky Air & Tours, LLC | Page: 1 |
| 1600 N. Oak Street, Suite B | April 30, 2011 |
| Myrtle Beach  SC  29577 | Client Matter No:   1639-102M |
| | Statement No:        157864 |

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/06/2011 | RMD | Emails with Arrow's attorney; emails with R. Boyd; telephone conference with R. Boyd. | 250.00 | 0.70 | 175.00 |
| 04/07/2011 | RMD | Emails with AFI's attorney; emails with Arrow's attorney; telephone conference with Arrow's attorney; emails with R. Boyd. | 250.00 | 0.80 | 200.00 |
| 04/11/2011 | RMD | Receipt and review of Arrow's Motion for Entry of Final Judgement in Continuing Garnishment; emails with R. Boyd. | 250.00 | 0.60 | 150.00 |
| 04/14/2011 | RMD | Telephone conference with with R. Boyd; emails with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 04/15/2011 | RMD | Emails with R. Boyd; telephone conference with R. Boyd. | 250.00 | 0.30 | 75.00 |
| 04/18/2011 | RMD | Telephone conference with R. Boyd; emails with R. Boyd; research wire transfer issue. | 250.00 | 0.80 | 200.00 |
| 04/19/2011 | RMD | Research wire transfer cancellation issues; telephone conference with R. Boyd; emails with R. Boyd. | 250.00 | 2.40 | 600.00 |
| 04/20/2011 | RMD | Research for Motion to Amend Answer to Writ of Garnishment; preparation of Motion to Amend Writ of Garnishment; preparation of proposed Amended Answer; e-mails with R. Boyd; receipt and review of Brendan Airways Complaint. | 250.00 | 4.80 | 1,200.00 |
| 04/21/2011 | RMD | Preparation of Motion to Amend Garnishment answer; preparation of proposed amended answer. | 250.00 | 1.10 | 275.00 |

Southern Sky Air & Tours, LLC

Arrow Energy, Inc. (Garnishment)

Page: 2
April 30, 2011
Client Matter No:   1639-102M
Statement No:   157864

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/22/2011 | RMD | Telephone conference with R. Boyd; e-mails with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 04/25/2011 | RMD | Preparation of Motion to Amend Garnishment answer; telephone conference with Arrow's attorney; emails with R. Boyd. | 250.00 | 1.30 | 325.00 |
| 04/26/2011 | RMD | Telephone conference with Arrow's attorney; brief garnishment research. | 250.00 | 1.20 | 300.00 |
| 04/27/2011 | RMD | Emails with R. Boyd; emails with K. Ellison; preparation for hearing on Arrow's Motion for Entry of Judgement. | 250.00 | 1.80 | 450.00 |
| 04/28/2011 | RMD | Preparation for and attendance in Ft. Lauderdale at hearing on Arrow's Motion for Entry of Judgement Against Garnishee. | 250.00 | 6.30 | 1,575.00 |
| 04/29/2011 | RMD | Telephone conference with Arrow's attorney. | 250.00 | 0.40 | 100.00 |
| 04/30/2011 | RMD | Telephone conference with with R. Boyd. | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | 23.60 | 5,900.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 23.60 | $250.00 | $5,900.00 |

Expenses

| | |
|---|---|
| Tolls/Taxi/Auto Rental | 139.77 |
| Long distance telephone charges | 48.24 |
| Photocopy charges | 21.60 |
| Postage | 6.24 |
| Airfare | 359.40 |
| Total Expenses Through 04/30/2011 | 575.25 |

Advances

| | |
|---|---|
| Online legal research | 70.81 |
| Total Advances Through 04/30/2011 | 70.81 |
| Total Current Work | 6,546.06 |

Southern Sky Air & Tours, LLC

Page: 3
April 30, 2011
Client Matter No:   1639-102M
Statement No:        157864

Arrow Energy, Inc. (Garnishment)

Previous Balance                                                                    $2,481.87

### Payments

| | | |
|---|---|---|
| 04/19/2011 | Advance Payment (Clerk Payment Re: Writ) | -30.64 |
| 04/19/2011 | Expense Payment (Clerk Payment Re: Writ) | -26.23 |
| 04/19/2011 | Fee Payment (Clerk Payment Re: Writ) | -43.13 |
| | Total Payments | -100.00 |
| | Balance Due | $8,927.93 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Attn: Kay Ellison

Page: 1
May 31, 2011
Client Matter No:   1639-102M
Statement No:          158267

Arrow Energy, Inc. (Garnishment)

### Fees

| Date | | Description | Rate | Hours | |
|------|---|-------------|------|-------|---|
| 05/02/2011 | RMD | Preparation of Amended Motion to amend answer to Writ of Garnishment; emails with Arrow's attorney; emails with R. Boyd. | 250.00 | 2.20 | 550.00 |
| 05/03/2011 | RMD | Telephone conference with R. Boyd; emails with R. Boyd; emails with Arrow's attorney. | 250.00 | 0.70 | 175.00 |
| 05/04/2011 | RMD | Telephone conference with R. Boyd. | 250.00 | 0.20 | 50.00 |
| 05/05/2011 | RMD | Emails with R. Boyd; revised amended Motion to Amend Garnishment answer. | 250.00 | 0.60 | 150.00 |
| 05/06/2011 | RMD | E-mails with R. Boyd. | 250.00 | 0.20 | 50.00 |
| 05/09/2011 | RMD | E-mails with R. Boyd. | 250.00 | 0.20 | 50.00 |
| 05/11/2011 | RMD | E-mails with J. Tull; e-mails with R. Boyd; e-mail to Arrow's attorney. | 250.00 | 0.40 | 100.00 |
| 05/13/2011 | RMD | E-mails with R. Boyd; e-mails with Arrow's attorney. | 250.00 | 0.40 | 100.00 |
| 05/17/2011 | RMD | E-mails with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 05/26/2011 | RMD | Receipt and review of e-mail from Arrow's attorney attaching final judgment signed on April 28, 2011; brief appellate research; telephone conference with R. Boyd; preparation of Notice of Appeal. | 250.00 | 1.30 | 325.00 |
| 05/31/2011 | RMD | Conference call with R. Boyd, J. Tull and K. Ellison; | | | |

Page: 2

Southern Sky Air & Tours, LLC

May 31, 2011

Client Matter No:   1639-102M
Statement No:        158267

Arrow Energy, Inc. (Garnishment)

|  | Rate | Hours | |
|---|---|---|---|
| preparation of Motion to Relinquish Jurisdiction. | 250.00 | 1.40 | 350.00 |
| For Current Services Rendered | | 8.00 | 2,000.00 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 8.00 | $250.00 | $2,000.00 |

## Expenses

| | |
|---|---|
| Tolls/Taxi/Auto Rental | 49.88 |
| Overnight Delivery | 13.50 |
| Long distance telephone charges | 27.89 |
| Photocopy charges | 2.40 |
| Postage | 0.88 |
| Meals | 22.74 |
| Parking | 16.00 |
| Total Expenses Through 05/31/2011 | 133.29 |

## Advances

| | |
|---|---|
| Clerk of Court | 400.00 |
| Total Advances Through 05/31/2011 | 400.00 |
| Total Current Work | 2,533.29 |
| Previous Balance | $8,927.93 |
| Balance Due | $11,461.22 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Page: 1
June 30, 2011
Client Matter No:    1639-102M
Statement No:         158825

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 06/01/2011 | RMD | Telephone conferences with R. Boyd; preparation of Motion to Relinquish Jurisdiction. | 250.00 | 1.40 | 350.00 |
| 06/02/2011 | RMD | Revised Motion to Relinquish Jurisdiction; e-mails with Arrow's attorney. | 250.00 | 1.50 | 375.00 |
| 06/03/2011 | RMD | Preparation of Motion Relinquish Jurisdiction; e-mails with Arrow's attorney. | 250.00 | 0.80 | 200.00 |
| 06/08/2011 | RMD | Preparation of Motion to Relinquish Jurisdiction; e-mails with Arrow's attorney. | 250.00 | 2.00 | 500.00 |
| 06/09/2011 | RMD | Preparation of Motion to Relinquish Jurisdiction; e-mails with Arrow's attorney; e-mails with R. Boyd. | 250.00 | 1.60 | 400.00 |
| 06/14/2011 | HD | Preparation of Docketing Statement. | 125.00 | 0.50 | 62.50 |
| 06/16/2011 | RMD | Preparation of docketing statement. | 250.00 | 0.30 | 75.00 |
| 06/17/2011 | RMD | Receipt and review of notice from clerk; e-mails with Arrow's attorney; e-mails with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 06/20/2011 | RMD | Preparation of docketing statement for appeal. | 250.00 | 0.30 | 75.00 |
| 06/22/2011 | RMD | Review 4th District Court of Appeal docket; e-mail to R. Boyd; begin preparation of Motion for Rehearing. | 250.00 | 1.00 | 250.00 |
| 06/27/2011 | RMD | Receipt and review of Order granting our Motion to Relinquish Jurisdiction; review Request for Production; e-mail | | | |

Page: 2
Southern Sky Air & Tours, LLC

June 30, 2011
Client Matter No:   1639-102M
Statement No:        158825

Arrow Energy, Inc. (Garnishment)

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | to R. Boyd. | 250.00 | 0.70 | 175.00 |
| 06/28/2011 | RMD | Preparation of Motion for Rehearing; receipt and review of fuel audit spreadsheets; telephone conference with Arrow's attorney. | 250.00 | 1.50 | 375.00 |
| 06/29/2011 | RMD | Preparation for Motion for Rehearing; telephone conference with K. Ellison; conference call with K. Ellison, J. Tull and R. Boyd; receipt and review of documents from R. Boyd; preparation of discovery responses. | 250.00 | 3.80 | 950.00 |
| 06/30/2011 | RMD | Review documents and preparation of response to Arrow's Request for Production; telephone conference with Arrow's attorney; e-mails with Arrow's attorney; preparation of Motion for Rehearing. | 250.00 | 4.30 | 1,075.00 |
| | | For Current Services Rendered | | 20.10 | 4,962.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 19.60 | $250.00 | $4,900.00 |
| Heather Durham | 0.50 | 125.00 | 62.50 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 80.92 |
| Photocopy charges | 25.40 |
| Postage | 7.36 |
| Total Expenses Through 06/30/2011 | 113.68 |

### Advances

| | |
|---|---|
| Clerk of Court | 174.80 |
| Online legal research | 44.39 |
| Total Advances Through 06/30/2011 | 219.19 |
| Total Current Work | 5,295.37 |
| Previous Balance | $11,461.22 |
| Balance Due | $16,756.59 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC  29577

Page: 1
July 31, 2011
Client Matter No:   1639-102M
Statement No:        159221

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

<u>Fees</u>

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 07/01/2011 | RMD | Preparation of affidavit of R. Rose; preparation of Motion for Rehearing; e-mails with K. Ellison; e-mails with R. Rose; telephone conference with R. Rose. | 250.00 | 4.20 | 1,050.00 |
| 07/06/2011 | RMD | E-mails with AFI's attorney. | 250.00 | 0.60 | 150.00 |
| 07/07/2011 | RMD | Preparation for hearing on our Motion for Rehearing. | 250.00 | 0.70 | 175.00 |
| 07/08/2011 | RMD | E-mails with Arrow's attorney; preparation for hearing on our Motion for Rehearing. | 250.00 | 1.30 | 325.00 |
| 07/11/2011 | RMD | Preparation for hearing on our Motion for Rehearing. | 250.00 | 0.70 | 175.00 |
| 07/14/2011 | RMD | Preparation for hearing on our Motion for Rehearing. | 250.00 | 0.80 | 200.00 |
| 07/19/2011 | RMD | Telephone conference with R. Boyd; e-mail to R. Boyd; preparation for hearing on our Motion for Rehearing. | 250.00 | 0.70 | 175.00 |
| 07/20/2011 | RMD | Letter to Judge; preparation for hearing on our Motion for Reconsideration. | 250.00 | 0.70 | 175.00 |
| 07/21/2011 | RMD | Telephone conference with R. Boyd; preparation for hearing on our Motion for Rehearing. | 250.00 | 0.60 | 150.00 |
| 07/22/2011 | RMD | E-mails with R. Boyd; preparation of Motion to Amend Garnishment Answer; preparation of Amended Answer. | 250.00 | 1.40 | 350.00 |
| 07/28/2011 | RMD | Receipt and review of affidavit of S. Wagner; preparation for hearing on our Motion for Rehearing; e-mails with R. Rose. | 250.00 | 1.30 | 325.00 |

Southern Sky Air & Tours, LLC

Page: 2
July 31, 2011
Client Matter No:   1639-102M
Statement No:   159221

Arrow Energy, Inc. (Garnishment)

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 07/29/2011 | RMD | Preparation for hearing on our Motion for Rehearing; receipt and review of Arrow's affidavit and memo in opposition to our Motion for Rehearing. | 250.00 | 2.20 | 550.00 |
|  |  | For Current Services Rendered |  | 15.20 | 3,800.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 15.20 | $250.00 | $3,800.00 |

### Expenses

| | |
|---|---|
| Overnight Delivery | 19.33 |
| Overnight Delivery | 18.47 |
| Long distance telephone charges | 25.71 |
| Photocopy charges | 43.60 |
| Postage | 10.28 |
| Airfare | 379.40 |
| Total Expenses Through 07/31/2011 | 496.79 |

### Advances

| | |
|---|---|
| Clerk of Court | 45.70 |
| Online legal research | 131.08 |
| Total Advances Through 07/31/2011 | 176.78 |
| Total Current Work | 4,473.57 |
| Previous Balance | $16,756.59 |
| Balance Due | $21,230.16 |

Taxpayer ID Number: 59-3660766