# ATTORNEY'S AFFIDAVIT
# PART 2 OF 2

# (13 OF 61 PAGES)

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC  
1600 N. Oak Street, Suite B  
Myrtle Beach SC 29577

Page: 1  
August 31, 2011  
Client Matter No: 1639-102M  
Statement No: 159633

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2011 | RMD | Preparation for and attendance at hearing on our Motion for Rehearing. | 250.00 | 6.20 | 1,550.00 |
| 08/10/2011 | RMD | Emails with Arrow's attorney; review order denying rehearing; telephone conference with R. Boyd; research bond issues; conference call with client. | 250.00 | 1.60 | 400.00 |
|  | HD | Telephone conference with Judge's Chambers regarding entry of order on motion for rehearing; telephone conference with plaintiff's attorney inquiring as to receipt of Court's order; receipt and review of order denying motion for rehearing. | 125.00 | 0.50 | 62.50 |
| 08/15/2011 | RMD | Telephone conferences with Arrow's attorney. | 250.00 | 0.40 | 100.00 |
| 08/22/2011 | RMD | Receipt and review of Request for Production; telephone conference with Arrow's attorney. | 250.00 | 0.50 | 125.00 |
| 08/23/2011 | RMD | Lengthy conference call with client; research garnishment issues. | 250.00 | 1.30 | 325.00 |
| 08/24/2011 | RMD | Preparation of Notice of Filing Order on rehearing; e-mails with Arrows' attorney. | 250.00 | 0.50 | 125.00 |
| 08/25/2011 | HD | Assist in preparation of and filing our Notice to the Court filing certified copy of the Order Denying our Motion for Rehearing. | 125.00 | 1.10 | 137.50 |
|  | RMD | Receipt and review of Arrow's Motion to Dismiss Appeal; research. | 250.00 | 0.80 | 200.00 |
| 08/26/2011 | HD | Email to R. Dunetz forwarding copy of our Notice of Filing. | 125.00 | 0.20 | 25.00 |

|  |  |  |  | Page: 2 |
|---|---|---|---|---|
| Southern Sky Air & Tours, LLC |  |  |  | August 31, 2011 |
|  |  |  | Client Matter No: | 1639-102M |
|  |  |  | Statement No: | 159633 |
| Arrow Energy, Inc. (Garnishment) |  |  |  |  |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 08/29/2011 | RMD | Preparation of response to Arrow's Motion to Dismiss Appeal. | 250.00 | 1.10 | 275.00 |
| 08/31/2011 | RMD | Preparation of response to Motion to Dismiss Appeal. | 250.00 | 0.50 | 125.00 |
|  |  | For Current Services Rendered |  | 14.70 | 3,450.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 12.90 | $250.00 | $3,225.00 |
| Heather Durham | 1.80 | 125.00 | 225.00 |

### Expenses

| Tolls/Taxi/Auto Rental | 40.00 |
|---|---|
| Long distance telephone charges | 70.48 |
| Photocopy charges | 3.00 |
| Postage | 1.52 |
| Parking | 18.00 |
| Total Expenses Through 08/31/2011 | 133.00 |

### Advances

| Transcription fees | 150.00 |
|---|---|
| Total Advances Through 08/31/2011 | 150.00 |

| Total Current Work | 3,733.00 |
|---|---|
| Previous Balance | $21,230.16 |
| Balance Due | $24,963.16 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach SC  29577

Page: 1
September 30, 2011
Client Matter No:   1639-102M
Statement No:       160242

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/01/2011 | RMD | Review Arrow's Motion to Dismiss Appeal; preparation of response to Arrow's Motion to Dismiss Appeal. | 250.00 | 2.60 | 650.00 |
| 09/02/2011 | RMD | Telephone conferences with Arrow's attorney; telephone conference with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 09/06/2011 | RMD | Lengthy telephone conference with Arrow's attorney concerning garnishment and appeal. | 250.00 | 1.00 | 250.00 |
| 09/07/2011 | RMD | Preparation of response to Arrow's Motion to Dismiss. | 250.00 | 0.80 | 200.00 |
| 09/08/2011 | RMD | Telephone conference with R. Boyd; telephone conferences with Arrow's attorney. | 250.00 | 0.50 | 125.00 |
| 09/09/2011 | RMD | Lengthy telephone conference with Arrow's attorney; receipt and review of e-mail from Arrow's attorney; e-mails with K. Ellison. | 250.00 | 1.30 | 325.00 |
| 09/12/2011 | RMD | Review docket and determine garnishment pleadings to obtain. | 250.00 | 0.60 | 150.00 |
| 09/14/2011 | RMD | Telephone conferences with R. Boyd. | 250.00 | 0.40 | 100.00 |
| 09/20/2011 | RMD | Preparation of Motion to Set Bond Amount. | 250.00 | 0.50 | 125.00 |
| 09/21/2011 | RMD | Preparation of Motion of Protective Order Regarding Financial Discovery; research and preparation of Motion to Set Bond Amount; telephone conference with R. Boyd. | 250.00 | 4.50 | 1,125.00 |

|  |  |
|---|---|
| Southern Sky Air & Tours, LLC | Page: 2<br>September 30, 2011 |
|  | Client Matter No: 1639-102M |
|  | Statement No: 160242 |
| Arrow Energy, Inc. (Garnishment) |  |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 09/30/2011 | RMD Telephone conferences with R. Boyd; telephone conferences with Arrow's attorney; e-mails with Arrow's attorney; receipt and review of faxes from Arrow's attorney. | 250.00 | 1.40 | 350.00 |
|  | For Current Services Rendered |  | 14.00 | 3,500.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 14.00 | $250.00 | $3,500.00 |

Expenses

| | |
|---|---|
| Overnight Delivery | 17.53 |
| Long distance telephone charges | 85.17 |
| Photocopy charges | 16.60 |
| Postage | 5.72 |
| Total Expenses Through 09/30/2011 | 125.02 |

Advances

| | |
|---|---|
| Clerk of Court | 5.00 |
| Online legal research | 66.69 |
| Total Advances Through 09/30/2011 | 71.69 |
| Total Current Work | 3,696.71 |
| Previous Balance | $24,963.16 |

Payments

| | | |
|---|---|---|
| 09/14/2011 | Fee Payment | -2,381.87 |
| 09/14/2011 | Advance Payment | -70.81 |
| 09/14/2011 | Expense Payment | -29.19 |
| | Total Payments | -2,481.87 |
| | Balance Due | $26,178.00 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| Southern Sky Air & Tours, LLC | Page: 1 |
| 1600 N. Oak Street, Suite B | October 31, 2011 |
| Myrtle Beach SC 29577 | Client Matter No: 1639-102M |
|  | Statement No: 160588 |

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/06/2011 | RMD | Preparation of Motion to Set Bond and Stay Execution. | 250.00 | 0.70 | 175.00 |
| 10/07/2011 | MTF | Conference with R. Dees regarding status of case and strategy to contest ownership of funds held by garnishee. | 225.00 | 0.50 | 112.50 |
|  | RMD | Telephone conferences with R. Boyd; preparation of Motion to Set Bond and Stay Execution; preparation of affidavit of ownership of garnished funds. | 250.00 | 2.30 | 575.00 |
| 10/10/2011 | RMD | Preparation of affidavit of ownership of $104,000 in SunTrust; preparation for hearing on our Motion to Set Bond. | 250.00 | 1.10 | 275.00 |
| 10/12/2011 | RMD | Preparation for hearing on our Motion to Set Bond Amount and for Stay of Execution; preparation of proposed Order. | 250.00 | 3.40 | 850.00 |
| 10/13/2011 | RMD | Preparation for and attendance at hearing on our Motion to Set Bond and for stay. | 250.00 | 5.20 | 1,300.00 |
| 10/14/2011 | RMD | Telephone conferences with R. Boyd; research bonding requirements. | 250.00 | 0.60 | 150.00 |
| 10/18/2011 | RMD | Receipt and review of Order granting our Motion to Set Bond; assist in obtaining supersedeas bond. | 250.00 | 0.80 | 200.00 |
| 10/19/2011 | RMD | E-mails with R. Boyd. | 250.00 | 0.30 | 75.00 |
| 10/20/2011 | HD | Prepare Record on Appeal; review Court's index to determine what we need to supplement the record. | 125.00 | 2.10 | 262.50 |
| 10/21/2011 | RMD | Telephone conference with Jurisco; telephone conference with |  |  |  |

|  |  |  |  | Page: 2 |
|---|---|---|---|---|
| Southern Sky Air & Tours, LLC |  |  |  | October 31, 2011 |
|  |  |  | Client Matter No: | 1639-102M |
|  |  |  | Statement No: | 160588 |
| Arrow Energy, Inc. (Garnishment) |  |  |  |  |

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  |  | R. Boyd; e-mails with R. Boyd. | 250.00 | 0.80 | 200.00 |
| 10/24/2011 | RMD | Telephone conference with M. Baldwin; e-mails with Jurisco regarding bond; preparation of Motion for Supplement Record on Appeal. | 250.00 | 1.00 | 250.00 |
|  | HD | Prepare motion to supplement record in appeal matter and notice of filing transcript of motion for rehearing proceeding in lower court case. | 125.00 | 1.40 | 175.00 |
| 10/25/2011 | RMD | Telephone conference with Jurisco; e-mails with courier; telephone conference with M. Balding; preparation of appeal brief; preparation of Motion for Supplement Record on Appeal. | 250.00 | 2.40 | 600.00 |
| 10/26/2011 | RMD | Preparation of Motion for Supplement Record on appeal; e-mails with Arrow's attorney. | 250.00 | 1.00 | 250.00 |
|  | HD | Review email from Arrow Energy's counsel regarding comments concerning our motion to supplement; revise motion to supplement to add additional pleadings. | 125.00 | 0.70 | 87.50 |
| 10/27/2011 | RMD | Preparation of initial brief. | 250.00 | 1.00 | 250.00 |
|  | HD | Finalize and filing our motion to supplement; letter to Fourth District Court of Appeal; finalizing and filing original hearing transcript with the trial court. | 125.00 | 0.50 | 62.50 |
|  |  | For Current Services Rendered |  | 25.80 | 5,850.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Robert M. Dees | 20.60 | $250.00 | $5,150.00 |
| Michael T. Fackler | 0.50 | 225.00 | 112.50 |
| Heather Durham | 4.70 | 125.00 | 587.50 |

Expenses

| | |
|---|---:|
| Tolls/Taxi/Auto Rental | 33.97 |
| Overnight Delivery | 13.39 |
| Long distance telephone charges | 47.86 |
| Photocopy charges | 48.40 |
| Postage | 8.92 |
| Airfare | 391.40 |
| Lodging | 166.49 |
| Total Expenses Through 10/31/2011 | 710.43 |

|  |  |
|---|---|
| Southern Sky Air & Tours, LLC | Page: 3 |
|  | October 31, 2011 |
|  | Client Matter No:   1639-102M |
|  | Statement No:   160588 |
| Arrow Energy, Inc. (Garnishment) |  |

### Advances

| | |
|---|---|
| Clerk of Court | 8.50 |
| Processor fee | 75.00 |
| Online legal research | 25.00 |
| Transcription fees | 95.00 |
| Total Advances Through 10/31/2011 | 203.50 |
| Total Current Work | 6,763.93 |
| Previous Balance | $26,178.00 |
| Balance Due | $32,941.93 |

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

|  |  |
|---|---|
| | Page: 1 |
| Southern Sky Air & Tours, LLC | November 30, 2011 |
| 1600 N. Oak Street, Suite B | Client Matter No:   1639-102M |
| Myrtle Beach  SC  29577 | Statement No:          160959 |

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

| | |
|---|---|
| Previous Balance | $32,941.93 |
| Balance Due | $32,941.93 |

Taxpayer ID Number: 59-3660766

MILAM HOWARD NICANDRI DEES & GILLAM, P.A.
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach SC 29577

Page: 1
December 31, 2011
Client Matter No: 1639-102M
Statement No: 161334

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 12/02/2011 | HD | Telephone conference with Clerk of Fourth District Court of Appeal; telephone conference with court reporter's office regarding CD of transcript for hearing on our Motion for Rehearing. | 125.00 | 0.30 | 37.50 |
| 12/05/2011 | RMD | Telephone conference with clerk's office; e-mail to Arrow's attorney; e-mails with R. Boyd. | 250.00 | 0.70 | 175.00 |
| 12/06/2011 | RMD | Review docket regarding granting Motion for Supplemental Record on Appeal. | 250.00 | 0.20 | 50.00 |
| 12/07/2011 | HD | Telephone conference with Fourth District Court of Appeal regarding Order on our Motion to Supplement; preparation of revised Motion for Extension of Time. | 125.00 | 0.60 | 75.00 |
| 12/08/2011 | HD | Assist in preparation of and filing Motion for Extension of Time to File Initial Brief. | 125.00 | 1.00 | 125.00 |
| | RMD | Preparation of Motion for Extension of Time to file initial brief. | 250.00 | 0.30 | 75.00 |
| 12/28/2011 | RMD | Preparation of initial brief. | 250.00 | 1.10 | 275.00 |
| 12/29/2011 | RMD | Preparation of initial brief. | 250.00 | 1.10 | 275.00 |
| | | For Current Services Rendered | | 5.30 | 1,087.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 3.40 | $250.00 | $850.00 |
| Heather Durham | 1.90 | 125.00 | 237.50 |

|  |  |
|---|---:|
|  | Page: 2 |
| Southern Sky Air & Tours, LLC | December 31, 2011 |
|  | Client Matter No:  1639-102M |
|  | Statement No:  161334 |
| Arrow Energy, Inc. (Garnishment) |  |

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 1.95 |
| Total Expenses Through 12/31/2011 | 1.95 |

### Advances

| | |
|---|---:|
| Processor fee | 136.00 |
| Total Advances Through 12/31/2011 | 136.00 |
| Total Current Work | 1,225.45 |
| Previous Balance | $32,941.93 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 01/03/2012 | Advance Payment | -400.00 |
| 01/03/2012 | Advance Payment | -219.19 |
| 01/03/2012 | Advance Payment | -176.78 |
| 01/03/2012 | Advance Payment | -150.00 |
| 01/03/2012 | Advance Payment | -71.69 |
| 01/03/2012 | Advance Payment | -203.50 |
| 01/03/2012 | Expense Payment | -546.06 |
| 01/03/2012 | Expense Payment | -133.29 |
| 01/03/2012 | Expense Payment | -113.68 |
| 01/03/2012 | Expense Payment | -496.79 |
| 01/03/2012 | Expense Payment | -133.00 |
| 01/03/2012 | Expense Payment | -125.02 |
| 01/03/2012 | Expense Payment | -710.43 |
| 01/03/2012 | Fee Payment | -5,900.00 |
| 01/03/2012 | Fee Payment | -620.57 |
|  | Total Payments | -10,000.00 |
|  | Balance Due | $24,167.38 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach  SC 29577

Page: 1
January 31, 2012
Client Matter No: 1639-102M
Statement No: 161658

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 01/03/2012 | RMD | Preparation of initial brief; telephone conference with clerk's office; preparation of notice to court regarding supplemental record on appeal. | 250.00 | 2.40 | 600.00 |
|  | HD | Preparation of Notice to Court regarding Supplementation of Record. | 125.00 | 0.50 | 62.50 |
| 01/04/2012 | HD | Preparation of and serving our Motion for Extension of Time to Serve Initial Brief; telephone conference with court reporter regarding transcript needed in order to supplement Record on Appeal. | 125.00 | 0.90 | 112.50 |
| 01/05/2012 | RMD | E-mails with Arrow's attorney; filing Motion for Extension for Initial Brief. | 250.00 | 0.30 | 75.00 |
| 01/09/2012 | HD | Receipt of letter from Clerk's office enclosing Supplemental Record and arranging for payment of same. | 125.00 | 0.30 | 37.50 |
| 01/19/2012 | RMD | Preparation of initial brief. | 250.00 | 1.30 | 325.00 |
| 01/20/2012 | RMD | Preparation of initial brief regarding deposition. | 250.00 | 1.30 | 325.00 |
| 01/23/2012 | RMD | Preparation of initial brief. | 250.00 | 2.70 | 675.00 |
| 01/24/2012 | RMD | Preparation of initial brief. | 250.00 | 3.50 | 875.00 |
|  | HD | Assist in preparation of Initial Brief. | 125.00 | 2.00 | 250.00 |
| 01/25/2012 | RMD | Preparation of initial brief. | 250.00 | 5.60 | 1,400.00 |
|  | HD | Continue assisting in final preparation of Initial Brief; review Fourth DCA's filing requirements for same. | 125.00 | 4.10 | 512.50 |

Southern Sky Air & Tours, LLC

Page: 2
January 31, 2012
Client Matter No: 1639-102M
Statement No: 161658

Arrow Energy, Inc. (Garnishment)

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/26/2012 | RMD | Final preparation of serving initial brief. | 250.00 | 5.80 | 1,450.00 |
| | PMR | Assist with preparation of initial appellate brief. | 275.00 | 1.20 | 330.00 |
| | HD | Assist in final preparation of and serving our Initial Brief; email to appeals court furnishing Initial Brief in compliance with administrative rules. | 125.00 | 3.60 | 450.00 |
| | | For Current Services Rendered | | 35.50 | 7,480.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 22.90 | $250.00 | $5,725.00 |
| Paul M. Renner | 1.20 | 275.00 | 330.00 |
| Heather Durham | 11.40 | 125.00 | 1,425.00 |

Expenses

| | |
|---|---|
| Overnight Delivery | 19.22 |
| Long distance telephone charges | 2.39 |
| Photocopy charges | 19.20 |
| Postage | 3.66 |
| Total Expenses Through 01/31/2012 | 44.47 |

Advances

| | |
|---|---|
| Online legal research | 25.00 |
| Total Advances Through 01/31/2012 | 25.00 |
| Total Current Work | 7,549.47 |
| Previous Balance | $24,167.38 |
| Balance Due | $31,716.85 |

Taxpayer ID Number: 59-3660766

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**
14 East Bay Street
Jacksonville, Florida 32202
Phone: (904) 357-3660
Facsimile: (904) 357-3661

Southern Sky Air & Tours, LLC
1600 N. Oak Street, Suite B
Myrtle Beach SC 29577

Page: 1
February 29, 2012
Client Matter No: 1639-102M
Statement No: 162129

Attn: Kay Ellison

Arrow Energy, Inc. (Garnishment)

Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/17/2012 | RMD | E-mails with Arrow's attorney. | 250.00 | 0.30 | 75.00 |
| 02/23/2012 | RMD | Receipt and review of Arrow's Motion for Extension; review docket. | 250.00 | 0.30 | 75.00 |
| | | For Current Services Rendered | | 0.60 | 150.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 0.60 | $250.00 | $150.00 |

Advances

| | |
|---|---|
| Transcription fees | 40.00 |
| Total Advances Through 02/29/2012 | 40.00 |
| Total Current Work | 190.00 |
| Previous Balance | $31,716.85 |
| Balance Due | $31,906.85 |

Taxpayer ID Number: 59-3660766