# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>**d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid:

**Order and Notice Regarding Bar Date For Filing Chapter 11**
**Administrative Expense Claims.**
**(Chapter 11 Administrative Claim Bar Date - July 31, 2012)**

Dated: May 25, 2012

/s/ Gina M. Barbieri
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Allegiant Airlines Fuel Division<br>8360 S. Durango Drive<br>Las Vegas, NV 89113<br>(Interested Party) | Av Fuel<br>P. O. Box 67000<br>Detroit, MI 48267<br>(Interested Party) | Aviation Advantage, Inc.<br>1755 the Exchange<br>Suite 300<br>Atlanta, GA 30339<br>(Interested Party) |
| Catlin Insurance Company, Inc.<br>3400 Peachtree Road, N.E.<br>Tower Place 100, Suite 2950<br>Atlanta, GA 30326<br>(Interested Party) | DA Consulting<br>980 N. Michigan Ave., #1210<br>Chicago, IL 60611-4523<br>(Interested Party) | Eastern Fuel<br>3552 Withey Avenue<br>Hamden, CT 06518<br>(Interested Party) |
| Employee Innovative Network LLC<br>113 Goff Mountain Road<br>Suite 13<br>Charleston, WV 25313<br>(Interested Party) | Epic B-P<br>1 St. James Square<br>London SW1Y 4PD<br>(Interested Party) | JetStream Ground Services, Inc.<br>P. O. Box 369<br>Jupiter, FL 33468<br>(Interested Party) |
| Lane Aviation Corp.<br>2295 John Circle Drive<br>Columbus, OH 43217<br>(Interested Party) | Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02117<br>(Interested Party) | North American Bancard<br>250 Stephenson Highway<br>Troy, MI 48083<br>(Interested Party) |
| Oak Investment Group, LLC<br>208 S. LaSalle Street<br>Suite 1666<br>Chicago, IL 60604<br>(Interested Party) | Swissport Gound Handlers<br>Swissport USA, Inc.<br>4200 S. Cargo Dr., Bldg. D<br>Atlanta, GA 30320<br>(Interested Party) | |