FILED
IN CLERK'S OFFICE

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

2012 MAY 29 P 1: 50

BANKRUPTCY COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Southern Sky Air & Tours, LLC | ) | Case No. 12-40944 |
| | ) | |
| Debtor. | ) | Judge: Melvin S. Hoffman |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Brian P. Hall and the law firm of Smith, Gambrell & Russell, LLP hereby enters his appearance as counsel on behalf of Wells Fargo Bank, N.A. ("Wells Fargo") in the above-styled case and further requests service of papers pursuant to Bankruptcy Rule 2002. Wells Fargo hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509
Electronic mail: bhall@sgrlaw.com

Dated: May 17, 2012

SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Attorneys for Wells Fargo Bank, N.A.

Respectfully submitted,

By: _____
Brian P. Hall
Georgia Bar No. 318171

CORP\1364987.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

Southern Sky Air & Tours, LLC
d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
*(Debtor)*

Alan L. Braunstein
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
*(Counsel to the Debtor)*

Richard King
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
*(Assistant U.S. Trustee)*

Joseph H. Baldiga
Gina M. Barbieri
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
*(Chapter 7 Trustee)*

This 17th day of May, 2012.

SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Attorneys for Wells Fargo Bank, N.A.

Respectfully submitted,

By: /s/ Brian P. Hall
Brian P. Hall
Georgia Bar No. 318171

CORP\1364987.1