UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

Upon the application dated May 11, 2012 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), to employ as accountant, Craig R. Jalbert and Verdolino & Lowey, P.C. (collectively, the "Accountant"), and upon the Affidavit of Accountant attached to said Application, and it appearing that the Accountant is qualified to provide accounting services on behalf of the Trustee, and it appearing that the Accountant neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of Bankruptcy Code § 101(14) and that the employment of the Accountant is in the best interests of the estate, it is hereby:

ORDERED, that the Trustee is authorized to employ Craig R. Jalbert and Verdolino & Lowey, P.C. to serve as accountant in the above-captioned Chapter 7 proceeding and to perform all of the services described in the Application. All compensation and expenses are subject to Court approval.

Dated: 05/30/2012

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A1990465.DOC}