# EXHIBIT A

B6B (Official Form 6B) (12/07)

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air** _____,   Case No. ___**12-40944 (MSH)**___

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | See Schedule 11 of Statement of Financial Affairs | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Schedule 11 of Statement of Financial Affairs | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response | - | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | - | | - | 0.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See answer to # 28 | - | 0.00 |
| 6. Wearing apparel. | - | | - | 0.00 |
| 7. Furs and jewelry. | - | | - | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | - | | - | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response. However, other than the Debtor's general liability insurance, see attached Surety Bond Information from Platte River Insurance Company | - | 151,000.00 |
| 10. Annuities. Itemize and name each issuer. | | Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response | - | 0.00 |

|  | Sub-Total >   (Total of this page) | 151,000.00 |
|---|---|---|

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Southern Sky Air & Tours, LLC d/b/a Direct Air**    Case No.    **12-40944 (MSH)**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | - | | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | - | | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | - | | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | - | | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | - | | - | 0.00 |
| 16. Accounts receivable. | | Upon information and belief, accrounts receivable was on the balance sheet as of the close in October and was carried forward. | - | 33,030.10 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | - | | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Avondale does not have sufficent access to the Debtor's financial information to provide a definitive response | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | - | | - | 0.00 |

|  | Sub-Total > | 33,030.10 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**          Case No.   __12-40944 (MSH)__
                                                          ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response. However, see Schedule 4 of Statement of Financial Affairs.** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Suspended DOT License; see list in Schedule G** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **See Schedule F; No sufficient information as to value** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | - | | - | 0.00 |
| 26. Boats, motors, and accessories. | - | | - | 0.00 |
| 27. Aircraft and accessories. | - | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | **Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response.**<br><br>**See attached list of station assets**<br><br>**Office Furniture, fixtures and Equipment in corporate offices in Myrtle Beach (1600 Oak Street, Myrtle Beach, SC 29577)- detailed listing is not available  (Estimated at $15K)**<br><br>**Office Furniture, fixtures and Equipment in leased reservation center in West Virginia (1334 Ritter Avenue, Glen Daniels, WV 25832)- detailed listing is not available  (Estimated at $30K)** | - | 45,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See answer to # 28** | - | 0.00 |
| 30. Inventory. | - | | - | 0.00 |
| | | | Sub-Total ><br>(Total of this page) | 45,000.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Southern Sky Air & Tours, LLC d/b/a Direct Air**                          Case No.   **12-40944 (MSH)**

                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| 31.  Animals. | - | | - | 0.00 |
| 32.  Crops - growing or harvested. Give particulars. | - | | - | 0.00 |
| 33.  Farming equipment and implements. | - | | - | 0.00 |
| 34.  Farm supplies, chemicals, and feed. | - | | - | 0.00 |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Avondale does not have sufficient access to the Debtor's financial information to provide a definitive response** | - | 0.00 |

| | |
|---|---:|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 229,030.10 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# VERIFICATION CERTIFICATE

__Platte  River  Insurance  Company__   (hereinafter  called  the  Surety),  hereby  confirms  that  its

Surety Bond numbered  __41087482__ , in the amount of $  __151,000.00__ , on behalf of
__Southern Sky Air & Tours dba__                              __Myrtle Beach, Horry County International Airport__
__Myrtle Beach Direct Air & Tours__ (Principal) in favor of __Department of Airports__ , (Obligee) with an

original effective date of  __January 25, 2007__   is still in full force and effect subject to the terms,

conditions and limitations of said bond.

     This verification certificate is executed upon the express condition that the Surety's liability under said bond, together with this and all previous verification certificates shall not be cumulative and shall in no event exceed the amount specifically set forth in said bond or any existing certificate changing the amount of said bond.

Signed, sealed and dated:  __December 7, 2011__ .

           Surety:   **Platte River Insurance Company**

By: _____
         Alejandro Navarro , Attorney-in-Fact

# MYRTLE BEACH DIRECT AIR

| Corporate Office | P-843-916-9700 | | F-843-448-7920 | 1600 Oak Street | Myrtle Beach, SC 29577 |
|---|---|---|---|---|---|
| Primary Contact | Kay Ellison | C-304-237-4905 | | kellison@myrtlebeachdirectair.com | |
| Director of Stations | Pat Small | C-770-842-6423 | | psmall@myrtlebeachdirectair.com | |
| Direct Air Operations | | P-877-496-8929 | | corporps@myrtlebeachdirectair.com | |
| Reservations | Shawn/MaryAnn | P-304-252-8606 | F-304-252-8608 | Toll Free # 1877-432-3473 | |

## ABE - Lehigh Valley Int'l Airport

### Passenger Service

| Above Wing | Lehigh Valley Aviation | | | | |
|---|---|---|---|---|---|
| St Mgr/Rep | Connie Phillip | P-610-231-3113 | C-484-239-5173 | | cphillip@lnaa.com |
| Direct Air Tkt Ctr | P-610-231-3113 | F-610-231-3114 | | | |
| Operations | P-610-231-3113 | P-610-231-5264 | F-610-231-3114 | | abeops@lnaa.com |
| Airport Authority | Susan Kittle | P-610-231-5286 | C-484-357-6808 | F-610-264-0115 | skittle@lnaa.com |
| TSA | Chris Murgia | P-610-231-1783 | C-484-225-3426 | | |
| TSA Checkpoint | P-610-231-5185 | P-610-231-5188 | | | |

### Ground Handling

| Below Wing | Lehigh Valley Aviation | | | | |
|---|---|---|---|---|---|
| Mgr/Rep | Connie Phillip | P-610-231-3113 | C-484-239-5173 | | cphillip@lnaa.com |
| Radio Frequency | 122.95 | | | | |

### Fuel / Services

| Fueler-Chemoil Dispatch - 954-462-7375 | | F-954-462-7375 | Scott Bradley | 954-258-0113 | Scott.Bradley@chemoil.com |
|---|---|---|---|---|---|
| Into-Plane Agent | Shelley Hanson | P-610-231-5271 | F-610-231-5257 | | |
| Deicing | Lehigh Valley Aviation Services | | | | |
| Contact | LVAS/AIRPORT | P-610-231-3113 | | | |
| Alternate Contact | LVAS/FBO | P-610-266-7343 | | | |
| Shipping Address | Direct Air / LVIA | | | | |
| | Attn: Connie Phillip | | | | |
| | 3311 Airport Road | | | | |
| | Allentown, PA 18109-3040 | | | | |
| | | | | | |
| Communication Center 24hrs P-610-266-6000 | | Admin P-610-266-6001 | | M-F 8-4:30pm | F-610-264-0115 |
| Ground Transportation | Alamo | 610-264-5535 | AVIS | 610-264-4450 | |
| | Budget | 610-264-0667 | Dollar | 610-231-8777 | |
| | Enterprise | 610-266-4081 | Hertz | 610-264-4571 | |
| Diversion Cities | AVP Aviation Tech | OPS 570-457-4149 | | Tower 570-451-0267 | Freq |
| | MDT AV Flight | OPS 717-944-4666 | | Tower419-865-5075 | Freq 122.95 |

# ABE - LEHIGH VALLEY INT'L AIRPORT

## Airport Information

| | | |
|---|---|---|
| Longest Runway | RWY 06-24 7600x150 | D-209,000 2D-370,000 |
| ARFF INDEX | C | |
| ASOS | 610-266-3579 | |

## Ground Services

### RAMP | OWNER

| | | | | |
|---|---|---|---|---|
| Tow Bar | 2-737 | 4-MD-80 | 1-Airbus | 1-717 |
| Push Back | 2 | | | |
| Tug | 5 | | | |
| Bag Cart | 8 | | | |
| Belt Loader | 3 | | | |
| Stairs | 0 | | | |
| Ramp-Stairs | 3 | | | |
| Jetbridge | Gates 7 & 8 | | | |
| Airstart | 1 | | | |
| GPU | 2 | | | |
| Airinc Radio | | | | |
| Hand Held Radio | | | | |
| Bag Sizer | 0 | | | |

### TICKET COUNTER

| | | | |
|---|---|---|---|
| Positions | 3 | Airport | Boarding Pass SN# |
| Computer | 3 | Airport | |
| Monitor | 4 | Airport | |
| Keyboards | 4 | Airport | |
| Mouse | 4 | Airport | |
| B-Pass Printer | 4 | Airport | |
| Printer | 1 | Airport | |
| CC Machine | 1 | DA | |
| Stanchions | YES | Airport | |

### OFFICE

| |
|---|
| Computer |
| Printer |
| Monitor |
| Mouse |
| Keyboard |

| Utilities | Supplier |
|---|---|
| Phone | AIRPORT |
| Fax | AIRPORT |
| Data (internet) | AIRPORT |



MYRTLE BEACH
**DIRECT** AIR

| Corporate Office | P-843-916-9700 | F-843-448-7920 | 1600 Oak Street | Myrtle Beach, SC 29577 | |
|---|---|---|---|---|---|
| Primary Contact | Kay Ellison | C-304-237-4905 | | kellison@myrtlebeachdirect.com | |
| Director of Stations | Pat Small | C-770-842-6423 | | psmall@myrtlebeachdirect.com | |
| Direct Air Operations | | P-877-496-8929 | | corpops@myrtlebeachdirect.com | |
| Reservations | Shawn/MaryAnn | P304-252-8606 | F-304-252-8608 | Toll Free # 1877-432-3473 | |

# AZO-Kalamazoo Battle Creek Int'l Airport

## Passenger Service

| Above Wing | Direct Air | | | | |
|---|---|---|---|---|---|
| Direct Air Supv | Carina Shields | C-269-365-8950 | Steve (Ramp Lead) | C-586-212-1415 | supazo1@hotmail.com |
| Direct Air Tkt Ctr | P-269-382-2847 | F-269-929-9025 | | Manifest | azoops@hotmail.com |
| Airport Ops | C-269-998-0698 | | | | |
| Airport Authority | P-269-388-3668 | Cliff Moshoginis | P-269-366-3691 | C-269-720-7678 | |
| Airport Admin | Linda Bunting P-269-366-3008 F-269-388-3667 C-269-492-4875 | | | | |
| TSA | P-269-383-1051 | Airport Security Coordinator-David Reid P-269-366-3690 | | | |
| Airport Police | P-269-345-3110 | Sgt. Williams | 269-366-3007 | | |
| Airport Intern | 269-366-3003 | Ann Simmons | 269-366-3001 | | azoops@hotmail.com |

## Ground Handling

| Below Wing | Direct Air | | | | |
|---|---|---|---|---|---|
| Dir Air Supv | | | F-269-382-2890 | | |
| Radio Frequency | 130.275 | | | | |
| Airport 24hrs | P-269-998-0698 | Tower P-269-345-0316 | ASOA P-269-384-5729   Freq:  121.9 | | |

## Fuel/Services

| Fueler-Chemoil Dispatch-954-462-7375 | F-954-462-7375 | Scott Bradley | 954-258-0113 | Scott.Bradley@chemoil.com |
|---|---|---|---|---|
| Into-Plane Agent | Aviation Express | Brad Shriner | C-989-255-4871 P-989-356-4444 | flyaei@core.com |
| | | | | |
| Deicing | American Eagle Equipment | | Direct Air employees operate AA Eagle equipment | |
| Contact - Mitch Felkey | Kalamazoo/Flint, MI | Mitch.Felkey@aa.com | C-517-403-1214 P-269-768-5116 | |
| Alternate Contact | | | | |
| Shipping Address | Kalamazoo BattleCreek International Airport | | Linda Bunting | 269-366-3008 |
| | Attn: Direct Air | | Admin | C-269-492-4875 |
| | 5235 Portage Road | | | F-269-388-3667 |
| | Kalamazoo, MI 49002 | | | |
| Ground Transport | AVIS | 269-381-0555 | Enterprise | 269-372-1234 |
| | Alamo/National | 734-784-2309x2636 | Hertz | 269-382-4903 |
| Hotel | **Clarion on Sprinkle Rd - Shutte / Breakft | ph: 269-385-3922 | | Mkting Mgr Greg Davis |
| | Country Inn & Suites | P-269-382-2303 | | |
| Diversion Cities | TOL QuickFlight | OPS 419-368-8147 | Tower 419-865-5075 | Freq 130.95 |
| | LAN | OPS 517-321-7000 | Tower 517-321-1355 | Freq 122.95 |
| Radisson | P-269-343-3333 | F-269-381-1560 | | |

# AZO - KALAMAZOO BATTLE CREEK INT'L

## Airport Information

| | | |
|---|---|---|
| Longest Runway | RWY 17-35 6502x150 | D-121,000 2D-240,000 |
| ARFF INDEX | B | |
| ASOS | 269-384-5729 | |

## Ground Services

### RAMP Carina Shields 269-365-8950          OWNER

| | | |
|---|---|---|
| Tow Bar | 0 | |
| Push Back | 0 | |
| Tug | 1 | DA |
| Bag Cart | 4 | DA |
| Belt Loader | 1 | DA |
| Stairs | 0 | |
| Ramp-Stairs | 0 | |
| Jet Bridge | 1 | |
| Airstart | 1 | American- $50.00 each use |
| GPU | 1 | Jetbridge |
| Fuel Truck | 1 | |
| De-Ice | 1 | |
| Airinc Radio | 1 | DA |
| Hand Held Radio | 4 | DA |
| Bag Sizer | 1 | |

### TICKET COUNTER

| | | | |
|---|---|---|---|
| Positions | 3 | DA | Boarding Pass SN#   J4PG301570 |
| Computer | 4 | DA | J4PG301568 |
| Monitor | 4 | DA | J4VD029470 |
| Keyboards | 4 | DA | |
| Mouse | 4 | DA | |
| B-Pass Printer | 3 | DA | |
| Printer | 1 | DA | replaced printer Dec 2011 comat old printer |
| CC Machine | 1 | DA | to PGD |
| Stanchions | 15 | DA | |

### OFFICE

| | | |
|---|---|---|
| Computer | 1 | DA |
| Printer | 1 | DA |
| Monitor | 1 | DA |
| Mouse | 1 | DA |
| Keyboard | 1 | DA |

### Utilities          Supplier

| | |
|---|---|
| Phone | DA |
| Fax | DA |
| Data (internet) | DA |


# MYRTLE BEACH
# DIRECTAIR

| Corporate Office | P-843-916-9700 | | F-843-448-7920 | 1600 Oak Street | Myrtle Beach, SC 29577 |
|---|---|---|---|---|---|
| Primary Contact | Kay Ellison | C-304-237-4905 | | | kellison@myrtlebeachdirectair.com |
| Director of Stations | Pat Small | C-770-842-6423 | | | psmall@myrtlebeachdirectair.com |
| Direct Air Operations | | P-877-496-8929 | | | corpops@myrtlebeachdirectair.com |
| Reservations | Shawn/MaryAnn | P-304-252-8606 | F-304-252-8608 | Toll Free # 1877-432-3473 | |

# EWR - Newark International Airport

## Passenger Service

| Above Wing | ASIG | General Mgr | | | |
|---|---|---|---|---|---|
| Airport Manager | Tom Biland | 973-699-6351 | tom.biland@asig.com | | |
| Pgr Service Mgr | Diane Moultrie | C-973-418-4302 | Diane.Moultrie@ASIG.com | | |
| Supervisor | Evelyn Lopez | Evelyn.Lopez@ASIG.com | | Pascal-Supvisor | 973-622-4791 |
| Pax Serv Mgr | Ian Hutson | 973 390 2678 | | | Ian.Hutson@asig.com |
| Gate | 973-961-6660 | | | | |
| Airport Operatons | P-973-961-2647/2695 | F-973-504-8326 | | | EWROperations@ASIG.com |
| Airport Authority | Steve DeSanto | 973-961-6622 | Duty Mgr 973-961-6995 | | sdesanto@panynj.gov |
| TSA | Lou Illiano | P-973-368-9021 | P-973-368-9022-24hrs | TSA Communication Center 908-787-0556 | |
| Airport Police | P-973-792-7077 | (lost & found, baggage) | | | |
| Manifest | Ian.Hutson@asig.com | Diane.Moultrie@ASIG.com | EWROperations@ASIG.com | | |

## Ground Handling

| Below Wing | ASIG | | | | |
|---|---|---|---|---|---|
| General Mgr | Tom Biland | P-973-848-3235 | | | tom.biland@asig.com |
| Radio Frequency | 130.85 | | | | |

## Fuel Services

| Fueler-Chemoil Dispatch - 954-462-7375 | | F-954-462-7375 | Scott Bradley | 954-258-0113 | Scott.Bradley@chemoil.com |
|---|---|---|---|---|---|
| Into-Plane Agent | EWR Allied | Lisa Yawarski | P-973-961-3690x234 | F-973-242-5241 | Lisa.Yawarski@alliedaviation.com |
| | | | | | |
| Deicing | ASIG | | | | |
| Contact | | P-973-961-2647 | C-973-573-8232 | | brian.giacona@asig.com |
| Shipping Address | ASIG c/o Signature Flt Support | | | | |
| | Newark Liberty Int'l Airport | | | | |
| | Hangar 15 | | | | |
| | Newark, NJ 07114 | | | | |
| Ground Transport | AVIS | 973-961-4300 | Hertz | 973-621-2000 | |
| | Enterprise | 973-242-3400 | National | 973-849-2069 | |
| | | | | | |
| Diversion Cities | ABE LVAS | OPS 610-266-6000 | Tower 610264-4539 | | Freq. 122.95 |
| | AVP Avaiton Tech | Ops 570-457-4149 | Tower 570-451-0267 | | Freq |
| EWR-ASIG HR | 973-848-3258 | | | | |

# EWR

## Airport Information

| | | |
|---|---|---|
| Longest Runway | 04RL-22RL 10000x150 | D-210,000 2D-520,000 |
| ARFF INDEX | E | |
| ASOS | | |

## Ground Services

| RAMP | | OWNER |
|---|---|---|
| Tow Bar | MD-80/88, B717, 727, 737, 747, 757, 767, 777, A318, 319, 320, 321, 330, 340-300, 500, 600 | |
| Push Back | 2 | |
| Tug | 19 | |
| Bag Cart | 33 | |
| Belt Loader | 8 | |
| Stairs | 7' to 15' | |
| Ramp-Stairs | N/A | |
| Jetbridge | Yes | |
| Airstart | 2 | |
| GPU | 3 | |
| Fuel Truck | Yes | |
| De-Ice | Yes | |
| Airinc Radio | Unknown | |
| Hand Held Radio | Unknown | |
| Bag Sizer | 0 | |

| TICKET COUNTER | | | |
|---|---|---|---|
| Positions | 2 | DA | Boarding Pass SN# |
| Computer | Manual ck in | Airport | |
| Monitor | Manual ck in | Airport | |
| Keyboards | Manual ck in | Airport | |
| Mouse | Manual ck in | Airport | |
| B-Pass Printer | Manual ck in | DA | |
| Printer | Manual ck in | Airport | |
| CC Machine | 1 | DA | |
| Stanchions | Yes | Airport | |

| OFFICE | | |
|---|---|---|
| Computer | 1 | Airport |
| Printer | 1 | Airport |
| Monitor | 1 | Airport |
| Mouse | 1 | Airport |
| Keyboard | 1 | Airport |

| Utilities | Supplier |
|---|---|
| Phone | Airport |
| Fax | Airport |
| Data (internet) | |



## MYRTLE BEACH DIRECTAIR

| Corporate Office | P-843-916-9700 | | F-843-448-7920 | 1600 Oak Street | Myrtle Beach, SC 29577 |
|---|---|---|---|---|---|
| Primary Contact | Kay Ellison | C-304-237-4905 | | | kellison@myrtlebeachdirectair.com |
| Director of Stations | Pat Small | C-770-842-6423 | | | psmall@myrtlebeachdirectair.com |
| Direct Air Operations | | P-877-496-8929 | | | corpops@myrtlebeachdirectair.com |
| Reservations | Shawn/MaryAnn | P-304-252-8606 | F-304-252-8608 | Toll Free # 1877-432-3473 | |

# IAG - Niagara Falls International Airport

## Passenger Service

| | | | | | |
|---|---|---|---|---|---|
| Above Wing | Niagara Falls Aviation | Direct Air Tkt Ctr | | | |
| St Mgr/Rep | Debbie Doyle | P-716-855-6454 | C-716-523-0374 | | ddoyle@iag-nfa.com |
| Lead | Aleasa | 716-297-2962 | | | |
| Ticket Counter | 716-855-6438 | | | | |
| Gate #4 | 716-588-6434 | Gate#3 | 716-855-6441 | | |
| Terminal Cell | 716-998-1433 | Terminal Office | 716-8556454 | | |
| Supervisor | Danny Wittkop | C-716-998-4355 | | | dwittkop@iag-nfa.com |
| | | | | | rogercci@aol.com |
| Airport Authority | NFTA-Robert Stone | P-716-297-4494 | C-716-863-0301 | | Robert_Stone@NFTA.com |
| TSA | Jeff Kline | C-716-863-4192 | Amy | 716-901-1593 | |
| | TSA Police/Badging | 716-630-6150 | | Manifest | iagnfa@aol.com |
| Airport IT works for CTI | Lee Vasile | 716-984-6444 | | | |

## Ground Handling

| | | | | | |
|---|---|---|---|---|---|
| Below Wing | Niagara Falls Aviation | | | | |
| Operations/FBO | P-716-298-9307 | F-716-298-9312 | | | iagnfa@aol.com |
| Line Manager | Danny Wittkop | C-716-998-4355 | | | |
| Radio Frequency | 122.95 | Tower | P-716-297-1310 | ASSOP | P-716-297-6984 |

## Fuel Services

| | | | | | |
|---|---|---|---|---|---|
| Fueler-Chemoil Dispatch - 954-462-7375 | | F-954-462-7375 | Scott Bradley | 954-258-0113 | Scott.Bradley@chemoil.com |
| Into-Plane Agent | Niagara Falls Aviation | P-716-298-9307 | F-716-298-9312 | | |
| | | | | | |
| Deicing | Niagara Falls Aviation | | | | |
| Contact | Debbie Doyle | P-716-298-9307 | | | |
| Shipping Address | Niagara Falls Aviation | | | | |
| | 9900 Porter Road | | | | |
| | Niagara Falls, NY 14304 | | | | |
| Ground Transport | Budget | 716-298-4258 | | | |
| | Enterprise | 716-298-1000 | | | |
| Diversion Cities | BUF Prior Avation | Ops 716-633-1000 | Tower 716-633-0660 | | Freq 131.75 |
| | ROC  US Airport Flt | Ops 585-527-6835 | Tower 585-463-3800 | | Freq 122.85 |
| Airport passenger parking as of 1/1/2011 is $5 per day and $25 per week. | | | | | |

# IAG - NIAGARA FALLS INT'L AIRPORT

## Airport Information

| | | |
|---|---|---|
| Longest Runway | 10L-28R 9829x150 | D-140,000 2D-240,000 |
| ARFF INDEX | E | |
| ASOS | 716-297-6984 | |

## Ground Services

| RAMP | | OWNER | |
|---|---|---|---|
| Tow Bar | 1 | NFA | |
| Push Back | 1 | NFA | |
| Tug | 3 | NFA | |
| Bag Cart | 12 | NFA | |
| Belt Loader | 2 | NFA | |
| Stairs | 1 | NFA | |
| Ramp-Stairs | | | |
| Jet Bridge | Yes | | |
| Airstart | 1 | NFA | |
| GPU | | | |
| Fuel Truck | 2 | NFA | |
| De-Ice | | | |
| Airinc Radio | 2 | NFA | |
| Hand Held Radio | 6 | NFA | |

| TICKET COUNTER | | | |
|---|---|---|---|
| Positions | 4 | DA | Boarding Pass SN# |
| Computer | 4 | DA | |
| Monitor | 4 | DA | |
| Keyboards | 4 | DA | |
| Mouse | 4 | DA | |
| B-Pass Printer | 4 | DA | |
| Printer | 2 | DA | |
| CC Machine | 2 | DA | |
| Stanchions | 0 | | |
| Bag Sizer | 1 | | |

| OFFICE | | |
|---|---|---|
| Computer | 1 | DA |
| Printer | 1 | DA |
| Monitor | 1 | DA |
| Mouse | 1 | DA |
| Keyboard | 1 | DA |

| Utilities | Supplier |
|---|---|
| Phone | AIRPORT |
| Fax | AIRPORT |
| Data (internet) | DA |



| Corporate Office | P-843-916-9700 | | F-843-448-7920 | 1600 Oak Street | Myrtle Beach, SC 29577 |
|---|---|---|---|---|---|
| Primary Contact | Kay Ellison | C-304-237-4905 | | | kellison@myrtlebeachdirectair.com |
| Director of Stations | Pat Small | C-770-842-6423 | | | psmall@myrtlebeachdirectair.com |
| Direct Air Operations | | **P-877-496-8929** | | | corpops@myrtlebeachdirectair.com |
| Reservations | Shawn/MaryAnn | P-304-252-8606 | F-304-252-8608 | Toll Free # 1877-432-3473 | |

# LAL - Lakeland Linder Regional Airport

## Passenger Service

| Above Wing | Direct Air | | | |
|---|---|---|---|---|
| Direct Air Supervisor | Kyle Town | C-863-221-3390 | kyle.town@live.com | |
| Tkt Ctr Lead | Lucy Ortiz | C-863-513-9300 | | |
| Direct Air Tkt Ctr | P-863-701-7314 | F-863-701-7319 | | lakelandops@gmail.com |
| Airport Manager | Eugene B. Conrad III | 863 834 3298 | C:937 902 8538 | gene.conrad@lakelandgov.net |
| Airport Operations | Brett W. Fay | 863-834-3291 | C: 615-405-7562 | |
| Airport Administration | P-863-834-3298 | | | |
| TSA (AFSD Screeing) | Jean Barns | 941-556-3910 | | |
| TSA | 24 Hour | 813-227-4040 | | |
| Airport Police | C 863-529-3964 | Non Emergency Dispatch 863-834-6966 | | |
| Manifest | | | | lakelandops@gmail.com |

## Ground Handling

| Below Wing | Direct Air | | |
|---|---|---|---|
| Mgr/Rep | P-863-701-7314 | | |
| Tower | ATCT Cab | 863-559-1470 | |
| Radio Frequency | Tower 124.5 | Ground 121.4 | ASSOP (WX) |

## Fuel/Services

| Fueler-Chemoil Dispatch - 954-462-7375 | | F-954-462-7375 | Scott Bradley | 954-258-0113 | Scott.Bradley@chemoil.com |
|---|---|---|---|---|---|
| Into-Plane Agent | Columbia Air Services | 863-6473911 | | | |
| Ken Palmer | P-863-647-3911 | Fax 863-644-4814 | C-863-398-4522 | kpalmer@columbiaairservices.com | |
| | | | | | |
| Shipping Address | Lakeland Linder Regional Airport | | | | |
| | Attn: Direct Air | | | | |
| | 3900 Don Emerson Dr | | | | |
| | Lakeland, FL 33811 | | | | |
| | | | | | |
| Hotel - Crews | **Hilton Garden Inn** | 3839 Don Emerson Drive, Lakeland, FL 33811 | | | |
| | P-863-647-0066 Fax: 863-248-9396  Contact:  Kimberly Johnson  email: Kimberly.Johnson3@hilton.com | | | | |
| Hotel for distress paxs | Fairfield Inn & Suites | Thomas Cancellare | P-813-757-6202 Fax 757-6263 | tcancellare@shanercorp.com | |
| | **4307 Sterling Commerce Dr, Plant City, FL 33566** | | | | |
| Car Rental - U- Save | 3900 Don Emerson Drive, Lakeland, FL 33811 (located in the airport) 863-937-8927 Res: 800-441-3741 | | | | |

# LAL - LAKELAND LINDER REGIONAL AIRPORT

## Airport Information

| | | | |
|---|---|---|---|
| Longest Runway | 09-27 8500x150 | D-60,000 2D-100,000 | Exception for higher |
| ARFF INDEX | IA | | |
| ASOS | | | |

## Ground Services

| RAMP | | OWNER |
|---|---|---|
| Tow Bar | 0 | |
| Push Back | 0 | |
| Tug | 1 | Airport |
| Bag Cart | 5 | Airport |
| Belt Loader | 1 | Airport |
| Stairs | 0 | |
| Ramp-Stairs | 2 | Can reach Airbus A320 |
| Jetbridge | No | |
| Airstart | 1 | Airport |
| GPU | 1 | |
| Fuel Truck | 1 | Airport |
| Lav Cart | 1 | |
| Potable Water | 1 | |
| Airinc Radio | | |
| Hand Held Radio | 2 | |

| TICKET COUNTER | | Owner- Direct Air |
|---|---|---|
| Positions | 4 | |
| Computer | 4 | |
| Monitor | 4 | |
| Keyboards | 4 | |
| Mouse | 4 | |
| B-Pass Printer | 4 | |
| Color Printer | 1 | |
| Copy/Fax/Printer | 1 | |
| CC Machine | 1 | |
| Stanchions | 20 | |
| Bag Sizer | 1 | |

| OFFICE | | Catering Room | |
|---|---|---|---|
| Computer | 1 | | |
| Printer | 1 | Shelving | 3 |
| Monitor | 1 | Table | 1 |
| Mouse | 1 | | |
| Keyboard | 1 | Misc Supplies | |
| file cabinet | 1 | Stroller | 1 |
| shelving | 1 | Carseat | 1 |
| safe | 1 | Freezer | 1 |
| time clock | 1 | Vaccum | 1 |

| Utilities | Supplier | Shop Vac | 1 |
|---|---|---|---|
| | | Dirt Devil | 1 |
| Phone | DA | Lockers | 1 airports |
| Fax | DA | Utility Conf | 1 |
| Data (internet) | DA | | |

# EXHIBIT B

# INVENTORY OF DEBTOR'S PERSONAL PROPERTY
# IN MYRTLE BEACH OFFICE AND STORAGE UNIT[*]

### Southern Sky Air & Tours, LLC d/b/a Direct Air ("Debtor")
### April 28, 2012

## OFFICE - 1600 North Oak Street:

### Furniture:
- 1 large table
- 1 side table
- 2 large fancy wood desks
- 11 regular wood desks
- Credenza
- 2 tall wood hutches
- 1 tall wood shelf
- 2 short metal shelves
- 4 short wood shelves
- 5 short wood file cabinets
- 11 tall metal file cabinets
- 13 desk chairs
- 23 other chairs

### Electronics:
- 1 fax machine
- 1 scanner
- 14 printers
- 23 monitors
- 30 receipt printers
- Approximately 32 phones

### Miscellaneous:
- Lamps/pictures/miscellaneous furnishings/globe
- Office supplies
- Safe

---

[*] Inventory recorded informally for internal informational purposes. The Chapter 7 Trustee of the Debtor's estate makes no representations or warranties about the quality, quantity, status, or current location of the Debtor's personal property.

{Practice Areas\CORP\15008\14190\A4220226.DOC}

# EXHIBIT C

## Storage Unit - Strand Storage Center, 870 Frontage Road E:

6 desks
3 small tables
1 drawer set (on wheels)
1 metal shelving unit
3 plastic shelves
1 filing cabinet with doors
2 wood cabinets (1 tall, 1 long)
3 lateral filing cabinets
4 filing cabinets
35 metal units (for queues)
6 pictures
3 plastic garbage bins

# EXHIBIT D

## INVENTORY OF DEBTOR'S GROUND EQUIPMENT LOCATED AT
## <u>MYRTLE BEACH INTERNATIONAL AIRPORT</u>*

One (1) big tug (see photo below);

One (1) small tug;

One (1) de-icer; and

Six or Seven (6 or 7) carts.
(used for transporting luggage, etc.)



---

*    Inventory recorded informally for internal information purposes. The Chapter 7 Trustee of the Debtor's Estate
makes no representations or warranties about the quality, quantity, status or current location of the Debtor's
ground equipment.

{Practice Areas\CORP\15008\14190\A2008366.DOC}