# EXHIBIT A

# EXHIBIT A

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|
| 1. Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707 | Airport Agreement dated as of 9/03/09 by and between the Company and Abraham Lincoln Capital Airport. |
| 2. Centene Management Company, LLC<br>Attn: Facilities Management<br>7711 Carondelet<br>St. Louis, MO 63105<br><br>Centene<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105<br><br>Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577 | Lease Agreement by and between the Company and Centene regarding 1600 Oak St., Myrtle Beach, SC |
| 3. Charlotte County Airport Authority<br>28000 A-1 Airport Road, Building 109<br>Punta Gorda, FL 33982 | Airport Agreement dated as of 8/13/08 by and between the Company and Charlotte County Airport Authority. |
| 4. City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P. O. Box 1330<br>Melbourne, FL 32902-1330 | Airport Agreement dated as of 8/26/09 by and between the Company and City of Melbourne, Airport Authority. |
| 5. Clinton County Legislative Office Airport<br>137 Margaret St., Suite 208<br>Plattsburgh, NY 12901 | Airport Agreement dated as of 11/22/008 by and between the Company and Clinton County Legislative Office Airport. |
| 6. Daniels Professional Center Complex<br>P. O. Box 68<br>Prosperity, WV 25909 | Lease Agreement dated 6/01/08 by and between the Company and Daniels Professional Center Complex. |

7.  Horry County Airport
    1100 Jetport Road
    Myrtle Beach, SC 29577

    Airport Agreement dated as of 7/01/07 by and between the Company and Horry County Airport Use Agreement.

8.  Kalamazoo County Aeronautics Board
    5235 Portage Road
    Kalamazoo, MI 49002

    Airport Agreement dated as of 12/11/08 by and between the Company and Kalamazoo County Aeronautics Board of Trustees.

9.  Lakeland Airport
    3900 Don Emerson Drive, Suite 210
    Lakeland, FL 33811

    Airport Agreement between Lakeland Airport and Company for flight operations.

10. Lehigh-Northampton Airport
    3311 Airport Boulevard
    Allentown, PA 18109

    Airport Agreement dated as of 2/19/09 by and between the Company and Lehigh-Northampton Airport.

11. Massachusetts Port Authority
    Attn: Director, Worcester Regional
    One Harborside Drive, Suite 200S
    Boston, MA 02128

    Airport Agreement dated as of 11/20/08 by and between the Company and Massachusetts Port Authority.

12. Niagara Frontier Transportation Authority
    P. O. Box 5008
    Buffalo, NY 14205

    Airport Agreement dated as of 12/16/06 by and between the Company and Niagara Frontier Transportation Authority.

13. Orlando Sanford International Airport
    3200 Red Cleveland Boulevard
    Sanford, FL 32773

    Airport Agreement dated as of 11/19/08 by and between the Company and Orlando Sanford International Airport.

14. Pittsburgh International Airport
    P. O. Box 1270
    Pittsburgh, PA 15231-0370

    Airport Agreement dated as of 8/13/07 by and between the Company and Pittsburgh International Airport.

15. Rickenbacker International Airport
    7161 Second Street
    Columbus, OH 43217

    Airport Agreement dated as of 3/12/10 by and between the Company and Rickenbacker International Airport.

16. Toledo-Lucas County Port Authority
    One Maritime Plaza
    Toledo, OH 43604

    Airport Agreement dated as of
    10/06/08 by and between the
    Company and Toledo-Lucas County
    Port Authority.

17. Strand Storage Center
    870 Frontage Road
    Myrtle Beach, SC 29577

    Agreement, if any, by and between
    the Company and Strand Storage
    Center.