UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

**ORDER AUTHORIZING REQUEST FOR LIMITATION OF NOTICE**
(Re: Trustee's Notice of Abandonment of Certain Estate Property,
With Request For Limitation of Notice)
(Re: Computers)

Upon the Notice of Abandonment of Certain Estate Property, With Request for Limitation of Notice (Re: Computers) dated May 9, 2012 (the "Notice of Abandonment") of Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee") for the above-referenced Debtor, and the Court finding that the notice given of the Notice of Abandonment as set forth in the Certificate of Service accompanying the Notice of Abandonment and filed with the Court is sufficient; and no objection to the Notice of Abandonment having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that

A.   The Request for Limitation of Notice contained in the Notice of Abandonment is ALLOWED; and

B.   The Trustee may limit notice of the Notice of Abandonment to service upon Debtor's counsel, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, and all parties that have filed requests for notice.

Dated: 06/05/2012, 2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A1998750.DOC}

6