

U.S. Department
of Transportation
**Federal Aviation
Administration**

Office of the Associate
Administrator for Airports

FILED
CLERK'S OFFICE

2012 MAY 30  P 1: 39

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

800 Independence Ave., SW.
Washington, DC  20591

MAY 25 2012

Mr. John Spanjers
Executive Vice President
 and Chief Operating Officer
Pinnacle Airlines Corporation
One Commerce Square
40 South Main Street, 13th Floor
Memphis, TN  38103

Dear Mr. Spanjers:

I am writing to ensure that Pinnacle Airlines Corporation, Colgan, Inc., Mesaba Aviation, Inc., Pinnacle Airlines, Inc., and Pinnacle East Coast Operations, Inc., (collectively, Pinnacle) as covered air carriers under title 49 United States Code (U.S.C.), 40117(m)(7) and title 14 Code of Federal Regulations (CFR), §158.3, comply with the statutory mandate for treatment of passenger facility charges (PFCs) during their bankruptcy proceedings. Under Federal law, PFCs are accorded trust fund status, and the air carriers must hold PFCs in trust for the beneficial interest of the airports imposing the PFCs. The air carriers do not hold legal or equitable interest in PFCs (other than permitted handling fees or authorized interest) (title 49 U.S.C., §§ 40117(m)(2) and (5); 14 CFR, § 158.49(b)).

As you know, title 49 U.S.C. § 40117(m), imposes requirements for air carriers in bankruptcy, such as Pinnacle, to employ in their handling of PFCs. These provisions were incorporated in title 14 CFR, part 158, as amended on May 23, 2007 (effective June 22, 2007). Copies of both provisions are enclosed for your convenience.

The basic features of title 49 U.S.C., § 40117(m), and title 14 CFR, § 158.49, require that an air carrier, on entering a bankruptcy proceeding:

- remove any PFCs commingled with its corporate revenues;
- establish for the duration of the proceeding a separate segregated corporate account ("PFC Account") and place within the account revenues equal to its average monthly PFC collections; and
- refrain from commingling future PFCs with any other corporate monies (by also placing them in the PFC Account) title 49 U.S.C., §§ 40117(m)(1) and (m)(6); title 14 CFR, § 158.49).

Pinnacle, having filed a joint voluntary Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Southern District of New York (Case No. 12-11343), must establish a PFC Account, and this account must be funded immediately. The average month's PFC balance placed in the PFC Account should be calculated from the average of

the air carriers' past 12 months of PFC collections prior to entering bankruptcy. Any PFCs collected by Pinnacle, but not yet remitted to airports, must also be placed immediately into the PFC Account. The minimum PFC Account balance should never fall below the average monthly amount.

If necessary, each air carrier may continue to deposit its ticket sales revenue into its general operating accounts combined with PFCs. However, at least once every business day, all PFC revenue should be accounted for, removed from those accounts, and transferred to the new and separate PFC Account. The PFC Account is solely for PFC transactions. A separate PFC account for each airport need be established.

In addition, please be advised that Pinnacle cannot pledge PFCs as collateral in any financial transaction. 49 U.S.C., § 40117(m)(3); title 14 CFR, § 158.49. Moreover, the other PFC requirements under 14 CFR, part 158, continue to apply.

Please provide to the Federal Aviation Administration (FAA) by June 8, 2012, a copy of the air carrier's quarterly PFC reports prepared under title 14 CFR, § 158.65, and include a list of any airports owed outstanding PFC obligations. In addition, the FAA now requires a monthly PFC Account statement, delivered by the 5th day of each month. This monthly statement should include the following:

- the amount representing the air carrier's average 1-month PFC collections;
- the amount representing any unremitted PFCs; and
- the total funds disbursed during the month.

Please review closely the applicable PFC provisions for Pinnacle and provide the FAA with verification that the carrier is in full accord and compliance with them. Your monthly and quarterly PFC reports, as well as your verification, should be directed to:

Mr. Joseph Hebert
Federal Aviation Administration
Manager, Financial Analysis and Passenger Facility Charge Branch
Office of Airport Planning and Programming, APP-510
800 Independence Avenue, SW.
Washington, DC  20591

Again, please provide your verification of compliance with applicable PFC statutes and regulations, as well as the PFC reports, by June 8, 2012.

Thank you in advance for your cooperation. Please contact Mr. Hebert, at (202) 267-8375 if you have any questions. I am also sending a copy of this letter to the Bankruptcy Court to be placed in the case docket as information for interested parties, particularly airports served by Pinnacle.

I trust this information is helpful.

Sincerely,

*for*

Christa Fornarotto
Associate Administrator
 for Airports

Enclosures

cc: Clerk of the Court,
    Case 12-40944, MSH
    United States Bankruptcy Court
    District of Massachusetts
    595 Main Street, Room 211
    Worcester, MA 01608

    Alan L. Braunstein, ESQ
    Riemer and Braunstein, LLP
    Three Center Plaza
    Boston, MA 02108

49 U.S.C.
United States Code, 2009 Edition
Title 49 - TRANSPORTATION
SUBTITLE VII - AVIATION PROGRAMS
PART A - AIR COMMERCE AND SAFETY
subpart i - general
CHAPTER 401 - GENERAL PROVISIONS
Sec. 40117 - Passenger facility fees
From the U.S. Government Printing Office, www.gpo.gov

§40117. Passenger facility fees

(a) Definitions.—In this section, the following definitions apply:

(1) Airport, commercial service airport, and public agency.—The terms "airport", "commercial service airport", and "public agency" have the meaning those terms have under section 47102.

(2) Eligible agency.—The term "eligible agency" means a public agency that controls a commercial service airport.

(3) Eligible airport-related project.—The term "eligible airport-related project" means any of the following projects:

(A) A project for airport development or airport planning under subchapter I of chapter 471.

(B) A project for terminal development described in section 47110(d).

(C) A project for costs of terminal development referred to in subparagraph (B) incurred after August 1, 1986, at an airport that did not have more than .25 percent of the total annual passenger boardings in the United States in the most recent calendar year for which data is available and at which total passenger boardings declined by at least 16 percent between calendar year 1989 and calendar year 1997.

(D) A project for airport noise capability planning under section 47505.

(E) A project to carry out noise compatibility measures eligible for assistance under section 47504, whether or not a program for those measures has been approved under section 47504.

(F) A project for constructing gates and related areas at which passengers board or exit aircraft. In the case of a project required to enable additional air service by an air carrier with less than 50 percent of the annual passenger boardings at an airport, the project for constructing gates and related areas may include structural foundations and floor systems, exterior building walls and load-bearing interior columns or walls, windows, door and roof systems, building utilities (including heating, air conditioning, ventilation, plumbing, and electrical service), and aircraft fueling facilities adjacent to the gate.

(G) A project for converting vehicles and ground support equipment used at a commercial service airport to low-emission technology (as defined in section 47102) or to use cleaner burning conventional fuels, retrofitting of any such vehicles or equipment that are powered by a diesel or gasoline engine with emission control technologies certified or verified by the Environmental Protection Agency to reduce emissions, or acquiring for use at a commercial service airport vehicles and ground support equipment that include low-emission technology or use cleaner burning fuels if the airport is located in an air quality nonattainment area (as defined in section 171(2) of the Clean Air Act (42 U.S.C. 7501(2))) or a maintenance area referred to in section 175A of such Act (42 U.S.C. 7505a) and if such project will result in an airport receiving appropriate emission credits as described in section 47139.

the notice and indicate any objection to the imposition of a passenger facility fee under this subsection for any project identified in the notice within 30 days after receipt of the eligible agency's notice.

(5) Authority to impose fee.—Unless the Secretary objects within 30 days after receipt of the eligible agency's notice, the eligible agency is authorized to impose a passenger facility fee in accordance with the terms of its notice under this subsection.

(6) Regulations.—Not later than 180 days after the date of enactment of this subsection, the Secretary shall propose such regulations as may be necessary to carry out this subsection.

(7) Sunset.—This subsection shall cease to be effective beginning on April 1, 2010.

(8) Acknowledgement not an order.—An acknowledgement issued under paragraph (4) shall not be considered an order issued by the Secretary for purposes of section 46110.

(m) Financial Management of Fees.—

(1) Handling of fees.—A covered air carrier shall segregate in a separate account passenger facility revenue equal to the average monthly liability for fees collected under this section by such carrier or any of its agents for the benefit of the eligible agencies entitled to such revenue.

(2) Trust fund status.—If a covered air carrier or its agent fails to segregate passenger facility revenue in violation of the subsection, the trust fund status of such revenue shall not be defeated by an inability of any party to identify and trace the precise funds in the accounts of the air carrier.

(3) Prohibition.—A covered air carrier and its agents may not grant to any third party any security or other interest in passenger facility revenue.

(4) Compensation to eligible entities.—A covered air carrier that fails to comply with any requirement of this subsection, or otherwise unnecessarily causes an eligible entity to expend funds, through litigation or otherwise, to recover or retain payment of passenger facility revenue to which the eligible entity is otherwise entitled shall be required to compensate the eligible agency for the costs so incurred.

(5) Interest on amounts.—A covered air carrier that collects passenger facility fees is entitled to receive the interest on passenger facility fee accounts if the accounts are established and maintained in compliance with this subsection.

(6) Existing regulations.—The provisions of section 158.49 of title 14, Code of Federal Regulations, that permit the commingling of passenger facility fees with other air carrier revenue shall not apply to a covered air carrier.

(7) Covered air carrier defined.—In this section, the term "covered air carrier" means an air carrier that files for chapter 7 or chapter 11 of title 11 bankruptcy protection, or has an involuntary chapter 7 of title 11 bankruptcy proceeding commenced against it, after the date of enactment of this subsection.

(Pub. L. 103–272, §1(e), July 5, 1994, 108 Stat. 1113; Pub. L. 103–305, title II, §§203, 204(a)(1), (b), Aug. 23, 1994, 108 Stat. 1582, 1583; Pub. L. 104–264, title I, §142(b)(2), title XII, §1202, Oct. 9, 1996, 110 Stat. 3221, 3280; Pub. L. 104–287, §5(67), Oct. 11, 1996, 110 Stat. 3395; Pub. L. 106–181, title I, §§105(a), (b), 135(a), (b), 151, 152(a), 155(c), Apr. 5, 2000, 114 Stat. 71, 83, 86–88; Pub. L. 108–176, title I, §§121(a)–(c), 122–123(d), 124, Dec. 12, 2003, 117 Stat. 2499–2502; Pub. L. 110–253, §3(c)(1), June 30, 2008, 122 Stat. 2417; Pub. L. 110–330, §5(a), Sept. 30, 2008, 122 Stat. 3718; Pub. L. 110–337, §1, Oct. 2, 2008, 122 Stat.

**Regulations That Significantly Affect Energy Supply, Distribution, or Use**

The FAA has analyzed this proposed rulemaking under Executive Order 13211, Actions Concerning Regulations that Significantly Affect Energy Supply, Distribution, or Use (May 18, 2001). We have determined that it is not a "significant energy action" under the executive order because it is not a "significant regulatory action" under Executive Order 12866, and it is not likely to have a significant adverse effect on the supply, distribution, or use of energy.

**List of Subjects in 14 CFR Part 158**

Air carriers, Airports, Passenger facility charge, Public agencies, Collection compensation.

**The Proposed Amendment**

Because of the above, the Federal Aviation Administration proposes to amend part 158 of Title 14, Code of Federal Regulations, as follows:

**PART 158—PASSENGER FACILITY CHARGES (PFCs)**

**Subpart A—General**

1. The authority citation for part 158 continues to read as follows:

    Authority: 49 U.S.C. 106(g), 40116–40117, 47106, 47111, 47114–47116, 47524, 47526.

2. Amend § 158.3 as follows:
    a. Revise the definitions for *Air travel ticket*, *Approved Project*, and *State* to read as set forth below.
    b. Add definitions for *Covered air carrier*, *Financial need*, *Ground support equipment*, *Notice of intent (to impose a PFC or use PFC revenue)*, *PFC administrative support costs*, and *Point of issuance for electronic tickets or other ticketing medium* in alphabetical order to read as set forth below.

§ 158.3 Definitions.
\* \* \* \* \*

*Air travel ticket* includes all documents, electronic records, boarding passes, and any other ticketing medium about a passenger's itinerary necessary to transport a passenger by air, including passenger manifests.
\* \* \* \* \*

*Approved project* means a project for which the FAA has approved using PFC revenue under this part. The FAA may also approve specific projects contained in a single or multi-phased project or development described in an airport capital plan separately. This includes projects acknowledged by the FAA under § 158.30 of this part.
\* \* \* \* \*

*Covered air carrier* means an air carrier that files for bankruptcy protection, or has an involuntary bankruptcy proceeding started against it after December 12, 2003.
\* \* \* \* \*

*Financial need* means that a public agency cannot meet its operational or debt service obligations and does not have at least a 2-month reserve fund.
\* \* \* \* \*

*Ground support equipment* means service and maintenance equipment used at an airport to support aeronautical operations and related activities. Baggage tugs, belt loaders, cargo loaders, forklifts, fuel trucks, lavatory trucks, and pushback tractors are among the types of vehicles that fit this definition.
\* \* \* \* \*

*Notice of intent (to impose a PFC or use PFC revenue)* means a notice under § 158.30 from a public agency controlling a non-hub airport that it intends to impose a PFC and or use PFC revenue. Except for §§ 158.25 through 30, "notice of intent" can be used interchangeably with "application."
\* \* \* \* \*

*PFC administrative support costs* means the reasonable and necessary costs of developing a PFC application or amendment, issuing and maintaining the required PFC records, and performing the required audit of the public agency's PFC account. These costs may include reasonable monthly financial account charges and transaction fees.

*Point of issuance of airline tickets* means the billing address of the buyer's credit card or the physical location of a cash or check transaction.
\* \* \* \* \*

*State* means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, American Samoa, the Commonwealth of the Northern Mariana Islands, and Guam.
\* \* \* \* \*

3. Amend § 158.9 by revising paragraphs (a)(4) and (5) and by adding paragraph (a)(6) to read as follows:

§ 158.9 Limitations.

(a) \* \* \*
(4) On flights, including flight segments, between 2 or more points in Hawaii;
(5) In Alaska aboard an aircraft having a certificated seating capacity of fewer than 60 passengers; or
(6) Enplaning at an airport if the passenger did not pay for the air transportation that resulted in the enplanement because of Department of Defense charter arrangements and payments.
\* \* \* \* \*

4. Amend § 158.13 by revising paragraphs (b), (c), (d), and (e) and adding paragraphs (f), (g), and (h) to read as follows:

§ 158.13  Use of PFC revenue.
\* \* \* \* \*

(b) *PFC administrative support costs.* Public agencies may use PFC revenue to pay for allowable administrative support costs. Public agencies must submit these costs as a separate project in each PFC application.

(c) *Maximum cost for certain low-emission technology projects.* If a project involves a vehicle or ground support equipment using low emission technology eligible under 158.15(b), the FAA will determine the maximum cost that may be financed by PFC revenue. The maximum cost for a new vehicle is the incremental amount between the purchase price of a new low emission vehicle and the purchase price of a standard emission vehicle, or the cost of converting a standard emission vehicle to a low emission vehicle.

(d) *Bond-associated debt service and financing costs.*

(1) Public agencies may use PFC revenue to pay debt service and financing costs incurred for a bond issued to carry out approved projects.

(2) If the public agency's bond documents require that PFC revenue be commingled in the general revenue stream of the airport and pledged for the benefit of holders of obligations, the FAA considers PFC revenue to have paid the costs covered in § 158.13(b)(1) if—

(i) An amount equal to the part of the proceeds of the bond issued to carry out approved projects is used to pay allowable costs of such projects; and

(ii) To the extent the PFC revenue collected in any year exceeds the debt service and financing costs on such bonds during that year, an amount equal to the excess is applied as required by § 158.39.

(e) *Exception providing for the use of PFC revenue to pay for debt service for non-eligible projects.* The FAA may authorize a public agency under § 158.18 to impose a PFC for payments for debt service or indebtedness incurred to carry out an airport project that is not eligible if the FAA determines that such use is necessary because of the financial need of the public agency.

(f) *Combination of PFC revenue and Federal grant funds.* A public agency may combine PFC revenue and airport grant funds to carry out an approved

§ 158.37 Amendment of approved PFC.

\* \* \* \* \*

(b) \* \* \*

(1) \* \* \*

(i) \* \* \*

(A) Amend the approved PFC amount for a project by more than 25 percent of the original approved amount if the amount was $1,000,000 or greater.

\* \* \* \* \*

(ii) \* \* \*

(C) To institute an increase of 25 percent or less of the original approved amount if the amount was more than $1,000,000;

(D) To institute an increase of any amount if the original approved amount of the project was less than $1,000,000.

\* \* \* \* \*

(5) Justification, if the amendment involves a change in the PFC amount for a project by more than 25 percent of the original approved amount if that amount is $1,000,000 or greater, a change of the approved project scope, or any increase in the approved PFC level to be collected from each passenger;

\* \* \* \* \*

13. Amend § 158.39 by revising paragraphs (a) and (d) to read as follows:

§ 158.39 Use of excess PFC revenue.

(a) If the PFC revenue remitted to the public agency, plus interest earned thereon, exceeds allowable costs of the project, public agencies must use excess funds for approved projects or to retire outstanding PFC-financed bonds.

\* \* \* \* \*

(d) Within 30 days after the authority to impose a PFC has expired or been terminated, the public agency must present a plan to the appropriate FAA Airports office to begin using accumulated PFC revenue. The plan must include a timetable for submitting any necessary application under this part. If the public agency fails to submit such a plan, or if the plan is not acceptable to the Administrator, the Administrator may reduce Federal airport grant program apportioned funds.

Subpart C—Collection, Handling and Remittance of PFCs

14. Amend § 158.43 to revise paragraphs (b)(3) and (c) to read as follows:

§ 158.43 Public agency notification to collect PFCs.

\* \* \* \* \*

(b) \* \* \*

(3) The charge effective date will always be the first day of the month; however, it must be at least 30 days after the date the public agency notified the air carriers of the FAA's approval to impose the PFC.

\* \* \* \* \*

(c) The public agency must notify air carriers required to collect PFCs at its airport and the FAA of changes in the charge expiration date at least 30 days before the existing charge expiration date or new charge expiration date, whichever comes first. Each notified air carrier must notify its agents, including other issuing carriers, of such changes.

\* \* \* \* \*

15. Amend § 158.45 by revising paragraph (a)(3) to read as follows:

§ 158.45 Collection of PFCs on tickets issued in the U.S.

(a) \* \* \*

(3) Issuing carriers and their agents shall collect PFCs based on the itinerary at the time of issuance.

(i) Any change in itinerary initiated by a passenger that requires an adjustment to the amount paid by the passenger is subject to collection or refund of the PFC as appropriate.

(ii) Failure to travel on a nonrefundable or expired ticket is not a change in itinerary. If the ticket purchaser is not permitted any fare refund on the unused ticket, the ticket purchaser is not permitted a refund of any PFC associated with that ticket.

\* \* \* \* \*

16. Amend § 158.47 by revising paragraphs (a) and (c)(3) to read as follows:

§ 158.47 Collection of PFCs on tickets issued outside the U.S.

(a) For tickets issued outside the U.S., an air carrier or foreign air carrier may follow the requirements of either § 158.45 or this section, unless the itinerary is for travel wholly within the U.S. Air carriers and foreign air carriers must comply with § 158.45 where the itinerary is for travel wholly within the U.S. regardless of where the ticket is issued.

\* \* \* \* \*

(c) \* \* \*

(3) Issuing carriers and their agents shall collect PFCs based on the itinerary at the time of issuance.

(i) Any change in itinerary initiated by a passenger that requires an adjustment to the amount paid by the passenger is subject to collection or refund of the PFC as appropriate.

(ii) Failure to travel on a nonrefundable or expired ticket is not a change in itinerary. If the ticket purchaser is not permitted any fare refund on the unused ticket, the ticket purchaser is not permitted a refund of any PFC associated with that ticket.

\* \* \* \* \*

17. Amend § 158.49 by revising paragraphs (b) and (c) and adding paragraph (d) to read as follows:

§ 158.49 Handling of PFCs.

\* \* \* \* \*

(b) Collecting carriers must account for PFC revenue separately. PFC revenue may be commingled with the air carrier's other sources of revenue except for covered air carriers discussed in paragraph (c) of this section. PFC revenues held by an air carrier or an agent of the air carrier after collection are held in trust for the beneficial interest of the public agency imposing the PFC. Such air carrier or agent holds neither legal nor equitable interest in the PFC revenues except for any handling fee or interest collected on unremitted proceeds as authorized in § 158.53.

(c)(1) A covered air carrier must segregate PFC revenue in a designated separate PFC account. Regardless of the amount of PFC revenue in the covered air carrier's account at the time the bankruptcy petition is filed, the covered air carrier must deposit into the separate PFC account an amount equal to the average monthly liability for PFCs collected under this section by such air carrier or any of its agents.

(i) The covered air carrier is required to create one PFC account to cover all PFC revenue it collects. The designated PFC account is solely for PFC transactions and the covered air carrier must make all PFC transactions from that PFC account. The covered air carrier is not required to create separate PFC accounts for each airport where a PFC is imposed.

(ii) The covered air carrier must transfer PFCs from its general accounts into the separate PFC account in an amount equal to the average monthly liability for PFCs as the "PFC reserve." The PFC reserve must equal a one-month average of the sum of the total PFCs collected by the covered air carrier, net of any credits or handling fees allowed by law, during the past 12-month period of PFC collections immediately before entering bankruptcy.

(iii) The minimum PFC reserve balance must never fall below the fixed amount defined in paragraph (c)(1)(ii) of this section.

(iv) A covered air carrier may continue to deposit its PFCs into its general operating accounts combined with ticket sales revenue. However, at least once every business day, the covered air carrier must remove all PFC revenue ("Daily PFC amount") from those accounts and transfer it to the new PFC account. An estimate based on

¹/₂₀ of the PFC reserve balance is permitted in substitution of the Daily PFC amount.

(v) If the covered air carrier uses an estimate rather than the daily PFC amount, the covered air carrier shall reconcile the estimated amount with the actual amount of PFCs collected for the prior month ("Actual Monthly PFCs"). This reconciliation must take place no later than the 20th day of the month (or the next business day if the date is not a business day). In the event the actual monthly PFCs are greater than the aggregate estimated PFC amount, the covered air carrier will, within one business day of the reconciliation, deposit the difference into the PFC account. If the actual monthly PFCs are less than the aggregate estimated PFC amount, the covered air carrier will be entitled to a credit in the amount of the difference to be applied to the daily PFC amount due.

(vi) The covered air carrier is permitted to recalculate and reset the PFC reserve and daily PFC amount on each successive anniversary date of its bankruptcy petition using the methodology described above.

(2) If a covered air carrier or its agent fails to segregate PFC revenue in violation of paragraph (c) of this section, the trust fund status of such revenue shall not be defeated by an inability of any party to identify and trace the precise funds in the accounts of the air carrier.

(3) A covered air carrier and its agents may not grant to any third party any security or other interest in PFC revenue.

(4) A covered air carrier that fails to comply with any requirement of paragraph (c) of this section, or causes an eligible public agency to spend funds unnecessarily to recover or retain payment of PFC revenue, must compensate that public agency for those costs incurred to recover the PFCs owed.

(5) The provisions of paragraph (b) of this section that allow the commingling of PFCs with other air carrier revenue do not apply to a covered air carrier.

(d) All collecting air carriers must disclose the existence and amount of PFC funds regarded as trust funds in their financial statements.

18. Revise § 158.53 to read as follows:

§ 158.53   Collection compensation.

(a) As compensation for collecting, handling, and remitting the PFC revenue, the collecting air carrier is entitled to:

(1) $0.11 of each PFC collected.

(2) Any interest or other investment return earned on PFC revenue between the time of collection and remittance to the public agency.

(b) A covered air carrier that fails to designate a separate PFC account is prohibited from collecting interest on the account. Where a covered air carrier maintains a separate PFC account in compliance with § 158.49(c), it will receive the interest on PFC accounts as described in paragraph (a)(2) of this section.

(c)(1) Collecting air carriers may file collection cost data periodically to the FAA after the agency issues a notice in the Federal Register that specifies the information and deadline for filing the information. Submission of the information is voluntary. The requested information must include data on interest earned by the air carrier on PFC revenue and audited air carrier collection, handling, and remittance costs in the following categories:
(i) Credit card fees;
(ii) Audit fees;
(iii) PFC disclosure fees;
(iv) Reservations costs;
(v) Passenger service costs;
(vi) Revenue accounting, data entry, accounts payable, tax, and legal fees;
(vii) Corporate property department costs;
(viii) Training for reservations agents, ticket agents, and other departments;
(ix) Ongoing carrier information systems costs;
(x) Ongoing computer reservations systems costs; and
(xi) Airline Reporting Corporation fees.

(2) Any new compensation level determined by the FAA's analysis of data filed under paragraph (b)(1) of this section will replace the level identified in paragraph (a)(1) of this section.

Subpart D—Reporting, Recordkeeping and Audits

19. Amend § 158.63 by revising paragraphs (a) and (c) to read as follows:

§ 158.63   Reporting requirements: Public agency.
* * * * *

(a) The public agency must provide quarterly reports to air carriers collecting PFCs for the public agency with a copy to the appropriate FAA Airports Office. The quarterly report must include:

(1) Actual PFC revenue received from collecting air carriers, interest earned, and project expenditures for the quarter;

(2) Cumulative actual PFC revenue received, interest earned, project expenditures, and the amount committed for use on currently approved projects, including the quarter;

(3) The PFC level for each project; and
(4) Each project's current schedule.
* * * * *

(c) For medium or large hub airports, the public agency must provide to the FAA, by July 1 of each year, an estimate of PFC revenue to be collected for each airport in the following fiscal year.

20. Revise § 158.65 to read as follows:

§ 158.65   Reporting requirements: Collecting air carrier.

(a) Each air carrier collecting PFCs for a public agency must file quarterly reports to the public agency unless otherwise agreed by the collecting air carrier and public agency, providing an accounting of funds collected and funds remitted.

(1) Unless otherwise agreed by the collecting air carrier and public agency, reports must state:
(i) The collecting air carrier and airport involved,
(ii) The total PFC revenue collected,
(iii) The total PFC revenue refunded to passengers,
(iv) The collected revenue withheld for reimbursement of expenses under § 158.53, and
(v) The dates and amounts of each remittance for the quarter.

(2) The report must be filed by the last day of the month following the calendar quarter or other period agreed by the collecting carrier and public agency for which funds were collected.

(b) A covered air carrier must provide the FAA with:

(1) A copy of its quarterly report by the established schedule under paragraph (a) of this section, and

(2) A monthly PFC account statement delivered not later than the fifth day of the month. This monthly statement must include:
(i) The balance in the account on the first day of the month;
(ii) The total funds deposited during the month;
(iii) The total funds dispersed during the month; and
(iv) The closing balance in the account.

21. Amend § 158.67 by revising paragraph (c)(2) to read as follows:

§ 158.67   Recordkeeping and auditing: Public agency.
* * * * *

(c) * * *

(2) Conducted as part of an audit under Office of Management and Budget Circular A-133 (the Single Audit Act of 1984, Pub. L. 98–502, and the Single Audit Act Amendments of 1996, Pub. L. 104–156) provided the PFC is specifically addressed by the auditor.
* * * * *