UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>      Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

Upon the application dated May 25, 2012 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for authority to employ Robert M. Dees, Esq. and the law firm of Milam, Howard, Nicandri, Dees & Gillam, P.A. ("Special Counsel"), and upon the affidavit of Robert M. Dees, Esq. attached to said Application; and it appearing that Special Counsel is qualified to serve as special counsel to the Trustee, and it appearing that Special Counsel neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that Special Counsel's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ Robert M. Dees and the law firm of Milam, Howard, Nicandri, Dees & Gillam, P.A. to serve as Special Counsel in the above-

{Practice Areas\CORP\15008\14190\A2001485.DOC}

captioned Chapter 7 proceeding and to perform all of the services described in the Application.

All compensation and expenses are subject to Court approval. Employment is on the terms of compensation as outlined in the Application.

Dated: 06/13/2012

*Melvin S. Hoffman* (signature)
Honorable Melvin S. Hoffman
United States Bankruptcy Judge