# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2012 JUN 15 P 12: 41

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE:<br><br>Southern Sky Air & Tours.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 12-40944<br>) CHAPTER 11<br>)<br>) |

## REQUEST FOR NOTICE

Please take notice that Tasha B. Thompson, Esquire, PO Box 12265, Columbia, South Carolina, 29211, will represent the interests of the South Carolina Department of Revenue in this matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for the South Carolina Department of Revenue as follows:

Tasha B. Thompson, Esquire
South Carolina Department of Revenue
PO Box 12265
Columbia, SC 29211

/s/Tasha B. Thompson
Tasha B. Thompson, Esq. (District ID 10216)
Attorney for SC Dept. of Revenue
PO Box 12265
Columbia, SC 29211
(803)898-5130

## CERTIFICATE OF SERVICE

FILED
IN CLERK'S OFFICE

2012 JUN 15  P 12: 41

U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

I, Barbara Lucas, Bankruptcy Administrator for the South Carolina Department of Revenue, hereby certify that I have served the attached Request for Notice to the following either by United States Postal Service or CM/ECF Electronic Filing this 12th day of June 2012.

**Alan Braunstein**
**Three Center Plaza**
**Boston, MA 02108**

/s Barbara Lucas/
Barbara Lucas