Dear Sir or Madam,    June 14, 2012

Two days after sending our Proof of Claim we received credit on our Discover Card in the amount of: $573.98. This letter is being sent to notify you and ask for the <u>Withdrawal</u> of that claim.

Sincerely,

Richard Lee Winkle

Case Number:
12-40944

FILED
IN CLERK'S OFFICE
2012 JUN 18 P 12:30
BANKRUPTCY COURT
DISTRICT OF MASS.