UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Debtor's Personal Property)

Upon the motion dated June 4, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the referenced Debtor, for authority to limit notice of his Notice of Abandonment of Debtor's Personal Property (Including Ground Equipment, Miscellaneous Office Equipment, Furnishings and Supplies) (the "Notice of Abandonment"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Notice of Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, all parties listed on the Debtor's Amended Schedule of Postpetition

{Practice Areas\CORP\15008\14190\A2009449.DOC}

Creditors, and parties affected by the Chapter 7 Trustee's Motion to Reject Any and All Tenancy and/or Use and Occupancy Agreements as of April 11, 2012.

Dated: __06/20/2012__, 2012

_/s/ Melvin S. Hoffman_
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2009449.DOC}