**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Southern Sky Air & Tours, LLC d/b/a Direct Air           Debtor, | Chapter: 7<br>Case No: 12–40944<br>Judge Melvin S. Hoffman |

### NOTICE OF FILING FEE DUE ON MOTION

On **JUNE 20, 2012** you filed a **Motion For Relief From Stay (Fee $176.00)** which requires the fee indicated. Please submit your payment by **JULY 5, 2012** .

Date:6/21/12                                                                                              By the Court,

Janet Keller
Deputy Clerk
508–770–8946

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

164 – 163