UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

ORDER APPROVING MOTION BY CHAPTER 7 TRUSTEE TO REJECT
ANY AND ALL TENANCY AND/OR USE AND OCCUPANCY AGREEMENTS
AS OF APRIL 11, 2012

Upon the motion (the "Motion") by Chapter 7 Trustee for an order rejecting, as of April 11, 2012, any and all tenancy and/or use and occupancy agreements to which the Debtor may be a party including, but not limited to, those contracts and leases identified on Exhibit A to that Motion and within the Motion itself (collectively, the "Rejection Contracts"), and sufficient notice thereof having been duly given, no objection to the Motion having been filed, or such objection being overruled, and the Court finding that the notice given by the Trustee as set forth in the Certificate of Service filed with the Court was sufficient, it is hereby ordered that:

1. The Motion is approved; and

2. The Rejection Contracts are rejected as of April 11, 2012.

Dated: 06/25/2012, 2012

_/s/ Melvin S. Hoffman_
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2005872.DOC}