**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Southern Sky Air & Tours, LLC d/b/a Direct Air<br>Debtor, | Chapter: 7<br>Case No: 12-40944<br>Judge Melvin S. Hoffman |

### NOTICE OF FILING FEE DUE ON MOTION

On **JUNE 20, 2012** you filed a **Motion For Relief From Stay (Fee $176.00)** which requires the fee indicated. Please submit your payment by **JULY 5, 2012**.

Date: 6/21/12

By the Court,

Janet Keller
Deputy Clerk
508-770-8946

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.

PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

⦿ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105-2925

164 – 163

6/25/12 Vacated. No fee due

*[signature: Melvin S. Hoffman]*