B9D (Official Form 9D) (Chapter 7 Corporation/Partnership Asset Case) (12/11)     Case Number 12–40944 msh

| UNITED STATES BANKRUPTCY COURT **District of** District of Massachusetts |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 3/15/12 and was converted to a case under chapter 7 on 4/11/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Southern Sky Air & Tours, LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577

| Case Number:<br>12–40944 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>30–0586189 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Alan L. Braunstein<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Telephone number: (617) 880–3516 | Bankruptcy Trustee (name and address):<br>Joseph H. Baldiga<br>Mirick, O'Connell, DeMallie & Lougee<br>1800 West Park Drive<br>Suite 400<br>Westborough, MA 01581–3926<br>Telephone number: 508–898–1501 |

### Meeting of Creditors

Date: **June 13, 2012**        Time: **02:30 PM**
Location: Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608

### Deadline to File a Proof of Claim

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **9/11/12**     For a governmental unit: 180 Days from the date the petition was filed.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>Telephone number: 508–770–8900 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 5/14/12 |

*6-19-2012. We were fully reimbursed: 198.00 by American Express. I withdraw my claim for reimbursement.*

*Robert H. Sherwood*