Richard E. Rueter
515 Buxton Notch
Ocean Isle Beach, NC 28469-5432
910-575-7887

July 16, 2012

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

Case Number:    12-40944

Please be advised that we wish to remove our claim in this bankruptcy case. Our credit card company refunded our money for the purchase of the tickets from Direct Air (Southern Sky Air & Tours, LLC.

If you need any additional information, please contact me at the address or phone number above.

Thank you,

Richard E. Rueter