# *Roy & Shirley Steedman*

Box 288, St. George, Ontario, N0E 1N0
Phone: 519-448-1442 ro Fax: 519-448-1657
www.sandpaper.ca

July 23, 2012

U.S. Bankruptcy Court
595 Main Street
Worcester, MA  01608

RE:  Case # 12-40944

Please be advised that as of today's date we no longer wish to proceed with the bankruptcy actions pertaining to Direct Air related to Shirley & Roy Steedman.  The amounts were for March 7th 2012 charges of $49.95 US each.

Thank you

Yours Truly

*Steedman*

Shirley Steedman