UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 7 )  |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | ) Case No. 12-40944 (MSH) ) ) ) ) ) |
| Debtor. | ) ) |

**UNITED STATES' NOTICE OF FILING**
**CHAPTER 11 ADMINISTRATIVE CLAIM**

In accordance with the Order and Notice Regarding Bar Date for Filing Chapter 11 Administrative Expense Claims, the United States of America, on behalf of its agency, the Department of Transportation ("DOT"), hereby files its chapter 11 administrative claim. The DOT administrative claim is attached hereto as Exhibit A.

Dated: July 31, 2012          Respectfully submitted,

                              STUART F. DELERY
                              Acting Assistant Attorney General

                              CARMEN M. ORTIZ
                              United States Attorney for the
                              District of Massachusetts

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
BBO #628907
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
chris.donato@usdoj.gov

/s/Andrea Horowitz Handel
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
ANDREA HOROWITZ HANDEL
Civil Division
Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-0358
Facsimile: (202) 514-9163
Email: andrea.handel@usdoj.gov

Attorneys for the United States

Certificate of Service

I hereby certify that on this 31st day of July 2012, I caused copies of the foregoing document to be served by electronic mail on all parties on the Court's ECF system and by electronic mail on:

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

/s/ Andrea Horowitz Handel
Andrea Horowitz Handel

-2-