<u>Exhibit C-4</u>
(Relief From Stay Proceedings)

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                       July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 0

---

For Professional Services Rendered
Invoice Number:     200071
Re:                 16297.00014
                    Relief From Stay Proceedings

| Date | Atty | Description | Hours |
|---|---|---|---|
| March 16, 2012 | MIR | Draft response to Jetpay Motion for Relief | 0.30 |
| March 20, 2012 | ALB | E-mail from DReier re relief intention | 0.10 |
| March 21, 2012 | ALB | Telephone call from GMartin and MPappone re Merrick Bank and Jet Pay Motion | 0.10 |
| March 21, 2012 | ALB | Further discussions with GMartin and MPappone re call agenda | 0.10 |
| March 21, 2012 | SEF | Review JetPay emergency motion | 0.70 |
| March 21, 2012 | SEF | Conference calls with ALB and MIR re JetPay/Merrick matters | 0.40 |
| March 21, 2012 | ALB | Series of work sessions with MRussell and SFox and telephone conference regarding Merrick and Jet Pay issues (no charge time) | 0.90 |
| March 21, 2012 | ALB | Series of discussions with SFox and MRussell re Merrick and Jet Pay issues and arrangement for conference call (no charge time) | 0.80 |
| March 21, 2012 | ALB | Email to DReier re Motion for relief and call agenda (no charge time) | 0.10 |
| March 22, 2012 | ALB | Telephone conference with GMartin, MPappone, DReier regarding Jet Pay's | 0.90 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                           July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 1

---

|  |  |  | Motion for relief and related issues |  |
|---|---|---|---|---|
| March 22, 2012 | SEF | Conference call with MIR and S.Jolie re JetPay emergency motion for relief from stay | 0.40 |
| March 22, 2012 | SEF | Review and comment on draft reply to JetPay emergency motion for relief from automatic stay | 1.20 |
| March 22, 2012 | SEF | Review research results in preparation for hearing on JetPay emergency motion for relief from automatic stay | 0.70 |
| March 22, 2012 | MIR | Work on objection to JetPay's Motion for Relief from Stay | 2.00 |
| March 22, 2012 | MIR | Follow up call with Jet Pay and Merrick Bank's counsel, and S. Fox | 0.30 |
| March 22, 2012 | MIR | Discussion with S. Fox re: structure of objection to Jetpay motion | 0.20 |
| March 22, 2012 | BJN | Call with Merrick and Jetpay representatives regarding motion for relief from stay and funds in Valley account | 0.40 |
| March 22, 2012 | BJN | Review and revise Objection to Jetpay's emergency motion for relief from | 0.50 |
| March 22, 2012 | BJN | Research case law in connection with Jetpay's emergency motion for relief from stay | 0.90 |
| March 22, 2012 | MIR | Conference call with JetPay's and Merrick | 0.90 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                  July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                            Page 2

---

|                |     | Bank's counsel, S. Fox and A. Braunstein re: JetPay's Motion and current status of Depository Account at Valley National (no charge time) |      |
|----------------|-----|----------------------------------------------------------------------------------------------------------------------------------------|------|
| March 22, 2012 | MXT | Attention to communications regarding emergency hearing on creditor's motion for relief from stay | 0.10 |
| March 22, 2012 | SEF | Conference call with JetPay and Merrick Bank representatives re JetPay emergency motion for relief from stay | 0.90 |
| March 22, 2012 | SEF | Follow-up conference call with JetPay and Merrick Bank representatives re JetPay emergency motion for relief from stay | 0.60 |
| March 23, 2012 | SEF | Preparation for and attendance at hearing on JetPay emergency motion for relief from automatic stay | 3.30 |
| March 23, 2012 | MIR | Follow up call with client re: hearing. | 0.60 |
| March 23, 2012 | BJN | Review, revise, finalize and coordinate filing of objection to Jetpay's motion for relief from stay | 0.60 |
| March 23, 2012 | BJN | Conference call with client representatives regarding outcome of 3/23 hearing concerning Jetpay's emergency motion for relief from stay and go forward strategies | 0.90 |
| March 23, 2012 | BJN | Review limited objection of American | 0.30 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                    July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


Page 3


| | | | |
|---|---|---|---|
| | | Express to Jetpay's emergency motion for relief from stay (no charge time) | |
| March 23, 2012 | SEF | Call with MIR and client re JetPay automatic stay motion, case administration matters | 0.80 |
| March 23, 2012 | MIR | Reviewed objections and joinders filed in connection with Jet Pay's motion for relief from stay | 1.50 |
| March 23, 2012 | MIR | Revised objection to motion for stay relief for filing | 0.60 |
| March 23, 2012 | MIR | Phone call from S. Fox re: update from hearing and draft memo to client re: same. | 0.60 |
| March 23, 2012 | ALB | Travel to and attend hearing regarding Jet Pay Motion; conference with DReier, GMartin, SMenier, JSternklar, BSeder, JDoherty, RKing and SMenier prior and after hearing; return travel and conference with MToussaint regarding matrix (no charge time) | 5.60 |
| March 27, 2012 | SEF | Call with client re Bank matters, escrow accounts, payroll processing | 0.80 |
| March 27, 2012 | MIR | Preliminary review of case law where intended "escrow" funds are deemed to be property of the estate. | 1.00 |
| April 4, 2012 | MXT | Attention to and review limited objection of Department of Transportation to JetPay's | 0.20 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

July 26, 2012

Page 4

| | | | |
|---|---|---|---|
| | | motion for relief from stay and send internally | |
| April 4, 2012 | BJN | Review Chemoil joinder in DOT limited objection to Jetpay stay relief motion | 0.10 |
| April 4, 2012 | BJN | Review limited objection by DOT to JetPay stay relief motion | 0.60 |
| April 9, 2012 | ALB | Series of emails regarding issues pertaining to Jet Pay, Raddix, response to objection and stay relief, as well as issues pertaining to hearing (no charge time) | 0.70 |
| April 10, 2012 | SEF | Prepare for hearings on 4/11 (JetPay auto stay motion; UST conversion/trustee motion) | 1.50 |
| April 10, 2012 | MXT | Attention to motion of Jet Pay to continue hearing on relief from stay motion and order denying same, and attention to communication related to same (no charge time) | 0.10 |
| | | Total Fees | 14,417.50 |
| | | Total Bill | $14,417.50 |

Exhibit C-5
(Employment Applications)

R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                              July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                                        Page 0

---

For Professional Services Rendered
Invoice Number:    200068
Re:                16297.00008
                   Employment Applications

| Date | Initials | Description | Hours |
|---|---|---|---|
| March 18, 2012 | BJN | Work on application for employment of ASI as financial advisor to the Debtor | 1.10 |
| March 19, 2012 | MXT | Prepare application to employ Riemer, related disclosure of compensation and related pleadings, and attention to documents regarding same | 1.90 |
| March 19, 2012 | MXT | Prepare declaration for electronic filing related to application to employ Riemer | 0.10 |
| March 19, 2012 | MXT | Attention to and prepare certificate of service for application to employ Riemer | 0.10 |
| March 19, 2012 | MIR | Reviewed and revised R&B's retention application | 0.50 |
| March 20, 2012 | MIR | Revised and finalized Disclosure of Compensation | 0.20 |
| March 20, 2012 | BJN | Review ASI Engagement Letter and draft Application to Retain ASI as Financial Advisors | 1.80 |
| March 21, 2012 | MXT | Revise application to employ Riemer and prepare related certification of electronic filing  and attention to communications for | 0.60 |

R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                    July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 1

---

| | | follow up | |
|---|---|---|---|
| March 21, 2012 | MXT | Attention to and prepare service list for retention application | 0.20 |
| March 21, 2012 | MXT | Attention to communications regarding retention of ASI Advisors as financial advisor for the debtor | 0.10 |
| March 21, 2012 | BJN | Revise application to retain ASI as financial advisors | 3.70 |
| March 22, 2012 | MXT | Review retention agreement with special counsel for regulatory matters with respect to retention motion | 0.10 |
| March 22, 2012 | MXT | Prepare motion to employ special counsel with respect to regulatory matters | 0.60 |
| March 22, 2012 | MXT | Attention to documents regarding filing of application to employ Riemer and related disclosure of compensation and file same | 1.10 |
| March 22, 2012 | MXT | Prepare certificate of service related to retention motion, pro hac vice motions, and motion to extend time to file schedules (no charge time) | 0.80 |
| March 22, 2012 | MXT | Attention to documents regarding pro hac vice motions and motion to extend time to file schedules and file same (no charge time) | 1.60 |
| March 23, 2012 | MXT | Further draft motion to employ special counsel with respect to regulatory matters | 0.50 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:

Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                          Page 2

---

| | | and attention to documents regarding same | |
|---|---|---|---|
| March 25, 2012 | MXT | Review draft motion to employ special counsel and related affidavit and compare against form pleadings | 1.40 |
| March 26, 2012 | MIR | Reviewed and revised Jollie Retention Motion | 0.50 |
| March 26, 2012 | MXT | Prepare and attention to motion to employ special counsel for regulatory matters | 0.70 |
| March 26, 2012 | MIR | Finalized ASI Retention application | 0.30 |
| March 28, 2012 | MIR | Further revised and circulated Jollie retention application | 0.70 |
| March 29, 2012 | MIR | Revised and Finalized Jollie Retention Application | 1.00 |
| March 29, 2012 | MXT | Attention to application to employ financial advisors and related pleadings and prepare for filing of same | 1.20 |
| March 29, 2012 | MIR | Finalized ASI Retention Application | 0.30 |
| March 29, 2012 | MXT | Prepare certificate of service for motion to employ financial advisor and conference with A. Hall regarding same and servicing of same (no charge time) | 0.30 |
| March 29, 2012 | MXT | Attention to and review application to employ special counsel and related pleadings and prepare for filing of same (no charge | 0.50 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:

Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 3

| | | | | |
|---|---|---|---|---|
| | | | time) | |
| March 29, 2012 | MXT | | Attention to communications with M. Russell regarding pleadings related to employment of special counsel, employment of financial advisors, and filing of same (no charge time) | 0.20 |
| March 30, 2012 | MXT | | Attention to documents regarding employment of special counsel and prepare certificate of service regarding same (no charge time) | 0.80 |
| March 30, 2012 | MXT | | Attention to communications with A. Hall regarding service of employment pleadings (no charge time) | 0.20 |
| | | Total Fees | | 9,208.50 |
| | | Total Bill | | $9,208.50 |

Riemer & Braunstein LLP
Three Center Plaza Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

<u>Exhibit C-6</u>
(Business Issues)

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                        July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 0

---

For Professional Services Rendered
Invoice Number:    200065
Re:                16297.00004
                   Business Issues

| March 19, 2012 | MXT | Attention to communications with M. Russell regarding insurance coverage | 0.10 |
|---|---|---|---|
| March 19, 2012 | MXT | Attention to documents and communications regarding license agreement(s) | 0.10 |
| March 19, 2012 | MXT | Review bankruptcy code provisions and other materials regarding treatment of utilities and prepare summary | 0.50 |
| March 19, 2012 | MIR | Phone call with S. Jollie re: DOT regulations on escrow | 0.60 |
| March 19, 2012 | MIR | Conference call with H. Torbert re: Valley National  Account | 0.50 |
| March 19, 2012 | BJN | Follow up call wit S. Jollie regarding DOT issues | 0.50 |
| March 20, 2012 | MIR | Discussion with W. Greene re: DIP Accounts | 0.20 |
| March 20, 2012 | MIR | Reviewed and revised draft letter to vendors re: FF&E | 0.30 |
| March 20, 2012 | MIR | Status call with client | 1.00 |
| March 20, 2012 | MIR | Follow up discussion with W. Greene re: EIN | 0.30 |
| March 20, 2012 | MIR | Reviewed loan commitment re: potential | 0.50 |

R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                          Page 1

| | | credit line | |
|---|---|---|---|
| March 20, 2012 | MIR | Researched certificates to do business identified in Purchase Agreement | 0.40 |
| March 21, 2012 | MXT | Attention to communications from client regarding business operation issues | 0.10 |
| March 21, 2012 | MIR | Conference status call with client | 1.00 |
| March 21, 2012 | MIR | Reviewed various notices submitted by Direct Air Carriers to DOT terminating ACMI agreements with Direct Air | 1.10 |
| March 21, 2012 | MIR | Status Call re: (i) ACMI Agreements and (ii) Depository Escrow Agreement and inquiries form JetPay and Merrick Bank | 2.00 |
| March 21, 2012 | MIR | Conference call with S. Jollie re: Jetpay | 0.40 |
| March 21, 2012 | BJN | Conference call with client representatives regarding current status, data production, open issues, motions and strategy | 0.80 |
| March 21, 2012 | MXT | Attend conference call regarding status related to accounts and financials and other bankruptcy issues (no charge time) | 1.00 |
| March 21, 2012 | MXT | Meet with A. Braunstein regarding call from credit card processor creditor (no charge time) | 0.10 |
| March 22, 2012 | MIR | Reviewed EIN Agreement | 0.60 |
| March 22, 2012 | MIR | Reviewed preliminary data re: passenger | 1.00 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:

Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                                         Page 2

---

| | | information | |
|---|---|---|---|
| March 22, 2012 | MIR | Phone call with D. Stukes re: passenger information | 0.40 |
| March 22, 2012 | MIR | Discussion with H. Torbert re: information re: cash | 0.30 |
| March 22, 2012 | MIR | Summarize Equity ownership and forward to client for approval | 0.30 |
| March 22, 2012 | MIR | Phone call with S. Jollie re: discussions with DOT | 0.50 |
| March 22, 2012 | BJN | Call with S. Jollie regarding funds in Valley account and DOT impact | 0.70 |
| March 22, 2012 | BJN | Conference call with client representatives regarding status and updates | 1.00 |
| March 22, 2012 | MIR | Reviewed documents forwarded by H. Torbert | 0.50 |
| March 22, 2012 | MIR | Status call with client | 0.80 |
| March 23, 2012 | MIR | Status conference with client | 0.50 |
| March 23, 2012 | MIR | Further discussion with S. Jollie re:  DOT | 0.30 |
| March 26, 2012 | MIR | Reviewed DOT requirements re: depository agreement and concept of "escrow" and discussed same with S. Jollie | 0.90 |
| March 26, 2012 | MIR | Reviewed media report re: comments from Ellison and Tull and discussed same with | 0.40 |

R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                  July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                            Page 3

---

| | | client | |
|---|---|---|---|
| March 26, 2012 | MIR | Phone call with D. Stukes re: (i) insurance payment for April; (ii) insurance payment for May; (iii) miscellaneous payments; and reviewed documentation re: same | 0.60 |
| March 26, 2012 | MIR | Reviewed draft press release forwarded by client and discusses same with client, and then with client and N. Brown | 0.60 |
| March 26, 2012 | MIR | Further discussion with S. Jollie re: (i) DOT documents; and (ii) Press Release | 0.60 |
| March 26, 2012 | BJN | Conference Call with client representatives regarding current status and issues relating to depository accounts and estate assets | 0.50 |
| March 26, 2012 | BJN | Review press release (no charge time) | 0.40 |
| March 26, 2012 | MIR | Reviewed documents from S.Jollie re:  DOT | 1.60 |
| March 26, 2012 | MIR | Status call | 0.60 |
| March 26, 2012 | ALB | Series of emails and work sessions with MRussell regarding pending issues and pertaining to approach (no charge time) | 0.30 |
| March 27, 2012 | MIR | Conference call with H. Torbert re: DOT documents | 0.90 |
| March 27, 2012 | MIR | Status call with client | 0.50 |
| March 27, 2012 | MIR | Reviewed both DOT production demands and discussed same with S. Jollie | 0.90 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                    July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 4

| | | | | |
|---|---|---|---|---|
| March 27, 2012 | MIR | Follow up call with client and S. Jollie re: DOT issues | | 0.50 |
| March 28, 2012 | SEF | Call with client re press release matters | | 0.40 |
| March 28, 2012 | BJN | Conference call with H. Torbert, S. Jollie, and N. Brown regarding press release | | 0.80 |
| March 28, 2012 | BJN | Review and revise press release | | 0.50 |
| March 28, 2012 | ALB | Telephone counsel to Michigan Airport and conference with M. Russell re same | | 0.10 |
| March 28, 2012 | MIR | Draft and circulate press release, reviewed S. Jollie's comments; conference call with client re: same | | 2.00 |
| March 28, 2012 | MIR | Reviewed documents re: IRS inquiry | | 1.60 |
| March 28, 2012 | MIR | Discussion with S. Jollie re: DOT demands and documents produced; reviewed files | | 1.00 |
| March 29, 2012 | ALB | Review series of e-mails and consideration of issues re strategy re reorganization and investigation | | 0.50 |
| March 29, 2012 | MIR | Reviewed Valley National Bank Statements | | 1.30 |
| March 29, 2012 | MIR | Status conference call with client | | 1.00 |
| March 29, 2012 | MIR | Phone call with S. Jollie re: update on discussions with DOT and responses to information requests. | | 1.00 |
| April 2, 2012 | BJN | Conference call with client representatives | | 0.50 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                      July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 5

| | | | |
|---|---|---|---|
| | | regarding updates, passenger data, and general status | |
| April 2, 2012 | MIR | Reviewed preliminary draft budget forwarded by D. Stukes | 0.30 |
| April 3, 2012 | BJN | Review letter from FAA regarding Passenger Facility Charges | 0.20 |
| April 5, 2012 | ALB | Telephone call from DStukes regarding summary of call and of Jet Pay/escrow issues | 0.20 |
| April 5, 2012 | MIR | Discussions re: Jet Pay issues | 0.60 |
| April 10, 2012 | MXT | Attention to communications between B. Nizzo and others regarding and American Express | 0.10 |

|  | |
|---|---|
| Total Fees | 22,937.50 |
| Total Bill | $22,937.50 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

Exhibit C-7
(Litigation)

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


Page 0

---

For Professional Services Rendered
Invoice Number:     200069
Re:                 16297.00011
                    Litigation

| March 16, 2012 | MIR | Reviewed background information on Ellison's prior history of alleged mis-deeds | 1.30 |
| March 16, 2012 | BJN | Review documents relating to potential Chemoil preference | 0.90 |
| March 19, 2012 | PHS | Attention to possible preference action(s) | 0.40 |
| March 19, 2012 | DEM | Investigate background facts and information with regard to potential litigation claims involving preference and fraud | 0.60 |
| March 19, 2012 | MIR | Phone call with H. Torbert re: EIN's attempts to withdraw money from Debtor's account post-petition | 0.40 |
| March 19, 2012 | MIR | Chemoil preference; reviewed data on Chemoil billing | 1.30 |
| March 19, 2012 | BJN | Attention to issue regarding attempts by EIN to withdraw money from Debtor's account | 0.10 |
| March 19, 2012 | BJN | Review Chemoil data | 0.40 |
| March 19, 2012 | DEM | Conference with PHS to discuss potential litigation claims and basis for same (no charge time) | 0.30 |

R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                     July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

                                                               Page 1

| Date | | | | |
|------|------|------|------|------|
| March 20, 2012 | PHS | Continue review of materials and background regarding possible preference action against Chemoil and possible suits against former owners | 1.30 |
| March 20, 2012 | MIR | Work on preference analysis of Chemoil payments and follow up with client re: missing data | 1.30 |
| March 20, 2012 | BJN | Consider issues and strategies in connection with preference actions and other potential fraud actions | 1.80 |
| March 20, 2012 | BJN | Review and analyze information relating to potential preference action against Chemoil | 0.60 |
| March 20, 2012 | MIR | Conference call re: potential preference action against Chemoil (no charge time) | 1.00 |
| March 20, 2012 | DEM | Work session to obtain facts and information with regard to potential preferential litigation claim concerning ChemOil | 0.90 |
| March 20, 2012 | SEF | Strategy calls with MIR, PS and DM re potential preference litigation, fiduciaries litigation and investigation (no charge time) | 1.00 |
| March 21, 2012 | PHS | Work on preference draft; follow up regarding need for more information | 0.40 |
| March 21, 2012 | MIR | Reviewed form Employment Agreement between Prior Owners and Direct Air | 0.60 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                          July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


Page 2

| | | | |
|---|---|---|---|
| March 21, 2012 | MIR | Reviewed draft Chemoil complaint | 0.40 |
| March 21, 2012 | MIR | Reviewed Prior Owners guaranty (blank form) to Merrick Bank | 0.30 |
| March 21, 2012 | DEM | Review of original contract with Chemoil, first amendment to contract, and excel spreadsheet of payments, due dates, and potential preferential payments made by Debtor to Chemoil | 2.20 |
| March 21, 2012 | DEM | Prepare preliminary draft Complaint to avoid preferences | 1.90 |
| March 23, 2012 | PHS | Further review and analysis regarding preference | 0.40 |
| March 23, 2012 | ALB | Review emails and status regarding potential adversary proceedings | 0.40 |
| March 26, 2012 | MIR | Chemoil: Reviewed updated information and further discussed same with W. Greene | 0.70 |
| March 26, 2012 | DEM | Revise Complaint to provide alternative claim and calculation of preferences | 0.40 |
| March 27, 2012 | PHS | Follow up regarding Preference Complaint | 0.10 |
| March 27, 2012 | MIR | Follow up with client on Chemoil documents and circulated draft complaint for review and approval. | 0.70 |
| March 28, 2012 | PHS | Conference with MIR regarding intention for completion and filing of preference suit (no | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                                                Page 3

---

| | | | |
|---|---|---|---|
| | | charge time) | |
| March 29, 2012 | PHS | Follow up regarding suit vs. Chemical; consider need to obtain bank records | 0.20 |
| March 29, 2012 | MIR | Discussion with D. Stukes re: Chemoil Invoicing | 0.50 |
| March 30, 2012 | MIR | Begin review Chemoil Invoicing and Accounting | 2.60 |
| March 30, 2012 | BJN | Review Chemoil's joinder in motion to convert | 0.10 |
| March 30, 2012 | MIR | Review further Chemoil information | 0.40 |
| April 2, 2012 | BJN | Conference call with H. Torbert, and MIR regarding issues relating to Chemoil | 1.00 |
| April 2, 2012 | MIR | Reviewed Direct Air/Chemoil settlement agreement and reviewed Guaranty | 1.30 |
| April 5, 2012 | PHS | Review issue with ALB and M.R. regarding Chemoil preference claim and to gather further information regarding possible preference | 0.60 |
| April 5, 2012 | MIR | Reviewed revised Chemoil preference analysis and discussed same with P. Sutton and A. Braunstein | 1.30 |
| April 5, 2012 | BJN | Review Chemoil reconciliation | 0.40 |
| April 5, 2012 | ALB | Work session with PSutton and MRussell regarding Chemoil preference (no charge | 0.60 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 4

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | time) | |
| April 6, 2012 | MIR | Continued review and analysis of Chemoil payment summary and cross referenced Valley National bank statements to track payments | 1.60 |
| April 10, 2012 | MXT | Attention to documents regarding preference analysis with respect to Chemoil | 0.20 |
| | | Total Fees | 17,885.50 |

Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| March 19, 2012 | Photocopies (Internal) - - - - - | 0.80 |
| March 21, 2012 | Photocopies (Internal) - - - - - | 0.80 |
| March 21, 2012 | Photocopies (Internal) - - - - - | 0.80 |
| | Total Expenses and Disbursements | 2.40 |
| | Total Bill | $17,887.90 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

<u>Exhibit C-8</u>
(U.S. Trustee)

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                                                          July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                                                                    Page 0

---

For Professional Services Rendered
Invoice Number:     200070
Re:                 16297.00012
                    US Trustee

| | | | |
|---|---|---|---|
| March 16, 2012 | ALB | Telephone call from JDoherty and later telephone conference with JDoherty, MRussell and SFox | 0.80 |
| March 16, 2012 | SEF | Participate in portion of preliminary post-filing call with US Trustee's office | 0.30 |
| March 16, 2012 | MIR | Conference call with S. Fox, A. Braunstein, Joe Doughty and John Shea from US Trustee's office re: case background | 0.50 |
| March 16, 2012 | MIR | Work on assembling insurance data for US Trustee | 0.60 |
| March 19, 2012 | ALB | Telephone call from RKing and outline of requested information | 0.10 |
| March 19, 2012 | SEF | Participate in conference call/meeting with UST Trustee representatives | 0.90 |
| March 19, 2012 | MIR | Conference call with R. King from US Trustees' office, A. Braunstein & S. Fox (no charge time) | 0.90 |
| March 19, 2012 | ALB | Detailed telephone conference with RKing, JDoherty, MRussell and SFox (no charge time) | 0.90 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                        July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 1

| Date | | Description | Hours |
|---|---|---|---|
| March 21, 2012 | BJN | Correspondence with J. Doherty and R. King regarding motion to extend time to file schedules | 0.20 |
| March 23, 2012 | BJN | Work session regarding UST's motion to convert | 0.30 |
| March 23, 2012 | MIR | Phone call with R. King from US Trustee's office re: his office's filing of Motion to Convert | 0.20 |
| March 23, 2012 | SEF | Review US Trustee motion to convert or for chapter 11 trustee; discussion with MR re same | 0.50 |
| March 29, 2012 | ALB | Work session with MRussell and telephone conference with RKing and MRussell re: US Trustee inquiries | 0.30 |
| March 30, 2012 | MIR | Reviewed Chemoil's joinder in US Trustee's Motion to Convert | 0.20 |
| April 2, 2012 | MIR | Reviewed date needed by US Trustee for meeting on 4/5 and coordinate with D. Stukes on the preparation of same | 0.40 |
| April 2, 2012 | ALB | Email from JShea regarding US Trustee meeting agenda | 0.10 |
| April 3, 2012 | MIR | Draft Objection to US Trustee's Motion to Convert | 1.00 |
| April 4, 2012 | ALB | Travel to meetings with US Trustee regarding initial debtor conference and thereafter with | 5.30 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                          July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 2

---

|  |  |  |  |
|---|---|---|---|
|  |  | JDoherty, RKing, DStukes and HTorbert regarding formation meeting; discussions with client and DStukes prior to meeting with RKing as to negotiations regarding pending motion to convert with R. King's suggestion of potential examiner; discussion with RKing regarding same; conference with client and DStukes after discussions and further discussions with DStukes during return travel time |  |
| April 4, 2012 | MIR | Attend and participate in: (i) Initial Debtor Interview; (ii) Committee Organization Meeting - which was replaced with extended US Trustee interview and discussion re: go forward plans | 3.00 |
| April 4, 2012 | BJN | Work session regarding issues concerning meeting with United States Trustee | 0.30 |
| April 4, 2012 | MXT | Conference with A. Braunstein and D. Stukes regarding logistics and meeting with US Trustee's office and committee formation meeting (no charge time) | 0.10 |
| April 4, 2012 | MXT | Attention to pleadings and other documents for scheduled meeting with US Trustee's office and creditor formation meeting | 1.30 |
| April 4, 2012 | MIR | Client Meeting to prepare for US Trustee Initial Debtor interview | 1.00 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:

Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                                      July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 3

| | | | |
|---|---|---|---|
| April 5, 2012 | ALB | Telephone conference with client et. al. regarding US Trustee motion, financing and related issues stemming from yesterday's meeting and consideration of examiner suggestion by US Trustee | 1.00 |
| April 5, 2012 | BJN | Prepare for and participate in call with client representatives regarding meeting with US trustee, updates and status | 0.50 |
| April 5, 2012 | BJN | Call with H. Torbert and S. Jollie regarding Examiner option potential | 0.30 |
| April 5, 2012 | MIR | Work on Objection to Motion to Convert | 1.00 |
| April 5, 2012 | MIR | Follow up discussion with client and S. Jollie re: proposal for appointment of an examiner | 0.50 |
| April 5, 2012 | MIR | Phone call with A. Braunstein and R. King (UST) re: request for adjournment of hearing on Motion to Convert until 4/23 and client's willingness to consent to examiner | 0.20 |
| April 6, 2012 | ALB | Work session with MRussell and telephone conference with RKing regarding extension request | 0.70 |
| April 6, 2012 | MIR | Further discussions re: objection to motion to convert | 0.40 |
| April 6, 2012 | BJN | Review and revise opposition to motion to convert case | 1.80 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                    July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 4

| Date | Init. | Description | Hours |
|---|---|---|---|
| April 6, 2012 | BJN | Review S. Jollie comments to opposition to motion to convert | 0.20 |
| April 6, 2012 | MIR | Discussion with A. Braunstein re: UST consent to extend deadline to file objection to conversion motion and draft motion for extension | 0.50 |
| April 6, 2012 | ALB | Review proposed response to Motion to Convert and comments from counsel regarding DOT; consideration of additional arguments | 0.50 |
| April 6, 2012 | MIR | Work on Objection to Motion to convert | 2.50 |
| April 9, 2012 | SEF | Review and revise draft response and opposition to US Trustee's motion for conversion or appointment of chapter 11 trustee | 2.60 |
| April 9, 2012 | BJN | Correspondence with D. Stukes regarding revisions to opposition to motion to convert | 0.20 |
| April 9, 2012 | MIR | Reviewed and revised objection to motion to convert | 1.10 |
| April 9, 2012 | BJN | Review and revise opposition to motion to convert | 1.30 |
| April 10, 2012 | SEF | Further revise draft response in opposition to US Trustee conversion/trustee motion | 2.20 |
| April 10, 2012 | BJN | Review and finalize opposition to motion to | 0.40 |

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Direct Air                                                    July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577


                                                             Page 5

---

|  |  |  |  |
|---|---|---|---|
|  |  | convert |  |
| April 11, 2012 | SEF | Prepare for, attend and travel to/from hearings in Bankruptcy Court (Worcester) | 3.50 |
| April 11, 2012 | MXT | Call with S. Fox before scheduled hearing regarding issues raised in Chemoil pleadings related to conversion to Chapter 7 | 0.30 |
| April 11, 2012 | MXT | Attention to communications with A. Braunstein and others regarding account information for Chapter 7 trustee and other inquiries | 0.30 |
| April 11, 2012 | ALB | Travel to hearing on Motion to Convert; attended hearing; conference with SFox after hearing; return travel to office (no charge time) | 3.50 |
| April 11, 2012 | BJN | Work session with SEF regarding 4/11/12 hearing (no charge time) | 0.50 |
|  |  | Total Fees | 23,550.00 |
|  |  | Total Bill | $23,550.00 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON         NEW YORK         CHICAGO         BURLINGTON

<u>Exhibit C-9</u>
(Fee Application)

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Direct Air                                                July 26, 2012
1600 Oak Street, Suite B
Myrtle Beach, South Carolina 29577

Page 0

For Professional Services Rendered
Invoice Number:   200073
Re:                16297.00009
                   Fee Applications

| | | | |
|---|---|---|---|
| April 30, 2012 | ALB | Review/revise statement of services | 1.10 |
| May 16, 2012 | ALB | Further review and revise statement of services regarding application | 0.80 |
| May 18, 2012 | ALB | Continue work on revisions to statement of services | 1.10 |
| July 24, 2012 | ALB | Work on narrative summary in support of fee application | 3.20 |
| July 25, 2012 | ALB | Further revise and finalize fee application | 2.80 |
| | | Total Fees | 5,625.00 |

Disbursements:

| | | |
|---|---|---|
| July 24, 2012 | Photocopies (Internal) - - - - - | 5.60 |
| July 25, 2012 | Photocopies (Internal) - - - - - | 6.40 |
| | Total Expenses and Disbursements | 12.00 |

| | |
|---|---|
| Total Bill | $5,637.00 |

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

<u>Exhibit D</u>
(Description of Expenses and Disbursements)

EXHIBIT D

Direct Air

Disbursements

| | |
|---|---|
| Photocopies (Internal) | 4,422.33 |
| Long Distance Telephone | 561.56 |
| Conference Calls | 20.20 |
| Travel Expenses | 595.31 |
| Air Travel | 494.20 |
| Automobile Rental | 276.15 |
| Taxi | 35.00 |
| Automobile (Mileage) | 199.15 |
| Parking | 105.00 |
| Postage | 140.00 |
| Clerical Overtime | 905.38 |
| Outside Information Services | 49.36 |
| Meals | 19.00 |
| Westlaw | 412.53 |
| UCC Search Service | 21.00 |
| TOTAL | $5,295.64 |

1462122.1

<u>Exhibit E</u>
(Biographical Sketch of Attorneys)

1460316.5

Direct Air                                                                    Exhibit E

## BIOGRAPHICAL SKETCH

**ALAN L. BRAUNSTEIN**:

Alan L. Braunstein is a partner with the law firm of Riemer & Braunstein LLP where he has been practicing since 1985. Mr. Braunstein graduated from Skidmore College in 1975. In 1976, he received his masters degree at Columbia University and in 1977 received an Ed. M. Mr. Braunstein graduated in 1985 and joined Riemer & Braunstein's bankruptcy department after graduation. Since 1996, he has authored and edited Volume 5B of the Massachusetts Practice Series Section on Bankruptcy, and is the author of <u>Bankruptcy Depositions</u>, (Juris Publishing 2001), "Workouts and Bankruptcy" for MCLE, and an article and amicur briefs for the Commercial Law League of America. Mr. Braunstein has also been a panelist for the American Bankruptcy Institute at the Washington and Northeast Conventions.

**GUY B. MOSS:**

Guy B. Moss is a partner in the firm. Mr Moss graduated magna cum laude from Yale University in 1966 and received his law degree cum laude from Harvard Law School in 1969. He is a fellow of the American College of Bankruptcy and a frequent speaker both regionally and nationally, as well as the author of numerous publications in the bankruptcy field. He joined the bankruptcy department of Riemer & Braunstein LLP in January 2007.

**PETER H. SUTTON:**

Peter has been the chairperson of the firm's litigation department for more than two decades. He has had a diversified litigation practice during the past 30 years, including all facets of business and commercial litigation. He has handled and managed banking and commercial finance litigation, including lender liability matters; contractual disputes of all sorts; land use litigation; probate disputes; fraudulent conveyance matters; bankruptcy litigation; intellectual property matters; and insurance cases of various kinds, including defense litigation, financial institution bond claims and personal injury matters. Peter also has been qualified as an expert witness on litigation matters in the U.S. Bankruptcy Court, District of Massachusetts, and has appeared in courts in other jurisdictions and in foreign countries.

**MACKEN TOUSSAINT:**

Macken Toussaint graduated from the Northeastern University, Cum Laude in 1996 and Northeastern University School of Law in 1999. After graduating law school, Macken accepted and served a two year appointment as a Law Clerk at the United States Bankruptcy Court in Worcester, Massachusetts.