UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 )  ) Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | ) ) ) ) ) |
| Debtor. | ) ) |

## CERTIFICATE OF SERVICE

I certify that a copy of the attached Notice of Nonevidentiary Hearing on the United States' Notice of Filing Chapter 11 Administrative Claim was served by electronic mail on all CM/ECF registered users on August 1, 2012.

Dated: August 1, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney for the
District of Massachusetts

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
BBO #628907
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
chris.donato@usdoj.gov

/s/Andrea Horowitz Handel
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
ANDREA HOROWITZ HANDEL
Civil Division
Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 307-0358
Facsimile: (202) 514-9163
Email: andrea.handel@usdoj.gov

Attorneys for the United States