## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC,
D/B/A DIRECT AIR,

                   Debtor.

Case No. 12-40944 (MSH)

Chapter 11

### CERTIFICATE OF SERVICE

I, Alan L. Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, a copy of the *Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's Chapter 11 Proceeding, and (II) Authorization Allowance in the Amount of (and Payment from) Retainer on an Interim Basis with Such Amount and Balance of Application Constituting an Administrative Claim Subject to Final Determination by the Court* was served by electronic mail on all CM/ECF registered users on July 31, 2012.

*/s/ Alan L. Braunstein*
Alan L. Braunstein, BBO# 546042
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
Phone: 617.523.9000
Fax:    617.880.3456
E-mail:  abraunstein@riemerlaw.com

DATED:  August 1, 2012