## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC, | ) Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) |
| Debtor | ) |

### MOTION FOR ADMISSION *PRO HAC* VICE
### OF TIMOTHY T. BROCK AS COUNSEL TO MERRICK BANK CORPORATION

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Timothy T. Brock of Satterlee Stephens Burke & Burke LLP to practice before this Court *pro hac vice* as counsel to Merrick Bank Corporation, creditor and interested party herein ("Merrick"), in the above-captioned Chapter 7 case.

In support of this motion, the undersigned states:

1. MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of Timothy T. Brock, attached as <u>Exhibit A</u>, states that: (a) he is a member in good standing of the Bar of the State of New York, as well as a member in good standing before the United States District Courts for the Southern, Western, Northern and Eastern Districts of New York, the Eastern District of Wisconsin, and the Second Circuit Court of Appeals; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

1384616v1/18355-2

WHEREFORE, the undersigned respectfully requests that this Court enter an order substantially in the form of Exhibit B admitting Timothy T. Brock to practice before this Court *pro hac vice* as counsel to Merrick, and grant such other and further relief as this Court deems just and proper.

                Respectfully submitted,
                JetPay Merchant Services, LLC
                By its attorneys,

                /s/ Laura A. Otenti
                David J. Reier (BBO 546202)
                Laura A. Otenti (BBO 660301)
                POSTERNAK BLANKSTEIN & LUND LLP
                Prudential Tower
                800 Boylston Street
                Boston, MA  02199-8004
                Tel.:  (617) 973-6100
                Fax:  (617) 367-2315
                Email: dreier@pbl.com
                        lotenti@pbl.com

Dated:  August 7, 2012

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 7th day of August, 2012 and will be served via ECF to those who have requested notice through the ECF filing system.

                /s/ Laura A. Otenti
                Laura A. Otenti

## EXHIBIT A

Certificate for Admission *Pro Hac Vice* of Timothy T. Brock.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Chapter 7 |
|---|---|
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Case No. 12-40944 (MSH) |
| Debtor. | |

## MLBR RULE 9010-1(b)
## CERTIFICATE FOR ADMISSION
## *PRO HAC VICE* OF TIMOTHY T. BROCK

I Timothy T. Brock, hereby aver and say:

1. I am a member of the Bar of the State of New York, and I am also admitted before the United States District Courts for the Southern, Western, Northern and Eastern Districts of New York, the United States District Court for the Eastern District of Wisconsin, and the Second Circuit Court of Appeals.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no prior application to be specially admitted to this Court during the last twelve months.

5. I am familiar with the MLBR.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF AUGUST 2012.**

Timothy T. Brock
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel. No. (212) 818-9200
tbrock@ssbb.com

1384616v1/18355-2

## EXHBIIT B

Proposed Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, <br><br>Debtor. | Chapter 7 <br><br>Case No. 12-40944 (MSH) |

### ORDER GRANTING MOTION FOR
### ADMISSION OF TIMOTHY T. BROCK *PRO HAC VICE*

This Court having considered the Motion for Admission of Timothy T. Brock *Pro Hac Vice* (the "Motion") and the supporting Certificate of Timothy T. Brock, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is granted.

2. Timothy T. Brock is authorized to appear and practice *pro hac vice* on behalf of Merrick Bank Corporation in the above-captioned Chapter 7 case.

Dated: Worcester, Massachusetts
       August ___, 2012

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE

1384616v1/18355-2