UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,
         Debtor

Chapter 11
Case No. 12-40944-MSH

## MOTION FOR ADMISSION *PRO HAC* VICE
## OF DANIEL G. GURFEIN AS COUNSEL TO MERRICK BANK CORPORATION

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Daniel G. Gurfein of Satterlee Stephens Burke & Burke LLP to practice before this Court *pro hac vice* as counsel to Merrick Bank Corporation, creditor and interested party herein ("Merrick"), in the above-captioned Chapter 7 case.

In support of this motion, the undersigned states:

1. MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2. The accompanying Certificate of Daniel G. Gurfein, attached as Exhibit A, states that: (a) he is a member in good standing of the Bar of the State of New York, as well as a member in good standing before the United States District Courts for the Southern, Northern and Eastern Districts of New York, the District of Arizona, and the Second Circuit Court of Appeals; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

WHEREFORE, the undersigned respectfully requests that this Court enter an order substantially in the form of Exhibit B admitting Daniel G. Gurfein to practice before this Court *pro hac vice* as counsel to Merrick, and grant such other and further relief as this Court deems just and proper.

> Respectfully submitted,
>
> JetPay Merchant Services, LLC
> By its attorneys,
>
> /s/ Laura A. Otenti
> David J. Reier (BBO 546202)
> Laura A. Otenti (BBO 660301)
> POSTERNAK BLANKSTEIN & LUND LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-8004
> Tel.: (617) 973-6100
> Fax: (617) 367-2315
> Email: dreier@pbl.com
> lotenti@pbl.com

Dated: August 7, 2012

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 7th day of August, 2012 and will be served via ECF to those who have requested notice through the ECF filing system.

> /s/ Laura A. Otenti
> Laura A. Otenti

2

1384493v1/18355-2

## EXHIBIT A

Certificate for Admission *Pro Hac Vice* of Daniel G. Gurfein.

1384493v1/18355-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-40944 (MSH) |
|---|---|

### MLBR RULE 9010-1(b)
### CERTIFICATE FOR ADMISSION
### *PRO HAC VICE* OF DANIEL G. GURFEIN

I Daniel G. Gurfein, hereby aver and say:

1. I am a member of the Bar of the State of New York, and I am also admitted before the United States District Courts for the Southern, Northern and Eastern Districts of New York; the United States District Court for the District of Arizona, and the Second Circuit Court of Appeals.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have made no prior application to be specially admitted to this Court during the last twelve months.

5. I am familiar with the MLBR.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2 DAY OF AUGUST 2012.

Daniel G. Gurfein
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel. No. (212) 818-9200
dgurfein@ssbb.com

1384493v1/18355-2

## **EXHBIIT B**

Proposed Order

1384493v1/18355-2

Case 12-40944    Doc 184    Filed 08/07/12    Entered 08/07/12 10:31:28    Desc Main
Document      Page 6 of 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-40944 (MSH) |
|---|---|

## ORDER GRANTING MOTION FOR
## ADMISSION OF DANIEL G. GURFEIN *PRO HAC VICE*

This Court having considered the Motion for Admission of Daniel G. Gurfein *Pro Hac Vice* (the "Motion") and the supporting Certificate of Daniel G. Gurfein, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is granted.

2. Daniel G. Gurfein is authorized to appear and practice *pro hac vice* on behalf of Merrick Bank Corporation in the above-captioned Chapter 7 case.

Dated: Worcester, Massachusetts
       August ___, 2012

                                            _____
                                            MELVIN S. HOFFMAN
                                            UNITED STATES BANKRUPTCY JUDGE

1384493v1/18355-2