**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Southern Sky Air & Tours, LLC d/b/a Direct Air<br>Debtor, | Chapter: 7<br>Case No: 12–40944<br>Judge Melvin S. Hoffman |

## NOTICE OF FEE DUE

Pursuant to the fee schedule published by the United States District Court, the fee due for your Motion to Appear Pro Hac Vice is one hundred dollars($100.00). The check must be made payable to the "Clerk, U.S. District Court" and mailed or delivered to the district court at the following address:

    Clerk's Office, U.S. District Court
    John Joseph Moakley Courthouse
    Attn: Chris Karjel or Lucien Adam
    One Courthouse Way
    Boston, MA 02109

The fee must be paid within ten (10) days of the date of this notice. The U.S. District Court will alert the Bankruptcy Court once the fee has been paid. Unless otherwise ordered by the Bankruptcy Court, your motion numbered **184** will not be granted until the fee is paid.

Date:8/7/12

                                                                                      By the Court,

                                                                                      <u>M Houatchanthara</u>
                                                                                       Deputy Clerk

                                                                                                                       186 – 184