## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC, D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

I, Alan L. Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, a copy of the *Notice of Nonevidentiary Hearing* was served by electronic mail on all CM/ECF registered users on August 8, 2012.

/s/ *Alan L. Braunstein*
Alan L. Braunstein, BBO# 546042
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
Phone: 617.523.9000
Fax:    617.880.3456
E-mail:  abraunstein@riemerlaw.com

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re: Southern Sky Air & Tours, LLC d/b/a Direct Air
Debtor,

Chapter: 7
Case No: 12-40944
Judge Melvin S. Hoffman

---

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **9/13/12 at 02:00 PM** before the Honorable Judge Melvin S. Hoffman Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

[178] Application of Riemer & Braunstein LLP For (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's Chapter 11 Proceeding, and (II) Authorization Allowance in the Amount of (and Payment From) Retainer on an Interim Basis with Such Amount and Balance of Application Constituting an Administrative Claim Subject to Final Determination by the Court.

OBJECTION/RESPONSE DEADLINE: **AUGUST 27, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION.** (See MLBR 5071-1)

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013-1(f)].

Date: 8/1/12

By the Court,

Halina Magerowski
Deputy Clerk
508-770-8927