UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 7 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Alan Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the attached NOTICE OF NONEVIDENTIATY HEARING regarding the *Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's Chapter 11 Proceeding, and (II) Authorizing Allowance in the Amount of (and Payment From) Retainer on an Interim Basis With Such Amount and Balance of Application Constituting an Administrative Claim Subject to Final Determination by the Court* [Doc No. 178] to be served by Email, first class United States mail, and/ or electronic notification (ECF), as indicated, upon (i) the parties listed on the service list attached hereto, and (ii) any other party receiving electronic notification in the case.

        /s/ Alan L. Braunstein
Alan L. Braunstein (BNH 01544)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
abraunstein@riemerlaw.com

Dated: August 9, 2012

SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR
Service List
Case # 12-40944

Joseph H. Baldiga - **(ECF)**
jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com

Gina M. Barbieri on behalf of Trustee Joseph Baldiga -**(ECF)**
gbarbieri@mirickoconnell.com,
bankrupt@mirickoconnell.com

Southern Sky Air & Tours, LLC
d/b/a Direct Air
c/o Mr. Hank L. Torbert
1600 Oak Street, Suite B
Myrtle Beach, SC 29577
**Email**: hltorbert@kingwilliamsholdings.com

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave.
Suite 1102
White Plains, NY 10601
**Email**: dstukes@asi-advisors.com

Susan B. Jollie, Esq.
Law Office of Susan B. Jollie
7503 Walton Lane
Annandale, VA 22003-2558
**E-mail**: sjollie@verizon.net

Richard King, Esq. **(ECF)**
Office of the US Trustee
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
**Email**: Richard.T.King@usdoj.gov;
USTPRegion01.WO.ECF@USDOJ.GOV

*Notice of Appearance*

Jonathan C. Burwood on behalf of Creditor Platte River Insurance Company **(ECF)**
jburwood@hinshawlaw.com,
sdelmonaco@hinshawlaw.com

Nicole B. Caprioli on behalf of Interested Party Commonwealth of Massachusetts **(ECF)**
nicole.caprioli@state.ma.us

Bradford R. Carver on behalf of Creditor Platte River Insurance Company **(ECF)**
bcarver@hinshawlaw.com,
sdelmonaco@hinshawlaw.com

David C. Fixler **(ECF)**
(on behalf of Interested Party Judy Tull, Kay Ellison, and Marshall Ellison)
dfixler@rubinrudman.com

Andrea Horowitz Handel on behalf of Creditor UNITED STATES **(ECF)**
andrea.handel@usdoj.gov

Robert W Kovacs on behalf of Creditor Kevin Conway **(ECF)**
bknotices@rkovacslaw.com

Gina L. Martin on behalf of Creditor Merrick Bank Corporation **(ECF)**
gmartin@goodwinprocter.com

William R. Moorman on behalf of Creditor Radixx Solutions International, Inc. **(ECF)**
moorman@craigmacauley.com

David M. Nickless on behalf of Interested Party Hank Torbert **(ECF)**
dnickless.nandp@verizon.net

Michael J. Pappone on behalf of Creditor Merrick Bank Corporation **(ECF)**
mpappone@goodwinprocter.com

David J. Reier on behalf of Creditor JetPay Merchant Services, LLC **(ECF)**
dreier@pbl.com

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: thoran@wcsr.com
(Counsel to Falcon Air Express, Inc.)

Office of James M. Begley, Esq.
Attn: Lisa Marcoccia
225 Park Avenue South, 13th Floor
New York, NY 10003
(counsel to The Port Authority of New York and New Jersey)

Christopher Harrington
257 Tom Swamp Road
Petersham, MA 01366

Office of the Attorney General Martha Coakley
Attn: Margarett J. Hurley,
10 Mechanics Street, Suite 301
Worcester, MA 01608
Email: margarett.hurley@state.ma.us

Tasha B. Thompson
PO Box 12265
Columbia, SC 29211
(on behalf of Interested Party South Carolina Department of Revenue)

Brian P. Hall Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309-3592
(on behalf of Creditor Wells Fargo Bank, N.A.)

**Secured Creditors:**

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262

Joel T. Brighton, Esq.
Wells Fargo
One Wells Fargo Center
MAC: D1053-300
301 South College St.
Charlotte, NC 28202

**_Top 20 Creditors_**

Allegheny County Airport Authority
P.O. Box 642623
Pittsburgh, PA 15264-2623

Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Attn: Richard White
Fort Lauderdale, FL 33301

Horry County Department of Airports/PFC
1100 Jetport Road
Myrtle Beach SC 29577

Jet Pay
3361 Boyington Drive
Carrollton, TX 75006

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002

Lehigh Northampton Airport
3311 Airport Blvd.
Allentown, PA 18109

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02128

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Niagra Frontier Transportation Authority
P.O. Box 5008
Buffalo, NY 14205

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406

Quickflight, Inc.
145 Burt Road, Suite 16
Lexington, KY 40503

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls NY 14304

The Port Authority of NY & NJ
P.O. Box 95000
Philadelphia, PA 19195-1517

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court
Suite 100A
Suwanee, GA 30024

WFFF/WVNY-TV
SMITH BROADCASTING OF VT LLC
298 Mountain View Drive
Colchester, VT 05406

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 304
Boise, ID 83702

**_Governmental Authorities_**

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankruptcy Unit, 5th Floor, Attn: Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

United States Attorney
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

S.C. Department of Revenue and Taxation
P.O. Box 12265
Columbia, SC 29211

Office of the Attorney General
State of South Carolina
Rembert Dennis Building
1000 Assembly Street, Room 519
Columbia, SC 29201

*E-mail List*

Jeffrey Sternklar, Esq. (**ECF**)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
**Email**: jdsternklar@duanemorris.com
(counsel to Valley National Bank)

Kevin C. McGee, Esq. (**ECF**)
Seder & Chandler LLP
339 Main Street
Worcester, MA 01608
**Email**: kmcgee@sederlaw.com
(counsel to American Express Travel Related Services)

David B. Haber, Esq.- **ECF**
David B. Haber, P.A.
Miami Center, Suite 1205
201 South Biscayne Blvd.
Miami, Florida 33131
**Email**: dhaber@dhaberlaw.com
(counsel to Chemoil Corporation d/b/a Chemoil Aviation)

Internal Revenue Services
IRS Excise Tax
c/o Robert J. Murphy
**Email**: RobertJ.Murphy@irs.gov

Ronald T. Bevans, Jr., Esq.- **ECF**
Law offices of Ronald T. Bevans, Jr., P.A.
1221 Brickell Avenue
Suite 2660
Miami, Florida 33131
**Email**: rtbevans@bevanslaw.com
(counsel to Sky King, Inc.)

Michael P. Holden, Esq.
Law Offices of Michael P. Holden
335 Washington Street
Suite 4
Norwell, MA 02061
**Email**: mholden@mholdenlaw.com
(Local counsel for Sky King, Inc.)

Lawrence M. Kraus, Esq- **ECF**
(on behalf of Creditor Horry County Department of Airports)
Email: lkraus@foley.com

Laura Otenti, Esq. (**ECF**)
on behalf of Creditor JetPay Merchant Services, LLC
Email: lotenti@pbl.com, jspagnoli@pbl.com

1466514.1

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:  Southern Sky Air & Tours, LLC d/b/a Direct Air
Debtor,

Chapter: 7
Case No: 12-40944
Judge Melvin S. Hoffman

---

### NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **9/13/12 at 02:00 PM** before the Honorable Judge Melvin S. Hoffman Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [178] Application of Riemer & Braunstein LLP For (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's Chapter 11 Proceeding, and (II) Authorization Allowance in the Amount of (and Payment From) Retainer on an Interim Basis with Such Amount and Balance of Application Constituting an Administrative Claim Subject to Final Determination by the Court.

OBJECTION/RESPONSE DEADLINE: **AUGUST 27, 2012 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION**. (See MLBR 5071-1)

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013-1(f)].

Date:8/1/12

By the Court,

Halina Magerowski
Deputy Clerk
508-770-8927