UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 7 |

## MOTION TO LIMIT NOTICE

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Riemer & Braunstein LLP (the "Law Firm") hereby moves this Court pursuant to Rule

2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice

regarding Notice of Hearing on the **Application of Riemer & Braunstein LLP for (I)**

**Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's**

**Chapter 11 Proceeding, and (II) Authorizing Allowance in the Amount of (and Payment**

**From) Retainer on an Interim Basis With Such Amount and Balance of Application**

**Constituting an Administrative Claim Subject to Final Determination by the Court** [Doc

No. 178] (the "Fee Application") to service upon (i) the Chapter 7 Trustee and his counsel, (ii)

the Office of the United States Trustee, (iii) secured creditors, (iv) the Debtor's twenty largest

unsecured creditors, (v) all parties that have filed requests for notice, and (vi) any other

interested parties in the Debtor's email list or receiving electronic notification in the case.

In support hereof, the Law Firm submits the following:

1.      On March 15, 2012, the Debtor filed its petition for relief under Chapter 11 of the

United States Bankruptcy Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code").

2.     On April 11, 2012 (the "Conversion Date"), the case was converted to one under Chapter 7 of the Bankruptcy Code.

3.     On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4.     On May 22, 2012, the court set July 31 as the last date for filing Chapter 11 administrative claims.

5.     The Law Firm timely filed its Fee Application, in which the Law Firm requests an interim award in the amount equal to its retainer and that any final award on the Fee Application be determined upon such later date and to the extent of available assets in the Debtor's estates.

6.     The court scheduled a hearing on the Fee Application for September 13, 2012.

7.     Given the number of creditors in the case and the expense of notice as well as the interim relief request, the Law Firm states that the cost of serving notice to all parties in interest would be costly and burdensome.

8.     Accordingly, the Law Firm requests that it be authorized to limit notice to (i) the Chapter 7 Trustee and his counsel, (ii) the Office of the United States Trustee, (iii) secured creditors, (iv) the Debtor's twenty largest unsecured creditors, (v) all parties that have filed requests for notice, and (vi) any other interested parties in the Debtor's email list or receiving electronic notification in the case.

WHEREFORE, the Law Firm respectfully requests that this Court enter an Order:

a.      Allowing the motion to limit notice; and

b.      Granting such other and further relief as it just.

Dated: August 9, 2012                        RIEMER & BRAUNSTEIN LLP

                                             /s/ Alan L. Braunstein
                                             Alan L. Braunstein, BBO# 546042
                                             Riemer & Braunstein LLP
                                             Three Center Plaza
                                             Boston, MA  02108
                                             Phone: 617.523.9000
                                             Fax:    617.880.3456
                                             E-mail:  abraunstein@riemerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>D/B/A DIRECT AIR,<br><br><br>Debtor. | Case No. 12-40944 (MSH)<br><br>Chapter 7 |

<u>**ORDER AUTHORIZING MOTION TO LIMIT NOTICE**</u>
**(Re: Notice of Hearing on Fee Application)**

Upon the motion (the "<u>Motion</u>") of Riemer & Braunstein LLP (the "<u>Law Firm</u>") for

authority to limit notice of its Notice Hearing on the **Application of Riemer & Braunstein LLP**

**for (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the**

**Debtor's Chapter 11 Proceeding, and (II) Authorizing Allowance in the Amount of (and**

**Payment From) Retainer on an Interim Basis With Such Amount and Balance of**

**Application Constituting an Administrative Claim Subject to Final Determination by the**

**Court** [Doc No. 178]  (the "<u>Fee Application</u>"), and the Court finding that the notice given of the

Motion as set forth in the certificate of service accompanying the Motion and filed with the

Court is sufficient; and  no objection to the Motion having been filed, it is hereby ORDERED

THAT:

1.    The Motion is allowed.

2.    The Law Firm may limit notice of the Notice of Hearing on the Fee Application

to service upon (i) the Chapter 7 Trustee and his counsel, (ii) the Office of the United States

Trustee, (iii) secured creditors, (iv) the Debtor's twenty largest unsecured creditors, (v) all parties

that have filed requests for notice, and (vi) any other interested parties in the Debtor's email list

or receiving electronic notification in the case.

_____
UNITED STATES BANKRUPTCY JUDGE


DATED: August _____, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC,
D/B/A DIRECT AIR,

Case No. 12-40944 (MSH)

Chapter 7

Debtor.

## CERTIFICATE OF SERVICE

I, Alan Braunstein, of the law firm of Riemer & Braunstein LLP, hereby certify that, as of the date hereof, I have caused a copy of the *Motion to Limit Notice* to be served by Email, first class United States mail, and/ or electronic notification (ECF), as indicated, upon (i) the parties listed on the service list attached hereto, and (ii) any other party receiving electronic notification in the case.

    /s/ Alan L. Braunstein
Alan L. Braunstein (BNH 01544)
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
abraunstein@riemerlaw.com

Dated: August 9, 2012

SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR
Service List
Case # 12-40944

Joseph H. Baldiga - (**ECF**)
jhbaldiga@ecf.epiqsystems.com,bankrupt@m
irickoconnell.com

Gina M. Barbieri on behalf of Trustee Joseph
Baldiga -(**ECF**)
gbarbieri@mirickoconnell.com,
bankrupt@mirickoconnell.com

Southern Sky Air & Tours, LLC
d/b/a Direct Air
c/o Mr. Hank L. Torbert
1600 Oak Street, Suite B
Myrtle Beach, SC 29577
**Email**: hltorbert@kingwilliamsholdings.com

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave.
Suite 1102
White Plains, NY 10601
**Email**: dstukes@asi-advisors.com

Susan B. Jollie, Esq.
Law Office of Susan B. Jollie
7503 Walton Lane
Annandale, VA 22003-2558
**E-mail**: sjollie@verizon.net

Richard King, Esq.  (**ECF**)
Office of the US Trustee
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
**Email**: Richard.T.King@usdoj.gov;
USTPRegion01.WO.ECF@USDOJ.GOV

***Notice of Appearance***

Jonathan C. Burwood on behalf of Creditor
Platte River Insurance Company (**ECF**)
jburwood@hinshawlaw.com,
sdelmonaco@hinshawlaw.com

Nicole B. Caprioli on behalf of Interested
Party Commonwealth of Massachusetts
(**ECF**)
nicole.caprioli@state.ma.us

Bradford R. Carver on behalf of Creditor
Platte River Insurance Company (**ECF**)
bcarver@hinshawlaw.com,
sdelmonaco@hinshawlaw.com

David C. Fixler  (**ECF**)
(on behalf of Interested Party Judy Tull, Kay
Ellison, and Marshall Ellison)
dfixler@rubinrudman.com

Andrea Horowitz Handel on behalf of
Creditor UNITED STATES (**ECF**)
andrea.handel@usdoj.gov

Robert W Kovacs on behalf of Creditor Kevin
Conway (**ECF**)
bknotices@rkovacslaw.com

Gina L. Martin on behalf of Creditor Merrick
Bank Corporation (**ECF**)
gmartin@goodwinprocter.com

William R. Moorman on behalf of Creditor
Radixx Solutions International, Inc. (**ECF**)
moorman@craigmacauley.com

David M. Nickless on behalf of Interested
Party Hank Torbert (**ECF**)
dnickless.nandp@verizon.net

Michael J. Pappone on behalf of Creditor
Merrick Bank Corporation (**ECF**)
mpappone@goodwinprocter.com

David J. Reier on behalf of Creditor JetPay
Merchant Services, LLC (**ECF**)
dreier@pbl.com

1

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: thoran@wcsr.com
(Counsel to Falcon Air Express, Inc.)

Office of James M. Begley, Esq.
Attn: Lisa Marcoccia
225 Park Avenue South, 13th Floor
New York, NY 10003
(counsel to The Port Authority of New York
and New Jersey)

Christopher Harrington
257 Tom Swamp Road
Petersham, MA 01366

Office of the Attorney General Martha
Coakley
Attn: Margarett J. Hurley,
10 Mechanics Street, Suite 301
Worcester, MA 01608
Email: margarett.hurley@state.ma.us

Tasha B. Thompson
PO Box 12265
Columbia, SC 29211
(on behalf of Interested Party South Carolina
Department of Revenue)

Brian P. Hall Smith, Gambrell & Russell,
LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309-3592
(on behalf of Creditor Wells Fargo Bank,
N.A.)

**Secured Creditors:**

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC  28262

Joel T. Brighton, Esq.
Wells Fargo
One Wells Fargo Center
MAC: D1053-300
301 South College St.
Charlotte, NC 28202

***Top 20 Creditors***

Allegheny County Airport Authority
P.O. Box 642623
Pittsburgh, PA 15264-2623

Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Attn: Richard White
Fort Lauderdale, FL 33301

Horry County Department of Airports/PFC
1100 Jetport Road
Myrtle Beach SC 29577

Jet Pay
3361 Boyington Drive
Carrollton, TX 75006

Kalamazoo/Battle Creek International Air
5235Portage Road
Kalamazoo, MI 49002

Lehigh Northampton Airport
3311 Airport Blvd.
Allentown, PA 18109

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02128

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577

Niagra Frontier Transportation Authority
P.O. Box 5008
Buffalo, NY 14205

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406

Quickflight, Inc.
145 Burt Road, Suite 16
Lexington, KY 40503

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls NY 14304

The Port Authority of NY & NJ
P.O. Box 95000
Philadelphia, PA 19195-1517

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court
Suite 100A
Suwanee, GA 30024

WFFF/WVNY-TV
SMITH BROADCASTING OF VT LLC
298 Mountain View Drive
Colchester, VT 05406

World Atlantic Airlines
Thomas Romero, CEO
5200 NW 36th Street
Miami, FL 33166

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 304
Boise, ID 83702

*Governmental Authorities*

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankruptcy Unit, 5th Floor, Attn: Chief
Counsel
19 Staniford Street
Boston, MA 02114-2502

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

United States Attorney
John Joseph Moakley United States
Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

S.C. Department of Revenue and Taxation
P.O. Box 12265
Columbia, SC 29211

Office of the Attorney General
State of South Carolina
Rembert Dennis Building
1000 Assembly Street, Room 519
Columbia, SC 29201

## *E-mail List*

Jeffrey Sternklar, Esq. (**ECF**)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
**Email**: jdsternklar@duanemorris.com
(counsel to Valley National Bank)

Kevin C. McGee, Esq. (**ECF**)
Seder & Chandler LLP
339 Main Street
Worcester, MA 01608
**Email**: kmcgee@sederlaw.com
(counsel to American Express Travel Related
Services)

David B. Haber, Esq.- **ECF**
David B. Haber, P.A.
Miami Center, Suite 1205
201 South Biscayne Blvd.
Miami, Florida 33131
**Email**: dhaber@dhaberlaw.com
(counsel to Chemoil Corporation d/b/a
Chemoil Aviation)

Internal Revenue Services
IRS Excise Tax
c/o Robert J. Murphy
**Email**: RobertJ.Murphy@irs.gov

Ronald T. Bevans, Jr., Esq.- **ECF**
Law offices of Ronald T. Bevans, Jr., P.A.
1221 Brickell Avenue
Suite 2660
Miami, Florida 33131
**Email**: rtbevans@bevanslaw.com
(counsel to Sky King, Inc.)

Michael P. Holden, Esq.
Law Offices of Michael P. Holden
335 Washington Street, Suite 4
Norwell, MA 02061
**Email**: mholden@mholdenlaw.com
(Local counsel for Sky King, Inc.)

Lawrence M. Kraus, Esq- **ECF**
(on behalf of Creditor Horry County
Department of Airports)
Email: lkraus@foley.com

Laura Otenti, Esq. (**ECF**)
on behalf of Creditor JetPay Merchant
Services, LLC
Email: lotenti@pbl.com, jspagnoli@pbl.com