# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WORCESTER DIVISION

IN RE:

**SOUTHERN SKY AIR & TOURS, LLC**
*dba* **DIRECT AIR**

     DEBTOR.

CASE NUMBER**: 12-40944-MSH**

CHAPTER 7 BANKRUPTCY

_____

## PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 1430

American Express Travel Related Services Co., Inc., by and through its counsel,

hereby withdraws its Proof of Claim number 1430 filed on August 8, 2012 for account

number 2766 and in the amount of $3,755,335.51.

Respectfully submitted,

Dated: 8/9/2012      By:     _____/s/THOMAS A. LEE, III_____
                       Thomas A. Lee, III
                       BECKET & LEE LLP
                       P.O. Box 3001
                       Malvern, PA  19355
                       (610) 644-7800

                       Attorney/Agent for Creditor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

IN RE:

CASE NUMBER: **12-40944-MSH**

**SOUTHERN SKY AIR & TOURS, LLC**
*dba* **DIRECT AIR**

CHAPTER 7 BANKRUPTCY

      DEBTOR.

_____

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on 8/9/2012, I served or caused to be served,

by first class United States mail, postage prepaid a true and correct copy of the Withdrawal of

Proof of Claim Number 1430 upon all parties listed below:

> Joseph H. Baldiga
> Chapter 7 Trustee
> 1800 West Park Drive
> Suite 400
> Westborough, MA 01581-3926
>
> Alan L. Braunstein, Esquire
> Riemer & Braunstein, LLP
> Three Center Plaza
> Boston, MA 02108

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated: 8/9/2012        By:          /s/THOMAS A. LEE, III
                                  Thomas A. Lee, III
                                  BECKET & LEE LLP
                                  P. O. Box 3001
                                  Malvern, PA 19355
                                  (610) 644-7800