UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

SOUTHERN SKY AIR & TOURS, LLC,
D/B/A DIRECT AIR,

Debtor.

Case No. 12-40944 (MSH)

Chapter 7

08/14/2012 ALLOWED

## MOTION TO LIMIT NOTICE

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Riemer & Braunstein LLP (the "Law Firm") hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding Notice of Hearing on the **Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel to the Debtor in the Debtor's Chapter 11 Proceeding, and (II) Authorizing Allowance in the Amount of (and Payment From) Retainer on an Interim Basis With Such Amount and Balance of Application Constituting an Administrative Claim Subject to Final Determination by the Court** [Doc No. 178] (the "Fee Application") to service upon (i) the Chapter 7 Trustee and his counsel, (ii) the Office of the United States Trustee, (iii) secured creditors, (iv) the Debtor's twenty largest unsecured creditors, (v) all parties that have filed requests for notice, and (vi) any other interested parties in the Debtor's email list or receiving electronic notification in the case.

In support hereof, the Law Firm submits the following:

1.      On March 15, 2012, the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code").