

08/15/2012 ALLOWED.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
#### (Central Division)

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC, | )   Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) |
| Debtor | ) |
|  | ) |

### MOTION FOR ADMISSION *PRO HAC* VICE
### OF DANIEL G. GURFEIN AS COUNSEL TO MERRICK BANK CORPORATION

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Daniel G. Gurfein of Satterlee Stephens Burke & Burke LLP to practice before this Court *pro hac vice* as counsel to Merrick Bank Corporation, creditor and interested party herein ("Merrick"), in the above-captioned Chapter 7 case.

In support of this motion, the undersigned states:

1.      MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2.      The accompanying Certificate of Daniel G. Gurfein, attached as <u>Exhibit A</u>, states that: (a) he is a member in good standing of the Bar of the State of New York, as well as a member in good standing before the United States District Courts for the Southern, Northern and Eastern Districts of New York, the District of Arizona, and the Second Circuit Court of Appeals; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

1384493v1/18355-2