Daniel G. Gurfein
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone:  (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Merrick Bank Corporation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------X
                                                                        :
In re:                                                               :        Chapter 11
                                                                        :
SOUTHERN SKY AIR & TOURS, LLC,           :        Case No.  12-40944 (MSH)
                                                                        :
                                        Debtor.                 :
                                                                        :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Merrick Bank Corporation ("Merrick"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case.  Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

1

Daniel G. Gurfein, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  dgurfein@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Merrick requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Merrick to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such  withdrawal, or (v) any other rights, claims,
set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

2

1484794_1

Dated: New York, New York
August 16, 2012

                          SATTERLEE STEPHENS BURKE
                                & BURKE LLP
Attorneys for Merrick Bank Corporation


By:     s/ Daniel G. Gurfein
         Daniel G. Gurfein
230 Park Avenue
New York, New York 10169
(212) 818-9200

3

## CERTIFICATE OF SERVICE

      I hereby certify that this Notice of Appearance and Request for Documents was served on all registered parties through the United States Bankruptcy Court, District of Massachusetts CM/ECF system on August 16, 2012.

s/ Daniel G. Gurfein
Daniel G. Gurfein

1484794_1