UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

### ORDER APPROVING JOINT MOTION TO (I) CONTINUE RESPONSE DEADLINE AND HEARING ON THE DEPARTMENT OF TRANSPORTATION'S CHAPTER 11 ADMINISTRATIVE CLAIM AND (II) DEFER DETERMINATION OF THE DEPARTMENT OF TRANSPORTATION'S CHAPTER 11 ADMINISTRATIVE CLAIM

Upon the Joint Motion to (I) Continue Response Deadline and Hearing on the Department of Transportation's Chapter 11 Administrative Claim and (II) Defer Determination of the Department of Transportation's Chapter 11 Administrative Claim (the "Motion") dated August 17, 2012, and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Response Deadline and Hearing (as defined in the Motion) are continued generally; and

2.  Determination of the DOT's Administrative Request (as defined in the Motion) shall be deferred until such time as one or both of the Parties request from this Court a new response deadline and hearing date in connection with the Notice of Filing

Chapter 11 Administrative Claim, to which was attached as Exhibit A the Department of Transportation's Chapter 11 Administrative Claim, filed with this Court on July 31, 2012.

Dated: ___August 20___, 2012    _____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2069240.DOC}