UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## NOTICE OF HEARING AND OBJECTION/RESPONSE DEADLINE

PLEASE TAKE NOTICE that a hearing on the **Trustee's Objection to Claim No. 1396-1 of The Port Authority of New York and New Jersey** (the "Claim Objection") has been scheduled for OCTOBER 11, 2012 at 11:30 a.m./p.m. before the Honorable Melvin S. Hoffman, United States Bankruptcy Judge, at the United States Bankruptcy Court located at Harold Donohue Federal Building, 595 Main Street, Courtroom 3, Worcester, MA 01608.

PLEASE TAKE FURTHER NOTICE that the deadline to file a response and/or objection with respect to the Claim Objection is SEPTEMBER 24, 2012 at 4:30 a.m./p.m.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

_____
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: _____, 2012

{Practice Areas\CORP\15008\14190\A2073685.DOC}