UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

JOINT MOTION TO (I) APPROVE STIPULATION REGARDING
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM
PROVIDING FOR THE ALLOWANCE AND AMOUNT OF (AND PAYMENT FROM)
RETAINER ON AN INTERIM BASIS, (II) CONTINUE RESPONSE DEADLINE AND
HEARING ON RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE
CLAIM AND (III) DEFER FINAL DETERMINATION OF
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM
(Hearing Scheduled for September 13, 2012 at 2:00 p.m.)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air, the debtor herein (the "Debtor"), and Riemer & Braunstein LLP ("R&B"; together with the Trustee, the "Parties"), former counsel to the debtor-in-possession during the Chapter 11 proceeding, and hereby request that this Court (i) approve the stipulation regarding Riemer & Braunstein LLP's Chapter 11 administrative claim entered into by the Parties, a copy of which is filed concurrently herewith (the "Stipulation"), (ii) continue, generally, the current August 27, 2012 objection/response deadline by which the Trustee, and any other party in interest, may object or otherwise respond (the "Response Deadline") to the Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel To The Debtor In The Debtor's Chapter 11 Proceeding and (II) Authorization Allowance in The Amount of (And Payment From) Retainer on An Interim Basis With Such Amount and Balance of Application Constituting An Administrative Claim Subject to Final Determination By The Court filed with this Court on

{Practice Areas\CORP\15008\14190\A2071028.DOC}

July 31, 2012 (the "R&B Administrative Request"), (iii) continue, generally, the hearing currently scheduled for September 13, 2012 at 2:00 p.m. on the R&B Administrative Request (the "Hearing") and (iv) defer final determination of the balance of fees requested in the R&B Administrative Request until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds. The Stipulation and this Motion are entered into by the Trustee without prejudice to any preference or other avoidance actions that the Trustee might determine are appropriate to bring against R&B. In support thereof, the Parties state as follows:

1. On March 15, 2012 the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the within case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On May 17, 2012, the Trustee filed a Motion to Establish a Bar Date By Which All Creditors Asserting Chapter 11 Administrative Expense Claims Must File Such Claims requesting, among other things, that this Court establish a bar date by which creditors holding Chapter 11 administrative claims must file such claims against the Estate or be forever barred.

5. On May 22, 2012, this Court entered an Order and Notice Regarding Bar Date for Filing Chapter 11 Administrative Expense Claims setting July 31, 2012 as the deadline for filing Chapter 11 administrative expense claims.

6. On July 31, 2012, R&B filed the R&B Administrative Request and, on August 1, 2012, this Court scheduled the Hearing and Response Deadline.

7. In the R&B Administrative Request, R&B seeks, among other things, (a) interim allowance and payment of fees in the amount of $24,758.36 and expenses in the amount of $5,295.64, to be paid from the retainer held by R&B in the amount of $30,054.00 (the "Retainer") and (b) allowance of all fees and expenses requested pursuant to the R&B Administrative Request subject to final determination by this Court.

8. The Trustee has reviewed the R&B Administrative Request and has raised concerns regarding the availability of funds for payment of Chapter 11 administrative claims.

9. Pursuant to the terms of the Stipulation, the Parties agree that:

(a) R&B shall be awarded an interim amount of $24,758.36 for fees and $5,295.64 for expenses, which awards shall be paid from the Retainer currently held by R&B in the amount of $30,054.00; and

(b) Consideration of the balance of fees requested in the R&B Administrative Request in the amount of $136,698.64, as well as any additional interim fees and expenses and final consideration of the interim award noted above, shall be deferred until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds; and

(c) Upon the Trustee's determination of the availability of funds, one or both of the Parties shall notify the Court and request that the Court schedule a new Response Deadline and Hearing with respect to the R&B Administrative Request.

10. Consensual resolution of the interim award with respect to the R&B Administrative Request conserves Estate resources and is, therefore, in the best interest of the Estate.

11. Additionally, the Trustee is holding nominal funds in this case (approximately $3,000.00), and is continuing his investigation of matters which likely will have a bearing on the R&B Administrative Request. In order for the Trustee to have the opportunity, before fully responding to the R&B Administrative Request, to complete his investigation, possibly pursue litigation and make determinations as to availability of funds and the allowability of the R&B

Administrative Request, the Parties further agree, subject to Bankruptcy Court approval, to (i) continue, generally, the Response Deadline and Hearing with respect to the R&B Administrative Request and (ii) defer final determination of the balance of fees requested in the R&B Administrative Request, and the interim award pursuant to the Stipulation, until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds.

12. The Parties acknowledge that any allowance of fees is subject to this Court's approval, but that the interim allowance and reservation of rights recommended by the Trustee, and acceptable to R&B, is in the interest of saving further administrative expenses of the Trustee and the Estate.

WHEREFORE, the Parties hereby respectfully request that the Court enter an Order:

A. Approving the Stipulation as it is in the best interest of the Estate;

B. Continuing, generally, the Response Deadline and Hearing with respect to R&B's Administrative Request;

C. Deferring determination of the balance of fees requested in R&B's Administrative Request until such time as one or both of the Parties request a new response deadline and hearing date; and

D.  Granting the Parties such other and further relief as this Court deems just.

Respectfully submitted,

| THE LAW FIRM OF<br>RIEMER & BRAUNSTEIN LLP | JOSEPH H. BALDIGA,<br>CHAPTER 7 TRUSTEE |
|---|---|
| | By his counsel, |
| /s/ Alan L. Braunstein<br>Alan L. Braunstein, BBO#<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA  02108<br>Phone:  617.523.9000<br>Fax:     617.880.3456<br>Email:   abraunstein@riemerlaw.com | /s/ Joseph H. Baldiga<br>Joseph H. Baldiga, BBO #549963<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:    508.898.1502<br>Email: bankrupt@mirickoconnell.com |
| Dated: August 27, 2012 | Dated: August 27, 2012 |

{Practice Areas\CORP\15008\14190\A2071028.DOC}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING JOINT MOTION TO (I) APPROVE STIPULATION REGARDING RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM PROVIDING FOR THE ALLOWANCE AND AMOUNT OF (AND PAYMENT FROM) RETAINER ON AN INTERIM BASIS, (II) CONTINUE RESPONSE DEADLINE AND HEARING ON RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM AND (III) DEFER FINAL DETERMINATION OF RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM**

Upon the Joint Motion to (I) Approve Stipulation Regarding Riemer & Braunstein LLP's Chapter 11 Administrative Claim Providing For the Allowance and Amount of (and Payment From) Retainer on an Interim Basis, (II) Continue Response Deadline and Hearing on Riemer & Braunstein LLP's Chapter 11 Administrative Claim and (III) Defer Final Determination of Riemer & Braunstein LLP's Chapter 11 Administrative Claim (the "Motion") dated August 27, 2012, and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Stipulation (as defined in the Motion) is approved and Riemer & Braunstein is permitted to be paid as an interim award the amount of its retainer;

2. The Response Deadline and Hearing (as defined in the Motion) are continued generally; and

{Practice Areas\CORP\15008\14190\A2071028.DOC}

      3.      Determination of R&B's Administrative Request (as defined in the Motion) shall be deferred until such time as one or both of the Parties request from this Court a new response deadline and hearing date in connection with the R&B Administrative Request.

Dated: _____, 2012

                                                    _____
                                                    Honorable Melvin S. Hoffman
                                                    United States Bankruptcy Judge