UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>d/b/a **DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
|---|---|

## CERTIFICATE OF SERVICE

     I hereby certify that on August 27, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

**Joint Motion to (I) Approve Stipulation Regarding Riemer & Braunstein LLP's Chapter 11 Administrative Claim Providing For The Allowance and Amount of (and Payment From) Retainer on an Interim Basis, (II) Continue Response Deadline and Hearing on Riemer & Braunstein LLP's Chapter 11 Administrative Claim and (III) Defer Final Determination of Riemer & Braunstein LLP's Chapter 11 Administrative Claim, with proposed Order.
(Hearing Scheduled for September 13, 2012 at 2:00 p.m.)**

Dated: August 27, 2012

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com

1

{Practice Areas\CORP\15008\14190\A2078514.DOC}

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

2

{Practice Areas\CORP\15008\14190\A2078514.DOC}

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA) | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |

3

| | | |
|---|---|---|
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party) |

4

{Practice Areas\CORP\15008\14190\A2078514.DOC}

| | | |
|---|---|---|
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) |
| Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |

5

| | | |
|---|---|---|
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |
| David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Proposed Special Counsel) |
| Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) |
| Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |

6

Samuel Podberesky, Esq.
Assistant General Counsel
for Aviation Enforcement &
Proceedings
Office of the General
Counsel
Department of
Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)