UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**JOINT MOTION TO (I) APPROVE STIPULATION REGARDING
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM
PROVIDING FOR THE ALLOWANCE AND AMOUNT OF (AND PAYMENT FROM)
RETAINER ON AN INTERIM BASIS, (II) CONTINUE RESPONSE DEADLINE AND
HEARING ON RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE
CLAIM AND (III) DEFER FINAL DETERMINATION OF
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM**
(Hearing Scheduled for September 13, 2012 at 2:00 p.m.)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air, the debtor herein (the "Debtor"), and Riemer & Braunstein LLP ("R&B"; together with the Trustee, the "Parties"), former counsel to the debtor-in-possession during the Chapter 11 proceeding, and hereby request that this Court (i) approve the stipulation regarding Riemer & Braunstein LLP's Chapter 11 administrative claim entered into by the Parties, a copy of which is filed concurrently herewith (the "Stipulation"), (ii) continue, generally, the current August 27, 2012 objection/response deadline by which the Trustee, and any other party in interest, may object or otherwise respond (the "Response Deadline") to the Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel To The Debtor In The Debtor's Chapter 11 Proceeding and (II) Authorization Allowance in The Amount of (And Payment From) Retainer on An Interim Basis With Such Amount and Balance of Application Constituting An Administrative Claim Subject to Final Determination By The Court filed with this Court on

{Practice Areas\CORP\15008\14190\A2071028.DOC}

July 31, 2012 (the "R&B Administrative Request"), (iii) continue, generally, the hearing currently scheduled for September 13, 2012 at 2:00 p.m. on the R&B Administrative Request (the "Hearing") and (iv) defer final determination of the balance of fees requested in the R&B Administrative Request until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds. The Stipulation and this Motion are entered into by the Trustee without prejudice to any preference or other avoidance actions that the Trustee might determine are appropriate to bring against R&B. In support thereof, the Parties state as follows:

1. On March 15, 2012 the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the within case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On May 17, 2012, the Trustee filed a Motion to Establish a Bar Date By Which All Creditors Asserting Chapter 11 Administrative Expense Claims Must File Such Claims requesting, among other things, that this Court establish a bar date by which creditors holding Chapter 11 administrative claims must file such claims against the Estate or be forever barred.

5. On May 22, 2012, this Court entered an Order and Notice Regarding Bar Date for Filing Chapter 11 Administrative Expense Claims setting July 31, 2012 as the deadline for filing Chapter 11 administrative expense claims.

6. On July 31, 2012, R&B filed the R&B Administrative Request and, on August 1, 2012, this Court scheduled the Hearing and Response Deadline.

7.  In the R&B Administrative Request, R&B seeks, among other things, (a) interim allowance and payment of fees in the amount of $24,758.36 and expenses in the amount of $5,295.64, to be paid from the retainer held by R&B in the amount of $30,054.00 (the "Retainer") and (b) allowance of all fees and expenses requested pursuant to the R&B Administrative Request subject to final determination by this Court.

8.  The Trustee has reviewed the R&B Administrative Request and has raised concerns regarding the availability of funds for payment of Chapter 11 administrative claims.

9.  Pursuant to the terms of the Stipulation, the Parties agree that:

    (a) R&B shall be awarded an interim amount of $24,758.36 for fees and $5,295.64 for expenses, which awards shall be paid from the Retainer currently held by R&B in the amount of $30,054.00; and

    (b) Consideration of the balance of fees requested in the R&B Administrative Request in the amount of $136,698.64, as well as any additional interim fees and expenses and final consideration of the interim award noted above, shall be deferred until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds; and

    (c) Upon the Trustee's determination of the availability of funds, one or both of the Parties shall notify the Court and request that the Court schedule a new Response Deadline and Hearing with respect to the R&B Administrative Request.

10. Consensual resolution of the interim award with respect to the R&B Administrative Request conserves Estate resources and is, therefore, in the best interest of the Estate.

11. Additionally, the Trustee is holding nominal funds in this case (approximately $3,000.00), and is continuing his investigation of matters which likely will have a bearing on the R&B Administrative Request. In order for the Trustee to have the opportunity, before fully responding to the R&B Administrative Request, to complete his investigation, possibly pursue litigation and make determinations as to availability of funds and the allowability of the R&B

Administrative Request, the Parties further agree, subject to Bankruptcy Court approval, to (i) continue, generally, the Response Deadline and Hearing with respect to the R&B Administrative Request and (ii) defer final determination of the balance of fees requested in the R&B Administrative Request, and the interim award pursuant to the Stipulation, until such time that monies are recovered for the benefit of the Estate and the Trustee is able to make a determination as to availability of funds.

12. The Parties acknowledge that any allowance of fees is subject to this Court's approval, but that the interim allowance and reservation of rights recommended by the Trustee, and acceptable to R&B, is in the interest of saving further administrative expenses of the Trustee and the Estate.

WHEREFORE, the Parties hereby respectfully request that the Court enter an Order:

A. Approving the Stipulation as it is in the best interest of the Estate;

B. Continuing, generally, the Response Deadline and Hearing with respect to R&B's Administrative Request;

C. Deferring determination of the balance of fees requested in R&B's Administrative Request until such time as one or both of the Parties request a new response deadline and hearing date; and

D.  Granting the Parties such other and further relief as this Court deems just.

Respectfully submitted,

| | |
|---|---|
| THE LAW FIRM OF<br>RIEMER & BRAUNSTEIN LLP | JOSEPH H. BALDIGA,<br>CHAPTER 7 TRUSTEE |
| | By his counsel, |
| /s/ Alan L. Braunstein<br>Alan L. Braunstein, BBO#<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA  02108<br>Phone: 617.523.9000<br>Fax:    617.880.3456<br>Email:  abraunstein@riemerlaw.com | /s/ Joseph H. Baldiga<br>Joseph H. Baldiga, BBO #549963<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:   508.898.1502<br>Email: bankrupt@mirickoconnell.com |
| Dated: August 27, 2012 | Dated: August 27, 2012 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING JOINT MOTION TO (I) APPROVE STIPULATION
REGARDING RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE
CLAIM PROVIDING FOR THE ALLOWANCE AND AMOUNT OF (AND PAYMENT
FROM) RETAINER ON AN INTERIM BASIS, (II) CONTINUE RESPONSE DEADLINE
AND HEARING ON RIEMER & BRAUNSTEIN LLP'S CHAPTER 11
ADMINISTRATIVE CLAIM AND (III) DEFER FINAL DETERMINATION OF
<u>RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM</u>**

Upon the Joint Motion to (I) Approve Stipulation Regarding Riemer & Braunstein LLP's Chapter 11 Administrative Claim Providing For the Allowance and Amount of (and Payment From) Retainer on an Interim Basis, (II) Continue Response Deadline and Hearing on Riemer & Braunstein LLP's Chapter 11 Administrative Claim and (III) Defer Final Determination of Riemer & Braunstein LLP's Chapter 11 Administrative Claim (the "Motion") dated August 27, 2012, and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The Stipulation (as defined in the Motion) is approved and Riemer & Braunstein is permitted to be paid as an interim award the amount of its retainer;

    2.    The Response Deadline and Hearing (as defined in the Motion) are continued generally; and

{Practice Areas\CORP\15008\14190\A2071028.DOC}

6

3. Determination of R&B's Administrative Request (as defined in the Motion) shall be deferred until such time as one or both of the Parties request from this Court a new response deadline and hearing date in connection with the R&B Administrative Request.

Dated: _____, 2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

Joint Motion to (I) Approve Stipulation Regarding Riemer & Braunstein LLP's Chapter 11 Administrative Claim Providing For The Allowance and Amount of (and Payment From) Retainer on an Interim Basis, (II) Continue Response Deadline and Hearing on Riemer & Braunstein LLP's Chapter 11 Administrative Claim and (III) Defer Final Determination of Riemer & Braunstein LLP's Chapter 11 Administrative Claim, with proposed Order.
(Hearing Scheduled for September 13, 2012 at 2:00 p.m.)

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: August 27, 2012

{Practice Areas\CORP\15008\14190\A2078514.DOC}

1

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

2

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA) | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |

3

{Practice Areas\CORP\15008\14190\A2078514.DOC}

| | | |
|---|---|---|
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party) |

| | | |
|---|---|---|
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) |
| Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue,<br>Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |

5

{Practice Areas\CORP\15008\14190\A2078514.DOC}

| | | |
|---|---|---|
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |
| David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Proposed Special Counsel) |
| Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) |
| Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |

Samuel Podberesky, Esq.
Assistant General Counsel
for Aviation Enforcement &
Proceedings
Office of the General
Counsel
Department of
Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)