08/28/2012 THE MOTION WILL BE HELD FOR OBJECTIONS. THE HEARING ON 9/13/2012 IS CANCELED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

JOINT MOTION TO (I) APPROVE STIPULATION REGARDING
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM
PROVIDING FOR THE ALLOWANCE AND AMOUNT OF (AND PAYMENT FROM)
RETAINER ON AN INTERIM BASIS, (II) CONTINUE RESPONSE DEADLINE AND
HEARING ON RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE
CLAIM AND (III) DEFER FINAL DETERMINATION OF
RIEMER & BRAUNSTEIN LLP'S CHAPTER 11 ADMINISTRATIVE CLAIM
(Hearing Scheduled for September 13, 2012 at 2:00 p.m.)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air, the debtor herein (the "Debtor"), and Riemer & Braunstein LLP ("R&B"; together with the Trustee, the "Parties"), former counsel to the debtor-in-possession during the Chapter 11 proceeding, and hereby request that this Court (i) approve the stipulation regarding Riemer & Braunstein LLP's Chapter 11 administrative claim entered into by the Parties, a copy of which is filed concurrently herewith (the "Stipulation"), (ii) continue, generally, the current August 27, 2012 objection/response deadline by which the Trustee, and any other party in interest, may object or otherwise respond (the "Response Deadline") to the Application of Riemer & Braunstein LLP for (I) Compensation and Reimbursement of Expenses as Counsel To The Debtor In The Debtor's Chapter 11 Proceeding and (II) Authorization Allowance in The Amount of (And Payment From) Retainer on An Interim Basis With Such Amount and Balance of Application Constituting An Administrative Claim Subject to Final Determination By The Court filed with this Court on

{Practice Areas\CORP\15008\14190\A2071028.DOC}