UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC, d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company Regarding Public Charter Operator's Surety Bond;

2. Motion to Approve Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company (Re: Public Charter Operator's Surety Bond), with proposed Order; and

3. Motion to Limit Notice (Re: Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company Regarding Public Charter Operator's Surety Bond) (Re: Motion to Approve Stipulation and Release), with proposed Order.

Dated: September 4, 2012

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax: (508) 898-1502
Email: bankrupt@mirickoconnell.com

{Practice Areas\CORP\15008\14190\A2077796.DOC} (CORE)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
(Counsel to Merrick Bank Corporation/NOA)

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American Express Travel Related Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr., Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagra Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach International
Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court,<br>Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party) |
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) |
| Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |
| David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Proposed Special Counsel) |

{Practice Areas\CORP\15008\14190\A2077796.DOC} (CORE)

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Keystone Commercial Realty
Attn: B. W. "Rusty" Helm
Managing Partner
608 16th Avenue, N., Suite G
Myrtle Beach, SC 29577
(Interested Party)

Tasha B. Thompson, Esq.
South Carolina Department of Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina Department of Revenue)

Christa Fornarotto
Associate Administrator for Airports
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County Department of Airports)
**VIA ECF**

Department of the Treasury
Financial Management Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for Aviation Enforcement & Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

{Practice Areas\CORP\15008\14190\A2077796.DOC} (CORE)