UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Second Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1; and

2. Motion to Limit Notice (Re: Second Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1), with proposed Order.

Dated:  September 5, 2012

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas\CORP\15008\14190\A2082523.DOC} (2nd Supp Aff = x)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
(Counsel to Merrick Bank Corporation/NOA)

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American Express Travel Related Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr., Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 400
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party)

TNCI
PO Box 981038
Boston, MA 02298-1038
(Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

U.S. Department of Transportation
Office of the Secretary of Transportation
Immediate Office of General Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

**SERVICE LIST**

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) |
| Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) |
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) |

{Practice Areas\CORP\15008\14190\A2082523.DOC} (2nd Supp Aff = x)

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** |
| Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE,<br>Room W96-322<br>Washington, DC 20590<br>(Interested Party) |
| Federal Express<br>P. O. Box 727<br>Memphis, TN 38194<br>(Schedule F/Nonconsumers) | Fedex TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>Module G, 3rd Floor<br>3965 Airways Blvd.<br>Memphis, TN 38116<br>(Schedule F/Nonconsumers) | TNCI<br>2 Charlesgate West<br>Boston, MA 02215<br>(Creditor) |