09/05/2012 ALLOWED.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,**

        **Debtor.**

**Chapter 7
Case No. 12-40944-MSH**

## MOTION TO LIMIT NOTICE
### (Re: Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, And Platte River Insurance Company Regarding Public Charter Operator's Surety Bond)
### (Re: Motion to Approve Stipulation and Release)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the (a) Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company Regarding Public Charter Operator's Surety Bond (the "Stipulation") and (b) Motion to Approve Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company (Re: Public Charter Operator's Surety Bond) (the "Motion to Approve"; together with the Stipulation, the "Stipulation and Motion") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, and all parties listed on the Debtor's Amended Schedule of Post-petition Creditors.