09/05/2012 ALLOWED

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7<br>Case No. 12-40944-MSH** |

### MOTION TO LIMIT NOTICE
**(Re: Second Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a),
Bankruptcy Rule 2014(a) and MLBR 2014-1)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding his Second Supplemental Attorney's Affidavit Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rule 2014(a) and MLBR 2014-1 (the "Second Supplemental Affidavit") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, and all parties listed on the Debtor's Amended Schedule of Post-petition Creditors.

In support hereof, the Trustee submits the following:

1.    On March 15, 2012, the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101–1532 (the "Bankruptcy Code").

2.    On April 11, 2012 (the "Conversion Date"), the case was converted to one under Chapter 7 of the Bankruptcy Code.