

09/07/2012 ALLOWED. HEARING CONTINUED TO 11/15/12 AT 2:00 P.M. BY AGREEMENT. MOVANT TO PROVIDE NOTICE FORTHWITH.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
### (Central Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC, ) | Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, ) | |
| Debtor ) | |

**EXPEDITED THIRD JOINT MOTION OF JETPAY MERCHANT SERVICES, LLC AND TRUSTEE TO CONTINUE PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FOR AN ADDITIONAL PERIOD OF AT LEAST FORTY-FIVE (45) DAYS (ASSENTED TO BY AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.)**
<u>EXPEDITED RELIEF REQUESTED</u>

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), JetPay Merchant Services, LLC ("<u>JetPay</u>"), by its attorneys, and Joseph H. Baldiga, interim trustee ("<u>Trustee</u>"), hereby jointly move for a third time on an expedited basis to continue for an additional period of at least forty-five (45) days the preliminary hearing now scheduled for September 13, 2012 on the Emergency Motion of JetPay for Relief from Stay filed on March 21, 2012 [Docket No. 9] ("<u>Motion for Relief</u>").  American Express Travel Related Services Company, Inc. ("<u>Amex</u>"), which had filed a limited opposition to the Motion for Relief, assents to this request.  Merrick Bank has advised JetPay that it too supports this request.  JetPay, the Trustee and Amex are sometimes referred to herein collectively as "<u>the Parties</u>".

The Parties are completing an agreement ("Agreement") they reached regarding the disposition of the funds in the Depository Account (as defined below) which is the subject of the Motion for Relief.  The Department of Transportation has advised the Parties that it supports the Agreement subject to certain conditions which the Parties are in the process of satisfying.  The

1365849v4/18355-2