UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC ) | Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

      I, David J. Reier, do hereby certify that, on September 7, 2012, in accordance with the attached Order, notice that the Nonevidentiary Hearing on the Motion ("Motion") of JetPay Merchant Services, LLC for Relief from Stay to Continue Processing Customer Chargebacks From Non-Estate Property Escrow Account in the Ordinary Course has been continued to **November 15, 2012 at 2:00 P.M.** was served through the ECF filing system upon those parties and their counsel who have registered to receive notices in this bankruptcy case via ECF, and by United States mail, postage prepaid, on the attached Notice List.

      /s/ David J. Reier
      David J. Reier (BBO No. 546202)
      POSTERNAK BLANKSTEIN & LUND LLP
      Prudential Tower
      800 Boylston Street
      Boston, MA 02199-8004
      Telephone: 617-973-6100
      Telecopier: 617-367-2315
      E-mail: dreier@pbl.com

Dated: September 7, 2012

1384389v2/18355-2

Case 12-40944 Doc 174 Filed 07/11/12 Entered 07/11/12 16:24:03 Desc Main
Document Page 2 of 2

# NOTICE LIST

| | |
|---|---|
| Xtra Airways<br>Attn: Lisa Dunn, President<br>800 West Idaho St., Ste. 304<br>Boise, ID 83702 | World Atlantic Airlines<br>Attn: Thomas Romero, CEO<br>5600 NW 36th Street, Suite: 450<br>Miami, Florida 33166 |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264 | WUTV – Fox 29<br>699 Herbal Ave., Ste. 100<br>Buffalo, NY 14207 |
| Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002 | Lehigh Northampton Airport<br>3311 Airport Blvd.<br>Allentown, PA 18109 |
| Mass. Port Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Dr., Ste. 200S<br>Boston, MA 02128 | Myrtle Beach International Airport<br>1100 Jetport Rd.<br>Myrtle Beach, SC 29577 |
| Niagra Frontier Transportation Authority<br>P.O. Box 5008<br>Buffalo, NY 14205 | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406 |
| Quickflight, Inc.<br>145 Burt Rd., Ste. 16<br>Lexington, KY 40503 | Vision Airlines<br>Attn: David Meers, SVP/COO<br>3975 Johns Creek Ct, Ste 100A<br>Suwanee, GA 30024 |
| Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471 | WFFF/WVNY-TV<br>Smith Broadcasting of VT, LLC<br>298 Mountain View Drive<br>Colchester, VT 05406 |
| Ronald T. Bevans<br>on behalf of Creditor Sky King Inc.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131 | The Port Authority of New York and New Jersey<br>Office of JAMES M. BEGLEY, ESQ.<br>Attn: Lisa Marcoccia<br>225 Park Avenue South, 13 Floor<br>New York, NY 10003 |

ID # 590244v01/4390-173/ 07.11.2012
1384389v1/18355-2

Case 12-40944 Doc 217 Filed 09/07/12 Entered 09/07/12 10:16:32 Desc Main
Document Page 1 of 1



*09/07/2012 ALLOWED. HEARING CONTINUED TO 11/15/12 AT 2:00 P.M. BY AGREEMENT. MOVANT TO PROVIDE NOTICE FORTHWITH.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br>         Debtor | Chapter 11<br>Case No. 12-40944-MSH |

**EXPEDITED THIRD JOINT MOTION OF JETPAY MERCHANT SERVICES, LLC
AND TRUSTEE TO CONTINUE PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY
FOR AN ADDITIONAL PERIOD OF AT LEAST FORTY-FIVE (45) DAYS
(ASSENTED TO BY AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.)
<u>EXPEDITED RELIEF REQUESTED</u>**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to MLBR 9013-1(g), JetPay Merchant Services, LLC ("JetPay"), by its attorneys, and Joseph H. Baldiga, interim trustee ("Trustee"), hereby jointly move for a third time on an expedited basis to continue for an additional period of at least forty-five (45) days the preliminary hearing now scheduled for September 13, 2012 on the Emergency Motion of JetPay for Relief from Stay filed on March 21, 2012 [Docket No. 9] ("Motion for Relief"). American Express Travel Related Services Company, Inc. ("Amex"), which had filed a limited opposition to the Motion for Relief, assents to this request. Merrick Bank has advised JetPay that it too supports this request. JetPay, the Trustee and Amex are sometimes referred to herein collectively as "the Parties".

The Parties are completing an agreement ("Agreement") they reached regarding the disposition of the funds in the Depository Account (as defined below) which is the subject of the Motion for Relief. The Department of Transportation has advised the Parties that it supports the Agreement subject to certain conditions which the Parties are in the process of satisfying. The

1365849v4/18355-2