UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Motion of Chapter 7 Trustee for Order (1) Approving Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extending Claim Bar Date For Charter Participants to January 15, 2013, with proposed Order; and

2. Motion to Limit Notice (Re: Motion to (1) Approve Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extend Claim Bar Date for Charter Participants to January 15, 2013), with proposed Order.

/s/ Gina M. Barbieri
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: gbarbieri@mirickoconnell.com
Email: bankrupt@mirickoconnell.com

Dated: September 10, 2012

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court,<br>Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) |
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) |
| Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

U.S. Department of Transportation
Office of the Secretary of Transportation
Immediate Office of General Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel, Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of America - Department of Justice/NOA)
**VIA ECF**

John T. Vian, Esq.
Smith, Gambrell & Russell, LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Transportation Security Association
Attn: Chief Counsel - TSA-2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

Airport Terminal Services Inc.
111 Westport Plaza Drive, Suite 400
Saint Louis, MO 63146
(Schedule F/Nonconsumers)

American Eagle Airlines Inc.
PO Box 619616
DWF Airport, TX 75261-9616
(Schedule F/Nonconsumers)

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001
(Schedule F/Nonconsumers)

Anchor Taxi
PO Box 221
3001 N. Kings Hwy
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

AT&T Michigan
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

AT&T Ohio
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

{Practice Areas\CORP\15008\14190\A2088277.DOC}

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740
(Schedule F/Nonconsumers)

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

Baggage Airline Guest
Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport
Authority
28000 A-1 Airport Road,
Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax
Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel
Communications
5570 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield,
MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite
205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport
Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Concourse Communications Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach Communications, Inc.
PO Box 1463
North Myrtle Beach, SC 29598
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Hudson News
1 Meadowlands Plaza Ste 902
East Rutherford, NJ 07073
(Schedule F/Nonconsumers)

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Jeff Jarrell
260 Colby Court
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Judy Tull
1414 Highland Circle
Myrtle Beach, SC 29578
(Schedule F/Nonconsumers)

Kalamazoo Gazette
401 S. Burdick Street
Kalamazoo, MI 49007
(Schedule F/Nonconsumers)

Kay Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Kegerris Outdoor Advertising LLC
PO Box 242
Fayetteville, PA 17222
(Schedule F/Nonconsumers)

King Williams Aviation, LLC
c/o Corporation Service Center
1703 Laurel Street
Columbia, SC 29201
(Schedule F/Nonconsumers)

Lakeland Ledger
PO Box 913004
Orlando, FL 32891
(Schedule F/Nonconsumers)

Marshall Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

Milam Howard
14 East Bay Street
Jacksonville, FL 32202
(Schedule F/Nonconsumers)

AIR MAIL
Montreal Gazette
1010 Sainte-Catherine Street, West #200
H3B 5L1
Montreal, Canada
QC
(Schedule F/Nonconsumers)

Mountaineer Gas
2401 Sissonville Drive
Charleston, WV 25387
(Schedule F/Nonconsumers)

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

Nat'l Even Publications
PO Box 17749
Clearwater, FL 33762
(Schedule F/Nonconsumers)

National Air Transportation Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) | Orlando/Sanford International Airport<br>3200 Red Cleveland Blvd<br>Sanford, FL 32773<br>(Schedule F/Nonconsumers) | Palm Beach Newspapers Inc.<br>PO Box 24694<br>West Palm Beach, FL 33416-4694<br>(Schedule F/Nonconsumers) |
| Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Pittsburgh Trade Alliance<br>1650 Smallman Street<br>3rd Floor<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Press Republican<br>PO Box 459<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) |
| Prettyman Broadcasting<br>1606 W. King St.<br>Martinsburgh, WV 25401-2077<br>(Schedule F/Nonconsumers) | Printmill<br>4001 Portage Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Raddix International, Inc.<br>6310 Hazeltine National Drive<br>Orlando, FL 32822<br>(Schedule F/Nonconsumers) |
| Randall Family, LLC<br>351 Ballenger Center Drive<br>Frederick, MD 21703<br>(Schedule F/Nonconsumers) | Reminder Media<br>PO Box 52390<br>Boston, MA 02205<br>(Schedule F/Nonconsumers) | Rockford Register Star<br>PO Box 439<br>Rockford, IL 61105<br>(Schedule F/Nonconsumers) |
| AIR MAIL<br>Sago Travel<br>521 Upper Sherman Ave.<br>Hamilton ON L8V 3L9<br>CANADA<br>(Schedule F/Nonconsumers) | Santee Cooper<br>PO Box 188<br>Moncks Corner, SC 29461-0188<br>(Schedule F/Nonconsumers) | Sheltair Aviation Services<br>Attn: Russell Lawliss<br>1 Alabama Avenue<br>Plattsburgh, NY 12903<br>(Schedule F/Nonconsumers) |
| Shy King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) | Southern New England Golfer<br>PO Box 10038<br>Cranston, RI 02910<br>(Schedule F/Nonconsumers) | Southeastern Chemical Co., Inc.<br>320 City Avenue<br>Beckley, WV 25801<br>(Schedule F/Nonconsumers) |
| Springfield Chamber of CO<br>1011 S Second St<br>Springfield, IL 62704<br>(Schedule F/Nonconsumers) | SSP America<br>Bank of America<br>14305 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Stadium Management Co.<br>Wings Stadium<br>3600 Vanrick Drive<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

**SERVICE LIST**

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Toledo Free Press<br>PO Box 613<br>Toledo, OH 43697<br>(Schedule F/Nonconsumers) | Toledo-Lucas County Port Authority<br>One Maritime Plaza<br>Toledo, OH 43604<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Tripcentral<br>Hamilton City Centre<br>77 James St., North, 230<br>L8R 2K3<br>Hamitlon, ON<br>CANADA<br>(Schedule F/Nonconsumers) |
| USA Jet Airlines Inc.<br>PO Box 633554<br>Cincinnati, OH 45263-6554<br>(Schedule F/Nonconsumers) | Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) |
| Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) |
| WHAG NBC TV<br>13 E. Washington Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) | WINK-TV<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Worcester Airport Limo<br>219 West Boylston Street<br>West Boylston, MA 01583<br>(Schedule F/Nonconsumers) |
| Worcester Telegram & Gazette<br>20 Franklin Street, Box 15012<br>Worcester, MA 01615-0012<br>(Schedule F/Nonconsumers) | Worldwide Flight Services<br>1925 West John Carpenter Freeway<br>Suite 450<br>Irving, TX 75063<br>(Schedule F/Nonconsumers) | WTOL-TV Toledo<br>Attn: Lockbox #1350<br>PO Box 11407<br>Birmingham, AL 35246-1350<br>(Schedule F/Nonconsumers) |
| WWMT-TV<br>590 Maple Street<br>Kalamazoo, MI 49008<br>(Schedule F/Nonconsumers) | Wyvern Hotel<br>101 E. Retta Esplanade3<br>Punta Gorda, FL 33950<br>(Schedule F/Nonconsumers) | Z Direct<br>1920 E. Hallandale Bch Blvd<br>Suite 502<br>Hallandale Beach, FL 33009<br>(Schedule F/Nonconsumers) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Cale Benner<br>6011 Quinn Road<br>Myrtle Beach, SC 29579<br>(2004 Motion/Post Petition Creditor) | Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition Creditor) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) |
| Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) |
| Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Thomas E. Lowe<br>740 Santo Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) |
| Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** |

{Practice Areas\CORP\15008\14190\A2088277.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Department of the Treasury
Financial Management Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for Aviation Enforcement & Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

Federal Express
P. O. Box 727
Memphis, TN 38194
(Schedule F/Nonconsumers)

Fedex TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
Module G, 3rd Floor
3965 Airways Blvd.
Memphis, TN 38116
(Schedule F/Nonconsumers)