# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC, d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company Regarding Public Charter Operator's Surety Bond;

2. Motion to Approve Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company (Re: Public Charter Operator's Surety Bond), with proposed Order; and

3. Motion to Limit Notice (Re: Stipulation and Release Between Joseph H. Baldiga, Chapter 7 Trustee, and Platte River Insurance Company Regarding Public Charter Operator's Surety Bond) (Re: Motion to Approve Stipulation and Release), with proposed Order.

                                                    /s/ Gina M. Barbieri
                                        Gina M. Barbieri, BBO #670596
                                        Mirick, O'Connell, DeMallie & Lougee, LLP
                                        1800 West Park Drive, Suite 400
                                        Westborough, MA 01581
                                        Phone: (508) 898-1501
                                        Fax:   (508) 898-1502
                                        Email: bankrupt@mirickoconnell.com

Dated: September 11, 2012                        Email: gbarbieri@mirickoconnell.com

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Airport Terminal Services Inc.
111 Westport Plaza Drive, Suite 400
Saint Louis, MO 63146
(Schedule F/Nonconsumers)

American Eagle Airlines Inc.
PO Box 619616
DWF Airport, TX 75261-9616
(Schedule F/Nonconsumers)

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001
(Schedule F/Nonconsumers)

Anchor Taxi
PO Box 221
3001 N. Kings Hwy
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

AT&T Michigan
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

AT&T Ohio
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740
(Schedule F/Nonconsumers)

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

Baggage Airline Guest Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport Authority
28000 A-1 Airport Road, Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel Communications
5570 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Clear Channel-Springfield, MA<br>PO Box 402660<br>Atlanta, GA 30384<br>(Schedule F/Nonconsumers) | Clear Channel-Winchester<br>510 Pegasus Ct<br>Winchester, VA 22602<br>(Schedule F/Nonconsumers) | Clear Channel- Worcester<br>WSRS-FM WTAG-AM<br>PO Box 406078<br>Atlanta, GA 30384-6078<br>(Schedule F/Nonconsumers) |
| Clinton County Treasurer<br>137 Margaret Street, Suite 205<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) | Coastal Outdoor Advrtising<br>1415 48th Ave., N. Extension<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Columbus Regional Airport Authority<br>L-3459<br>Columbus, OH 43260<br>(Schedule F/Nonconsumers) |
| Concourse Communications Group<br>Attn: Accounts Receivable<br>200 w. Madison Ste 2830<br>Chicago, IL 60606-3524<br>(Schedule F/Nonconsumers) | Cortland Computer Services<br>250 Lackland Drive<br>Suite 100<br>Middlesex, NJ 08846<br>(Schedule F/Nonconsumers) | Creative Spot<br>430 East Rich Street<br>Columbus, OH 43215<br>(Schedule F/Nonconsumers) |
| Emery Air, Inc.<br>PO Box 6067<br>Rockford, IL 61125<br>(Schedule F/Nonconsumers) | Fairfield Inn Broadway<br>1350 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Nonconsumers) |
| Florida Weekly<br>4300 Ford Street, Suite 105<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Frontier (WV)<br>PO Box 20550<br>Rochester, NY 14602-0550<br>(Schedule F/Nonconsumers) | Full Steam Ahead<br>1455 Commerce Place<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| Garofalo Goerlich Hainbach PC<br>1200 New Hampshire Ave NW<br>Suite 800<br>Washington, DC 20036-6802<br>(Schedule F/Nonconsumers) | Greater Niagra Newspapers<br>310 Niagra Street<br>PO Box 549<br>Niagara Falls, NY 14302<br>(Schedule F/Nonconsumers) | Greater Rockford Airport Authority<br>60 Airport Drive<br>Rockford, IL 61109<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Hilton Garden Inn Coastal Grand<br>2383 Coastal Grand Circle<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Hilton Garden Inn- Lake Mary<br>705 Currency Circle<br>Lake Mary, FL 32746<br>(Schedule F/Nonconsumers) | Hilton Garden-Inn Lakeland<br>3839 Doon Emerson Drive<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) |
| Himmelsbach Communications, Inc.<br>PO Box 1463<br>North Myrtle Beach, SC 29598<br>(Schedule F/Nonconsumers) | Holiday Inn Express Hotel<br>10-12 Johnson Street<br>Auburn, MA 01501<br>(Schedule F/Nonconsumers) | Hudson News<br>1 Meadowlands Plaza Ste 902<br>East Rutherford, NJ 07073<br>(Schedule F/Nonconsumers) |
| Jeff Jarrell<br>260 Colby Court<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) | Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(Schedule F/Nonconsumers) | Kalamazoo Gazette<br>401 S. Burdick Street<br>Kalamazoo, MI 49007<br>(Schedule F/Nonconsumers) |
| Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Kegerris Outdoor Advertising LLC<br>PO Box 242<br>Fayetteville, PA 17222<br>(Schedule F/Nonconsumers) | King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(Schedule F/Nonconsumers) |
| Lakeland Ledger<br>PO Box 913004<br>Orlando, FL 32891<br>(Schedule F/Nonconsumers) | Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) |
| Milam Howard<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Montreal Gazette<br>1010 Sainte-Catherine Street, West #200<br>H3B 5L1<br>Montreal, Canada<br>QC<br>(Schedule F/Nonconsumers) | Mountaineer Gas<br>2401 Sissonville Drive<br>Charleston, WV 25387<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

Nat'l Even Publications
PO Box 17749
Clearwater, FL 33762
(Schedule F/Nonconsumers)

National Air Transportation Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202
(Schedule F/Nonconsumers)

Orlando/Sanford International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773
(Schedule F/Nonconsumers)

Palm Beach Newspapers Inc.
PO Box 24694
West Palm Beach, FL 33416-4694
(Schedule F/Nonconsumers)

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburgh, WV 25401-2077
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

AIR MAIL
Sago Travel
521 Upper Sherman Ave.
Hamilton ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-0188
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Russell Lawliss
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Southern New England Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Southeastern Chemical Co., Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Springfield Chamber of CO
1011 S Second St
Springfield, IL 62704
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| The ISERV Company<br>5222 33rd Street SE<br>Grand Rapids, MI 49512<br>(Schedule F/Nonconsumers) | The Ledger New Chief<br>PO Box 913004<br>Orlando, FL 32891-3004<br>(Schedule F/Nonconsumers) | The Morning Call<br>PO Box 415459<br>Boston, MA 02241-5459<br>(Schedule F/Nonconsumers) |
| The Picket News<br>25 Antietam Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) | The Record Herald<br>PO Box 271<br>Waynesboro, PA 17268-0271<br>(Schedule F/Nonconsumers) | The Sun News<br>PO Box 406<br>Myrtle Beach, SC 29578-0406<br>(Schedule F/Nonconsumers) |
| The Toledo Blade Company<br>541 N. Superior St.<br>Toledo, OH 43660<br>(Schedule F/Nonconsumers) | The Winchester Star<br>2 North Kent Street<br>Winchester, VA 22601<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Thomas Cook Growth<br>75 Eglinton Avenue East<br>M4P 3A4<br>Toronto, ON<br>CANADA<br>(Schedule F/Nonconsumers) |
| Toledo Free Press<br>PO Box 613<br>Toledo, OH 43697<br>(Schedule F/Nonconsumers) | Toledo-Lucas County Port Authority<br>One Maritime Plaza<br>Toledo, OH 43604<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Tripcentral<br>Hamilton City Centre<br>77 James St., North, 230<br>L8R 2K3<br>Hamitlon, ON<br>CANADA<br>(Schedule F/Nonconsumers) |
| USA Jet Airlines Inc.<br>PO Box 633554<br>Cincinnati, OH 45263-6554<br>(Schedule F/Nonconsumers) | Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) |
| Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

WHAG NBC TV
13 E. Washington Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

WINK-TV
2824 Palm Beach Blvd
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Worcester Airport Limo
219 West Boylston Street
West Boylston, MA 01583
(Schedule F/Nonconsumers)

Worcester Telegram & Gazette
20 Franklin Street, Box 15012
Worcester, MA 01615-0012
(Schedule F/Nonconsumers)

Worldwide Flight Services
1925 West John Carpenter Freeway
Suite 450
Irving, TX 75063
(Schedule F/Nonconsumers)

WTOL-TV Toledo
Attn: Lockbox #1350
PO Box 11407
Birmingham, AL 35246-1350
(Schedule F/Nonconsumers)

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008
(Schedule F/Nonconsumers)

Wyvern Hotel
101 E. Retta Esplanade3
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

Cale Benner
6011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion/Post Petition Creditor)

Patricia Small
353 Deerfield Links Drive
Surfside Beach, SC 29575
(2004 Motion/Post Petition Creditor)

Kelsey S. Dunn
3063 Howard Ave
Suite 309
Myrtle Beach, SC 29577
(Postpetition Creditor)

Lexi Burling
353 Deer Field Link Drive
Surfside Beach, SC 29575
(Postpetition Creditor)

Linda Abott
4051 Windchime Lane
Lakeland, FL 33811
(Postpetition Creditor)

Mara Bateson
2154 N. Berwick Dr.
Myrtle Beach, SC 29575
(Postpetition Creditor)

Mary Avant-Baldwin
1507 Dewitt Street
Conway, SC 29527
(Postpetition Creditor)

Shawn J. Ernst
6683 Wisteria Drive
Myrtle Beach, SC 29588
(Postpetition Creditor)

Thomas E. Lowe
740 Santo Drive
Myrtle Beach, SC 29588
(Postpetition Creditor)

Federal Express
P. O. Box 727
Memphis, TN 38194
(Schedule F/Nonconsumers)

Fedex TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
Module G, 3rd Floor
3965 Airways Blvd.
Memphis, TN 38116
(Schedule F/Nonconsumers)