**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

|  |  |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>          Debtor. | )<br>)<br>)  Chapter 11<br>)  Case No. 12-40944-MSH<br>)<br>)<br>)<br>) |

**ASSENTED TO EMERGENCY MOTION TO ENLARGE THE OBJECTION
DEADLINE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (1)
APPROVING AGREEMENT REGARDING DEBTOR'S ACCOUNTS AT VALLEY
NATIONAL BANK AND (2) EXTENDING CLAIM BAR DATE FOR CHARTER
PARTICIPANTS TO JANUARY 15, 2013, REQUEST FOR EMERGENCY
CONSIDERATION AND REQUEST TO LIMIT NOTICE**
*(EMERGENCY CONSIDERATION REQUESTED)*

Pursuant to MLBR 9013-1(d), (g)(1) and (2), Valley National Bank ("VNB"), with the assent of the Joseph H. Baldiga, the Chapter 7 Trustee in this case ("Trustee"), requests entry of an order extending the deadline for VNB to file its response to the Trustee's Motion for Order (1) Approving Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extending Claim Bar Date for Charter Participants to January 15, 2013 [Docket No. 220] ("Motion"), for four days, from Monday, September 24, 2012 to Friday, September 28, 2012, and respectfully submits the following:

    1.    VNB has reviewed the Motion and has expressed concerns regarding the relief requested in the Motion with the Trustee and with other affected parties in interest. VNB is hopeful the parties will be able to resolve VNB's concerns and thereby obviate the need for VNB to object to the Motion. To that end, the Trustee is examining a proposal made by VNB to resolve the outstanding issues. The Trustee is reviewing that proposal.

Document      Page 2 of 4

2. The Trustee filed the Motion on September 10, 2012. Pursuant to MLBR 9013-1(d), the deadline for VNB to file its response expires on Monday, September 24, 2012.

3. To provide the parties additional time to attempt to resolve the outstanding issues and allow the parties to avoid the costs and complications arising if VNB must file an objection to the Motion that ultimately may prove to be unnecessary, VNB, with the Trustee's assent, requests that the Court enlarge the objection deadline to Friday, September 28, 2012. The requested extension is without prejudice to VNB's right to request further extensions and the Trustee's right to oppose any such request.

4. Pursuant to MLBR 9013-(g)(1), VNB requests emergency consideration of this Motion, as the existing objection deadline will expire within one (1) business day, and three (3) calendar days, from the date of filing of this Emergency Motion.

5. Pursuant to MLBR 9013(g)(2), VNB requests that the Court authorize notice to be filed solely upon the parties who will receive notice electronically pursuant to this Court's ECF system, with courtesy copies sent to the Trustee and the other parties to the agreement that is the subject of the Motion by electronic mail. Upon information and belief, all affected parties, including the Trustee and counsel for the other parties to the settlement that is the subject of the Motion, will receive notice electronically through this Court's ECF system.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, VNB prays the Court allow this Emergency Motion, enlarge the objection deadline up to and including Friday, September 28, 2012, limit notice as requested herein and further grant such other and further relief that the Court deems just and proper.

Dated: September 21, 2012                                VALLEY NATIONAL BANK

/s/ James B. Heffernan
Jeffrey Sternklar (BBO No. 549561)
jdsternklar@duanemorris.com

James B. Heffernan (BBO No. 669656)
jbheffernan@duanemorris.com
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
(857) 488-4200

ASSENTED TO:

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE
By his counsel,

/s/ Joseph H. Baldiga *
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 015 81
Phone: (508) 898.1501
Fax: (508) 898.1502
Email: jbaldiga@mirickoconnell.com
gbarbieri@mirickoconnell.com

* Pursuant to MLBR Appendix 8, Rule-8(b)(2), I, James B. Heffernan, represent that I have been authorized to affix the above electronic signature.

**CERTIFICATE OF SERVICE**

I, James B. Heffernan, hereby certify that on this day, September 21, 2012, I caused a copy of the foregoing *Assented to Emergency Motion to Enlarge the Objection Deadline,* to be served on parties and/or their counsel who have registered to receive pleadings in the above-captioned case pursuant to this Court's CM/ECF system and were served by electronic filing with the Clerk of the Court using the CM/ECF system as indicated.

    /s/ *James B. Heffernan*
James B. Heffernan (BBO#669656)