**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | )  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SOUTHERN SKY AIR & TOURS, LLC, | ) | Case No. 12-40944-MSH |
| d/b/a DIRECT AIR, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ASSENTED TO EMERGENCY MOTION TO ENLARGE THE OBJECTION DEADLINE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (1) APPROVING AGREEMENT REGARDING DEBTOR'S ACCOUNTS AT VALLEY NATIONAL BANK AND (2) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS TO JANUARY 15, 2013, REQUEST FOR EMERGENCY CONSIDERATION AND REQUEST TO LIMIT NOTICE**
*(EMERGENCY CONSIDERATION REQUESTED)*

Pursuant to MLBR 9013-1(d), (g)(1) and (2), Valley National Bank ("VNB"), with the assent of the Joseph H. Baldiga, the Chapter 7 Trustee in this case ("Trustee"), requests entry of an order extending the deadline for VNB to file its response to the Trustee's Motion for Order (1) Approving Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extending Claim Bar Date for Charter Participants to January 15, 2013 [Docket No. 220] ("Motion"), for four days, from Monday, September 24, 2012 to Friday, September 28, 2012, and respectfully submits the following:

1. VNB has reviewed the Motion and has expressed concerns regarding the relief requested in the Motion with the Trustee and with other affected parties in interest. VNB is hopeful the parties will be able to resolve VNB's concerns and thereby obviate the need for VNB to object to the Motion. To that end, the Trustee is examining a proposal made by VNB to resolve the outstanding issues. The Trustee is reviewing that proposal.

09/21/2012 ALLOWED.