## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

|  |  |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 1396-1
### OF THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

Upon the Objection to Claim No. 1396-1 of The Port Authority of New York and New Jersey (the "Objection") dated August 21, 2012 filed by Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of the above-referenced Debtor; notice having been sufficient, no objections having been filed, or any such objections having been overruled or withdrawn as appropriate, it is hereby ORDERED that the claim to which the Trustee objected shall be treated as follows:

Claim No. 1396-1, filed by The Port Authority of New York and New Jersey, is (a) disallowed as a Chapter 11 administrative claim and (b) allowed as an unsecured, non-priority claim in the amount of $1,128.40, to the extent that Claim No. 1396-1 is not duplicative of any timely-filed, unsecured, non-priority claim filed by The Port Authority of New York and New Jersey.

Dated:_____, 2012

10/01/2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge