# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER APPROVING STIPULATION AND RELEASE BETWEEN JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE, AND PLATTE RIVER INSURANCE COMPANY
(Re: Public Charter Operator's Surety Bond)

Upon the Motion to Approve Stipulation and Release (the "Motion") between Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the above-captioned Debtor, and Platte River Insurance Company ("Platte River") dated September 4, 2012; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed;

2. The Court approves the Stipulation and Release (as defined in the Motion) between the Trustee and Platte River, including, but not limited to, the following provisions:

    A. Platte River shall pay to the Trustee, on behalf of the Debtor's bankruptcy estate (the "Estate"), the sum of $200,000.00 (the "Bond Amount"), in exchange for a full release of Platte River of any and all liability under the Bond (as defined in the Motion). Platte River shall pay the Bond Amount to the Trustee within ten (10) days of entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving the Stipulation and Release (the "Final Order"). Payment shall be made by check payable to "Joseph

{Practice Areas\CORP\15008\14190\A2077155.DOC}

H. Baldiga, Chapter 7 Trustee" and forwarded to the Trustee at the address provided for in Paragraph 6 of the Stipulation and Release;

      B.    Upon entry of the Final Order and the Trustee's receipt of the Bond Amount, the Trustee and the Estate shall be deemed to have released Platte River from any and all claims related to the Claims (as defined in the Motion) or Platte River's liability under the Bond (as defined in the Motion) whether or not such claims have been asserted as of the date of the Final Order or by the January 15, 2013 deadline for the filing of Claims. This release shall not relieve Platte River of any of Platte River's obligations under the Stipulation and Release;

      C.    Upon Platte River's delivery of the Bond Amount to the Trustee and entry of the Final Order, except for the rights, duties, and obligations set forth in the Stipulation and Release, the Trustee, for himself, his agents, servants, employees, representatives, assigns, successors, heirs, executors, trustees, joint venturers, partners and attorneys, and each of them, shall have absolutely, fully and forever released, relieved, waived, relinquished and discharged Platte River, and its respective agents, servants, employees, representatives, assigns, successors, heirs, executors, trustees, joint venturers, partners and attorneys, of and from any and all causes of action, suits and liabilities, now, heretofore existing at law or in equity, whether known or unknown, arising out of, or relating to, the subject matter of the Claims and Platte River's liability under the Bond, such that Platte River's obligations under the Bond shall be deemed fully satisfied other than as set forth in the Stipulation and Release; and

      D.    Upon entry of the Final Order, except for the rights, duties, and obligations set forth in the Stipulation and Release, Platte River, for itself, its agents, servants, employees, representatives, assigns, successors, heirs, executors, trustees, joint venturers, partners and attorneys, and each of them, shall have absolutely, fully and forever released,

{Practice Areas\CORP\15008\14190\A2077155.DOC}

relieved, waived, relinquished and discharged the Trustee, the Debtor, the Estate and each of the Trustee's respective agents, servants, employees, representatives, assigns, successors, heirs, executors, trustees, joint venturers, partners and attorneys, of and from any and all causes of action, suits and liabilities, now, heretofore existing at law or in equity, whether known or unknown, arising out of, or relating to, the subject matter of the Claims, the Bond, or otherwise. Further, Platte River shall pay and relinquish all rights to the Bond Amount whether or not the Claims asserted by claimants specifically under the Bond total more, or less, than the Bond Amount.

3. Upon payment to the Trustee as provided in Paragraph 2 of this Order, Platte River's obligations under the Bond shall be fully and finally discharged, and Platte River shall have no further responsibility with respect to claims made under the Bond except as expressly provided in the Stipulation and Release.

Dated:_____, 2012        _____ 10/01/2012
                                    Honorable Melvin S. Hoffman
                                    United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2077155.DOC}