UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

Upon the application dated September 11, 2012 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of David J. Reier attached to said Application; and it appearing that David J. Reier, Esq. and the firm of Posternak Blankstein & Lund, LLP (together, "Special Counsel") are qualified to serve as special counsel to the Trustee pursuant to Bankruptcy Code § 327(e); and it appearing that Special Counsel neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with the matters on which Special Counsel is to be employed; and it appearing that Special Counsel's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized pursuant to Bankruptcy Code § 327(e) to employ David J. Reier, Esq. and the firm of Posternak Blankstein & Lund, LLP to serve as special counsel in the above-captioned Chapter 7 proceeding and to perform all of the services described in the Application.

Dated: _____, 2012

/s/ Melvin S. Hoffman    10/01/2012
_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2088366.DOC}