# MIRICK O'CONNELL

ATTORNEYS AT LAW

**Joseph H. Baldiga, Esq.**
Mirick O'Connell
1700 West Park Drive
Westborough, MA 01581-3941
jbaldiga@mirickoconnell.com
t 508.860.1448
f 508.983.6232

October 2, 2012

**VIA ELECTRONIC CASE FILING**

Clerk
United States Bankruptcy Court
Harold Donohue Federal Building
595 Main Street, 1st Floor
Worcester, MA 01608

    Re: Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
        Chapter 7, Case No. 12-40944-MSH

Dear Sir/Madam:

    The deadline filing proofs of claim in the above-referenced bankruptcy proceeding has passed. A claims register is needed in order to proceed with the claims review process. Please prepare and forward a claims register to my attention at your earliest convenience.

                                  Very truly yours,

                                  /s/ Joseph H. Baldiga
                                  Joseph H. Baldiga
                                  Chapter 7 Trustee

/kmd