**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:    Southern Sky Air & Tours, LLC d/b/a Direct Air    Chapter: 7
Debtor,    Case No: 12–40944
Judge Melvin S. Hoffman

---

*CLAIMS REGISTER AND COURT FEE SUMMARY*

☑ Enclosed please find the Claims Register you requested in the above–referenced case. This claims register is for **informational purposes only.** Trustees are required to review the physical file and the claims at the court before preparing a distribution report.

☐ As of the date of this notice and after a diligent search of the records, the Clerk's office found no Proofs of Claim filed in the above–referenced case.

The Court fees (Administrative fess) are calculated as follows:

|   |   |   |
|---|---|---|
| a) | Filing Fees | $0.00 |
| b) | Deferred Fees | $0.00 |
| c) | Copies | $0.00 |
| d) | Other | $0.00 |

TOTAL DUE  $0.00

Date:10/2/12

By the Court,

Alberto Barrera
Deputy Clerk
508–770–8932

---

*PLEASE RETURN THIS FORM WITH YOUR PAYMENT*

**NOTE: DEBTORS CHECKS ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

⦿ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925