**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>           Debtor. | Chapter 11<br>Case No. 12-40944-MSH |

**THIRD ASSENTED TO EMERGENCY MOTION TO ENLARGE THE OBJECTION DEADLINE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (1) APPROVING AGREEMENT REGARDING DEBTOR'S ACCOUNTS AT VALLEY NATIONAL BANK AND (2) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS TO JANUARY 15, 2013, REQUEST FOR EMERGENCY CONSIDERATION AND REQUEST TO LIMIT NOTICE**
*(EMERGENCY CONSIDERATION REQUESTED)*

Pursuant to MLBR 9013-1(d), (g)(1) and (2), Valley National Bank ("VNB"), with the assent of the Joseph H. Baldiga, the Chapter 7 Trustee in this case ("Trustee"), requests entry of an order extending the deadline for VNB to file its response to the Trustee's Motion for Order (1) Approving Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extending Claim Bar Date for Charter Participants to January 15, 2013 [Docket No. 220] ("Motion"), for seven (7) days, from Friday, October 5, 2012, to Friday, October 12, 2012, and respectfully submits the following:

1.    The Trustee filed the Motion on September 10, 2012. Pursuant to MLBR 9013-1(d), the deadline for VNB to file its response originally expired on Monday, September 24, 2012.

2.    VNB filed its First Assented to Emergency Motion to Enlarge the Objection Deadline on September 21, 2012 [Dkt. No. 228] (the "First Motion to Enlarge"), requesting an

extension of the objection deadline from Monday, September 24, 2012, to Friday, September 28, 2012. On the same day, this Court allowed the First Motion to Enlarge [Dkt. No. 229].

3. VNB filed its Second Assented to Emergency Motion to Enlarge the Objection Deadline on September 26, 2012 [Dk. No. 231] (the "Second Motion to Enlarge"), requesting an extension of the objection deadline from Friday, September 28, 2012, to Friday, October 5, 2012. On the same day, this Court allowed the Second Motion to Enlarge [Dkt. No. 232].

4. Since the First Motion to Enlarge and continuing after the Second Motion to Enlarge, VNB and the Trustee have had ongoing settlement discussions with respect to VNB's concerns regarding the relief requested in the Motion. Since the Second Motion to Enlarge, counsel for JetPay Services has become directly involved in the negotiations with VNB. Although these multi-party negotiations have become more complex than originally anticipated, nevertheless VNB is hopeful the parties will be able to resolve VNB's concerns and thereby obviate the need for VNB to object to the Motion. At the present time, the parties believe that an extension of the objection deadline would be beneficial to the parties as they believe such an extension would provide a reasonable opportunity for the consensual resolution of issues among the parties.

5. To provide the parties additional time to attempt to resolve the outstanding issues and allow the parties to avoid the costs and complications arising if VNB must file an objection to the Motion that ultimately may prove to be unnecessary, VNB, with the Trustee's assent, requests that the Court enlarge the objection deadline to Friday, October 12, 2012. The requested extension is without prejudice to VNB's right to request further extensions and the Trustee's right to oppose any such request.

6.Pursuant to MLBR 9013-1(g)(1), VNB requests emergency consideration of this Motion, as the existing objection deadline will expire today, the same date of filing of this Emergency Motion.

7.Pursuant to MLBR 9013-1(g)(2), VNB requests that the Court authorize notice to be filed solely upon the parties who will receive notice electronically pursuant to this Court's ECF system, with courtesy copies sent to the Trustee and the other parties to the agreement that is the subject of the Motion by electronic mail. Upon information and belief, all affected parties, including the Trustee and counsel for the other parties to the settlement that is the subject of the Motion, will receive notice electronically through this Court's ECF system.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, VNB prays the Court allow this Emergency Motion, enlarge the objection deadline up to and including Friday, October 12, 2012, limit notice as requested herein and further grant such other and further relief that the Court deems just and proper.

Dated: October 5, 2012                      VALLEY NATIONAL BANK,
                                            By its counsel


                                            */s/* James B. Heffernan
                                            Jeffrey Sternklar (BBO No. 549561)
                                            jdsternklar@duanemorris.com
                                            James B. Heffernan (BBO No. 669656)
                                            jbheffernan@duanemorris.com
                                            DUANE MORRIS LLP
                                            100 High Street, Suite 2400
                                            Boston, MA 02110-1724
                                            (857) 488-4200



ASSENTED TO:

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE


*/s/* Joseph H. Baldiga *
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO #670596
Mirick, 0'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 015 81
Phone: (508) 898.1501
Fax: (508) 898.1502
Email: jbaldiga@mirickoconnell.com
gbarbieri@mirickoconnell.com


* Pursuant to MLBR Appendix 8, Rule-8(b)(2), I, James B. Heffernan, represent that I have been authorized to affix the above electronic signature.

## CERTIFICATE OF SERVICE

I, James B. Heffernan, hereby certify that on this day, October 5, 2012, I caused a copy of the foregoing *Third Assented to Emergency Motion to Enlarge the Objection Deadline,* to be served on the following parties and/or their counsel who have registered to receive pleadings in the above-captioned case pursuant to this Court's CM/ECF system and were served by electronic filing with the Clerk of the Court using the CM/ECF system as indicated:

- Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
- Gina M. Barbieri     gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com
- Ronald T. Bevans     rtbevans@bevanslaw.com
- Alan L. Braunstein     abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Jonathan C. Burwood     jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- Nicole B. Caprioli     nicole.caprioli@state.ma.us
- Bradford R. Carver     bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- David C. Fixler     dfixler@rubinrudman.com
- Daniel G. Gurfein     dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
- David B. Haber     dhaber@dhaberlaw.com
- Andrea Horowitz Handel     andrea.handel@usdoj.gov
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King     richard.t.king@usdoj.gov
- Robert W Kovacs     bknotices@rkovacslaw.com
- Lawrence M. Kraus     lkraus@foley.com
- Gina L. Martin     gmartin@goodwinprocter.com
- Kevin C. McGee     bankruptcy@sederlaw.com, kmcgee@sederlaw.com
- William R. Moorman     moorman@craigmacauley.com
- David M. Nickless     dnickless.nandp@verizon.net
- Laura Otenti     lotenti@pbl.com, jspagnoli@pbl.com
- Michael J. Pappone     mpappone@goodwinprocter.com
- David J. Reier     dreier@pbl.com

   /s/ *James B. Heffernan*
   James B. Heffernan (BBO#669656)