

10/05/2012 ALLOWED.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
### (Central Division)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 11<br>Case No. 12-40944-MSH |

**THIRD ASSENTED TO EMERGENCY MOTION TO ENLARGE THE OBJECTION DEADLINE REGARDING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (1) APPROVING AGREEMENT REGARDING DEBTOR'S ACCOUNTS AT VALLEY NATIONAL BANK AND (2) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS TO JANUARY 15, 2013, REQUEST FOR EMERGENCY CONSIDERATION AND REQUEST TO LIMIT NOTICE**
*(EMERGENCY CONSIDERATION REQUESTED)*

Pursuant to MLBR 9013-1(d), (g)(1) and (2), Valley National Bank ("VNB"), with the assent of the Joseph H. Baldiga, the Chapter 7 Trustee in this case ("Trustee"), requests entry of an order extending the deadline for VNB to file its response to the Trustee's Motion for Order (1) Approving Agreement Regarding Debtor's Accounts at Valley National Bank and (2) Extending Claim Bar Date for Charter Participants to January 15, 2013 [Docket No. 220] ("Motion"), for seven (7) days, from Friday, October 5, 2012, to Friday, October 12, 2012, and respectfully submits the following:

1.    The Trustee filed the Motion on September 10, 2012. Pursuant to MLBR 9013-1(d), the deadline for VNB to file its response originally expired on Monday, September 24, 2012.

2.    VNB filed its First Assented to Emergency Motion to Enlarge the Objection Deadline on September 21, 2012 [Dkt. No. 228] (the "First Motion to Enlarge"), requesting an