UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER (1) APPROVING AGREEMENT REGARDING DEBTOR'S ACCOUNTS AT VALLEY NATIONAL BANK AND (2) EXTENDING TO JANUARY 15, 2013 THE CLAIM FILING DEADLINE FOR CHARTER PARTICIPANTS

Upon the motion filed on September 10, 2012 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), to approve the Agreement (the "Agreement") by and among the Trustee, JetPay Merchant Services, LLC, Merrick Bank Corporation, and American Express Travel Related Service Company, Inc. regarding accounts maintained at Valley National Bank for and on behalf of the Debtor; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed;

2. The Agreement is approved; and

3. The deadline for Charter Participants (as defined in the Motion) to file prepetition claims against the Estate is extended to January 15, 2013.

Dated: _____, 2012

10/11/2012

The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A2087157.DOC}