

10/17/2012 ALLOWED. THE HEARING SCHEDULED FOR 11/15/2012 ON THE MOTION FOR RELIEF IS CANCELED.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Central Division)

_____
                                                           )
In re:                                                     )
                                                           )   Chapter 11
SOUTHERN SKY AIR & TOURS, LLC,     )   Case No. 12-40944-MSH
d/b/a DIRECT AIR,                                )
             Debtor                                    )
_____)

**MOTION TO WITHDRAW WITHOUT PREJUDICE
MOTION OF JETPAY MERCHANT SERVICES, LLC
FOR RELIEF FROM STAY
(ASSENTED TO BY TRUSTEE)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

JetPay Merchant Services, LLC ("JetPay"), by its attorneys, hereby moves to withdraw without prejudice the Emergency Motion of JetPay for Relief from Stay filed on March 21, 2012 [Docket No. 9] ("Motion for Relief"). The within trustee, Joseph H. Baldiga, ("Trustee"), assents to this request. As grounds therefor, as set forth more fully below, JetPay submits that a certain recently approved agreement moots, for at least the time being, the relief sought in the Motion for Relief. In addition, another agreement that appears to have been reached in principle would likely moot the Motion for Relief on a more permanent basis.

1.   On March 21, 2012, JetPay filed the Motion for Relief. JetPay sought relief from the automatic stay (to the extent the stay applied) to enable JetPay to continue processing reimbursements out of a certain account established and maintained at Valley National Bank ("VNB").

2.   As set forth more fully in the Motion for Relief, pursuant to a certain written Depository Account Agreement between VNB and the within the debtor ("Debtor") and certain applicable regulations promulgated by the United States Department of Transportation ("DOT"),

1409466v2/18355-2