

Mark E. Hanna, A.A.E., Executive Director
Springfield Airport Authority

November 9, 2012

Mr. James M. Lynch, Clerk
U.S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

RE: Southern Sky Air and Tours, LLC d/b/a Direct Air Bankruptcy Case
No. 12-40944-MSH

Dear Mr. Lynch:

The Springfield Airport Authority hereby withdraws Claim Number 1887 in the amount of $462.54 made in our invoice of September 5, 2012 for expenses incurred by the Authority in responding to the Mirick O'Connell letter of August 28, 2012.

Sincerely,

Mark E. Hanna, A.A.E.
Executive Director

CC: Gina M. Barbieri, Mirick, O'Connell, DeMallie& Lougee,LLP