**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Central Division)**

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>        Debtor. | Chapter 11<br>Case No. 12-40944-MSH |

**NOTICE OF WITHDRAWAL OF**
**APPEARANCE OF JAMES B. HEFFERNAN, ESQ.**

PLEASE TAKE NOTICE that I, James B. Heffernan of Duane Morris LLP, one of the attorneys of record herein for creditor Valley National Bank (the "VNB"), hereby withdraw my appearance due to my resignation from Duane Morris LLP. Attorney Jeffrey D. Sternklar of Duane Morris LLP, will continue to represent VNB.

**ALL PARTIES ARE REQUESTED TO REVISE THEIR SERVICE LIST ACCORDINGLY**.

    Respectfully submitted,

Dated: November 16, 2012

/s/ James B. Heffernan
James B. Heffernan, Esq. (BBO #669656)
Duane Morris LLP
100 High Street, 24th Floor
Boston, MA 02110
857-488-4200 (telephone)
857-488-4201 (facsimile)
Email: jbheffernan@duanemorris.com

## CERTIFICATE OF SERVICE

I, James B. Heffernan, hereby certify that on this day, November 16, 2012, I caused a copy of the foregoing *Notice of Withdrawal,* to be served on the following parties and/or their counsel who have registered to receive pleadings in the above-captioned case pursuant to this Court's CM/ECF system and were served by electronic filing with the Clerk of the Court using the CM/ECF system as indicated:

- Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
- Gina M. Barbieri     gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com
- Ronald T. Bevans     rtbevans@bevanslaw.com
- Alan L. Braunstein     abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Jonathan C. Burwood     jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- Nicole B. Caprioli     nicole.caprioli@state.ma.us
- Bradford R. Carver     bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- David C. Fixler     dfixler@rubinrudman.com
- Daniel G. Gurfein     dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
- David B. Haber     dhaber@dhaberlaw.com
- Brian P. Hall     bhall@grlaw.com
- Andrea Horowitz Handel     andrea.handel@usdoj.gov
- Michael P. Holden     mholden@mholdenlaw.com
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King     richard.t.king@usdoj.gov
- Robert W Kovacs     bknotices@rkovacslaw.com
- Lawrence M. Kraus     lkraus@foley.com
- Gina L. Martin     gmartin@goodwinprocter.com
- Kevin C. McGee     bankruptcy@sederlaw.com, kmcgee@sederlaw.com
- William R. Moorman     moorman@craigmacauley.com
- David M. Nickless     dnickless.nandp@verizon.net
- Laura Otenti     lotenti@pbl.com, jspagnoli@pbl.com
- Michael J. Pappone     mpappone@goodwinprocter.com
- David J. Reier     dreier@pbl.com
- Jeffrey D. Sternklar     jdsternklar@duanemorris.com

    /s/  *James B. Heffernan*
    James B. Heffernan (BBO#669656)