12/05/2012

U.S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

Case Number: 12-40944 msh    Southern Sky Air & Tours, LLC d/b/a Direct Air

To whom it may concern:

I am writing to remove my Proof of Claim filed in this matter for $716.00. I was finally granted a refund from my bank and no longer need to pursue recovery in this matter. My information is listed below.

Thank you for your time.

Sincerely,

*[signature]*

Bradley James Klobnak
35 Dean Park
Springfield, IL 62707
DOB: 3/3/1977
Telephone: 217-341-0412
Email: klobnakb@gmail.com