## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>  **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### STIPULATION OF SETTLEMENT
**(Re: Recovery of Transfers to Sheltair Aviation Plattsburgh, LLC d/b/a**
**Sheltair Aviation Services-PBG Pursuant to Bankruptcy Code § 547)**

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy

estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and

Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG ("Sheltair"; together

with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation")

as follows:

### FACTUAL BACKGROUND

1.      On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the

"Bankruptcy Code").

2.      On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's

bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3.      On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga

Chapter 7 trustee of this proceeding and he continues to serve as such.

4.      On or about August 28, 2012, the Trustee made demand (the "Demand") on

Sheltair for the return of transfers made by the Debtor to Sheltair within 90 days prior to the

Petition Date in the amount of $56,261.18 (the "Transfers"), pursuant to Bankruptcy Code

§ 547(b).

5.      Sheltair responded to the Demand and asserted defenses to the Trustee's claims.

6.      The Parties have engaged in negotiations and now wish to consensually resolve

all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby

acknowledged, the Parties stipulate and agree as follows:

A.      Within ten (10) days of execution of this Stipulation, Sheltair will pay

$5,000.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the

Demand and related to the Transfers.  The Settlement Amount shall be paid by check payable to

"Chapter 7 Trustee Joseph H. Baldiga" and delivered to the Trustee's counsel.  The Trustee will

hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court

approving this Stipulation.

B.      Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to

stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), Sheltair shall be

deemed to have released and discharged the Trustee, his representatives, attorneys, agents or

assigns, and the Estate from any and all claims and/or counterclaims of any type or nature,

whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from

Sheltair's payment of the Settlement Amount, but excluding Sheltair's timely filed proof of

claim in the amount of $77,349.55 filed in the Debtor's bankruptcy case.

C.      Upon the later of (i) entry of the Final Order and (ii) receipt of the

Settlement Amount, the Trustee shall be deemed to have released Sheltair and its representatives,

attorneys, agents, or assigns from any and all claims or obligations arising from or related to the

Transfers or as set forth in the Demand, except that the Trustee agrees to waive his right to object to the proof of claim previously filed by Sheltair in the amount of $77,349.55, and which claim shall be an allowed general unsecured claim in the Debtor's bankruptcy case. However, the Trustee reserves the right to object to any other claims filed by or on behalf of Sheltair for any reason.

        D.     This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect, and the Trustee shall promptly return the Settlement Amount to Sheltair care of its counsel.

Respectfully submitted,

SHELTAIR AVIATION PLATTSBURGH, LLC d/b/a SHELTAIR AVIATION SERVICES-PBG

BY: Gerald M. Holland
ITS: Managing Member

Dated: December 05, 2012

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO # 670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone:   508.898.1501
Fax:      508.898.1502
Email:   bankrupt@mirickoconnell.com
Email:   gbarbieri@mirickoconnell.com

Dated: December 10, 2012

ACKNOWLEDGED AND APPROVED
AS TO FORM:

William G. Salim, Jr., Esq.
Moskowitz, Mandell, Salim & Simowitz, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334
Phone: 954.491.2000
Fax:     954.491.2051
Email:  wsalim@MMSSLaw.com
Fla. Bar No.: 750379
BBO #551060