## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### STIPULATION OF SETTLEMENT
(Re: Recovery of Transfer to Aeromotive Ground Support, Inc.
Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Aeromotive Ground Support, Inc. ("AGS"; together with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On or about August 28, 2012 and October 18, 2012, the Trustee made demands (the "Demands") on AGS for the return of a transfer made by the Debtor to AGS within 90 days

prior to the Petition Date in the amount of $15,746.50 (the "Transfer"), pursuant to Bankruptcy Code § 547(b).

5. AGS responded to the Demands and asserted defenses to the Trustee's claims.

6. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. Within ten (10) days of execution of this Stipulation, AGS will pay $11,500.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the Demands and related to the Transfer. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), AGS shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, except that AGS shall be deemed to have an allowed timely-filed general unsecured claim in the amount of $2,183.50 on account of its out-of-pocket expenses associated with the lease transaction underlying the Transfer (the "Allowed Claim").

C. Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released AGS and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the

Transfer or as set forth in the Demands. The Trustee reserves the right to object to any claims asserted by or on behalf of AGS, except for the Allowed Claim, for any other reason.

D. AGS acknowledges that AGS received no other payments from or on behalf of the Debtor within 90 days prior to the Petition Date, other than the Transfer referenced in the Demands. AGS acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| AEROMOTIVE GROUND SUPPORT, INC. | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| *(signature)* | *(signature)* |
| Max H. Hagen | Joseph H. Baldiga, BBO #549963 |
| Hagen & Hagen, P.A. | Gina M. Barbieri, BBO # 670596 |
| 3531 Griffin Road | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Ft. Lauderdale, FL 33312 | 1800 West Park Drive, Suite 400 |
| Phone: 954.987.0515 | Westborough, MA 01581 |
| Fax: 954.964.3764 | Phone: 508.898.1501 |
| Email: MHagen@HagenLawFirm.com | Fax: 508.898.1502 |
| | Email: bankrupt@mirickoconnell.com |
| | Email: gbarbieri@mirickoconnell.com |
| Dated: 12/10/12 | Dated: 12/17/12 |

{Practice Areas/CORP/15008/14190/A2154735.DOC}    3