UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,**

    **Debtor.**

**Chapter 7
Case No. 12-40944-MSH**

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE

- **(Re: Stipulation of Settlement (Re: Recovery of Transfer to Niagara Frontier Transportation Authority Pursuant to Bankruptcy Code § 547))**

- **(Re: Stipulation of Settlement (Re: Recovery of Transfers to Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG Pursuant to Bankruptcy Code § 547))**

- **(Re: Stipulation of Settlement (Re: Recovery of Transfers to Springfield Airport Authority Pursuant to Bankruptcy Code § 547))**

- **(Re: Stipulation of Settlement (Re: Recovery of Transfer to Aeromotive Ground Support, Inc. Pursuant to Bankruptcy Code § 547)**

- **(Re: Motion to Approve Stipulations of Settlement)**

Upon the motion dated December 28, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the above-listed documents (the "Stipulations and Motions"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

      a.     The Motion is ALLOWED; and

      b.     The Trustee may limit notice of the Stipulations and Motion to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all

secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice, and all

parties to the Stipulations.


Dated: _January 15_____, 2013

Honorable Melvin S. Hoffman
United States Bankruptcy Judge