United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4         User: ab              Page 1 of 2         Date Rcvd: Jan 15, 2013
                             Form ID: pdf012       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2013.
db          +Southern Sky Air & Tours, LLC d/b/a Dire,   1600 Oak Street,   Myrtle Beach, SC 29577-3525
cr          +Southern Sky Air & Tours, LLC d/b/a Dire,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2013                         Signature:**   *Joseph Speetjens*

```
District/off: 0101-4           User: ab                Page 2 of 2               Date Rcvd: Jan 15, 2013
                               Form ID: pdf012         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:

      Alan L. Braunstein   on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com

      Andrea Horowitz Handel   on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov

      Bradford R. Carver   on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com

      Daniel G. Gurfein   on behalf of Interested Party   Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com

      David B. Haber   on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com

      David C. Fixler   on behalf of Interested Party Judy Tull dfixler@rubinrudman.com

      David J. Reier   on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com

      David M. Nickless   on behalf of Interested Party Hank Torbert dnickless.nandp@verizon.net

      Gina L. Martin   on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com

      Gina M. Barbieri   on behalf of Trustee Joseph Baldiga gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com

      Jeffrey D. Sternklar   on behalf of Interested Party   Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com

      Jonathan C. Burwood   on behalf of Creditor   Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com

      Joseph H. Baldiga   jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com

      Kevin C. McGee   on behalf of Creditor   American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com

      Laura Otenti   on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com

      Lawrence M. Kraus   on behalf of Creditor   Horry County Department of Airports lkraus@foley.com

      Michael J. Pappone   on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com

      Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us

      Richard King   USTPRegion01.WO.ECF@USDOJ.GOV

      Richard T. King   on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov

      Robert W Kovacs   on behalf of Creditor Kevin Conway bknotices@rkovacslaw.com

      Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com

      William R. Moorman   on behalf of Creditor   Radixx Solutions International, Inc. moorman@craigmacauley.com

                                                                                                                              TOTAL: 23

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE

- (Re: Stipulation of Settlement (Re: Recovery of Transfer to Niagara Frontier Transportation Authority Pursuant to Bankruptcy Code § 547))

- (Re: Stipulation of Settlement (Re: Recovery of Transfers to Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG Pursuant to Bankruptcy Code § 547))

- (Re: Stipulation of Settlement (Re: Recovery of Transfers to Springfield Airport Authority Pursuant to Bankruptcy Code § 547))

- (Re: Stipulation of Settlement (Re: Recovery of Transfer to Aeromotive Ground Support, Inc. Pursuant to Bankruptcy Code § 547)

- (Re: Motion to Approve Stipulations of Settlement)

Upon the motion dated December 28, 2012 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the above-listed documents (the "Stipulations and Motions"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Stipulations and Motion to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all

{Practice Areas/CORP/15008/14190/A2166651.DOC}    5

secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Stipulations.

Dated: January 15, 2013

Honorable Melvin S. Hoffman
United States Bankruptcy Judge