UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING STIPULATIONS OF SETTLEMENT
(Re: Niagara Frontier Transportation Authority)
(Re: Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG)
(Re: Springfield Airport Authority)
(Re: Aeromotive Ground Support, Inc.)

Upon the Motion to Approve Stipulations of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on December 28, 2012, for an order approving the Stipulations of Settlement with Niagara Frontier Transportation Authority, Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG, Springfield Airport Authority, and Aeromotive Ground Support, Inc.; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A. The Motion is allowed;

B. The Stipulation of Settlement (Re: Niagara Frontier Transportation Authority) is approved;

C. The Stipulation of Settlement (Re: Sheltair Aviation Plattsburgh, LLC d/b/a Sheltair Aviation Services-PBG) is approved;

D. The Stipulation of Settlement (Re: Springfield Airport Authority) is approved; and

E.  The Stipulation of Settlement (Re: Aeromotive Ground Support, Inc.) is approved.

Dated: 01/24/2013 , 2013

*[signature]*
Honorable Melvin S. Hoffman
United States Bankruptcy Judge