UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or through the Court's Electronic Case Filing system as noted on the attached Service List:

1. Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer Pursuant to Bankruptcy Code § 547));

2. Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer), with proposed Order; and

6. Motion to Limit Notice (Re: Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer Pursuant to Bankruptcy Code § 547)) (Re: Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer)), with proposed Order.

Dated: January 25, 2013

/s/ Gina M. Barbieri
Gina M. Barbieri, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

{Practice Areas/CORP/15008/14190/A2189756.DOC}                1

# SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke &<br>Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |

| | | |
|---|---|---|
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |

| | | |
|---|---|---|
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue,<br>Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |

| | | |
|---|---|---|
| Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security<br>Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | David M. Nickless, Esq.<br>Nickless, Phillips and<br>O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank<br>Torbert/NOA)<br>**VIA ECF** |
| Kalamazoo County<br>Aeronautics Board<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Interested Party) | Tasha B. Thompson, Esq.<br>South Carolina Department of<br>Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina<br>Department of Revenue) | Christa Fornarotto<br>Associate Administrator for<br>Airports<br>Federal Aviation<br>Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) |
| Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County<br>Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management<br>Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United<br>States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |
| Samuel Podberesky, Esq.<br>Assistant General Counsel<br>for Aviation Enforcement &<br>Proceedings<br>Office of the General<br>Counsel<br>Department of<br>Transportation<br>1200 New Jersey Ave., SE,<br>Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo<br>Entities) | |