02/08/2013 ALLOWED. NO OBJECTIONS FILED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### MOTION TO LIMIT NOTICE
(Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek
International Airport and Kalamazoo County Treasurer
Pursuant to Bankruptcy Code § 547)
(Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek
International Airport and Kalamazoo County Treasurer)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the following documents:

A. Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer Pursuant to Bankruptcy Code § 547) (the "Kalamazoo Stipulation"); and

B. Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer) (the "Motion to Approve"; together with the Kalamazoo Stipulation, the "Stipulation and Motion")

to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected

{Practice Areas/CORP/15008/14190/A2189768.DOC}