```
                         United States Bankruptcy Court
                            District of Massachusetts
```

In re:                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: ab              Page 1 of 2             Date Rcvd: Feb 08, 2013
                              Form ID: pdf012       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2013.
db         +Southern Sky Air & Tours, LLC d/b/a Dire,    1600 Oak Street,    Myrtle Beach, SC 29577-3525
cr         +Southern Sky Air & Tours, LLC d/b/a Dire,    375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0101-4          User: ab                Page 2 of 2              Date Rcvd: Feb 08, 2013
                              Form ID: pdf012         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2013 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
        Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Daniel G. Gurfein    on behalf of Interested Party   Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
        David B. Haber    on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
        David C. Fixler    on behalf of Interested Party Judy Tull dfixler@rubinrudman.com
        David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
        David M. Nickless    on behalf of Interested Party Hank Torbert dnickless.nandp@verizon.net
        Gina L. Martin    on behalf of Creditor   Merrick Bank Corporation gmartin@goodwinprocter.com
        Gina M. Barbieri    on behalf of Trustee Joseph Baldiga gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com
        Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Jonathan C. Burwood    on behalf of Creditor   Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor   American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
        Laura  Otenti    on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor   Horry County Department of Airports lkraus@foley.com
        Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
        Robert W Kovacs    on behalf of Creditor Kevin Conway bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
        William R. Moorman    on behalf of Creditor   Radixx Solutions International, Inc. moorman@craigmacauley.com

        TOTAL: 23



02/08/2013 ALLOWED. NO OBJECTIONS FILED.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## MOTION TO LIMIT NOTICE
(Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek
International Airport and Kalamazoo County Treasurer
Pursuant to Bankruptcy Code § 547))
(Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek
International Airport and Kalamazoo County Treasurer)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the following documents:

A.  Stipulation of Settlement (Re: Recovery of Transfers to Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer Pursuant to Bankruptcy Code § 547) (the "Kalamazoo Stipulation"); and

B.  Motion to Approve Stipulation of Settlement (Re: Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer) (the "Motion to Approve"; together with the Kalamazoo Stipulation, the "Stipulation and Motion")

to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected

{Practice Areas/CORP/15008/14190/A2189768.DOC}