UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re: | |
|---|---|
| SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, | Chapter 7<br>Case No. 12-40944-MSH |
| Debtor. | |

**ORDER APPROVING STIPULATION OF SETTLEMENT**
(Re: Kalamazoo/Battle Creek International Airport
and Kalamazoo County Treasurer)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on January 25, 2013, for an order approving the Stipulation of Settlement with Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Kalamazoo/Battle Creek International Airport and Kalamazoo County Treasurer) is approved.

Dated: February 19, 2013

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2198726.DOC}