# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING THE PROPOSED FORM AND SCOPE OF NOTICE
CONCERNING THE STIPULATION COMPROMISING AND SETTLING
CERTAIN CLAIMS TO FUNDS HELD BY
<u>VALLEY NATIONAL BANK IN CERTAIN DEPOSITORY ACCOUNTS</u>**

Upon the motion filed on _____, 2013 (the "Motion") by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), to approve the Agreement (the "Agreement") between the Trustee, JetPay Merchant Services, LLC, Merrick Bank Corporation, American Express Travel Related Service Company, Inc., and Valley National Bank ("VNB") regarding funds on deposit in certain accounts maintained at VNB; the Court finding that the form and scope of the proposed Notice of such Motion and Agreement to be sufficient under the circumstances, and good cause otherwise appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in relevant part as set forth herein;

2. The form and scope of the proposed Notice is approved;

3. Within five court days of the docketing of this Order, the Trustee shall serve the completed form of Notice as proposed in the Motion, including, without limitation, mailing the Notice by first-class mail, postage prepaid, to the list of VNB Claimants provided by VNB to the Trustee as of this date.

4.  Information concerning the Motion and proposed settlement with VNB shall be posted by the U.S. Department of Transportation on its website as soon as practicable substantially in the form attached to the Motion as its Exhibit F.

5.  Trustee's special counsel, Posternak Blankstein & Lund LLP, shall post the completed Notice and Motion on its website within five court days of this date.


Dated: _____, 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

1443797v2/18355-2