# EXHIBIT F



**U.S. Department of Transportation**

Office of the Secretary of Transportation

# Transportation Facts

## Updated Information for Consumers Regarding the Cessation of Operations by Southern Sky Air Tours d/b/a *Myrtle Beach Direct Air and Tours*

(as of February __, 2013)

This information supplements the Transportation Facts issued on March 14, 2012. On or about March 13, 2012, Southern Sky Air Tours, d/b/a Myrtle Beach Direct Air and Tours (Direct Air) — a public charter operator — ceased operations. Direct Air has subsequently filed for bankruptcy protection in the U.S. Bankruptcy Court for the District of Massachusetts (Worcester) (Case no. 12-40944).

Please be aware that on _____, 2013, the bankruptcy trustee for Direct Air filed a motion for an order approving the settlement of certain claims to the funds held in the depository account at Valley National Bank. For additional information and to obtain a copy of the motion and all notices attached to the motion, including hearing date and objection deadline, please visit_____.

1446335v1/18355-2