# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>      Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I served the Motion of Chapter 7 Trustee for Orders Approving: (1) the Proposed Form and Scope of Notice and (2) Stipulation Compromising and Settling Certain Claims to Funds Held by Valley National Bank in Certain Depository Accounts [Docket No. 264], by causing copies thereof to be mailed by first-class mail, postage prepaid, or as otherwise indicated on the attached Service List.

                                        Respectfully Submitted,

                                        /s/ David J. Reier
                                        David J. Reier (BBO No. 546202)
                                        POSTERNAK BLANKSTEIN & LUND LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199-8004
                                        Telephone: 617-973-6100
                                        Telecopier: 617-367-2315
                                        E-mail: dreier@pbl.com

Dated: March 4, 2013

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours, LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>**VIA ECF** |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagra Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>145 Burt Road<br>Suite 16<br>Lexington, KY 40503<br>(Top 20) |
| Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) | Springfield Port Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) |

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>800 West Idaho Street, Suite 400<br>Boise, ID 83702<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) |
| F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) | Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) |
| Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |
| Airport Terminal Services Inc.<br>111 Westport Plaza Drive, Suite 400<br>Saint Louis, MO 63146<br>(Schedule F/Nonconsumers) | American Eagle Airlines Inc.<br>PO Box 619616<br>DWF Airport, TX 75261-9616<br>(Schedule F/Nonconsumers) | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001<br>(Schedule F/Nonconsumers) |
| Anchor Taxi<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | AT&T Michigan<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | AT&T Ohio<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) |

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740
(Schedule F/Nonconsumers)

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

Baggage Airline Guest Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport Authority
28000 A-1 Airport Road, Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel Communications
5570 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield, MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite 205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Concourse Communications Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach Communications, Inc.
PO Box 1463
North Myrtle Beach, SC 29598
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Hudson News
1 Meadowlands Plaza Ste 902
East Rutherford, NJ 07073
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Jeff Jarrell
260 Colby Court
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Judy Tull
1414 Highland Circle
Myrtle Beach, SC 29578
(Schedule F/Nonconsumers)

Kalamazoo Gazette
401 S. Burdick Street
Kalamazoo, MI 49007
(Schedule F/Nonconsumers)

Kay Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Kegerris Outdoor Advertising LLC
PO Box 242
Fayetteville, PA 17222
(Schedule F/Nonconsumers)

King Williams Aviation, LLC
c/o Corporation Service Center
1703 Laurel Street
Columbia, SC 29201
(Schedule F/Nonconsumers)

Lakeland Ledger
PO Box 913004
Orlando, FL 32891
(Schedule F/Nonconsumers)

Marshall Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

Milam Howard
14 East Bay Street
Jacksonville, FL 32202
(Schedule F/Nonconsumers)

AIR MAIL
Montreal Gazette
1010 Sainte-Catherine Street, West #200
H3B 5L1
Montreal, Canada
QC
(Schedule F/Nonconsumers)

Mountaineer Gas
2401 Sissonville Drive
Charleston, WV 25387
(Schedule F/Nonconsumers)

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

Nat'l Even Publications
PO Box 17749
Clearwater, FL 33762
(Schedule F/Nonconsumers)

National Air Transportation Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD 21202
(Schedule F/Nonconsumers)

Orlando/Sanford International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773
(Schedule F/Nonconsumers)

Palm Beach Newspapers Inc.
PO Box 24694
West Palm Beach, FL 33416-4694
(Schedule F/Nonconsumers)

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburgh, WV 25401-2077
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

AIR MAIL
Sago Travel
521 Upper Sherman Ave.
Hamilton ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-0188
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Russell Lawliss
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Southern New England Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Southeastern Chemical Co., Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Springfield Chamber of CO
1011 S Second St
Springfield, IL 62704
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Case 12-40944    Doc 265    Filed 03/04/13    Entered 03/04/13 16:50:57    Desc Main
                            Document      Page 11 of 14

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

1448508v1/18355-2

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Toledo Free Press<br>PO Box 613<br>Toledo, OH 43697<br>(Schedule F/Nonconsumers) | Toledo-Lucas County Port Authority<br>One Maritime Plaza<br>Toledo, OH 43604<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Tripcentral<br>Hamilton City Centre<br>77 James St., North, 230<br>L8R 2K3<br>Hamitlon, ON<br>CANADA<br>(Schedule F/Nonconsumers) |
| USA Jet Airlines Inc.<br>PO Box 633554<br>Cincinnati, OH 45263-6554<br>(Schedule F/Nonconsumers) | Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) |
| Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) |
| WHAG NBC TV<br>13 E. Washington Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) | WINK-TV<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Worcester Airport Limo<br>219 West Boylston Street<br>West Boylston, MA 01583<br>(Schedule F/Nonconsumers) |
| Worcester Telegram & Gazette<br>20 Franklin Street, Box 15012<br>Worcester, MA 01615-0012<br>(Schedule F/Nonconsumers) | Worldwide Flight Services<br>1925 West John Carpenter Freeway<br>Suite 450<br>Irving, TX 75063<br>(Schedule F/Nonconsumers) | WTOL-TV Toledo<br>Attn: Lockbox #1350<br>PO Box 11407<br>Birmingham, AL 35246-1350<br>(Schedule F/Nonconsumers) |
| WWMT-TV<br>590 Maple Street<br>Kalamazoo, MI 49008<br>(Schedule F/Nonconsumers) | Wyvern Hotel<br>101 E. Retta Esplanade3<br>Punta Gorda, FL 33950<br>(Schedule F/Nonconsumers) | Z Direct<br>1920 E. Hallandale Bch Blvd<br>Suite 502<br>Hallandale Beach, FL 33009<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Cale Benner<br>6011 Quinn Road<br>Myrtle Beach, SC 29579<br>(2004 Motion/Post Petition Creditor) | Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition Creditor) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) |
| Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) |
| Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Thomas E. Lowe<br>740 Santo Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) |
| Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** |

1448508v1/18355-2

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Department of the Treasury Financial Management Service Birmingham, AL 35283-0794 (Interested Party) | Christopher R. Donato, Esq. Assistant U.S. Attorney John Joseph Moakley United States Courthouse Suite 9200 One Courthouse Way Boston, MA 02210 (Counsel to Dept. of Justice) | Samuel Podberesky, Esq. Assistant General Counsel for Aviation Enforcement & Proceedings Office of the General Counsel Department of Transportation 1200 New Jersey Ave., SE, Room W96-322 Washington, DC 20590 (Interested Party) |
| Federal Express P. O. Box 727 Memphis, TN 38194 (Schedule F/Nonconsumers) | Fedex TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy Module G, 3rd Floor 3965 Airways Blvd. Memphis, TN 38116 (Schedule F/Nonconsumers) | |

1448508v1/18355-2