**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 12-40944-MSH |
| SOUTHERN SKY AIR & TOURS, LLC | ) | |
| D/B/A DIRECT AIR | ) | |
| | ) | |
| Debtor | ) | |

**ORDER SCHEDULING HEARING**

A hearing on the trustee's motion to approve the form and scope of notice concerning the stipulation compromising and settling certain claims to funds held by Valley National Bank, including scheduling a subsequent hearing on the motion to approve the stipulation, is scheduled for April 10, 2013 at 10:00 AM. Trustee shall give notice of the hearing and file a certificate of service.

Dated: March 15, 2013                                                                                   By the Court,

                                                                                                                            Melvin S. Hoffman
                                                                                                                            U.S. Bankruptcy Judge

1