UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## NOTICE OF HEARING

Please take notice that a hearing will be held on the Trustee's motion to approve the form and scope of notice concerning the stipulation compromising and settling certain claims to funds held by Valley National Bank, including scheduling a subsequent hearing on the motion to approve the stipulation [Docket No. 264] on **April 10, 2013 at 10:00 a.m.** before the Honorable Judge Melvin S. Hoffman, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 MainStreet, Worcester, MA 01608.

Respectfully Submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE,

By his special counsel,

/s/ David J. Reier
David J. Reier (BBO No. 546202)
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
Telephone: 617-973-6100
Telecopier: 617-367-2315
E-mail: dreier@pbl.com

Dated: March 18, 2013

1452066v1/18355-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 12-40944-MSH |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR | |
| Debtor | |

### ORDER SCHEDULING HEARING

A hearing on the trustee's motion to approve the form and scope of notice concerning the stipulation compromising and settling certain claims to funds held by Valley National Bank, including scheduling a subsequent hearing on the motion to approve the stipulation, is scheduled for April 10, 2013 at 10:00 AM. Trustee shall give notice of the hearing and file a certificate of service.

Dated: March 15, 2013

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

1