03/29/2013 ALLOWED EXCEPT THAT THE TRUSTEE IS TO FILE AND SERVE A FURTHER MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS ON THOSE YET UNIDENTIFIED DEBIT CARD AND CREDIT CARD ISSUING BANKS WHEN THEIR IDENTITIES HAVE BEEN DETERMINED BEFORE SUCH EXAMINATIONS MAY BE CONDUCTED.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

|  |  |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**MOTION TO LIMIT NOTICE**
**(re: Chapter 7 Trustee's Motion for Authority to**
**Conduct Rule 2004 Examinations)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Chapter 7 Trustee's Motion for Authority to Conduct Rule 2004 Examinations (the "Rule 2004 Motion"), to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all Parties named in the Rule 2004 Motion <u>except</u> the relevant debit card and credit card-issuing banks (the "Banks"), which have yet to be identified.

In support hereof, the Trustee submits the following:

1.      On March 15, 2012 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101–1532 (the "Bankruptcy Code").