

03/29/2013 EXPEDITED DETERMINATION DENIED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY
### TO CONDUCT RULE 2004 EXAMINATIONS,
### WITH REQUEST FOR EXPEDITED DETERMINATION

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court (the "Motion"), pursuant to Rules 2002 and 2004 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b), for an order authorizing the Trustee to conduct examinations (the "Rule 2004 Examinations") of the parties listed on **Exhibit A** attached hereto (the "Parties").[1] Specifically, the Trustee seeks to conduct examinations of the persons most knowledgeable at Visa, Mastercard, Discover, and any and all relevant debit card or credit card-issuing banks (the "Banks"). As discussed herein, the Trustee requires information from the Parties in order to reconcile certain claims against the Estate and other sources. The Trustee also seeks expedited determination of this Motion as set forth herein. In support of this Motion, the Trustee states as follows:

---

[1] The Parties are all described in this Motion. To the extent that the Trustee seeks information from relevant card-issuing banks, which have yet to be identified, the Trustee addresses notice of this Motion upon such Banks in the contemporaneously-filed Motion to Limit Notice.

{Practice Areas/CORP/15008/14190/A2250331.DOC}