# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5 2013, I served the Response of Valley National Bank to Motion of Chapter 7 Trustee for Orders Approving: (1) The Proposed Form and Scope of Notice and (2) Stipulation Compromising and Settling Certain Claims to funds Held by Valley National Bank in Certain Depository Accounts (Doc. No. 264, 266) mailed by first class mail, postage prepaid, or as otherwise indicated on the attached Service List.

Respectfully submitted,

VALLEY NATIONAL BANK

/s/ Gregory R. Haworth
Duane Morris LLP (GRH 9644)
107 Raymond Boulevard, Suite 1800
Newark, NJ 07102
Telephone: 973-424-2000
Telecopier: 973-424-2001
Email: GRHaworth@duanemorris.com

**Dated: April 5, 2013**

# SERVICE L1ST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA  01608<br>(U.S. Trustee)<br>VIA ECF | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19114<br>(Taxing Authority) | Southern Sky Air & Tours, LLC<br>d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC  29577<br>(Debtor) |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA  02109<br>(Counsel to Platte River Insurance Company)<br>VIA ECF | Internal Revenue Service<br>Special Process Unit<br>PO Box 9112<br>Stop 20800<br>Boston, MA  02203<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley<br>United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA  02210<br>(U.S. Attorney) |
| Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA  02108<br>(Debtor's Counsel)<br>VIA ECF | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA  02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison/NOA)<br>VIA ECF | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau, Bankruptcy Unit<br>PO Box 9564<br>Boston, MA  02114-9564<br>(Taxing Authority) |
| Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA  01609<br>(Counsel to Commonwealth of Massachusetts/NOA)<br>VIA ECF | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL  33131<br>(Counsel to Sky King Inc.)<br>VIA ECF | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suite 1205<br>Miami, FL  33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>VIA ECF |

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>VIA ECF | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>VIA ECF | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>VIA ECF |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Daniel G. Gurfein, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>VIA ECF | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions International, Inc.)<br>VIA ECF |
| Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>VIA ECF |
| David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>VIA ECF | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |

2

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive
Suite 200S
Boston, MA 02129
(Top 20)

Palm Beach International
Airport
846 Palm Beach International
Airport
West Palm Beach, FL 33406
(Top 20)

Springfield Port Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court
Suite 100A
Suwanee, GA 30024
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Lisa Marcoccia, Esq.
Office of James M. Begley,
Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port
Authority of New York and
New Jersey/NOA)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street
Suite 400
Boise, ID 83702
(Top 20)

| | | |
|---|---|---|
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave<br>Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) |
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Airport Terminal Services Inc.<br>111 Westport Plaza Drive<br>Suite 400<br>Saint Louis, MO 63146<br>(Schedule F/Nonconsumers) | Anchor Taxi<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | American Eagle Airlines Inc.<br>PO Box 619616<br>DWF Airport, TX 75261-9616<br>(Schedule F/Nonconsumers) |

| | | |
|---|---|---|
| AT&T Michigan<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/NonConsumers) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge &<br>Rice, LLP<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air<br>Express, Inc./NOA) | Transportation Security<br>Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) |
| Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice Civil<br>Division<br>PO Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of<br>America - Department of<br>Justice/NOA)<br>VIA ECF | AT&T Ohio<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | Autry & Toler AC<br>1419 East Main Street<br>Princeton, WV 24740<br>(Schedule F/Nonconsumers) |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001<br>(Schedule F/Nonconsumers) | Charlotte County Airport<br>Authority<br>28000 A-1 Airport Road<br>Bldg. 109<br>Punta Gorda, FL 33982<br>(Schedule F/Nonconsumers) | Clarion/Kalamazoo<br>3500 East Cork Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) |
| Beach Bags<br>509 Lake Park Drive<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) | Clinton County Treasurer<br>137 Margaret Street<br>Suite 205<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) | Aviation Safeguards<br>PO Box 823415<br>Philadelphia, PA 19182-3415<br>(Schedule F/Nonconsumers) |
| Clear Channel-Springfield, MA<br>PO Box 402660<br>Atlanta, GA 30384<br>(Schedule F/Nonconsumers) | Charlotte County BCC<br>18500 Murdock Circle<br>Port Charlotte, FL 33948<br>(Schedule F/Nonconsumers) | Clear Channel Airports<br>4635 Crackersport Road<br>Allentown, PA 18104<br>(Schedule F/Nonconsumers) |
| Boyd Law Firm LLC<br>PO Box 15358<br>Myrtle Beach, SC 29587<br>(Schedule F/Nonconsumers) | Coastal Outdoor Advertising<br>1415 48th Ave., N. Extension<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Baggage Airline Guest<br>Services Inc.<br>6751 Forum Drive<br>Suite 230<br>Orlando, FL 32821<br>(Schedule F/Nonconsumers) |

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Charlotte County Tax
Collector
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clear Channel
Communications
5570 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Columbus Regional Airport
Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

Concourse Communications
Group
Attn: Accounts Receivable
200 W. Madison, Suite 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Clear Channel-Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Garofalo Goerlich Hainbach
PC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Himmelsbach
Communications, Inc.
PO Box 1463
North Myrtle Beach, SC 29598
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal
Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Greater Niagara Newspapers
310 Niagara Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Hilton Garden Inn - Lake Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Greater Rockford Airport
Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

| | | |
|---|---|---|
| Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Nonconsumers) | Hudson News<br>1 Meadowlands Plaza<br>Suite 902<br>East Rutherford, NJ 07073<br>(Schedule F/Nonconsumers) | Jeff Jarrell<br>260 Colby Court<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |
| Hilton Garden-Inn Lakeland<br>3839 Doon Emerson Drive<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) | Lakeland Ledger<br>PO Box 913004<br>Orlando, FL 32891<br>(Schedule F/Nonconsumers) | Milam Howard<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Schedule F/Nonconsumers) |
| Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | New England Publishing Group, Inc.<br>PO Box 357<br>Swansea, MA 02777<br>(Schedule F/Nonconsumers) | Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(Schedule F/Nonconsumers) |
| Nassau Broadcasting Partners<br>880 Commonwealth Avenue<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) | Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Montreal Gazette<br>1010 Sainte-Catherine Street West #200<br>Montreal, QC H3B 5L1<br>CANADA<br>(Schedule F/Nonconsumers) |
| Kegerris Outdoor Advertising LLC<br>PO Box 242<br>Fayetteville, PA 17222<br>(Schedule F/Nonconsumers) | Niagara Falls Aviation<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Schedule F/Nonconsumers) | Kalamazoo Gazette<br>401 S. Burdick Street<br>Kalamazoo, MI 49007<br>(Schedule F/Nonconsumers) |
| Nat'l Event Publications<br>PO Box 17749<br>Clearwater, FL 33762<br>(Schedule F/Nonconsumers) | McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | Mountaineer Gas<br>2401 Sissonville Drive<br>Charleston, WV 25387<br>(Schedule F/Nonconsumers) |
| King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Norm Bess, et al<br>PH-18 Concorde Place<br>Toronto, ON M3C 3T9<br>CANADA<br>(Schedule F/Nonconsumers) | Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) |

National Air Transportation Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

AIR MAIL
Sago Travel
521 Upper Sherman Ave.
Hamilton, ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburg, WV 25401-2077
(Schedule F/Nonconsumers)

Springfield Chamber of Commerce
1011 S. Second St.
Springfield, IL 62704
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Orlando/Sanford International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-0188
(Schedule F/Nonconsumers)

Southern New England Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Palm Beach Newspapers Inc.
PO Box 24694
West Palm Beach, FL 33416-4694
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Southeastern Chemical Co., Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Russell Lawliss
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
Toronto, ON M3B 2X7
CANADA
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, ON M5A 3X5
CANADA
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
Toronto, ON M4P 3A4
CANADA
(Schedule F/Nonconsumers)

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

USA Jet Airlines Inc.
PO Box 633554
Cincinnati, OH 45263-6554
(Schedule F/Nonconsumers)

Vox AM/FM, LLC
265 Hegeman Avenue
Colchester, VT 05446
(Schedule F/Nonconsumers)

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008
(Schedule F/Nonconsumers)

AIR MAIL
Voyage Vasco St. Sauveur
36 Ave De LA Gare Bureau 102
Saint Sauveur, QC L0R 1R0
CANADA
(Schedule F/Nonconsumers)

Wyvern Hotel
101 E. Retta Esplanade3
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Walter C. Cook
Law Office of Walter C. Cook
1500-20th St.
San Francisco, CA 94107
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Beach Blvd.
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

WHAG NBC TV
13 E. Washington Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, OH 43604
(Schedule F/Nonconsumers)

WINK-TV
2824 Palm Beach Blvd.
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

AIR MAIL
Tripcentral
Hamilton City Centre
77 James St., North, 230
Hamilton, ON L8R 2K3
CANADA
(Schedule F/Nonconsumers)

Worcester Airport Limo
219 West Boylston Street
West Boylston, MA 01583
(Schedule F/Nonconsumers)

Cale Benner
6011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion/Post Petition Creditor)

Worcester Telegram & Gazette
20 Franklin Street, Box 15012
Worcester, MA 01615-0012
(Schedule F/Nonconsumers)

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041
(Schedule F/Nonconsumers)

Worldwide Flight Services
1925 West John Carpenter Freeway
Suite 450
Irving, TX 75063
(Schedule F/Nonconsumers)

Vision Airlines
Aaron Godwin
2705 Airport Road
North Las Vegas, NV 89032
(Schedule F/Nonconsumers)

WTOL-TV Toledo
Attn: Lockbox #1350
PO Box 11407
Birmingham, AL 35246-1350
(Schedule F/Nonconsumers)

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
PO Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy, Inc.)

| | | |
|---|---|---|
| Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |
| Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Thomas E. Lowe<br>740 Santo Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) |
| Kelsey S. Dunn<br>3063 Howard Ave.<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>VIA ECF | Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) |
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>IA ECF |
| Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) | Federal Express<br>PO Box 727<br>Memphis, TN 38194<br>(Schedule F/Nonconsumers) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |

11

| | | |
|---|---|---|
| Department of the Treasury Financial Management Service Birmingham, AL 35283-0794 (Interested Party) | Samuel Podberesky, Esq. Assistant General Counsel for Aviation Enforcement & Proceedings Office of the General Counsel Department of Transportation 1200 New Jersey Ave., SE Room W96-322 Washington, DC 20590 (Interested Party) | Fedex TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy Module G, 3rd Floor 3965 Airways Blvd. Memphis, TN 38116 (Schedule F/Nonconsumers) |