April 17, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building
And Courthouse
595 Main Street
Worcester, Ma 01608-2076

RE: Chapter 7
Case No. 12-40944-MSH
Southern Sky Air & Tours LLC

To whom it may concern:

I am objecting to my rights being extinguished in regards to the monies owed to me when Southern Sky & Tours LLC dba Direct Air left me and my family stranded in Florida in March 2012. Not only are we out the $577.80 that direct air owes me for the return flights, we also had additional expenses for lodging, rental car extension and the return flight home. The total extra was over $1000.00. This would be extremely unfair to just get away with not returning monies owed. Because I paid with a debit card, I was unable to dispute the monies owed.

I have completed all paperwork that has been asked of me and I would appreciate your cooperating in helping me get the monies owed to me.

Sincerely,

Karen Miscia

Karen Miscia
8 Cross Street
Natick, MA 01760

Cc: Joseph H. Baldiga, Esq
Chapter 7 Trustee for Direct Air
c/o Mirick, O'Connell, Demailli & Lougee LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581