Mona Wallace, RN                                                04/20/2013
P O Box 95 - 520 Prairie Av
Taylor Springs, IL 62089

Dear Sirs:

This is a written objection to an agreement set forth in the US Bankruptcy Court regarding case # 12-40944-MSH. Because VNB is relinquishing control over the funds, I am requesting transfer of some of those funds and reimbursement for $779.50. I am an IL resident and will be unable to attend/appear in court, set and scheduled for June 5th, 2013 at 10:00 am. I am also requesting to participate by telephone on that date. I can be contacted on that date at 217- 273- 1647. Please respond and notify me if this is convenient, as I regret that we cannot appear due to added inconvenience and additional costs that would be incurred, as well as other expenses necessary to travel from IL to MA. I will be happy to attend the hearing, if Direct Air could pay for my flight from St. Louis to Boston, hotel and food expenses.

Our Spring break /vacation funds were interrupted/canceled due to the suspension and bankruptcy and I believe reimbursement is necessary as I consider this theft of my funds for service that was not rendered. Our flight for four, confirmation # 1703383, (Joseph Wallace and 3 passengers, from Springfield IL to Punta Gorda, FL scheduled 04/04/12 -04/11/12), was terminated due to what I consider, possible poor business habits, or whatever, on behalf of Direct Air. We were unaware at the time of purchase that there were any potential problems.

Attached are the transaction details from my bank, authorizing the amount to be deducted/debited from our checking account. As recommended by VNB, the bank was notified immediately after flight cancellation and indicated reimbursement would have to obtained through Direct Air, as payment had cleared months before on 11/02/11. We had no idea the airline was in dire straits or we would have never planned a family vacation or reserved with this airline.

I cannot phantom any of this.. this is preposterous ... I have dealt with blue and white collar criminals, lawyers, fraud and abuse for the last 23 yrs of my career and all of this unnecessary work, for all involved. (contacting banks and everyone involved with phone calls or written statements to, lawyers, banks, dept of transportation, bond claim persons, notices, etc...) is t taking time and energy out of my life, for the last year or so..,only to explain to everyone involved basic ethics and morality, and we get what is rightfully deserved-..reimbursement. Maybe I should submit a bill for my time to Direct Air also. In my business of health and welfare, fraud and abuse, education and Nursing for the last 30 yrs, I choose to understand the legal system as much as I want to, but to wait, to have to be delayed payment and go through what we have for over a year, with the legal system et al...to obtain what is legally ours... most likely in healthcare, people would be dead...This is scandalous, the airline is committing theft and why? does it has to be determined if I, or anyone else, can be reimbursed from a thief ? This is intimidating, this is robbery, (I'm an old prison nurse too), and theft/petty theft by blue or white collar criminals, if I remember right, requires retribution in some way and criminals need to necessary time for such actions. This company should too, I wonder and can only guess it's all about who gets paid first out of the funds, I can only imagine it will be we peon passengers last, after everyone else...if any funds remain? It's a sad society when I have to complain/bitch to an honorable court about getting $779.50 that is rightfully ours. I would hope the disposition of funds would be transferred to all owed, including me and that someone will pay attention to these and other corporate jerks, owning and operating airlines or other businesses, who file bankruptcy like they change their clothes, and will potentially change their name and start up another bogus company elsewhere. Guess this is somebody's bread and butter huh? This is quite the waste of taxpayer money and my time. I would appreciate being reimbursed and the honorable judge reading this objection in court for all concerned. Bet there are a lot of passengers that feel exactly like I do. Thanks.

                                                        Mona Wallace RN

Cc Joseph H. Baldiga Esq. - bankruptcy trustee

P.S. could not pull up agreement — am only hoping agreement is in favor of reimbursement for all, + there would be no objection to reimbursing all owed)

MONA D WALLACE

==================================================================================
INTEREST BEARING REG ACCOUNT ▓▓▓▓503
==================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 870672 PURCHASE CLARK 9091 JACKSONVILLE IL 490002 | | | | |
| 130200026 | 47.31 | | 10/31/11 | 12,742.15 |
| 14489 PURCHASE COLONIAL 1 00283614 STONINGTON IL | | | | |
| 490002 130500007 | 28.97 | | 11/01/11 | 12,713.18 |
| CHECK # 1785 | 753.65 | | 11/01/11 | 11,959.53 |
| 114502 PURCHASE COLONIAL 1 00283614 STONINGTON IL | | | | |
| 490002 130600007 | 27.99 | | 11/02/11 | 11,931.54 |
| 203956 PURCHASE DIRECT AIR 877-432-3473 SC 490002 | | | | |
| 130600085 | 779.50 | | 11/02/11 | 11,152.04 |
| ING DIRECT Inv. ProgramChg 0003465765 | | | | |
| | 12.00 | | 11/02/11 | 11,140.04 |
| 100294 PURCHASE COLONIAL 1 00283614 STONINGTON IL | | | | |
| 490002 130700007 | 31.39 | | 11/03/11 | 11,108.65 |
| CHECK # 1789 | 62.58 | | 11/03/11 | 11,046.07 |
| CHECK # 1790 | 90.18 | | 11/03/11 | 10,955.89 |
| CHECK # 1791 - AUTO-OWNERS INS. PREM 1791 | | | | |
| | 1,408.83 | | 11/03/11 | 9,547.06 |
| CHECK # 1792 | 35.65 | | 11/03/11 | 9,511.41 |
| INTEREST | | 1.99 | 11/03/11 | 9,513.40 |
| BALANCE THIS STATEMENT .............................. | | | 11/03/11 | 9,513.40 |

| TOTAL CREDITS | (6) | 6,399.25 | AVG AVAILABLE BALANCE | 11,687.54 |
|---|---|---|---|---|
| TOTAL DEBITS | (48) | 7,433.25 | | |

- - - - - - - - - I N T E R E S T - - - - - - - - - - -

| AVERAGE LEDGER BALANCE: | 11,737.06 | INTEREST EARNED: | 1.99 |
|---|---|---|---|
| AVERAGE AVAILABLE BALANCE: | 11,687.54 | DAYS IN PERIOD: | 31 |
| INTEREST PAID THIS PERIOD: | 1.99 | ANNUAL PERCENTAGE YIELD EARNED: | .20% |
| INTEREST PAID 2011: | 22.20 | | |

\* \* \* C O N T I N U E D \* \* \*