April 17, 2013

RE: SOUTHERN SKY AIR & TOURS, LLC
    d/b/a DIRECT AIR

DEBTOR    **CHAPTER 7, CASE No. 12-40944-MSH**

To Whom It May Concern:

I received Notice yesterday from JOSEPH H BALDIGA, Chapter 7 Trustee, of the upcoming HEARING In Bankruptcy Court located in Worcester, MA. Since I am one of the affected parties who has not received a single cent in reimbursement for my cancelled flights through DIRECT AIR, I want to express A strong OBJECTION to this MOTION requesting the Court's approval of the Agreement which would Extinguish my rights to recover funds to compensate me for my monetary loss of $466.00. When I purchased my airline tickets through DIRECT AIR, I used my Debit Card and have not been able to get reimbursement from my Bank or Credit Card Company.

In addition to my filing this written Objection to above-mentioned Bankruptcy case **(# 12-40944-MSH)** scheduled for June 5th, 2013 at the U.S. Bankruptcy Court, 211 Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Worcester, MA 016089, Court room no. 3, I respectfully request to participate in this hearing by phone. I'm not financially in a position to afford attending this court Hearing in person due to the distance from my home which is approximately 300 miles.

Sincerely,

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(518) 561-5639

04/24/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.