United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2              Date Rcvd: Apr 24, 2013
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2013.
cr           +Amy King,   6 Maple Ridge Drive,   West Chazy, NY 12992-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0101-4          User: mbd                   Page 2 of 2                    Date Rcvd: Apr 24, 2013
                              Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2013 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
        Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
        David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
        David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
        David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
        David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
        David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
        Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
        Gina M. Barbieri    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com
        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
        Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

        TOTAL: 32



04/24/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

April 17, 2013

RE: SOUTHERN SKY AIR & TOURS, LLC
   d/b/a DIRECT AIR

   DEBTOR   CHAPTER 7, CASE No. 12-40944-MSH

To Whom It May Concern:

I received Notice yesterday from JOSEPH H BALDIGA, Chapter 7 Trustee, of the upcoming HEARING In Bankruptcy Court located in Worcester, MA. Since I am one of the affected parties who has not received a single cent in reimbursement for my cancelled flights through DIRECT AIR, I want to express A strong OBJECTION to this MOTION requesting the Court's approval of the Agreement which would Extinguish my rights to recover funds to compensate me for my monetary loss of $466.00. When I purchased my airline tickets through DIRECT AIR, I used my Debit Card and have not been able to get re-imbursement from my Bank or Credit Card Company.

In addition to my filing this written Objection to above-mentioned Bankruptcy case (# 12-40944-MSH) scheduled for June 5th, 2013 at the U.S. Bankruptcy Court, 211 Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Worcester, MA 016089, Court room no. 3, I respectfully request to participate in this hearing by phone. I'm not financially in a position to afford attending this court Hearing in person due to the distance from my home which is approximately 300 miles.

Sincerely,

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(518) 561-5639