United States Bankruptcy Court
District of Massachusetts

In re:                                                                         Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-4 | User: mbd | Page 1 of 2 | Date Rcvd: Apr 25, 2013 |
|---|---|---|---|
| | Form ID: pdf012 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2013.
intp         +Mona Wallace,   PO Box 95,   520 Prairie Avenue,   Taylor Springs, IL 62089-0095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**                      **Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: mbd              Page 2 of 2               Date Rcvd: Apr 25, 2013
                              Form ID: pdf012        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:

      Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
      Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
      David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
      David C. Fixler    on behalf of Interested Party Kay Ellison dfixler@rubinrudman.com
      David C. Fixler    on behalf of Interested Party Judy Tull dfixler@rubinrudman.com
      David C. Fixler    on behalf of Interested Party Marshall Ellison dfixler@rubinrudman.com
      David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
      David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
      David M. Nickless    on behalf of Interested Party Hank Torbert dnickless.nandp@verizon.net
      Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
      Gina M. Barbieri    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, bankrupt@mirickoconnell.com
      Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
      Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
      Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
      Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
      Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
      Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
      Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
      Richard T. King    on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
      Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
      Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
      William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

                                                                                                               TOTAL: 32

Mona Wallace, RN   04/20/2013
P O Box 95 - 520 Prairie Av
Taylor Springs, IL 62089

Dear Sirs:

This is a written objection to an agreement set forth in the US Bankruptcy Court regarding case # 12-40944-MSH. Because VNB is relinquishing control over the funds, I am requesting transfer of some of those funds and reimbursement for $779.50. I am an IL resident and will be unable to attend/appear in court, set and scheduled for June 5th, 2013 at 10:00 am. I am also requesting to participate by telephone on that date. I can be contacted on that date at 217- 273- 1647. Please respond and notify me if this is convenient, as I regret that we cannot appear due to added inconvenience and additional costs that would be incurred, as well as other expenses necessary to travel from IL to MA. I will be happy to attend the hearing, if Direct Air could pay for my flight from St. Louis to Boston, hotel and food expenses.

Our Spring break /vacation funds were interrupted/canceled due to the suspension and bankruptcy and I believe reimbursement is necessary as I consider this theft of my funds for service that was not rendered. Our flight for four, confirmation # 1703383, (Joseph Wallace and 3 passengers, from Springfield IL to Punta Gorda, FL scheduled 04/04/12 -04/11/12), was terminated due to what I consider, possible poor business habits, or whatever, on behalf of Direct Air. We were unaware at the time of purchase that there were any potential problems.

Attached are the transaction details from my bank, authorizing the amount to be deducted/debited from our checking account. As recommended by VNB, the bank was notified immediately after flight cancellation and indicated reimbursement would have to obtained through Direct Air, as payment had cleared months before on 11/02/11. We had no idea the airline was in dire straits or we would have never planned a family vacation or reserved with this airline.

I cannot phantom any of this.. this is preposterous ... I have dealt with blue and white collar criminals, lawyers, fraud and abuse for the last 23 yrs of my career and all of this unnecessary work, for all involved. (contacting banks and everyone involved with phone calls or written statements to, lawyers, banks, dept of transportation, bond claim persons, notices, etc...) is t taking time and energy out of my life, for the last year or so.., only to explain to everyone involved basic ethics and morality, and we get what is rightfully deserved-..reimbursement. Maybe I should submit a bill for my time to Direct Air also. In my business of health and welfare, fraud and abuse, education and Nursing for the last 30 yrs, I choose to understand the legal system as much as I want to, but to wait, to have to be delayed payment and go through what we have for over a year, with the legal system et al...to obtain what is legally ours... most likely in healthcare, people would be dead...This is scandalous, the airline is committing theft and why? does it has to be determined if I, or anyone else, can be reimbursed from a thief ? This is intimidating, this is robbery, (I'm an old prison nurse too), and theft/petty theft by blue or white collar criminals, if I remember right, requires retribution in some way and criminals need to necessary time for such actions. This company should too, I wonder and can only guess it's all about who gets paid first out of the funds, I can only imagine it will be we peon passengers last, after everyone else...if any funds remain? It's a sad society when I have to complain/bitch to an honorable court about getting $779.50 that is rightfully ours. I would hope the disposition of funds would be transferred to all owed, including me and that someone will pay attention to these and other corporate jerks, owning and operating airlines or other businesses, who file bankruptcy like they change their clothes, and will potentially change their name and start up another bogus company elsewhere. Guess this is somebody's bread and butter huh? This is quite the waste of taxpayer money and my time. I would appreciate being reimbursed and the honorable judge reading this objection in court for all concerned. Bet there are a lot of passengers that feel exactly like I do. Thanks.

Mona Wallace RN

Cc Joseph H. Baldiga Esq. - bankruptcy trustee

[Left margin annotation:] 04/25/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

P.S. could not pull up agreement - am only hoping agreement is in favor of reimbursement for all, + there would be no objection to reimbursing all owed)