April 22, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA 01608-2076

RE:  Southern Sky Air & Tours, LLC
d/b/a Direct Air
Case No. 12-40944-MSH
Chapter 7

To Whom It May Concern:

This letter serves to file as my objection to the full disposition of the Petition Date Funds held by VNB as of the date Direct Air filed for bankruptcy.

I object because on September 1, 2011, I purchased a Family Ties Voucher in the amount of $338.00  with an expiration date of October 31, 2012 (Direct Air confirmation # 1459070) and have never been reimbursed.

  On March 22, 2012, following  a telephone call to the Consumer Telephone number (1.855.888.8090) and   REFUND INFORMATION (for Direct Air Customers)  article posted in our local newspaper, I  spoke to a person who said that nothing would happen until 2013 at the earliest and to make a request in writing .  Therefore, I requested a refund in writing and provided proof of purchase.  This letter was mailed to Valley National Bank in Wayne , New Jersey  and to Platte River Insurance, in Ramsey, NJ.

And now, I receive this notice saying my rights will be extinguished!

Attached is a copy of my letter dated March 22, 2012 accompanied by a copy of my Direct Air confirmation # 1459070, as well as a copy of the newspaper article.

I respectfully request consideration be given to a full refund of $338.00 at your earliest convenience.

Sincerely,

*[signature: Sheila J. Van Blarcom]*

Sheila J. Van Blarcom
248 Stonehouse Lane
Keene, NH 03431

Tele: 603.352.8344
Cell: 603.801.0702

March 22, 2012

Direct Air
1600 Oak Street, Suite B
Myrtle Beach, SC 29577

RE: Request for refund

Pursuant to your discontinued flights from Punta Gorda, FL to Worcester, MA effective March, 2012, I respectfully request a refund in the amount of $338.00 for my Family Ties voucher (confirmation number 1459070) purchased on September 3, 2011 with an expiration date of October 31, 2012.

Attached is a copy of my Direct Air Confirmation # 1459070.

Please send my refund to: Sheila Van Blarcom, 24B Stonehouse Lane, Keene, NH 03431.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Sheila J. Van Blarcom
24B Stonehouse Lane
Keene, NH 03431


Cc:     Valley National Bank
        1455 Valley Road
        Wayne, NJ 07470

        Platte River Insurance
        Alejandro Navarro
        Attorney-in-fact
        700 A Lake St.
        Ramsey, NJ 07446

| Confirmation number: | **1459070** |
|---|---|

Receipt and Itinerary as of Sat-03Sep11 10:12 PM

SHEILA VANBLARCOM
24B STONEHOUSE LANE
KEENE, NH 03431
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 7771 | 0 | Wed-31Oct12 06:00 AM | Wed-31Oct12 07:00 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| VANBLARCOM, SHEILA J. | U - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| GIBBONS, JAMES J. | U - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 8881 | 0 | Wed-31Oct12 02:00 PM | Wed-31Oct12 03:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| VANBLARCOM, SHEILA J. | U - COACH - | 54.50 USD | 54.50 USD |
| GIBBONS, JAMES J. | U - COACH - | 54.50 USD | 54.50 USD |

| Reservation Totals: | | |
|---|---|---|
| | Air fare | 218.00 USD |
| | Tax | 120.00 USD |
| | Special Service | 0.00 USD |
| | **TOTAL** | **338.00 USD** |

## REFUND INFORMATION

As a charter airline, Direct Air, which ceased operations Tuesday, must escrow ticket revenues until it pays the other airlines that perform its charter flights, so there should be funds available to make refunds, according to a U.S. Department of Transportation statement released Thursday.

"The department is investigating the handling of that escrow account," the department posted on Direct Air's website.

Consumers due refunds must prove to Direct's escrow bank and surety bond company that they purchased charter air transportation from Direct Air. Such proof might include a Direct Air receipt or the consumer's credit card statement.

Consumers may call 855-888-8090 or request a refund by writing to Direct Air at 1600 Oak St., Suite B, Myrtle Beach, SC 29577, with copies sent to the company's bank, Valley National Bank, 1455 Valley Road, Wayne, NJ, 07470, and the holder of its surety bond, Platte River Insurance, Alejandro Navarro, attorney-in-fact, 700 A Lake St., Ramsey, NJ, 07446.

incentives could be of-