Joseph E. Kotecki
501 Cross Street
Peru, IL 61354
jkotecki25@comcast.net
815-224-1842

April 20, 2013

United States Bankruptcy Court      Joseph H. Baldiga, esq.
Harold D. Donahue                   Chapter 7 trustee for
Federal Bldg. & Courthouse          Direct Air
595 Main Street  Courtroom 3c/o     c/o Mirick, O'Connell,
Worcester, MA 01608-2076            DeMallie & Lougee
                                    1800 West Park Drive  Suite 400
                                    Westborough, MA 01581

RE: Southern Sky Air & Tours, LLC
    D/B/A Direct Air  Chapter 7  Case No. 12-40944-MSH

Dear Sir:

This letter is to file OBJECTION regarding the above captioned case,
Flight D1-5851 April 11, 2011  Confirmation # 1343764
Total price of tickets:  $522.20
Amount recovered from credit card   $189.80
Amount not recovered was from a Direct Air CourtesyVoucher Number 88719 issued by Pat Tabitha in the amount of $342.00 Confirmation No. 1774093,..
A claim  No. 159108-1244 with Platte River Insurance Company was filed on April 23, 2012 naming Southern Sky & Air Tours d/b/a Myrtle Beach Direct Air  Bond or Policy No. 41060098 .

Since there is no means to recover the amount owed to us for the voucher, we respectfully request that we receive a settlement from the petition date funds held by the Valley National Bank.
Thank you.

*Joseph Kotecki*