Judith D. Moulton
568 Kemp Rd
Hampton, CT 06247-2025
April 25, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

I would like to file an Objection to the Agreement in Case #12-40944-MSH. I object to the allocation of funds as described.

I object because I have a claim on a purchase using Mastercard for which I have not been reimbursed. I also called JetPay's chargeback unit to find out why. I was told there was no order of chargeback. This would leave me without reimbursement.

Attached is more information of the actions I have taken to get the reimbursement from March22, 2012 contact asking for a refund from Direct Air, Platte River Insurance Company and Valley National Bank through the present. I have completed every form and request made to me. I sent my information before the hearing by the closing date for filing Proof of Claim.

I would like to address the court regarding my Objection, if I may.

Sincerely,

Judy Moulton

Attachment

Attachment: Judith D. Moulton re Objection to Agreement in case #12-40944-MSH

On January 30, 2012 I purchased round trip airfare between Worcester, MA and Punta Gorda, FL from Direct Air Reservations online through my USAA mastercard. The airfare I purchased was for Saturday, April 7, 2012 returning Thursday April 12, 2012.The amount of the purchase was $289.78.  On Tuesday March 13, 2012 I received an email from Direct Air stating they were suspending flights and there will be no flights between 3/12/12 and 5/15/12. On 3/22/2012 I wrote to Direct Air, Valley National Bank and Platte River Insurance: Alejandro Navario stating my request for a refund of my payment of $289.78 and including a copy of the confirmation and itinerary sent from Direct Air regarding my purchase. I then filled out the Proof of Claim form which Platte River Insurance Company requested and after having it notarized I returned it. They stated they were allowed 60 days after the last booked flight before reconciling claims. I also contacted USAA, my mastercard bank to request a chargeback in March 2012. They investigated and did so.

My next contact was a May 14, 2012, notice from Chapter 7 United States, Massachusetts District Bankruptcy Court. Case No. 12-40944. I filed papers with proof of claim and the information described above 7/17/2012 where the deadline was for submitting claim was 9/11/12. On April 15, 2013 I received the notice of an agreement between the Trustee for the airlines: Joseph Baldiga, Jetpay Merchant Services, Merrick Bank Corporation, and American Express Travel Related Services, Inc.The agreement provides for a disposition of approximately $1,016,935.90 of the Petition Date Funds, held by Valley National Bank. The agreement allows Valley National Bank to relinquish control of substantially all these funds and transfer such funds to the Trustee: Judge Joseph Balldiga, Merrick and Amex. No further mention of remuneration to those who still have a claim which was not paid.

Further in the notice reads "To the extent that you have not already been fully reimbursed for cancelled flights by credit card chargeback, refund or otherwise, the Agreement may affect your rights, including any claim you may have to receive a distribution from the Petition Date Funds... the rights of all customers against VNB in respect to the Petition Date Funds shall be extinguished."

I went to the directed website page (www.pbl.com/resources.php?ArticleID=236) and downloaded the agreement. I read the agreement for myself to see my options.

Jetpay was designated then to repay all valid Mastercard claims. Upon contacting Jetpay to check on my claim, I was told there was no order for a chargeback. (JetPay chargeback dept: 800-834-4405). They could not refund without a chargeback. I told them that in March of 2012 USAA requested one on my behalf. They said they had no record of any chargeback request.

I requested USAA to place a chargeback to JetPay regarding this purchase again. I also sent letters to the CEOs of JetPay and Valley National Bank to find out the status of my claim from each company's facts.
I have documentation to support this claim I am presenting here.