04/29/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

227 Potters Road

Buffalo, New York 14220

April 23rd, 2013

United States Bankruptcy Court

211 Harold D. Donahue Federal Bldg & Courthouse

595 Main Street

Worchester, Massachusetts, 01608

Dear Sir,

I am writing today to object to the agreement that Valley National Bank entered into with Joseph Baldiga, chapter 7 trustee for Southern Sky Air & Tours, LLC d/b/a/ Direct Air and a/k/a Myrtle Beach Direct Air and Tours.

I purchased three airline tickets through Direct Air on October 19th, 2011 for travel from Niagara Falls International Airport to Myrtle Beach International Airport. We were to depart July 21st, 2012 and return July 28th, 2012. These tickets cost me $508.40, which I purchased through my debit card and could not be reimbursed. I did purchase an additional ticket on my credit card which since has been refunded. I have been notified that my rights against Valley National Bank in respect to the Petition Date Funds could be extinguished. I feel I have the right to a reimbursement and object to this petition.

I understand the hearing is June 5th, 2013 at 10:00 am in Worchester Massachusetts. I appreciate that I need to be present to object to this petition but, since I live in Buffalo, New York I would ask if the court would allow me to participate by phone.

Thank you for your consideration,

Cathy McCool