Judith D. Moulton
568 Kemp Rd
Hampton, CT 06247-2025
April 25, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

I would like to file an Objection to the Agreement in Case #12-40944-MSH. I object to the allocation of funds as described.

I object because I have a claim on a purchase using Mastercard for which I have not been reimbursed. I also called JetPay's chargeback unit to find out why. I was told there was no order of chargeback. This would leave me without reimbursement.

Attached is more information of the actions I have taken to get the reimbursement from March22, 2012 contact asking for a refund from Direct Air, Platte River Insurance Company and Valley National Bank through the present. I have completed every form and request made to me. I sent my information before the hearing by the closing date for filing Proof of Claim.

I would like to address the court regarding my Objection, if I may.

Sincerely,

Judy Moulton

Attachment

04/29/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.