Joyce Ellis
101 Blood Rd
Charlton, MA 01507
4/29/13

US Bankruptcy Court
211 Harold D. Donohue Federal Bldg & Courthouse
595 Main St
Worcester, MA 01608-2076

Dear US Bankruptcy Court:

I am writing to clearly state my objection and request consideration for reimbursement for funds not recovered in the case of Southern Sky Air & Tours, LLC d/b/a/Direct Air. The case is chapter 7 case # 12-40944-MSH. As you will see in the enclosed attachments, I paid for multiple flights on direct air (purchased advance sale tickets) that I was not reimbursed for in any way. My credit card company did not reimburse because it was greater than 60 days from the date of purchase. The total is $1675.20. While I realize that other debtors may have a greater loss, we are local customers and the loss to us was substantial. Not only did we have this loss, but then needed to purchase more tickets in a shorter window of time, which made them very expensive to replace.

I have already submitted this info previously to direct air, valley national bank, and Platte River insurance Co, but did not receive anything since then. I will be happy to attend court on June 5th, if needed. I truly hope that you are able to consider this request.

Sincerely,

*Joyce M Ellis*

Joyce Ellis
Direct Air Customer

Cc Joseph H. Baldiga, ESQ Chapter 7 trustee for Direct Air

c/o Mirick, O'Connell, DeMallie & Lougee, LLP

1800 West Park Drive, Suite 400  Westborough, MA 01581

Richard G. and Joyce M. Ellis

101 Blood Rd

Charlton, MA 01507

508-248-4442

Direct Air

1600 Oak St Suite B

Myrtle Beach, SC 29577

March 16, 2012

As per the memo released by the US Department of transporation, I am writing to request a refund for 2 round trips that we are unable to take, due to the airline stopping operations (Southern Sky Air Tours d/b/a/Myrtle Beach Direct Air and Tours.

I have contacted my credit card company and they are not able to issue a refund, as I purchased these tickets in June of 2011. I am hereby requesting a full refund from the escrow fund. I have attached both itineraries/receipts as well as the corresponding credit card statements.

I thank you for your assistance in this matter. Please feel free to call me at 508-397-6077 if I you have further questions or need more documentation. I look forward to a rapid response to this matter

Sincerely,

Joyce M. Ellis

Joyce M. Ellis

Cc: Valley National Bank 1455 Valley Rd  Wayne NJ, 07470

Cc: Platte River Insurance Company, Alejandro Navarro, Attorney-in-fact, 700Alake St, Ramsey, NJ 07446

739.20
936.00
1675.20

# UNITED STATES BANKRUPTCY COURT

**PROOF OF CLAIM**

**Name of Debtor:** Southern Sky Air + Tours DBA Direct Air

**Case Number:** 12-40944

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property):** Joyce + Richard Ellis

**Name and address where notices should be sent:**
Joyce Ellis
101 Blood Rd
Charlton, MA 01507

**Telephone number:** 508-248-4442  **email:** Joyce.Ellis1@charter.net

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

**Filed on:** _____

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**Telephone number:**   **email:**

**1. Amount of Claim as of Date Case Filed:** $ 1675.20

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** airline tickets purchased + not used due to termination of flights
(*See instruction #2*)

**3. Last four digits of any number by which creditor identifies debtor:** 6189

**3a. Debtor may have scheduled account as:** _____ (*See instruction #3a*)

**3b. Uniform Claim Identifier (optional):** _____ (*See instruction #3b*)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ _____

Annual Interest Rate _____ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:** $ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
　　　　　　　　　　　(Attach copy of power of attorney, if any.)　　or their authorized agent.　　　(See Bankruptcy Rule 3005.)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joyce Ellis
Title:
Company:
Address and telephone number (if different from notice address above):
101 Blood Rd
Charlton, MA 01507
　　　　　　　　　　　　　　　　　　　　　　　(Signature) Joyce M Ellis   6/20/12   (Date)

Telephone number: 508-248-4442   email: Joyce.Ellis1@charter.net

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

# Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See Bankruptcy Rule 3001(c)(2).

Name of debtor: **Southern Sky Air + Tours LLC DBA Direct Air**  Case number: **12-40944**

Name of creditor: **Joyce + Richard Ellis**  Last four digits of any number you use to identify the debtor's account: **6189**

## Part 1: Statement of Principal and Interest Due as of the Petition Date

Itemize the principal and interest due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. Principal due   (1) $ **1675.20**

2. Interest due

| Interest rate | From mm/dd/yyyy | To mm/dd/yyyy | Amount |
|---|---|---|---|
| ___% | _____ | _____ | $ _____ |
| ___% | _____ | _____ | $ _____ |
| ___% | _____ | _____ | + $ _____ |

Total interest due as of the petition date   $ _____   Copy total here ▶ (2) + $ _____

3. Total principal and interest due   (3) $ **1675.20**

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney's fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Advertisement costs | | (5) | $ _____ |
| 6. Sheriff/auctioneer fees | | (6) | $ _____ |
| 7. Title costs | | (7) | $ _____ |
| 8. Recording fees | | (8) | $ _____ |
| 9. Appraisal/broker's price opinion fees | | (9) | $ _____ |
| 10. Property inspection fees | | (10) | $ _____ |
| 11. Tax advances (non-escrow) | | (11) | $ _____ |
| 12. Insurance advances (non-escrow) | | (12) | $ _____ |
| 13. Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ _____ |
| 14. Property preservation expenses. Specify: _____ | | (14) | $ _____ |
| 15. Other. Specify: **Conf # 1406840** | **6/29/2011** | (15) | $ **739.20** |
| 16. Other. Specify: **Conf # 1406837** | **4/29/2012** | (16) | $ **936.00** |
| 17. Other. Specify: _____ | | (17) + | $ _____ |

18. Total prepetition fees, expenses, and charges. Add all of the amounts listed above.   (18) $ **1675.20**

## Part 3: Statement of Amount Necessary to Cure Default as of the Petition Date

Does the installment payment amount include an escrow deposit?

☒ No

☐ Yes    Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law.

1. Installment payments due

   Date last payment received by creditor  _____
   mm/dd/yyyy

   Number of installment payments due    (1) _____

2. Amount of installment payments due

   ____ installments @    $ _____

   ____ installments @    $ _____

   ____ installments @    + $ _____

   Total installment payments due as of the petition date    $ _____    Copy total here ▶ (2) $ _____

3. Calculation of cure amount

   Add total prepetition fees, expenses, and charges    Copy total from Part 2 here ▶ + $ _____

   Subtract total of unapplied funds (funds received but not credited to account)    − $ _____

   Subtract amounts for which debtor is entitled to a refund    − $ _____

   Total amount necessary to cure default as of the petition date    (3) $ _____

   Copy total onto Item 4 of Proof of Claim form



Confirmation number: 1406840

Receipt and Itinerary as of Wed-29Jun11 07:48 AM

$739.20

JOYCE ELLIS
101 BLOOD RD
CHARLTON, MA 01507
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ PBI (PALM BEACH INTERNATIONAL) | D1 - 4407 | 0 | Sun-18Mar12 08:00 PM | Sun-18Mar12 11:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. | D - COACH - | 46.04 USD | 46.04 USD |
| Seat :10F | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - Federal Excise Tax - ORH | 6.91 USD | 6.91 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| ELLIS, JOYCE M. | D - COACH - | 46.04 USD | 46.04 USD |
| Seat :10D | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - Federal Excise Tax - ORH | 6.91 USD | 6.91 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| PBI (PALM BEACH INTERNATIONAL)/ ORH | D1 - 4406 | 0 | Sun-01Apr12 07:00 AM | Sun-01Apr12 10:00 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. Seat :10F | D - COACH - | 46.04 USD | 46.04 USD |
| | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |
| | TAX - Segment Tax - PBI | 3.70 USD | 3.70 USD |
| ELLIS, JOYCE M. Seat :10D | D - COACH - | 46.04 USD | 46.04 USD |
| | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |
| | TAX - Segment Tax - PBI | 3.70 USD | 3.70 USD |

| Reservation Totals: | | |
|---|---|---|
| | Air fare | 184.16 USD |
| | Tax | 115.04 USD |
| | Special Service | 440.00 USD |
| | TOTAL | 739.20 USD |

| Payment Summary: | | | |
|---|---|---|---|
| | JOYCE ELLIS 03Jun11, VISA XXXXXXXXXXXX0227 | 339.20 USD | 339.20 USD |
| | JOYCE ELLIS 29Jun11, VISA XXXXXXXXXXXX0227 | 400.00 USD | 400.00 USD |
| | TOTAL PAYMENTS | | 739.20 USD |

## IMPORTANT REMINDERS

*First-Class Seating*

Now available on select Direct Air flights.
Advance Coach seat selection also available.
Call toll-free 1.877.432.DIRECT to reserve your seating

Flights are Public Charters operated by Xtra Airways on Boeing 737-400 aircraft, by Vision Airlines on



# DIRECTAIR

| Confirmation number: | 1406837 |

Receipt and Itinerary as of Wed-29Jun11 08:00 AM

JOYCE ELLIS
101 BLOOD RD
CHARLTON, 01507
US

$936.00

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

Flight later

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ PBI (PALM BEACH INTERNATIONAL) | D1 - 4407 | 0 | Thu-16Feb12 08:00 PM | Thu-16Feb12 11:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. | G - COACH - | 69.30 USD | 69.30 USD |
| Seat :16C | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - Federal Excise Tax - ORH | 10.40 USD | 10.40 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| ELLIS, JOYCE M. | G - COACH - | 69.30 USD | 69.30 USD |
| Seat :16A | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - Federal Excise Tax - ORH | 10.40 USD | 10.40 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| PBI (PALM BEACH INTERNATIONAL)/ ORH | D1 - 4406 | 0 | Sun-04Mar12 07:00 AM | Sun-04Mar12 10:00 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. Seat :10F | D - COACH - | 46.04 USD | 46.04 USD |
| | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |
| | TAX - Segment Tax - PBI | 3.70 USD | 3.70 USD |
| ELLIS, JOYCE M. Seat :10D | D - COACH - | 46.04 USD | 46.04 USD |
| | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |
| | TAX - Segment Tax - PBI | 3.70 USD | 3.70 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ PBI (PALM BEACH INTERNATIONAL) | D1 - 4407 | 0 | Sun-15Apr12 08:00 PM | Sun-15Apr12 11:00 PM |

*Need Refund*

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. Seat :18A | V - COACH - | 120.00 USD | 120.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - PFC: Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - FET: Federal Excise Tax - ORH | 9.00 USD | 9.00 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| ELLIS, JOYCE M. Seat :18C | V - COACH - | 120.00 USD | 120.00 USD |
| | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - PFC: Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - FET: Federal Excise Tax - ORH | 9.00 USD | 9.00 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| | | | | |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| ELLIS, RICHARD G. | D - COACH - | 92.09 USD | 92.09 USD |
| Seat :17A | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - CNV: Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - PFC: Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - TSA: September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |
| ELLIS, JOYCE M. | D - COACH - | 92.09 USD | 92.09 USD |
| Seat :17C | PETS - Pet fee - dog or cat in cabin | 100.00 USD | 100.00 USD |
| | TAX - CNV: Convenience Fee - PBI | 15.00 USD | 15.00 USD |
| | TAX - PFC: Passenger Facility Charge - PBI | 4.50 USD | 4.50 USD |
| | TAX - TSA: September 11 Security Fee - PBI | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - PBI | 6.91 USD | 6.91 USD |

| Reservation Totals: | Air fare | | 654.86 USD |
|---|---|---|---|
| | Tax | | 233.84 USD |
| | Special Service | | 840.00 USD |
| | TOTAL | | 1,728.70 USD |

936.00

| Payment Summary: | JOYCE ELLIS 03Jun11, VISA XXXXXXXXXXXX0227 | 392.70 USD | 392.70 USD |
|---|---|---|---|
| | JOYCE ELLIS 29Jun11, VISA XXXXXXXXXXXX0227 | 400.00 USD | 400.00 USD |
| | JOYCE ELLIS 29Jun11, VISA XXXXXXXXXXXX0227 | 936.00 USD | 936.00 USD |
| | TOTAL PAYMENTS | | 1,728.70 USD |

## IMPORTANT REMINDERS



*First-Class Seating*

Now available on select Direct Air flights.
Advance Coach seat selection also available.

Call toll-free 1.877.432.DIRECT to reserve your seating.

## ACCOUNT SUMMARY

Account Number: 4388 5400 2358 0227

| | |
|---|---|
| Previous Balance | $6,107.12 |
| Payment, Credits | -$6,220.45 |
| Purchases | +$21,180.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $21,066.67 |
| Payment Due Date | 08/06/11 |
| Minimum Payment Due | $210.00 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/25 | GETTY 30663001 WORCESTER MA | 49.00 |
| 06/26 | TARGET 00013482 WORCESTER MA | 84.02 |
| 06/26 | SHELL OIL 57544924707 NORTH OXFORD MA | 31.93 |
| 06/26 | BRAX LANDING HARWICH PORT MA | 114.15 |
| 06/27 | WTG*SUBSCRIPTION 800-922-8200 MA | 39.91 |
| 06/27 | GEICO INSURANCE AGENCY 1 800-841-3000 VA | 779.08 |
| 06/26 | THE HOME DEPOT 2682 AUBURN MA | 21.23 |
| 06/27 | JASMINE ASIAN CUISINE AUBURN MA | 9.10 |
| 06/29 | PENNYTALK 866-978-6870 NJ | 25.00 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 288.00 |
| 06/29 | MEDCO HEALTH FAIRFIELD 800-282-2881 OH | 30.00 |
| 06/29 | ATT*BILL PAYMENT 800-288-2020 TX | 11.09 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 400.00 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 200.00 |
| 06/29 | 1-800-GOT-JUNK? 617-417-5865 MA | 419.00 |
| 06/29 | KRYSTAL CLEAR AQUATICS AUBURN MA | 27.98 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 400.00 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 936.00 |
| 06/29 | DIRECT AIR 877-432-3473 SC | 200.00 |
| 06/29 | TAVERN ON THE HILL EASTHAMPTON MA | 94.77 |
| 06/30 | WM SUPERCENTER WORCESTER MA | 27.11 |
| 07/01 | TJMAXX #0372 EAST FALMOUTH MA | 98.22 |
| 07/01 | TARGET 00018986 DORCHESTER MA | 576.36 |
| 07/01 | DUNKIN #303466 Q35 MIDDLEBORO MA | 17.82 |
| 07/02 | DIRECT AIR 877-432-3473 SC | 218.50 |
| 07/01 | Audible 888-283-5051 NJ | 14.95 |
| 07/01 | SHELL OIL 57544924707 NORTH OXFORD MA | 46.03 |
| 07/01 | WORCESTER AT*DUES304001 800-323-6005 MD | 118.00 |
| 07/02 | DIRECT AIR 877-432-3473 SC | 134.70 |
| 07/01 | HOMEGOODS #235 EAST FALMOUTH MA | 39.33 |
| 07/03 | BIG Y 24 SOUTHBRID SOUTHBRIDGE MA | 89.68 |
| 07/01 | CAPTAIN FISHBONES MARINA QUINCY MA | 66.81 |
| 07/02 | MASSPIKE 00200055 866-5253278 MA | 27.50 |
| 07/02 | CVS PHARMACY #0038 Q03 CHARLTON MA | 11.99 |
| 07/03 | Amazon Prime 866-557-2820 NV | 79.00 |
| 07/02 | THE HOME DEPOT #2624 OXFORD MA | 86.33 |
| 07/02 | SOUTHBRIDGE XTRA FUELS SOUTHBRIDGE MA | 46.65 |
| 07/03 | OCEAN STATE JOB LO SOUTHBRIDGE MA | 146.07 |
| 07/06 | BIZ CLEANERS AUBURN MA | 127.65 |
| 07/05 | USPS.COM CLICK66100611 800-3447779 DC | 9.37 |
| 07/05 | WAL-MART #2012 NORTH OXFORD MA | 90.14 |
| 07/05 | WAL-MART #2012 NORTH OXFORD MA | 17.54 |
| 07/05 | BED BATH & BEYOND #450 AUBURN MA | 25.46 |

| ACCOUNT ACTIVITY (CONTINUED) | | |
|---|---|---|
| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
| 06/01 | Audible 888-283-5051 NJ | 14.95 |
| 05/31 | PREFLIGHT LOGAN 0012 CHELSEA MA | 129.60 |
| 06/01 | DIRECT AIR 877-432-3473 SC | 523.40 |
| 05/31 | SPIRIT AIRL 4870071132235 MIRAMAR FL | 504.70 |
| | 012112 1 R        FLL    CUN | |
| | 2 T              CUN    FLL | |
| 06/01 | OXFORD MARKET 00000620 OXFORD MA | 159.13 |
| 06/01 | WORCESTER AT*DUES304001 800-323-6005 MD | 118.00 |
| 06/01 | PATRICK MOTORS VW & SAAB AUBURN MA | 458.71 |
| 06/02 | DIRECT AIR 877-432-3473 SC | 215.40 |
| 06/03 | DIRECT AIR 877-432-3473 SC | 392.70 |
| 06/03 | THE OLIVE GARD00016741 DORCHESTER MA | 13.70 |
| 06/03 | KLEM'S 5088852706 MA | 80.35 |
| 06/03 | LEICESTER FARM GARDEN OXFORD MA | 24.16 |
| 06/03 | BP 30694 WORCESTER MA | 48.31 |
| 06/04 | MANCHESTER TRUE VALUE EASTHAMPTON MA | 17.75 |
| 06/03 | DIRECT AIR 877-432-3473 SC | 339.20 |
| 06/05 | STOP & SHOP #425 FALMOUTH MA | 17.50 |
| 06/05 | EXXONMOBIL  97540786 FALMOUTH MA | 32.10 |
| 06/05 | TEN PERFECT NAILS FALMOUTH MA | 96.00 |
| 06/05 | EXPEDIA*137290464314 800-367-3476 NV | 130.64 |
| 06/05 | BJ WHOLESALE #0038 AUBURN MA | 51.96 |
| 06/05 | EXXONMOBIL  97538078 NORTH OXFORD MA | 41.51 |
| 06/06 | STOP & SHOP #426 FALMOUTH MA | 11.19 |
| 06/05 | PEKING PALACE OF FALMOUT FALMOUTH MA | 54.32 |
| 06/05 | THE HOME DEPOT 2682 AUBURN MA | 33.00 |
| 06/06 | PENNYTALK 866-978-6870 NJ | 25.00 |
| 05/26 | DIRECT AIR #10 WORCESTER MA | 60.00 |
| 06/06 | QUIZNOS SUB #8010 EAST LYME CT | 18.19 |
| 06/06 | DUNKIN #304320   Q35 FAIRHAVEN MA | 8.96 |
| 06/06 | EXXONMOBIL  97546990 NIANTIC CT | 47.02 |
| 06/06 | DUNKIN #331174   Q35 PORTLAND CT | 24.22 |
| 06/07 | USPS.COM CLICK66100611 800-3447779 DC | 12.14 |
| 06/08 | MEDCO HEALTH FAIRFIELD 800-282-2881 OH | 80.00 |
| 06/07 | SEARS ROEBUCK  1213 AUBURN MA | 61.60 |

| | |
|---|---|
| Total fees charged in 2011 | $38.26 |
| Total interest charged in 2011 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| Purchases | 13.24% (v) | -0- | -0- |

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 3/15/12 and was converted to a case under chapter 7 on 4/11/12.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Southern Sky Air & Tours, LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577

| Case Number:<br>12-40944 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>30-0586189 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Alan L. Braunstein<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>Telephone number: (617) 880-3516 | Bankruptcy Trustee (name and address):<br>Joseph H. Baldiga<br>Mirick, O'Connell, DeMallie & Lougee<br>1800 West Park Drive<br>Suite 400<br>Westborough, MA 01581-3926<br>Telephone number: 508-898-1501 |

### Meeting of Creditors
Date: June 13, 2012    Time: 02:30 PM
Location: Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608

### Deadline to File a Proof of Claim
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): 9/11/12    For a governmental unit: 180 Days from the date the petition was filed.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>Telephone number: 508-770-8900 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 5/14/12 |

23609002157014

B9D (Official Form 9D) (12/07)

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (https://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

___DEFINITIONS___ ___INFORMATION___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.