```
                        United States Bankruptcy Court
                           District of Massachusetts
```

In re:                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2           Date Rcvd: Apr 29, 2013
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
intp         +Cathy McCool,   227 Potters Road,   Buffalo, NY 14220-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0101-4          User: mbd                    Page 2 of 2                   Date Rcvd: Apr 29, 2013
                              Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com,    bankrupt@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,    jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,    kmcgee@sederlaw.com
              Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Richard  King     USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                             TOTAL: 32
```



Case 12-40944    Doc 295    Filed 05/01/13    Entered 05/02/13 01:55:06    Desc Imaged
Certificate of Notice    Page 3 of 3

04/29/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

227 Potters Road

Buffalo, New York 14220

April 23rd, 2013

United States Bankruptcy Court

211 Harold D. Donahue Federal Bldg & Courthouse

595 Main Street

Worchester, Massachusetts, 01608

Dear Sir,

I am writing today to object to the agreement that Valley National Bank entered into with Joseph Baldiga, chapter 7 trustee for Southern Sky Air & Tours, LLC d/b/a/ Direct Air and a/k/a Myrtle Beach Direct Air and Tours.

I purchased three airline tickets through Direct Air on October 19th, 2011 for travel from Niagara Falls International Airport to Myrtle Beach International Airport. We were to depart July 21st, 2012 and return July 28th, 2012. These tickets cost me $508.40, which I purchased through my debit card and could not be reimbursed. I did purchase an additional ticket on my credit card which since has been refunded. I have been notified that my rights against Valley National Bank in respect to the Petition Date Funds could be extinguished. I feel I have the right to a reimbursement and object to this petition.

I understand the hearing is June 5th, 2013 at 10:00 am in Worchester Massachusetts. I appreciate that I need to be present to object to this petition but, since I live in Buffalo, New York I would ask if the court would allow me to participate by phone.

Thank you for your consideration,

Cathy McCool