```
                         United States Bankruptcy Court
                            District of Massachusetts
In re:                                                         Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                       Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: mbd                   Page 1 of 2           Date Rcvd: Apr 29, 2013
                              Form ID: pdf012             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
intp         +Judith Moulton,   568 Kemp Road,   Hampton, CT 06247-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: mbd                    Page 2 of 2                   Date Rcvd: Apr 29, 2013
                              Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com,    bankrupt@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,    jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,    kmcgee@sederlaw.com
              Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                             TOTAL: 32
```

Judith D. Moulton
568 Kemp Rd
Hampton, CT 06247-2025
April 25, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

I would like to file an Objection to the Agreement in Case #12-40944-MSH. I object to the allocation of funds as described.

I object because I have a claim on a purchase using Mastercard for which I have not been reimbursed. I also called JetPay's chargeback unit to find out why. I was told there was no order of chargeback. This would leave me without reimbursement.

Attached is more information of the actions I have taken to get the reimbursement from March 22, 2012 contact asking for a refund from Direct Air, Platte River Insurance Company and Valley National Bank through the present. I have completed every form and request made to me. I sent my information before the hearing by the closing date for filing Proof of Claim.

I would like to address the court regarding my Objection, if I may.

Sincerely,

Judy Moulton

Attachment

04/29/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.