4/30/2013                              P. 1 of 3

United States Bankruptcy Court
211 Harold D Donahue Federal Bldg
          & Courthouse
595 Main Street
Worcester MA 01608-2076

We are filing an objection
to the agreement between
Southern Sky Air + Tours, LLC
d/b/a Direct Air and Valley
National Bank (VNB)
Chapter 7 Case No. 12-40944-MSH

We in good faith bought 4 tickets
valued at $676.00 4/22/2011 using
a debit card through St Lawrence
Federal Credit Union, Ogdensburg NY
Attachments:
Orig Complaint Form         [signature]
    &
our objections              Karl M. Mace

MICHAEL + KAREL MACE
CASE # 12-40944-MSH P.2 of 6

We object to this agreement because we used our debit card through St Lawrence Federal Credit Union, Ogdenburg, NY for the purchase of 4 tickets totaling $676.00. This debit card # 4733 1500 0017 0963 is issued by VISA and should have the same rights as a credit card issued by VISA. We should not be penalized because of using a debit card versus credit card. Everyone who used a credit card has been reimbursed. It is our understanding we have the same rights using either card. The only difference should have been the waiting time for reimbursement. We have followed all your requirements regarding this claim - certified letters, complaint forms, copies, etc. Everything. We contacted Joseph Baldiga's office, we were told to call again in 6 mos.

MICHAEL + KAREL MACE
CASE # 12-40944-MSH Page 3 of 5

We have all our paper work in order.

We are requesting the court to allow us to participate by phone for this hearing. Our phone # is 315-244-6568.
If we do not hear back, we will be at the Courthouse.

MICHAEL M. MACE
KAREL M. MACE
5112 COUNTY ROUTE 37
CANTON NY 13617
1-315-244-6568
PLATTE RIVER INS CLAIM NO. 15908-1553
Bond No. 41060098

ATTACHED ATTORNEY GENERAL COMPLAINT FORM.

ATTORNEY GENERAL ERIC T. SCHNEIDERMAN
STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
BUREAU OF CONSUMER FRAUDS AND PROTECTION
43 Durkee Street, Suite 700
Plattsburgh, NY 12901-2958
Tel. (518) 562-3282    Fax (518) 562-3293

**COMPLAINT FORM**
Consumer Hotline    For Hearing Impaired
1 (800) 771-7755    TDD (800) 788-9898
http://www.ag.ny.gov

1. PLEASE BE SURE TO COMPLAIN TO THE COMPANY OR INDIVIDUAL **BEFORE** FILING.
2. PLEASE **TYPE** OR PRINT CLEARLY IN DARK INK.
3. YOU MUST COMPLETE THE **ENTIRE** FORM. INCOMPLETE OR UNCLEAR FORMS WILL BE RETURNED TO YOU.
4. MAKE SURE YOU ENCLOSE **COPIES** OF IMPORTANT PAPERS CONCERNING YOUR TRANSACTION.

## CONSUMER

YOUR NAME: Michael M. Mace
HOME TELEPHONE NUMBER: 315/244-6568
STREET ADDRESS: 5112 CR 27
BUSINESS TELEPHONE NUMBER:
CITY/TOWN: Canton    COUNTY: St. Lawrence    STATE: N.Y.    ZIP: 13617

## COMPLAINT

NAME OF SELLER OR PROVIDER OF SERVICES: Southern Sky Air Tours
NAME OF OTHER SELLER OR PROVIDER OF SERVICES: DBA Myrtle Beach Direct Air Tours
STREET ADDRESS: 1600 Oak Street Suite B
CITY: Myrtle Beach    STATE: SC    ZIP: 29577
TELEPHONE NUMBER: 877/432-3473

DATE OF TRANSACTION: 4/22/2011
COST OF PRODUCT OR SERVICE: $676.00
HOW PAID: ☒ Other: Debit Card

DID YOU SIGN A CONTRACT? ☒ No
WAS PRODUCT OR SERVICE ADVERTISED? ☒ Yes
WHERE WAS IT ADVERTISED? E-Mail (Copy Attached)
DATE ADVERTISED: 4/22/11

TYPE OF COMPLAINT: Ceased Operations

DATE YOU COMPLAINED TO THE COMPANY OR INDIVIDUAL: March 14, 2012    ☒ By Mail    ☒ By Telephone
PERSON CONTACTED: Automated Phone

HAS MATTER BEEN SUBMITTED TO ANOTHER AGENCY OR ATTORNEY? ☒ No
IS COURT ACTION PENDING? 

## ADDITIONAL INFORMATION

MANUFACTURER OF PRODUCT: Direct Air    Purchase Confirmation
PRODUCT MODEL OR SERIAL NUMBER: #1386688
ADDRESS: 1600 Oak St. Suite B Myrtle Beach S.C. 29577
WARRANTY EXPIRATION DATE: 4/30/12
DID BUSINESS ARRANGE FINANCING? ☒ No

PLEASE DESCRIBE COMPLAINT ON REVERSE SIDE

CFA 001PLR(1/11)

MI CANTON NY

BRIEFLY DESCRIBE YOUR COMPLAINT: PURCHASED VOUCHERS INTENDING OUR PERSONAL USE FROM PLATTSBURGH, N.Y TO PUNTA GORDA FL. ALSO FOR OUR CHILDREN TO FLY TO PUNTA GORDA FL. FROM TOLEDO, OH AND WORCESTER MA. AT DIFFERENT TIMES FROM OCT 2011 TO MARCH 2012 NEVER SUCCESSFUL IN BOOKING ANY "FAMILY TIES" FLIGHTS. ALTHOUGH WE HAVE AN EXTREMELY FLEXABLE SCHEDULE WE COULD NEVER FIND ANY ROUND-TRIP AVAILABILITY. ALL BOOKING FOR THESE VOUCHERS WAS TO BE DONE BY PHONE - EXTREMELY LONG WAITING TIME (OVER AN HOUR) TO BE ABLE TO SPEAK TO A HUMAN BEING.

WHAT FORM OF RELIEF ARE YOU SEEKING? (e.g., exchange, repair or money back, etc.) MONEY BACK — FOUR (4) VOUCHERS @ $169.00 EACH — TOTAL OF $676.00/100

WHO REFERRED YOU TO THIS OFFICE? ST. LAWRENCE FEDERAL CREDIT UNION, OGDENSBURG N.Y 13669 — DEBIT CARD ISSUER — 800 COMMERCE PARK DRIVE —

## READ THE FOLLOWING BEFORE SIGNING BELOW

PLEASE ATTACH TO THIS FORM **PHOTOCOPIES** of any papers involved (contracts, warranties, bills received, canceled checks, correspondence, etc.). **DO NOT SEND ORIGINALS.**

NOTE: In order to resolve your complaint, we may send a copy of this form to the person or firm about whom you are complaining.

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, I should contact a private attorney. I have no objection to the contents of this complaint being forwarded to the business or person the complaint is directed against. The above complaint is true and accurate to the best of my knowledge.

I also understand that any false statements made in this complaint are punishable as a Class A Misdemeanor under Section 175.30 and/or Section 210.45 of the Penal Law.

Signature: [signed] Karel M Mace    Date: 3/26/12

HAVE YOU ENCLOSED COPIES OF IMPORTANT PAPERS?

Return to: Office of the Attorney General
Bureau of Consumer Frauds and Protection
Plattsburgh Regional Office
43 Durkee Street, Suite 700
Plattsburgh, NY 12901-2958

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

**NOTICE TO FORMER CUSTOMERS AND OTHER INTERESTED PARTIES OF A PROPOSED SETTLEMENT CONCERNING THE TURNOVER BY VALLEY NATIONAL BANK OF FUNDS HELD IN CERTAIN DEPOSITORY ACCOUNTS**

To All Former Customers and Other Interested Parties:

Please take notice ("**Notice**") that on or about March 1, 2013, Valley National Bank ("**VNB**") entered into a certain agreement (the "**Agreement**") with Joseph Baldiga, chapter 7 trustee (the "**Trustee**") for Southern Sky Air & Tours, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air and Tours (the "**Debtor**" or "**Direct Air**"), JetPay Merchant Services, LLC ("**JetPay**"), Merrick Bank Corporation ("**Merrick**") and American Express Travel Related Services Co., Inc. ("**Amex**").

The Agreement provides for a disposition of the approximately $1,016,935.90 of funds (the "**Petition Date Funds**") held by VNB in certain depository accounts as of the date Direct Air filed for bankruptcy and cancelled all remaining flights. In accordance with the Agreement, VNB will relinquish control over substantially all of the Petition Date Funds and transfer such funds to the Trustee, Merrick and Amex.

To the extent that you have not already been fully reimbursed for canceled flights by credit card chargeback, refund or otherwise, the Agreement may affect your rights, including any claim you may have to receive a distribution from the Petition Date Funds. **If the Agreement is approved, the rights of all customers against VNB in respect of the Petition Date Funds shall be extinguished. IF YOU ARE RECEIVING THIS NOTICE, YOUR RIGHTS MAY BE EXTINGUISHED.**

The Agreement is subject to approval by the Bankruptcy Court presiding over the Direct Air case, *i.e.*, the U.S. Bankruptcy Court for the District of Massachusetts (the "**Bankruptcy Court**").

1441971v4/18355-2