Susan Casey
P.O. Box 16
Grafton, MA 01519

May 2, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Bldg. & Courthouse
595 Main St.
Worcester, MA 01608-2076

Re: Southern Sky Air & Tours, LLC
    d/b/a Direct Air – Case No. 12-40944-MSH

To Whom It May Concern:

I am filing my Objection in response to the Notice I received dated April 12, 2013 regarding Case No. 12-40944-MSH.

I object to the Motion and Agreement that Valley National Bank ("VNB") has entered into with Joseph Baldiga, Chapter 7 Trustee for Southern Sky Air & Tours, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air and Tours (the "Debtor" or "Direct Air"), JetPay Merchant Services, LLC ("JetPay"), Merrick Bank Corporation ("Merrick") and American Express Travel Related Services Co., Inc. ("Amex").

I am due $ 485.30 for Airline Tickets purchased from Direct Air, **Confirmation Number: 1412891.** I would like to be reimbursed for the full amount.

Thank you,

*Susan Casey*
Susan Casey
caseycaseysm@aol.com
(774) 293-0699


Cc: Attorney Joseph Baldiga