4/30/2013                                                      P. 1 of 3

United States Bankruptcy Court
211 Harold D Donahue Federal Bldg
              & Courthouse
595 Main Street
Worcester MA 01608-2076

We are filing an objection
to the agreement between
Southern Sky Air + Tours, LLC
d/b/a Direct Air and Valley
National Bank (VNB)
Chapter 7 Case No. 12-40944-MSH

We in good faith bought 4 tickets
valued at $676.00 4/22/2011 using
a debit card through St Lawrence
Federal Credit Union, Ogdensburg NY
Attachments:
Orig Complaint Form                 [signature]
  &
our objections              Karl M. Mace

05/06/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508) 770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING