May 2, 2013

To: United States Bankruptcy Court
Care /Of: Southern Sky Air & Tours, LLC
d/b/a Direct Air

I know this letter will probably not make it to the actual court room on June 5th, but I just wanted to make myself and others like me that can't afford to be there only to be told that we are still not going to get our money back from shay companies that take advantage of the working class people that trust them.

My story is like this, my husband is blind & we saved all we could & planned a trip for the first time in our 25 years of marriage.

We paid for this trip to Direct Air at the middle of March 2012 with a Debit Card to find out a few days later that they had been closed & we could not get our money back as it was just

a local bank that our debit card was thru & they did not secure their cards like a Credit Card does.
"Hard lesson to learn."

My point being you can not tell me that when Direct Air took our money they did not know that they were in trouble. Money that I had saved years for gone so that CEO & Upper Mangement could have their fancy homes, cars & toys.
This is a prime case of why no one trust companys anymore they are allowed to take bankrupty an clean themself of any debt & start all over. But I could not get my money back my 1st vacation in 25 years did not happen.
I just hope even tho I won't get my money back this is read by the court to let Direct Air and their well paid lawyers just how their

actions affect the rest of us that can't afford to pay big lawyers to take hard earned money from others. I learned a hard lesson not to use a debt card. Also they sold their Springfield company to someone so why could we not of gotten our money from that sale

Cheryl Benz
910 Betts St.
Jacksonville, Il 62650