

**Galesburg-Augusta High School**
1076 N. 37th Street
Galesburg, MI  49053
269.484.2010

May 3, 2013

United State Bankruptcy Court
District of Massachusetts
211 Harold D. Donahue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA  01608
Courtroom No. 3

To Whom It May Concern:

This letter is to serve as an "Objection" notice to the Agreement in regards to the Direct Air bankruptcy case no. 12-40944-MSH.  The court's file name is:  Southern Sky Air & Tours LLC dba Direct Air.

To date, our group has not received any form of refund due to the bankruptcy of Direct Air.  We were to travel from Kalamazoo, MI to Orlando, FL in April of 2012 (round trip) for our high school senior trip.  At the time the bankruptcy was declared we had paid a total of $8,670.38 towards our flight balance.

We are objecting to this agreement, in that **we are not relinquishing our customer rights**.  This is a large sum of money to which we should receive a refund for.  Our student's were put in a very difficult position at a very late date to find other methods to recover these lost funds and still be able to attend their trip at no further cost to them.

I am located in Michigan and it would be virtually impossible for me to attend the hearing schedule for June 5th, 2013 at the United States Bankruptcy court in Massachusetts.  Therefore, due to my procedural rights stated in the letter I received, I am requesting that I be allowed to participate by phone.

Thank you for your consideration in this matter.  I look forward to hearing from you soon.

*Patti Groetsema*
Patti Groetsema
Galesburg-Augusta High School
Senior Class Trip Coordinator
269-484-2010  ex. 1011