May 1, 2013

Chapter 7

Case No. 12-40944-MSH

In a notice that I received recently, it was explained that Valley National Bank entered into an agreement to relinquish control over "petition date funds" and transfer the funds to Trustee, Merrick and Amex. It further stated that if this agreement is approved my rights as a petitioner may be "extinguished." Naturally I would object to such an outrageous agreement.

Why wouldn't these funds be distributed to the petitioners prior to turning them over to the Trustee? What is the Trustee, Merrick and Amex going to do with the petitioned funds? Will they be distributing them to the petitioners? I'm missing something on my understanding of this – our legal system has far too many complicated intricacies.

I cannot nor do I wish to make a special trip to Worcester for the hearing on June 5. If this means I must forfeit my rights as a petitioner in this case then so be it. I'm very disappointed and upset with this outcome.

*Janet Generous*

Janet Generous
131 Atwoodville Road
Mansfield Center, CT  06250

05/07/2013 OBJECTING PARTY MAY APPEAR BY TELEPHONE. TO DO SO, ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.