```
                          United States Bankruptcy Court
                             District of Massachusetts
```

In re:                                                           Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2            Date Rcvd: May 06, 2013
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
intp         +Karel Mace,    5112 County Route 27,    Canton, NY 13617-3278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0101-4           User: mbd                Page 2 of 2             Date Rcvd: May 06, 2013
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2013 at the address(es) listed below:

          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air  abraunstein@riemerlaw.com, ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
          David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
          Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com, bankrupt@mirickoconnell.com
          Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
          Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
          Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
          Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
          Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
          Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
          Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

                                                                                                    TOTAL: 32

4/30/2013        p. 1 of 3

United States Bankruptcy Court
211 Harold D Donahue Federal Bldg
      & Courthouse
595 Main Street
Worcester MA 01608-2076

We are filing an objection to the agreement between Southern Sky Air + Tours, LLC d/b/a Direct Air and Valley National Bank (VNB)
Chapter 7 Case No. 12-40944-MSH

We in good faith bought 4 tickets valued at $676.00 4/22/2011 using a debit card through St Lawrence Federal Credit Union, Ogdensburg NY

Attachments:
orig Complaint Form
& our objections

Karl M. Mace

05/06/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508) 770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING