To Whom It May Concern,

I am writing in objection of Case No. 12-40944-MSH concerning Southern Sky Air & Tours, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air and Tours, JetPay Merchant Services, LLC, Merrick Bank Corporation and American Express Travel Related Services Co., Inc

On 8/4/11 I purchased four airline ticket from Direct Air for $804.00, using my Visa Debit card to be used in April of 2012. Approximently two weeks before they were to be used I was notified the airline was canceling all flights. I then contacted my bank to try to get a refund. They informed me that because it was on a Debit card I would need to be reimbursed by Direct Air. I then contacted Platte River Insurance Co and then filed a claim with The United States Bankruptcy Court, District of Massachusetts.

I feel it is unfair that I have not been reimbursed for these tickets which I purched on good faith. I have a friend who purched tickets for the the same flight using a credit card and he has been reimbursed. This does not seem fair or right to me. Please do not allow Southern Sky Air & Tours, LLC d/b/a Direct to deny this money to all the people who purchased tickets from them and that were not honored.

Sincerly,

Ruby Tennyson
3 Hill Clyde Acres
Chestertown, NY 12817

(518) 494-4025
ruby_tennyson@yahoo.com