```
                             United States Bankruptcy Court
                                 District of Massachusetts
In re:                                                            Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                          Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0101-4          User: mbd                 Page 1 of 2         Date Rcvd: May 07, 2013
                              Form ID: pdf012           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2013.
intp        +Janet Generous,   131Atwoodville Road,   Mansfield Center, CT 06250-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2013**             **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0101-4          User: mbd                    Page 2 of 2                   Date Rcvd: May 07, 2013
                              Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
        Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
        David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
        David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
        David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
        David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
        David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
        Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com, bankrupt@mirickoconnell.com
        Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
        Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

        TOTAL: 32

May 1, 2013

Chapter 7

Case No. 12-40944-MSH

In a notice that I received recently, it was explained that Valley National Bank entered into an agreement to relinquish control over "petition date funds" and transfer the funds to Trustee, Merrick and Amex. It further stated that if this agreement is approved my rights as a petitioner may be "extinguished." Naturally I would object to such an outrageous agreement.

Why wouldn't these funds be distributed to the petitioners prior to turning them over to the Trustee? What is the Trustee, Merrick and Amex going to do with the petitioned funds? Will they be distributing them to the petitioners? I'm missing something on my understanding of this – our legal system has far too many complicated intricacies.

I cannot nor do I wish to make a special trip to Worcester for the hearing on June 5. If this means I must forfeit my rights as a petitioner in this case then so be it. I'm very disappointed and upset with this outcome.

*Janet Generous*

Janet Generous
131 Atwoodville Road
Mansfield Center, CT  06250

05/07/2013 OBJECTING PARTY MAY APPEAR BY TELEPHONE. TO DO SO, ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.