May 7, 2013

United States Bankruptcy Court

211 Harold D. Donahue Federal Building & Courthouse

595 Main Street, Worcester, MA 01608 Courtroom No. 3

Joseph H. Baldiga Esq., Chapter 7 Trustee for Direct Air,

c/o Mirick, O'Connell, DeMallie & Lougee, LLP,

1800 West Park Drive, Suite 400, Westborough, MA 01581

Regarding: Chapter 7, Case No. 12-40944-MSH

Southern Sky Air & Tours, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air Tours

This is hereby an OBJECTION/FILING to losing our rights as a customer of Direct Air as to NOT yet been fully reimbursed for services that were never rendered:

Claim # 159108-1567, Bond No.; 41060098

We demand a full refund immediately from the depository accounts as of the date Direct Air filed for bankruptcy and cancelled all remaining flights.

Sincerely,

Joseph & Loretta Mombrea

loretta.mombrea@ccwny.org

(716) 289-0150