To Whom It May Concern,

We, Kristin Elizabeth Nero Shea and Jeremiah John Shea have received a letter concerning Southern Sky Air and Tours LLC d/b/a Direct Air. We have sent numerous letters, bank statements and complaints concerning the bankruptcy of this company. We purchased serval tickets at an extremely discounted price of $79 per ticket and several days later word of the bankruptcy erupts. We purchased tickets on 03/01/2012 for $624.00 and again on 03/01/2012 for $94.00, totaling $718.00. We feel cheated, mislead and most of all annoyed that the money we surrendered has not been compensated with return of service or monies. We have a severely disabled child and an extreme amount of medical bills due to his life threatening condition. He will be having brain surgery May 24th, 2013. The money this company took from us without rendering service should be returned so we can put it towards more important things. At the time we thought that with the "great deal" that was offered to us we thought we might actually be able to take him on vacation. Instead we were tricked and stolen from. This is disturbing that our money and rights are going to be extinguished because the company doesn't know how to balance a budget. This money is owed to us and should be returned regardless of the outcome of the company. We have spent enough money on postage, copies and sending useless proof by certified mail all to find out that it is all contingent on a hearing. Our objection should be noted clearly through this letter because we will not be able to spend more money traveling from buffalo to Worcester, MA for the hearing and our son will be recovering for a major brain surgery at that time. Please keep us informed on status of this matter and if any other information is required from us. Thank you in advance for being just and returning our money to us. Enclosed is our bank statement with the purchase from this company.

Kristin Elizabeth Nero Shea and Jeremiah John Shea
80 Brewster St
Depew NY 14043
716.860.9028

Chapter 7
Case number 12-40944-msh

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/05/2012 | Auto Deduct | DIRECT WITHDRAWAL, AT&T PAYMENT | 167.35 | | 2,390.41 |
| 03/05/2012 | Check | CHECK # 383 | 600.00 | | 2,557.76 |
| 03/05/2012 | Debit Card | RJS PIZZERIA LANCASTER NY | 26.09 | | 3,157.76 |
| 03/05/2012 | Debit Card | BAP DOWN TOWN TRADIN BUFFALO NY | 31.35 | | 3,183.85 |
| 03/05/2012 | Debit Card | TOPS MARKETS #237 DEPEW NY | 42.54 | | 3,215.20 |
| 03/05/2012 | Debit Card | WORLD GYM CHEEKTAWAGA DEPEW NY | 69.00 | | 3,257.74 |
| 03/02/2012 | Check | CHECK # 384 | 60.80 | | 3,326.74 |
| 03/02/2012 | Check | CHECK # 382 | 168.98 | | 3,387.54 |
| 03/02/2012 | Debit Card | TOPS MARKETS #237 DEPEW NY | 7.77 | | 3,556.52 |
| 03/02/2012 | Debit Card | TED'S CHAR BROILED WILLIAMSVILLENY | 14.77 | | 3,564.29 |
| 03/02/2012 | Debit Card | POTTERY BARN KIDS E-CO 800-290-8181 CA | 22.84 | | 3,579.06 |
| 03/02/2012 | Debit Card | UNIV OPTHALMOLOGY SVCS BUFFALO NY | 40.00 | | 3,601.90 |
| 03/02/2012 | Deposit | DEPOSIT BRANCH 0705 NEW YORK | | 225.00 | 3,641.90 |
| 03/02/2012 | Deposit | DIRECT DEPOSIT, INGRAM INGRAM REG.SALARY | | 971.04 | 3,416.90 |
| 03/01/2012 | Debit Card | POS KEY KEYBANK NA DEPEW NY | 9.25 | | 2,445.86 |
| 03/01/2012 | Debit Card | DIRECT AIR 877-432-3473 SC | 94.00 | | 2,455.11 |
| 03/01/2012 | Debit Card | DIRECT AIR 877-432-3473 SC | 624.00 | | 2,549.11 |
| 03/01/2012 | Misc | WITHDRAWAL BRANCH 0844 NEW YORK | 4,000.00 | | 3,173.11 |
| 03/01/2012 | Transfer | INTERNET TRF FR DDA 00003283363002028 3290 | | 500.00 | 7,173.11 |
| 03/01/2012 | Deposit | DEPOSIT BRANCH 0844 NEW YORK | | 700.00 | 6,673.11 |
| 03/01/2012 | Deposit | DEPOSIT BRANCH 0844 NEW YORK | | 1,000.00 | 5,973.11 |
| 03/01/2012 | Debit Card | TARGET 00010108 AMHERST NY | 21.57 | | 4,973.11 |
| 02/29/2012 | Debit Card | NOCO EXPRESS #25 DEPEW NY | 29.75 | | 4,994.68 |
| 02/29/2012 | Debit Card | SUNOCO 0797976801 DEPEW NY | 52.75 | | 5,024.43 |
| 02/28/2012 | Debit Card | PEDIATRIC CARDIOLOGY A BUFFALO NY | 40.00 | | 5,077.18 |
| 02/27/2012 | Debit Card | NOCO EXPRESS #25 DEPEW NY | 50.96 | | 5,117.18 |
| 02/27/2012 | Debit Card | RJS PIZZERIA LANCASTER NY | 26.09 | | 5,168.14 |
| 02/27/2012 | Debit Card | RED APPLE 380 FREDONIA NY | 28.35 | | 5,194.23 |
| 02/24/2012 | Debit Card | REDBOX *DVD RENTAL 866-733-2693 IL | 1.31 | | 5,222.58 |
| 02/24/2012 | Debit Card | SUNOCO 0363007604 AMHERST NY | 50.61 | | 5,223.89 |
| 02/24/2012 | Reversal | OLD NAVY 5426 AMHERST NY | | 72.06 | 5,274.50 |
| 02/23/2012 | Debit Card | BUFFALO MEDICAL GROUP-WILLIAMSVILLENY | 40.00 | | 5,202.44 |
| 02/23/2012 | Deposit | DIRECT DEPOSIT, US TREASURY 312 TAX REF | | 4,139.00 | 5,242.44 |
| 02/23/2012 | Debit Card | OLD NAVY 5426 AMHERST NY | 72.06 | | 1,103.44 |
| 02/23/2012 | Debit Card | WALMART.COM 08009666546 AR | 2,269.58 | | 1,175.50 |

More