United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd                Page 1 of 2              Date Rcvd: May 13, 2013
                              Form ID: pdf012          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
intp         +Jeremiah Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp         +Kristen Nero Shea,    80 Brewster Street,    Depew, NY 14043-2342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**                     **Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: mbd              Page 2 of 2                  Date Rcvd: May 13, 2013
                              Form ID: pdf012        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2013 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
        Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
        Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
        David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
        David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
        David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
        David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
        David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
        David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
        Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com, bankrupt@mirickoconnell.com
        Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
        Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Richard  King     USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

        TOTAL: 32

To Whom It May Concern,

We, Kristin Elizabeth Nero Shea and Jeremiah John Shea have received a letter concerning Southern Sky Air and Tours LLC d/b/a Direct Air. We have sent numerous letters, bank statements and complaints concerning the bankruptcy of this company. We purchased serval tickets at an extremely discounted price of $79 per ticket and several days later word of the bankruptcy erupts. We purchased tickets on 03/01/2012 for $624.00 and again on 03/01/2012 for $94.00, totaling $718.00. We feel cheated, mislead and most of all annoyed that the money we surrendered has not been compensated with return of service or monies. We have a severely disabled child and an extreme amount of medical bills due to his life threatening condition. He will be having brain surgery May 24th, 2013. The money this company took from us without rendering service should be returned so we can put it towards more important things. At the time we thought that with the "great deal" that was offered to us we thought we might actually be able to take him on vacation. Instead we were tricked and stolen from. This is disturbing that our money and rights are going to be extinguished because the company doesn't know how to balance a budget. This money is owed to us and should be returned regardless of the outcome of the company. We have spent enough money on postage, copies and sending useless proof by certified mail all to find out that it is all contingent on a hearing. Our objection should be noted clearly through this letter because we will not be able to spend more money traveling from buffalo to Worcester, MA for the hearing and our son will be recovering for a major brain surgery at that time. Please keep us informed on status of this matter and if any other information is required from us. Thank you in advance for being just and returning our money to us. Enclosed is our bank statement with the purchase from this company.

Kristin Elizabeth Nero Shea and Jeremiah John Shea
80 Brewster St
Depew NY 14043
716.860.9028

Chapter 7
Case number 12-40944-msh

05/13/2013 OBJECTING PARTY MAY APPEAR BY TELEPHONE. TO DO SO, ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.