5/15/2013

United States Bankruptcy Court of District of Massachusetts;

In February of 2012, I purchased a round-trip ticket from Ft. Myers/Punta Gorda Fl to Worcester, MA/Boston for Mr. Roger F. McDonald. Unfortunately soon after making this purchase Direct Air announced that they have stopped flying.

I am writing to OBJECT to allow Southern Sky Air & Tours, LLC d/b/a"Direct Air" to default on claims and money owed. It certainly isn't fair to the customers that paid cash and weren't covered by credit card insurance. I am writing to you to get a full refund of my money which was automatically deducted from my checking account. The full refund amount is $173.00.

Furthermore I think "Direct Air" should pay more for all the aggravation some of its former customers are going through trying to get their reimbursement. I have already written letters to the escrow bank: Valley National Bank, 1455 Valley Rd. Wayne, NJ 07470, and Platte River Insurance Co, P.O. Box 590, Madison, WI 53705 before receiving information from you to file a claim with the bankruptcy court, which I already have.

My contact information is: Pearl M. Fuller, 495 Queen Lake Rd, Phillipston, MA 01331.
Telephone: 978-939-2655, and my email address is pmfuller65@yahoo.com.

Sincerely

Pearl M. Fuller