May 13, 2013

To whom it may concern:

I am submitting an objection to the Direct Air bankruptcy aka Southern Sky & Tours, LLC, case no. 12-40944-MSH.

I am submitting my objection because I have not received reimbursement for vouchers purchased for Direct Air. I previously sent letters on April 25, 2012 to Direct Air in Myrtle Beach, also to their escrow depository bank, Valley National Bank, Wayne, New Jersey, and also to the holder of their surety bond, Platte River Insurance Company, Alejandro Navarro, Attorney-In-Fact, Ramsey, New Jersey.

I purchased 8 travel vouchers, confirmation #1740952 on December 22, 2011 at a total cost of $676.00. I also have a separate unused voucher #99801 in the amount of $174.50 for which I received no reimbursement.

*Pamela Meskus*
Pamela Meskus

79 Holden Street

Worcester, MA 01605


CC:

Joseph H. Baldiga, Esq.

c/o Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400

Westborough, MA 01581

| Confirmation number: | **1740952** |
|---|---|

Receipt and Itinerary as of Thu-22Dec11 07:10 PM

**PAMELA MESKUS**
79 HOLDEN STREET
WORCESTER, MA 01605
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

## ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 331 | 0 | Wed-31Oct12 12:00 PM | Wed-31Oct12 01:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **MESKUS, PAMELA A.** | Y - COACH - | 54.50 USD | 54.50 USD |
| | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| **WADE, CYNTHIA A.** | Y - COACH - | 54.50 USD | 54.50 USD |
| | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| **WADE, CELIA L.** | Y - COACH - | 54.50 USD | 54.50 USD |
| | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| **WADE, BRILEY P.** | Y - COACH - | 54.50 USD | 54.50 USD |
| | TAX - Membership - FAM | 60.00 USD | 60.00 USD |

## ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 441 | 0 | Wed-31Oct12 02:00 PM | Wed-31Oct12 03:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **MESKUS, PAMELA A.** | Y - COACH - | 54.50 USD | 54.50 USD |
| **WADE, CYNTHIA A.** | Y - COACH - | 54.50 USD | 54.50 USD |

| WADE, CELIA L. | Y - COACH - | 54.50 USD | 54.50 USD |
| WADE, BRILEY P. | Y - COACH - | 54.50 USD | 54.50 USD |

| Reservation Totals: | Air fare | | 436.00 USD |
|---|---|---|---|
| | Tax | | 240.00 USD |
| | Special Service | | 0.00 USD |
| | **TOTAL** | | **676.00 USD** |

| Payment Summary: | PAMELA MESKUS<br>23Dec11, MSCD<br>XXXXXXXXXXXX3817 | 676.00 USD | 676.00 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | | **676.00 USD** |

## IMPORTANT REMINDERS

Flights are Public Charters operated by Xtra Airways on Boeing 737-400 aircraft, by Vision Airlines on Boeing 737-300 and 737-800 aircraft, by Avi ation Advantage/Sky King on Boeing 737-400 aircraft, and by Dynamic Air on MD-88 aircraft.

Direct Air utilizes "Ticketless Travel". Your boarding passes will be issued upon your check in for your flight at the Direct Air ticket counter (see below).

In order to receive boarding passes, all passengers of at least 18 years of age must present one piece of <u>valid, government-issued photo ID</u> at the Direct Air ticket counter upon check-in. Such identification may include a photo driver's license, state- or province-issued non-operator's ID, or valid passport.

Direct Air recommends and requests that passengers check in two hours prior to departure. All passengers must be checked in no later than one hour prior to scheduled departure, and be at the boarding gate no later than 30 minutes prior to departure. Failure to do so may result in denial of boarding.

We recommend that customers call us toll-free at **1-(877) 432-DIRECT (1-877-432-3473)** one day prior to departure to re-confirm flight arrangements. Please have your confirmation number (located near the top of this receipt) ready when you call.

Each paid passenger is permitted two pieces of luggage in the checked luggage compartment. A nonrefundable Standard Baggage Service Fee will apply to all checked items as follows:

- For luggage declared in advance of travel at visitdirectair.com or by calling our

VOUCHER #9881



# DIRECTAIR

$174.20
9/5/2012

| Confirmation number: | 1420503 |
|---|---|

Receipt and Itinerary as of Sun-26Jun11 05:21 PM

cancel fee -
$174.20

81

**PAMELA MESKUS**
79 HOLDEN STREET
WORCESTER, MA 01605
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

| ITINERARY: | | | | |
|---|---|---|---|---|
| **FROM/TO** | **FLIGHT** | **STOPS** | **DEPARTURE** | **ARRIVAL** |
| ORH (WORCESTER,MA/BOSTON)/ MYR (MYRTLE BEACH, SC) | DI - 2863 | 0 | Sat-03Sep11 03:30 PM | Sat-03Sep11 05:30 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| HOGAN, MEGHAN J. | V - COACH - | 120.00 USD | 120.00 USD |
| | TAX - September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - Passenger Facility Tax - ORH | 3.00 USD | 3.00 USD |
| | TAX - Federal Excise Tax - ORH | 9.00 USD | 9.00 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |

| ITINERARY: | | | | |
|---|---|---|---|---|
| **FROM/TO** | **FLIGHT** | **STOPS** | **DEPARTURE** | **ARRIVAL** |
| MYR (MYRTLE BEACH, SC)/ ORH (WORCESTER,MA/BOSTON) | DI - 5862 | 0 | Thu-08Sep11 05:30 PM | Thu-08Sep11 07:15 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| HOGAN, MEGHAN J. | D - COACH - | 92.09 USD | 92.09 USD |
| | TAX - September 11 Security Fee - MYR | 2.50 USD | 2.50 USD |
| | TAX - Passenger Facility Tax - MYR | 4.50 USD | 4.50 USD |
| | TAX - Segment Tax - MYR | 3.70 USD | 3.70 USD |
| | TAX - Convenience Fee - MYR | 15.00 USD | 15.00 USD |
| | TAX - Federal Excise Tax - MYR | 6.91 USD | 6.91 USD |

| Reservation Totals: | Air fare | | 212.09 USD |
|---|---|---|---|
| | Tax | | 62.11 USD |
| | Special Service | | 0.00 USD |
| | **TOTAL** | | **274.20 USD** |

| | PAMELA MESKUS | |
|---|---|---|