1 Hiland Rd.
Charlton, Ma. 01507
5-17-2013

To Whom This May Concern:

    I am objecting to not receiving my cash refund for $521.40 from Direct Air Airlines. I can be reached at 1-508-248-5745.

Sincerely,
Theresa A. Drake

Re: Southern Sky Air + Tours, LLC
d/b/a/ Direct Air

# CASH RECEIPT



MYRTLE BEACH
DIRECTAIR
& TOURS

Date 12-31-11   NO. 045354

Received from Drake, Theresa   $521.40

Flight: from CRH to SFB

| ITEM | AMT | QTY | AMT DUE | AMT PAID |
|---|---|---|---|---|
| Unaccompanied Minor | 50 | | Full Fare Ticket & 2 bags Round Trip. 2 ppl. | |
| Lap Child | 50 | | | |
| 1st Class Upgrade | 50 | | | |
| Pets | 50 | | | |
| Seat | 5 | | | |
| Bags | 10 | | | |
| Other | | | | |
| Total | $521.40 | | | |

Agent



| Confirmation number: | 1746542 |

Receipt and Itinerary as of Sat-31Dec11 09:34 AM

**THERESA DRAKE**
1 HILAND RDB
CHARLTON, MASS 01507

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ SFB (ORLANDO/SANFORD, FL) | D1 - 5805 | 0 | Sat-16Jun12 10:35 AM | Sat-16Jun12 01:34 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **DRAKE, THERESA A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | TAX - SEG: Segment Tax - ORH | 3.70 USD | 3.70 USD |
| | TAX - TSA: September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - ORH | 5.86 USD | 5.86 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| **DRAKE, LEONARD A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | TAX - SEG: Segment Tax - ORH | 3.70 USD | 3.70 USD |
| | TAX - TSA: September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - ORH | 5.86 USD | 5.86 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| | | | | |



| Confirmation number: | 1746542 |
|---|---|

Receipt and Itinerary as of Sat-31Dec11 09:34 AM

THERESA DRAKE
1 HILAND RDB
CHARLTON, MASS 01507

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ SFB (ORLANDO/SANFORD, FL) | D1 - 5805 | 0 | Sat-16Jun12 10:35 AM | Sat-16Jun12 01:34 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **DRAKE, THERESA A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | TAX - SEG: Segment Tax - ORH | 3.70 USD | 3.70 USD |
| | TAX - TSA: September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - ORH | 5.86 USD | 5.86 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| **DRAKE, LEONARD A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | TAX - SEG: Segment Tax - ORH | 3.70 USD | 3.70 USD |
| | TAX - TSA: September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - ORH | 5.86 USD | 5.86 USD |
| | TAX - CNV: Convenience Fee - ORH | 15.00 USD | 15.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| SFB (ORLANDO/SANFORD, FL)/ ORH (WORCESTER,MA/BOSTON) | D1 - 5804 | 0 | Sat 23Jun12 02:15 PM | Sat 23Jun12 04:49 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **DRAKE, THERESA A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | BAG1 - 1st checked bag advance declaration | 25.00 USD | 25.00 USD |
| | TAX - CNV: Convenience Fee - SFB | 15.00 USD | 15.00 USD |
| | TAX - PFC: Passenger Facility Tax - SFB | 4.00 USD | 4.00 USD |
| | TAX - TSA: September 11 Security Fee - SFB | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - SFB | 5.86 USD | 5.86 USD |
| **DRAKE, LEONARD A.** | D - COACH - | 78.14 USD | 78.14 USD |
| | TAX - CNV: Convenience Fee - SFB | 15.00 USD | 15.00 USD |
| | TAX - PFC: Passenger Facility Tax - SFB | 4.00 USD | 4.00 USD |
| | TAX - TSA: September 11 Security Fee - SFB | 2.50 USD | 2.50 USD |
| | TAX - FET: Federal Excise Tax - SFB | 5.86 USD | 5.86 USD |

| Reservation Totals: | | |
|---|---|---|
| | Air fare | 312.56 USD |
| | Tax | 108.84 USD |
| | Special Service | 100.00 USD |
| | **TOTAL** | **521.40 USD** |

| Payment Summary: | | | |
|---|---|---|---|
| | THERESA DRAKE 31Dec11, CASH | 521.40 USD | 521.40 USD |
| | **TOTAL PAYMENTS** | | **521.40 USD** |

# IMPORTANT REMINDERS



Flights are Public Charters operated by Xtra Airways on Boeing 737-400 aircraft, by Vision Airlines on Boeing 737-300 and 737-800 aircraft, by Aviation Advantage/Sky King on Boeing 737-400 aircraft, and by Dynamic Air on MD-88 aircraft.

Direct Air utilizes "Ticketless Travel". Your boarding passes will be issued upon your check in for your flight at the Direct Air ticket counter (see below).

In order to receive boarding passes, all passengers of at least 18 years of age must present one piece of <u>valid, government-issued photo ID</u> at the Direct Air ticket counter upon check-in. Such identification may include a photo driver's license, state- or province-issued non-operator's ID, or valid passport.

Direct Air recommends and requests that passengers check in **two hours prior to departure**. All passengers must be checked in no later than one hour prior to scheduled departure, and be at the boarding gate no later than 30 minutes prior to departure. Failure to do so may result in denial of boarding.

We recommend that customers call us toll-free at **1-(877) 432-DIRECT** (1-877-432-3473) one day prior to departure to re-confirm flight arrangements. Please have your confirmation number (located near the top of this receipt) ready when you call.

Each paid passenger is permitted two pieces of luggage in the checked luggage compartment. A nonrefundable Standard Baggage Service Fee will apply to all checked items as follows:

- For luggage declared in advance of travel at visitdirectair.com or by calling our Reservations Department at 1 (877) 432-DIRECT, a Standard Baggage Service Fee of $25.00 for the first checked item, and $30.00 for the second checked item may be declared, for a maximum of two declared items per ticketed customer or lap infant.
- For luggage declared at a Direct Air ticket counter on the date of departure, a Standard Baggage Service Fee of $30.00 for the first checked item, and $35.00 for the second checked item may be declared, for a maximum of two declared items per ticketed customer or lap infant.

Each checked item must measure no more than 62" in overall dimensions (L + W + H = 62"). The combined weight of both checked items cannot exceed 70 lbs. Each ticketed passenger is permitted one carry-on item at no charge, provided that such item weighs no more than 30 lbs., can be safely stowed in the overhead bin or under the seat directly facing the passenger. Carry-on items cannot exceed 45" overall dimensions. All items to be carried aboard as carry-on luggage are subject to measurement and approval by ticket counter staff. All approved carry-on items are subject to being tagged as approved carry-on luggage. The carry-on tag must remain on all carry-on luggage through the boarding process. Additional fees may apply for specialty, excess and overweight items; please visit www.visitdirectair.com or call (877) 432 DIRECT for more information."



## Ticket Counter Locations

| Airport | Code | Location |
|---|---|---|
| LEHIGH VALLEY INT'L AIRPORT (Allentown) | (ABE) | Main Terminal, Direct Air counter |
| KALAMAZOO-BATTLE CREEK INT'L AIRPORT | (AZO) | Main Terminal, Direct Air counter |
| NEWARK-LIBERTY INT'L AIRPORT | (EWR) | Terminal B, ticketing level adj. to Door 4/Delta Airlines |
| NIAGARA FALLS INT'L AIRPORT | (IAG) | Main Terminal, Direct Air counter |
| RICKENBACKER INT'L AIRPORT (Columbus) | (LCK) | Main Terminal, Direct Air counter |
| MELBOURNE INT'L AIRPORT | (MLB) | Main Terminal, Direct Air counter |
| MYRTLE BEACH INT'L AIRPORT | (MYR) | Main Terminal, Direct Air counter |
| WORCESTER REGIONAL AIRPORT | (ORH) | Main Terminal, Direct Air counter |
| PLATTSBURGH INT'L AIRPORT (NY) | (PBG) | Main Terminal, Direct Air counter |
| CHARLOTTE CO. AIRPORT (Punta Gorda) | (PGD) | Main Terminal, Direct Air counter |
| PITTSBURGH INT'L AIRPORT (PA) | (PIT) | Landside Terminal, upper level, Direct Air counter |
| CHICAGO ROCKFORD INT'L AIRPORT | (RFD) | Main Terminal, Direct Air counter |
| ORLANDO-SANFORD INT'L AIRPORT | (SFB) | Terminal B, Direct Air counter |
| SPRINGFIELD-ABRAHAM LINCOLN CAPITAL AIRPORT | (SPI) | Main Terminal, Direct Air counter |
| TOLEDO EXPRESS AIRPORT | (TOL) | Main Terminal, Direct Air counter |
| PALM BEACH INTERNATIONAL AIRPORT | (PBI) | Main Terminal, Level 3, Direct Air counter |



*On September 25, 2006, the Transportation Security Administration (TSA) announced new limitations to the volume of liquids and gels that air travelers would be permitted to take in carry-on luggage. To aid in understanding these new security limitations, the TSA announced its "3-1-1" program, with the following instructions to all air travelers (taken from the TSA web site, www.tsa.gov):*

<u>Liquids and gels</u> are considered any article that you can pour, pump, squeeze, spread, smear, spray or spill.

<u>3 -1-1 for carry-ons</u>= liquids in carry-on luggage must be contained in 3 ounce bottles or less; bottles are to be contained in 1 quart-sized, clear, plastic, zip-top bag; 1 bag per passenger placed in screening bin. One-quart bag per person limits the total liquid volume each traveler can

bring. 3 oz. container size is a security measure.

**Consolidate bottles** into one bag and X-ray separately to speed screening.

**Be prepared**. Each time TSA searches a carry-on it slows down the line. Practicing 3-1-1 will ensure a faster and easier checkpoint experience.

**3-1-1 is for short trips**. If in doubt, put your liquids in checked luggage.

**Declare larger liquids**. Prescription medications, baby formula and milk are allowed in quantities exceeding three ounces and are not required to be in the zip-top bag. Declare these items for inspection at the checkpoint.

**Come early and be patient**. Heavy travel volumes and the enhanced security process may mean longer lines at security checkpoints.

Please visit the Transportation Security Administration online at www.tsa.gov for more information.

**Thank you for choosing**



**We look forward to having you aboard!**