# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSUCHUSETTS

|  |  |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. |  |

## MOTION BY THE UNITED STATES TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 5, 2013

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On March 4, 2013, the Chapter 7 Trustee filed a motion to approve the proposed form and scope of notice and stipulation compromising and settling certain claims to funds held by Valley National Bank (Docket No. 264).

2. The hearing to approve the stipulation is scheduled for June 5, 2013 at 10:00 a.m.

3. My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for June 5, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

| | |
|---|---|
| May 17, 2013 | Respectfully submitted,<br><br>STUART F. DELERY<br>Acting Assistant Attorney General<br><br>Christopher R. Donato<br>Assistant United States Attorney<br>BBO #628907<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>Telephone: (617) 748-3303<br><br>/s/Andrea Horowitz Handel<br>J. CHRISTOPHER KOHN<br>TRACY J. WHITAKER<br>ANDREA HOROWITZ  HANDEL<br>Civil Division<br>Department of Justice<br>Post Office Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0358<br>Facsimile: (202) 514-9163<br>Email: andrea.handel@usdoj.gov<br><br>Attorneys for the United States |

Certificate of Service

I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 17th day of May 2013.

/s/ Andrea Horowitz Handel
Andrea Horowitz Handel

2