Judith D. Moulton
568 Kemp Rd
Hampton, CT 06247-2025
May 16, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

I would like to withdraw my Objection to the Agreement in Case #12-40944-MSH. The situation of my claim has been resolved to my complete satisfaction. I no longer object to the allocation of funds.

Thank you for having left me this opportunity to address the court.

Sincerely,

Judy Moulton