*Van Alstyne*

May 13, 2013

924 Grafton Rd.
Chester, VT  05143-8945

United States Bankruptcy Court
211 Harold D. Donahue Federal Bldg. & Courthouse
595 Worcester, MA 01608

Re:   Southern Sky Air & Tours, LLC d/b/a Direct Air
      Chapter 7 Bankruptcy Case No: 12-40944-MSH
      Objection to Agreement: Settlement concerning turnover of Petition Date Funds by Valley National Bank

To Whom It May Concern;

I am one of many consumers affected by Direct Air's abrupt decision to suspend all air traffic operations in the spring of 2012. In June of 2011 and in January of 2012 I purchased, via debit card, Direct airfare for five members of my family to travel together from Worcester, Massachusetts to Punta Gorda, Florida for a family vacation. I was not reimbursed for the "lost" cost of the airfare through Direct Air nor was I able to be reimbursed through my debit card carrier.

I have enclosed copies of my debit card statements as well as email confirmations of flights purchased and dates of travel for each member of my family. You will see that on January 9, 2012, I purchased three tickets for a total of $890.64. I also purchased two tickets on June 16, 2011 for a total of $335.20. The total cost of these five tickets is: $1,225.84.

I am due a refund for my entire airfare purchases in the amount of **$1,225.84**.

As already noted I was not reimbursed the lost funds by my debit card carrier. Even further, due to Direct Air's abrupt suspension of flights just three weeks prior to our family's planned departure, I was not financially able to purchase new airfare tickets for my family nor was I able to recoup our deposit on the reserved condo. The loss of this money was a huge financial hit to my family's resources.

It is Direct Air's responsibility to reimburse the funds owed to me for the lost airfare. I am not in support/agreement of forfeiting my rights regarding any claim that I have for distributions from the Petition Date Funds. Let this letter be my formal objection to any and all agreements being made between Valley National Bank and Trustee, Merrick and Amex.

My complete contact information is as follows;

Janet G. VanAlstyne
924 Grafton Rd.
Chester, VT  05143-8945
802-875-3782

Thank you for your time and attention to filing this objection.

Sincerely,

*[signature]*

Janet G. VanAlstyne

*enclosures: email confirmation of flights, copies of debit card purchases

Cc Joseph H. Baldiga, Esq., Chapter 7 trustee for Direct Air, c/o Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 west Park Drive, Suite 400 Westborough, Massachusetts, 01581



| Confirmation number: | 1752028 |
|---|---|

Receipt and Itinerary as of Fri-06Jan12 11:34 PM

JANET VANALSTYNE
924 GRAFTON RD
CHESTER, VT 05143
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

## ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ORH (WORCESTER,MA/BOSTON)/ PGD (FT MYERS/PUNTA GORDA, FL) | D1 - 5803 | 0 | Thu-19Apr12 05:45 PM | Thu-19Apr12 09:01 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| **VANALSTYNE, TRAVIS B.** | N - COACH - | 97.21 USD | 97.21 USD |
| Seat :12C | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - ORH | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - ORH | 14.58 USD | 14.58 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| **VANALSTYNE, MORGAN M.** | N - COACH - | 97.21 USD | 97.21 USD |
| Seat :12B | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - ORH | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - ORH | 14.58 USD | 14.58 USD |
| | TAX - Convenience Fee - ORH | 15.00 USD | 15.00 USD |
| **VANALSTYNE, RILEA G.** | N - COACH - | 97.21 USD | 97.21 USD |
| Seat :12D | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - ORH | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - ORH | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - ORH | 14.58 USD | 14.58 USD |

| | | | 15.00 USD | 15.00 USD |
|---|---|---|---|---|
| | TAX - Convenience Fee - ORH | | | |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| PGD (FT MYERS/PUNTA GORDA, FL)/ ORH (WORCESTER,MA/BOSTON) | D1 - 5802 | 0 | Thu-26Apr12 07:00 AM | Thu-26Apr12 09:46 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| VANALSTYNE, TRAVIS B. | P - COACH - | 106.51 USD | 106.51 USD |
| Seat :12F | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - PGD | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - PGD | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PGD | 15.98 USD | 15.98 USD |
| | TAX - Convenience Fee - PGD | 15.00 USD | 15.00 USD |
| VANALSTYNE, MORGAN M. | P - COACH - | 106.51 USD | 106.51 USD |
| Seat :12E | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - PGD | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - PGD | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PGD | 15.98 USD | 15.98 USD |
| | TAX - Convenience Fee - PGD | 15.00 USD | 15.00 USD |
| VANALSTYNE, RILEA G. | P - COACH - | 106.51 USD | 106.51 USD |
| Seat :4E | NSST - Coach Seat Selection | 10.00 USD | 10.00 USD |
| | TAX - Segment Tax - PGD | 3.80 USD | 3.80 USD |
| | TAX - September 11 Security Fee - PGD | 2.50 USD | 2.50 USD |
| | TAX - Federal Excise Tax - PGD | 15.98 USD | 15.98 USD |
| | TAX - Convenience Fee - PGD | 15.00 USD | 15.00 USD |

| Reservation Totals: | Air fare | 611.16 USD |
|---|---|---|
| | Tax | 219.48 USD |
| | Special Service | 60.00 USD |
| | **TOTAL** | **890.64 USD** |

| Payment Summary: | JANET VANALSTYNE 07Jan12, MSCD XXXXXXXXXXXX0882 | 890.64 USD | 890.64 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | | **890.64 USD** |

### IMPORTANT REMINDERS

| | | |
|---|---|---|
| 4E | • Flight D - COACH - 46.04, Tax - FET: Federal Excise Tax - 6.91 | |
| | **TAXES / OTHER FEES**<br>• Passenger Facility Tax - ORH -3.00, September 11 Security Fee - ORH -2.50, Convenience Fee - ORH -15.00 | $20.50 |
| | **COACH SEAT SELECTION** | $10.00 |

## ITINERARY

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| PGD FT MYERS/PUNTA GORDA, FL<br>ORH WORCESTER, MA/BOSTON | D1 - 5802 | 0 | Thursday<br>Apr 26, 2012<br>7:00 AM | Thursday<br>Apr 26, 2012<br>9:46 AM |

Punta Gorda Airport (PGD), Main Terminal, Direct Air counter - 28000 A-1 Airport Road Punta Gorda, FL 33982

| PASSENGERS | CHARGE DESCRIPTION | AMOUNT (USD) |
|---|---|---|
| VAN ALSTYNE, DAVID<br>5E | **PUBLISHED FARE**<br>• Flight D - COACH - 46.04, Tax - FET: Federal Excise Tax - 6.91 | $52.95 |
| | **TAXES / OTHER FEES**<br>• Segment Tax - PGD -3.70, Convenience Fee - PGD -15.00, September 11 Security Fee - PGD -2.50 | $21.20 |
| | **COACH SEAT SELECTION** | $10.00 |
| VANALSTYNE, JANET<br>5F | **PUBLISHED FARE**<br>• Flight D - COACH - 46.04, Tax - FET: Federal Excise Tax - 6.91 | $52.95 |
| | **TAXES / OTHER FEES**<br>• Convenience Fee - PGD -15.00, September 11 Security Fee - PGD -2.50, Segment Tax - PGD -3.70 | $21.20 |
| | **COACH SEAT SELECTION** | $10.00 |
| Reservation Totals | Airfare | $211.80 |
| | Taxes - Other | $83.40 |
| | Special Services | $40.00 |
| | Total | $335.20 |

**Payment Total**

| VANALSTYNE, JANET | MSCD ***********0882 | Jun 15, 2011 | $335.20 |
|---|---|---|---|
| | | TOTAL PAYMENTS | $335.20 |

2

                                                                          6-28-11

        JANET G VAN ALSTYNE                         (CON'T)
                        KEENE NH
6-01                    AUTO LOAN PMT   003020063545                      695.20-
6-06                    POS PUR                                             7.48-
                        Amazon.com
                        AMZN.COM/BILL WA
6-06                    POS PUR                                             7.73-
                        AMAZON MKT
                        AMZN.COM/BILL WA
6-07                    POS PUR                                             7.73-
                        AMAZON MKT
                        AMZN.COM/BILL WA
6-13                    POS PUR                                           204.00-
                        RUGGLES AN
                        WALPOLE NH
6-13                    POS PUR                                            31.98-
                        TJ
                        KEENE MI
6-13                    POS PUR                                           230.98-
                        OVR*OVERST
                        800-8432446 UT
6-13                    POS PUR                                            16.76-
                        WALPOLE GR
                        WALPOLE NH
6-13                    POS PUR                                           124.00-
                        SOCIETY OF
                        LUDLOW VT
6-13                    POS PUR                                             5.30-
                        CAFE LOCO
                        WESTMINSTER VT
6-15                    SNOWFALL INC      IBS PR                         1099.91
                        VANALSTYNE, DAVID B
6-15                    POS PUR                                            11.75-
                        N. MEADOW
                        WALPOLE NH
6-15                    POS PUR                                            13.99-
                        N. MEADOW
                        WALPOLE NH
6-15                    POS PUR                                            25.18-
                        CAFE LOCO
                        WESTMINSTER VT
6-16                    POS PUR                                           335.20-
                        DIRECT AIR
                        877-432-3473 SC
6-20                    POS PUR                                            29.38-
                        SINGLETON'
                        PROCTORSVILL VT
6-20                    POS PUR                                            25.00-
                        DICK'S CLO
                        RUTLAND VT
6-20                    POS PUR                                            20.41-
                        BEADNIKS
                        BRATTLEBORO VT
6-20                    POS PUR                                            31.75-
                        VERDE FOR
                        BRATTLEBORO VT
6-24                    POS PUR                                            37.51-
                        46 ASH BRO
                        KEENE NH
6-27                    POS PUR                                            16.25-
                        TILDEN'S H
                        KEENE NH
6-28                    CITIZENS CAF      LOAN PYMNT                      356.24-
                        VANALSTYNE
6-28                    INT PMT SYS-GEN                                      .57

        * - - - - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY - - - - - - - - - *
                                                This Cycle                  YTD
        Total returned item fees                      .00                   .00
        Total overdraft fees                          .00                   .00
        Total fees charged                            .00                   .00

JANET G VAN ALSTYNE

| Date | Description | Amount |
|---|---|---|
| 1-03 | CORAL SPRINGS FL AUTO LOAN PMT 003020063545 | 695.20- |
| 1-04 | POS ADJ BIGDISCOUN CORAL SPRINGS FL | 19.20 |
| 1-09 | POS PUR DIRECT AIR 877-432-3473 SC | 890.64- |
| 1-09 | POS PUR STARBUCKS KEENE NH | 29.41- |
| 1-09 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 8.48- |
| 1-09 | POS PUR Amazon.com AMZN.COM/BILL WA | 6.95- |
| 1-09 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 6.48- |
| 1-10 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 43.50- |
| 1-10 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 8.45- |
| 1-10 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 25.21- |
| 1-10 | POS PUR AMAZON MKT AMZN.COM/BILL WA | 6.49- |
| 1-12 | SNOWFALL INC IBS PR VANALSTYNE, DAVID B | 1127.16 |
| 1-12 | POS PUR Amazon.com AMZN.COM/BILL WA | 50.37- |
| 1-17 | POS PUR PERFUME CD 08006459251 WA | 61.53- |
| 1-24 | POS PUR JULIOS CAN MONTPELIER VT | 82.64- |
| 1-26 | SNOWFALL INC IBS PR VANALSTYNE, DAVID B | 1127.16 |
| 1-27 | POS PUR KOSTER GAL QUINCY MA | 1152.00- |
| 1-27 | RBS CITIZENS, N. LOAN PYMNT VANALSTYNE | 356.24- |
| 1-27 | INT PMT SYS-GEN | .46 |

```
* - - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY - - - - - - - - *
                                This Cycle        YTD
Returned overdraft item fees         .00          .00
Paid overdraft item fees             .00          .00
Total fees charged                   .00          .00
```