May 17, 2013

United States Bankruptcy Court
District of Massachusetts
(Central Division)

Re: Southern Sky Air & Tours, LLC
d/b/a Direct Air
Chapter 7
Case No. 12-40944-MSH

To Whom This May Concern:

My name is Diane Beauchemin and I'm writing to Object to any Agreement in the Direct Air Bankruptcy hearing.

I entered an agreement for services from Direct Air in the months just before they went out of business. I paid with my debit card so not to create a bill for myself. In doing so, I lost cash immediately from my account and had no credit card recourse. These funds were accepted by Direct Air within a month of going out of business. I am enclosing their agreement and my bank statement showing the transactions.

I'm a 66 year old woman on a limited income. I used income tax returns to pay for the services and would be most grateful to receive the amount owed back.

I ask the Court not to approve Southern Sky's motion.

Sincerely,

*Diane Beauchemin*
Diane Beauchemin

Attachments/4

May 17, 2013

To Whom This May Concern:

I also ask the court to allow me to participate by phone. I live at least an hour and a half drive away. I have Multiple Sclerosis, walking a distance, climbing stairs, balance in a strange place are all problems and truthfully going anywhere by car is an issue. However, if my presence is needed in court, I will be there. They wronged a lot of people. If my request is accepted, I will need to know how I go about participation by phone.

My personal information:

Diane Beauchemin
446 Forest Avenue
Brockton, MA 02301

Home - 508-587-0309

February 11, 2012 through March 10, 2012

DIANE M BEAUCHEMIN
446 FOREST AVE
BROCKTON MA 02301

**CUSTOMER SERVICE INFORMATION**

Consumer Accounts 1-800-325-2424
Business Accounts 1-800-482-2220
7 a.m. – 10 p.m. 7 days a week

Check your account transactions anytime, anywhere. Go to WebsterOnline.com and enroll today.

**Webster Value Checking**
**Summary**
Beginning Balance  $ 828.91
Deposits                  1,494.89
Withdrawals           - 1,190.46
Interest Paid               0.00
Ending Balance     $ 1,133.34

**Account Number : 0208009000**
**Interest**
Interest Earned this Period        $ 0.00
Interest Rate                                 0.00%
Days in Statement Period                 0
Average Collected Balance         $ 0.00
Annual Percentage Yield Earned 0.00%
Interest Paid Year-to-Date          $ 0.00

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 02/13 | CHECK CARD SIGNATURE PURCHASE 02/10/12 DIRECT AIR WWW.MYRTLEBE SC | -358.00 | | 470.91 |
| 02/13 | ACH WITHDRAWAL PAYPAL INST XFER 4PC225LS52A68 | -14.00 | | 456.91 |
| 02/15 | CHECK CARD SIGNATURE PURCHASE 02/14/12 PRESCRIPTION SOLUT 800-788-4863 CA | -3.30 | | 453.61 |
| 02/16 | ACH WITHDRAWAL AVON NEWARK ELECT. PMT XXXXX255530 | -252.93 | | 200.68 |
| 02/21 | CHECK NBR 0729 | -24.00 | | 176.68 |
| 02/23 | CHECK CARD PIN PURCHASE 02/23/12 #07429 SHAWS OSCO#07429 S BROCKTON MA | -44.33 | | 132.35 |
| 02/23 | CHECK CARD PIN PURCHASE 02/23/12 SHEAR GENIUSSHEAR GENIUS BROCKTON MA | -35.00 | | 97.35 |
| 02/24 | ACH DEPOSIT HIGH POINT TREAT DIRECT DEP XXXXX5477051X3B | | 432.73 | 530.08 |
| 02/27 | DEPOSIT | | 45.84 | 575.92 |
| 02/27 | CHECK CARD PIN PURCHASE 02/26/12 #07429 SHAWS OSCO#07429 S BROCKTON MA | -69.34 | | 506.58 |
| 02/27 | CHECK CARD SIGNATURE PURCHASE 02/24/12 MCMENAMY'S SEAFOOD BROCKTON MA | -24.60 | | 481.98 |
| 02/27 | CHECK CARD PIN PURCHASE 02/27/12 CVS 01250 01250--CVS 0125 BROCKTON MA | -7.42 | | 474.56 |
| 02/27 | ACH WITHDRAWAL PAYPAL INST XFER 4PC225N3UEN6U | -12.00 | | 462.56 |
| 02/29 | CHECK CARD SIGNATURE PURCHASE 02/28/12 GATEHOUSE NEWS SUB 888-697-2737 MA | -10.40 | | 452.16 |
| 03/02 | FEDERAL BENEFIT PAYMENT US TREASURY 303 XXSOC SEC 8573A SSA | | 537.00 | 989.16 |
| 03/05 | CHECK CARD PIN PURCHASE 03/05/12 SHELL Service StationSHEL BROCKTON MA | -29.00 | | 960.16 |
| 03/05 | CHECK CARD SIGNATURE PURCHASE 03/02/12 WENDYS #1968 BROCKTON MA | -14.28 | | 945.88 |
| 03/05 | ACH WITHDRAWAL PAYPAL INST XFER 4PC225NS6DYCN | -8.99 | | 936.89 |
| 03/06 | CHECK CARD SIGNATURE PURCHASE 03/03/12 YANKEE CANDLE 3399 413-665-8306 MA | -54.18 | | 882.71 |
| 03/07 | CHECK CARD SIGNATURE PURCHASE 03/06/12 DIRECT AIR WWW.MYRTLEBE SC | -49.95 | | 832.76 |
| 03/07 | CHECK CARD SIGNATURE PURCHASE 03/06/12 AMAZON MKTPLACE PM AMZN.COM/BIL WA | -39.95 | | 792.81 |
| 03/07 | ACH WITHDRAWAL COMMERCE INS INS. PREM. CLM056 | -53.24 | | 739.57 |
| 03/08 | CHECK NBR 0730 | -28.75 | | 710.82 |
| 03/09 | ACH DEPOSIT HIGH POINT TREAT DIRECT DEP XXXXX7990531X3B | | 479.32 | 1,190.14 |
| 03/09 | CHECK CARD SIGNATURE PURCHASE 03/09/12 LAKESIDE COLLECTIO 847-295-6058 IL | -56.80 | | 1,133.34 |



| Confirmation number: | 1819405 |
|---|---|

Receipt and Itinerary as of Tue-06Mar12 06:07 PM

**DIANE BEAUCHEMIN**
446 FOREST AVENUE
BROCKTON, MA 02301
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| WAY (WAY2GO)/ IIGO(WAY2GO) | D1 - 4242 | 0 | Wed-31Oct12 12:00 PM | Wed-31Oct12 02:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| BEAUCHEMIN, DIANE M. | W - COACH - | 49.95 USD | 49.95 USD |

| Reservation Totals: | Air fare | 49.95 USD |
|---|---|---|
|  | Tax | 0.00 USD |
|  | Special Service | 0.00 USD |
|  | **TOTAL** | **49.95 USD** |

| Payment Summary: | DIANE BEAUCHEMIN 06Mar12, VISA XXXXXXXXXXXX4413 | 49.95 USD | 49.95 USD |
|---|---|---|---|
|  | **TOTAL PAYMENTS** |  | **49.95 USD** |

## IMPORTANT REMINDERS

| BEAUCHEMIN, DIANE M. | A - COACH - | | 59.50 USD | 59.50 USD |
|---|---|---|---|---|
| JOHNSON, DONALD G. | A - COACH - | | 59.50 USD | 59.50 USD |

| **Reservation Totals:** | Air fare | 238.00 USD |
|---|---|---|
| | Tax | 120.00 USD |
| | Special Service | 0.00 USD |
| | **TOTAL** | **358.00 USD** |

| **Payment Summary:** | DIANE BEAUCHEMIN 11Feb12, VISA XXXXXXXXXXXX4413 | 358.00 USD | 358.00 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | | **358.00 USD** |

## IMPORTANT REMINDERS

*First-Class Seating*

Now available on select Direct Air flights.
Advance Coach seat selection also available.
Call toll-free 1.877.432.DIRECT to reserve your seating.

Flights are Public Charters operated by Xtra Airways and Sky King Airlines on Boeing 737-400 aircraft.

Direct Air utilizes "Ticketless Travel". Your boarding passes will be issued upon your check in for your flight at the Direct Air ticket counter (see below).

In order to receive boarding passes, all passengers of at least 18 years of age must present one piece of valid, government-issued photo ID at the Direct Air ticket counter upon check-in. Such identification may include a photo driver's license, state- or province-issued non-operator's ID, or valid passport.

Direct Air recommends and requests that passengers check in **two hours prior** to departure. All passengers must be checked in no later than one hour prior to scheduled departure, and be at the boarding gate no later than 30 minutes prior to departure. Failure to do so may result in denial of boarding.

We recommend that customers call us toll-free at **1-(877) 432-DIRECT** (1-877-432-3473) one day prior to departure to re-confirm flight arrangements. Please have your confirmation number (located near the top of this receipt) ready when you call.

Each paid passenger and paid lap infant is permitted two pieces of luggage in the checked luggage compartment. Effective February 2, 2012, nonrefundable Standard Baggage Service Fees will apply to all checked items as follows:

- For luggage declared in advance of travel at visitdirectair.com or by calling our Reservations Department at 1 (877) 432-DIRECT, a Standard Baggage Service Fee of $30.00 for the first checked item, and $35.00 for the second checked item may be declared, for a maximum of two checked and declared items per ticketed customer or lap infant.
- For luggage declared at a Direct Air ticket counter on the date of departure, a Standard Baggage Service Fee of $35.00 for the first checked item, and $40.00 for the second checked item may be