Honorable Melvin S. Hoffman
US Bankruptcy Judge
211 Harold D Donohue Federal Bldg.
595 Main Street
Worcester, MA. 01608-2076

Joseph H. Baldiga, Esq
Trustee for Direct Air
1800 West Park Drive
Suite 400
Westborough, MA. 01581

Certified Judge  # 7012 3050  0001 8993 3229          May 15, 2013
Certified Esq.    # 7012 3050  0001 8993 3236

Case No. 12-40944-MSH

I am in receipt of your letter dated April 12, 2013 concerning a settlement with
Direct Air for prepaid expenses incurred when they defaulted on their obligation
to fulfill future promised flights.

I have read the letter sent to me, with deep regret. I am not a lawyer, but my
understanding is that Direct Air through VBN is trying to eliminate the
reimbursement of monies owed to those people who put their faith and trust in
Direct Air to provide them flights which were prepaid in advance. I even went to
the website and tried to read the enormous document pertaining to this
bankruptcy. Very complicated for the average individual, which I assume is par for
a case like this.

I am unsure with the wording how the funds will be distributed, but it seems like
the parties who have not been reimbursed, will not be reimbursed. The part of
this letter that really irritates me is you want the parties who received this letter
to appear in court. Now, do the math, I am not a wealthy person and to come up
there and appear in court will cost me more than the $338.00 that is due to me
from Direct Air not fulfilling their flight obligations. For $338.00 you want me to
appear in court or by phone. This is ridiculous way to put the burden on someone

who is owed money to make sure they don't get it or to make sure they have to spend more money to try and get back less money.

I see here that the normal working class retired person is up against a formidable opponent who has the upper hand against the little guy. I am sorry to say, that I do not agree with this settlement, unless the monies are disbursed without constraints to all of the individuals who put out their hard earned money in advance and trusted Direct Air to fulfill their obligations as a business.
*I would like to be reimbursed the $338.00 dollars that I allocated from my annuity in good faith to Direct Air for a future ticket on their airlines* **which did not happen.**

Respectfully,
Kathryn A Walker
9212 Saint Catherine Avenue
Englewood, FL, 34224
941-473-0985

Cc; file
    Honorable Melvin S. Hoffman
     US Bankruptcy Court
    Joseph H. Baldiga, Esq.
     Chapter 7 Trustee