May 13, 2013

To:        United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse,
595 Main Street
Worcester, MA 01608-2076

From:     Arlington and Deborah Spinner

Subject:    **OBJECTION TO UNITED STATE BANKRUPTCY COURT
RE SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR CHAPTER
7,  CASE NO. 12-40944-MSH -**

       We are writing to request a refund in the amount of $358.00 for tickets purchased on 2/11/2012 via a VISA debit card online purchase, for two roundtrip tickets to Myrtle Beach. We are requesting the refund due to the Direct Air Flights Filing for Chapter 11 and the cancelation of Direct Air flights. This objection is to all parties involved i.e. Valley National Bank, with JOSEPH BALDIGA, chapter 7 trustee, the Trustee for Southern Sky and Direct Air, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air and Tours, (the Debtor of Direct Air, JetPay Merchant Services, LLC (JETPAY), Merrick Bank Corporation (MERRICK and American Express Travel Related Services, C0., Inc. (Amex). We have been told by mutual friends, co-workers any many others that they received reimbursement to their credits cards or debit cards.

       We received notification that our rights may be extinguished from UNITED BANKRUPTCY COURT DISTRICT OF MASSACHUETTS (CENTRAL DIVISION). We submitted all the necessary paperwork and sent it certified returned receipt as soon as we received notification of the cancellation for our tickets to Myrtle Beach last year. We reserved the tickets on Saturday February 11, 2012 and we were notified shortly thereafter that Direct Air was going bankrupt. We are certain that when we booked our flights that they knew that they would be filing bankruptcy and took our debit card with no regard to how we would feel and possible with illegal intent to con us into booking flights.

       We feel that we should not be penalized for the amount of $358.00 because a large airline files bankruptcy. It may not sound like a lot of money but to us it is. Especially, since this was the first time we ever in our entire life booked a flight. All the pertinent information was forwarded as requested with Certify Return Receipts dated March 22, 2012.

       If you have any further questions or need any further information please call 518-563-6362 or email kodiakpower2@yahoo.com. Please make check payable to Arlington W. Spinner or Deborah J. Spinner. Thank you for your attention to this matter.

Sincerely,

Arlington W. Spinner
Deborah J. Spinner

cc: Joseph H. Baldiga, Esq., Chapter 7 Trustee for Direct Air, c/o Merrick, O'Connell, Demallie, & Lougee, LLP, 1800 West Park Drive Suite 400, Westborough, MA 01581