May 17, 2013

United States Bankruptcy Court
District of Massachusetts
(Central Division)

Re: Southern Sky Air & Tours, LLC
d/b/a Direct Air
Chapter 7
Case No. 12-40944-MSH

To Whom This May Concern:

My name is Diane Beauchemin and I'm writing to Object to any Agreement in the Direct Air Bankruptcy hearing.

I entered an agreement for services from Direct Air in the months just before they went out of business. I paid with my debit card so not to create a bill for myself. In doing so, I lost cash immediately from my account and had no credit card recourse. These funds were accepted by Direct Air within a month of going out of business. I am enclosing their agreement and my bank statement showing the transactions.

I'm a 66 year old woman on a limited income. I used income tax returns to pay for the services and would be most grateful to receive the amount owed back.

I ask the Court not to approve Southern Sky's motion.

Sincerely,

*Diane Beauchemin*
Diane Beauchemin

Attachments/4

05/20/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.