Diane Beauchemin
446 Forest Avenue
Brockton, MA 02301