05/20/2013 OBJECTING PARTY MAY APPEAR BY TELEPHONE. TO DO SO, ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

Honorable Melvin S. Hoffman
US Bankruptcy Judge
211 Harold D Donohue Federal Bldg.
595 Main Street
Worcester, MA. 01608-2076

Joseph H. Baldiga, Esq
Trustee for Direct Air
1800 West Park Drive
Suite 400
Westborough, MA. 01581

Certified Judge  # 7012 3050 0001 8993 3229         May 15, 2013
Certified Esq.   # 7012 3050 0001 8993 3236

Case No. 12-40944-MSH

I am in receipt of your letter dated April 12, 2013 concerning a settlement with Direct Air for prepaid expenses incurred when they defaulted on their obligation to fulfill future promised flights.

I have read the letter sent to me, with deep regret. I am not a lawyer, but my understanding is that Direct Air through VBN is trying to eliminate the reimbursement of monies owed to those people who put their faith and trust in Direct Air to provide them flights which were prepaid in advance. I even went to the website and tried to read the enormous document pertaining to this bankruptcy. Very complicated for the average individual, which I assume is par for a case like this.

I am unsure with the wording how the funds will be distributed, but it seems like the parties who have not been reimbursed, will not be reimbursed. The part of this letter that really irritates me is you want the parties who received this letter to appear in court. Now, do the math, I am not a wealthy person and to come up there and appear in court will cost me more than the $338.00 that is due to me from Direct Air not fulfilling their flight obligations. For $338.00 you want me to appear in court or by phone. This is ridiculous way to put the burden on someone