UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSUCHUSETTS

|  |  |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. | |

**MOTION BY THE UNITED STATES TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 5, 2013**

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1.   On March 4, 2013, the Chapter 7 Trustee filed a motion to approve the proposed form and scope of notice and stipulation compromising and settling certain claims to funds held by Valley National Bank (Docket No. 264).

2.   The hearing to approve the stipulation is scheduled for June 5, 2013 at 10:00 a.m.

3.   My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for June 5, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

05/21/2013 ALLOWED. ATTORNEY HANDEL TO CONTACT HALINA MAGEROWSKI AT (508)770-8927 FOR THE DIAL-IN INFORMATION.