United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

**RE**: Chapter 7 Southern Sky Air & Tours, LLC dba Direct Air     **Case No. 12-40944-MSH    OBJECTION**
Settlement Concerning Turnover of Funds Held by VNB in Certain Depository Accounts

To The United States Bankruptcy Court and Attny. Baldiga (Trustee):

This letter serves as an OBJECTION notice to you concerning the 'Subsequent Agreement" you proposed between various parties, whereas Valley National Bank, "VNB" will hand over the funds it was holding for Southern Sky Air & Tours…. Funds which should be paid to the people who paid for airline tickets which were then cancelled, followed protocol for repayment, and as of this date have not yet been reimbursed (Charter participants). My husband and I are said Charter participants. If you allow funds to be distributed, then how will we ever be reimbursed for our tickets we paid for using a MasterCard debit card?

We have been waiting for our **$696.00** to be returned to us since March 15, 2012. Letters, documents and forms were sent to all required parties and additional parties—CT Attorney General and the DOT. They were sent in a more than timely manner per request. Then letters, forms, and documents were again sent to the court system in Boston, MA and other parties in a more than timely manner. We followed instructions, timelines, necessary documentation/forms to the letter through all the various changes in parties concerned and bankruptcy taking place (filed Proof of Claim to U.S. Bankruptcy Court in Worcester). It is now your turn to follow through and do the correct, right thing and have us our funds due us…. promptly. I read through the 54 page document and noted that many people have been paid already. We are only demanding that we be paid what is due us, the $696.00 before all other parties chisel away at the funds until there is no more to pay Charter participants, since they should have been paid first. Funds were supposed to have been stored at VNA to back up sales of tickets and any cancellations to return funds. This didn't happen. It needs to happen NOW.

Four round trip tickets totaled $696.00. Two round trip tickets purchased 7-21-11 confirmation number 1437170 for $338.00 (flights were booked for March 29, 2012 and April 7, 2012 then cancelled by Direct Air/Southern Sky) and two round trip tickets purchased 2-9-12 confirmation number 1787983 (for later travel)… to go to and from Laguardia Airport in NYC to Myrtle Beach, SC.

| | |
|---|---|
| **March 13, 2012** | Direct Air, Myrtle Beach, SC   (Letter/forms of loss reported as of this date to all parties) |
| Per instructions | Valley National Bank |
| | Platte River Insurance Company:  **Claim No.: 159108-794**     **Bond/Policy No.: 41060098** |
| **April 24, 2012** | Platte River Insurance Company wrote back stating wait until January 2013 for refund. |
| **December 31, 2012** | Received letter from Capital Insurance Companies stating, Tthey are not going to do anything and will have the courts figure it out." |

**Afterwards** received notice from Boston lawyer and Bankruptcy Court stating that Southern Sky's bankruptcy was converted from Chapter 11 to Chapter 7 bankruptcy 4/11/12. A new agreement with parties was forged, but not VNB. We then sent in the necessary form and all documentation to U.S. Bankruptcy Court in Worcester and other legal parties to continue our claim. (Signed receipt)

**March 19, 2013**        I wrote a detailed letter to the court and attorneys involved asking what to do next, and asked when funds would be returned ($696.00)?

I then received Exhibit D per above subject in the mail and am reporting to you to **STATE AN OBJECTION**.

Thanking you for your consideration and assistance,

*Dawn A. Cottone / John A. Cottone* (signatures)

Dawn A. Cottone/John A. Cottone          319 Fairlawn Drive, Torrington, CT 06790          (860)482-4614