May 17, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

Re: Southern Sky Air & Tours, LLC d/b/a Direct Air
Chapter 7, Case #12-40944-MSH

Dear United States Bankruptcy Court,

I am in receipt the attached letter dated April 12, 3013. I purchased two (2) Direct Air vouchers in the amount of $179.00 each on Sunday, February 12, 2012. The amount of $358.00 was deducted from my debit card/ checking account on February 14, 2012- Transaction description: T AIR WWW.MYRTLE BEA SC. Attached, please find a copy of my bank statement showing such transaction.

In just a few weeks after I purchased my air fare, March 13, 2012, I received a letter regarding Southern Sky Air & Tours, LLC d/b/a Direct Air cessation of service. I believe at the time I purchased air fare in February 2012, the company knew they would not be able to honor the flights purchased. I feel this is fraud and I deserve my $358.00 refund.

Sincerely,

*Nicole Notidis*

Nicole Notidis
9 Maplewood Rd
Millbury, MA 01527
(508) 335-9300


Joseph H Baldiga Esq
Chapter 7 trustee for Direct Air
C/O Mirick, O'Connell, DeMallie, & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| | WORCESTER MA | | | |
| Feb 13 | External Withdrawal CHASE EPAY | $75.00- | | $2,279.64 |
| Feb 14 | Activity 02-13 ATM Deposit (ELT) UNITED BANK 1393 GRAFTON STREET WORCESTER MA | | $360.00 | $2,639.64 |
| Feb 14 | POS Withdrawal (ELN) STOP & SHOP GAS #079 STOP & SHOP GAS #079 WORCESTER MA | $52.26- | | $2,587.38 |
| Feb 14 | POS Withdrawal (ELN) DIRECT AIR DIRECT AIR WWW.MYRTLEBEA SC | $358.00- | | $2,229.38 |
| Feb 14 | External Withdrawal SALLIE MAE EBILL/F EBILL | $100.00- | | $2,129.38 |
| Feb 15 | 232 Check | $25.00- | | $2,104.38 |
| Feb 15 | 233 Check | $25.00- | | $2,079.38 |
| Feb 15 | 230 Check | $285.00- | | $1,794.38 |
| Feb 15 | 229 Check | $1,300.00- | | $494.38 |
| Feb 16 | Activity 02-15 POS Withdrawal (NYC) CVS 02171 CVS 02171 millbury MA | $17.51- | | $476.87 |
| Feb 16 | Activity 02-15 POS Withdrawal (NYC) TARGET T1835 TARGET T1835 MILLBURY MA | $12.80- | | $464.07 |
| Feb 16 | Activity 02-15 POS Withdrawal (ELN) WORLD GYM WORLD GYM 508-7536700 MA | $19.99- | | $444.08 |
| Feb 16 | Activity 02-15 POS Withdrawal (ELN) WORLD GYM WORLD GYM 508-7536700 MA | $19.99- | | $424.09 |
| Feb 16 | ATM Withdrawal (NYC) BANK OF AMERICA *STAPLES - FRAMINGHAM H00 FRAMINGHAM MA | $22.00- | | $402.09 |

Checks for Free For Life - 7

| Date | Check Number | Amount | Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|---|---|---|
| Feb 06 | 228 | $36.25- | Feb 15 | 230 | $285.00- | Feb 15 | 233 | $25.00- |
| Feb 15 | 229 | $1,300.00- | Feb 15 | 232 * | $25.00- | | | |

* denotes a missing check

Overdraft and Returned Item Fees Summary -

| | Total This Period | Total Year To Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |

Sent from my iPhone

Begin forwarded message:

From: "Myrtle Beach Direct Air Reservations" <reservations@myrtlebeachdirectair.com>
Date: February 12, 2012 11:57:23 PM EST
To: <Wcarlson1@charter.net>
Subject: DIRECTAIR Confirmation #1791282



Confirmation number:    **1791282**

Receipt and Itinerary as of Sun-12Feb12 11:51 PM

**NICOLE NOTIDIS**
9 MAPLEWOOD RD
MILLBURY, MA 01527
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 8880 | 0 | Wed-31Oct12 01:00 AM | Wed-31Oct12 01:30 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| CARLSON, RUSSELL R. | A - COACH - | 59.50 USD | 59.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| NOTIDIS, NICOLE | A - COACH - | 59.50 USD | 59.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 9990 | 0 | Wed-31Oct12 02:00 AM | Wed-31Oct12 02:30 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| CARLSON, RUSSELL R. | A - COACH - | 59.50 USD | 59.50 USD |
| NOTIDIS, NICOLE | A - COACH - | 59.50 USD | 59.50 USD |

| Reservation Totals: | | |
|---|---|---|
| Air fare | | 238.00 USD |
| Tax | | 120.00 USD |
| Special Service | | 0.00 USD |
| **TOTAL** | | **358.00 USD** |

| Payment Summary: | NICOLE NOTIDIS 13Feb12, VISA XXXXXXXXXXXX5865 | 358.00 USD | 358.00 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | | **358.00 USD** |



Confirmation 1791282 DIRECT...
37.4 KB



**U.S. Department of Transportation**

Office of the Secretary of Transportation

# Transportation Facts

## Information for Consumers Regarding the Cessation of Operations by Southern Sky Air Tours d/b/a Myrtle Beach Direct Air and Tours

Southern Sky Air Tours, d/b/a Myrtle Beach Direct Air and Tours (Direct Air) — a public charter operator — announced on or about March 13, 2012, that it ceased operations. Set forth below are certain alternatives available to Direct Air customers.

*Air Transportation*

Direct Air was authorized by the Department to operate public charter flights between numerous cities and Myrtle Beach, South Carolina, and points in Florida. Under Department regulations, Direct Air was required to have in place an escrow account into which all charter participant funds were to be deposited until payment was made to the airline that was to perform their charter flights. The Department is investigating the handling of that escrow account. In addition, as required by Department rules, Direct Air has in place a surety bond in the amount of $200,000 protecting charter participant payments.

The company has announced that it intends to restart operations as of May 15, 2012; however, the company currently does not have authority to do so and that announcement does not affect consumers who currently are in mid-trip or who had paid for but had not yet begun travel under the current program that has been canceled.

At this time, it is unclear whether consumers who have completed the outbound portion of their trip and need to return home will be provided return transportation by Direct Air but we have been advised that the company is working with the airlines involved with its charter program to provide return flights. Direct Air has established a toll-free number that should be operational at the time of publication of this fact sheet or shortly thereafter to provide consumers more information about this matter. That number is **1-855-888-8090**.

*Obtaining a Refund*

Consumers affected by Direct Air's cessation of service who are due a refund need to be able to prove to the escrow bank and surety bond company that they purchased charter air transportation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## NOTICE TO FORMER CUSTOMERS AND OTHER INTERESTED PARTIES OF A PROPOSED SETTLEMENT CONCERNING THE TURNOVER BY VALLEY NATIONAL BANK OF FUNDS HELD IN CERTAIN DEPOSITORY ACCOUNTS

### To All Former Customers and Other Interested Parties:

Please take notice ("**Notice**") that on or about March 1, 2013, Valley National Bank ("**VNB**") entered into a certain agreement (the "**Agreement**") with Joseph Baldiga, chapter 7 trustee (the "**Trustee**") for Southern Sky Air & Tours, LLC d/b/a Direct Air and a/k/a Myrtle Beach Direct Air and Tours (the "**Debtor**" or "**Direct Air**"), JetPay Merchant Services, LLC ("**JetPay**"), Merrick Bank Corporation ("**Merrick**") and American Express Travel Related Services Co., Inc. ("**Amex**").

The Agreement provides for a disposition of the approximately $1,016,935.90 of funds (the "**Petition Date Funds**") held by VNB in certain depository accounts as of the date Direct Air filed for bankruptcy and cancelled all remaining flights. In accordance with the Agreement, VNB will relinquish control over substantially all of the Petition Date Funds and transfer such funds to the Trustee, Merrick and Amex.

To the extent that you have not already been fully reimbursed for canceled flights by credit card chargeback, refund or otherwise, the Agreement may affect your rights, including any claim you may have to receive a distribution from the Petition Date Funds. **If the Agreement is approved, the rights of all customers against VNB in respect of the Petition Date Funds shall be extinguished. IF YOU ARE RECEIVING THIS NOTICE, YOUR RIGHTS MAY BE EXTINGUISHED.**

The Agreement is subject to approval by the Bankruptcy Court presiding over the Direct Air case, *i.e.*, the U.S. Bankruptcy Court for the District of Massachusetts (the "**Bankruptcy Court**").

1441971v4/18355-2

A copy of the Trustee's motion (the "**Motion**") requesting the Bankruptcy Court's approval of the Agreement, to which a copy of the Agreement itself is attached, can be viewed by directing your web browser to www.pbl.com/resources.php?ArticleID=236.

The Bankruptcy Court has set the Motion for a hearing (the "**Hearing**") scheduled for June 5, 2013 at 10:00 a.m. at the United States Bankruptcy Court, 211 Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Worcester, MA 01608, Courtroom No. 3 . Any objection ("**Objection**") to the Agreement must be in writing and signed by you and it must make reference to the Direct Air bankruptcy case as set forth in the caption above.

An Objection must clearly explain the reasons why you object, and it must be filed with the United States Bankruptcy Court on or before 4:30 p.m., May 23, 2013, as follows: United States Bankruptcy Court, 211 Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Worcester, MA 01608-2076. Copies of the Objection must at the same time be mailed to Joseph H. Baldiga, Esq., chapter 7 trustee for Direct Air, c/o Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, MA 01581.

In addition to filing and serving a written Objection as set forth above, the objecting party must appear in the Bankruptcy Court at the Hearing, which, as already noted above, is to be held at 10:00 a.m., June 5, 2013, at United States Bankruptcy Court, Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Courtroom 3, Worcester, MA 01608-2076. You can contact the Court to determine if the Court will allow you to participate by phone.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his special counsel,

/s/ David J. Reier
David J. Reier (BBO No. 546202)
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
Telephone: 617-973-6100
Telecopier: 617-367-2315
E-mail: dreier@pbl.com

Dated: April 12, 2013

1441971v4/18355-2