# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS

Upon the Motion for Authority to Conduct Rule 2004 Examinations (the "Motion") dated May 14, 2012, and filed by Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air, the Court finding that the Motion is in the best interest of the estate; sufficient notice of the Motion having been given; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Motion is ALLOWED; and

2. The Trustee is authorized pursuant to Fed. R. Bankr. P. 2004 to conduct examinations of all parties listed on Exhibit A to the Motion, including without limitation the parties described more generally in the Motion.

Dated: May 22, 2012

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A4220522.DOC}

# EXHIBIT A

## Chapter 7 Trustee's Motion for Authority to Conduct Rule 2004 Examinations.

| Party | Address/Contact Information |
|---|---|
| Person Most Knowledgeable at American Express Travel Related Services Company, Inc. | c/o counsel:<br>Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608 |
| ASI Advisors, LLC (Donald Stukes, principal) | ATTN: Donald Stukes<br>445 Hamilton Avenue, Suite 1102<br>White Plains, NY 10601 |
| Person Most Knowledgeable at Avondale Aviation I, LLC | 1629 K. Street NW – Suite 300<br>Washington, DC 20011 |
| Person Most Knowledgeable at Avondale Ventures, LLC | 1629 K. Street NW – Suite 300<br>Washington, DC 20011 |
| Mary Baldwin | 1507 Dewitt Street<br>Conway, SC 29527 |
| Cale Benner | 6011 Quinn Road<br>Myrtle Beach, SC 29579 |
| BJC Investments LLC* (Bruce Carusi, principal) | ATTN: Bruce Carusi<br>PO Box 203<br>Mill Neck, NY 11765 |
| Boyd Goldfinch Law Firm – Reese Boyd III, Esq. | PO Box 15358<br>Myrtle Beach, SC 29587 |
| Clay Brittain* | 1314 Professional Drive<br>Myrtle Beach, SC 29572 |
| Person Most Knowledgeable on behalf of the Estate of David Brittain | 5700 Canterbury Lane<br>Myrtle Beach, SC 29577 |
| Matthew Brittain* | 5633 Woodside Drive<br>Myrtle Beach, SC 29577 |
| Person Most Knowledgeable at Bush/Ross | 1801 North Highland Avenue<br>Tampa, Florida 33602 |
| Jeffry Conry | c/o King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br><br>and<br><br>c/o King Williams Holdings, LLC<br>c/o Avondale Ventures, LLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006 |

---

* Contact information believed to be current as of December 27, 2007.

1

{Practice Areas\CORP\15008\14190\A1995863.DOC}

| Party | Address/Contact Information |
|---|---|
| ChemOil Corporation | c/o counsel:<br>David B. Haber, Esq.<br>David B. Haber, P.A.<br>201 S. Biscayne Blvd., Suite 1205<br>Miami, FL 33131 |
| Person Most Knowledgeable at Crescent Bank | 991 38th Avenue North<br>Myrtle Beach, SC 29577-2832 |
| The Owner or Partner Most Knowledgeable about the property located at 1334 Ritter Avenue, Glenn Daniels, WV | P.O. Box 68<br>Prosperity, WV 25909<br><br>and<br><br>1334 Ritter Avenue<br>Glen Daniels, WV 25832 |
| Anne Dearing | |
| Kay Ellison | c/o counsel:<br>David C. Fixler<br>Stephen G. DeLisle<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>Boston, MA 02110 |
| Stanley "Marshall" Ellison | c/o counsel:<br>David C. Fixler<br>Stephen G. DeLisle<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>Boston, MA 02110 |
| Person Most Knowledgeable at Garofalo Goerlich Hainbach PC | 1200 New Hampshire Ave. NW<br>Washington, DC 20036-6802 |
| Robert Giordano | 10 Goldsmith Dr.<br>Holmdel, NJ 07733 |
| Wayne Greene | wngreene@gmail.com |
| Reginald Greiner | |
| Person Most Knowledgeable at Horry County State Bank | 1701 North Oak Street<br>Myrtle Beach, SC 29577 |
| Person Most Knowledgeable at JetPay Merchant Services, LLC | c/o counsel:<br>David J. Reier, Esq.<br>Posternak, Blankstein & Lund, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199 |

2

{Practice Areas\CORP\15008\14190\A1995863.DOC}

| Robert Keilman | c/o counsel:<br>F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street, 19th Floor<br>Baltimore, MD 21202-1036 |
|---|---|
| Person Most Knowledgeable at King Williams Aviation, LLC | c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201 |
| Person Most Knowledgeable at King Williams Holdings, LLC | c/o Avondale Ventures, LLC<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006 |
| Law Offices of Susan B. Jollie – Susan B. Jollie, Esq. | 7503 Walton Lane<br>Annandale, VA 22003-2558 |
| Thomas Lowe | 1032 Great Lakes Circle<br>Myrtle Beach, SC 29588 |
| Thomas Mastro* | 24 Wright Ave.<br>Malverne, NY 11565 |
| George McConnaughey | |
| Person Most Knowledgeable at MLB Management Services | P.O. Box 938<br>Conway, SC 29528 |
| Ober, Kaler, Grimes & Shriver – Stuart Schabes, Esq. | 100 Light Street, 19th Floor<br>Baltimore, MD 21202-1036 |
| Person Most Knowledgeable at Platte River Insurance Co. | c/o counsel:<br>Bradford R. Carver<br>Hinshaw & Culbertson, LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109-1775 |
| Patricia Small | 353 Deerfield Links Drive<br>Surfside Beach, SC 29575 |
| Stukes Atwood, LLC (Donald Stukes, principal) | c/o Donald Stukes<br>ASI Advisors, LLC<br>445 Hamilton Avenue, Suite 1102<br>White Plains, NY 10601 |
| Donald Stukes | c/o ASI Advisors, LLC<br>445 Hamilton Avenue, Suite 1102<br>White Plains, NY 10601 |
| Hank L. Torbert | 525 Decatur St. NW<br>Washington, DC 20011 |
| James Tull | 1414 Highland Circle<br>Myrtle Beach, SC 29578 |

3

{Practice Areas\CORP\15008\14190\A1995863.DOC}

| Judy Tull | c/o counsel:<br>David C. Fixler<br>Stephen G. DeLisle<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>Boston, MA 02110 |
|---|---|
| Person Most Knowledgeable at Valley National Bank | c/o counsel:<br>Jeffrey Sternklar<br>Duane Morris LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110-1724<br><br>and<br><br>Gregory R. Haworth, Esq.<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, NJ 07102-5429 |
| Person Most Knowledgeable at Wachovia/Wells Fargo | c/o counsel:<br>John Vian, Esq.<br>Brian Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenade Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309 |
| Robert Wardlow | 89 Clyde Avenue<br>Hopelawn, NJ 08861 |
| Person Most Knowledge at Romans 828, LLC* | PO Box 249<br>Myrtle Beach, SC 29572 |
| Edward Warneck | 8349 Juxa Drive<br>Myrtle Beach, SC 29579 |
| Larry Young* | 1500 Legends Drive<br>Myrtle Beach, SC 29578 |
| Person Most Knowledgeable at XTRA Airways | 800 West Idaho Street<br>Suite 304<br>Boise, ID 83702 |

4