## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>             **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004 – Made With Chapter 7 Trustee's Assent* has been served by electronic mail on all parties on the Court's ECF system this 21st day of May 2013.

                                             ___/s/ Daniel G. Gurfein_____
                                             Daniel G. Gurfein
                                             Satterlee Stephens Burke & Burke LLP
                                             230 Park Avenue, 11th Floor
                                             New York, NY 10169
                                             Phone:  (212) 818-9200
                                             Fax:  (212) 818-9607
                                             Email:  dgurfein@ssbb.com

Dated: May 21, 2013

1683136_1