# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>            Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**PRELIMINARY RESPONSE OF VALLEY NATIONAL BANK TO MOTION OF MERRICK BANK CORPORATION FOR AUTHORITY TO CONDUCT EXAMINATIONS PURSUANT TO BANKRUPTCY RULE 2004 – MADE WITH <u>CHAPTER 7 TRUSTEE'S ASSENT</u>**

Valley National Bank ("<u>VNB</u>") files this preliminary response to the above-referenced Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004 ("<u>Merrick Motion</u>"), to reserve its rights with respect to the Merrick Motion and to ensure that the Merrick Motion is not treated as routine or undisputed. VNB intends to file a substantive response to the Merrick Motion in due course in accordance with and within the time contemplated by the applicable Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rules. VNB reserves all of its rights and remedies.

Dated: May 22, 2013

                                              Respectfully submitted,

                                              VALLEY NATIONAL BANK

                                              By its counsel

                                              <u>/s/ Jeffrey Sternklar</u>
                                              Duane Morris LLP (BBO No. 549561)
                                              100 High Street, Suite 2400
                                              Boston, MA 02110-1724
                                              Telephone: 857-488-4200
                                              Telecopier: 857-488-4201
                                              Email: <u>JDSternklar@duanemorris.com</u>

## CERTIFICATE OF SERVICE

       I, Jeffrey D. Sternklar, hereby certify that on this day, 22nd day of May, I caused a copy of the foregoing *Preliminary Response of Valley National Bank to Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004 – Made with Chapter 7 Trustee's Assent,* to be served on the following parties and/or their counsel who have registered to receive pleadings in the above-captioned case pursuant to this Court's CM/ECF system and were served by electronic filing with the Clerk of the Court using the CM/ECF system as indicated:

- Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
- Ronald T. Bevans     rtbevans@bevanslaw.com
- Alan L. Braunstein     abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Jonathan C. Burwood     jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- Nicole B. Caprioli     nicole.caprioli@state.ma.us
- Bradford R. Carver     bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- David C. Fixler     dfixler@rubinrudman.com
- Daniel G. Gurfein     dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
- Daniel G. Gurfein     dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
- David B. Haber     dhaber@dhaberlaw.com
- Andrea Horowitz Handel     andrea.handel@usdoj.gov
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King     richard.t.king@usdoj.gov
- Robert W Kovacs     bknotices@rkovacslaw.com
- Lawrence M. Kraus     lkraus@foley.com
- Gina L. Martin     gmartin@goodwinprocter.com
- Kevin C. McGee     bankruptcy@sederlaw.com, kmcgee@sederlaw.com
- William R. Moorman     moorman@craigmacauley.com
- David M. Nickless     dnickless.nandp@verizon.net
- Gina Barbieri O'Neil     gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com, bankrupt@mirickoconnell.com
- Laura Otenti     lotenti@pbl.com, jspagnoli@pbl.com
- Michael J. Pappone     mpappone@goodwinprocter.com
- David J. Reier     dreier@pbl.com

                                                                          /s/ *Jeffrey D. Sternklar*

DM1\3886674.1