Marla L. Given
183 Cornelia Street
Plattsburgh, NY 12901
May 15, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608
Re: Case No. 12-40944-MSH

To whom it may concern,

     I strongly object to the agreement set forth in Case No. 12-40944-MSH. I purchased airline tickets from Direct Air on July 27, 2011. This was prior to Direct Air declaring bankruptcy. Because the tickets were purchased on my Visa Debit card, I have not received my refund. I paid a total of $676.00 for four tickets- flight D1-7711 leaving from Plattsburgh, New York to Orlando Lakeland Airport with a return flight D1-7710 from Orlando Lakeland to Plattsburgh, New York. The confirmation number was 1437087. I have paid for services not rendered. This was a preplanned family vacation that was long in waiting. We had saved our funds for this trip for a long while. If this matter is not resolved in a timely fashion I plan on seeking counsel to pursue my rights.

Sincerely,

*Marla L. Given*

Marla L. Given