Cynthia M Golden
123 Greenfield Dr
Tonawanda, NY 14150
May 19, 2013

United States Bankruptcy Court
211 Harold D Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

Re: Southern Sky Air & Tours d/b/a Direct Air
    Chapter 7 Case No. 12-40944-MSH

To Whom It May Concern:

I am writing to object to the Motion requesting the Bankruptcy Court approval of the Agreement for disposition of funds held in depository accounts for Direct Air bankruptcy claims.

The reasons for my objection to extinguishing my rights against VNB in respect of the Position Date Fund distribution are as follows:
- In good faith, I purchased plane tickets from Direct Air which were not honored
- no refund has been received to date
- my bank (debit card purchase) will not refund my money
- I have responded in writing to all prior requests, including necessary documents (April 2012 to Direct Air, Valley National Bank and Platte River Ins Co; May 2012 to this US Bankruptcy Court along with B 10 (Official Form 10); Nov 2012 Official Bankruptcy form to Platte River Ins; Nov 2012 to Capital Insurance Companies)

Attached is a copy of one of those documents detailing dates and amounts of my purchases.

In addition, I am requesting the Court to allow me to participate in the Hearing by phone. I suffer from Progressive Multiple Sclerosis and am unable to travel.

Respectfully submitted,

*Cynthia M Golden*
Cynthia M Golden
(716) 799-4737

Cc:
Joseph H Baldiga Esq
Chapter 7 trustee for Direct Air
c/o Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Dr, Suite 400
Westborough, MA 01581

Cynthia M Golden
123 Greenfield Dr
Tonawanda, NY 14150

May 27, 2012

US Bankruptcy Court
595 Main St
Worcester, MA 01608

To Whom It May Concern:

I am writing to request reimbursement for tickets purchased from Direct Air. Our flight was scheduled to leave Niagara Falls (NY) Airport on March 31, 2012 to Myrtle Beach, SC; flight #DI-5817. The return flight was scheduled for April 7, 2012; flight #DI-5816.

The tickets were purchased through a debit card with Key Bank. There were 2 withdrawals on 1/17/12 for $1329.60 and $111.69. The bank will not reimburse the purchases.

I have enclosed copies of the bank denial letter, my bank statement and Direct Air confirmations.

I hope to hear from you soon with a resolution of this matter. Please contact me at the above address, by phone (716-799-4737), or email ( mcgolden77@verizon.net ).

Thank you.

Cynthia Golden

*Cynthia M Golden* (signature)