

05/22/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.

Cynthia M Golden
123 Greenfield Dr
Tonawanda, NY 14150
May 19, 2013

United States Bankruptcy Court
211 Harold D Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

Re: Southern Sky Air & Tours d/b/a Direct Air
    Chapter 7 Case No. 12-40944-MSH

To Whom It May Concern:

I am writing to object to the Motion requesting the Bankruptcy Court approval of the Agreement for disposition of funds held in depository accounts for Direct Air bankruptcy claims.

The reasons for my objection to extinguishing my rights against VNB in respect of the Position Date Fund distribution are as follows:
- In good faith, I purchased plane tickets from Direct Air which were not honored
- no refund has been received to date
- my bank (debit card purchase) will not refund my money
- I have responded in writing to all prior requests, including necessary documents (April 2012 to Direct Air, Valley National Bank and Platte River Ins Co; May 2012 to this US Bankruptcy Court along with B 10 (Official Form 10); Nov 2012 Official Bankruptcy form to Platte River Ins; Nov 2012 to Capital Insurance Companies)

Attached is a copy of one of those documents detailing dates and amounts of my purchases.

In addition, I am requesting the Court to allow me to participate in the Hearing by phone. I suffer from Progressive Multiple Sclerosis and am unable to travel.

Respectfully submitted,

Cynthia M Golden
(716) 799-4737

Cc:
Joseph H Baldiga Esq
Chapter 7 trustee for Direct Air
c/o Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Dr, Suite 400
Westborough, MA 01581