```
                          United States Bankruptcy Court
                             District of Massachusetts
```

In re:                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: mbd                 Page 1 of 2                 Date Rcvd: May 20, 2013
                              Form ID: pdf012           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2013.
cr              American Express Travel Related Services Co., Inc.,    200 Vesey Street,   New York, NY  10825
intp           +Kathryn A. Walker,   9212 Saint Catherine Avenue,    Englewood, FL 34224-8409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0101-4          User: mbd              Page 2 of 2                   Date Rcvd: May 20, 2013
                              Form ID: pdf012        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2013 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com,    bankrupt@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,    jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,    kmcgee@sederlaw.com
              Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Richard  King     USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                             TOTAL: 32
```



Honorable Melvin S. Hoffman
US Bankruptcy Judge
211 Harold D Donohue Federal Bldg.
595 Main Street
Worcester, MA. 01608-2076

Joseph H. Baldiga, Esq
Trustee for Direct Air
1800 West Park Drive
Suite 400
Westborough, MA. 01581

Certified Judge  # 7012 3050 0001 8993 3229          May 15, 2013
Certified Esq.   # 7012 3050 0001 8993 3236

Case No. 12-40944-MSH

I am in receipt of your letter dated April 12, 2013 concerning a settlement with Direct Air for prepaid expenses incurred when they defaulted on their obligation to fulfill future promised flights.

I have read the letter sent to me, with deep regret. I am not a lawyer, but my understanding is that Direct Air through VBN is trying to eliminate the reimbursement of monies owed to those people who put their faith and trust in Direct Air to provide them flights which were prepaid in advance. I even went to the website and tried to read the enormous document pertaining to this bankruptcy. Very complicated for the average individual, which I assume is par for a case like this.

I am unsure with the wording how the funds will be distributed, but it seems like the parties who have not been reimbursed, will not be reimbursed. The part of this letter that really irritates me is you want the parties who received this letter to appear in court. Now, do the math, I am not a wealthy person and to come up there and appear in court will cost me more than the $338.00 that is due to me from Direct Air not fulfilling their flight obligations. For $338.00 you want me to appear in court or by phone. This is ridiculous way to put the burden on someone

05/20/2013 OBJECTING PARTY MAY APPEAR BY TELEPHONE. TO DO SO, ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.