95 Parkway
Maywood, NJ 07607
May 18, 2013

United States Bankruptcy Court
211 Harold D Donahue Federal Bldg. and Courthouse
595 Main Street
Worcester, MA 01608-2076

RE: Direct Air Bankruptcy Case 12-40944-MSH
  Objection to Agreement


Dear Bankruptcy Court:

As requested and required, I filed all Proofs of Claims:  Claim# `` `~`       70 and Bond#
   with Valley National Bank/Platt River Insurance Co. and Alejandro Navarro,
Attorney.  I met all deadlines and have received no reimbursement.  Yet, I understand
that there have been some customers who have been reimbursed.  WHY SOME AND
NOT OTHERS?

I do not understand the unfairness or the implications stating that I will relinquish my
rights and I object to that!

My documentations are enclosed.

Sincerely,

*Sue Hunt*

Sue Hunt


cc: Joseph H. Baldiga, Esq.

95 Parkway
Maywood, NJ 07607


March 26, 2012


Direct Air
1600 Oak Street
Suite B
Myrtle Beach SC 29577


Dear Direct Air:

Enclosed please find receipts and documentation for my unused Direct Air flights
purchased though your Family Ties Program. I am writing in order to obtain my refund
for these previously purchased tickets. I have five (5) unused and unexpired tickets for a
total of $422.50.

Thank you for your prompt attention and response to this matter.

Sincerely,

*Sue Hunt*

Sue Hunt


P.S. I have loved flying with Direct Air and sincerely hope your plans to fly again by
mid-May 2012 materialize!  SH

cc: Valley National Bank

    Alejandro Navarro, Attorney-in-Fact
    Platte River Insurance Company

# *Platte River Insurance Company*

1600 Aspen Commons • Middleton, WI 53562-4719
P.O. Box 5900 • Madison, WI 53705-0900
Phone: (608) 829-4200 • Toll free: (800) 475-4450
www.capitolindemnity.com

April 24, 2012

Sue Hunt
95 Parkway
Maywood, NJ 07607

RE:       Claim #:
          Bond No.:
          Principal:                    Southern Sky Air & Tours dba Myrtle Beach Direct Air
          Surety:                       Platte River Insurance Company

Dear Claimant:

Due to the volume of claims and Department of Transportation ("DOT") regulations it will be
some time before we can bring this matter to conclusion. To date we have received more than
1,500 claims and continue to get new claims every day.

DOT regulations do not allow us to pay claims on a first come, first serve, basis. Additionally,
we have been advised by the DOT that we cannot settle any claims until 60 days after the last
scheduled flight. The DOT records show that flight is scheduled in November 2012.

We will be working with our attorney moving forward but, unfortunately, we do not anticipate we
will be able to bring this matter to conclusion until sometime after January 2013.

Platte River Insurance Company reserves all rights and defenses in this matter.

Sincerely,

Patricia A. Framke
Senior Bond Claim Specialist
Platte River Insurance Company

# *Platte River Insurance Company*

1600 Aspen Commons • Middleton, WI 53562-4719
P.O. Box 5900 • Madison, WI 53705-0900
Phone: (608) 829-4200 • Toll free: (800) 475-4450
www.capitolindemnity.com

It is understood that the facts and details of loss are subject to verification  the acceptance and retention of this form by the Company as completed by the undersigned does not constitute a wai er of any stipulation or condition of the bond or policy or an admission of coverage or liability thereunder.

State of _NEW JERSEY_

County of _BERGEN_

_Sue Heath Hunt_
**Authorized Claimant Signature**

_SUE HEATH HUNT_
**Print Signator's Name**

Before me personally appeared _SUE HEATH HUNT_     (Print Name of Above Signator).

Subscribed and sworn before me on this ___12___ day of _October_ _____ 20 _12_.

_____  Notary Public

My Commission Expires: _July 26, 2017_

> Larry Avila
> Notary Public
> New Jersey
> My Commission Expires July 26 2017
> No. 2423257

# *Platte River Insurance Company*

1600 Aspen Commons • Middleton, WI 53562-4719
P.O. Box 5900 • Madison, WI 53705-0900
Phone: (608) 829-4200 • Toll free: (800) 475-4450
www.capitolindemnity.com

| Claim#: 159108-*1570* | Bond or Policy# ----- |
|---|---|

## Proof of Claim

Claimant Name: SUE HUNT

Claimant E-mail Address: SUEZQHUNT@gmail.com

Claimant Address: 95 PARKWAY Maywood, NJ 07607

Person(s) Familiar with the Facts and Phone Number: SUE HUNT 201-843-6153 and JAMES SHELTON 201-575-0260

Have you asked your credit card company to reverse the charges for your tickets?   ☐ Yes   ☑ No

Have you received a refund for your tickets from any other entity?   ☐ Yes   ☑ No

If yes, please advise the amount of your refund and identify who provided the refund.

Name of Principal: Direct Air         Amount Claimed or Owed: $ 422.50
                                      *(attach supporting backup)*

Email Address of Bonded Principal (if known): _____

Contact Person at Bonded Principal (if known): _____

Date of Loss: _____   Date Loss Reported to Platte River: 3/26/2012

In the space below, please give a brief narrative of your claim and attach supporting documents.

I have five (5) unused flights purchased from Direct Air before they went out of business. Enclosed is my initial letter dated 3/26/12 to Direct Air as well as to Valley National Bank, Alejandro Navarro and Platte River Insurance Company. additional documentation is enclosed from my credit card company verifying my purchases. My last scheduled flight was to be in November 2012. Total amount owed me is $422.50.