95 Parkway
Maywood, NJ 07607
May 18, 2013

United States Bankruptcy Court
211 Harold D Donahue Federal Bldg. and Courthouse
595 Main Street
Worcester, MA 01608-2076

RE: Direct Air Bankruptcy Case 12-40944-MSH
    Objection to Agreement

Dear Bankruptcy Court:

I'm writing to strongly object to the motion filed by the Trustee, Mr. Joseph Baldiga, in this bankruptcy matter regarding Direct Air. I'm objecting to the motion because, after thoroughly reading all of the material on the website and that I've received in the mail, it is my understanding that this motion diminishes the likelihood of my being reimbursed and made whole regarding this matter.

It is my understanding that some have been reimbursed and others have not. I'm one of "the others" in this case.

I'm enclosing a letter and documentation that I sent on 3/26/12 to Direct Air, Valley National Bank, and Platte River Insurance Company. The Direct Air mailing was returned unopened and undeliverable. I received no response. No doubt, the Court has documentation from Direct Air to corroborate my claim.

I look forward to the successful resolution of this matter.

Sincerely,

James Shelton

cc: Joseph Baldiga, Esq.

95 Parkway
Maywood, NJ 07607


March 26, 2012


Direct Air
1600 Oak Street
Suite B
Myrtle Beach SC 29577



Dear Direct Air:

Enclosed please find receipts and documentation for my unused Direct Air flights purchased though your Family Ties Program. I am writing in order to obtain my refund for these previously purchased tickets. I have two (2) unused and unexpired tickets for a total of $169.00

Thank you for your prompt attention and response to this matter.

Sincerely,

*James Shelton*

James Shelton


P.S. I hope you resolve your financial difficulties and resume flying again by May 2012, as you have anticipated. I have certainly enjoyed flying on Direct Air---especially the Family Ties Program. JS

cc: Valley National Bank

    Alejandro Navarro, Attorney-in-Fact
    Platte River Insurance Company




| Confirmation number: | 1461266 |
|---|---|

Receipt and Itinerary as of Mon-05Sep11 10:04 PM

JAMES SHELTON
95 PARKWAY
MAYWOOD, NJ 07607

*1 round trip left*
*10/31/12 exp. date*

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 7771 | 0 | Wed-31Oct12 06:00 AM | Wed-31Oct12 07:00 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| SHELTON, JAMES | U - COACH - | 54.50 USD | 54.50 USD |
| | TAX - MEM: Membership - FAM | 60.00 USD | 60.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 8881 | 0 | Wed-31Oct12 02:00 PM | Wed-31Oct12 03:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| SHELTON, JAMES | U - COACH - | 54.50 USD | 54.50 USD |

| Reservation Totals: | | |
|---|---|---|
| | Air fare | 109.00 USD |
| | Tax | 60.00 USD |
| | Special Service | 0.00 USD |

|  | TOTAL |  | 169.00 USD |
|---|---|---|---|

| Payment Summary: | JAMES SHELTON<br>06Sep11, MSCD<br>XXXXXXXXXXXX9998 | 169.00 USD | 169.00 USD |
|---|---|---|---|
|  | TOTAL PAYMENTS |  | 169.00 USD |

## IMPORTANT REMINDERS

*First-Class Seating*
Now available on select Direct Air flights.
Advance Coach seat selection also available.
**Call toll-free 1-877-432-DIRECT to reserve your seating.**

Flights are Public Charters operated by Xtra Airways on Boeing 737-400 aircraft, by Vision Airlines on Boeing 737-300 and 737-800 aircraft, by Aviation Advantage/Sky King on Boeing 737-400 aircraft, and by Dynamic Air on MD-88 aircraft.

Direct Air utilizes "Ticketless Travel". Your boarding passes will be issued upon your check in for your flight at the Direct Air ticket counter (see below).

In order to receive boarding passes, all passengers of at least 18 years of age must present one piece of valid, government-issued photo ID at the Direct Air ticket counter upon check-in. Such identification may include a photo driver's license, state- or province-issued non-operator's ID, or valid passport.

Direct Air recommends and requests that passengers check in **two hours prior** to departure. All passengers must be checked in no later than one hour prior to scheduled departure, and be at the boarding gate no later than 30 minutes prior to departure. Failure to do so may result in denial of boarding.

We recommend that customers call us toll-free at **1-(877) 432-DIRECT** (1-877-432-3473) one day prior to departure to re-confirm flight arrangements. Please have your confirmation number (located near the top of this receipt) ready when you call.

Each paid passenger is permitted two pieces of luggage in the checked luggage compartment. A nonrefundable Standard Baggage Service Fee will apply to all checked items as follows:

- For luggage declared in advance of travel at visitdirectair.com or by calling our Reservations Department at 1 (877) 432-DIRECT, a Standard Baggage Service Fee of $25.00 for the first checked item, and $30.00 for the second checked item may be declared, for a maximum of two declared items per ticketed customer or lap infant.

- For luggage declared at a Direct Air ticket counter on the date of departure, a Standard Baggage Service Fee of $30.00 for the first checked item, and $35.00 for the second checked item may be declared, for a maximum of two declared items per ticketed customer or lap infant.

Each checked item must measure no more than 62" in overall dimensions (L + W + H = 62"). The combined weight of both checked items cannot exceed 70 lbs. Each ticketed passenger is permitted one carry-on item at no charge, provided that such item weighs no more than 30 lbs., can be safely stowed in the overhead bin or under the seat directly facing the passenger. Carry-on items cannot exceed 45" overall dimensions. All items to be carried aboard as carry-on luggage are subject to measurement and approval by ticket counter staff. All approved carry-on items are subject to being tagged as approved carry-on luggage. The carry-on tag must remain on all