May 20, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Bldg & Courthouse
595 Main Street
Worcester, MA  01608-2076

RE:    OBJECTION TO Case No:  12-40944-MSH
       Southern Sky Air & Tours, LLC d/b/a Direct Air

To Whom It May Concern:

I, Barton E. Bailey, object to the release of the debt due to me by Direct Air.  To date I have not been reimbursed or refunded any of money due to me ($507.00) that I paid to Direct Air on April 28, 2011.  The cancellation of all flights caused a great hardship on our family, we purchased three round trip vouchers good for one year and while planning our dream family vacation to Disney World in Orland the airlines cancelled all flights and ceased operations causing us to lose our airfare and forcing us to cancel our vacation.

I have also mailed a copy of this object to the trustee for Direct Air at the address listed below.

I have contacted the court to give my testimony for the hearing which is scheduled to be at 10am on June 5, 2013 via a recorded telephone call due to the location of the United States Bankruptcy Court, Harold D. Donahue Federal Bldg. & Courthouse, 595 Main Street, Courtroom 3, Worcester, MA  01608-2076.

Sincerely,

Bart E Baily

Barton E. Bailey,
24 Mary Lane, PO Box 45
Oakford, IL  62673

CC:    Joseph H. Baldiga, Esq.,
       Chapter 7 trustee for Direct Air
       c/o Mirick, O'Connell, DeMallie & Lougee, LLP
       1800 West Park Drive, Suite 400
       Westborough, MA  01581