United States Bankruptcy Court  May 20, 2013
211 Harold D. Donahue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA 01608-2076

        Copy sent to:
        Joseph H. Baldiga, Esq.
        Chapter 7 trustee for Direct Air
        c/o Mirick, O'Connell, DeMallie & Lougee, LLP
        1800 West Park Drive; Suite 400
        Westborough, MA 01581

To Whom This May Concern:

I am referencing the Chapter 7 Case No. 12-40944-MSH. I am a former customer of Direct Air. I enclosed a copy of my itinerary with the amount of money that I lost for tickets I purchased back in February, 2012. I purchased 3 Round Trip tickets for my children and I from Niagara Falls, NY to Myrtle Beach, SC. Prior to 2012, our family had flown Direct Air for trips to Myrtle Beach the previous 2 or 3 years with no incident.

I purchased these tickets with my Bank Debit Card. My Bank at the time, HSBC would not reimburse my loss, stating that had I used my Credit Card, there would have been protections for me. Because I used my Debit Card, I was told there was nothing that could be done in terms of my financial loss.

Due to the unexpected bankruptcy of Direct Air, and my financial loss, I had to make alternative arrangements for my family to travel last year to Myrtle Beach.

I want to indicate that I am a single working mother and that my income is such that every penny matters. I would greatly appreciate any amount of reimbursement of the $537.00 that I lost. It would be additional hardship for me to take time from work, arrange for child care, etc. in an effort to travel to the Court in Massachusetts that will hear this matter. In addition, I am a juror for Federal Grand Jury in the Western District of NY and report every Wednesday.

Please feel free to contact me regarding any questions you may have in your determination processes in this matter. I appreciate your consideration of this and look forward to long awaited remuneration if that works out in my favor.

Thank you,

*Margie Quartley* (signature)

Margie Quartley
56 Shalamar Court
Getzville, NY 14068
(716)913-9094




| Confirmation number: | 1786311 |
|---|---|

Receipt and Itinerary as of Tue-07Feb12 11:07 AM

MARJORIE QUARTLEY
56 SHALAMAR COURT
GETZVILLE, NY 14068
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 8880 | 0 | Wed-31Oct12 01:00 AM | Wed-31Oct12 01:30 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| QUARTLEY, MARJORIE S. | A - COACH - | 59.50 USD | 59.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| QUARTLEY, JOSHUA T. | A - COACH - | 59.50 USD | 59.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| QUARTLEY, EMILY J. | A - COACH - | 59.50 USD | 59.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |

### ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 9990 | 0 | Wed-31Oct12 02:00 AM | Wed-31Oct12 02:30 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| QUARTLEY, MARJORIE S. | A - COACH - | 59.50 USD | 59.50 USD |
| QUARTLEY, JOSHUA T. | A - COACH - | 59.50 USD | 59.50 USD |
| QUARTLEY, EMILY J. | A - COACH - | 59.50 USD | 59.50 USD |

| Reservation Totals: | Air fare | | 357.00 USD |
|---|---|---|---|

|  |  |  | |
|---|---|---|---|
| Tax | | ☐☐ | 180.00 USD |
| Special Service | | ☐☐ | 0.00 USD |
| **TOTAL** | | ☐☐ | **537.00 USD** |

| **Payment Summary:** | MARJORIE QUARTLEY 07Feb12, MSCD XXXXXXXXXXXX9509 | 537.00 USD | 537.00 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | ☐☐ | **537.00 USD** |