Objecting Parties Notice List

| | | |
|---|---|---|
| Ruby Tennyson<br>3 Hill Clyde Acres<br>Chestertown, NY 12817 | Diane Beauchemin<br>446 Forest Avenue<br>Brockton, MA  02301 | Kathryn A. Walker<br>9212 Saint Catherine Avenue<br>Englewood, FL  34224 |
| Kristin and Jeremiah Shea<br>80 Brewster St.<br>Depew, NY 14043 | Judy Moulton<br>568 Kemp Road<br>Hampton, CT  06247-2025 | Arlington and Deborah Spinner<br>By E-mail:<br>kodiakpower2@yahoo.com |
| Karen Miscia<br>8 Cross St.<br>Natick, MA 01760 | Joyce Ellis<br>101 Blood Road<br>Charlton, MA  01507 | Dawn A. and John A. Cottone<br>319 Fairlawn Drive<br>Torrington, CT  06790 |
| Joseph and Loretta Mombrea<br>407 76th Street<br>Niagara Falls, NY  14304 | Michael and Karel Mace<br>5112 CR27<br>Canton, NY  13617 | Nicole Notidis<br>9 Maplewood Road<br>Millbury, MA  01527 |
| Mona Wallace, RN<br>P.O. Box 95,<br>520 Prairie Ave.<br>Taylor Springs, IL 62089 | Susan Casey<br>P.O. Box 16<br>Grafton, MA  01519 | Theresa A. Drake<br>1 Hiland Road<br>Charlton, MA  01507 |
| Amy King<br>6 Maple Ridge Drive<br>West Chazy, NY 12992 | Cheryl Benz<br>910 Bibbs Street<br>Jacksonville, IL  62650 | Janet G. VanAlstyne<br>924 Grafton Road<br>Chester, VT  05143-8945 |
| Cathy McCool<br>227 Potters Rd.<br>Buffalo, NY 14220 | Patti Groetsema<br>Galesburg-Augusta High School<br>Sr. Class Trip Coordinator<br>1076 N. 37th  Street<br>Galesburg, MI  49053 | Marla L. Given<br>183 Cornelia Street<br>Plattsburgh, NY  12901 |
| Harvey and Anita Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545 | Janet Generous<br>131 Atwoodville Road<br>Mansfield Center, CT  06250 | Cynthia M. Golden<br>123 Greenfield Drive<br>Tonawanda, NY  14150 |
| Joseph E. Kotecki<br>501 Cross St.<br>Peru, IL 61354 | Pearl M. Fuller<br>495 Queen Lake Road<br>Phillipston, MA  01331 | Sue Hunt<br>95 Parkway<br>Maywood, NJ  07607 |
| Sheila J. Van Blarcom<br>24B Stonehouse Lane<br>Keene, NH 03431 | Pamela Meskus<br>79 Holden Street<br>Worcester, MA  01605 | James Shelton<br>95 Parkway<br>Maywood, NJ  07607 |

Barton E. Bailey
24 Mary Lane
P.O. Box 45
Oakford, IL  62673

Margie Quartley
56 Shalamar Court
Gretzville, NY  14068