```
                          United States Bankruptcy Court
                             District of Massachusetts
```

In re:                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2            Date Rcvd: May 22, 2013
                              Form ID: pdf012        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2013.
cr           American Express Travel Related Services Co., Inc.,   200 Vesey Street,   New York, NY   10825
intp        +Cynthia Golden,   123 Greenfield Drive,   Tonawanda, NY 14150-4332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0101-4          User: mbd                 Page 2 of 2               Date Rcvd: May 22, 2013
                              Form ID: pdf012           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2013 at the address(es) listed below:

          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,    ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
           bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
          Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
          Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com,    bankrupt@mirickoconnell.com
          Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
          Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
           jdsternklar@duanemorris.com,    jdsternklar@yahoo.com;mmmilne@duanemorris.com
          Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
           jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
           bankruptcy@sederlaw.com,    kmcgee@sederlaw.com
          Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
           jspagnoli@pbl.com
          Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
          Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
           nicole.caprioli@state.ma.us
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
          Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
           moorman@craigmacauley.com

                                                                                            TOTAL: 33

Cynthia M Golden
123 Greenfield Dr
Tonawanda, NY 14150
May 19, 2013

United States Bankruptcy Court
211 Harold D Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

Re: Southern Sky Air & Tours d/b/a Direct Air
    Chapter 7 Case No. 12-40944-MSH

To Whom It May Concern:

I am writing to object to the Motion requesting the Bankruptcy Court approval of the Agreement for disposition of funds held in depository accounts for Direct Air bankruptcy claims.

The reasons for my objection to extinguishing my rights against VNB in respect of the Position Date Fund distribution are as follows:
- In good faith, I purchased plane tickets from Direct Air which were not honored
- no refund has been received to date
- my bank (debit card purchase) will not refund my money
- I have responded in writing to all prior requests, including necessary documents (April 2012 to Direct Air, Valley National Bank and Platte River Ins Co; May 2012 to this US Bankruptcy Court along with B 10 (Official Form 10); Nov 2012 Official Bankruptcy form to Platte River Ins; Nov 2012 to Capital Insurance Companies)

Attached is a copy of one of those documents detailing dates and amounts of my purchases.

In addition, I am requesting the Court to allow me to participate in the Hearing by phone. I suffer from Progressive Multiple Sclerosis and am unable to travel.

Respectfully submitted,

Cynthia M Golden
Cynthia M Golden
(716) 799-4737

Cc:
Joseph H Baldiga Esq
Chapter 7 trustee for Direct Air
c/o Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Dr, Suite 400
Westborough, MA 01581

[Margin note, left side: 05/22/2013 REQUEST TO APPEAR BY TELEPHONE GRANTED. ON OR BEFORE MAY 31, 2013, THE OBJECTING PARTY SHALL CALL COURTROOM DEPUTY, HALINA MAGEROWSKI, AT (508)770-8927 TO ARRANGE FOR TELEPHONIC ACCESS TO THE HEARING.]