May 21, 2013

United States Bankruptcy Court
211 Harold D. Donahue Federal Bldg & Courthouse
595 Main St
Worcester, MA 01608

Re: Southern Sky Air & Tours, LLC
    d/b/a Direct Air

To whom it may concern,

I am sending in an objection to the ruling regarding my purchase of airline tickets from Direct Air. In good faith I purchased 4 airline tickets from Niagara Falls, New York to Myrtle Beach, SC. The four vouchers were purchased for $676.00 on February 25, 2011. Our plan was to go to Myrtle Beach in April 2012. Before we were able to use the vouchers Direct Air put a hold on all vouchers. I immediately contacted them asking for a refund for the money charged on our credit card.

I believe that I should be reimbursed for the total amount spent on 4 tickets from Niagara Falls, NY to Myrtle Beach, SC. I bought the vouchers in good faith that we would be able to take that flight. We wanted to fly Direct Air because we had heard from other customers the flight was very good for the discounted price that was offered. I do not have a lot of money to waste so I would appreciate being reconsidered for reimbursement of my $676.00. Thank you.

Sincerely,

Debra and Donald Blanding
860 Taylor Rise
Victor, NY 14564

# DIRECTAIR

| Confirmation number: | 1350972 |
|---|---|

Receipt and Itinerary as of Fri-25Feb11 06:00 PM

**DONALD BLANDING**
860 TAYLOR RISE
VICTOR, NY 14564
US

You will need to provide your confirmation number and valid government-issued photo ID at check-in to receive your boarding card.

## ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| FAM (FAMILY)/ ILY (FAMILY) | D1 - 7771 | 0 | Mon-30Apr12 06:00 AM | Mon-30Apr12 07:00 AM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| BLANDING, DONALD W. | O - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| BLANDING, DEBRA L. | O - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| BLANDING, CARLY M. | O - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |
| MEEHAN, MATTHEW C. | O - COACH - | 54.50 USD | 54.50 USD |
|  | TAX - Membership - FAM | 60.00 USD | 60.00 USD |

## ITINERARY:

| FROM/TO | FLIGHT | STOPS | DEPARTURE | ARRIVAL |
|---|---|---|---|---|
| ILY (FAMILY)/ FAM (FAMILY) | D1 - 8881 | 0 | Mon-30Apr12 02:00 PM | Mon-30Apr12 03:00 PM |

| Passenger(s) | Charge Description | Original Amount | Amount |
|---|---|---|---|
| BLANDING, DONALD W. | O - COACH - | 54.50 USD | 54.50 USD |
| BLANDING, DEBRA L. | O - COACH - | 54.50 USD | 54.50 USD |
| BLANDING, CARLY M. | O - COACH - | 54.50 USD | 54.50 USD |
| MEEHAN, MATTHEW C. | O - COACH - | 54.50 USD | 54.50 USD |

| Reservation Totals: | | |
|---|---|---|
| | Air fare | 436.00 USD |
| | Tax | 240.00 USD |
| | Special Service | 0.00 USD |
| | **TOTAL** | **676.00 USD** |

| Payment Summary: | DONALD BLANDING 25Feb11, MSCD XXXXXXXXXXXX5267 | 676.00 USD | 676.00 USD |
|---|---|---|---|
| | **TOTAL PAYMENTS** | | **676.00 USD** |