# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>　　　　　**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## MOTION OF MERRICK BANK CORPORATION TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 5, 2013

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

　　　　Daniel G. Gurfein, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation, respectfully states and prays as follows:

　　　　1.　　On March 4, 2013, the Chapter 7 Trustee filed a motion to approve the proposed form and scope of notice and stipulation (the "Agreement") compromising and settling certain claims to funds held by Valley National Bank [ECF No. 264].

　　　　2.　　The hearing to approve the Agreement is scheduled for June 5, 2013 at 10:00 a.m.

　　　　3.　　Satterlee's office is located in New York, N.Y. and thus, on behalf of both myself and my law partner at Satterlee, Timothy T. Brock, Esq., I thus respectfully request permission to appear by telephone at the hearing.

　　　　WHEREFORE, Daniel G. Gurfein and Timothy T. Brock respectfully request that the Court enter an order allowing them to appear telephonically at the hearing scheduled for June 5, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

1682520_1

Respectfully submitted,

MERRICK BANK CORPORATION

By its counsel,


     /s/ Daniel G. Gurfein
Daniel G. Gurfein
Timothy T. Brock
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9607
Email:  dgurfein@ssbb.com
Email:  tbrock@ssbbcom

Dated: May 30, 2013


### Certificate of Service

I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 30th day of May 2013.


   /s/ Daniel G. Gurfein
Daniel G. Gurfein

1682520_1