**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

05/30/2013 ALLOWED. PARTIES TO CONTACT HALINA MAGEROWSKI AT (508)770-8927 TO MAKE ARRANGEMENTS.

## MOTION OF MERRICK BANK CORPORATION TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 5, 2013

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Daniel G. Gurfein, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation, respectfully states and prays as follows:

1. On March 4, 2013, the Chapter 7 Trustee filed a motion to approve the proposed form and scope of notice and stipulation (the "Agreement") compromising and settling certain claims to funds held by Valley National Bank [ECF No. 264].

2. The hearing to approve the Agreement is scheduled for June 5, 2013 at 10:00 a.m.

3. Satterlee's office is located in New York, N.Y. and thus, on behalf of both myself and my law partner at Satterlee, Timothy T. Brock, Esq., I thus respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Daniel G. Gurfein and Timothy T. Brock respectfully request that the Court enter an order allowing them to appear telephonically at the hearing scheduled for June 5, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

1682520_1