May 27, 2013

U.S. Bankruptcy Clerk's Office
U.S. Bankruptcy Court
595 Main Street
Worster, MA 01608

Claim  #159108-1464
Bond  #41060098
Principal: Myrtle Beach Direct Air

To Whom It May Concern:

I am writing to file an objection to the expungement of my claim against Myrtle Beach Direct Air. On March 18, 2012, I paid $289.78 with a Visa Debit Card for roundtrip airfare. I do not feel my reimbursement should be jeopardized simply because I did not pay with a charge card.

I am requesting my claim be considered for reimbursement.

I am unable to attend a hearing due to the cost and time involved in travel, and am requesting permission to listen via telephone.

Sincerely,

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(716) 799-5719
Dustylew5@yahoo.com