U.S. BANKRUPTCY COURT
211 HAROLD D. DONAHUE FEDERAL BUILDING
595 MAIN ST.
WORCESTER, MA   01608-2076

May 10, 2013                                    CASE #12-40944-MSH

YOUR HONOR(S)

PLEASE ENTER MY OBJECTION FOR EXTINGUISHING MY OPPORTUNITY TO RECEIVE MY PERSONAL TICKET LOSS OF 5/18/12 for $264.20  PAID WITH MY DEBIT CARD (CASH/CHECK ACCT.) DUE TO MY RETURN HOME FLIGHT BEING CANCELLED WHILE I WAS ON VACATION AND LEFT STRANDED WITHOUT WARNING. I HAD USED THE 1st HALF OF MY ROUND-TRIP TICKET 5 DAYS EARLIER, BUT HAD TO SPEND TOP TICKET PRICE TO GET HOME.

IN THE UNITED STATES, I SHOULD BE PROTECTED FROM COMPANIES' THAT KNOWINGLY ALLOW ME TO BOARD A PLANE, WITHHOLDING THEIR INFORMATION THAT I WILL BE "STRANDED" AWAY FROM HOME, ALONE IN 5 DAYS.

RESPECTFULLY SUBMITTED,

Karen J. Nilson
P.O. BOX 73
RICHLAND, MI 49083

FLIGHT CONFIRMATION #1747277
BOND # 41060098