# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| |
|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a<br>DIRECT AIR,<br><br>              Debtor. |

Chapter 7
Case No. 12-40944-MSH

## CERTIFICATE OF SERVICE

I, Jeffrey D. Sternklar, hereby certify that on June 4, 2013, a copy of the *Response of Valley National Bank to Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004*, was served via electronic mail upon the parties and/or their counsel who have registered to receive notices and pleadings in the above-captioned case pursuant to this Court's CM/ECF system.

  /s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar (BBO#549561)
DUANE MORRIS LLP
Suite 2400
100 High Street
Boston, MA  02110
Telephone:  (857) 488-4200
Facsimile:   (857) 401-3034
Email: jdsternklar@duanemorris.com

DM1\3914554.1