United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
    Debtor

Case No. 12-40944-msh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: jk     Page 1 of 3     Date Rcvd: Jun 05, 2013  
                Form ID: pdf012     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2013.

```
aty        +Michael P. Holden,    335 Washington Street,    Suite 4,    Norwell, MA 02061-1900
aty        +Tasha B. Thompson,    PO Box 12265,    Columbia, SC 29211-2265
cr         +Amy King,    6 Maple Ridge Drive,    West Chazy, NY 12992-9739
intp       +Anita Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
intp       +Arlington Spinner,    2812 Military Tpke,    West Chazy, NY 12992-3924
intp       +Barton Bailey,    24 Mary Lane,    PO Box 45,    Oakford, IL 62673-0045
intp       +Brett J. Nizzo,    Riemer & Braunstein LLP,    Times Square Tower,    Suite 2506,
             Seven Times Square,    New York, NY 10036-6546
intp       +Cathy McCool,    227 Potters Road,    Buffalo, NY 14220-2416
intp       +Cheryl Benz,    910 Bibbs Street,    Jacksonville, IL 62650-3038
intp       +Cynthia Caccese,    1 Willow Street #17,    Lockport, NY 14094-4871
intp       +Cynthia Golden,    123 Greenfield Drive,    Tonawanda, NY 14150-4332
intp       +Dawn Cottone,    319 Fairlawn Drive,    Torrington, CT 06790-5866
intp       +Debra Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
intp       +Diane Beauchemin,    446 Forest Avenue,    Brockton, MA 02301-5749
intp       +Donald Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
intp       +Galesburg-Augusta High School,    1076 N. 37th Street,    Galesburg, MI 49053-8817
intp       +Harvey Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
intp       +James Shelton,    95 Parkway,    Maywood, NJ 07607-1524
intp       +Janet Generous,    131Atwoodville Road,    Mansfield Center, CT 06250-1103
intp       +Janet VanAlstyne,    924 Grafton Road,    Chester, Vt 05143-8945
intp       +Jeremiah Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp       +John Cottone,    319 Fairlawn Drive,    Torrington, Ct 06790-5866
intp       +Joseph Kotecki,    501 Cross Street,    Peru, IL 61354-3221
intp       +Joseph Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
intp       +Joyce Ellis,    101 Blood Road,    Charlton, MA 01507-5129
intp       +Kalamazoo County Treasurer,    c/o James Komondy, Esq.,    Law Weathers,    800 Bridgewater Place,
             333 Bridge Street, NW,    Grnad Rapids, MI 49504-5320
intp       +Kalamazoo/Battle Creek International Airport,    c/o James Komondy, Esq.,    Law Weathers,
             800 Bridgewater Place,    333 Bridge Street, NW,    Grand Rapids, MI 49504-5320
intp       +Karel Mace,    5112 County Route 27,    Canton, NY 13617-3278
intp       +Karen Rose Miscia,    8 Cross Street,    Natick, MA 01760-5830
intp       +Karen S. Wilson,    PO Box 73,    Richland, MI 49083-0073
intp       +Kathryn A. Walker,    9212 Saint Catherine Avenue,    Englewood, FL 34224-8409
intp       +Kristen Nero Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp       +Loretta Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
intp       +Margie Quartely,    56 Shalamar Court,    Gertzville, NY 14068-1190
intp       +Marla Given,    183 Cornelia Stereet,    Plattsburgh, NY 12901-2725
intp       +Maura I Russell,    Reimer @ Braunstein LLP,    Times Square Tower,    Suite 2506,
             Seven Times Square,    New York, NY 10036-6546
intp       +Michael M. Mace,    5112 Country Route 27,    Canton, NY 13617-3278
intp       +Mona Wallace,    PO Box 95,    520 Prairie Avenue,    Taylor Springs, IL 62089-0095
intp       +Nicole Notidis,    9 Maplewood Road,    Millbury, MA 01527-4317
intp       +Pamela Meskus,    79 Holden Street,    Worcester, MA 01605-3140
intp       +Pearl Fuller,    495 Queen Lake Road,    Phillipston, MA 01331-9476
intp       +Ronald T. Bevans, Jr.,    1221 Brickell Avenue,    Suite 2660,    Miami, FL 33131-3260
intp       +Ruby Tennyson,    3 Hill Clyde Acres,    Chestertown, NY 12817-2418
intp       +Sheila Van Blarcom,    24B Stonehouse Lane,    Keene, NH 03431-5241
intp       +Steven E. Fox,    Riemer & Braunstein LLP,    Times Square Tower,    Suite 2506,
             Seven Times Square,    New York, NY 10036-6546
intp       +Sue Hunt,    95 Parkway,    Maywood, NJ 07607-1524
intp       +Susan Casey,    PO Box 16,    Grafton, MA 01519-0016
intp       +Theresa Drake,    1 Hiland Road,    Charlton, MA 01507-3015
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0101-4          User: jk                 Page 2 of 3              Date Rcvd: Jun 05, 2013
                              Form ID: pdf012          Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**                          **Signature:**       *Joseph Speetjens*

```
District/off: 0101-4            User: jk                Page 3 of 3              Date Rcvd: Jun 05, 2013
                                Form ID: pdf012         Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2013 at the address(es) listed below:

```
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com,    bankrupt@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,    jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com,    kmcgee@sederlaw.com
              Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
               moorman@craigmacauley.com
                                                                                             TOTAL: 33
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:  )
  )
  )  Chapter 7
SOUTHERN SKY AIR & TOURS, LLC,  )  Case No. 12-40944-MSH
d/b/a DIRECT AIR,  )
  )
  Debtor.  )
  )

### ORDER APPROVING MOTION FOR APPROVAL OF STIPULATION COMPROMISING AND SETTLING CERTAIN CLAIMS TO FUNDS IN DEPOSITORY ACCOUNTS AT VALLEY NATIONAL BANK

Upon the Motion for Approval of Stipulation Compromising and Settling Certain Claims to Funds in Depository Accounts at Valley National Bank ("**Motion**")[1], it is hereby ORDERED AS FOLLOWS:

1. Notice of the Motion and any hearing to consider the Motion

    a. has been provided as required by all applicable statutes and rules, including, without limitation, Fed.R.Bankr.P. 2002 and 9019;

    b. has been provided to all entities (as defined in 11 U.S.C. § 101, hereinafter, "**Entities**") who have as of February 27, 2013 made a claim to Valley National Bank ("VNB") against funds held by VNB in certain depository accounts (the "Petition Date Funds");

    c. information concerning which has been provided on the website of the United States Department of Transportation for a period of at least 30 days prior to the date hereto in a manner which the Court finds is reasonably calculated to afford

---

[1] Capitalized terms not otherwise defined herein shall have the meanings as defined in the Motion.

1421114v7/18355-2

all Entities having or claiming any interest in the Petition Date Funds actual notice of the subject matter of the Motion and a fair and adequate opportunity to be heard thereon;

d. no further notice of the Motion or of any hearing to consider the Motion is necessary or required to bind, and make this Order enforceable against, each and every Entity regardless of whether actual notice was received.

2. The Motion is **ALLOWED** in accordance with this Order.

3. The Stipulation Compromising and Settling Certain Claims to Funds in Depository Accounts at Valley National Bank ("**Stipulation**"), and the compromise of controversies set forth in the Stipulation, shall be and hereby is approved in its entirety.

4. Valley National Bank ("**VNB**") shall neither have nor incur any liability to any Entity (including, without limitation, any Charter Participant, the Debtor and the Trustee) for any act taken or omitted to be taken since the Petition Date in connection with or related to the negotiation, formulation, preparation, dissemination, implementation, administration, and performance of the terms and conditions of the Stipulation, including, without limitation, disbursing the "Settlement Disbursements" (as defined in the Stipulation), except nothing in this paragraph shall relieve VNB of its obligations under the Stipulation.

5. Nothing in this Stipulation shall be construed to affect the rights or claims, if any, of any Party or any other person or entity against any other Party, person or entity (or affect any defenses to such claims or rights) with respect to any matter other than claims in and to the Petition Date Funds, all as more fully set forth in Paragraph 5 of the Stipulation.

1421114v7/18355-2

6.  The terms of this Order shall be binding upon and enforceable against any and all Entities.

DATED: June 5, 2013

SO ORDERED,

/s/ Melvin S. Hoffman

Hon. Melvin S. Hoffman
United States Bankruptcy Judge

3

1421114v7/18355-2