# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
)
In re:                                                                    )         Case No. 12-40944 (MSH)
                                                                              )
SOUTHERN SKY AIR & TOURS, LLC           )         Chapter 7
D/B/A DIRECT AIR,                                           )
                                                                              )
                        Debtor.                                      )
_____)

## MOTION BY THE UNITED STATES TO APPEAR
## TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 25, 2013

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1.      On May 21, 2013, Merrick Bank Corporation filed a motion for authority to conduct examinations pursuant to Bankruptcy Rule 2004 (Docket No. 327).

2.      The Court has scheduled a hearing on this motion for June 25, 2013 at 10:00 a.m.

3.      My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for June 25, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

June 12, 2013                                       Respectfully submitted,

                                                 STUART F. DELERY
Acting Assistant Attorney General

Christopher R. Donato
Assistant United States Attorney
BBO #628907
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Telephone: (617) 748-3303

/s/Andrea Horowitz Handel
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
ANDREA HOROWITZ  HANDEL
Civil Division
Department of Justice
Post Office Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0358
Facsimile: (202) 514-9163
Email: andrea.handel@usdoj.gov

Attorneys for the United States


Certificate of Service

     I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 12th day of June 2013.


/s/ Andrea Horowitz Handel
Andrea Horowitz Handel

2