# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC<br>D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. |  |

06/12/2013 ALLOWED.

## MOTION BY THE UNITED STATES TO APPEAR
## TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 25, 2013

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On May 21, 2013, Merrick Bank Corporation filed a motion for authority to conduct examinations pursuant to Bankruptcy Rule 2004 (Docket No. 327).

2. The Court has scheduled a hearing on this motion for June 25, 2013 at 10:00 a.m.

3. My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for June 25, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.