UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-40944-MSH |

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2012, I caused copies of the *Notice of Nonevidentiary Hearing Regarding the Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004 – Made With the Chapter 7 Trustee's Assent* to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List.

Timothy T. Brock
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Phone: (212) 818-9200
Fax: (212) 818-9607
Email: tbrock@ssbb.com

*Counsel to Merrick Bank Corporation*

Dated: June 12, 2013

1

1696283_1

# SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Joseph R. Baldiga, Esq.<br>Mirick, O'Connell, DeMallie<br>& Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>(Chapter 7 Trustee)<br>**VIA ECF** | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General, Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth of Massachusetts)<br>**VIA ECF** |
| Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>Commercial Litigation Branch, P. O. Box 875<br>Washington, DC 20044<br>(Counsel to United States)<br>**VIA ECF** | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>**VIA ECF** |
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** |

1696283_1

| | | |
|---|---|---|
| William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internationals, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** |
| David M. Nickless, Esq.<br>Nickless, Phillips & O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert)<br>**VIA ECF** | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Stukes Atwood, LLC /<br>Donald Stukes, Principal /<br>ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601 |
| Mary Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527 | Cale Benner<br>16011 Quinn Road<br>Myrtle Beach, SC 29579 | Bruce Carusi, Principal<br>BJC Investments LLC<br>P.O. Box 203<br>Mill Neck, NY 11765 |
| Reese Boyd, III, Esq.<br>Boyd Goldfinch Law Firm<br>P.O. Box 15358<br>Myrtle Beach, SC 29587 | Clay Brittain<br>1314 Professional Drive<br>Myrtle Beach, SC 29572 | The Estate of David Brittain<br>5700 Canterbury Lane<br>Myrtle Beach, SC 29577 |
| Matthew Brittain<br>5633 Woodside Drive<br>Myrtle Beach, SC 29577 | Bush/Ross<br>1801 North Highland Avenue<br>Tampa, FL 33602 | Jeffry Conry /<br>King Williams Aviation, LLC<br>c/o Corporation Service Ctr<br>1703 Laurel Street<br>Columbia, SC 29201 |
| Horry County State Bank<br>1701 North Oak Street<br>Myrtle Beach, SC 29577 | XTRA Airways<br>Suite 304<br>800 West Idaho Street<br>Boise, ID 83702 | Crescent Bank<br>991 38th Avenue North<br>Myrtle Beach, SC 29577 |

1696283_1

The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV
P.O. Box 68
Prosperity, WV 25909

The Owner or Partner Most Knowledgeable about the Property Located at 1334 Ritter Avenue, Glenn Daniels, WV
1334 Ritter Avenue
Glen Daniels, WV 25832

Wachovia/Wells Fargo
c/o John Vian, Esq.
and Brian Hall, Esq.
Smith, Gambrell & Russell, LLP
1230 Peachtree Street N.E., Suite 3100
Atlanta, GA 30309

Wayne Greene
wngreene@gmail.com
VIA EMAIL

Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Washington, DC 20036-6802

Robert Giordano
10 Goldsmith Drive
Holmdel, NJ 07733

Robert Keilman
c/o F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street, 19th Floor
Baltimore, MD 21202

Jeffry Conry /
Avondale Aviation I, LLC
King Williams Holdings, LLC
/ Avondale Ventures, LLC
Suite 300
1629 K Street, NW
Washington, DC 20006

Susan B. Jollie, Esq.
Law Offices of Susan B. Jollie
7503 Walton Lane
Annandale, VA 22003

Thomas Mastro
24 Wright Ave.
Malverne, NY 11565

MLB Management Services
P.O. Box 938
Conway, SC 29528

Stuart Schabes, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street, 19th Floor
Baltimore, MD 21202

Frank Visconti, President
Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811

Patricia Small
353 Deerfield Links Drive
Surfside Beach, SC 29575

Thomas Lowe
1032 Great Lakes Circle
Myrtle Beach, SC 29588

James Tull
1414 Highland Circle
Myrtle Beach, SC 29578

Robert Wardlow
89 Clyde Avenue
Hopelawn, NJ 08861

Romans 828, LLC
P.O. Box 249
Myrtle Beach, SC 29572

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579

Larry Young
1500 Legends Drive
Myrtle Beach, SC 29578

1696283_1