UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | **CHAPTER 7** |
| **SOUTHERN SKY AIR & TOURS, LLC D/B/A** | ) | |
| **DIRECT AIR,** | ) | **Case No. 12-40944-MSH** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY R. HAWORTH

Pursuant to MLBR 9010-1(b), the undersigned hereby respectfully requests that this Court enter an order admitting Gregory R. Haworth of Duane Morris LLP to practice before this Court *pro hac vice* as counsel to Valley National Bank, a creditor and party-in-interest in the above-captioned chapter 11 case. In support of this Motion, the undersigned represents as follows:

1.      MLBR 9010-1(b) provides that an attorney who is a member in good standing of another jurisdiction may appear and practice in this Court in a particular case by leave granted in the discretion of the Court.

2.      The accompanying Certificate of Gregory R. Haworth, attached as Exhibit A, states that: (a) he is a member in good standing of the Bar of the State of New Jersey, as well as a member in good standing before the United States Courts of Appeals for the Second and Third Circuits, and the United States District Court for the District of New Jersey; (b) there are currently no disciplinary proceedings pending against him as a member of the Bar of any jurisdiction; (c) he has made no other prior application to be specially admitted to this Court during this calendar year; and (d) he is familiar with the MLBR.

WHEREFORE, the undersigned respectfully requests that this Court enter an order substantially in the form of Exhibit B admitting Gregory R. Haworth to practice before this Court *pro hac vice* as counsel to Valley National Bank, and grant such other and further relief as this Court deems just and proper.

Dated:  June 18, 2013                    Respectfully submitted,

Gregory R. Haworth
E-mail:grhaworth@duanemorris.com
DUANE MORRIS LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: +1 973 424 2014
Fax: +1 973 424 2001

                                                           -and-

*/s/ Jeffrey D. Sternklar*
Jeffrey D. Sternklar (BBO# 549561)
E-mail:jdsternklar@duanemorris.com
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: +1 857 488 4200
Fax: +1 857 488 4201

*Counsel for Valley National Bank*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey D. Sternklar, hereby certify that on June 18, 2013, a copy of the *Motion for Admission Pro Hac Vice of Gregory R. Haworth* was served via electronic mail upon the parties and/or their counsel who have registered to receive notices and pleadings in the above-captioned case pursuant to this Court's CM/ECF system.

 /s/ Jeffrey D. Sternklar
Jeffrey D. Sternklar (BBO#549561)
DUANE MORRIS LLP
Suite 2400
100 High Street
Boston, MA  02110
Telephone:    (857) 488-4200
Facsimile:     (857) 401-3034
Email: jdsternklar@duanemorris.com

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **CHAPTER 7** |
| **SOUTHERN SKY AIR & TOURS, LLC D/B/A** | ) |
| **DIRECT AIR,** | ) **Case No. 12-40944-MSH** |
| | ) |
| Debtor. | ) |
| | ) |

### MLBR 9010-1(b) CERTIFICATE FOR ADMISSION
### _PRO HAC VICE_ OF GREGORY R. HAWORTH

I, Gregory R. Haworth, hereby aver and say:

1.      I am a member of the Bar of the State of New Jersey, and I am also admitted to practice before the United States Courts of Appeals for the Second and Third Circuits, and the United States District Court for the District of New Jersey.

2.      I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

3.      There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4.      I have made no other prior application to be specially admitted to this Court during this calendar year.

5.      I am familiar with the MLBR.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2013.

Gregory R. Haworth
E-mail:grhaworth@duanemorris.com
DUANE MORRIS LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Telephone: +1 973 424 2014
Fax: +1 973 424 2001

# **Exhibit B**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| **SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR,** | ) **CHAPTER 7** |
|  | ) |
|  | ) **Case No. 12-40944-MSH** |
| Debtor. | ) |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF GREGORY R. HAWORTH

This Court having considered the Motion for Admission *Pro Hac Vice* of Gregory R. Haworth (the "Motion") and the supporting Certificate of Gregory R. Haworth, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Gregory R. Haworth is authorized to appear and practice *pro hac vice* on behalf of Valley National Bank in the above-captioned chapter 11 case.

Dated: Worcester, Massachusetts
      June __, 2013

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE