UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a<br>DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION**

I, Gregory R. Haworth, hereby declare under penalty of perjury that all of the information contained in my MLBR 9010-1(b) Certificate for Admission *Pro Hac Vice* of Gregory R. Haworth (the "Document"), filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this Declaration may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered user for a period of five (5) years after the closing of this case.

DATED:    June 18, 2013

_____
Gregory R. Haworth

## PART II – DECLARATION OF ATTORNEY

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed.R.Bankr.P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

DATED:    June 18, 2013                                /s/ Jeffrey D. Sternklar
                                                       Jeffrey D. Sternklar