**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**MOTION OF MERRICK BANK CORPORATION TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 25, 2013**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Timothy T. Brock, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation ("Merrick"), respectfully states and prays as follows:

1. On May 21, 2013, Merrick filed a motion (the "Merrick 2004 Motion") requesting that the Court grant it the authority to pursue discovery pursuant to Federal Rule of Bankruptcy Procedure 2004 to the same extent and of the same parties that the Court has granted such authority to Joseph H. Baldiga, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of the Debtor in the above-captioned bankruptcy case [ECF No. 327].

2. The Trustee has assented to the relief sought by Merrick in the Merrick 2004 Motion [see ECF No. 327 at ¶ 39].

3. Valley National Bank ("VNB") has made certain objections in its "Response of Valley National Bank" to the Motion filed on June 4, 2013 [ECF No. 347].

4. The hearing on the Merrick 2004 Motion is scheduled for June 25, 2013 at 10:00 a.m. (the "Hearing").

5. Merrick is currently negotiating with VNB in an effort to resolve VNB's objections to the Motion prior to the scheduled Hearing.

6. Assuming that the Hearing would be held as presently scheduled, a personal appearance on Merrick's behalf would seem potentially unnecessary, especially given the fact that Satterlee's office is located in New York, N.Y.

7. On behalf of both myself and my law partner at Satterlee, Daniel G. Gurfein, Esq., I therefore respectfully request permission to appear by telephone at the Hearing.

WHEREFORE, Timothy T. Brock and Daniel G. Gurfein respectfully request that the Court enter an order allowing them to appear telephonically at the hearing scheduled for June 25, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

Respectfully submitted,

MERRICK BANK CORPORATION

By its counsel,

  /s Timothy T. Brock
Timothy T. Brock
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Phone: (212) 818-9200
Fax: (212) 818-9607
Email: tbrock@ssbb.com
Email: dgurfein@ssbb.com

Dated: June 19, 2013

1682520_3

## Certificate of Service

I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 19th day of June 2013.

    /s Timothy T. Brock_____
Timothy T. Brock

1682520_3