**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>   **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**MOTION OF MERRICK BANK CORPORATION TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR JUNE 25, 2013**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Timothy T. Brock, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation ("Merrick"), respectfully states and prays as follows:

1. On May 21, 2013, Merrick filed a motion (the "Merrick 2004 Motion") requesting that the Court grant it the authority to pursue discovery pursuant to Federal Rule of Bankruptcy Procedure 2004 to the same extent and of the same parties that the Court has granted such authority to Joseph H. Baldiga, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of the Debtor in the above-captioned bankruptcy case [ECF No. 327].

2. The Trustee has assented to the relief sought by Merrick in the Merrick 2004 Motion [see ECF No. 327 at ¶ 39].

3. Valley National Bank ("VNB") has made certain objections in its "Response of Valley National Bank" to the Motion filed on June 4, 2013 [ECF No. 347].

4. The hearing on the Merrick 2004 Motion is scheduled for June 25, 2013 at 10:00 a.m. (the "Hearing").

*[Left margin annotation: 06/19/2013 ALLOWED. THE COURT WILL CONTACT THE ATTORNEYS TO MAKE ARRANGEMENTS. /s/ Melvin S. Hoffman]*

1682520_3