**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>　　　　　　Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Reply of Merrick Bank Corporation to the Response of Valley National Bank and in Further support of the Motion of Merrick Bank Corporation for Authority to Conduct Examinations Pursuant to Bankruptcy Rule 2004* has been served by electronic mail on all parties on the Court's ECF system this 23rd day of June 2013.

　　　　　　　　　　　　　　　　　　　　　／s Timothy T. Brock _____
　　　　　　　　　　　　　　　　　　　　　Timothy T. Brock
　　　　　　　　　　　　　　　　　　　　　Satterlee Stephens Burke & Burke LLP
　　　　　　　　　　　　　　　　　　　　　230 Park Avenue, 11th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　　　Phone:  (212) 818-9200
　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 818-9607
　　　　　　　　　　　　　　　　　　　　　Email:  tbrock@ssbb.com

Dated: June 23, 2013

1704285_1