# EXHIBIT A

## NOTICE TO CLAIMANTS/CLAIM FORM

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, Bond No. 41060098, (ii) certain accounts held at Valley National Bank, and/or (iii) the bankruptcy estate of the above-referenced Debtor. Due to a large number of duplicative and/or subsequently satisfied claims, on July ___, 2013, the Bankruptcy Court entered an Order approving a new, final claims reconciliation process. Even if you previously submitted a claim, <u>you must fill out this Claim Form and return it as set forth below</u>, or you will not be entitled to receive any distribution made to claimants.

1. <u>Current Contact Information of Consumer Claimant</u>:

    Name: _____

    Address: _____

    City, State/Zip Code: _____

    Phone Number: _____ Email: _____

2. <u>Claim Asserted by Consumer</u>:

    ☐ After application of all offsets, credit and refunds received by me, I no longer have a claim in connection with the above-referenced Debtor's bankruptcy case; or

    ☐ After application of all offsets, credits and refunds received by me, I wish to assert a claim in the Debtor's bankruptcy estate in the amount of $_____ pursuant to 11 U.S.C. Section 507(a)(7). I understand and acknowledge that this claim supersedes any and all claim(s) previously asserted by me in connection with the above-referenced Debtor's bankruptcy case. I am enclosing copies of documents in support of my claim.[1]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM AMOUNT REFLECTS ALL CREDITS AND/OR CHARGEBACKS I HAVE RECEIVED IN CONNECTION WITH MY CLAIM.**

_____
(sign your name here)

3. <u>You Must Return This Claim Form by July ___, 2013</u>:
    a. Fax this Claim Form to: 508.983.6243; or
    b. Email this Claim Form to: kdellechiaie@mirickoconnell.com; or
    c. Mail this Claim Form to: Mirick, O'Connell, DeMallie & Lougee, LLP
        Attn: Kimberly M. DelleChiaie, Paralegal
        100 Front Street
        Worcester, MA 01608

---

[1] If copies of supporting documents have already been submitted with the original claim, it is not necessary to submit copies of supporting documents.