UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | ) CHAPTER 7 |
| | ) Case No. 12-40944-MSH |
| Debtor. | ) |

### ORDER GRANTING MOTION FOR ADMISSION
### _PRO HAC VICE_ OF GREGORY R. HAWORTH

This Court having considered the Motion for Admission *Pro Hac Vice* of Gregory R. Haworth (the "Motion") and the supporting Certificate of Gregory R. Haworth, and good cause appearing therefor,

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

The Motion is granted.

Gregory R. Haworth is authorized to appear and practice *pro hac vice* on behalf of Valley National Bank in the above-captioned chapter 11 case.

Dated: Worcester, Massachusetts
June 24, 2013

_____
MELVIN S. HOFFMAN
UNITED STATES BANKRUPTCY JUDGE

DM3\2548409.1