## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>       **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER ALLOWING MERRICK BANK CORPORATION'S MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATIONS

The motion filed on May 21, 2013 (the "Motion") by Merrick Bank Corporation ("Merrick") having come on for hearing this day, for the reasons set forth on the record of the hearing the Court finding that the Motion is in the best interest of the bankruptcy estate (the "Estate") of the Debtor Southern Sky Air & Tours, LLC d/b/a Direct Air, and overruling the Response (the "Response") [ECF No. 327] filed by Valley National Bank ("VNB") objecting to the relief sought by Merrick in the Motion; sufficient notice of the Motion having been given; and no other objection to the Motion having been filed;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.   The Motion is ALLOWED; and

2.   The Response is OVERRULED; and

3.   Merrick is authorized pursuant to Fed. R. Bankr. P. 2004 to conduct examinations to the same extent, and on the same parties, as Joseph H. Baldiga, Chapter 7 trustee of the Estate, as set forth in the Court's prior Order entered on May 22, 2012 and attached as Exhibit A to the Motion, provided Merrick coordinates and cooperates with the Trustee, avoids duplicative discovery and the imposition of any undue burden upon persons subject to such Rule 2004 examinations, and shares with the Trustee all 2004 discovery obtained.

Dated: _June 25_ , 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge