UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. | |

*[Margin notation: 07/24/2013 ALLOWED. THE COURT WILL CALL MS. HANDEL JUST BEFORE THE HEARING. (signed)]*

**MOTION BY THE UNITED STATES TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR AUGUST 7, 2013**

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1.  On June 24, 2013, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for, among other things, an order approving charter participant claim reconciliation process (Docket No. 360).

2.  The Court has scheduled a hearing on this motion for August 7, 2013 at 10:00 a.m. (Docket No. 366).

3.  My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for August 7, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.