

07/25/2013 ALLOWED. THE COURT WILL CALL ATTORNEY BROCK JUST BEFORE THE HEARING.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

**MOTION OF MERRICK BANK CORPORATION TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR AUGUST 7, 2013**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Timothy T. Brock, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation ("Merrick"), respectfully states and prays as follows:

1. On June 24, 2013, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for, among other things, an order approving charter participant claim reconciliation process [ECF No. 360].

2. The Court has scheduled a hearing on this motion for August 7, 2013 at 10:00 a.m. [ECF No. 366].

3. Because Satterlee's office is located in New York, N.Y, I therefore respectfully request permission to appear by telephone at the Hearing, on behalf of both myself and my law partner at Satterlee, Daniel G. Gurfein, Esq.

WHEREFORE, Timothy T. Brock and Daniel G. Gurfein respectfully request that the Court enter an order allowing them to appear telephonically at the hearing scheduled for August 7, 2013 at 10:00 a.m. and grant such further relief as deemed necessary.

1728528_1