# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### SUPPLEMENT TO MOTION OF CHAPTER 7 TRUSTEE FOR ORDER
### (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS,
### (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS, AND
### (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby supplements the Motion for Order (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participants Claims, and (III) Extending Claim Bar Date for Charter Participants (Dkt. No. 360) (the "Claim Reconciliation Motion") filed by the Trustee on June 24, 2013.

1. In the Claim Reconciliation Motion, the Trustee seeks approval of, among other things, a process to address claims of certain "unreimbursed charter participants." In connection therewith, the Trustee attached a proposed "Claim Notice" as Exhibit A to the Claim Reconciliation Motion. The Trustee also filed a proposed Order approving the Claim Reconciliation Motion.

{Practice Areas/CORP/15008/14190/A2352978.DOC}

2. The Department of Transportation and Merrick Bank, via counsel, subsequently provided the Trustee with input on the proposed Claim Notice. Based on this input, the Trustee has developed a revised proposed Claim Notice and a revised proposed Order.

3. The following documents are attached to this Supplement:

   a. **Exhibit A**: revised Claim Notice;

   b. **Exhibit B**: redlined Claim Notice (showing changes to the previously-filed version);

   c. **Exhibit C**: revised proposed Order; and

   d. **Exhibit D**: redlined proposed Order (showing changes to the previously-filed version).

4. At the hearing regarding the Claims Reconciliation Motion on August 7, 2013, the Trustee intends to request that this Court approve the revised Claim Notice attached as **Exhibit A** and enter the revised Order attached as **Exhibit C**.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Gina Barbieri O'Neil
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898.1501
Fax: (508) 898.1502
Email: jbaldiga@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated: July 26, 2013

# EXHIBIT A

## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER ___, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. **Even though you previously submitted a claim, you must complete and execute this Claim Form and return it as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.**

1. Current Contact Information of Consumer Claimant:

    Name: _____

    Address: _____

    City, State/Zip Code: _____

    Phone Number: _____ Email: _____

2. Claim Still Asserted by Consumer:

    I still hold a claim in the Debtor's bankruptcy case in the amount of $_____, after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

    I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

    If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant on a separate attachment.

    I am enclosing copies of documents in support of my claim.[1]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM AMOUNT REFLECTS ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED IN CONNECTION WITH MY CLAIM.**

_____
(sign your name here)

3. **You Must Return This Claim Form by September ___, 2013**:

    a. Fax this Claim Form to:     508.983.6243; or

    b. Email this Claim Form to:   kdellechiaie@mirickoconnell.com; or

    c. Mail this Claim Form to:    Mirick, O'Connell, DeMallie & Lougee, LLP
                                   Attn: Kimberly M. DelleChiaie, Paralegal
                                   100 Front Street
                                   Worcester, MA 01608

---

[1] It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

# EXHIBIT B

## IMPORTANT NOTICE TO CLAIMANTS/ AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER __, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, ~~Bond No. 41060098,~~ (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate ~~of the above-referenced Debtor.~~. Due to a large number of duplicative and/or subsequently satisfied claims, on ~~July~~ ___, August 7, 2013, the Bankruptcy Court entered an Order approving a new~~, final~~ claims reconciliation process~~.~~ including this Notice. Even ~~if~~though you previously submitted a claim, you must ~~fill out~~complete and execute this Claim Form and return it as set forth below, or your claim will be disallowed and you will not ~~be entitled to~~ receive any distribution ~~made to claimants~~to which you might otherwise be entitled.

1.  Current Contact Information of Consumer Claimant:

    Name: _____

    Address: _____

    City, State/Zip Code: _____

    Phone Number: _____ Email: _____

2.  Claim Still Asserted by Consumer:

    ☐ ~~After application of all offsets, credit and refunds received by me, I no longer have~~still hold a claim in ~~connection with the above-referenced~~ the Debtor's bankruptcy case~~; or~~

    ☐ ~~After~~ in the amount of $_____, after application of all ~~offsets,~~ credits, offsets and refunds received by me~~, I wish~~ (including, but not limited to ~~assert~~, any receipt of a ~~claim in the Debtor's bankruptcy estate in the amount of $_____ pursuant to 11 U.S.C. Section 507(a)(7).~~ refund or "chargeback" through my credit card or debit card account).

    I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in ~~connection with the~~ ~~above-referenced~~ Debtor's bankruptcy case.

    If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant on a separate attachment.

    I am enclosing copies of documents in support of my claim.[1]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM AMOUNT REFLECTS ALL CREDITS ~~AND/OR~~, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED IN CONNECTION WITH MY CLAIM.**

_____

---

[1] ~~If copies of supporting documents have already been submitted with the original claim, it~~It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

(sign your name here)

3. **You Must Return This Claim Form by ~~July~~September ____, 2013**:

    a.    Fax this Claim Form to:    508.983.6243; or

    b.    Email this Claim Form to:    kdellechiaie@mirickoconnell.com; or

    c.    Mail this Claim Form to:    Mirick, O'Connell, DeMallie & Lougee, LLP
                                                      Attn: Kimberly M. DelleChiaie, Paralegal
                                                      100 Front Street
                                                      Worcester, MA  01608

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS AND (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS**

Upon the motion (the "Motion") filed on June 24, 2013 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims and (III) Extending Claim Bar date for Charter Participants; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed;

2. The Claim Notice attached to the Motion as Exhibit A is approved, as amended and filed on August __, 2013;

3. The deadline for Charter Participants (as defined in the Motion) to file prepetition claims against the Estate is hereby extended to seven (7) days following entry of this Order (the "Extended Bar Date");

4. No later than fourteen (14) days after entry of this Order, the Trustee shall mail the Claim Notice to all Charter Participants that asserted Claims against the Bond, the VNB Account, and the Estate;

5. The claims of all Charter Participants who submit claims consistent with the Claims Notice shall be accorded Bankruptcy Code § 507(a)(7) priority up to the amount of $2,600.00, with the balance of any claim over $2,600.00 treated as a general unsecured claim; provided, however, that nothing herein shall prevent any party in interest, including the Trustee, from objecting to any claims submitted, for any reason including the priority treatment of any claim; and

6. All Claims (as defined in the Motion) filed through the Extended Bar Date are deemed disallowed.

Dated: _____, 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS AND (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS**

Upon the motion (the "Motion") filed on June 24, 2013 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims and (III) Extending Claim Bar date for Charter Participants; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed;

2. The Claim Notice attached to the Motion as Exhibit A is approved;, as amended and filed on August __, 2013;

3. The deadline for Charter Participants (as defined in the Motion) to file prepetition claims against the Estate is hereby extended to seven (7) days following entry of this Order (the "Extended Bar Date");

4. No later than ten (10 fourteen (14) days after entry of this Order, the Trustee shall mail the Claim Notice to all Charter Participants that asserted Claims against the Bond, the VNB Account, and the Estate; and

{Practice Areas/CORP/15008/14190/A2353073.DOCX}[Ver:3]

5. The claims of all Charter Participants who submit claims consistent with the Claims Notice shall be accorded Bankruptcy Code § 507(a)(7) priority up to the amount of $2,600.00, with the balance of any claim over $2,600.00 treated as a general unsecured claim; provided, however, that nothing herein shall prevent any party in interest, including the Trustee, from objecting to any claims submitted, for any reason including the priority treatment of any claim; and

6. All Claims (as defined in the Motion) filed through the Extended Bar Date are deemed disallowed.

Dated: _____, 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge