UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

Supplement to Motion of Chapter 7 Trustee For Order (I) Approving
Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter
Participants, (II) Disallowing Certain Charter Participant Claims, and (III) Extending
Claim Bar Date for Charter Participants, with proposed Order.

Dated: July 29, 2013

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: goneil@mirickoconnell.com

1

{Practice Areas/CORP/15008/14190/A2353405.DOC}

## SERVICE LIST

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF on 7/26/13**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF on 7/26/13**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF on 7/26/13**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF on 7/26/13**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF on 7/26/13**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF on 7/26/13**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF on 7/26/13**

2

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF on 7/26/13** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF on 7/26/13** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF on 7/26/13** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF on 7/26/13** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF on 7/26/13** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF on 7/26/13** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF on 7/26/13** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |

{Practice Areas/CORP/15008/14190/A2353405.DOC}

Horry County Department of Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court, Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite 400
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party/Postpetition Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

U.S. Department of Transportation
Office of the Secretary of Transportation
Immediate Office of General Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel, Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of America - Department of Justice/NOA)
**VIA ECF on 7/26/13**

John T. Vian, Esq.
Smith, Gambrell & Russell, LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Transportation Security
Association
Attn: Chief Counsel - TSA-2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank Torbert/NOA)
**VIA ECF on 7/26/13**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy, Inc.)

Tasha B. Thompson, Esq.
South Carolina Department of Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina Department of Revenue)

Christa Fornarotto
Associate Administrator for Airports
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County Department of Airports)
**VIA ECF on 7/26/13**

Department of the Treasury
Financial Management Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for Aviation Enforcement & Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)