**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>              **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Response and Limited Objection of Merrick Bank Corporation to the Claims Reconciliation Motion of the Chapter 7 Trustee* has been served by electronic mail on all parties on the Court's ECF system this 29th day of July 2013.

        ___/s Timothy T. Brock_____
        Timothy T. Brock
        Satterlee Stephens Burke & Burke LLP
        230 Park Avenue, 11th Floor
        New York, NY 10169
        Phone:  (212) 818-9200
        Fax:  (212) 818-9607
        Email:  tbrock@ssbb.com

Dated: July 29, 2013

1731174_1