## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER    , 2013
### IF YOU STILL ARE ASSERTING A CLAIM

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

*FILED IN OPEN COURT*
*8 7 2013*
*AT*
*U.S. BANKRUPTCY COURT*
*DISTRICT OF MASSACHUSETTS*
*Halina Maserowski*

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate.  Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice.  <u>Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September    , 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.</u>

1.  <u>Current Contact Information of Consumer Claimant:</u>

   Name: _____

   Address: _____

   City, State/Zip Code: _____

   Phone Number: _____ Email: _____

2.  <u>Claim Still Asserted by Consumer:</u>

   I still hold a claim in the Debtor's bankruptcy case in the amount of $_____ after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

   <u>If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.</u>

   Name: _____        Name: _____

   Name: _____        Name: _____

   ☐ If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.

   ☐ If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $_____.

*Continued on reverse side.*

I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

I am enclosing copies of documents in support of my claim.[1]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM AMOUNT REFLECTS ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED IN CONNECTION WITH MY CLAIM.**

_____

(sign your name here)

3.    **You Must Return This Claim Form by September ____, 2013**:

     a.     Fax this Claim Form to:     508.983.6243; or

     b.     Email this Claim Form to:     kdellechiaie@mirickoconnell.com; or

     c.     Mail this Claim Form to:     Mirick, O'Connell, DeMallie & Lougee, LLP
                                                      Attn:  Kimberly M. DelleChiaie, Paralegal
                                                      100 Front Street
                                                     Worcester, MA  01608

---

[1]    It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER ___, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

**You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. <u>Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September ___, 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.</u>**

1.   <u>Current Contact Information of Consumer Claimant:</u>

Name: _____

Address: _____

City, State/Zip Code: _____

Phone Number: _____ Email: _____

2.   <u>Claim Still Asserted by Consumer:</u>

I still hold a claim in the Debtor's bankruptcy case in the amount of $_____;$_____ _____ after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

~~I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.~~

<u>If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.</u>

Name: _____         Name: _____

Name: _____         Name: _____

☐  <u>If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.</u>

☐  <u>If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $_____.</u>

*Continued on reverse side.*

Case 12-40944    Doc 376    Filed 08/07/13    Entered 08/07/13 13:49:37    Desc Main
Document       Page 5 of 5

<u>I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.</u>

I am enclosing copies of documents in support of my claim.[1]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM AMOUNT REFLECTS ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED IN CONNECTION WITH MY CLAIM.**

_____

(sign your name here)

3.  **You Must Return This Claim Form by September_____, 2013:**

    a.    Fax this Claim Form to:    508.983.6243; or

    b.    Email this Claim Form to:    kdellechiaie@mirickoconnell.com; or

    c.    Mail this Claim Form to:    Mirick, O'Connell, DeMallie & Lougee, LLP
    Attn: Kimberly M. DelleChiaie, Paralegal
    100 Front Street
    Worcester, MA 01608

---

[1]  It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.