UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air    **Case Number:** 12-40944    (MSH)    **Ch:** 7

Telephonic Hearing on #360 Motion of the Chapter 7 Trustee, Joseph H. Baldiga, For Order (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, and (II) Disallowing Certain Charter Participant Claims, and (III) Extending Claim Bar Date for Charter Participants and #373 Supplement Thereto and #375 Response and Limited Objection of Merrick Bank Corporation.

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

PROPOSED ORDER WITH A REVISED FORM OF NOTICE TO CLAIMANTS SHALL BE FILED BY THURSDAY, AUGUST 8, 2013 IN WORD FORMAT TO MSH@MAB.USCOURTS.GOV AND ALSO PUT ON THE DOCKET.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 08/07/2013

Melvin S. Hoffman
United States Bankruptcy Judge