## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### SECOND SUPPLEMENT TO MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS, AND (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby further supplements the Motion for Order (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participants Claims, and (III) Extending Claim Bar Date for Charter Participants (Dkt. No. 360) (the "Claim Reconciliation Motion") filed by the Trustee on June 24, 2013.

1.    In the Claim Reconciliation Motion, the Trustee seeks approval of, among other things, a process to address claims of certain "unreimbursed charter participants." In connection therewith, the Trustee attached a proposed "Claim Notice" as Exhibit A to the Claim Reconciliation Motion. The Trustee also filed a proposed Order approving the Claim Reconciliation Motion.

2.      At the hearing on the Claim Reconciliation Motion on August 7, 2013, this Court

directed the Trustee to file a further-revised Claim Notice and a further revised proposed Order

to incorporate certain edits discussed at the hearing.

3.      The following documents are attached to this Supplement:

a.      **Exhibit A**: revised Claim Notice;

b.      **Exhibit B**: redlined Claim Notice (showing changes to the version

submitted at the hearing);

c.      **Exhibit C**: revised proposed Order; and

d.      **Exhibit D**: redlined proposed Order (showing changes to the version

submitted at the hearing).


Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,


/s/ Gina Barbieri O'Neil
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: (508) 898.1501
Fax:    (508) 898.1502
Email: jbaldiga@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated: August 8, 2013

# EXHIBIT A

## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER 25, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**United States Bankruptcy Court, District of Massachusetts**
**Chapter 7, Case No. 12-40944-MSH**

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. **Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September 25, 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.**

1.  Current Contact Information of Consumer Claimant:

    Name: _____

    Address: _____

    City, State/Zip Code: _____

    Phone Number: _____ Email: _____

2.  Claim Still Asserted by Consumer:

    I still hold a claim in the Debtor's bankruptcy case in the amount of $_____ after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

    **Please enclose documentation in support of your claim.** [1]

    If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.

    Name: _____        Name: _____

    Name: _____        Name: _____

    ☐ If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.

    ☐ If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $_____.

*Continued on reverse side.*

---

[1]   It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM IS ALL I AM STILL OWED AND THAT ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED HAVE BEEN DEDUCTED FROM MY CLAIM.**

_____

(sign your name here)

3.    **You Must Return This Claim Form So It Is Received By September 25, 2013**:

    a.    Fax this Claim Form to:        508.983.6243; or

    b.    Email this Claim Form to:      kdellechiaie@mirickoconnell.com; or

    c.    Mail this Claim Form to:       Mirick, O'Connell, DeMallie & Lougee, LLP
                                                Attn:  Kimberly M. DelleChiaie, Paralegal
                                                100 Front Street
                                                Worcester, MA  01608

(It is not necessary to file this Claim Form with the Bankruptcy Court.)

4.    If you have any questions about this Claim Form, feel free to call (508) 791-8500 and ask to speak to a representative about the "Direct Air Claim Form."

# EXHIBIT B

### IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER ─25, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**United States Bankruptcy Court, District of Massachusetts**
**Chapter 7, Case No. 12-40944-MSH**

**You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September ─25, 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.**

1.   Current Contact Information of Consumer Claimant:

     Name: _____

     Address: _____

     City, State/Zip Code: _____

     Phone Number: _____Email: _____

2.   Claim Still Asserted by Consumer:

     I still hold a claim in the Debtor's bankruptcy case in the amount of $_____ after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

     **Please enclose documentation in support of your claim.**[1]

     If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.

     Name: _____     Name: _____

     Name: _____     Name: _____

     ☐ If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.

     ☐ If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $_____.

---

[1]   It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

*Continued on reverse side.*

I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

~~I am enclosing copies of documents in support of my claim.~~[2]

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM ~~AMOUNT REFLECTS~~IS ALL I AM STILL OWED AND THAT ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED ~~IN CONNECTION WITH~~HAVE BEEN DEDUCTED FROM MY CLAIM.**

_____
(sign your name here)

3.    **You Must Return This Claim Form ~~by~~So It Is Received By September ~~——~~,25, 2013:**

a.    Fax this Claim Form to:        508.983.6243; or

b.    Email this Claim Form to:      kdellechiaie@mirickoconnell.com; or

c.    Mail this Claim Form to:       Mirick, O'Connell, DeMallie & Lougee, LLP
                                     Attn:  Kimberly M. DelleChiaie, Paralegal
                                     100 Front Street
                                     Worcester, MA  01608

(It is not necessary to file this Claim Form with the Bankruptcy Court.)

4.    If you have any questions about this Claim Form, feel free to call (508) 791-8500 and ask to speak to a representative about the "Direct Air Claim Form."

---

[2]    ~~It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.~~

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

|  |  |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS AND (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS

Upon the motion (the "Motion") filed on June 24, 2013 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims and (III) Extending Claim Bar date for Charter Participants; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.    The Motion is allowed;

2.    The Claim Notice and Mandatory Claim Form (the "Claim Notice") attached to this Order as Exhibit A is approved;

3.    The deadline for Charter Participants (as defined in the Motion) to file prepetition claims against the Estate is hereby extended to seven (7) days following entry of this Order (the "Extended Bar Date");

4.    No later than fourteen (14) days after entry of this Order, the Trustee shall mail the Claim Notice to all Charter Participants who asserted Claims against the Bond, the VNB Account, and the Estate;

5.  With respect to the distribution of funds (totaling $250,000) contemplated in the Motion (the "Initial Distribution"), such funds shall be distributed *pro rata* to the Charter Participants who timely submit claims consistent with the Claim Notice;

6.  With respect to all other distributions, the claims of all Charter Participants who submit claims consistent with the Claim Notice shall be accorded Bankruptcy Code § 507(a)(7) priority up to the amount of $2,600.00 (less amounts received in conjunction with the Initial Distribution), with the balance of any claim over $2,600.00 treated as a general unsecured claim;

7.  Nothing in this Order shall prevent any party in interest, including the Trustee, from objecting to any claims submitted pursuant to the Claim Notice for any reason, except, with respect to the Initial Distribution, the priority treatment of such claims; and

8.  All Claims (as defined in the Motion) filed through the Extended Bar Date are deemed disallowed.

Dated: _____, 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I)
APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS,
INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II)
DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS AND (III)
EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS**

Upon the motion (the "Motion") filed on June 24, 2013 by Joseph H. Baldiga, Chapter 7

trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct

Air (the "Debtor"), (I) Approving Charter Participant Claim Reconciliation Process, Including

Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims and

(III) Extending Claim Bar date for Charter Participants; the Court finding that the Motion is in

the best interest of the Estate; and no objection to the Motion having been filed or any such

objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.   The Motion is allowed;

2.   The Claim Notice and Mandatory Claim Form (the "Claim Notice") attached to
     ~~the Motion~~this Order as Exhibit A is approved~~, as amended and submitted at the
     August 7, 2013 hearing~~;

3.   The deadline for Charter Participants (as defined in the Motion) to file prepetition
     claims against the Estate is hereby extended to seven (7) days following entry of
     this Order (the "Extended Bar Date");

4.   No later than fourteen (14) days after entry of this Order, the Trustee shall mail the Claim Notice to all Charter Participants ~~that~~ who asserted Claims against the Bond, the VNB Account, and the Estate;

5.   ~~The claims of all~~ With respect to the distribution of funds (totaling $250,000) contemplated in the Motion (the "Initial Distribution"), such funds shall be distributed *pro rata* to the Charter Participants who timely submit claims consistent with the ~~Claims~~ Claim Notice;

6.   With respect to all other distributions, the claims of all Charter Participants who submit claims consistent with the Claim Notice shall be accorded Bankruptcy Code § 507(a)(7) priority up to the amount of $2,600.00~~;~~ (less amounts received in conjunction with the Initial Distribution), with the balance of any claim over $2,600.00 treated as a general unsecured claim; ~~provided, however, that nothing herein~~

7.   Nothing in this Order shall prevent any party in interest, including the Trustee, from objecting to any claims submitted~~,~~ pursuant to the Claim Notice for any reason, ~~including~~ except, with respect to the Initial Distribution, the priority treatment of ~~any claim, with respect to the distribution of funds contemplated in the Motion~~ such claims; ~~and also with respect to any subsequent distribution; and~~

~~6~~8.   All Claims (as defined in the Motion) filed through the Extended Bar Date are deemed disallowed.

Dated: _____, 2013

_____
The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

       Debtor.

Chapter 7
Case No. 12-40944-MSH

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2013, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Second Supplement to Motion of Chapter 7 Trustee For Order (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims, and (III) Extending Claim Bar Date for Charter Participants, with proposed Order.**

/s/ Gina Barbieri O'Neil
———————————————————
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: goneil@mirickoconnell.com

Dated:  August 8, 2013

1

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

{Practice Areas/CORP/15008/14190/A2363720.DOC}

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank
Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke &
Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank
Corporation/NOA)
**VIA ECF**

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W.
Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn
Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American
Express Travel Related
Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr.,
Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions
Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein & Lund
LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant
Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National
Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Wachovia Bank, National
Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach International
Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
145 Burt Road
Suite 16
Lexington, KY 40503
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
800 West Idaho Street, Suite
400
Boise, ID 83702
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite
1102
White Plains, NY 10601
(Interested Party/Postpetition
Creditor)

4

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes &
Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley,
Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port
Authority of New York and
New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue,
NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen,
Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

U.S. Department of
Transportation
Office of the Secretary of
Transportation
Immediate Office of General
Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel,
Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of
America - Department of
Justice/NOA)
**VIA ECF**

John T. Vian, Esq.
Smith, Gambrell & Russell,
LLP
Promenande Two, Suite
3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia
Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell,
LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia
Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge &
Rice, LLP
222 Delaware Avenue,
Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air
Express, Inc./NOA)

{Practice Areas/CORP/15008/14190/A2363720.DOC}

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Transportation Security
Association
Attn:  Chief Counsel - TSA-2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

David M. Nickless, Esq.
Nickless, Phillips and
O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank
Torbert/NOA)
**VIA ECF**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy,
Inc.)

Tasha B. Thompson, Esq.
South Carolina Department of
Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina
Department of Revenue)

Christa Fornarotto
Associate Administrator for
Airports
Federal Aviation
Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County
Department of Airports)
**VIA ECF**

Department of the Treasury
Financial Management
Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United
States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for
Aviation Enforcement &
Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

{Practice Areas/CORP/15008/14190/A2363720.DOC}