UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) APPROVING CHARTER PARTICIPANT CLAIM RECONCILIATION PROCESS, INCLUDING FORM OF NOTICE TO CHARTER PARTICIPANTS, (II) DISALLOWING CERTAIN CHARTER PARTICIPANT CLAIMS AND (III) EXTENDING CLAIM BAR DATE FOR CHARTER PARTICIPANTS**

Upon the motion (the "Motion") filed on June 24, 2013 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), (I) Approving Charter Participant Claim Reconciliation Process, Including Form of Notice to Charter Participants, (II) Disallowing Certain Charter Participant Claims and (III) Extending Claim Bar date for Charter Participants; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed;

2. The Claim Notice and Mandatory Claim Form (the "Claim Notice") attached to this Order as Exhibit A is approved;

3. The deadline for Charter Participants (as defined in the Motion) to file prepetition claims against the Estate is hereby extended to seven (7) days following entry of this Order (the "Extended Bar Date");

4. No later than fourteen (14) days after entry of this Order, the Trustee shall mail the Claim Notice to all Charter Participants who asserted Claims against the Bond, the VNB Account, and the Estate;

5. With respect to the distribution of funds (totaling $250,000) contemplated in the Motion (the "Initial Distribution"), such funds shall be distributed *pro rata* to the Charter Participants who timely submit claims consistent with the Claim Notice;

6. With respect to all other distributions, the claims of all Charter Participants who submit claims consistent with the Claim Notice shall be accorded Bankruptcy Code § 507(a)(7) priority up to the amount of $2,600.00 (less amounts received in conjunction with the Initial Distribution), with the balance of any claim over $2,600.00 treated as a general unsecured claim;

7. Nothing in this Order shall prevent any party in interest, including the Trustee, from objecting to any claims submitted pursuant to the Claim Notice for any reason, except, with respect to the Initial Distribution, the priority treatment of such claims; and

8. All Claims (as defined in the Motion) filed through the Extended Bar Date are deemed disallowed.

Dated: August 8, 2013

The Honorable Melvin S. Hoffman
United States Bankruptcy Judge

## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER 25, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**United States Bankruptcy Court, District of Massachusetts**
**Chapter 7, Case No. 12-40944-MSH**

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. <u>Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September 25, 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.</u>

1. <u>Current Contact Information of Consumer Claimant</u>:

    Name: _____

    Address: _____

    City, State/Zip Code: _____

    Phone Number: _____ Email: _____

2. <u>Claim Still Asserted by Consumer</u>:

    I still hold a claim in the Debtor's bankruptcy case in the amount of $_____ after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

    **Please enclose documentation in support of your claim.[1]**

    <u>If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.</u>

    Name: _____   Name: _____

    Name: _____   Name: _____

    ☐ If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.

    ☐ If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $_____.

*Continued on reverse side.*

---

[1] It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM IS ALL I AM STILL OWED AND THAT ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED HAVE BEEN DEDUCTED FROM MY CLAIM.**

_____
(sign your name here)

3. **You Must Return This Claim Form So It Is Received By September 25, 2013**:

   a. Fax this Claim Form to:       508.983.6243; or

   b. Email this Claim Form to:    kdellechiaie@mirickoconnell.com; or

   c. Mail this Claim Form to:     Mirick, O'Connell, DeMallie & Lougee, LLP
                                   Attn: Kimberly M. DelleChiaie, Paralegal
                                   100 Front Street
                                   Worcester, MA  01608

   (It is not necessary to file this Claim Form with the Bankruptcy Court.)

4. If you have any questions about this Claim Form, feel free to call (508) 791-8500 and ask to speak to a representative about the "Direct Air Claim Form."