# EXHIBIT A

# Wire/Funds Transfer Payment Order
## Funds Transfer Agreement and Authorization

Crescent Bank
991 38th Ave N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $20,140.00    Fee: $ 22.00

(Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

☒ Domestic Wire    ☐ International Wire

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS
Address: 1600 OAK ST NORTH
MYRTLE BEACH, SC 29577
Phone Number: 843-918-9700
Driver's License No., State, Issue Date, Expiration Date:

Date: 12/22/11   Time:   AM / PM
Account Number to be Debited: 0159000512
Account Type: CHECKING
Customer Callback: ☒ Yes ☐ No
Contact Name (if different than sender): MARY AVANT-BALDWIN

Mary 11:25

### INTERMEDIARY BANK DATA (If required)

ABA Routing Number:
Bank Name:
Bank Address:
Phone Number:
Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 042000314
Bank Name: FIFTH THIRD BANK
Bank Address: 1580 LEESTOWN RD
LEXINGTON, KENT 40511
Phone Number: 859-254-6240
Contact Name:
Swift Code (if applicable):
Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: QUICKFLIGHT SERVICES
Beneficiary's Address: 1400 N FORBES, SUITE C LEXINGTON, KENT 40511
Special Instructions: IInvoices
Account Number: 7380798152

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _____   Date of Request: 12/22/11

### BANK USE ONLY

Branch Representative's Name: _____   Branch Name & Number: MB 01 1-14
Wire Dept: _____   Date/Time: 12/22/11 12:23   ☐ OFAC ☐ TMS ☐ CON ☐ ANL
Callahan 12/22/11 1:40

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/09

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Holli
Signature
6-13-12
Date

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
991 38th Ave N.
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $15000.00  Fee: $

☒ Domestic Wire  ☐ International Wire  (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

## REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH,

MYRTLE BEACH, SC 29577

Phone Number: 843-916-9700

Driver's License No., State, Issue Date, Expiration Date

Date: 12/30/11  Time:  AM / PM

Account Number to be Debited: 3232869.130159000512

Account Type: CHECKING

Customer Callback:  ☒ Yes  ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

## INTERMEDIARY BANK DATA (if required)

ABA Routing Number:

Bank Name:

Bank Address:

Phone Number:

Contact Name:

## BENEFICIARY BANK DATA

ABA Routing Number: 042000314

Bank Name: FIFTH THIRD BANK

Bank Address: 1580 LEESTOWN RD,

LEXINGTON, KENT 40511,

Phone Number: 859-254-6240

Contact Name:

Swift Code (if applicable):

Bank Code (if applicable):

## BENEFICIARY DATA

Beneficiary's Name: QUICKFLIGHT SERVICES

Beneficiary's Address: 1400 N FORBES, SUITE C LEXINGTON, KENT 40511

Special Instructions: Invoices

Account Number: 7380798152

## CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two), and any applicable fees.

Customer's Signature: _____  Date of Request: 12/30/11

## BANK USE ONLY

Branch Representative's Name:

Wire Dept: _____  Date/Time: 12/30/11 2:59

Branch Name & Number: MYL 12/30/11  1-10

☐ OFAC  ☐ TMS  ☐ CON  ☐ ANL

12/30/11  347

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/09

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_Emily Holl_
Signature
6/13/12
Date

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Dollar Amount of Wire: $20,000.00    Fee: $

☒ Domestic Wire    ☐ International Wire    (Note. Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number: 843-916-0700

Driver's License No., State, Issue Date, Expiration Date.

Date: 01/13/12  Time:    AM / PM

Account Number to be Debited: 3232869 130159000512

Account Type: CHECKING

Customer Callback:    ☒ Yes    ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:

Bank Name:

Bank Address:

Phone Number:

Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 042000314

Bank Name: FIFTH THIRD BANK

Bank Address: 1580 LEESTOWN RD

LEXINGTON, KENT 40511

Phone Number: 859-254-6240

Contact Name:

Swift Code (if applicable):

Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: QUICKFLIGHT SERVICES

Beneficiary's Address: 1400 N FORBES, SUITE C LEXINGTON, KENT 40511

Account Number: 7380768152

Special Instructions  ||nvoices

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees

Customer's Signature: _Shari D Collison_    Date of Request: 01/13/12

### BANK USE ONLY

Branch Representative's Name:

Wire Dept.    Date/Time: 1-13-12 2:58    ☒ OFAC    ☐ TMS    ☒ CON    ☐ ANL

1.13.12 345

MWS

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_Emily Hollis_
Signature
6·13·12
Date

# Wire/Funds Transfer Payment Order
## Funds Transfer Agreement and Authorization

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

Dollar Amount of Wire: $28,000.00    Fee: $ 22⁵⁰

(Note Transfers in the amount of $3,000 or more may require additional recordkeeping.)

☒ Domestic Wire    ☐ International Wire

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS
Address: 1600 OAK ST NORTH
MYRTLE BEACH, SC 29577
Phone Number: 843-916-9700
Driver's License No., State, Issue Date, Expiration Date:

Date: 01/20/12  Time.    AM / PM
Account Number to be Debited: [redacted] 30169000512
Account Type: CHECKING
Customer Callback:    ☒ Yes    ☐ No
Contact Name (If different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:
Bank Name:
Bank Address:

Phone Number:
Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 042000314
Bank Name: FIFTH THIRD BANK
Bank Address: 1580 LEESTOWN RD
LEXINGTON, KENT 40511

Phone Number: 859-254-6240
Contact Name:
Swift Code (if applicable):
Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: QUICKFLIGHT SERVICES
Beneficiary's Address: 1400 N FORBES, SUITE C LEXINGTON, KENT 40511
Special Instructions: Iinvoices

Account Number: 7380796152

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _____    Date of Request: 01/20/12

### BANK USE ONLY

Branch Representative's Name:
Wire Dept:    Date/Time:
Branch Name & Number: MB 91  1-1
☐ OFAC    ☐ TMS    ☒ CON    ☐ ANL

1-20-12  11:13
1.20.12  11:27    MKS 1/20/12

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

CERTIFIED TRUE COPY OF THE ORIGINAL
_____ Signature
6-13-12 Date



01/31/2012 $$28,000.00 Check Number 4651



02/07/2012 $$20,000.00 Check Number 4739

# Wire/Funds Transfer Payment Order
## Funds Transfer Agreement and Authorization

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

Dollar Amount of Wire: $20,000.00   Fee: $ 22

☒ Domestic Wire  ☐ International Wire   (Note. Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS
Address: 1600 OAK ST NORTH
MYRTLE BEACH, SC 29577
Phone Number: 843-916-9700
Driver's License No., State, Issue Date, Expiration Date.

Date 02/10/12  Time: 12:15 AM/PM
Account Number to be Debited: 3232869 130159000512
Account Type: CHECKING
Customer Callback: ☒ Yes  ☐ No
Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number
Bank Name.
Bank Address.

Phone Number
Contact Name

### BENEFICIARY BANK DATA

ABA Routing Number: 042000314
Bank Name: FIFTH THIRD BANK
Bank Address: 1580 LEESTOWN RD
LEXINGTON, KENT 40511

Phone Number: 859-254-6240
Contact Name
Swift Code (if applicable)
Bank Code (if applicable)

### BENEFICIARY DATA

Beneficiary's Name: QUICKFLIGHT SERVICES
Beneficiary's Address: 1400 N FORBES, SUITE C LEXINGTON, KENT 40511
Special Instructions: Invoices
Account Number: 7380798152

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: [signature]   Date of Request: 02/10/12

### BANK USE ONLY

Branch Representative's Name: Heather Dally   Branch Name & Number: MBM-51 #1-6
Wire Dept: [signature]   Date/Time: 2/10/12 12:54   ☐ OFAC  ☐ TMS  ☒ CON  ☐ ANL

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Holly
Signature
6·13·12
Date



02/22/2012  $$15,000.00  Check Number 4695

SOUTHERN SKY AIR AND TOURS LLC 159000512



02/22/2012 $$15,000.00 Check Number 4719





03/06/2012   $$19,000.00   Check Number 4810