# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

*09/27/2013 ALLOWED.* (signature: Melvin S. Hoffman)

## MOTION TO LIMIT NOTICE
**(Re: Stipulation of Settlement (Re: Recovery of Transfers to
McNair Law Firm, P.A. Pursuant to Bankruptcy Code § 547))
(Re: Motion to Approve Stipulation of Settlement (Re: Recovery of Transfers to McNair
Law Firm, P.A. Pursuant to Bankruptcy Code § 547))**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the (A) Stipulation of Settlement (Re: Recovery of Transfers to McNair Law Firm, P.A. Pursuant to Bankruptcy Code § 547) (the "Stipulation"), and (B) Motion to Approve Stipulation of Settlement (Re: Recovery of Transfers to McNair Law Firm, P.A. Pursuant to Bankruptcy Code § 547) (the "Motion to Approve"; together with the Stipulation, the "Stipulation and Motion") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Stipulation.

In support hereof, the Trustee submits the following: