UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

10/21/2013 ALLOWED.

## MOTION TO LIMIT NOTICE
(Re: Stipulation of Settlement (Re: Avoidance and Recovery of Transfer to
The Station, Inc. d/b/a Company Two Fire Pursuant to
Bankruptcy Code §§ 502(d), 548 and 550))
(Re: Motion to Approve Stipulation of Settlement (Re: The
Station, Inc. d/b/a Company Two Fire))

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the (I) Stipulation of Settlement (Re: Avoidance and Recovery of Transfer to The Station, Inc. d/b/a Company Two Fire Pursuant to Bankruptcy Code §§ 502(d), 548 and 550) (the "Stipulation") and (II) Motion to Approve Stipulation of Settlement (Re: The Station, Inc. d/b/a Company Two Fire) (the "Approval Motion"; together with the Stipulation, the "The Station Settlement Pleadings") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Stipulation.

In support hereof, the Trustee submits the following:

{Practice Areas/CORP/15008/14190/A2420913.DOC}