# EXHIBIT A

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
991 38th Ave. N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $10000.00   Fee: $ 22.00

☒ Domestic Wire   ☐ International Wire   (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS
Address: 1800 OAK ST NORTH
MYRTLE BEACH, SC 29577
Phone Number: 843-916-8700
Driver's License No., State, Issue Date, Expiration Date:

Date: 12/22/11   Time.   AM/PM
Account Number to be Debited: 0159000512
Account Type: CHECKING
Customer Callback:   ☒ Yes   ☐ No
Contact Name (if different than sender): MARY AVANT-BALDWIN

MARY 11:25

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:
Bank Name:
Bank Address:

Phone Number:
Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 026009593
Bank Name: BANK OF AMERICA
Bank Address: 767 CAYUGA ST
LEWISTON, NY 14092

Phone Number:
Contact Name: Debbie Doyle
Swift Code (if applicable):
Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: NIAGARA FALLS AVIATION
Beneficiary's Address: 9900 PORTER ROAD, NIAGARA FALLS, NY 14304
Special Instructions:

Account Number: 009389911830

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _____   Date of Request: 12/22/11

### BANK USE ONLY

Branch Representative's Name:   Branch Name & Number: MB 01, 1-13
Wire Dept:   Date/Time: 12/22/11 12:20   ☒ OFAC   ☐ TMS   ☐ CON   ☐ ANL

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization,
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Holly
Signature
6-13-12
Date

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Dollar Amount of Wire: $25,000.00    Fee: $

☒ Domestic Wire    ☐ International Wire    (Note, Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS
Address: 1600 OAK ST NORTH
MYRTLE BEACH, SC 29577
Phone Number: 843-916-9700
Driver's License No., State, Issue Date, Expiration Date:

Date: 01/13/12   Time:    AM / PM
Account Number to be Debited: 0159000512
Account Type: CHECKING
Customer Callback:    ☒ Yes    ☐ No
Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:
Bank Name:
Bank Address:

Phone Number:
Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 026009593
Bank Name: BANK OF AMERICA
Bank Address: 767 CAYUGA ST
LEWISTON, NY 14092

Phone Number:
Contact Name: Debbie Doyle
Swift Code (if applicable):
Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: NIAGARA FALLS AVIATION
Beneficiary's Address: 9900 PORTER ROAD, NIAGARA FALLS, NY 14304
Special Instructions: I

Account Number: 009389911830

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees

Customer's Signature: _Kay D Ellison_    Date of Request: 01/13/12

### BANK USE ONLY

Branch Representative's Name: 13    Branch Name & Number:
Wire Dept: _____    Date/Time: 1-13-12 259    ☐ OFAC    ☐ TMS    ☒ CON    ☐ ANL
1.13.12 347

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

1-8
MKS
WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_Emily Holly_
Signature
6-13-12
Date





02/15/2012 $$20,000.00 Check Number 4673





03/07/2012   $515,000.00   check