UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLEGHENY COUNTY AIRPORT AUTHORITY,<br><br>Defendant. | Adversary Proceeding<br>Case No. 13-04093 |

### STIPULATION OF SETTLEMENT
(Re: Avoidance and Recovery of Transfers to Allegheny County Airport Authority Pursuant to Bankruptcy Code §§ 547 and 550)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Allegheny County Airport Authority ("ACAA"; together with the Trustee, the "Parties"), the defendant in Adversary Proceeding Case No. 13-04093 pending before this Court (the "Adversary Proceeding"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

{Practice Areas/CORP/15008/14190/A2430294.DOC[Ver:2]}

## FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On or about August 28, 2012, the Trustee made demand on ACAA for the return of transfers made by the Debtor to ACAA within 90 days prior to the Petition Date in the amount of $60,000.00 (the "Transfers").

5. On October 2, 2013, the Trustee initiated the Adversary Proceeding by filing a complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502(d), 547(b), and 550 to, among other things, (a) avoid and recover the Transfers and (b) disallow any and all claims asserted by ACAA in the Debtor's bankruptcy proceeding.

6. The deadline for ACAA to file a motion or answer to the Complaint is November 1, 2013. Prior to that deadline, ACAA contacted the Trustee, via counsel, to discuss resolution.

7. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. ACAA agrees to pay the Trustee the sum of $60,000.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against ACAA made in the Complaint and related to the Transfers. ACAA shall pay the Settlement Amount to the Trustee within seven (7) business days after the execution of this Stipulation. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation. Should the Trustee fail to obtain Bankruptcy Court approval of this Stipulation, the Trustee shall return the Settlement Amount to ACAA via its undersigned counsel upon the earlier of (i) sixty (60) days after execution of this Stipulation or (ii) seven (7) days after entry of a Bankruptcy Court Order denying approval of this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), ACAA shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, excluding (i) ACAA's timely filed proof of claim in the amount of $84,107.51 filed in the Debtor's bankruptcy case and identified as Claim No. 1664 and (ii) any claim arising under Bankruptcy Code § 502(h) from ACAA's payment of the Settlement Amount, not to exceed $60,000.00.

C. Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released ACAA and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Complaint, except that the Trustee agrees to (i) waive his right to object to the proof of claim previously filed by ACAA in the amount of $84,107.51 and (ii) consent to an amendment of such proof of claim within 30 days after entry of the Final Order to include a claim equal to the Settlement Amount pursuant to Bankruptcy Code § 502(h). The aggregate claim of $144,107.51 shall be an allowed as a timely-filed general unsecured claim in the Debtor's bankruptcy case. The Trustee reserves the right to object to any other claims filed by or on behalf of ACAA for any reason.

D. ACAA acknowledges that ACAA received no other payments from or on behalf of the Debtor within 90 days prior to the Petition Date, other than the Transfers referenced in the Complaint. ACAA acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E. Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding.

F. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

[Signatures on following page]

| | |
|---|---|
| ALLEGHENY COUNTY AIRPORT AUTHORITY | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
| | By his counsel, |
| _/s/ James Gill_ <br> By: James Gill <br> Its: Chief Financial Officer | _/s/ Gina O'Neil_ <br> Joseph H. Baldiga, BBO #549963 <br> Gina Barbieri O'Neil, BBO #670596 <br> Mirick, O'Connell, DeMallie & Lougee, LLP <br> 1800 West Park Drive, Suite 400 <br> Westborough, MA 01581 <br> Phone: 508.898.1501 <br> Fax: 508.898.1502 <br> Email: bankrupt@mirickoconnell.com <br> Email: goneil@mirickoconnell.com |
| Dated: November 7, 2013 | Dated: November 7, 2013 |

ACKNOWLEDGED AND
APPROVED AS TO FORM:

_/s/ Eric T. Smith_
Eric T. Smith, Esq.
Schnader Harrison Segal & Lewis, LLP
Fifth Avenue Place
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222-3001
Phone: 412.577.5223
Email: esmith@schnader.com