UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,

    Debtor.

Chapter 7
Case No. 12-40944-MSH

## APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROBERT M. DEES, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Robert M. Dees, (the "Applicant"), special counsel to Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the Debtor in the above-captioned action, and hereby submits his Application for Allowance of Compensation and Reimbursement of Expenses (the "Special Counsel Fee Application") for payment of legal fees based on recoveries, and costs incurred by him, for the period from March 15, 2012 to October 31, 2013 (the "Fee Application Period") under Bankruptcy Code §§ 330, 331, 503(b)(2), 503(b)(4) and 507(a)(1), Fed. R. Bankr. P. 2016, and MLBR 2016-1. The Applicant seeks allowance and payment of fees in the amount of $12,600.00 and expenses in the amount of $3,139.92, for a total amount of $15,739.92. In support hereof, the Applicant states as follows:

1.    On Mach 15, 2012 (the "Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.    On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code.

3.     On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such.

4.     On May 25, 2012, the Trustee filed an Application for Authority to Employ Special Counsel (the "Application to Employ") seeking to employ Robert M. Dees and the law firm of Milam Howard Nicandri Dees & Gillam, P.A. as special counsel to the Trustee in accordance with Bankruptcy Rule 2014 and MLBR 2014-1 (the "Special Counsel Retention Application").

5.     On or about June 13, 2012, the Court entered an order approving the Application to Employ, a copy of which is attached as Exhibit "A".

6.     On September 18, 2013, the Trustee filed an Amended Application for Authority to Employ Special Counsel, narrowing the scope of Applicant's representation to seeking return of sums paid to obtain a supersedeas bond and sums paid by the Debtor to Arrow Energy, Inc., pursuant to a judgment in garnishment against the Debtor which was reversed on appeal.

7.     On or about October 3, 2013, the Court entered an Order Approving Trustee's Amended Application for Authority to Employ Special Counsel, a copy of which is attached as Exhibit "B".

8.     Prior to the Petition Date, the Applicant had been retained by the Debtor on an hourly basis to represent it in a garnishment action in Florida state court. On the Petition Date, the case was pending on appeal in the District Court of Appeal, Fifth District, State of Florida (Case No.: 4D11-2018).

9.     Following the Petition Date, the Trustee and the Applicant entered into a contingent fee agreement (the "Fee Agreement") in connection with those claims, whereby the Applicant agreed to represent the Debtor on a contingency basis, at the rate of 30% of any funds

2

recovered relating to the supersedeas bond and 40% of any recovery of funds paid to Arrow, plus 100% of reasonable expenses. A copy of the Amended Fee Agreement is attached as Exhibit "C".

10.    Applicant obtained recovery of $42,000.00 relating to the supersedeas bond, and the $42,000.00 was paid to the Trustee on or about April 22, 2013.

11.    Although the claim for restitution against Arrow remains pending, the Applicant is entitled to a fee and reimbursement for costs for the $42,000.00 recovery relating to the supersedeas bond.

12.    The services rendered by the Applicant include completion of briefing of the appeal, obtaining a successful ruling on appeal, opposing Arrow's efforts to obtain rehearing, seeking restitution of amounts paid by the Debtor to Arrow through execution, and securing a release of funds securing the supersedeas bond.

13.    A detailed account of hours worked during the Special Counsel Fee Application Period is attached hereto as Exhibit "D".

14.    In the course of the Applicant's rendition of legal services relating to the Debtor's claim, the Applicant incurred necessary and actual out-of-pocket expenses in the amount of $3,139.92, for which the Applicant seeks reimbursement. An itemization of these expenses is attached hereto as Exhibit "E".

15.    Pursuant to MLBR 2016-1(a)(1)(I), attached as Exhibit "F" is a brief biography of all attorneys and paralegals who rendered services included in the Special Counsel Fee Application, stating each person's background and work experience.

16.    Based upon the foregoing, the Applicant seeks compensation in the sum of $12,600.00, which represents the Applicant's contingency fee of 30% of the $42,000.00

recovered to date, pursuant to the Applicant's Amended Fee Agreement. In addition to the

$12,600.00 in fees which the Applicant seeks for the Fee Application Period, the Applicant seeks

approval for reimbursement of his out-of-pocket expenses in the amount of $3,139.92.

Accordingly, by this Special Counsel Fee Application, the Applicant seeks a combined award of

$15,739.92, representing the agreed upon compensation and the expenses that were incurred.

17.    Appellate courts in Massachusetts have upheld contingent fee agreements and

rejected their conversion to hourly fee agreements on a retroactive basis. See, *Smith v. Consalvo*,

37 Mass. App. Ct. 192 (1994). The reasons for this are sound: "A contingent fee agreement may

be necessary to secure the services of a lawyer when a successful result is far from certain, and

the client has not the means to compensate a lawyer win, lose, or draw." *Smith*, supra at 196.

See also Jay, "The Dilemmas of Attorney Contingent Fees," 11 *Georgetown Journal of Legal*

*Ethics* 813, 814 (1989). Thomason, "Are Attorneys Paid What They're Worth?" 20 *Journal of*

*Legal Studies* 187 (1991). Posner, *Economic Analysis of Law*, §21.9 at 534-535 (3rd ed. 1986).

"Judge Posner makes the observation that a 'contingent fee compensates the lawyer not only for

the legal services [rendered] but for the loan of those services. Application of the agreed upon

percentage factor ought presumptively to be regarded as a reasonable fee." *Smith*, supra at 197.

The Appeals Court has affirmed "... a percentage factor of 33 1/3% is well within the limit of

tolerance, even when the resulting fee is dramatic." *Smith*, supra at 197, citing *Gagnon v.*

*Shoblom*, 409 Mass. 63 (1991)(reversing trial judge's decision to reduce a contingent fee

agreement from $975,000 to $695,000 sua sponte) and *Venegas v. Mitchell*, 495 U.S. 82

(1990)(upholding 40% contingent fee agreement).

18.    The Applicant has been duly licensed to practice in the state of Florida and is

experienced in representing parties and claims of this nature.

WHEREFORE, the undersigned prays that this Court enter an order in the form attached hereto:

A.    Allowing fees for professional services rendered by the Applicant in the amount of $12,600.00 and reimbursement of the Applicant's expenses in the amount of $3,139.92, for a total award of $15,739.92 in connection with his representation of the Trustee and the recovery to date;

B.    Authorizing the Trustee to pay Robert M. Dees fees in the amount of $12,600.00 and expenses in the amount of $3,139.92; and

C.    Such other and further relief as the Court deems just and proper.

Dated: November _____, 2013.

Respectfully submitted,

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

_____
Robert M. Dees, Florida Bar No.: 714399
14 East Bay Street
Jacksonville, Florida 32202
Telephone: (904) 357-3660
Facsimile: (904) 357-3661
Email: rdees@milamhoward.com
Special Counsel for the Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>**d/b/a DIRECT AIR,**<br><br>　　　Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## ORDER ALLOWING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROBERT M. DEES, <u>SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE</u>

Upon the Application for Allowance of Compensation and Reimbursement of Expenses by Robert M. Dees (the "Applicant"), special counsel to Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee"), dated <u>November 8</u>, 2013 (the "Special Counsel Fee Application"); and the Court finding that notice thereof was sufficient; and no objection to the Special Counsel Fee Application having been filed or any such objection having been overruled after a hearing as appropriate under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.　　The Special Counsel Fee Application is allowed;

2.　　The Applicant be and hereby is granted and allowed fees in the amount of $_____ in connection with his representation of the Trustee; and

3.　　The Applicant be and hereby is granted and allowed reimbursement of his expenses in the amount of $_____ in connection with his representation of the Trustee.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Melvin S. Hoffman
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC,**
**d/b/a DIRECT AIR,**

      **Debtor.**

**Chapter 7**
**Case No. 12-40944-MSH**

## ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY
## TO EMPLOY SPECIAL COUNSEL

Upon the application dated May 25, 2012 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for authority to employ Robert M. Dees, Esq. and the law firm of Milam, Howard, Nicandri, Dees & Gillam, P.A. ("Special Counsel"), and upon the affidavit of Robert M. Dees, Esq. attached to said Application; and it appearing that Special Counsel is qualified to serve as special counsel to the Trustee, and it appearing that Special Counsel neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that Special Counsel's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ Robert M. Dees and the law firm of Milam, Howard, Nicandri, Dees & Gillam, P.A. to serve as Special Counsel in the above-

{Practice Areas\CORP\15008\14190\A2001485.DOC}

## EXHIBIT "A"

captioned Chapter 7 proceeding and to perform all of the services described in the Application.

All compensation and expenses are subject to Court approval. Employment is on the terms of compensation as outlined in the Application.

Dated: 06/13/2012

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** | |
| | |
| **SOUTHERN SKY AIR & TOURS, LLC,** **d/b/a DIRECT AIR,** | **Chapter 7** **Case No. 12-40944-MSH** |
| | |
| **Debtor.** | |

## ORDER APPROVING TRUSTEE'S AMENDED APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

Upon the application dated September 18, 2013 (the "Amended Application") of

Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for authority to employ Robert M. Dees,

Esq. and the law firm of Milam, Howard, Nicandri, Dees & Gillam, P.A. ("Special Counsel"),

and upon the amended affidavit of Robert M. Dees, Esq. attached to said Amended Application;

and it appearing that Special Counsel is qualified to serve as special counsel to the Trustee, and it

appearing that Special Counsel neither holds nor represents any interest adverse to the Debtor or

to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the

meaning of § 101(14) of the Bankruptcy Code, and that Special Counsel's employment is in the

best interests of the estate, no objections having been filed or any objections being hereby

overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ Robert M. Dees and the law firm of

Milam, Howard, Nicandri, Dees & Gillam, P.A. to serve as Special Counsel in the above-

{Practice Areas/CORP/15008/14190/A2392653.DOC}

## EXHIBIT "B"

captioned Chapter 7 proceeding and to perform all of the services described in the Amended

Application. All compensation and expenses are subject to Court approval.


Dated:    10/3/2013

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

Direct Air
Chapter 7 #12-40944

## AMENDED CONTINGENCY FEE CONTRACT FOR PROFESSIONAL SERVICES, AUTHORITY TO REPRESENT AND LIMITED POWER OF ATTORNEY

1. The undersigned, (collectively, the "Client"), does hereby retain the services of Milam Howard Nicandri Dees & Gillam, P.A. (the "Firm"), as attorneys for the Client, to represent him in connection with the continued prosecution of an appeal pending in the District Court of Appeal, Fourth District, State of Florida (Case No. 4D11-2018) (the "Appeal Action") filed prior to the Petition Date by the Debtor as Appellant/Garnishee v. Arrow Energy, Inc., Appellee/Judgment Creditor/Plaintiff ("Arrow"). Additionally, if and when the Appeal Action is successful, the Trustee proposes to utilize Special Counsel to recover substantial sums paid to Arrow or to secure a bond for Arrow's claim in conjunction with Arrow's garnishment action, based on restitution, fraudulent transfer, and possibly other grounds.

2. Client understands and agrees that this employment is being undertaken upon a contingency fee basis, and if no recovery is made, Client will not be indebted to the Firm for any sum whatsoever as attorneys' fees. Client understands that because of the contingent fee nature of this case, the Firm is assuming all, or nearly all, of the risk associated with this litigation, including but not limited to the inherent risk of loss in any litigation, the risk that the defendant may employ delaying or unusually stubborn defense tactics, the risk that defendant may resist payment on a judgment and/or dispose of or attempt to dispose of assets during litigation, the risk that defendant may not have sufficient funds to pay on a judgment, and the risk that defendant may appeal the trial court decision and further delay payment. For these reasons, Client has negotiated and agreed to the fee structure set forth in this contract.

3. As compensation for the Firm, Client agrees to pay the greater of the following contractual fees or court awarded fees, subject to Bankruptcy Court approval:

   a. Contractual Fees:

      i. 30% of any funds recovered relating to the supersedeas bond and 40% of any recovery of funds paid to Arrow; plus 100% of reasonable expenses, in accordance with the provisions of §§ 328, 330 and 331 of the Bankruptcy Code.

      ii. Client also agrees to pay all costs incurred in connection with the Firm's activities, including but not limited to, any filing fees for appeal, copy charges, expert fees or related charges.

      iii. All fees and expenses to be paid hereunder shall be payable only from any recoveries in the matter(s) for which the Firm is being retained.

4. Client understands that this contract is governed by Florida law, subject to the Bankruptcy Code and Rules and Local Rules as practiced in the Bankruptcy Court. In the event the Firm finds it necessary to undertake any litigation to enforce their rights under the contract and/or to compel performance of my obligations, then they shall be entitled to their reasonable attorneys' fees and costs associated with such litigation, but only if the Bankruptcy Court so allows.

5. Client understands and agrees that the Firm has made no promises or warranties to me regarding the outcome or conclusion of this action, and all expressions made by the Firm relative to the cause of action are matters of opinion only, made in good faith. Further, the Firm has made no representations to Client (and Client has not relied on any representations) that are not contained in this agreement.

_____ Client's Initials

## EXHIBIT "C"

Direct Air
Chapter 7 #12-40944

6.  Client has, before signing this contract, received and read the Statement of Client's Rights, and understands each of the rights set forth therein. Client has signed the statement and received a signed copy to keep and refer to while being represented by the Firm. A copy is attached to this contract. Additionally, Client has received and read a copy of Rule 4-1.5 ("Fees for Legal Services") of the Rules Regulating the Florida Bar as attached and have been given a copy for my records. Client has initialled both of these documents indicating Client understands them and that the Firm has answered all of Client's questions about them.

7.  Client has been advised by the Firm to obtain independent advice from another attorney or other disinterested person whose judgment Client trusts concerning the terms of this contract, and Client has obtained such other advice and counsel as Client has deemed necessary. Client has personally read the contract and all attachments. Client considers it to be fair, particularly in view of the risks that the Firm is assuming and the time they have and will be required to devote to the case. Client has therefore signed this agreement freely and without coercion. All of Client's questions concerning this contract have been answered and all aspects have been explained to me. Client has received a signed copy of this contract for its records.

8.  It is understood and agreed that neither Client nor the Firm wish to enter into an unenforceable contract. In the event that this contract is found to contain an unenforceable provision, then it is understood and agreed that such provision shall be deemed stricken, with the balance of the contract remaining fully enforceable.

Dated this 17th day of September, 2013.

Client: _____

By: _____
Its Authorized Officer

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By: _____
Robert M. Dees

_____ Client's Initials

2

Direct Air
Chapter 7 #12-40944

## STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective client, arrange a contingent fee agreement with a lawyer, you should understand this statement of your rights as a client. This statement is not part of the actual contract between you and your lawyer, but, as a prospective client, you should be aware of these rights:

1.  There is no legal requirement that a lawyer charge a client a set fee or percentage of money recovered in a case. You, the client, have the right to talk with your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer you may talk with other lawyers.

2.  Any contingent fee contract must be in writing and you have 3 business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within 3 business days of signing the contract. If you withdraw from the contract within the first 3 business days, you do not owe the lawyer a fee, although you may be responsible for your lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case, without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from a case. If you discharge your lawyer without good cause after the 3 day period, you may have to pay a fee for work the lawyer has done.

3.  Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training and experience. If you ask, the lawyer should tell you specifically about the lawyer's actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4.  Before signing a contingent fee contract with you, a lawyer must advise you whether the lawyer intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers he or she should tell you what kind of fee sharing arrangement will be made with the other lawyers. If lawyers from different law firms will represent you, at least 1 lawyer from each law firm must sign the contingent fee contract.

5.  If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or associate with other lawyers, you should sign a new contract which includes the new lawyers. You, the client, also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6.  You, the client, have the right to know in advance how you will need to pay the expenses and the legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus costs.

7.  You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs and liability you might have for attorney's fees to the other side.

_____ Client's Initials

Direct Air
Chapter 7 #12-40944

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses and a precise statement of your lawyer's fee. Until you approve the closing statement you need not pay any money to anyone, including your lawyer. You have the right to have every lawyer or law firm working on the case sign this closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time you, the client, believe that your lawyer has charged an excessive or illegal fee, you, the client, have the right to report to The Florida Bar, the agency that oversees the practice and behaviour of all lawyers in Florida. For information on how to reach The Florida Bar, call 904-561-5600, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usually, fee disputes must be handled in a separate lawsuit, unless your fee contract provides for arbitration. You can request, but may not require, that a provision for arbitration (under Chapter 682, Florida Statutes, or under the fee arbitration rules under the Rules Regulating The Florida Bar) be included in your fee contract.

Client:

By: _____
Its Authorized Officer

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By: _____
Robert M. Dees

_____ Client's Initials                    2

# MILAM HOWARD NICANDRI
# DEES & GILLAM P.A.

FOURTEEN EAST BAY STREET · JACKSONVILLE, FL 32202
OFFICE 904 357 3660   FAX 904 357 3661

Joseph H. Baldiga, Trustee

Page: 1
November 08, 2013
Client Matter No:   1884-101M
Statement No:         170604

Southern Sky Air & Tours, LLC Bankruptcy

Prebill Statement

CONTINGENCY FEE

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 05/08/2012 | RMD | E-mails with R. Boyd; receipt and review of Answer brief. | 300.00 | 0.80 | 240.00 |
| | PMR | Telephone conference with counsel for the trustee; conference with R. Dees regarding potential litigation strategy. | 300.00 | 0.40 | 120.00 |
| 05/15/2012 | RMD | Preparation of contingent fee contract. | 300.00 | 1.30 | 390.00 |
| 05/16/2012 | RMD | E-mails with Trustee. | 300.00 | 0.60 | 180.00 |
| 05/17/2012 | RMD | Telephone conferences with M. Bankruptcy Trustee, revised declaration for Bankruptcy Court filing. | 300.00 | 1.50 | 450.00 |
| 05/18/2012 | RMD | Revised affidavit for Bankruptcy Court. | 300.00 | 1.20 | 360.00 |
| 05/21/2012 | RMD | Preparation of affidavit for bankruptcy court. | 300.00 | 1.00 | 300.00 |
| 05/22/2012 | RMD | Preparation of reply brief. | 300.00 | 1.40 | 420.00 |
| 05/23/2012 | RMD | Finalize contingent fee contract and attorney affidavit. | 300.00 | 1.30 | 390.00 |
| 05/24/2012 | RMD | Preparation of reply brief. | 300.00 | 1.50 | 450.00 |
| 05/29/2012 | RMD | E-mails with Trustee; review Answer brief. | 300.00 | 1.00 | 300.00 |
| 06/01/2012 | RMD | Preparation of reply brief. | 300.00 | 1.50 | 450.00 |
| 06/04/2012 | RMD | Preparation of reply brief. | 300.00 | 4.50 | 1,350.00 |
| | HD | Assist in preparation of and filing Reply Brief and Request for Oral Argument. | 125.00 | 3.00 | 375.00 |

## EXHIBIT "D"

Page: 2
November 08, 2013
Client Matter No:   1884-101M
Statement No:       170604

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/05/2012 | HD | Email to R. Dunetz forwarding brief for service. | 125.00 | 0.20 | 25.00 |
| 06/08/2012 | RMD | E-mails with Trustee. | 300.00 | 0.30 | 90.00 |
| 06/11/2012 | RMD | E-mails with J. Baldiga. | 300.00 | 0.40 | 120.00 |
| 06/14/2012 | HD | Telephone conference with Fourth District Court of Appeal regarding Reply Brief. | 125.00 | 0.30 | 37.50 |
| 10/01/2012 | RMD | Receipt and review of Order dispensing with oral argument; research restitution issues. | 300.00 | 1.80 | 540.00 |
| 10/02/2012 | RMD | Review trial and appeal dockets; research restitution issues. | 300.00 | 1.50 | 450.00 |
| | PMR | Correspondence to and from J. Baldiga regarding Proofs of Claim; conference with R. Dees regarding same. | 300.00 | 1.20 | 360.00 |
| 12/27/2012 | RMD | Receipt and review of Order reassuring Final Judgment; research restitution issues. | 300.00 | 2.50 | 750.00 |
| | PMR | Review decision from Fourth District Court of Appeal reversing Arrow's Judgment of Garnishment; conference with R. Dees regarding litigation strategy based on favorable ruling; correspondence from J. Baldiga regarding same. | 300.00 | 1.20 | 360.00 |
| 12/28/2012 | RMD | Research restitution issues. | 300.00 | 1.80 | 540.00 |
| | PMR | Correspondence from and to trustee regarding decision of appeals court. | 300.00 | 0.20 | 60.00 |
| 01/02/2013 | RMD | Review docket; telephone conference with J. Baldiga; research restitution issues; research garnishment issues; e-mails with surety. | 300.00 | 3.50 | 1,050.00 |
| | PMR | Conference call with J. Baldiga and Gina regarding appellate decision and subsequent litigation strategy with R. Dees; review status of AFI and potential for recovery of costs/fees on garnishment based on statute. | 300.00 | 1.90 | 570.00 |
| 01/03/2013 | PMR | Review Appellee's Motion for Rehearing and correspondence to and from J. Baldiga regarding same; review case law pertaining to costs/fees obtainable in garnishment action as it pertains to the garnishee; assist with preparation of response to Motion for Rehearing. | 300.00 | 1.50 | 450.00 |
| | RMD | Preparation of Motion for Summary Judgment for restitution; preparation of response to Arrow's Motion for Rehearing. | 300.00 | 2.50 | 750.00 |
| 01/08/2013 | RMD | Receipt and review of docket. | 300.00 | 0.40 | 120.00 |

Page: 3
November 08, 2013
Client Matter No:   1884-101M
Statement No:      170604

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/11/2013 | RMD | Preparation of Motion for Order discharging stay bond; preparation of proposed Order. | 300.00 | 2.10 | 630.00 |
| | PMR | Conference with R. Dees regarding settlement strategy; review Fuel Audit. | 300.00 | 1.00 | 300.00 |
| 01/15/2013 | RMD | Review docket; revised Motion to Discharge Stay Bond; e-mail to Arrow's attorney. | 300.00 | 1.40 | 420.00 |
| | PMR | Review denial of Motion for Rehearing, Motion for Release of bond and conference with R. Dees regarding next steps. | 300.00 | 0.40 | 120.00 |
| 01/16/2013 | RMD | Preparation of Motion for Order of Restitution. | 300.00 | 0.80 | 240.00 |
| 01/17/2013 | RMD | Preparation for Motion for Judgment of Restriction. | 300.00 | 2.40 | 720.00 |
| | PMR | Conference with R. Dees concerning next steps in litigation; review prior pleadings. | 300.00 | 0.70 | 210.00 |
| 01/18/2013 | RMD | Preparation of Motion for Judgment of Restitution. | 300.00 | 0.70 | 210.00 |
| 01/21/2013 | RMD | Preparation of Motion for Entry of Judgment of Restitution. | 300.00 | 1.50 | 450.00 |
| 01/22/2013 | RMD | Preparation of Final Judgment of restitution; preparation of Motion for Entry of Final Judgment of restitution. | 300.00 | 2.30 | 690.00 |
| | PMR | Conference with R. Dees to discuss litigation strategy; review case law concerning whether a restitution judgment or order is appropriate following reversal and mandate. | 300.00 | 1.00 | 300.00 |
| 01/24/2013 | RMD | Revised Motion for Judgment in restitution; preparation of Motion for Award of appellate costs. | 300.00 | 1.80 | 540.00 |
| | PWJ | Meet with R. Dees regarding litigation posture and pending research. | 200.00 | 0.50 | 100.00 |
| 01/25/2013 | RMD | Revised Motion for Appellate costs; e-mails with J. Baldiga. | 300.00 | 1.00 | 300.00 |
| 01/28/2013 | RMD | Revised proposed judgment; revised Motion for Award of Appellate Costs; e-mails with J. Baldiga. | 300.00 | 2.30 | 690.00 |
| | PMR | Review correspondence with client. | 300.00 | 0.20 | 60.00 |
| | HD | Review and revise draft of Motion for Appellate Attorneys' Fees; review billing statements regarding costs to be included in Motion; review client documents regarding premium paid on 2011 cost bond; obtaining premium paid on 2012 stay bond; organize and prepare exhibits to Motion. | 125.00 | 1.20 | 150.00 |
| 01/29/2013 | RMD | Revised Motion for Award of Appellate Costs. | 300.00 | 0.40 | 120.00 |

Page: 4
Joseph H. Baldiga, Trustee

November 08, 2013

Client Matter No:   1884-101M

Statement No:    170604

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/30/2013 | HD | Telephone conference with Fourth District Court of Appeal regarding issuance of mandate;  email to R. Dees regarding same. | 125.00 | 0.30 | 37.50 |
| 02/01/2013 | RMD | Review mandate; filing Motion for Appellate Costs, Motion to Release bond, and Motion for Judgment of restitution; e-mails with J. Baldiga. | 300.00 | 0.70 | 210.00 |
| 02/04/2013 | RMD | Review affidavits of R. Rose and L. Faiman regarding AFI account. | 300.00 | 1.60 | 480.00 |
| | PMR | Conference with R. Dees regarding next steps in litigation; receipt and review of correspondence from trustee; review affidavit from Arrow's expert regarding potential overcharges Southern asserted against AFI. | 300.00 | 1.00 | 300.00 |
| 02/05/2013 | RMD | Preparation of Motion for Entry of Judgment of Restitution. | 300.00 | 0.80 | 240.00 |
| 02/06/2013 | RMD | Research. | 300.00 | 0.40 | 120.00 |
| 02/07/2013 | RMD | E-mails with Arrow's attorney. | 300.00 | 0.40 | 120.00 |
| | PWJ | Online legal research regarding action to retrieve funds inadvertently transmitted to vendor account. | 200.00 | 2.80 | 560.00 |
| 02/08/2013 | PWJ | Online legal research regarding action to retrieve funds inadvertently transmitted to vendor account. | 200.00 | 1.10 | 220.00 |
| | RMD | E-mails with Arrow's attorney; e-mails with J. Baldiga. | 300.00 | 0.50 | 150.00 |
| 02/11/2013 | RMD | Strategy conference with P. Renner. | 300.00 | 0.40 | 120.00 |
| | PMR | Review correspondence from opposing counsel regarding hearing; conference with R. Dees regarding same. | 300.00 | 0.30 | 90.00 |
| 03/04/2013 | RMD | Preparation for hearing. | 300.00 | 0.80 | 240.00 |
| 03/06/2013 | RMD | Preparation for hearing. | 300.00 | 0.50 | 150.00 |
| 03/11/2013 | RMD | Preparation for hearing on pending motions; letter to Judge. | 300.00 | 0.80 | 240.00 |
| 03/14/2013 | RMD | Receipt and review of Arrow's opposition to our pending motions. | 300.00 | 4.50 | 1,350.00 |
| 03/15/2013 | RMD | Preparation for hearing on pending motions. | 300.00 | 3.50 | 1,050.00 |
| 03/16/2013 | RMD | Preparation for hearing on pending motions. | 300.00 | 1.70 | 510.00 |
| 03/18/2013 | RMD | Preparation for hearing on pending motions. | 300.00 | 2.30 | 690.00 |

Page: 5

Joseph H. Baldiga, Trustee

November 08, 2013
Client Matter No:   1884-101M
Statement No:        170604

Southern Sky Air & Tours, LLC Bankruptcy

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | PMR | Conference with R. Dees regarding upcoming hearings. | 300.00 | 0.30 | 90.00 |
| 03/19/2013 | RMD | Preparation for and attendance at hearing on our Motion for Restitution, Motion for Award of Costs, and Motion to Release Stay Bond. | 300.00 | 3.50 | 1,050.00 |
| 03/21/2013 | RMD | Receipt and review of final judgment in garnishment against SunTrust; e-mails with J. Baldiga; e-mails with SunTrust's attorney; preparation of Motion for Rehearing. | 300.00 | 2.50 | 750.00 |
|  | PMR | Review actions taken by opposing counsel to garnish SunTrust's funds and conference with R. Dees regarding same. | 300.00 | 0.40 | 120.00 |
| 03/22/2013 | RMD | E-mails with Arrow's attorney; e-mails with J. Baldiga; preparation of emergency Motion for Return of Garnished Funds; telephone conference with SunTrust's attorney. | 300.00 | 2.60 | 780.00 |
| 03/25/2013 | RMD | Receipt and review of executed Orders; garnishment research. | 300.00 | 2.30 | 690.00 |
|  | PMR | Review orders entered by Court granting our motions; conference with R. Dees regarding litigation strategy and possible claim against opposing counsel if SunTrust are not recovered. | 300.00 | 0.80 | 240.00 |
| 03/26/2013 | RMD | Letter to Arrow's attorney. | 300.00 | 0.50 | 150.00 |
|  | PMR | Revise correspondence to opposing counsel; receipt and review of correspondence from opposing counsel; correspondence from J. Baldiga; telephone conference with J. Baldiga regarding next steps in litigation. | 300.00 | 0.80 | 240.00 |
| 03/28/2013 | PMR | Correspondence to Court enclosing motion and notice of hearing for our motion to return improperly garnished funds. | 300.00 | 0.30 | 90.00 |
|  | RMD | Preparation for hearing on our Motion for Return of SunTrust funds. | 300.00 | 0.80 | 240.00 |
| 03/29/2013 | RMD | Preparation for hearing on our Motion for Return of Garnished Funds. | 300.00 | 1.00 | 300.00 |
| 04/01/2013 | RMD | Emails with Arrow's attorney. | 300.00 | 0.40 | 120.00 |
| 04/02/2013 | RMD | Emails with bond company; emails with J. Baldiga; preparation for hearing. | 300.00 | 0.80 | 240.00 |
| 04/04/2013 | RMD | Prepare for and attendance at hearing on our Motion for Return of Garnished Funds. | 300.00 | 5.30 | 1,590.00 |

Page: 6
November 08, 2013
Client Matter No: 1884-101M
Statement No: 170604

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 04/05/2013 | RMD | Preparation for rescheduled hearing. | 300.00 | 1.00 | 300.00 |
| 04/09/2013 | RMD | Preparation for hearing on our Motion for Rehearing. | 300.00 | 1.50 | 450.00 |
|  | PMR | Strategy session with R. Dees. | 300.00 | 1.50 | 450.00 |
| 04/10/2013 | RMD | Preparation for hearing on our Motion for Rehearing. | 300.00 | 0.80 | 240.00 |
| 04/11/2013 | PMR | Conference with R. Dees regarding best approach to execution on judgment. | 300.00 | 1.00 | 300.00 |
| 04/15/2013 | PMR | Review case law for response to Plaintiff's Motion to Amend Judgment and conference with R. Dees regarding same. | 300.00 | 1.10 | 330.00 |
|  | RMD | Receipt and review of order on Plaintiff's motion rehearing; research. | 300.00 | 1.50 | 450.00 |
| 04/16/2013 | RMD | Research restitution issues. | 300.00 | 1.60 | 480.00 |
|  | PMR | Conference with R. Dees regarding strategy for upcoming hearing and law governing motion. | 300.00 | 0.50 | 150.00 |
| 04/17/2013 | RMD | Preparation of memorandum in opposition to Plaintiff's motion to amend judgement. | 300.00 | 2.50 | 750.00 |
|  | PMR | Research on proceedings supplementary and conference with R. Dees regarding same. | 300.00 | 1.30 | 390.00 |
| 04/18/2013 | RMD | Preparation of memo in opposition to Arrow's motion to amend judgement. | 300.00 | 2.80 | 840.00 |
|  | PMR | Conference with R. Dees to discuss strategy for memorandum of law opposing relief sought by Arrow; assist with preparation of our Memorandum of Law. | 300.00 | 0.80 | 240.00 |
| 04/19/2013 | RMD | Preparation for hearing on Plaintiff's motion for amended judgement. | 300.00 | 1.80 | 540.00 |
|  | PMR | Review Affidavit filed by Arrow and conference with R. Dees regarding same and best approach to upcoming hearing. | 300.00 | 0.50 | 150.00 |
| 04/22/2013 | RMD | Preparation for hearing on Plaintiff's motion to amend garnishment judgment. | 300.00 | 1.40 | 420.00 |
| 04/23/2013 | RMD | Preparation for and attendance at hearing on Plaintiff's motion to amend judgment. | 300.00 | 5.00 | 1,500.00 |
| 04/24/2013 | RMD | Emails with Plaintiff's attorney; emails with J. Baldiga; emails with Plaintiff's attorney. | 300.00 | 1.00 | 300.00 |
|  | PMR | Conference with R. Dees regarding: hearing and next steps. | 300.00 | 0.20 | 60.00 |

Page: 7
Joseph H. Baldiga, Trustee

November 08, 2013

Client Matter No:   1884-101M

Statement No:       170604

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/25/2013 | RMD | Emails with G. Barbieri; preparation for hearing on Plaintiff's motion to amend judgment. | 300.00 | 1.60 | 480.00 |
| | PMR | Receipt and review of correspondence from trustee. | 300.00 | 0.20 | 60.00 |
| 04/26/2013 | RMD | Research bankruptcy issues. | 300.00 | 0.60 | 180.00 |
| 04/29/2013 | RMD | Emails with Plaintiff's attorney; preparation for hearing on Plaintiff's Motion for Rehearing. | 300.00 | 1.10 | 330.00 |
| 05/02/2013 | RMD | Preparation for hearing on Plaintiff's Motion Amended Judgment; letter to Judge. | 300.00 | 1.40 | 420.00 |
| | PMR | Conference with R. Dees regarding litigation strategy. | 300.00 | 0.50 | 150.00 |
| 05/06/2013 | RMD | Preparation for hearings on Plaintiff's Motion to Strike and Plaintiff's Motion to Amend Judgment. | 300.00 | 1.80 | 540.00 |
| 05/07/2013 | RMD | Attendance at hearings on Plaintiff's Motion to Strike and Plaintiff's Motion to Amend Judgment. | 300.00 | 5.50 | 1,650.00 |
| 05/08/2013 | RMD | E-mails with Plaintiff's attorney. | 300.00 | 0.60 | 180.00 |
| 05/09/2013 | RMD | Conference with P. Renner regarding strategy. | 300.00 | 0.80 | 240.00 |
| 05/10/2013 | RMD | Receipt and review of Order on Motion to Amend Judgment; preparation of Motion to Enforce Mandate. | 300.00 | 1.50 | 450.00 |
| | PMR | Receipt and review of Court's Order on Motion for Rehearing and/or to amend; conference with R. Dees regarding same. | 300.00 | 0.30 | 90.00 |
| 05/13/2013 | RMD | Preparation of Motion to Enforce Mandate. | 300.00 | 2.30 | 690.00 |
| 05/14/2013 | RMD | Final preparation of Motion to Enforce Mandate and appendix. | 300.00 | 2.10 | 630.00 |
| | HD | Assist in preparation of Motion to Enforce Mandate and Appendix thereto. | 125.00 | 2.00 | 250.00 |
| | PMR | Assist with Motion to Enforce Mandate. | 300.00 | 0.30 | 90.00 |
| 05/15/2013 | RMD | Final preparation of and filing Motion to Enforce Mandate and appendix. | 300.00 | 2.50 | 750.00 |
| | HD | Assist in final preparation of and filing our Motion for Rehearing and Appendix with the Court. | 125.00 | 1.10 | 137.50 |
| | PMR | Conference with R. Dees and assist with Motion to Enforce. | 300.00 | 0.50 | 150.00 |
| 05/16/2013 | RMD | Draft proposed Order. | 300.00 | 0.50 | 150.00 |
| 05/22/2013 | RMD | E-mails with J. Baldiga. | 300.00 | 0.30 | 90.00 |

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 05/29/2013 | RMD | Preparation of response to Order regarding deposition of R. Rose. | 300.00 | 2.30 | 690.00 |
| 05/30/2013 | RMD | Receipt and review of Plaintiff's Motion for Extension; e-mails with Plaintiff's attorney. | 300.00 | 0.60 | 180.00 |
| 06/03/2013 | RMD | E-mails with Plaintiff's attorney. | 300.00 | 0.50 | 150.00 |
| 06/05/2013 | PMR | Review correspondence from opposing counsel and trustee regarding possible violation of the automatic stay; conference with R. Dees regarding same. | 300.00 | 0.30 | 90.00 |
| | RMD | E-mails with Plaintiff's attorney. | 300.00 | 1.30 | 390.00 |
| 06/17/2013 | RMD | Receipt and review of Plaintiff's Notice of Hearing; e-mails with Plaintiff's attorney. | 300.00 | 0.70 | 210.00 |
| 06/19/2013 | RMD | E-mails with J. Baldiga; e-mails with Plaintiff's attorney. | 300.00 | 1.30 | 390.00 |
| 06/21/2013 | RMD | E-mails with Plaintiff's attorney. | 300.00 | 0.50 | 150.00 |
| 06/26/2013 | RMD | Prepare of response to Plaintiff's suggestion of bankruptcy. | 300.00 | 1.00 | 300.00 |
| 06/28/2013 | PWJ | Legal research regarding effect of bankruptcy stay. | 200.00 | 1.00 | 200.00 |
| 07/01/2013 | PWJ | Legal research regarding effect of bankruptcy stay. | 200.00 | 0.80 | 160.00 |
| 07/02/2013 | PWJ | Meet with R. Dees regarding research of effect on bankruptcy stay on appellate proceedings; legal research regarding same. | 200.00 | 0.40 | 80.00 |
| | RMD | Preparation for hearing on our Motion for Rehearing. | 300.00 | 0.80 | 240.00 |
| 07/03/2013 | PWJ | Drafting response to Motion for Enlargement of Time. | 200.00 | 1.20 | 240.00 |
| | RMD | Preparation of response to suggestion of bankruptcy. | 300.00 | 2.50 | 750.00 |
| 07/04/2013 | PWJ | Drafting responses to Motion for Enlargement of Time. | 200.00 | 0.60 | 120.00 |
| 07/05/2013 | PWJ | Drafting argument against enlargement of time and applicability of bankruptcy stay. | 200.00 | 2.00 | 400.00 |
| | PMR | Conference with R. Dees. | 300.00 | 0.30 | 90.00 |
| 07/08/2013 | RMD | Preparation of withdrawal of emergency motion. | 300.00 | 0.50 | 150.00 |
| 07/15/2013 | RMD | Receipt and review of Fourth District Court of Appeal Order; e-mails with J. Baldiga. | 300.00 | 0.50 | 150.00 |

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/16/2013 | RMD | Preparation of Notice of Appeal. | 300.00 | 0.80 | 240.00 |
| 07/17/2013 | RMD | Research appeal issues. | 300.00 | 0.70 | 210.00 |
| | PMR | Conference with R. Dees regarding litigation and appeal strategy in light of Court's Order denying Motion for Rehearing. | 300.00 | 0.40 | 120.00 |
| 07/19/2013 | RMD | Preparation of Notice of Appeal. | 300.00 | 0.40 | 120.00 |
| 07/23/2013 | RMD | E-mails with J. Baldiga; preparation of Notice of Appeal. | 300.00 | 1.30 | 390.00 |
| 07/24/2013 | RMD | Preparation of Notice of Appeal and Motion to Stay. | 300.00 | 1.50 | 450.00 |
| 07/30/2013 | PMR | Conference with R. Dees regarding next steps in litigation and strategy for same. | 300.00 | 0.20 | 60.00 |
| 07/31/2013 | RMD | Receipt and review of Plaintiff's Motion for Rehearing; e-mails with J. Baldiga. | 300.00 | 0.80 | 240.00 |
| 08/01/2013 | RMD | E-mails with Plaintiff's attorney; preparation of response to Plaintiff's Motion for Rehearing. | 300.00 | 1.30 | 390.00 |
| 08/02/2013 | RMD | E-mails with Plaintiff's attorney. | 300.00 | 0.50 | 150.00 |
| 08/07/2013 | RMD | Preparation of response to Arrow's Motion for Rehearing. | 300.00 | 1.30 | 390.00 |
| | PMR | Conference with R. Dees regarding strategy; review correspondence from opposing counsel. | 300.00 | 0.50 | 150.00 |
| 08/08/2013 | RMD | Preparation of response to Arrow's Motion for Rehearing. | 300.00 | 1.30 | 390.00 |
| 08/09/2013 | RMD | Preparation of response to Plaintiff's Motion for Clarification. | 300.00 | 1.40 | 420.00 |
| | PMR | Review pleadings and assist with preparation of our response to latest Motion for Rehearing/Clarification. | 300.00 | 1.30 | 390.00 |
| 08/13/2013 | RMD | Receipt and review of Order denying Arrow's Motion for Clarification; e-mails with Arrow's attorney. | 300.00 | 0.80 | 240.00 |
| 08/14/2013 | HD | Prepare and serve Southern Sky's docketing statement with Fourth District Court of Appeal in SunTrust garnishment appeal. | 125.00 | 0.80 | 100.00 |
| 08/15/2013 | RMD | Preparation of docketing statement. | 300.00 | 0.40 | 120.00 |
| 08/21/2013 | RMD | Preparation for hearing on our Motion to Stay pending appeal. | 300.00 | 0.50 | 150.00 |

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 08/22/2013 | RMD | Preparation of response to Motion for Rehearing. | 300.00 | 1.30 | 390.00 |
| 08/23/2013 | RMD | Preparation of Motion to Stay; preparation of Motion for Reconsideration. | 300.00 | 1.20 | 360.00 |
| 08/27/2013 | PMR | Conference with R. Dees regarding litigation strategy. | 300.00 | 0.50 | 150.00 |
| 08/29/2013 | RMD | Status update to J. Baldiga; e-mails with SunTrust's attorney. | 300.00 | 0.70 | 210.00 |
| 09/03/2013 | RMD | Receipt and review of Plaintiff's Motion for Enlargement of Time to respond to Motion to Enforce Mandate; e-mails with J. Baldiga. | 300.00 | 0.80 | 240.00 |
| 09/05/2013 | RMD | Preparation of response to Plaintiff's Motion for Enlargement of Time; e-mails with J. Baldiga. | 300.00 | 1.70 | 510.00 |
| | PMR | Assist with response to Arrow's most recent Motion for Extension and conference with R. Dees regarding same. | 300.00 | 0.30 | 90.00 |
| 09/09/2013 | RMD | Receipt and review of Plaintiff's response to our Motion to Enforce Mandate. | 300.00 | 0.50 | 150.00 |
| | HD | Telephone conference with Clerk's office regarding status of Record on Appeal. | 125.00 | 0.20 | 25.00 |
| 09/10/2013 | PMR | Review Arrow's response to our Motion to Enforce; conference with R. Dees regarding same; assist with correspondence to J. Baldiga. | 300.00 | 1.50 | 450.00 |
| | RMD | Receipt and review of Plaintiff's response to our Motion to Enforce Mandate; report letter to J. Baldiga; e-mails with Plaintiff's attorney. | 300.00 | 1.20 | 360.00 |
| 09/11/2013 | RMD | Receipt and review of Plaintiff's Motion for Summary Judgment; preparation of Amended Fee Agreement; e-mails with J. Baldiga. | 300.00 | 1.60 | 480.00 |
| 09/12/2013 | RMD | E-mails with J. Baldiga; draft Amended Fee Agreement. | 300.00 | 1.50 | 450.00 |
| 09/16/2013 | RMD | Preparation of Amended Fee Contract and Proposed Order. | 300.00 | 0.80 | 240.00 |
| 09/17/2013 | RMD | Preparation of Amended Fee Agreement and proposed Order for bankruptcy court. | 300.00 | 0.80 | 240.00 |
| | PMR | Receipt and review of correspondence with trustee regarding our amended agreement. | 300.00 | 0.20 | 60.00 |
| 09/18/2013 | RMD | Receipt and review of Order denying our Motion to Enforce | | | |

Page: 11
November 08, 2013
Client Matter No:  1884-101M
Statement No:    170604

Joseph H. Baldiga, Trustee

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Mandate; e-mails with J. Baldiga; preparation of proposed Order granting Motion to Stay. | 300.00 | 1.40 | 420.00 |
| | PMR | Receipt and review of Fourth District Court of Appeal's Order on Motion to Enforce; conference with R. Dees regarding litigation strategy; receipt and review of correspondence from trustee. | 300.00 | 1.10 | 330.00 |
| 09/19/2013 | RMD | Preparation for hearing on Motion to Strike. | 300.00 | 0.70 | 210.00 |
| 09/20/2013 | RMD | E-mails with Plaintiff's attorney; e-mails with M. Baldwin; e-mails with SunTrust's attorney. | 300.00 | 1.00 | 300.00 |
| 09/23/2013 | RMD | E-mails with Plaintiff's attorney; preparation for hearing. | 300.00 | 0.80 | 240.00 |
| 09/24/2013 | RMD | Lengthy telephone conference with Plaintiff's attorney; e-mails with SunTrust's attorney. | 300.00 | 1.50 | 450.00 |
| 09/25/2013 | RMD | E-mails with Plaintiff's attorney; revised proposed Order regarding stay pending appeal. | 300.00 | 1.00 | 300.00 |
| | PMR | Conference with R. Dees regarding settlement strategy. | 300.00 | 0.20 | 60.00 |
| 09/26/2013 | RMD | E-mails with Plaintiff's attorney; e-mails with SunTrusts' attorney; preparation for hearing on Plaintiff's Motion for Summary Judgment. | 300.00 | 1.30 | 390.00 |
| 09/27/2013 | RMD | E-mails with Plaintiff's attorney; e-mails with SunTrust's attorney. | 300.00 | 1.20 | 360.00 |
| 09/30/2013 | RMD | Revised proposed Stay Order; e-mails with Plaintiff's attorney; e-mails with SunTrust's attorney. | 300.00 | 1.30 | 390.00 |
| 10/01/2013 | PMR | Conference with R. Dees regarding litigation strategy. | 300.00 | 0.40 | 120.00 |
| 10/03/2013 | RMD | Preparation of Motion for Rehearing; receipt and review of Order regarding Amended Fee Agreement. | 300.00 | 6.00 | 1,800.00 |
| 10/04/2013 | RMD | E-mails with J. Baldiga; receipt and review of SunTrust's Motion to Pay Funds into Court Registry. | 300.00 | 0.80 | 240.00 |
| 10/07/2013 | PMR | Conference with R. Dees regarding Court's recent ruling and our resulting litigation and settlement strategy. | 300.00 | 0.50 | 150.00 |
| | RMD | Preparation of Notice of Bankruptcy; e-mails with Plaintiff's attorney; e-mails with SunTrust's attorney. | 300.00 | 2.10 | 630.00 |
| 10/08/2013 | RMD | Letter to Plaintiff's attorney; preparation of Notice of Filling | | | |

Page: 12

Joseph H. Baldiga, Trustee

November 08, 2013
Client Matter No:  1884-101M
Statement No:      170604

Southern Sky Air & Tours, LLC Bankruptcy

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | bankruptcy Order. | 300.00 | 1.50 | 450.00 |
| 10/09/2013 | RMD | E-mails with Plaintiff's attorney; e-mails with SunTrust's attorney. | 300.00 | 0.70 | 210.00 |
| 10/10/2013 | RMD | E-mails with J. Baldiga. | 300.00 | 0.30 | 90.00 |
| 10/11/2013 | RMD | Preparation of settlement proposal to Plaintiff. | 300.00 | 0.80 | 240.00 |
| 10/14/2013 | PMR | Conference with R. Dees regarding litigation strategy concerning automatic stay and upcoming hearing scheduled by opposing counsel. | 300.00 | 0.30 | 90.00 |
| 10/15/2013 | RMD | Receipt and review of Plaintiff's Notice of Filing. | 300.00 | 0.30 | 90.00 |
| 10/21/2013 | RMD | E-mails with Plaintiff's attorney regarding status. | 300.00 | 0.60 | 180.00 |
| 10/30/2013 | PMR | Conference with R. Dees regarding litigation strategy. | 300.00 | 0.20 | 60.00 |
| | | For Current Services Rendered | | 242.00 | 69,967.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert M. Dees | 192.00 | $300.00 | $57,600.00 |
| Paul M. Renner | 30.50 | 300.00 | 9,150.00 |
| Patrick W. Joyce | 10.40 | 200.00 | 2,080.00 |
| Heather Durham | 9.10 | 125.00 | 1,137.50 |

Total Current Work                                                69,967.50

**Balance Due**                                                   $69,967.50

Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 69,967.50 | 242.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Taxpayer ID Number: 59-3660766

Date: 11/01/2013

### Detail Cost Transaction File List
Milam Howard Nicandri Dees & Gillam, P.A.

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----------------|------|--------|--|-------|

**Client ID 1884.101 Baldiga, Trustee/Joseph H.**

| Client | Trans Date | Tmkr | P | Task Code | Rate | Amount | Description | Ref # |
|--------|-----------|------|---|-----------|------|--------|-------------|-------|
| 1884.101 | 03/30/2012 | 5 | P | 53 | | 1.35 | Postage | 3 |
| 1884.101 | 03/30/2012 | 5 | P | 50 | | 2.75 | Long distance telephone charges | 5 |
| 1884.101 | 03/31/2012 | 5 | P | 51 | 0.200 | 1.20 | Photocopy charges | 4 |
| 1884.101 | 08/21/2012 | 5 | P | 79 | | 425.46 | Jurisco - Inv. 2010-48678 | 1 |
| 1884.101 | 10/31/2012 | 5 | P | 50 | | 0.11 | Long distance telephone charges | 6 |
| 1884.101 | 01/02/2013 | 5 | P | 21 | | 10.00 | Clerk of Court - Access to Court Docket | 7 |
| 1884.101 | 01/21/2013 | 5 | P | 21 | | 5.00 | Clerk of Court - Premium Access Trial Unit | 8 |
| 1884.101 | 01/31/2013 | 5 | P | 76 | 50.000 | 50.06 | Online legal research | 2 |
| 1884.101 | 02/13/2013 | 5 | P | 53 | | 2.32 | Postage | 9 |
| 1884.101 | 02/13/2013 | 5 | P | 51 | 0.200 | 15.80 | Photocopy charges | 10 |
| 1884.101 | 02/28/2013 | 5 | P | 76 | 25.000 | 34.84 | Online legal research | 11 |
| 1884.101 | 02/28/2013 | 5 | P | 50 | | 2.23 | Long distance telephone charges | 12 |
| 1884.101 | 03/15/2013 | 5 | P | 21 | | 5.00 | Clerk of Court - Access to Court Docket | 14 |
| 1884.101 | 03/19/2013 | 5 | P | 57 | | 89.10 | Airfare | 16 |
| 1884.101 | 03/19/2013 | 5 | P | 13 | | 15.05 | Tolls/Taxi/Auto Rental | 17 |
| 1884.101 | 03/19/2013 | 5 | P | 61 | | 4.00 | Parking | 18 |
| 1884.101 | 03/21/2013 | 5 | P | 21 | | 5.00 | Clerk of Court - Access to Court Docket | 15 |
| 1884.101 | 03/21/2013 | 5 | P | 18 | | 29.44 | Overnight Delivery | 20 |
| 1884.101 | 03/29/2013 | 5 | P | 53 | | 6.11 | Postage | 13 |
| 1884.101 | 03/29/2013 | 5 | P | 71 | | 95.00 | Processor fee - Inv. 99426 | 19 |
| 1884.101 | 03/29/2013 | 5 | P | 50 | | 7.17 | Long distance telephone charges | 21 |
| 1884.101 | 03/29/2013 | 5 | P | 50 | | 10.64 | Long distance telephone charges | 22 |
| 1884.101 | 04/03/2013 | 5 | P | 57 | | 200.90 | Airfare | 23 |
| 1884.101 | 04/03/2013 | 5 | P | 13 | | 44.63 | Tolls/Taxi/Auto Rental | 24 |
| 1884.101 | 04/04/2013 | 5 | P | 61 | | 7.00 | Parking | 25 |
| 1884.101 | 04/09/2013 | 5 | P | 57 | | 117.80 | Airfare | 26 |
| 1884.101 | 04/09/2013 | 5 | P | 13 | | 55.42 | Tolls/Taxi/Auto Rental | 27 |
| 1884.101 | 04/09/2013 | 5 | P | 18 | | 29.44 | Overnight Delivery | 28 |
| 1884.101 | 04/30/2013 | 5 | P | 53 | | 5.16 | Postage | 29 |
| 1884.101 | 04/30/2013 | 5 | P | 53 | | 5.28 | Postage | 30 |
| 1884.101 | 04/30/2013 | 5 | P | 53 | | 3.22 | Postage | 31 |
| 1884.101 | 04/30/2013 | 5 | P | 53 | | 1.38 | Postage | 32 |
| 1884.101 | 04/30/2013 | 5 | P | 51 | 0.200 | 2.40 | Photocopy charges | 33 |
| 1884.101 | 04/30/2013 | 2 | P | 76 | 25.000 | 36.01 | Online legal research | 40 |
| 1884.101 | 04/30/2013 | 5 | P | 50 | | 1.34 | Long distance telephone charges | 34 |
| 1884.101 | 04/30/2013 | 5 | P | 50 | | 1.96 | Long distance telephone charges | 35 |
| 1884.101 | 04/30/2013 | 5 | P | 18 | | 29.70 | Overnight Delivery | 36 |
| 1884.101 | 04/30/2013 | 5 | P | 13 | | 33.34 | Tolls/Taxi/Auto Rental | 37 |
| 1884.101 | 04/30/2013 | 5 | P | 57 | | 407.80 | Airfare | 38 |
| 1884.101 | 04/30/2013 | 5 | P | 61 | | 8.00 | Parking | 39 |
| 1884.101 | 05/06/2013 | 5 | P | 52 | | 24.00 | Mileage to/from Fort Lauderdale, Florida | 42 |
| 1884.101 | 05/18/2013 | 5 | P | 103 | | 240.00 | Court Reporter Appearance - Inv. 1003688 and 1002845 | 43 |
| 1884.101 | 05/23/2013 | 5 | P | 53 | | 4.56 | Postage | 41 |
| 1884.101 | 05/31/2013 | 5 | P | 18 | | 14.85 | Overnight Delivery | 44 |
| 1884.101 | 05/31/2013 | 5 | P | 51 | 0.200 | 16.00 | Photocopy charges | 45 |
| 1884.101 | 05/31/2013 | 5 | P | 76 | 25.000 | 83.87 | Online legal research | 46 |
| 1884.101 | 05/31/2013 | 5 | P | 50 | | 6.97 | Long distance telephone charges | 47 |
| 1884.101 | 06/21/2013 | 5 | P | 103 | | 120.00 | Court Reporter Appearance - Inv. 1013149 | 48 |
| 1884.101 | 06/30/2013 | 5 | P | 76 | 25.000 | 45.53 | Online legal research | 49 |
| 1884.101 | 07/25/2013 | 5 | P | 21 | | 300.00 | Clerk of Court - Notice of Appeal | 51 |
| 1884.101 | 07/26/2013 | 5 | P | 21 | | 100.00 | Clerk of Court - Appeal Fee | 50 |
| 1884.101 | 07/31/2013 | 5 | P | 76 | 25.000 | 75.94 | Online legal research | 52 |
| 1884.101 | 08/12/2013 | 5 | P | 79 | | 100.00 | North American Data Systems, Inc. - Inv. 34272 | 53 |
| 1884.101 | 08/14/2013 | 5 | P | 18 | | 14.39 | Overnight Delivery | 54 |
| 1884.101 | 10/22/2013 | 5 | P | 21 | | 185.40 | Clerk of Court - Record on appeal | 55 |

| Total for Client ID 1884.101 | | Billable | 3,139.92 | Baldiga, Trustee/Joseph H. |
|--|--|--|--|--|
| | | | | Southern Sky Air & Tours, LLC Bankruptcy |

**GRAND TOTALS**

Billable          3,139.92

## EXHIBIT "E"

## BIOGRAPHIES – EXHIBIT "F"

**Robert M. Dees** is a partner with the Jacksonville law firm of Milam Howard Nicandri Dees & Gillam, P.A. ("Milam Howard"). Mr. Dees joined Milam Howard in 2002 and has been a principal of the firm since that time. Prior to joining Milam Howard, Mr. Dees was a partner in Holland & Knight, LLP's Jacksonville office. Mr. Dees was admitted to practice in the state and federal courts of Florida in 1987. He practices in the areas of commercial litigation, insurance law, maritime law, intellectual property, and media law. He also has a significant appellate practice. He graduated from Washington & Lee University in 1984 and the University of Florida College of Law in 1997. He is "AV" rated and is Florida Bar Board Certified in admiralty and maritime law. He is a member of the Florida Bar Admiralty and Maritime Law Committee and the Media and Communications Law Committee, which he chaired in 2002 – 2003. He is member of the Maritime Law Association of the United States and the Southeastern Admiralty Law Institute. He is also a senior member of the First Amendment Foundation's Sunshine Litigation team.

**Paul M. Renner** received a history degree from Davidson College and attended law school at the University of Florida. Following graduation, he served as an Assistant State Attorney from 1995-1998. Subsequently, he practices commercial litigation as a partner at Milam Howard Nicandri Dees & Gillam, P.A. and handles a wide variety of matters, such as Landlord/Tenant, Construction and Real Estate disputes. He is "AV" rated and was selected as one of Jacksonville Magazine's Top Lawyers in Jacksonville. More recently, he was awarded the Jacksonville Bar Association, James C. Rinaman, Jr. Public Service Award, 2012. He is the co-Chair of the Litigation Section of the Jacksonville Bar Association and also serves as a member of the Judicial Nominating Commission for Florida's 4th Judicial Circuit.

**Patrick W. Joyce** is an associate concentrating on business litigation, construction defects, landlord/tenant disputes, and commercial foreclosure cases. Mr. Joyce was raised in south Florida and graduated from the University of Florida with a degree in agriculture. After earning his M.S. in Animal Science from the University of Idaho, Patrick moved to Jacksonville and served as the UF/IFAS agriculture agent for northeast Florida. Later, after developing extensive leadership experience as a project manager for business and humanitarian ventures in Africa, Asia, and North America, Mr. Joyce returned to law school and, before joining Milam Howard, gained extensive federal court experience working at the United States Attorney's Office and the United States District Court for the Middle District of Florida. Mr. Joyce was admitted to the Florida Bar in 2010.

**Heather J. Durham**, Paralegal

Heather J. Durham has been employed as a paralegal with Milam Howard Nicandri Dees & Gillam, P.A. since 2002. She has over 19 years of legal experience with a focus on complex commercial litigation, civil, construction, and admiralty law, as well as appellate proceedings. She possesses a broad knowledge of the rules and procedures of Florida's state, federal and appellate courts, and carries with her an extensive trial background.