UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## TRUSTEE'S STATEMENT OF NO OBJECTION TO APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROBERT M. DEES, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC, d/b/a Direct Air, the debtor herein (the "Debtor"), in response to the Application for Allowance of Compensation and Reimbursement of Expenses by Robert M. Dees, Special Counsel to Chapter 7 Trustee (the "Special Counsel Fee Application") filed concurrently herewith, and hereby files this Statement of No Objection to the amount of the fees and expenses requested in the Special Counsel Fee Application and requests authority to pay the Special Counsel Fee Application.

WHEREFORE, the Trustee respectfully requests that this Court:

    a.    Allow the Special Counsel Fee Application in the amount requested and authorize the Trustee to pay the Special Counsel Fee Application; and

{Practice Areas/CORP/15008/14190/A2438319.DOC}

    b.    Grant the Trustee such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: November 12, 2013

{Practice Areas/CORP/15008/14190/A2438319.DOC}