UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

11/12/2013 ALLOWED

## MOTION TO LIMIT NOTICE
(Re: Application for Allowance of Compensation and Reimbursement of Expenses
By Robert M. Dees, Special Counsel to Chapter 7 Trustee)
(Trustee's Statement of No Objection to Application for Allowance of
Compensation and Reimbursement of Expenses by Robert M. Dees,
Special Counsel to Chapter 7 Trustee)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b), to limit notice regarding the (I) Application for Allowance of Compensation and Reimbursement of Expenses by Robert M. Dees, Special Counsel to Chapter 7 Trustee (the "Special Counsel Fee Application"), and (II) Trustee's Statement of No Objection to Application for Allowance of Compensation and Reimbursement of Expenses by Robert M. Dees., Special Counsel to Chapter 7 Trustee (the "Statement of No Objection"; together with the Special Counsel Fee Application", the "Special Counsel Fee Application Pleadings") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, and all parties that have filed requests for notice.

{Practice Areas/CORP/15008/14190/A2438328.DOC}