11/12/2013 ALLOWED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### MOTION TO LIMIT NOTICE
(Motion of Chapter 7 Trustee for Order (I) Approving Proposed Interim Distribution
to Charter Participant Claimants, (II) Resolving and Disallowing Certain
Objectionable Charter Participant Claims and (III) Extending
Deadline for Submission of Completed Claim Forms)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Motion of Chapter 7 Trustee for Order (I) Approving Proposed Interim Distribution to Charter Participant Claimants, (II) Resolving and Disallowing Certain Objectionable Charter Participant Claims and (III) Extending Deadline for Submission of Completed Claim Forms (the "Claim Distribution Motion") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all Charter Participant claimants (as defined below) that filed Objectionable Claims (as defined in the Claim Distribution Motion).

In support hereof, the Trustee submits the following:

{Practice Areas/CORP/15008/14190/A2438230.DOC}