November 18, 2013

United States Bankruptcy Court

Harold D. Donohue Building & Courthouse

595 Main Street

Worcester, MA 01608-2076

Re: Case No. 12-40944-MSH

To whom it may concern;

On November 12, 2013 the trustee in this case filed a motion which among other things requested that all claims received after November 8, 2013 be deemed disallowed. I object to this request in the motion because I had moved from the address on file and never received notice until November 12, 2013. At that time I contacted Mirick, O'Connell, DeMallie & Lougee, LLP and was instructed to email in my claim form. I filled in the claim form with my updated information and sent it in within minutes of speaking with them. Today I received information regarding the motion and totally object to having claims filled after November 8th denied.

Thanks for your consideration in this matter.

Dennis Jerome Parker

338 Firebridge Dr

Chapin, SC 29036

803-310-3107

Received
11-12-13

## IMPORTANT NOTICE TO CLAIMANTS AND MANDATORY CLAIM FORM

### YOU ARE REQUIRED TO RESPOND BY SEPTEMBER 25, 2013
### IF YOU STILL ARE ASSERTING A CLAIM

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
United States Bankruptcy Court, District of Massachusetts
Chapter 7, Case No. 12-40944-MSH

You are receiving this Notice because you submitted a claim against (i) the Public Charter Operator's Surety Bond, (ii) certain accounts held at Valley National Bank, and/or (iii) the Southern Sky/Direct Air bankruptcy estate. Due to a large number of duplicative and/or subsequently satisfied claims, on August 7, 2013, the Bankruptcy Court entered an Order approving a new claims reconciliation process including this Notice. Even though you previously submitted a claim, you must complete and execute this Claim Form and return it by September 25, 2013 as set forth below, or your claim will be disallowed and you will not receive any distribution to which you might otherwise be entitled.

1. Current Contact Information of Consumer Claimant:

   Name: Dennis Jerome Parker
   Address: 338 Firebridge Dr
   City, State/Zip Code: Chapin, SC 29036
   Phone Number: 803-310-3107  Email: jerome.p@live.com

2. Claim Still Asserted by Consumer:

   I still hold a claim in the Debtor's bankruptcy case in the amount of $ 169.00 after application of all credits, offsets and refunds received by me (including, but not limited to, any receipt of a refund or "chargeback" through my credit card or debit card account).

   **Please enclose documentation in support of your claim.**[1]

   If the above claim is for more than one individual (for example on behalf of a group or family), you must list the names of each individual claimant below, or on a separate attachment.

   Name: _____  Name: _____

   Name: _____  Name: _____

   ☐ If any portion of your claim includes any amounts paid to any party other than the Debtor (Direct Air), please check this box and provide details.

   ☐ If any portion of your claim includes a membership fee for the Debtor's "Friends and Family" or "Family Ties" program (not including payments for pre-paid tickets or vouchers), please check this box and indicate the amount of the membership fee only: $ _____

   *Continued on reverse side.*

---

[1] It is not necessary to submit copies of supporting documents if you already submitted supporting documents with your original claim.

*Received 11-12-13*

I understand and acknowledge that this claim replaces and supersedes any and all claim(s) previously asserted by me in the Debtor's bankruptcy case.

**UNDER PENALTIES OF PERJURY I AFFIRM THAT THE INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT AND THAT THE ABOVE ASSERTED CLAIM IS ALL I AM STILL OWED AND THAT ALL CREDITS, CHARGEBACKS, OFFSETS, AND REFUNDS THAT I HAVE RECEIVED HAVE BEEN DEDUCTED FROM MY CLAIM.**

_____
(sign your name here)

3. **You Must Return This Claim Form So It Is Received By September 25, 2013:**

   a.   Fax this Claim Form to:        508.983.6243; or

   b.   Email this Claim Form to:      kdellechiaie@mirickoconnell.com; or

   c.   Mail this Claim Form to:       Mirick, O'Connell, DeMallie & Lougee, LLP
                                        Attn: Kimberly M. DelleChiaie, Paralegal
                                        100 Front Street
                                        Worcester, MA 01608

   (It is not necessary to file this Claim Form with the Bankruptcy Court.)

4. If you have any questions about this Claim Form, feel free to call (508) 791-8500 and ask to speak to a representative about the "Direct Air Claim Form."