**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

---

| In re | Southern Sky Air & Tours, LLC d/b/a Direct Air | Chapter: 7 |
|---|---|---|
| | | Case No: 12–40944 |
| | Debtor | Judge Melvin S. Hoffman |

---

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/9/14 at 02:00 PM** before the Honorable Judge Melvin S. Hoffman Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [408] Motion of the Chapter 7 Trustee, Joseph H. Baldiga, For Order (I) Approving Proposed Interim Distribution To Charter Participant Claimants, (II) Resolving And Disallowing Certain Objectionable Charter Participant Claims And (III) Extending Deadline For Submission Of Completed Claim Forms.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:11/26/13

By the Court,

Halina Magerowski
Deputy Clerk
508–770–8927