IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>Southern Sky Air & Tours, LLC d/b/a/ Direct Air,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-40944 (MSH) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of **Niagara Falls Aviation** and request that they be placed on the service list, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set forth below.

Dated:  December 2, 2013

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (BBO# 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112
pbilowz@goulstonstorrs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>Southern Sky Air & Tours, LLC d/b/a/ Direct Air,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-40944 (MSH) |

**CERTIFICATE OF SERVICE**

I, Peter D. Bilowz, hereby certify that on this 2nd day of December, 2013, I caused to be served a copy of the ***Notice of Appearance and Demand for Service of Papers*** on the parties set forth on the attached Service List via the Court's ECF system

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq. (BBO #651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112
pbilowz@goulstonstorrs.com

Service List

**VIA ECF**

- Carl D. Aframe on behalf of Defendant Quickflight, Inc.
  aframe@aframebarnhill.com,
  graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com

  Joseph H. Baldiga on behalf of Trustee Joseph H. Baldiga
  jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com

  Ronald T. Bevans on behalf of Creditor Sky King Inc.
  rtbevans@bevanslaw.com

  Alan L. Braunstein on behalf of Debtor Southern Sky Air & Tours, LLC d/b/a Direct Air
  abraunstein@riemerlaw.com, ahall@riemerlaw.com

  Timothy T Brock on behalf of Creditor Merrick Bank Corporation
  tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

  Jonathan C. Burwood on behalf of Creditor Platte River Insurance Company
  jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com

  Nicole B. Caprioli on behalf of Interested Party Commonwealth of Massachusetts
  nicole.caprioli@state.ma.us

  Bradford R. Carver on behalf of Creditor Platte River Insurance Company
  bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com

  David C. Fixler on behalf of Interested Party Judy Tull
  dfixler@rubinrudman.com

  David C. Fixler on behalf of Interested Party Kay Ellison
  dfixler@rubinrudman.com

  David C. Fixler on behalf of Interested Party Marshall Ellison
  dfixler@rubinrudman.com

  Daniel G. Gurfein on behalf of Creditor Merrick Bank Corporation
  dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com

  David B. Haber on behalf of Creditor Chemoil Corporation d/b/a Chemoil Aviation
  dhaber@dhaberlaw.com

  Andrea Horowitz Handel on behalf of Creditor UNITED STATES
  andrea.handel@usdoj.gov

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Richard T. King on behalf of Assistant U.S. Trustee Richard King
richard.t.king@usdoj.gov

Robert W Kovacs, Jr on behalf of Creditor Robert W Kovacs
bknotices@rkovacslaw.com

Lawrence M. Kraus on behalf of Creditor Horry County Department of Airports
lkraus@foley.com, jpinder@foley.com;khall@foley.com

Gina L. Martin on behalf of Creditor Merrick Bank Corporation
gmartin@goodwinprocter.com

Kevin C. McGee on behalf of Creditor American Express Travel Related Services Co., Inc.
bankruptcy@sederlaw.com, kmcgee@sederlaw.com

William R. Moorman, Jr. on behalf of Creditor Radixx Solutions International, Inc.
moorman@craigmacauley.com

David M. Nickless on behalf of Interested Party Hank Torbert
dnickless.nandp@verizon.net

Gina Barbieri O'Neil on behalf of Trustee Joseph H. Baldiga
gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

Laura Otenti on behalf of Creditor JetPay Merchant Services, LLC
lotenti@pbl.com, jspagnoli@pbl.com

Michael J. Pappone on behalf of Creditor Merrick Bank Corporation
mpappone@goodwinprocter.com

David J. Reier on behalf of Trustee Joseph H. Baldiga
dreier@pbl.com

Jeffrey D. Sternklar on behalf of Interested Party Valley National Bank
jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com