**BRIAN HIGGINS**
26TH DISTRICT, NEW YORK

2459 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3306
(202) 226-0347 (FAX)

COMMITTEE ON HOMELAND SECURITY
RANKING MEMBER
SUBCOMMITTEE ON
COUNTERTERRORISM AND INTELLIGENCE
SUBCOMMITTEE ON
EMERGENCY PREPAREDNESS,
RESPONSE, AND COMMUNICATIONS

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEE ON THE
MIDDLE EAST AND NORTH AFRICA
SUBCOMMITTEE ON EUROPE,
EURASIA, AND EMERGING THREATS

726 EXCHANGE STREET
SUITE 601
BUFFALO, NY 14210
(716) 852-3501
(716) 852-3929 (FAX)

640 PARK PLACE
NIAGARA FALLS, NY 14301
(716) 282-1274
(716) 282-2479 (FAX)

higgins.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3226

November 18, 2013

The Honorable Melvin S. Hoffman
Judge
US Bankruptcy Court – District of Massachusetts
595 Main St
Worcester, MA 01608
Case # 12-40944

Dear Judge Hoffman,

When Direct Air abruptly suspended its operations on March 13, 2012 and subsequently filed for bankruptcy, hundreds of Western New York customers were left seriously inconvenienced and out hundreds of dollars.

Making matters worse, Direct Air did not have the required funds in its escrow account to compensate customers, as required by the U.S. Department of Transportation. Consequently, over a year later, many of those passengers who did not receive credit card refunds have yet to be compensated for these cancelled flights. Understandably, these customers have been frustrated by Direct Air's cynical business practices and by their circuitous and difficult path towards securing refunds.

In order for our nation's air travel system to work, consumers need to be assured that they will not be subject to arbitrary cancellations, and if they are, that they will receive fair and timely compensation. Without these assurances, consumer confidence in the air travel system will continue to erode.

With that in mind I respectfully request that you give full and fair consideration based on the merits of the case to providing funds from the company as compensation to the ticket holders who have been adversely impacted.

Thank you for your attention to this matter.

Sincerely,

Brian Higgins
Member of Congress