UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER ALLOWING APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY ROBERT M. DEES,
SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE**

Upon the Application for Allowance of Compensation and Reimbursement of Expenses by Robert M. Dees (the "Applicant"), special counsel to Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee"), dated **November 8**, 2013 (the "Special Counsel Fee Application"); and the Court finding that notice thereof was sufficient; and no objection to the Special Counsel Fee Application having been filed or any such objection having been overruled after a hearing as appropriate under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Special Counsel Fee Application is allowed;

2. The Applicant be and hereby is granted and allowed fees in the amount of $ **12,600.00** in connection with his representation of the Trustee; and

3. The Applicant be and hereby is granted and allowed reimbursement of his expenses in the amount of $ **3,139.92** in connection with his representation of the Trustee.

Dated: **December 16, 2013**

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge