UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**SUPPLEMENT TO MOTION OF CHAPTER 7 TRUSTEE FOR ORDER
(I) APPROVING REVISED PROPOSED INTERIM DISTRIBUTION TO CHARTER
PARTICIPANT CLAIMANTS, (II) DISALLOWING THE CHARTER
PARTICIPANT CLAIM OF JEAN BUONVICINO, (III) ALLOWING THE
CHARTER PARTICIPANT CLAIMS OF DENNIS JEROME PARKER AND
LOIS SATAGAJ AND (IV) EXTENDING DEADLINE FOR
<u>SUBMISSION OF COMPLETED CLAIM FORMS</u>
(Hearing Scheduled for January 9, 2014 at 2:00 p.m.)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby supplements the Motion for Order (I) Approving Proposed Interim Distribution to Charter Participant Claimants, (II) Resolving and Disallowing Certain Objectionable Charter Participant Claims and (III) Extending Deadline for Submission of Completed Claim Forms (the "Distribution Motion") filed by the Trustee on November 12, 2013 *[Docket Entry No. 408]* and scheduled for hearing on January 9, 2014 at 2:00 p.m. Specifically, the Trustee hereby supplements the Distribution Motion to include a further request for (a) approval of a <u>revised</u> proposed interim distribution to Charter Participant Claimants (as defined in the Distribution Motion), (b) disallowance of an additional objectionable Charter Participant (as defined in the Distribution Motion) claim, (c) allowance of two Late Claims (as defined

{Practice Areas/CORP/15008/14190/A2460289.DOC}

below), and (d) extension of the deadline for submission of the completed Claim Notice (as defined in the Distribution Motion) and allowance of the Late Claims (as defined below). **Charter Participant claimants receiving a copy of this Motion should review <u>Exhibit B</u> attached hereto to determine whether this Motion includes an objection to claims filed by such claimant.**

In further support of the pending Distribution Motion, the Trustee submits the following supplement:

1. In the Distribution Motion, the Trustee seeks approval of, among other things, a proposed distribution for payment to Unreimbursed Charter Participants (as defined in the Distribution Motion). In connection therewith, the Trustee attached a proposed distribution as <u>Exhibit D</u> to the Distribution Motion. Additionally, the Trustee seeks approval of the Trustee's proposed treatment and/or disallowance of certain objectionable Charter Participant claims and extension of the deadline for submission of the Claim Notice to November 8, 2013. The Trustee also filed a proposed Order approving the Distribution Motion.

2. Subsequent to filing the Distribution Motion, and after the proposed November 8, 2013 deadline for submission of completed Claim Notices, the Trustee received only two (2) additional Claim Notices: (a) Dennis Jerome Parker ("Mr. Parker") on November 12, 2013 in the amount of $169.00, and (b) Lois Satagaj ("Ms. Satagaj"; together with Mr. Parker, the "Late Claims") on November 14, 2013 in the amount of $338.00. To date, the only objection to the Distribution Motion was filed on November 25, 2013 by Mr. Parker.

3. The Distribution Motion requests disallowance of all claims received after November 8, 2013. The Trustee now seeks extension of the deadline for submission of completed Claim Notices to November 14, 2013, such that the Late Claims be permitted to

participate in the proposed distribution. Allowance of this request will moot the objection filed by Mr. Parker.

4. Additionally, subsequent to the Trustee's filing of the Distribution Motion, Merrick Bank, via counsel, reviewed the Trustee's proposed distribution and, of the 1,922 completed Claim Notices received by the Trustee, provided the Trustee with information identifying 101 Charter Participants listed on the proposed distribution as apparently having already received a credit card chargeback from Merrick Bank in all, or substantially all, of the amount asserted on each of the 101 Charter Participants' Claim Notices (the "101 Charter Participants"). According to Merrick Bank, the claims of these 101 Charter Participants should be disallowed, despite each such claimant having confirmed on the Claim Notice that the amount of his or her clam was net of any refund or chargeback from any credit card or debit card account. The Trustee reviewed the information provided by Merrick Bank, as well as the corresponding Charter Participant claims. The Trustee also "tested" the information provided by calling approximately one-third of the 101 Charter Participants. All but one claimant indicated that, to date, no chargeback, or reversal, had been received on their credit card or debit card account. Only one claimant, Jean Buonvicino, listed on **Exhibit B** attached hereto, indicated that the charge had been "suspended", and would likely be reversed if nothing was received on her bankruptcy claim (the "Buonvicino Claim").

5. Accordingly, the Trustee further requests (a) disallowance of the Buonvicino Claim, (b) allowance of the balance of the 101 Charter Participants (as defined herein), and allowance of the Late Claims (as defined herein).

6. The following documents are attached to this Supplement:

a. **Exhibit A**: revised proposed interim distribution to reflect the proposed disallowance of the Buonvicino Claim, allowance of the remaining 101 Charter Participants and allowance of the Late Claims[1];

b. **Exhibit B**: the Buonvicino Claim; and

c. **Exhibit C**: revised proposed Order.

WHEREFORE, the Trustee respectfully requests that this Court enter the revised proposed Order attached hereto, among other things:

(A)  Approving the Distribution Motion, as supplemented herein;

(B)  Extending the deadline for submission of the completed Claim Notice to November 14, 2013;

(C)  Allowing the Late Claims (as defined herein); and

(D)  Disallowing the Buonvicino Claim (as defined herein).

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898.1501
Fax:    (508) 898.1502
Email: jbaldiga@mirickoconnell.com

Dated: December 18, 2013

---

[1] A copy of the revised proposed distribution (approximately 88 pages long) shall be served on all parties entitled to receive notice in this bankruptcy case via the Bankruptcy Court's electronic case filing (ECF) system. Otherwise, parties wishing to receive a copy of the revised proposed distribution may request a copy from the undersigned.