UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

12/19/2013 ALLOWED

## MOTION TO LIMIT NOTICE
(Supplement to Motion of Chapter 7 Trustee for Order (I) Approving Revised Proposed
Interim Distribution to Charter Participant Claimants, (II) Disallowing the Charter
Participant Claim of Jean Buonvicino, (III) Allowing the Charter Participant Claims
of Dennis Jerome Parker and Lois Satagaj, and (IV) Extending Deadline
for Submission of Completed Claim Forms)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Supplement to Motion of Chapter 7 Trustee for Order (I) Approving Revised Proposed Interim Distribution to Charter Participant Claimants, (II) Disallowing the Charter Participant Claim of Jean Buonvicino, (III) Allowing the Charter Participant Claims of Dennis Jerome Parker and Lois Satagaj, and (IV) Extending Deadline for Submission of Completed Claim Forms (the "Distribution Motion Supplement") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, the Late Claimants (as defined in the Distribution Motion Supplement), and Jean Buonvicino.

In support hereof, the Trustee submits the following:

{Practice Areas/CORP/15008/14190/A2461603.DOC}