United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 2            Date Rcvd: Dec 19, 2013
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2013.
intp         +Arlington Spinner,   2812 Military Tpke,   West Chazy, NY 12992-3924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2013 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com

```
District/off: 0101-4          User: mbd              Page 2 of 2              Date Rcvd: Dec 19, 2013
                              Form ID: pdf012        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joseph H. Baldiga   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

    Joseph H. Baldiga   on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

    Joseph H. Baldiga   on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

    Kevin C. McGee   on behalf of Creditor   American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com

    Laura  Otenti   on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com

    Lawrence M. Kraus   on behalf of Creditor   Horry County Department of Airports lkraus@foley.com, jpinder@foley.com;khall@foley.com

    Michael J. Pappone   on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com

    Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us

    Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

    Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

    Richard  King   USTPRegion01.WO.ECF@USDOJ.GOV

    Richard T. King   on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov

    Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com

    Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com

    Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com

    Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com

    Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

    William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc. moorman@craigmacauley.com

    TOTAL: 43

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

12/19/2013 ALLOWED

## MOTION TO LIMIT NOTICE
(Supplement to Motion of Chapter 7 Trustee for Order (I) Approving Revised Proposed
Interim Distribution to Charter Participant Claimants, (II) Disallowing the Charter
Participant Claim of Jean Buonvicino, (III) Allowing the Charter Participant Claims
of Dennis Jerome Parker and Lois Satagaj, and (IV) Extending Deadline
for Submission of Completed Claim Forms)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the Supplement to Motion of Chapter 7 Trustee for Order (I) Approving Revised Proposed Interim Distribution to Charter Participant Claimants, (II) Disallowing the Charter Participant Claim of Jean Buonvicino, (III) Allowing the Charter Participant Claims of Dennis Jerome Parker and Lois Satagaj, and (IV) Extending Deadline for Submission of Completed Claim Forms (the "Distribution Motion Supplement") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, the Late Claimants (as defined in the Distribution Motion Supplement), and Jean Buonvicino.

In support hereof, the Trustee submits the following:

{Practice Areas/CORP/15008/14190/A2461603.DOC}