# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. | |

## MOTION BY THE UNITED STATES TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR JANUARY 9, 2014

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On November 12, 2013, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for, among other things, an order approving proposed interim distribution to charter participant claimants (Docket No. 408).

2. The Court has scheduled a hearing on this motion for January 9, 2014 at 2:00 p.m. (Docket No. 418).

3. My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for January 9, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.

December 30, 2013                                  Respectfully submitted,

                                                 STUART F. DELERY
                                                 Assistant Attorney General

                                                 Christopher R. Donato
                                                 Assistant United States Attorney
                                                 BBO #628907
                                                 John Joseph Moakley Courthouse
                                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA  02210
                                                 Telephone: (617) 748-3303

                                                 /s/Andrea Horowitz Handel
                                                 J. CHRISTOPHER KOHN
                                                 TRACY J. WHITAKER
                                                 ANDREA HOROWITZ  HANDEL
                                                 Civil Division
                                                 Department of Justice
                                                 Post Office Box 875
                                                 Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 Telephone: (202) 307-0358
                                                 Facsimile: (202) 514-9163
                                                 Email: andrea.handel@usdoj.gov

                                                 Attorneys for the United States

Certificate of Service

    I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 30th day of December 2013.

                                                 /s/ Andrea Horowitz Handel
                                               Andrea Horowitz Handel