# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
                                              )
In re:                                        )    Case No. 12-40944 (MSH)
                                              )
SOUTHERN SKY AIR & TOURS, LLC                 )    Chapter 7
D/B/A DIRECT AIR,                             )
                                              )
        Debtor.                               )
_____)

## MOTION BY THE UNITED STATES TO APPEAR
## TELEPHONICALLY AT THE HEARING SCHEDULED FOR JANUARY 9, 2014

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On November 12, 2013, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for, among other things, an order approving proposed interim distribution to charter participant claimants (Docket No. 408).

2. The Court has scheduled a hearing on this motion for January 9, 2014 at 2:00 p.m. (Docket No. 418).

3. My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for January 9, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.

12/30/2013 ALLOWED.