**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

**MOTION OF MERRICK BANK CORPORATION TO APPEAR**
**TELEPHONICALLY AT THE HEARING SCHEDULED FOR JANUARY 9, 2014**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Timothy T. Brock, as a member of Satterlee Stephens Burke & Burke, LLP

("Satterlee"), on behalf of Merrick Bank Corporation ("Merrick"), respectfully states and prays

as follows:

1.      On November 12, 2013, the Trustee of the bankruptcy estate of Southern Sky Air

& Tours, LLC d/b/a Direct Air filed a motion (the "Motion") for, among other things, an order

approving his proposed interim distribution to Charter Participant claimants [ECF No. 408].

2.      The Court has scheduled a hearing (the "Hearing") on the Motion for January 9,

2014 at 2:00 p.m. [ECF No. 418].

3.      Because Satterlee's office is located in New York, N.Y, I therefore respectfully

request permission to appear by telephone at the Hearing, on behalf of both myself and my law

partner at Satterlee, Daniel G. Gurfein, Esq.

WHEREFORE, Timothy T. Brock and Daniel G. Gurfein respectfully request that the

Court enter an order allowing them to appear telephonically at the hearing scheduled for January

9, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.

1837616_1

Respectfully submitted,

MERRICK BANK CORPORATION

By its counsel,


  /s Timothy T. Brock
Timothy T. Brock
Daniel G. Gurfein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Phone:  (212) 818-9200
Fax:  (212) 818-9607
Email:  tbrock@ssbb.com
Email:  dgurfein@ssbb.com

Dated: January 2, 2014


## Certificate of Service

I hereby certify that a copy of the foregoing document has been served by electronic mail

on all parties on the Court's ECF system this 2nd day of January 2014.


  /s Timothy T. Brock
Timothy T. Brock

2

1837616_1