

01/02/2014 ALLOWED. THE COURT WILL CONTACT ATTORNEY BROCK TO MAKE ARRANGEMENTS.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## MOTION OF MERRICK BANK CORPORATION TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR JANUARY 9, 2014

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Timothy T. Brock, as a member of Satterlee Stephens Burke & Burke, LLP ("Satterlee"), on behalf of Merrick Bank Corporation ("Merrick"), respectfully states and prays as follows:

1.  On November 12, 2013, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion (the "Motion") for, among other things, an order approving his proposed interim distribution to Charter Participant claimants [ECF No. 408].

2.  The Court has scheduled a hearing (the "Hearing") on the Motion for January 9, 2014 at 2:00 p.m. [ECF No. 418].

3.  Because Satterlee's office is located in New York, N.Y, I therefore respectfully request permission to appear by telephone at the Hearing, on behalf of both myself and my law partner at Satterlee, Daniel G. Gurfein, Esq.

WHEREFORE, Timothy T. Brock and Daniel G. Gurfein respectfully request that the Court enter an order allowing them to appear telephonically at the hearing scheduled for January 9, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.

1

1837616_1