UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION, AS SUPPLEMENTED, FOR ORDER (I) APPROVING PROPOSED INTERIM DISTRIBUTION TO CHARTER PARTICIPANT CLAIMANTS, (II) RESOLVING AND DISALLOWING CERTAIN OBJECTIONABLE CHARTER PARTICIPANT CLAIMS AND (III) EXTENDING DEADLINE FOR SUBMISSION OF COMPLETED CLAIM NOTICES**

Upon the motion (the "Motion") filed on November 12, 2013 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), For Order (I) Approving Proposed Interim Distribution to Charter Participant Claimants, (II) Resolving and Disallowing Certain Objectionable Charter Participant Claims and (III) Extending Deadline for Submission of Completed Claim Notices (the "Distribution Motion") and the supplement thereto dated December 18, 2013 (the "Supplement"); and the Court finding that the Distribution Motion, as supplemented, is in the best interest of the Estate; one objection to the Distribution Motion having been filed by Dennis Jerome Parker (the "Parker Objection"), the Parker Objection having been rendered moot, and therefore is disallowed, by the supplement;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.    The Distribution Motion, as supplemented, is allowed;

{Practice Areas/CORP/15008/14190/A2461529.DOCX}

2. The revised proposed distribution attached to the Supplement as Exhibit A and the proposed transmittal letter attached to the Distribution Motion as <u>Exhibit E</u> are approved;

3. The deadline by which Charter Participants (as defined in the Distribution Motion) and New Claimants (as defined in the Distribution Motion) may have to submit completed Claim Notices (as defined in the Distribution Motion) is extended to November 14, 2013;

4. Claim Notices timely submitted by Charter Participants and New Claimants, including Dennis Jerome Parker and Lois Satagaj, on or before November 14, 2013 are hereby deemed allowed and approved by this Court, subject to any adjustments by the Trustee;

5. Any Claim Notices received by the Trustee after November 14, 2013 are hereby disallowed in full, without the need for further objection or notice by the Trustee;

6. The Trustee's recommended treatment of the Objectionable Claims (as defined in the Distribution Motion) as attached to the Distribution Motion as <u>Exhibit C</u> is approved; and

7. The Trustee's recommended disallowance, in full, of the claim of Jean Buonvicino (as defined in the Supplement and as attached to the Supplement as <u>Exhibit B</u>) is approved.

Dated: January 9, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge