Dennis Jerome Parker
38 Firebridge Dr.
Chapin, SC 29036