UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | Chapter 7<br>Case No. 12-40944-MSH |

### STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Airport Terminal Services, Inc.
Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Airport Terminal Services, Inc. ("ATS"; together with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On or about August 28, 2012, and again on October 18, 2012, the Trustee made demand (the "Demand") on ATS for the return of transfers made by the Debtor to ATS within 90

days prior to the Petition Date in the amount of $78,725.14 (the "Transfers"), pursuant to Bankruptcy Code § 547(b).

5. ATS responded to the Demand and asserted ordinary course and new value defenses to the Trustee's demand for return of the Transfers.

6. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## **STIPULATION**

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. Within ten (10) days of execution of this Stipulation, ATS will pay $40,000.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the Demand and related to the Transfers. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 Trustee" and delivered to the Trustee's counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon the later of (i) receipt of the Settlement Amount and (ii) entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), ATS and the Trustee, on behalf of himself and the Estate, shall be deemed to have released and discharged each other, their respective representatives, attorneys, agents and assigns, from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from ATS's payment of the Settlement Amount.

C. ATS acknowledges that it received no other payments from or on behalf of the Debtor within the 90 days prior to the Petition Date, other than (i) the Transfers referenced in

the Demand and (ii) additional transfers received on or about December 19, 2012 in the approximate amount of $5,613.46. ATS acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

      D.    This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| AIRPORT TERMINAL SERVICES, INC. | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| /s/ Richard W. Engel, Jr. | /s/ Gina O'Neil |
| Richard W. Engel, Jr., Esq. | Joseph H. Baldiga, BBO #549963 |
| Armstrong Teasdale LLP | Gina Barbieri O'Neil, BBO # 670596 |
| 7700 Forsyth Blvd., Suite 1800 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| St. Louis, MO 63105-1847 | 1800 West Park Drive, Suite 400 |
| Phone: 314.342.4116 | Westborough, MA 01581 |
| Fax:     314.621.5065 | Phone: 508.898.1501 |
| Email: rengel@armstrongteasdale.com | Fax:     508.898.1502 |
| | Email: bankrupt@mirickoconnell.com |
| | Email: goneil@mirickoconnell.com |
| Dated: January 21, 2014 | Dated: January 23, 2014 |