# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,**

      **Debtor.**

**Chapter 7
Case No. 12-40944-MSH**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation of Settlement (Re: Avoidance and Recovery of Transfers to The Port Authority of New York and New Jersey Pursuant to Bankruptcy Code §§ 547 and 550));

2. Motion to Approve Stipulation of Settlement (Re: The Port Authority of New York and New Jersey), with proposed Order; and

3. Motion to Limit Notice (Re: Stipulation of Settlement (Re: Avoidance and Recovery of Transfers to The Port Authority of New York and New Jersey Pursuant to Bankruptcy Code §§ 547 and 550)) (Re: Motion to Approve Stipulation of Settlement (Re: The Port Authority of New York and New Jersey)), with proposed Order.

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: goneil@mirickoconnell.com

Dated: February 6, 2014

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank
Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke &
Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank
Corporation/NOA)
**VIA ECF**

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W.
Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn
Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American
Express Travel Related
Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr.,
Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions
Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein & Lund
LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant
Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National
Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn:  Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Wachovia Bank, National
Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach International
Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
805 West Idaho Street, Suite
401
Boise, ID 83702-8918
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite
1102
White Plains, NY 10601
(Interested Party/Postpetition
Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes &
Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley,
Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port
Authority of New York and
New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue,
NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen,
Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

U.S. Department of
Transportation
Office of the Secretary of
Transportation
Immediate Office of General
Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel,
Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of
America - Department of
Justice/NOA)
**VIA ECF**

John T. Vian, Esq.
Smith, Gambrell & Russell,
LLP
Promenande Two, Suite
3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia
Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell,
LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia
Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge &
Rice, LLP
222 Delaware Avenue,
Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air
Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Transportation Security
Association
Attn: Chief Counsel - TSA-2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

Michael H. Weaver, Esq.
McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

David M. Nickless, Esq.
Nickless, Phillips and
O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank
Torbert/NOA)
**VIA ECF**

Tasha B. Thompson, Esq.
South Carolina Department of
Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina
Department of Revenue)

Christa Fornarotto
Associate Administrator for
Airports
Federal Aviation
Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County
Department of Airports)
**VIA ECF**

Department of the Treasury
Financial Management
Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United
States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for
Aviation Enforcement &
Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

Margaret Taylor Finucane,
Esq.
The Port Authority of New
York and New Jersey
225 Park Avenue South
New York, NY 10003
(Interested Party)