# EXHIBIT 15

**evenue Crosstab Report**

parture Date: ◆Dec 29, 2011◆ to◆ Dec 31, 2011

Fare Class Codes: ◆ALL
From Airport: ◆ALL
To Airport: ◆ALL
Reservation Channels: ◆ALL
Travel Agents: ◆ALL
Flying Status: ◆ALL
Flights: ◆ALL
Flight Status: ◆ ALL

Values are in Airline Report Amount

| | PSGR Count | AIR | APH | APS | BAG1 | BAG2 | BAGS | BPP | BSA | BSC | BSD | CGPE | CHNG | CLUB | CNV | CNXL | CONV | FBAG | FCLS | FDIP | FET | GOLF | HV50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PGD◆ 5809 | 150 | 12,136.42 | 0.00 | 0.00 | 875.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,195.00 | 0.00 | 0.00 | 0.00 | 550.00 | 772.50 | 710.96 | 0.00 | 0.0 |
| PBI◆ 3801 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0 |
| PGD◆ 5811 | 292 | 21,761.69 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 2,260.00 | 300.00 | 0.00 | 1,050.00 | 439.91 | 1,283.55 | 0.00 | | |
| 6003 | 120 | 9,308.16 | 0.00 | 0.00 | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 930.00 | 0.00 | 0.00 | 400.00 | 383.50 | 425.34 | 0.00 | 25.0 | |
| SFB◆ 5813 | 300 | 22,568.88 | 0.00 | 0.00 | 1,875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,880.00 | 100.00 | 0.00 | 100.00 | 618.00 | 1,593.52 | 0.00 | | |
| 6003 | 30 | 2,561.74 | 0.00 | 0.00 | 275.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 | 0.00 | 0.00 | 300.00 | 0.00 | 148.74 | 0.00 | | |
| MYR◆ 5823 | 101 | 6,805.92 | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 810.00 | 0.00 | 0.00 | 0.00 | 0.00 | 374.76 | 0.00 | | |
| LAL◆ 7705 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| MYR◆ 7705 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| LAL◆ 7100 | 298 | 22,545.58 | 0.00 | 0.00 | 2,650.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 25.00 | 0.00 | 0.00 | 3,435.00 | 75.00 | 0.00 | 200.00 | 453.50 | 1,637.55 | 0.00 | | |
| 7713 | 151 | 12,297.89 | 0.00 | 0.00 | 1,275.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 2,115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113.60 | 0.00 | | |
| MLB◆ 3005 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| MYR◆ 5817 | 179 | 11,587.08 | 0.00 | 0.00 | 1,275.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,570.00 | 100.00 | 0.00 | 0.00 | 632.50 | 653.20 | 25.00 | 25.0 | |
| NAS◆ 4413 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 405.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PBI◆ 4409 | 200 | 24,526.24 | 0.00 | 0.00 | 2,775.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,490.00 | 0.00 | 0.00 | 200.00 | 0.00 | 1,710.99 | 25.00 | | |
| PGD◆ 5815 | 320 | 25,005.42 | 0.00 | 0.00 | 1,645.00 | 60.00 | 0.00 | 0.00 | 0.00 | 50.00 | 150.00 | 0.00 | 0.00 | 0.00 | 2,845.00 | 0.00 | 0.00 | 600.00 | 269.00 | 1,475.09 | 25.00 | 50.0 | |
| 5915 | 149 | 15,894.10 | 0.00 | 0.00 | 900.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 25.00 | 0.00 | 0.00 | 1,635.00 | 300.00 | 0.00 | 450.00 | 0.00 | 1,046.90 | 0.00 | | |
| 3005 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SJU◆ 4405 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| HGR◆ 7704 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| IAG◆ 7712 | 115 | 8,461.10 | 0.00 | 0.00 | 725.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,455.00 | 600.00 | 45.00 | 0.00 | 350.00 | 0.00 | 588.32 | 25.00 | |
| 7700 | 276 | 19,927.15 | 0.00 | 0.00 | 2,525.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 3,165.00 | 200.00 | 0.00 | 200.00 | 180.00 | 1,579.84 | 75.00 | 75.0 | |
| MYR◆ 7704 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.82 | | |
| PBG◆ 4400 | 136 | 9,943.96 | 0.00 | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 1,530.00 | 500.00 | 0.00 | 0.00 | 324.00 | 738.52 | 0.00 | 50.0 | |
| 7710 | 74 | 5,109.88 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 975.00 | 100.00 | 0.00 | 0.00 | 427.34 | 0.00 | 75.0 | | |
| SJU◆ 4401 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SFI◆ 7102 | 246 | 18,653.88 | 0.00 | 0.00 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 3,240.00 | 300.00 | 0.00 | 0.00 | 550.00 | 268.99 | 1,557.49 | 0.00 | 25.0 |
| IAG◆ 3004 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| EWR◆ 5852 | 99 | 6,368.45 | 0.00 | 0.00 | 800.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 | 0.00 | 0.00 | 0.00 | 5.00 | 420.11 | 0.00 | | |
| HGR◆ 7704 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| IAG◆ 5816 | 90 | 5,900.61 | 0.00 | 0.00 | 600.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.11 | 0.00 | | |
| 5622 | 50 | 3,643.63 | 0.00 | 0.00 | 575.00 | 210.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 495.00 | 0.00 | 0.00 | 0.00 | 134.50 | 236.35 | 0.00 | 25.0 | |
| LAL◆ 7705 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PBG◆ 5622 | 109 | 7,498.01 | 0.00 | 0.00 | 625.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 521.50 | 0.00 | | |
| PIT◆ 5818 | 99 | 7,095.56 | 0.00 | 0.00 | 925.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 1,115.00 | 0.00 | 0.00 | 0.00 | 114.50 | 554.19 | 0.00 | | |
| IAG◆ 4414 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 | 0.00 | 0.00 | 0.00 | | |
| ORH◆ 4411 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 0.00 | 0.00 | 0.00 | | |
| NAS◆ 4410 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PBI◆ 4407 | 149 | 11,763.82 | 0.00 | 0.00 | 1,075.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 100.00 | 0.00 | 0.00 | 100.00 | 49.50 | 629.13 | 0.00 | |
| 3803 | 259 | 18,214.51 | 0.00 | 0.00 | 1,475.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,940.00 | 100.00 | 0.00 | 0.00 | 550.00 | 200.00 | 1,433.55 | 0.00 | |
| PGD◆ 5803 | 331 | 24,993.03 | 0.00 | 0.00 | 1,075.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 75.00 | 0.00 | 0.00 | 0.00 | 2,915.00 | 0.00 | 0.00 | 0.00 | 700.00 | 1,977.50 | 1,470.07 | 0.00 | |
| SFB◆ 5805 | 341 | 25,088.18 | 0.00 | 0.00 | 2,025.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,367.50 | 1,402.16 | 0.00 | |
| SJU◆ 4403 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| LAL◆ 4401 | 147 | 11,072.86 | 0.00 | 0.00 | 1,275.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,455.00 | 0.00 | 0.00 | 0.00 | 200.00 | 189.00 | 898.02 | 25.00 | 50.0 |
| 7711 | 148 | 12,980.57 | 0.00 | 0.00 | 1,475.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,695.00 | 200.00 | 0.00 | 0.00 | 250.00 | 772.50 | 499.92 | 25.00 | |
| MYR◆ 5521 | 102 | 7,417.37 | 0.00 | 0.00 | 775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,085.00 | 0.00 | 0.00 | 0.00 | 0.00 | 617.83 | 100.00 | 50.0 | |
| 5622/5817 | 21 | 2,001.25 | 0.00 | 0.00 | 150.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.22 | 0.00 | | |
| PGD◆ 5619 | 297 | 25,082.19 | 0.00 | 0.00 | 2,150.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 50.00 | 0.00 | 0.00 | 3,285.00 | 0.00 | 0.00 | 400.00 | 0.00 | 1,568.09 | 0.00 | 25.0 | |
| SJU◆ 4401 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| AZO◆ 3800 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| IAG◆ 4408 | 281 | 23,683.06 | 0.00 | 0.00 | 2,300.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080.00 | 0.00 | 0.00 | 650.00 | 0.00 | 1,658.99 | 0.00 | | |
| 3804 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ORH◆ 3802 | 209 | 20,547.43 | 0.00 | 0.00 | 1,175.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,565.00 | 100.00 | 0.00 | 0.00 | 900.00 | 130.00 | 1,261.01 | 0.00 | |
| 4406 | 126 | 9,845.66 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | 100.00 | 0.00 | 0.00 | 100.00 | 69.50 | 860.83 | 0.00 | 25.0 |
| RFD◆ 3806 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ABE◆ 5808 | 147 | 11,610.00 | 0.00 | 0.00 | 650.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 400.00 | 0.00 | 0.00 | 200.00 | 115.81 | 732.44 | 25.00 | |
| AZO◆ 6002 | 78 | 5,967.41 | 0.00 | 0.00 | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 810.00 | 100.00 | 0.00 | 0.00 | 50.00 | 0.00 | 421.14 | 0.00 | |
| 5810 | 299 | 23,956.09 | 0.00 | 0.00 | 1,775.00 | 90.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,770.00 | 300.00 | 0.00 | 0.00 | 1,500.00 | 464.89 | 1,444.93 | 0.00 | 150.0 |
| IAG◆ 5814 | 265 | 21,663.65 | 0.00 | 0.00 | 1,600.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 2,400.00 | 100.00 | 0.00 | 0.00 | 200.00 | 558.00 | 1,477.50 | 0.00 | |
| 5914 | 124 | 10,602.20 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 25.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 814.80 | 0.00 | 25.0 |
| 3004 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ORH◆ 5802 | 327 | 27,190.77 | 0.00 | 0.00 | 1,325.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 100.00 | 0.00 | 0.00 | 1,120.50 | 1,798.39 | 0.00 | 25.0 | |
| PBG◆ 5618 | 289 | 23,891.74 | 0.00 | 0.00 | 2,050.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 25.00 | 0.00 | 0.00 | 2,955.00 | 50.00 | 0.00 | 0.00 | 0.00 | 1,349.22 | 0.00 | 100.0 | |
| RFD◆ 5850 | 171 | 14,418.70 | 0.00 | 0.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 134.50 | 1,025.65 | 0.00 | | |
| SPI◆ 5876 | 150 | 13,487.81 | 0.00 | 0.00 | 1,150.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,615.00 | 100.00 | 0.00 | 0.00 | 100.00 | 154.50 | 746.26 | 0.00 | |
| TOL◆ 5806 | 136 | 11,069.42 | 0.00 | 0.00 | 975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 300.00 | 0.00 | 0.00 | 200.00 | 164.50 | 715.03 | 0.00 | |
| MYR◆ 5819 | 99 | 6,699.20 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 930.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 306.96 | 0.00 | |
| PBI◆ 3807 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PGD◆ 5851 | 171 | 13,647.34 | 0.00 | 0.00 | 975.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,440.00 | 0.00 | 0.00 | 100.00 | 1,618.50 | 906.71 | 0.00 | | |
| AZO◆ 5812 | 300 | 22,694.48 | 0.00 | 0.00 | 2,950.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,605.00 | 0.00 | 0.00 | 250.00 | 174.50 | 1,880.12 | 0.00 | |
| 6002 | 73 | 4,985.41 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 575.00 | 0.00 | 0.00 | 0.00 | 269.00 | 214.58 | 0.00 | |
| ORH◆ 5804 | 337 | 29,748.83 | 0.00 | 0.00 | 2,075.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,715.00 | 0.00 | 0.00 | 0.00 | 700.00 | 2,080.40 | 0.00 | |
| IAG◆ 4404 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| LAL◆ 4400 | 0 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 44000 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ORH◆ 4402 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PBG◆ 44000 | 2 | 198.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 4400 | 0 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| LAL◆ 7103 | 152 | 11,441.30 | 0.00 | 0.00 | 1,250.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,085.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,152.42 | 0.00 | |
| PGD◆ 5877 | 148 | 12,082.59 | 0.00 | 0.00 | 750.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 1,545.00 | 0.00 | 0.00 | 0.00 | 250.00 | 134.50 | 580.50 | 50.00 | |
| PGD◆ 5807 | 151 | 11,789.25 | 0.00 | 0.00 | 775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58,135.60 | 697.14 | 0.00 | |
| **Total** | 9,514.00 | 750,261.17 | 150.00 | 0.00 | 62,520.00 | 2,309.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 625.00 | 0.00 | 0.00 | 101,210.00 | 4,950.00 | 1,860.00 | 0.00 | 12,400.00 | 16,135.60 | 49,412.05 | 400.00 | 1,000.00 |

| IH | INF | ISF | ISU | MEM | MEMB | NREF | NSST | PETS | PFC | PNLT | POC | PUF | RESV | SEAT | SEG | SVCA | TSA | UNAM | USD | WCHC | XBG1 | XBG2 | XBIK | XCAR | XFCL | XINF | XPET | XLMR | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 75.00 | 0.00 | 0.00 | 1,980.00 | 0.00 | 509.40 | 360.00 | 0.00 | 364.50 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 299.70 | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 | 330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,548. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 48.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 348. |
| 0.00 | 125.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 0.00 | 640.00 | 500.00 | 675.00 | 942.60 | 0.00 | 0.00 | 85.00 | 5.00 | 469.90 | 0.00 | 385.00 | 200.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 37,857. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,680.00 | 0.00 | 0.00 | 290.00 | 300.00 | 273.00 | 0.00 | 0.00 | 40.00 | 20.00 | 166.50 | 0.00 | 155.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,096. |
| 0.00 | 50.00 | 0.00 | 0.00 | 3,600.00 | 0.00 | 100.00 | 780.00 | 0.00 | 864.50 | 0.00 | 0.00 | 35.00 | 0.00 | 599.40 | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 | 1,410.00 | 0.00 | 0.00 | 0.00 | 0.20 | 25.00 | 100.00 | 100.00 | 0.00 | 37,979. |
| 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 0.00 | 0.00 | 140.00 | 0.00 | 99.00 | 0.00 | 0.00 | 5.00 | 0.00 | 77.70 | 0.00 | 85.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,542. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,560.00 | 0.00 | 0.00 | 80.00 | 100.00 | 81.00 | 0.00 | 0.00 | 25.00 | 40.00 | 162.80 | 0.00 | 135.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,699. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. |
| 0.00 | 100.00 | 0.00 | 0.00 | 1,680.00 | 0.00 | 0.00 | 850.00 | 0.00 | 0.00 | 479.70 | 0.00 | 0.00 | 20.00 | 0.00 | 322.70 | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,229. |
| 0.00 | 0.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 760.00 | 0.00 | 0.00 | 185.00 | 0.00 | 0.00 | 15.00 | 0.00 | 11.10 | 0.00 | 347.50 | 0.00 | 0.00 | 0.00 | 540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,895. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 48.10 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 328. |
| 0.00 | 25.00 | 0.00 | 0.00 | 2,520.00 | 0.00 | 163.00 | 160.00 | 0.00 | 3.00 | 500.00 | 0.00 | 0.00 | 25.00 | 0.00 | 303.40 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 1,290.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,223. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 464. |
| 0.00 | 75.00 | 0.00 | 0.00 | 1,740.00 | 0.00 | 0.00 | 1,130.00 | 0.00 | 0.00 | 132.60 | 0.00 | 0.00 | 30.00 | 0.00 | 943.50 | 0.00 | 567.50 | 0.00 | 0.00 | 0.00 | 1,110.00 | 35.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 38,620. |
| 0.00 | 0.00 | 0.00 | 0.00 | 3,340.00 | 0.00 | 0.00 | 1,030.00 | 300.00 | 12.00 | 820.34 | 0.00 | 125.00 | 0.00 | 0.00 | 876.90 | 0.00 | 472.50 | 0.00 | 0.00 | 0.00 | 1,050.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,211. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,380.00 | 0.00 | 0.00 | 710.00 | 300.00 | 18.00 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 403.30 | 0.00 | 250.00 | 100.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,972. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,321.80 | 0.00 | 0.00 | 0.00 | 0.00 | 299.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,360. |
| 0.00 | 25.00 | 0.00 | 0.00 | 720.00 | 0.00 | 0.00 | 590.00 | 300.00 | 21.00 | 146.58 | 0.00 | 0.00 | 0.00 | 0.00 | 347.50 | 0.00 | 290.00 | 0.00 | 0.00 | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 55. |
| 0.00 | 50.00 | 0.00 | 0.00 | 2,640.00 | 0.00 | 218.00 | 960.00 | 100.00 | 13.50 | 400.00 | 0.00 | 0.00 | 85.00 | 0.00 | 843.40 | 0.00 | 527.50 | 0.00 | 0.00 | 0.00 | 930.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 34,934. |
| 0.00 | 0.00 | 0.00 | 0.00 | 1,380.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 260.43 | 0.00 | 0.00 | 45.00 | 5.00 | 376.60 | 0.00 | 255.00 | 0.00 | 0.00 | 0.00 | 840.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,398. |
| 0.00 | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | 360.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 218.30 | 0.00 | 162.30 | 0.00 | 0.00 | 0.00 | 570.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,788. |
| 0.00 | 25.00 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 610.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 890.80 | 0.00 | 552.50 | 0.00 | 0.00 | 0.00 | 1,170.00 | 0.00 | 0.00 | 200.00 | 25.00 | 0.00 | 0.00 | 0.00 | 30,558. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2. |
| 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 0.00 | 0.00 | 90.00 | 200.00 | 247.50 | 100.00 | 0.00 | 0.00 | 30.00 | 75.00 | 173.90 | 0.00 | 137.50 | 100.00 | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,787. |
| 0.00 | 50.00 | 0.00 | 0.00 | 480.00 | 0.00 | 0.00 | 110.00 | 0.00 | 301.50 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 273.80 | 0.00 | 105.00 | 100.00 | 0.00 | 0.00 | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,256. |
| 0.00 | 25.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 230.00 | 100.00 | 178.50 | 0.00 | 0.00 | 15.00 | 30.00 | 0.00 | 114.70 | 0.00 | 82.50 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,175. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 400.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0. |
| 0.00 | 50.00 | 0.00 | 0.00 | 1,080.00 | 0.00 | 0.00 | 150.00 | 0.00 | 460.00 | 0.00 | 0.00 | 25.00 | 120.00 | 0.00 | 299.00 | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 | 810.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,289. |
| 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 0.00 | 0.00 | 160.00 | 0.00 | 351.00 | 200.00 | 0.00 | 5.00 | 135.00 | 0.00 | 199.80 | 0.00 | 187.50 | 100.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,132. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 499.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 814. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60. |
| 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 640.00 | 100.00 | 183.00 | 85.00 | 0.00 | 0.00 | 35.00 | 0.00 | 129.50 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 390.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,029. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,970.00 | 0.00 | -39.60 | 1,070.00 | 800.00 | 57.00 | 200.00 | 0.00 | 0.00 | 85.00 | 0.00 | 651.20 | 0.00 | 447.50 | 0.00 | 0.00 | 0.00 | 540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,848. |
| 0.00 | 25.00 | 0.00 | 0.00 | 3,780.00 | 100.00 | 227.18 | 840.00 | 400.00 | 516.00 | 544.00 | 0.00 | 0.00 | 70.00 | 0.00 | 173.90 | 0.00 | 722.30 | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,214. |
| 0.00 | 50.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 0.00 | 880.00 | 300.00 | 264.00 | 362.60 | 0.00 | 0.00 | 45.00 | 0.00 | 310.80 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,835. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81.00 | 0.00 | 715.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 896.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,882. |
| 0.00 | 25.00 | 0.00 | 0.00 | 660.00 | 0.00 | 0.00 | 560.00 | 0.00 | 405.00 | 446.95 | 0.00 | 0.00 | 0.00 | 0.00 | 321.90 | 0.00 | 242.50 | 0.00 | 0.00 | 0.00 | 210.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 18,161. |
| 0.00 | 75.00 | 0.00 | 0.00 | 1,140.00 | 0.00 | 0.00 | 760.00 | 100.00 | 508.30 | 386.81 | 0.00 | 0.00 | 45.00 | 0.00 | 355.50 | 0.00 | 282.50 | 0.00 | 0.00 | 0.00 | 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,581. |
| 0.00 | 75.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 100.00 | 0.00 | 328.50 | 0.00 | 0.00 | 20.00 | 135.00 | 0.00 | 210.90 | 0.00 | 182.50 | 0.00 | 0.00 | 0.00 | 360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,987. |
| 0.00 | 100.00 | 0.00 | 81.50 | 2,040.00 | 0.00 | 111.50 | 1,190.00 | 700.00 | 994.50 | 778.90 | 0.00 | 0.00 | 50.00 | 0.00 | 466.20 | 0.00 | 552.50 | 0.00 | 0.00 | 0.00 | 690.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,498. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 121.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 191. |
| 0.00 | 100.00 | 0.00 | 0.00 | 1,860.00 | 0.00 | 0.00 | 1,190.00 | 0.00 | 897.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 580.90 | 0.00 | 572.50 | 0.00 | 0.00 | 0.00 | 1,230.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,452. |
| 0.00 | 75.00 | 0.00 | 0.00 | 1,020.00 | 0.00 | 190.70 | 1,020.00 | 200.00 | 733.50 | 0.00 | 0.00 | 25.00 | 35.00 | 0.00 | 518.00 | 0.00 | 440.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,730. |
| 0.00 | 0.00 | 0.00 | 0.00 | 480.00 | 0.00 | 0.00 | 600.00 | 100.00 | 481.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 292.30 | 0.00 | 272.50 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,919. |
| 0.00 | 50.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 10.00 | 570.00 | 0.00 | 0.00 | 281.30 | 0.00 | 0.00 | 15.00 | 0.00 | 292.30 | 0.00 | 252.50 | 0.00 | 0.00 | 0.00 | 240.00 | 35.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,184. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,020.00 | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 166.50 | 0.00 | 135.00 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,565. |
| 0.00 | 50.00 | 0.00 | 0.00 | 4,080.00 | 0.00 | 110.90 | 920.00 | 200.00 | 9.00 | 0.00 | 0.00 | 5.00 | 15.00 | 0.00 | 366.30 | 0.00 | 482.50 | 50.00 | 0.00 | 0.00 | 1,110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,134. |
| 0.00 | 25.00 | 0.00 | 0.00 | 3,300.00 | 0.00 | 0.00 | 770.00 | 200.00 | 9.00 | 100.00 | 0.00 | 0.00 | 5.00 | 0.00 | 519.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,242. |
| 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 480.00 | 100.00 | 4.50 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 336.70 | 0.00 | 252.50 | 0.00 | 0.00 | 0.00 | 960.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,825. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30. |
| 0.00 | 150.00 | 0.00 | 0.00 | 5,100.00 | 0.00 | 472.38 | 1,020.00 | 300.00 | 4.50 | 200.00 | 0.00 | 0.00 | 50.00 | 0.00 | 577.20 | 0.00 | 500.00 | 200.00 | 0.00 | 0.00 | 1,740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,903. |
| 0.00 | 50.00 | 0.00 | 0.00 | 2,520.00 | 0.00 | 25.00 | 1,080.00 | 200.00 | 3.00 | 100.00 | 0.00 | 5.00 | 20.00 | 0.00 | 432.10 | 0.00 | 432.50 | 0.00 | 0.00 | 0.00 | 1,230.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,121. |
| 0.00 | 50.00 | 0.00 | 0.00 | 2,640.00 | 0.00 | 0.00 | 590.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 292.30 | 0.00 | 280.00 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,695. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,920.00 | 0.00 | 836.00 | 636.00 | 660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 223.10 | 0.00 | 277.50 | 200.00 | 0.00 | 0.00 | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27,966. |
| 0.00 | 50.00 | 0.00 | 0.00 | 1,020.00 | 0.00 | 283.58 | 120.00 | 0.00 | 279.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 11.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,983. |
| 0.00 | 0.00 | 0.00 | 0.00 | 2,040.00 | 0.00 | 0.00 | 480.00 | 100.00 | 432.00 | 448.90 | 0.00 | 0.00 | 100.00 | 0.00 | 347.60 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 270.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,241. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,380.00 | 0.00 | 636.00 | 1,380.00 | 100.00 | 571.50 | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 392.20 | 0.00 | 617.50 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,796. |
| 0.00 | 150.00 | 0.00 | 0.00 | 2,640.00 | 0.00 | 0.00 | 1,410.00 | 100.00 | 540.00 | 0.00 | 0.00 | 60.00 | 0.00 | 0.00 | 203.80 | 0.00 | 632.50 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43,684. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 984.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 984. |
| 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295. |
| 0.00 | 25.00 | 0.00 | 0.00 | 1,260.00 | 0.00 | 162.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244. |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 26.00 | 0.00 | 0.00 | 0.00 | 32.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 186. |
| 0.00 | 0.00 | 0.00 | 0.00 | 480.00 | 0.00 | 0.00 | 180.00 | 0.00 | 607.50 | 93.00 | 0.00 | 0.00 | 50.00 | 0.00 | 466.20 | 0.00 | 337.50 | 0.00 | 0.00 | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,663. |
| 0.00 | 50.00 | 0.00 | 0.00 | 1,320.00 | 0.00 | 0.00 | 580.00 | 200.00 | 432.00 | 252.00 | 0.00 | 30.00 | 15.00 | 0.00 | 196.10 | 0.00 | 245.00 | 0.00 | 0.00 | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,332. |
| 0.00 | 50.00 | 0.00 | 0.00 | 1,860.00 | 0.00 | 0.00 | 540.00 | 0.00 | 54.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,258. |
| | 2,275.00 | 0.00 | 81.50 | 89,970.00 | 150.00 | 7,312.72 | 31,850.00 | 7,700.00 | 12,406.00 | 10,363.10 | 0.00 | 1,040.00 | 1,790.00 | 1,210.00 | 18,043.50 | | 16,810.00 | 1,480.00 | 994.10 | 0.00 | 30,030.00 | 350.00 | 50.00 | 0.00 | 1,350.00 | 75.00 | 300.00 | 200.00 | 1,241,383. |

# EXHIBIT 16

*IN RE: SOUTHERN SKY AIR & TOURS, LLC*

*LORI ROONEY*
*November 13, 2013*



**COURT REPORTING**
Co. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097
**www.ELLENGRAUER.com**

*Original File 105574.TXT*
*Min-U-Script® with Word Index*

```
 1                        ROONEY

 2              MR. HAWORTH:  Object, terminology,

 3         no reference in the regs to an escrow bank.

 4         Q.      Are you able to answer that

 5    question, or would you like me to restate it?

 6         A.      We're approved as a depository bank.

 7         Q.      And that's the terminology,

 8    depository bank?

 9         A.      Yes.  We are a depository bank.

10         Q.      And I apologize if my terminology is

11    off in today's exam.

12         A.      That's okay.

13         Q.      Please feel free --

14         A.      That's okay.

15         Q.      I ask that you correct me so that

16    we're using the same language and I understand

17    what the right terms are.

18              So Valley National Bank is an

19    approved depository bank under part 380 of the

20    DOT regs?

21         A.      Yes.

22         Q.      How long has it been an approved

23    depository bank?

24         A.      Since our department became --

25    started working for Valley, and I believe that
```

```
 1                        ROONEY
 2   was in 2000.
 3        Q.     Do you know what the process was for
 4   being approved as a depository bank?
 5        A.     No.
 6        Q.     Were you part of obtaining the
 7   approval by the DOT to become a depository bank?
 8               MR. HAWORTH:  Object, no foundation.
 9        A.     We provide a depository agreement to
10   the DOT.  I believe, as a depository bank, you
11   have to be able to offer FDIC insurance.  I think
12   that was the -- and a copy of the agreement
13   naming us is sent to the DOT for every customer
14   we have.
15        Q.     A copy of what agreement?
16        A.     The depository agreement.
17        Q.     Public charter depository agreement?
18        A.     Public, yes, that's part of the
19   package.
20        Q.     Do you understand that there is an
21   approval process otherwise to become a depository
22   bank?
23        A.     I'm not aware.
24        Q.     Do you know how many other banks are
25   approved depository banks?
```

1                         ROONEY

2          Q.      But that's distinct from a general

3    bank operating account it may have, correct?

4          A.      Yes.  It's a separate account, yes.

5          Q.      And it's fair to say that under part

6    380, the charter operator can't simply write a

7    check from the depository account, correct?

8          A.      Yes.  It's not an operating account,

9    yes.

10         Q.      And there are controls on access to

11   the depository account, correct?

12         A.      Yes.

13         Q.      Where do the controls come from?

14         A.      It's written in the regulations, and

15   it's also written in our depository agreement.

16         Q.      So the two sources of control over

17   the depository account come from part 380 of the

18   DOT regulations and the public charter depository

19   agreement?

20         A.      Yes.

21         Q.      Anywhere else?

22         A.      No.  I can't -- no.

23         Q.      Have you reviewed the language of 14

24   Code of Federal Regulations part 380?

25         A.      I've read them, yes.

```
 1                          ROONEY

 2   would go from one to one to one.

 3                  For my purpose, Aviation Advantage

 4   is like the air carrier.

 5        Q.     Is it fair to say that by using an

 6   indirect air carrier in Exhibit 40, all it does

 7   is add one extra level of entity between Direct

 8   Air, the charter operator, and the ultimate air

 9   carrier?

10        A.     Yes.

11        Q.     We were discussing the term

12   ministerial earlier this morning.  Can you turn

13   to section 4.1 of Exhibit 40.

14        A.     4.1?

15                  MS. MURPHY:  Yes.

16        A.     Okay.

17        Q.     And that's the section of the Public

18   Charter Depository Agreement that uses that term

19   "ministerial," correct?

20        A.     Yes.

21        Q.     And that's where you get your

22   understanding of the role of Valley National Bank

23   as a depository bank being a clerical function?

24        A.     Yes.

25        Q.     How often do you review the Public
```

1                        ROONEY

2          A.      A depository account, we need an

3    executed depository agreement.

4          Q.      Such as in the form of Exhibit 40

5    (indicating)?

6          A.      Exactly, such as the form Exhibit

7    40.  We need a certification of their taxpayer ID

8    number, which would be a W-9, or if it was a

9    foreign entity a W-8, a form of certificate of

10   incorporation, a corporate resolution listing who

11   are the authorized signers of a particular

12   account.  And with that resolution we also

13   require a form of ID, identification, a copy of a

14   driver's license or a copy of a valid passport.

15         Q.      Anything else?

16         A.      That's pretty much it.

17         Q.      What happens once Valley National

18   Bank has all of those documents, in terms of

19   actually setting up the account?

20         A.      We then -- if all the documents are

21   in order, we will open up an account on the

22   bank's software, money keeping records.

23   Typically we open up a DDA account, DDA, demand

24   deposit account.  That's the account where all

25   monies would be deposited.  And then we also --

ROONEY

1

2    if it's agreed, we will open up a money market

3    account where monies that are on deposit in that

4    DDA account could periodically, whether it's

5    weekly, daily, be moved so they can earn a little

6    bit of interest on the deposited funds.  DDA

7    accounts don't pay interest.

8         Q.    Both of these accounts that you're

9    talking about, the DDA account and the money

10   market account, would those be depository

11   accounts under part 380?

12        A.    Together, collectively, it's one

13   depository account.  Yes, it's a depository, yes.

14        Q.    So the same restrictions that apply

15   to how money is taken out of the DDA account

16   apply to how money is taken out of the money

17   market account; is that correct?

18             MR. HAWORTH:  Object, vague and

19        ambiguous.

20        A.    I don't quite understand.  All the

21   monies going out -- the money market account is

22   strictly for earning interest.  All monies that

23   are transacted are transacted, for the most part,

24   out of the DDA account.  So --

25        Q.    What causes the money to shift

1                              ROONEY

2    between the DDA account and the money market

3    account?

4         A.      We have to manually go into the

5    account and move monies that are in the DDA and

6    literally transfer it.  So you would transfer --

7    you have money, a hundred dollars in the DDA

8    account, you transfer -- you just do a debit from

9    the DDA and a credit to the money market.  The

10   totals of the money market and the DDA constitute

11   what's actually on deposit in the depository

12   account.

13        Q.      And generally under part 380 there

14   are requirements or restrictions about how money

15   can be taken out of the depository account,

16   correct?

17        A.      Yes.

18        Q.      We talked about those earlier, about

19   the flight certifications.

20        A.      Yes, yes.

21        Q.      Those restrictions apply to all of

22   the money in both of those accounts, correct?

23        A.      Collectively?  Yes.

24        Q.      Who directs the bank to transfer

25   money between the DDA and the money market

1          ROONEY

2      Q.     Is it as simple as using a routing

3  number and account number to get money into the

4  account?

5      A.     Yes, yes.

6      Q.     With respect to Direct Air, were you

7  involved in the initial setup of their depository

8  account with Valley National Bank?

9      A.     I would say yes.

10     Q.     What did you do with respect to

11  setting up their account?

12     A.     I don't know what I specifically

13  did.  I know the initial depository agreement was

14  signed by Bob Halagarda, but we worked, you know,

15  together.  I don't -- you know, usually I would

16  be the one signing them, you know, signing the

17  agreements.  I mean, or Bob too, but for the most

18  part I did them.  Specifically I don't know what

19  I personally did to set up this account.

20     Q.     Do you recall anything with the

21  Direct Air account that was outside of the

22  general description you gave me for how accounts

23  would be set up?

24     A.     No.

25     Q.     So it's fair to say it was set up in

```
 1                       ROONEY
 2    the routine manner for a depository account?
 3         A.    Yes.
 4              MS. MURPHY:  I will mark as Exhibit
 5         43 a document entitled Commercial
 6         Department Resolution of Directors
 7         Regarding Bank Account and Authorized
 8         Parties.
 9              (VNB Exhibit 43, Commercial
10         Department Resolution of Directors
11         Regarding Bank Account and Authorized
12         Parties, marked for identification.)
13         Q.    Let me hand that to you, give you an
14    opportunity to take a look at that document
15    (handing).
16              Do you recognize Exhibit 43?
17         A.    Yes.
18         Q.    What is it?
19         A.    This is what we provide to our
20    customers when we're setting up an account for
21    the list of authorized signers on the account.
22         Q.    What's the date of that document,
23    the execution?
24         A.    June 30, 2006.
25         Q.    Is it your understanding that that
```

1                      ROONEY

2    and the same for Ms. Tull herself?

3        A.      Yes.

4        Q.      Are you aware whether Direct Air had

5    a DDA and a money market account for their

6    depository account with Valley National Bank?

7        A.      I'm sorry.

8        Q.      Are you aware whether Direct Air had

9    a DDA and a money market account for their

10   depository account with Valley National Bank?

11       A.      Yes.

12       Q.      And those two accounts operated in

13   the general manner that you've described

14   previously, correct?

15       A.      Yes.

16       Q.      Valley National Bank was not getting

17   direction from Direct Air about moving money

18   between its DDA and its money market account, was

19   it?

20       A.      No.

21       Q.      Any direction that Valley National

22   Bank received regarding the release of funds from

23   the depository account for Direct Air would just

24   be for one account; it would not specify a DDA or

25   a money market, correct?

```
 1                       ROONEY
 2            MR. HAWORTH:  Object, vague and
 3       ambiguous.
 4       A.      Wait.  Repeat that, please.
 5       Q.      When Direct Air was requesting the
 6  release or transfer of money, it would simply ask
 7  for it from Valley National Bank; it would not
 8  specify between a DDA and money market account,
 9  correct?
10       A.      Yes, yes.
11       Q.      What are the bank's policies and
12  procedures for acting as a depository account
13  under part 380?
14       A.      I have a whole procedure manual that
15  you should have been -- I believe you were
16  provided with.  Right?
17            MS. MURPHY:  Do you want to go into
18       that at this point?
19            MR. AIETA:  No.  I have it, but I'd
20       rather not go into it at this point.
21            MS. MURPHY:  Okay.
22       Q.      Those policies and procedures are a
23  written manual?
24       A.      Yes.
25       Q.      Are there any unwritten policies and
```

1                          ROONEY

2          Q.      How do you go about identifying the

3    money?

4          A.      We get instructions from the charter

5    operator.

6          Q.      Are the processes that you're

7    describing for money coming into the account

8    largely the same for ACH or checks or other forms

9    of electronic transfers, like a wire into the

10   account?

11         A.      As far as what?

12         Q.      Well, you're talking about a process

13   by which the money is posted to the account and

14   an identifier is given to it.  That's what you've

15   explained so far.  Is that what happens when you

16   receive cash to a depository account?

17         A.      First of all, we don't receive cash.

18   My customers are all over the country.  They're

19   not going to be putting cash in an envelope and

20   sending it.  So cash, it doesn't apply.

21         Q.      What about checks; do you take

22   checks through the depository accounts?

23         A.      Yes.

24         Q.      What's the process if you receive a

25   check for a depository account under part 380?

1                          ROONEY

2          Q.      And will it stay with that same

3    designation, or does that designation or name of

4    the deposit change at all?

5          A.      That will stay in the account

6    until -- in that same description until we are

7    given instructions from the charter operator to

8    change it.

9          Q.      Is that a regular part of the

10   depository account practice, that the name would

11   be changed?

12         A.      It comes in, the deposit comes in

13   undefined.  Once it's defined -- any monies that

14   are on deposit in the account, once it is defined

15   what those monies are, then yes, the name would

16   be changed.

17         Q.      When you say "defined," what do you

18   mean by "defined"?

19         A.      Monies coming into an account for

20   the most part are passenger monies.  If there's

21   no accompanying detail, it's unallocated funds.

22   We have no idea what that money is.  So I don't

23   get confused, we use different numbering system.

24   U is unallocated.  We have monies that came into

25   the account, there's no corresponding details on

1                              ROONEY

2       that money.   The customer receives a report

3       showing that that money comes in.

4                      At some point they know, it's their

5       program, they know who they're getting money

6       from, whether it be, you know, from a merchant,

7       whether it's coming in, if it was an airline,

8       from a charter operator, they know what the money

9       is.

10                     All our customers know that any

11      monies in a, quote, U unallocated account are not

12      going to be released to them until there's a

13      corresponding, let's say, description, could be a

14      flight account.   And then that U account would no

15      longer exist.   We would debit out that U account,

16      the U accounts, and designate flight accounts.

17          Q.      Are you saying that money should not

18      be released from a U account?

19          A.       No.   Monies will not -- well, U

20      accounts are unallocated.   Until you know what

21      any of these unallocated monies represent, they

22      are not released.

23          Q.       And by "released," we're talking

24      released outside the bank to the charter

25      operator?

```
 1                        ROONEY

 2      A.     Correct.

 3      Q.     Let me back up here.

 4             If money comes in from American

 5  Express without any underlying or supporting

 6  information about what it's for, it would be put

 7  into a unallocated account?

 8      A.     Yes.

 9      Q.     It would have a U and then a number

10  associated with that line item, correct?

11      A.     Yes.

12      Q.     The bank would take whatever

13  information it had, such as the date and the

14  sender, and create a description for it that's 17

15  characters or less, correct?

16      A.     Yes.

17      Q.     In its present state as a U account,

18  that money should never be released directly to a

19  charter operator for its use, correct?

20             MR. HAWORTH:  Object, vague and

21       ambiguous.

22      A.     I mean, it's not very clear what

23  you're asking me.  Monies that we -- that are

24  unallocated, that we have not received any

25  instructions what any of these monies
```

```
 1                        ROONEY
 2   represent --
 3        Q.      Which you are saying are designated
 4   by this U account?
 5        A.      By U accounts, and it's numerous.
 6   You're getting U accounts -- you're getting
 7   monies in every day.
 8               They are not released to the charter
 9   operator until we get information of what those
10   unallocated monies represent.
11        Q.      And if the bank receives information
12   about what the unallocated money represents,
13   should the description be changed, or is there a
14   change to the U account?
15        A.      See, I'm not -- I'm not -- U account
16   then goes away.
17        Q.      Okay.  So it does change --
18        A.      Now you have a description.  I mean,
19   I don't know what you're asking.
20        Q.      I apologize.  I come from this from
21   a legal background, and I know you have the
22   banking experience, so your explanation of this
23   is helpful.
24               It is designated as a U account, and
25   then at some point you're saying that the
```

```
 1                    ROONEY
 2   were talking about the release mechanism,
 3   correct, to get money out of the account?
 4        A.     Yes, yes.
 5        Q.     I want to focus on what happens when
 6   the money comes into the account and how it's
 7   treated at Valley before a release request is
 8   made.
 9                So it's your understanding that
10   Valley National Bank needs to account for the
11   money coming in by charter group, which you
12   understand means flight, correct?
13        A.     Yes.
14        Q.     Where did you come up with that
15   understanding?
16        A.     It's been since I've been doing
17   this, since 1992.
18        Q.     Do you recall if you got that
19   understanding from reading the regulations?
20        A.     Probably from -- that was our
21   interpretation of the regulations, whatever bank
22   that I was with, it just carried over.
23        Q.     Unallocated funds are not in an
24   account by flight, correct, because they're
25   unallocated?
```

```
 1                        ROONEY

 2   releasing?

 3        A.     Yes.

 4        Q.     Does the bank retain these notice of

 5   release, the flight certification and the banking

 6   instructions for releases?

 7                MR. HAWORTH:   Object, vague and

 8        ambiguous.

 9        A.     It's a practice to maintain these

10   records.  It's -- some of the records are not

11   mandatory.  I believe the actual wire, it's

12   mandatory that we have to have copies of the

13   wire, or the wire room has copies of the wire.

14   As a practice, yes.  Is it mandatory?  I would

15   say no.

16        Q.     Are K accounts and U accounts an

17   internal bank function; they're not physically

18   separate accounts with separate documentation?

19        A.     No, it's internal.

20                MS. MURPHY:   This might be a good

21        time to break for lunch now that we've

22        gotten through some of the generic

23        information before we start talking about

24        Direct Air's operations.  Does that sound

25        like a good idea?
```

ROONEY

1

2     Q.    What is your understanding of the

3   authority for membership fees to not remain in

4   the depository account?

5        MR. HAWORTH:  Object, vague and

6       ambiguous.

7     A.    The membership fees had nothing to

8   do with part 380.

9     Q.    Is there anything in part 380 that

10  defines its scope, so we could see membership

11  fees aren't a part of that section?

12     A.    I believe it's not mentioned at all,

13  that part 380 is all pertaining to charter

14  flights.

15     Q.    Did Direct Air air ever provide you

16  guidance with respect to whether membership fees

17  need to be retained in the depository account?

18     A.    I don't believe so.  I don't know.

19       MS. MURPHY:  We might have some more

20      questions on the membership fee section in

21      a little bit, but what I'd like to go

22      through now is some of the documents

23      specific to Direct Air.

24      I am going to mark as the next

25      exhibit, 46, documents that have Valley

ROONEY

1

2      A.      Yeah, yes.  It has nothing -- it's

3   not related to that fourth paragraph.

4      Q.      The third paragraph says, "You

5   currently have $1,083,412.32 on deposit

6   representing funds received from your merchant

7   bank."  Those would be unallocated funds at that

8   time?

9      A.      Looking at this, yes, I would say

10  yes.

11     Q.      Your e-mail continues, "We need the

12  flight allocation for this balance so we can

13  maintain the required flight-by-flight accounting

14  for all sales."

15     A.      Okay.

16     Q.      That refers to the flight-by-flight

17  accounting that Valley National Bank is required

18  to do under part 380 and your charter escrow

19  agreement, correct?

20              MR. HAWORTH:  Object, no foundation,

21          calls for legal conclusion.

22     A.      We would need information from

23  Direct Air in order to do a flight accounting in

24  their depository account, yes.

25     Q.      And when you say "required

1                          ROONEY

2   flight-by-flight accounting" in your e-mail,

3   you're referring to the requirements under part

4   380 and your charter agreement with Direct Air,

5   correct?

6          A.      Right, our interpretation of it,

7   that the charter group was a charter flight.

8          Q.      At this point, Wednesday, February

9   14, 2007, or at the time of these e-mails, Direct

10  Air had not started flying yet.  Were you aware

11  of that?

12         A.      Based on this, I would say yes.

13         Q.      Did Direct Air ever provide you the

14  flight allocation for this $1.83 million?

15         A.      I don't believe they did.

16         Q.      If you did not have the flight

17  allocation, could Direct Air access this money

18  and have it released to them?

19         A.      No.

20              MS. MURPHY:  I am going to mark the

21         next two exhibits in a row so it will be 48

22         and 49.

23                 (VNB Exhibit 48, E-mail dated 3/5/07

24         with attachment, marked for

25         identification.)

1                          ROONEY

2    We're reviewing the file.  I probably, you know,

3    told them, hey, we have all this money, there's

4    no information.  Most importantly, I need to know

5    what the money that we have on deposit, what are

6    the flights, what are the breakdowns.  Back in

7    2007 I requested that information.

8               This looks like a part of just --

9    there's no financial, you know, detail, just

10   actual passenger portion of that.

11        Q.    Would the information in Exhibit 48

12   have been sufficient for Valley National Bank to

13   allocate the money in the depository account by

14   flight?

15        A.    No.

16        Q.    Do you recall any follow-up

17   conversation with Judy Tull when you received

18   this document?

19        A.    Again, based on recollect --

20              MR. HAWORTH:  Are you speculating?

21        Don't speculate.

22        A.    We want a total amount of money

23   collected for a particular flight.  Back then I

24   believe early in 2007 they provided us with a --

25   I don't remember this particular report.  This

1                        ROONEY

2    doesn't really have anything that I would need.

3    I remember a report that I believe had passenger

4    detail, but it didn't give us the summary totals

5    for the amount of money for a particular flight.

6    It wasn't something they could -- their software

7    could provide us.

8              So passenger list, you only need

9    passenger lists in order to assist in a refund,

10   and I believe they sent us a report that had

11   passengers, and it was -- it just didn't -- it

12   didn't serve our purpose for doing the flight --

13        Q.    Exhibit 48 didn't serve your purpose

14   to allocate money, correct?

15        A.    Hum?

16        Q.    Exhibit 48 didn't serve your purpose

17   to be able to allocate money in the depository

18   account, correct?

19        A.    Correct.

20        Q.    Do you recall having any

21   conversations with Direct Air saying this report

22   isn't sufficient for our needs?

23        A.    This particular report?  No.

24        Q.    Do you recall whether you received

25   reports like this on more than this one occasion;

1                            ROONEY

2    (indicating).

3          A.     Okay.

4          Q.     And the information appears to show

5    a flight number, a to and from airport, date of

6    departure and additional information, correct?

7          A.     Yes.

8          Q.     It also has a column which appears

9    to say fare, but has what appears to be money in

10   it, in the last column on each of those pages on

11   the right, correct?

12         A.     Correct.

13         Q.     Given the information on the

14   attachment to Exhibit 49, would this be

15   sufficient information for Valley National Bank

16   to allocate by flight the money in its depository

17   account?

18                MR. HAWORTH:   Object, no foundation

19         for that.

20         A.     No.

21         Q.     What's missing from this report that

22   you would need to allocate money from the

23   depository account?

24         A.     A total that was collected for each

25   individual flight.

ROONEY

1

2      Q.     This exhibit or this report is

3  insufficient because it gives you all of the

4  individual transactions as opposed to a

5  flight-by-flight summary, correct?

6      A.     Yes.

7      Q.     Do you recall having a conversations

8  with Direct Air advising them that this report

9  was insufficient to allow you to allocate the

10  money in the depository account?

11      A.     I recall a report, I don't know if

12  it was this one, that they provided us --

13      Q.     I'm sorry.  Before we get on to

14  that, do you recall having any conversations

15  about this specific report (indicating)?

16      A.     I don't know if it was this report

17  or not is what I'm saying.  I don't remember this

18  report (indicating).

19      Q.     Okay.  What conversations do you

20  recall?

21      A.     We wanted a -- we wanted the ability

22  to post monies to flight accounts.  Everything is

23  unallocated.  They provided me with a report, I

24  don't know if it was this specific report, that

25  we could not use.  Number one, it was two reams

```
1                    ROONEY
2   you or anyone else at Valley National Bank ever
3   made that call?
4       A.    I don't recall the conversation.
5   You know, I don't know.  I don't recall.  I
6   really don't.
7       Q.    Is it conceivable, and I'm not
8   asking practical, but I'm asking conceivable,
9   that if somebody totaled up by flight all the
10  information in Exhibit 49, you would have the
11  information that Valley National Bank needed to
12  allocate the money by flight?
13          MR. HAWORTH:  Object, calls for
14       speculation, argumentative.
15      A.    It's conceivable, yes.
16      Q.    But it's not practical?
17      A.    It's not practical, no.
18      Q.    Do you recall Direct Air ever
19  providing a report that was sufficient for Valley
20  National Bank's needs to allocate the depository
21  account flight by flight?
22      A.    Yes.
23      Q.    What was that?
24      A.    It was a summary report and -- it
25  was a summary.  They provided us like a
```

```
 1                          ROONEY
 2   itself from Radixx, correct?
 3               MR. HAWORTH:  I will object to form,
 4        no foundation, mischaracterizes the
 5        testimony.
 6        A.     Summary report served our purpose,
 7   what we needed to allocate funds.  If we needed a
 8   more detailed report, which we didn't, we could
 9   get that information from Radixx.
10        Q.     Did Valley National Bank ever
11   contact Radixx to get additional information
12   about the Direct Air flights or reservations?
13        A.     No.
14        Q.     Not at any point in time?
15        A.     No.
16               MS. MURPHY:  Why don't I mark as
17        Exhibit 50 an e-mail dated August 9, 2010
18        from Judy Tull to Lori Rooney.
19               (VNB Exhibit 50, Document
20        Bates-stamped VNB 115, marked for
21        identification.)
22        Q.     I am handing you what we just marked
23   as Exhibit 50, and I am also handing you what we
24   previously marked as Exhibit 3 (handing).
25   Exhibit 3 has Valley National Bates stamp 14 on
```

ROONEY

1

2       Are you comfortable making that

3   assumption based upon what I've represented?

4       MR. HAWORTH:  Object to form.

5     A.   I don't know.  You're telling me

6   that's a fact.

7     Q.   Okay.  So I just ask that your

8   questions going forward take that as an

9   assumption, and it's noted on the record that it

10  is an assumption counsel is making, but for the

11  purposes of our discussion I would like you to

12  assume that any payments from credit card banks

13  have been processed within two to three days.

14     A.   Okay.

15     Q.   And I'd like to revisit the example

16  we had just discussed, again of the passenger

17  flying on what looks like Myrtle Beach direct

18  05/28/09, a flight, Myrtle to PIT to MYR to ORH

19  to MYR on 5/28/09.

20       If the passenger on that flight had

21  purchased the flight on January 1st of 2009,

22  approximately six months in advance of that

23  night, is it your understanding, based on how

24  Direct Air handled its flight allocation, that

25  those funds would be unallocated until

1                            ROONEY

2    approximately the flight date?

3         A.    Yes.

4         Q.    Did that comport with part 380 and

5    the requirements that funds be allocated flight

6    by flight?

7         A.    Nowhere does it say that -- the

8    timing, as when the monies have to be allocated.

9         Q.    What is your understanding of what

10   that timing should be, if it's not expressed in

11   part 380?

12              MR. HAWORTH:  Object, no foundation,

13          speculative.

14         A.    I don't know.  The timing should --

15   charter operator knows if it's unallocated, no

16   funds are going to be released.  There is no

17   timing.  There's no set timing.

18         Q.    So it's your understanding that

19   Valley National Bank as a depository bank under

20   part 380 had no timing restrictions for when

21   funds had to be allocated?

22         A.    No.

23         Q.    And it is your understanding that

24   it's permissible under part 380 that funds could

25   remain unallocated for as long as the charter

```
1                          ROONEY

2   operator allowed them to be unallocated?

3        A.     I don't think it's addressed in part

4   380.

5        Q.     But the issue had to come up at some

6   time, because Direct Air wasn't giving you

7   information; there was a lot of unallocated money

8   for Direct Air, correct?

9              MR. HAWORTH:  Object, form,

10        argumentative.

11        A.     There were monies on deposit that

12   were for unallocated funds, yes.

13        Q.     Was a lot, percentage-wise, of

14   Direct Air's money unallocated?

15        A.     Yeah.

16              MR. HAWORTH:  Object, argumentative.

17              THE WITNESS:  Can I answer?

18        Q.     I'm sorry.  I thought you did answer

19   yes.

20        A.     Yes, yes.

21        Q.     And it's Valley National Bank's

22   understanding that it was permissible under the

23   regulations, whether expressed or implied, that

24   those funds could remain unallocated for as long

25   as the charter operator allowed them to be?
```

ROONEY

1

2          MR. HAWORTH:   Object, argumentative,

3      asked and answered.

4      A.     There's no timing.  It's not --

5  there's nothing in the regs that tells you when

6  the allocation of that flight by charter group or

7  flight, as we say, has to be done.

8      Q.     I understand, but what I've asked

9  you is a yes-or-no answer question, and it's

10  really focused on whether you believe it's

11  permissible.  And if your answer is that you

12  didn't think the regs addressed it, there still

13  should be an answer yes or no whether you think

14  it was permissible.  So I can --

15      A.     I would say yes.

16      Q.     Yes, it is permissible for the funds

17  to remain unallocated as long as you don't have

18  the information?

19      A.     Yes.

20      Q.     I'm going to show you two additional

21  sets of exhibits.  One is Exhibit 22 and one is

22  Exhibit 23.  22 is chronologically first.  Both

23  sets of documents say "Valley National Bank

24  Global Escrow Depository Services" on the top,

25  and below that "Daily Financial Report."

```
 1                        ROONEY

 2        speculative, argumentative.

 3        A.      When money came in per -- no, it

 4   wasn't supplied per deposit.  So when the money

 5   came in, you get an ACH deposit, they did not

 6   provide me with instructions at the time of the

 7   deposit.  They weren't able to.

 8                MR. AIETA:  Is that something

 9           (indicating)?

10                MS. MURPHY:  For the record, could

11           you state the Bates number.

12                THE WITNESS:  That was payment to an

13           air carrier, instructions for a payment to

14           an air carrier.

15                MR. AIETA:  And that document is VNB

16           05299.

17        Q.      Let me see if I can move on a little

18   bit from here and maybe get this, maybe

19   understand it a little better by asking questions

20   a little further down the line.

21        A.      Okay.

22        Q.      Before we go on, the seventh page of

23   Exhibit 22 is a continuation of the same day's

24   daily report, March 22, 2007.

25        A.      Okay.
```

```
 1                          ROONEY

 2    document?

 3            A.      Yes.

 4            Q.      And this is a document, the one

 5    dated June 4, 2009, was faxed to your attention,

 6    correct?

 7            A.      I think they're all -- my name was

 8    on all of them, yes.

 9            Q.      And is it your understanding that

10    this is the form by which Direct Air would

11    release money to itself for flights that have

12    flown?

13            A.      Yes.

14            Q.      In conjunction with this, I think it

15    was your earlier testimony, Valley National Bank

16    would also require a certification of the air

17    carrier who completed the flights listed within

18    this release; is that correct?

19            A.      Yes.

20            Q.      And once you had those two pieces of

21    paper, Valley National Bank would then follow the

22    instructions to wire the requested money as

23    indicated on the release, correct?

24            A.      Yes.

25            Q.      And when Valley National Bank
```

```
 1                    ROONEY
 2           They're telling us this is the
 3    amount of money that they collected per flight
 4    from the passengers.  This is a total.  So the
 5    total amount for these groups of flights,
 6    starting with May 27th flights through June 2nd,
 7    was $419,551.  This is the total.  It agrees the
 8    total revenue collected, revenue being the
 9    passenger funds collected for these groups of
10    flights, was 419,000.
11           Q.     So the first thing that somebody
12    would do when looking at these reports is make
13    sure that the numbers from the release request
14    page match the report?
15           A.     I'm looking at this.  It looks like
16    there's a typo somewhere.  Yeah, 515 or 551.
17                  But yes, they would match, to see if
18    it matched.
19           Q.     And on this specific example, June
20    4, 2009, you're telling me that the total revenue
21    collected does not, in fact, match.
22           A.     Right.  There's a reversal of a
23    number.
24                  MR. AIETA:  What is this other
25            document (indicating)?  That's a page out
```

```
 1                        ROONEY
 2        of the same exhibit?
 3                MS. MURPHY:  Yes.  It's the pages
 4        immediately following it.
 5        A.      For the most part, this report
 6   matches with the total revenue collected as
 7   reported here (indicating).
 8        Q.      Okay.  That's how it would
 9   typically --
10        A.      That's how it would come.
11        Q.      And that is a check that someone at
12   Valley National Bank would do when it received
13   this release request?
14        A.      Yes.
15        Q.      Once it checks the revenue line to
16   make sure it matches the accompanying report,
17   what's the next step?
18        A.      They verify that yes, we made
19   payments to the various air carriers, okay, which
20   we make the payments.  The balance from the total
21   amount collected is due Direct Air.
22        Q.      And does somebody check the numbers
23   again to make sure that the math was done
24   correctly?  Does someone at Valley National Bank
25   check the numbers to make sure the math was done
```

ROONEY

1
2  correctly?

3       A.     On our end, that we're posting the

4  debits and credits, yes, yes, there is a check.

5  We usually provide -- we usually have a report --

6  excuse me, a tape of any kind.  Whenever we're

7  actually doing the debits and the credits to the

8  account, in addition to that, in either the daily

9  proof your charter balance would not -- if the

10  math was incorrect, the charter balance wouldn't

11  agree with the money on Miser.

12       Q.     So someone at Valley National Bank

13  should have picked up the fact that the revenue

14  number on the release request page and the total

15  revenue from the report did not match exactly?

16       A.     Yes, it should have been.

17       Q.     So there's an administrative or

18  clerical task of calculating the numbers to make

19  sure the math is done right, and then is there

20  any other checks that are done before the money

21  is paid out?

22       A.     Again, that we have the certificates

23  of completion.  That's basically it.

24       Q.     You testified earlier that Valley

25  National Bank also uses the charter escrow detail

ROONEY

1

2   report to allocate the money that is unallocated

3   in the account to a K account so it can pay it

4   out; is that correct?

5         A.     Repeat that.  You just lost me for a

6   minute.

7         Q.     This charter escrow detail report.

8         A.     That's this (indicating)?

9         Q.     Yes.

10         Was it your testimony that Valley

11   National Bank uses the information on this report

12   to allocate funds to the K accounts for flights

13   listed on here so that it can then in turn pay

14   the money requested from the K accounts?

15         A.     Yes.

16         Q.     What information or verification

17   does Valley National Bank get to know that the

18   money that's already in a U account is, in fact,

19   for these flights?

20         A.     I'm not following you.

21         Q.     So the only way that Valley National

22   Bank can know that, for example, I'm going to use

23   this top line where there's information on the

24   report, that the total for flight 6605, LCK to

25   MYR, the only way it can know that there should

```
 1                         ROONEY
 2    be $268 in a K account is because of this report,
 3    correct?
 4         A.    Yes.
 5         Q.    You understand that at some point
 6    there was a shortfall in the Direct Air
 7    depository account at Valley National Bank,
 8    correct?
 9         A.    Yes, I understand, yes.
10         Q.    When was the first time you learned
11    about the shortfall?
12         A.    Right when they shut down.
13         Q.    I am showing you what's been
14    previously marked as Exhibit 13 (handing).
15               Have you ever seen that, the second
16    page of Exhibit 13 before?
17         A.    What's the second badge?
18         Q.    That is the second page that I put
19    in front of you.  It's the spreadsheet.  It has a
20    heading on top of "2011 to 2012 escrow revenue as
21    of 9/21/2011."
22               Have you ever seen that page before?
23         A.    No, I don't believe so.
24         Q.    Do you understand what the shortfall
25    means?  When we say that there's a shortfall in
```

1                       ROONEY

2       A.      Because we only released the funds

3    upon direction from Direct Air.  They're telling

4    us they sold this amount of monies per a

5    particular flight, they're telling us to release

6    monies to, say, payment to an air carrier.  We

7    follow the instructions.  Now, if they overstated

8    the amounts, we would have no way of knowing.

9       Q.      I'm happy to let you look at the

10   exhibits where we have daily financial reports if

11   you'd like to, but isn't it fair to say that

12   there were a lot of unallocated money that Direct

13   Air had in its depository accounts over the

14   course of its depository accounts with Valley

15   National Bank?

16                   MR. HAWORTH:  Object, argumentative.

17      A.      That doesn't mean anything to me.

18      Q.      So are you saying that there was not

19   a lot of money unallocated in their accounts?

20                   MR. HAWORTH:  Same objection.

21      A.      The money on deposit for the most

22   part was all in unallocated funds, yes.

23                   MS. MURPHY:  I think now might be a

24       good time for a quick five-minute break.

25                   THE WITNESS:  Sure.