**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**ORDER APPROVING STIPULATION OF SETTLEMENT**
**(Re: The Port Authority of New York and New Jersey)**

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed on February 6, 2014 by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), in which the Trustee seeks approval of a certain Stipulation of Settlement (the "Settlement Agreement") between the Trustee and The Port Authority of New York and New Jersey; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.    The Motion is allowed; and

B.    The Settlement Agreement is approved.

Dated:_____March 4_____, 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge