03/06/2014 ALLOWED

*[signature: Melvin S. Hoffman]*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>        **Debtor.** | Chapter 7<br>Case No. 12-40944-MSH |

## MOTION TO (I) APPROVE FORM OF TOLLING AGREEMENT AND (II) EXTEND CERTAIN DEADLINES, WITH REQUEST FOR EXPEDITED DETERMINATION

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air, the debtor herein (the "Debtor"), and hereby moves this Court for an order (i) approving his proposed form of Tolling Agreement, a copy of which is as **Exhibit A** and (ii) consistent with the Tolling Agreement, extending the time to file suit against certain counterparties to such Tolling Agreement to and including June 16, 2014. **The Trustee requests expedited determination regarding this Motion because the statute of limitations regarding avoidance actions expires in this case on March 15, 2014.**

In support of this Motion, the Trustee states as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

{Practice Areas/CORP/15008/14190/A2530016.DOCX}