B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air | Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Joseph H. Baldiga, Esq.<br>Gina Barbieri O'Neil, Esq.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street, Worcester, MA 01608-1477<br>Phone:  (508) 791-8500<br>Fax:     (508) 791-8502<br>Email:  bankrupt@mirickoconnell.com<br>Email:  goneil@mirickoconnell.com | |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor                     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor                   ☐ Other<br>☒ Trustee | ☐ Debtor                     ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor                   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**Trustee action under 11 U.S.C. §§ 502(d), 547(b), and 550 to (a) avoid and recover certain pre-petition transfers and (b) disallow any claims the transfer recipient may have against the Estate.**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1), (14), (14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand: not less than $108,309.88 |

| Other Relief Sought |
|---|
| |

{Practice Areas/CORP/15008/14190/A2530752.DOC}

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | |
|---|---|
| NAME OF DEBTOR<br>**Southern Sky Air & Tours, LLC d/b/a Direct Air** | BANKRUPTCY CASE NO.<br>**12-40944-MSH** |

| DISTRICT IN WHICH CASE IS PENDING<br>**Massachusetts** | DIVISIONAL OFFICE<br>**Central** | NAME OF JUDGE<br>**Melvin S. Hoffman** |
|---|---|---|

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| /s/ Gina Barbieri O'Neil | |
| DATE<br>3/10/14 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Gina Barbieri O'Neil |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding cover sheet electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney.) A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants**. Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

{Practice Areas/CORP/15008/14190/A2530752.DOC}

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7**<br>**TRUSTEE OF THE BANKRUPTCY**<br>**ESTATE OF SOUTHERN SKY AIR &**<br>**TOURS, LLC d/b/a DIRECT AIR,**<br>    **Plaintiff,**<br><br>    **v.**<br><br>**ORLANDO SANFORD**<br>**INTERNATIONAL, INC. a/k/a ORLANDO**<br>**SANFORD INTERNATIONAL AIRPORT,**<br>    **Defendant.** | **Adversary Proceeding**<br>**No. 14-_____** |

## COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS

Joseph H. Baldiga (the "Trustee"), the Chapter 7 trustee of the bankruptcy estate (the

"Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), brings this action,

pursuant to 11 U.S.C. §§ 502(d), 547(b) and 550, to avoid and recover certain pre-petition

transfers the Debtor made to Orlando Sanford International, Inc. a/k/a Orlando Sanford

International Airport ("OSI") and to disallow any and all claims OSI may have against the

Estate.

{Practice Areas/CORP/15008/14190/A2530686.DOC}

## PARTIES

1.    The Trustee is the duly appointed, acting, and qualified Chapter 7 trustee of the Estate.

2.    The defendant, Orlando Sanford International, Inc., is a corporation with a principal address of 3200 Red Cleveland Boulevard, Sanford, Florida 32773.

## JURISDICTION AND VENUE

3.    This is an adversary proceeding brought pursuant to 11 U.S.C. §§ 502, 547, and 550 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Fed. R. Bankr. P. 7001.

4.    Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 157(b)(1) and 28 U.S.C. § 1334(a).

5.    This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (F), and (O).

6.    This district is the proper venue for this proceeding pursuant to 28 U.S.C. § 1409.

## FACTS COMMON TO ALL COUNTS

7.    The Trustee reasserts the allegations set forth in paragraphs 1 through 6.

8.    On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

9.    On April 11, 2012, the Court converted the Debtor's bankruptcy case to one administered under Chapter 7 of the Bankruptcy Code.

10.    At all relevant times, OSI was a creditor of the Debtor.

11.　　On or within 90 days prior to the Petition Date, the Debtor transferred funds to OSI totaling at least $108,309.88 (the "Transfers").

12.　　Specifically, the Debtor made the following payments to OSI: (a) wire transfer dated December 22, 2011 in the amount of $11,000.00; (b) Check No. 4569 dated December 30, 2011, which cleared on January 10, 2012, in the amount of $10,000.00; (c) wire transfer dated January 13, 2012 in the amount of $15,000.00; (d) "suspense account" transfer dated February 6, 2012 in the amount of $57,309.88; and (e) wire transfer dated March 2, 2012 in the amount of $15,000.00.  Copies of supporting documents associated with the Transfers are attached as **Exhibit A**.

**COUNT I – PREFERENCE**
**(Recovery of Preferential Transfers Pursuant to Bankruptcy Code §§ 547 and 550)**

13.　　The Trustee reasserts the allegations set forth in paragraphs 1 through 12.

14.　　Pursuant to Bankruptcy Code § 547(b), the Trustee may avoid any transfer of an interest of the Debtor in property:

　　　　a.　　to or for the benefit of a creditor;

　　　　b.　　for or on account of an antecedent debt owed by the Debtor before such transfer was made;

　　　　c.　　made while the Debtor was insolvent;

　　　　d.　　made on or within 90 days before the Petition Date; and

　　　　e.　　that enables such creditor to receive more than such creditor would receive if:

　　　　　　　i.　　the case were a case under chapter 7 of the Bankruptcy Code;

　　　　　　　ii.　　the transfer had not been made; and

iii.    such creditor received payment of such debt to the extent
provided by the provisions of the Bankruptcy Code.

15.    OSI was a creditor of the Debtor at the time of the Transfers.

16.    Upon on information and belief, the Debtor was insolvent at the time of the
Transfers.

17.    Further, pursuant to Bankruptcy Code § 547(f), the Debtor is presumed to have
been insolvent on and during the 90 days immediately preceding the Petition Date.

18.    The Transfers occurred within 90 days of the Petition Date.

19.    Due to the Transfers, OSI received more than it would have received if:

a.    the proceeding was one under Chapter 7 of the Bankruptcy Code;

b.    the Transfers had not been made; and

c.    OSI received payment of such debt to the extent provided by the
Bankruptcy Code.

20.    Based on the foregoing, the Trustee may avoid the Transfers as preferential
transfers pursuant to Bankruptcy Code § 547, and the Trustee may recover the Transfers from
OSI pursuant to Bankruptcy Code § 550.

21.    In addition to the noted Transfers, there may have been other transfers from the
Debtor to OSI that are avoidable and recoverable by the Trustee pursuant to Bankruptcy Code
§§ 547 and 550.  The Trustee's intent herein is to recover from OSI all such transfers, whether or
not all such transfers are specifically identified herein.

## COUNT II – DISALLOWANCE OF CLAIM
### (Disallowance of Any Claim the Defendant May Have
### Against the Estate Pursuant to Bankruptcy Code § 502)

22.    The Trustee reasserts the allegations set forth in paragraphs 1 through 21.

23.    Bankruptcy Code § 502(d) provides, in relevant part, that unless an entity or transferee from which property is avoidable under Bankruptcy Code § 547 has paid the amount for which such entity or transferee is liable under Bankruptcy Code § 550, or has turned over such property, any claim of such entity or transferee shall be disallowed.

24.    OSI has not paid or surrendered to the Trustee the Transfers (or the value thereof).

25.    Based on the foregoing, any unsecured claim that OSI has, or may assert, should be disallowed.

26.    The Trustee reserves the right to amend this Complaint including, without limitation, to add any subsequently discovered transfers to or for the benefit of OSI.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

   a.    Avoiding the Transfers, and preserving the Transfers for the benefit of the Estate;

   b.    Disallowing any and all of OSI's claims against the Estate; and

    c.        Granting the Trustee such other and further relief as this Court deems just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Gina Barbieri O'Neil
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Dated:  March 10, 2014              Email: goneil@mirickoconnell.com

# EXHIBIT A

## Wire/Funds Transfer Payment Order
### Funds Transfer Agreement and Authorization

Crescent Bank
991 38ᵗʰ Ave N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $11,000.00     Fee: $ 22.00
(Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

☒ Domestic Wire     ☐ International Wire

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number: 843-916-9700

Driver's License No., State, Issue Date, Expiration Date:

Date: 12/22/11  Time:        AM / PM

Account Number to Be Debited: 0159000512

Account Type: CHECKING

Customer Callback:         ☒ Yes    ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:

Bank Name:

Bank Address:

Phone Number:

Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 026009593

Bank Name: BANK OF AMERICA

Bank Address: 3094 SOUTH ORLANDO DRIVE

SANFORD, FL 32773

Phone Number: 407-328-1825

Contact Name:

Swift Code (if applicable):

Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: ORLANDO/SANFORD INTERN'L

Beneficiary's Address: 3200 RED CLEVELAND BLVD SANFORD, FL 32773

Special Instructions:

Account Number: 005566385523

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _Mary Ellison_          Date of Request: 12/22/11

### BANK USE ONLY

Branch Representative's Name: 03                Branch Name & Number: 11

Wire Dept:                                     Date/Time: 12/22/11  12:20   ☒ OFAC   ☐ TMS   ☐ CON   ☐ ANL

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/06

WIRE-TR-LAZ
FTA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL.
_Emily Hollis_
Signature
6-13-12
Date



01/10/2012  $$10,000.00  Check Number 4569

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

Dollar Amount of Wire: $16,000.00        Fee: $ 22

☒ Domestic Wire        ☐ International Wire        (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number: 843-916-9700

Driver's License No., State, Issue Date, Expiration Date:

Date: 01/13/12   Time: 2 15 AM / PM

Account Number to be Debited: 0169000512

Account Type: CHECKING

Customer Callback:     ☒ Yes    ☐ No

HRN 2:49

Contact Name (if different than sender): MARY AVANT-BALDWIN

Spoke to May

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number                Phone Number:

Bank Name:                        Contact Name

Bank Address:

### BENEFICIARY BANK DATA

ABA Routing Number: 026009593           Phone Number: 407-328-1825

Bank Name: BANK OF AMERICA              Contact Name:

Bank Address: 3094 SOUTH ORLANDO DRIVE   Swift Code (if applicable):

SANFORD, FL 32773                        Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: ORLANDO/SANFORD INTERN'L              Account Number: 005566385523

Beneficiary's Address: 3200 RED CLEVELAND BLVD SANFORD, FL 32773

Special Instructions:

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees

Customer's Signature: Mary D Ellison        Date of Request: 01/13/12

### BANK USE ONLY

Branch Representative's Name: Heather Jolly   Branch Name & Number: 11 MBM-S1

Wire Dept: _____   Date/Time: _____   ☐ OFAC   ☐ TMS   ☐ CON   ☐ ANL

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/0X

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Hollis
Signature
6-13-12
Date

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

☒ Domestic Wire     ☐ International Wire

**Dollar Amount of Wire: $16,000.00       Fee: $**
(Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number: 843-916-9700

Driver's License No., State, Issue Date, Expiration Date:

Date: 01/13/12   Time:       AM / PM

Account Number to be Debited: 0156000512

Account Type: CHECKING

Customer Callback:        ☒ Yes      ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:

Bank Name:

Bank Address:

Phone Number:

Contact Name

### BENEFICIARY BANK DATA

ABA Routing Number: 026009593

Bank Name: BANK OF AMERICA

Bank Address: 3094 SOUTH ORLANDO DRIVE

SANFORD, FL 32773

Phone Number: 407-328-1825

Contact Name

Swift Code (if applicable):

Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: ORLANDO/SANFORD INTERN'L

Beneficiary's Address: 3200 RED CLEVELAND BLVD SANFORD, FL 32773

Account Number: 005556385523

Special Instructions:

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _Kay D Ellison_     Date of Request: 01/13/12

### BANK USE ONLY

Branch Representative's Name: 03

Wire Dept: _Ellison_      Date/Time: 1-13-12 2:59      Branch Name & Number: 11

1.13.12   346

☐ OFAC     ☐ TMS     ☐ CON     ☐ ANL

MKS

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/11X

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_Emily Holler_
Signature
6-13-12
Date

| Account | Type | Date | Num | Sort Name | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Crescent159000512 | Bill Pmt -Check | 12/21/2011 | wire 17 | Orlando/Sanford International Airport | Orlando/Sanford International Airport | | | Accounts Payable | -11,022.00 |
| Crescent159000512 | Bill Pmt -Check | 01/13/2012 | wire | Orlando/Sanford International Airport | Orlando/Sanford International Airport | | | Accounts Payable | -15,022.00 |
| suspense account | Bill Pmt -Check | 02/21/2012 | 1 | Orlando/Sanford International Airport | Orlando/Sanford International Airport | | | Accounts Payable | -57,309.88 |
| Crescent159000512 | Bill Pmt -Check | 03/02/2012 | wire | Orlando/Sanford International Airport | Orlando/Sanford International Airport | | | Accounts Payable | -15,022.00 |

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

Dollar Amount of Wire: $15,000.00     Fee: $ 22

☒ Domestic Wire   ☐ International Wire     (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS     Date: 03/02/12  Time: 2:07 AM/PM

Address: 1600 OAK ST NORTH     Account Number to be Debited: 0159000512

MYRTLE BEACH, SC 29577     Account Type: CHECKING

Phone Number: 843-916-9700     Customer Callback  ☒ Yes  ☐ No

Driver's License No., State, Issue Date, Expiration Date:     Contact Name (if different than sender): MARY AVANT-BALDWIN

*spoke to Mary Baldwin*

### INTERMEDIARY BANK DATA (If required)

ABA Routing Number:     Phone Number:

Bank Name:     Contact Name:

Bank Address:

### BENEFICIARY BANK DATA

ABA Routing Number:026009593     Phone Number: 407-328-1825

Bank Name: BANK OF AMERICA     Contact Name:

Bank Address: 3094 SOUTH ORLANDO DRIVE     Swift Code (If applicable):

SANFORD, FL 32773     Bank Code (If applicable):

### BENEFICIARY DATA

Beneficiary's Name: ORLANDO/SANFORD INTERN'L     Account Number: 005566385523

Beneficiary's Address: 3200 RED CLEVELAND BLVD SANFORD, FL 32773

Special Instructions

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature:     Date of Request: 03/02/12

### BANK USE ONLY

Branch Representative's Name:     Branch Name & Number: MBSM-51

Wire Dept     Date/Time:     ☐ OFAC  ☐ TMS  ☐ CON  ☐ ANL

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
*Emily Howell*
Signature
6/13/12
Date

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Dollar Amount of Wire: $15,000.00    Fee: $

☒ Domestic Wire   ☐ International Wire   (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

## REQUESTER/ORIGINATOR DATA

Sender's Name  SOUTHERN SKY AIR & TOURS

Address  1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number  843-916-9700

Driver's License No , State, Issue Date, Expiration Date

Date 03/02/12  Time ___ AM / PM

Account Number to be Debited  0159000512

Account Type  CHECKING

Customer Callback   ☒ Yes   ☐ No

Contact Name (if different than sender)  MARY AVANT-BALDWIN

## INTERMEDIARY BANK DATA (If required)

ABA Routing Number

Bank Name

Bank Address

Phone Number

Contact Name

## BENEFICIARY BANK DATA

ABA Routing Number 026009593

Bank Name  BANK OF AMERICA

Bank Address  3094 SOUTH ORLANDO DRIVE

SANFORD, FL 32773

Phone Number  407-328-1825

Contact Name

Swift Code (if applicable):

Bank Code (if applicable)

## BENEFICIARY DATA

Beneficiary's Name  ORLANDO/SANFORD INTERN'L

Beneficiary's Address: 3200 RED CLEVELAND BLVD SANFORD, FL 32773

Account Number  005586385523

Special Instructions.

## CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above  To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer  The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees

Customer's Signature _____   Date of Request: 03/02/12

## BANK USE ONLY

Branch Representative's Name  03

Wire Dept  _____  Date/Time  3:01

Branch Name & Number 11

☐ OFAC  ☐ WTRS  ☐ TV/CON  ☐ ANL

1-4

3/2/12

3:19

MAR 0 2 2012

CresCom Bank

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_____ Emily Sholls
Signature
6.13.12
Date