UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a<br>DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE
(Re: Robert M. Dees)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court, pursuant to Local Rule 9010-1 of the United States Bankruptcy Court for the District of Massachusetts, for the admission *pro hac vice* of counsel, Robert M. Dees, to actively participate in the proceedings in this matter on behalf of and as special counsel to the Trustee.

In support of this Motion, the Trustee represents the following:

1. That Robert M. Dees is an attorney in the law firm of Milam Howard Nicandri Dees & Gillam, P.A. of Jacksonville, Florida and is licensed to practice law and is in good standing in the State of Florida, as well as the United States District Court for the Middle District of Florida (copy of certificate of good standing for the United States District Court for the Middle District of Florida is attached hereto as **Exhibit "A"**). Additionally, Robert M. Dees is a member of the bar in good standing in every other jurisdiction where he has been admitted; there are no disciplinary proceedings against him in any jurisdiction; he is familiar with the Local Rules of this Court; and he will be working closely with Joseph H. Baldiga, Esq. who is a member in good standing in this Court and frequently appears before this Court.

2.    On September 1, 2013, the Trustee filed his Amended Application For Authority to Employ Special Counsel (the "Application to Employ") seeking to employ Robert M. Dees, Esq. and the law firm of Milam Howard Nicandri Dees & Gillam, P.A. as special counsel to the Trustee in order to continue prosecution of an appeal pending at that time in the District Court of Appeal, Fourth District, State of Florida by the Debtor as Appellant/Garnishee v. Arrow Energy, Inc. as Appellee/Judgment Creditor/Plaintiff, and to recover sums paid to Arrow in connection with Arrow's garnishment action. This Court approved the Application to Employ by Order dated October 3, 2013. The Trustee seeks admission *pro hac vice* of Robert M. Dees in connection with the matters discussed in the Application to Employ.

WHEREFORE, the Trustee respectfully requests that this Court allow Robert M. Dees to appear and practice before this Court *pro hac vice* as special counsel to the Trustee in any action or proceeding relating to the matters for which he was employed.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Gina Barbieri O'Neil
---
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:   508.898.1502
Email: bankrupt@mirickoconnell.com
goneil@mirickoconnell.com

Dated: March 11, 2014

Certification pursuant to MLBR 9010-1(b):

The undersigned hereby certify that the above attestations are true and accurate.

_____
Robert M. Dees

{Practice Areas/CORP/15008/14190/A2531026.DOC}    2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re: | |
|---|---|
| SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, | Chapter 7<br>Case No. 12-40944-MSH |
| Debtor. | |

### ORDER ALLOWING MOTION FOR ADMISSION OF COUNSEL
### TO APPEAR PRO HAC VICE
(Re: Robert M. Dees)

Upon the Motion For Admission of Counsel to Appear Pro Hac Vice (Re: Robert M. Dees) dated March 11, 2014 (the "Motion") of Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") in the bankruptcy proceeding of the above-referenced debtor, and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that Robert M. Dees of Milam Howard Nicandri Dees & Gillam, P.A. is ALLOWED to appear in this proceeding *pro hac vice*.

Dated: _____

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2531026.DOC}

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, SHERYL L. LOESCH, Clerk of this Court*

*certify that* **Robert M. Dees, FL Bar No. 0714399**

*was duly admitted to practice in this Court on*

__**December 18, 1987**__*, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ___Jacksonville___ *on* ___March 11, 2014___ .
LOCATION                                DATE

**SHERYL L. LOESCH**                Amy Thomas
CLERK                                   DEPUTY CLERK