UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Wyvern Hotel, LLC Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Wyvern Hotel, LLC ("Wyvern"; together with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1.  On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.  On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3.  On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4.  On or about August 28, 2012, and again on October 18, 2012, the Trustee made demand (the "Demand") on Wyvern for the return of transfers made by the Debtor to Wyvern within 90 days prior to the Petition Date in the amount of $8,500.00 (the "Transfers"), pursuant to Bankruptcy Code § 547(b).

{Practice Areas/CORP/15008/14190/A2495298.DOC}

5. Wyvern responded to the Demand and asserted an ordinary course defense to the Trustee's claims.

6. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. Within 7 days of execution of this Stipulation, Wyvern will pay $2,125.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the Demand and related to the Transfers. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's undersigned counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), Wyvern shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h).

C. Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released Wyvern and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Demand, except that the Trustee reserves the right to object to any claims filed by or on behalf of Wyvern for any reason.

      D.    Wyvern acknowledges that Wyvern received no other payments from or on behalf of the Debtor within 90 days prior to the Petition Date, other than the Transfers referenced in the Demand. Wyvern acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

      E.    This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| WYVERN HOTEL, LLC | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| */s/ David A. Holmes/* | */s/ Gina O'Neil/* |
| David A. Holmes, Esq. | Joseph H. Baldiga, BBO #549963 |
| Farr Law Firm | Gina Barbieri O'Neil, BBO #670596 |
| 99 Nesbit Street | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Punta Gorda, FL 33950 | 1800 West Park Drive, Suite 400 |
| Phone: 941.639.1158 | Westborough, MA 01581 |
| Fax:   941.639.0028 | Phone: 508.898.1501 |
| Email: dholmes@farr.com | Fax:   508.898.1502 |
|  | Email: bankrupt@mirickoconnell.com |
|  | Email: goneil@mirickoconnell.com |
| Dated: March 3, 2014 | Dated: March 12, 2014 |

GBO
3/12/14