03/14/2014 ALLOWED /s/ Melvin S. Hoffman

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| In re: | |
|---|---|
| SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, | Chapter 7<br>Case No. 12-40944-MSH |
| Debtor. | |

## MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE
(Re: Robert M. Dees)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court, pursuant to Local Rule 9010-1 of the United States Bankruptcy Court for the District of Massachusetts, for the admission *pro hac vice* of counsel, Robert M. Dees, to actively participate in the proceedings in this matter on behalf of and as special counsel to the Trustee.

In support of this Motion, the Trustee represents the following:

1.  That Robert M. Dees is an attorney in the law firm of Milam Howard Nicandri Dees & Gillam, P.A. of Jacksonville, Florida and is licensed to practice law and is in good standing in the State of Florida, as well as the United States District Court for the Middle District of Florida (copy of certificate of good standing for the United States District Court for the Middle District of Florida is attached hereto as **Exhibit "A"**). Additionally, Robert M. Dees is a member of the bar in good standing in every other jurisdiction where he has been admitted; there are no disciplinary proceedings against him in any jurisdiction; he is familiar with the Local Rules of this Court; and he will be working closely with Joseph H. Baldiga, Esq. who is a member in good standing in this Court and frequently appears before this Court.

{Practice Areas/CORP/15008/14190/A2531026.DOC}