B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air | DEFENDANTS Aviation Advantage, Inc. |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) Joseph H. Baldiga, Esq. Gina Barbieri O'Neil, Esq. Mirick, O'Connell, DeMallie & Lougee, LLP 100 Front Street, Worcester, MA 01608-1477 Phone: (508) 791-8500 Fax:    (508) 791-8502 Email:  bankrupt@mirickoconnell.com Email:  goneil@mirickoconnell.com | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only) ☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor      ☐ Other ☒ Trustee | PARTY (Check One Box Only) ☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin ☒ Creditor      ☐ Other ☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
**Trustee action under 11 U.S.C. §§ 502(d), 547(b), and 550 to (a) avoid and recover certain pre-petition transfers and (b) disallow any claims the transfer recipient may have against the Estate.**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1), (14), (14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand: not less than $233,580.00 |

Other Relief Sought

{Practice Areas/CORP/15008/14190/A2525694.DOC}

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**Southern Sky Air & Tours, LLC d/b/a Direct Air** | | BANKRUPTCY CASE NO.<br>**12-40944-MSH** |
| DISTRICT IN WHICH CASE IS PENDING<br>**Massachusetts** | DIVISIONAL OFFICE<br>**Central** | NAME OF JUDGE<br>**Melvin S. Hoffman** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Gina Barbieri O'Neil | | |
| DATE<br>3/14/14 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Gina Barbieri O'Neil | |

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding cover sheet electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney.) A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants**. Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

{Practice Areas/CORP/15008/14190/A2525694.DOC}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>   **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7**<br>**TRUSTEE OF THE BANKRUPTCY**<br>**ESTATE OF SOUTHERN SKY AIR &**<br>**TOURS, LLC d/b/a DIRECT AIR,**<br>   **Plaintiff,**<br><br>   **v.**<br><br>**AVIATION ADVANTAGE, INC.,**<br><br>   **Defendant.** | **Adversary Proceeding**<br>**No. 14-_____** |

## COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS

Joseph H. Baldiga (the "Trustee"), the Chapter 7 trustee of the bankruptcy estate (the

"Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), brings this action,

pursuant to 11 U.S.C. §§ 502(d), 547(b) and 550, to avoid and recover certain pre-petition

transfers the Debtor made to Aviation Advantage, Inc. ("AAI") and to disallow any and all

claims AAI may have against the Estate.

## PARTIES

1.    The Trustee is the duly appointed, acting, and qualified Chapter 7 trustee of the Estate.

2.    Upon information and belief, the defendant, Aviation Advantage, Inc., is a Georgia corporation with a principal address of 1755 The Exchange, Suite 230, Atlanta, Georgia 30339.

## JURISDICTION AND VENUE

3.    This is an adversary proceeding brought pursuant to 11 U.S.C. §§ 502, 547, and 550 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Fed. R. Bankr. P. 7001.

4.    Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 157(b)(1) and 28 U.S.C. § 1334(a).

5.    This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (F), and (O).

6.    This district is the proper venue for this proceeding pursuant to 28 U.S.C. § 1409.

## FACTS COMMON TO ALL COUNTS

7.    The Trustee reasserts the allegations set forth in paragraphs 1 through 6.

8.    On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

9.    On April 11, 2012, the Court converted the Debtor's bankruptcy case to one administered under Chapter 7 of the Bankruptcy Code.

10.     AAI and the Debtor were parties to (a) an "Aircraft Charter Agreement," pursuant to which AAI provided flight services to the Debtor and (b) an "Airport Ground Services Agreement," pursuant to which AAI provided ground handling services to the Debtor.

11.     On or within 90 days prior to the Petition Date, the Debtor transferred funds to AAI totaling at least $233,580.00 (the "Transfers").

12.     Specifically, the Debtor made the following payments to AAI:

    (a)     wire transfer dated December 22, 2011 in the amount of $5,020.00;

    (b)     debit transfer dated December 23, 2011 in the amount of $107,406.00;

    (c)     debit transfer dated January 4, 2012 in the amount of $96,044.00;

    (d)     Check No. 4565 dated December 30, 2011, and which cleared on January 6, 2012, in the amount of $5,020.00;

    (e)     Check No. 4599 dated January 13, 2012, and which cleared on January 19, 2012, in the amount of $2,500.00;

    (f)      wire transfer dated February 10, 2012 in the amount of $8,790.00; and

    (g)     Check No. 4692 dated February 15, 2012, and which cleared on February 22, 2012, in the amount of $8,800.00.

Copies of the supporting documents associated with the Transfers are attached as **Exhibit A**.

13.     At the time of each of the Transfers, AAI was a creditor of the Debtor.

## COUNT I – PREFERENCE
### (Recovery of Preferential Transfers Pursuant to Bankruptcy Code §§ 547 and 550)

14.     The Trustee reasserts the allegations set forth in paragraphs 1 through 13.

15.     Pursuant to Bankruptcy Code § 547(b), the Trustee may avoid any transfer of an interest of the Debtor in property:

    a.     to or for the benefit of a creditor;

    b.     for or on account of an antecedent debt owed by the Debtor before such transfer was made;

    c.     made while the Debtor was insolvent;

    d.     made on or within 90 days before the Petition Date; and

    e.     that enables such creditor to receive more than such creditor would receive if:

        i.     the case were a case under chapter 7 of the Bankruptcy Code;

        ii.     the transfer had not been made; and

        iii.     such creditor received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

16.     AAI was a creditor of the Debtor at the time of the Transfers.

17.     The Transfers were made for or on account of an antecedent debt owed by the Debtor to AAI.

18.     Upon on information and belief, the Debtor was insolvent at the time of the Transfers.

19.     Further, pursuant to Bankruptcy Code § 547(f), the Debtor is presumed to have been insolvent on and during the 90 days immediately preceding the Petition Date.

20.     The Transfers occurred within 90 days of the Petition Date.

21.     Due to the Transfers, AAI received more than it would have received if:

    a.     the proceeding was one under Chapter 7 of the Bankruptcy Code;

    b.     the Transfers had not been made; and

    c.     AAI received payment of such debt to the extent provided by the Bankruptcy Code.

22.     Based on the foregoing, the Trustee may avoid the Transfers as preferential transfers pursuant to Bankruptcy Code § 547, and the Trustee may recover the Transfers from AAI pursuant to Bankruptcy Code § 550.

23.     In addition to the noted Transfers, there may have been other transfers from the Debtor to AAI that are avoidable and recoverable by the Trustee pursuant to Bankruptcy Code §§ 547 and 550.  The Trustee's intent herein is to recover from AAI all such transfers, whether or not all such transfers are specifically identified herein.

## COUNT II – DISALLOWANCE OF CLAIM
### (Disallowance of Any Claim the Defendant May Have Against the Estate Pursuant to Bankruptcy Code § 502)

24.     The Trustee reasserts the allegations set forth in paragraphs 1 through 23.

25.     Bankruptcy Code § 502(d) provides, in relevant part, that unless an entity or transferee from which property is avoidable under Bankruptcy Code § 547 has paid the amount for which such entity or transferee is liable under Bankruptcy Code § 550, or has turned over such property, any claim of such entity or transferee shall be disallowed.

26.      AAI has not paid or surrendered to the Trustee the Transfers (or the value thereof).

27.      Based on the foregoing, any claim that AAI has, or may assert, should be disallowed.

28.      The Trustee reserves the right to amend this Complaint including, without limitation, to add any subsequently discovered transfers to or for the benefit of AAI.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

a.      Avoiding the Transfers, and preserving the Transfers for the benefit of the Estate;

b.      Disallowing any and all of AAI's claims against the Estate; and

c.      Granting the Trustee such other and further relief as this Court deems just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

       /s/ Gina Barbieri O'Neil
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated:  March 14, 2014

# EXHIBIT A

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
891 38th Ave N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $5020.00            Fee: $ 22.00

☒ Domestic Wire    ☐ International Wire    (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS        Date: 12/22/11  Time:      AM / PM

Address: 1600 OAK ST NORTH                    Account Number to be Debited: 0169000512

MYRTLE BEACH, SC 29577.                       Account Type: CHECKING

Phone Number: 643-916-9700                    Customer Callback:        ☒ Yes   ☐ No

Driver's License No., State, Issue Date, Expiration Date:    Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:                           Phone Number:

Bank Name:                                    Contact Name:

Bank Address:

### BENEFICIARY BANK DATA

ABA Routing Number 061102400                  Phone Number: 770-916-0303

Bank Name: FIDELITY BANK                      Contact Name:

Bank Address: 135 PERIMETER CENTER            Swift Code (if applicable):

ATLANTA, GA 30348                             Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: AVIATION ADVANTAGE INC    Account Number: 0160007613

Beneficiary's Address: 1765 THE EXCHANGE, SUITE 300  ATLANTA GA 30339

Special Instructions:

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature:                         Date of Request: 12/22/11

### BANK USE ONLY

Branch Representative's Name: 3               Branch Name & Number: MB 01    1-12

Wire Dept                Date/Time: 12/22/11  12:2 ☐OFAC  ☐ TMS   ☐ CON   ☐ ANL
                                   12/22/11  1:38
                                   12/22/11

Crescent Bank Wire/Funds Transfer Payment Order        WIRE-TR-LAZ
Funds Transfer Agreement & Authorization.              FTAA-LAZ
01/07/08                                               Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Holley
Signature
6.13.12
Date

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
991 38th Ave N
MYRTLE BEACH, SC 29577

**Dollar Amount of Wire: $5020.00**      **Fee: $**

☒ Domestic Wire      ☐ International Wire      (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

## REQUESTER/ORIGINATOR DATA

Sender's Name:  SOUTHERN SKY AIR & TOURS      Date: 12/22/11  Time:      AM / PM

Address:  1600 OAK ST NORTH      Account Number to be Debited: 0159000512

MYRTLE BEACH, SC 29577      Account Type: CHECKING

Phone Number: 843-916-9700      Customer Callback:      ☒ Yes      ☐ No

Driver's License No., State, Issue Date, Expiration Date:      Contact Name (if different than sender): MARY AVANT-BALDWIN

## INTERMEDIARY BANK DATA (If required)

ABA Routing Number:      Phone Number:

Bank Name:      Contact Name:

Bank Address:

## BENEFICIARY BANK DATA

ABA Routing Number:061102400      Phone Number: 770-916-0303

Bank Name:  FIDELITY BANK      Contact Name:

Bank Address: 135 PERIMETER CENTER      Swift Code (if applicable):

ATLANTA, GA 30348      Bank Code (if applicable):

## BENEFICIARY DATA

Beneficiary's Name: AVIATION ADVANTAGE INC      Account Number: 0180007613

Beneficiary's Address: 1755 THE EXCHANGE, SUITE 300  ATLANTA GA 30339

Special Instructions:

## CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above.  To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.  The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _Kay Ellison_      Date of Request: 12/22/11

## BANK USE ONLY

Branch Representative's Name: 3      Branch Name & Number:

Wire Dept: _____  Date/Time:_____      ☐ OFAC      ☐ TMS      ☐ CON      ☐ ANL

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2



# COPY

VALLEY NATIONAL BANK AS ESCROW     4        Page:      5
SOUTHERN SKY AIR & TOURS
1460 VALLEY ROAD, 3RD FL         Statement Date:    12/30/11
WAYNE NJ 07470                Account Number:    41074734

Indicate to the right any changes of address. Cut at the dotted
line and return this form to: Valley Customer Service, 1445
Valley Road, Wayne, NJ 07470

Street: _____

City, State, Zip: _____

Signature: _____

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BusinessUNLIMITED     41074734 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Non-Check Transactions
     Date    Description_____     Amount
     12/23   IMAD:20111223B1B7SM1F000250            107,406.00-
           BEN
           REF FOR BEN:











Report lost or stolen Valley Check Card to: 888-379-9903

**800-522-4100**
valleynationalbank.com





# Valley National Bank

**STATEMENT OF ACCOUNT**

# COPY

VALLEY NATIONAL BANK AS ESCROW        4              Page:          1
SOUTHERN SKY AIR & TOURS
1460 VALLEY ROAD, 3RD FL                    Statement Date:   01/31/12
WAYNE NJ 07470                              Account Number:   41074734

Indicate to the right any changes of address. Cut at the dotted
line and return this form to: Valley Customer Service, 1445
Valley Road, Wayne, NJ 07470

Street: _____

City, State, Zip: _____

Signature: _____

--------------------------------------------------------------------------------

********************** BusinessUNLIMITED      41074734 **********************
Non-Check Transactions
      Date   Description                                              Amount





01/04   IMAD:20120104B1B7SM1F000205                         96,044.00-
        BEN
           REF FOR BEN:



Report lost or stolen Valley Check Card to: 888-379-9903

800-522-4100
valleynationalbank.com



Valley National Bank



**Direct Air**  12/30/2011    Aviation Advantage Inc                                      **4565**

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|------|------|-----------|-----------------|-------------|---------|
| 12/02/2011 | Bill | 1105-1173 | 5,020.00 | 5,020.00 | 5,020.00 |
|  |  | Check Amount |  |  | 5,020.00 |

**Crescent159000512**                                                              5,020.00

    

616471 (8/11)                                    018721                                    Rev 02/11

## Current Statement Transactions on COMMERCIAL CHECKING XXXXX0512 - $165,329.32 as of January 26, 2012



| Date | Check Number | Description | Debit | Credit | Balance |
|------|--------------|-------------|-------|--------|---------|
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/03/2012 | | | | | |
| 01/04/2012 | | | | | |
| 01/04/2012 | | | | | |
| 01/06/2012 | 4565 | CHECK | 5,020.00 | | |
| 01/09/2012 | | | | | |
| 01/10/2012 | | | | | |
| 01/10/2012 | | | | | |
| 01/10/2012 | | | | | |
| 01/10/2012 | | | | | |
| 01/12/2012 | | | | | |
| 01/12/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/13/2012 | | | | | |
| 01/17/2012 | | | | | |
| 01/17/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/18/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |
| 01/19/2012 | | | | | |



Direct Air    01/13/2012        Aviation Advantage Inc

| Date | Type | Reference | | Original Amount | Balance Due | | Payment |
|------|------|-----------|---|----------------|-------------|---|---------|
| 12/28/2011 | Bill | 1105-1174 | | 5,020.00 | 5,020.00 | | 2,500.00 |
| | | | Check Amount | | | | 2,500.00 |

**4599**

**Crescent159000512**                                    2,500.00


16471 (8/11)


018721


Rev 02/11

**Current Statement Transactions on COMMERCIAL CHECKING XXXXX0512 - $165,329.32 as of January 26, 2012**



| Date | Check Number | Description | Debit | Credit | Balance |
|------|------|------|------|------|------|
| 01/19/2012 | 4599 | CHECK | 2,500.00 | | 161,943.45 |

Crescent Bank
A division of CrestCom Bank
991 38th Ave N
MYRTLE BEACH, SC 29577

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Dollar Amount of Wire: $8790.00    Fee $ 22

☒ Domestic Wire    ☐ International Wire    (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping )

## REQUESTER/ORIGINATOR DATA

Sender's Name  SOUTHERN SKY AIR & TOURS          Date 02/10/12 Time. 12 15 AM /PM

Address  1600 OAK ST NORTH          Account Number to be Debited: 0159000512

MYRTLE BEACH, SC 29577          Account Type.  CHECKING

Phone Number: 843-916-9700          Customer Callback          ☒ Yes   ☐ No

Driver's License No , State, Issue Date, Expiration Date.          Contact Name (if different than sender): MARY AVANT-BALDWIN

## INTERMEDIARY BANK DATA (If required)

ABA Routing Number          Phone Number

Bank Name:          Contact Name

Bank Address

## BENEFICIARY BANK DATA

ABA Routing Number 061102400          Phone Number 770-916-0303

Bank Name:  FIDELITY BANK          Contact Name

Bank Address: 135 PERIMETER CENTER          Swift Code (if applicable)

ATLANTA, GA 30348          Bank Code (if applicable):

## BENEFICIARY DATA

Beneficiary's Name  AVIATION ADVANTAGE INC          Account Number. 0180007613

Beneficiary's Address  1755 THE EXCHANGE, SUITE 300  ATLANTA GA 30339

Special Instructions

## CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above  To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer  The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature  Kay D Cllison          Date of Request 02/10/12

## BANK USE ONLY

Branch Representative's Name Heather Dalley          Branch Name & Number  MBM-51    #1-4

Wire Dept          Date/Time 2/10/2 1251  ☐ OFAC  ☐ TMS  ☒ CON  ☐ ANL

2/10/2

Nallahan 1:25

Crescent Bank, a division of CrestCom Bank          WIRE-TR-LAZ
Wire/Funds Transfer Payment Order          FTAA-LAZ
Funds Transfer Agreement & Authorization          Page 1 of 2
01/07/08

CERTIFIED TRUE COPY OF THE ORIGINAL

Emily Holts
Signature
6 3 2
Date

02/10/2012

Aviation Advantage Inc                                                    **8,790.00

Eight thousand seven hundred ninety and 00/100********************************************************

Aviation Advantage Inc
1755 the Exchange, Suite 300
Atlanta, GA  30339

| 02/10/2012 | Aviation Advantage Inc | | | | |
|------------|------|-----------|-----------------|-------------|---------|
| **Date** | **Type** | **Reference** | **Original Amount** | **Balance Due** | **Payment** |
| 12/28/2011 | Bill | 1105-1174 | 5,020.00 | 20.00 | 20.00 |
| 01/12/2012 | Bill | 1105-1176 | 5,020.00 | 5,020.00 | 5,020.00 |
| 01/20/2012 | Bill | | 5,020.00 | 5,020.00 | 3,750.00 |
| | | | Check Amount | | 8,790.00 |

Crescent159000512                                                          8,790.00

| 02/10/2012 | Aviation Advantage Inc | | | | |
|------------|------|-----------|-----------------|-------------|---------|
| **Date** | **Type** | **Reference** | **Original Amount** | **Balance Due** | **Payment** |
| 12/28/2011 | Bill | 1105-1174 | 5,020.00 | 20.00 | 20.00 |
| 01/12/2012 | Bill | 1105-1176 | 5,020.00 | 5,020.00 | 5,020.00 |
| 01/20/2012 | Bill | | 5,020.00 | 5,020.00 | 3,750.00 |
| | | | Check Amount | | 8,790.00 |

Crescent159000512                                                          8,790.00

## FedPayments Manager℠ -- Funds

| | | | |
|---|---|---|---|
| Environment: | Prod | ABA: | 053202350 |
| Mode: | Prod | Service Unit: | 05320235 |
| Cycle Date: | 02/10/2012 | System Date/Time: | 02/10/2012 13:44:01 |

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 02/10/2012 12:51:12 | Test/Prod: | Prod |
| IMAD: | 20120210 QMGFT011 001412 02101325 | | |
| OMAD: | 20120210 GMQFMP01 004951 02101325 | | |
| Template Name: | SSAT TO AVIATION ADVANTAGE INC | | |

BASIC INFORMATION
Sender ABA {3100}:            053208079 CRESCENT BK MB SC
Receiver ABA {3400}:         061102400 FIDELITY BANK
Amount {2000}:                8,790.00
Type Code {1510}:            1000 - Transfer of Funds
Business Function {3600}:     CTR - Customer Transfer
Sender Reference {3320}:     1 4
ORIGINATOR INFORMATION
Originator {5000}
    ID Code:                 D - DDA Account Number
    Identifier:              0159000512
    Name:                    SOUTHERN SKY AIR & TOURS
    Address:                 1600 OAK ST NORTH
                             MYRTLE BEACH SC 29577
                             843-916-9700 MARY AVANT-BALDWIN

BENEFICIARY INFORMATION
Beneficiary {4200}
    ID Code:                 D - DDA Account Number
    Identifier:              0180007613
    Name:                    AVIATION ADVANTAGE INC
    Address:                 1755 THE EXCHANGE SUITE 300
                             ATLANTA GA 30339

Beneficiary FI {4100}
    ID Code:                 F - Fed Routing Number
    Identifier:              061102400
    Name:                    FIDELITY BANK
    Address:                 135 PERIMETER CENTER
                             ATLANTA GA 30348
                             770-916-0303

Crescent Bank
A division of CresCom Bank
991 38th Ave N
MYRTLE BEACH, SC 29577

**Wire Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Dollar Amount of Wire: $8790.00    Fee: $

☒ Domestic Wire    ☐ International Wire    (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

## REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS    Date: 02/10/12  Time:    AM / PM

Address: 1600 OAK ST NORTH    Account Number to be Debited: 0159000512

MYRTLE BEACH, SC 29577    Account Type: CHECKING

Phone Number: 843-916-9700    Customer Callback:    ☒ Yes    ☐ No

Driver's License No., State, Issue Date, Expiration Date:    Contact Name (if different than sender): MARY AVANT-BALDWIN

## INTERMEDIARY BANK DATA (If required)

ABA Routing Number:    Phone Number:

Bank Name:    Contact Name:

Bank Address:

## BENEFICIARY BANK DATA

ABA Routing Number: 061102400    Phone Number: 770-916-0303

Bank Name: FIDELITY BANK    Contact Name:

Bank Address: 135 PERIMETER CENTER    Swift Code (if applicable):

ATLANTA, GA 30348    Bank Code (if applicable):

## BENEFICIARY DATA

Beneficiary's Name: AVIATION ADVANTAGE INC    Account Number: 0180007613

Beneficiary's Address: 1755 THE EXCHANGE, SUITE 300  ATLANTA GA 30339

Special Instructions:

## CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _Kay D Ellison_    Date of Request: 02/10/12

## BANK USE ONLY

Branch Representative's Name: 3    Branch Name & Number:

Wire Dept: _____    Date/Time: _____    ☐ OFAC    ☐ TMS    ☐ CON    ☐ ANL

Crescent Bank, a division of CresCom Bank
Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

## Current Statement Transactions on COMMERCIAL CHECKING XXXXX0512 - $123,702.85 as of February 16, 2012



| Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 02/01/2012 | | | | | |
| 02/01/2012 | | | | | |
| 02/02/2012 | | | | | |
| 02/02/2012 | | | | | |
| 02/02/2012 | | | | | |
| 02/02/2012 | | | | | |
| 02/03/2012 | | | | | |
| 02/03/2012 | | | | | |
| 02/03/2012 | | | | | |
| 02/06/2012 | | | | | |
| 02/06/2012 | | | | | |
| 02/06/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/07/2012 | | | | | |
| 02/08/2012 | | | | | |
| 02/08/2012 | | | | | |
| 02/08/2012 | | | | | |
| 02/08/2012 | | | | | |
| 02/09/2012 | | | | | |
| 02/09/2012 | | | | | |
| 02/09/2012 | | | | | |
| 02/09/2012 | | | | | |
| 02/10/2012 | | | | | |
| 02/10/2012 | | WIRE TRANSFER | 8,812.00 | | 380,758.21 |
| 02/10/2012 | | | | | |
| 02/10/2012 | | | | | |
| 02/10/2012 | | | | | |
| 02/10/2012 | | | | | |
| 02/13/2012 | | | | | |
| 02/14/2012 | | | | | |
| 02/14/2012 | | | | | |
| 02/15/2012 | | | | | |
| 02/15/2012 | | | | | |
| 02/15/2012 | | | | | |
| 02/15/2012 | | | | | |
| *02/16/2012 | | | | | |

*Pending Transactions

# CRESCENT BANK

*Have a nice bank*

P.O. Box 3050
Myrtle Beach • South Carolina 29578-3050
843-626-0200

SOUTHERN SKY AIR AND TOURS LLC

ACCOUNT: 159000512
DOCUMENTS: 81

PAGE: 2
02/29/2012

## COMMERCIAL CHECKING ACCOUNT 159000512

### CHECKS



| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 4664 | 02/16 | 15,000.00 | 4692* | 02/22 | 8,800.00 | 4716 | 02/23 | 172.01 |
| 4665 | 02/14 | 10,000.00 | 4694 | 02/22 | 10,000.00 | 4717 | 02/23 | 104.20 |
| 4666 | 02/16 | 5,000.00 | 4695 | 02/22 | 15,000.00 | 4718 | 02/24 | 4,576.00 |
| 4667 | 02/15 | 1,500.00 | 4696 | 02/23 | 15,000.00 | 4719 | 02/23 | 15,000.00 |
| 4668 | 02/22 | 5,000.00 | 4697 | 02/23 | 419.24 | 4736 | 02/23 | 7,100.00 |
| 4669* | 02/17 | 5,000.00 | 4698 | 02/24 | 101.30 | 4737 | 02/15 | 18,450.87 |
| 4671 | 02/17 | 5,000.00 | 4699 | 02/24 | 109.82 | 4738 | 02/06 | 6,000.00 |
| 4672 | 02/15 | 5,000.00 | 4700 | 02/24 | 145.92 | 4739 | 02/07 | 20,000.00 |
| 4673 | 02/15 | 20,000.00 | 4701 | 02/23 | 621.47 | 4740 | 02/09 | 212.50 |
| 4674* | 02/09 | 20,000.00 | 4702 | 02/29 | 730.66 | 4741 | 02/09 | 429.19 |
| 4676 | 02/22 | 690.93 | 4703 | 02/29 | 309.25 | 4742 | 02/07 | 15,000.00 |
| 4677* | 02/14 | 5,342.65 | 4706 | 02/29 | 1,111.67 | 4743 | 02/16 | 3,200.00 |
| 4681 | 02/22 | 4,430.56 | 4707 | 02/23 | 138.96 | 4745 | 02/21 | 2,617.20 |
| 4682 | 02/23 | 212.50 | 4708 | 02/24 | 107.87 | 4746 | 02/15 | 1,988.14 |
| 4683 | 02/23 | 429.19 | 4709 | 02/22 | 849.49 | 4747 | 02/16 | 349.62 |
| 4684 | 02/24 | 5,000.00 | 4710* | 02/24 | 5,000.00 | 4748 | 02/13 | 5,000.00 |
| 4685 | 02/21 | 5,342.65 | 4713 | 02/22 | 20,000.00 | 4749 | 02/21 | 5,000.00 |
| 4686 | 02/21 | 30,000.00 | 4714 | 02/27 | 30.33 | 4750 | 02/15 | 5,000.00 |
| 4687* | 02/24 | 3,200.00 | 4715 | 02/22 | 412.53 | | | |
| 4689* | 02/29 | 193.16 | | | | | | |

* INDICATES A GAP IN CHECK NUMBER SEQUENCE

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| DATE TRANSFER | 02/10 | 8,812.00 |

* * * CONTINUED * * *

FDIC   See Reverse Side For Important Information

www.haveanicebank.com

02/22/2012    $58,800.00 Check Number 4692


