# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,**

**Chapter 7
Case No. 12-40944-MSH**

Debtor.

---

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE
### (Re: Stipulation of Settlement (Re: Recovery of Transfers to Worldwide Flight Services, Inc. Pursuant to Bankruptcy Code § 547))
### (Re: Motion to Approve Stipulation of Settlement (Re: Recovery of Transfers to Worldwide Flight Services, Inc. Pursuant to Bankruptcy Code § 547))

Upon the motion dated March 18, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the (I) Stipulation of Settlement (Re: Recovery of Transfers to Worldwide Flight Services, Inc. Pursuant to Bankruptcy Code § 547) (the "Stipulation") and (II) Motion to Approve Stipulation of Settlement (Re: Recovery of Transfers to Worldwide Flight Services, Inc. Pursuant to Bankruptcy Code § 547) (the "Approval Motion"; together with the Stipulation, the "Worldwide Settlement Pleadings"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

    b.    The Trustee may limit notice of the Worldwide Settlement Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice (as defined in the

Motion), and all parties to the Stipulation.

Dated: _____ March 18 _____, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge