03/26/2014 SETTLEMENT TO BE HELD FOR OBJECTIONS. THE HEARING SCHEDULED FOR 4/3/2014 ON THE MOTION OF MERRICK BANK CORPORATION FOR JUDGMENT, FILED IN ADVERSARY PROCEEDING 14-4005 IS CANCELED.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

**MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING
ASSIGNMENT AND SETTLEMENT AGREEMENT
WITH MERRICK BANK CORPORATION REGARDING
CLAIMS AGAINST VALLEY NATIONAL BANK**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court to enter an order approving an Assignment and Settlement Agreement (the "Agreement") between the Trustee and Merrick Bank Corporation ("Merrick") regarding the Estate's claims against Valley National Bank ("VNB") for VNB's conduct in connection with the Debtor's depository accounts at VNB (collectively, the "Depository Accounts").  A copy of the Agreement is attached hereto as **Exhibit A**.

In support of this Motion, the Trustee states as follows:

## I.     BACKGROUND

A.  **Bankruptcy Case Background**

1.   On March 15, 2012 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

{Practice Areas/CORP/15008/14190/A2545751.DOC}