UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Swissport Fueling, Inc. and Swissport North America, Inc.
Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Swissport Fueling, Inc. ("Swissport Fueling"), and Swissport North America, Inc. ("Swissport NA"; together with Swissport Fueling "Swissport"),[1] and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On or about August 28, 2012, the Trustee made demand (the "Swissport Fueling Demand") on Swissport Fueling for the return of certain transfers made by the Debtor to

---

[1] Swissport and the Trustee shall collectively be known hereafter as the "Parties".

{Practice Areas/CORP/15008/14190/A2536479.DOC[Ver:2]}

Swissport Fueling within 90 days prior to the Petition Date in the amount of $86,643.50 (the "Swissport Fueling Transfers"), pursuant to Bankruptcy Code § 547(b).

5. Additionally, on or about August 28, 2012, the Trustee also made demand (the "Swissport NA Demand"; together with the Swissport Fueling Demand, the "Demands") on Swissport NA for the return of certain transfers made by the Debtor to Swissport NA within 90 days prior to the Petition Date in the amount of $45,000.00 (the "Swissport NA Transfers"; together with the Swissport Fueling Transfers, the "Transfers"), pursuant to Bankruptcy Code § 547(b).

6. Swissport Fueling (via counsel) responded to the Demands and asserted ordinary course and new value defenses to the Trustee's claims.[2]

7. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. Within ten (10) days of the later of (i) execution of this Stipulation and (ii) receipt of an Internal Revenue Service Form W-9 from the Trustee, Swissport will pay $25,000.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the Demands and related to the Transfers. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation. In the event the Bankruptcy Court has not approved this Stipulation within sixty (60) days from the date hereof, the Trustee shall return the Settlement Amount to Swissport.

---

[2] In its response, Swissport Fueling acknowledged that the Demands were received by Swissport Fueling and Swissport NA, but indicated that any payments received by Swissport NA were for the benefit of Swissport Fueling.

B.   Swissport Fueling and Swissport NA shall be jointly and severally liable for payment of the Settlement Amount.

C.   Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), Swissport shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, related to this bankruptcy case or the administration of the Estate, whether known or unknown, except for (i) any claim arising under Bankruptcy Code § 502(h) from Swissport's payment of the Settlement Amount, provided that one of Swissport Fueling or Swissport NA files a proof of claim evidencing any such § 502(h) claim within 30 days of entry of the Final Order, in an amount not to exceed $25,000.00 and (ii) any claims which are the subject of a timely filed proof of claim in the Debtor's bankruptcy case. Any § 502(h) claim not timely filed by Swissport Fueling or Swissport NA shall be deemed to have been waived.

D.   Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released Swissport and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Demands. The Trustee agrees to waive his right to object to any proof of claim filed by Swissport Fueling or Swissport NA within 30 days of entry of the Final Order on account of Swissport's payment of the Settlement Amount under Bankruptcy Code § 502(h). However, the Trustee reserves the right to object to any claims filed by or on behalf of Swissport for any other reason.

E.   Swissport acknowledges that neither Swissport Fueling nor Swissport NA received any other payments from or on behalf of the Debtor within 90 days prior to the Petition

Date, other than the Transfers referenced in the Demands. Swissport acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

F. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

SWISSPORT FUELING, INC.

By its Treasurer

_____
Sean M. Klinge.
Swissport Fueling, Inc.
45025 Aviation Drive; Suite 350
Dulles, VA 20166
Phone: 703.742.7318
Fax:    703.742.4342
Email:  sean.klinge@swissport.com

Dated: March 27, 2014

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

_____
Joseph H. Baldiga, BBO #549963
Gina M. Barbieri, BBO # 670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Email: gbarbieri@mirickoconnell.com

Dated: March 28, 2014


SWISSPORT NORTH AMERICA, INC.

_____
By: Sean M. Klinge,
Its: Treasurer

Dated: March 27, 2014