March 25, 2014

U.S. Bankruptcy Court

595 Main St.

Worcester, MA 01608

To Whom It May Concern:

I am requesting that my name and address be changed on my **Claim No. 159108-972 for Case No. 12-40944 msh.**

**Previous Information:**

Carol Boeser

5734 Riva Ridge Dr.

Wesley Chapel, FL 33544

**New Information:**

Carol Goldasich



MS. CAROL GOLDASICH
5538 Cannonade Dr.
Wesley Chapel, FL 33544

If you have any questions or concerns you can reach me at 813-713-7288.

Thank you for your assistance.

Carol Goldasich