UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Garofalo Goerlich Hainbach, P.C.
Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Garofalo Goerlich Hainbach, P.C. ("GGH"; together with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. GGH is a law firm that provided legal services to the Debtor prior to the Petition Date.

5. On or about August 28, 2012, the Trustee made demand (the "Demand") on GGH for the return of transfers made by the Debtor to GGH within 90 days prior to the Petition Date in the amount of $15,000.00 (the "Transfers"), pursuant to Bankruptcy Code § 547(b).

6. GGH responded to the Demand and asserted an ordinary course defense to the Trustee's claims.

7. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. GGH has agreed to pay the amount of $2,500.00 (the "Settlement Amount") to the Trustee as settlement of all allegations made in the Demand and related to the Transfers. The Trustee has received the Settlement Amount and is holding same in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), GGH and its representatives, attorneys, agents, and assigns shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims arising from or related to the Transfers, including any claim arising under Bankruptcy Code § 502(h), but excluding GGH's Proof of Claim dated September 7, 2012.

C. Upon entry of the Final Order, the Trustee, his representatives, attorneys, agents and assigns, and the Estate shall be deemed to have released GGH and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the

Transfers except that the Trustee reserves the right to object to GGH's Proof of Claim dated September 7, 2012 for any reason.

D.  GGH acknowledges that GGH received no other payments from or on behalf of the Debtor within 90 days prior to the Petition Date, other than the Transfers referenced in the Demand. GGH acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E.  This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| GAROFALO GOERLICH HAINBACH, P.C. | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| Victor H. Smith, Esq.<br>Garofalo Goerlich Hainbach, P.C.<br>1200 New Hampshire Avenue NW, Suite 800<br>Washington, D.C. 20036-6802<br>Phone: 202.776.3970<br>Fax:   202.776.3975<br>Email: vsmith@ggh-airlaw.com | Joseph H. Baldiga, BBO #549963<br>Gina Barbieri O'Neil, BBO #670596<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:   508.898.1502<br>Email: bankrupt@mirickoconnell.com<br>Email: goneil@mirickoconnell.com |
| Dated: March 31, 2014 | Dated: March 31, 2014 |