# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

**In re:**

**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**

      **Debtor.**

**Chapter 7**
**Case No. 12-40944-MSH**

## ORDER APPROVING STIPULATION OF SETTLEMENT
### (Re: Recovery of Transfers to Wyvern Hotel, LLC Pursuant to Bankruptcy Code § 547)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on March 12, 2014, for an order approving the Stipulation of Settlement with Wyvern Hotel, LLC; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.    The Motion is allowed; and

B.    The Stipulation of Settlement (Re: Recovery of Transfer to Wyvern Hotel, LLC Pursuant to Bankruptcy Code § 547) is approved.

Dated: April 7, 2014

                                            Honorable Melvin S. Hoffman
                                            United States Bankruptcy Judge