## SETTLEMENT AGREEMENT
### (Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver, A Professional Corporation Pursuant to Bankruptcy Code § 547)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of and on behalf of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Ober, Kaler, Grimes & Shriver, a Professional Corporation ("Ober Kaler"; together with the Trustee and the Estate, the "Parties"), and enter into this Settlement Agreement (the "Agreement") as follows:

## FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On or about August 28, 2012, the Trustee sent a demand letter (the "Demand") to Ober Kaler for the return of transfers made by the Debtor to Ober Kaler within 90 days prior to the Petition Date in the amount of $59,723.35 (the "Transfers"), pursuant to Bankruptcy Code § 547(b).

5. Ober Kaler responded to the Demand and asserted ordinary course and new value defenses to the Trustee's claims.

6. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them relating to the Transfers.

{Practice Areas/CORP/15008/14190/A2555026.DOC[Ver:2]}

## AGREEMENT

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties agree as follows:

A. Ober Kaler has agreed to pay, and the Trustee for the benefit of the Estate has agreed to accept, the amount of $12,000.00 (the "Settlement Amount") in resolution all of the disputes and claims between them relating to the Transfers. The Trustee has received the Settlement Amount and is holding same in escrow pending entry of a final order by the Bankruptcy Court approving this Agreement (i.e., no longer subject to stay, reconsideration or appeal) ("Final Order").

B. Upon entry of the Final Order, Ober Kaler shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims or obligations arising from or relating to the Transfers, including any claim arising under Bankruptcy Code § 502(h).

C. Upon entry of the Final Order, the Trustee and the Estate shall be deemed to have released Ober Kaler and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or relating to the Transfers.

D. Ober Kaler acknowledges that Ober Kaler received no other payments from or on behalf of the Debtor within 90 days prior to the Petition Date, other than the Transfers referenced in the Demand. Ober Kaler acknowledges that the Trustee has relied upon this representation in entering into this Settlement Agreement.

E. This Settlement Agreement is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Pending entry of a Final Order, this Settlement Agreement shall be of no force or effect and the Trustee shall hold the Settlement Amount in escrow for the benefit of Ober Kaler, to be returned to Ober Kaler if a Final Order is not entered.

| | |
|---|---|
| OBER, KALER, GRIMES & SHRIVER, A PROFESSIONAL CORPORATION | BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR |
| By: _____<br>John A. Wolf,<br>Chairman | By: _____<br>Joseph H. Baldiga<br>Chapter 7 Trustee |
| Dated: April 8, 2014, 2014 | Dated: April 14, 2014 |