**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

04/15/2014 ALLOWED.

|  |  |
|---|---|
| **In re:** | |
| **SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,** | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **Debtor.** | |

## MOTION TO LIMIT NOTICE
**(Re: Settlement Agreement (Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver,**
**a Professional Corporation, Pursuant to Bankruptcy Code § 547))**
**(Re: Motion to Approve Settlement Agreement (Re: Recovery of Transfers**
**to Ober, Kaler, Grimes & Shriver, a Professional Corporation, Pursuant**
**to Bankruptcy Code § 547))**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the (I) Settlement Agreement (Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver, a Professional Corporation, Pursuant to Bankruptcy Code § 547) (the "Settlement Agreement") and (II) Motion to Approve Settlement Agreement (Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver, a Professional Corporation, Pursuant to Bankruptcy Code § 547) (the "Approval Motion"; together with the Settlement Agreement, the "Ober Kaler Settlement Pleadings") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Stipulation.

In support hereof, the Trustee submits the following: