UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>EIN MANAGEMENT, LLC a/k/a EMPLOYERS' INNOVATION NETWORK, LLC,<br>    Defendant. | Adversary Proceeding<br>No. 14-04027 |

## STIPULATION OF SETTLEMENT
(Re: Complaint to Avoid and Recover Preferential Transfers and Post-Petition Transfers)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and EIN Management, LLC a/k/a Employers' Innovation Network, LLC ("EIN"; together with the Trustee, the "Parties"), the defendant in Adversary Proceeding No. 14-04027 pending before this Court (the "Adversary Proceeding"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1.    On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

4. On or about August 29, 2012, the Trustee made demand (the "Demand") on EIN for the return of $745,552.11, consisting of (i) pre-petition transfers made by the Debtor to EIN within one year prior to the Petition Date and (ii) post-petition transfers.

5. In response to the Demand, EIN contacted the Trustee informally (via counsel) and indicated that neither EIN nor its owners had any relationship with the Debtor that would qualify EIN as an insider of the Debtor, in addition to other defenses.

6. On March 13, 2014, the Trustee initiated the Adversary Proceeding by filing a complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502(d), 547(b), 549 and 550 to, among other things, (I) avoid and recover certain pre-petition transfers the Debtor made to EIN during the 90 days prior to the Petition Date totaling at least $173,098.46 (the "Pre-Petition Transfers"), (II) avoid and recover certain post-petition transfers the Debtor made to EIN totaling at least $5,750.00 (the "Post-Petition Transfers"; together with the Pre-Petition Transfers, the "Transfers"), and (III) disallow any and all claims EIN may have against the Estate.

7. Counsel to EIN subsequently contacted the Trustee (via counsel) and initiated settlement discussions. Counsel also provided additional information about EIN's new value and ordinary course defenses.

8. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. EIN agrees to pay the Trustee the sum of $5,750.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against EIN made in the Complaint and related to the Transfers. EIN shall pay the Settlement Amount to the Trustee within seven (7) business days after the execution of this Stipulation. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 Trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), EIN shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from EIN's payment of the Settlement Amount but excluding EIN's timely filed proof of claim in the amount of $34,360.46 filed in the Debtor's bankruptcy case and identified as Claim No. 1714 (the "EIN Claim").

  C. Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released EIN and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Complaint. The Trustee reserves the right to object to any claims filed by or on behalf of EIN, including the EIN Claim, for any reason.

  D. EIN has represented to the Trustee that it is not an "insider" of the Debtor as defined in Bankruptcy Code § 101(31) and acknowledges that the Trustee has relied upon that representation in entering into this Stipulation.

  E. EIN acknowledges that EIN received no other payments from or on behalf of the Debtor within ninety (90) days prior to the Petition Date, or at any time following the Petition Date, other than the Transfers referenced in the Complaint. EIN acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

  F. Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding.

    G. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| EIN MANAGEMENT, LLC a/k/a EMPLOYERS' INNOVATION NETWORK, LLC, | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| /s/ Arch W. Riley, Jr. | /s/ Gina O'Neil |
| Arch W. Riley, Jr., Esq. | Joseph H. Baldiga, BBO #549963 |
| Spilman Thomas & Battle, PLLC | Gina Barbieri O'Neil, BBO #670596 |
| 1233 Main Street, Suite 4000 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Post Office Box 831 | 1800 West Park Drive, Suite 400 |
| Wheeling, WV 26003-8731 | Westborough, MA 01581 |
| Phone: 304.230.6955 | Phone: 508.898.1501 |
| Fax: 304.230.6951 | Fax: 508.898.1502 |
| Email: ARiley@spilmanlaw.com | Email: bankrupt@mirickoconnell.com |
| | Email: goneil@mirickoconnell.com |
| Dated: April 22, 2014 | Dated: April 23, 2014 |