United States Bankruptcy Court
District of Massachusetts

In re:
Southern Sky Air & Tours, LLC d/b/a Dire
      Debtor

Case No. 12-40944-msh
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: mbd     Page 1 of 3     Date Rcvd: Apr 22, 2014
                               Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2014.
intp          +James Shelton,    95 Parkway,    Maywood, NJ 07607-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2014 at the address(es) listed below:

      Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
      Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
      Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com, graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
      Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
      Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
      Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
      Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
      David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
      David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com, alston@mandkllp.com
      David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
      David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
      David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
      David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
      David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
      David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
      David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
      David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
      David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
      George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport george.shuster@wilmerhale.com
      Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

```
District/off: 0101-4          User: mbd                   Page 2 of 3                   Date Rcvd: Apr 22, 2014
                              Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
      Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
      James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
      Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmilne@duanemorris.com
      Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. bankruptcy@sederlaw.com, kmcgee@sederlaw.com
      Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
      Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, jpinder@foley.com;khall@foley.com
      Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
      Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
      Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
      Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
      Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
      Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
      Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

```
District/off: 0101-4          User: mbd                 Page 3 of 3              Date Rcvd: Apr 22, 2014
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

                                                                                                            TOTAL: 67

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Swissport Fueling, Inc. and Swissport North America, Inc. Pursuant to Bankruptcy Code § 547)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on March 28, 2014, for an order approving the Stipulation of Settlement with Swissport Fueling, Inc. and Swissport North America, Inc.; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Recovery of Transfers to Swissport Fueling, Inc. and Swissport North America, Inc. Pursuant to Bankruptcy Code § 547) is approved.

Dated: April 22, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2532728.DOC}