# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSUCHUSETTS

|  |  |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. | |

## MOTION BY THE UNITED STATES TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR MAY 8, 2014

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1. On March 19, 2014, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for an order approving assignment and settlement agreement with Merrick Bank corporation regarding claims against Valley National Bank (Docket No. 483).

2. The Court has scheduled a hearing on this motion for May 8, 2014 at 2:00 p.m. (Docket No. 519).

3. My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for May 8, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.

May 2, 2014　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　Christopher R. Donato
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　BBO #628907
　　　　　　　　　　　　　　　　　　　　John Joseph Moakley Courthouse
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 748-3303

　　　　　　　　　　　　　　　　　　　　/s/Andrea Horowitz Handel
　　　　　　　　　　　　　　　　　　　　J. CHRISTOPHER KOHN
　　　　　　　　　　　　　　　　　　　　TRACY J. WHITAKER
　　　　　　　　　　　　　　　　　　　　ANDREA HOROWITZ  HANDEL
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　　　　Post Office Box 875
　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 307-0358
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-9163
　　　　　　　　　　　　　　　　　　　　Email: andrea.handel@usdoj.gov

　　　　　　　　　　　　　　　　　　　　Attorneys for the United States


Certificate of Service

　　　I hereby certify that a copy of the foregoing document has been served by electronic mail on all parties on the Court's ECF system this 2nd  day of May 2014.


　　　　　　　　　　　　　　　　　　　　/s/ Andrea Horowitz Handel
　　　　　　　　　　　　　　　　　　　　Andrea Horowitz Handel

2