UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | Case No. 12-40944 (MSH) |
| SOUTHERN SKY AIR & TOURS, LLC D/B/A DIRECT AIR, | Chapter 7 |
| Debtor. |  |

05/05/2014 ALLOWED

## MOTION BY THE UNITED STATES TO APPEAR TELEPHONICALLY AT THE HEARING SCHEDULED FOR MAY 8, 2014

**TO THE HONORABLE COURT:**

Andrea Horowitz Handel, Trial Attorney for the United States Department of Justice, Civil Division, on behalf of the United States, respectfully states and prays as follows:

1.　On March 19, 2014, the Trustee of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air filed a motion for an order approving assignment and settlement agreement with Merrick Bank corporation regarding claims against Valley National Bank (Docket No. 483).

2.　The Court has scheduled a hearing on this motion for May 8, 2014 at 2:00 p.m. (Docket No. 519).

3.　My office is located in Washington, D.C. and I respectfully request permission to appear by telephone at the hearing.

WHEREFORE, Andrea Horowitz Handel respectfully requests that the Court enter an order allowing her to appear telephonically at the hearing scheduled for May 8, 2014 at 2:00 p.m. and grant such further relief as deemed necessary.