UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br>　　Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7<br>TRUSTEE OF THE BANKRUPTCY<br>ESTATE OF SOUTHERN SKY AIR &<br>TOURS, LLC d/b/a DIRECT AIR,<br>　　Plaintiff,<br><br>v.<br><br>AVIATION ADVANTAGE, INC.,<br>　　Defendant. | Adversary Proceeding<br>No. 14-04028 |

## STIPULATION OF SETTLEMENT
(Re: Complaint to Avoid and Recover Preferential Transfers to Aviation Advantage, Inc.)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Aviation Advantage, Inc. ("AAI"; together with the Trustee, the "Parties"), the defendant in Adversary Proceeding Case No. 14-04028 pending before this Court (the "Adversary Proceeding"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1.　On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.　On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

{Practice Areas/CORP/15008/14190/A2573544.DOC}

3.      On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

4.      On or about August 28, 2012, the Trustee made demand on AAI for the return of transfers made by the Debtor to AAI during the 90 days preceding the Petition Date in the amount of $233,580.00 (the "Transfers").

5.      On March 14, 2014, the Trustee initiated the Adversary Proceeding by filing a complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502(d), 547(b) and 550 to, among other things, (I) avoid and recover certain pre-petition transfers the Debtor made to AAI (i.e., the Transfers), and (II) disallow any and all claims AAI may have against the Estate.

6.      On March 27, 2014, the Trustee filed an Amended Complaint to Avoid and Recover Preferential Transfers (the "Amended Complaint"; together with the Complaint, the "Complaints") pursuant to Bankruptcy Code §§ 502(d), 547(b) and 550 to, among other things, avoid and recover pre-petition transfers the Debtor made to AAI in the reduced amount of not less than $31,030.00 (the "Remaining Transfers"). The Trustee filed the Amended Complaint to reflect a partial new value defense that AAI had raised and substantiated.

7.      In addition, AAI also raised an ordinary course of business defense with respect to the Remaining Transfers. The Trustee disputes AAI's ordinary course of business defense.

8.      The current Answer Deadline is May 14, 2014.

9.      The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. AAI agrees to pay the Trustee the sum of $15,000.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against AAI made in the Complaints and related to the Transfers. AAI shall pay the Settlement Amount to the Trustee within seven (7) business days after the execution of this Stipulation. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 Trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's undersigned counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), AAI shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from AAI's payment of the Settlement Amount.

C. Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall be deemed to have released AAI and its representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Complaints.

D. AAI acknowledges that AAI received no other payments from or on behalf of the Debtor within ninety (90) days prior to the Petition Date, or at any time following the Petition Date, other than the Transfers referenced in the Complaints. AAI acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E.  Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding. AAI shall provide reasonable assistance to secure such dismissal.

F.  This agreement represents the compromise and settlement of disputed claims and is not to be used or construed in any court or administrative proceeding of any nature or in any subsequent actions as an admission, direct or indirect, of any liability or wrongdoing whatsoever. AAI specifically denies any such liability or wrongdoing.

G.  This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| AVIATION ADVANTAGE, INC. | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| *[signature]* | *[signature]* |
| Steven M. Kushner | Joseph H. Baldiga, BBO #549963 |
| Fellows LaBriola LLP | Gina Barbieri O'Neil, BBO #670596 |
| Peachtree Center | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Suite 2300 South Tower | 1800 West Park Drive, Suite 400 |
| 225 Peachtree Street, N.E. | Westborough, MA 01581 |
| Atlanta, GA 30303 | Phone: 508.898.1501 |
| Phone: 404.586.2041 (direct) | Fax:   508.898.1502 |
| Fax:   404.529.4020 (direct) | Email: bankrupt@mirickoconnell.com |
| Email: skushner@fellab.com | Email: goneil@mirickoconnell.com |
| Dated: APRIL 30, 2014 | Dated: May 1, 2014 |