UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:

SOUTHERN SKY AIR & TOURS, LLC d/b/a
DIRECT AIR,

          Debtor.

Chapter 7
Case No. 12-40944-MSH

ORDER APPROVING
ASSIGNMENT AND SETTLEMENT AGREEMENT
WITH MERRICK BANK CORPORATION REGARDING
CLAIMS AGAINST VALLEY NATIONAL BANK

Upon the motion filed on March 19, 2014 by Joseph H. Baldiga, Chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), to approve the Agreement (the "Agreement") between the Trustee and Merrick Bank Corporation ("Merrick"), regarding the Debtor's claims against Valley National Bank ("VNB") for VNB's conduct in connection with the Debtor's depository accounts at VNB; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The Motion is allowed; and

2. The Agreement is approved;

3. VNB's defenses to any Estate Claims asserted against it by Merrick, as assignee, shall have the same force, effect and validity as such defenses may have had against the Estate Claims if such Estate Claims had been asserted against VNB by the Trustee prior to the assignment to Merrick pursuant to the Agreement.

DATED: _May 8_____, 2014

                                                        Honorable Melvin S. Hoffman
                                                        United States Bankruptcy Judge

DM1\4557523.3