UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**ORDER APPROVING STIPULATION OF SETTLEMENT**
(Re: Recovery of Transfers to Horry County Department of Airports
Pursuant to Bankruptcy Code § 547)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on April 14, 2014, for an order approving the Stipulation of Settlement with Horry County Department of Airports; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Recovery of Transfers to Horry County Department of Airports Pursuant to Bankruptcy Code § 547) is approved.

Dated: _____May 9_____, 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge