United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
      Debtor

Case No. 12-40944-msh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: jk    Page 1 of 3    Date Rcvd: May 09, 2014  
                      Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2014.  
cr        +Horry County Department of Airports,   c/o Foley & Lardner LLP,   Attn: Lawrence M. Kraus, Esq.,    111 Huntington Ave.,    Boston, MA 02199-7682

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2014                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2014 at the address(es) listed below:

        Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com  
        Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com  
        Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air    abraunstein@riemerlaw.com,   ahall@riemerlaw.com  
        Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com  
        Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov  
        Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company    bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com  
        Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com, graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com  
        Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
        Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
        Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
        Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
        David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation    dhaber@dhaberlaw.com  
        David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com  
        David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com  
        David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com  
        David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com  
        David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com  
        David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com  
        David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com  
        David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com  
        David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net  
        David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net  
        George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando    Sanford International Airport george.shuster@wilmerhale.com  
        Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee    gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com  
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the    Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,    goneil@mirickoconnell.com  
        Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,    goneil@mirickoconnell.com

```
District/off: 0101-4          User: jk                    Page 2 of 3                  Date Rcvd: May 09, 2014
                              Form ID: pdf012             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
               Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
              Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
               grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
              James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
               Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
               Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmilne@duanemorris.com
              Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
               khylton@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               khylton@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
               khylton@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               khylton@mirickoconnell.com;cdevine@mirickoconnell.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
              Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               bankruptcy@sederlaw.com, kmcgee@sederlaw.com
              Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com,
               jpinder@foley.com;khall@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC
               pbilowz@goulstonstorrs.com
              Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com,
               managingclerk@ssbb.com,cgrace@ssbb.com
              Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com,
               managingclerk@ssbb.com,cgrace@ssbb.com
```

```
District/off: 0101-4          User: jk                  Page 3 of 3              Date Rcvd: May 09, 2014
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. moorman@craigmacauley.com

                                                TOTAL: 67

Case 12-40944    Doc 531    Filed 05/11/14    Entered 05/12/14 00:53:10    Desc Imaged
Certificate of Notice    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Horry County Department of Airports
Pursuant to Bankruptcy Code § 547)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on April 14, 2014, for an order approving the Stipulation of Settlement with Horry County Department of Airports; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Recovery of Transfers to Horry County Department of Airports Pursuant to Bankruptcy Code § 547) is approved.

Dated:     May 9    , 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2534960.DOC}