# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

SOUTHERN SKY AIR & TOURS, LLC
d/b/a DIRECT AIR,

Debtor.

Chapter 7
Case No. 12-40944-MSH

## ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver, a Professional Corporation, Pursuant to Bankruptcy Code § 547)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on April 15, 2014, for an order approving the Stipulation of Settlement with Ober, Kaler, Grimes & Shriver, a Professional Corporation; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A. The Motion is allowed; and

B. The Stipulation of Settlement (Re: Recovery of Transfers to Ober, Kaler, Grimes & Shriver, a Professional Corporation Pursuant to Bankruptcy Code § 547) is approved.

Dated: May 13, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge