UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>JUDY TULL and KAY ELLISON,<br><br>    Defendants. | Adversary Proceeding<br>No. 14-04024 |

## STIPULATION OF SETTLEMENT

NOW COME the plaintiff, Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and the defendant, Judy Tull ("Ms. Tull"; together with the Trustee, the "Parties"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

{Practice Areas/CORP/15008/14190/A2588748.DOC}



3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

4. After concluding an investigation, on March 3, 2014, the Trustee filed the Trustee's Report on Direct Air's Operations and Shortfall ("Report") in the Debtor's bankruptcy case, describing the operations of the Debtor and the dissipation of funds from the Debtor's depository accounts maintained at Valley National Bank ("VNB"). The Report identified a shortfall from the Debtor's depository accounts at VNB in the amount of $30,389,363.79.

5. Based on its Report, on March 13, 2014, the Trustee initiated this Adversary Proceeding by filing a Verified Complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502, 544(b), 547, 548 and 550, 18 U.S.C. §1962, Mass. Gen. Laws Ch. 109A, S.C. Code §33-8-420 and S.C. Code §33-44-409, to pursue claims against Ms. Tull for her conduct causing the shortfall, her breach of duty to the Debtor, violations of the Racketeer Influenced and Corrupt Organizations ("RICO") Act and to avoid and recover certain pre-petition transfers totaling at least $657,252.57 that the Debtor made to Ms. Tull (the "Claims").

6. Ms. Tull denies the Claims and all allegations in the Complaint.

7. The Parties have engaged in settlement negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, the Parties stipulate and agree as follows:

A. Ms. Tull agrees to pay the Trustee the sum of $10,000.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against Ms. Tull made in the Complaint and arising out of the Report. Ms. Tull shall pay the Settlement Amount to the



Trustee as follows: (i) $5,000.00 on or before May 2, 2014, the receipt of which is hereby acknowledged, and (ii) $5,000.00 on or before June 5, 2014. The Settlement Amount shall be paid by wire as directed by counsel for the Trustee. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation. If this Stipulation is not approved, the Settlement Amount will be returned by the Trustee to Ms. Tull as soon as reasonably practicable.

B.    Ms. Tull shall execute and provide to the Trustee, contemporaneously with the execution of this Stipulation, an Agreement for Judgment in the amount of $1,000,000.00 in the form attached hereto as <u>Exhibit A</u>. The Trustee shall hold the executed Agreement for Judgment in escrow pending Ms. Tull's compliance with this Stipulation. The Trustee shall be entitled to file the executed Agreement for Judgment in the Adversary Proceeding only if Ms. Tull fails to comply with the terms herein.

C.    Upon entry of the Bankruptcy Court's final order (<u>i.e.</u>, no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), Ms. Tull shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, <u>including</u> any claim arising under Bankruptcy Code § 502(h) from Ms. Tull's payment of the Settlement Amount and any proof of claim filed by Ms. Tull in the Debtor's bankruptcy case.

D.    Upon the later of (i) entry of the Final Order and (ii) receipt of the Settlement Amount, the Trustee shall release Ms. Tull from any and all claims or obligations arising from or related to the Claims or the Report, or as set forth in the Complaint.

E.    Within seven (7) days of the later of (i) entry of the Final Order and (ii) receipt of



{Practice Areas/CORP/15008/14190/A2588748.DOC}    3

the Settlement Amount, the Trustee shall file a notice dismissing the Adversary Proceeding with prejudice.

F. Ms. Tull agrees to cooperate with the Trustee in providing testimony, information and documents related to the Debtor that the Trustee may reasonably request to resolve the Debtor's bankruptcy case and all outstanding Adversary Proceedings.

G. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| | |
|---|---|
| JUDY TULL | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
| Pro se, | By his counsel, |
| *Judy Tull* (signature) | *Joseph H. Baldiga* (signature) |
| Judy Tull | Joseph H. Baldiga, BBO #549963 |
| 10921 Murray S. Johnston Street | Jessica E. Murphy, BBO #664361 |
| Denton, TX 76207 | Gina Barbieri O'Neil, BBO #670596 |
| | Mirick, O'Connell, DeMallie & Lougee, LLP |
| | 1800 West Park Drive, Suite 400 |
| | Westborough, MA 01581 |
| | Phone: 508.898.1501 |
| | Fax: 508.898.1502 |
| | Email: bankrupt@mirickoconnell.com |
| | Email: jmurphy@mirickoconnell.com |
| | Email: goneil@mirickoconnell.com |
| Dated: May _8_, 2014 | Dated: May _15_, 2014 |