# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**JUDY TULL and KAY ELLISON,**<br>    **Defendants.** | **Adversary Proceeding**<br>**No. 14-04024** |

## AGREEMENT FOR JUDGMENT

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COME the plaintiff, Joseph H. Baldiga, Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy case (the "Bankruptcy Case") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and the defendant, Judy Tull ("Ms. Tull"), and hereby agree pursuant to Rule 7058 of the Federal Rules of Bankruptcy Procedure that:

1. Judgment shall enter in favor of the Trustee (and any successor to the Trustee) against Ms. Tull in the principal amount of One Million 00/100 ($1,000,000.00) Dollars.

2. The parties hereby waive all rights of appeal.

| JUDY TULL | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| Pro se, | By his counsel, |
| _____ | _____ |
| Judy Tull<br>10921 Murray S. Johnston Street<br>Denton, TX 76207 | Joseph H. Baldiga, BBO #549963<br>Jessica E. Murphy, BBO #664361<br>Gina Barbieri O'Neil, BBO #670596<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:    508.898.1502<br>Email: bankrupt@mirickoconnell.com<br>Email: jmurphy@mirickoconnell.com<br>Email: goneil@mirickoconnell.com |
| Dated: May ____, 2014 | Dated: May ____, 2014 |