UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation of Settlement;

2. Motion to Approve Settlement Agreement and Release of Claims (Re: Judy Tull) (Re: Verified Complaint – Adversary Proceeding No. 14-04024), with proposed Order; and

3. Motion to Limit Notice (Re: Stipulation of Settlement) (Re: Motion to Approve Settlement Agreement and Release of Claims (Re: Judy Tull) (Re: Verified Complaint – Adversary Proceeding No. 14-04024), with proposed Order.

/s/ Jessica E. Murphy
Jessica E. Murphy, BBO #664361
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: jmurphy@mirickoconnell.com

Dated: May 16, 2014

1

{Practice Areas/CORP/15008/14190/A2596897.DOC} (QUERY)

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

2

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank Corporation/NOA)
**VIA ECF**

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American Express Travel Related Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr., Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National Bank)
**VIA ECF**

Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
Suite 1800
1037 Raymond Boulevard
Newark, NJ 07102-5429
(Counsel to Valley National Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Stanley Ellison
P. O. Box 70318
Myrtle Beach, SC 29572
(Equity Security Holder)

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

3

Allegheny County Airport Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
3975 Johns Creek Court,
Suite 100A
Suwanee, GA 30024
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

{Practice Areas/CORP/15008/14190/A2596897.DOC} (QUERY)

| | | |
|---|---|---|
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |

{Practice Areas/CORP/15008/14190/A2596897.DOC} (QUERY)

| | | |
|---|---|---|
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |
| Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE, Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities) |
| Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** | Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel to Judy Tull)<br>**VIA ECF** | James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison)<br>**VIA ECF** |

6

| | | |
|---|---|---|
| Judy Tull<br>10921 Murray S. Johnston Street<br>Denton, TX 76207<br>(Interested Party) | Judy Tull<br>701 Skyler Street<br>Argyle, TX 76226<br>(Interested Party) | Reese R. Boyd, III, Esq.<br>Davis & Boyd, LLC<br>1110 London Street<br>Suite 201<br>Myrtle Beach, SC 29577<br>(Interested Party) |

{Practice Areas/CORP/15008/14190/A2596897.DOC} (QUERY)