United States Bankruptcy Court
District of Massachusetts

In re:                                                                   Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: ab              Page 1 of 3              Date Rcvd: May 19, 2014
                              Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2014.
18545449       JUDY TULL,    C/O BOYD GOLDFINCH LLC,    ATTN: REESE BOYD III, ESQ.,    MYRTLE BEACH, SC 29587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2014 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant   Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Plaintiff   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
              George W. Shuster    on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com

```
District/off: 0101-4          User: ab                 Page 2 of 3                  Date Rcvd: May 19, 2014
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
        Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
        Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
        James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
        James R. Sheatsley    on behalf of Interested Party Marshall    Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Interested Party Kay    Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Defendant Kay    Ellison jsheatsley@suddenlinkmail.com
        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
        Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
        Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
        Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
        Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
        Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph B. Collins    on behalf of Defendant Judy    Tull jcollins@hendelcollins.com, smello@hendelcollins.com
        Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
        Joseph B. Collins    on behalf of Defendant Kay    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
        Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Special Counsel Robert    Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com
        Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, jpinder@foley.com;khall@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard    King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

```
District/off: 0101-4          User: ab                   Page 3 of 3                  Date Rcvd: May 19, 2014
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com

          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

          TOTAL: 71

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Stipulation of Settlement)
(Re: Motion to Approve Settlement Agreement and Release of Claims (Re: Judy Tull)
(Re: Verified Complaint – Adversary Proceeding No. 14-04024))

Upon the motion dated May __19__, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the (I) Stipulation of Settlement (the "Stipulation") and (II) Motion to Approve Settlement Agreement and Release of Claims (Re: Judy Tull) (Re: Verified Complaint – Adversary Proceeding No. 14-04024) (the "Approval Motion"; together with the Stipulation, the "Judy Tull Settlement Pleadings"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

    b.    The Trustee may limit notice of the Judy Tull Settlement Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

{Practice Areas/CORP/15008/14190/A2596907.DOC}

affected governmental authorities, all parties that have filed requests for notice (as defined in the Motion), and all parties to the Stipulation.

Dated: _____May 19_____, 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2596907.DOC}