UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>       Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>       Plaintiff,<br><br>v.<br><br>ORLANDO SANFORD INTERNATIONAL, INC. a/k/a ORLANDO SANFORD INTERNATIONAL AIRPORT,<br>       Defendant. | Adversary Proceeding<br>No. 14-04020 |

### STIPULATION OF SETTLEMENT
(Re: Complaint to Avoid and Recover Preferential Transfers)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport ("OSI"; together with the Trustee, the "Parties"), the defendant in Adversary Proceeding No. 14-04020 pending before this Court (the "Adversary Proceeding"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

### FACTUAL BACKGROUND

1.    On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

4. On March 10, 2014, the Trustee initiated the Adversary Proceeding by filing a complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502(d), 547(b), and 550 to, among other things, (I) avoid and recover certain pre-petition transfers the Debtor made to OSI during the 90 days prior to the Petition Date totaling at least $108,309.88 (the "Transfers"), and (II) disallow any and all claims OSI may have against the Estate. The Trustee amended the Complaint on March 26, 2014.

5. Counsel to OSI subsequently contacted the Trustee (via counsel) and informally asserted defenses, including ordinary course and new value defenses. OSI also provided documentation to the Trustee in support of its defenses.

6. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

7. The deadline for OSI to answer or otherwise respond to the Complaint is currently set for June 9, 2014. OSI has filed no answer or responsive pleading in this case.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. OSI agrees to pay the Trustee the sum of $7,500.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against OSI made in the Complaint and related to the Transfers. OSI shall pay the Settlement Amount to the Trustee

within ten (10) business days after the execution of this Stipulation. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 Trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

      B.    Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), OSI shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from OSI's payment of the Settlement Amount.

      C.    Upon the later of (a) entry of the Final Order and (b) receipt of the Settlement Amount, the Trustee shall be deemed to have released OSI and (a) TBI US Operations, Inc., (b) TBI Airport Management, Inc., (c) TBI Orlando Sanford Holding, LLC, (d) TBI Orlando Sanford Airport, LLC, (e) Orlando Sanford Domestic, Inc., (f) TBI Real Estate Holdings, LLC, (g) SFB Fueling Holding, LLC, and (h) SFB Fueling, LLC (collectively, the "OSI Affiliates"), and their respective representatives, attorneys, agents, or assigns from any and all claims or obligations arising from or related to the Transfers or as set forth in the Complaint and any other claims under Chapter 5 of the Bankruptcy Code. The Trustee reserves the right to object to any claims filed by or on behalf of OSI for any reason.

      D.    OSI acknowledges that neither OSI nor the OSI Affiliates received any other payments from or on behalf of the Debtor within ninety (90) days prior to the Petition Date, or at any time following the Petition Date, other than the Transfers referenced in the Complaint.

OSI acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E. Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding with prejudice, or otherwise cause the dismissal of such Adversary Proceeding with prejudice.

F. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| | |
|---|---|
| ORLANDO SANFORD INTERNATIONAL, INC. a/k/a ORLANDO SANFORD INTERNATIONAL AIRPORT | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
| By its counsel, | By his counsel, |
| /s/ George W. Shuster, Jr. | /s/ Gina Barbieri O'Neil |
| George W. Shuster, Jr., BBO #647306 | Joseph H. Baldiga, BBO #549963 |
| WilmerHale LLP | Gina Barbieri O'Neil, BBO #670596 |
| 60 State Street | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Boston, MA 02109 | 1800 West Park Drive, Suite 400 |
| Phone: 617.526.6000 | Westborough, MA 01581 |
| Fax: 617.526.5000 | Phone: 508.898.1501 |
| Email: george.shuster@wilmerhale.com | Fax: 508.898.1502 |
| | Email: bankrupt@mirickoconnell.com |
| | Email: goneil@mirickoconnell.com |
| Dated: June 10, 2014 | Dated: June 11, 2014 |