## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## ORDER (I) APPROVING SECOND FORM OF TOLLING AGREEMENT AND (II) EXTENDING DEADLINES

Upon the Motion of Trustee to (I) Approve Second Form of Tolling Agreement and (II) Extend Certain Deadlines, With Request for Expedited Determination (the "Motion") filed on June 11, 2014 by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), in which the Trustee seeks (i) approval of the form of second tolling agreement attached as Exhibit A to the Motion (the "Second Tolling Agreement") and (ii) consistent with the Second Tolling Agreement, an extension of the current deadline to file suit against counterparties to such Second Tolling Agreement to and including September 15, 2014; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.      The Motion is allowed;

B.      The form of Second Tolling Agreement is approved; and

      C.     The deadlines set forth in 11 U.S.C. §§ 546 and 549 for the Trustee to file suit against any counterparties to the Second Tolling Agreement are hereby further extended to and including September 15, 2014.

Dated:_____June 12_____, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge