UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Motion for Approval of Stipulation of Settlement With Kay Ellison
and Stanley Marshall Ellison)
(Re: Stipulation of Settlement)
(Re: Adversary Proceeding Nos. 14-04024 and 14-04026)

Upon the motion dated June 12, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the (I) Stipulation of Settlement (the "Stipulation") and (II) Motion to Approve Stipulation of Settlement with Kay Ellison and Stanley Marshall Ellison (Re: Adversary Proceeding Nos. 14-04024 and 14-04026) (the "Approval Motion"; together with the Stipulation, the "Ellisons Settlement Pleadings"); the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Ellisons Settlement Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

{Practice Areas/CORP/15008/14190/A2598806.DOC}

affected governmental authorities, all parties that have filed requests for notice (as defined in the Motion), and all parties to the Stipulation.

Dated: _____June 12_____, 2014          _____/s/ Melvin S. Hoffman_____
                                          Honorable Melvin S. Hoffman
                                          United States Bankruptcy Judge