United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: mbd              Page 1 of 3           Date Rcvd: Jun 10, 2014
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2014.
intp         +James Shelton,    95 Parkway,    Maywood, NJ 07607-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2014 at the address(es) listed below:

　　　　Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com
　　　　Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com
　　　　Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com,  ahall@riemerlaw.com
　　　　Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com
　　　　Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
　　　　Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company bcarver@hinshawlaw.com,  sdelmonaco@hinshawlaw.com
　　　　Carl D. Aframe    on behalf of Defendant   Quickflight, Inc. aframe@aframebarnhill.com, graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
　　　　Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
　　　　Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
　　　　Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
　　　　Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com
　　　　David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
　　　　David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
　　　　David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
　　　　David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
　　　　David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
　　　　David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
　　　　David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
　　　　David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
　　　　David J. Reier    on behalf of Counter-Defendant   Merrick Bank Corporation dreier@pbl.com
　　　　David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
　　　　David M. Nickless    on behalf of Defendant   Avondale Aviation I, LLC dnickless.nandp@verizon.net
　　　　George W. Shuster    on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport george.shuster@wilmerhale.com
　　　　Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
　　　　Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
　　　　Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

```
District/off: 0101-4                  User: mbd                     Page 2 of 3                  Date Rcvd: Jun 10, 2014
                                      Form ID: pdf012               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina L. Martin    on behalf of Creditor    Merrick Bank Corporation gmartin@goodwinprocter.com
      Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
      James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
      James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
      Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
      Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, khylton@mirickoconnell.com;cdevine@mirickoconnell.com
      Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankrupcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com
      Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
      Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, jpinder@foley.com;khall@foley.com
      Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
      Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
      Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
      Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
      Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
      Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com

```
District/off: 0101-4           User: mbd                  Page 3 of 3                   Date Rcvd: Jun 10, 2014
                               Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                       TOTAL: 71

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
(Re: Judy Tull)
(Re: Verified Complaint; Adversary Proceeding No. 14-04024)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on May 15, 2014, for an order approving the Stipulation of Settlement with Judy Tull; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Verified Complaint), is approved.

Dated: May____, 2014

_____  06/10/2014
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2591198.DOC[Ver:2]}