# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>      Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>      Plaintiff,<br><br>v.<br><br>**ED WARNECK and STANLEY MARSHALL ELLISON,**<br>      Defendants. | **Adversary Proceeding**<br>**No. 14-04026** |

## ASSENTED TO MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR AUGUST 7, 2014 AT 11:30 A.M.

James R. Sheatsley of Gorman, Sheatsley and Company, L.C., counsel for the Defendant Stanley Marshall Ellison, hereby moves this court for an order granting leave for him to appear telephonically at the hearing now scheduled for August 7, 2014 at 11:30 a.m. on the Chapter 7 Trustee's Motion to Approve Compromises Under Rule 9019 (the "Settlement Motion"). In support hereof, Mr. Sheatsley states:

1. This Court has set August 7, 2014 at 11:30 a.m. for a non-evidentiary hearing on the Stipulation of Settlement as filed by Chapter 7 Trustee Joseph H. Baldiga.
2. Pursuant to Local Rule 9074-1, Mr. Sheatsley respectfully requests that this Court permit him to appear telephonically for the August 7th hearing.
3. Mr. Sheatsley is a resident of and practices in the Beckley office of Gorman, Sheatsley and Company, L.C., Raleigh County, West Virginia and has scheduling conflicts which at this time do not appear resolvable and which would prevent travelling to Massachusetts for in person attendance at the hearing.

4. The expense of his travelling to appear for this non-evidentiary hearing would impose a financial hardship on his client.
5. Counsel for Chapter 7 Trustee Joseph H. Baldiga has assented to this Motion.

**WHEREFORE**, James R. Sheatsley respectfully requests to be permitted to appear by telephone at the hearing scheduled for August 7, 2014 at 11:30 a.m.

    Respectfully submitted,
    By: /s/ James R. Sheatsley
    James R. Sheatsley, Esq. (*pro hac*) WV Bar No. 3359
    Gorman, Sheatsley & Company, L.C.
    P.O. Box 5518
    Beckley, WV 25801
    Phone:  (304) 252-5321
    Email: jsheatsley@suddenlinkmail.com

    Dated: July 21, 2014

**ASSENTED TO BY:**
JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his attorneys,

/s/ Jessica E. Murphy, Esq.
Joseph H. Baldiga, BBO #549963
Jessica E. Murphy, BBO #664361
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax: 508.898.1502
Email: jmurphy@mirickoconnell.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>  Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>  Plaintiff,<br><br>v.<br><br>**ED WARNECK and STANLEY MARSHALL ELLISON,**<br>  Defendants. | **Adversary Proceeding**<br>**No. 14-04026** |

CERTIFICATE OF SERVICE

  I, JAMES R. SHEATSLEY, ESQ. of the law firm of Gorman, Sheatsley & Company, L.C., 343 Prince Street, Beckley, West Virginia, do hereby certify that on the 17th day of July, 2014, I filed the MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR AUGUST 7, 2014 AT 11:30 A.M. which will be served by first class mail, postage prepaid and electronically, to the parties listed below, said service being made on the 21st day of July, 2014:

Richard T. King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

Jessica E. Murphy, Esq.
MIRICK O'CONNELL DEMALLIE & LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581
jmurphy@mirickoconnell.com

By: /s/ James R.Sheatsley
JAMES R. SHEATSLEY, ESQ.
For GORMAN, SHEATSLEY
& COMPANY, L.C.
P.O. Box 5518
Beckley, WV 25801-5518
Tel. (304) 252-5321
jsheatsley@suddenlinkmail.com