UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
|---|---|

## ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
(Re: Arrow Energy, Inc.)

Upon the Motion to Approve Settlement Agreement and Release of Claims (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on June 26, 2014, for an order approving the Settlement Agreement and Release of Claims with Arrow Energy, Inc.; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A. The Motion is allowed; and

B. The Settlement Agreement and Release of Claims is approved.

Dated: July 22, 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2574547.DOC}