# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>    Plaintiff,<br><br>    v.<br><br>**ED WARNECK and STANLEY MARSHALL ELLISON,**<br>    Defendants. | **Adversary Proceeding**<br>**No. 14-04026** |


07/22/2014 ALLOWED.

þÿ
þÿ

### ASSENTED TO MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR AUGUST 7, 2014 AT 11:30 A.M.

James R. Sheatsley of Gorman, Sheatsley and Company, L.C., counsel for the Defendant Stanley Marshall Ellison, hereby moves this court for an order granting leave for him to appear telephonically at the hearing now scheduled for August 7, 2014 at 11:30 a.m. on the Chapter 7 Trustee's Motion to Approve Compromises Under Rule 9019 (the "Settlement Motion"). In support hereof, Mr. Sheatsley states:

1. This Court has set August 7, 2014 at 11:30 a.m. for a non-evidentiary hearing on the Stipulation of Settlement as filed by Chapter 7 Trustee Joseph H. Baldiga.

2. Pursuant to Local Rule 9074-1, Mr. Sheatsley respectfully requests that this Court permit him to appear telephonically for the August 7th hearing.

3. Mr. Sheatsley is a resident of and practices in the Beckley office of Gorman, Sheatsley and Company, L.C., Raleigh County, West Virginia and has scheduling conflicts which at this time do not appear resolvable and which would prevent travelling to Massachusetts for in person attendance at the hearing.