UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

```
_____
                              )
In re                         )    Chapter 7, No. 12-40944-MSH
                              )
SOUTHERN SKY AIR & TOURS, LLC )
d/b/a DIRECT AIR,             )
                 Debtor       )
_____)
```

**NOTICE OF LIMITED APPEARANCE**

To the HONORABLE MELVIN S. HOFFMAN, Bankruptcy Judge:

    Now comes JOSEPH B. COLLINS, of the law firm of Hendel & Collins, P.C., 101 State Street, Springfield, Hampden County, Massachusetts and pursuant to MBLR 9010-3 enters his limited appearance on behalf of STANLEY MARSHALL ELLISON ("Ellison") in the above-captioned bankruptcy case. The appearance is for the limited purpose of appearing before the Court to represent Ellison at the August 7, 2014 hearing on the Trustee's Motion to Approve Stipulation and Settlement (Docket No. 561).

    JOSEPH B. COLLINS, ESQ.

Dated: August 7, 2014

    By: /s/ Joseph B. Collins
        JOSEPH B. COLLINS, ESQ.
        (BBO No. 092660)
        For HENDEL & COLLINS, P.C.
        101 State Street
        Springfield, MA 01103
        Tel. (413) 734-6411
        jcollins@hendelcollins.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

```
_____
                                 )
In re                            )    Chapter 7, No. 12-40944-MSH
                                 )
SOUTHERN SKY AIR & TOURS, LLC    )
d/b/a DIRECT AIR,                )
                    Debtor       )
_____)
```

**CERTIFICATE OF SERVICE**

    I, JOSEPH B. COLLINS, ESQ. of the law firm of HENDEL & COLLINS, P.C., 101 State Street, Springfield, Massachusetts, do hereby certify that on the 7th day of August, 2014, I electronically filed the attached Notice of Limited Appearance. I further hereby certify that upon receipt of the Notice of electronic service of this Notice, a copy of said Notice will be served by first class mail, postage prepaid, to the parties listed below not noted as having received electronic service, said service being made on the 7th day of August, 2014:

Jessica E. Murphy, Esq.
MIRICK O'CONNELL DEMALLIE & LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581

                                    /s/ Joseph B. Collins
                                    JOSEPH B. COLLINS, ESQ.
                                    (BBO No. 092660)
                                    For HENDEL & COLLINS, P.C.
                                    101 State Street
                                    Springfield, MA 01103
                                    Tel. (413) 734-6411
                                    jcollins@hendelcollins.com