UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air    **Case Number:** 12-40944    (MSH)    **Ch:** 7

TELEPHONIC HEARING on #561  Motion of the Chapter 7 Trustee Joseph H. Baldiga to Approve [560] Stipulation of Settlement With Kay Ellison and Stanley Marshall Ellison (Re Adversary Proceedings Nos. 14-4024 and 14-4026).

**COURT ACTION:**

| | | |
|---|---|---|
| ☐ Show Cause Order | ☐ Released | ☐ Enforced |
| ☐ Granted | ☐ Approved | ☐ Moot |
| ☐ Denied | ☐ Denied without prejudice | |
| ☐ Withdrawn in Open Court | | |
| ☐ Sustained | ☐ Overruled | |
| ☐ Continued to_____ | | |
| ☐ Proposed Order Submitted by_____ | | |
| ☐ Stipulation to be Submitted by_____ | | |
| ☐ Taken Under Advisement | | |

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.  SETTLEMENT APPROVED.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 08/07/2014

Melvin S. Hoffman
United States Bankruptcy Judge