UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>BEECHWOOD LAKELAND HOTEL, LLC a/k/a BEECHWOOD LKLD HOTEL, LLC a/k/a HILTON GARDEN INN a/k/a HILTON GARDEN INN LAKELAND a/k/a HILTON GARDEN FRONT DESK,<br>    Defendant. | Adversary Proceeding<br>No. 14-04021 |

## STIPULATION OF SETTLEMENT
(Re: Complaint to Avoid and Recover Transfers)

NOW COME Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ("Hilton Garden Inn"; together with the Trustee, the "Parties"), the defendant in Adversary Proceeding No. 14-04021 pending before this Court (the "Adversary Proceeding"), and enter into this Stipulation of Settlement (the "Stipulation") as follows:

## FACTUAL BACKGROUND

1. On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of the Debtor's bankruptcy case and he continues to serve as such.

4. On March 10, 2014, the Trustee initiated the Adversary Proceeding by filing a complaint (the "Complaint") pursuant to Bankruptcy Code §§ 502(d), 547(b), 549 and 550 to, among other things, (I) avoid and recover certain pre-petition transfers the Debtor made to Hilton Garden Inn during the 90 days prior to the Petition Date totaling at least $10,107.28 (the "Pre-Petition Transfers"), (II) avoid and recover certain post-petition transfers the Debtor made to Hilton Garden Inn totaling at least $9,260.13 (the "Post-Petition Transfers"; together with the Pre-Petition Transfers, the "Transfers"), and (III) disallow any and all claims Hilton Garden Inn may have against the Estate. The Trustee amended the Complaint on March 26, 2014 to reflect that the Pre-Petition Transfers were made for or on account of an antecedent debt owed by the Debtor to Hilton Garden Inn (the "Amended Complaint"; together with the Complaint, the "Complaints").

5. On April 10, 2014, Hilton Garden Inn filed an Answer to the Amended Complaint (the "Answer") requesting that (a) all relief sought by the Trustee in the Amended Complaint be denied, and (b) Hilton Garden Inn be awarded a judgment in its favor plus reasonable attorney's fees, interest, and costs.

6. In addition to filing its Answer, Hilton Garden Inn contacted the Trustee informally and asserted defenses, including ordinary course and new value defenses.

7. The Parties have engaged in negotiations and now wish to consensually resolve all of the disputes and claims between them.

## STIPULATION

NOW THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, the Parties stipulate and agree as follows:

A. Hilton Garden Inn agrees to pay the Trustee the sum of $14,000.00 (the "Settlement Amount"), in full satisfaction of any and all of the Trustee's claims against Hilton Garden Inn made in the Complaints and related to the Transfers. Hilton Garden Inn shall pay the Settlement Amount to the Trustee within seven (7) days after the execution of this Stipulation. The Settlement Amount shall be paid by check payable to "Joseph H. Baldiga, Chapter 7 Trustee of Southern Sky Air & Tours d/b/a Direct Air" and delivered to the Trustee's undersigned counsel. The Trustee will hold the Settlement Amount in escrow pending entry of an order by the Bankruptcy Court approving this Stipulation.

B. Upon entry of the Bankruptcy Court's final order (i.e., no longer subject to stay, reconsideration or appeal) approving this Stipulation (the "Final Order"), Hilton Garden Inn shall be deemed to have released and discharged the Trustee, his representatives, attorneys, agents or assigns, and the Estate from any and all claims and/or counterclaims of any type or nature, whether known or unknown, including any claim arising under Bankruptcy Code § 502(h) from Hilton Garden Inn's payment of the Settlement Amount.

C. Upon the later of (a) entry of the Final Order and (b) receipt of the Settlement Amount, the Trustee shall be deemed to have released Hilton Garden Inn, and its respective representatives, attorneys, agents, or assigns, from any and all claims or obligations

arising from or related to the Transfers or as set forth in the Complaints. The Trustee reserves the right to object to any claims filed by or on behalf of Hilton Garden Inn for any reason.

D. Hilton Garden Inn acknowledges that Hilton Garden Inn received no other payments from or on behalf of the Debtor within ninety (90) days prior to the Petition Date, or at any time following the Petition Date, other than the Transfers referenced in the Complaints. Hilton Garden Inn acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E. Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding with prejudice, or otherwise cause the dismissal of such Adversary Proceeding with prejudice.

F. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| BEECHWOOD LAKELAND HOTEL, LLC a/k/a BEECHWOOD LKLD HOTEL, LLC a/k/a HILTON GARDEN INN a/k/a HILTON GARDEN INN LAKELAND a/k/a HILTON GARDEN FRONT DESK, | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| James P. Ehrhard, BBO#651797<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>Phone: 508.791.8411<br>Fax:   508.752.6168<br>Email: ehrhard@ehrhardlaw.com | Joseph H. Baldiga, BBO #549963<br>Gina Barbieri O'Neil, BBO #670596<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:   508.898.1502<br>Email: bankrupt@mirickoconnell.com<br>Email: goneil@mirickoconnell.com |
| Dated: August 19, 2014 | Dated: August ____, 2014 |

arising from or related to the Transfers or as set forth in the Complaints. The Trustee reserves the right to object to any claims filed by or on behalf of Hilton Garden Inn for any reason.

D. Hilton Garden Inn acknowledges that Hilton Garden Inn received no other payments from or on behalf of the Debtor within ninety (90) days prior to the Petition Date, or at any time following the Petition Date, other than the Transfers referenced in the Complaints. Hilton Garden Inn acknowledges that the Trustee has relied upon this representation in entering into this Stipulation.

E. Within seven (7) days of entry of the Final Order, the Trustee shall file a notice dismissing the Adversary Proceeding with prejudice, or otherwise cause the dismissal of such Adversary Proceeding with prejudice.

F. This Stipulation is subject to Bankruptcy Court approval pursuant to MLBR 9019-1. Absent such approval, this Stipulation shall be of no force or effect.

Respectfully submitted,

| BEECHWOOD LAKELAND HOTEL, LLC a/k/a BEECHWOOD LKLD HOTEL, LLC a/k/a HILTON GARDEN INN a/k/a HILTON GARDEN INN LAKELAND a/k/a HILTON GARDEN FRONT DESK, | JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE |
|---|---|
| By its counsel, | By his counsel, |
| _____ James P. Ehrhard, BBO#651797 Ehrhard & Associates, P.C. 418 Main St., 4th Floor Worcester, MA 01608 Phone: 508.791.8411 Fax: 508.752.6168 Email: ehrhard@ehrhardlaw.com | /s/ Gina O'Neil _____ Joseph H. Baldiga, BBO #549963 Gina Barbieri O'Neil, BBO #670596 Mirick, O'Connell, DeMallie & Lougee, LLP 1800 West Park Drive, Suite 400 Westborough, MA 01581 Phone: 508.898.1501 Fax: 508.898.1502 Email: bankrupt@mirickoconnell.com Email: goneil@mirickoconnell.com |
| Dated: August ____, 2014 | Dated: August 19, 2014 |