1

2  MCDONALD CARANO WILSON LLP
   Ryan J. Works, Esq. (NV Bar No. 9224)
   Amanda M. Perach, Esq. (NV Bar No. 12399)
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
4  Telephone Number: (702) 873-4100
   Facsimile Number: (702) 873-9966
5  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
6
   *Counsel for TEM Enterprises*
7

8              UNITED STATES BANKRUPTCY COURT
               DISTRICT OF MASSACHUSETTS
9                   (CENTRAL DIVISION)

10

11 In re                                Case No.: 12-40944-MSH

12 SOUTHERN SKY AIR & TOURS, LLC        Chapter 7
   d/b/a DIRECT AIR,
13                                       **NOTICE OF BANKRUPTCY FILING**
         Debtor.
14

15

16        PLEASE TAKE NOTICE THAT TEM Enterprises d/b/a Xtra Airways (the "Debtor")

17 filed bankruptcy, on June 4, 2014, entitled *In re TEM Enterprises*, Case No. 14-13955-abl ("the

18 "Bankruptcy") [Docket No. 1]. A copy of the Notice of Chapter 11 filing is attached hereto as

19 Exhibit "A". Accordingly, pursuant to 11 U.S.C. § 362(a), any contested matters or adversary

20 proceedings relating to the Debtor shall be stayed until either the Bankruptcy case is dismissed

21 or the Bankruptcy Court enters an Order granting relief from the stay.

22

23        DATED this 25th day of August, 2014.

24                                       MCDONALD CARANO WILSON LLP

25                                       By: _____
                                             Ryan J. Works, Esq., #9224
26                                           Amanda M. Perach, Esq., #12399
                                             2300 West Sahara Avenue, Suite 1200
27                                           Las Vegas, Nevada 89102
                                             rworks@mcdonaldcarano.com
28                                           aperach@mcdonaldcarano.com
                                             *Counsel to the Debtor and Debtor in Possession*

                              Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP and that on or about the 25th day of August, 2014, a copy of the foregoing **NOTICE OF BANKRUPTCY FILING** was served via U.S. Mail, postage prepaid, upon the parties and at the addresses listed below:

Jessica E. Murphy, Esq.
MIRICK O'CONNELL DEMALLIE &
LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581
*Attorney for Trustee*

_____
An employee of McDonald Carano Wilson LLP

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966