# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br>     Debtor. | **Chapter 7** <br> **Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br>     Plaintiff, <br><br> v. <br><br> **JUDY TULL and KAY ELLISON, And EDWARD WARNECK and STANLEY MARSHALL ELLISON** <br>     Defendants. | |

**MOTION OF INTERESTED PARTIES KAY D. ELLISON AND STANLEY MARSHALL ELLISON TO DISGORGE ERRONEOUSLY PAID FILING FEES WITH REGARD TO MOTIONS FILED BY CLERICAL ERROR IN CASE IN CHIEF AND SUBSEQUENTLY FILED IN ADVERSARY PROCEEDINGS IN WHICH KAY D. ELLISON AND STANLEY MARSHALL ELLISON WERE PARTIES**

Now come the parties in interest Kay D. Ellison and Stanley Marshall Ellison, by and through the undersigned counsel, James R. Sheatsley, admitted by order pro hac vice and respectfully move the Court for disgorgement and reimbursement of erroneously paid filing fees. In support thereof, Kay D. Ellison and Stanley Marshall Ellison (hereinafter referred to as the Ellisons) respectfully represent as follows:

1. On or about March 13, 2014 Joseph H. Baldiga the Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC dba Direct Air, hereinafter referred to as the Debtor, filed Adversary Proceeding 14-04024 (naming Kay D. Ellison as a Defendant) and Adversary Proceeding 14-04026 (naming Stanley Marshall Ellison as a Defendant).

2. The Ellisons by counsel accepted Service of Process of the above-referenced Adversary Proceedings.

3. The Ellisons through counsel, admitted *pro hac vice*, were granted certain extensions of time to file responsive pleading to the above-referenced Adversary Proceedings.

4. The Ellisons by counsel engaged in earnest negotiations toward resolution of the issues set forth in the above-styled Adversary Proceedings. During the pendency of said negotiations for resolution, counsel for the Ellisons prepared responsive pleadings to the Adversary Proceedings.

5. Although good faith negotiations between the Ellisons through counsel and the Trustee through counsel remained on-going (and in fact resulted in an agreed compromise) on or about May 16, 2014 the Ellisons through counsel filed responsive pleadings to the Adversary Proceedings referenced above. The responsive pleadings filed in each Adversary Proceeding on behalf of the Ellisons included:

    a. A Motion to Dismiss Certain Counts of the Adversary Proceeding Complaint b. Answers to the Averments Set Forth in the Counts of the Adversary Proceeding Complaint Which Were Not Subject to the Motion to Dismiss

    c. In each case, a Motion for the Withdrawal of Reference (Docket 534 – Kay Ellison & Docket 536 – Stanley Marshall Ellison)

6. By clerical oversight, the responsive pleadings referenced in the preceding paragraph of this Motion were electronically filed in this case in chief, and a filing fee in the amount of $176.00 for each of the independent Motions for Withdrawal of Reference filed on behalf of Kay D. Ellison and Stanley Marshall Ellison was electronically paid to the Honorable Clerk of the Court. Attached hereto is a photocopy of pages of the docket sheet for the case in chief showing filing activity from May 5, 2014 through May 19, 2014.

7. The clerical error/erroneous filing in the case in chief was promptly noted by the Clerk's staff and said Clerk's staff courteously contacted counsel for the Ellisons. Note that the attached pages from the docket indicate that the Motions incorrectly filed in the Adversary Proceeding were labeled "disregarded".

8. Thereafter on or about May 19, 2014, the Ellisons properly filed the above-referenced Motions in each corresponding Adversary Proceeding and again tendered $176.00

for each Motion for Withdrawal of Reference within each Adversary Proceeding. A copy of the docket sheets of the Adversary Proceedings reflecting the payment of the additional $176.00 filing fee in each Adversary Proceeding is attached as Exhibit B.

9. The clerical error resulted in overpayment of filing fees to this Honorable Court Clerk in the amount of $352.00.

WHEREFORE the Ellisons respectfully pray that this Honorable Court authorize its Clerk to disgorge and issue reimbursement payment to the firm of Gorman, Sheatsley and Company in the amount of $352.00, regarding the erroneously electronically paid fees.

Respectfully submitted,
Kay D. Ellison and
Stanley Marshall Ellison
By Counsel

/s/ James R. Sheatsley
James R. Sheatsley, Esq. (*pro hac*) WV Bar No. 3359
Gorman, Sheatsley & Company, L.C.
P.O. Box 5518
Beckley, WV 25801
Phone: (304) 252-5321
Email: jsheatsley@suddenlinkmail.com

Dated: September 5, 2014

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br>    Debtor. | **Chapter 7** <br> **Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br>    Plaintiff, <br><br>    v. <br><br> **JUDY TULL and KAY ELLISON, And EDWARD WARNECK and STANLEY MARSHALL ELLISON** <br>    Defendants. | |

CERTIFICATE OF SERVICE

    I, JAMES R. SHEATSLEY, ESQ. of the law firm of Gorman, Sheatsley & Company, L.C., 343 Prince Street, Beckley, West Virginia, do hereby certify that on the 5th day of September, 2014, I filed the **MOTION OF INTERESTED PARTIES KAY D. ELLISON AND STANLEY MARSHALL ELLISON TO DISGORGE ERRONEOUSLY PAID FILING FEES WITH REGARD TO MOTIONS FILED BY CLERICAL ERROR IN CASE IN CHIEF AND SUBSEQUENTLY FILED IN ADVERSARY PROCEEDINGS IN WHICH KAY D. ELLISON AND STANLEY MARSHALL ELLISON WERE PARTIES** which will be served by first class mail, postage prepaid and electronically, to the parties listed below, said service being made on the 5th day of September, 2014:

Richard T. King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

Jessica E. Murphy, Esq.
MIRICK O'CONNELL DEMALLIE & LOUGEE
1800 West Park Drive, Suite 400
Westborough, MA 01581
jmurphy@mirickoconnell.com

By: /s/ James R.Sheatsley
JAMES R. SHEATSLEY, ESQ.
For GORMAN, SHEATSLEY
& COMPANY, L.C.
P.O. Box 5518
Beckley, WV 25801-5518
Tel. (304) 252-5321
jsheatsley@suddenlinkmail.com