Case 12-40944    Doc 592-1    Filed 09/05/14    Entered 09/05/14 15:42:39    Desc Exhibit
docket sheets for Kay & Marshall Ellison    Page 1 of 18

LIVE database                                                                    Page 1 of 88

NTCAPR, NTCAPR, CONVERTED, CredAdd, AddChg

## United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 12-40944

*Date filed:* 03/15/2012
*Assigned to:* Judge Melvin S. Hoffman
*Date converted:* 04/11/2012
Chapter 7
*341 meeting:* 06/13/2012
Previous chapter 11
Voluntary
Asset

*Debtor*                     represented **Alan L. Braunstein**
**Southern Sky Air &**                    by Riemer & Braunstein, LLP
**Tours, LLC d/b/a**                       Three Center Plaza
**Direct Air**                             Boston, MA 02108
1600 Oak Street                            (617) 880-3516
Myrtle Beach, SC                           Email: abraunstein@riemerlaw.com
29577
Tax ID / EIN: 30-
0586189

*Assistant U.S. Trustee*     represented **Richard T. King**
**Richard King**                           by United States Trustee
Office of US. Trustee                      446 Main Street, 14th floor
446 Main Street                            Worcester, MA 01608
14th Floor                                 508-793-0555
Worcester, MA 01608                        Fax : 508-793-0558
                                           Email: richard.t.king@usdoj.gov

*Trustee*                    represented **Joseph H. Baldiga**
**Joseph H. Baldiga**                      by Mirick, O'Connell, DeMallie & Lougee
Mirick, O'Connell,                         1800 West Park Drive
DeMallie & Lougee                          Suite 400
1800 West Park Drive                       Westborough, MA 01581-3926
Suite 400                                  508-898-1501
Westborough, MA                            Fax : 508-898-1502
01581-3926                                 Email: jbaldiga@mirickoconnell.com
508-898-1501

                             **Jessica E. Murphy**
                             Mirick O'Connell DeMallie & Lougee
                             1800 West Park Drive
                             Suite 400
                             Westborough, MA 01581
                             508-860-1476
                             Fax : 508-983-6291
                             Email: jmurphy@mirickoconnell.com

**Gina Barbieri O'Neil**
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01581
508-898-1501
Fax : 508-983-6276
Email: gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

**David J. Reier**
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6145
Fax : (617) 722-4937
Email: dreier@pbl.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/19/2014 | 545 (2 pgs) | Order dated 5/19/2014 Re: 540 Motion filed by Trustee Joseph H. Baldiga to Limit Notice [Re: 535 Stipulation, 538 Motion to Compromise]. GRANTED. See Order for Full Text. (ab) (Entered: 05/19/2014) |
| 05/16/2014 | 544 (7 pgs) | Motion filed by Trustee Joseph H. Baldiga to Approve [Re:535 Stipulation]. (Murphy, Jessica) (Entered: 05/16/2014) |
| 05/16/2014 | 543 (8 pgs) | DISREGARD; Answer to Complaint with certificate of service filed by Marshall Ellison. (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. Docketed in Wrong Case. See Adversary Proceeding 14-4026. (jk). (Entered: 05/16/2014) |
| 05/16/2014 | 542 (8 pgs) | DISREGARD; Answer to Complaint with certificate of service filed by Kay Ellison. (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. Docketed in Wrong Case. See Adversary Proceeding 14-4024. (jk). (Entered: 05/16/2014) |
| 05/16/2014 | 541 (7 pgs) | Certificate of Service (Re: 535 Stipulation, 538 Motion to Compromise, 540 Motion to Limit/Shorten Notice) filed by Trustee Joseph H. Baldiga (Murphy, Jessica) (Entered: 05/16/2014) |
|  | 540 | Motion filed by Trustee Joseph H. Baldiga to Limit |

| Date | Doc | Description |
|---|---|---|
| 05/16/2014 | (5 pgs) | Notice [Re: 535 Stipulation, 538 Motion to Compromise]. (Murphy, Jessica) (Entered: 05/16/2014) |
| 05/16/2014 | | Receipt of filing fee for Motion for Withdrawal of Reference(12-40944) [motion,mwdref] ( 176.00). Receipt Number 13774604, amount $ 176.00 (re: Doc# 536) (U.S. Treasury) (Entered: 05/16/2014) |
| 05/16/2014 | | Receipt of filing fee for Motion for Withdrawal of Reference(12-40944) [motion,mwdref] ( 176.00). Receipt Number 13774604, amount $ 176.00 (re: Doc# 534) (U.S. Treasury) (Entered: 05/16/2014) |
| 05/16/2014 | 539 (13 pgs) | DISREGARD; Motion filed by Interested Party Marshall Ellison to Dismiss Adversary Proceeding (Re: 474 Complaint) with certificate of service. (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. Docketed in Wrong Case. See Adversary Proceeding 14-4026(jk). (Entered: 05/16/2014) |
| 05/16/2014 | 538 (7 pgs) | DISREGARD; Motion filed by Trustee Joseph H. Baldiga to Approve Compromise Under Rule 9019. (Murphy, Jessica). Corrective Entry. Incorrect Docket Entry. Please Disregard. (jk). (Entered: 05/16/2014) |
| 05/16/2014 | 537 (11 pgs) | DISREGARD; Motion filed by Interested Party Kay Ellison to Dismiss Adversary Proceeding (Re: 472 Complaint) with certificate of service. (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. Docketed in Wrong Case. See Adversary Proceeding 14-4026. (jk). (Entered: 05/16/2014) |
| 05/16/2014 | 536 (11 pgs) | DISREGARD; Motion filed by Interested Party Marshall Ellison for Withdrawal of Reference with certificate of service. Fee Amount $176 (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. Docketed in Wrong Case. See Adversary Proceeding 14-4026. (jk). (Entered: 05/16/2014) |
| 05/16/2014 | 535 (7 pgs; 2 docs) | Stipulation By Trustee Joseph H. Baldiga and Judy Tull *of Settlement* filed by Trustee Joseph H. Baldiga (Attachments: # 1 Exhibit A) (Murphy, Jessica) (Entered: 05/16/2014) |
| | 534 | DISREGARD; Motion filed by Interested Party Kay |

| | | |
|---|---|---|
| 05/16/2014 | (11 pgs) | Ellison for Withdrawal of Reference with certificate of service. Fee Amount $176 (Sheatsley, James) Corrective Entry. Incorrect Docket Entry. See Adversary Proceeding 14-4024. (jk). (Entered: 05/16/2014) |
| 05/15/2014 | 533 (4 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 532 Order on Motion for Approval) Notice Date 05/15/2014. (Admin.) (Entered: 05/16/2014) |
| 05/13/2014 | 532 (1 pg) | Order dated 5/13/2014 Re: 507 Motion filed by Trustee Joseph H. Baldiga to Approve (Re: 506 Settlement Agreement ALLOWED. See Order for Full Text. (mbd) (Entered: 05/13/2014) |
| 05/11/2014 | 531 (4 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 530 Order on Motion for Approval) Notice Date 05/11/2014. (Admin.) (Entered: 05/12/2014) |
| 05/09/2014 | 530 (1 pg) | Order dated 5/9/2014 Re: 502 Motion filed by Trustee Joseph H. Baldiga to Approve (Re:501 Settlement Agreement of Horry County Department of Airports) ALLOWED. See Order for Full Text. (jk) (Entered: 05/09/2014) |
| 05/08/2014 | 529 (1 pg) | Order dated 5/8/2014 Re: 483 Motion filed by Trustee Joseph H. Baldiga for Order Approving Assignment and Settlement Agreement with Merrick Bank Corporation Regarding Claims Against Valley National Bank. ALLOWED. See Order for Full Text. (mbd) (Entered: 05/08/2014) |
| 05/08/2014 | | Hearing Held Re: 483 Motion filed by Trustee Joseph H. Baldiga for Order Approving Assignment and Settlement Agreement with Merrick Bank Corporation Regarding Claims Against Valley National Bank. (mbd) (Entered: 05/08/2014) |
| 05/05/2014 | 528 (2 pgs) | Order dated 5/5/2014 Re: 526 Motion filed by Trustee Joseph H. Baldiga to Limit Notice [Re: 524 Stipulation, 525 Motion to Approve] ALLOWED. . See Order for Full Text. (jk). (Entered: 05/05/2014) |
| 05/05/2014 | 527 (7 pgs) | Certificate of Service (Re: 524 Stipulation, 525 Motion to Approve, 526 Motion to Limit/Shorten Notice) filed by Trustee Joseph H. Baldiga (O'Neil, Gina) (Entered: 05/05/2014) |

NTCAPR

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
### Adversary Proceeding #: 14-04026

*Assigned to:* Judge Melvin S. Hoffman  
*Lead BK Case:* 12-40944  
*Lead BK Title:* Southern Sky Air & Tours, LLC d/b/a Direct Air  
*Lead BK Chapter:* 7  
*Demand:* $30000000000  

*Date Filed:* 03/13/14

*Nature[s] of Suit:* 12 Recovery of money/property - 547 preference  
13 Recovery of money/property - 548 fraudulent transfer  
14 Recovery of money/property - other  
72 Injunctive relief - other  
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*

---

**Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air**

represented by **Jessica E. Murphy**  
Mirick O'Connell DeMallie & Lougee  
1800 West Park Drive  
Suite 400  
Westborough, MA 01581  
508-860-1476  
Fax : 508-983-6291  
Email: jmurphy@mirickoconnell.com

V.

*Defendant*

---

**Ed Warneck**  
8349 Juxa Drive  
Myrtle Beach, SC 29579

represented by **Ed Warneck**  
PRO SE

*Defendant*

---

**Stanley Marshall Ellison**  
5601 North Ocean Blvd.  
Unit B-208  
Myrtle Beach, SC 29577

represented by **Joseph B. Collins**  
Hendel & Collins P.C.  
101 State Street  
Springfield, MA 01103

Case 12-40944  Doc 592-1  Filed 09/05/14  Entered 09/05/14 15:42:39  Desc Exhibit docket sheets for Kay & Marshall Ellison  Page 6 of 18

LIVE database  Page 2 of 6

(413) 734-6411
Email: jcollins@hendelcollins.com

**James R. Sheatsley**
Gorman, Sheatsley & Company
PO Box 5518
Beckley, WV 25801-5518
304-252-5321
Email: jsheatsley@suddenlinkmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/19/2014 | 28 (2 pgs) | Hearing Scheduled for 6/16/2014 at 09:30 AM at Worcester Courtroom 3 - MSH. Objections Due 6/12/2014 at 04:30 PM on 26 Motion of Defendant Stanley Marshall Ellison to Dismiss Several of the Counts of the Complaint. (hm) (Entered: 05/19/2014) |
| 05/16/2014 | | Receipt of filing fee for Motion for Withdrawal of Reference(14-04026) [motion,mwdref] ( 176.00). Receipt Number 13775041, amount $ 176.00 (re: Doc# 25) (U.S. Treasury) (Entered: 05/16/2014) |
| 05/16/2014 | 27 (8 pgs) | Answer to Complaint with certificate of service filed by Stanley Marshall Ellison. (Sheatsley, James) (Entered: 05/16/2014) |
| 05/16/2014 | 26 (13 pgs) | Motion filed by Defendant Stanley Marshall Ellison to Dismiss Adversary Proceeding (Re: 1 Complaint) with certificate of service. (Sheatsley, James) (Entered: 05/16/2014) |
| 05/16/2014 | 25 (11 pgs) | Motion filed by Defendant Stanley Marshall Ellison for Withdrawal of Reference with certificate of service. Fee Amount $176 (Sheatsley, James) (Entered: 05/16/2014) |
| 05/09/2014 | 24 (1 pg) | Court Certificate of Mailing. (Re: 23 Order on Motion to Extend) (jk) (Entered: 05/09/2014) |
| 05/09/2014 | 23 (1 pg) | Order dated 5/9/2014 Re: 22 Assented to Motion filed by Defendant Stanley Marshall Ellison to Extend Time to Answer [Re: 1 Complaint] GRANTED. See Order for Full Text. (jk) (Entered: 05/09/2014) |
| | 22 (7 pgs) | Assented to Motion filed by Defendant Stanley Marshall Ellison to Extend Time to Answer [Re: 1 |

| | | |
|---|---|---|
| 05/09/2014 | | Complaint] with Request for Expedited Determination with certificate of service. (jk) (Entered: 05/09/2014) |
| 04/18/2014 | 21 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 19 Order on Motion to Appear pro hac vice) Notice Date 04/18/2014. (Admin.) (Entered: 04/19/2014) |
| 04/18/2014 | 20 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 18 Order on Motion to Extend) Notice Date 04/18/2014. (Admin.) (Entered: 04/19/2014) |
| 04/16/2014 | 19 (1 pg) | Endorsed Order Dated 4/16/14 Granting 12 Motion filed by Defendant Stanley Marshall Ellison (Motion for Admission Pro Hac Vice of James R. Sheatsley). ALLOWED. (mbd) (Entered: 04/16/2014) |
| 04/16/2014 | | Receipt Number 1BST043132, Fee Amount $100.00 Re: 13 James R. Sheatsley - Notice of Fee Due (Pro Hac Vice) (Houatchanthara, M) (Entered: 04/16/2014) |
| 04/16/2014 | 18 (1 pg) | Endorsed Order Dated 4/16/14 Granting 16 Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Defendant Stanley Ellison's Answer Deadline, with Request for Expedited Determination (5/9/14). ALLOWED. (mbd) (Entered: 04/16/2014) |
| 04/15/2014 | 17 (2 pgs) | Certificate of Service (Re: 14 Certificate of Service, 15 Affidavit/Declaration, 16 Motion to Extend) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 16 (4 pgs) | Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Defendant Stanley Ellison's Answer Deadline, with Request for Expedited Determination *(ASSENTED-TO) with proposed Order* (Murphy, Jessica) (Entered: 04/15/2014) |
| | 15 (4 pgs; 2 docs) | Affidavit of James R. Sheatsley (Re: 1 Complaint, 2 Summons Issued, 9 Order To Set Hearing) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the |

| Date | Doc # | Description |
|---|---|---|
| 04/15/2014 | | Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Attachments: # 1 Declaration of Electronic Filing) (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 14 (2 pgs) | Certificate of Service *(SUPPLEMENTAL) Stanley Ellison* (Re: 1 Complaint, 2 Summons Issued) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/08/2014 | 13 (1 pg) | Notice of Fee Due (Pro Hac Vice) James R. Sheatsley - PHV Fee Due 4/18/2014. (Re: 12 Motion to Appear pro hac vice filed by Defendant Stanley Marshall Ellison) (Houatchanthara, M) (Entered: 04/08/2014) |
| 04/08/2014 | 12 (9 pgs) | Motion filed by Defendant Stanley Marshall Ellison (Motion for Admission Pro Hac Vice of James R. Sheatsley) with certificate of service. (mbd) (Entered: 04/08/2014) |
| 04/01/2014 | | BNC Returned Mail Re: 9 Order To Set Hearing returned to the Court as undeliverable. Invalid address for Stanley Marshall Ellison, 5601 North Ocean Blvd., Unit B-208, Myrtle Beach, SC 29577-2345. (jr) (Entered: 04/01/2014) |
| 03/22/2014 | 11 (3 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 9 Order To Set Hearing) Notice Date 03/22/2014. (Admin.) (Entered: 03/23/2014) |
| 03/21/2014 | 10 (4 pgs) | Notice *of Suggestion of Bankruptcy of Ed Warneck* with certificate of service filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 03/21/2014) |
| 03/20/2014 | 9 (2 pgs) | Order Authorizing Temporary Restraining Order Against Stanley Marshall Ellison dated 3/20/14 RE: 3 Motion for Preliminary Injunction filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air. AN EVIDENTIARY HEARING IS SCHEDULED FOR JUNE 16, 2014 AT 9:30AM. (jk) (Entered: 03/20/2014) |
| | | Hearing Held (Re: 3 Motion filed by Plaintiff Joseph |

| | | |
|---|---|---|
| 03/20/2014 | | H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction. (jk) (Entered: 03/20/2014) |
| 03/20/2014 | 8 (4 pgs) | Notice of Appearance and Request for Notice by Joseph B. Collins with certificate of service filed by Defendant Stanley Marshall Ellison (Collins, Joseph) (Entered: 03/20/2014) |
| 03/17/2014 | 7 (2 pgs) | Supplemental Certificate of Service of Notice of Hearing (Re: 3 Motion for Preliminary Injunction) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 03/17/2014) |
| 03/16/2014 | 6 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 5 Order To Set Hearing) Notice Date 03/16/2014. (Admin.) (Entered: 03/17/2014) |
| 03/14/2014 | 5 (1 pg) | Endorsed Order Dated 3/14/14 Regarding: 3 Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction. AN EMERGENCY HEARING IS SCHEDULED FOR THURSDAY, MARCH 20, 2014 AT 1:30 P.M. MOVANT TO PROVIDE NOTICE FORTHWITH AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (mbd) (Entered: 03/14/2014) |
| 03/14/2014 | 4 (2 pgs) | Summons Service Executed on Stanley Marshall Ellison 3/14/2014; Ed Warneck 3/14/2014 (Murphy, Jessica) (Entered: 03/14/2014) |
| 03/14/2014 | 3 (14 pgs) | Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction *with Proposed Order* with certificate of service (Murphy, Jessica) (Entered: 03/14/2014) |
| 03/13/2014 | 2 (2 pgs) | Summons Issued on Stanley Marshall Ellison; Answer Due 4/14/2014; Ed Warneck; Answer Due 4/14/2014. (jk) (Entered: 03/13/2014) |
| | | Receipt of filing fee for Complaint(14-04026) [cmp,cmp] ( 293.00). Receipt Number 13597562, |

| | | |
|---|---|---|
| 03/13/2014 | | amount $ 293.00 (re: Doc# 1) (U.S. Treasury) (Entered: 03/13/2014) |
| 03/13/2014 | 1 (32 pgs) | Adversary case 14-04026. Complaint by Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air against Ed Warneck, Stanley Marshall Ellison. Fee Amount $293. Nature of Suit(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(72 (Injunctive relief - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Murphy, Jessica) (Entered: 03/13/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/20/2014 09:03:17 | | | |
| PACER Login: | gs0033 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 14-04026 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |

LIVE database
Case 12-40944   Doc 592-1   Filed 09/05/14   Entered 09/05/14 15:42:39   Desc Exhibit
docket sheets for Kay & Marshall Ellison   Page 11 of 18
Page 1 of 7

NTCAPR, AWDISCH

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Adversary Proceeding #: 14-04024

*Assigned to:* Judge Melvin S. Hoffman
*Lead BK Case:* 12-40944
*Lead BK Title:* Southern Sky Air & Tours, LLC d/b/a Direct Air
*Lead BK Chapter:* 7
*Demand:* $30000000000

*Date Filed:* 03/13/14

*Nature[s] of Suit:*  12 Recovery of money/property - 547 preference
13 Recovery of money/property - 548 fraudulent transfer
14 Recovery of money/property - other
72 Injunctive relief - other
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

### Plaintiff

**Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air**

represented by **Jessica E. Murphy**
Mirick O'Connell DeMallie & Lougee
1800 West Park Drive
Suite 400
Westborough, MA 01581
508-860-1476
Fax : 508-983-6291
Email: jmurphy@mirickoconnell.com

V.

### Defendant

**Judy Tull**
701 Skyler Street
Argyle, TX 76226

represented by **Joseph B. Collins**
Hendel & Collins P.C.
101 State Street
Springfield, MA 01103
(413) 734-6411
Email: jcollins@hendelcollins.com

### Defendant

**Kay Ellison**
5601 North Ocean Blvd.

represented by **Joseph B. Collins**
(See above for address)

Unit B-208
Myrtle Beach, SC 29577

**James R. Sheatsley**
Gorman, Sheatsley & Company
PO Box 5518
Beckley, WV 25801-5518
304-252-5321
Email: jsheatsley@suddenlinkmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/19/2014 | 34 (2 pgs) | Hearing Scheduled for 6/16/2014 at 09:30 AM at Worcester Courtroom 3 - MSH. Objections Due 6/12/2014 at 04:30 PM on 32 Motion of Defendant Kay Ellison to Dismiss Adversary Proceeding. (hm) (Entered: 05/19/2014) |
| 05/16/2014 | | Receipt of filing fee for Motion for Withdrawal of Reference(14-04024) [motion,mwdref] ( 176.00). Receipt Number 13775041, amount $ 176.00 (re: Doc# 31) (U.S. Treasury) (Entered: 05/16/2014) |
| 05/16/2014 | 33 (8 pgs) | Answer to Complaint with certificate of service filed by Kay Ellison. (Sheatsley, James) (Entered: 05/16/2014) |
| 05/16/2014 | 32 (14 pgs) | Motion filed by Defendant Kay Ellison to Dismiss Adversary Proceeding (Re: 1 Complaint) with certificate of service. (Sheatsley, James) (Entered: 05/16/2014) |
| 05/16/2014 | 31 (11 pgs) | Motion filed by Defendant Kay Ellison for Withdrawal of Reference with certificate of service. Fee Amount $176 (Sheatsley, James) (Entered: 05/16/2014) |
| 05/09/2014 | 30 (1 pg) | Court Certificate of Mailing. (Re: 29 Order on Motion to Extend). (jk) (Entered: 05/09/2014) |
| 05/09/2014 | 29 (1 pg) | Order dated 5/9/2014 Re: 28 Assented to Motion filed by Defendant Kay Ellison to Extend Time to Answer Deadline, with Request for Expedited Determiniation [Re: 1 Complaint] GRANTED. See Order for Full Text. (jk) (Entered: 05/09/2014) |
| | 28 (7 pgs) | Assented to Motion filed by Defendant Kay Ellison to Extend Time to Answer Deadline, with Request for Expedited Determiniation [Re: 1 Complaint] with |

Case 12-40944   Doc 592-1   Filed 09/05/14   Entered 09/05/14 15:42:39   Desc Exhibit
docket sheets for Kay & Marshall Ellison   Page 13 of 18

LIVE database                                                                                       Page 9 of 7

| Date | Doc # | Description |
|---|---|---|
| 05/09/2014 | | certificate of service. (jk) (Entered: 05/09/2014) |
| 04/17/2014 | 27 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 25 Order on Motion to Extend) Notice Date 04/17/2014. (Admin.) (Entered: 04/18/2014) |
| 04/17/2014 | 26 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 20 Order on Motion to Extend) Notice Date 04/17/2014. (Admin.) (Entered: 04/18/2014) |
| 04/15/2014 | 25 (1 pg) | Order Dated 4/15/14 Granting 23 Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Defendant Kay Ellison's Answer Deadline, with Request for Expedited Determination (5/9/14). See Order for Full Text. (mbd) (Entered: 04/15/2014) |
| 04/15/2014 | 24 (2 pgs) | Certificate of Service (Re: 21 Certificate of Service, 22 Affidavit/Declaration, 23 Motion to Extend) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 23 (4 pgs) | Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Defendant Kay Ellison's Answer Deadline, with Request for Expedited Determination *(ASSENTED-TO) with proposed Order* (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 22 (4 pgs; 2 docs) | Affidavit of James R. Sheatsley (Re: 1 Complaint, 2 Summons Issued, 10 Order To Set Hearing) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Attachments: # 1 Declaration of Electronic Filing) (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 21 (2 pgs) | Certificate of Service *(Supplemental) Kay Ellison* (Re: 1 Complaint, 2 Summons Issued) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |

| | | |
|---|---|---|
| 04/15/2014 | 20 (1 pg) | Order Dated 4/15/14 Granting 18 Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Judy Tull's Answer Deadline, with Request for Expedited Determination (5/9/14). See Order for Full Text. (mbd) (Entered: 04/15/2014) |
| 04/15/2014 | 19 (2 pgs) | Certificate of Service (Re: 16 Certificate of Service, 17 Affidavit/Declaration, 18 Motion to Extend) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 18 (4 pgs) | Expedited Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air to Extend Judy Tull's Answer Deadline, with Request for Expedited Determination *with proposed Order* (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 17 (3 pgs; 2 docs) | Affidavit of Judy Tull (Re: 1 Complaint, 2 Summons Issued, 10 Order To Set Hearing) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Attachments: # 1 Declaration of Electronic Filing for Judy Tull) (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/15/2014 | 16 (2 pgs) | Certificate of Service *(Supplemental) for Judy Tull* (Re: 1 Complaint, 2 Summons Issued) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 04/15/2014) |
| 04/12/2014 | 15 (3 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 14 Order on Motion to Appear pro hac vice) Notice Date 04/12/2014. (Admin.) (Entered: 04/13/2014) |
| 04/10/2014 | 14 (2 pgs) | Order Dated 4/10/14 Granting 12 Motion filed by Defendant Kay Ellison (Motion for Admission Pro Hac Vice of James R. Sheatsley). See Order for Full Text. (mbd) (Entered: 04/10/2014) |
| | | Receipt Number 1BST042957, Fee Amount $100.00 Re: 13 James R. Sheatsley - Notice of Fee Due (Pro |

| | | |
|---|---|---|
| 04/08/2014 | | Hac Vice) (Houatchanthara, M) (Entered: 04/10/2014) |
| 04/08/2014 | | BNC Returned Mail Re: 10 Order To Set Hearing returned to the Court by BNC as undeliverable. Invalid address for Judy Tull, 701 Skyler Street, Argyle, TX 76226-6500. (jr) (Entered: 04/08/2014) |
| 04/08/2014 | 13 (1 pg) | Notice of Fee Due (Pro Hac Vice) James R. Sheatsley - PHV Fee Due 4/18/2014. (Re: 12 Motion to Appear pro hac vice filed by Defendant Kay Ellison) (Houatchanthara, M) (Entered: 04/08/2014) |
| 04/08/2014 | 12 (9 pgs) | Motion filed by Defendant Kay Ellison (Motion for Admission Pro Hac Vice of James R. Sheatsley) with certificate of service. (mbd) (Entered: 04/08/2014) |
| 04/01/2014 | | BNC Returned Mail Re: 10 Order To Set Hearing returned to the Court by USPS as undeliverable. Invalid address for Kay Ellison, 5601 North Ocean Blvd., Unit B-208, Myrtle Beach, SC 29577-2345. (jr) (Entered: 04/01/2014) |
| 03/22/2014 | 11 (3 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 10 Order To Set Hearing) Notice Date 03/22/2014. (Admin.) (Entered: 03/23/2014) |
| 03/20/2014 | 10 (2 pgs) | Order Authorizing Temporary Restraining Order dated 3/20/14 RE: 3 Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction . AN EVIDENTIARY HEARING SCHEDULED FOR 6/16/2014 at 09:30 AM at Worcester Courtroom 3 - MSH. (jk) (Entered: 03/20/2014) |
| 03/20/2014 | | Hearing Held Re: 3 Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction. (jk) (Entered: 03/20/2014) |
| 03/20/2014 | 9 (4 pgs) | Notice of Appearance and Request for Notice by Joseph B. Collins with certificate of service filed by Defendant Judy Tull (Collins, Joseph) (Entered: 03/20/2014) |

| | | |
|---|---|---|
| 03/20/2014 | 8 (4 pgs) | Notice of Appearance and Request for Notice by Joseph B. Collins with certificate of service filed by Defendant Kay Ellison (Collins, Joseph) (Entered: 03/20/2014) |
| 03/17/2014 | 7 (2 pgs) | Supplemental Certificate of Service of Notice of Hearing (Re: 3 Motion for Preliminary Injunction) filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air (Murphy, Jessica) (Entered: 03/17/2014) |
| 03/16/2014 | 6 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 5 Order To Set Hearing) Notice Date 03/16/2014. (Admin.) (Entered: 03/17/2014) |
| 03/14/2014 | 5 (1 pg) | Endorsed Order Dated 3/14/14 Regarding: 3 Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction. AN EMERGENCY HEARING IS SCHEDULED FOR THURSDAY, MARCH 20, 2014 AT 1:30 P.M. MOVANT TO PROVIDE NOTICE FORTHWITH AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (mbd) (Entered: 03/14/2014) |
| 03/14/2014 | 4 (2 pgs) | Summons Service Executed on Kay Ellison 3/14/2014; Judy Tull 3/14/2014 (Murphy, Jessica) (Entered: 03/14/2014) |
| 03/14/2014 | 3 (14 pgs) | Motion filed by Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air for Preliminary Injunction *with Proposed Order* with certificate of service (Murphy, Jessica) (Entered: 03/14/2014) |
| 03/13/2014 | 2 (2 pgs) | Summons Issued on Kay Ellison; Answer Due 4/14/2014; Judy Tull; Answer Due 4/14/2014. (jk) (Entered: 03/13/2014) |
| 03/13/2014 | | Receipt of filing fee for Complaint(14-04024) [cmp,cmp] ( 293.00). Receipt Number 13597277, amount $ 293.00 (re: Doc# 1) (U.S. Treasury) (Entered: 03/13/2014) |
| | 1 (32 pgs) | Adversary case 14-04024. Complaint by Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate |

| | | |
|---|---|---|
| 03/13/2014 | | of Southern Sky Air & Tours, LLC d/b/a Direct Air against Judy Tull, Kay Ellison. Fee Amount $293. Nature of Suit(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(14 (Recovery of money/property - other)),(72 (Injunctive relief - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)))(Murphy, Jessica) (Entered: 03/13/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/20/2014 13:33:40 | | | |
| PACER Login: | gs0033 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 14-04024 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |