B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air | DEFENDANTS Avfuel Corporation |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) Joseph H. Baldiga, Esq. Gina Barbieri O'Neil, Esq. Mirick, O'Connell, DeMallie & Lougee, LLP 100 Front Street, Worcester, MA 01608-1477 Phone: (508) 791-8500 Fax: (508) 791-8502 Email: bankrupt@mirickoconnell.com Email: goneil@mirickoconnell.com | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor         ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor       ☐ Other ☒ Trustee | ☐ Debtor         ☐ U.S. Trustee/Bankruptcy Admin ☒ Creditor       ☐ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**Trustee action under 11 U.S.C. §§ 502(d), 541, 542, 547(b), and 550 to (a) avoid and recover certain pre-petition transfers, (b) require defendant to (i) turn over property of the Estate and (ii) provide an accounting of such property, and (c) disallow any claims the defendant may have against the Estate.**

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection/revocation of discharge - §727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1), (14), (14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand: not less than $61,566.40 |

| Other Relief Sought |
|---|

{Practice Areas/CORP/15008/14190/A2525179.DOC}

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**Southern Sky Air & Tours, LLC d/b/a Direct Air** | | BANKRUPTCY CASE NO.<br>**12-40944-MSH** |
| DISTRICT IN WHICH CASE IS PENDING<br>**Massachusetts** | DIVISIONAL OFFICE<br>**Central** | NAME OF JUDGE<br>**Melvin S. Hoffman** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Gina Barbieri O'Neil | | |
| DATE 9/15/14 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Gina Barbieri O'Neil | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding cover sheet electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney.) A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants**. Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

{Practice Areas/CORP/15008/14190/A2525179.DOC}

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br>      **Plaintiff,**<br><br>      **v.**<br><br>**AVFUEL CORPORATION,**<br><br>      **Defendant.** | **Adversary Proceeding No. 14-_____** |

## COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS AND FOR TURNOVER OF ESTATE PROPERTY

Joseph H. Baldiga (the "Trustee"), the Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), brings this action, pursuant to 11 U.S.C. §§ 502(d), 541, 542, 547(b) and 550, to (I) avoid and recover certain pre-petition transfers the Debtor made to Avfuel Corporation ("Avfuel"); (II) require Avfuel to turn over Estate property to the Trustee and obtain an accounting of Estate property in Avfuel's possession; and (III) disallow any and all claims Avfuel may have against the Estate.

## PARTIES

1.      The Trustee is the duly appointed, acting, and qualified Chapter 7 trustee of the Estate.

2.      Upon information and belief, the defendant, Avfuel, is a Michigan domestic profit corporation with a principal address of 47 W. Ellsworth Road, Ann Arbor, Michigan 48108.

## JURISDICTION AND VENUE

3.      This is an adversary proceeding brought pursuant to 11 U.S.C. §§ 502, 541, 542, 547, and 550 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Fed. R. Bankr. P. 7001.

4.      Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 157(b)(1) and 28 U.S.C. § 1334(a).

5.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (E), (F), and (O).

6.      This district is the proper venue for this proceeding pursuant to 28 U.S.C. § 1409.

## FACTS COMMON TO ALL COUNTS

7.      The Trustee reasserts the allegations set forth in the foregoing paragraphs.

8.      On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

9.      On April 11, 2012, the Court converted the Debtor's bankruptcy case to one administered under Chapter 7 of the Bankruptcy Code.

10.     Prior to the Petition Date, Avfuel provided fuel and fueling services to the Debtor.

Avfuel's Invoices

11.    On December 22, 2011, Avfuel issued three invoices to the Debtor totaling

$16,888.16 as follows:

(a)    Invoice No. 004335145 in the amount of $7,323.84 for fuel and
services provided on December 21, 2011;

(b)    Invoice No. 004335380 in the amount of $5,246.17 for fuel and
services provided on December 21, 2011; and

(c)    Invoice No. 004337659 in the amount of $4,318.15 for fuel and
services provided on December 21, 2011.

Copies of the December 22, 2011 invoices are attached hereto as **Exhibit A**.

12.    On December 23, 2011, Avfuel issued two invoices to the Debtor totaling

$17,989.82 as follows:

(a)    Invoice No. 004337660 in the amount of $9,939.13 for fuel and
services provided on December 22, 2011; and

(b)    Invoice No. 004337869 in the amount of $8,050.69 for fuel and
services provided on December 22, 2011.

Copies of the December 23, 2011 invoices are attached hereto as **Exhibit B**.

13.    On December 27, 2011, Avfuel issued five invoices to the Debtor totaling

$42,139.95 as follows:

(a)    Invoice No. 004343898 in the amount of $8,584.84 for fuel and
services provided on December 23, 2011;

(b)    Invoice No. 004343899 in the amount of $9,458.90 for fuel and
services provided on December 23, 2011;

(c)    Invoice No. 004343900 in the amount of $5,700.08 for fuel and
services provided on December 23, 2011;

      (d)      Invoice No. 004343901 in the amount of $8,284.27 for fuel and services provided on December 23, 2011; and

      (e)      Invoice No. 004343902 in the amount of $10,111.86 for fuel and services provided on December 23, 2011.

Copies of the December 27, 2011 invoices are attached hereto as **Exhibit C**. The invoices issued by Avfuel to the Debtor dated December 22, 2011, December 23, 2011 and December 27, 2011 are collectively referred to herein as the "Invoices".

14.      The Invoices bill the Debtor for fuel and services in the total amount of $77,017.93.

15.      From December 27, 2011 through December 30, 2011, Avfuel issued, among other invoices, a series of invoices reflecting credits to the Debtor's account in the aggregate amount of $77,017.93 (collectively, the "Credit Invoices") as follows:

      (a)      Invoice No. 004343895 in the amount of -$7,323.84 for fuel and services provided on December 21, 2011;

      (b)      Invoice No. 004351040 in the amount of -$5,246.17 for fuel and services provided on December 21, 2011;

      (c)      Invoice No. 004343896 in the amount of -$4,318.15 for fuel and services provided on December 21, 2011;

      (d)      Invoice No. 004343897 in the amount of -$9,939.13 for fuel and services provided on December 22, 2011;

      (e)      Invoice No. 004351041 in the amount of -$8,050.69 for fuel and services provided on December 22, 2011);

      (f)      Invoice No. 004348882 in the amount of -$8,584.84 for fuel and services provided on December 23, 2011;

      (g)      Invoice No. 004348883 in the amount of -$9,458.90 for fuel and services provided on December 23, 2011;

(h)     Invoice No. 004348884 in the amount of -$5,700.08 for fuel and services provided on December 23, 2011;

(i)     Invoice No. 004348885 in the amount of -$8,284.27 for fuel and services provided on December 23, 2011; and

(j)     Invoice No. 004348886 in the amount of -$10,111.86 for fuel and services provided on December 23, 2011.

Copies of the Credit Invoices are attached hereto as **Exhibit D**.

16.     Upon information and belief, Avfuel issued the Credit Invoices because the charges on the Invoices were actually incurred by another customer of Avfuel and not the Debtor.  Upon information and belief, the Debtor received no fuel or services shown on the Invoices.

17.     The value of the Credit Invoices is equivalent to the charges on the Invoices (i.e., $77,017.93).

<u>Transfers from the Debtor to Avfuel</u>

18.     On December 22, 2011, the Debtor made a wire transfer to Avfuel in the amount of $20,000.00.

19.     On December 27, 2011, the Debtor made a wire transfer to Avfuel in the amount of $20,000.00.

20.     On January 9, 2012, the Debtor made a debit transfer to Avfuel in the amount of $21,566.40.  The three transfers by the Debtor to Avfuel dated December 22, 2011, December 23, 2011 and December 27, 2011 are collectively referred to herein as the "Transfers". Documentation of the Transfers is attached hereto as **Exhibit E**.

21.     Collectively, the Transfers from the Debtor to Avfuel within ninety (90) days of the Petition Date total at least $61,566.40.

## COUNT I – PREFERENCE
### (Recovery of Preferential Transfers Pursuant to Bankruptcy Code §§ 547 and 550)

22.     The Trustee reasserts the allegations set forth in the foregoing paragraphs.

23.     Pursuant to Bankruptcy Code § 547(b), the Trustee may avoid any transfer of an interest of the Debtor in property:

    a.     to or for the benefit of a creditor;

    b.     for or on account of an antecedent debt owed by the Debtor before such transfer was made;

    c.     made while the Debtor was insolvent;

    d.     made on or within 90 days before the Petition Date; and

    e.     that enables such creditor to receive more than such creditor would receive if:

        i.     the case were a case under chapter 7 of the Bankruptcy Code;

        ii.     the transfer had not been made; and

        iii.     such creditor received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

24.     Avfuel was a creditor of the Debtor at the time of the Transfers.

25.     The Transfers were made on account of antecedent debt owed by the Debtor to Avfuel.

26.     Upon on information and belief, the Debtor was insolvent at the time of the Transfers.

27.    Further, pursuant to Bankruptcy Code § 547(f), the Debtor is presumed to have been insolvent on and during the 90 days immediately preceding the Petition Date.

28.    The Transfers occurred within 90 days of the Petition Date.

29.    Due to the Transfers, Avfuel received more than it would have received if:

    a.    the proceeding was one under Chapter 7 of the Bankruptcy Code;

    b.    the Transfers had not been made; and

    c.    Avfuel received payment of such debt to the extent provided by the Bankruptcy Code.

30.    Based on the foregoing, the Trustee may avoid the Transfers as preferential transfers pursuant to Bankruptcy Code § 547, and the Trustee may recover the Transfers from Avfuel pursuant to Bankruptcy Code § 550.

31.    In addition to the noted Transfers, there may have been other transfers from the Debtor to Avfuel that are avoidable and recoverable by the Trustee pursuant to Bankruptcy Code §§ 547 and 550. The Trustee's intent herein is to recover from Avfuel all such transfers, whether or not all such transfers are specifically identified herein.

## COUNT II – TURNOVER AND ACCOUNTING
### (Turnover of Estate Property and Accounting Pursuant to Bankruptcy Code §§ 541 and 542)

32.    The Trustee reasserts the allegations set forth in the foregoing paragraphs.

33.    From December 22, 2011 through December 27, 2011, Avfuel issued the Invoices to the Debtor reflecting charges of $77,017.93.

34.    Between December 22, 2011 and January 9, 2012, the Debtor made three payments to Avfuel totaling at least $61,566.40 (i.e., the Transfers).

35.    The Credit Invoices issued by Avfuel to the Debtor cancelled the Invoices, resulting in an overpayment by the Debtor to Avfuel in the amount of at least $61,566.40.

36.    Avfuel has failed to remit the value of these credits to the Debtor or to the Trustee.

37.    To the extent that the Debtor is entitled to any pre-petition credits which Avfuel failed to remit to the Debtor, such funds constitute property of the Estate pursuant to Bankruptcy Code § 541.

38.    The Trustee is entitled to turnover of all funds that constitute property of the Estate pursuant to Bankruptcy Code § 542.

39.    The Trustee is also entitled to a full accounting of all credits that Avfuel may owe to the Debtor pursuant to Bankruptcy Code § 542.  To date, Avfuel has not provided a full and true accounting of the credits Avfuel is holding for the Debtor.

40.    The Trustee's intent herein is to recover from Avfuel all credits and property of the Debtor in Avfuel's possession, whether or not such funds are specifically identified herein.

### COUNT III – DISALLOWANCE OF CLAIM
### (Disallowance of Any Claim the Defendant May Have Against the Estate Pursuant to Bankruptcy Code § 502)

41.    The Trustee reasserts the allegations set forth in the foregoing paragraphs.

42.    Bankruptcy Code § 502(d) provides, in relevant part, that the court shall disallow any claim of any entity from which property is recoverable under Bankruptcy Code § 542 or that is a transferee of a transfer avoidable under Bankruptcy Code § 547 unless such entity or transferee has paid the amount, or turned over such property, for which the entity or transferee is liable.

43.    Avfuel has not paid or surrendered to the Trustee the Transfers and/or the credits (or the value thereof).

44.    Based on the foregoing, any claim that Avfuel has, or may assert, should be disallowed.

45.    The Trustee reserves the right to amend this Complaint including, without limitation, to add any subsequently discovered transfers to or for the benefit of Avfuel.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

a.    Avoiding the Transfers, preserving the Transfers, and requiring Avfuel to deliver the Transfers (or the value thereof) to the Trustee for the benefit of the Estate;

b.    Requiring Avfuel to immediately turn over the value of any credits to the Trustee;

c.    Requiring Avfuel to provide the Trustee with an accounting of all credits that it owes to the Debtor;

d.    Disallowing any and all of Avfuel's claims against the Estate; and

e.    Granting the Trustee such other and further relief as this Court deems just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Gina Barbieri O'Neil
Joseph H. Baldiga, Esq. BBO #549963
Gina Barbieri O'Neil, Esq. BBO #670596
Jessica E. Murphy, Esq. BBO #664361
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com
Email: goneil@mirickoconnell.com
Email: jmurphy@mirickoconnell.com

Dated:  September 15, 2014

# EXHIBIT A



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                    Invoice

Invoice        004335145
Invoice Date    12/22/11  Ship Date 12/21/11

| Bill To Number | Ship To Number | Cust.P.O.# | | BL # | Terr./Sales |
|---|---|---|---|---|---|
| DALLC | DALLCIAG | | | | 31      31 |

DIRECT AIR LLC                        DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                  AC#N720VX      REF#
MYRTLE BEACH SC 29577                 TCK#177643
                                      NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3803073.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | 2117 | 2117.0 | 6628.12 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | 1117 | 1117.0 | 78.19 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | | Sub-Total | | | | 6786.31 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 2117.0 | 16.94 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 2117.0 | 516.55 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 7306.90 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 2117.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | 2117.0 | 4.04 |
| | | Invoice Total | | | | 7,323.84 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
*****************************************
*    *** C O N F I D E N T I A L *** *
*     ORIGINAL INVOICE (NOT A COPY)    *
*****************************************
       1-734-663-6466    1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
***********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                         *
***********************************************************************
```


**AVFUEL CORPORATION**

GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION

Invoice

| Invoice | 004335380 | |
|---|---|---|
| Invoice Date | 12/22/11 | Ship Date 12/21/11 |

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCACY | | | 31    31 |

| DIRECT AIR LLC | DIRECT AIR LLC-ACY |
|---|---|
| 1600 OAK ST  SUITE B | AC#N720VX    REF# |
| MYRTLE BEACH SC 29577 | TCK#28211 |
| | EGG HARBOR TOWN NJ 00001 |

Shipped Via CUST TRANSPORT          Order Number 3803600.00

| Product No. | Description | | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 84UJ | 00 | JET FUEL | $3.15183 | 1371 | 1371.0 | 4321.16 |
| 99LFACY | 00 | LANDING FEE - ACY | $217.70000 | 1 | 1.0 | 217.70 |
| 97IPACY | 00 | IP-MIDLANTIC AVIATION | $0.20000 | 1371 | 1371.0 | 274.20 |
| | | Sub-Total | | | | 4813.06 |
| FFACY | | FLOW FEE ACY | $0.03000 | | 1371.0 | 41.13 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 1371.0 | 334.52 |
| NJAXIJ | | NJ AVIATION TAX XMPT INTL- | $0.00000 | | 1371.0 | 0.00 |
| NJGRS | | NEW JERSEY GROSS RECEIPTS T | $0.04000 | | 1371.0 | 54.84 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | 1371.0 | 2.62 |
| | | Invoice Total | | | | 5,246.17 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
*************************************
*   *** C O N F I D E N T I A L ***   *
*    ORIGINAL INVOICE (NOT A COPY)    *
*************************************
       1-734-663-6466    1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
**********************************************************************
*  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
*  reports or credit card remittance summaries via US mail or fax, please contact  *
*  us at 800-521-4106 immediately to change to our website or email system as mail *
*  and fax will be phased out by year end.                                         *
**********************************************************************
```

 **AVFUEL CORPORATION**

GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                  Invoice

Invoice        004337659
Invoice Date    12/23/11  Ship Date 12/21/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N279AD    REF#5815
MYRTLE BEACH SC 29577                   TCK#177647
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT      Order Number 3805628.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ   00 | JET FUEL | $3.13090 | 1247 | 1247.0 | 3904.23 |
| 99INIAG 00 | INTOPLANE - IAG | $0.07000 | 247 | 247.0 | 17.29 |
| 99INIAG 00 | INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 4001.52 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 1247.0 | 9.98 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 1247.0 | 304.27 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 4308.17 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 1247.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 1247.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 1247.0 | 2.38 |
| | Invoice Total | | | | 4,318.15 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
************************************
*   *** C O N F I D E N T I A L ***   *
*    ORIGINAL INVOICE (NOT A COPY)    *
************************************
       1-734-663-6466    1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICS NUMBER ON PAYMENT

```
***************************************************************************
*  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
*  reports or credit card remittance summaries via US mail or fax, please contact  *
*  us at 800-521-4106 immediately to change to our website or email system as mail *
*  and fax will be phased out by year end.                                          *
***************************************************************************
```

# EXHIBIT B



GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

Invoice        004337660
Invoice Date   12/23/11  Ship Date 12/22/11

Bill To Number      Ship To Number      Cust.P.O.#        BL #    Terr./Sales
DALLC               DALLCIAG                                       31      31

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N773AS      REF#
MYRTLE BEACH SC 29577                   TCK#177661
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3805629.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ | 00 JET FUEL | $3.13090 | 2874 | 2874.0 | 8998.21 |
| 99INIAG | 00 INTOPLANE - IAG | $0.07000 | 1874 | 1874.0 | 131.18 |
| 99INIAG | 00 INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
|  | Sub-Total |  |  |  | 9209.39 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 |  | 2874.0 | 22.99 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 |  | 2874.0 | 701.26 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% |  | 9916.13 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 |  | 2874.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 |  | 2874.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 |  | 2874.0 | 5.49 |
|  | Invoice Total |  |  |  | 9,939.13 |

*** COD ***

Emergency Contact: Y                    000-000-0000

**************************************
*   *** C O N F I D E N T I A L ***   *
*    ORIGINAL INVOICE (NOT A COPY)    *
**************************************
1-734-663-6466    1-800-521-4106

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

*********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact  *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                         *
*********************************************************************

 **AVFUEL CORPORATION**

GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

```
                                    Invoice      004337869
                                    Invoice Date  12/23/11  Ship Date 12/22/11

        Bill To Number      Ship To Number      Cust.P.O.#        BL #   Terr./Sales
        DALLC               DALLCACY                                     31    31


        DIRECT AIR LLC                          DIRECT AIR LLC-ACY
        1600 OAK ST  SUITE B                    AC#N720VX     REF#
        MYRTLE BEACH SC 29577                   TCK#28270
                                                EGG HARBOR TOWN NJ 00001

        Shipped Via CUST TRANSPORT      Order Number 3806118.00

     Product No.    Description                Price    Ordered   Shipped    Extension

     84UJ       00 JET FUEL                  $3.15183    2195     2195.0      6918.27
     97IPACY    00 IP-MIDLANTIC AVIATION     $0.20000    2195     2195.0       439.00
                   Sub-Total                                                 7357.27
     FFACY         FLOW FEE ACY              $0.03000             2195.0        65.85
     KERO          FEDERAL KEROSENE & LUST TAX $0.24400           2195.0       535.58
     NJAXIJ        NJ AVIATION TAX XMPT INTL-  $0.00000           2195.0         0.00
     NJGRS         NEW JERSEY GROSS RECEIPTS T $0.04000           2195.0        87.80
     SUP           SUPERFUND/OIL SPILL FEE     $0.00191           2195.0         4.19
                   Invoice Total                                             8,050.69
```

*** COD ***

Emergency Contact: Y                          000-000-0000

```
              ****************************************
              *     *** C O N F I D E N T I A L ***   *
              *      ORIGINAL INVOICE (NOT A COPY)     *
              ****************************************
                1-734-663-6466      1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

**************************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity  *
* reports or credit card remittance summaries via US mail or fax, please contact  *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                         *
**************************************************************************

# EXHIBIT C



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                           Invoice

|  |  |
|---|---|
| Invoice | 004343898 |
| Invoice Date | 12/27/11  Ship Date 12/23/11 |

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N773AS     REF#
MYRTLE BEACH SC 29577                   TCK#177670
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT       Order Number 3811703.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ | 00 JET FUEL | $3.13090 | 2482 | 2482.0 | 7770.89 |
| 99INIAG | 00 INTOPLANE - IAG | $0.07000 | 1482 | 1482.0 | 103.74 |
| 99INIAG | 00 INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 7954.63 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 2482.0 | 19.86 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 2482.0 | 605.61 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 8564.98 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 2482.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 2482.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 2482.0 | 4.74 |
| | Invoice Total | | | | 8,584.84 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
*************************************
*    *** C O N F I D E N T I A L *** *
*    ORIGINAL INVOICE (NOT A COPY)   *
*************************************
      1-734-663-6466      1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
************************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                              *
************************************************************************
```



### GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

|  |  |  |
|---|---|---|
| | Invoice | 004343899 |
| | Invoice Date | 12/27/11  Ship Date 12/23/11 |

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N720VX     REF#
MYRTLE BEACH SC 29577                   TCK#177671
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3811704.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ       00 | JET FUEL | $3.13090 | 2735 | 2735.0 | 8563.01 |
| 99INIAG    00 | INTOPLANE - IAG | $0.07000 | 1735 | 1735.0 | 121.45 |
| 99INIAG    00 | INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 8764.46 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 2735.0 | 21.88 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 2735.0 | 667.34 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 9437.03 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 2735.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 2735.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 2735.0 | 5.22 |
| | Invoice Total | | | | 9,458.90 |

*** COD ***

Emergency Contact: Y                     000-000-0000

**********************************
*   *** C O N F I D E N T I A L *** *
*    ORIGINAL INVOICE (NOT A COPY)  *
**********************************
      1-734-663-6466    1-800-521-4106

        IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

*****************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                          *
*****************************************************************



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                                Invoice

Invoice          004343900
Invoice Date     12/27/11  Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                              DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                        AC#N231US     REF#
MYRTLE BEACH SC 29577                       TCK#177673
                                            NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3811705.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ | 00 JET FUEL | $3.13090 | 1647 | 1647.0 | 5156.59 |
| 99INIAG | 00 INTOPLANE - IAG | $0.07000 | 647 | 647.0 | 45.29 |
| 99INIAG | 00 INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 5281.88 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 1647.0 | 13.18 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 1647.0 | 401.87 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 5686.90 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 1647.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 1647.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 1647.0 | 3.15 |
| | Invoice Total | | | | 5,700.08 |

*** COD ***

Emergency Contact: Y                        000-000-0000

```
***************************************
*   *** C O N F I D E N T I A L *** *
*     ORIGINAL INVOICE (NOT A COPY)   *
***************************************
```
1-734-663-6466    1-800-521-4106

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
   ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
***************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                          *
***************************************************************
```

 **AVFUEL CORPORATION**

**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                          Invoice

Invoice        004343901
Invoice Date   12/27/11   Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31     31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N733MA      REF#
MYRTLE BEACH SC 29577                   TCK#177674
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT      Order Number 3811706.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ    00 | JET FUEL | $3.13090 | 2395 | 2395.0 | 7498.51 |
| 99INIAG  00 | INTOPLANE - IAG | $0.07000 | 1395 | 1395.0 | 97.65 |
| 99INIAG  00 | INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 7676.16 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 2395.0 | 19.16 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 2395.0 | 584.38 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 8265.11 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 2395.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 2395.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 2395.0 | 4.57 |
| | Invoice Total | | | | 8,284.27 |

*** COD ***

Emergency Contact: Y                         000-000-0000

```
***********************************
*   *** C O N F I D E N T I A L *** *
*   ORIGINAL INVOICE (NOT A COPY)  *
***********************************
        1-734-663-6466   1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
**************************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                        *
**************************************************************************
```



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

| AVFUEL CORPORATION | Invoice |
|---|---|

Invoice          004343902
Invoice Date     12/27/11  Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31      31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                     AC#N720VX      REF#
MYRTLE BEACH SC 29577                    TCK#177675
                                         NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT     Order Number 3811707.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ | 00 JET FUEL | $3.13090 | 2924 | 2924.0 | 9154.75 |
| 99INIAG | 00 INTOPLANE - IAG | $0.07000 | 1924 | 1924.0 | 134.68 |
| 99INIAG | 00 INTOPLANE - IAG | $0.08000 | 1000 | 1000.0 | 80.00 |
| | Sub-Total | | | | 9369.43 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | 2924.0 | 23.39 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | 2924.0 | 713.46 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | 10088.47 | 0.00 |
| NYOXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | 2924.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | 2924.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | 2924.0 | 5.58 |
| | Invoice Total | | | | 10,111.86 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
*****************************************
*    *** C O N F I D E N T I A L ***    *
*      ORIGINAL INVOICE (NOT A COPY)    *
*****************************************
      1-734-663-6466     1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
**********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                        *
**********************************************************************
```

# EXHIBIT D



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                     Invoice

Invoice      004343895
Invoice Date   12/27/11   Ship Date 12/21/11

Bill To Number    Ship To Number    Cust.P.O.#         BL #   Terr./Sales
DALLC             DALLCIAG                                     31     31

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST   SUITE B                   AC#N720VX      CR 4335145
MYRTLE BEACH SC 29577                   TCK#177643 Wrong Cust
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT          Order Number 3811700.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -2117 | -2117.0 | -6628.12 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -1117 | -1117.0 | -78.19 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -6786.31 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -2117.0 | -16.94 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -2117.0 | -516.55 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -7306.90 | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | -2117.0 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -2117.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2117.0 | -4.04 |
| | | Invoice Total  - Credited to your Account | | | | -7,323.84 |

*** COD ***

Emergency Contact: Y                     000-000-0000

*************************************
*    *** C O N F I D E N T I A L *** *
*    ORIGINAL INVOICE (NOT A COPY)   *
*************************************
1-734-663-6466    1-800-521-4106

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

***********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                              *
***********************************************************************



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                Invoice

                                        Invoice        004351040
                                        Invoice Date    12/30/11  Ship Date 12/21/11

        Bill To Number    Ship To Number    Cust.P.O.#        BL #    Terr./Sales
        DALLC            DALLCACY                                31      31


        DIRECT AIR LLC                      DIRECT AIR LLC-ACY
        1600 OAK ST  SUITE B                AC#N720VX    CR 4335380
        MYRTLE BEACH SC 29577               TCK#28211  Wrong Cust
                                            EGG HARBOR TOWN NJ 00001

        Shipped Via CUST TRANSPORT      Order Number 3818870.00

    Product No.   Description                    Price    Ordered   Shipped   Extension

    84UJ      00 JET FUEL                      $3.15183    -1371    -1371.0   -4321.16
    99LFACY   00 LANDING FEE - ACY           $217.70000      -1       -1.0    -217.70
    97IPACY   00 IP-MIDLANTIC AVIATION         $0.20000    -1371    -1371.0    -274.20
              Sub-Total                                                      -4813.06
    FFACY        FLOW FEE ACY                  $0.03000             -1371.0     -41.13
    KERO         FEDERAL KEROSENE & LUST TAX   $0.24400             -1371.0    -334.52
    NJAXIJ       NJ AVIATION TAX XMPT INTL-    $0.00000             -1371.0       0.00
    NJGRS        NEW JERSEY GROSS RECEIPTS T   $0.04000             -1371.0     -54.84
    SUP          SUPERFUND/OIL SPILL FEE       $0.00191             -1371.0      -2.62
              Invoice Total  - Credited to your Account                     -5,246.17




                            *** COD ***


    Emergency Contact: Y                    000-000-0000

                    ****************************************
                    *    *** C O N F I D E N T I A L *** *
                    *    ORIGINAL INVOICE (NOT A COPY)   *
                    ****************************************
                    1-734-663-6466    1-800-521-4106

                    IF NOT PAYING BY BFT, PLEASE REMIT PAYMENT TO:
        DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

    LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
        ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

    *************************************************************************************
    *  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
    *  reports or credit card remittance summaries via US mail or fax, please contact  *
    *  us at 800-521-4106 immediately to change to our website or email system as mail *
    *  and fax will be phased out by year end.                                         *
    *************************************************************************************



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                          Invoice

```
                                    Invoice      004343896
                                    Invoice Date  12/27/11  Ship Date 12/21/11

        Bill To Number    Ship To Number    Cust.P.O.#        BL #    Terr./Sales
        DALLC             DALLCIAG                                     31     31


        DIRECT AIR LLC                          DIRECT AIR LLC-IAG
        1600 OAK ST  SUITE B                    AC#N279AD    CR 4337659
        MYRTLE BEACH SC 29577                   TCK#177647 Wrong Cust
                                                NIAGARA FALLS NY 00001

     Shipped Via CUST TRANSPORT        Order Number 3811701.00
```

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -1247 | -1247.0 | -3904.23 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -247 | -247.0 | -17.29 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -4001.52 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -1247.0 | -9.98 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -1247.0 | -304.27 |
| NYO3X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -1247.0 | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | -4308.17 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -1247.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -1247.0 | -2.38 |
| | | Invoice Total  - Credited to your Account | | | | -4,318.15 |

```
                           *** COD ***


     Emergency Contact: Y                    000-000-0000


                   ****************************************
                   *   *** C O N F I D E N T I A L ***   *
                   *    ORIGINAL INVOICE (NOT A COPY)     *
                   ****************************************
                       1-734-663-6466      1-800-521-4106

               IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
        DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

     LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
        ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

  ****************************************************************************************
  *  If you are receiving invoices, statements, EFT notices, contract fuel activity    *
  *  reports or credit card remittance summaries via US mail or fax, please contact    *
  *  us at 800-521-4106 immediately to change to our website or email system as mail   *
  *  and fax will be phased out by year end.                                           *
  ****************************************************************************************
```

 **AVFUEL CORPORATION**

**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                    Invoice

                                    Invoice      004343897
                                    Invoice Date   12/27/11  Ship Date 12/22/11

Bill To Number      Ship To Number      Cust.P.O.#      BL #    Terr./Sales
DALLC               DALLCIAG                                     31     31

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N773AS    CR 4337660
MYRTLE BEACH SC 29577                   TCK#177661 Wrong Cust
                                        NIAGARA FALLS NY 00001

    Shipped Via CUST TRANSPORT      Order Number 3811702.00

Product No.   Description                    Price    Ordered    Shipped    Extension

ACUJ      00 JET FUEL                       $3.13090    -2874    -2874.0    -8998.21
99INIAG   00 INTOPLANE - IAG                $0.07000    -1874    -1874.0     -131.18
99INIAG   00 INTOPLANE - IAG                $0.08000    -1000    -1000.0      -80.00
             Sub-Total                                                    -9209.39
FTIAGK       FUEL FREIGHT SURCHARGE @ IA    $0.00800             -2874.0      -22.99
KERO         FEDERAL KEROSENE & LUST TAX    $0.24400             -2874.0     -701.26
NYO3X        NY SALES TAX EXEMPT - FUEL     0.00000%   -9916.13                0.00
NYJXAL       NY MOTOR FUEL TAX EXEMPT A/    $0.00000             -2874.0        0.00
NYPBTX       NY PETRO BUSINESS TAX EXEMP    $0.00000             -2874.0        0.00
SUP          SUPERFUND/OIL SPILL FEE        $0.00191             -2874.0       -5.49
             Invoice Total - Credited to your Account                     -9,939.13

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*** COD ***

Emergency Contact: Y                        000-000-0000

***********************************
*  *** C O N F I D E N T I A L ***  *
*     ORIGINAL INVOICE (NOT A COPY)    *
***********************************
1-734-663-6466    1-800-521-4106

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

*********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                        *
*********************************************************************



**GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES**

AVFUEL CORPORATION                                                    Invoice

Invoice            004351041
Invoice Date      12/30/11   Ship Date 12/22/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCACY | | | 31    31 |

DIRECT AIR LLC                              DIRECT AIR LLC-ACY
1600 OAK ST  SUITE B                        AC#N720VX    CR 4337869
MYRTLE BEACH SC 29577                       TCK#28270   Wrong Cust
                                            EGG HARBOR TOWN NJ 00001

Shipped Via CUST TRANSPORT        Order Number 3818871.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 84UJ | 00 | JET FUEL | $3.15183 | -2195 | -2195.0 | -6918.27 |
| 97IPACY | 00 | IP-MIDLANTIC AVIATION | $0.20000 | -2195 | -2195.0 | -439.00 |
| | | Sub-Total | | | | -7357.27 |
| FFACY | | FLOW FEE ACY | $0.03000 | | -2195.0 | -65.85 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -2195.0 | -535.58 |
| NJAXIJ | | NJ AVIATION TAX XMPT INTL- | $0.00000 | | -2195.0 | 0.00 |
| NJGRS | | NEW JERSEY GROSS RECEIPTS T | $0.04000 | | -2195.0 | -87.80 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2195.0 | -4.19 |
| | | Invoice Total  - Credited to your Account | | | | -8,050.69 |

*** COD ***

Emergency Contact: Y                        000-000-0000

```
**************************************
*   *** C O N F I D E N T I A L ***  *
*     ORIGINAL INVOICE (NOT A COPY)  *
**************************************
      1-734-663-6466    1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
     ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
*****************************************************************************
*  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
*  reports or credit card remittance summaries via US mail or fax, please contact  *
*  us at 800-521-4106 immediately to change to our website or email system as mail *
*  and fax will be phased out by year end.                                   *
*****************************************************************************
```



**AVFUEL CORPORATION**

## GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

Invoice        004348882
Invoice Date   12/29/11  Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N773AS    CR 4343898
MYRTLE BEACH SC 29577                   TCK#177670 Wrong Cust
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3816720.00

| Product No. | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|
| ACUJ   00 | JET FUEL | $3.13090 | -2482 | -2482.0 | -7770.89 |
| 99INIAG  00 | INTOPLANE - IAG | $0.07000 | -1482 | -1482.0 | -103.74 |
| 99INIAG  00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | Sub-Total | | | | -7954.63 |
| FTIAGK | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -2482.0 | -19.86 |
| KERO | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -2482.0 | -605.61 |
| NY03X | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -8564.98 | 0.00 |
| NYJXAL | NY MOTOR FUEL TAX EXEMPT A/ | $0.0000 | | -2482.0 | 0.00 |
| NYPBTX | NY PETRO BUSINESS TAX EXEMP | $0.0000 | | -2482.0 | 0.00 |
| SUP | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2482.0 | -4.74 |
| | Invoice Total  - Credited to your Account | | | | -8,584.84 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
****************************************
*   *** C O N F I D E N T I A L ***    *
*    ORIGINAL INVOICE (NOT A COPY)     *
****************************************
```
1-734-663-6466      1-800-521-4106

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
****************************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                                         *
****************************************************************************
```



### GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

Invoice        004348883
Invoice Date   12/29/11  Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N720VX     CR 4343899
MYRTLE BEACH SC 29577                   TCK#177671 Wrong Cust
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3816721.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -2735 | -2735.0 | -8563.01 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -1735 | -1735.0 | -121.45 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -8764.46 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -2735.0 | -21.88 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -2735.0 | -667.34 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -9437.03 | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | -2735.0 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -2735.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2735.0 | -5.22 |
| | | Invoice Total  - Credited to your Account | | | | -9,458.90 |

*** COD ***

Emergency Contact: Y                    000-000-0000

```
*****************************************
*    *** C O N F I D E N T I A L ***    *
*     ORIGINAL INVOICE (NOT A COPY)     *
*****************************************
     1-734-663-6466      1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
***************************************************************************
*  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
*  reports or credit card remittance summaries via US mail or fax, please contact  *
*  us at 800-521-4106 immediately to change to our website or email system as mail *
*  and fax will be phased out by year end.                                         *
***************************************************************************
```



GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                        · Invoice

                                          Invoice      004348884
                                          Invoice Date   12/29/11  Ship Date 12/23/11

        Bill To Number      Ship To Number      Cust.P.O.#        BL #    Terr./Sales
        DALLC               DALLCIAG                                      31    31


        DIRECT AIR LLC                          DIRECT AIR LLC-IAG
        1600 OAK ST  SUITE B                    AC#N231US     CR 4343900
        MYRTLE BEACH SC 29577                   TCK#177673 Wrong Cust
                                                NIAGARA FALLS NY 00001

        Shipped Via CUST TRANSPORT      Order Number 3816722.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -1647 | -1647.0 | -5156.59 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -647 | -647.0 | -45.29 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -5281.88 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -1647.0 | -13.18 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -1647.0 | -401.87 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -5686.90 | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | -1647.0 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -1647.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -1647.0 | -3.15 |
| | | Invoice Total  - Credited to your Account | | | | -5,700.08 |


                              *** COD ***


        Emergency Contact: Y                  000-000-0000

                    **************************************
                    *  *** C O N F I D E N T I A L *** *
                    *   ORIGINAL INVOICE (NOT A COPY)  *
                    **************************************
                    1-734-663-6466    1-800-521-4106

                IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
        DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

        LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
        ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

        ************************************************************************************
        * If you are receiving invoices, statements, EFT notices, contract fuel activity  *
        * reports or credit card remittance summaries via US mail or fax, please contact  *
        * us at 800-521-4106 immediately to change to our website or email system as mail *
        * and fax will be phased out by year end.                                         *
        ************************************************************************************



## GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

Invoice          004348885
Invoice Date     12/29/11  Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                          DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                    AC#N733MA      CR 4343901
MYRTLE BEACH SC 29577                   TCK#177674 Wrong Cust
                                        NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT      Order Number 3816723.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -2395 | -2395.0 | -7498.51 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -1395 | -1395.0 | -97.65 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -7676.16 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | -2395.0 | -19.16 |
| KERO | | FEDERAL KEROSENE & LUST TAX | $0.24400 | | -2395.0 | -584.38 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | 0.00000% | | -2395.0 | 0.00 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | $0.00000 | | -8265.11 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -2395.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2395.0 | -4.57 |
| | | Invoice Total - Credited to your Account | | | | -8,284.27 |

*** COD ***

Emergency Contact: Y                        000-000-0000

```
****************************************
*   *** C O N F I D E N T I A L *** *
*   ORIGINAL INVOICE (NOT A COPY)  *
****************************************
   1-734-663-6466     1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
*********************************************************************
* If you are receiving invoices, statements, EFT notices, contract fuel activity *
* reports or credit card remittance summaries via US mail or fax, please contact *
* us at 800-521-4106 immediately to change to our website or email system as mail *
* and fax will be phased out by year end.                             *
*********************************************************************
```



GLOBAL PROVIDER OF AVIATION FUEL AND SERVICES

AVFUEL CORPORATION                                    Invoice

Invoice          004348886
Invoice Date    12/29/11   Ship Date 12/23/11

| Bill To Number | Ship To Number | Cust.P.O.# | BL # | Terr./Sales |
|---|---|---|---|---|
| DALLC | DALLCIAG | | | 31    31 |

DIRECT AIR LLC                         DIRECT AIR LLC-IAG
1600 OAK ST  SUITE B                   AC#N720VX      CR 4343902
MYRTLE BEACH SC 29577                  TCK#177675 Wrong Cust
                                       NIAGARA FALLS NY 00001

Shipped Via CUST TRANSPORT        Order Number 3816724.00

| Product No. | | Description | Price | Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| ACUJ | 00 | JET FUEL | $3.13090 | -2924 | -2924.0 | -9154.75 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.07000 | -1924 | -1924.0 | -134.68 |
| 99INIAG | 00 | INTOPLANE - IAG | $0.08000 | -1000 | -1000.0 | -80.00 |
| | | Sub-Total | | | | -9369.43 |
| FTIAGK | | FUEL FREIGHT SURCHARGE @ IA | $0.00800 | | | |
| KERO | | FEDERAL KEROSENE & LUST TAX | | | -2924.0 | -23.39 |
| NY03X | | NY SALES TAX EXEMPT - FUEL | $0.24400 | | -2924.0 | -713.46 |
| NYJXAL | | NY MOTOR FUEL TAX EXEMPT A/ | 0.00000% | | -10088.47 | 0.00 |
| NYPBTX | | NY PETRO BUSINESS TAX EXEMP | $0.00000 | | -2924.0 | 0.00 |
| SUP | | SUPERFUND/OIL SPILL FEE | $0.00191 | | -2924.0 | -5.58 |
| | | Invoice Total  - Credited to your Account | | | | -10,111.86 |

*** COD ***

Emergency Contact: Y                        000-000-0000

```
**************************************
*   *** C O N F I D E N T I A L *** *
*    ORIGINAL INVOICE (NOT A COPY)  *
**************************************
     1-734-663-6466    1-800-521-4106
```

IF NOT PAYING BY EFT, PLEASE REMIT PAYMENT TO:
DEPT. 135-01 AVFUEL CORPORATION, P.O. BOX 67000, DETROIT, MI 48267-0135

LATE PAYMENT PENALTIES IN THE MAXIMUM AMOUNT PERMITTED BY STATUTE WILL BE CHARGED
ALLOW FOR MAIL TIME FOR RECEIPT OF PAYMENT REFERENCE INVOICE NUMBER ON PAYMENT

```
**********************************************************************************
*  If you are receiving invoices, statements, EFT notices, contract fuel activity  *
*  reports or credit card remittance summaries via US mail or fax, please contact  *
*  us at 800-521-4106 immediately to change to our website or email system as mail *
*  and fax will be phased out by year end.                                         *
**********************************************************************************
```

# EXHIBIT E

**Southern Sky Air & Tours, LLC d/b/a Direct Air**
Preference Analysis: All checks and wires cleared from (12/22/11) through (03/20/12)
Chapter 11: Case No. 12-40944 (MSH)

| Vendor/Payee | Bank | Account # | Check # | Amount | Check Date | Cleared Bank | Invoice # | Invoice Amount | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| Avfuel Corporation | Crescent Bank | xxxxx0512 | Wire | $ 20,000.00 | 12/22/11 | 12/22/11 | | | |
| Avfuel Corporation | Crescent Bank | xxxxx0512 | Wire | $ 20,000.00 | 12/27/11 | 12/27/11 | | | |
| Avfuel Corporation | Horry County State Bank | xxxxx6106 | Debit | 21,566.40 | 01/09/12 | 01/09/12 | | | |
| Grand Total | | | | $ 61,566.40 | | | | $ | |

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
991 38th Ave N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $20,000.00     Fee: $

☒ Domestic Wire    ☐ International Wire    (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577

Phone Number: 843-916-9700

Driver's License No., State, Issue Date, Expiration Date:

Date: 12/22/11  Time:     AM / PM

Account Number to be Debited: 0159000512

Account Type: CHECKING

Customer Callback:    ☒ Yes    ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:

Bank Name:

Bank Address:

Phone Number:

Contact Name:

### BENEFICIARY BANK DATA

ABA Routing Number: 072-000-096

Bank Name: Comerica Bank, N.A.

Bank Address: 500 Woodward Avenue, Detroit, MI 48226

MNBD-US 33

Phone Number: 800-634-4418

Contact Name:

Swift Code (if applicable):

Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: AVFUEL Corporation

Beneficiary's Address: 201 Hangar Road, Avoca, PA 18641-2229

IAG

Account Number: 1076-123015

Special Instructions: To cover fuel in

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: _Kay D. Ellison_     Date of Request: 12/22/11

### BANK USE ONLY

Branch Representative's Name:

Wire Dept: _Ellison_   Date/Time: 12/22/11  8:40   ☒ OFAC   ☐ TMS   ☐ CON   ☐ ANL

1-2

12.22.11 10:00

Crescent Bank Wire/Funds Transfer Payment Order
Funds Transfer Agreement & Authorization
01/07/08

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
_Emily Holly_
Signature
6-13-12
Date

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
991·38ᵗʰ Ave·N
MYRTLE BEACH, SC 29577

Dollar Amount of Wire: $20,000.00          Fee: $ 22.00

☒ Domestic Wire      ☐ International Wire      (Note: Transfers in the amount of $3,000 or more may require additional recordkeeping.)

| REQUESTER/ORIGINATOR DATA |
|---|

Sender's Name: SOUTHERN SKY AIR &TOURS          Date: 12/22/11  Time⁻   AM / PM

Address:  1600 OAK ST NORTH          Account Number to be Debited: 0159000512

MYRTLE BEACH, SC 29577          Account Type: CHECKING

Phone Number: 843-916-9700          Customer Callback:          ☒ Yes      ☐ No

Driver's License No., State, Issue Date, Expiration Date:          Contact Name (if different than sender): MARY AVANT-BALDWIN

| INTERMEDIARY BANK DATA (if required) |
|---|

ABA Routing Number:          Phone Number:

Bank Name:          Contact Name.

Bank Address:

| BENEFICIARY BANK DATA |
|---|

ABA Routing Number:072-000-096          Phone Number: 800-534-4416

Bank Name: Comerica Bank, N.A.          Contact Name:

Bank Address: 500 Woodward Avenue, Detroit, MI 48226          Swift Code (if applicable):

MNBD US 33

Bank Code (if applicable):

| BENEFICIARY DATA |
|---|

Beneficiary's Name. AVFUEL Corporation          Account Number: 1076-123015

Beneficiary's Address: 201 Hangar Road, Avoca, PA 18641-2229          Special Instructions: To cover fuel in

IAG

| CUSTOMER APPROVAL |
|---|

The undersigned originator requests payment to be made to the beneficiary or account number named above. To the extent not prohibited by law, the undersigned agrees that this wire transfer is·irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer  The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature: Kay D Ellison          Date of Request: 12/22/11

| BANK USE ONLY |
|---|

Branch Representative's Name⁻          Branch Name & Number:  MB 01

Wire Dept: _____          Date/Time: _____          ☐ OFAC   ☐ TMS   ☐ CON   ☐ ANL

Crescent Bank Wire/Funds Transfer Payment Order          WIRE-TR-LAZ
Funds Transfer Agreement & Authorization          FTAA-LAZ
01/07/08          Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Holley
Signature
6·13·12
Date

**Wire/Funds Transfer Payment Order**
**Funds Transfer Agreement and Authorization**

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577

Dollar Amount of Wire: $20,000.00          Fee: $ 22.00

☒ Domestic Wire      ☐ International Wire      (Note. Transfers in the amount of $3,000 or more may require additional recordkeeping )

### REQUESTER/ORIGINATOR DATA

Sender's Name: SOUTHERN SKY AIR & TOURS          Date: 12/27/11   Time:      AM / PM

Address: 1600 OAK ST NORTH

MYRTLE BEACH, SC 29577          Account Number to be Debited: 0159000512

Phone Number: 843-916-9700          Account Type: CHECKING

Driver's License No., State, Issue Date, Expiration Date:          Customer Callback.          ☒ Yes   ☐ No

Contact Name (if different than sender): MARY AVANT-BALDWIN

### INTERMEDIARY BANK DATA (if required)

ABA Routing Number:          Phone Number:

Bank Name:          Contact Name:

Bank Address:

### BENEFICIARY BANK DATA

ABA Routing Number: 072-000-096          Phone Number: 800-634-4418

Bank Name: Comerica Bank, N.A.          Contact Name:

Bank Address: 500 Woodward Avenue, Detroit, MI 48226          Swift Code (if applicable):

MNBD US 33

Bank Code (if applicable):

### BENEFICIARY DATA

Beneficiary's Name: AVFUEL Corporation          Account Number: 1076-123015

Beneficiary's Address, 201 Hangar Road, Avoca, PA 18641-2229          Special Instructions: To cover fuel in

IAG

### CUSTOMER APPROVAL

The undersigned originator requests payment to be made to the beneficiary or account number named above.  To the extent not prohibited by law, the undersigned agrees that this wire transfer is irrevocable and that the sole obligation of the bank is to exercise extraordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer. The undersigned originator also authorizes the bank to transfer funds as set forth in the instructions noted herein (including debiting originator's account if applicable), and agrees that such transfer of funds is subject to the bank's standard transfer agreement (see page two) and any applicable fees.

Customer's Signature          Date of Request: 12/27/11

### BANK USE ONLY

Branch Representative's Name:          Branch Name & Number: MB01

Wire Dept          Date/Time          ☒ OFAC   ☐ TMS   ☐ CON   ☐ ANL

Crescent Bank
A Division of CresCom Bank
991 38th Ave N
Myrtle Beach, SC 29577          12-27-11
-357          MKS 12/27/11

WIRE-TR-LAZ
FTAA-LAZ
Page 1 of 2

CERTIFIED TRUE COPY OF THE ORIGINAL
Emily Hollis
Signature
6-13-12
Date



Date  1/31/12                    Page    5

SOUTHERN SKY AIR & TOURS LLC
DBA MYRTLE BEACH DIRECT AIR & TOURS
1600 N OAK STREET SUITE B
MYRTLE BEACH SC 29577


COMMERCIAL ANALYSIS              @XXXXXXXXXXX@106   (Continued)

                    *-*-* CHECKS AND OTHER DEBITS *-*-*

Date        Description                          Amount        Refe
1/04

1/04
1/05

1/09        WIRE TRANSFER DEBIT                21,566.40-
            AVFUEL CORPORATION
            072000096
            1076-12-3015
            201 HAGAR RD
            AVOCA PA 18641-2229
            COMERICA BK
            LIVONIA                      MI
            RE:FUEL INVOICES
1/09
1/10

1/10
1/10

1/13
1/25

1/25
1/31