UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation of Settlement (Re: Complaint to Avoid and Recover Preferential Transfers);

2. Motion to Approve Stipulation of Settlement (Re: Complaint to Avoid and Recover Preferential Transfers to Miami Air International, Inc. a/k/a Miami Airlines), with proposed Order; and

3. Motion to Limit Notice (Re: Stipulation of Settlement (Re: Complaint to Avoid and Recover Preferential Transfers)) (Re: Motion to Approve Stipulation of Settlement (Re: Complaint to Avoid and Recover Preferential Transfers to Miami Air International, Inc. a/k/a Miami Airlines)), with proposed Order.

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax: 508.898.1502
Email: goneil@mirickoconnell.com

Dated: September 19, 2014

{Practice Areas/CORP/15008/14190/A2679295.DOC} (query)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

{Practice Areas/CORP/15008/14190/A2679295.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank Corporation/NOA)
**VIA ECF**

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American Express Travel Related Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr., Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant Services, LLC)
**VIA ECF**

Jeffrey D. Sternklar, Esq.
Duane Morris, LLP
100 High Street
24th Floor
Boston, MA 02110
(Counsel to Valley National Bank)
**VIA ECF**

Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
Suite 1800
1037 Raymond Boulevard
Newark, NJ 07102-5429
(Counsel to Valley National Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

{Practice Areas/CORP/15008/14190/A2679295.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Stanley Ellison
P. O. Box 70318
Myrtle Beach, SC 29572
(Equity Security Holder)

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>3975 Johns Creek Court, Suite 100A<br>Suwanee, GA 30024<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |

{Practice Areas/CORP/15008/14190/A2679295.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |
| Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE, Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities) |
| Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Flr<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) | Elias Correa, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Counsel for Miami Air International, Inc. aka Miami Airlines) | Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** |
| Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel to Judy Tull)<br>**VIA ECF** | James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF** |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
418 Main St., 4th Floor
Worcester, MA 01608
(Counsel to Beechwood Lakeland Hotel)
**VIA ECF**

Carl D. Aframe, Esq.
Aframe & Barnhill
390 Main Street
Suite 901
Worcester, MA 01608
(Counsel to Quickflight, Inc./Interested Party)
**VIA ECF**

{Practice Areas/CORP/15008/14190/A2679295.DOC}