

09/24/2014 ALLOWED. COUNSEL FOR KAY AND STANLEY ELLISON IS TO CONTACT THE FINANCIAL ADMINISTRATOR AT 617-748-6611 WITHIN 14 DAYS OF THE DATE OF THIS ORDER, TO ARRANGE FOR RETURN OF OR CREDIT FOR THE FILING FEE PAID IN THE MAIN CASE IN ERROR.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**  **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**  Debtor. | **Chapter 7**  **Case No. 12-40944-MSH** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**  Plaintiff,  v.  **JUDY TULL and KAY ELLISON, And EDWARD WARNECK and STANLEY MARSHALL ELLISON**  Defendants. | |

þÿ
**MOTION OF INTERESTED PARTIES KAY D. ELLISON AND STANLEY MARSHALL ELLISON TO DISGORGE ERRONEOUSLY PAID FILING FEES WITH REGARD TO MOTIONS FILED BY CLERICAL ERROR IN CASE IN CHIEF AND SUBSEQUENTLY FILED IN ADVERSARY PROCEEDINGS IN WHICH KAY D. ELLISON AND STANLEY MARSHALL ELLISON WERE PARTIES**
þÿ

Now come the parties in interest Kay D. Ellison and Stanley Marshall Ellison, by and through the undersigned counsel, James R. Sheatsley, admitted by order pro hac vice and respectfully move the Court for disgorgement and reimbursement of erroneously paid filing fees. In support thereof, Kay D. Ellison and Stanley Marshall Ellison (hereinafter referred to as the Ellisons) respectfully represent as follows:

1. On or about March 13, 2014 Joseph H. Baldiga the Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC dba Direct Air, hereinafter referred to as the Debtor, filed Adversary Proceeding 14-04024 (naming Kay D. Ellison as a Defendant) and Adversary Proceeding 14-04026 (naming Stanley Marshall Ellison as a Defendant).