United States Bankruptcy Court
District of Massachusetts

In re:                                                                  Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4         User: lladue              Page 1 of 3           Date Rcvd: Oct 20, 2014
                             Form ID: pdf012           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2014.
db         +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
             Myrtle Beach, SC 29577-3525
cr         +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2014 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com

```
District/off: 0101-4          User: lladue              Page 2 of 3              Date Rcvd: Oct 20, 2014
                              Form ID: pdf012           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
           Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
           grhaworth@duanemorris.com,    tjsantorelli@duanemorris.com
          James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
           Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
           Desk ehrhard@ehrhardlaw.com,    cote@ehrhardlaw.com
          James R. Sheatsley    on behalf of Interested Party Marshall    Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Interested Party Kay    Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Defendant Kay    Ellison jsheatsley@suddenlinkmail.com
          Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
           jdsternklar@duanemorris.com,    jdsternklar@yahoo.com,    mmmilne@duanemorris.com
          Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           jmurphy@mirickoconnell.com,    mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
           jburwood@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
          Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Kay    Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Marshall    Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Kay    Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Special Counsel Robert    Dees jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
           kmcgee@sederlaw.com
          Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
           jspagnoli@pbl.com
          Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com,
           khall@foley.com
          Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
           nicole.caprioli@state.ma.us
          Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC
           pbilowz@goulstonstorrs.com
          Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com

```
District/off: 0101-4          User: lladue              Page 3 of 3             Date Rcvd: Oct 20, 2014
                              Form ID: pdf012          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
         Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
         Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
         Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                                                             TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Complaint to Avoid and Recover Preferential Transfers to Miami Air
International, Inc. a/k/a Miami Airlines)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on September 19, 2014, for an order approving the Stipulation of Settlement with Miami Air International, Inc. a/k/a Miami Airlines; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A. The Motion is allowed; and

B. The Stipulation of Settlement (Re: Complaint to Avoid and Recover Preferential Transfers) is approved.

Dated:  October 20, 2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2679038.DOC}