```
                             United States Bankruptcy Court
                                District of Massachusetts
In re:                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0101-4          User: lladue              Page 1 of 3          Date Rcvd: Oct 28, 2014
                              Form ID: pdf012           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2014.
db             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
                 Myrtle Beach, SC 29577-3525
cr             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
          Alan L. Braunstein   on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein   on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein   on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,   ahall@riemerlaw.com
          Alan L. Braunstein   on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
           bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
          Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
           graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
          Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
          David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
          David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
          David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
          David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
          George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
           Sanford International Airport george.shuster@wilmerhale.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
```

```
District/off: 0101-4          User: lladue                Page 2 of 3                   Date Rcvd: Oct 28, 2014
                              Form ID: pdf012             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
          Gregory R. Haworth   on behalf of Interested Party   Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
          James P. Ehrhard   on behalf of Defendant   Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
          James R. Sheatsley   on behalf of Interested Party Marshall   Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Interested Party Kay   Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Defendant Kay   Ellison jsheatsley@suddenlinkmail.com
          Jeffrey D. Sternklar   on behalf of Interested Party   Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com; mmmilne@duanemorris.com
          Jessica E. Murphy   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jonathan C. Burwood   on behalf of Creditor   Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
          Joseph B. Collins   on behalf of Defendant Judy   Tull jcollins@hendelcollins.com, smello@hendelcollins.com
          Joseph B. Collins   on behalf of Interested Party Kay   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
          Joseph B. Collins   on behalf of Interested Party Marshall   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
          Joseph B. Collins   on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
          Joseph B. Collins   on behalf of Defendant Kay   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
          Joseph H. Baldiga   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga   jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Special Counsel Robert   Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
          Kevin C. McGee   on behalf of Creditor   American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com
          Laura Otenti   on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
          Lawrence M. Kraus   on behalf of Creditor   Horry County Department of Airports lkraus@foley.com, khall@foley.com
          Michael J. Pappone   on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us
          Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard King   USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King   on behalf of Assistant U.S. Trustee Richard   King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com

```
District/off: 0101-4          User: lladue              Page 3 of 3                Date Rcvd: Oct 28, 2014
                              Form ID: pdf012           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
         Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
         Ronald T. Bevans    on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
         Timothy T Brock    on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         Timothy T Brock    on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
         William R. Moorman, Jr.    on behalf of Creditor   Radixx Solutions International, Inc. wmoorman@psh.com

         TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Stipulation of Settlement (Re: Complaint to Avoid and Recover Transfers))
(Re: Motion to Approve Stipulation of Settlement (Re: Complaint to Avoid and Recover Transfers and for Return of Estate Property))
(Re: Avfuel Corporation)

Upon the motion dated October 28, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the (I) Stipulation of Settlement (Re: Complaint to Avoid and Recover Transfers and for Return of Estate Property) (the "Settlement Agreement") and (II) Motion to Approve Stipulation of Settlement (Re: Complaint to Avoid and Recover Transfers and for Return of Estate Property) (Avfuel Corporation) (the "Approval Motion"; together with the Settlement Agreement, the "Avfuel Settlement Pleadings"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

{Practice Areas/CORP/15008/14190/A2721501.DOC}

    b. The Trustee may limit notice of the Avfuel Settlement Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Settlement Agreement.

Dated:   October 28, 2014

*/s/ Melvin S. Hoffman*
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2721501.DOC}