# EXHIBIT A

| Additional Claimant | Amount of Claim Asserted | Amount of Proposed Re-Distribution (17.56369%) |
|---|---|---|
| Kristine and Lyle Underwood | $99.90 | $17.55 |
| FC USA, Inc. d/b/a Liberty Travel | $2,642.50 | $464.10 |
| Micah Kistler | $392.60 | $68.95 |
| Jennifer Jones | $512.25 | $89.97 |
| **Total Amount of Claims Asserted by Additional Claimants** | $3,647.25 | |
| **Total Remaining Charter Participant Claim Funds** | | $640.57 |

# EXHIBIT B

| Charter Participant Claimant | Amount of Claim Asserted | Proposed Treatment of Claim |
|---|---|---|
| Heather Daniel | $376.00 | Disallowed in Full |
| Mark Humby | $345.27 | Disallowed in Full |
| Donald Ruppert | $530.80 | Disallowed in Full |