# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING STIPULATION OF SETTLEMENT WITH ROBERT KEILMAN AND MAUREEN KEILMAN
(Re: Adversary Proceeding No. 14-04023)

Upon the Motion to Approve Stipulation of Settlement with Robert Keilman (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on October 23, 2014, seeking an order approving the Stipulation of Settlement with Robert Keilman and Maureen Keilman; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement with Robert Keilman and Maureen Keilman (Re: Adversary Proceeding No. 14-04023), is approved.

Dated: 11/19/2014

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2664713.DOC[Ver:3]}