# EXHIBIT G

| UserDefined2 | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description | Description |
|---|---|---|---|---|---|---|---|
| 0001 | 011 | 22.10 | 8894.50 | 22.10 | 8894.50 | | John O. Mirick |
| 0001 | 070 | 1.00 | 190.00 | 1.00 | 190.00 | | Laura A. Keeler |
| 0001 | 139 | 244.30 | 93996.50 | 244.30 | 93996.50 | | Joseph H. Baldiga |
| 0001 | 152 | 1.30 | 481.50 | 1.30 | 481.50 | | Paul W. Carey |
| 0001 | 162 | 9.80 | 3670.00 | 9.80 | 3670.00 | | Robert B. Gibbons |
| 0001 | 166 | .20 | 74.00 | .20 | 74.00 | | Christine E. Devine |
| 0001 | 255 | 78.30 | 14872.00 | 78.30 | 14872.00 | | Cori B. O'Rourke |
| 0001 | 274 | 21.40 | 3898.00 | 21.40 | 3898.00 | | Kimberly M. DelleChiaie |
| 0001 | 281 | 645.50 | 164057.50 | 645.50 | 164057.50 | | Jessica E. Murphy |
| 0001 | 290 | 180.60 | 44246.00 | 180.60 | 44246.00 | | Gina B. O'Neil |
| 0001 | 304 | .60 | 126.00 | .60 | 126.00 | | Matthew R. Fisher |
| 0001 | 325 | 4.60 | 874.00 | 4.60 | 874.00 | | Kate Foley |
| 0001 | 343 | 3.00 | 555.00 | 3.00 | 555.00 | | Brian M. Casaceli |
| Subtotal 0001 | | 1212.70 | 335935.00 | 1212.70 | 335935.00 | | |
| | | | | | | | |
| 0002 | 139 | 4.60 | 1748.00 | 4.60 | 1748.00 | | Joseph H. Baldiga |
| 0002 | 152 | 3.60 | 1296.00 | 3.60 | 1296.00 | | Paul W. Carey |
| 0002 | 281 | 1.20 | 294.00 | 1.20 | 294.00 | | Jessica E. Murphy |
| 0002 | 290 | 2.50 | 609.00 | 2.50 | 609.00 | | Gina B. O'Neil |
| 0002 | 304 | 6.60 | 1389.00 | 6.60 | 1389.00 | | Matthew R. Fisher |
| Subtotal 0002 | | 18.50 | 5336.00 | 18.50 | 5336.00 | | |
| | | | | | | | |
| 0003 | 139 | 46.30 | 17941.50 | 46.30 | 17941.50 | | Joseph H. Baldiga |
| 0003 | 274 | 7.90 | 1478.50 | 7.90 | 1478.50 | | Kimberly M. DelleChiaie |
| 0003 | 290 | 37.80 | 9638.00 | 37.80 | 9638.00 | | Gina B. O'Neil |
| Subtotal 0003 | | 92.00 | 29058.00 | 92.00 | 29058.00 | | |
| | | | | | | | |
| 0004 | 011 | 1.20 | 480.00 | 1.20 | 480.00 | | John O. Mirick |
| 0004 | 139 | 10.30 | 3984.00 | 10.30 | 3984.00 | | Joseph H. Baldiga |
| 0004 | 231 | 7.40 | 2487.00 | 7.40 | 2487.00 | | Kenneth C. Pickering |
| 0004 | 255 | .60 | 114.00 | .60 | 114.00 | | Cori B. O'Rourke |
| 0004 | 274 | 1.80 | 324.00 | 1.80 | 324.00 | | Kimberly M. DelleChiaie |
| 0004 | 281 | 8.40 | 2152.00 | 8.40 | 2152.00 | | Jessica E. Murphy |
| 0004 | 290 | 5.00 | 1222.00 | 5.00 | 1222.00 | | Gina B. O'Neil |
| 0004 | 340 | 1.30 | 266.50 | 1.30 | 266.50 | | Ian C. Hohmeister |
| Subtotal 0004 | | 36.00 | 11029.50 | 36.00 | 11029.50 | | |
| | | | | | | | |
| 0005 | 139 | 5.60 | 2156.00 | 5.60 | 2156.00 | | Joseph H. Baldiga |
| 0005 | 162 | .30 | 108.00 | .30 | 108.00 | | Robert B. Gibbons |
| 0005 | 281 | .20 | 49.00 | .20 | 49.00 | | Jessica E. Murphy |
| 0005 | 290 | 24.00 | 5880.00 | 24.00 | 5880.00 | | Gina B. O'Neil |
| Subtotal 0005 | | 30.10 | 8193.00 | 30.10 | 8193.00 | | |
| | | | | | | | |
| 0006 | 139 | 1.30 | 507.00 | 1.30 | 507.00 | | Joseph H. Baldiga |
| 0006 | 274 | 6.70 | 1239.50 | 6.70 | 1239.50 | | Kimberly M. DelleChiaie |
| 0006 | 290 | 9.80 | 2500.00 | 9.80 | 2500.00 | | Gina B. O'Neil |
| Subtotal 0006 | | 17.80 | 4246.50 | 17.80 | 4246.50 | | |
| | | | | | | | |
| 0007 | 139 | 1.20 | 468.00 | 1.20 | 468.00 | | Joseph H. Baldiga |
| 0007 | 255 | .40 | 76.00 | .40 | 76.00 | | Cori B. O'Rourke |
| 0007 | 274 | 7.80 | 1444.00 | 7.80 | 1444.00 | | Kimberly M. DelleChiaie |
| 0007 | 290 | 11.30 | 2881.50 | 11.30 | 2881.50 | | Gina B. O'Neil |
| Subtotal 0007 | | 20.70 | 4869.50 | 20.70 | 4869.50 | | |
| | | | | | | | |
| 0008 | 139 | .30 | 117.00 | .30 | 117.00 | | Joseph H. Baldiga |
| 0008 | 281 | .40 | 102.00 | .40 | 102.00 | | Jessica E. Murphy |
| 0008 | 290 | 3.20 | 816.00 | 3.20 | 816.00 | | Gina B. O'Neil |
| Subtotal 0008 | | 3.90 | 1035.00 | 3.90 | 1035.00 | | |

| UserDefined2 | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description | Description |
|---|---|---|---|---|---|---|---|
| 0009 | 139 | 11.90 | 4658.00 | 11.90 | 4658.00 | | Joseph H. Baldiga |
| 0009 | 152 | .60 | 225.00 | .60 | 225.00 | | Paul W. Carey |
| 0009 | 274 | 12.40 | 2341.00 | 12.40 | 2341.00 | | Kimberly M. DelleChiaie |
| 0009 | 281 | 5.70 | 1453.50 | 5.70 | 1453.50 | | Jessica E. Murphy |
| 0009 | 290 | 48.40 | 12465.00 | 48.40 | 12465.00 | | Gina B. O'Neil |
| Subtotal 0009 | | 79.00 | 21142.50 | 79.00 | 21142.50 | | |
| 0010 | 139 | .70 | 274.00 | .70 | 274.00 | | Joseph H. Baldiga |
| 0010 | 274 | 6.80 | 1258.00 | 6.80 | 1258.00 | | Kimberly M. DelleChiaie |
| 0010 | 290 | 6.80 | 1730.00 | 6.80 | 1730.00 | | Gina B. O'Neil |
| Subtotal 0010 | | 14.30 | 3262.00 | 14.30 | 3262.00 | | |
| 0011 | 139 | 17.10 | 6711.50 | 17.10 | 6711.50 | | Joseph H. Baldiga |
| 0011 | 162 | .70 | 269.50 | .70 | 269.50 | | Robert B. Gibbons |
| 0011 | 274 | 6.50 | 1222.50 | 6.50 | 1222.50 | | Kimberly M. DelleChiaie |
| 0011 | 281 | 29.00 | 7595.00 | 29.00 | 7595.00 | | Jessica E. Murphy |
| 0011 | 290 | 71.00 | 18219.00 | 71.00 | 18219.00 | | Gina B. O'Neil |
| 0011 | 304 | .10 | 23.00 | .10 | 23.00 | | Matthew R. Fisher |
| 0011 | 325 | 2.50 | 550.00 | 2.50 | 550.00 | | Kate Foley |
| Subtotal 0011 | | 126.90 | 34590.50 | 126.90 | 34590.50 | | |
| 0012 | 139 | .50 | 195.00 | .50 | 195.00 | | Joseph H. Baldiga |
| 0012 | 274 | 5.20 | 962.00 | 5.20 | 962.00 | | Kimberly M. DelleChiaie |
| 0012 | 290 | 8.70 | 2218.50 | 8.70 | 2218.50 | | Gina B. O'Neil |
| Subtotal 0012 | | 14.40 | 3375.50 | 14.40 | 3375.50 | | |
| 0013 | 139 | 2.40 | 936.00 | 2.40 | 936.00 | | Joseph H. Baldiga |
| 0013 | 162 | 1.90 | 712.50 | 1.90 | 712.50 | | Robert B. Gibbons |
| 0013 | 255 | 2.10 | 399.00 | 2.10 | 399.00 | | Cori B. O'Rourke |
| 0013 | 274 | 4.70 | 869.50 | 4.70 | 869.50 | | Kimberly M. DelleChiaie |
| 0013 | 281 | 50.20 | 12801.00 | 50.20 | 12801.00 | | Jessica E. Murphy |
| 0013 | 290 | 18.40 | 4692.00 | 18.40 | 4692.00 | | Gina B. O'Neil |
| 0013 | 337 | 2.10 | 462.00 | 2.10 | 462.00 | | Amanda M. Baer |
| Subtotal 0013 | | 81.80 | 20872.00 | 81.80 | 20872.00 | | |
| 0014 | 139 | 1.60 | 624.00 | 1.60 | 624.00 | | Joseph H. Baldiga |
| 0014 | 274 | 10.30 | 1905.50 | 10.30 | 1905.50 | | Kimberly M. DelleChiaie |
| 0014 | 290 | 24.90 | 6349.50 | 24.90 | 6349.50 | | Gina B. O'Neil |
| Subtotal 0014 | | 36.80 | 8879.00 | 36.80 | 8879.00 | | |
| 0015 | 139 | 56.90 | 22359.00 | 56.90 | 22359.00 | | Joseph H. Baldiga |
| 0015 | 162 | .40 | 150.00 | .40 | 150.00 | | Robert B. Gibbons |
| 0015 | 166 | .20 | 77.00 | .20 | 77.00 | | Christine E. Devine |
| 0015 | 255 | 6.00 | 1140.00 | 6.00 | 1140.00 | | Cori B. O'Rourke |
| 0015 | 274 | 7.10 | 1350.50 | 7.10 | 1350.50 | | Kimberly M. DelleChiaie |
| 0015 | 281 | 68.80 | 17884.00 | 68.80 | 17884.00 | | Jessica E. Murphy |
| 0015 | 290 | 17.50 | 4495.50 | 17.50 | 4495.50 | | Gina B. O'Neil |
| 0015 | 315 | .40 | 92.00 | .40 | 92.00 | | Jason J. Port |
| 0015 | 325 | 1.90 | 418.00 | 1.90 | 418.00 | | Kate Foley |
| 0015 | 349 | 1.60 | 560.00 | 1.60 | 560.00 | | Allen Falke |
| Subtotal 0015 | | 160.80 | 48526.00 | 160.80 | 48526.00 | | |
| 0016 | 139 | 1.10 | 429.00 | 1.10 | 429.00 | | Joseph H. Baldiga |
| 0016 | 274 | 4.60 | 851.00 | 4.60 | 851.00 | | Kimberly M. DelleChiaie |
| 0016 | 281 | .40 | 102.00 | .40 | 102.00 | | Jessica E. Murphy |
| 0016 | 290 | 15.80 | 4005.00 | 15.80 | 4005.00 | | Gina B. O'Neil |
| Subtotal 0016 | | 21.90 | 5387.00 | 21.90 | 5387.00 | | |

| UserDefined2 | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description | Description |
|---|---|---|---|---|---|---|---|
| 0017 | 274 | 5.20 | 962.00 | 5.20 | 962.00 | | Kimberly M. DelleChiaie |
| 0017 | 290 | 4.70 | 1196.50 | 4.70 | 1196.50 | | Gina B. O'Neil |
| Subtotal 0017 | | 9.90 | 2158.50 | 9.90 | 2158.50 | | |
| | | | | | | | |
| 0018 | 139 | .40 | 156.00 | .40 | 156.00 | | Joseph H. Baldiga |
| 0018 | 274 | 4.80 | 888.00 | 4.80 | 888.00 | | Kimberly M. DelleChiaie |
| 0018 | 290 | 4.80 | 1224.00 | 4.80 | 1224.00 | | Gina B. O'Neil |
| Subtotal 0018 | | 10.00 | 2268.00 | 10.00 | 2268.00 | | |
| | | | | | | | |
| 0019 | 139 | 8.50 | 3315.00 | 8.50 | 3315.00 | | Joseph H. Baldiga |
| 0019 | 162 | .20 | 75.00 | .20 | 75.00 | | Robert B. Gibbons |
| 0019 | 274 | 4.80 | 888.00 | 4.80 | 888.00 | | Kimberly M. DelleChiaie |
| 0019 | 281 | 23.10 | 5890.50 | 23.10 | 5890.50 | | Jessica E. Murphy |
| 0019 | 290 | 2.10 | 535.50 | 2.10 | 535.50 | | Gina B. O'Neil |
| Subtotal 0019 | | 38.70 | 10704.00 | 38.70 | 10704.00 | | |
| | | | | | | | |
| 0020 | 139 | .90 | 351.00 | .90 | 351.00 | | Joseph H. Baldiga |
| 0020 | 274 | 7.90 | 1464.50 | 7.90 | 1464.50 | | Kimberly M. DelleChiaie |
| 0020 | 290 | 14.80 | 3774.00 | 14.80 | 3774.00 | | Gina B. O'Neil |
| Subtotal 0020 | | 23.60 | 5589.50 | 23.60 | 5589.50 | | |
| | | | | | | | |
| 0021 | 139 | 3.50 | 1365.00 | 3.50 | 1365.00 | | Joseph H. Baldiga |
| 0021 | 255 | 3.70 | 703.00 | 3.70 | 703.00 | | Cori B. O'Rourke |
| 0021 | 274 | 4.30 | 798.50 | 4.30 | 798.50 | | Kimberly M. DelleChiaie |
| 0021 | 281 | 15.20 | 3876.00 | 15.20 | 3876.00 | | Jessica E. Murphy |
| 0021 | 290 | .90 | 229.50 | .90 | 229.50 | | Gina B. O'Neil |
| Subtotal 0021 | | 27.60 | 6972.00 | 27.60 | 6972.00 | | |
| | | | | | | | |
| 0022 | 139 | 7.40 | 2891.00 | 7.40 | 2891.00 | | Joseph H. Baldiga |
| 0022 | 255 | 3.50 | 665.00 | 3.50 | 665.00 | | Cori B. O'Rourke |
| 0022 | 274 | 7.20 | 1350.00 | 7.20 | 1350.00 | | Kimberly M. DelleChiaie |
| 0022 | 281 | 19.30 | 4960.50 | 19.30 | 4960.50 | | Jessica E. Murphy |
| 0022 | 290 | 1.40 | 362.00 | 1.40 | 362.00 | | Gina B. O'Neil |
| Subtotal 0022 | | 38.80 | 10228.50 | 38.80 | 10228.50 | | |
| | | | | | | | |
| 0023 | 255 | 1.20 | 228.00 | 1.20 | 228.00 | | Cori B. O'Rourke |
| 0023 | 274 | .20 | 38.00 | .20 | 38.00 | | Kimberly M. DelleChiaie |
| 0023 | 281 | 3.80 | 969.00 | 3.80 | 969.00 | | Jessica E. Murphy |
| Subtotal 0023 | | 5.20 | 1235.00 | 5.20 | 1235.00 | | |
| | | | | | | | |
| 0024 | 139 | 6.10 | 2382.00 | 6.10 | 2382.00 | | Joseph H. Baldiga |
| 0024 | 152 | 1.30 | 487.50 | 1.30 | 487.50 | | Paul W. Carey |
| 0024 | 255 | .50 | 95.00 | .50 | 95.00 | | Cori B. O'Rourke |
| 0024 | 274 | 9.40 | 1742.00 | 9.40 | 1742.00 | | Kimberly M. DelleChiaie |
| 0024 | 281 | 12.10 | 3115.50 | 12.10 | 3115.50 | | Jessica E. Murphy |
| 0024 | 290 | 1.10 | 280.50 | 1.10 | 280.50 | | Gina B. O'Neil |
| Subtotal 0024 | | 30.50 | 8102.50 | 30.50 | 8102.50 | | |
| | | | | | | | |
| 0025 | 139 | 20.50 | 8080.50 | 20.50 | 8080.50 | | Joseph H. Baldiga |
| 0025 | 162 | 1.40 | 539.00 | 1.40 | 539.00 | | Robert B. Gibbons |
| 0025 | 255 | 3.40 | 662.00 | 3.40 | 662.00 | | Cori B. O'Rourke |
| 0025 | 274 | 2.40 | 455.00 | 2.40 | 455.00 | | Kimberly M. DelleChiaie |
| 0025 | 281 | 60.80 | 16053.00 | 60.80 | 16053.00 | | Jessica E. Murphy |
| 0025 | 290 | 7.70 | 2018.50 | 7.70 | 2018.50 | | Gina B. O'Neil |
| 0025 | 325 | .40 | 96.00 | .40 | 96.00 | | Kate Foley |
| Subtotal 0025 | | 96.60 | 27904.00 | 96.60 | 27904.00 | | |

| UserDefined2 | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description | Description |
|---|---|---|---|---|---|---|---|
| 0026 | 139 | 5.30 | 2076.50 | 5.30 | 2076.50 | | Joseph H. Baldiga |
| 0026 | 274 | 14.80 | 2783.00 | 14.80 | 2783.00 | | Kimberly M. DelleChiaie |
| 0026 | 290 | 26.80 | 6894.00 | 26.80 | 6894.00 | | Gina B. O'Neil |
| Subtotal 0026 | | 46.90 | 11753.50 | 46.90 | 11753.50 | | |
| 0028 | 139 | 2.20 | 858.00 | 2.20 | 858.00 | | Joseph H. Baldiga |
| 0028 | 274 | 8.60 | 1603.00 | 8.60 | 1603.00 | | Kimberly M. DelleChiaie |
| 0028 | 290 | 15.40 | 3939.00 | 15.40 | 3939.00 | | Gina B. O'Neil |
| Subtotal 0028 | | 26.20 | 6400.00 | 26.20 | 6400.00 | | |
| 0029 | 274 | 10.70 | 1982.50 | 10.70 | 1982.50 | | Kimberly M. DelleChiaie |
| 0029 | 290 | 13.00 | 3315.00 | 13.00 | 3315.00 | | Gina B. O'Neil |
| Subtotal 0029 | | 23.70 | 5297.50 | 23.70 | 5297.50 | | |
| 0030 | 139 | 2.70 | 1061.00 | 2.70 | 1061.00 | | Joseph H. Baldiga |
| 0030 | 274 | 5.10 | 974.50 | 5.10 | 974.50 | | Kimberly M. DelleChiaie |
| 0030 | 290 | 21.10 | 5505.50 | 21.10 | 5505.50 | | Gina B. O'Neil |
| Subtotal 0030 | | 28.90 | 7541.00 | 28.90 | 7541.00 | | |
| 0031 | 139 | 6.60 | 2605.00 | 6.60 | 2605.00 | | Joseph H. Baldiga |
| 0031 | 274 | 4.00 | 762.00 | 4.00 | 762.00 | | Kimberly M. DelleChiaie |
| 0031 | 281 | 3.20 | 848.00 | 3.20 | 848.00 | | Jessica E. Murphy |
| 0031 | 290 | 35.30 | 9262.50 | 35.30 | 9262.50 | | Gina B. O'Neil |
| Subtotal 0031 | | 49.10 | 13477.50 | 49.10 | 13477.50 | | |
| 9150 | 290 | .60 | 147.00 | .60 | 147.00 | | Gina B. O'Neil |
| Subtotal 9150 | | .60 | 147.00 | .60 | 147.00 | | |
| 9250 | 139 | 28.50 | 10925.50 | 28.50 | 10925.50 | | Joseph H. Baldiga |
| 9250 | 166 | .50 | 180.00 | .50 | 180.00 | | Christine E. Devine |
| 9250 | 255 | .90 | 166.50 | .90 | 166.50 | | Cori B. O'Rourke |
| 9250 | 274 | 46.70 | 8420.50 | 46.70 | 8420.50 | | Kimberly M. DelleChiaie |
| 9250 | 290 | 15.60 | 3855.00 | 15.60 | 3855.00 | | Gina B. O'Neil |
| 9250 | 325 | 10.20 | 1990.50 | 10.20 | 1990.50 | | Kate Foley |
| Subtotal 9250 | | 102.40 | 25538.00 | 102.40 | 25538.00 | | |
| 9255 | 139 | 117.20 | 45437.00 | 117.20 | 45437.00 | | Joseph H. Baldiga |
| 9255 | 142 | 1.00 | 370.00 | 1.00 | 370.00 | | Jeffrey E. Swaim |
| 9255 | 152 | 2.30 | 862.50 | 2.30 | 862.50 | | Paul W. Carey |
| 9255 | 166 | .30 | 112.50 | .30 | 112.50 | | Christine E. Devine |
| 9255 | 274 | 167.40 | 30438.00 | 167.40 | 30438.00 | | Kimberly M. DelleChiaie |
| 9255 | 290 | 253.60 | 63596.00 | 253.60 | 63596.00 | | Gina B. O'Neil |
| Subtotal 9255 | | 541.80 | 140816.00 | 541.80 | 140816.00 | | |
| 9260 | 139 | 27.80 | 10585.50 | 27.80 | 10585.50 | | Joseph H. Baldiga |
| 9260 | 166 | .50 | 180.00 | .50 | 180.00 | | Christine E. Devine |
| 9260 | 274 | 30.40 | 5474.00 | 30.40 | 5474.00 | | Kimberly M. DelleChiaie |
| 9260 | 290 | 39.60 | 9514.00 | 39.60 | 9514.00 | | Gina B. O'Neil |
| Subtotal 9260 | | 98.30 | 25753.50 | 98.30 | 25753.50 | | |
| 9280 | 166 | .10 | 37.00 | .10 | 37.00 | | Christine E. Devine |
| 9280 | 290 | 1.60 | 384.00 | 1.60 | 384.00 | | Gina B. O'Neil |

| UserDefined2 | Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description | Description |
|---|---|---|---|---|---|---|---|
| Subtotal 9280 | | 1.70 | 421.00 | 1.70 | 421.00 | | |
| | | | | | | | |
| 9290 | 070 | 17.40 | 3231.00 | 17.40 | 3231.00 | | Laura A. Keeler |
| 9290 | 139 | 121.60 | 47179.50 | 121.60 | 47179.50 | | Joseph H. Baldiga |
| 9290 | 152 | .20 | 75.00 | .20 | 75.00 | | Paul W. Carey |
| 9290 | 255 | 5.60 | 1064.00 | 5.60 | 1064.00 | | Cori B. O'Rourke |
| 9290 | 274 | 463.90 | 84817.50 | 463.90 | 84817.50 | | Kimberly M. DelleChiaie |
| 9290 | 290 | 55.00 | 13692.00 | 55.00 | 13692.00 | | Gina B. O'Neil |
| Subtotal 9290 | | 663.70 | 150059.00 | 663.70 | 150059.00 | | |
| | | | | | | | |
| 9310 | 139 | 6.30 | 2401.00 | 6.30 | 2401.00 | | Joseph H. Baldiga |
| 9310 | 274 | 28.20 | 5084.50 | 28.20 | 5084.50 | | Kimberly M. DelleChiaie |
| 9310 | 290 | 5.30 | 1287.50 | 5.30 | 1287.50 | | Gina B. O'Neil |
| Subtotal 9310 | | 39.80 | 8773.00 | 39.80 | 8773.00 | | |
| | | | | | | | |
| 9311 | 139 | 18.70 | 7336.00 | 18.70 | 7336.00 | | Joseph H. Baldiga |
| 9311 | 274 | 149.40 | 29029.00 | 149.40 | 29029.00 | | Kimberly M. DelleChiaie |
| 9311 | 281 | .40 | 106.00 | .40 | 106.00 | | Jessica E. Murphy |
| 9311 | 290 | 1.90 | 501.50 | 1.90 | 501.50 | | Gina B. O'Neil |
| Subtotal 9311 | | 170.40 | 36972.50 | 170.40 | 36972.50 | | |
| | | | | | | | |
| 9320 | 139 | 1.00 | 394.00 | 1.00 | 394.00 | | Joseph H. Baldiga |
| 9320 | 290 | .10 | 25.50 | .10 | 25.50 | | Gina B. O'Neil |
| Subtotal 9320 | | 1.10 | 419.50 | 1.10 | 419.50 | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | 4,043.10 | 1,054,268.00 | 4,043.10 | 1,054,268.00 | | |

# EXHIBIT H

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 200 | 77.00 | 77.00 | Fax |
| 202 | 8484.89 | 8484.89 | Mailing Costs |
| 204 | 13528.20 | 13528.20 | Photocopies |
| 206 | .88 | .88 | Telephone - long distance |
| 208 | 603.68 | 603.68 | PACER |
| 209 | 230.19 | 230.19 | Westlaw |
| 231 | 130.30 | 130.30 | Accurint |
| 301 | 110.75 | 110.75 | Courier Service |
| 302 | 63.00 | 63.00 | Certificate |
| 303 | 241.00 | 241.00 | Copies |
| 305 | 362.86 | 362.86 | Federal Express |
| 306 | 5331.00 | 5331.00 | Filing Fee |
| 309 | 2081.50 | 2081.50 | Miscellaneous |
| 316 | 20.00 | 20.00 | Service of Process |
| 317 | 2729.04 | 2729.04 | Deposition Transcripts |
| 319 | 4353.98 | 4353.98 | Travel Expenses |
| 325 | 327.88 | 327.88 | Conference Calls |
| 342 | 248.50 | 248.50 | Express Mail |
| | | | |
| TOTAL | 38924.65 | 38924.65 | |

# EXHIBIT I

| | | |
|---|---|---|
| Funds Currently Held By Estate | | $771,935.99 |
| Estate Funds Expected Pending Approval of Settlements<br><br>Keilman adversary proceeding - $250,000.00<br>Avfuel adversary proceeding - $30,000.00<br>Avondale adversary proceeding - $6,000.00 | | $286,000.00[1] |
| **TOTAL ANTICIPATED ESTATE FUNDS AVAILABLE FOR DISTRIBUTION** | | **$1,057,935.99** |
| Less Payment of 100% of Expenses Requested in MODL First Interim Fee Application | ($38,924.65) | |
| Less Payment of 100% of Expenses Requested in V&L First Interim Fee Application | ($17,260.50) | |
| Less Distribution to Additional Charter Participants Pending Approval of Trustee's Re-Distribution Motion Filed Concurrently Herewith | ($640.57) | |
| Less Holdback (Re: Future Chapter 7 Administrative Claims of MODL and V&L, Possible Distribution to Creditors, Estate Taxes, Trustee Commission) | ($100,000.00) | |
| | ($156,825.72) | |
| **SUB-TOTAL OF ANTICIPATED ESTATE FUNDS AVAILABLE FOR DISTRIBUTION** | | **$901,110.27** |

---

[1]  The Trustee does not anticipate receipt by the Estate of (a) the remaining funds due in connection with the Arrow Energy, Inc. and Sun Trust Bank litigation in the amount of $30,000.00 or (b) distributions on the proofs of claim filed on behalf of the Estate, at the time of consideration of the MODL 1st Interim Fee Application and, therefore, are not included in the Total Anticipated Estate Funds Available For Distribution.

{Practice Areas/CORP/15008/14190/A2726758.DOCX}

| | | |
|---|---|---|
| **Fees Requested in MODL First Interim Fee Application ($1,054,268.00) and V&L First Interim Fee Application ($225,000.50) for an aggregate of fees requested in the amount of $1,279,268.50.**<br><br>**Anticipated Estate Funds Available for Distribution ($901,110.27) divided by total fees requested ($1,279,268.50) = .704394949%** | | |
| **Less Payment of Fees to MODL**<br><br>**Fees Requested in MODL First Interim Fee Application ($1,054,268.00) x .704394949% = $742,621.05** | **($742,621.05)** | |
| **Less Payment of Fees to V&L**<br><br>**Fees Requested in V&L First Interim Fee Application ($225,000.50) x .704394949% = $158,489.22** | **($158,489.22)** | |
| **ANTICIPATED ESTATE FUNDS REMAINING AFTER DISTRIBUTIONS** | | **$0.00*** |

(*Not including the $100,000.00 Holdback referred to above and any additional recoveries for the Estate other than as noted herein.)

## SUMMARY OF SETTLEMENTS/RECOVERIES

|  | Defendant | Amount Recovered | Amount Pending |
|---|---|---|---|
| 1. | Aeromotive Ground Support, Inc. | $11,500.00 | |
| 2. | Airport Terminal Services, Inc. | $40,000.00 | |
| 3. | Allegheny County Airport Authority | $60,000.00 | |
| 4. | Arrow Energy, Inc. and Sun Trust Bank ($42,000.00 less fees/expenses paid to Florida Special Counsel in the aggregate amount of $15,739.92, for net amount paid to the Estate of $26,260.08) | $42,000.00 | $30,000.00 |
| 5. | Avfuel Corporation (Settlement pleadings filed 10/28/14 and currently pending) | $30,000.00 | |
| 6. | Aviation Advantage, Inc. | $15,000.00 | |
| 7. | EIN Management, LLC | $5,750.00 | |
| 8. | Fairfield Inn Broadway | | Default Judgment in amount of $27,245.49 (approx) |
| 9. | Garofalo Goerlich Hainbach, P.C. | $2,500.00 | |
| 10. | Beechwood Lakeland Hotel, LLC aka Beechwood Lkld Hotel, LLC aka Hilton Garden Inn aka Hilton Garden Inn Lakeland aka Hilton Garden Front Desk | $14,000.00 | |
| 11. | Horry County Department of Airports/PFC and Myrtle Beach International Airport | $5,000.00 | |
| 12. | Kalamazoo County Treasurer and Kalamazoo/Battle Creek International Airport/PFC | $25,000.00 | |
| 13. | Massachusetts Port Authority | $10,000.00 | |

{Practice Areas/CORP/15008/14190/A2726758.DOCX}

| 14. | McNair Law Firm, P.A. | $9,500.00 | |
| 15. | Merrick Bank Corporation v. Valley National Bank | | Litigation Pending |
| 16. | Miami Air International | $83,537.94 | |
| 17. | Niagara Frontier Transportation Authority | $1,610.95 | |
| 18. | Niagara Falls Aviation, LLC a/k/a Tech Aviation | $32,500.00 | |
| 19. | Ober, Kaler, Grimes & Shriver | $12,000.00 | |
| 20. | Orlando/Sanford International Airport and Sanford Airport Authority | $7,500.00 | |
| 21. | Progressive Funding Solutions, LLC | | Default Judgment in amount of $20,096.72 (approx) |
| 22. | Quickflight Services | | Litigation Pending |
| 23. | Sheltair Aviation Services | $5,000.00 | |
| 24. | Sky King, Inc. | | POC filed on Behalf of Estate ($2,702,405.01) |
| 25. | Springfield Airport Authority | $14,000.00 | |
| 26. | Swissport Fueling, Inc. and Swissport North America, Inc. | $25,000.00 | |
| 27. | The Port Authority of New York & New Jersey | $25,500.00 | |
| 28. | The Station, Inc. | $4,000.00 | |
| 29. | Worldwide Flight Services, Inc. | $17,000.00 | |
| 30. | Wyvern Hotel | $2,125.00 | |

| 31. | Xtra Airways | | POC filed on Behalf of Estate ($65,000.00) |
|---|---|---|---|
| 32. | Avondale Aviation I, LLC (Settlement reached; settlement pleadings in process but not yet filed; Trustee in receipt of 1st installment ($1,500.00) of settlement proceeds ($7,500.00). | $1,500.00 | $6,000.00 |
| 33. | Ed Warneck | | POC filed on Behalf of Estate ($30,942,155.16) |
| 34. | Judy Tull | $10,000.00 | |
| 35. | Kay D. Ellison and Marshall Ellison | $92,000.00 | |
| 36. | Robert Keilman (Settlement pleadings filed 10/23/14 and currently pending before the Court; settlement proceeds of $250,000.00 not yet received by Trustee) | | $250,000.00 |

Date: 11/18/14

Page: 1

## Asset Receipt History

Case Number: **12-40944 MSH**
Debtor: **SOUTHERN SKY AIR & TOURS, LLC D/B/A**
Asset # 11: **PREFERENCE SETTLEMENTS/COLLECTIONS**

Petition Value:           0.00
Trustee Value:           0.00
Sales:          561,523.89

| Deposit Date | Payee | Rents | Asset Sales | Total Deposit | Description | Category | UTC |
|---|---|---|---|---|---|---|---|
| 12/12/12 | NIAGARA FRONTIER TRANSPORTATION | | 1,610.95 | 1,610.95 | PREFERENCE SETTLEMENT | | 1241-000 |
| 12/12/12 | SHELTAIR AVIATION PLATTSBURGH, LLC | | 5,000.00 | 5,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 12/20/12 | AEROMOTIVE GROUND SUPPORT | | 11,500.00 | 11,500.00 | AEROMOTIVE GROUND SUPPORT PREF STLM | | 1241-000 |
| 12/21/12 | SPRINGFIELD AIRPORT AUTHORITY | | 14,000.00 | 14,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 01/08/13 | MASSPORT | | 10,000.00 | 10,000.00 | PREFERENCE - FULL COLLECTION | | 1241-000 |
| 02/05/13 | KALAMAZOO/BATTLE CREEK AIRPORT | | 25,000.00 | 25,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 09/26/13 | MCNAIR LAW FIRM, P.A. | | 9,500.00 | 9,500.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 11/06/13 | THE STATION INC - DBA COMPANY TWO | | 4,000.00 | 4,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 11/19/13 | ALLEGHENY COUNTY AIRPORT AUTHORITY | | 60,000.00 | 60,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 01/28/14 | AIRPORT TERMINAL SERVICES | | 40,000.00 | 40,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 02/28/14 | THE PORT AUTHORITY OF NY & NJ | | 25,500.00 | 25,500.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 03/07/14 | NIAGARA FALLS AVIATION LLC | | 32,500.00 | 32,500.00 | SETTLEMENT - ADV PROC 13-04096 | | 1241-000 |
| 03/07/14 | OBER, KALER, GRIMES & SHRIVER | | 12,000.00 | 12,000.00 | SETTLEMENT | | 1241-000 |
| 03/07/14 | GAROFALO GOERLICH HAINBACH PC | | 2,500.00 | 2,500.00 | SETTLEMENT | | 1241-000 |
| 03/14/14 | WYVERN HOTEL, LLC | | 2,125.00 | 2,125.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 03/20/14 | WORLDWIDE FLIGHT SERVICES | | 17,000.00 | 17,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 04/02/14 | SWISSPORT NORTH AMERICA, INC. | | 25,000.00 | 25,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |

Bank Account numbers: 2221600378 (first 5 rows), 2213283464 (remaining rows)

\* Reversed Deposit

Printed: 11/18/14 02:49 PM    Ver: 18.01

Date: 11/18/14

# Asset Receipt History

Page: 2

| | | | | | | Petition Value: | 0.00 |
| | | | | | | Trustee Value: | 0.00 |
| | | | | | | Sales: | 561,523.89 |

Case Number: **12-40944 MSH**
Debtor: **SOUTHERN SKY AIR & TOURS, LLC D/B/A**
Asset # 11: **PREFERENCE SETTLEMENTS/COLLECTIONS**

| Deposit Date | Payee | Bank Account | Asset Sales | Rents | Total Deposit | Description | Category | UTC |
|---|---|---|---|---|---|---|---|---|
| 04/16/14 | HORRY COUNTY TREASURER/DEPT OF AIRP | 2132833464 | 5,000.00 | | 5,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 04/29/14 | EIN MANAGEMENT, LLC | 2132833464 | 5,750.00 | | 5,750.00 | SETTLEMENT | | 1241-000 |
| 05/08/14 | JUDY TULL | 2132833464 | 5,000.00 | | 5,000.00 | JUDY TULL SETTLEMENT | | 1241-000 |
| | SETTLEMENT MONIES WIRED TO TRUSTEE'S ATTORNEY AND THEN THIS CHECK CUT FROM MIRICK, OCONNELL ATTORNEY IOLTA ACCOUNT TO THE TRUSTEE AND DEPOSITED | | | | | | | |
| 05/16/14 | AVIATION ADVANTAGE, INC. | 2132833464 | 15,000.00 | | 15,000.00 | AVIATION ADVANTAGE SETTLEMENT | | 1241-000 |
| 06/12/14 | JUDY TULL | 2132833464 | 5,000.00 | | 5,000.00 | JUDY TULL SETTLEMENT | | 1241-000 |
| | SETTLEMENT MONEY WIRED TO TRUSTEE ATTORNEY | | | | | | | |
| 06/19/14 | KAY AND STANLEY MARSHALL ELLISON | 2132833464 | 92,000.00 | | 92,000.00 | ELLISON SETTLEMENT | | 1241-000 |
| | SETTLEMENT MONEY WIRED TO TRUSTEE ATTORNEY | | | | | | | |
| 06/27/14 | ORLANDO SANFORD INTERNATIONAL | 2132833464 | 7,500.00 | | 7,500.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 08/22/14 | BEECHWOOD LAKELAND HOTEL, LLC | 2132833464 | 14,000.00 | | 14,000.00 | BEECHWOOD/HILTON SETTLEMENT | | 1241-000 |
| 09/04/14 | MIAMI AIR INTERNATIONAL, INC. | 2132833464 | 83,537.94 | | 83,537.94 | SETTLEMENT | | 1241-000 |
| 10/21/14 | AVFUEL CORPORATION | 2132833464 | 30,000.00 | | 30,000.00 | PREFERENCE SETTLEMENT | | 1241-000 |
| 10/30/14 | AVONDALE AVIATION | 2132833464 | 1,500.00 | | 1,500.00 | SETTLEMENT 1ST INSTALLMENT PAYMENT | | 1241-000 |
| | Totals ==> | | 561,523.89 | 0.00 | 561,523.89 | | | |

* Reversed Deposit

# EXHIBIT J

# BIOGRAPHIES

**JOHN O. MIRICK** *(Partner) is a Partner at the Firm and concentrates on business litigation. He regularly appears in state and federal courts for U.S. and foreign clients on matters involving stock ownership and corporate control, corporate acquisition litigation, and environmental litigation. Mr. Mirick graduated from Harvard Law School, cum laude, in 1972, received his M.A. from University College, University of London, and his B.A., magna cum laude, from Amherst College. He was a Fulbright Scholar in England in 1968-1969. Mr. Mirick is a member of the Association of Trial Lawyers of America, the Federal, American and Massachusetts Bar Associations and the Massachusetts Academy of Trial Lawyers. Mr. Mirick is a member of the Massachusetts Board of Bar Overseers. He regularly lectures on business litigation topics for the Massachusetts Continuing Legal Education, Inc. and for the Massachusetts Bar Association. He is a Co-Editor of <u>Massachusetts Superior Court Civil Practice Jury Instructions</u> (MCLE 1998) and the author of the "Jury Issues" chapter in <u>Massachusetts Superior Court Civil Practice Manual</u> (MCLE 1997).*

**JOSEPH H. BALDIGA** *(Partner) is a partner in and co-chair of Mirick O'Connell's Creditors' Rights and Bankruptcy Group. Mr. Baldiga concentrates his practice in the areas of business reorganizations and creditors' and debtors' rights. Admitted to the Massachusetts bar in 1987, Mr. Baldiga received his law degree, <u>magna cum laude</u>, from Boston College Law School (1987), and a B.A., <u>magna cum laude</u>, from Boston College (1984). Mr. Baldiga is a member and former co-chair of the Boston Bar Association-Bankruptcy Section (2000-2002), a member and former co-chair of the Worcester County Bar Association Bankruptcy Committee, and is a member of the Massachusetts Bar Associations, the Turnaround Management Association and Commercial Law League of America, and is frequently a panel member for continuing legal education programs. Since 1997, Mr. Baldiga has served as a panel Chapter 7 trustee for the District of Massachusetts (Central Division), and has acted as an operating trustee and as a court-appointed examiner in numerous bankruptcy cases.*

**PAUL W. CAREY** *(Partner) is a partner in Mirick O'Connell's Creditors' Rights and Bankruptcy Group. Prior to joining the firm, Mr. Carey served as counsel to RECOLL Management Corporation in Boston, where he concentrated his practice on bankruptcy/workout and commercial litigation. Mr. Carey received his J.D., <u>cum laude</u>, from Suffolk University Law School (1994) and a B.A. from Fairfield University (1990). He is a member of the Massachusetts, Boston and Worcester County Bar Associations, the American Bankruptcy Institute and the Turnaround Management Association.*

**CHRISTINE E. DEVINE** *(Partner) is a partner with Mirick, O'Connell, DeMallie & Lougee, LLP, a law firm with offices in Worcester, Westborough and Boston. Ms. Devine works in the firm's Bankruptcy and Creditors' Rights Department and has significant experience representing debtors, secured and unsecured creditors, creditors' committees, commercial landlords and trustees in all aspects of bankruptcy proceedings and out-of-court restructurings. Ms. Devine is a member of the Boston Bar Association (Bankruptcy Section), the American Bankruptcy Institute, the Massachusetts Bar Association (Business Section), and the International Women's Insolvency and Restructuring Confederation. Ms. Devine is a frequent speaker on bankruptcy*

*topics and has participated as a panelist on numerous panels sponsored by Massachusetts Continuing Legal Education. Ms. Devine has also participated as a panelist at the Boston Bar Association's Bench Meets Bar Program and at the Northeast Bankruptcy Conference of the American Bankruptcy Institute. Ms. Devine received her J.D., cum laude, from Suffolk University Law School in 1994 and her B.A., cum laude, from the University of Massachusetts at Amherst in 1991. In 2006, the Worcester Business Journal selected Ms. Devine as one of "40 Under Forty" young professionals honored for professional achievement and community service. Ms. Devine currently serves on the Board of Managers at the local branch of her YMCA. She is also active as an Alumnae of UMass and serves on the Economics Alumni Advisory Board and the Steering Committee of Women for UMass. She resides with her husband and two boys in Medway, Massachusetts.*

**JEFFREY E. SWAIM** *(Partner) is a partner who joined the Firm in 1994 and has been concentrating his practice on securities, mergers and acquisitions and general corporate/business matters. Prior to joining the Firm, Mr. Swaim was a Senior Claims Examiner for Prudential Property & Casualty Insurance Company. He received his B.A. from Duke University and his J.D. from Boston University School of Law. Mr. Swaim is a member of the American, Massachusetts and Worcester County Bar Associations.*

**ROBERT B. GIBBONS** *(Partner) is a partner who joined Mirick O'Connell in January, 1997. Prior to joining the firm, he was a Program Manager for General Electric Aircraft Engines. Mr. Gibbons received his B.S. in Mechanical Engineering from Worcester Polytechnic Institute, a M.B.A. from the University of Massachusetts at Lowell, and J.D. from Suffolk University Law School. He is a member of the American, Massachusetts, and Worcester County Bar Associations.*

**KENNETH C. PICKERING** *(Partner) is a partner in the firm's Business Litigation Group and chair of the firm's Government Investigations Response and Compliance Team. He is a former special assistant district attorney and has tried more than 20 civil and criminal cases to verdict in Massachusetts and U.S. district courts. He has also represented clients in arbitration proceedings and has argued appeals in both state and federal appellate courts. Ken's practice focuses on representing individuals in business and securities litigation and in response to state and federal government investigations. He has been counsel to individuals in matters involving mutual fund trading practices, accounting fraud, health care fraud, and the operation of privately held investment management companies. He has also represented clients in shareholder derivative actions, securities litigation, and disputes involving closely held companies. Ken has represented individuals and companies in investigations by the SEC, the FBI, the U.S. Department of Justice, the Massachusetts Attorney General's Office and local enforcement agencies.*

**ALLEN J. FALKE** *(Of Counsel) is a member of the Firm's Business and Trusts and Estates Groups. He focuses his practice on tax law and estate and business planning. Allen provides estate planning for high-net-worth individuals and succession planning for business clients. He advises clients on tax matters related to business acquisitions and restructuring, and business*

*formations and combinations. He reviews and advises clients on estate, gift, individual, corporate, partnership, and fiduciary tax compliance matters. He also has extensive experience representing clients on audits with taxing authorities.*

**GINA BARBIERI O'NEIL** *(Associate) is an associate in Mirick O'Connell's Creditors' Rights, Bankruptcy, and Reorganization group. Ms. O'Neil received her J.D. from Northeastern University School of Law in 2007 and her B.A.,* cum laude, *from Cornell University in 2001. Ms. O'Neil is a member of the Boston Bar Association, where she served as co-chair of the Bankruptcy Section's Membership Committee from 2009 – 2012, the Worcester County Bar Association, the American Bankruptcy Institute, and the International Women's Insolvency and Restructuring Confederation (IWIRC). She is also a member of the Pro Bono Legal Services Advisory Committee of the U.S. Bankruptcy Court, District of Massachusetts.*

**JESSICA E. MURPHY** *(Associate) is an associate in the Litigation Group and currently concentrates on commercial litigation cases. She handles a broad range of business disputes involving commercial contracts, construction, banking and commercial landlord/tenant. She also provides legal service and advice to companies on credit and collection matters. She serves as litigation counsel for a variety of local and national companies, including manufacturing companies, construction companies, banking and financial institutions, and professional service firms. She works with clients to create efficient and cost-effective solutions to business problems and focuses on providing real results. Jessie handles domestication and enforcement of foreign judgments in Massachusetts. She also works with out of state counsel to obtain discovery from non-parties in Massachusetts.*

**MATTHEW R. FISHER** *(Associate) is an associate with Mirick O'Connell. Matt's practice is cross-departmental, allowing him exposure to several of the areas of the law in which the firm practices, as well as the opportunity to work with many different members of the firm. He is currently working within the firm's Litigation Group, Business Group and Creditors' Rights, Bankruptcy and Reorganization Group. Matt's litigation practice focuses on trial preparation in business and general litigation matters, including drafting of pleadings, conducting legal research, assessing evidence, both documentary and testimonial, and interfacing with clients, opposing counsel and the courts. He assists with document production for commercial finance and lending transactions. He also counsels clients in the area of regulatory and corporate compliance. In addition, Matt represents clients in all aspects of creditors' rights litigation, including recovery of property, collection of money and defense of lender liability claims.*

**KATE P. FOLEY** *(Associate) is an associate in Mirick O'Connell's Creditors' Rights and Bankruptcy Group. Ms. Foley was a Summer Associate with Mirick O'Connell in 2010 and joined Mirick O'Connell as an Associate in September 2011, after receiving her J.D.,* cum laude, *from Boston College Law School.*

**AMANDA M. BAER** *(Associate) is an associate in the firm's Labor, Employment and Employee Benefits Group, Litigation Group, and Family Law Group. Amanda focuses her practice on representing employers in federal and state courts, defending against claims*

*concerning discrimination, harassment, retaliation, wrongful termination, and wage and hour laws. Amanda also has experience in enforcing and defending employment, noncompetition/nonsolicitation, and severance agreements and representing businesses in contractual, fraud, and general business litigation matters. A magna cum laude graduate from Georgetown University Law Center, Amanda was named to the Order of the Coif. Amanda is a member of the bar of the Commonwealth of Massachusetts and is admitted to practice before the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.*

**JASON J. PORT** *(Associate) is an associate in the firm's Trusts and Estates Group, Family Law Group and Land Use Group. He focuses his practice on estate planning, estate administration, guardianships, conservatorships, probate litigation, elder law matters, family law controversies and residential real estate transactions. His estate planning practice includes the preparation of all types of estate planning documents, including wills, revocable trusts and irrevocable trusts health care proxies and durable powers of attorney. Jason represents and advises clients in the appointment of guardians and conservators for incapacitated adults and minors, as well as in the administration of estates of deceased individuals. His elder law practice includes advising elderly clients and their families with planning for Medicaid and Veterans Administration Benefits for long term medical care. Jason assists these clients with asset protection and restructuring, as well as corresponding estate planning documentation. His family law practice includes assisting clients in all actions of divorce, custody, child support, modification and paternity. He further assists clients in the formation and implementation of charitable and tax-exempt organizations. Additionally, Jason reviews and prepares Estate, Fiduciary and Pass-through entity tax returns.*

**IAN C. HOHMEISTER** *(Associate) is an associate in the Firm's Land Use and Environmental Law; Business; Public and Municipal Law; and Trusts and Estates Groups. The main focus of his practice is representing entities buying, selling, and financing real estate. He also represents landlords as well as tenants in commercial space lease transactions and ground lease transactions. His business practice focuses on financing and mergers and acquisitions.*

**BRIAN CASACELI** *(Summer Associate) participated in Mirick O'Connell's Summer Associate Program during the summer of 2013. He is currently attending Suffolk University Law School in Boston, Massachusetts and a candidate for Juris Doctor in May 2014. He received his BA, magna cum laude, from Stonehill College in 2011. Brian will be joining Mirick O'Connell as an Associate in the fall of 2014.*

**LAURA A. KEELER** *(Paralegal) is a bankruptcy paralegal in Mirick O'Connell's Creditors' Rights/Bankruptcy Group with a degree from Broome Community College and an ABA accredited Certificate in Paralegal Studies from Anna Maria College. Ms. Keeler is a member of the Central Massachusetts Paralegal Association.*

**CORI B. O'ROURKE** *(Paralegal) is a Paralegal in Mirick O'Connell's Commercial Litigation Department. Ms. O'Rourke attended Westfield State College and received her Certificate in Paralegal Studies from Northeastern University. She is a member of the Central Massachusetts Paralegal Association.*

**KIMBERLY M. DELLECHIAIE** *(Paralegal) is a paralegal in Mirick O'Connell's Creditors' Rights and Bankruptcy Group. Ms. DelleChiaie received her B.A. from the University of Missouri and a Certificate in Paralegal Studies from Assumption College. Ms. DelleChiaie is a member of the Central Massachusetts Paralegal Association.*