UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>　　　Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Motion of Chapter 7 Trustee For Order (I) Allowing Certain Additional Charter Participant Claims, (II) Disallowing Certain Charter Participant Claims, (III) Approving Proposed Re-Distribution of Remaining Charter Participant Claim Funds to Certain Additional Charter Participant Claimants, and (IV) Authorizing Manner of Future Distributions to Additional Charter Participant Claimants)

Upon the motion dated November 19, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the Motion of Chapter 7 Trustee For Order (I) Allowing Certain Additional Charter Participant Claims, (II) Disallowing Certain Charter Participant Claims, (III) Approving Proposed Re-Distribution of Remaining Charter Participant Claim Funds to Certain Additional Charter Participant Claimants, and (IV) Authorizing Manner of Future Distributions to Additional Charter Participant Claimants (the "Re-Distribution Motion"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

　　a.　　The Motion is ALLOWED; and

　　b.　　The Trustee may limit notice of the Re-Distribution Motion to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

{Practice Areas/CORP/15008/14190/A2753402.DOC}

affected governmental authorities, all parties that have filed requests for notice, all parties who have filed a communication with the Bankruptcy Court and are entitled to notice, but are not on the Bankruptcy Court's list to receive electronic notice, and all Charter Participant claimants specifically named in the Re-Distribution Motion.

Dated: November 20, 2014

*/s/ Melvin S. Hoffman*
Honorable Melvin S. Hoffman
United States Bankruptcy Judge