UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: First Interim Application for Allowance of Compensation and
Reimbursement of Expenses by Mirick, O'Connell, DeMallie & Lougee, LLP,
Counsel to the Chapter 7 Trustee)
(Re: First Interim Application for Fees and Expenses of
Accountant For The Chapter 7 Trustee)

Upon the motion dated November 19, 2014 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the (I) First Interim Application for Allowance of Compensation and Reimbursement of Expenses by Mirick, O'Connell, DeMallie & Lougee, LLP, Counsel to the Chapter 7 Trustee (the "MODL 1st Interim Fee Application") and (II) First Interim Application for Fees and Expenses of Accountant For The Chapter 7 Trustee (the "V & L 1st Interim Fee Application"; together with the MODL 1st Interim Fee Application, the "Interim Fee Applications"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    A.    The Motion is ALLOWED; and

{Practice Areas/CORP/15008/14190/A2755229.DOC}

      B.    The Trustee may limit notice of the Interim Fee Applications to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, and all parties that have filed requests for notice.

Dated:    November 20, 2014

                                                   Honorable Melvin S. Hoffman
                                                 United States Bankruptcy Judge