United States Bankruptcy Court
District of Massachusetts

In re:                                                                                          Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: hm                   Page 1 of 3                  Date Rcvd: Nov 20, 2014
                              Form ID: hrg               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc              +E-mail/Text: ebn@vlpc.com Nov 21 2014 10:33:53      Craig R. Jalbert,   Verdolino & Lowey, P.C.,
                  124 Washington Street,   Foxborough, MA 02035-1368
                                                                                                         TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com

```
District/off: 0101-4          User: hm                    Page 2 of 3                   Date Rcvd: Nov 20, 2014
                              Form ID: hrg                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
       Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
       Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
       Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
       Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
       James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
       James R. Sheatsley    on behalf of Interested Party Marshall    Ellison jsheatsley@suddenlinkmail.com
       James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
       James R. Sheatsley    on behalf of Interested Party Kay    Ellison jsheatsley@suddenlinkmail.com
       James R. Sheatsley    on behalf of Defendant Kay    Ellison jsheatsley@suddenlinkmail.com
       Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jdsternklar@duanemorris.com, jdsternklar@yahoo.com, mmmilne@duanemorris.com
       Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
       Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
       Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
       Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
       Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
       Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
       Joseph B. Collins    on behalf of Defendant Judy    Tull jcollins@hendelcollins.com, smello@hendelcollins.com
       Joseph B. Collins    on behalf of Interested Party Kay    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
       Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
       Joseph B. Collins    on behalf of Interested Party Marshall    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
       Joseph B. Collins    on behalf of Defendant Kay    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
       Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
       Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Joseph H. Baldiga    on behalf of Special Counsel Robert    Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
       Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com
       Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
       Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, khall@foley.com
       Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
       Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
       Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
       Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
       Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
       Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
       Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com

```
District/off: 0101-4           User: hm                 Page 3 of 3              Date Rcvd: Nov 20, 2014
                               Form ID: hrg             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
          Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock   on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                                                TOTAL: 72

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---

In re     Southern Sky Air & Tours, LLC d/b/a Direct Air          Chapter: 7
                                                                  Case No: 12–40944
            Debtor                                                Judge Melvin S. Hoffman

---

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/15/15 at 11:30 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [627] First Interim Application for Compensation of Fees and Reimbursement of Expenses of for Verdolino & Lowey, P.C., Accountant for the Chapter 7 Trustee.

**OBJECTION/RESPONSE DEADLINE: DECEMBER 22, 2014 4:30 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.


Date:11/20/14                                                    By the Court,

                                                                 <u>Halina Magerowski</u>
                                                                 Deputy Clerk
                                                                 508–770–8927