UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### MOTION TO LIMIT NOTICE
(Re: Stipulation of Settlement)
(Re: Motion to Approve Stipulation of Settlement ((Re: Avondale Aviation I, LLC) (Re: Verified Complaint; Adversary Proceeding No 14-04025))

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding the (I) Stipulation of Settlement (the "Settlement Agreement") and (II) Motion to Approve Stipulation of Settlement ((Re: Avondale Aviation I, LLC) (Re: Verified Complaint; Adversary Proceeding No 14-04025)) (the "Approval Motion"; together with the Settlement Agreement, the "Avondale Settlement Pleadings") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and all parties to the Settlement Agreement.

In support hereof, the Trustee submits the following:

*[Margin annotations: signature; "12/01/2014 ALLOWED"]*