UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER (I) ALLOWING CERTAIN ADDITIONAL CHARTER PARTICIPANT CLAIMS AND (II) APPROVING PROPOSED DISTRIBUTION OF REMAINING CHARTER PARTICIPANT CLAIM FUNDS TO CERTAIN ADDITIONAL <u>CHARTER PARTICIPANT CLAIMANTS</u>

Upon the motion (the "Motion") filed on November 19, 2014 by Joseph H. Baldiga, Chapter 7 trustee of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), For Order (I) Allowing Certain Additional Charter Participant Claims and (II) Approving Proposed Distribution of Remaining Charter Participant Claim Funds to Certain Additional Charter Participant Claimants; the Court finding that the Motion is in the best interest of the Estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.   The Motion is allowed;

B.   The proposed distribution attached to the Motion as <u>Exhibit A</u> is approved;

C.   The Claim Notices (as defined in the Motion) submitted by Additional Claimants (as defined in the Motion) are hereby deemed allowed;

D. The Charter Participant claims submitted by Heather Daniel, Mark Humby and Donald Ruppert as noted on <u>Exhibit B</u> attached to the Motion are hereby deemed disallowed; and

E. The Trustee's proposed manner of payment for future distributions, if any, to allowed Charter Participant Claims, including Additional Claimants, is approved.

Dated: <u>December 4</u>, 2014

<u>/s/ Melvin S. Hoffman</u>
Honorable Melvin S. Hoffman
United States Bankruptcy Judge