UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

**TRUSTEE'S MOTION TO AMEND ORDER APPROVING MOTION OF CHAPTER 7
TRUSTEE FOR ORDER (I) ALLOWING CERTAIN ADDITIONAL CHARTER
PARTICIPANT CLAIMS AND (II) APPROVING PROPOSED DISTRIBUTION
OF REMAINING CHARTER PARTICIPANT CLAIM FUNDS TO
<u>CERTAIN ADDITIONAL CHARTER PARTICIPANT CLAIMANTS</u>**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court to amend ("the "Motion to Amend") the order entered by this Court on December 4, 2014 (the "Re-Distribution Motion Order") approving Motion of Chapter 7 Trustee For Order (I) Allowing Certain Additional Charter Participant Claims and (II) Approving Proposed Distribution of Remaining Charter Participant Clam Funds to Certain Additional Charter Participant Claimants filed on November 19, 2014 (the "Re-Distribution Motion") to (A) amend the treatment of the Charter Participant (as defined in the Re-Distribution Motion) claim submitted by Heather Daniel in the amount of $376.00 ("Ms. Daniel"), (B) amend the proposed re-distribution attached to the Re-Distribution Motion as <u>Exhibit A</u>, and (C) amend the Charter Participant claims to be disallowed as noted on <u>Exhibit B</u> attached to the Re-Distribution Motion.

In support of the relief requested herein, the Trustee states as follows:

{Practice Areas/CORP/15008/14190/A2780544.DOC}

1. On November 19, 2014, the Trustee filed the Re-Distribution Motion seeking, among other things, (I) allowance of certain additional Charter Participant claims, (II) disallowance of certain Charter Participant claims, and (III) approving the Trustee's proposed re-distribution of Total Remaining Charter Participant Claim Funds (as defined in the Re-Distribution Motion).

2. The Re-Distribution Motion included an <u>Exhibit A</u> which set forth the Trustee's proposed re-distribution to Additional Claimants (as defined in the Re-Distribution Motion), as well as an <u>Exhibit B</u> which set forth the Charter Participant claims to be disallowed, including the claim asserted by Ms. Daniel.

3. Prior to the deadline for responses to the Re-Distribution Motion, Ms. Daniel contacted the Trustee informally via electronic mail and indicated that a copy of the Re-Distribution Motion was served on her at an address where she had not resided for six months, but that the Re-Distribution Motion had recently been forwarded to her at her current address via the United States Postal Service. Ms. Daniel further indicated to the Trustee that she had never received her Interim Distribution Check (as defined in the Re-Distribution Motion) in the amount of $99.64 and requested that an Interim Distribution Check be re-issued and forwarded to Ms. Daniel at her current address.

4. The Trustee anticipated that a hearing would be scheduled on the Re-Distribution Motion and planned to address Ms. Daniel's claim at the hearing. However, the Re-Distribution Motion Order entered on December 4, 2014, without a hearing.

5. A proposed **Amended Exhibit A** is attached herewith to reflect a reduction of $99.64 in the Total Remaining Charter Participant Claim Funds (as defined in the Re-Distribution Motion) on the basis that the Trustee anticipates Ms. Daniel will cash the re-issued

Interim Distribution Check. The Total Remaining Charter Participant Claims Funds in the amount of $640.57 will be reduced to $540.93 (net of the $99.64 to be re-issued and paid to Ms. Daniel).

6. The **Amended Exhibit A** also reflects the amended Amount of Proposed Re-Distribution (as defined in the Re-Distribution Motion) to each of the Additional Claimants (as defined in the Re-Distribution Motion) based on the amended Total Remaining Charter Participant Claim Funds

7. A proposed **Amended Exhibit B** is attached herewith to reflect the removal of Ms. Daniel's claim from those Charter Participant claims to be disallowed.

8. The Trustee believes that approval of this Motion, the **Amended Exhibit A** and the **Amended Exhibit B** remains in the best interest of the Estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an Amended Order, in the form filed herewith:

A) Allowing this Motion to Amend;

B) Authorizing substitution of the **Amended Exhibit A** and **Amended Exhibit B** to the Re-Distribution Motion; and

C. The Charter Participant claims submitted by Mark Humby and Donald Ruppert as noted on <u>Amended Exhibit B</u> attached to the Motion to Amend Order are hereby deemed disallowed;

D. As previously provided by this Court's Order dated December 4, 2014 approving the Motion, the Claim Notices (as defined in the Motion) submitted by Additional Claimants (as defined in the Motion) are hereby deemed allowed; and

E. As previously provided by this Court's Order dated December 4, 2014 approving the Motion, the Trustee's proposed manner of payment for future distributions, if any, to allowed Charter Participant Claims, including Additional Claimants, is approved.

Dated: _____     _____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2780544.DOC}     2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2014, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

Trustee's Motion to Amend Order Approving Motion of Chapter 7 Trustee for Order
(I) Allowing Certain Additional Charter Participant Claims, and
(II) Approving Proposed Distribution of Remaining Charter Participant
Claim Funds to Certain Additional Charter Participant Claimants,
with proposed Amended Order.

Dated: December 8, 2014

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas/CORP/15008/14190/A2780778.DOC}    2

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |
| Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Top 20)

Springfield Airport
Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
9900 Porter Road
Niagara Falls, NY 14304
(Top 20)

Vision Airlines
David Meers, SVP and COO
2705 Airport Drive
N. Las Vegas, NV 89032-4301
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

| | | |
|---|---|---|
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |

| | | |
|---|---|---|
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |
| Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE,<br>Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities/Manual Notice) |
| Barton Bailey<br>24 Mary Lane<br>PO Box 45<br>Oakford, IL 62673<br>(Manual Notice List) | Diane Beauchemin<br>446 Forest Ave<br>Brockton, MA 02301<br>(Manual Notice List) | Cheryl Benz<br>910 Bibbs Street<br>Jacksonville, IL 62650<br>(Manual Notice List) |

Debra Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Donald Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(Manual Notice List)

Susan Casey
PO Box 16
Grafton, MA 01519
(Manual Notice List)

Dawn Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

John Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

Theresa Drake
1 Hiland Road
Charlton, MA 01507
(Manual Notice List)

Joyce Ellis
101 Blood Road
Charlton, MA 01507
(Manual Notice List)

Pearl Fuller
495 Queen Lake Road
Phillipston, MA 01331
(Manual Notice List)

Galesburg-Augusta High School
1076 N. 37th Street
Galesburg, MI 49053
(Manual Notice List)

Janet Generous
131 Atwoodville Road
Mansfield Center, CT 06250
(Manual Notice List)

Marla Given
183 Cornelia Street
Plattsburgh, NY 12901
(Manual Notice List)

Cynthia Golden
123 Greenfield Drive
Tonawanda, NY 14150
(Manual Notice List)

Anita Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Harvey Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Brian Higgins
726 Exchange Street
Suite 601
Buffalo, NY 14210
(Manual Notice List)

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

Karen Rose Miscia
8 Cross Street
Natick, MA 01760
(Manual Notice List)

| | | |
|---|---|---|
| Joseph Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) | Loretta Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) | Judith Moulton<br>568 Kemp Road<br>Hampton, CT 06247<br>(Manual Notice List) |
| Kristen Nero Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) | Nicole Notidis<br>9 Maplewood Road<br>Millbury, MA 01527<br>(Manual Notice List) | Margie Quartely<br>56 Shalamar Court<br>Gertzville, NY 14068<br>(Manual Notice List) |
| Jeremiah Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) | James Shelton<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) | Arlington Spinner<br>2812 Military Tpke<br>West Chazy, NY 12992<br>(Manual Notice List) |
| Ruby Tennyson<br>3 Hill Clyde Acres<br>Chestertown, NY 12817<br>(Manual Notice List) | Sheila Van Blarcom<br>24B Stonehouse Lane<br>Keene, NH 03431<br>(Manual Notice List) | Janet VanAlstyne<br>924 Grafton Road<br>Chestertown, VT 05143<br>(Manual Notice List) |
| Kathryn A. Walker<br>9212 Saint Catherine Ave<br>Englewood, FL 34224<br>(Manual Notice List) | Mona Wallace<br>PO Box 95<br>520 Prairie Avenue<br>Taylor Springs, IL 62089<br>(Manual Notice List) | Karen S. Wilson<br>PO Box 7346<br>Richland, MI 49083<br>(Manual Notice List) |
| Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) | Dennis Jerome Parker<br>338 Firebridge Drive<br>Chapin, SC 29036<br>(Manual Notice List) | Richard W. Engel, Jr., Esq.<br>Armstrong Teasdale LLP<br>Suite 1800<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105-1847<br>(Counsel to Airport Terminal Services, Inc./Manual Notice) |
| Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** | Margaret Taylor Finucane, Esq.<br>The Port Authority of New York and New Jersey<br>225 Park Avenue South<br>New York, NY 10003<br>(Manual Notice List) | Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF** |

| | | |
|---|---|---|
| James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF** | James P. Ehrhard, Esq.<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>(Counsel to Beechwood Lakeland Hotel)<br>**VIA ECF** |
| Carl D. Aframe, Esq.<br>Aframe & Barnhill<br>390 Main Street<br>Suite 901<br>Worcester, MA 01608<br>(Counsel to Quickflight, Inc./Interested Party)<br>**VIA ECF** | Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>(Counsel to Xtra Airways/Manual Notice) | Micah Kistler<br>1533 West Isles Avenue<br>Jerome, IL 62704<br>(Claimant) |
| Kristine & Lyle Underwood<br>3540 Brant Court<br>Toledo, OH 43623<br>(Claimant) | FC USA, Inc. dba Liberty Travel<br>Attn: Laurene Taylor<br>69 Spring Street<br>Ramsey, NJ 07446<br>(Claimant) | Jennifer Jones<br>203 W. Walnut Street<br>Fairbury, IL 61739<br>(Claimant) |
| Heather Daniel<br>1215 E. Oak Street<br>Springfield, IL 62703<br>(Claimant) | Mark Humby<br>301 Northshore Blvd W<br>Burlington, Ontario L7T 1A6<br>Canada<br>(Claimant) | Donald Ruppert<br>8422 Versailles Plank Road<br>Angola, NY 14006<br>(Claimant) |
| Heather Daniel<br>316 North Orange<br>Havana, IL 62644<br>(Claimant) | | |