# AMENDED EXHIBIT A

| Additional Claimant | Amount of Claim Asserted | Amount of Amended Proposed Re-Distribution (14.83% approx) |
|---|---|---|
| Kristine and Lyle Underwood | $99.90 | $14.82 |
| FC USA, Inc. d/b/a Liberty Travel | $2,642.50 | $391.91 |
| Micah Kistler | $392.60 | $58.23 |
| Jennifer Jones | $512.25 | $75.97 |
| **Total Amount of Claims Asserted by Additional Claimants** | $3,647.25 | |
| **Total Remaining Charter Participant Claim Funds** | | $540.93 |

{Practice Areas/CORP/15008/14190/A2780808.DOCX}

# AMENDED EXHIBIT B

| Charter Participant Claimant | Amount of Claim Asserted | Proposed Treatment of Claim |
|---|---|---|
| Mark Humby | $345.27 | Disallowed in Full |
| Donald Ruppert | $530.80 | Disallowed in Full |