United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: lbelanger          Page 1 of 3          Date Rcvd: Dec 29, 2014
                              Form ID: pdf012          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2014.
db             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
                 Myrtle Beach, SC 29577-3525
cr             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2014                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2014 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant   Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;moen@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Plaintiff   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant   Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
              David M. Nickless    on behalf of Defendant   Avondale Aviation I, LLC dnickless.nandp@verizon.net
              George W. Shuster    on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com

```
District/off: 0101-4          User: lbelanger            Page 2 of 3              Date Rcvd: Dec 29, 2014
                              Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

          Gina Barbieri O'Neil   on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

          Gregory R. Haworth   on behalf of Interested Party   Valley National Bank grhaworth@duanemorris.com,   tjsantorelli@duanemorris.com

          James P. Ehrhard   on behalf of Defendant   Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com,   cote@ehrhardlaw.com

          James R. Sheatsley   on behalf of Interested Party Marshall   Ellison jsheatsley@suddenlinkmail.com

          James R. Sheatsley   on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com

          James R. Sheatsley   on behalf of Interested Party Kay   Ellison jsheatsley@suddenlinkmail.com

          James R. Sheatsley   on behalf of Defendant Kay   Ellison jsheatsley@suddenlinkmail.com

          Jeffrey D. Sternklar   on behalf of Interested Party   Valley National Bank jdsternklar@duanemorris.com,   jdsternklar@yahoo.com;mmmilne@duanemorris.com

          Jessica E. Murphy   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

          Jessica E. Murphy   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

          Jessica E. Murphy   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com,   mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

          Jessica E. Murphy   on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

          Jessica E. Murphy   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

          Jonathan C. Burwood   on behalf of Creditor   Platte River Insurance Company jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com

          Joseph B. Collins   on behalf of Defendant Judy   Tull jcollins@hendelcollins.com, smello@hendelcollins.com

          Joseph B. Collins   on behalf of Interested Party Kay   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

          Joseph B. Collins   on behalf of Interested Party Marshall   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

          Joseph B. Collins   on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

          Joseph B. Collins   on behalf of Defendant Kay   Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

          Joseph H. Baldiga   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Joseph H. Baldiga   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Joseph H. Baldiga   jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com

          Joseph H. Baldiga   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Joseph H. Baldiga   on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Joseph H. Baldiga   on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Joseph H. Baldiga   on behalf of Special Counsel Robert   Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

          Kevin C. McGee   on behalf of Creditor   American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com

          Laura Otenti   on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com

          Lawrence M. Kraus   on behalf of Creditor   Horry County Department of Airports lkraus@foley.com, khall@foley.com

          Michael J. Pappone   on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com

          Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us

          Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

          Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

          Richard King   USTPRegion01.WO.ECF@USDOJ.GOV

          Richard T. King   on behalf of Assistant U.S. Trustee Richard   King richard.t.king@usdoj.gov

          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com

```
District/off: 0101-4          User: lbelanger            Page 3 of 3             Date Rcvd: Dec 29, 2014
                              Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
      Ronald T. Bevans   on behalf of Creditor  Sky King Inc. rtbevans@bevanslaw.com
      Timothy T Brock   on behalf of Plaintiff  Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock   on behalf of Creditor  Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                    TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Avondale Aviation I, LLC)
(Re: Verified Complaint; Adversary Proceeding No. 14-04025)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on December 1, 2014, for an order approving the Stipulation of Settlement with Avondale Aviation I, LLC; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

A.  The Motion is allowed; and

B.  The Stipulation of Settlement (Re: Avondale Aviation I, LLC) (Re: Verified Complaint; Adversary Proceeding No. 14-04025), is approved.

Dated: Dec. 29, 2014

Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2770893.DOC}