UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 12-40944-MSH** |

## ORDER ALLOWING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY MIRICK, O'CONNELL, DeMALLIE & LOUGEE, LLP

Upon the First Interim Application for Allowance of Compensation and Reimbursement

of Expenses by Mirick, O'Connell, DeMallie & Lougee, LLP ("MODL"), counsel to the Chapter

7 trustee (the "Trustee"), dated November 19, 2014 (the "MODL First Interim Fee

Application"); and the Court finding that notice thereof was sufficient; and no objection to the

MODL First Interim Fee Application having been filed, or any such objection having been

overruled after a hearing as appropriate under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      The MODL First Interim Fee Application is granted;

2.      MODL be and hereby is awarded and allowed fees in the amount of

$ 1,054,268.00 in connection with its representation of the Trustee for the period April 11, 2012

through and including October 31, 2014;

3.      MODL be and hereby is awarded and allowed expenses in the amount of

$ 38,924.65 _____ in connection with its representation of the Trustee for the period April 11,

2012 through and including October 31, 2014; and

4.      The Trustee is hereby directed to pay to MODL, at this time, fees in the amount of

$ 742,621.05             and expenses in the amount of $    38,924.65      , for a total

payment to MODL, at this time, in the amount of $   781,545.70      .

Dated:      January 15, 2015        ·

Honorable Melvin S. Hoffman
United States Bankruptcy Judge