UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:                                        )
                                              )
Southern Sky Air & Tours, LLC,    )    Chapter 7
d/b/a Direct Air                          )    Case No. 12-40944-MSH
                                              )
    Debtor.                               )
                                              )

ORDER

Upon consideration of the pending Verdolino & Lowey, P.C. within application, notice of same having been given to creditors and other interested parties as required, IT IS HEREBY ORDERED that an allowance of $ 225,000.50 for services and $ 17,260.50 for expenses for a total of $ 242,261.00 be and hereby is made to the applicant and that $175,749.72 may be paid from the funds of the Debtor's estate.

Dated:   January 15, 2015

_____
United States Bankruptcy Judge