United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
    Debtor

Case No. 12-40944-msh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: lbelanger      Page 1 of 3      Date Rcvd: Jan 15, 2015  
                       Form ID: pdf012      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2015.
```
db           +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
               Myrtle Beach, SC 29577-3525
cr           +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,   Worcester, MA 01602-2294
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
acc          Craig Jalbert  
         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2015 at the address(es) listed below:
```
          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,   ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
           bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
          Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
           graves@aframebarnhill.com;leblanc@aframebarnhill.com
          Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
          David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
          David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
          David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
          David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net
          George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
           Sanford International Airport george.shuster@wilmerhale.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
```

```
District/off: 0101-4          User: lbelanger              Page 2 of 3                    Date Rcvd: Jan 15, 2015
                              Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
               Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
               grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
              James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
               Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
               Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
              James R. Sheatsley    on behalf of Interested Party Marshall   Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Interested Party Kay   Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Kay   Ellison jsheatsley@suddenlinkmail.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jeffrey@sternklarlaw.com, jdsternklar@yahoo.com
              Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
               mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
               mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
              Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
              Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
               jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
              Joseph B. Collins    on behalf of Defendant Kay   Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Interested Party Kay   Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Interested Party Marshall   Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
               smello@hendelcollins.com
              Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc.
               kmcgee@sederlaw.com
              Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
               jspagnoli@pbl.com
              Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com,
               khall@foley.com
              Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
              Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
               nicole.caprioli@state.ma.us
              Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC
               pbilowz@goulstonstorrs.com
              Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

```
District/off: 0101-4           User: lbelanger              Page 3 of 3                   Date Rcvd: Jan 15, 2015
                               Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
      Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
      Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
      Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
      Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
      Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                 TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Central Division)

In re:

Southern Sky Air & Tours, LLC,
d/b/a Direct Air

    Debtor.

Chapter 7
Case No. 12-40944-MSH

ORDER

Upon consideration of the pending Verdolino & Lowey, P.C. within application, notice of same having been given to creditors and other interested parties as required, IT IS HEREBY ORDERED that an allowance of $ 225,000.50 for services and $ 17,260.50 for expenses for a total of $ 242,261.00 be and hereby is made to the applicant and that $175,749.72 may be paid from the funds of the Debtor's estate.

Dated: January 15, 2015

_____
United States Bankruptcy Judge