UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Estate Property
(Re: Claims Against Sky King, Inc.))

Upon the motion dated February 4, 2015 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the Trustee's Notice of Abandonment of Estate Property (Re: Claims Against Sky King, Inc.) (the "Notice of Abandonment"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

{Practice Areas/CORP/15008/14190/A2827439.DOC}

      b.      The Trustee may limit notice of the Notice of Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice (including counsel to Sky King, Inc.), and the Chapter 11 trustee, and his counsel, in the Sky King bankruptcy case (Case No. 12-35905 pending in the U.S. Bankruptcy Court for the Eastern District of California).

Dated:     February 4, 2015

*[signature]*
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2827439.DOC}