```
                          United States Bankruptcy Court
                             District of Massachusetts
```

In re:                                                                    Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: ab                  Page 1 of 3               Date Rcvd: Feb 04, 2015
                              Form ID: pdf012           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2015.
db           +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
               Myrtle Beach, SC 29577-3525
cr           +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2015 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant   Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Plaintiff   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant   Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless.nandp@verizon.net
              David M. Nickless    on behalf of Defendant   Avondale Aviation I, LLC dnickless.nandp@verizon.net
              George W. Shuster    on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com

```
District/off: 0101-4              User: ab                   Page 2 of 3              Date Rcvd: Feb 04, 2015
                                  Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

        Gina Barbieri O'Neil    on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

        Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com

        James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com

        James R. Sheatsley    on behalf of Interested Party Marshall    Ellison jsheatsley@suddenlinkmail.com

        James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com

        James R. Sheatsley    on behalf of Interested Party Kay    Ellison jsheatsley@suddenlinkmail.com

        James R. Sheatsley    on behalf of Defendant Kay    Ellison jsheatsley@suddenlinkmail.com

        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jeffrey@sternklarlaw.com, jdsternklar@yahoo.com

        Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com

        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com

        Joseph B. Collins    on behalf of Defendant Kay    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

        Joseph B. Collins    on behalf of Defendant Judy    Tull jcollins@hendelcollins.com, smello@hendelcollins.com

        Joseph B. Collins    on behalf of Interested Party Kay    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

        Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

        Joseph B. Collins    on behalf of Interested Party Marshall    Ellison jcollins@hendelcollins.com, smello@hendelcollins.com

        Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com

        Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Joseph H. Baldiga    on behalf of Special Counsel Robert    Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com

        Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com

        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, khall@foley.com

        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com

        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us

        Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

        Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

        Richard King    USTPRegion01.WO.ECF@USDOJ.GOV

```
District/off: 0101-4           User: ab                 Page 3 of 3                  Date Rcvd: Feb 04, 2015
                               Form ID: pdf012          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
          Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
          Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                                      TOTAL: 73

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Estate Property
(Re: Claims Against Sky King, Inc.))

Upon the motion dated February 4, 2015 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the Trustee's Notice of Abandonment of Estate Property (Re: Claims Against Sky King, Inc.) (the "Notice of Abandonment"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

{Practice Areas/CORP/15008/14190/A2827439.DOC}

b.  The Trustee may limit notice of the Notice of Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice (including counsel to Sky King, Inc.), and the Chapter 11 trustee, and his counsel, in the Sky King bankruptcy case (Case No. 12-35905 pending in the U.S. Bankruptcy Court for the Eastern District of California).

Dated: _____February 4_, 2015

_/s/ Melvin S. Hoffman_
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A2827439.DOC}