# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | Chapter 7<br>Case No. 12-40944-MSH |

## MOTION TO LIMIT NOTICE
### (Re: Trustee's Notice of Abandonment of Debtor's Personal Property)
### (Including Accounts Receivable, Contingent Claims, DOT License and Possible Customer Lists)

To the Honorable Melvin S. Hoffman, Chief Judge, United States Bankruptcy Court:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding his Notice of Abandonment of Estate Property (Including Accounts Receivable, Contingent Claims, DOT License and Possible Customer Lists) (the "Notice of Abandonment") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, and all parties listed on the Debtor's Amended Schedule of Post-Petition Creditors.

In support hereof, the Trustee submits the following:

1.      On March 15, 2012, the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101–1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), the case was converted to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4. On the date hereof, the Trustee filed the Notice of Abandonment and sought an order thereon.

5. The Debtor operated its business as an indirect air carrier providing public charter air flights and offering all-inclusive vacation, golf and entertainment packages.

6. On May 3, 2012, the Debtor filed, among other things, separate schedules for Schedule F creditors, categorized as consumer creditors ("Schedule F - Consumer Creditors") and non-consumer creditors ("Schedule F – Non-Consumer Creditors"). The number of Schedule F – Consumer Creditors totals approximately 93,000 and, upon information and belief, are all consumer creditors who purchased airline tickets for flights that never occurred. The Trustee has confirmed that, on March 13, 2012 (two days prior to the Petition Date), the Debtor stopped accepting flight reservations and terminated reservation capabilities on its web-site.

7. Based on the foregoing, the Trustee believes that the Schedule F – Consumer Creditors are all pre-petition creditors and that service of the Notice of Abandonment upon them is unnecessary and would impose an undue burden on the Estate both financially and administratively.

8. Accordingly, the Trustee requests that he be authorized to limit notice to the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental

{Practice Areas/CORP/15008/14190/A2891397.DOC}

authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, and all parties listed on the Debtor's Amended Schedule of Post-Petition Creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A. Allowing the Trustee's motion to limit notice; and

B. Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: April 9, 2015

{Practice Areas/CORP/15008/14190/A2891397.DOC}

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
### (Re: Trustee's Notice of Abandonment of Estate Property)

Upon the motion dated April 9, 2015 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the referenced Debtor, for authority to limit notice of his Notice of Abandonment of Estate Property (Including Accounts Receivable, Contingent Claims, DOT License and Possible Customer Lists) (the "Notice of Abandonment"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

A.   The Motion is ALLOWED; and

B.   The Trustee may limit notice of the Notice of Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected

{Practice Areas/CORP/15008/14190/A2891397.DOC}

governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors, and all parties listed on the Debtor's Amended Schedule of Post-Petition Creditors.

Dated: _____, 2015    _____
Honorable Melvin S. Hoffman
Chief Judge, United States Bankruptcy Court