# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    **Debtor.** | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or through the Court's electronic case filing (ECF) system:

1. Trustee's Notice of Abandonment of Estate Property (Including Accounts Receivable, Contingent Claims, DOT License and Possible Customer Lists); and

2. Motion to Limit Notice (Re: Trustee's Notice of Abandonment of Estate Property) (Including Accounts Receivable, Contingent Claims, DOT License and Possible Customer Lists), with proposed Order.

<br>

|  |  |
|---|---|
| |     /s/ Joseph H. Baldiga<br>Joseph H. Baldiga, BBO #549963<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>Phone: 508.898.1501<br>Fax:    508.898.1502 |
| Dated: April 13, 2015 | Email: bankrupt@mirickoconnell.com |

{Practice Areas/CORP/15008/14190/A2891433.DOC} (query)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours, LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>**VIA ECF** |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>1 Turtle Creek Circle<br>Suite C<br>Swanton, OH 43558-8538<br>(Top 20) | Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
1625 Buffalo Ave, Ste 2B
Niagara Falls, NY 14303-1545
(Top 20)

Vision Airlines
David Meers, SVP and COO
2705 Airport Drive
N. Las Vegas, NV 89032-4301
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
805 West Idaho Street, Suite 401
Boise, ID 83702-8918
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party/Postpetition Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Jeffrey S. Greenberg, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
Baltimore, MD 21202
(Counsel to Ober, Kaler, Grimes & Shriver)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

{Practice Areas/CORP/15008/14190/A2891433.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Transportation Security Association<br>Attn:  Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Airport Terminal Services Inc.<br>111 Westport Plaza Drive, Suite 400<br>Saint Louis, MO 63146<br>(Schedule F/Nonconsumers) |
| American Eagle Airlines Inc.<br>PO Box 619616<br>DWF Airport, TX 75261-9616<br>(Schedule F/Nonconsumers) | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001<br>(Schedule F/Nonconsumers) | Anchor Taxi<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| AT&T Michigan<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | AT&T Ohio<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | Autry & Toler AC<br>1419 East Main Street<br>Princeton, WV 24740<br>(Schedule F/Nonconsumers) |

{Practice Areas/CORP/15008/14190/A2891433.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

Baggage Airline Guest Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport Authority
28000 A-1 Airport Road, Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel Communications
5570 Collections Center Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield, MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite 205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

Concourse Communications Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Cortland Computer Services<br>250 Lackland Drive<br>Suite 100<br>Middlesex, NJ 08846<br>(Schedule F/Nonconsumers) | Creative Spot<br>430 East Rich Street<br>Columbus, OH 43215<br>(Schedule F/Nonconsumers) | Emery Air, Inc.<br>PO Box 6067<br>Rockford, IL 61125<br>(Schedule F/Nonconsumers) |
| Fairfield Inn Broadway<br>1350 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Federal Express<br>PO Box 371461<br>Pittsburgh, PA 15250-7461<br>(Schedule F/Nonconsumers) | Florida Weekly<br>4300 Ford Street, Suite 105<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) |
| Frontier (WV)<br>PO Box 20550<br>Rochester, NY 14602-0550<br>(Schedule F/Nonconsumers) | Full Steam Ahead<br>1455 Commerce Place<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Victor H. Smith, Esq.<br>Garofalo Goerlich Hainbach PC<br>1200 New Hampshire Ave NW<br>Suite 800<br>Washington, DC 20036-6802<br>(Schedule F/Nonconsumers) |
| Greater Niagra Newspapers<br>310 Niagra Street<br>PO Box 549<br>Niagara Falls, NY 14302<br>(Schedule F/Nonconsumers) | Greater Rockford Airport Authority<br>60 Airport Drive<br>Rockford, IL 61109<br>(Schedule F/Nonconsumers) | Hilton Garden Inn Coastal Grand<br>2383 Coastal Grand Circle<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| Hilton Garden Inn- Lake Mary<br>705 Currency Circle<br>Lake Mary, FL 32746<br>(Schedule F/Nonconsumers) | Hilton Garden-Inn Lakeland<br>3839 Doon Emerson Drive<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) | Himmelsbach Communications, Inc.<br>PO Box 1463<br>North Myrtle Beach, SC 29598<br>(Schedule F/Nonconsumers) |
| Holiday Inn Express Hotel<br>10-12 Johnson Street<br>Auburn, MA 01501<br>(Schedule F/Nonconsumers) | Hudson News<br>1 Meadowlands Plaza Ste 902<br>East Rutherford, NJ 07073<br>(Schedule F/Nonconsumers) | Jeff Jarrell<br>260 Colby Court<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |
| Judy Tull<br>1414 Highland Circle<br>Myrtle Beach, SC 29578<br>(Schedule F/Nonconsumers) | Kalamazoo Gazette<br>401 S. Burdick Street<br>Kalamazoo, MI 49007<br>(Schedule F/Nonconsumers) | Kay Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Kegerris Outdoor Advertising LLC<br>PO Box 242<br>Fayetteville, PA 17222<br>(Schedule F/Nonconsumers) | King Williams Aviation, LLC<br>c/o Corporation Service Center<br>1703 Laurel Street<br>Columbia, SC 29201<br>(Schedule F/Nonconsumers) | Lakeland Ledger<br>PO Box 913004<br>Orlando, FL 32891<br>(Schedule F/Nonconsumers) |
| Marshall Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | Milam Howard<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Schedule F/Nonconsumers) |
| AIR MAIL<br>Montreal Gazette<br>1010 Sainte-Catherine Street, West #200<br>H3B 5L1<br>Montreal, Canada<br>QC<br>(Schedule F/Nonconsumers) | Mountaineer Gas<br>2401 Sissonville Drive<br>Charleston, WV 25387<br>(Schedule F/Nonconsumers) | Nassau Broadcasting Partners<br>880 Commonwealth Avenue<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| National Event Publications<br>4908 Creekside Dr.<br>Suite A<br>Clearwater, FL 33760-4009<br>(Schedule F/Nonconsumers) | National Air Transportation Assoc.<br>4226 King Street<br>Alexandria, VA 22302<br>(Schedule F/Nonconsumers) | New England Publishing Group, Inc.<br>PO Box 357<br>Swansea, MA 02777<br>(Schedule F/Nonconsumers) |
| Niagra Falls Aviation<br>9900 Porter Road<br>Niagara Falls, NY 14304<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Norm Bess, et al<br>PH-18 Concorde Place<br>M3C 3T9<br>Toronto, Canada<br>OT<br>(Schedule F/Nonconsumers) | Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) |
| Orlando/Sanford International Airport<br>3200 Red Cleveland Blvd<br>Sanford, FL 32773<br>(Schedule F/Nonconsumers) | Palm Beach Newspapers Inc.<br>PO Box 24694<br>West Palm Beach, FL 33416-4694<br>(Schedule F/Nonconsumers) | Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Pittsburgh Trade Alliance<br>1650 Smallman Street<br>3rd Floor<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Press Republican<br>PO Box 459<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) | Prettyman Broadcasting<br>1606 W. King St.<br>Martinsburgh, WV 25401-2077<br>(Schedule F/Nonconsumers) |
| Printmill<br>4001 Portage Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Raddix International, Inc.<br>6310 Hazeltine National Drive<br>Orlando, FL 32822<br>(Schedule F/Nonconsumers) | Randall Family, LLC<br>351 Ballenger Center Drive<br>Frederick, MD 21703<br>(Schedule F/Nonconsumers) |
| Reminder Media<br>PO Box 52390<br>Boston, MA 02205<br>(Schedule F/Nonconsumers) | Rockford Register Star<br>PO Box 439<br>Rockford, IL 61105<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Sago Travel<br>521 Upper Sherman Ave.<br>Hamilton ON L8V 3L9<br>CANADA<br>(Schedule F/Nonconsumers) |
| Santee Cooper<br>PO Box 188<br>Moncks Corner, SC 29461-0188<br>(Schedule F/Nonconsumers) | Sheltair Aviation Services<br>Attn: Gerald M. Holland<br>1 Alabama Avenue<br>Plattsburgh, NY 12903<br>(Schedule F/Nonconsumers) | Shy King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) |
| Southern New England Golfer<br>PO Box 10038<br>Cranston, RI 02910<br>(Schedule F/Nonconsumers) | Southeastern Chemical Co., Inc.<br>320 City Avenue<br>Beckley, WV 25801<br>(Schedule F/Nonconsumers) | Springfield Chamber of CO<br>1011 S Second St<br>Springfield, IL 62704<br>(Schedule F/Nonconsumers) |
| SSP America<br>Bank of America<br>14305 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Stadium Management Co.<br>Wings Stadium<br>3600 Vanrick Drive<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Stages Video Production<br>514 29th Avenue North<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Toledo-Lucas County Port Authority<br>One Maritime Plaza<br>Toledo, OH 43604<br>(Schedule F/Nonconsumers) | AIR MAIL<br>Tripcentral<br>Hamilton City Centre<br>77 James St., North, 230<br>L8R 2K3<br>Hamitlon, ON<br>CANADA<br>(Schedule F/Nonconsumers) | USA Jet Airlines Inc.<br>PO Box 633554<br>Cincinnati, OH 45263-6554<br>(Schedule F/Nonconsumers) |
| Verizon Florida LLC<br>PO Box 920041<br>Dallas, TX 75392-0041<br>(Schedule F/Nonconsumers) | Vision Airlines<br>Aaron Godwin<br>2705 Airport Road<br>North Las Vegas, NV 89032<br>(Schedule F/Nonconsumers) | Vox AM/FM, LLC<br>265 Hegeman Avenue<br>Colchester, VT 05446<br>(Schedule F/Nonconsumers) |
| AIR MAIL<br>Voyage Vasco St. Sauveur<br>36 Ave De LA Gare Bureau 102<br>L0R 1R0<br>Saint Sauveur, QC<br>CANADA<br>(Schedule F/Nonconsumers) | Walter C. Cook<br>Law Office of Walter C. Cook<br>1500-20th St.<br>San Francisco, CA 94107<br>(Schedule F/Nonconsumers) | WHAG NBC TV<br>13 E. Washington Street<br>Hagerstown, MD 21740<br>(Schedule F/Nonconsumers) |
| WINK-TV<br>2824 Palm Beach Blvd<br>Fort Myers, FL 33916<br>(Schedule F/Nonconsumers) | Worcester Airport Limo<br>219 West Boylston Street<br>West Boylston, MA 01583<br>(Schedule F/Nonconsumers) | Worcester Telegram & Gazette<br>20 Franklin Street, Box 15012<br>Worcester, MA 01615-0012<br>(Schedule F/Nonconsumers) |
| Worldwide Flight Services<br>1925 West John Carpenter Freeway<br>Suite 450<br>Irving, TX 75063<br>(Schedule F/Nonconsumers) | WTOL-TV Toledo<br>Attn: Lockbox #1350<br>PO Box 11407<br>Birmingham, AL 35246-1350<br>(Schedule F/Nonconsumers) | WWMT-TV<br>590 Maple Street<br>Kalamazoo, MI 49008<br>(Schedule F/Nonconsumers) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Wyvern Hotel
101 E. Retta Esplanade
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

Cale Benner
6011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion/Post Petition Creditor)

Patricia Small
353 Deerfield Links Drive
Surfside Beach, SC 29575
(2004 Motion/Post Petition Creditor)

David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank Torbert/NOA)
**VIA ECF**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy, Inc.)

Kelsey S. Dunn
3063 Howard Ave
Suite 309
Myrtle Beach, SC 29577
(Postpetition Creditor)

Lexi Burling
353 Deer Field Link Drive
Surfside Beach, SC 29575
(Postpetition Creditor)

Linda Abott
4051 Windchime Lane
Lakeland, FL 33811
(Postpetition Creditor)

Mara Bateson
2154 N. Berwick Dr.
Myrtle Beach, SC 29575
(Postpetition Creditor)

Mary Avant-Baldwin
1507 Dewitt Street
Conway, SC 29527
(Postpetition Creditor)

Shawn J. Ernst
6683 Wisteria Drive
Myrtle Beach, SC 29588
(Postpetition Creditor)

Thomas E. Lowe
83 Goodson Loop
Pawley's Island, SC 29585
(Postpetition Creditor)

Robert M. Dees, Esq.
Milam, Howard, Nicandri, Dees & Gillam, P.A.
14 East Bay Street
Jacksonville, FL 32202
(Special Counsel to Trustee)

Tasha B. Thompson, Esq.
South Carolina Department of Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina Department of Revenue)

{Practice Areas/CORP/15008/14190/A2891433.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |
| Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE,<br>Room W96-322<br>Washington, DC 20590<br>(Interested Party) | Federal Express<br>P. O. Box 727<br>Memphis, TN 38194<br>(Schedule F/Nonconsumers) |
| Fedex TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>Module G, 3rd Floor<br>3965 Airways Blvd.<br>Memphis, TN 38116<br>(Schedule F/Nonconsumers) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities/Manual Notice) | Barton Bailey<br>24 Mary Lane<br>PO Box 45<br>Oakford, IL 62673<br>(Manual Notice List) |
| Diane Beauchemin<br>446 Forest Ave<br>Brockton, MA 02301<br>(Manual Notice List) | Cheryl Benz<br>910 Bibbs Street<br>Jacksonville, IL 62650<br>(Manual Notice List) | Debra Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) |
| Donald Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) | Cynthia Caccese<br>1 Willow Street #17<br>Lockport, NY 14094<br>(Manual Notice List) | Susan Casey<br>PO Box 16<br>Grafton, MA 01519<br>(Manual Notice List) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Dawn Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | John Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | Theresa Drake<br>1 Hiland Road<br>Charlton, MA 01507<br>(Manual Notice List) |
| Joyce Ellis<br>101 Blood Road<br>Charlton, MA 01507<br>(Manual Notice List) | Pearl Fuller<br>495 Queen Lake Road<br>Phillipston, MA 01331<br>(Manual Notice List) | Galesburg-Augusta High School<br>1076 N. 37th Street<br>Galesburg, MI 49053<br>(Manual Notice List) |
| Janet Generous<br>131 Atwoodville Road<br>Mansfield Center, CT 06250<br>(Manual Notice List) | Marla Given<br>183 Cornelia Street<br>Plattsburgh, NY 12901<br>(Manual Notice List) | Cynthia Golden<br>123 Greenfield Drive<br>Tonawanda, NY 14150<br>(Manual Notice List) |
| Anita Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Harvey Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Brian Higgins<br>726 Exchange Street<br>Suite 601<br>Buffalo, NY 14210<br>(Manual Notice List) |
| Sue Hunt<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) | Amy King<br>6 Maple Ridge Drive<br>West Chazy, NY 12992<br>(Manual Notice List) | Joseph Kotecki<br>501 Cross Street<br>Peru, IL 61354<br>(Manual Notice List) |
| Karel Mace<br>5112 Country Route 27<br>Canton, NY 13617<br>(Manual Notice List) | Michael M. Mace<br>5112 Country Route 27<br>Canton, NY 13617<br>(Manual Notice List) | Cathy McCool<br>227 Potters Road<br>Buffalo, NY 14220<br>(Manual Notice List) |
| Pamela Meskus<br>79 Holden Street<br>Worcester, MA 01605<br>(Manual Notice List) | Karen Rose Miscia<br>8 Cross Street<br>Natick, MA 01760<br>(Manual Notice List) | Joseph Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) |
| Loretta Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) | Judith Moulton<br>568 Kemp Road<br>Hampton, CT 06247<br>(Manual Notice List) | Kristen Nero Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Nicole Notidis<br>9 Maplewood Road<br>Millbury, MA 01527<br>(Manual Notice List) | Margie Quartely<br>56 Shalamar Court<br>Gertzville, NY 14068<br>(Manual Notice List) | Jeremiah Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) |
| James Shelton<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) | Arlington Spinner<br>2812 Military Tpke<br>West Chazy, NY 12992<br>(Manual Notice List) | Ruby Tennyson<br>3 Hill Clyde Acres<br>Chestertown, NY 12817<br>(Manual Notice List) |
| Sheila Van Blarcom<br>24B Stonehouse Lane<br>Keene, NH 03431<br>(Manual Notice List) | Janet VanAlstyne<br>924 Grafton Road<br>Chestertown, VT 05143<br>(Manual Notice List) | Kathryn A. Walker<br>9212 Saint Catherine Ave<br>Englewood, FL 34224<br>(Manual Notice List) |
| Mona Wallace<br>PO Box 95<br>520 Prairie Avenue<br>Taylor Springs, IL 62089<br>(Manual Notice List) | Karen S. Wilson<br>PO Box 7346<br>Richland, MI 49083<br>(Manual Notice List) | Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) |
| Dennis Jerome Parker<br>338 Firebridge Drive<br>Chapin, SC 29036<br>(Manual Notice List) | Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** | Margaret Taylor Finucane, Esq.<br>The Port Authority of New York and New Jersey<br>225 Park Avenue South<br>New York, NY 10003<br>(Manual Notice List) |
| Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF** | James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF** |

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| James P. Ehrhard, Esq.<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>(Counsel to Beechwood Lakeland Hotel)<br>**VIA ECF** | Carl D. Aframe, Esq.<br>Aframe & Barnhill<br>390 Main Street<br>Suite 901<br>Worcester, MA 01608<br>(Counsel to Quickflight, Inc./Interested Party)<br>**VIA ECF** | Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>(Counsel to Xtra Airways/Manual Notice) |

{Practice Areas/CORP/15008/14190/A2891433.DOC}