```
Case 12-40944    Doc 667    Filed 04/15/15    Entered 04/16/15 00:58:50    Desc Imaged
                            Certificate of Notice    Page 1 of 5
```

United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-40944-msh
Southern Sky Air & Tours, LLC d/b/a Dire                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: lbelanger      Page 1 of 4         Date Rcvd: Apr 13, 2015
                          Form ID: pdf012      Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2015.
```
db          +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
             Myrtle Beach, SC 29577-3525
aty          Brian P. Hall,    Smith, Gambrell & Russell, LLP,    Suite 3100, Promenade II,
             1230 Peachtree Street, NE,    Atlanta, GA 30309-3592
aty         +Gina L. Martin,    Goodwin Procter LLP,    53 State Street,    Exchange Place,
             Boston, MA 02109-2820
aty         +Michael P. Holden,    335 Washington Street,    Suite 4,    Norwell, MA 02061-1900
aty         +Ryan J Works,    McDonald Carano Wilson LLP,    2300 West Sahara Avenue, Suite 1200,
             Las Vegas, NV 89102-4395
cr           Airport Terminal Services, Inc.,    c/o Richard W. Engel, Jr., Esq.,   Armstrong Teasdale LLP,
             770 Forsyth Blvd., Suite 1800,    St. Louis, MO 63105
cr          +American Express Travel Related Services Co., Inc.,    200 Vesey Street,
             New York, NY 10281-1013
cr          +Amy King,    6 Maple Ridge Drive,    West Chazy, NY 12992-9739
intp        +Anita Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
intp        +Arlington Spinner,    2812 Military Tpke,    West Chazy, NY 12992-3924
intp        +Barton Bailey,    24 Mary Lane,    PO Box 45,    Oakford, IL 62673-0045
intp        +Brett J. Nizzo,    Riemer & Braunstein LLP,    Times Square Tower,    Suite 2506,
             Seven Times Square,    New York, NY 10036-6546
intp       #+Cathy McCool,    227 Potters Road,    Buffalo, NY 14220-2416
intp        +Cheryl Benz,    910 Bibbs Street,    Jacksonville, IL 62650-3038
cr          +Christopher Harrington,    257 Tom Swamp Road,    Petersham, MA 01366-9615
intp        +Commonwealth of Massachusetts,    Office of the Atty General M. Coakley,    10 Mechanic Street,
             Suite 301,    Worcester, MA 01608-2417
intp        +Cynthia Caccese,    1 Willow Street #17,    Lockport, NY 14094-4871
intp        +Cynthia Golden,    123 Greenfield Drive,    Tonawanda, NY 14150-4332
intp        +Dawn Cottone,    319 Fairlawn Drive,    Torrington, CT 06790-5866
intp        +Debra Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
cr          +Dennis Jerome Parker,    338 Firebridge Dr.,    Chapin, SC 29036-7884
intp        +Diane Beauchemin,    446 Forest Avenue,    Brockton, MA 02301-5749
intp        +Donald Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
intp        +Galesburg-Augusta High School,    1076 N. 37th Street,    Galesburg, MI 49053-8817
intp        +Harvey Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
cr          +Horry County Department of Airports,    c/o Foley & Lardner LLP,    Attn: Lawrence M. Kraus, Esq.,
             111 Huntington Ave.,    Boston, MA 02199-7682
intp        +James Shelton,    95 Parkway,    Maywood, NJ 07607-1524
intp        +Janet Generous,    131Atwoodville Road,    Mansfield Center, CT 06250-1103
intp        +Janet VanAlstyne,    924 Grafton Road,    Chester, Vt 05143-8945
intp        +Jeremiah Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp        +John Cottone,    319 Fairlawn Drive,    Torrington, CT 06790-5866
intp        +Joseph Kotecki,    501 Cross Street,    Peru, IL 61354-3221
intp        +Joseph Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
intp        +Joyce Ellis,    101 Blood Road,    Charlton, MA 01507-5129
intp        +Judith Moulton,    568 Kemp Road,    Hampton, CT 06247-2025
intp        +Kalamazoo County Treasurer,    c/o James Komondy, Esq.,    Law Weathers,    800 Bridgewater Place,
             333 Bridge Street, NW,    Grnad Rapids, MI 49504-5320
intp        +Kalamazoo/Battle Creek International Airport,    c/o James Komondy, Esq.,    Law Weathers,
             800 Bridgewater Place,    333 Bridge Street, NW,    Grand Rapids, MI 49504-5320
intp        +Karel Mace,    5112 County Route 27,    Canton, NY 13617-3278
intp        +Karen Rose Miscia,    8 Cross Street,    Natick, MA 01760-5830
intp        +Karen S. Wilson,    PO Box 73,    Richland, MI 49083-0073
intp        +Kathryn A. Walker,    9212 Saint Catherine Avenue,    Englewood, FL 34224-8409
cr          +Kevin F. Conway,    54 James Street,    Worcester, MA 01603-1014
intp        +Kristen Nero Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp        +Loretta Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
cr          +Lynn A. Conway,    54 James Street,    Worcester, MA 01603-1014
intp        +Margie Quartely,    56 Shalamar Court,    Gertzville, NY 14068-1190
intp        +Marla Given,    183 Cornelia Stereet,    Plattsburgh, NY 12901-2725
intp        +Maura I Russell,    Reimer @ Braunstein LLP,    Times Square Tower,    Suite 2506,
             Seven Times Square,    New York, NY 10036-6546
intp        +Michael M. Mace,    5112 Country Route 27,    Canton, NY 13617-3278
intp        +Mona Wallace,    PO Box 95,    520 Prairie Avenue,    Taylor Springs, IL 62089-1081
intp        +Nicole Notidis,    9 Maplewood Road,    Millbury, MA 01527-4317
intp        +Pamela Meskus,    79 Holden Street,    Worcester, MA 01605-3140
intp        +Pearl Fuller,    495 Queen Lake Road,    Phillipston, MA 01331-9476
cr          +Platte River Insurance Company,    P,O. Box 5900,    Madison, WI 53705-0900
cr          +Riemer & Braunstein LLP,    c/o Alan L. Braunstein, Esq.,    Three Center Plaza,
             Boston, MA 02108-2090
sp          +Robert Dees,    Milam Howard,    14 East Bay Street,    Jacksonville, FL 32202-3413
intp        +Ronald T. Bevans, Jr.,    1221 Brickell Avenue,    Suite 2660,    Miami, FL 33131-3260
intp        +Ruby Tennyson,    3 Hill Clyde Acres,    Chestertown, NY 12817-2418
intp        +Sheila Van Blarcom,    24B Stonehouse Lane,    Keene, NH 03431-5241
cr          +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294
```

```
District/off: 0101-4                  User: lbelanger              Page 2 of 4                   Date Rcvd: Apr 13, 2015
                                      Form ID: pdf012              Total Noticed: 68

intp           +Steven E. Fox,   Riemer & Braunstein LLP,   Times Square Tower,   Suite 2506,
                 Seven Times Square,   New York, NY 10036-6546
intp           +Sue Hunt,   95 Parkway,   Maywood, NJ 07607-1524
intp           +Susan Casey,   PO Box 16,   Grafton, MA 01519-0016
cr             +The Port Authority of New York and New Jersey,   225 Park Avenue South,   13th Floor,
                 New York, NY 10003-1604
intp           +Theresa Drake,   1 Hiland Road,   Charlton, MA 01507-3015
cr             +UNITED STATES,   Department of Justice,   PO Box 875 Ben Franklin Station,
                 washington, dc 20044-0875
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bankruptcy@sctax.org Apr 14 2015 00:04:59     Tasha B. Thompson,   PO Box 12265,
                 Columbia, SC 29211-2265
acc            +E-mail/Text: ebn@vlpc.com Apr 14 2015 00:04:35     Craig R. Jalbert,   Verdolino & Lowey, P.C.,
                 124 Washington Street,   Foxborough, MA 02035-1368
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Brian Higgins
intp            Christa Fornarotto
acc             Craig Jalbert
cr              Eugene Ferrell
cr              Falcon Air Express, Inc.
sp              Posternak Blankstein & Lund LLP
intp            Richard Lee Winkle
cr              Robert H. Sherwood
cr              Robert W Kovacs,   20 Blackstone Street,   Menson, ma  01576
cr              Roy Steedman
cr              Shirley Steedman
cr              Springfield Airport Authority
cr              The Allegheny County Airport Authority
                                                                                              TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,   ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;leblanc@aframebarnhill.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
```

```
District/off: 0101-4          User: lbelanger              Page 3 of 4           Date Rcvd: Apr 13, 2015
                              Form ID: pdf012              Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- David B. Haber   on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com
- David B. Madoff   on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
- David C. Fixler   on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
- David C. Fixler   on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
- David C. Fixler   on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
- David J. Reier   on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
- David J. Reier   on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
- David J. Reier   on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
- David J. Reier   on behalf of Counter-Defendant   Merrick Bank Corporation dreier@pbl.com
- David M. Nickless   on behalf of Defendant   Avondale Aviation I, LLC dnickless.nandp@verizon.net
- David M. Nickless   on behalf of Interested Party Hank  Torbert dnickless.nandp@verizon.net
- George W. Shuster   on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport george.shuster@wilmerhale.com
- Gina Barbieri O'Neil   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
- Gregory R. Haworth   on behalf of Interested Party   Valley National Bank grhaworth@duanemorris.com,  tjsantorelli@duanemorris.com
- James P. Ehrhard   on behalf of Defendant   Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com,  cote@ehrhardlaw.com
- James R. Sheatsley   on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
- James R. Sheatsley   on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
- James R. Sheatsley   on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
- James R. Sheatsley   on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
- Jeffrey D. Sternklar   on behalf of Interested Party   Valley National Bank jeffrey@sternklarlaw.com,  jdsternklar@yahoo.com
- Jessica E. Murphy   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jessica E. Murphy   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com,  mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jessica E. Murphy   on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jessica E. Murphy   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jessica E. Murphy   on behalf of Defendant   Quickflight, Inc. jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jessica E. Murphy   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
- Jonathan C. Burwood   on behalf of Creditor   Platte River Insurance Company jburwood@hinshawlaw.com,  sdelmonaco@hinshawlaw.com
- Joseph B. Collins   on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, smello@hendelcollins.com
- Joseph B. Collins   on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
- Joseph B. Collins   on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
- Joseph B. Collins   on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
- Joseph B. Collins   on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
- Joseph H. Baldiga   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
- Joseph H. Baldiga   jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
- Joseph H. Baldiga   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com

```
District/off: 0101-4            User: lbelanger              Page 4 of 4                Date Rcvd: Apr 13, 2015
                                Form ID: pdf012              Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
        Kevin C. McGee    on behalf of Creditor    American Express Travel Related Services Co., Inc. kmcgee@sederlaw.com
        Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, khall@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                               TOTAL: 73

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

04/13/2015 ALLOWED. NO OBJECTIONS FILED.

## MOTION TO APPROVE STIPULATION OF SETTLEMENT
(Re: Quickflight, Inc.)
(Re: Complaint; Adversary Proceeding No. 13-04082)

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and hereby moves this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for an order approving the Stipulation of Settlement (the "Settlement Agreement") entered into by the Trustee and Quickflight, Inc. ("Quickflight"; together with the Trustee, the "Parties").

In support of this motion, the Trustee states as follows:

### I.  BACKGROUND

**A.  Bankruptcy Case Background**

1.  On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.  On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's bankruptcy case to one under Chapter 7 of the Bankruptcy Code.

{Practice Areas/CORP/15008/14190/A2864160.DOC}