UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## MOTION TO LIMIT NOTICE
### (Re: Trustee's Application For Authority to Employ Special Counsel Including Payment of Disbursement Advance in the Amount of $500.00)

To the Honorable Melvin S. Hoffman, Chief Judge, United States Bankruptcy Court:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-referenced Debtor, and hereby moves this Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and MLBR 2002-1(b) to limit notice regarding his Application For Authority to Employ Special Counsel Including Payment of Disbursement Advance in the Amount of $500.00 (the "Special Counsel Retention Application") to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice and Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway.

In support hereof, the Trustee submits the following:

1.    On March 15, 2012 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101–1532 (the "Bankruptcy Code").

2.      On April 11, 2012 (the "Conversion Date"), the case was converted to one under Chapter 7 of the Bankruptcy Code.

3.      On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this proceeding and he continues to serve as such.

4.      Prior to the Petition Date, the Debtor was a public charter operator (tour operator) with charter programs servicing various points in the United States. On March 13, 2012 (two days prior to the Petition Date), the Debtor ceased operation of its tour programs, stopped accepting flight reservations and terminated reservation capabilities on its web-site. The Debtor never resumed operations. By the time of these actions, the Debtor had previously accepted flight reservations from thousands of charter participants (the "Charter Participants"), who were then unable to fly with the Debtor, and who were left with claims for the monies lost in connection with the Debtor's cancelled flights and ceased operations.

5.      On May 3, 2012, the Debtor filed, among other things, two separate schedules for Schedule F creditors, categorized as (1) consumer creditors (the "Schedule F - Consumer Creditors") and (2) non-consumer creditors (the "Schedule F – Non-Consumer Creditors"). Schedule F – Consumer Creditors total approximately 93,000.00 and there are hundreds of Schedule F – Non-Consumer Creditors. Upon information and belief, the majority of Schedule F – Consumer Creditors are consumer creditors who purchased airline tickets for flights that never occurred (i.e., Charter Participants).

6.      Based on the foregoing, the Trustee believes that service of the Special Counsel Retention Application on all Schedule F creditors is unnecessary and would impose an undue burden on the Estate both financially and administratively.

{Practice Areas/CORP/15008/14190/A2906650.DOC}                    2

7.      Accordingly, the Trustee requests that he be authorized to limit notice of the

Special Counsel Retention Application to the Debtor, counsel to the Debtor, the Office of the

United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors,

taxing authorities, affected governmental authorities, all parties that have filed requests for notice

and Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A.      Allowing the Trustee's motion to limit notice; and

B.      Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: May 21, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Application For Authority To Employ Special Counsel
Including Payment of Disbursement Advance in the Amount of $500.00)

Upon the motion dated May 21, 2015 (the "Motion") of Joseph H. Baldiga, Chapter 7

trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his

Application for Authority to Employ Special Counsel Including Payment of Disbursement

Advance in the Amount of $500.00 (the "Special Counsel Retention Application"), and the Court

finding that the notice given of the Motion as set forth in the Certificate of Service

accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion

having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Special Counsel Retention Application

to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee,

all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice, and

Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway.

Dated: _____, 2015    _____
Honorable Melvin S. Hoffman
Chief Judge, United States Bankruptcy Court