UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Trustee's Application for Authority to Employ Special Counsel Including Payment of Disbursement Advance in the Amount of $500.00, with proposed Order;

2. Attorney's Affidavit; and

3. Motion to Limit Notice (Re: Trustee's Application For Authority To Employ Special Counsel Including Payment of Disbursement Advance in the Amount of $500.00), with proposed Order.

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone:  (508) 898-1501
Fax:    (508) 898-1502
Email:  bankrupt@mirickoconnell.com

Dated: May 21, 2015

{Practice Areas/CORP/15008/14190/A2907122.DOC}

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours, LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>**VIA ECF** |

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |
| Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |

| | | |
|---|---|---|
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>1 Turtle Creek Circle<br>Suite C<br>Swanton, OH 43558-8538<br>(Top 20) | Sky King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Top 20) |
| Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>1625 Buffalo Ave, Ste 2B<br>Niagara Falls, NY 14303-1545<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>2705 Airport Drive<br>N. Las Vegas, NV 89032-4301<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |

| | | |
|---|---|---|
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |

| | | |
|---|---|---|
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Fairfield Inn Broadway<br>1350 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Fairfield Inn<br>3150 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) |
| Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) | Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) |
| Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |

| | | |
|---|---|---|
| Samuel Podberesky, Esq.<br>Assistant General Counsel<br>for Aviation Enforcement &<br>Proceedings<br>Office of the General<br>Counsel<br>Department of<br>Transportation<br>1200 New Jersey Ave., SE,<br>Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo<br>Entities/Manual Notice) | Barton Bailey<br>24 Mary Lane<br>PO Box 45<br>Oakford, IL 62673<br>(Manual Notice List) |
| Diane Beauchemin<br>446 Forest Ave<br>Brockton, MA 02301<br>(Manual Notice List) | Cheryl Benz<br>910 Bibbs Street<br>Jacksonville, IL 62650<br>(Manual Notice List) | Debra Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) |
| Donald Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) | Cynthia Caccese<br>1 Willow Street #17<br>Lockport, NY 14094<br>(Manual Notice List) | Susan Casey<br>PO Box 16<br>Grafton, MA 01519<br>(Manual Notice List) |
| Dawn Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | John Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | Theresa Drake<br>1 Hiland Road<br>Charlton, MA 01507<br>(Manual Notice List) |
| Joyce Ellis<br>101 Blood Road<br>Charlton, MA 01507<br>(Manual Notice List) | Pearl Fuller<br>495 Queen Lake Road<br>Phillipston, MA 01331<br>(Manual Notice List) | Galesburg-Augusta High<br>School<br>1076 N. 37th Street<br>Galesburg, MI 49053<br>(Manual Notice List) |
| Janet Generous<br>131 Atwoodville Road<br>Mansfield Center, CT 06250<br>(Manual Notice List) | Marla Given<br>183 Cornelia Street<br>Plattsburgh, NY 12901<br>(Manual Notice List) | Cynthia Golden<br>123 Greenfield Drive<br>Tonawanda, NY 14150<br>(Manual Notice List) |
| Anita Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Harvey Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Brian Higgins<br>726 Exchange Street<br>Suite 601<br>Buffalo, NY 14210<br>(Manual Notice List) |

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

Karen Rose Miscia
8 Cross Street
Natick, MA 01760
(Manual Notice List)

Joseph Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Loretta Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Judith Moulton
568 Kemp Road
Hampton, CT 06247
(Manual Notice List)

Kristen Nero Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

Nicole Notidis
9 Maplewood Road
Millbury, MA 01527
(Manual Notice List)

Margie Quartely
56 Shalamar Court
Gertzville, NY 14068
(Manual Notice List)

Jeremiah Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

James Shelton
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Arlington Spinner
2812 Military Tpke
West Chazy, NY 12992
(Manual Notice List)

Ruby Tennyson
3 Hill Clyde Acres
Chestertown, NY 12817
(Manual Notice List)

Sheila Van Blarcom
24B Stonehouse Lane
Keene, NH 03431
(Manual Notice List)

Janet VanAlstyne
924 Grafton Road
Chestertown, VT 05143
(Manual Notice List)

Kathryn A. Walker
9212 Saint Catherine Ave
Englewood, FL 34224
(Manual Notice List)

Mona Wallace
PO Box 95
520 Prairie Avenue
Taylor Springs, IL 62089
(Manual Notice List)

Karen S. Wilson
PO Box 7346
Richland, MI 49083
(Manual Notice List)

Carlos L. de Zayas, Esq.
Lydecker/Diaz
1221 Brickell Ave., 19th Floor
Miami, FL 33131
(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines)

| | | |
|---|---|---|
| Dennis Jerome Parker<br>338 Firebridge Drive<br>Chapin, SC 29036<br>(Manual Notice List) | Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** | Margaret Taylor Finucane, Esq.<br>The Port Authority of New York and New Jersey<br>225 Park Avenue South<br>New York, NY 10003<br>(Manual Notice List) |
| Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF** | James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF** |
| Reese R. Boyd, III, Esq.<br>Davis & Boyd, LLC<br>1110 London Street<br>Suite 201<br>Myrtle Beach, SC 29577<br>(Interested Party/Proposed Special Counsel) | James P. Ehrhard, Esq.<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>(Counsel to Beechwood Lakeland Hotel)<br>**VIA ECF** | Carl D. Aframe, Esq.<br>Aframe & Barnhill<br>390 Main Street<br>Suite 901<br>Worcester, MA 01608<br>(Counsel to Quickflight, Inc./Interested Party)<br>**VIA ECF** |
| Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>(Counsel to Xtra Airways/Manual Notice) | Fairfield Inn<br>Attn:  Karen Williams<br>            General Manager<br>3150 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Interested Party) | |