UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Application For Authority To Employ Special Counsel
Including Payment of Disbursement Advance in the Amount of $500.00)

Upon the motion dated May 21, 2015 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of his Application for Authority to Employ Special Counsel Including Payment of Disbursement Advance in the Amount of $500.00 (the "Special Counsel Retention Application"), and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Special Counsel Retention Application to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, and Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway.

Dated: May 22, 2015

_____
Honorable Melvin S. Hoffman
Chief Judge, United States Bankruptcy Court

{Practice Areas/CORP/15008/14190/A2906650.DOC}                     4