UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL INCLUDING PAYMENT OF DISBURSEMENT ADVANCE IN THE AMOUNT OF $500.00

Upon the application dated May 21, 2015 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of Reese R. Boyd, III, Esq. attached to said Application; and it appearing that Reese R. Boyd, III, Esq. is qualified to serve as Special Counsel to the Trustee, and it appearing that, pursuant to Sections 327(a), 327(c), and 327(e) of the Bankruptcy Code, Reese R. Boyd, III, Esq. neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that Reese R. Boyd, III's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to (A) employ Reese R. Boyd, III, Esq. and Davis & Boyd, LLC to serve as Special Counsel in the above-captioned Chapter 7 proceeding and to perform all of the services described in the Application, and (B) pay a Disbursement Advance (as defined in the Application) in the amount of $500.00 to Special Counsel, at this

{Practice Areas/CORP/15008/14190/A2906628.DOC}

time, to be applied to actual costs incurred by Special Counsel. All compensation and expenses, with the exception of the Disbursement Advance, are subject to Bankruptcy Court approval.

Dated: ___06/05_____, 2015      _____/s/ Melvin S. Hoffman_____
                                       Honorable Melvin S. Hoffman
                                       Chief Judge, United States Bankruptcy Court