United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
    Debtor

Case No. 12-40944-msh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: ab     Page 1 of 3     Date Rcvd: Jun 05, 2015  
                    Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2015.  
sp         +Reese R. Boyd, III,    David & Boyd, LLC,    1110 London Street,    Suite 201,    Myrtle Beach, SC 29577-5799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2015                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2015 at the address(es) listed below:

       Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com, ahall@riemerlaw.com  
       Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com, ahall@riemerlaw.com  
       Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air abraunstein@riemerlaw.com, ahall@riemerlaw.com  
       Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com, ahall@riemerlaw.com  
       Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov  
       Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com  
       Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com, graves@aframebarnhill.com;leblanc@aframebarnhill.com  
       Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
       Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
       Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
       Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com, managingclerk@ssbb.com,jregan@ssbb.com  
       David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation dhaber@dhaberlaw.com  
       David B. Madoff    on behalf of Defendant Robert Keilman madoff@mandkllp.com, alston@mandkllp.com  
       David C. Fixler    on behalf of Interested Party Marshall Ellison dfixler@rubinrudman.com  
       David C. Fixler    on behalf of Interested Party Kay Ellison dfixler@rubinrudman.com  
       David C. Fixler    on behalf of Interested Party Judy Tull dfixler@rubinrudman.com  
       David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com  
       David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com  
       David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com  
       David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com  
       David M. Nickless    on behalf of Interested Party Hank Torbert dnickless.nandp@verizon.net  
       David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless.nandp@verizon.net  
       George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando Sanford International Airport george.shuster@wilmerhale.com  
       Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com  
       Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com  
       Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com

```
District/off: 0101-4                  User: ab                    Page 2 of 3                      Date Rcvd: Jun 05, 2015
                                      Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of
           Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil   on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gregory R. Haworth   on behalf of Interested Party   Valley National Bank
           grhaworth@duanemorris.com,   tjsantorelli@duanemorris.com
          James P. Ehrhard   on behalf of Defendant   Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
           Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
           Desk ehrhard@ehrhardlaw.com,   cote@ehrhardlaw.com
          James R. Sheatsley   on behalf of Interested Party Marshall   Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Interested Party Kay   Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley   on behalf of Defendant Kay   Ellison jsheatsley@suddenlinkmail.com
          Jeffrey D. Sternklar   on behalf of Interested Party   Valley National Bank
           jeffrey@sternklarlaw.com,   jdsternklar@yahoo.com
          Jessica E. Murphy   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           jmurphy@mirickoconnell.com,   mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jessica E. Murphy   on behalf of Defendant   Quickflight, Inc. jmurphy@mirickoconnell.com,
           mwiding@mirickoconnell.com;cdevine@mirickoconnell.com
          Jonathan C. Burwood   on behalf of Creditor   Platte River Insurance Company
           jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
          Joseph B. Collins   on behalf of Defendant Judy   Tull jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins   on behalf of Interested Party Kay   Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins   on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins   on behalf of Interested Party Marshall   Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph B. Collins   on behalf of Defendant Kay   Ellison jcollins@hendelcollins.com,
           smello@hendelcollins.com
          Joseph H. Baldiga   on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga   jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga   on behalf of Special Counsel Robert   Dees jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Kevin C. McGee   on behalf of Creditor   American Express Travel Related Services Co., Inc.
           kmcgee@sederlaw.com
          Laura Otenti   on behalf of Creditor   JetPay Merchant Services, LLC lotenti@pbl.com,
           jspagnoli@pbl.com
          Lawrence M. Kraus   on behalf of Creditor   Horry County Department of Airports lkraus@foley.com,
           khall@foley.com
          Michael J. Pappone   on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts
           nicole.caprioli@state.ma.us
          Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC
           pbilowz@goulstonstorrs.com
          Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard   King   USTPRegion01.WO.ECF@USDOJ.GOV

```
District/off: 0101-4          User: ab                 Page 3 of 3                  Date Rcvd: Jun 05, 2015
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard T. King   on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
          Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
          Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
          Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock   on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc.
           wmoorman@psh.com

                                                                                                      TOTAL: 73

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL INCLUDING PAYMENT OF DISBURSEMENT ADVANCE IN THE AMOUNT OF $500.00

Upon the application dated May 21, 2015 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of Reese R. Boyd, III, Esq. attached to said Application; and it appearing that Reese R. Boyd, III, Esq. is qualified to serve as Special Counsel to the Trustee, and it appearing that, pursuant to Sections 327(a), 327(c), and 327(e) of the Bankruptcy Code, Reese R. Boyd, III, Esq. neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that Reese R. Boyd, III's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to (A) employ Reese R. Boyd, III, Esq. and Davis & Boyd, LLC to serve as Special Counsel in the above-captioned Chapter 7 proceeding and to perform all of the services described in the Application, and (B) pay a Disbursement Advance (as defined in the Application) in the amount of $500.00 to Special Counsel, at this

time, to be applied to actual costs incurred by Special Counsel. All compensation and expenses, with the exception of the Disbursement Advance, are subject to Bankruptcy Court approval.

Dated: ___06/05_____, 2015       _____/s/ Melvin S. Hoffman_____
                                        Honorable Melvin S. Hoffman
                                        Chief Judge, United States Bankruptcy Court