UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-MSH** |

### TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

To the Honorable Melvin S. Hoffman, Chief Judge, United States Bankruptcy Court:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air (the "Debtor"), and, pursuant to 11 U.S.C. § 327(a), Rule 2014 of the Federal Rules of Bankruptcy Procedure and MLBR 2014-1, hereby requests that this Court authorize the employment of George Muckleroy, Esq. and Sheats & Muckleroy LLP as special counsel ("Special Counsel") to the Trustee, on a contingency basis, on the terms set forth below, for the sole purpose of assisting with collection efforts in connection with a Judgment (as defined below). In support hereof, the Trustee states as follows:

1. On March 15, 2012, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On April 11, 2012 (the "Conversion Date"), this Court converted the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code.

3. On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such. See attached **Exhibit A**.

{Practice Areas/CORP/15008/14190/A2964480.DOC}

4. The Trustee seeks to employ Special Counsel on a contingency basis in accordance with Bankruptcy Rule 2014 and MLBR 2014-1.

5. The Trustee seeks to employ Special Counsel for the sole purpose of assisting with collection efforts in connection with a default judgment entered in the United States Bankruptcy Court, District of Massachusetts (Adversary Proceeding No. 13-04092) in favor of the Trustee against Progressive Funding Solutions, LLC ("PFS") in the amount of $20,096.72 (the "Judgment"), including, inter alia, domestication of the Judgment in Texas and investigation and pursuit of assets.

6. The Trustee selected George Muckleroy, Esq. to act as Special Counsel on his behalf because of Special Counsel's experience and knowledge in the field of bankruptcy law in the State of Texas, and because the Trustee believes Special Counsel is well qualified to represent him in this case.

7. It is the carefully considered view of the Trustee that representation of the Trustee by Special Counsel is necessary and advisable. Upon information and belief, Special Counsel is fully qualified to render the services described above in this case.
Special Counsel has indicated a willingness to serve as Special Counsel to the Trustee herein and to receive compensation for professional services rendered, on a contingency fee basis, at the rate of 33 1/3% of any recovery through settlement, judgment, or offset, plus all out of pocket expenses and disbursements paid by Special Counsel in connection with the litigation, in accordance with the provisions of §§ 328, 330 and 331. All fees and costs shall be submitted to the Bankruptcy Court for consideration and will be subject to Bankruptcy Court approval in accordance with MLBR 2016-1 and shall be paid only from amounts recovered in connection

with the Judgment and not from the funds, if any, in the Debtor's bankruptcy Estate. A copy of the proposed fee agreement is attached hereto as **Exhibit B**.

8. To the best of the Trustee's knowledge, information and belief, Special Counsel has no connection with the Debtor, PFS, the Debtor's creditors or any other party in interest with respect to the matter on which Special Counsel is to be employed and represents no other entity having an adverse interest to the Debtor or the Trustee in connection with this case other than as set forth in the Affidavit of George Muckleroy filed herewith.

9. Based upon the foregoing, the Trustee submits that the retention of Special Counsel would be in the best interests of the Estate and creditors herein.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

(a) Authorizing the Trustee to employ Special Counsel on the terms and conditions set forth above; and

(b) Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: (508) 898-1501
Fax:   (508) 898-1502
Email: bankrupt@mirickoconnell.com
Email: goneil@mirickoconnell.com

Dated: July 20, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

ORDER APPROVING TRUSTEE'S APPLICATION FOR
AUTHORITY TO EMPLOY SPECIAL COUNSEL

Upon the application dated July 20, 2015 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of George Muckleroy, Esq. attached to said Application; and it appearing that George Muckleroy, Esq. is qualified to serve as Special Counsel to the Trustee, and it appearing that George Muckleroy, Esq. neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that George Muckleroy's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ George Muckleroy, Esq. and Sheats & Muckleroy LLP to serve as Special Counsel in the above-captioned Chapter 7 case and to perform all of the services described in the Application. All compensation and expenses are subject to Bankruptcy Court approval.

Dated: _____, 2015    _____
                                              Honorable Melvin S. Hoffman
                                              Chief Judge, United States Bankruptcy Court

{Practice Areas/CORP/15008/14190/A2964480.DOC}