UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>　　Debtor. | Chapter 7<br>Case No. 12-40944-MSH |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR
## AUTHORITY TO EMPLOY SPECIAL COUNSEL

Upon the application dated July 20, 2015 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of George Muckleroy, Esq. attached to said Application; and it appearing that George Muckleroy, Esq. is qualified to serve as Special Counsel to the Trustee, and it appearing that George Muckleroy, Esq. neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that George Muckleroy's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ George Muckleroy, Esq. and Sheats & Muckleroy LLP to serve as Special Counsel in the above-captioned Chapter 7 case and to perform all of the services described in the Application. All compensation and expenses are subject to Bankruptcy Court approval.

Dated: __August 4__, 2015

_____
Honorable Melvin S. Hoffman
Chief Judge, United States Bankruptcy Court

{Practice Areas/CORP/15008/14190/A2964480.DOC}