UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7<br>TRUSTEE OF THE BANKRUPTCY<br>ESTATE OF SOUTHERN SKY AIR &<br>TOURS, LLC d/b/a DIRECT AIR,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE FUNDING<br>SOLUTIONS, LLC,<br><br>    Defendant. | Adversary Proceeding<br>No. 13-04092 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC);

2. Motion to Approve Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC), with proposed Order;

3. Application for Allowance of Compensation and Reimbursement of Expenses by George Muckleroy, Special Counsel to Chapter 7 Trustee (Re: Default Judgment Against Progressive Funding Solutions, LLC), with proposed Order; and

4. Motion to Limit Notice (Re: Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC)), (Re: Motion to Approve Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC), Application for Allowance of Compensation and Reimbursement of Expenses by George Muckleroy, Special Counsel to Chapter 7

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Trustee (Re: Default Judgment Against Progressive Funding Solutions, LLC), with proposed Order.

Dated: January 29, 2016

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, BBO #670596
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: goneil@mirickoconnell.com

{Practice Areas/CORP/15008/14190/A3170405.DOC}

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Duane Morris, LLP<br>100 High Street<br>24th Floor<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Stanley Ellison
P. O. Box 70318
Myrtle Beach, SC 29572
(Equity Security Holder)

Wachovia Bank, National Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of Authority
Attn: Director, Worcester Regional Airport
One Harborside Drive, Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
1601 Jackson Street
Suite 200
Ft. Myers, FL 33901-2968
(Top 20)

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
1625 Buffalo Ave, Ste 2B
Niagara Falls, NY 14303-1545
(Top 20)

Vision Airlines
David Meers, SVP and COO
2705 Airport Drive
N. Las Vegas, NV 89032-4301
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
805 West Idaho Street, Suite 401
Boise, ID 83702-8918
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party/Postpetition Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Robert M. Dees, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Christa Fornarotto
Associate Administrator for Airports
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County Department of Airports)
**VIA ECF**

Department of the Treasury
Financial Management Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for Aviation Enforcement & Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

James Komondy, Esq.
Law Weathers
800 Bridgewater Place
333 Bridge St., NW
Grand Rapids, MI 49504
(Counsel to Kalamazoo Entities/Manual Notice)

Barton Bailey
24 Mary Lane
PO Box 45
Oakford, IL 62673
(Manual Notice List)

Diane Beauchemin
446 Forest Ave
Brockton, MA 02301
(Manual Notice List)

Cheryl Benz
910 Bibbs Street
Jacksonville, IL 62650
(Manual Notice List)

Debra Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Donald Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(Manual Notice List)

Susan Casey
PO Box 16
Grafton, MA 01519
(Manual Notice List)

Dawn Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

John Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

Theresa Drake
1 Hiland Road
Charlton, MA 01507
(Manual Notice List)

Joyce Ellis
101 Blood Road
Charlton, MA 01507
(Manual Notice List)

Pearl Fuller
495 Queen Lake Road
Phillipston, MA 01331
(Manual Notice List)

{Practice Areas/CORP/15008/14190/A3170405.DOC}

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-MSH**

Galesburg-Augusta High
School
1076 N. 37th Street
Galesburg, MI 49053
(Manual Notice List)

Janet Generous
131 Atwoodville Road
Mansfield Center, CT 06250
(Manual Notice List)

Marla Given
183 Cornelia Street
Plattsburgh, NY 12901
(Manual Notice List)

Cynthia Golden
123 Greenfield Drive
Tonawanda, NY 14150
(Manual Notice List)

Anita Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Harvey Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Brian Higgins
726 Exchange Street
Suite 601
Buffalo, NY 14210
(Manual Notice List)

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

Karen Rose Miscia
8 Cross Street
Natick, MA 01760
(Manual Notice List)

Joseph Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Loretta Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Judith Moulton
568 Kemp Road
Hampton, CT 06247
(Manual Notice List)

Kristen Nero Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

Nicole Notidis
9 Maplewood Road
Millbury, MA 01527
(Manual Notice List)

Margie Quartely
56 Shalamar Court
Gertzville, NY 14068
(Manual Notice List)

Jeremiah Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

James Shelton
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Arlington Spinner
2812 Military Tpke
West Chazy, NY 12992
(Manual Notice List)

{Practice Areas/CORP/15008/14190/A3170405.DOC}

## SERVICE LIST

### Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-MSH

Ruby Tennyson
3 Hill Clyde Acres
Chestertown, NY 12817
(Manual Notice List)

Sheila Van Blarcom
24B Stonehouse Lane
Keene, NH 03431
(Manual Notice List)

Janet VanAlstyne
924 Grafton Road
Chestertown, VT 05143
(Manual Notice List)

Kathryn A. Walker
9212 Saint Catherine Ave
Englewood, FL 34224
(Manual Notice List)

Mona Wallace
PO Box 95
520 Prairie Avenue
Taylor Springs, IL 62089
(Manual Notice List)

Karen S. Wilson
PO Box 7346
Richland, MI 49083
(Manual Notice List)

Carlos L. de Zayas, Esq.
Lydecker/Diaz
1221 Brickell Ave., 19th Floor
Miami, FL 33131
(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines)

Dennis Jerome Parker
338 Firebridge Drive
Chapin, SC 29036
(Manual Notice List)

Richard W. Engel, Jr., Esq.
Armstrong Teasdale LLP
Suite 1800
7700 Forsyth Boulevard
St. Louis, MO 63105-1847
(Counsel to Airport Terminal Services, Inc./Manual Notice)

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Counsel to Niagara Falls Aviation)
**VIA ECF**

Margaret Taylor Finucane, Esq.
The Port Authority of New York and New Jersey
225 Park Avenue South
New York, NY 10003
(Manual Notice List)

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)
**VIA ECF**

James R. Sheatsley, Esq.
Gorman Sheatsley & Company
P. O. Box 5518
Beckley, WV 25801-5518
(Counsel to Kay Ellison and Stanley Marshall Ellison)
**VIA ECF**

David B. Madoff, Esq.
Madoff & Khoury, LLP
Pine Brook Office Park
124 Washington St., Suite 202
Foxborough, MA 02035
(Counsel to Robert Keilman/Interested Party)
**VIA ECF**

James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
418 Main St., 4th Floor
Worcester, MA 01608
(Counsel to Beechwood Lakeland Hotel)
**VIA ECF**

{Practice Areas/CORP/15008/14190/A3170405.DOC}

# SERVICE LIST

## Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
## Chapter 7, Case No. 12-40944-MSH

Carl D. Aframe, Esq.
Aframe & Barnhill
390 Main Street
Suite 901
Worcester, MA 01608
(Counsel to Quickflight, Inc./Interested Party)
**VIA ECF**

Ryan J. Works, Esq.
McDonald Carano Wilson LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
(Counsel to Xtra Airways/Manual Notice)

Yuseff L. Howard, President
Progressive Funding Solutions, LLC
500 West 7th Street
Suite 750
Fort Worth, TX 76102
(Defendant)

George Muckleroy, Esq.
Sheats & Muckleroy, LLP
500 Main Street
Suite 300
Fort Worth, TX 76102
(Special Counsel to Trustee)

{Practice Areas/CORP/15008/14190/A3170405.DOC}