## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |
| **JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**PROGRESSIVE FUNDING SOLUTIONS, LLC,**<br><br>    **Defendant.** | **Adversary Proceeding No. 13-04092** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
**(Re: Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC))**
**(Re: Motion to Approve Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC))**
**(Re: Application for Allowance of Compensation and Reimbursement of Expenses by George Muckleroy, Special Counsel to Chapter 7 Trustee (Re: Default Judgment Against Progressive Funding Solutions, LLC))**

Upon the motion dated January 29, 2016 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the above-listed documents (the "PFS Settlement and Fee Application Pleadings"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.       The Motion is ALLOWED; and

{Practice Areas/CORP/15008/14190/A3118816.DOC}

b.    The Trustee may limit notice of the PFS Settlement and Fee Application Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice (as defined in the Motion), all parties to the Stipulation, and George Muckleroy, Esq.

Dated: _____ February 2 ____, 2016

_____
Honorable Christopher J. Panos
United States Bankruptcy Judge

{Practice Areas/CORP/15008/14190/A3118816.DOC}