UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>　　　Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PROGRESSIVE FUNDING SOLUTIONS, LLC,<br><br>　　　Defendant. | Adversary Proceeding<br>No. 13-04092-CJP |

## ORDER APPROVING STIPULATION OF SETTLEMENT
(Re: Default Judgment Against Progressive Funding Solutions, LLC)

Upon the Motion to Approve Stipulation of Settlement (the "Motion") filed by Joseph H. Baldiga, Chapter 7 trustee of the above-captioned Debtor (the "Trustee"), on January 29, 2016, for an order approving the Stipulation of Settlement with Progressive Funding Solutions, LLC; and the Court finding that the Motion is in the best interest of the estate; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

　　A.　　The Motion is allowed; and

    B.    The Stipulation of Settlement (Re: Default Judgment Against Progressive Funding Solutions, LLC) is approved.

Dated: February 29, 2016

/s/ Christopher J. Panos
Honorable Christopher J. Panos
United States Bankruptcy Judge