

02/29/2016 APPLICATION GRANTED. NO OBJECTIONS FILED. COMPENSATION IS APPROVED IN THE AMOUNT OF $2,330.86, COMPRISED OF FEES OF $2,000 AND EXPENSES OF $330.86 FOR THE PERIOD OF 6/26/2015 TO 1/14/2016.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE FUNDING SOLUTIONS, LLC,<br>    Defendant. | Adversary Proceeding<br>No. 13-04092-CJP |

**APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE**
(Re: Default Judgment Against Progressive Funding Solutions, LLC)

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now comes George Muckleroy (the "Applicant"), special counsel to Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the Debtors in the above-captioned action, and hereby submits his Application for Allowance of Compensation and Reimbursement of Expenses (the "Special Counsel Fee Application") for payment of legal fees and costs incurred by him for the period from June 26, 2015 through and including January 14, 2016 (the "Fee Application Period) under Bankruptcy Code §§ 330, 331, 503(b)(2), 503(b)(4) and 507(a)(1), Fed. R. Bankr. P. 2016, and MLBR 2016-1. The Applicant seeks allowance and payment of fees in the amount of