United States Bankruptcy Court
District of Massachusetts

In re:                                                                          Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                                        Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4           User: lbelanger            Page 1 of 3           Date Rcvd: Feb 29, 2016
                               Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2016.
sp           +George Muckleroy,   Sheats & Muckleroy,   500 Main Street, Suite 300,
               Fort Worth, TX 76102-3940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2016 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               graves@aframebarnhill.com;leblanc@aframebarnhill.com;aframe@ecf.courtdrive.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless@npolegal.com
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Special Counsel George  Muckleroy
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

```
District/off: 0101-4          User: lbelanger          Page 2 of 3          Date Rcvd: Feb 29, 2016
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Gina Barbieri O'Neil on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
 Gina Barbieri O'Neil on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
 Gina Barbieri O'Neil on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
 Gina Barbieri O'Neil on behalf of Plaintiff Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
 Gina Barbieri O'Neil on behalf of Trustee Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
 Gregory R. Haworth on behalf of Interested Party Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
 James P. Ehrhard on behalf of Defendant Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
 James R. Sheatsley on behalf of Interested Party Marshall Ellison jsheatsley@suddenlinkmail.com
 James R. Sheatsley on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
 James R. Sheatsley on behalf of Interested Party Kay Ellison jsheatsley@suddenlinkmail.com
 James R. Sheatsley on behalf of Defendant Kay Ellison jsheatsley@suddenlinkmail.com
 Jeffrey D. Sternklar on behalf of Interested Party Valley National Bank jeffrey@sternklarlaw.com, jdsternklar@yahoo.com
 Jessica E. Murphy on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jessica E. Murphy on behalf of Defendant Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jessica E. Murphy on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jessica E. Murphy on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jessica E. Murphy on behalf of Counter-Claimant Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jessica E. Murphy on behalf of Defendant Quickflight, Inc. jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com;cdevine@mirickoconnell.com
 Jonathan C. Burwood on behalf of Creditor Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
 Joseph B. Collins on behalf of Defendant Judy Tull jcollins@hendelcollins.com, smello@hendelcollins.com
 Joseph B. Collins on behalf of Interested Party Kay Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
 Joseph B. Collins on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
 Joseph B. Collins on behalf of Interested Party Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
 Joseph B. Collins on behalf of Defendant Kay Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
 Joseph H. Baldiga on behalf of Counter-Claimant Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Joseph H. Baldiga on behalf of Defendant Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
 Joseph H. Baldiga on behalf of Plaintiff Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Joseph H. Baldiga on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Joseph H. Baldiga on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Joseph H. Baldiga on behalf of Special Counsel Robert Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
 Laura Otenti on behalf of Creditor JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
 Lawrence M. Kraus on behalf of Creditor Horry County Department of Airports lkraus@foley.com, khall@foley.com
 Michael J. Pappone on behalf of Creditor Merrick Bank Corporation mpappone@goodwinprocter.com
 Nicole B. Caprioli on behalf of Interested Party Commonwealth of Massachusetts nicole.caprioli@state.ma.us
 Peter D. Bilowz on behalf of Interested Party Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
 Peter D. Bilowz on behalf of Defendant Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
 Richard King USTPRegion01.WO.ECF@USDOJ.GOV

```
District/off: 0101-4           User: lbelanger              Page 3 of 3                   Date Rcvd: Feb 29, 2016
                               Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com,
               managingclerk@ssbb.com,cgrace@ssbb.com
              Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com,
               managingclerk@ssbb.com,cgrace@ssbb.com
              Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com,
               managingclerk@ssbb.com,cgrace@ssbb.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
               wmoorman@psh.com,  nduong@psh.com
                                                                                             TOTAL: 73



02/29/2016 APPLICATION GRANTED. NO OBJECTIONS FILED. COMPENSATION IS APPROVED IN THE AMOUNT OF $2,330.86, COMPRISED OF FEES OF $2,000 AND EXPENSES OF $330.86 FOR THE PERIOD OF 6/26/2015 TO 1/14/2016.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br>    Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7<br>TRUSTEE OF THE BANKRUPTCY<br>ESTATE OF SOUTHERN SKY AIR &<br>TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE FUNDING<br>SOLUTIONS, LLC,<br>    Defendant. | Adversary Proceeding<br>No. 13-04092-CJP |

**APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE**
(Re: Default Judgment Against Progressive Funding Solutions, LLC)

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now comes George Muckleroy (the "Applicant"), special counsel to Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the Debtors in the above-captioned action, and hereby submits his Application for Allowance of Compensation and Reimbursement of Expenses (the "Special Counsel Fee Application") for payment of legal fees and costs incurred by him for the period from June 26, 2015 through and including January 14, 2016 (the "Fee Application Period) under Bankruptcy Code §§ 330, 331, 503(b)(2), 503(b)(4) and 507(a)(1), Fed. R. Bankr. P. 2016, and MLBR 2016-1. The Applicant seeks allowance and payment of fees in the amount of