## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
### REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS

Gina Barbieri O'Neil, as attorney for Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Southern Sky Air & Tours, LLC d/b/a Direct Air, hereby gives notice of withdrawal of her appearance and respectfully requests removal from all mailing and electronic service lists in this case. Joseph H. Baldiga, Esq., of Mirick, O'Connell, DeMallie & Lougee, LLP, will continue to represent the Trustee in this case.

                                                                Respectfully submitted,

                                                                 /s/ Gina Barbieri O'Neil
                                                                Gina Barbieri O'Neil, BBO #670596
                                                                Mirick, O'Connell, DeMallie & Lougee, LLP
                                                                1800 West Park Drive, Suite 400
                                                                Westborough, MA  01581
                                                                Phone: 508.898.1501
                                                                Fax:    508.898.1502
Dated: July 24, 2017                                            Email: goneil@mirickoconnell.com

## CERTIFICATE OF SERVICE

I, Gina Barbieri O'Neil, hereby certify that on the 24$^{tht}$ day of July, 2017 a copy of the foregoing pleading was served through the Court's electronic case filing (ECF) system on all parties registered to receive electronic notice.

/s/ Gina Barbieri O'Neil
Gina Barbieri O'Neil, Esq.
