UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Southern Sky Air & Tours, LLC d/b/a Direct Air Debtor, | Chapter: 7<br>Case No: 12–40944<br>Judge Christopher J. Panos |

## CLERK'S NOTICE OF TRUSTEE'S INACTIVITY

The above referenced bankruptcy case has been inactive for a period of more than six months and is presently in the status of "Awaiting Trustee's Report". Please review the above case and file the appropriate report:

   *Trustee's No Asset Report
   *Trustee's Notice of Assets
   *Trustee's Report Before Distribution
   *Trustee's Report After Distribution
   *Status Report

The deadline for filing the report is thirty days from the date of this Notice.

Date:8/4/17                                                                                                Mary P. Sharon
                                                                                                           Clerk, U.S. Bankruptcy Court


                                                                                                           By the Court,

                                                                                                           Joanne Ryan
                                                                                                           Deputy Clerk
                                                                                                           508–770–8921

690