**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)**

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    Debtor. | **Chapter 7**<br>**Case No. 12-40944-CJP** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24 and 25, 2017, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List.

**Trustee's Motion to (I) Abandon Estate's Remaining Interest in Arrow Settlement,
(II) Abandon and Destroy Certain Estate Records and
(III) Terminate Access to Debtor's On-Line Records,
with proposed Order.**

|  |  |
|---|---|
|  | /s/ Joseph H. Baldiga |
|  | Joseph H. Baldiga, BBO #549963 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 1800 West Park Dr., Suite 400 |
|  | Westborough, MA  01581 |
|  | Phone:     508.898.1501 |
|  | Fax:         508.898.1502 |
| Dated:  August 25, 2017 | Email:      bankrupt@mirickoconnell.com |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF 8/24/17** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth of Massachusetts/NOA)<br>**VIA ECF 8/24/17** |
| Southern Sky Air & Tours, LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF 8/24/17** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF 8/27/17** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River Insurance Company)<br>**VIA ECF 8/24/17** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay Ellison & Marshall Ellison/NOA)<br>**VIA ECF 8/24/17** | David B. Haber, Esq.<br>201 South Biscayne Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil Corporation dba Chemoil Aviation)<br>**VIA ECF 8/24/17** |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF 8/24/17** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF 8/24/17** | James J. Regan, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation))<br>**VIA ECF 8/24/17** |
| Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF 8/24/17** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF 8/24/17** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF 8/24//17** |
| David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF 8/24/17** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF 8/24/17** | Carl D. Aframe, Esq.<br>Aframe & Barnhill<br>390 Main Street<br>Suite 901<br>Worcester, MA 01608<br>(Counsel to Quickflight, Inc./Interested Party)<br>**VIA ECF 8/24/17** |
| Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |
| Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) | Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) |
| Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) |
| Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) | Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) | Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>1 Turtle Creek Circle<br>Suite C<br>Swanton, OH 43558-8538<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Sky King Airlines
1601 Jackson Street
Suite 200
Ft. Myers, FL 33901-2968
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
1625 Buffalo Ave, Ste 2B
Niagara Falls, NY 14303-1545
(Top 20)

Vision Airlines
David Meers, SVP and COO
2705 Airport Drive
N. Las Vegas, NV 89032-4301
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
805 West Idaho Street, Suite 401
Boise, ID 83702-8918
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite 1102
White Plains, NY 10601
(Interested Party/Postpetition Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes & Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley, Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port Authority of New York and New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) | U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF 8/24/17** |
| John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) | Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) |
| Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) | Transportation Security Association<br>Attn:  Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Airport Terminal Services Inc.<br>111 Westport Plaza Drive, Suite 400<br>Saint Louis, MO 63146<br>(Schedule F/Nonconsumers) |
| American Eagle Airlines Inc.<br>PO Box 619616<br>DWF Airport, TX 75261-9616<br>(Schedule F/Nonconsumers) | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001<br>(Schedule F/Nonconsumers) | Anchor Taxi<br>PO Box 221<br>3001 N. Kings Hwy<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| AT&T Michigan<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | AT&T Ohio<br>PO Box 105262<br>Atlanta, GA 30348-5262<br>(Schedule F/Nonconsumers) | Autry & Toler AC<br>1419 East Main Street<br>Princeton, WV 24740<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Aviation Safeguards<br>PO Box 823415<br>Philadelphia, PA 19182-3415<br>(Schedule F/Nonconsumers) | Baggage Airline Guest Services Inc.<br>6751 Forum Drive<br>Suite 230<br>Orlando, FL 32821<br>(Schedule F/Nonconsumers) | Beach Bags<br>509 Lake Park Drive<br>Myrtle Beach, SC 29588<br>(Schedule F/Nonconsumers) |
| Boyd Law Firm LLC<br>PO Box 15358<br>Myrtle Beach, SC 29587<br>(Schedule F/Nonconsumers) | Carter Broadcasting<br>50 Braintree Hill Park #308<br>Braintree, MA 02184<br>(Schedule F/Nonconsumers) | Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Schedule F/Nonconsumers) |
| Charlotte County BCC<br>18500 Murdock Circle<br>Port Charlotte, FL 33948<br>(Schedule F/Nonconsumers) | Charlotte County Tax Collector<br>18500 Mnurdock Circle<br>Port Charlotte, FL 33948<br>(Schedule F/Nonconsumers) | Clarion/Kalamazoo<br>3500 East Cork Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) |
| Clear Channel Airports<br>4635 Crackersport Road<br>Allentown, PA 18104<br>(Schedule F/Nonconsumers) | Clear Channel Communications<br>5570 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Clear Channel-Springfield, MA<br>PO Box 402660<br>Atlanta, GA 30384<br>(Schedule F/Nonconsumers) |
| Clear Channel-Winchester<br>510 Pegasus Ct<br>Winchester, VA 22602<br>(Schedule F/Nonconsumers) | Clear Channel- Worcester<br>WSRS-FM WTAG-AM<br>PO Box 406078<br>Atlanta, GA 30384-6078<br>(Schedule F/Nonconsumers) | Clinton County Treasurer<br>137 Margaret Street, Suite 205<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) |
| Coastal Outdoor Advrtising<br>1415 48th Ave., N. Extension<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Columbus Regional Airport Authority<br>L-3459<br>Columbus, OH 43260<br>(Schedule F/Nonconsumers) | Concourse Communications Group<br>Attn: Accounts Receivable<br>200 w. Madison Ste 2830<br>Chicago, IL 60606-3524<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Fairfield Inn
3150 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Victor H. Smith, Esq.
Garofalo Goerlich Hainbach PC
1200 New Hampshire Ave NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach Communications, Inc.
PO Box 1463
North Myrtle Beach, SC 29598
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Hudson News
1 Meadowlands Plaza Ste 902
East Rutherford, NJ 07073
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Jeff Jarrell
260 Colby Court
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Judy Tull
1414 Highland Circle
Myrtle Beach, SC 29578
(Schedule F/Nonconsumers)

Kalamazoo Gazette
401 S. Burdick Street
Kalamazoo, MI 49007
(Schedule F/Nonconsumers)

Kay Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Kegerris Outdoor Advertising LLC
PO Box 242
Fayetteville, PA 17222
(Schedule F/Nonconsumers)

King Williams Aviation, LLC
c/o Corporation Service Center
1703 Laurel Street
Columbia, SC 29201
(Schedule F/Nonconsumers)

Lakeland Ledger
PO Box 913004
Orlando, FL 32891
(Schedule F/Nonconsumers)

Marshall Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Michael H. Weaver, Esq.
McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

Milam Howard
14 East Bay Street
Jacksonville, FL 32202
(Schedule F/Nonconsumers)

AIR MAIL
Montreal Gazette
1010 Sainte-Catherine Street, West #200
H3B 5L1
Montreal, Canada
QC
(Schedule F/Nonconsumers)

Mountaineer Gas
2401 Sissonville Drive
Charleston, WV 25387
(Schedule F/Nonconsumers)

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

National Event Publications
4908 Creekside Dr.
Suite A
Clearwater, FL 33760-4009
(Schedule F/Nonconsumers)

National Air Transportation Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Ober, Kaler, Grimes & Shriver<br>120 East Baltimore Street<br>Baltimore, MD 21202<br>(Schedule F/Nonconsumers) | Orlando/Sanford International Airport<br>3200 Red Cleveland Blvd<br>Sanford, FL 32773<br>(Schedule F/Nonconsumers) | Palm Beach Newspapers Inc.<br>PO Box 24694<br>West Palm Beach, FL 33416-4694<br>(Schedule F/Nonconsumers) |
| Pittsburgh Post Gazette<br>34 Blvd of the Allies<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Pittsburgh Trade Alliance<br>1650 Smallman Street<br>3rd Floor<br>Pittsburgh, PA 15222<br>(Schedule F/Nonconsumers) | Press Republican<br>PO Box 459<br>Plattsburgh, NY 12901<br>(Schedule F/Nonconsumers) |
| Prettyman Broadcasting<br>1606 W. King St.<br>Martinsburgh, WV 25401-2077<br>(Schedule F/Nonconsumers) | Printmill<br>4001 Portage Street<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) | Raddix International, Inc.<br>6310 Hazeltine National Drive<br>Orlando, FL 32822<br>(Schedule F/Nonconsumers) |
| Randall Family, LLC<br>351 Ballenger Center Drive<br>Frederick, MD 21703<br>(Schedule F/Nonconsumers) | Reminder Media<br>PO Box 52390<br>Boston, MA 02205<br>(Schedule F/Nonconsumers) | Rockford Register Star<br>PO Box 439<br>Rockford, IL 61105<br>(Schedule F/Nonconsumers) |
| AIR MAIL<br>Sago Travel<br>521 Upper Sherman Ave.<br>Hamilton ON L8V 3L9<br>CANADA<br>(Schedule F/Nonconsumers) | Santee Cooper<br>PO Box 188<br>Moncks Corner, SC 29461-0188<br>(Schedule F/Nonconsumers) | Sheltair Aviation Services<br>Attn: Gerald M. Holland<br>1 Alabama Avenue<br>Plattsburgh, NY 12903<br>(Schedule F/Nonconsumers) |
| Shy King Airlines<br>3200 Flightline Drive<br>Suite 302<br>Lakeland, FL 33811<br>(Schedule F/Nonconsumers) | Southern New England Golfer<br>PO Box 10038<br>Cranston, RI 02910<br>(Schedule F/Nonconsumers) | Southeastern Chemical Co., Inc.<br>320 City Avenue<br>Beckley, WV 25801<br>(Schedule F/Nonconsumers) |
| Springfield Chamber of CO<br>1011 S Second St<br>Springfield, IL 62704<br>(Schedule F/Nonconsumers) | SSP America<br>Bank of America<br>14305 Collections Center Drive<br>Chicago, IL 60693<br>(Schedule F/Nonconsumers) | Stadium Management Co.<br>Wings Stadium<br>3600 Vanrick Drive<br>Kalamazoo, MI 49001<br>(Schedule F/Nonconsumers) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

# SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

Toledo-Lucas County Port Authority
One Maritime Plaza
Toledo, OH 43604
(Schedule F/Nonconsumers)

AIR MAIL
Tripcentral
Hamilton City Centre
77 James St., North, 230
L8R 2K3
Hamitlon, ON
CANADA
(Schedule F/Nonconsumers)

USA Jet Airlines Inc.
PO Box 633554
Cincinnati, OH 45263-6554
(Schedule F/Nonconsumers)

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041
(Schedule F/Nonconsumers)

Vision Airlines
Aaron Godwin
2705 Airport Road
North Las Vegas, NV 89032
(Schedule F/Nonconsumers)

Vox AM/FM, LLC
265 Hegeman Avenue
Colchester, VT 05446
(Schedule F/Nonconsumers)

AIR MAIL
Voyage Vasco St. Sauveur
36 Ave De LA Gare Bureau 102
L0R 1R0
Saint Sauveur, QC
CANADA
(Schedule F/Nonconsumers)

Walter C. Cook
Law Office of Walter C. Cook
1500-20th St.
San Francisco, CA 94107
(Schedule F/Nonconsumers)

WHAG NBC TV
13 E. Washington Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

WINK-TV
2824 Palm Beach Blvd
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Worcester Airport Limo
219 West Boylston Street
West Boylston, MA 01583
(Schedule F/Nonconsumers)

Worcester Telegram & Gazette
20 Franklin Street, Box 15012
Worcester, MA 01615-0012
(Schedule F/Nonconsumers)

Worldwide Flight Services
1925 West John Carpenter Freeway
Suite 450
Irving, TX 75063
(Schedule F/Nonconsumers)

WTOL-TV Toledo
Attn: Lockbox #1350
PO Box 11407
Birmingham, AL 35246-1350
(Schedule F/Nonconsumers)

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008
(Schedule F/Nonconsumers)

Wyvern Hotel
101 E. Retta Esplanade
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Cale Benner<br>6011 Quinn Road<br>Myrtle Beach, SC 29579<br>(2004 Motion/Post Petition Creditor) | Patricia Small<br>353 Deerfield Links Drive<br>Surfside Beach, SC 29575<br>(2004 Motion/Post Petition Creditor) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF 8/24/17** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) |
| Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) |
| Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Thomas E. Lowe<br>83 Goodson Loop<br>Pawley's Island, SC 29585<br>(Postpetition Creditor) | Paul M. Renner, Esq.<br>Milam, Howard, Nicandri, Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee)<br>**VIA ELECTRONIC MAIL 8/24/17 and<br>VIA FIRST-CLASS MAIL** |
| Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Centene Management Company, LLC<br>Attn: Facilities Management<br>7711 Carondelet<br>St. Louis, MO 63105<br>(Interested Party) | Centene<br>Attn: Facilities Management<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Strand Storage Center<br>870 Frontage Road<br>Myrtle Beach, SC 29577<br>(Interested Party) | Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707<br>(Interested Party) | Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Interested Party) |
| City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P.O. Box 1330<br>Melbourne, FL 32902-1330<br>(Interested Party) | Clinton County Legislative Office Airport<br>137 Margaret Street, Suite 208<br>Plattsburgh, NY 12901<br>(Interested Party) | Daniels Professional Center Complex<br>P.O. Box 68<br>Prosperity, WV 25909<br>(Interested Party) |
| Lakeland Airport<br>3900 Don Emerson Dr.<br>Suite 210<br>Lakeland, FL 33811<br>(Interested Party) | Pittsburgh International Airport<br>P.O. Box 1270<br>Pittsburgh, PA 15231-0370<br>(Interested Party) | Rickenbacker International Airport<br>7161 Second Street<br>Columbus, OH 43217<br>(Interested Party) |
| Kalamazoo County Aeronautics Board<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Interested Party) | David Rudat<br>Credit and Collections Manager<br>QMI Sales<br>333 King Street East<br>Toronto, ON M5A 3X5<br>(Interested Party) | Allegiant Airlines Fuel Division<br>8360 S. Durango Drive<br>Las Vegas, NV 89113<br>(Interested Party) |
| Av Fuel<br>P.O. Box 67000<br>Detroit, MI 48267<br>(Interested Party) | Aviation Advantage, Inc.<br>1755 The Exchange, Suite 300<br>Atlanta, GA 30339<br>(Interested Party) | Catlin Insurance Company, Inc.<br>3400 Peachtree Road, N.E.<br>Tower Place 100, Suite 2950<br>Atlanta, GA 30326<br>(Interested Party) |
| DA Consulting<br>980 N. Michigan Ave., #1210<br>Chicago, IL 60611-4523<br>(Interested Party) | Eastern Fuel<br>3552 Withey Avenue<br>Hamden, CT 06518<br>(Interested Party) | Employee Innovative Network LLC (EIN)<br>113 Goff Mountain Road, #13<br>Charleston, WV 25313<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

AIR MAIL
Epic B-P
1 St. James Square
London, SW1Y 4PD
(Interested Party)

JetStream Ground Services, Inc.
P.O. Box 369
Juniper, FL 33468
(Interested Party)

Lane Aviation Corp.
2295 John Circle Drive
Columbus, OH 43217
(Interested Party)

Liberty Mutual
175 Berkeley Street
Boston, MA 02117
(Interested Party)

North American Bancard
250 Stephenson Hwy
Troy, MI 48083
(Interested Party)

Oak Investment Group, LLC
208 S. LaSalle Street
Suite 1666
Chicago, IL 60604
(Interested Party)

Swissport Ground Handlers
Swissport USA, Inc.
4200 S. Cargo Dr., Bldg D
Atlanta, GA 30320
(Interested Party)

Tasha B. Thompson, Esq.
South Carolina Department of Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina Department of Revenue)

Christa Fornarotto
Associate Administrator for Airports
Federal Aviation Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County Department of Airports)
**VIA ECF 8/24/17**

Department of the Treasury
Financial Management Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE, Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities/Manual Notice) | Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF 8/24/17** |
| James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF 8/24/17** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF 8/24/17** | Carolyn Brombacher, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza<br>Suite 2602<br>Fort Lauderdale, FL 33394<br>(Interested Party/Sun Trust Bank) |
| James P. Ehrhard, Esq.<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>(Counsel to Beechwood Lakeland Hotel)<br>**VIA ECF 8/24/17** | Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>(Counsel to Xtra Airways/Manual Notice) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | |
|---|---|
| Michael T. O'Neil, Esq.<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, DC 20530<br>(Counsel to U.S. Dept. of Justice)<br>**VIA ELECTRONIC MAIL 8/24/17 and**<br>**VIA FIRST-CLASS MAIL** | L. Rush Atkinson, Esq.<br>Securities & Financial Fraud Unit<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, DC 20530<br>(Counsel to U.S. Dept. of Justice) |