**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

**In re:**

**SOUTHERN SKY AIR & TOURS, LLC**
**d/b/a DIRECT AIR,**

          **Debtor.**

**Chapter 7**
**Case No. 12-40944-CJP**

**ORDER ALLOWING TRUSTEE'S MOTION TO (I) ABANDON ESTATE'S**
**REMAINING INTEREST IN ARROW SETTLEMENT, (II) ABANDON AND**
**DESTROY CERTAIN ESTATE RECORDS AND (III) TERMINATE ACCESS**
**TO DEBTOR'S ON-LINE RECORDS**

The Court has reviewed the Trustee's Motion to (I) Abandon Estate's Remaining Interest in the Arrow Settlement, (II) Abandon and Destroy Certain Estate Records, and (III) Terminate Access to Debtor's On-Line Records (the "Motion") dated August 24, 2017, seeking an order allowing the Trustee to (I) abandon any and all of the Estate's remaining interest in a certain settlement between the Trustee and Arrow Energy, Inc. ("Arrow") approved by this Court on July 22, 2014 (the "Arrow Settlement") and any remaining claims against Arrow, (II) abandon and destroy certain of the Debtor's records and documents stored in approximately 231 boxes, plus two (2) servers and one box containing 28 personal computer hard drives (the "Documents and Computers"), currently located in Verdolino & Lowey, P.C.'s warehouse in Wrentham, Massachusetts, and (III) terminate on-line access to the Debtor's QuickBooks files (the "QuickBooks Files"; together with the Documents and Computers, the "Records").   The Court finding that the Notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed herewith is sufficient; and no objection to the Motion having been timely filed,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

A. The Motion is ALLOWED as follows and the hearing scheduled for September 21, 2017 is cancelled;

B. The Trustee shall abandon any and all of the Estate's remaining interest in the Arrow Settlement;

C. The Trustee shall abandon the Debtor's Documents and Computers;

D. The Trustee shall terminate access to the Debtor's QuickBooks Files; and

E. The Department of Justice, at no cost to the Estate, shall retrieve the abandoned Documents and Computers and assume responsibility of the QuickBooks Files within thirty (30) days of the date of a correspondence to be sent by the Trustee to the Department of Justice providing a copy of this Order, otherwise the Trustee shall be allowed to destroy the Records.

Dated: September 20, 2017

Christopher J. Panos
United States Bankruptcy Judge