# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2018, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Trustee's Notice of Abandonment of Estate Property (Re: Default Judgment Against Progressive Funding Solutions, LLC and Any and All Remaining Settlement Payments Due in Connection With the Default Judgment);

2. Amended Application for Allowance of Compensation and Reimbursement of Expenses by George Muckleroy, Special Counsel to Chapter 7 Trustee (Re: Default Judgment Against Progressive Funding Soluitions, LLC); and

3. Motion to Limit Notice.

 

|  |  |
|---|---|
| | /s/ Joseph H. Baldiga |
| | Joseph H. Baldiga, BBO #549963 |
| | Mirick, O'Connell, DeMallie & Lougee, LLP |
| | 1800 West Park Drive, Suite 400 |
| | Westborough, MA 01581 |
| | Phone: 508.898.1501 |
| | Fax:    508.898.1502 |
| Dated: January 10, 2018 | Email: bankrupt@mirickoconnell.com |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | James J. Regan, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation))<br>**VIA ECF** |
| Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** |
| David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>1 Turtle Creek Circle<br>Suite C<br>Swanton, OH 43558-8538<br>(Top 20) | Sky King Airlines<br>1601 Jackson Street<br>Suite 200<br>Ft. Myers, FL 33901-2968<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>1625 Buffalo Ave, Ste 2B<br>Niagara Falls, NY 14303-1545<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>2705 Airport Drive<br>N. Las Vegas, NV 89032-4301<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Transportation Security Association<br>Attn:  Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Michael H. Weaver, Esq.<br>McNair Law Firm, P.A.<br>PO Box 11390<br>Columbia, SC 29211<br>(Schedule F/Nonconsumers) | David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** |
| Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) | Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) |
| Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) | Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Thomas E. Lowe<br>83 Goodson Loop<br>Pawley's Island, SC 29585<br>(Postpetition Creditor) | Paul M. Renner, Esq.<br>Milam, Howard, Nicandri,<br>Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) |
| Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Centene Management Company, LLC<br>Attn: Facilities Management<br>7711 Carondelet<br>St. Louis, MO 63105<br>(Interested Party) | Centene<br>Attn: Facilities Management<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105<br>(Interested Party) |
| Strand Storage Center<br>870 Frontage Road<br>Myrtle Beach, SC 29577<br>(Interested Party) | Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707<br>(Interested Party) | Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Interested Party) |
| City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P.O. Box 1330<br>Melbourne, FL 32902-1330<br>(Interested Party) | Clinton County Legislative Office Airport<br>137 Margaret Street, Suite 208<br>Plattsburgh, NY 12901<br>(Interested Party) | Daniels Professional Center Complex<br>P.O. Box 68<br>Prosperity, WV 25909<br>(Interested Party) |
| Lakeland Airport<br>3900 Don Emerson Dr.<br>Suite 210<br>Lakeland, FL 33811<br>(Interested Party) | Pittsburgh International Airport<br>P.O. Box 1270<br>Pittsburgh, PA 15231-0370<br>(Interested Party) | Rickenbacker International Airport<br>7161 Second Street<br>Columbus, OH 43217<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Kalamazoo County Aeronautics Board 5235 Portage Road Kalamazoo, MI 49002 (Interested Party) | David Rudat Credit and Collections Manager QMI Sales 333 King Street East Toronto, ON M5A 3X5 (Interested Party) | Allegiant Airlines Fuel Division 8360 S. Durango Drive Las Vegas, NV 89113 (Interested Party) |
| Av Fuel P.O. Box 67000 Detroit, MI 48267 (Interested Party) | Aviation Advantage, Inc. 1755 The Exchange, Suite 300 Atlanta, GA 30339 (Interested Party) | Catlin Insurance Company, Inc. 3400 Peachtree Road, N.E. Tower Place 100, Suite 2950 Atlanta, GA 30326 (Interested Party) |
| DA Consulting 980 N. Michigan Ave., #1210 Chicago, IL 60611-4523 (Interested Party) | Eastern Fuel 3552 Withey Avenue Hamden, CT 06518 (Interested Party) | Employee Innovative Network LLC (EIN) 113 Goff Mountain Road, #13 Charleston, WV 25313 (Interested Party) |
| AIR MAIL Epic B-P 1 St. James Square London, SW1Y 4PD (Interested Party) | JetStream Ground Services, Inc. P.O. Box 369 Juniper, FL 33468 (Interested Party) | Lane Aviation Corp. 2295 John Circle Drive Columbus, OH 43217 (Interested Party) |
| Liberty Mutual 175 Berkeley Street Boston, MA 02117 (Interested Party) | North American Bancard 250 Stephenson Hwy Troy, MI 48083 (Interested Party) | Oak Investment Group, LLC 208 S. LaSalle Street Suite 1666 Chicago, IL 60604 (Interested Party) |
| Swissport Ground Handlers Swissport USA, Inc. 4200 S. Cargo Dr., Bldg D Atlanta, GA 30320 (Interested Party) | Tasha B. Thompson, Esq. South Carolina Department of Revenue P. O. Box 12265 Columbia, SC 29211 (Counsel to South Carolina Department of Revenue) | Christa Fornarotto Associate Administrator for Airports Federal Aviation Administration 800 Independence Ave., SW Washington, DC 20591 (Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) | Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) |
| Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE, Room W96-322<br>Washington, DC 20590<br>(Interested Party) | James Komondy, Esq.<br>Law Weathers<br>800 Bridgewater Place<br>333 Bridge St., NW<br>Grand Rapids, MI 49504<br>(Counsel to Kalamazoo Entities/Manual Notice) | Barton Bailey<br>15275 Guinan Road<br>Petersburg, IL 62675<br>(Manual Notice List) |
| Diane Beauchemin<br>446 Forest Ave<br>Brockton, MA 02301<br>(Manual Notice List) | Cheryl Benz<br>910 Bibbs Street<br>Jacksonville, IL 62650<br>(Manual Notice List) | Debra Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) |
| Donald Blanding<br>860 Taylor Rise<br>Victor, NY 14564<br>(Manual Notice List) | Cynthia Caccese<br>1 Willow Street #17<br>Lockport, NY 14094<br>(Manual Notice List) | Susan Casey<br>PO Box 16<br>Grafton, MA 01519<br>(Manual Notice List) |
| Dawn Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | John Cottone<br>319 Fairlawn Drive<br>Torrington, CT 06790<br>(Manual Notice List) | Theresa Drake<br>1 Hiland Road<br>Charlton, MA 01507<br>(Manual Notice List) |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Joyce Ellis<br>101 Blood Road<br>Charlton, MA 01507<br>(Manual Notice List) | Pearl Fuller<br>495 Queen Lake Road<br>Phillipston, MA 01331<br>(Manual Notice List) | Galesburg-Augusta High School<br>1076 N. 37th Street<br>Galesburg, MI 49053<br>(Manual Notice List) |
| Janet Generous<br>131 Atwoodville Road<br>Mansfield Center, CT 06250<br>(Manual Notice List) | Marla Given<br>183 Cornelia Street<br>Plattsburgh, NY 12901<br>(Manual Notice List) | Cynthia Golden<br>123 Greenfield Drive<br>Tonawanda, NY 14150<br>(Manual Notice List) |
| Anita Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Harvey Grell<br>92 Harrington Farms Way<br>Shrewsbury, MA 01545<br>(Manual Notice List) | Brian Higgins<br>726 Exchange Street<br>Suite 601<br>Buffalo, NY 14210<br>(Manual Notice List) |
| Sue Hunt<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) | Amy King<br>6 Maple Ridge Drive<br>West Chazy, NY 12992<br>(Manual Notice List) | Joseph Kotecki<br>501 Cross Street<br>Peru, IL 61354<br>(Manual Notice List) |
| Karel Mace<br>5112 Country Route 27<br>Canton, NY 13617<br>(Manual Notice List) | Michael M. Mace<br>5112 Country Route 27<br>Canton, NY 13617<br>(Manual Notice List) | Cathy McCool<br>227 Potters Road<br>Buffalo, NY 14220<br>(Manual Notice List) |
| Pamela Meskus<br>79 Holden Street<br>Worcester, MA 01605<br>(Manual Notice List) | Karen Rose Miscia<br>8 Cross Street<br>Natick, MA 01760<br>(Manual Notice List) | Joseph Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) |
| Loretta Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) | Judith Moulton<br>568 Kemp Road<br>Hampton, CT 06247<br>(Manual Notice List) | Kristen Nero Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) |
| Nicole Notidis<br>9 Maplewood Road<br>Millbury, MA 01527<br>(Manual Notice List) | Margie Quartely<br>56 Shalamar Court<br>Gertzville, NY 14068<br>(Manual Notice List) | Jeremiah Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| James Shelton<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) | Arlington Spinner<br>2812 Military Tpke<br>West Chazy, NY 12992<br>(Manual Notice List) | Ruby Tennyson<br>3 Hill Clyde Acres<br>Chestertown, NY 12817<br>(Manual Notice List) |
| Sheila Van Blarcom<br>24B Stonehouse Lane<br>Keene, NH 03431<br>(Manual Notice List) | Janet VanAlstyne<br>924 Grafton Road<br>Chestertown, VT 05143<br>(Manual Notice List) | Kathryn A. Walker<br>9212 Saint Catherine Ave<br>Englewood, FL 34224<br>(Manual Notice List) |
| Mona Wallace<br>PO Box 95<br>520 Prairie Avenue<br>Taylor Springs, IL 62089<br>(Manual Notice List) | Karen S. Wilson<br>PO Box 7346<br>Richland, MI 49083<br>(Manual Notice List) | Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) |
| Dennis Jerome Parker<br>724 Shadow Mist Lane<br>Columbia, SC 29210-5021<br>(Manual Notice List) | Richard W. Engel, Jr., Esq.<br>Armstrong Teasdale LLP<br>Suite 1800<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105-1847<br>(Counsel to Airport Terminal Services, Inc./Manual Notice) | Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** |
| Margaret Taylor Finucane, Esq.<br>The Port Authority of New York and New Jersey<br>225 Park Avenue South<br>New York, NY 10003<br>(Manual Notice List) | Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF** | James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

David B. Madoff, Esq.
Madoff & Khoury, LLP
Pine Brook Office Park
124 Washington St., Suite 202
Foxborough, MA 02035
(Counsel to Robert Keilman/Interested Party)
**VIA ECF**

Carolyn Brombacher, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza
Suite 2602
Fort Lauderdale, FL 33394
(Interested Party/Sun Trust Bank)

James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
418 Main St., 4th Floor
Worcester, MA 01608
(Counsel to Beechwood Lakeland Hotel)
**VIA ECF**

Carl D. Aframe, Esq.
Aframe & Barnhill
390 Main Street
Suite 901
Worcester, MA 01608
(Counsel to Quickflight, Inc./Interested Party)
**VIA ECF**

Ryan J. Works, Esq.
McDonald Carano Wilson LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
(Counsel to Xtra Airways/Manual Notice)

Yuseff L. Howard
, President
Progressive Funding Solutions, LLC
500 West 7th Street
Suite 750
Fort Worth, TX 76102
(Defendant)

George Muckleroy, Esq.
Sheats & Muckleroy, LLP
500 Main Street
Suite 300
Fort Worth, TX 76102
(Special Counsel to Trustee)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Michael T. O'Neil, Esq.
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of Justice)

L. Rush Atkinson, Esq.
Securities & Financial Fraud Unit
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of Justice)