## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Estate Property (Re: Default Judgment Against Progressive Funding Solutions, LLC and Any and All Remaining Settlement Payments Due in Connection With the Default Judgment))

(Re: Amended Application for Allowance of Compensation and Reimbursement of Expenses by George Muckleroy, Special Counsel to Chapter 7 Trustee (Re: Default Judgment Against Progressive Funding Solutions, LLC))

Upon the motion dated January 10, 2018 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate for the above-referenced Debtor, for authority to limit notice of the above-listed documents (the "PFS Abandonment and Fee Application Pleadings"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

    b.    The Trustee may limit notice of the PFS Abandonment and Fee Application Pleadings to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed

requests for notice (as defined in the Motion), Progressive Funding Solutions, LLC, and George Muckleroy, Esq.

Dated: _____January 11_, 2018

_____
Honorable Christopher J. Panos
United States Bankruptcy Judge