02/02/2018 AMENDED APPLICATION GRANTED. NO OBJECTIONS FILED. COMPENSATION IS APPROVED IN THE AMOUNT OF $930.86, COMPRISED OF FEES OF $600.00 AND EXPENSES OF $330.86 FOR THE PERIOD OF 6/26/2015 TO 12/15/2017.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br><br>    Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE FUNDING SOLUTIONS, LLC,<br>    Defendant. | Adversary Proceeding<br>No. 13-04092-CJP |

## AMENDED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE[1]
### (Re: Default Judgment Against Progressive Funding Solutions, LLC)

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now comes George Muckleroy (the "Applicant"), special counsel to Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the Debtors in the above-captioned action, and hereby submits his Amended Application for Allowance of Compensation and Reimbursement of Expenses (the "Special Counsel Amended Fee Application") for payment of legal fees and costs incurred by him for the period from June 26, 2015 through and including December 15, 2017 (the "Fee Application Period) under Bankruptcy Code §§ 330, 331, 503(b)(2), 503(b)(4) and 507(a)(1), Fed. R. Bankr.

---

[1] The Applicant files this Special Counsel Amended Fee Application seeking allowance and payment of fees and expenses to which Applicant is entitled based on the amount actually recovered by the Trustee in connection with the Settlement Amount (as defined below).

AMENDED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE
PAGE 1 OF 6