United States Bankruptcy Court
District of Massachusetts

In re:                                                              Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4        User: ab                Page 1 of 3              Date Rcvd: Feb 02, 2018
                            Form ID: pdf012         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db         +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
             Myrtle Beach, SC 29577-3525
sp         +George Muckleroy,    Sheats & Muckleroy,    500 Main Street, Suite 300,
             Fort Worth, TX 76102-3940
cr         +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@hinshawlaw.com,    sdelmonaco@hinshawlaw.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               connole@aframebarnhill.com;dunlevy@aframebarnhill.com;aframe@ecf.courtdrive.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor   Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,   alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay   Ellison dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Judy   Tull dfixler@rubinrudman.com
              David C. Fixler    on behalf of Interested Party Marshall   Ellison dfixler@rubinrudman.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless@npolegal.com
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Special Counsel George   Muckleroy
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

```
District/off: 0101-4                  User: ab                    Page 2 of 3                   Date Rcvd: Feb 02, 2018
                                      Form ID: pdf012             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
       gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga  gbarbieri@mirickoconnell.com,
       goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
       goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
       goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
       goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
       Southern Sky Air & Tours, LLC d/b/a Direct Air  gbarbieri@mirickoconnell.com,
       goneil@mirickoconnell.com
      Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
       grhaworth@duanemorris.com,  tjsantorelli@duanemorris.com
      James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
       Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
       Desk  ehrhard@ehrhardlaw.com,  cote@ehrhardlaw.com
      James R. Sheatsley    on behalf of Interested Party Marshall    Ellison  jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison  jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Interested Party Kay    Ellison  jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Kay    Ellison  jsheatsley@suddenlinkmail.com
      Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
       jeffrey@sternklarlaw.com,  jdsternklar@yahoo.com;r60083@notify.bestcase.com
      Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air  jmurphy@mirickoconnell.com,
       lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
       Estate of Southern Sky Air & tours, LLC dba Direct Air  jmurphy@mirickoconnell.com,
       lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
       jmurphy@mirickoconnell.com,  lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga  jmurphy@mirickoconnell.com,
       lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air  jmurphy@mirickoconnell.com,
       lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc.  jmurphy@mirickoconnell.com,
       lrothera@mirickoconnell.com
      Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
       jburwood@hinshawlaw.com,  sdelmonaco@hinshawlaw.com
      Joseph B. Collins    on behalf of Defendant Kay    Ellison  jcollins@hendelcollins.com,
       smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Judy    Tull  jcollins@hendelcollins.com,
       smello@hendelcollins.com
      Joseph B. Collins    on behalf of Interested Party Kay    Ellison  jcollins@hendelcollins.com,
       smello@hendelcollins.com
      Joseph B. Collins    on behalf of Interested Party Marshall    Ellison  jcollins@hendelcollins.com,
       smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison  jcollins@hendelcollins.com,
       smello@hendelcollins.com
      Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
       Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
       Estate of Southern Sky Air & tours, LLC dba Direct Air  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
       Estate of Southern Sky Air & tours, LLC dba Direct Air  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Special Counsel Robert    Dees  jhbaldiga@ecf.epiqsystems.com,
       bankrupt@mirickoconnell.com
      Laura    Otenti    on behalf of Creditor    JetPay Merchant Services, LLC  lotenti@pbl.com,
       jspagnoli@pbl.com
      Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports  lkraus@foley.com,
       ssalazar@foley.com,NORTHEAST-LitigationDocket@foley.com
      Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation  mpappone@goodwinprocter.com
      Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
       nicole.caprioli@state.ma.us

```
District/off: 0101-4          User: ab                    Page 3 of 3                  Date Rcvd: Feb 02, 2018
                              Form ID: pdf012             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC
           pbilowz@goulstonstorrs.com
          Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard King   USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King   on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com,
           Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com,
           Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com,
           Robertkovacs@ecf.inforuptcy.com
          Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock   on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com,
           managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc.
           wmoorman@psh.com

                                                                                     TOTAL: 72



02/02/2018 AMENDED APPLICATION GRANTED. NO OBJECTIONS FILED. COMPENSATION IS APPROVED IN THE AMOUNT OF $930.86, COMPRISED OF FEES OF $600.00 AND EXPENSES OF $330.86 FOR THE PERIOD OF 6/26/2015 TO 12/15/2017.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-CJP |
| JOSEPH H. BALDIGA, CHAPTER 7<br>TRUSTEE OF THE BANKRUPTCY<br>ESTATE OF SOUTHERN SKY AIR &<br>TOURS, LLC d/b/a DIRECT AIR,<br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE FUNDING<br>SOLUTIONS, LLC,<br>    Defendant. | Adversary Proceeding<br>No. 13-04092-CJP |

### AMENDED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE[1]
(Re: Default Judgment Against Progressive Funding Solutions, LLC)

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

Now comes George Muckleroy (the "Applicant"), special counsel to Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the Debtors in the above-captioned action, and hereby submits his Amended Application for Allowance of Compensation and Reimbursement of Expenses (the "Special Counsel Amended Fee Application") for payment of legal fees and costs incurred by him for the period from June 26, 2015 through and including December 15, 2017 (the "Fee Application Period) under Bankruptcy Code §§ 330, 331, 503(b)(2), 503(b)(4) and 507(a)(1), Fed. R. Bankr.

---

[1] The Applicant files this Special Counsel Amended Fee Application seeking allowance and payment of fees and expenses to which Applicant is entitled based on the amount actually recovered by the Trustee in connection with the Settlement Amount (as defined below).

AMENDED APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY GEORGE
MUCKLEROY, SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE
PAGE 1 OF 6