UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS, LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-CJP |

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

1. Trustee's Notice of Abandonment of Estate Property (Re: Default Judgment Against Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway); and

3. Motion to Limit Notice, with proposed Order.

                                                  /s/ Joseph H. Baldiga
                                                  Joseph H. Baldiga, BBO #549963
                                                  Mirick, O'Connell, DeMallie & Lougee, LLP
                                                  1800 West Park Drive, Suite 400
                                                  Westborough, MA 01581
                                                  Phone: 508.898.1501
                                                  Fax:    508.898.1502

Dated: February 20, 2018                   Email: bankrupt@mirickoconnell.com

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Richard King<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | Nicole B. Caprioli, Esq.<br>Margaret J. Hurley, Esq.<br>Office of the Attorney<br>General<br>Suite 301<br>10 Mechanic Street<br>Worcester, MA 01609<br>(Counsel to Commonwealth<br>of Massachusetts/NOA)<br>**VIA ECF** |
| Southern Sky Air & Tours,<br>LLC d/b/a Direct Air<br>1600 Oak Street<br>Myrtle Beach, SC 29577<br>(Debtor) | Alan L. Braunstein, Esq.<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA 02108<br>(Debtor's Counsel)<br>**VIA ECF** | Ronald T. Bevans, Esq.<br>1221 Brickell Avenue<br>Suite 2660<br>Miami, FL 33131<br>(Counsel to Sky King Inc.)<br>**VIA ECF** |
| Jonathan C. Burwood, Esq.<br>Bradford R. Carver, Esq.<br>Hinshaw & Culbertson<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(Counsel to Platte River<br>Insurance Company)<br>**VIA ECF** | David C. Fixler, Esq.<br>Stephen G. DeLisle, Esq.<br>Rubin and Rudman, LLP<br>50 Rowes Wharf<br>Boston, MA 02110<br>(Counsel to Judy Tull, Kay<br>Ellison & Marshall<br>Ellison/NOA)<br>**VIA ECF** | David B. Haber, Esq.<br>201 South Biscayne<br>Boulevard<br>Suit 1205<br>Miami, FL 33131<br>(Counsel to Chemoil<br>Corporation dba Chemoil<br>Aviation)<br>**VIA ECF** |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank Corporation)
**VIA ECF**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank Corporation/NOA)
**VIA ECF**

James J. Regan, Esq.
Satterlee Stephens Burke & Burke, LLP
230 park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank Corporation))

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn Conaway and Robert Kovacs)
**VIA ECF**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American Express Travel Related Services Co., Inc.)
**VIA ECF**

William R. Moorman, Jr., Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions Internations, Inc.)
**VIA ECF**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel to JetPay Merchant Services, LLC)
**VIA ECF**

Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
Suite 1800
1037 Raymond Boulevard
Newark, NJ 07102-5429
(Counsel to Valley National Bank)
**VIA ECF**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Stanley Ellison<br>P. O. Box 70318<br>Myrtle Beach, SC 29572<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) | Tim Arant, Esq.<br>Wells Fargo<br>One Wells Fargo Center<br>MAC:D1053-300<br>301 South College Street<br>Charlotte, NC 28202<br>(Secured Creditor) |
| Allegheny County Airport Authority<br>PO Box 642623<br>Pittsburgh, PA 15264-2623<br>(Top 20) | Richard White<br>Chemoil Corporation<br>200 East Las Olas Blvd.<br>Suite 2050<br>Ft. Lauderdale, FL 33301<br>(Top 20) | Horry County Department of Airports/PFC<br>Attn: Director of Airports<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) |
| JetPay<br>3361 Boyington Drive<br>Carrollton, TX 75006<br>(Top 20) | Kalamazoo/Battle Creek International Air<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Top 20) | Lehigh Northampton Airport<br>3311 Airport Blvd<br>Allentown, PA 18109<br>(Top 20) |
| Massachusetts Port of Authority<br>Attn: Director, Worcester Regional Airport<br>One Harborside Drive, Suite 200S<br>Boston, MA 02129<br>(Top 20) | Myrtle Beach International Airport<br>1100 Jetport Road<br>Myrtle Beach, SC 29577<br>(Top 20) | Niagara Frontier Transportation Authority<br>PO Box 5008<br>Buffalo, NY 14205<br>(Top 20) |
| Palm Beach International Airport<br>846 Palm Beach International Airport<br>West Palm Beach, FL 33406<br>(Top 20) | Quickflight, Inc.<br>1 Turtle Creek Circle<br>Suite C<br>Swanton, OH 43558-8538<br>(Top 20) | Sky King Airlines<br>1601 Jackson Street<br>Suite 200<br>Ft. Myers, FL 33901-2968<br>(Top 20) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>1625 Buffalo Ave, Ste 2B<br>Niagara Falls, NY 14303-1545<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>2705 Airport Drive<br>N. Las Vegas, NV 89032-4301<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| U.S. Department of Transportation<br>Office of the Secretary of Transportation<br>Immediate Office of General Counsel<br>1200 New Jersey Avenue SE<br>Washington, DC 20590<br>(Interested Party) | Andrea Horowitz Handel, Esq.<br>U. S. Dept. of Justice<br>Civil Division<br>P. O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>(Counsel to United States of America - Department of Justice/NOA)<br>**VIA ECF** | John T. Vian, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande Two, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309<br>(Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq.<br>Smith, Gambrell & Russell, LLP<br>Promenande II, Suite 3100<br>1230 Peachtree Street N.E.<br>Atlanta, GA 30309-3592<br>(Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq.<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service<br>601 19th Ave. N.<br>Myrtle Beach, SC 29577<br>(Schedule E) |
| Transportation Security Association<br>Attn: Chief Counsel - TSA-2<br>601 South 12th Street<br>Arlington, VA 20598<br>(Schedule E) | Fairfield Inn Broadway<br>1350 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) | Fairfield Inn<br>3150 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Schedule F/Nonconsumers) |
| David M. Nickless, Esq.<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420<br>(Counsel to Hank Torbert/NOA)<br>**VIA ECF** | Roger M. Dunetz, Esq.<br>Roger M. Dunetz, P.A.<br>P. O. Box 140237<br>Coral Gables, FL 33114<br>(Counsel to Arrow Energy, Inc.) | Kelsey S. Dunn<br>3063 Howard Ave<br>Suite 309<br>Myrtle Beach, SC 29577<br>(Postpetition Creditor) |
| Lexi Burling<br>353 Deer Field Link Drive<br>Surfside Beach, SC 29575<br>(Postpetition Creditor) | Linda Abott<br>4051 Windchime Lane<br>Lakeland, FL 33811<br>(Postpetition Creditor) | Mara Bateson<br>2154 N. Berwick Dr.<br>Myrtle Beach, SC 29575<br>(Postpetition Creditor) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Mary Avant-Baldwin<br>1507 Dewitt Street<br>Conway, SC 29527<br>(Postpetition Creditor) | Shawn J. Ernst<br>6683 Wisteria Drive<br>Myrtle Beach, SC 29588<br>(Postpetition Creditor) | Thomas E. Lowe<br>83 Goodson Loop<br>Pawley's Island, SC 29585<br>(Postpetition Creditor) |
| Paul M. Renner, Esq.<br>Milam, Howard, Nicandri,<br>Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>(Special Counsel to Trustee) | Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Centene Management<br>Company, LLC<br>Attn: Facilities Management<br>7711 Carondelet<br>St. Louis, MO 63105<br>(Interested Party) |
| Centene<br>Attn: Facilities Management<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105<br>(Interested Party) | Strand Storage Center<br>870 Frontage Road<br>Myrtle Beach, SC 29577<br>(Interested Party) | Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707<br>(Interested Party) |
| Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Interested Party) | City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P.O. Box 1330<br>Melbourne, FL 32902-1330<br>(Interested Party) | Clinton County Legislative Office Airport<br>137 Margaret Street, Suite 208<br>Plattsburgh, NY 12901<br>(Interested Party) |
| Daniels Professional Center Complex<br>P.O. Box 68<br>Prosperity, WV 25909<br>(Interested Party) | Lakeland Airport<br>3900 Don Emerson Dr.<br>Suite 210<br>Lakeland, FL 33811<br>(Interested Party) | Pittsburgh International Airport<br>P.O. Box 1270<br>Pittsburgh, PA 15231-0370<br>(Interested Party) |
| Rickenbacker International Airport<br>7161 Second Street<br>Columbus, OH 43217<br>(Interested Party) | Kalamazoo County Aeronautics Board<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Interested Party) | David Rudat<br>Credit and Collections Manager<br>QMI Sales<br>333 King Street East<br>Toronto, ON M5A 3X5<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Allegiant Airlines Fuel Division<br>8360 S. Durango Drive<br>Las Vegas, NV 89113<br>(Interested Party) | Av Fuel<br>P.O. Box 67000<br>Detroit, MI 48267<br>(Interested Party) | Aviation Advantage, Inc.<br>1755 The Exchange, Suite 300<br>Atlanta, GA 30339<br>(Interested Party) |
| Catlin Insurance Company, Inc.<br>3400 Peachtree Road, N.E.<br>Tower Place 100, Suite 2950<br>Atlanta, GA 30326<br>(Interested Party) | DA Consulting<br>980 N. Michigan Ave., #1210<br>Chicago, IL 60611-4523<br>(Interested Party) | Eastern Fuel<br>3552 Withey Avenue<br>Hamden, CT 06518<br>(Interested Party) |
| Employee Innovative Network LLC (EIN)<br>113 Goff Mountain Road, #13<br>Charleston, WV 25313<br>(Interested Party) | AIR MAIL<br>Epic B-P<br>1 St. James Square<br>London, SW1Y 4PD<br>(Interested Party) | JetStream Ground Services, Inc.<br>P.O. Box 369<br>Juniper, FL 33468<br>(Interested Party) |
| Lane Aviation Corp.<br>2295 John Circle Drive<br>Columbus, OH 43217<br>(Interested Party) | Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02117<br>(Interested Party) | North American Bancard<br>250 Stephenson Hwy<br>Troy, MI 48083<br>(Interested Party) |
| Oak Investment Group, LLC<br>208 S. LaSalle Street<br>Suite 1666<br>Chicago, IL 60604<br>(Interested Party) | Swissport Ground Handlers<br>Swissport USA, Inc.<br>4200 S. Cargo Dr., Bldg D<br>Atlanta, GA 30320<br>(Interested Party) | Tasha B. Thompson, Esq.<br>South Carolina Department of Revenue<br>P. O. Box 12265<br>Columbia, SC 29211<br>(Counsel to South Carolina Department of Revenue) |
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel for Aviation Enforcement & Proceedings
Office of the General Counsel
Department of Transportation
1200 New Jersey Ave., SE, Room W96-322
Washington, DC 20590
(Interested Party)

James Komondy, Esq.
Law Weathers
800 Bridgewater Place
333 Bridge St., NW
Grand Rapids, MI 49504
(Counsel to Kalamazoo Entities/Manual Notice)

Barton Bailey
15275 Guinan Road
Petersburg, IL 62675
(Manual Notice List)

Diane Beauchemin
446 Forest Ave
Brockton, MA 02301
(Manual Notice List)

Cheryl Benz
910 Bibbs Street
Jacksonville, IL 62650
(Manual Notice List)

Debra Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Donald Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(Manual Notice List)

Susan Casey
969 West Main Road
Apt. 7304
Middletown, RI 02842
(Manual Notice List)

Dawn Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

John Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

Theresa Drake
1 Hiland Road
Charlton, MA 01507
(Manual Notice List)

Joyce Ellis
101 Blood Road
Charlton, MA 01507
(Manual Notice List)

Pearl Fuller
495 Queen Lake Road
Phillipston, MA 01331
(Manual Notice List)

Galesburg-Augusta High School
1076 N. 37th Street
Galesburg, MI 49053
(Manual Notice List)

Janet Generous
131 Atwoodville Road
Mansfield Center, CT 06250
(Manual Notice List)

Marla Given
183 Cornelia Street
Plattsburgh, NY 12901
(Manual Notice List)

Cynthia Golden
123 Greenfield Drive
Tonawanda, NY 14150
(Manual Notice List)

Anita Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Harvey Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

Brian Higgins
726 Exchange Street
Suite 601
Buffalo, NY 14210
(Manual Notice List)

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

Karen Rose Miscia
8 Cross Street
Natick, MA 01760
(Manual Notice List)

Joseph Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Loretta Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Judith Moulton
568 Kemp Road
Hampton, CT 06247
(Manual Notice List)

Kristen Nero Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

Nicole Notidis
9 Maplewood Road
Millbury, MA 01527
(Manual Notice List)

Margie Quartely
56 Shalamar Court
Gertzville, NY 14068
(Manual Notice List)

Jeremiah Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

James Shelton
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Arlington Spinner
2812 Military Tpke
West Chazy, NY 12992
(Manual Notice List)

Ruby Tennyson
3 Hill Clyde Acres
Chestertown, NY 12817
(Manual Notice List)

Sheila Van Blarcom
24B Stonehouse Lane
Keene, NH 03431
(Manual Notice List)

Janet VanAlstyne
924 Grafton Road
Chestertown, VT 05143
(Manual Notice List)

Kathryn A. Walker
9212 Saint Catherine Ave
Englewood, FL 34224
(Manual Notice List)

Mona Wallace
PO Box 95
520 Prairie Avenue
Taylor Springs, IL 62089
(Manual Notice List)

Karen S. Wilson
PO Box 7346
Richland, MI 49083
(Manual Notice List)

**SERVICE LIST**

Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH

| | | |
|---|---|---|
| Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) | Dennis Jerome Parker<br>724 Shadow Mist Lane<br>Columbia, SC 29210-5021<br>(Manual Notice List) | Richard W. Engel, Jr., Esq.<br>Armstrong Teasdale LLP<br>Suite 1800<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105-1847<br>(Counsel to Airport Terminal Services, Inc./Manual Notice) |
| Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** | Margaret Taylor Finucane, Esq.<br>The Port Authority of New York and New Jersey<br>225 Park Avenue South<br>New York, NY 10003<br>(Manual Notice List) | Joseph B. Collins, Esq.<br>Hendel & Collins, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(Counsel (limited) to Judy Tull, Marshall Ellison, Kay Ellison)<br>**VIA ECF** |
| James R. Sheatsley, Esq.<br>Gorman Sheatsley & Company<br>P. O. Box 5518<br>Beckley, WV 25801-5518<br>(Counsel to Kay Ellison and Stanley Marshall Ellison)<br>**VIA ECF** | David B. Madoff, Esq.<br>Madoff & Khoury, LLP<br>Pine Brook Office Park<br>124 Washington St., Suite 202<br>Foxborough, MA 02035<br>(Counsel to Robert Keilman/Interested Party)<br>**VIA ECF** | Reese R. Boyd, III, Esq.<br>Davis & Boyd, LLC<br>1110 London Street<br>Suite 201<br>Myrtle Beach, SC 29577<br>(Interested Party/Special Counsel to Trustee) |
| Carolyn Brombacher, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza<br>Suite 2602<br>Fort Lauderdale, FL 33394<br>(Interested Party/Sun Trust Bank) | James P. Ehrhard, Esq.<br>Ehrhard & Associates, P.C.<br>418 Main St., 4th Floor<br>Worcester, MA 01608<br>(Counsel to Beechwood Lakeland Hotel)<br>**VIA ECF** | Carl D. Aframe, Esq.<br>Aframe & Barnhill<br>390 Main Street<br>Suite 901<br>Worcester, MA 01608<br>(Counsel to Quickflight, Inc./Interested Party)<br>**VIA ECF** |

## SERVICE LIST

**Southern Sky Air & Tours, LLC d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-MSH**

| | | |
|---|---|---|
| Ryan J. Works, Esq.<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue<br>Suite 1200<br>Las Vegas, NV 89102<br>(Counsel to Xtra Airways/Manual Notice) | Karen Williams<br>General Manager<br>Fairfield Inn<br>3150 Oleander Drive<br>Myrtle Beach, SC 29577<br>(Interested Party) | Robert Murphy, CPA<br>Excise Tax Agent<br>PO Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) |
| Michael T. O'Neil, Esq.<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, DC 20530<br>(Counsel to U.S. Dept. of Justice) | L. Rush Atkinson, Esq.<br>Securities & Financial Fraud Unit<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, DC 20530<br>(Counsel to U.S. Dept. of Justice) | |

Client Matter/15008/14190/A5303222.DOCX