## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | Chapter 7<br>Case No. 12-40944-CJP |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Estate Property)
(Re: Default Judgment Against Fairfield Inn by Marriott, LP
a/k/a Fairfield Inn Broadway)

Upon the motion dated February 20, 2018 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate for the above-referenced Debtor, for authority to limit notice of the above-listed document (the "Fairfield Inn Abandonment"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

a. The Motion is ALLOWED; and

b. The Trustee may limit notice of the Fairfield Inn Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway, and Reese R. Boyd, III, Esq., special counsel to the Trustee.

Dated: ___February 20___, 2018

_____
Honorable Christopher J. Panos
United States Bankruptcy Judge

Client Matter/15008/14190/A5303195.DOC