UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Southern Sky Air & Tours, LLC
d/b/a Direct Air

Case No. 12-40944 CJP

**DEBTOR**

## CLERK'S CERTIFICATE AS TO NO OBJECTIONS TO ABANDONMENT OF PROPERTY

I, __Mary P. Sharon_____, CLERK of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that an examination of the docket in the above-entitled case indicates the following:

1. The above case was commenced by the filing of a Petition on _____03/15/2012_____;

2. _____Joseph H. Baldiga_____ was appointed as Trustee in the case;

3. On ___01/10/2018_____, the Trustee filed a Notice of Intention to Abandon Property, to wit:

    ____Default Judgment against Progressive Funding Solutions, LLC and Any and All Remaining Settlement Payments Due in Connection with the Default Judgment_____

    as being of no value to the estate of the Debtor;

4. Notice of abandonment was given to all parties in interest and an affidavit of the mailing of said notice has been filed with this Court;

5. No objections to the abandonment were filed and no hearing was requested.

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT _Worcester_____,
IN THE DISTRICT OF MASSACHUSETTS,
THIS _16th_ DAY OF _February_____, _2018_.

BY THE CLERK,

BY: _____
DEPUTY CLERK
Joanne M. Ryan

