United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: lbelanger          Page 1 of 3          Date Rcvd: Feb 20, 2018
                              Form ID: pdf012          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db         +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
             Myrtle Beach, SC 29577-3525
cr         +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,  ahall@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor   UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor   Platte River Insurance Company
           bcarver@hinshawlaw.com,  sdelmonaco@hinshawlaw.com
          Carl D. Aframe    on behalf of Defendant   Quickflight, Inc. aframe@aframebarnhill.com,
           connole@aframebarnhill.com;dunlevy@aframebarnhill.com;aframe@ecf.courtdrive.com
          Daniel G. Gurfein    on behalf of Plaintiff   Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Counter-Defendant   Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Creditor   Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party   Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor   Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
          David C. Fixler    on behalf of Interested Party Kay  Ellison dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Judy  Tull dfixler@rubinrudman.com
          David C. Fixler    on behalf of Interested Party Marshall  Ellison dfixler@rubinrudman.com
          David J. Reier    on behalf of Creditor   JetPay Merchant Services, LLC dreier@pbl.com
          David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
          David J. Reier    on behalf of Counter-Defendant   Merrick Bank Corporation dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless@npolegal.com
          David M. Nickless    on behalf of Defendant   Avondale Aviation I, LLC dnickless@npolegal.com
          George W. Shuster    on behalf of Defendant   Orlando Sanford International, Inc. a/k/a Orlando
           Sanford International Airport george.shuster@wilmerhale.com
          Gina Barbieri O'Neil    on behalf of Special Counsel George  Muckleroy
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

```
District/off: 0101-4          User: lbelanger              Page 2 of 3                  Date Rcvd: Feb 20, 2018
                              Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
      Gregory R. Haworth    on behalf of Interested Party    Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
      James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
      James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
      James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
      Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
      Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
      Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
      Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, smello@hendelcollins.com
      Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
      Laura Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com, jspagnoli@pbl.com
      Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, ssalazar@foley.com,NORTHEAST-LitigationDocket@foley.com
      Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
      Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
      Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com

```
District/off: 0101-4           User: lbelanger              Page 3 of 3                  Date Rcvd: Feb 20, 2018
                               Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Ronald T. Bevans    on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                          TOTAL: 72

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

## ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Trustee's Notice of Abandonment of Estate Property)
(Re: Default Judgment Against Fairfield Inn by Marriott, LP
a/k/a Fairfield Inn Broadway)

Upon the motion dated February 20, 2018 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate for the above-referenced Debtor, for authority to limit notice of the above-listed document (the "Fairfield Inn Abandonment"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

    b.    The Trustee may limit notice of the Fairfield Inn Abandonment to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway, and Reese R. Boyd, III, Esq., special counsel to the Trustee.

Dated: __February 20__, 2018

                                                                      Honorable Christopher J. Panos
                                                                      United States Bankruptcy Judge

Client Matter/15008/14190/A5303195.DOC