## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE: **Southern Sky Air & Tours, LLC**
       **d/b/a Direct Air**

CASE NO.   **12-40944 CJP**

**DEBTOR**

---

### CLERK'S CERTIFICATE AS TO NO OBJECTIONS TO ABANDONMENT OF PROPERTY

I, \_\_\_\_\_Mary P. Sharon\_\_\_\_\_, CLERK of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that an examination of the docket in the above-entitled case indicates the following:

1. The above case was commenced by the filing of a Petition on \_\_\_03/15/2012\_\_\_;

2. \_\_\_\_\_Joseph H. Baldiga\_\_\_\_\_ was appointed as Trustee in the case;

3. On \_\_\_02/20/2018\_\_\_, the Trustee filed a Notice of Intention to Abandon Property, to wit:

   \_\_\_\_\_Default Judgment against Fairfield Inn by Marriott, LP a/k/a Fairfield Inn Broadway\_\_\_\_\_

   as being of no value to the estate of the Debtor;

4. Notice of abandonment was given to all parties in interest and an affidavit of the mailing of said notice has been filed with this Court;

5. No objections to the abandonment were filed and no hearing was requested.

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT \_Worcester\_\_\_\_\_,
IN THE DISTRICT OF MASSACHUSETTS,
THIS \_16th\_ DAY OF \_\_March\_\_, \_2018\_.

BY THE CLERK,

BY: *[signature]*
DEPUTY CLERK
Joanne M. Ryan

