## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>**d/b/a DIRECT AIR,**<br><br>        **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

### MOTION OF THE CHAPTER 7 TRUSTEE TO ESTABLISH A BAR DATE BY WHICH ALL CREDITORS ASSERTING CHAPTER 7 ADMINISTRATIVE EXPENSE CLAIMS MUST FILE SUCH CLAIMS, WITH REQUEST FOR LIMITATION OF NOTICE

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Southern Sky Air & Tours, LLC d/b/a Direct Air, and hereby requests that this Court schedule a bar date by which creditors holding Chapter 7 administrative claims must file such claims against the Estate or be forever barred (the "Chapter 7 Administrative Bar Date") and that said Chapter 7 Administrative Bar Date be approximately 60 days from this date (i.e., June 26, 2018). The Trustee expects that funds may eventually be available for distribution to creditors in this case. In order to determine the extent to which a distribution is possible, it is necessary for the Court to establish the Chapter 7 Administrative Bar Date by which creditors asserting administrative claims must file such claims. The Trustee further requests that this Chapter 7 Administrative Bar Date not apply to the Trustee, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's accounting firm (Verdolino & Lowey, P.C.), but that the Chapter 7 Administrative Bar Date will apply to all other parties-in-interest, including, without limitation, all special counsel to the Trustee, as follows:

A.      Paul M. Renner, Esq. and the law firm of Milam, Howard, Nicandri, Gillam & Renner P.A.;

B.      David J. Reier, Esq. and the firm of Posternack, Blankstein & Lund, LLP;

C.      Reese R. Boyd, III, Esq. and David & Boyd, LLC; and

D.      George Muckleroy, Esq. and Sheats & Muckleroy LLP.

**The Trustee also seeks permission to limit notice of this motion and any order setting a Chapter 7 Administrative Bar Date pursuant to MLBR 9013-1(g) and as set forth herein.**

In support of his motion, the Trustee submits the following:

1.      On March 15, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2.      On April 11, 2012 (the "Conversion Date"), this Court converted the within case to one under Chapter 7 of the Bankruptcy Code.

3.      On the Conversion Date, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such.

4.      The Trustee requests that this Court establish the Chapter 7 Administrative Bar Date by which all creditors asserting administrative expense claims must file such claims against the estate or be forever barred.

5.      Upon receipt of the Order establishing the Chapter 7 Administrative Bar Date, and pursuant to the limitation of notice requested herein, the Trustee shall serve the Order on the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected governmental authorities, all parties that have filed requests for notice, Schedule F – Non-Consumer Creditors (as defined

below), all parties listed on the Debtor's Amended Schedule of Postpetition Creditors and all

special counsel to the Trustee and file a Certificate of Service regarding same.

6.      The Trustee has given written notice of this Motion to the Debtor, counsel to the

Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest

unsecured creditors, taxing authorities, affected governmental authorities, all parties that have

filed requests for notice, Schedule F – Non-Consumer Creditors (as defined below), all parties

listed on the Debtor's Amended Schedule of Postpetition Creditors, and all special counsel to the

Trustee.

### Request for Limitation of Notice

7.      On May 3, 2012, the Debtor filed, among other things, separate schedules for

Schedule F creditors, categorized as consumer creditors ("Schedule F - Consumer Creditors")

and non-consumer creditors ("Schedule F – Non-Consumer Creditors").  The number of

Schedule F – Consumer Creditors totals approximately 93,000 and, upon information and belief,

are all consumer creditors who purchased airline tickets for flights that never occurred.  The

Trustee has confirmed that, on March 13, 2012 (two days prior to the Petition Date), the Debtor

stopped accepting flight reservations and terminated reservation capabilities on its web-site.

8.      Accordingly, the Trustee believes that the Schedule F – Consumer Creditors are

all pre-petition creditors and that notice of the Chapter 7 bar date upon them is unnecessary and

would impose an undue burden on the Estate both financially and administratively.  Therefore,

the Trustee requests authority to limit notice of the Chapter 7 Administrative Bar Date to service

upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured

creditors, the Debtor's twenty largest unsecured creditors, taxing authorities, affected

governmental authorities, all parties that have filed requests for notice, Schedule F – Non-

Consumer Creditors, all parties listed on the Debtor's Amended Schedule of Postpetition

Creditors, and all special counsel to the Trustee.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order, in the

form filed herewith, as follows:

(a)    Establishing the Chapter 7 Administrative Bar Date approximately 60 days

from this date (i.e., June 26, 2018) by which all creditors asserting administrative claims

during the Chapter 7 period must file Chapter 7 administrative expense claims;

(b)    Ordering that the Chapter 7 Administrative Bar Date does <u>not</u> apply to the

Trustee, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the

Trustee's accounting firm (Verdolino & Lowey, P.C.), but that the Chapter 7

Administrative Bar Date <u>will</u> apply to all other parties in interest, including, without

limitation, all special counsel to the Trustee, as follows:

    i.    Paul M. Renner, Esq. and the law firm of Milam, Howard,
          Nicandri, Gillam & Renner P.A.;

    ii.    David J. Reier, Esq. and the firm of Posternack, Blankstein &
           Lund, LLP;

    iii.    Reese R. Boyd, III, Esq. and Davis & Boyd, LLC; and

    iv.    George Muckleroy, Esq. and Sheats & Muckleroy LLP.

(c)    Limiting notice of the herein motion and the Chapter 7 Administrative Bar

Date to the Debtor, counsel to the Debtor, the Office of the United States Trustee, all

secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice, Schedule

F – Non-Consumer Creditors (as defined herein), all parties listed on the Debtor's

Amended Schedule of Postpetition Creditors, and all special counsel to the Trustee; and

(d)     Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated:  April 27, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,**

**Debtor.**

**Chapter 7
Case No. 12-40944-CJP**

## ORDER AND NOTICE REGARDING BAR DATE
## FOR FILING CHAPTER 7 ADMINSTRATIVE EXPENSE CLAIMS

WHEREAS, Joseph H. Baldiga, the duly appointed Chapter 7 trustee (the "Trustee") of the Debtor's case, has moved this Court to establish the Administrative Bar Date (the "Motion for Bar Date") setting the deadline for all creditors asserting administrative expense claims against the Debtor to file the required applications with the United States Bankruptcy Court; and, after reviewing the Motion for Bar Date and finding that cause exists for the entry of the within Order and no objections having been filed;

It is hereby ORDERED, ADJUDGED, and DECREED that:

1.      Any and all parties with claims that accrued during the Chapter 7 period asserting an administrative expense claim against the Debtor which arose on or after the date of conversion of this case on April 11, 2012, shall file such claim with the United States Bankruptcy Court, Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts 01608, **on or before _____, 2018 at 4:30 p.m.** (the "Administrative Bar Date") (with a copy to Joseph H. Baldiga, Trustee, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, Massachusetts 01581);

2.      To the extent that any party fails to file an application by 4:30 p.m. on the Administrative Bar Date, such claimant shall be forever barred from asserting an administrative expense claim against the Debtor and the Debtor's bankruptcy estate;

3.      The Trustee shall serve all known parties in interest with a copy of this Order as provided for in the Motion for Bar Date;

4.      The Administrative Bar Date shall <u>not</u> apply to the claims of the Trustee, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's accounting firm (Verdolino & Lowey, P.C.), but the Administrative Bar Date <u>will</u> apply to all other parties in interest, including, without limitation, all special counsel employed by the Trustee, as follows:

      A.      Paul M. Renner, Esq. and the law firm of Milam, Howard, Nicandri, Gillam & Renner P.A.;

      B.      David J. Reier, Esq. and the firm of Posternack, Blankstein & Lund, LLP;

      C.      Reese R. Boyd, III, Esq. and Davis & Boyd, LLC; and

      D.      George Muckleroy, Esq. and Sheats & Muckleroy LLP.

5      Administrative creditors who have previously filed administrative claims <u>do</u> <u>not</u> need to refile such claims.

Dated: _____, 2018      _____

                    Honorable Christopher J. Panos
                    United States Bankruptcy Judge

Client Matter/15008/14190/A5461722.DOC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,**

          Debtor.

Chapter 7
Case No. 12-40944-CJP

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

1.  Motion of the Chapter 7 Trustee to Establish a Bar Date By Which All Creditors Asserting Chapter 7 Administrative Expense Claims Must File Such Claims; and

2.  Proposed Order and Notice Regarding Bar Date for Filing Chapter 7 Administrative Expense Claims.

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated:  April 27, 2018

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank<br>Corporation/Manual Notice)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke &<br>Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank<br>Corporation/NOA)<br>**VIA ECF** | James J. Regan, Esq.<br>Satterlee Stephens Burke &<br>Burke, LLP<br>230 park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank<br>Corporation)) |
| Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W.<br>Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn<br>Conaway and Robert<br>Kovacs)<br>**VIA ECF** | Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American<br>Express Travel Related<br>Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr.,<br>Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions<br>Internations, Inc.)<br>**VIA ECF** |
| David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein &<br>Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>32nd Floor<br>Boston, MA 02199<br>(Counsel to JetPay Merchant<br>Services, LLC)<br>**VIA ECF** | Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National<br>Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn:  Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) |
| Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) | Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) |

3

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Stanley Ellison
P. O. Box 70318
Myrtle Beach, SC 29572
(Equity Security Holder)

Wachovia Bank, National
Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
1601 Jackson Street
Suite 200
Ft. Myers, FL 33901-2968
(Top 20)

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

### Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-CJP

| | | |
|---|---|---|
| Springfield Airport Authority<br>1200 Capital Airport Drive<br>Springfield, IL 62707-8471<br>(Top 20) | Tech Aviation<br>c/o Niagara Falls Aviation, LLC<br>1625 Buffalo Ave, Ste 2B<br>Niagara Falls, NY 14303-1545<br>(Top 20) | Vision Airlines<br>David Meers, SVP and COO<br>2705 Airport Drive<br>N. Las Vegas, NV 89032-4301<br>(Top 20) |
| WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) | WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) |
| Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street, Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | ASI Advisors, LLC<br>c/o Donald Stukes<br>445 Hamilton Ave, Suite 1102<br>White Plains, NY 10601<br>(Interested Party/Postpetition Creditor) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Avenue, NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| U.S. Department of Transportation Office of the Secretary of Transportation Immediate Office of General Counsel 1200 New Jersey Avenue SE Washington, DC 20590 (Interested Party) | Andrea Horowitz Handel, Esq. U. S. Dept. of Justice Civil Division P. O. Box 875 Ben Franklin Station Washington, DC 20044 (Counsel to United States of America - Department of Justice/NOA) **VIA ECF** | John T. Vian, Esq. Smith, Gambrell & Russell, LLP Promenande Two, Suite 3100 1230 Peachtree Street N.E. Atlanta, GA 30309 (Counsel to Wachovia Bank/Wells Fargo) |
| Brian P. Hall, Esq. Smith, Gambrell & Russell, LLP Promenande II, Suite 3100 1230 Peachtree Street N.E. Atlanta, GA 30309-3592 (Counsel to Wachovia Bank/Wells Fargo/NOA) | Thomas M. Horan, Esq. Womble Carlyle Sandridge & Rice, LLP 222 Delaware Avenue, Suite 1501 Wilmington, DE 19801 (Counsel to Falcon Air Express, Inc./NOA) | Internal Revenue Service 601 19th Ave. N. Myrtle Beach, SC 29577 (Schedule E) |
| Transportation Security Association Attn:  Chief Counsel - TSA-2 601 South 12th Street Arlington, VA 20598 (Schedule E) | Airport Terminal Services Inc. 111 Westport Plaza Drive, Suite 400 Saint Louis, MO 63146 (Schedule F/Nonconsumers) | American Eagle Airlines Inc. PO Box 619616 DWF Airport, TX 75261-9616 (Schedule F/Nonconsumers) |
| American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 (Schedule F/Nonconsumers) | Anchor Taxi PO Box 221 3001 N. Kings Hwy Myrtle Beach, SC 29577 (Schedule F/Nonconsumers) | AT&T Michigan PO Box 105262 Atlanta, GA 30348-5262 (Schedule F/Nonconsumers) |
| AT&T Ohio PO Box 105262 Atlanta, GA 30348-5262 (Schedule F/Nonconsumers) | Autry & Toler AC 1419 East Main Street Princeton, WV 24740 (Schedule F/Nonconsumers) | Aviation Safeguards PO Box 823415 Philadelphia, PA 19182-3415 (Schedule F/Nonconsumers) |

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Baggage Airline Guest
Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport
Authority
28000 A-1 Airport Road,
Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax
Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel
Communications
5570 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield,
MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite
205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport
Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

Concourse Communications
Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Fairfield Inn
3150 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Victor H. Smith, Esq.
Garofalo Goerlich Hainbach
PC
1200 New Hampshire Ave
NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport
Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal
Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake
Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach
Communications, Inc.
PO Box 1463
North Myrtle Beach, SC
29598
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Hudson News
1 Meadowlands Plaza Ste 902
East Rutherford, NJ 07073
(Schedule F/Nonconsumers)

Jeff Jarrell
260 Colby Court
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Judy Tull
1414 Highland Circle
Myrtle Beach, SC 29578
(Schedule F/Nonconsumers)

Kalamazoo Gazette
401 S. Burdick Street
Kalamazoo, MI 49007
(Schedule F/Nonconsumers)

Kay Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5461722.DOC

### SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Kegerris Outdoor
Advertising LLC
PO Box 242
Fayetteville, PA 17222
(Schedule F/Nonconsumers)

King Williams Aviation, LLC
c/o Corporation Service
Center
1703 Laurel Street
Columbia, SC 29201
(Schedule F/Nonconsumers)

Lakeland Ledger
PO Box 913004
Orlando, FL 32891
(Schedule F/Nonconsumers)

Marshall Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Michael H. Weaver, Esq.
McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

Milam Howard
14 East Bay Street
Jacksonville, FL 32202
(Schedule F/Nonconsumers)

AIR MAIL
Montreal Gazette
1010 Sainte-Catherine
Street, West #200
H3B 5L1
Montreal, Canada
QC
(Schedule F/Nonconsumers)

Mountaineer Gas
2401 Sissonville Drive
Charleston, WV 25387
(Schedule F/Nonconsumers)

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

National Event Publications
4908 Creekside Dr.
Suite A
Clearwater, FL 33760-4009
(Schedule F/Nonconsumers)

National Air Transportation
Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing
Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

Ober, Kaler, Grimes &
Shriver
120 East Baltimore Street
Baltimore, MD 21202
(Schedule F/Nonconsumers)

Orlando/Sanford
International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773
(Schedule F/Nonconsumers)

Palm Beach Newspapers Inc.
PO Box 24694
West Palm Beach, FL 33416-
4694
(Schedule F/Nonconsumers)

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

9

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburg, WV 25401-
2077
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National
Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

AIR MAIL
Sago Travel
521 Upper Sherman Ave.
Hamilton ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-
0188
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Gerald M. Holland
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Southern New England
Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Southeastern Chemical Co.,
Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Springfield Chamber of CO
1011 S Second St
Springfield, IL 62704
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center
Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing
Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-
1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-
0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-
0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Toledo-Lucas County Port
Authority
One Maritime Plaza
Toledo, OH 43604
(Schedule F/Nonconsumers)

AIR MAIL
Tripcentral
Hamilton City Centre
77 James St., North, 230
L8R 2K3
Hamitlon, ON
CANADA
(Schedule F/Nonconsumers)

USA Jet Airlines Inc.
PO Box 633554
Cincinnati, OH 45263-6554
(Schedule F/Nonconsumers)

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041
(Schedule F/Nonconsumers)

Vision Airlines
Aaron Godwin
2705 Airport Road
North Las Vegas, NV 89032
(Schedule F/Nonconsumers)

Vox AM/FM, LLC
265 Hegeman Avenue
Colchester, VT 05446
(Schedule F/Nonconsumers)

AIR MAIL
Voyage Vasco St. Sauveur
36 Ave De LA Gare Bureau
102
L0R 1R0
Saint Sauveur, QC
CANADA
(Schedule F/Nonconsumers)

Walter C. Cook
Law Office of Walter C.
Cook
1500-20th St.
San Francisco, CA 94107
(Schedule F/Nonconsumers)

WHAG NBC TV
13 E. Washington Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

WINK-TV
2824 Palm Beach Blvd
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Worcester Airport Limo
219 West Boylston Street
West Boylston, MA 01583
(Schedule F/Nonconsumers)

Worcester Telegram &
Gazette
20 Franklin Street, Box
15012
Worcester, MA 01615-0012
(Schedule F/Nonconsumers)

Worldwide Flight Services
1925 West John Carpenter
Freeway
Suite 450
Irving, TX 75063
(Schedule F/Nonconsumers)

WTOL-TV Toledo
Attn: Lockbox #1350
PO Box 11407
Birmingham, AL 35246-1350
(Schedule F/Nonconsumers)

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Wyvern Hotel
101 E. Retta Esplanade
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

Cale Benner
6011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion/Post Petition
Creditor)

Patricia Small
353 Deerfield Links Drive
Surfside Beach, SC 29575
(2004 Motion/Post Petition
Creditor)

Person Most Knowledgeable
at Valley National Bank
c/o Jeffrey Sternklar, Esq.
Duane Morris LLP
100 High St., Suite 2400
Boston, MA 02110-1724
(2004 Motion)

David M. Nickless, Esq.
Nickless, Phillips and
O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank
Torbert/NOA)
**VIA ECF**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy,
Inc.)

Kelsey S. Dunn
3063 Howard Ave
Suite 309
Myrtle Beach, SC 29577
(Postpetition Creditor)

Lexi Burling
353 Deer Field Link Drive
Surfside Beach, SC 29575
(Postpetition Creditor)

Linda Abott
4051 Windchime Lane
Lakeland, FL 33811
(Postpetition Creditor)

Mara Bateson
2154 N. Berwick Dr.
Myrtle Beach, SC 29575
(Postpetition Creditor)

Mary Avant-Baldwin
1507 Dewitt Street
Conway, SC 29527
(Postpetition Creditor)

Shawn J. Ernst
6683 Wisteria Drive
Myrtle Beach, SC 29588
(Postpetition Creditor)

Thomas E. Lowe
83 Goodson Loop
Pawley's Island, SC 29585
(Postpetition Creditor)

Paul M. Renner, Esq.
Milam Howard, Nicandri,
Gillam & Renner P.A.
14 East Bay Street
Jacksonville, FL 32202
(Special Counsel to Trustee)

13

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Keystone Commercial Realty<br>Attn: B. W. "Rusty" Helm<br>Managing Partner<br>608 16th Avenue, N., Suite G<br>Myrtle Beach, SC 29577<br>(Interested Party) | Centene Management Company, LLC<br>Attn: Facilities Management<br>7711 Carondelet<br>St. Louis, MO 63105<br>(Interested Party) | Centene<br>Attn: Facilities Management<br>7700 Forsyth Boulevard<br>St. Louis, MO 63105<br>(Interested Party) |
| Strand Storage Center<br>870 Frontage Road<br>Myrtle Beach, SC 29577<br>(Interested Party) | Abraham Lincoln Capital Airport<br>1200 Capital Airport Drive<br>Springfield, IL 62707<br>(Interested Party) | Charlotte County Airport Authority<br>28000 A-1 Airport Road, Bldg 109<br>Punta Gorda, FL 33982<br>(Interested Party) |
| City of Melbourne, Airport Authority<br>One Air Terminal Parkway<br>P.O. Box 1330<br>Melbourne, FL 32902-1330<br>(Interested Party) | Clinton County Legislative Office Airport<br>137 Margaret Street, Suite 208<br>Plattsburgh, NY 12901<br>(Interested Party) | Daniels Professional Center Complex<br>P.O. Box 68<br>Prosperity, WV 25909<br>(Interested Party) |
| Lakeland Airport<br>3900 Don Emerson Dr.<br>Suite 210<br>Lakeland, FL 33811<br>(Interested Party) | Pittsburgh International Airport<br>P.O. Box 1270<br>Pittsburgh, PA 15231-0370<br>(Interested Party) | Rickenbacker International Airport<br>7161 Second Street<br>Columbus, OH 43217<br>(Interested Party) |
| Kalamazoo County Aeronautics Board<br>5235 Portage Road<br>Kalamazoo, MI 49002<br>(Interested Party) | David Rudat<br>Credit and Collections Manager<br>QMI Sales<br>333 King Street East<br>Toronto, ON M5A 3X5<br>(Interested Party) | Allegiant Airlines Fuel Division<br>8360 S. Durango Drive<br>Las Vegas, NV 89113<br>(Interested Party) |

14

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Av Fuel
P.O. Box 67000
Detroit, MI 48267
(Interested Party)

Aviation Advantage, Inc.
1755 The Exchange, Suite
300
Atlanta, GA 30339
(Interested Party)

Catlin Insurance Company,
Inc.
3400 Peachtree Road, N.E.
Tower Place 100, Suite 2950
Atlanta, GA 30326
(Interested Party)

DA Consulting
980 N. Michigan Ave.,
#1210
Chicago, IL 60611-4523
(Interested Party)

Eastern Fuel
3552 Withey Avenue
Hamden, CT 06518
(Interested Party)

Employee Innovative
Network LLC (EIN)
113 Goff Mountain Road,
#13
Charleston, WV 25313
(Interested Party)

AIR MAIL
Epic B-P
1 St. James Square
London,  SW1Y 4PD
(Interested Party)

JetStream Ground Services,
Inc.
P.O. Box 369
Juniper, FL 33468
(Interested Party)

Lane Aviation Corp.
2295 John Circle Drive
Columbus, OH 43217
(Interested Party)

Liberty Mutual
175 Berkeley Street
Boston, MA 02117
(Interested Party)

North American Bancard
250 Stephenson Hwy
Troy, MI 48083
(Interested Party)

Oak Investment Group, LLC
208 S. LaSalle Street
Suite 1666
Chicago, IL 60604
(Interested Party)

Swissport Ground Handlers
Swissport USA, Inc.
4200 S. Cargo Dr., Bldg D
Atlanta, GA 30320
(Interested Party)

Tasha B. Thompson, Esq.
South Carolina Department of
Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina
Department of Revenue)

Christa Fornarotto
Associate Administrator for
Airports
Federal Aviation
Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

15

### SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Lawrence M. Kraus, Esq.
David Y. Bannard, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(Counsel to Horry County
Department of Airports)
**VIA ECF**

Department of the Treasury
Financial Management
Service
Birmingham, AL 35283-0794
(Interested Party)

Christopher R. Donato, Esq.
Assistant U.S. Attorney
John Joseph Moakley United
States Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
(Counsel to Dept. of Justice)

Samuel Podberesky, Esq.
Assistant General Counsel
for Aviation Enforcement &
Proceedings
Office of the General
Counsel
Department of
Transportation
1200 New Jersey Ave., SE,
Room W96-322
Washington, DC 20590
(Interested Party)

Federal Express
P. O. Box 727
Memphis, TN 38194
(Schedule F/Nonconsumers)

Fedex TechConnect, Inc.
Attn: Revenue
Recovery/Bankruptcy
Module G, 3rd Floor
3965 Airways Blvd.
Memphis, TN 38116
(Schedule F/Nonconsumers)

James Komondy, Esq.
Law Weathers
P.O. Box 1604
333 Bridge St., NW
Grand Rapids, MI 49501-
1604
(Counsel to Kalamazoo
Entities/Manual Notice)

Barton Bailey
15275 Guinan Road
Petersburg, IL 62675
(Manual Notice List)

Diane Beauchemin
107 Lovers Lane Rd.
Apt. 101
Charlestown, NH 03603-4584
(Manual Notice List)

Cheryl Benz
910 Bibbs Street
Jacksonville, IL 62650
(Manual Notice List)

Debra Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

Donald Blanding
860 Taylor Rise
Victor, NY 14564
(Manual Notice List)

16

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(Manual Notice List)

Susan Casey
969 West Main Road
Apt. 7304
Middletown, RI 02842
(Manual Notice List)

Dawn Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

John Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

Theresa Drake
1 Hiland Road
Charlton, MA 01507
(Manual Notice List)

Joyce Ellis
101 Blood Road
Charlton, MA 01507
(Manual Notice List)

Pearl Fuller
495 Queen Lake Road
Phillipston, MA 01331
(Manual Notice List)

Galesburg-Augusta High
School
1076 N. 37th Street
Galesburg, MI 49053
(Manual Notice List)

Janet Generous
131 Atwoodville Road
Mansfield Center, CT 06250
(Manual Notice List)

Marla Given
183 Cornelia Street
Plattsburgh, NY 12901
(Manual Notice List)

Cynthia Golden
123 Greenfield Drive
Tonawanda, NY 14150
(Manual Notice List)

Anita Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Harvey Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Brian Higgins
726 Exchange Street
Suite 601
Buffalo, NY 14210
(Manual Notice List)

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

17

Client Matter/15008/14190/A5461722.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Karen Rose Miscia
8 Cross Street
Natick, MA 01760
(Manual Notice List)

Joseph Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Loretta Mombrea
407 76th Street
Niagra Falls, NY 14304
(Manual Notice List)

Judith Moulton
568 Kemp Road
Hampton, CT 06247
(Manual Notice List)

Kristen Nero Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

Nicole Notidis
9 Maplewood Road
Millbury, MA 01527
(Manual Notice List)

Margie Quartely
56 Shalamar Court
Gertzville, NY 14068
(Manual Notice List)

Jeremiah Shea
80 Brewster Street
Depew, NY 14043
(Manual Notice List)

James Shelton
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Arlington Spinner
2812 Military Tpke
West Chazy, NY 12992
(Manual Notice List)

Ruby Tennyson
3 Hill Clyde Acres
Chestertown, NY 12817
(Manual Notice List)

Sheila Van Blarcom
24B Stonehouse Lane
Keene, NH 03431
(Manual Notice List)

Janet VanAlstyne
924 Grafton Road
Chestertown, VT 05143
(Manual Notice List)

Kathryn A. Walker
9212 Saint Catherine Ave
Englewood, FL 34224
(Manual Notice List)

Mona Wallace
PO Box 95
520 Prairie Avenue
Taylor Springs, IL 62089
(Manual Notice List)

Karen S. Wilson
PO Box 73
Richland, MI 49083
(Manual Notice List)

Carlos L. de Zayas, Esq.
Lydecker/Diaz
1221 Brickell Ave., 19th
Floor
Miami, FL 33131
(Manual Notice List/Counsel
for Miami Air International,
Inc. aka Miami Airlines)

Dennis Jerome Parker
338 Firebridge Drive
Chapin, SC 29036
(Manual Notice List)

18

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Dennis Jerome Parker
724 Shadow Mist Lane
Columbia, SC 29210-5021
(Manual Notice List)

Richard W. Engel, Jr., Esq.
Armstrong Teasdale LLP
Suite 1800
7700 Forsyth Boulevard
St. Louis, MO 63105-1847
(Counsel to Airport Terminal
Services, Inc./Manual Notice)

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Counsel to Niagara Falls
Aviation)
**VIA ECF**

Margaret Taylor Finucane,
Esq.
The Port Authority of New
York and New Jersey
225 Park Avenue South
New York, NY 10003
(Manual Notice List)

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
(Counsel (limited) to Judy
Tull, Marshall Ellison, Kay
Ellison)
**VIA ECF**

James R. Sheatsley, Esq.
Gorman Sheatsley &
Company
P. O. Box 5518
Beckley, WV 25801-5518
(Counsel to Kay Ellison and
Stanley Marshall Ellison)
**VIA ECF**

George W. Shuster, Jr., Esq.
Wilmer Hale
60 State Street
Boston, MA 02109
(Counsel to Orlando
Sanford)
**VIA ECF**

David B. Madoff, Esq.
Madoff & Khoury, LLP
Pine Brook Office Park
124 Washington St., Suite
202
Foxborough, MA 02035
(Counsel to Robert
Keilman/Interested Party)
**VIA ECF**

Reese R. Boyd, III, Esq.
Davis & Boyd, LLC
1110 London Street
Suite 201
Myrtle Beach, SC 29577
(Interested Party/Special
Counsel to Trustee)

Carolyn Brombacher, Esq.
May, Meacham & Davell,
P.A.
One Financial Plaza
Suite 2602
Fort Lauderdale, FL 33394
(Interested Party/Sun Trust
Bank)

James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
418 Main St., 4th Floor
Worcester, MA 01608
(Counsel to Beechwood
Lakeland Hotel)
**VIA ECF**

Carl D. Aframe, Esq.
Aframe & Barnhill
390 Main Street
Suite 901
Worcester, MA 01608
(Counsel to Quickflight,
Inc./Interested Party)
**VIA ECF**

19

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Ryan J. Works, Esq.
McDonald Carano Wilson
LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
(Counsel to Xtra
Airways/Manual Notice)

George Muckleroy, Esq.
Sheats & Muckleroy, LLP
500 Main Street
Suite 300
Fort Worth, TX 76102
(Special Counsel to Trustee)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Michael T. O'Neil, Esq.
Fraud Section, Criminal
Division
U.S. Department of Justice
1400 New York Avenue,
N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of
Justice)

L. Rush Atkinson, Esq.
Securities &  Financial Fraud
Unit
Criminal Division
U.S. Department of Justice
1400 New York Avenue,
N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of
Justice)

Craig Jalbert,EA
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035
(Accountant to Trustee)

Richard Lee Winkle
37 Brookview Drive
Fremont, OH 43420
(Manual Notice List)

Robert H. Sherwood
3008 Timbergate Road
Champagne, IL 61822
(Manual Notice List)

Roy Steedman
Shirley Steedman
Box 288
St. George, Ontario NOE
1NO
Canada
(Manual Notice List)

Eugenie Ferrell
440 Monroe Court
Pittsburgh, PA 15243
(Manual Notice List)

20