UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

**In re:**

**SOUTHERN SKY AIR & TOURS, LLC,
d/b/a DIRECT AIR,**

**Debtor.**

Chapter 7
Case No. 12-40944-CJP

ORDER AND NOTICE REGARDING BAR DATE
FOR FILING CHAPTER 7 ADMINSTRATIVE EXPENSE CLAIMS

WHEREAS, Joseph H. Baldiga, the duly appointed Chapter 7 trustee (the "Trustee") of the Debtor's case, has moved this Court to establish the Administrative Bar Date (the "Motion for Bar Date") setting the deadline for all creditors asserting administrative expense claims against the Debtor to file the required applications with the United States Bankruptcy Court; and, after reviewing the Motion for Bar Date and finding that cause exists for the entry of the within Order and no objections having been filed;

It is hereby ORDERED, ADJUDGED, and DECREED that:

1. Any and all parties with claims that accrued during the Chapter 7 period asserting an administrative expense claim against the Debtor which arose on or after the date of conversion of this case on April 11, 2012, shall file such claim with the United States Bankruptcy Court, Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts 01608, **on or before       June 26 , 2018 at 4:30 p.m.** (the "Administrative Bar Date") (with a copy to Joseph H. Baldiga, Trustee, Mirick, O'Connell, DeMallie & Lougee, LLP, 1800 West Park Drive, Suite 400, Westborough, Massachusetts 01581);

2. To the extent that any party fails to file an application by 4:30 p.m. on the Administrative Bar Date, such claimant shall be forever barred from asserting an administrative expense claim against the Debtor and the Debtor's bankruptcy estate;

3. The Trustee shall serve all known parties in interest with a copy of this Order as provided for in the Motion for Bar Date;

4. The Administrative Bar Date shall <u>not</u> apply to the claims of the Trustee, counsel to the Trustee (Mirick, O'Connell, DeMallie & Lougee, LLP) and the Trustee's accounting firm (Verdolino & Lowey, P.C.), but the Administrative Bar Date <u>will</u> apply to all other parties in interest, including, without limitation, all special counsel employed by the Trustee, as follows:

      A.    Paul M. Renner, Esq. and the law firm of Milam, Howard, Nicandri, Gillam & Renner P.A.;

      B.      David J. Reier, Esq. and the firm of Posternack, Blankstein & Lund, LLP;

      C.      Reese R. Boyd, III, Esq. and Davis & Boyd, LLC; and

      D.      George Muckleroy, Esq. and Sheats & Muckleroy LLP.

5      Administrative creditors who have previously filed administrative claims <u>do</u> <u>not</u> need to refile such claims.

Dated: _____April 27___, 2018      _____
      Honorable Christopher J. Panos
      United States Bankruptcy Judge

2