# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>**SOUTHERN SKY AIR & TOURS, LLC,**<br>**d/b/a DIRECT AIR,**<br><br>       **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I caused a copy of the following document to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

**Order and Notice Regarding Bar Date for Filing Chapter 7
Administrative Expense Claims.**

**(Chapter 7 Administrative Bar Date – June 26, 2018 at 4:30 p.m.)**

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated:  April 30, 2018

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF 4/27/18**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF 4/27/18**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF 4/27/18**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF 4/27/18**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF 4/27/18**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF 4/27/18**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF 4/27/18**

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Gina L. Martin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109
(Counsel to Merrick Bank
Corporation/Manual Notice)
**VIA ECF 4/27/18**

Daniel G. Gurfein, Esq.
Timothy T. Brock, Esq.
Satterlee Stephens Burke &
Burke, LLP
230 Park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank
Corporation/NOA)
**VIA ECF 4/27/18**

James J. Regan, Esq.
Satterlee Stephens Burke &
Burke, LLP
230 park Avenue
Suite 1130
New York, NY 10169
(Counsel to Merrick Bank
Corporation))

Robert W. Kovacs, Jr., Esq.
Law Office of Robert W.
Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
(Counsel to Kevin and Lynn
Conaway and Robert
Kovacs)
**VIA ECF 4/27/18**

Kevin C. McGee, Esq.
Seder & Chandler, LLP
339 Main Street
Worcester, MA 01608
(Counsel to American
Express Travel Related
Services Co., Inc.)
**VIA ECF 4/27/18**

William R. Moorman, Jr.,
Esq.
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(Counsel to Radixx Solutions
Internations, Inc.)
**VIA ECF 4/27/18**

David J. Reier, Esq.
Laura Otenti, Esq.
Posternak Blankstein &
Lund LLP
Prudential Tower
800 Boylston Street
32nd Floor
Boston, MA 02199
(Counsel to JetPay Merchant
Services, LLC)
**VIA ECF 4/27/18**

Gregory R. Haworth, Esq.
Duane Morris, LLP
One Riverfront Plaza
Suite 1800
1037 Raymond Boulevard
Newark, NJ 07102-5429
(Counsel to Valley National
Bank)
**VIA ECF 4/27/18**

Avondale Aviation I, LLC
Attn: Hank L. Torbert
1629 K Street NW
Suite 300
Washington, DC 20011
(Equity Security Holder)

Edward Warneck
8349 Juxa Drive
Myrtle Beach, SC 29579
(Equity Security Holder)

Robert Keilman
194 Scarborough Way
Marlboro, NJ 07746
(Equity Security Holder)

Stanley Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Equity Security Holder)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Stanley Ellison
P. O. Box 70318
Myrtle Beach, SC 29572
(Equity Security Holder)

Wachovia Bank, National
Association
8740 Research Drive
NC 1120 BCS Post Closing
Charlotte, NC 28262
(Secured Creditor)

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport
Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of
Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek
International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of
Authority
Attn: Director, Worcester
Regional Airport
One Harborside Drive, Suite
200S
Boston, MA 02129
(Top 20)

Myrtle Beach International
Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier
Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International
Airport
846 Palm Beach
International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
1601 Jackson Street
Suite 200
Ft. Myers, FL 33901-2968
(Top 20)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Springfield Airport
Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation,
LLC
1625 Buffalo Ave, Ste 2B
Niagara Falls, NY 14303-
1545
(Top 20)

Vision Airlines
David Meers, SVP and COO
2705 Airport Drive
N. Las Vegas, NV 89032-
4301
(Top 20)

WFFF/WVNY-TV
Smith Broadcasting of VT
LLC
298 Mountain View Drive
Colchester, VT 05406
(Top 20)

World Atlantic Airlines
Thomas Romero, CEO
PO Box 660479
Miami Springs, FL 33266
(Top 20)

WUTV-Fox 29
699 Hertal Avenue
Suite 100
Buffalo, NY 14207
(Top 20)

Xtra Airways
Lisa Dunn, President
805 West Idaho Street, Suite
401
Boise, ID 83702-8918
(Top 20)

ASI Advisors, LLC
c/o Donald Stukes
445 Hamilton Ave, Suite
1102
White Plains, NY 10601
(Interested Party/Postpetition
Creditor)

F. Thomas Rafferty, Esq.
Ober, Kaler, Grimes &
Shriver
100 Light Street
19th Floor
Baltimore, MD 21202-1036
(Counsel to Robert Keilman)

Christopher Harrington, Esq.
257 Tom Swamp Road
Petersham, MA 01366
(Interested Party/NOA)

Michael P. Holden, Esq.
335 Washington Street
Suite 4
Norwell, MA 02061
(Interested Party/NOA)

Lisa Marcoccia, Esq.
Office of James M. Begley,
Esq.
225 Park Avenue South
13th Floor
New York, NY 10003
(Counsel to The Port
Authority of New York and
New Jersey/NOA)

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue,
NW
Washington, DC 20210
(Interested Party)

Pension Benefit Guaranty
Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(Interested Party)

U.S. Department of Labor
Attn: Michael D. Felsen, Esq.
Room E-375
JFK Federal Building
Boston, MA 02203
(Interested Party)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

U.S. Department of
Transportation
Office of the Secretary of
Transportation
Immediate Office of General
Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel,
Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of
America - Department of
Justice/NOA)
**VIA ECF 4/27/18**

John T. Vian, Esq.
Smith, Gambrell & Russell,
LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia
Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell,
LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia
Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge &
Rice, LLP
222 Delaware Avenue,
Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air
Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Transportation Security
Association
Attn:  Chief Counsel - TSA-
2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

Airport Terminal Services
Inc.
111 Westport Plaza Drive,
Suite 400
Saint Louis, MO 63146
(Schedule F/Nonconsumers)

American Eagle Airlines Inc.
PO Box 619616
DWF Airport, TX 75261-
9616
(Schedule F/Nonconsumers)

American Express
PO Box 360001
Fort Lauderdale, FL 33336-
0001
(Schedule F/Nonconsumers)

Anchor Taxi
PO Box 221
3001 N. Kings Hwy
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

AT&T Michigan
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

AT&T Ohio
PO Box 105262
Atlanta, GA 30348-5262
(Schedule F/Nonconsumers)

Autry & Toler AC
1419 East Main Street
Princeton, WV 24740
(Schedule F/Nonconsumers)

Aviation Safeguards
PO Box 823415
Philadelphia, PA 19182-3415
(Schedule F/Nonconsumers)

6

## SERVICE LIST

### Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
### Chapter 7, Case No. 12-40944-CJP

Baggage Airline Guest
Services Inc.
6751 Forum Drive
Suite 230
Orlando, FL 32821
(Schedule F/Nonconsumers)

Beach Bags
509 Lake Park Drive
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Boyd Law Firm LLC
PO Box 15358
Myrtle Beach, SC 29587
(Schedule F/Nonconsumers)

Carter Broadcasting
50 Braintree Hill Park #308
Braintree, MA 02184
(Schedule F/Nonconsumers)

Charlotte County Airport
Authority
28000 A-1 Airport Road,
Bldg 109
Punta Gorda, FL 33982
(Schedule F/Nonconsumers)

Charlotte County BCC
18500 Murdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Charlotte County Tax
Collector
18500 Mnurdock Circle
Port Charlotte, FL 33948
(Schedule F/Nonconsumers)

Clarion/Kalamazoo
3500 East Cork Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Clear Channel Airports
4635 Crackersport Road
Allentown, PA 18104
(Schedule F/Nonconsumers)

Clear Channel
Communications
5570 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Clear Channel-Springfield,
MA
PO Box 402660
Atlanta, GA 30384
(Schedule F/Nonconsumers)

Clear Channel-Winchester
510 Pegasus Ct
Winchester, VA 22602
(Schedule F/Nonconsumers)

Clear Channel- Worcester
WSRS-FM WTAG-AM
PO Box 406078
Atlanta, GA 30384-6078
(Schedule F/Nonconsumers)

Clinton County Treasurer
137 Margaret Street, Suite
205
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Coastal Outdoor Advrtising
1415 48th Ave., N. Extension
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Columbus Regional Airport
Authority
L-3459
Columbus, OH 43260
(Schedule F/Nonconsumers)

Concourse Communications
Group
Attn: Accounts Receivable
200 w. Madison Ste 2830
Chicago, IL 60606-3524
(Schedule F/Nonconsumers)

Cortland Computer Services
250 Lackland Drive
Suite 100
Middlesex, NJ 08846
(Schedule F/Nonconsumers)

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Creative Spot
430 East Rich Street
Columbus, OH 43215
(Schedule F/Nonconsumers)

Emery Air, Inc.
PO Box 6067
Rockford, IL 61125
(Schedule F/Nonconsumers)

Fairfield Inn Broadway
1350 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Fairfield Inn
3150 Oleander Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461
(Schedule F/Nonconsumers)

Florida Weekly
4300 Ford Street, Suite 105
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Frontier (WV)
PO Box 20550
Rochester, NY 14602-0550
(Schedule F/Nonconsumers)

Full Steam Ahead
1455 Commerce Place
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Victor H. Smith, Esq.
Garofalo Goerlich Hainbach
PC
1200 New Hampshire Ave
NW
Suite 800
Washington, DC 20036-6802
(Schedule F/Nonconsumers)

Greater Niagra Newspapers
310 Niagra Street
PO Box 549
Niagara Falls, NY 14302
(Schedule F/Nonconsumers)

Greater Rockford Airport
Authority
60 Airport Drive
Rockford, IL 61109
(Schedule F/Nonconsumers)

Hilton Garden Inn Coastal
Grand
2383 Coastal Grand Circle
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Hilton Garden Inn- Lake
Mary
705 Currency Circle
Lake Mary, FL 32746
(Schedule F/Nonconsumers)

Hilton Garden-Inn Lakeland
3839 Doon Emerson Drive
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Himmelsbach
Communications, Inc.
PO Box 1463
North Myrtle Beach, SC
29598
(Schedule F/Nonconsumers)

Holiday Inn Express Hotel
10-12 Johnson Street
Auburn, MA 01501
(Schedule F/Nonconsumers)

Hudson News
1 Meadowlands Plaza Ste 902
East Rutherford, NJ 07073
(Schedule F/Nonconsumers)

Jeff Jarrell
260 Colby Court
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Judy Tull
1414 Highland Circle
Myrtle Beach, SC 29578
(Schedule F/Nonconsumers)

Kalamazoo Gazette
401 S. Burdick Street
Kalamazoo, MI 49007
(Schedule F/Nonconsumers)

Kay Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Kegerris Outdoor
Advertising LLC
PO Box 242
Fayetteville, PA 17222
(Schedule F/Nonconsumers)

King Williams Aviation, LLC
c/o Corporation Service
Center
1703 Laurel Street
Columbia, SC 29201
(Schedule F/Nonconsumers)

Lakeland Ledger
PO Box 913004
Orlando, FL 32891
(Schedule F/Nonconsumers)

Marshall Ellison
33837 Waterford Drive
Myrtle Beach, SC 29577
(Schedule F/Nonconsumers)

Michael H. Weaver, Esq.
McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

Milam Howard
14 East Bay Street
Jacksonville, FL 32202
(Schedule F/Nonconsumers)

AIR MAIL
Montreal Gazette
1010 Sainte-Catherine
Street, West #200
H3B 5L1
Montreal, Canada
QC
(Schedule F/Nonconsumers)

Mountaineer Gas
2401 Sissonville Drive
Charleston, WV 25387
(Schedule F/Nonconsumers)

Nassau Broadcasting Partners
880 Commonwealth Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

National Event Publications
4908 Creekside Dr.
Suite A
Clearwater, FL 33760-4009
(Schedule F/Nonconsumers)

National Air Transportation
Assoc.
4226 King Street
Alexandria, VA 22302
(Schedule F/Nonconsumers)

New England Publishing
Group, Inc.
PO Box 357
Swansea, MA 02777
(Schedule F/Nonconsumers)

Niagra Falls Aviation
9900 Porter Road
Niagara Falls, NY 14304
(Schedule F/Nonconsumers)

AIR MAIL
Norm Bess, et al
PH-18 Concorde Place
M3C 3T9
Toronto, Canada
OT
(Schedule F/Nonconsumers)

Ober, Kaler, Grimes &
Shriver
120 East Baltimore Street
Baltimore, MD 21202
(Schedule F/Nonconsumers)

Orlando/Sanford
International Airport
3200 Red Cleveland Blvd
Sanford, FL 32773
(Schedule F/Nonconsumers)

Palm Beach Newspapers Inc.
PO Box 24694
West Palm Beach, FL 33416-
4694
(Schedule F/Nonconsumers)

Pittsburgh Post Gazette
34 Blvd of the Allies
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Pittsburgh Trade Alliance
1650 Smallman Street
3rd Floor
Pittsburgh, PA 15222
(Schedule F/Nonconsumers)

Press Republican
PO Box 459
Plattsburgh, NY 12901
(Schedule F/Nonconsumers)

Prettyman Broadcasting
1606 W. King St.
Martinsburgh, WV 25401-
2077
(Schedule F/Nonconsumers)

Printmill
4001 Portage Street
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Raddix International, Inc.
6310 Hazeltine National
Drive
Orlando, FL 32822
(Schedule F/Nonconsumers)

Randall Family, LLC
351 Ballenger Center Drive
Frederick, MD 21703
(Schedule F/Nonconsumers)

Reminder Media
PO Box 52390
Boston, MA 02205
(Schedule F/Nonconsumers)

Rockford Register Star
PO Box 439
Rockford, IL 61105
(Schedule F/Nonconsumers)

AIR MAIL
Sago Travel
521 Upper Sherman Ave.
Hamilton ON L8V 3L9
CANADA
(Schedule F/Nonconsumers)

Santee Cooper
PO Box 188
Moncks Corner, SC 29461-
0188
(Schedule F/Nonconsumers)

Sheltair Aviation Services
Attn: Gerald M. Holland
1 Alabama Avenue
Plattsburgh, NY 12903
(Schedule F/Nonconsumers)

Shy King Airlines
3200 Flightline Drive
Suite 302
Lakeland, FL 33811
(Schedule F/Nonconsumers)

Southern New England
Golfer
PO Box 10038
Cranston, RI 02910
(Schedule F/Nonconsumers)

Southeastern Chemical Co.,
Inc.
320 City Avenue
Beckley, WV 25801
(Schedule F/Nonconsumers)

Springfield Chamber of CO
1011 S Second St
Springfield, IL 62704
(Schedule F/Nonconsumers)

SSP America
Bank of America
14305 Collections Center
Drive
Chicago, IL 60693
(Schedule F/Nonconsumers)

Stadium Management Co.
Wings Stadium
3600 Vanrick Drive
Kalamazoo, MI 49001
(Schedule F/Nonconsumers)

Stages Video Production
514 29th Avenue North
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Sun Courier
PO Box 30901
Myrtle Beach, SC 29588
(Schedule F/Nonconsumers)

AIR MAIL
Sun Media Corporation
333 King Street
Toronto, Ontario M5A 3X5
CANADA
(Schedule F/Nonconsumers)

Swissport Fueling Inc.
16540 Collections Center
Drive
Chicago, IL 60693-0161
(Schedule F/Nonconsumers)

The Dispatch Printing
Company
PO Box 182537
Columbus, OH 43218-2537
(Schedule F/Nonconsumers)

The Franklin Press
25 Penncraft Lane
Chambersburg, PA 17201-
1649
(Schedule F/Nonconsumers)

The Gazette
9060 Camprint
Gaithersburg, MD 20877
(Schedule F/Nonconsumers)

AIR MAIL
The Gazette/Post Media
1450 on Mills Road
M3B 2X7
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

The Herald Mail Company
100 Summit Avenue
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The ISERV Company
5222 33rd Street SE
Grand Rapids, MI 49512
(Schedule F/Nonconsumers)

The Ledger New Chief
PO Box 913004
Orlando, FL 32891-3004
(Schedule F/Nonconsumers)

The Morning Call
PO Box 415459
Boston, MA 02241-5459
(Schedule F/Nonconsumers)

The Picket News
25 Antietam Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

The Record Herald
PO Box 271
Waynesboro, PA 17268-
0271
(Schedule F/Nonconsumers)

The Sun News
PO Box 406
Myrtle Beach, SC 29578-
0406
(Schedule F/Nonconsumers)

The Toledo Blade Company
541 N. Superior St.
Toledo, OH 43660
(Schedule F/Nonconsumers)

The Winchester Star
2 North Kent Street
Winchester, VA 22601
(Schedule F/Nonconsumers)

AIR MAIL
Thomas Cook Growth
75 Eglinton Avenue East
M4P 3A4
Toronto, ON
CANADA
(Schedule F/Nonconsumers)

Toledo Free Press
PO Box 613
Toledo, OH 43697
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Toledo-Lucas County Port
Authority
One Maritime Plaza
Toledo, OH 43604
(Schedule F/Nonconsumers)

AIR MAIL
Tripcentral
Hamilton City Centre
77 James St., North, 230
L8R 2K3
Hamitlon, ON
CANADA
(Schedule F/Nonconsumers)

USA Jet Airlines Inc.
PO Box 633554
Cincinnati, OH 45263-6554
(Schedule F/Nonconsumers)

Verizon Florida LLC
PO Box 920041
Dallas, TX 75392-0041
(Schedule F/Nonconsumers)

Vision Airlines
Aaron Godwin
2705 Airport Road
North Las Vegas, NV 89032
(Schedule F/Nonconsumers)

Vox AM/FM, LLC
265 Hegeman Avenue
Colchester, VT 05446
(Schedule F/Nonconsumers)

AIR MAIL
Voyage Vasco St. Sauveur
36 Ave De LA Gare Bureau
102
L0R 1R0
Saint Sauveur, QC
CANADA
(Schedule F/Nonconsumers)

Walter C. Cook
Law Office of Walter C.
Cook
1500-20th St.
San Francisco, CA 94107
(Schedule F/Nonconsumers)

WHAG NBC TV
13 E. Washington Street
Hagerstown, MD 21740
(Schedule F/Nonconsumers)

WINK-TV
2824 Palm Beach Blvd
Fort Myers, FL 33916
(Schedule F/Nonconsumers)

Worcester Airport Limo
219 West Boylston Street
West Boylston, MA 01583
(Schedule F/Nonconsumers)

Worcester Telegram &
Gazette
20 Franklin Street, Box
15012
Worcester, MA 01615-0012
(Schedule F/Nonconsumers)

Worldwide Flight Services
1925 West John Carpenter
Freeway
Suite 450
Irving, TX 75063
(Schedule F/Nonconsumers)

WTOL-TV Toledo
Attn: Lockbox #1350
PO Box 11407
Birmingham, AL 35246-1350
(Schedule F/Nonconsumers)

WWMT-TV
590 Maple Street
Kalamazoo, MI 49008
(Schedule F/Nonconsumers)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Wyvern Hotel
101 E. Retta Esplanade
Punta Gorda, FL 33950
(Schedule F/Nonconsumers)

Z Direct
1920 E. Hallandale Bch Blvd
Suite 502
Hallandale Beach, FL 33009
(Schedule F/Nonconsumers)

Cale Benner
6011 Quinn Road
Myrtle Beach, SC 29579
(2004 Motion/Post Petition
Creditor)

Patricia Small
353 Deerfield Links Drive
Surfside Beach, SC 29575
(2004 Motion/Post Petition
Creditor)

Person Most Knowledgeable
at Valley National Bank
c/o Jeffrey Sternklar, Esq.
Duane Morris LLP
100 High St., Suite 2400
Boston, MA 02110-1724
(2004 Motion)

David M. Nickless, Esq.
Nickless, Phillips and
O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank
Torbert/NOA)
**VIA ECF 4/27/18**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy,
Inc.)

Kelsey S. Dunn
3063 Howard Ave
Suite 309
Myrtle Beach, SC 29577
(Postpetition Creditor)

Lexi Burling
353 Deer Field Link Drive
Surfside Beach, SC 29575
(Postpetition Creditor)

Linda Abott
4051 Windchime Lane
Lakeland, FL 33811
(Postpetition Creditor)

Mara Bateson
2154 N. Berwick Dr.
Myrtle Beach, SC 29575
(Postpetition Creditor)

Mary Avant-Baldwin
1507 Dewitt Street
Conway, SC 29527
(Postpetition Creditor)

Shawn J. Ernst
6683 Wisteria Drive
Myrtle Beach, SC 29588
(Postpetition Creditor)

Thomas E. Lowe
83 Goodson Loop
Pawley's Island, SC 29585
(Postpetition Creditor)

Paul M. Renner, Esq.
Milam Howard, Nicandri,
Gillam & Renner P.A.
14 East Bay Street
Jacksonville, FL 32202
(Special Counsel to Trustee)

13

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Keystone Commercial
Realty
Attn: B. W. "Rusty" Helm
Managing Partner
608 16th Avenue, N., Suite
G
Myrtle Beach, SC 29577
(Interested Party)

Centene Management
Company, LLC
Attn: Facilities Management
7711 Carondelet
St. Louis, MO 63105
(Interested Party)

Centene
Attn: Facilities Management
7700 Forsyth Boulevard
St. Louis, MO 63105
(Interested Party)

Strand Storage Center
870 Frontage Road
Myrtle Beach, SC 29577
(Interested Party)

Abraham Lincoln Capital
Airport
1200 Capital Airport Drive
Springfield, IL 62707
(Interested Party)

Charlotte County Airport
Authority
28000 A-1 Airport Road,
Bldg 109
Punta Gorda, FL 33982
(Interested Party)

City of Melbourne, Airport
Authority
One Air Terminal Parkway
P.O. Box 1330
Melbourne, FL 32902-1330
(Interested Party)

Clinton County Legislative
Office Airport
137 Margaret Street, Suite
208
Plattsburgh, NY 12901
(Interested Party)

Daniels Professional Center
Complex
P.O. Box 68
Prosperity, WV 25909
(Interested Party)

Lakeland Airport
3900 Don Emerson Dr.
Suite 210
Lakeland, FL 33811
(Interested Party)

Pittsburgh International
Airport
P.O. Box 1270
Pittsburgh, PA 15231-0370
(Interested Party)

Rickenbacker International
Airport
7161 Second Street
Columbus, OH 43217
(Interested Party)

Kalamazoo County
Aeronautics Board
5235 Portage Road
Kalamazoo, MI 49002
(Interested Party)

David Rudat
Credit and Collections
Manager
QMI Sales
333 King Street East
Toronto, ON M5A 3X5
(Interested Party)

Allegiant Airlines Fuel
Division
8360 S. Durango Drive
Las Vegas, NV 89113
(Interested Party)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Av Fuel
P.O. Box 67000
Detroit, MI 48267
(Interested Party)

Aviation Advantage, Inc.
1755 The Exchange, Suite
300
Atlanta, GA 30339
(Interested Party)

Catlin Insurance Company,
Inc.
3400 Peachtree Road, N.E.
Tower Place 100, Suite 2950
Atlanta, GA 30326
(Interested Party)

DA Consulting
980 N. Michigan Ave.,
#1210
Chicago, IL 60611-4523
(Interested Party)

Eastern Fuel
3552 Withey Avenue
Hamden, CT 06518
(Interested Party)

Employee Innovative
Network LLC (EIN)
113 Goff Mountain Road,
#13
Charleston, WV 25313
(Interested Party)

AIR MAIL
Epic B-P
1 St. James Square
London,  SW1Y 4PD
(Interested Party)

JetStream Ground Services,
Inc.
P.O. Box 369
Juniper, FL 33468
(Interested Party)

Lane Aviation Corp.
2295 John Circle Drive
Columbus, OH 43217
(Interested Party)

Liberty Mutual
175 Berkeley Street
Boston, MA 02117
(Interested Party)

North American Bancard
250 Stephenson Hwy
Troy, MI 48083
(Interested Party)

Oak Investment Group, LLC
208 S. LaSalle Street
Suite 1666
Chicago, IL 60604
(Interested Party)

Swissport Ground Handlers
Swissport USA, Inc.
4200 S. Cargo Dr., Bldg D
Atlanta, GA 30320
(Interested Party)

Tasha B. Thompson, Esq.
South Carolina Department of
Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina
Department of Revenue)

Christa Fornarotto
Associate Administrator for
Airports
Federal Aviation
Administration
800 Independence Ave., SW
Washington, DC 20591
(Interested Party)

15

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Lawrence M. Kraus, Esq. | Department of the Treasury | Christopher R. Donato, Esq. |
| David Y. Bannard, Esq. | Financial Management | Assistant U.S. Attorney |
| Foley & Lardner LLP | Service | John Joseph Moakley United |
| 111 Huntington Avenue | Birmingham, AL 35283-0794 | States Courthouse |
| Suite 2600 | (Interested Party) | Suite 9200 |
| Boston, MA 02199-7610 | | One Courthouse Way |
| (Counsel to Horry County | | Boston, MA 02210 |
| Department of Airports) | | (Counsel to Dept. of Justice) |
| **VIA ECF 4/27/18** | | |
| | | |
| Samuel Podberesky, Esq. | Federal Express | Fedex TechConnect, Inc. |
| Assistant General Counsel | P. O. Box 727 | Attn:  Revenue |
| for Aviation Enforcement & | Memphis, TN 38194 | Recovery/Bankruptcy |
| Proceedings | (Schedule F/Nonconsumers) | Module G, 3rd Floor |
| Office of the General | | 3965 Airways Blvd. |
| Counsel | | Memphis, TN 38116 |
| Department of | | (Schedule F/Nonconsumers) |
| Transportation | | |
| 1200 New Jersey Ave., SE, | | |
| Room W96-322 | | |
| Washington, DC 20590 | | |
| (Interested Party) | | |
| | | |
| James Komondy, Esq. | Barton Bailey | Diane Beauchemin |
| Law Weathers | 15275 Guinan Road | 107 Lovers Lane Rd. |
| P.O. Box 1604 | Petersburg, IL 62675 | Apt. 101 |
| 333 Bridge St., NW | (Manual Notice List) | Charlestown, NH 03603-4584 |
| Grand Rapids, MI 49501-1604 | | (Manual Notice List) |
| (Counsel to Kalamazoo | | |
| Entities/Manual Notice) | | |
| | | |
| Cheryl Benz | Debra Blanding | Donald Blanding |
| 910 Bibbs Street | 860 Taylor Rise | 860 Taylor Rise |
| Jacksonville, IL 62650 | Victor, NY 14564 | Victor, NY 14564 |
| (Manual Notice List) | (Manual Notice List) | (Manual Notice List) |

16

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Cynthia Caccese
1 Willow Street #17
Lockport, NY 14094
(Manual Notice List)

Susan Casey
969 West Main Road
Apt. 7304
Middletown, RI 02842
(Manual Notice List)

Dawn Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

John Cottone
319 Fairlawn Drive
Torrington, CT 06790
(Manual Notice List)

Theresa Drake
1 Hiland Road
Charlton, MA 01507
(Manual Notice List)

Joyce Ellis
101 Blood Road
Charlton, MA 01507
(Manual Notice List)

Pearl Fuller
495 Queen Lake Road
Phillipston, MA 01331
(Manual Notice List)

Galesburg-Augusta High
School
1076 N. 37th Street
Galesburg, MI 49053
(Manual Notice List)

Janet Generous
131 Atwoodville Road
Mansfield Center, CT 06250
(Manual Notice List)

Marla Given
183 Cornelia Street
Plattsburgh, NY 12901
(Manual Notice List)

Cynthia Golden
123 Greenfield Drive
Tonawanda, NY 14150
(Manual Notice List)

Anita Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Harvey Grell
92 Harrington Farms Way
Shrewsbury, MA 01545
(Manual Notice List)

Brian Higgins
726 Exchange Street
Suite 601
Buffalo, NY 14210
(Manual Notice List)

Sue Hunt
95 Parkway
Maywood, NJ 07607
(Manual Notice List)

Amy King
6 Maple Ridge Drive
West Chazy, NY 12992
(Manual Notice List)

Joseph Kotecki
501 Cross Street
Peru, IL 61354
(Manual Notice List)

Karel Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Michael M. Mace
5112 Country Route 27
Canton, NY 13617
(Manual Notice List)

Cathy McCool
227 Potters Road
Buffalo, NY 14220
(Manual Notice List)

Pamela Meskus
79 Holden Street
Worcester, MA 01605
(Manual Notice List)

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Karen Rose Miscia<br>8 Cross Street<br>Natick, MA 01760<br>(Manual Notice List) | Joseph Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) | Loretta Mombrea<br>407 76th Street<br>Niagra Falls, NY 14304<br>(Manual Notice List) |
| Judith Moulton<br>568 Kemp Road<br>Hampton, CT 06247<br>(Manual Notice List) | Kristen Nero Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) | Nicole Notidis<br>9 Maplewood Road<br>Millbury, MA 01527<br>(Manual Notice List) |
| Margie Quartely<br>56 Shalamar Court<br>Gertzville, NY 14068<br>(Manual Notice List) | Jeremiah Shea<br>80 Brewster Street<br>Depew, NY 14043<br>(Manual Notice List) | James Shelton<br>95 Parkway<br>Maywood, NJ 07607<br>(Manual Notice List) |
| Arlington Spinner<br>2812 Military Tpke<br>West Chazy, NY 12992<br>(Manual Notice List) | Ruby Tennyson<br>3 Hill Clyde Acres<br>Chestertown, NY 12817<br>(Manual Notice List) | Sheila Van Blarcom<br>24B Stonehouse Lane<br>Keene, NH 03431<br>(Manual Notice List) |
| Janet VanAlstyne<br>924 Grafton Road<br>Chestertown, VT 05143<br>(Manual Notice List) | Kathryn A. Walker<br>9212 Saint Catherine Ave<br>Englewood, FL 34224<br>(Manual Notice List) | Mona Wallace<br>PO Box 95<br>520 Prairie Avenue<br>Taylor Springs, IL 62089<br>(Manual Notice List) |
| Karen S. Wilson<br>PO Box 73<br>Richland, MI 49083<br>(Manual Notice List) | Carlos L. de Zayas, Esq.<br>Lydecker/Diaz<br>1221 Brickell Ave., 19th Floor<br>Miami, FL 33131<br>(Manual Notice List/Counsel for Miami Air International, Inc. aka Miami Airlines) | Dennis Jerome Parker<br>338 Firebridge Drive<br>Chapin, SC 29036<br>(Manual Notice List) |

18

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Dennis Jerome Parker
724 Shadow Mist Lane
Columbia, SC 29210-5021
(Manual Notice List)

Richard W. Engel, Jr., Esq.
Armstrong Teasdale LLP
Suite 1800
7700 Forsyth Boulevard
St. Louis, MO 63105-1847
(Counsel to Airport Terminal
Services, Inc./Manual Notice)

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
(Counsel to Niagara Falls
Aviation)
**VIA ECF 4/27/18**

Margaret Taylor Finucane,
Esq.
The Port Authority of New
York and New Jersey
225 Park Avenue South
New York, NY 10003
(Manual Notice List)

Joseph B. Collins, Esq.
Hendel & Collins, P.C.
101 State Street
Springfield, MA 01103
(Counsel (limited) to Judy
Tull, Marshall Ellison, Kay
Ellison)
**VIA ECF 4/27/18**

James R. Sheatsley, Esq.
Gorman Sheatsley &
Company
P. O. Box 5518
Beckley, WV 25801-5518
(Counsel to Kay Ellison and
Stanley Marshall Ellison)
**VIA ECF 4/27/18**

George W. Shuster, Jr., Esq.
Wilmer Hale
60 State Street
Boston, MA 02109
(Counsel to Orlando
Sanford)
**VIA ECF 4/27/18**

David B. Madoff, Esq.
Madoff & Khoury, LLP
Pine Brook Office Park
124 Washington St., Suite
202
Foxborough, MA 02035
(Counsel to Robert
Keilman/Interested Party)
**VIA ECF 4/27/18**

Reese R. Boyd, III, Esq.
Davis & Boyd, LLC
1110 London Street
Suite 201
Myrtle Beach, SC 29577
(Interested Party/Special
Counsel to Trustee)

Carolyn Brombacher, Esq.
May, Meacham & Davell,
P.A.
One Financial Plaza
Suite 2602
Fort Lauderdale, FL 33394
(Interested Party/Sun Trust
Bank)

James P. Ehrhard, Esq.
Ehrhard & Associates, P.C.
418 Main St., 4th Floor
Worcester, MA 01608
(Counsel to Beechwood
Lakeland Hotel)
**VIA ECF 4/27/18**

Carl D. Aframe, Esq.
Aframe & Barnhill
390 Main Street
Suite 901
Worcester, MA 01608
(Counsel to Quickflight,
Inc./Interested Party)
**VIA ECF 4/27/18**

19

Client Matter/15008/14190/A5467655.DOC

## SERVICE LIST

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Ryan J. Works, Esq.
McDonald Carano Wilson
LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
(Counsel to Xtra
Airways/Manual Notice)

George Muckleroy, Esq.
Sheats & Muckleroy, LLP
500 Main Street
Suite 300
Fort Worth, TX 76102
(Special Counsel to Trustee)

Robert Murphy, CPA
Excise Tax Agent
PO Box 11765
Rock Hill, SC 29731
(Schedule E)

Michael T. O'Neil, Esq.
Fraud Section, Criminal
Division
U.S. Department of Justice
1400 New York Avenue,
N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of
Justice)

L. Rush Atkinson, Esq.
Securities &  Financial Fraud
Unit
Criminal Division
U.S. Department of Justice
1400 New York Avenue,
N.W.
Washington, DC 20530
(Counsel to U.S. Dept. of
Justice)

Craig Jalbert,EA
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035
(Accountant to Trustee)

Richard Lee Winkle
37 Brookview Drive
Fremont, OH 43420
(Manual Notice List)

Robert H. Sherwood
3008 Timbergate Road
Champagne, IL 61822
(Manual Notice List)

Roy Steedman
Shirley Steedman
Box 288
St. George, Ontario NOE
1NO
Canada
(Manual Notice List)

Eugenie Ferrell
440 Monroe Court
Pittsburgh, PA 15243
(Manual Notice List)

20