# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC,<br>d/b/a DIRECT AIR,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage prepaid, or as otherwise noted on the attached Service List:

1. Chapter 7 Trustee's Notice Regarding Settlement (Re: Merrick Bank Corporation v. Valley National Bank); and

2. Motion to Limit Notice (Re: Chapter 7 Trustee's Notice Regarding Settlement) (Re: Merrick Bank Corporation v. Valley National Bank), with proposed Order.

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email: bankrupt@mirickoconnell.com

Dated: May 30, 2018

Client Matter/15008/14190/A5494963.DOC

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor
Chapter 7, Case No. 12-40944-CJP**

Richard King
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
(U.S. Trustee)
**VIA ECF**

Internal Revenue Service
Special Process Unit
P.O. Box 9112
Stop 20800
Boston, MA 02203
(Taxing Authority)

Commonwealth of
Massachusetts
Department of Revenue
Litigation Bureau,
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564
(Taxing Authority)

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114
(Taxing Authority)

United States Attorney
John Joseph Moakley United
States Courthouse
One Courthouse Way
Suite 9200
Boston, MA 02210
(U.S. Attorney)

Nicole B. Caprioli, Esq.
Margaret J. Hurley, Esq.
Office of the Attorney
General
Suite 301
10 Mechanic Street
Worcester, MA 01609
(Counsel to Commonwealth
of Massachusetts/NOA)
**VIA ECF**

Southern Sky Air & Tours,
LLC d/b/a Direct Air
1600 Oak Street
Myrtle Beach, SC 29577
(Debtor)

Alan L. Braunstein, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108
(Debtor's Counsel)
**VIA ECF**

Ronald T. Bevans, Esq.
1221 Brickell Avenue
Suite 2660
Miami, FL 33131
(Counsel to Sky King Inc.)
**VIA ECF**

Jonathan C. Burwood, Esq.
Bradford R. Carver, Esq.
Hinshaw & Culbertson
28 State Street
24th Floor
Boston, MA 02109
(Counsel to Platte River
Insurance Company)
**VIA ECF**

David C. Fixler, Esq.
Stephen G. DeLisle, Esq.
Rubin and Rudman, LLP
50 Rowes Wharf
Boston, MA 02110
(Counsel to Judy Tull, Kay
Ellison & Marshall
Ellison/NOA)
**VIA ECF**

David B. Haber, Esq.
201 South Biscayne
Boulevard
Suit 1205
Miami, FL 33131
(Counsel to Chemoil
Corporation dba Chemoil
Aviation)
**VIA ECF**

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Gina L. Martin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>(Counsel to Merrick Bank Corporation/Manual Notice)<br>**VIA ECF** | Daniel G. Gurfein, Esq.<br>Timothy T. Brock, Esq.<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169<br>(Counsel to Merrick Bank Corporation/NOA)<br>**VIA ECF** | Robert W. Kovacs, Jr., Esq.<br>Law Office of Robert W. Kovacs, Jr.<br>172 Shrewsbury Street<br>Worcester, MA 01604<br>(Counsel to Kevin and Lynn Conaway and Robert Kovacs)<br>**VIA ECF** |
| Kevin C. McGee, Esq.<br>Seder & Chandler, LLP<br>339 Main Street<br>Worcester, MA 01608<br>(Counsel to American Express Travel Related Services Co., Inc.)<br>**VIA ECF** | William R. Moorman, Jr., Esq.<br>Craig and Macauley<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(Counsel to Radixx Solutions Internations, Inc.)<br>**VIA ECF** | David J. Reier, Esq.<br>Laura Otenti, Esq.<br>Posternak Blankstein & Lund LLP<br>Prudential Tower, 32nd Floor<br>800 Boylston Street<br>Boston, MA 02199<br>(Counsel to JetPay Merchant Services, LLC)<br>**VIA ECF** |
| Gregory R. Haworth, Esq.<br>Duane Morris, LLP<br>One Riverfront Plaza<br>Suite 1800<br>1037 Raymond Boulevard<br>Newark, NJ 07102-5429<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Avondale Aviation I, LLC<br>Attn: Hank L. Torbert<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20011<br>(Equity Security Holder) | Edward Warneck<br>8349 Juxa Drive<br>Myrtle Beach, SC 29579<br>(Equity Security Holder) |
| Robert Keilman<br>194 Scarborough Way<br>Marlboro, NJ 07746<br>(Equity Security Holder) | Stanley Ellison<br>33837 Waterford Drive<br>Myrtle Beach, SC 29577<br>(Equity Security Holder) | Wachovia Bank, National Association<br>8740 Research Drive<br>NC 1120 BCS Post Closing<br>Charlotte, NC 28262<br>(Secured Creditor) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

Tim Arant, Esq.
Wells Fargo
One Wells Fargo Center
MAC:D1053-300
301 South College Street
Charlotte, NC 28202
(Secured Creditor)

Allegheny County Airport Authority
PO Box 642623
Pittsburgh, PA 15264-2623
(Top 20)

Richard White
Chemoil Corporation
200 East Las Olas Blvd.
Suite 2050
Ft. Lauderdale, FL 33301
(Top 20)

Horry County Department of Airports/PFC
Attn: Director of Airports
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

JetPay
3361 Boyington Drive
Carrollton, TX 75006
(Top 20)

Kalamazoo/Battle Creek International Air
5235 Portage Road
Kalamazoo, MI 49002
(Top 20)

Lehigh Northampton Airport
3311 Airport Blvd
Allentown, PA 18109
(Top 20)

Massachusetts Port of Authority
Attn: Director
Worcester Regional Airport
One Harborside Drive
Suite 200S
Boston, MA 02129
(Top 20)

Myrtle Beach International Airport
1100 Jetport Road
Myrtle Beach, SC 29577
(Top 20)

Niagara Frontier Transportation Authority
PO Box 5008
Buffalo, NY 14205
(Top 20)

Palm Beach International Airport
846 Palm Beach International Airport
West Palm Beach, FL 33406
(Top 20)

Quickflight, Inc.
1 Turtle Creek Circle
Suite C
Swanton, OH 43558-8538
(Top 20)

Sky King Airlines
1601 Jackson Street
Suite 200
Ft. Myers, FL 33901-2968
(Top 20)

Springfield Airport Authority
1200 Capital Airport Drive
Springfield, IL 62707-8471
(Top 20)

Tech Aviation
c/o Niagara Falls Aviation, LLC
1625 Buffalo Ave, Ste 2B
Niagara Falls, NY
14303-1545
(Top 20)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Vision Airlines<br>David Meers, SVP and COO<br>2705 Airport Drive<br>N. Las Vegas, NV<br>89032-4301<br>(Top 20) | WFFF/WVNY-TV<br>Smith Broadcasting of VT LLC<br>298 Mountain View Drive<br>Colchester, VT 05406<br>(Top 20) | World Atlantic Airlines<br>Thomas Romero, CEO<br>PO Box 660479<br>Miami Springs, FL 33266<br>(Top 20) |
| WUTV-Fox 29<br>699 Hertal Avenue<br>Suite 100<br>Buffalo, NY 14207<br>(Top 20) | Xtra Airways<br>Lisa Dunn, President<br>805 West Idaho Street<br>Suite 401<br>Boise, ID 83702-8918<br>(Top 20) | F. Thomas Rafferty, Esq.<br>Ober, Kaler, Grimes & Shriver<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202-1036<br>(Counsel to Robert Keilman) |
| Christopher Harrington, Esq.<br>257 Tom Swamp Road<br>Petersham, MA 01366<br>(Interested Party/NOA) | Michael P. Holden, Esq.<br>335 Washington Street<br>Suite 4<br>Norwell, MA 02061<br>(Interested Party/NOA) | Lisa Marcoccia, Esq.<br>Office of James M. Begley, Esq.<br>225 Park Avenue South<br>13th Floor<br>New York, NY 10003<br>(Counsel to The Port Authority of New York and New Jersey/NOA) |
| U.S. Department of Labor<br>Frances Perkins Building<br>200 Constitution Ave., NW<br>Washington, DC 20210<br>(Interested Party) | Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>(Interested Party) | U.S. Department of Labor<br>Attn: Michael D. Felsen, Esq.<br>Room E-375<br>JFK Federal Building<br>Boston, MA 02203<br>(Interested Party) |

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

U.S. Department of Transportation
Office of the Secretary of Transportation
Immediate Office of General Counsel
1200 New Jersey Avenue SE
Washington, DC 20590
(Interested Party)

Andrea Horowitz Handel, Esq.
U. S. Dept. of Justice
Civil Division
P. O. Box 875
Ben Franklin Station
Washington, DC 20044
(Counsel to United States of America - Department of Justice/NOA)
**VIA ECF**

John T. Vian, Esq.
Smith, Gambrell & Russell, LLP
Promenande Two, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
(Counsel to Wachovia Bank/Wells Fargo)

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Promenande II, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309-3592
(Counsel to Wachovia Bank/Wells Fargo/NOA)

Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Falcon Air Express, Inc./NOA)

Internal Revenue Service
601 19th Ave. N.
Myrtle Beach, SC 29577
(Schedule E)

Transportation Security Association
Attn: Chief Counsel - TSA2
601 South 12th Street
Arlington, VA 20598
(Schedule E)

Michael H. Weaver, Esq.
McNair Law Firm, P.A.
PO Box 11390
Columbia, SC 29211
(Schedule F/Nonconsumers)

David M. Nickless, Esq.
Nickless, Phillips and O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel to Hank Torbert/NOA)
**VIA ECF**

Roger M. Dunetz, Esq.
Roger M. Dunetz, P.A.
P. O. Box 140237
Coral Gables, FL 33114
(Counsel to Arrow Energy, Inc.)

Paul M. Renner, Esq.
Milam Howard Nicandri Gillam & Renner P.A..
14 East Bay Street
Jacksonville, FL 32202
(Special Counsel to Trustee)

Tasha B. Thompson, Esq.
South Carolina Department of Revenue
P. O. Box 12265
Columbia, SC 29211
(Counsel to South Carolina Department of Revenue)

**SERVICE LIST**

**Southern Sky Air & Tours, LLC, d/b/a Direct Air, Debtor**
**Chapter 7, Case No. 12-40944-CJP**

| | | |
|---|---|---|
| Christa Fornarotto<br>Associate Administrator for Airports<br>Federal Aviation Administration<br>800 Independence Ave., SW<br>Washington, DC 20591<br>(Interested Party) | Lawrence M. Kraus, Esq.<br>David Y. Bannard, Esq.<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(Counsel to Horry County Department of Airports)<br>**VIA ECF** | Department of the Treasury<br>Financial Management Service<br>Birmingham, AL 35283-0794<br>(Interested Party) |
| Christopher R. Donato, Esq.<br>Assistant U.S. Attorney<br>John Joseph Moakley United States Courthouse<br>Suite 9200<br>One Courthouse Way<br>Boston, MA 02210<br>(Counsel to Dept. of Justice) | Samuel Podberesky, Esq.<br>Assistant General Counsel for Aviation Enforcement & Proceedings<br>Office of the General Counsel<br>Department of Transportation<br>1200 New Jersey Ave., SE, Room W96-322<br>Washington, DC 20590<br>(Interested Party) | Peter D. Bilowz, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(Counsel to Niagara Falls Aviation)<br>**VIA ECF** |
| Jeffrey D. Sternklar, Esq.<br>Jeffrey D. Sternklar LLC<br>26th Floor<br>225 Franklin Street<br>Boston, MA 02110<br>(Counsel to Valley National Bank)<br>**VIA ECF** | Robert Murphy, CPA<br>Excise Tax Agent<br>P. O. Box 11765<br>Rock Hill, SC 29731<br>(Schedule E) | |