UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**<br><br>    **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
(Re: Chapter 7 Trustee's Notice Regarding Settlement)
(Re: Merrick Bank Corporation v. Valley National Bank)

Upon the motion dated May 30, 2018 (the "Motion") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the Chapter 7 Trustee's Notice Regarding Settlement (Re: Merrick Bank Corporation v. Valley National Bank) (the "Settlement Notice"); and the Court finding that the notice given of the Motion as set forth in the Certificate of Service accompanying the Motion and filed with the Court is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.    The Motion is ALLOWED; and

    b.    The Trustee may limit notice of the Settlement Notice to service upon the Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice, and all parties to the Settlement Agreement (as defined in the Motion).

Dated: _____May 30_____, 2018

_____
Honorable Christopher J. Panos
United States Bankruptcy Judge