United States Bankruptcy Court
District of Massachusetts

In re:                                                          Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                        Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0101-4         User: ab              Page 1 of 3           Date Rcvd: May 30, 2018
                            Form ID: pdf012        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db              +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
                 Myrtle Beach, SC 29577-3525
cr              +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
        Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
        ahall@riemerlaw.com;ndailey@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
        ahall@riemerlaw.com;ndailey@riemerlaw.com
        Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
        abraunstein@riemerlaw.com,   ahall@riemerlaw.com;ndailey@riemerlaw.com
        Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
        ahall@riemerlaw.com;ndailey@riemerlaw.com
        Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
        Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
        bcarver@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
        Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
        connole@aframebarnhill.com;aframe@ecf.courtdrive.com
        Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
        managingclerk@ssbb.com,jregan@ssbb.com
        Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
        managingclerk@ssbb.com,jregan@ssbb.com
        Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
        managingclerk@ssbb.com,jregan@ssbb.com
        Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
        managingclerk@ssbb.com,jregan@ssbb.com
        David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
        dhaber@dhaberlaw.com
        David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,   alston@mandkllp.com
        David C. Fixler    on behalf of Interested Party Kay   Ellison fixlerd@gtlaw.com,
        keanen@gtlaw.com;boslitdock@gtlaw.com
        David C. Fixler    on behalf of Interested Party Judy   Tull fixlerd@gtlaw.com,
        keanen@gtlaw.com;boslitdock@gtlaw.com
        David C. Fixler    on behalf of Interested Party Marshall   Ellison fixlerd@gtlaw.com,
        keanen@gtlaw.com;boslitdock@gtlaw.com
        David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC dreier@pbl.com
        David J. Reier    on behalf of Plaintiff   Merrick Bank Corporation dreier@pbl.com
        David J. Reier    on behalf of Trustee Joseph H. Baldiga dreier@pbl.com
        David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com
        David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless@npolegal.com
        David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
        George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
        Sanford International Airport george.shuster@wilmerhale.com
        Gina Barbieri O'Neil    on behalf of Special Counsel George   Muckleroy
        gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com

District/off: 0101-4          User: ab                    Page 2 of 3                Date Rcvd: May 30, 2018
                             Form ID: pdf012             Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
        gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
        goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
        goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
        goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
        goneil@mirickoconnell.com
        Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
        Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
        goneil@mirickoconnell.com
        Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
        grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
        James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
        Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
        Desk ehrhard@ehrhardlaw.com, cotes@ehrhardlaw.com
        James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
        James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
        Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
        jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
        Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
        lrothera@mirickoconnell.com
        Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
        Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
        lrothera@mirickoconnell.com
        Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
        jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
        Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
        lrothera@mirickoconnell.com
        Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
        lrothera@mirickoconnell.com
        Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com,
        lrothera@mirickoconnell.com
        Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
        jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
        Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
        smello@hendelcollins.com
        Joseph B. Collins    on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com,
        smello@hendelcollins.com
        Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
        smello@hendelcollins.com
        Joseph B. Collins    on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com,
        smello@hendelcollins.com
        Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com,
        smello@hendelcollins.com
        Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
        Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
        Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
        Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com,
        bankrupt@mirickoconnell.com
        Laura  Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@pbl.com,
        jspagnoli@pbl.com
        Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com,
        jhaake@foley.com,ssalazar@foley.com,DNichols@foley.com
        Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts
        nicole.caprioli@state.ma.us

```
District/off: 0101-4           User: ab                Page 3 of 3              Date Rcvd: May 30, 2018
                               Form ID: pdf012         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC
                pbilowz@goulstonstorrs.com
              Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
              Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
              Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com,
                Robertkovacs@ecf.inforuptcy.com
              Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com,
                Robertkovacs@ecf.inforuptcy.com
              Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com,
                Robertkovacs@ecf.inforuptcy.com
              Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
              Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com,
                managingclerk@ssbb.com,cgrace@ssbb.com
              Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com,
                managingclerk@ssbb.com,cgrace@ssbb.com
              Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com,
                managingclerk@ssbb.com,cgrace@ssbb.com
              William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc.
                wmoorman@psh.com
                                                                                      TOTAL: 72

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

|  |  |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS, LLC**<br>**d/b/a DIRECT AIR,**<br><br>      **Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

### ORDER AUTHORIZING MOTION TO LIMIT NOTICE
**(Re: Chapter 7 Trustee's Notice Regarding Settlement)**
**(Re: Merrick Bank Corporation v. Valley National Bank)**

Upon the motion dated May 30, 2018 (the "Motion") of Joseph H. Baldiga, Chapter 7

trustee (the "Trustee") for the above-referenced Debtor, for authority to limit notice of the

Chapter 7 Trustee's Notice Regarding Settlement (Re: Merrick Bank Corporation v. Valley

National Bank) (the "Settlement Notice"); and the Court finding that the notice given of the

Motion as set forth in the Certificate of Service accompanying the Motion and filed with the

Court is sufficient; and no objection to the Motion having been filed or any such objection

having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED, that:

    a.      The Motion is ALLOWED; and

    b.      The Trustee may limit notice of the Settlement Notice to service upon the

Debtor, counsel to the Debtor, the Office of the United States Trustee, all secured

creditors, the Debtor's twenty largest unsecured creditors, taxing authorities,

affected governmental authorities, all parties that have filed requests for notice, and all parties to

the Settlement Agreement (as defined in the Motion).

Dated: _____ May 30 _____, 2018

Honorable Christopher J. Panos
United States Bankruptcy Judge

Client Matter/15008/14190/A5494940.DOC