**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

**In re:**

**SOUTHERN SKY AIR & TOURS LLC**
**d/b/a DIRECT AIR,**

     **Debtor.**

**Chapter 7**
**Case No. 12-40944-CJP**

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come before this Court, and

there being no objections thereto or any objections thereto having been overruled,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including

all requests for compensation and expenses set forth therein and other attachments thereto.


_____
Honorable Christopher J. Panos
United States Bankruptcy Court Judge


Dated:_____, 2019