CERTIFICATE OF REVIEW

      The United States Trustee has reviewed the foregoing report and account, and the attachments thereto, and has no objections to the same.

DATED:  <u>February1, 2019</u>                William K. Harrington
                                                United States Trustee, Region 1

                                                By: <u>/s/ Maureen A. Juliano</u>
                                                Maureen A. Juliano
                                                Paralegal Specialist
                                                Office of the U.S. Trustee
                                                1000 Elm Street, Suite 605
                                                Manchester, NH 03101
                                                (603) 666-7908