UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

```
In re:                                    )
                                          )
SOUTHERN SKY AIR & TOURS, LLC             )   Chapter 7
d/b/a DIRECT AIR,                         )   Case No. 12-40944-CJP
                                          )
        Debtor.                           )
                                          )
```

### SECOND AND FINAL APPLICATION FOR FEES AND EXPENSES OF ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE

We, Verdolino & Lowey, P.C., having been employed as ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE in the above-entitled case, and as such having rendered the services described in the itemized bill annexed hereto and having actually incurred the expenses set forth therein, hereby request that we be allowed the sum of $237,468.50 for professional services and $24,790.00 for out-of-pocket expenses for a total of $262,258.50, of which $175,749.72 has previously been paid on account, leaving an unpaid balance of $86,508.78 to be paid from the Debtor's Estate as the Court allows.

We hereby state that the compensation, fee and allowance herein claimed belongs wholly to us and will not be divided, shared or pooled, directly or indirectly with any other person or firm.

This application is made under the penalty of perjury.

Dated: September 11, 2018

Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| SOUTHERN SKY AIR & TOURS, LLC | ) Chapter 7 |
| d/b/a DIRECT AIR, | ) Case No. 12-40944-CJP |
| | ) |
| Debtor. | ) |
| | ) |

SUMMARY OF SERVICES OF ACCOUNTANTS TO CHAPTER 7 TRUSTEE

Acting pursuant to and in accordance with the provisions of 11 U.S.C. 330(a) and 503(b)(2) and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Craig R. Jalbert, CIRA and Verdolino & Lowey, P.C. (hereinafter referred to collectively as the ("Accountants") hereby respectfully represent:

1. Southern Sky Air & Tours, LLC d/b/a Direct Air, the ("Debtor") filed a voluntary Chapter 11 petition on March 15, 2012. The case was converted to a Chapter 7 proceeding on April 11, 2012.

2. Joseph H. Baldiga, Esq., the duly appointed Chapter 7 Trustee (the "Trustee"), filed a motion to employ the Accountants on May 11, 2012. The Court granted the employment of the Accountants on May 30, 2012. A copy of the Order is attached hereto as Exhibit I.

3. The Accountants filed their first interim fee application on or about October 20, 2014 for fees of $225,000.50 and expenses of $17,260.50. The first interim fee application was allowed on an

interim basis and the Accountants have been paid in the amount of $175,749.72; thereby leaving a balance owed of $66,511.28 on that fee application.

4.  This fee application covers the period from November 3, 2014 through August 19, 2018 (the "Application Period").

5.  The services that the Accountants provided on behalf of the Trustee are as follows:

    a.  Prepare the Estate federal income tax returns for the years ended December 31, 2015, 2016 and 2017, together with all necessary research and workpapers;

    b.  Prepare the Estate state income tax returns for the years ended December 31, 2015, 2016 and 2017, together with all necessary research and workpapers;

    c.  Prepared a request for expedited review of all tax returns by all taxing authorities;

    d.  Attend hearing on first interim fee application;

    e.  Preparation of amended federal and state returns to correct shareholder ownership that had been mistakenly used based upon information the Accountants had received; and,

    f.  Prepare this second and final fee application.

6.  The accountants working on this case, for whose work the Accountants are seeking compensation, have significant experience in bankruptcy and related matters in the areas in which they performed services for this Estate on behalf of the Trustee. The Accountants represents to the Court that time incurred in

performing the services in this case was not duplicated by this Applicant's professionals or with that of any other professional in this case.

7. Exhibit II, attached hereto, provides a detailed description of the work performed and the time spent by each Accountant. A summary of the actual hours and fees incurred in performing the aforementioned work is as follows:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Craig Jalbert | 1.0 | $465.00 | $ 465.00 |
| Penny Bley[1] | 0.2 | 350.00 | 70.00 |
| Penny Bley | 1.1 | 335.00 | 368.50 |
| Penny Bley | 0.4 | 320.00 | 128.00 |
| Penny Bley | 4.0 | 305.00 | 1,220.00 |
| Lisa Sturgeon | 1.8 | 335.00 | 603.00 |
| Tom Bailey | 2.1 | 325.00 | 682.50 |
| Matt Flynn | 0.4 | 325.00 | 130.00 |
| Heather Medeiros[2] | 6.7 | 315.00 | 2,110.50 |
| Heather Medeiros | 3.3 | 305.00 | 1,006.50 |
| Heather Medeiros | 3.8 | 295.00 | 1,121.00 |
| Heather Medeiros | 6.0 | 290.00 | 1,740.00 |
| Beth Brodeur[3] | 0.3 | 305.00 | 91.50 |
| Beth Brodeur | 0.6 | 295.00 | 177.00 |
| Beth Brodeur | 0.6 | 290.00 | 174.00 |
| Tim McDonald[4] | 0.4 | 305.00 | 122.00 |
| Tim McDonald | 6.4 | 295.00 | 1,888.00 |
| Jane Morris | 1.9 | 195.00 | 370.50 |
| Total Hours and Fees | 41.0 | | $12,468.00 |
| Average Hourly Rate | | | $304.10 |

---

1  Ms. Bley's rate increased from $305 to $320 on September 1, 2015; from $320 to $335 on September 1, 2016; from $335 to $350 on September 1, 2017.
2  Ms. Medeiros's rate increased from $290 to $295 on September 1, 2015; from $295 to $305 on September 1, 2016; from $305 to $315 on September 1, 2017.
3  Ms. Brodeur's rate increased from $290 to $295 on September 1, 2015; from $295 to $305 on September 1, 2016.
4  Mr. McDonald's rate increased from $295 to $305 on September 1, 2016.

8. Exhibit III, attached hereto, sets forth a brief biography of the accountants performing the work.

9. Exhibit IV, attached hereto, is a statement of necessary out-of-pocket expenses incurred by the Accountants in performing the services rendered in this case.

10. The Accountants submit that the requested fees and expenses are reasonable and appropriate under the circumstances of this case, in view of the requirements of the Bankruptcy Code and Internal Revenue Code, the results obtained to date and the time expended to achieve such results. The Firm adjusts the hourly billing rates charged by all professionals and paraprofessionals on September 1 of each year, which accounts for the multiple rates of some of the Accountants referenced herein.

11. The compensation requested herein for the services performed by the Accountants is based upon the regular hourly rates in effect during this case for the professional and para-professionals qualified to perform the services described, commensurate with the type of work which had to be performed in accordance with the authorization granting the Accountants the authority to represent the Trustee.

WHEREFORE, the Accountants respectfully request that this Court:

1. Enter an order approving this Second and Final Application; and,

    a. __$237,468.50__ for professional services and __$24,790.00__ for out-of-pocket expenses for a total of __$262,258.50__, of which __$175,749.72__ has previously been paid on account, leaving an unpaid balance of __$86,508.78__;

    b. authorize payment of the foregoing amounts from the Debtor's Estate; and,

    c. allow the Trustee to request payment of amounts of fees and expenses in amounts recommended by him.

2. Grant the Accountants such other and further relief as is just.

Dated: September 11, 2018

_____
Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

Exhibit I

In re:

**SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR,**

Debtor.

Chapter 7
Case No. 12-40944-MSH

## ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

Upon the application dated May 11, 2012 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), to employ as accountant, Craig R. Jalbert and Verdolino & Lowey, P.C. (collectively, the "Accountant"), and upon the Affidavit of Accountant attached to said Application, and it appearing that the Accountant is qualified to provide accounting services on behalf of the Trustee, and it appearing that the Accountant neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of Bankruptcy Code § 101(14) and that the employment of the Accountant is in the best interests of the estate, it is hereby:

ORDERED, that the Trustee is authorized to employ Craig R. Jalbert and Verdolino & Lowey, P.C. to serve as accountant in the above-captioned Chapter 7 proceeding and to perform all of the services described in the Application. All compensation and expenses are subject to Court approval.

Dated:  05/30/2012

_____
Honorable Melvin S. Hoffman
United States Bankruptcy Judge

{Practice Areas\CORP\15008\14190\A1990465.DOC}

| Southern Sky Air & Tours, LLC d/b/a Direct Air | | | | Exhibit II | |
|---|---|---|---|---|---|
| Chapter 7 Case No. 12-40944-CJP | | | | | |
| Statement of Services - Verdolino & Lowey, P.C. as of August 19, 2018 | | | | | |
| Date | Description | Staff | Hours | Rate | Fees |
| 11/3/2014 | TCW F. Italia of DOT re: reviewed/requested documents, arrange for CD production. | Bley, P | 0.1 | $305.00 | $30.50 |
| 11/3/2014 | Burned 2 encrypted CDs for DOJ document production as per P. Bley's request. | McDonald | 0.3 | $295.00 | $88.50 |
| 11/4/2014 | Arrange for Fedexing of CD w/ DOJ production documents. | Bley, P | 0.1 | $305.00 | $30.50 |
| 11/12/2014 | TCW J. Murphy re: response to VNB subpoena of records. | Bley, P | 0.4 | $305.00 | $122.00 |
| 11/12/2014 | Emails w/ J. Murphy & T. McDonald re: VNB subpoena and production. | Bley, P | 0.2 | $305.00 | $61.00 |
| 11/12/2014 | Reviewed Direct Air image data and ordered encrypted drive to make copies for opposing counsel as per P. Bley's request. | McDonald | 0.3 | $295.00 | $88.50 |
| 11/13/2014 | TCW T. McDonald re: copying of image files per VNB subpoena. | Bley, P | 0.2 | $305.00 | $61.00 |
| 11/14/2014 | Copied all Direct Air images to encrypted hard drive as per P. Bley's request. Will ship the drive to opposing counsel's IT tech for review. | McDonald | 0.4 | $295.00 | $118.00 |
| 11/18/2014 | Verified Direct Air images copied successfully to encrypted hard drive. Packaged up drive and gave it to P. Bley for shipping. Provided P. Bley with drive password and instructions on how to access. | McDonald | 0.2 | $295.00 | $59.00 |
| 11/24/2014 | TCW T. McDonald re: production of files re VNB document subpoena. | Bley, P | 0.3 | $305.00 | $91.50 |
| 12/2/2014 | Discussion w/ T. McDonald, emails & voice mails re: conf call on VNB subpoena production. | Bley, P | 0.1 | $305.00 | $30.50 |
| 12/3/2014 | COnf Call w/ J. Murphy, S. Knipfelberg & J. Fields re: VNB subpoena response. | Bley, P | 0.8 | $305.00 | $244.00 |
| 12/3/2014 | TCW J. Murphy re: VNB subpoena, response, prep for conf call. | Bley, P | 0.3 | $305.00 | $91.50 |
| 12/4/2014 | Reviewed case notes and provided P. Bley with information about Direct Air data we sent Chartis & Merrick Bank's counsel back in Jan 2013. | McDonald | 0.2 | $295.00 | $59.00 |
| 12/17/2014 | Reviewed and saved all Direct Air PST files to encrypted zip file for ongoing electronic document production as per P. Bley's request. | McDonald | 0.4 | $295.00 | $118.00 |
| 12/19/2014 | Began reviewing Direct Air images for data requested in ongoing production for Valley v. Merrick litigation. | McDonald | 0.3 | $295.00 | $88.50 |
| 12/22/2014 | Created V&L secure portal for Direct Air, saved all employee PST files to encrypted Zip file & uploaded to portal. Sent login information to Steven T. Knipfelberg of Duane Morris as per Jessica Murphy's request. | McDonald | 0.7 | $295.00 | $206.50 |
| 12/29/2014 | Meet w G. Hayworth & M. Mollo re: records review. | Bley, P | 0.2 | $305.00 | $61.00 |
| 12/31/2014 | Uploaded requested Direct Air documents and files from V&L network to secure portal as per Jessica Murphy's request. Notified Steven Knipfelberg of Duane Morris that files were availbale for download. | McDonald | 0.3 | $295.00 | $88.50 |
| 1/5/2015 | Emails & TC's w/ J. Murphy, G. Haworth & M. Caban re: quote for copying of tagged documents. | Bley, P | 0.4 | $305.00 | $122.00 |
| 1/14/2015 | Review fee app for hearing in Worcester on Jan. 15th. Bried discussion with C. Jalbert re: same. | Bailey, T | 0.4 | $325.00 | $130.00 |
| 1/15/2015 | Appearance at Worcester Bankruptcy Court for fee hearing, including travel 1/2 time. | Bailey, T | 1.7 | $325.00 | $552.50 |
| 1/23/2015 | Begin preparation of the 12/31/14 federal and state tax returns and workpapers. | Medeiros | 3.1 | $290.00 | $899.00 |
| 3/9/2015 | TC's w/ J. Murphy of Mirick O'Connell re: records available in electronic form. | Bley, P | 0.4 | $305.00 | $122.00 |
| 4/11/2015 | Review of the 12/31/14 federal and state extensions. | Brodeur | 0.1 | $290.00 | $29.00 |

| Southern Sky Air & Tours, LLC d/b/a Direct Air | | | | Exhibit II | |
|---|---|---|---|---|---|
| Chapter 7 Case No. 12-40944-CJP | | | | | |
| Statement of Services - Verdolino & Lowey, P.C. as of August 19, 2018 | | | | | |
| Date | Description | Staff | Hours | Rate | Fees |
| 5/11/2015 | TC's w/ J. Murphy re: records inventory, remaining records. | Bley, P | 0.3 | $305.00 | $91.50 |
| 6/2/2015 | Emails & tc's w/ T. McDonald & J. Murphy re: Cooper & Scully doc request. | Bley, P | 0.2 | $305.00 | $61.00 |
| 6/2/2015 | Copied all Direct Air DOJ production PDF files & PST files to encrypted flash drive as per P. Bley's request. Shipped this drive to Luisa Ulluela @ Cooper Schully, P.C. and emailed her the encryption password. | McDonald | 0.4 | $295.00 | $118.00 |
| 7/17/2015 | Continue preparation of the 12/31/14 federal tax return and workpapers. | Medeiros | 2.9 | $290.00 | $841.00 |
| 7/27/2015 | Review of the 12/31/14 federal and state tax returns and workpapers. | Brodeur | 0.5 | $290.00 | $145.00 |
| 10/13/2015 | Began copying all Direct Air computer images and email data to encrypted hard drive for Sheri McClendon of Rogers Townsend & Thomas, PC. | McDonald | 1.1 | $295.00 | $324.50 |
| 10/14/2015 | Completed copying Direct Air images to encrypted drive and shipped to Sheri McClendon @ Rogers Townsend & Thomas in Columbia SC. | McDonald | 0.4 | $295.00 | $118.00 |
| 10/28/2015 | Responded to IRS notice. | Morris | 1.9 | $195.00 | $370.50 |
| 1/14/2016 | Preparation of the 12/31/15 federal tax return and workpapers. | Medeiros | 3.8 | $295.00 | $1,121.00 |
| 1/31/2016 | Review of the 12/31/15 federal tax return and workpapers. | Brodeur | 0.4 | $295.00 | $118.00 |
| 2/9/2016 | Review of the 12/31/15 federal and state tax returns and workpapers. | Brodeur | 0.2 | $295.00 | $59.00 |
| 2/9/2016 | Attention to issues re: maintenance logs; emails re: same. | Flynn, M | 0.4 | $325.00 | $130.00 |
| 5/11/2016 | Corresponded with Whitman Koch @ DOJ regarding setting up conference call to discuss Direct Air's QuickBooks file and best way to get a copy to them. | McDonald | 0.2 | $295.00 | $59.00 |
| 5/12/2016 | Dicsussions & Email w/ T. McDonald re: Quickbooks file from Online, search email for timing/reasoning/personnel; all for response to DOJ request. | Bley, P | 0.4 | $320.00 | $128.00 |
| 5/12/2016 | Participated in conference call with DOJ to discuss company's QuickBooks file and best way to get them a copy of the original. Set up V&L portal for them to use for this and uploaded a copy of company's original QB file. Emailed access information to Whitman Koch at DOJ and walked him through logging in and downloading the file. | McDonald | 1.2 | $295.00 | $354.00 |
| 01/04/17 | TCW R. Atkinson of DOJ re: missing VNB bank statement, notice of witness list inclusion. | Bley, P | 0.2 | $335.00 | $67.00 |
| 01/04/17 | Review of files, email from/to R. Atkinson of DOJ re: missing VNB statement. | Bley, P | 0.6 | $335.00 | $201.00 |
| 01/30/17 | Preparation of the 12/31/16 federal tax return and workpapers. | Medeiros | 3.3 | $305.00 | $1,006.50 |
| 02/07/17 | Review of the 12/31/16 federal and state tax returns and workpapers. | Brodeur | 0.3 | $305.00 | $91.50 |
| 07/21/17 | Emails w/ J. Murphy, review of info on QBO file, re cancellation of subscription. | Bley, P | 0.3 | $335.00 | $100.50 |
| 09/28/17 | Inventoried and boxed up Direct Air equipment for turnover to DOJ next week. Created Chain of Custody of this equipment. | McDonald | 0.4 | $305.00 | $122.00 |
| 02/06/18 | Reviewing prior year tax files for change in membership percentages as request by H. Torbet and amendment of the 2014-2016 tax returns. | Medeiros | 4.3 | $315.00 | $1,354.50 |
| 02/07/18 | Review of amended 2014-2016 amended returns and 2017 returns and related work papers. | Sturgeon | 1.8 | $335.00 | $603.00 |

| Southern Sky Air & Tours, LLC d/b/a Direct Air | | | | Exhibit II |
|---|---|---|---|---|
| Chapter 7 Case No. 12-40944-CJP | | | | |
| | | | | |
| Statement of Services - Verdolino & Lowey, P.C. as of August 19, 2018 | | | | |
| Date | Description | Staff | Hours | Rate | Fees |
| 02/09/18 | Preparing the 12/31/14-12/31/16 amended and 12/31/17 federal tax return and workpapers. | Medeiros | 1.6 | $315.00 | $504.00 |
| 02/19/18 | Printing and assembling the 2017 original and 2014, 2015, 2016 amended federal and state tax returns for signature. | Medeiros | 0.8 | $315.00 | $252.00 |
| 03/02/18 | TC's w/ F. Italia of USDOTIOG re: availability for call to answer questions from counsel. | Bley, P | 0.2 | $350.00 | $70.00 |
| 8/19/2018 | Prepare final fee app. | Jalbert | 1.0 | $465.00 | $465.00 |
| | **Total Hours and Fees** | | **41.0** | | **$12,468.00** |

Page 3 of 3

Southern Sky Air & Tours, LLC                              Exhibit III
d/b/a Direct Air                                           Page 1 of 4
Chapter 7 Case No. 12-40944-CJP

Selected Biographical Data of Accountants


Craig R. Jalbert, CIRA - Principal; Verdolino & Lowey, P.C.,
    Certified Public Accountants

    Craig Jalbert joined Verdolino & Lowey, P.C. as a Principal
    in 1987.  He has extensive experience in accounting and
    consulting services; business advisory services; tax
    planning and compliance; litigation support; forensic
    accounting and bankruptcy matters including: taxation and
    accounting; valuation and insolvency; search for preference
    and fraudulent transactions; plan development; cash flow and
    business analysis; records reconstruction; post-confirmation
    trustee/administrator; claims reconciliation; wind-down
    services; and, expert reporting. Craig has been involved in
    over 7,000 bankruptcy cases, including approximately 300
    Chapter 11 cases since 1990.  Craig has also been appointed
    as both a Federal and State Court Receiver as well as
    interim CFO; and, was inducted as a Fellow in the American
    College of Bankruptcy on March 15, 2013. Prior to joining
    Verdolino & Lowey, Craig was a senior auditor with Arthur
    Andersen & Co. in the Commercial Audit Division of the
    Boston office.  Craig received a Bachelor of Science degree
    in Accountancy with honors from Boston College in 1983.


Penny A. Bley, Computer Analyst & Forensic Bookkeeper, Verdolino
    & Lowey P.C., Certified Public Accountants

    Penny joined the firm in November 1999. She brought a vast
    amount of accounting experience from various positions.  She
    specializes in data gathering, analysis and database creation,
    forensic bookkeeping, budgets and projections, review and/or
    preparation of Operating Reports as required for filing with
    US Trustee, preference analysis, claims analysis, numerous
    special projects including litigation s support analysis, and
    network administration Penny attended Morris County Community
    College and has attended several training courses for both
    hardware and software applications.

```
Southern Sky Air & Tours, LLC                          Exhibit III
d/b/a Direct Air                                       Page 2 of 4
Chapter 7 Case No. 12-40944-CJP
```

Selected Biographical Data of Accountants

Lisa A. Sturgeon, Tax Accountant - Verdolino & Lowey, P.C., Certified Public Accountants

> Lisa has been employed with Verdolino & Lowey, P.C. since 2004. She prepares tax returns for individuals, corporations, partnerships and trusts. Prior to joining the firm, Lisa amassed 17 years of accounting experience preparing and reviewing corporate tax returns. An Enrolled Agent, Lisa holds a Master of Science in Taxation from Bryant College. She received her Bachelor of Science in Accounting from Providence College in 1979.

Thomas C. Bailey, JD – Senior Consultant; Verdolino & Lowey, P.C., Certified Public Accountants

> Thomas joined the firm in October of 2008 as a senior consultant. He has extensive experience in financial statement analysis of closely held businesses, real estate development and zoning matters, commercial loan transactions, business law, asset identification and fraudulent transaction evaluation. His experience also includes examination of private placement tax shelters and matters of public offerings and compliance. Prior to 2008, Thomas was a principal and managing partner at Klieman, Lyons, Schindler & Gross, in Boston, MA, where he provided planning and advisory services to businesses, individuals, charitable organizations and partnerships. Thomas received his JD in 1979 from Suffolk University School of Law, and his Bachelor of Arts in Economics *cum laude* in 1976 from Boston University. He is a member of the Massachusetts and Boston Bar Associations.

```
Southern Sky Air & Tours, LLC                    Exhibit III
d/b/a Direct Air                                 Page 3 of 4
Chapter 7 Case No. 12-40944-CJP
```

Selected Biographical Data of Accountants

Matthew R. Flynn, CPA, CFF, CIRA – Manager; Verdolino & Lowey, P.C., Certified Public Accountants

> Matthew joined Verdolino & Lowey, P.C. in 1999 and is a department manager central to the successful operation of V&L's bankruptcy area. He specializes in bankruptcy-related work, including: promulgation of debtor schedules and statements of financial affairs; fraud investigations both in and outside of the bankruptcy arena; preference and avoidance action analyses, claims analyses and preparation of Ch. 11 operating reports. Matthew regularly assumes the lead role in high profile cases across all disciplines with responsibilities which can include: forensic accounting; business liquidations; litigation support; records reconstruction; financial accounting and reporting; budgeting; and, cash flow analysis. Matt has been a CPA since 2003, received his Certification in Financial Forensics in 2008, and became a Certified Insolvency and Restructuring Advisor in December 2012.

Heather Medeiros, CPA – Staff Accountant – Verdolino & Lowey, P.C., Certified Public Accountants

> Heather, a Certified Public Accountant, joined Verdolino & Lowey, P.C. in June 1998 as a Staff Accountant. She works on tax engagements both in and outside of bankruptcy, specializing in consolidated and multi-state corporate tax return preparation. Heather received her Bachelor of Science in Business Administration, with a major in Accounting from Framingham State College.

Beth Brodeur, Staff Tax Accountant – Verdolino & Lowey, P.C., Certified Public Accountants

> Beth joined the firm in 2003 as a Staff Accountant. She has eight years of previous general accounting experience. Beth prepares individual, corporate, partnership and trust tax returns. Beth received her Bachelor of Science in Business Administration, with a major in accounting, from Bryant College.

```
Southern Sky Air & Tours, LLC                           Exhibit III
d/b/a Direct Air                                        Page 4 of 4
Chapter 7 Case No. 12-40944-CJP
```

Selected Biographical Data of Accountants

Tim McDonald - Computer Forensic Analyst - Verdolino & Lowey, P.C., Certified Public Accountants

> Tim joined Verdolino and Lowey, P.C. in 2012 as a Computer Forensic Examiner/Systems Analyst. His current duties involve handling e-discovery, computer forensics, and data recovery-related cases. He also handles network security and assists in systems administration. Tim graduated from Excelsior College with a Bachelor of Science in Computer Information Systems and holds the following certifications: EnCase Certified Examiner, Microsoft Certified Systems Engineer, and Microsoft Certified Professional.

Jane P. Morris, EA - Staff Tax Accountant - Verdolino & Lowey, P.C., Certified Public Accountants

> Jane joined the firm in 1995 as a licensed Enrolled Agent. She specializes in bankruptcy estate tax returns and estates and trusts taxation. Prior to joining the firm, she served as a consultant and researcher for Arthur D. Little, Inc. She received her Bachelor of Science Degree in Chemistry from Mary Washington College of the University of Virginia.

outhern Sky Air & Tours, LLC                                    Exhibit IV
d/b/a Direct Air
Chapter 7 Case No. 12-40944-CJP


Detail of Necessary Out-of-Pocket Expenses

    Postage and delivery                                      $  227.02

    Storage[5]                                                     7,006.50

    Copies @ $0.15 per copy                       107.70

    Communications and Facsimile (Actual)       0.00

    Hard drive for back up of records (Actual)     188.28

        Total necessary out-of-pocket expenses     $7,529.50

---

5    The Accountants were storing 237 boxes of Debtor records that are being retained to administer the Estate from November 2014 through May 2016. The Accountants charge $1.50 per box per month which is the per box pro-rata estimated cost of maintaining the warehouse and related personnel. The monthly charges are less than well-known document storage facilities would charge because the charge includes access to the records, delivery and pick-up within eastern Massachusetts and use of offices and copy machine to the extent required by any party to the case without further cost, except for the cost of copying, the initial pick-up, inventory of records and disposal.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____
In re:                              )
                                    )
SOUTHERN SKY AIR & TOURS, LLC       )   Chapter 7
d/b/a DIRECT AIR,                   )   Case No. 12-40944-CJP
                                    )
         Debtor.                    )
                                    )
_____ )


DECLARATION RE:  ELECTRONIC FILING

I, Craig R. Jalbert, hereby declare under penalty of perjury that all of the information contained in Verdolino and Lowey, P.C.'s SECOND AND FINAL APPLICATION FOR FEE AND EXPENSES OF ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE (the "Document"), filed electronically, is true and correct.  I understand that this declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.


Executed this 11th day of September 2018.

_____
Craig R. Jalbert, CIRA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| SOUTHERN SKY AIR & TOURS, LLC d/b/a DIRECT AIR, | ) Chapter 7 <br> ) Case No. 12-40944-CJP |
| | ) |
| Debtor. | ) |
| | ) |

ORDER

Upon consideration of the pending Verdolino & Lowey, P.C. within application, notice of same having been given to creditors and other interested parties as required, IT IS HEREBY ORDERED that an allowance of $_____ for services and $_____ for expenses for a total of $_____ be and hereby is made to the applicant of which __$175,749.72__ has been previously paid leaving an unpaid balance of $_____ and that the same may be paid from the funds of the Debtor's estate.

Dated:                                    _____
                                          United States Bankruptcy Judge