## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

In re:

**SOUTHERN SKY AIR & TOURS, LLC**
**d/b/a DIRECT AIR,**

           **Debtor.**

**Chapter 7**
**Case No. 12-40944-CJP**

## <u>SUMMARY OF NOTICE OF TRUSTEE'S FINAL REPORT</u>

**To All Creditors and Other Parties in Interest:**  The Chapter 7 Trustee has submitted his proposed Final Report in this bankruptcy case to the Bankruptcy Court for approval.  A summary is provided as follows:

| | | |
|---|---|---|
| Gross Receipts: | | $1,624,806.69 |
| Less (Payments previously made): | | |
| Payments made to Charter Participants | $250,000.00* | |
| Administrative expenses to date | 980,061.48 | |
| Bank service fees | <u>27,951.83</u> | |
| Balance: | | $   366,793.38 |
| Less (Proposed Payments): | | |
| Chapter 7 Trustee | $ 60,331.53 | |
| Counsel to Chapter 7 Trustee Fees | 255,368.54 | |
| Counsel to Chapter 7 Trustee Expenses | 5,574.55 | |
| Special Counsel | 419.00 | |
| Accountant Fees | 40,510.67 | |
| Accountant Expenses | 3,513.66 | |
| Office of US Trustee | 650.00 | |
| Make-up payments to 4 Charter Participants | <u>425.43*</u> | |
| Balance: | | $          0.00 |

This is intended to be a summary only – please refer to the Bankruptcy Court's website at http://www.mab.uscourts.gov/pdfdocuments/southern_sky.pdf to view a complete copy of the Notice of Trustee's Final Report and Applications for Compensation, Deadline to Object, and Hearing Date, if necessary.

*Charter Participants will have received approximately 26.5% of their claims.

           Respectfully submitted,

           JOSEPH H. BALDIGA,
           CHAPTER 7 TRUSTEE
           /s/ Joseph H. Baldiga
           Joseph H. Baldiga, BBO #549963
           Mirick, O'Connell, DeMallie & Lougee, LLP
           1800 West Park Drive, Suite 400
           Westborough, MA  01581
           Phone:     508.898.1501/Fax: 508.898.1502

Dated:  February 5, 2019      Email:     bankrupt@mirickoconnell.com