CHANGE OF ADDRESS FOR CASE #12-40944-CJP

DAWN HAGERTY
5801 FM 1781
ROCKPORT TX 78382