FRI-13810 0101-4 pdf012 12-40944
Alan L. Braunstein
100 Cambridge Street, 22nd Floor
Boston, MA 02114

U.S. BANKRUPTCY COURT
2019 FEB 19 P 2:58

060623 60623 1 AB 0.409 33952 4 9 8738-1-81061

DAVID HANSON
1089 CONGRESS ST
PORT CHARLOTTE, FL 33952-1406

New address as of March 1, 2018:

David Hanson
24108 Buckingham Way
Punta Gorda, FL 33980

Regards, David K Hanson

## ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL<br>1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|

060623    13810060683013