February 20, 2019

Norman P Vigeant
770 Salisbury St Apt 532
Worcester, MA 01609

US Bankruptcy Court
District of Massachusetts
595 Main St.
Worcester, MA 01608

RE: Direct Air Chapter 7 Case # 12-40944-CJP

Dear Sir,

I am a creditor in the above case. Please be advised of my change of address.

Old Address;
Norman P. Vigeant
1 Birch Hill Rd.
Holden, MA 01520

New Address:
Norman P. Vigeant
770 Salisbury St.
Worcester, MA 01609

If you have any questions, please advise. www.vidge61@yahoo.com phone 508-410-5580

Sincerely,

Norman P. Vigeant