Shirley Gleason
85 Conley's Grove Road
Derry, NH 03038

February 21, 2019

SUBJECT: Case No. 12-40944-CJP- Change of Address

Harold Donohue Federal Building and Courthouse
595 Main Street, Room 311
Worcester, MA 01608-2076

1. Please see attached Summary of Notice of Trustee's Final Report for Case No. 12-40944-CJP.

2. Please change the mailing address to:

    85 Conley's Grove Road

    Derry, NH 03038

3. Point of contact is the undersigned at 603-894-5429.

Sincerely,

*Shirley Gleason - widow of Dale Gleason*

Shirley Gleason