Change of Address

Original:
Jennifer Hill
812 Hathaway Point Rd.
Saint Albans, VT 05478-7092

New Address:
Jennifer Hill
82 East Hill Rd.
Plainfield, VT 05667