

03/27/2019 THE COURT HEREBY CONVERTS THE HEARING SCHEDULED FOR MARCH 28, 2019 AT 10:00 A.M. REGARDING THE TRUSTEE'S FINAL REPORT AND ACCOMPANYING REQUESTS FOR COMPENSATION TO A TELEPHONIC HEARING. PARTIES MAY PARTICIPATE BY DIALING (877) 873-8018 AND ENTERING ACCESS CODE 1167883.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

In Re: §
§
SOUTHERN SKY AIR & TOURS LLC D/B/A § Case No. 12-40944-CJP
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/15/2012. The case was converted to one under Chapter 7 on 04/11/2012. The undersigned trustee was appointed on 04/11/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   1,624,806.69

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 250,000.00 |
   | Administrative expenses | 980,061.48 |
   | Bank service fees | 27,951.83 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   366,793.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*