# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air          **Case Number:** 12-40944    **(CJP)**    **Ch:** 7

Telephonic Hearing on #719 Trustee's Final Report.

**COURT ACTION:**

_____ Granted          _____ Approved          _____ Moot
_____ Denied          _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order          \_\_\_\_\_ Released          \_\_\_\_\_ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD. IN TRUSTEE'S COUNSEL'S FEE APPLICATION [#721] THERE WAS A REFERENCE TO $530.73 BEING MADE AVAILABLE FOR DISTRIBUTION TO THE US TRUSTEE AND ADDITIONAL CHARTER PARTICIPANT CLAIMANTS, WHICH REFERENCE WAS NOT MATERIALLY DIFFERENT FROM THE PROPOSED DISTRIBUTION SET FORTH IN THE TRUSTEE'S FINAL ACCOUNT. A SEPARATE ORDER SHALL ENTER.

IT IS SO ORDERED:

_____ Dated: 03/28/2019

Christopher J. Panos
United States Bankruptcy Judge