# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

**In re:**

**SOUTHERN SKY AIR & TOURS LLC d/b/a DIRECT AIR,**

    **Debtor.**

Chapter 7
Case No. 12-40944-CJP

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come before this Court, and there being no objections thereto or any objections thereto having been overruled,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including all requests for compensation and expenses set forth therein and other attachments thereto.

_____
Honorable Christopher J. Panos
United States Bankruptcy Court Judge

Dated: March 28, 2019