United States Bankruptcy Court
District of Massachusetts

In re:                                                                 Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4         User: ab              Page 1 of 3            Date Rcvd: Mar 27, 2019
                             Form ID: pdf012       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db         +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
             Myrtle Beach, SC 29577-3525
cr         +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com;ndailey@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@watttieder.com,   sdelmonaco@watttieder.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
               connole@aframebarnhill.com;aframe@ecf.courtdrive.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com,  alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David C. Fixler    on behalf of Interested Party Judy  Tull fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC david.reier@arentfox.com,
               dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com,  dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga david.reier@arentfox.com,  dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com,
               dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless@npolegal.com
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com

```
District/off: 0101-4              User: ab                   Page 2 of 3                    Date Rcvd: Mar 27, 2019
                                  Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Gina Barbieri O'Neil    on behalf of Special Counsel George  Muckleroy
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
           Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
           goneil@mirickoconnell.com
          Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
           grhaworth@duanemorris.com,   tjsantorelli@duanemorris.com
          James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
           Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
           Desk ehrhard@ehrhardlaw.com,   cote@ehrhardlaw.com
          James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
          James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
          Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
           jeffrey@sternklarlaw.com,   jdsternklar@yahoo.com;r60083@notify.bestcase.com
          Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
           lrothera@mirickoconnell.com
          Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           lrothera@mirickoconnell.com
          Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
           jmurphy@mirickoconnell.com,   lrothera@mirickoconnell.com
          Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
           lrothera@mirickoconnell.com
          Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
           lrothera@mirickoconnell.com
          Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com,
           lrothera@mirickoconnell.com
          Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company
           jburwood@hinshawlaw.com,   sdelmonaco@hinshawlaw.com
          Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
           sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com,
           sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
           sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com,
           sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com,
           sgrady@hendelcollins.com
          Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
           Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
           Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com,
           bankrupt@mirickoconnell.com
          Laura A Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@icloud.com,
           lotenti@pbl.com;jspagnoli@pbl.com;josephine.spagnoli@arentfox.com
          Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com,
           jhaake@foley.com,ssalazar@foley.com,DNichols@foley.com
          Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com

```
District/off: 0101-4          User: ab                   Page 3 of 3              Date Rcvd: Mar 27, 2019
                              Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us
          Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard King   USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King   on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock   on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                               TOTAL: 72



UNITED STATES BANKRUPTCY COURT
DISTRICT OF  MASSACHUSETTS
CENTRAL  DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| SOUTHERN SKY AIR & TOURS LLC D/B/A | § | Case No. 12-40944-CJP |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  11  of the United States Bankruptcy Code was filed on  03/15/2012 .  The case was converted to one under Chapter 7 on  04/11/2012 .  The undersigned trustee was appointed on  04/11/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 1,624,806.69 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 250,000.00 |
| Administrative expenses | 980,061.48 |
| Bank service fees | 27,951.83 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 366,793.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

03/27/2019 THE COURT HEREBY CONVERTS THE HEARING SCHEDULED FOR MARCH 28, 2019 AT 10:00 A.M. REGARDING THE TRUSTEE'S FINAL REPORT AND ACCOMPANYING REQUESTS FOR COMPENSATION TO A TELEPHONIC HEARING. PARTIES MAY PARTICIPATE BY DIALING (877) 873-8018 AND ENTERING ACCESS CODE 1167883.