```
                        United States Bankruptcy Court
                           District of Massachusetts
In re:                                                      Case No. 12-40944-cjp
Southern Sky Air & Tours, LLC d/b/a Dire                    Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: lbelanger             Page 1 of 3               Date Rcvd: Mar 28, 2019
                              Form ID: pdf012             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   1600 Oak Street,
                 Myrtle Beach, SC 29577-3525
cr             +Southern Sky Air & Tours, LLC d/b/a Direct Air,   375 Airport Drive,   Worcester, MA 01602-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
```
          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor    Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,   ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
           bcarver@watttieder.com,   sdelmonaco@watttieder.com
          Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
           connole@aframebarnhill.com;aframe@ecf.courtdrive.com
          Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,  alston@mandkllp.com
          David C. Fixler    on behalf of Interested Party Kay   Ellison fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David C. Fixler    on behalf of Interested Party Judy   Tull fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David C. Fixler    on behalf of Interested Party Marshall   Ellison fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC david.reier@arentfox.com,
           dreier@pbl.com
          David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com,  dreier@pbl.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga david.reier@arentfox.com,  dreier@pbl.com
          David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com,
           dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless@npolegal.com
          David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
          George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
           Sanford International Airport george.shuster@wilmerhale.com
```

```
District/off: 0101-4                  User: lbelanger                Page 2 of 3                  Date Rcvd: Mar 28, 2019
                                      Form ID: pdf012                Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gina Barbieri O'Neil    on behalf of Special Counsel George  Muckleroy
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of
               Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gregory R. Haworth    on behalf of Interested Party   Valley National Bank
               grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
              James P. Ehrhard    on behalf of Defendant   Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
               Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
               Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
              James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
              Jeffrey D. Sternklar    on behalf of Interested Party   Valley National Bank
               jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
              Jessica E. Murphy    on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Defendant   Quickflight, Inc. jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jonathan C. Burwood    on behalf of Creditor   Platte River Insurance Company
               jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
              Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com,
               sgrady@hendelcollins.com
              Joseph B. Collins    on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com,
               sgrady@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com,
               sgrady@hendelcollins.com
              Joseph B. Collins    on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com,
               sgrady@hendelcollins.com
              Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com,
               sgrady@hendelcollins.com
              Joseph H. Baldiga    on behalf of Counter-Claimant   Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Defendant   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com,
               bankrupt@mirickoconnell.com
              Laura A Otenti    on behalf of Creditor   JetPay Merchant Services, LLC lotenti@icloud.com,
               lotenti@pbl.com;jspagnoli@pbl.com;josephine.spagnoli@arentfox.com
              Lawrence M. Kraus    on behalf of Creditor   Horry County Department of Airports lkraus@foley.com,
               jhaake@foley.com,ssalazar@foley.com,DNichols@foley.com
              Michael J. Pappone    on behalf of Creditor   Merrick Bank Corporation mpappone@goodwinprocter.com
```

```
District/off: 0101-4          User: lbelanger             Page 3 of 3               Date Rcvd: Mar 28, 2019
                              Form ID: pdf012             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Nicole B. Caprioli   on behalf of Interested Party   Commonwealth of Massachusetts nicole.caprioli@state.ma.us
      Peter D. Bilowz   on behalf of Interested Party   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Peter D. Bilowz   on behalf of Defendant   Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
      Richard King   USTPRegion01.WO.ECF@USDOJ.GOV
      Richard T. King   on behalf of Assistant U.S. Trustee Richard King richard.t.king@usdoj.gov
      Robert W Kovacs, Jr   on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
      Robert W Kovacs, Jr   on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
      Robert W Kovacs, Jr   on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
      Ronald T. Bevans   on behalf of Creditor   Sky King Inc. rtbevans@bevanslaw.com
      Timothy T Brock   on behalf of Plaintiff   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock   on behalf of Creditor   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      Timothy T Brock   on behalf of Counter-Defendant   Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
      William R. Moorman, Jr.   on behalf of Creditor   Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                                                                  TOTAL: 72

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS**

Proceeding Memorandum/Order of Court

**In Re:** Southern Sky Air & Tours, LLC d/b/a Direct Air    **Case Number:** 12-40944    **(CJP)**    **Ch:** 7

Telephonic Hearing on #719  Trustee's Final Report.

**COURT ACTION:**

_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained       _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of:  $_____ Expenses of: $_____
\_\_\_\_\_ No appearance/response by:_____
Show Cause Order            \_\_\_\_\_ Released             \_\_\_\_\_ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD. IN TRUSTEE'S COUNSEL'S FEE APPLICATION [#721] THERE WAS A REFERENCE TO $530.73 BEING MADE AVAILABLE FOR DISTRIBUTION TO THE US TRUSTEE AND ADDITIONAL CHARTER PARTICIPANT CLAIMANTS, WHICH REFERENCE WAS NOT MATERIALLY DIFFERENT FROM THE PROPOSED DISTRIBUTION SET FORTH IN THE TRUSTEE'S FINAL ACCOUNT. A SEPARATE ORDER SHALL ENTER.

IT IS SO ORDERED:

_____  Dated: 03/28/2019

Christopher J. Panos
United States Bankruptcy Judge