United States Bankruptcy Court
District of Massachusetts

In re:  
Southern Sky Air & Tours, LLC d/b/a Dire  
       Debtor

Case No. 12-40944-cjp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: lbelanger     Page 1 of 3     Date Rcvd: Mar 28, 2019  
                   Form ID: pdf012     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db             +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
                Myrtle Beach, SC 29577-3525
cr             +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
```
          Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
           abraunstein@riemerlaw.com,   ahall@riemerlaw.com;ndailey@riemerlaw.com
          Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
           ahall@riemerlaw.com;ndailey@riemerlaw.com
          Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
          Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
           bcarver@watttieder.com,   sdelmonaco@watttieder.com
          Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.com,
           connole@aframebarnhill.com;aframe@ecf.courtdrive.com
          Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
           managingclerk@ssbb.com,jregan@ssbb.com
          David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
           dhaber@dhaberlaw.com
          David B. Madoff    on behalf of Defendant Robert   Keilman madoff@mandkllp.com,   alston@mandkllp.com
          David C. Fixler    on behalf of Interested Party Kay   Ellison fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David C. Fixler    on behalf of Interested Party Judy   Tull fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David C. Fixler    on behalf of Interested Party Marshall   Ellison fixlerd@gtlaw.com,
           keanen@gtlaw.com;boslitdock@gtlaw.com
          David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC david.reier@arentfox.com,
           dreier@pbl.com
          David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com,   dreier@pbl.com
          David J. Reier    on behalf of Trustee Joseph H. Baldiga david.reier@arentfox.com,   dreier@pbl.com
          David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com,
           dreier@pbl.com
          David M. Nickless    on behalf of Interested Party Hank   Torbert dnickless@npolegal.com
          David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
          George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
           Sanford International Airport george.shuster@wilmerhale.com
```

```
District/off: 0101-4             User: lbelanger              Page 2 of 3               Date Rcvd: Mar 28, 2019
                                 Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Gina Barbieri O'Neil   on behalf of Special Counsel George  Muckleroy gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
         Gina Barbieri O'Neil   on behalf of Plaintiff   Joseph H. Baldiga, as Trustee of The Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com, goneil@mirickoconnell.com
         Gregory R. Haworth   on behalf of Interested Party   Valley National Bank grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
         James P. Ehrhard   on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
         James R. Sheatsley   on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
         James R. Sheatsley   on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
         James R. Sheatsley   on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
         James R. Sheatsley   on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
         Jeffrey D. Sternklar   on behalf of Interested Party    Valley National Bank jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
         Jessica E. Murphy   on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jessica E. Murphy   on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jessica E. Murphy   on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jessica E. Murphy   on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jessica E. Murphy   on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jessica E. Murphy   on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
         Jonathan C. Burwood   on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com, sdelmonaco@hinshawlaw.com
         Joseph B. Collins   on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, sgrady@hendelcollins.com
         Joseph B. Collins   on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
         Joseph B. Collins   on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
         Joseph B. Collins   on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
         Joseph B. Collins   on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
         Joseph H. Baldiga   on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Joseph H. Baldiga   on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Joseph H. Baldiga    jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com
         Joseph H. Baldiga   on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Joseph H. Baldiga   on behalf of Trustee Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Joseph H. Baldiga   on behalf of Plaintiff Joseph H. Baldiga jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Joseph H. Baldiga   on behalf of Special Counsel Robert  Dees jhbaldiga@ecf.epiqsystems.com, bankrupt@mirickoconnell.com
         Laura A Otenti   on behalf of Creditor    JetPay Merchant Services, LLC lotenti@icloud.com, lotenti@pbl.com;jspagnoli@pbl.com;josephine.spagnoli@arentfox.com
         Lawrence M. Kraus   on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, jhaake@foley.com,ssalazar@foley.com,DNichols@foley.com
         Michael J. Pappone   on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com

```
District/off: 0101-4          User: lbelanger              Page 3 of 3                  Date Rcvd: Mar 28, 2019
                              Form ID: pdf012              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
        Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
        Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
        Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
        Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
        Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
        Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
        Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
        William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com

                                                                                                                               TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS LLC<br>d/b/a DIRECT AIR,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-CJP |

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Trustee's Final Report and attachments thereto having come before this Court, and there being no objections thereto or any objections thereto having been overruled,

**IT IS ORDERED** that the Trustee's Final Report is hereby **APPROVED** including all requests for compensation and expenses set forth therein and other attachments thereto.

_____
Honorable Christopher J. Panos
United States Bankruptcy Court Judge

Dated: March 28, 2019