# Unclaimed Funds

Entered 7/8/2019 to 7/9/2019

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [12-40944 -cjp](#) <br> 20354584 | Micah Kistler <br> 1533 West Isles Avenue <br> Jerome, IL 62704 <br> 62704 | 45.65 | 07/09/2019 |
| [12-40944 -cjp](#) <br> 20354585 | Kristine & Lyle Underwood <br> 3540 Brant Court <br> Toledo, OH 43623 <br> 43623 | 11.65 | 07/09/2019 |
| [12-40944 -cjp](#) <br> 20354587 | FC USA Inc., d/b/a Liberty Travel <br> 69 Spring Street <br> Ramsey, NJ 07446-1117 <br> 07446-1117 | 308.35 | 07/09/2019 |

**Grand Total: 365.65**