**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:**<br><br>**SOUTHERN SKY AIR & TOURS LLC**<br>**d/b/a Direct Air,**<br><br>**Debtor.** | **Chapter 7**<br>**Case No. 12-40944-CJP** |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND**
**DISTRIBUTION REPORT AND CLOSING CASE**

The Trustee's Final Account and Distribution Report has been submitted by the trustee to the United States Trustee, along with all bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the Trustee's Final Account and Distribution Report is approved, and further that the trustee is hereby discharged from his duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. § 350(a) and FRBP 5009.

_____
Honorable Christopher J. Panos
United States Bankruptcy Court Chief Judge

Dated:_____, 2019