CERTIFICATE OF REVIEW

      The United States Trustee has reviewed the foregoing report and account, and the attachments thereto, and has no objections to the same.

DATED: August 6, 2019                    William K. Harrington
                                                  United States Trustee, Region 1

                                                  By: /s/ Maureen A. Juliano
                                                  Maureen A. Juliano
                                                  Paralegal Specialist
                                                  Office of the U.S. Trustee
                                                  53 Pleasant Street, Suite 2300
                                                  Concord, NH 03301
                                                  (603) 226-4836