# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (CENTRAL DIVISION)

**In re:**

**SOUTHERN SKY AIR & TOURS LLC d/b/a Direct Air,**

    **Debtor.**

**Chapter 7**
**Case No. 12-40944-CJP**

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT AND CLOSING CASE

The Trustee's Final Account and Distribution Report has been submitted by the trustee to the United States Trustee, along with all bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the Trustee's Final Account and Distribution Report is approved, and further that the trustee is hereby discharged from his duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. § 350(a) and FRBP 5009.

_____
08/12/2019

Honorable Christopher J. Panos
United States Bankruptcy Court Chief Judge

Dated:_____, 2019