United States Bankruptcy Court
District of Massachusetts

In re:
Southern Sky Air & Tours, LLC d/b/a Dire
  Debtor

Case No. 12-40944-cjp
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: lbelanger    Page 1 of 4    Date Rcvd: Aug 12, 2019
     Form ID: pdf012    Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.

```
db             +Southern Sky Air & Tours, LLC d/b/a Direct Air,    1600 Oak Street,
                 Myrtle Beach, SC 29577-3525
aty             Brian P. Hall,    Smith, Gambrell & Russell, LLP,    Suite 3100, Promenade II,
                 1230 Peachtree Street, NE,    Atlanta, GA 30309-3592
aty            +Gina L. Martin,    Goodwin Procter LLP,    53 State Street,    Exchange Place,
                 Boston, MA 02109-2820
aty            +Kevin C. McGee,    Seder & Chandler, LLP,    339 Main St.,    Worcester, MA 01608-1585
aty            +Michael P. Holden,    335 Washington Street,    Suite 4,    Norwell, MA 02061-1900
aty            +Ryan J Works,    McDonald Carano Wilson LLP,    2300 West Sahara Avenue, Suite 1200,
                 Las Vegas, NV 89102-4395
cr              Airport Terminal Services, Inc.,    c/o Richard W. Engel, Jr., Esq.,    Armstrong Teasdale LLP,
                 770 Forsyth Blvd., Suite 1800,    St. Louis, MO  63105
cr             +American Express Travel Related Services Co., Inc.,    200 Vesey Street,
                 New York, NY 10281-1013
intp           +Anita Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
intp           +Arlington Spinner,    2812 Military Tpke,    West Chazy, NY 12992-3924
intp           +Brett J. Nizzo,    Riemer & Braunstein LLP,    Times Square Tower,    Suite 2506,
                 Seven Times Square,    New York, NY 10036-6546
intp           +Cathy McCool,    227 Potters Road,    Buffalo, NY 14220-2416
cr            #+Christopher Harrington,    257 Tom Swamp Road,    Petersham, MA 01366-9615
intp           +Commonwealth of Massachusetts,    Office of the Atty General M. Coakley,    10 Mechanic Street,
                 Suite 301,    Worcester, MA 01608-2417
intp           +Cynthia Caccese,    1 Willow Street #17,    Lockport, NY 14094-4871
intp           +Cynthia Golden,    123 Greenfield Drive,    Tonawanda, NY 14150-4332
cr             +David Hanson,    24108 Buckingham Way,    Punta Gorda, FL 33980-5515
intp           +Dawn Cottone,    319 Fairlawn Drive,    Torrington, CT 06790-5866
intp           +Debra Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
intp           +Donald Blanding,    860 Taylor Rise,    Victor, NY 14564-8994
intp           +Galesburg-Augusta High School,    1076 N. 37th Street,    Galesburg, MI 49053-8817
sp             +George Muckleroy,    Sheats & Muckleroy,    500 Main Street, Suite 300,
                 Fort Worth, TX 76102-3940
intp           +Harvey Grell,    92 Harrington Farms Way,    Shrewsbury, MA 01545-4064
cr             +Horry County Department of Airports,    c/o Foley & Lardner LLP,    Attn: Lawrence M. Kraus, Esq.,
                 111 Huntington Ave.,    Boston, MA 02199-7682
intp           +James Shelton,    95 Parkway,    Maywood, NJ 07607-1524
intp           +Janet Generous,    131Atwoodville Road,    Mansfield Center, CT 06250-1103
intp           +Janet VanAlstyne,    924 Grafton Road,    Chester, Vt 05143-8945
intp           +Jeremiah Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp           +John Cottone,    319 Fairlawn Drive,    Torrington, Ct 06790-5866
intp           +Joseph Kotecki,    501 Cross Street,    Peru, IL 61354-3221
intp           +Joyce Ellis,    101 Blood Road,    Charlton, MA 01507-5129
intp           +Judith Moulton,    568 Kemp Road,    Hampton, CT 06247-2025
intp           +Karel Mace,    5112 County Route 27,    Canton, NY 13617-3278
intp           +Karen S. Wilson,    PO Box 73,    Richland, MI 49083-0073
intp           +Kathryn A. Walker,    9212 Saint Catherine Avenue,    Englewood, FL 34224-8409
intp           +Kristen Nero Shea,    80 Brewster Street,    Depew, NY 14043-2342
intp           +Loretta Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
intp           +Margie Quartely,    56 Shalamar Court,    Gertzville, NY 14068-1190
intp           +Marla Given,    183 Cornelia Stereet,    Plattsburgh, NY 12901-2725
intp           +Maura I Russell,    Reimer @ Braunstein LLP,    Times Square Tower,    Suite 2506,
                 Seven Times Square,    New York, NY 10036-6546
intp           +Michael M. Mace,    5112 Country Route 27,    Canton, NY 13617-3278
intp           +Mona Wallace,    PO Box 95,    520 Prairie Avenue,    Taylor Springs, IL 62089-1081
intp           +Nicole Notidis,    9 Maplewood Road,    Millbury, MA 01527-4317
cr             +Norman Vigeant,    770 Salisbury St,    Worcester, MA 01609-1155
intp           +Pamela Meskus,    79 Holden Street,    Worcester, MA 01605-3140
intp           +Pearl Fuller,    495 Queen Lake Road,    Phillipston, MA 01331-9476
cr             +Platte River Insurance Company,    P,O. Box 5900,    Madison, WI 53705-0900
sp             +Reese R. Boyd, III,    David & Boyd, LLC,    1110 London Street,    Suite 201,
                 Myrtle Beach, SC 29577-5799
cr             +Riemer & Braunstein LLP,    c/o Alan L. Braunstein, Esq.,    Three Center Plaza,
                 Boston, MA 02108-2090
sp             +Robert Dees,    Milam Howard,    14 East Bay Street,    Jacksonville, FL 32202-3413
cr              Robert W Kovacs,    20 Blackstone Street,    Menson, ma  01576
intp           +Ronald T. Bevans, Jr.,    1221 Brickell Avenue,    Suite 2660,    Miami, FL 33131-3260
intp           +Ruby Tennyson,    3 Hill Clyde Acres,    Chestertown, NY 12817-2418
intp           +Sheila Van Blarcom,    24B Stonehouse Lane,    Keene, NH 03431-5241
cr             +Shirley Gleason,    85 Conley's Grove Raod,    Derry, NH 03038-9506
cr             +Southern Sky Air & Tours, LLC d/b/a Direct Air,    375 Airport Drive,    Worcester, MA 01602-2294
intp           +Steven E. Fox,    Riemer & Braunstein LLP,    Times Square Tower,    Suite 2506,
                 Seven Times Square,    New York, NY 10036-6546
intp           +Sue Hunt,    95 Parkway,    Maywood, NJ 07607-1524
intp           +Susan Casey,    PO Box 16,    Grafton, MA 01519-0016
```

```
District/off: 0101-4           User: lbelanger              Page 2 of 4              Date Rcvd: Aug 12, 2019
                               Form ID: pdf012              Total Noticed: 64


cr             +The Port Authority of New York and New Jersey,    225 Park Avenue South,    13th Floor,
                 New York, NY 10003-1604
intp           +Theresa Drake,    1 Hiland Road,    Charlton, MA 01507-3015
cr             +UNITED STATES,    Department of Justice,    PO Box 875 Ben Franklin Station,
                 washington, dc 20044-0875
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bankruptcy@sctax.org Aug 13 2019 00:51:34     Tasha B. Thompson,    PO Box 12265,
                 Columbia, SC 29211-2265
acc            +E-mail/Text: ebn@vlpc.com Aug 13 2019 00:48:51      Craig R. Jalbert,    Verdolino & Lowey, P.C.,
                 124 Washington Street,    Foxborough, MA 02035-1368
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Brian Higgins
intp            Christa Fornarotto
acc             Craig Jalbert
cr              Eugene Ferrell
cr              Falcon Air Express, Inc.
sp              Posternak Blankstein & Lund LLP
intp            Richard Lee Winkle
cr              Robert H. Sherwood
cr              Roy Steedman
cr              Shirley Steedman
cr              Springfield Airport Authority
cr              The Allegheny County Airport Authority
cr             ##+Amy King,   6 Maple Ridge Drive,   West Chazy, NY 12992-9739
intp           ##+Barton Bailey,    24 Mary Lane,    PO Box 45,    Oakford, IL 62673-0045
intp           ##+Cheryl Benz,    910 Bibbs Street,    Jacksonville, IL 62650-3038
cr             ##+Dennis Jerome Parker,    338 Firebridge Dr.,    Chapin, SC 29036-7884
intp           ##+Diane Beauchemin,    446 Forest Avenue,    Brockton, MA 02301-5749
intp           ##+Joseph Mombrea,    407 76th Street,    Niagra Falls, NY 14304-3331
intp           ##+Kalamazoo County Treasurer,    c/o James Komondy, Esq.,    Law Weathers,    800 Bridgewater Place,
                 333 Bridge Street, NW,    Grnad Rapids, MI 49504-5320
intp           ##+Kalamazoo/Battle Creek International Airport,    c/o James Komondy, Esq.,    Law Weathers,
                 800 Bridgewater Place,    333 Bridge Street, NW,    Grand Rapids, MI 49504-5320
intp           ##+Karen Rose Miscia,    8 Cross Street,    Natick, MA 01760-5830
cr             ##+Kevin F. Conway,    54 James Street,    Worcester, MA 01603-1014
cr             ##+Lynn A. Conway,    54 James Street,    Worcester, MA 01603-1014
                                                                                 TOTALS: 12, * 0, ## 11
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              Alan L. Braunstein    on behalf of Interested Party Brett J. Nizzo abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Alan L. Braunstein    on behalf of Interested Party Maura I Russell abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Alan L. Braunstein    on behalf of Debtor   Southern Sky Air & Tours, LLC d/b/a Direct Air
               abraunstein@riemerlaw.com,    ahall@riemerlaw.com;ndailey@riemerlaw.com
```

```
District/off: 0101-4          User: lbelanger              Page 3 of 4                  Date Rcvd: Aug 12, 2019
                              Form ID: pdf012              Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Alan L. Braunstein    on behalf of Interested Party Steven E. Fox abraunstein@riemerlaw.com,
               ahall@riemerlaw.com;ndailey@riemerlaw.com
              Andrea Horowitz Handel    on behalf of Creditor    UNITED STATES andrea.handel@usdoj.gov
              Bradford R. Carver    on behalf of Creditor    Platte River Insurance Company
               bcarver@watttieder.com, sdelmonaco@watttieder.com
              Carl D. Aframe    on behalf of Defendant    Quickflight, Inc. aframe@aframebarnhill.net,
               connole@aframebarnhill.net;aframe@ecf.courtdrive.net
              Daniel G. Gurfein    on behalf of Counter-Defendant    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Creditor    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Interested Party    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              Daniel G. Gurfein    on behalf of Plaintiff    Merrick Bank Corporation dgurfein@ssbb.com,
               managingclerk@ssbb.com,jregan@ssbb.com
              David B. Haber    on behalf of Creditor    Chemoil Corporation d/b/a Chemoil Aviation
               dhaber@dhaberlaw.com
              David B. Madoff    on behalf of Defendant Robert  Keilman madoff@mandkllp.com, alston@mandkllp.com
              David C. Fixler    on behalf of Interested Party Kay  Ellison fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David C. Fixler    on behalf of Interested Party Judy  Tull fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David C. Fixler    on behalf of Interested Party Marshall  Ellison fixlerd@gtlaw.com,
               keanen@gtlaw.com;boslitdock@gtlaw.com
              David J. Reier    on behalf of Creditor    JetPay Merchant Services, LLC david.reier@arentfox.com,
               dreier@pbl.com
              David J. Reier    on behalf of Plaintiff    Merrick Bank Corporation dreier@pbl.com, dreier@pbl.com
              David J. Reier    on behalf of Trustee Joseph H. Baldiga david.reier@arentfox.com, dreier@pbl.com
              David J. Reier    on behalf of Counter-Defendant    Merrick Bank Corporation dreier@pbl.com,
               dreier@pbl.com
              David M. Nickless    on behalf of Interested Party Hank  Torbert dnickless@npolegal.com
              David M. Nickless    on behalf of Defendant    Avondale Aviation I, LLC dnickless@npolegal.com
              George W. Shuster    on behalf of Defendant    Orlando Sanford International, Inc. a/k/a Orlando
               Sanford International Airport george.shuster@wilmerhale.com
              Gina Barbieri O'Neil    on behalf of Special Counsel George  Muckleroy
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               gbarbieri@mirickoconnell.com,goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff Joseph H. Baldiga gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/ Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph H. Baldiga, as Trustee of The Estate of
               Southern Sky Air & Tours, LLC d/b/a Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gina Barbieri O'Neil    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air gbarbieri@mirickoconnell.com,
               goneil@mirickoconnell.com
              Gregory R. Haworth    on behalf of Interested Party    Valley National Bank
               grhaworth@duanemorris.com, tjsantorelli@duanemorris.com
              James P. Ehrhard    on behalf of Defendant    Beechwood Lakeland Hotel, LLC a/k/a Beechwood Lkld
               Hotel, LLC a/k/a Hilton Garden Inn a/k/a Hilton Garden Inn Lakeland a/k/a Hilton Garden Front
               Desk ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
              James R. Sheatsley    on behalf of Interested Party Marshall  Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Stanley Marshall Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Interested Party Kay  Ellison jsheatsley@suddenlinkmail.com
              James R. Sheatsley    on behalf of Defendant Kay  Ellison jsheatsley@suddenlinkmail.com
              Jeffrey D. Sternklar    on behalf of Interested Party    Valley National Bank
               jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
              Jessica E. Murphy    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy
               Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Plaintiff Joseph H. Baldiga, Chapter 7 Trustee
               jmurphy@mirickoconnell.com, lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Trustee Joseph H. Baldiga jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Defendant    Quickflight, Inc. jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com
              Jessica E. Murphy    on behalf of Plaintiff    Joseph H. Baldiga, Chapter 7 Trustee of the
               Bankruptcy Estate of Southern Sky Air & Tours, LLC d/b/a Direct Air jmurphy@mirickoconnell.com,
               lrothera@mirickoconnell.com

```
District/off: 0101-4          User: lbelanger           Page 4 of 4                  Date Rcvd: Aug 12, 2019
                              Form ID: pdf012           Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jonathan C. Burwood    on behalf of Creditor    Platte River Insurance Company jburwood@hinshawlaw.com,  sdelmonaco@hinshawlaw.com
          Joseph B. Collins    on behalf of Defendant Judy  Tull jcollins@hendelcollins.com, sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Kay  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Interested Party Marshall  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Stanley Marshall Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
          Joseph B. Collins    on behalf of Defendant Kay  Ellison jcollins@hendelcollins.com, sgrady@hendelcollins.com
          Joseph H. Baldiga    on behalf of Counter-Claimant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Defendant    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga     jbaldiga@mirickoconnell.com,  jhbaldiga@ecf.axosfs.com, bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff    Joseph Baldiga, Chapter 7 Trustee of the Bankruptcy Estate of Southern Sky Air & tours, LLC dba Direct Air jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Trustee Joseph H. Baldiga jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Plaintiff Joseph H. Baldiga jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Joseph H. Baldiga    on behalf of Special Counsel Robert  Dees jbaldiga@mirickoconnell.com, jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com
          Laura A Otenti    on behalf of Creditor    JetPay Merchant Services, LLC lotenti@icloud.com, lotenti@pbl.com;jspagnoli@pbl.com;josephine.spagnoli@arentfox.com
          Lawrence M. Kraus    on behalf of Creditor    Horry County Department of Airports lkraus@foley.com, jhaake@foley.com,ssalazar@foley.com,DNichols@foley.com
          Michael J. Pappone    on behalf of Creditor    Merrick Bank Corporation mpappone@goodwinprocter.com
          Nicole B. Caprioli    on behalf of Interested Party    Commonwealth of Massachusetts nicole.caprioli@state.ma.us
          Peter D. Bilowz    on behalf of Interested Party    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Peter D. Bilowz    on behalf of Defendant    Niagara Falls Aviation, LLC pbilowz@goulstonstorrs.com
          Richard  King     USTPRegion01.WO.ECF@USDOJ.GOV
          Richard T. King    on behalf of Assistant U.S. Trustee Richard  King richard.t.king@usdoj.gov
          Robert W Kovacs, Jr    on behalf of Creditor Lynn A. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr    on behalf of Creditor Kevin F. Conway bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Robert W Kovacs, Jr    on behalf of Creditor Robert W Kovacs bknotices@rkovacslaw.com, Robertkovacs@ecf.inforuptcy.com
          Ronald T. Bevans    on behalf of Creditor    Sky King Inc. rtbevans@bevanslaw.com
          Timothy T Brock    on behalf of Plaintiff    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Creditor    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          Timothy T Brock    on behalf of Counter-Defendant    Merrick Bank Corporation tbrock@ssbb.com, managingclerk@ssbb.com,cgrace@ssbb.com
          William R. Moorman, Jr.    on behalf of Creditor    Radixx Solutions International, Inc. wmoorman@psh.com,  dcollins@psh.com

                                                                                           TOTAL: 72

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>SOUTHERN SKY AIR & TOURS LLC<br>d/b/a Direct Air,<br><br>Debtor. | Chapter 7<br>Case No. 12-40944-CJP |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT AND CLOSING CASE

The Trustee's Final Account and Distribution Report has been submitted by the trustee to the United States Trustee, along with all bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the Trustee's Final Account and Distribution Report is approved, and further that the trustee is hereby discharged from his duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding is closed pursuant to 11 U.S.C. § 350(a) and FRBP 5009.

08/12/2019

Honorable Christopher J. Panos
United States Bankruptcy Court Chief Judge

Dated:_____, 2019